A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

United States of America

                    )
         Plaintiff(s)      )      **APPEARANCE**
                    )
                    )
            vs.         )      CASE NUMBER    1:08-cv-00961
Honeywell International Inc.    )
                    )
         Defendant(s)      )


To the Clerk of this court and all parties of record:

Please enter the appearance of ___Jennifer W. Cowen___ as counsel in this
                                (Attorney's Name)

case for:___Honeywell International Inc._____
                    (Name of party or parties)


6/23/08
_____
Date

974412
_____
BAR IDENTIFICATION


_Jennifer W. Cowen_
Signature

Jennifer W. Cowen
Print Name

Kirkland & Ellis LLP, 655 15th St. NW
Address

Washington, DC  20005
City         State         Zip Code

(202) 879-5225
Phone Number