IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>HONEYWELL INTERNATIONAL INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No.: 1:08-cv-00961 (RWR)<br>)<br>) STIPULATED SCHEDULE FOR<br>) ANSWER, MOTION, OR OTHER<br>) RESPONSE<br>)<br>)<br>) |

### STIPULATION

WHEREAS, on June 5, 2008, Plaintiff United States of America ("United States") filed its complaint in the above captioned action;

WHEREAS, counsel for Defendant Honeywell International Inc. agreed to accept service of the summonses and complaint in this action and received the summons and complaint on June 6, 2008;

WHEREAS, Honeywell International Inc. ("Honeywell") requires an extension of time until and including July 10, 2008, in which to file any answer, motion, or other response;

WHEREAS, the United States requests an extension of time, until and including August 15, 2008 in which to file any opposition or response to any motions filed by Honeywell;

WHEREAS, Honeywell requests an extension of time, until and including, August 29, 2008 in which to file any reply to any opposition or response to any filed by the United States;

NOW, THEREFORE, United States and Honeywell hereby stipulate and agree as follows:

1.  Honeywell shall have an extension of time until and including July 10, 2008, in which to answer, move, or otherwise respond to the complaint;

2.  The United States shall have until and including August 15, 2008 in which to file any opposition or response to any motions filed by Honeywell;

3.  Honeywell shall have until and including August 29, 2008 in which to file any reply to any opposition or response to any motions filed by the United States.

STIPULATED AND AGREED TO:

Date: June 20, 2008

_____          _____
A. Thomas Morris                                    Craig S. Primis (D.C. Bar. No. 454796)
U.S. Department of Justice                     KIRKLAND & ELLIS LLP
Commercial Litigation Branch                655 Fifteenth Street, N.W.
P.O. Box 261                                           Washington, D.C. 20005
Ben Franklin Station                               Tel: (202) 879-5000
Washington D.C. 20044                          Fax: (202) 879-5200
Tel: (202) 307-1086
Fax: (202) 305-7797

ATTORNEY FOR PLAINTIFF              ATTORNEY FOR DEFENDANT
United States of America                        Honeywell International Inc.

## CERTIFICATE OF SERVICE

       This is to certify that on this 23rd day of June 2008, I electronically filed the foregoing STIPULATED SCHEDULE FOR ANSWER, MOTION, OR OTHER RESPONSE, and proposed ORDER by using the CM/EC system, which will send a notice of electronic filing to Albert Thomas Morris, counsel for the plaintiff.


                                             /s/ Jennifer W. Cowen
                                             Jennifer W. Cowen

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HONEYWELL INTERNATIONAL INC.,<br><br>Defendant. | Case No.: 1:08-cv-00961 (RWR)<br><br>ORDER ON STIPULATED SCHEDULE FOR ANSWER, MOTION, OR OTHER RESPONSE |

### ORDER

Pursuant to agreement, the United States and counsel for Honeywell International Inc. have filed a Joint Stipulation regarding the briefing schedule for answer, motion, or other response. Upon consideration of the Joint Stipulation and the papers on file in this action:

**IT IS HEREBY ORDERED**

1. The aforementioned defendant shall have an extension of time until and including July 10, 2008, in which to file any answer, motion, or other response to the complaint;

2. The United States shall have until and including August 15, 2008 in which to file any opposition or response to any motions filed by Honeywell;

3. Honeywell shall have until and including August 29, 2008 in which to file any reply to any opposition or response to any motions filed by the United States.

This ___ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE