AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

UNITED STATES OF AMERICA,                )
        Plaintiff(s)                          )  **APPEARANCE**
                                              )
        vs.                                   )  CASE NUMBER   1:08-CV-00961 (RWR)
HONEYWELL INTERNATIONAL INC.,             )
        Defendant(s)                          )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Craig S. Primis  as counsel in this
                              (Attorney's Name)

case for:  Honeywell International Inc.
              (Name of party or parties)

6/23/2008
Date

*/s/ Craig S. Primis*
Signature

Craig S. Primis
Print Name

D.C. Bar No. 454796
BAR IDENTIFICATION

KIRKLAND & ELLIS LLP, 655 15th Street, N.W.
Address

Washington, D.C.  20005
City          State          Zip Code

(202) 879-5000
Phone Number