**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>v.<br><br>**HONEYWELL INTERNATIONAL INC.,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>) Case No.: 1:08-cv-00961 (RWR)<br>)<br>)<br>)<br>)<br>) |

**Certificate Required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia**

I, the undersigned, counsel of record for Honeywell International Inc ("Honeywell"), certify to the best of my knowledge and belief, that Honeywell has no parent companies which have any outstanding securities in the hands of the public. The following are subsidiaries or affiliates of Honeywell which have any outstanding securities in the hands of the public.

- Honeywell Automation India Limited

These representations are made in order that judges of this Court may determine the need for recusal.

Date:  July 2, 2008

/s/  Craig S Primis
Craig S. Primis, P.C. (D.C. Bar No. 454796)
KIRKLAND & ELLIS LLP
655 15th Street, N.W.
Washington, D.C. 20005
(202) 879-5000

Attorney for Defendant
Honeywell International Inc.