IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CV No. 08-961 RWR |
| | ) | |
| Plaintiff, | ) | Judge Richard W. Roberts |
| | ) | |
| v. | ) | **NOTICE OF APPEARANCE OF** |
| | ) | **ALICIA J. BENTLEY** |
| HONEYWELL INTERNATIONAL, INC, | ) | |
| | ) | |
| Defendant. | ) | **RELATED CASES**: |
| | ) | United States ex rel. Westrick v. Second Chance Body Armor, Inc., et al. (D.D.C. No. 04-0280 RWR); United States v. Toyobo Co. Ltd., et al. (D.D.C. No. 07-1144 RWR) |

COMES NOW, Alicia J. Bentley, Trial Attorney, United States Department of Justice, Civil Division, Commercial Litigation Branch, Patrick Henry Building, Rm. 9126, 601 D Street, NW, Washington, D.C. 20530, (Tel) 202/616-9854, (Fax) 202/514-0280, alicia.bentley@usdoj.gov, who now enters an appearance in this case on behalf of plaintiff United States of America.

Dated: July 9, 2008

Respectfully submitted,

GREGORY G. KATSAS
ASSISTANT ATTORNEY GENERAL

By: _/s/ Alicia J. Bentley_
MICHAEL D. GRANSTON
ALAN E. KLEINBURD
ALICIA J. BENTLEY
CALLIE R. OWEN
A. THOMAS MORRIS
JULLIA CALLAHAN

ATTORNEYS
U.S. Department of Justice
Commercial Litigation Branch
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044
Tel:  202-616-9854
Fax:  202-305-7797

## CERTIFICATE OF SERVICE

      I hereby certify that on this 9th day of July 2009, a copy of the foregoing was served by first class mail, postage prepaid, as indicated below upon:

Craig S. Primis, Esq.
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Tel: (202) 879-5000

      /s/ Alicia J. Bentley
      Alicia J. Bentley