## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CV No. 08-961 RWR |
| | ) |
| Plaintiff, | ) Judge Richard W. Roberts |
| | ) |
| v. | ) **PROOF OF SERVICE OF THE** |
| | ) **SUMMONS AND COMPLAINT ON** |
| HONEYWELL INTERNATIONAL, INC, | ) **COUNSEL FOR THE** |
| | ) **DEFENDANTS BY AGREEMENT;** |
| Defendant. | ) **RETURN OF SERVICE** |
| | ) |
| | ) |
| | ) **RELATED CASES:** |
| | ) United States ex rel. Westrick v. Second Chance Body |
| | ) Armor, Inc., et al. (D.D.C. No. 04-0280 RWR); United |
| | ) States v. Toyobo Co. Ltd., et al. (D.D.C. No. 07-1144 |
| | ) RWR) |

On June 6, 2007, pursuant to an agreement between counsel for the Defendant

Honeywell International, Inc., and counsel for the United States, counsel for the

Honeywell received via messenger the summons and the complaint filed by the United

States. Attached hereto are copies of the summons, correspondence between the parties

as to acceptance of service, and the stipulation between the parties as to, *inter alia*, the

acceptance of service:

Exhibit A:    June 6, 2008 letter to Craig Primus, Esq., counsel for Honeywell,

            confirming the agreement to accept of service,

Exhibit B:    The Stipulation between the parties agreeing, *inter alia*, to accept

            service of the summons and complaint; and

Exhibit C:    Executed summons.

Dated: July 9, 2008

GREGORY G. KATSAS
ASSISTANT ATTORNEY GENERAL

By: _____

MICHAEL D. GRANSTON
ALICIA J. BENTLEY
CALLIE R. OWEN
A. THOMAS MORRIS
MICHAEL J. FRIEDMAN
ATTORNEYS
U.S. Department of Justice
Commercial Litigation Branch
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044
Tel:    202-616-9854
Fax:    202-514-0280

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of July, 2008, I electronically filed the foregoing Proof of Service of the Summons and Complaint on Counsel for the Defendants by Agreement; Returns of Service with the Clerk of the Court by using the CM/ECF system. I further certify that a copy of the foregoing Proof of Service of the Summons and Complaint on Counsel for the Defendants by Agreement; Returns of Service was furnished by first class mail. Postage prepared, to:

Counsel for the Defendants Honeywell International, Inc.

Craig S. Primis, Esq.
Kirkland & Ellis LLP
566 15th Street, N.W.
Washington, D.C. 20005-5793

/s/ Alicia J. Bentley
Alicia J. Bentley

# EXHIBIT A



**U.S. Department of Justice**

Civil Division

DJ 46-16-2705
JRB:AEK:AJBentley

---

601 D Street, N.W.          Telephone:  (202) 616-9854
Room 9126                   Facsimile:   (202) 514-0280
Washington, D.C.  20530     (Postal delivery)
Washington, D.C.  20004     (Courier/UPS/FedEx)

June 6, 2008

**VIA HAND DELIVERY**

Craig S. Primis, Esq.
Kirkland & Ellis LLP
655 15th Street, N.W.
Washington, D.C. 20005-5793

Re:    *United States of America v. Honeywell International, Inc.*

Dear Mr. Primis:

As you know, this morning the United States filed a lawsuit against Honeywell International, Inc., for, *inter alia*, violations of the False Claims Act for its role in causing the submission of false claims to the United States Government for all bullet proof vests containing Z Shield paid for, in whole or in part, with federal funds.

Pursuant to your agreement to accept service on behalf of Honeywell, I enclose a copy of the complaint, the summons, the civil cover sheet, the notice of related cases and the other related documentation generated by the Court.  Thank you for your professional courtesy in this matter.

Currently, Honeywell's response to the Complaint is due in twenty days.  As we discussed, in the event that Honeywell would like additional time to respond to the complaint, we are happy discuss a Stipulated Briefing Schedule for equivalent extensions of the briefing periods.

-2-

Thank you for your prompt attention to this matter.

Very truly yours,

ALICIA J. BENTLEY
Trial Attorney
Commercial Litigation Branch
Civil Division

cc:    Callie R. Owen, Esq.
       A. Thomas Morris, Esq,
       Jullia Callahan, Esq.

