AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

UNITED STATES OF AMERICA,

        Plaintiff(s)      )
                                )    **APPEARANCE**
                                )
              vs.             )    CASE NUMBER    1:08-CV-00961 (RWR)
HONEYWELL INTERNATIONAL INC.,  )
                                )
        Defendant(s)    )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Eugene F. Assaf   as counsel in this
                                   (Attorney's Name)

case for:   Honeywell International Inc.
           (Name of party or parties)

7/10/2008
Date

*(signature)*
Signature

Eugene F. Assaf
Print Name

D.C. Bar No. 44978
BAR IDENTIFICATION

Kirkland & Ellis LLP, 655 15th Street, N.W.
Address

Washington, DC  20005
City      State      Zip Code

(202) 879-5000
Phone Number