IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HONEYWELL INTERNATIONAL INC., ) <br> ) <br> ) <br> ) <br> Defendant. ) <br> ) | Case No.: 1:08-cv-00961 (RWR) <br><br> ORDER ON STIPULATED <br> SCHEDULE FOR ANSWER, <br> MOTION, OR OTHER RESPONSE |

## ORDER

Pursuant to agreement, the United States and counsel for Honeywell International Inc. have filed a Joint Stipulation regarding the briefing schedule for answer, motion, or other response. Upon consideration of the Joint Stipulation and the papers on file in this action:

**IT IS HEREBY ORDERED**

1. The aforementioned defendant shall have an extension of time until and including July 10, 2008, in which to file any answer, motion, or other response to the complaint;

2. The United States shall have until and including August 15, 2008 in which to file any opposition or response to any motions filed by Honeywell;

3. Honeywell shall have until and including August 29, 2008 in which to file any reply to any opposition or response to any motions filed by the United States.

This 9th day of July, 2008.

_____
UNITED STATES DISTRICT JUDGE