# Exposure Sample Testing Report

# DRAFT – INTENDED ONLY FOR HONEYWELL CONFIDENTIAL REVIEW PURPOSES

## Trial Summary

Materials Analyzed: Spectra Shield LCR, Gold Flex, Mega Flex, 4 Ply Zebra Flex, 2 Ply Zebra Flex, Z Shield, and Kevlar

Sample Preparation: Samples were prepared by first cutting each material into 15.75 inch X 15.75 inch squares, then assembling shoot packs based on the layer counts detailed in Table I, and finally stitching the layers together approximately 1 inch inside the perimeter of the pack.

TABLE I. SAMPLE PREPARATION GUIDELINES

| Material | Areal Density (psf) | Layer Count Per Pack | Pack Theoretical Areal Density (psf) |
|---|---|---|---|
| Spectra Shield LCR | 0.031 | 14 | 0.44 |
| Gold Flex | 0.048 | 9 | 0.43 |
| Mega Flex | 0.047 | 10 | 0.47 |
| 4 Ply Zebra Flex | 0.047 | 10 | 0.47 |
| 2 Ply Zebra Flex | 0.025 | 20 | 0.50 |
| Z Shield | 0.020 | 22 | 0.44 |
| Kevlar | 0.047 | 8 | 0.38 |

## Florida Room Samples

Storage Conditions: Each sample was individually attached to a hanger and hung from a rack in the Florida Room at the Chesterfield Plant. Samples were spaced evenly apart to allow for equal surface area exposure. Lighting in the Florida Room was turned off during the exposure trial. After removal from the Florida Room, samples were stored in an opaque polyethylene bag until they were tested for ballistic performance.

Exposure Conditions: The temperature of the Florida Room was controlled to a set point of 40°C. The humidity of the Florida Room was controlled to a set point of 70%. Upon removal from the Florida Room, samples were placed in an opaque polyethylene bag and stored in a standard uncontrolled warehouse type environment.

*Honeywell Confidential*

COMPANY CONFIDENTIAL                HW0061234

Exposure Time: Samples were removed from the Florida Room according to the schedule in Table II.

TABLE II. FLORIDA ROOM SAMPLE EXPOSURE TIME

| Material | Number of Samples Subjected to Designated Exposure Time | | | | |
|---|---|---|---|---|---|
| | Control (0 Weeks) | 4 Weeks | 8 Weeks | 16 Weeks | 28 Weeks |
| Spectra Shield LCR | 7 | 1 | 1 | 1 | 2 |
| Gold Flex | 4 | 1 | 1 | 1 | 2 |
| Mega Flex | 3 | 1 | 1 | 1 | 2 |
| 4 Ply Zebra Flex | 3 | 1 | 1 | 1 | 2 |
| 2 Ply Zebra Flex | 3 | 1 | 1 | 1 | 2 |
| Z Shield | 2 | 1 | 1 | 1 | 2 |
| Kevlar | 3 | 1 | 1 | 1 | 2 |

## Oven Samples

Storage Conditions: Samples of Spectra Shield LCR, Gold Flex, Mega Flex, 4 Ply Zebra Flex, and 2 Ply Zebra Flex were each individually attached to a hanger and hung from a rack in the Blue M Oven at the PreCon Plant. Samples were spaced evenly apart to allow for equal surface area exposure. There was no lighting in the Blue M Oven during the exposure trial. After removal from the Blue M Oven, samples were stored in an opaque polyethylene bag until they were tested for ballistic performance.

Exposure Conditions: The temperature of the Blue M Oven was controlled to a set point of 90°C. The humidity of the Blue M Oven was not controlled. Upon removal from the Blue M Oven, samples were placed in an opaque polyethylene bag and stored in a standard uncontrolled warehouse type environment.

*Honeywell Confidential*

Exposure Time: Samples were removed from the Blue M Oven according to the schedule in Table III.

