IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No. 08-0961 |
| ) | |
| HONEYWELL INTERNATIONAL, INC., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

### NOTICE OF APPEARANCE

COMES NOW, Callie R. Owen, Trial Attorney, United States Department of Justice, Civil Division, Commercial Litigation Branch, Patrick Henry Building, Rm. 9536, 601 D Street, NW, Washington, D.C. 20530, (Tel) 202/307-0404, (Fax) 202/305-7797, Callie.Owen@usdoj.gov, and enters an appearance in this case on behalf of plaintiff United States of America.

Respectfully submitted,

GREGORY G. KATSAS
ASSISTANT ATTORNEY GENERAL

By: /s/ Callie R. Owen
MICHAEL D. GRANSTON
ALAN E. KLEINBURD
ALICIA J. BENTLEY
CALLIE R. OWEN
A. THOMAS MORRIS
JULLIA F. CALLAHAN
ATTORNEYS
U.S. Department of Justice
Commercial Litigation Branch
P.O. Box 261
Ben Franklin Station

                    Washington, D.C. 20044
                    Tel:    202-307-0404
                    Fax:   202-305-7797

Dated: July 29, 2008

## Certificate of Service

I hereby certify that on this 29th day of July, 2008, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Craig S. Primis, Eugene F. Assaf, and Jennifer W. Cowen, counsel for defendant Honeywell International, Inc. I further certify that a copy of the foregoing document was furnished by first class mail, postage prepaid, to:

CRAIG S. PRIMIS, ESQ.
655 15th Street, N.W.
Washington, D.C. 20005

*Callie R. Owen*
Callie R. Owen