IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No. 08-0961 |
| ) | |
| HONEYWELL INTERNATIONAL, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**NOTICE REGARDING ENTRY OF PROTECTIVE ORDER**

Comes the United States, and hereby notifies the Court as to its understanding regarding the parties to the Joint Stipulation Regarding Entry of Protective Order (Dkt. No. 15) and the parties to the proposed Protective Order attached therein to the Joint Stipulation. The following enumeration is the understanding of the United States with regard to the individuals, and the entities which they represent, who were signatories to the proposed Protective Order attached to the Joint Stipulation Regarding Entry of Protective Order (Dkt. No. 15):

CRAIG S. PRIMIS, ESQ.
KIRKLAND & ELLIS LLP
Counsel for Defendant HONEYWELL
INTERNATIONAL, INC.

WILLIAM J. COPLE III, ESQ.
Counsel for SECOND CHANCE BODY ARMOR, INC.,
NOW KNOWN AS SECOND CHANCE BODY ARMOR
LIQUIDATION, INC.

KONRAD L. CAILTEUX, ESQ.
Counsel for TOYOBO CO., LTD; and TOYOBO
AMERICA, INC.

NEIL H. O'DONNELL, ESQ.
ROGERS JOSEPH O'DONNELL
Counsel for HEXCEL CORPORATION

ERIK C. BAPTIST, ESQ.
McDERMOTT WILL & EMERY
Counsel for ITOCHU CORPORATION and ITOCHU INTERNATIONAL, INC.


Dated:  8/22/08

GREGORY G. KATSAS
ASSISTANT ATTORNEY GENERAL

By:  /s/ Callie R. Owen

MICHAEL D. GRANSTON
ALAN E. KLEINBURD
ALICIA J. BENTLEY
CALLIE R. OWEN
A. THOMAS MORRIS
JULLIA F. CALLAHAN
ATTORNEYS
U.S. Department of Justice
Commercial Litigation Branch
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044
Tel:   202-616-9854
Fax:   202-514-0280

## CERTIFICATE OF SERVICE

    I hereby certify that on this 22nd day of August, 2008, I electronically filed the foregoing NOTICE REGARDING ENTRY OF PROTECTIVE ORDER with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Craig S. Primis, Eugene F. Assaf, and Jennifer W. Cowen, counsel for defendant Honeywell International, Inc.

*/s/ Callie R. Owen*
Callie R. Owen