# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CV No. 08-961 PLF-DWR |
| ) | |
| Plaintiff, ) | Judge Paul L. Friedman |
| ) | |
| v. ) | |
| ) | |
| HONEYWELL INTERNATIONAL INC. ) | |
| Defendant. ) | |

## JOINT STATUS REPORT OF THE PARTIES

Plaintiff, the United States of America, and Defendant Honeywell International Inc. (collectively the Parties) hereby submit the following joint status report in anticipation of the hearing set for August 31, 2016, before Magistrate Judge Robinson. The parties will be prepared to discuss these matters before Magistrate Judge Robinson, but believed it helpful to provide the Court with an overview of the issues prior to the hearing.

The primary issue for the Court's consideration is the case schedule. Under the currently operative case schedule, *see* Dkt. #161, the following are the case deadlines:

- **September 27, 2016:** DOJ expert rebuttal reports due

- **January 27, 2017:** Close of expert discovery

- **March 27, 2017:** Summary judgment motions due

On July 29, 2016, Judge Friedman granted the United States' motion to amend its complaint. *See* Dkt. #162. The parties agree that in light of this order, which allows the United States to advance certain additional factual allegations, a modification to the case schedule will

be required to accommodate (1) DOJ's testing of Z Shield (which can now move forward as a result of the Court's granting of the motion to amend the complaint), (2) some additional fact discovery that Honeywell believes is necessary in connection with the allegations made in the amended complaint, and (3) both sides' preparation of additional expert reports on certain of the new factual allegations (specifically, those relating to resin and "fragile" shield).

The parties have met and conferred and believe that the following case schedule should be entered:

- **September 27, 2016:** DOJ's rebuttal reports to expert reports served by Honeywell on May 2016

- **December 23, 2016:** Close of fact discovery related to amended complaint

- **January 27, 2017:** DOJ amended expert reports on fragile shield and resin theories due

- **March 10, 2017:** Honeywell expert reports on fragile shield and resin theories due

- **April 10, 2017:** DOJ rebuttal reports on fragile shield and resin theories due

- **July 10, 2017:** Close of expert discovery[1]

- **September 15, 2017:** Dispositive motions due

The parties will be prepared to discuss these matters at the August 31, 2016 hearing.

---

[1] With respect to experts whose opinions do not relate to the new allegations at issue in the amended complaint, the parties will endeavor to take their depositions earlier.

                                            Respectfully submitted,

Dated:  August 31, 2016

                                            BENJAMIN C. MIZER
                                            PRINCIPAL DEPUTY ASSISTANT
                                            ATTORNEY GENERAL


                                            _/s/ A. Thomas Morris_____
                                            MICHAEL D. GRANSTON
                                            SARA McLEAN
                                            ALICIA J. BENTLEY
                                            A. THOMAS MORRIS
                                            JENNIFER CHORPENING
                                            J. JENNIFER KOH

                                            ATTORNEYS
                                            U.S. Department of Justice
                                            Commercial Litigation Branch
                                            P.O. Box 261
                                            Ben Franklin Station
                                            Washington, D.C. 20044
                                            Tel:    202-514-8112
                                            Fax:    202-305-7797



                                            ____/s/ Daniel Bress_____
                                            Craig S. Primis, P.C.
                                            Daniel A. Bress
                                            Janakan L. Thiagarajah
                                            KIRKLAND & ELLIS LLP
                                            655 15TH Street, N.W.
                                            Washington, D.C. 20005
                                            Tel: (202) 879-5000
                                            Fax: (202) 879-5200

                                            Attorneys for Defendant
                                            Honeywell International Inc.

## **CERTIFICATE OF SERVCE**

       I hereby certify that on this 31st day of August, 2016, a copy of these pleadings was sent via pdf email to counsel for Honeywell:

Craig Primis, Esq.
Daniel Bress, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005


                                                                                                                John Moran