# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CV No. 08-961 PLF-DWR |
| | ) | |
| Plaintiff, | ) | Judge Paul L. Friedman |
| | ) | |
| v. | ) | Magistrate Judge Deborah Robinson |
| | ) | |
| HONEYWELL INTERNATIONAL INC. | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## DECLARATION OF JENNIFER CHORPENING IN SUPPORT OF PLAINTIFF UNITED STATES OF AMERICA'S RESPONSE TO DEFENDANT HONEYWELL INTERNATIONAL INC.'S MOTION FOR SUMMARY JUDGMENT

I, Jennifer Chorpening, do hereby state and declare the following:

1.     I am an attorney at law duly admitted to practice before all of the courts of the state of Illinois. I appear before this Court pursuant to 28 U.S.C. §§ 515(a), 517. I am a Trial Attorney with the United States Department of Justice (DOJ) Civil Division, Fraud Section, and have worked at DOJ since October 2006. Unless otherwise indicated, I make this declaration of my own personal knowledge gained from working on this case, reviewing documents, and talking with other Government personnel.

2.     Attached hereto as EXHIBIT 1 is a true and correct copy of the November 2, 2015 Expert Witness Report of Alan J. Lesser, Ph.D.

3.     Attached hereto as EXHIBIT 2 is a true and correct copy of the July 31, 2017 Rebuttal Report of Alan J. Lesser, Ph.D.

4.     Attached hereto as EXHIBIT 3 is a true and correct copy of the November 2, 2015 Expert Report of Joseph Anastasi and accompanying schedules.

5.     Attached hereto as EXHIBIT 4 is a true and correct copy of the April 5, 2019 Declaration of Expert Joseph Anastasi.

6.     Attached hereto as EXHIBIT 5 is a true and correct copy of the September 26, 2016 U.S. Expert Rebuttal Report of Robert Bourne to the Honeywell Expert Report of Steve Charles.

7.     Attached hereto as EXHIBIT 6 is a true and correct copy of the November 2, 2015 U.S. Expert Report of C.M. Roland, Ph.D.

8.     Attached hereto as EXHIBIT 7 is a true and correct copy of the September 27, 2016 Expert Rebuttal Report of C.M. Roland, Ph.D.

9.      Attached hereto as EXHIBIT 8 is a true and correct copy of the September 26, 2016 Expert Rebuttal Report of Phillip Bishop, Ed.D. to the Honeywell Expert Reports of W. Larry Kenney, Ph.D. and Rodger R. Getz.

10.     Attached hereto as EXHIBIT 9 is a true and correct copy of the January 17, 2017 Expert Sur-Rebuttal Report of Phillip Bishop, Ed. D. to the Honeywell Expert Rebuttal Report of W. Larry Kenney, Ph.D.

11.     Attached hereto as EXHIBIT 10 is a true and correct copy of the November 2, 2015 Expert Report of Stuart Leigh Phoenix, Ph.D.

12.     Attached hereto as EXHIBIT 11 is a true and correct copy of the September 27, 2016 Expert Rebuttal Report of Stuart Leigh Phoenix, Ph.D.

13.     Attached hereto as EXHIBIT 12 is a true and correct copy of the October 4, 2016 Expert Rebuttal Report of Kirk D. Rice to U.S Experts Robert A. Coffelt and Dr. Anoush Poursartip.

14.     Attached hereto as EXHIBIT 13 is a true and correct copy of the August 18, 2016 Defendant Honeywell International, Inc.'s Answer and Affirmative Defenses to the United States of America's First Amended Complaint.

15.     Attached hereto as EXHIBIT 14 is a true and correct copy of a document bates numbered HW0021214 to HW 0021216, June 13, 2003 Email from Swinger to Rammoorthy et al. re  Z Shield Document.

16.     Attached hereto as EXHIBIT 15 is a true and correct copy of October 9, 2014 Dr. Lori Wagner's Declaration in Support of Honeywell International, Inc.'s Opposition to the United States' Motion to Compel the Inspection of the Shield Manufacturing Process and the Production of Documents and Things from Honeywell.

17.     Attached hereto as EXHIBIT 16 is a true and correct copy of a document bates numbered HW0001593 to HW0001596, October 3, 2000 Facsimile Transmission from Greg Herceg to Steve Croskrey re Z Shield Product Specification.

18.     Attached hereto as EXHIBIT 17 is a true and correct copy of a document bates numbered HW0344156 to HW0344157, July 25, 2001 Email from Nojima to Herceg et al. re: Your most recent letter.

19.     Attached hereto as EXHIBIT 18 is a true and correct copy of a document bates numbered HW0001970 to HW0001978, July 6, 2000 Zylon Shield CLC; Gate 2, 3 Review.

20.     Attached hereto as EXHIBIT 19 is a true and correct copy of a document bates numbered HW0004263, April 11 2000 Email from Kuroki to Rammoorthy et al. re UV resistance of Zylon.

21.     Attached hereto as EXHIBIT 20 is a true and correct copy of a document bates numbered HW002069, Z Shield Gate Review.

22.     Attached hereto as EXHIBIT 21 is a true and correct copy of a document bates numbered HW003501, July 05, 2000 Email from Rammoorthy to Wagner et al. re Water testing.

23.     Attached hereto as EXHIBIT 22 is a true and correct copy of a document bates numbered HW00403440 to HW 00403446, Armor Holdings, Inc. 2001 Rebate Program.

24.     Attached hereto as EXHIBIT 23 is a true and correct copy of a document bates numbered HW0065418 to HW0065420, October 11, 2004 Email from Schmitt to Spencer et al. re PWC Question.

25.     Attached hereto as EXHIBIT 24 is a true and correct copy of document bates numbered HW0001812, February 2, 2000 Email from Rammoorthy to Murray et al. containing handwritten notes about ballistic results on Z Shield.

26.     Attached hereto as EXHIBIT 25 is a true and correct copy of a document bates numbered AHTS-00000151 to AHTS-00000156, AHI Vests with Zylon an AHI Vest without Zylon Chart.

27.     Attached hereto as EXHIBIT 26 is a true and correct copy of a document bates numbered AHHS00000425, October 27, 2009 Email from Croskrey to Croskrey et al. re general update.

28.     Attached hereto as EXHIBIT 27 is a true and correct copy of a document bates numbered AHON00030127 to AHON00030138, 2000 Safariland Marketing Plan.

29.     Attached hereto as EXHIBIT 28 is a true and correct copy of a document bates numbered AHON00030140 to AHON00030149, 2000 AHI Marketing Plan.

30.     Attached hereto as EXHIBIT 29 is a true and correct copy of a document bates numbered AHJX00008995 to AHJX00009006, ABA Tactical Armor Brochure.

31.     Attached hereto as EXHIBIT 30 is a true and correct copy of a document bates numbered AHJX00079571 to AHJX00079575, March 2000 Armor Holdings Product Division Bullet Points newsletter.

32.     Attached hereto as EXHIBIT 31 is a true and correct copy of a document bates numbered HW0031640 to HW0031659, June 3, 2002 Performance Fibers- STRAP Summary.

33.     Attached hereto as EXHIBIT 32 is a true and correct copy of a document bates numbered GSA002-0177 to GSA002-0192, April 7, 1997 ABA's GSA Contract.

34.     Attached hereto as EXHIBIT 33 is a true and correct copy of a document bates numbered GSA002-1279 to GSA002-1294, ProTech's GSA Contract.

35.     Attached hereto as EXHIBIT 34 is a true and correct copy of a document bates numbered GSA002-2306 to GSA002-2310, Safariland's GSA Contract.

36.     Attached hereto as EXHIBIT 35 is a true and correct copy of a document bates numbered NLE001-0740, December 31, 2003 AHI Manufacturer_Zylon Models.xls.