# EXHIBIT B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 1:08-cv-00961 (RWR)** |
| | ) | |
| **HONEYWELL INTERNATIONAL INC.,** | ) | **STIPULATED SCHEDULE FOR** |
| | ) | **ANSWER, MOTION, OR OTHER** |
| | ) | **RESPONSE** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

### STIPULATION

WHEREAS, on June 5, 2008, Plaintiff United States of America ("United States") filed its complaint in the above captioned action;

WHEREAS, counsel for Defendant Honeywell International Inc. agreed to accept service of the summonses and complaint in this action and received the summons and complaint on June 6, 2008;

WHEREAS, Honeywell International Inc. ("Honeywell") requires an extension of time until and including July 10, 2008, in which to file any answer, motion, or other response;

WHEREAS, the United States requests an extension of time, until and including August 15, 2008 in which to file any opposition or response to any motions filed by Honeywell;

WHEREAS, Honeywell requests an extension of time, until and including, August 29, 2008 in which to file any reply to any opposition or response to any filed by the United States;

NOW, THEREFORE, United States and Honeywell hereby stipulate and agree as follows:

1.  Honeywell shall have an extension of time until and including July 10, 2008, in which to answer, move, or otherwise respond to the complaint;

2.  The United States shall have until and including August 15, 2008 in which to file any opposition or response to any motions filed by Honeywell;

3.  Honeywell shall have until and including August 29, 2008 in which to file any reply to any opposition or response to any motions filed by the United States.

STIPULATED AND AGREED TO:

Date:  June 20, 2008

A. Thomas Morris
U.S. Department of Justice
Commercial Litigation Branch
P.O. Box 261
Ben Franklin Station
Washington D.C. 20044
Tel: (202) 307-1086
Fax: (202) 305-7797

Craig S. Primis (D.C. Bar. No. 454796)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C.  20005
Tel: (202) 879-5000
Fax: (202) 879-5200

ATTORNEY FOR PLAINTIFF
United States of America

ATTORNEY FOR DEFENDANT
Honeywell International Inc.

2

## CERTIFICATE OF SERVICE

This is to certify that on this 23rd day of June 2008, I electronically filed the foregoing STIPULATED SCHEDULE FOR ANSWER, MOTION, OR OTHER RESPONSE, and proposed ORDER by using the CM/EC system, which will send a notice of electronic filing to Albert Thomas Morris, counsel for the plaintiff.

/s/ Jennifer W. Cowen
Jennifer W. Cowen

# EXHIBIT C

✎AO 440  (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of    Columbia

United States of America

V.

Honeywell International, Inc.

### SUMMONS IN A CIVIL CASE

CASE     Case: 1:08-cv-00961
Assigned To : Roberts, Richard W.
Assign. Date : 6/5/2008
Description: General Civil

TO: (Name and address of Defendant)

Honeywell International, Inc.
101 Columbia Road
Morristown, New Jersey 07962

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Alicia J. Bentley    ---   Callie R. Owen
A. Thomas Morris    ---   Jullia F. Callahan
United States Department of Justice
Ben Franklin Station, Post Office Box 261
Washington, DC  20044
Tel:  (202) 616-9854
Fax:  (202) 514-0280

an answer to the complaint which is herewith served upon you, within _____ twenty (20) _____ days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period
of time after service.

**NANCY M. MAYER-WHITTINGTON**                    JUN - 5 2008

_____                    _____
CLERK                                         DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  JUNE 6, 2008 |
| NAME OF SERVER (PRINT)  ALICIA J. BENTLEY | TITLE  TRIAL ATTORNEY |

*Check one box below to indicate appropriate method of service*

☐ ☐  Served personally upon the third-party defendant.  Place where served: _____

☐ ☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ ☐  Returned unexecuted: _____

☑ ☐  Other (specify):  SERVED BY MESSENGER ON CRAIG PRIMUS, ESQ, COUNSEL FOR HONEYWELL, PER AGREEMENT TO ACCEPT SERVICE

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  NONE |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 23, 2008        _Alicia J. Bentley_
                Date                    Signature of Server

                601 D STREET NW
                WASHINGTON, DC 20004
                (202) 616 - 9854
                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.