TABLE III. BLUE M OVEN SAMPLE EXPOSURE TIME

| Material | Number of Samples Subjected to Designated Exposure Time | | | |
|---|---|---|---|---|
| | Control (0 Weeks) | 1 Week | 4 Weeks | 10 Weeks |
| Spectra Shield LCR | 7 | 1 | 1 | 1 |
| Gold Flex | 4 | 1 | 1 | 1 |
| Mega Flex | 3 | 1 | 1 | 1 |
| 4 Ply Zebra Flex | 3 | 1 | 1 | 1 |
| 2 Ply Zebra Flex | 3 | 1 | 1 | 1 |

### Testing Conditions

Testing: Samples were shot anywhere between 6 and 8 times with the objective of obtaining 3 pairs of partials and completes comprising a range of mixed results less than 125 feet per second for V50 calculation. The threat used in this experiment was the 9mm Luger FMJ. The bullet used was the GECO steel jacketed, lead core manufactured by Dynamit Nobel. Samples were shot against a 4 inch clay block. Samples were not tested in random order – all the samples from a specific material group were shot during the same testing period.

### Trial Results

Ballistic Testing: Tables IV and V outline the percent V50 retention of the samples tested in this experiment.

TABLE IV. PERCENT V50 RETENTION RESULTS – FLORIDA ROOM SAMPLES

| Material | % V50 Retention After Designated Number Weeks of Exposure | | | | | |
|---|---|---|---|---|---|---|
| | 4 Weeks | 8 Weeks | 16 Weeks | 28 Weeks Sample 1 | 28 Weeks Sample 2 | 28 Weeks Average |
| Spectra Shield LCR | 102 | 103 | 101 | 92 | 104 | 98 |
| Gold Flex | 99 | 101 | 98 | 96 | 97 | 97 |
| Mega Flex | 99 | 96 | 96 | 93 | 94 | 94 |
| 4 Ply Zebra Flex | 100 | 97 | 99 | 98 | 93 | 96 |
| 2 Ply Zebra Flex | 101 | 98 | 99 | 90 | 94 | 92 |
| Z Shield | 88 | 89 | 94 | 90 | 89 | 90 |
| Kevlar | 99 | 103 | 101 | 102 | 102 | 102 |

*Honeywell Confidential*

TABLE V. PERCENT V50 RETENTION RESULTS – BLUE M OVEN SAMPLES

| Material | % V50 Retention After Designated Number Weeks of Exposure | | |
|---|---|---|---|
|  | 1 Week | 4 Weeks | 10 Weeks |
| Spectra Shield LCR | 101 | 101 | 87 |
| Gold Flex | 99 | 99 | 98 |
| Mega Flex | 97 | Inconclusive | 90 |
| 4 Ply Zebra Flex | 101 | 92 | 93 |
| 2 Ply Zebra Flex | 101 | 87 | 72 |

Qualitative Assessment: The visual quality of the samples were determined by comparing the look and feel of each exposed pack to the control samples. Samples were ranked for quality on a scale of 1 – 10, with a score of 10 indicating that there was no visual indication of degradation when compared to the controls. Typically, a sample with a score of 8 or 9 showed some type of visual change in regard to color, waffling, blistering, etc. A sample with a score between 5 to 7 showed some type of physical change in regard to delamination, stiffness, loft, etc. Samples scoring less than 5 demonstrated severe change in physical characteristics in regard to delamination, ply separation, and adjacent fiber separation. Tables VI and VII detail the results.

TABLE VI. VISUAL QUALITY ASSESSMENT OF FLORIDA ROOM SAMPLES

| Material | Visual Quality Score after Designated Number Weeks of Exposure | | | | | |
|---|---|---|---|---|---|---|
|  | 4 Weeks | 8 Weeks | 16 Weeks | 28 Weeks Sample 1 | 28 Weeks Sample 2 | 28 Weeks Average |
| Spectra Shield LCR | 10 | 9 | 8 | 8 | 8 | 8 |
| Gold Flex | 9 | 9 | 8 | 7 | 7 | 7 |
| Mega Flex | 9 | 8 | 8 | 6 | 6 | 6 |
| 4 Ply Zebra Flex | 10 | 8 | 8 | 6 | 6 | 6 |
| 2 Ply Zebra Flex | 10 | 8 | 8 | 6 | 6 | 6 |
| Z Shield | 8 | 6 | 5 | 4 | 4 | 4 |
| Kevlar | 10 | 10 | 10 | 10 | 10 | 10 |