37.     Attached hereto as EXHIBIT 36 is a true and correct copy of a document bates numbered GSA002-0840 to GSA002-0846, July 21, 2001 ABA's GSA Contract renewal.

38.     Attached hereto as EXHIBIT 37 is a true and correct copy of a document bates numbered AHJX00013675 to AHJX00013676, March 26, 2003 ProTech's GSA Contract renewal.

39.     Attached hereto as EXHIBIT 38 is a true and correct copy of a document bates numbered

AHJX00014058 to AHJX00014060, June 30, 2003 Safariland's GSA Contract renewal.

40.     Attached hereto as EXHIBIT 39 is a true and correct copy of a document bates numbered GSA002-0778 to GSA002-0779, November 28, 2001 Contract Modification.

41.     Attached hereto as EXHIBIT 40 is a true and correct copy of a document bates numbered GSA002-0780 to GSA002-0785, June 1, 2001 American Boy Armor Distributor Price List.

42.     Attached hereto as EXHIBIT 41 is a true and correct copy of a document bates numbered GSA002-0708, November 26, 2002 Letter from Mooney to GSA re ABA's desire to modify the ABA contract.

43.     Attached hereto as EXHIBIT 42 is a true and correct copy of a document bates numbered GSA002-0711 to GSA002-0715, November 27, 2002 Facsimile Attachment 2: Items to be Added.

44.     Attached hereto as EXHIBIT 43 is a true and correct copy of a document bates numbered GSA002-0507 to GSA002-0508, September 20, 2005 GSA contract modification to the ABA Contract.

45.     Attached hereto as EXHIBIT 44 is a true and correct copy of a document bates numbered AHJX00001626 to AHJX00001629, September 25, 2003 Facsimile transmission from Swinger to Croskrey re signed Z Shield Agreement.

46.     Attached hereto as EXHIBIT 45 is a true and correct copy of a document bates numbered GSA002-0357, March 10, 1997.

47.     Attached hereto as EXHIBIT 46 is a true and correct copy of a document bates numbered GSA002-0358, American Body Armor Limited Warranty.

48.     Attached hereto as EXHIBIT 47 is a true and correct copy of a document bates numbered GSA002-1215, ProTech's Limited Warranty.

49.     Attached hereto as EXHIBIT 48 is a true and correct copy of a document bates numbered GSA002-2390 to GSA002-2436, 1997 Safariland Catalog Armor Systems provided to GSA.

50.     Attached hereto as EXHIBIT 49 is a true and correct copy of a document bates numbered AHON00029250, October 20, 2003 Letter from Scott O'Brien of Safariland to Jim Moody, Los Angeles Police Department.

51.     Attached hereto as EXHIBIT 50 is a true and correct copy of a document bates numbered AZE00525861 to AZE00525866, July 11, 2003 Email from John Geshay to Sales Rep et al. re Body Armor Technical Advisory 0703 – Honeywell Z Shield Letter and FAQs.

52.     Attached hereto as EXHIBIT 51 is a true and correct copy of a document bates numbered GSA002-2400 to GSA002-2435, Safariland Catalog provided to GSA.

53.     Attached hereto as EXHIBIT 52 is a true and correct copy of a document bates numbered AZE00076615 to AZE00076619, Letter from Armor Holdings to Distributors.

54.     Attached hereto as EXHIBIT 53 is a true and correct copy of a document bates numbered HW0023158, September 29, 2003 Z Shield Technical Document Outline.

55.     Attached hereto as EXHIBIT 54 is a true and correct copy of a document bates numbered NAT013-0229 to NAT013-0237, June 28, 1999 Ballistics Update AlliedSignal-Natick.

56.     Attached hereto as EXHIBIT 55 is a true and correct copy of a document bates numbered NAT090-0013 to NAT090-0023, December 17, 1999 Ballistics Update for U.S. Army Natick R, D & E Center.

57.     Attached hereto as EXHIBIT 56 is a true and correct copy of a document bates numbered HW0030007 to HW0030045, July 13, 2001 Email from Swinger to Bhatnagar re Spectra Presentation.

58.     Attached hereto as EXHIBIT 57 is a true and correct copy of a document bates numbered NAT013-0395 to NAT013-0402, July 21 2000 Facsimile transmission from Wagner to Ward re Ballistic Update for the U.S. Army Natick R, D & E Center.

59.     Attached hereto as EXHIBIT 58 is a true and correct copy of a document bates numbered NAT013-0390 to NAT013-0394, November 3, 2000 Ballistic Updated for U.S. Army Natick R, D & E Center.

60.     Attached hereto as EXHIBIT 59 is a true and correct copy of a document bates numbered NAT065-5914 to NAT065-5918, June 5, 2001 Email chain from Ward to Bhatnagar re Z-Shield.

61.     Attached hereto as EXHIBIT 60 is a true and correct copy of a July 02, 2001 document entitled TSWG Task T-196A Environment and Aging Effects Upon the Ballistic Protection of Personal Body Armor Meeting Minutes.

62.     Attached hereto as EXHIBIT 61 is a true and correct copy of a document bates numbered HW00401963 to HW00401964, July 5, 2001 DSM Letter from Frank Schaap to Greg Herceg re Indications of unjustified application of PBO-Shield in bullet resistant vests.

63.     Attached hereto as EXHIBIT 62 is a true and correct copy of a document bates numbered HW0118141 to HW0118147, Z Shield Ballistic Material technical bulletin draft.

64.     Attached hereto as EXHIBIT 63 is a true and correct copy of a document bates numbered HW0344141 to HW0344142, July 5, 2001 Email from Herbeg to Croskrey re PBO.

65.     Attached hereto as EXHIBIT 64 is a true and correct copy of a document bates numbered DSM-00110, July 11 2001 Facsimile transmission from Honeywell to DSM re PBO Zylon fiber in Shield form.

66.     Attached hereto as EXHIBIT 65 is a true and correct copy of a document bates numbered DSM-00095, July 6, 2001 Facsimile transmission from DSM to Honeywell re Ageing/Stability tests on Zylon UD.

67.     Attached hereto as EXHIBIT 66 is a true and correct copy of a document bates numbered HW0004268 to HW0004272, July 25, 2001 Email from Murray to Rammoorthy et al. re Accelerated Aging- Status as of 7/24/01.

68.     Attached hereto as EXHIBIT 67 is a true and correct copy of a document bates numbered HW0344145 to HW0344150, July 6, 2001 Letter from Saito to Herbeg.

69.     Attached hereto as EXHIBIT 68 is a true and correct copy of a document bates numbered

HW0344142, July 6, 2001 Letter from Herceg to Croskrey.

70.     Attached hereto as EXHIBIT 69 is a true and correct copy of a document bates numbered HW0344151, July 16, 2001 Email from Herceg to Ohira et al. re Can I meet you on July 18th.

71.     Attached hereto as EXHIBIT 70 is a true and correct copy of a document bates numbered AHON00037550 to AHON00037555, December 3, 2001 Facsimile transmission from Herceg to O'Brien.

72.     Attached hereto as EXHIBIT 71 is a true and correct copy of a document bates numbered AHJX00003720, September 4, 2001 Email from O'Brien to Weber et al. re Z Shield.

73.     Attached hereto as EXHIBIT 72 is a true and correct copy of a document bates numbered HW0120370 to HW0120371, February 2, 2004 Email from Wagner to Swinger re Z Shield Issues.ppt.

74.     Attached hereto as EXHIBIT 73 is a true and correct copy of a document bates numbered DSM00099, July 6, 2001 Facsimile transmission from DSM to Honeywell re Request for ageing/stability data on Zylon.

75.     Attached hereto as EXHIBIT 74 is a true and correct copy of a document bates numbered DSM00109, July 11, 2001 Facsimile transmission from DSM to Honeywell re Request for ageing/stability data on Zylon.