TABLE VII. VISUAL QUALITY ASSESSMENT OF BLUE M OVEN SAMPLES

| Material | Visual Quality Score after Designated Number Weeks of Exposure | | |
|---|---|---|---|
|  | 1 Week | 4 Weeks | 10 Weeks |
| Spectra Shield LCR | 10 | 8 | 7 |
| Gold Flex | 7 | 5 | 3 |
| Mega Flex | 8 | 5 | 5 |
| 4 Ply Zebra Flex | 7 | 3 | 1 |
| 2 Ply Zebra Flex | 8 | 6 | 3 |

*Honeywell Confidential*

COMPANY CONFIDENTIAL

HW0061237

## Discussion of Results

*General Discussion on Ballistic Data*

It is important to note that 95% confidence intervals on these numbers are probably on the order of +/- 3 to 4%. It would be difficult for us to conclude that the Spectra Shield LCR product experienced a 2% loss in V50 retention just as it would be irrational to conclude that the Kevlar performance increased by 2% due to exposure.

A percent V50 retention loss of as little as 2% should be considered significant. Since the velocity term is squared in ballistic calculations, a qualified vest solution that experiences a small reduction in V50 capability may actually no longer meet NIJ specifications if adequate margins of safety were not used in the design criteria. For example, a V50 difference of only 5% could require anywhere between 10 – 20% higher solution areal density to pass a given NIJ specification.

*Polyethylene Shield - Observations*

The polyethylene shield samples stored in the Florida Room appeared to be in fairly good physical shape at the end of the exposure time. Samples started to turn yellow after 8 weeks of exposure. The yellowness progressively increased throughout the experiment. Samples felt stiffer after 16 weeks. The samples exposed for 28 weeks felt stiffer than the 16 week samples.

The PE shield samples stored in the Blue M Oven started were also in good physical condition at the end of the experiment. Samples started to show localized discoloration after 4 weeks of exposure. The 10 week sample was completely yellowed and appeared to be in slightly worse condition than the 28 week Florida room samples.

*Aramid Shield - Observations*

The aramid shield samples stored in the Florida Room appeared to be in fairly good physical condition at the end of the exposure time. Samples began to show signs of discoloring after 8 weeks of exposure and progressively darkened throughout the experiment. A waffling pattern was observed after 4 weeks and progressively worsened. A noticeable increase in the sample surface tackiness was observed after 16 weeks and was higher after 28 weeks. The 28 week exposure samples felt stiffer than all of the other samples.

*Honeywell Confidential*

**COMPANY CONFIDENTIAL**

HW0061238

The aramid shield samples stored in the Blue M Oven suffered a noticeable change in physical condition. Layer delamination began after just 1 week of exposure and progressively worsened. Every sheet was delaminated after 4 weeks and adjacent fibers started coming apart. Samples darkened and waffled progressively throughout the experiment.

*Aramid & PBO Composite Shield Products – Mega Flex Observations*
The Mega Flex samples stored in the Florida Room showed some signs of physical condition change at the end of the exposure time. A waffling pattern was observed after 4 weeks of exposure and progressively worsened throughout the experiment. Samples started to delaminate after 8 weeks. The 28 week samples showed signs of dimpling and increased ply separation.

The Mega Flex samples stored in the Blue M Oven were in slightly worse condition than the Florida Room samples at the end of the exposure time. After one week of exposure, samples had increased bulk and dimples were observed. Fibers started to separate from one another after 4 weeks of exposure. There was no noticeable change between the 4 week and 10 week samples.

*Aramid & PBO Composite Shield Products – Zebra Flex Observations*
The 2 ply and 4 ply Zebra Flex samples stored in the Florida Room showed some signs of physical condition change at the end of the exposure time. Neither product showed signs of deterioration until after 8 weeks of exposure at which point, samples began to delaminate and the surface tackiness increased. Delamination increased after 28 weeks and both products started to show signs of dimpling.

The 4 ply Zebra Flex product stored in the Blue M Oven performed noticeably worse than the 2 ply Zebra Flex product. Both products had increased loft after 1 week of exposure. Ply separation occurred was observed after 4 weeks and was notably more severe on the 4 ply product. The 4 ply product had severe ply and fiber separation after 10 weeks of exposure.