76.     Attached hereto as EXHIBIT 75 is a true and correct copy of a document bates numbered HW0000937, July 9, 2001 Armor Holdings Body Armor Product Storage Advisory.

77.     Attached hereto as EXHIBIT 76 is a true and correct copy of a document bates numbered HW0001518 to HW0001519; HW0030058 to HW0030060, July 18, 2001 Email from Murray to Wagner et al. re Accelerated Aging – Status.

78.     Attached hereto as EXHIBIT 77 is a true and correct copy of a document bates numbered AHKL00002755 to AHKL00002756, July 19, 2001 Facsimile transmission from Saito to Croskrey re Toyobo's statement to clarify property issue of Zylon Fiber.

79.     Attached hereto as EXHIBIT 78 is a true and correct copy of a document bates numbered HW0344154, July 19, 2001 Email from Herceg to Nojima re: Your most recent letter.

80.     Attached hereto as EXHIBIT 79 is a true and correct copy of a document bates numbered AHJX00003324 to AHJX00003325, July 20, 2001 Facsimile transmission from Croskrey to Saito of Toyobo re Zylon Fiber Issue.

81.     Attached hereto as EXHIBIT 80 is a true and correct copy of a document bates numbered AHKL00003287, July 24, 2001 Email from Harmon to O'Brien et al. re ZShield past data.

82.     Attached hereto as EXHIBIT 81 is a true and correct copy of a document bates numbered AHJX00003347, August 9, 2001 Letter from Herceg to Croskrey.

83.     Attached hereto as EXHIBIT 82 is a true and correct copy of a document bates numbered AHJX00009078 to AHJX00009088, October 4, 2001 Email from Herceg to O'Brien et al. re test results.

84.     Attached hereto as EXHIBIT 83 is a true and correct copy of a document bates numbered HW0344158 to HW0344161, July 26, 2001 Email from Herceg to Nojima et al. re Your most recent

letter.

85.     Attached hereto as EXHIBIT 84 is a true and correct copy of a document bates numbered HW0029925 to HW0029929, August 09, 2001 Email from Wagner to Rammoorthy et al. re H2O Results on Z-Shield.

86.     Attached hereto as EXHIBIT 85 is a true and correct copy of a document bates numbered AZE00534086 to AZE00534088, September 6, 2001 Email from O'Brien to Hermann et al. re Letter on Zylon Shield.

87.     Attached hereto as EXHIBIT 86 is a true and correct copy of a document bates numbered AZE00011339, August 14, 2001 Email from Nelson to Weber et al. re Rev Zylon Shield Direct Comparison 08-14-01.xls.

88.     Attached hereto as EXHIBIT 87 is a true and correct copy of a document bates numbered HW00005144 to HW00005145, September 3, 2001 Facsimile transmission from DSM to Honeywell re New ballistic data on Zylon.

89.     Attached hereto as EXHIBIT 88 is a true and correct copy of a document bates numbered DSM-00124 to DSM-00126, August 29, 2001 Email re Agenda next meeting September 11th.

90.     Attached hereto as EXHIBIT 89 is a true and correct copy of a document bates numbered AZE00534086 to AZE00534088, September 6, 2001 Email from O'Brien to Hermann et al. re Letter on Zylon Shield.

91.     Attached hereto as EXHIBIT 90 is a true and correct copy of a document bates numbered HW0004833 to HW0004834, September 25, 2001 Email from Wagner to Herceg et al. re Z Shield testing – Intermediate results.

92.     Attached hereto as EXHIBIT 91 is a true and correct copy of a document bates numbered HW0005146 to HW0005148, Accelerated Aging Testing.

93.     Attached hereto as EXHIBIT 92 is a true and correct copy of a document bates numbered HW0002297 to HW0002298, September 25, 2001 Email from Wagner to Bhatnagar et al. re Z Shield testing – intermediate results.

94.     Attached hereto as EXHIBIT 93 is a true and correct copy of a document bates numbered HW0004973, September 26, 2001 Honeywell Fiber Physics Testing Lab document

95.     Attached hereto as EXHIBIT 94 is a true and correct copy of a document bates numbered HW00400627, October 3, 2001 Email from Bhatnagar to Wagner et al. re V50 drop vs additional weight.

96.     Attached hereto as EXHIBIT 95 is a true and correct copy of a document bates numbered HW0004974, November 19, 2003 Email from Wagner to Murray et al. re Zylon testing and data.

97.     Attached hereto as EXHIBIT 96 is a true and correct copy of a document bates numbered HW0004212 to HW0004215, September 19, 2001 Email from Murray to Bhatnagar et al. re Zylon discussion.

98.     Attached hereto as EXHIBIT 97 is a true and correct copy of a document bates numbered HW0002556, October 02, 2001 Email from Wagner to Murray re Future testing with Z Shield.

99.     Attached hereto as EXHIBIT 98 is a true and correct copy of a document bates numbered HW0002473 to HW0002476, October 3, 2001 Email from Cooke to Wagner et al. re Z Shield aging trials – data treatment.

100.     Attached hereto as EXHIBIT 99 is a true and correct copy of a document bates numbered HW0344183 to HW0344184, October 4, 2001 Honeywell handwritten notes re AHI Conference Call.

101.     Attached hereto as EXHIBIT 100 is a true and correct copy of a document bates numbered HW0004837 to HW0004838, October 18, 2001 Email from Wagner to Bhatnagar et al. re next round of Z Shield testing.

102.     Attached hereto as EXHIBIT 101 is a true and correct copy of a document bates numbered AHON00033001, October 24, 2001 Email from O'Brien to Smith et al. re Zylon.

103.     Attached hereto as EXHIBIT 102 is a true and correct copy of a document bates numbered HW0344203 to HW0344206, Z Shield, Monolithic Samples.

104.     Attached hereto as EXHIBIT 103 is a true and correct copy of a document bates numbered HW0005290, September 24, 2001 Email from Wagner to FMS re Zylon shield run.

105.     Attached hereto as EXHIBIT 104 is a true and correct copy of a document bates numbered AHJX00003269 to AHJX00003307, February 19, 2002 Memo from Weber to O'Brien.

106.     Attached hereto as EXHIBIT 105 is a true and correct copy of a document bates numbered AHJX00003809, January 30, 2002 Letter from Herceg to O'Brien.

107.     Attached hereto as EXHIBIT 106 is a true and correct copy of a document bates numbered HW0003332 to HW0003333, March 19, 2002 Email from Wagner to FMS et al. re Zylon Shield update.

108.     Attached hereto as EXHIBIT 107 is a true and correct copy of a document bates numbered HW00406792 to HW00406794, May 22, 2002 Fax from Bhatnagar to Sheldon re Z Shield.

109.     Attached hereto as EXHIBIT 108 is a true and correct copy of a document bates numbered HW00406791, Graph of solvent-based resin vs. water-based resin, undated.

110.     Attached hereto as EXHIBIT 109 is a true and correct copy of a document bates numbered HW0004986 to HW0004990, Investigations by Mehler on the PBO-Fiber Zylon from Toyobo.

111.     Attached hereto as EXHIBIT 110 is a true and correct copy of a document bates numbered HW0342519 to HW0342520, May 23, 2002 Email from Wagner to Murray et al. re Z Shield cyclical testing results.

112.     Attached hereto as EXHIBIT 111 is a true and correct copy of a document bates numbered HW0005112 to HW0005134, Z Shield DSM Roll 20000-1301 Cyclic Exposure at 40°C & 70%RH.

113.     Attached hereto as EXHIBIT 112 is a true and correct copy of a document bates numbered HW0026084 to HW0026089, September 8, 2003 Email from Murray to Hurst et al. re Z.