*Honeywell Confidential*

COMPANY CONFIDENTIAL                                                HW0061239

*PBO Shield - Observations*

The PBO shield samples showed the most severe signs of deterioration out of all of the Florida Room samples. The material darkened after 4 weeks of exposure and showed signs of increased loft. The samples started to blister after 8 weeks and began delaminating after 16 weeks. The 28 week samples showed significant signs of delamination.

*Woven Aramid - Observations*

The woven aramid product showed no signs of visual deterioration throughout the Florida Room experiment. We were unable to notice a difference between exposure samples and control samples other than a slight increase in loft.

*Woven Aramid vs Aramid Shield*

There is insufficient data available at this time to state with any statistical confidence that a percent V50 retention performance difference exists between the woven aramid and aramid shield products. Although the visual quality assessment clearly showed a higher level of deterioration of the aramid shield product, we are unable to determine whether or not this had a significant impact on the ballistic performance. For example, the 10 week Blue M Oven exposure sample clearly demonstrated the poorest visual quality, yet tested a higher V50 than the 28 week Florida Room samples and equal to the 16 week Florida Room sample.

The woven aramid product showed the highest percent V50 retention in the Florida Room experiment. The visual quality assessment was unable to discern any difference between the exposure samples and the controls. This would lead us to believe that the aramid fiber chemistry and physical properties were not affected by the exposure conditions.

The fact that the aramid shield percent V50 retention dropped off while the woven aramid product retained its ballistic performance could lead us to believe that the aramid shield product delamination may be the root cause of the ballistic performance loss. This is supported by the qualitative visual observations of the woven aramid and aramid shield samples that were used in the Florida Room experiment. However, there is no conclusive evidence relating the visual quality to the ballistic performance. As stated above, the visual quality of the aramid shield samples used in the Blue M oven experiment were significantly lower than aramid shield samples used in the Florida Room trial, yet the oven samples tested higher ballistics.

*Honeywell Confidential*

**COMPANY CONFIDENTIAL**

HW0061240

*Aramid Shield vs Aramid & PBO Composite Shields*

The aramid & PBO composite shield products (Mega Flex and Zebra Flex) demonstrated a slightly higher loss in percent V50 retention than the aramid shield product (Gold Flex). The visual quality assessment would lead us to believe that the delamination of the composite shield products was more severe which could account for the lower retained ballistic performance. However, it could also be the result of decreased performance due to delamination coupled with degradation of the PBO fiber chemical and physical properties.

*PBO Shield*

The PBO shield product (Z Shield) demonstrated the largest loss in percent V50 retention coupled with the poorest visual quality assessment of all the Florida Room samples. This may offer some insight for improvements into the application of shield technology using PBO fiber. It also important to note that the PBO shield product demonstrated a significant loss in percent V50 retention after just 4 weeks, but that no further reduction in performance was noted even after 28 weeks of exposure. It is possible that some of the ballistic performance loss was a result of fiber chemical and physical property changes.

*Polyethylene Shield*

There is insufficient evidence available at this time to state with any statistical confidence that the PE shield product (Spectra Shield LCR) demonstrated any loss of ballistic performance. The PE shield product did not demonstrate any indication of performance loss until after 28 weeks of exposure. However, the 28 week data was highly irregular. One sample tested at 92 percent V50 retention while the other sample tested at 104 percent. The visual quality of the material did show some signs of deterioration after 28 weeks of exposure.

*Honeywell Confidential*

**COMPANY CONFIDENTIAL**

HW0061241

### Recommendations

- The statistical confidence intervals on the ballistic results prevent us from drawing hard conclusions on any of the products. If a repeat experiment is performed, more samples should be tested, and the exposure time should be increased.
- These results should be compared with Fiber Chemical and Physical Property responses to the same exposure conditions.
- Is important to delineate the difference between performance loss due to shield product delamination vs fiber property degradation. It would make sense to include both woven polyethylene and woven PBO samples in a follow-up experiment
- We also need to determine if any of the above results were due to moisture absorption or actual product degradation. For example, would the shield products subjected to 28 weeks of exposure retain 100% of their original V50 performance if they had sufficient time to dry out?
- Would other quantitative assessments of product performance, such as peel strength for example, be valuable?
- Further investigation should be made in regard into the higher level of delamination of the PBO products. There may changes that can be made in the shield application process to optimize the manufacturing of PBO products.

*Honeywell Confidential*

**COMPANY CONFIDENTIAL**    HW0061242