114.     Attached hereto as EXHIBIT 113 is a true and correct copy of a document bates numbered HW0344248 to HW0344251, July 25, 2002 Letter from Wagner to O'Brien.

115.     Attached hereto as EXHIBIT 114 is a true and correct copy of a document bates numbered AZE00006572, ABA Ballistic Alternatives.xls.

116.     Attached hereto as EXHIBIT 115 is a true and correct copy of a document bates numbered AHHS00001259 to AHHS00001261, August 20, 2002 Email from Flynn to Flynn et al.

117.     Attached hereto as EXHIBIT 116 is a true and correct copy of a document bates numbered HW0022652 to HW002654, November 1, 2002 Email from Swinger to Andros et al. re Ballistic Fiber Cheat Sheet.

118.     Attached hereto as EXHIBIT 117 is a true and correct copy of a document bates numbered DSM-00528 to DSM-00534, DSM Memo Performance and Stability of PBO Based Ballistic Products.

119.     Attached hereto as EXHIBIT 118 is a true and correct copy of a document bates numbered HW0000244, August 27, 2002 Email from Herceg to Schaap et al. re PBO paper.

120.     Attached hereto as EXHIBIT 119 is a true and correct copy of a document bates numbered HW404684 to HW404689, September 30, 2002 Letter from Woodham to Croskrey re BVP Program.

121.     Attached hereto as EXHIBIT 120 is a true and correct copy of a document bates numbered HW0004649, November 16, 2002 email from Wagner to Murray re Hybrid shields.

122.     Attached hereto as EXHIBIT 121 is a true and correct copy of a document bates numbered HW0004728 to HW0004729, Handwritten pages dated 11003.

123.     Attached hereto as EXHIBIT 122 is a true and correct copy of a document bates numbered HW0343990 to HW0344011, AHI-Honeywell Meeting agenda.

124.     Attached hereto as EXHIBIT 123 is a true and correct copy of a document bates numbered HW0405074 to HW00405079, January 22, 2003 Handwritten pages by Honeywell.

125.     Attached hereto as EXHIBIT 124 is a true and correct copy of a document bates numbered AHON00033629 to AHON00033650, AHIHoneywell Meeting @ Safariland January 22nd 2003 Agenda.

126.     Attached hereto as EXHIBIT 125 is a true and correct copy of a document bates numbered HW0199877 to HW0199878, February 26, 2003 Email from Wagner to Geshay re Philly PD Bid.

127.     Attached hereto as EXHIBIT 126 is a true and correct copy of a document bates numbered HW0342364 to HW0342365, March 4, 2003 Letter from Wagner to Croskrey.

128.     Attached hereto as EXHIBIT 127 is a true and correct copy of a document bates numbered HW0021889 to HW0021900, September 3, 2003 Email from Swinger to Wagner et al. re Body Armor Retesting Article draft for client review.

129.     Attached hereto as EXHIBIT 128 is a true and correct copy of a document bates numbered HW0204317 to HW0204327, March 12, 2003 Body Armor Retesting Article.

130.     Attached hereto as EXHIBIT 129 is a true and correct copy of a document bates numbered HW0004103 to HW0004104, March 15, 2003 Email from Murray to Woodham et al. re ABA (2nd qtr Zforecast).

131.     Attached hereto as EXHIBIT 130 is a true and correct copy of a document bates numbered AZE00705505 to AZE00705506, March 24, 2003 Email from Woodham to Geshay re Honeywell Q & A – Zylon.

132.     Attached hereto as EXHIBIT 131 is a true and correct copy of a document bates numbered HW0001614 to HW001616, March 28, 2003 Fax from Lemanski to Swinger.

133.     Attached hereto as EXHIBIT 132 is a true and correct copy of a document bates numbered HW0004099 to HW0004100, March 7, 2003 Email from Wagner to Geshay re Philly Letter.

134.     Attached hereto as EXHIBIT 133 is a true and correct copy of a document bates numbered HW0004089 to HW0004090, April 28, 2003 Email from Geshay to Mooney et al. re Zylon Q&A.

135.     Attached hereto as EXHIBIT 134 is a true and correct copy of a document bates numbered HW0020716 to HW0020718, June 13, 2003 Email from Swinger to Geshay et al., re Z Shield Document.

136.     Attached hereto as EXHIBIT 135 is a true and correct copy of a document bates numbered HW0001522 to HW0001525, Authorization to Publish re Z Shield ballistic material.

137.     Attached hereto as EXHIBIT 136 is a true and correct copy of a document bates numbered HW0026730 to HW0026737, August 7, 2003 Email from O'Meara to Hurst re Exposure Testing.

138.     Attached hereto as EXHIBIT 137 is a true and correct copy of a document bates numbered HW0000846 to HW0000855, Exposure Sample Testing Report.

139.     Attached hereto as EXHIBIT 138 is a true and correct copy of a document bates numbered HW0061232 to HW0061242, September 9, 2003 Email from Murray to Swinger re. Exposure Sample Testing Report.

140.     Attached hereto as EXHIBIT 139 is a true and correct copy of a document bates numbered HW0343950, December 11, 2002 email from Wagner to Herceg et al. re Confidential – hybrid shield meeting action items.

141.     Attached hereto as EXHIBIT 140 is a true and correct copy of a document bates numbered HW0006997 to HW0007003, August 19, 2003 Email from Chalifoux to Wagner et al. re Z-Shield.

142.     Attached hereto as EXHIBIT 141 is a true and correct copy of a document bates numbered HW0122051 to HW0122054, Email from Geshay to Swinger, re Kent PD Zylon Vest Testing.

143.     Attached hereto as EXHIBIT 142 is a true and correct copy of a document bates

numbered HW0023510 to HW0023527, September 9, 2003 Email from Swinger to Bruco re Zylon Issues.

144.   Attached hereto as EXHIBIT 143 is a true and correct copy of a document bates numbered AZE00029085 to AZE00029087, September 4, 2003 Email from Lemanski to Harmon et al. re URGENT READ.

145.   Attached hereto as EXHIBIT 144 is a true and correct copy of a document bates numbered HW0120265, September 8, 2003 Email from Woodham to Wagner et al. re Weber.

146.   Attached hereto as EXHIBIT 145 is a true and correct copy of a document bates numbered HW0021217, October 3, 2003 Email from Swinger to Jacobson re Z Shield.

147.   Attached hereto as EXHIBIT 146 is a true and correct copy of a document bates numbered HW00403103 to HW00403111, November 7, 2003 Email from Swinger to Ingebretson re FW Honeywell Technical Bulletins.

148.   Attached hereto as EXHIBIT 147 is a true and correct copy of a document bates numbered HW0024443 to HW0024451, October 29, 2003 Email from Swinger to Bruco re. FWHoneywell Technical Bulletins.

149.   Attached hereto as EXHIBIT 148 is a true and correct copy of a document bates numbered HW0118140 to HW0118147, September 29, 2003 Email from Wagner to Swinger re Z shield.

150.   Attached hereto as EXHIBIT 149 is a true and correct copy of a document bates numbered HW0118148 to HW0118153, Z Shield Ballistic Material technical bulletin draft.

151.   Attached hereto as EXHIBIT 150 is a true and correct copy of a document bates numbered HW0344265 to HW0344266, September 29, 2003 Email from Swinger to Herceg et al. re Z Shield Document.

152.   Attached hereto as EXHIBIT 151 is a true and correct copy of a document bates numbered EXP003-1877 to EXP003-1879, November 19, 2003 Letter from Lemanski to Smith re Vest Check Program.

153.   Attached hereto as EXHIBIT 152 is a true and correct copy of a document bates numbered HW0119315, December 15, 2003 Email from Wagner to Murray et al. re Z Shield QCO Testing – heads up.

154.   Attached hereto as EXHIBIT 153 is a true and correct copy of a document bates numbered HW0002967, December 15, 2003 Email from Hurst to Chalifoux et al. re Z Shield QCO Testing.

155.   Attached hereto as EXHIBIT 154 is a true and correct copy of a document bates numbered HW0020544 to HW0020546, December 19, 2003 Email from Avi to Rowsey.

156.   Attached hereto as EXHIBIT 155 is a true and correct copy of a document bates numbered HW0088114 to HW0088115, December 30, 2003 Email from Chalifoux to Rowsey re Z Shield –Corrected.

157.   Attached hereto as EXHIBIT 156 is a true and correct copy of a document bates

numbered AHJX00001616, December 23, 2003 letter from Cook to Croskrey.

158.    Attached hereto as EXHIBIT 157 is a true and correct copy of a document bates numbered HW000220 to HW0002202, February 18, 2004 Fax transmission from Deborah J. Daniels, Assistant Attorney General to Dr. Wagner.

159.    Attached hereto as EXHIBIT 158 is a true and correct copy of a document bates numbered AHJX00004038, March 10, 2004 Letter from Sarah V. Hart, Director of OJP, to Croskrey.

160.    Attached hereto as EXHIBIT 159 is a true and correct copy of a document bates numbered NIJ021-2702 to NIJ021-2719, Status Report to the Attorney General on Body Armor Safety Initiative Testing and Activities.

161.    Attached hereto as EXHIBIT 160 is a true and correct copy of a document bates numbered AHJX00023964 to AHJX00023965, March 10, 2004 Letter from Hart to Croskrey.

162.    Attached hereto as EXHIBIT 161 is a true and correct copy of a document bates numbered HW00401937 to HW00401952, July 28, 2004 Fax from Betty Vasquez to Wagner.

163.    Attached hereto as EXHIBIT 162 is a true and correct copy of a document bates numbered HW00401342 to HW00401458, July 30, 2004 Email from Croskrey to Swinger.

164.    Attached hereto as EXHIBIT 163 is a true and correct copy of a document bates numbered HW00401463 to HW00401532, July 30, 2004 Email from Croskrey to Swinger re Exponent Level IIIa Data July 30.04.

165.    Attached hereto as EXHIBIT 164 is a true and correct copy of a document bates numbered HW0001064 to HW0001072, August 9, 2004 Fax from Wagner to Weber at Armor Holdings.

166.    Attached hereto as EXHIBIT 165 is a true and correct copy of a document bates numbered HW0000001 to HW0000243, Exponent ballistic test data sheets.

167.    Attached hereto as EXHIBIT 166 is a true and correct copy of a document bates numbered GSA002-0560 to GSA002-0561, ABA Contract Modification with GSA lowing warranty on ZX vests.

168.    Attached hereto as EXHIBIT 167 is a true and correct copy of a document bates numbered AHJX00023914 to AJHX00023942, September 2004 Armor Holdings published report on its testing.

169.    Attached hereto as EXHIBIT 168 is a true and correct copy of a document bates numbered AHEXP00000025 to AHEX00000030, Spreadsheet entitled "tbl_Vest_TestResults."

170.    Attached hereto as EXHIBIT 169 is a true and correct copy of a document bates numbered AZE00205497 to AZE00205499, August 14, 2004 Announcement by Armor Holdings of the reduction of the warranty period.

171.    Attached hereto as EXHIBIT 170 is a true and correct copy of a document bates numbered AHTS00000377 to AHTS00000384, Weibull analysis of Xtreme vests determining likelihood of failure at 36 months.

172.     Attached hereto as EXHIBIT 171 is a true and correct copy of a document bates numbered HW0066791 to HW0066795, August 10, 2004 Letter from Cook to Croskrey.

173.     Attached hereto as EXHIBIT 172 is a true and correct copy of a document bates numbered HW00402203 to HW00402240, Patent Application Transmittal Form Moisure-Resistant PBO Fiber and Articles, and Method of Making.

174.     Attached hereto as EXHIBIT 173 is a true and correct copy of a document bates numbered HW00406524 to HW00406558, Handwritten as Filed Moisture Resistant PBO Fiber Articles, and Method of Making.

175.     Attached hereto as EXHIBIT 174 is a true and correct copy of a document bates numbered HW00401882 to HW00401884, Declaration for Patent Application Sole or Joint.

176.     Attached hereto as EXHIBIT 175 is a true and correct copy of a document bates numbered HW00410424 to HW00410427, Declaration of Brian Arvidson re application no. 11025,536.

177.     Attached hereto as EXHIBIT 176 is a true and correct copy of a document bates numbered HW00406513 to HW00406521, Undated data.

178.     Attached hereto as EXHIBIT 177 is a true and correct copy of a document bates numbered HW00406933 to HW00406935, Undated calculations.

179.     Attached hereto as EXHIBIT 178 is a true and correct copy of a document bates numbered HW0020047 to HW0020048, January 30, 2005 Email from Donovan to Cook et al. re AHI Zylon Offer.

180.     Attached hereto as EXHIBIT 179 is a true and correct copy of a document bates numbered AZE00055260 to AZE00055264, Supply Contract.

181.     Attached hereto as EXHIBIT 180 is a true and correct copy of a document bates numbered HW0012519, May 17, 2005 Email from Swinger to Ashley et al. re Z Shield.

182.     Attached hereto as EXHIBIT 181 is a true and correct copy of a document bates numbered HW00400959 to HW00400961, June 30, 2005 Email from Swinger to Prokop et al. re Recent Second Chance Disclosures regarding Zylon.

183.     Attached hereto as EXHIBIT 182 is a true and correct copy of a document bates numbered AZE00534565 to AZE00534566, July 13, 2005 Email from Cook to O'Brien re Recent Second Chance Disclosures regarding Zylon.

184.     Attached hereto as EXHIBIT 183 is a true and correct copy of a document bates numbered HW00406273, June 30, 2005 Email from Swinger to Wagner re z shield June 30.

185.     Attached hereto as EXHIBIT 184 is a true and correct copy of a document bates numbered NIJ021-2720 to NIJ021-2766, NIJ's Third Status Report to the Attorney General on Body Armor Safety Initiative Testing and Activities.

186.     Attached hereto as EXHIBIT 185 is a true and correct copy of a document bates numbered NIJ003-7190, NIJ Body Armor Standard Advisory Notice #01-2005.

187.     Attached hereto as EXHIBIT 186 is a true and correct copy of a document bates numbered HW0030071, August 10, 2001 Email from Bhatnagar to Wagner et al. re Janet Ward.

188.     Attached hereto as EXHIBIT 187 is a true and correct copy of a document bates numbered HW0004544, November 29, 2001 Letter from Lesko to Murray.

189.     Attached hereto as EXHIBIT 188 is a true and correct copy of a document bates numbered HW0004542 to HW0004543, November 26, 2001 handwritten Honeywell notes re Jon Lesko Tekne Group.

190.     Attached hereto as EXHIBIT 189 is a true and correct copy of a document bates numbered LES002-5591 to LES002-5592, November 29, 2001 Email from Lesko to Murray et al. re Tekne request for information.

191.     Attached hereto as EXHIBIT 190 is a true and correct copy of a document bates numbered NAT016-0117, November 30, 2001 Email from Ward to Crivello et al. re notice of visit.

192.     Attached hereto as EXHIBIT 191 is a true and correct copy of a document bates numbered NAT013-0597, January 14, 2002 the handwritten notes by Ward.

193.     Attached hereto as EXHIBIT 192 is a true and correct copy of a document bates numbered HW0203299 to HW0203300, February 19, 2002 Email from Murray to Lesko et al.

194.     Attached hereto as EXHIBIT 193 is a true and correct copy of a document bates numbered HW00409068 to HW00409075, March 20, 2002 Honeywell Meeting March 20, 2002 attaching Ballistic Update U.S. Army Natick R, D & E Center.

195.     Attached hereto as EXHIBIT 194 is a true and correct copy of a document bates numbered HW0004533 to HW0004534, April 9, 2002 Letter from the Tekne Group to Honeywell.

196.     Attached hereto as EXHIBIT 195 is a true and correct copy of a document bates numbered HW00406042 to  HW00406043, May 23, 2002 Email from Murray to Wagner re FW Response to your Request for Information.

197.     Attached hereto as EXHIBIT 196 is a true and correct copy of a document bates numbered HW00406371 to HW00406373, July 12, 2002 Email from Wagner to Murray re Tekne group.

198.     Attached hereto as EXHIBIT 197 is a true and correct copy of a document bates numbered HW0004519 to HW0004521, July 15, 2002 Letter from Murray to Lesko.

199.     Attached hereto as EXHIBIT 198 is a true and correct copy of a document bates numbered HW001792 to HW0014944, November 18, 2005 Email from Wagner to Swinger re FWTSWG-Tekne History.

200.     Attached hereto as EXHIBIT 199 is a true and correct copy of a document bates numbered HW0030147 to HW0030155, October 22, 2002 Honeywell Ballistic Update, U.S. Army Natick R, D&E Center.

201.     Attached hereto as EXHIBIT 200 is a true and correct copy of a document bates numbered HW0062255 to HW0062259, June 11, 2003 Email from Murray to Wagner re NIJ Meeting Minutes – 52203.

202.    Attached hereto as EXHIBIT 201 is a true and correct copy of a document bates numbered NST012-1278 to NST012-1279, May 19, 2003 Email from Miller to Howe et al. re Agenda Items to discuss during 5-22-03 meeting.

203.    Attached hereto as EXHIBIT 202 is a true and correct copy of a document bates numbered HTS001-0260 to HTS001-0263, July 14, 2003 Tekne Group Meeting minutes.

204.    Attached hereto as EXHIBIT 203 is a true and correct copy of a document bates numbered TEK028-0063 to TEK028-0076, Tekne Group, Inc Quick Look Data Summary TSWG TASK-196A.

205.    Attached hereto as EXHIBIT 204 is a true and correct copy of a document bates numbered a document bates numbered HW0118256, September 3, 2003 Email from Murray to Swinger re NIJ.

206.    Attached hereto as EXHIBIT 205 is a true and correct copy of a document bates numbered HW0122028 to HW0122029, November 8, 2003 Email from Masiello to Swinger re Zylon Standby Statement.

207.    Attached hereto as EXHIBIT 206 is a true and correct copy of a document bates numbered HW0120365, September 9, 2003 Email from Woodham to Swinger re Possible Calls regarding Z Shield.

208.    Attached hereto as EXHIBIT 207 is a true and correct copy of document bates numbered TEK025-9101, November 4, 2003 Email from Lesko to Rise et al. re Technical Bulletins from Honeywell Spectra(R) Regarding Ballistic Performance and Aging – Police One.

209.    Attached hereto as EXHIBIT 208 is a true and correct copy of a document bates numbered HW0119481, November 18, 2003 Email from Wagner to Murray et al. re DOJ announcement.

210.    Attached hereto as EXHIBIT 209 is a true and correct copy of a document bates numbered HW0344054 to HW0344055, December 3, 2003 Letter from Ryan to Daniels.

211.    Attached hereto as EXHIBIT 210 is a true and correct copy of a document bates numbered HW0344073 to HW0344074, January 27, 2004 Facsimile transmission from Mike Ryan to Anne Cook, Jim Swinger and Charles Ingebretson of Honeywell

212.    Attached hereto as EXHIBIT 211 is a true and correct copy of a document bates numbered HW0028115 to HW0028118, January 27, 2004 Email from Murray to Hurst et al. re New RFQ.

213.    Attached hereto as EXHIBIT 212 is a true and correct copy of a document bates numbered HW0061807 to HW0061808, January 28, 2004 Email from Murray to Murray et al. re Conference Call on January 28th – Hybrid Shield developmental products.

214.    Attached hereto as EXHIBIT 213 is a true and correct copy of a document bates numbered HW00402087 to HW00402088, December 19, 2004 Letter from Lesko to Murray re Request for Quote TGI-J010-RFQ-04-01.

215.    Attached hereto as EXHIBIT 214 is a true and correct copy of a document bates

numbered NAT016-0110, March 18, 2002 Email from Ward to AMSSB-OPR SBCCOM et al. re Honeywell visit.

216.     Attached hereto as EXHIBIT 215 is a true and correct copy of a document bates numbered HW00402453 to HW00402463, October 22, 2002 PowerPoint presentation from Honeywell to Natick re Ballistic Update U.S. Army Natick R, D & E Center.

217.     Attached hereto as EXHIBIT 216 is a true and correct copy of a document bates numbered NAT016-0181, August 21, 2003 Email from Ward to Zheng et al. re Visitor Notices (2).

218.     Attached hereto as EXHIBIT 217 is a true and correct copy of a document bates numbered HW0006792 to HW0006793, August 28, 2003 Email from Bhatnagar to Swinger et al. re Natick-summary.

219.     Attached hereto as EXHIBIT 218 is a true and correct copy of a document bates numbered HW00407786, September 9, 2003 Email from Wagner to Murray re NIJ's view on Second Chance.

220.     Attached hereto as EXHIBIT 219 is a true and correct copy of a document bates numbered HW00409405 to HW00409406, September 26, 2003 Email from Murray to Swinger et al. re NIJ meeting Status.

221.     Attached hereto as EXHIBIT 220 is a true and correct copy of a document bates numbered NAT016-0125 to NAT016-0126, November 10, 2003 Email from Ward to Ward et al. re Visitors Notices.

222.     Attached hereto as EXHIBIT 221 is a true and correct copy of a document bates numbered NAT091-0001 to NAT091-0004, Ballistic Update U.S. Army Natick R, D & E Center.

223.     Attached hereto as EXHIBIT 222 is a true and correct copy of a document bates numbered HW0122106 to HW0122107, February 4, 2004 Email from Wagner to Ingebretson et al. re Excerpt from Tactical Forums.

224.     Attached hereto as EXHIBIT 223 is a true and correct copy of a document bates numbered NAT021-4488, April 14, 2004 Email from Cunniff to Cunniff et al. re Visitor Notice.

225.     Attached hereto as EXHIBIT 224 is a true and correct copy of a document bates numbered HW00407153 to HW00407154, April 20, 2004 Email from Bhatnagar to Bruco et al. re Natick visit.

226.     Attached hereto as EXHIBIT 225 is a true and correct copy of a document bates numbered HW0021123, June 16, 2004 Email from Wagner to Griffin et al.

227.     Attached hereto as EXHIBIT 226 is a true and correct copy of a document bates numbered NAT016-0179, April 4, 2005 Email from Ward to Codega et al. re Visitor Notice.

228.     Attached hereto as EXHIBIT 227 is a true and correct copy of a document bates numbered NAT016-0180, May 19, 2005 Email from Ward to Carboni et al. re Visitor Notice.

229.     Attached hereto as EXHIBIT 228 is a true and correct copy of a document bates numbered NAT016-0124, August 2, 2005 Email from Ward to Ward et al. re Visitor Notice.

230.    Attached hereto as EXHIBIT 229 is a true and correct copy of a document bates numbered a document bates numbered HW00406370, September 12, 2005 Email from Wagner to Powers et al. re NIJ new requirements.

231.    Attached hereto as EXHIBIT 230 is a true and correct copy of a document bates numbered a document bates numbered LES001-5674 to LES001-5682, March 11, 2002 Email from Teckne Group to Davis et al. re Monthly Report, Meeting Minutes.

232.    Attached hereto as EXHIBIT 231 is a true and correct copy of a document bates numbered a document bates numbered GSA002-1512 to GSA002-1515, October 20, 2005 GSA's deletion modification of the ProTech contract.

233.    Attached hereto as EXHIBIT 232 is a true and correct copy of a document bates numbered a document bates numbered GSA002-2618 to GSA002-2619, September 20, 2005 GSA's deletion modification of the Safariland contract.

234.    Attached hereto as EXHIBIT 233 is a true and correct copy of a document bates numbered a document bates numbered HW00401127 to HW00401224, March 24, 2006 Email from Powers to Wagner et al. re Aging studies on Honeywell's Products.

235.    Attached hereto as EXHIBIT 234 is a true and correct copy of a document entitled Honeywell Sales of Z Shield.

236.    Attached hereto as EXHIBIT 235 is a true and correct copy of a document entitled Honeywell Payments to Toyobo for Zylon Fiber.

237.    Attached hereto as EXHIBIT 236 is a true and correct copy of a document bates numbered GSA002-0519, January 2005 American Body Armor & Equipment Items to be Deleted.

238.    Attached hereto as EXHIBIT 237 is a true and correct copy of a document bates numbered AHJX00004509 to  AHJX00004510, January 1, 1999 Non-Disclosure Agreement between Armor Holdings, Inc. and Honeywell International.

239.    Attached hereto as EXHIBIT 238 is a true and correct copy of a document bates numbered HW0344299 to HW0141370, August 17, 2001 Email chain from Aadahl to Wagner et al. re Vest Conditioning TR 2129.

240.    Attached hereto as EXHIBIT 239 is a true and correct copy of a document bates numbered HW0001514 to HW0001515, November 13, 2001 Email from Nelson to Wagner et al. re Vests from Florida and/or Louisiana.

241.    Attached hereto as EXHIBIT 240 is a true and correct copy of a document bates numbered HW0005040 to HW0005062, Z Shield DSM Roll 1-0407 Constant Exposure at 40°C & 70%RH.

242.    Attached hereto as EXHIBIT 241 is a true and correct copy of a document bates numbered DSM-00562, January 18, 2002 Facsimile transmission from Honeywell to DSM re Zyon UD Supply Agreement.

243.    Attached hereto as EXHIBIT 242 is a true and correct copy of a document bates

numbered HW003415 to HW0003426, May 8, 2002 memorandum from Correale to Bhatnagar re Z Shield Analysis.

244.     Attached hereto as EXHIBIT 243 is a true and correct copy of a document bates numbered HW0005131, Handwritten notes labeled Cyclic Testing 5212002.

245.     Attached hereto as EXHIBIT 244 is a true and correct copy of a document bates numbered HW0344251, Ballistic Test results on the XTZX2-1 dated May 31, 2002.

246.     Attached hereto as EXHIBIT 245 is a true and correct copy of a document bates numbered NST019-1846 to NST019-1847, 111803 Press release.

247.     Attached hereto as EXHIBIT 246 is a true and correct copy of a document bates numbered AHEXP000000002 to AHEX P000000034, Affidavit of Robert D. Caligiuri, Group Vice-President of Exponent.

248.     Attached hereto as EXHIBIT 247 is a true and correct copy of a document bates numbered NIJ021-2702 to NIJ021-2719, Status Report to the Attorney General on Body Armor Safety Initiative Testing and Activities.

249.     Attached hereto as EXHIBIT 248 is a true and correct copy of a document bates numbered NAT013-0578 to NAT013-0582, Ward handwritten notes dated March 20, 2002.

250.     Attached hereto as EXHIBIT 249 is a true and correct copy of a document bates numbered AHJX00018503 to AHJX00018571, Zylon NIJ Visit to Safariland.

251.     Attached hereto as EXHIBIT 250 is a true and correct copy of a document bates numbered GSA002-0507 to GSA002-0508, GSA's deletion modification of the ABA contract.

252.     Attached hereto as EXHIBIT 251 is a true and correct copy of a document bates numbered NIJ038-0001 to NIJ038-0057, NIJ Standard 0101.04.

253.     Attached hereto as EXHIBIT 252 is a true and correct copy of a document bates numbered NST003-1101, Test results from Body Armor Safety Summit.

254.     Attached hereto as EXHIBIT 253 is a true and correct copy of the June 20, 2013 Stoker Declaration.

255.     Attached hereto as EXHIBIT 254 is a true and correct copy of the Honeywell Supplemental Responses to U.S. First Set of Interrogatories.

256.     Attached hereto as EXHIBIT 255 is a true and correct copy of the Honeywell Responses to U.S. Second Set of Interrogatories.

257.     Attached hereto as EXHIBIT 256 is a true and correct copy of the July 9th, 2019 Court Order on Defendants' Motion to Dismiss and to Strike the Intervener's Complaint in the case of United States ex rel. Dildine v. Pandya, Northern District of Georgia, Atlanta Division.

258.     Attached hereto as EXHIBIT 257 is a true and correct copy of a July 31, 2019 document entitled Released Claims for Different Time Periods, Different Legal Claims and Different Zylon Products for Settling Entities Compared to Pending Claims Against Honeywell.

259.     Attached hereto as EXHIBIT 258 is a true and correct copy of a July 31, 2019 document entitled Unpaid Orphan Shares by Body Armor Manufacturer.

260.     Attached hereto as EXHIBIT 259 is a true and correct copy of excerpts from the transcript of the February 5th, 2010 deposition of Anne Anderson.

261.     Attached hereto as EXHIBIT 260 is a true and correct copy of excerpts from the transcript of the August 16th, 2010 deposition of Brian Bennett.

262.     Attached hereto as EXHIBIT 261 is a true and correct copy of excerpts from the transcript of the September 2nd, 2009 deposition of Ashok Bhatnagar.

263.     Attached hereto as EXHIBIT 262 is a true and correct copy of excerpts from the transcript of the July 27th, 2010 deposition of John H. Bishop.

264.     Attached hereto as EXHIBIT 263 is a true and correct copy of excerpts from the transcript of the September 15th and 16th, 2009 depositions of Stephen Croskrey.

265.     Attached hereto as EXHIBIT 264 is a true and correct copy of excerpts from the transcript of the October 7th, 2009 deposition of Gregory Herceg.

266.     Attached hereto as EXHIBIT 265 is a true and correct copy of excerpts from the transcript of the August 21st, 2009 deposition of David Hurst.

267.     Attached hereto as EXHIBIT 266 is a true and correct copy of excerpts from the transcript of the November 10th, 2009 deposition of Sheldon Kavesh.

268.     Attached hereto as EXHIBIT 267 is a true and correct copy of excerpts from the transcript of the October 22nd, 2009 deposition of Jon Lesko.

269.     Attached hereto as EXHIBIT 268 is a true and correct copy of excerpts from the transcript of the October 28th, 2009, October 29, 2009, and October 24th, 2014 depositions of Steven Lightsey.

270.     Attached hereto as EXHIBIT 269 is a true and correct copy of excerpts from the transcript of the March 10th and 11th, 2010 depositions of Jan L. Lindemulder.

271.     Attached hereto as EXHIBIT 270 is a true and correct copy of excerpts from the transcript of the June 8th and 9th, 2010 deposition of Lance Miller.

272.     Attached hereto as EXHIBIT 271 is a true and correct copy of excerpts from the transcript of the January 27th, 2010 deposition of Harold Murray.

273.     Attached hereto as EXHIBIT 272 is a true and correct copy of excerpts from the transcript of the November 18th and 19th, 2009 depositions of Scott O'Brien.

274.     Attached hereto as EXHIBIT 273 is a true and correct copy of excerpts from the transcript of the July 27th and 28th, 2017 depositions of Anoush Poursartip.

275.     Attached hereto as EXHIBIT 274 is a true and correct copy of excerpts from the

transcript of the April 28th, 2010, April 29th, 2010, and December 22nd, 2017 depositions of Kirk Rice.

276.    Attached hereto as EXHIBIT 275 is a true and correct copy of excerpts from the transcript of the December 1st, 2010 deposition of Michael Ryan.

277.    Attached hereto as EXHIBIT 276 is a true and correct copy of excerpts from the transcript of the March 11th and 12, 2010 depositions of Frank Schaap

278.    Attached hereto as EXHIBIT 277 is a true and correct copy of excerpts from the transcript of the December 17th, 2009 deposition of Debra Stoe.

279.    Attached hereto as EXHIBIT 278 is a true and correct copy of excerpts from the transcript of the December 10th, 2009 deposition of Timothy Swinger.

280.    Attached hereto as EXHIBIT 279 is a true and correct copy of excerpts from the transcript of the August 6th, 2010 deposition of David S. Tallant.

281.    Attached hereto as EXHIBIT 280 is a true and correct copy of excerpts from the transcript of the July 15th, 2009, July 16th, 2009, and December 17th, 2014 depositions of Lori Wagner.

282.    Attached hereto as EXHIBIT 281 is a true and correct copy of excerpts from the transcript of the July 29th and 30th, 2014 depositions of Janet Ward.

283.    Attached hereto as EXHIBIT 282 is a true and correct copy of excerpts from the transcript of the March 3rd and 4th, 2010 depositions of Robert Weber.

284.    Attached hereto as EXHIBIT 283 is a true and correct copy of excerpts from the transcript of the August 23rd, 2010 deposition of Derek Whipps.

285.    Attached hereto as EXHIBIT 284 is a true and correct copy of excerpts from the transcript of the December 3rd, 2010 deposition of Sergeant Joel Winfrey.

286.    Attached hereto as EXHIBIT 285 is a true and correct copy of excerpts from the transcript of the July 24th, 2015 deposition of Gregory H. Woods.

287.    Attached hereto as EXHIBIT 286 is a true and correct copy of a document bates numbered TOYOBO-ZYLON 019435, February 2nd, 1999 Memorandum re Visit to Point Blank.

288.    Attached hereto as EXHIBIT 287 is a true and correct copy of a document bates numbered NIJ038-0328 to NIJ038-0416, NIJ Standard 0101.06.

289.    Attached hereto as EXHIBIT 288 is a true and correct copy of a document bates numbered NAT006-0731 to NAT006-0750, September 28th, 2001 Letter and technical information from Ohira to Ward.

290.    Attached hereto as EXHIBIT 289 is a true and correct copy of excerpts from the transcript of the August 23rd, 2017 deposition of Robert D. Bourne.

291.    Attached hereto as EXHIBIT 290 is a true and correct copy of excerpts from the transcript of the January 28th, 2014 deposition of Marc Caplan.

292.     Attached hereto as EXHIBIT 291 is a true and correct copy of excerpts from the transcript of the January 29th, 2015 deposition of Linda Hammond-Deckard.

293.     Attached hereto as EXHIBIT 292 is a true and correct copy of excerpts from the transcript of the May 1st, 2019 deposition of John H. Johnson, IV.

294.     Attached hereto as EXHIBIT 293 is a true and correct copy of excerpts from the transcript of the March 24th and 25th, 2010 depositions of Gary Lemanski.

295.     Attached hereto as EXHIBIT 294 is a true and correct copy of excerpts from the transcript of the January 9th and 10th, 2018 depositions of Alan J. Lesser.

296.     Attached hereto as EXHIBIT 295 is a true and correct copy of excerpts from the transcript of the August 19th, 2015 deposition of Kellie Stoker.

297.     Attached hereto as EXHIBIT 296 is a true and correct copy of excerpts from the transcript of the November 17th, 2010 deposition of Randall White.

298.     Attached hereto as EXHIBIT 297 is a true and correct copy of excerpts from the transcript of the June 28th, 2017 deposition of Roger Getz.

299.     Attached hereto as EXHIBIT 298 is a true and correct copy of a document bates numbered HW0020167 to HW0020168, October 19, 2004 Email from Wagner to Swinger re  Fw: Zylon.

300.     Attached hereto as EXHIBIT 299 is a true and correct copy of the May 1, 2017 U.S. Supplemental Expert Report of C.M. Roland, Ph.D.

301.     Attached hereto as EXHIBIT 300 is a true and correct copy of a document bates numbered LES001-6733 to LES001-6752, October 2001 Tekne Preliminary Summary for Technical Review.

302.     Attached hereto as EXHIBIT 301 is a true and correct copy of a document bates numbered NLE004-6508 to NLE004-6509, May 12, 2004 Email from Miller to O'Shea et al. re http://www.washingtonpost.com/wp-dyn/articles/A20023-2004May12.html

303.     Attached hereto as EXHIBIT 302 is a true and correct copy of a document bates numbered NLE004-6511 to NLE004-6512, May 12, 2004 Email from Rice to Miller re Mont. Co. PD and update on V50 query.

304.     Attached hereto as EXHIBIT 303 is a true and correct copy of a document bates numbered AHHS00001259 to AHHS00001261, August 20, 2002 Email from Flynn to Flynn et al. re Spectra Q&A.

305.     Attached hereto as EXHIBIT 304 is a true and correct copy of a document bates numbered AHHS00017126, August 3, 2004 Email from Croskrey to Lemanski re lori wagner.

306.     Attached hereto as EXHIBIT 305 is a true and correct copy of a document bates numbered NAT013-0716, handwritten notes of Janet Ward.

307.     Attached hereto as EXHIBIT 306 is a true and correct copy of a document bates numbered NAT144-3476 to NAT144-3480, March 21, 2002 Email from Lightsey to Rice et al. re TGI

draft response to Honeywell.

308.    Attached hereto as EXHIBIT 307 is a true and correct copy of a document bates numbered NAT013-0657 to NAT013-0665, October 22, 2002 PowerPoint presentation entitled SPECTRA Business Update: U.S. Army Natick R, D & E Center, with handwritten notes by Janet Ward.

309.    Attached hereto as EXHIBIT 308 is a true and correct copy of the United States' Responses and Objections to Honeywell International Inc.'s Second Set of Interrogatories.

310.    Attached hereto as EXHIBIT 309 is a true and correct copy of a document bates numbered AZE 00900087 to AZE 00900141, September 22, 2003 Email from Geshay to Dornsife re Legion of Life

311.    Attached hereto as EXHIBIT 310 is a true and correct copy of a document bates numbered AZE 00221317, May 13, 2005 Email from Flynn to Brown re ZX SAVES VST A05-06865.

312.    Attached hereto as EXHIBIT 311 is a true and correct copy of the June 23, 2015 Discovery Agreement Between the United States and Honeywell International, Inc.

313.    Attached hereto as EXHIBIT 312 is a true and correct copy of a document bates numbered AZE 00221318 to AZE 00221319, May 12, 2005 Email from Flynn to Geshay re Legion of Life Candidate – SAVES

314. Attached hereto as EXHIBIT 313 is a true and correct copy of a document bates numbered AHJX00082565 to AHJX00082597, April 15, 2002 Fax transmission from Esparza to Finn, containing Secret Service Contract No. GS-07F-9549G.

315. Attached hereto as EXHIBIT 314 is a true and correct copy of excerpts from the transcript of the September 14th, 2017 and May 1st, 2019 depositions of Joseph Anastasi.

316. Attached hereto as EXHIBIT 315 is a true and correct copy of a document entitled The Parties' Key Fact and Expert Witnesses.


I declare, under penalty of perjury under the laws of the United States, that the foregoing is true and correct, and that this declaration was executed at Washington, D.C. on August 2, 2019.

Jennifer Chorpenning