# EXHIBIT 1

Expert Witness Disclosure Report

Report Produced at the Request of:

United States Department of Justice


United States of America v. Honeywell International
Civil Action No.  1:08cv961 (RWR)


Report Submitted by:

Alan J. Lesser
Professor
Polymer Science & Engineering Department
University of Massachusetts
Amherst, MA 01003

November 2nd, 2015

# Table of Contents

Section I         Executive Summary         ……………………………………………         3

Section II        Qualifications of Expert         ……………………………………………         5

Section III       Sequence of Events and Relevant Information         ………………         9

Section IV        Z Shield Description         …………………………………………………………………         10

Section V         Expert Opinions and Support …………………………………………………         17

Section VI        Conclusions         ………………………………………………………………         25

Section VII       References         ………………………………………………………………         26

Appendix A – Curriculum Vitae …………………………………………………………         A-1

Appendix B – Chapter 4, Dissertation of Peter Walsh ……………………………………         B-1

Appendix C – Supplemental list of Documents Reviewed ………………………………         C-1

**Section I – Executive Summary**

My name is Alan Lesser and I am currently employed as a Full Professor in the Polymer Science and Engineering Department at the University of Massachusetts, Amherst MA.  My qualifications are outlined in Section II of this report and my CV is attached in Appendix A.

I have been retained as an Expert by the United States Department of Justice to opine on the suitability of Z Shield.  The documents and evidence I have reviewed in addition to those not explicitly stated or referenced in the body of this report is included in Appendix C.

Upon review of the available evidence in this case, my opinions in this case are as follows:

1.  Poly-*p*-phenylenebenzobisoxazole (PBO) fiber manufactured by Toyobo under the trade name of Zylon is the primary structural component responsible for ballistic protection in Z Shield.   The primary component responsible for defeating projectile penetration in Z Shield is the Zylon fiber.  This arises from the combination of the exceptionally high strength along with the high modulus and low density (both of which relate to the stress wave speed in the fiber to delocalize the impact event) to provide resistance to penetration.  The role of the other components in Z Shield are secondary.  The role of the rubber matrix is to prevent excessive lateral displacement of fibers during impact and to provide protection to the fiber from environmental exposure when not impacted but under normal use and storage. The role of the thermoplastic film is to ensure adjacent plies of Z Shield do not weld (stick) to one another during storage or use.

2.  Zylon is susceptible to hydrolytic degradation under relatively mild conditions rendering it not suitable for use in ballistic protection products and soft body armor.  The initial mechanical properties (stiffness and strength) of Zylon fibers are the highest of any commercial fiber produced today.  This, combined with its exceptional thermal decomposition temperature, make it an attractive candidate for applications where these properties are important.  However, Zylon has proven to be highly susceptible to hydrolytic degradation under relatively mild conditions (temperatures very close to body temperature and 80% relative humidity) that severely restrict its applications.  Ballistic protection is a critical application that requires the structural component (Zylon) perform, even after years of service and exposure to this level of moderate heat and humidity. Since the properties of Zylon degrade under these conditions so significantly, and since the kinetics of this process have not been thoroughly evaluated and incorporated in the design of soft body armor, use of this fiber should be restricted to short-term applications and used shortly after manufacture.  Products made from Zylon cannot be expected to perform (at their specified properties) in soft body armor applications where the product is in service for a number of years while being exposed to a variety of conditions that produce conditions where this fiber degrades.

3.  Honeywell did not conduct proper screening studies to evaluate the suitability of Zylon fiber and other products used in Z Shield for ballistic garment applications but continued to market Z Shield.  In critical applications, new products should be properly screened before their introduction into the market.  This requires either a company conduct real-life exposure testing over the warranty period, or conduct accelerated testing under more aggressive conditions to shorten the evaluation period.  In the case of Z Shield, Honeywell did no such testing or evaluation prior to introducing it into the market.  Honeywell initially contracted with DSM in a Joint Development Agreement to develop Z Shield. DSM, in contrast, did initiate accelerated exposure studies and identified major concerns. DSM then followed-up by notifying customers, suppliers, and Honeywell that they were suspending production (putting on hold) until the issue was resolved.  Honeywell acknowledged that they had conducted no such evaluation and indicated they would start one.  However, they never stopped marketing Z Shield and started accelerated aging studies concurrent with product sales to customers.

4.  Honeywell continued to market Z Shield even though their internal results and those from suppliers continued to show degradation in Z Shield performance and Zylon fiber performance.   Shortly after DSM notified Honeywell in July of 2001 of their position not to pursue development of Z Shield, Honeywell started their own accelerated study at (50, 70, 90 C and 80 % RH).  Within months (Sept. 2001) the early data generated at Honeywell supported DSMs results.  In fact, the results showed that Z Shield was even more sensitive to degradation than any of Honeywell's previous commercial products and Zylon fabric. Yet Honeywell never shared this information with DSM, Toyobo, or the broader community.  This continued over the years, where more informative data was withheld and not published in technical bulletins nor provided to other companies or customers.

5.  The material selection and design of Honeywell's Z Shield is flawed and does not provide protection of Zylon fiber from environmental exposure.   Z Shield was designed and specified without proper consideration of the components used, their concentration, or composition.  As a consequence, Honeywell chose a fiber that was not suitable for the application when exposed to moderate levels of heat and humidity (essentially body temperature and 80% relative humidity) and did not provide adequate protection to the fiber to prevent exposure to these elements.        REDACTED


    Honeywell employed material scientists fully capable of identifying this issue and in fact stated this in a declaration associated with one of their patent applications related to Z Shield. Honeywell did not consider or address issues associated with poor adhesion between fiber and matrix, and selected a material/process that inherently exposes the Zylon fiber to excessive levels of heat and humidity during fabrication.

**Section II – Qualifications of Expert**

General Qualifications:

My name is Alan James Lesser and I am currently employed as a Full Professor in the Polymer Science and Engineering (PSE) Department at the University of Massachusetts, Amherst, MA.  I joined the PSE Department in 1995 as an Assistant Professor and have since been tenured and twice promoted.  Before joining the PSE Department, I was employed as a Research Scientist for Shell Development Company in Houston, Texas.  My formal education includes a B.S. in Architectural Engineering from the University of Colorado, and a M.S. and Ph.D. from Case Western Reserve University in Cleveland, Ohio.  My primary occupation is a Full Professor in the Polymer Science and Engineering Department.  Other professional activities include providing Expert Consultation that occupy approximately 5-10% of my time.

My research interests and expertise include deformation and fracture of polymers and composites, environmental stress cracking, mechano-chemical degradation in polymer-based materials, and processing polymers in the presence of supercritical carbon dioxide and superheated liquids.  I am also involved in structure-process-property relationships of polymers with emphasis on nonlinear engineering properties of polymeric materials.

I am Editor-in-Chief for Polymer Engineering & Science Journal and Polymer Composites Journal. These journals are the two flagship technical journals for the Society of Plastics Engineers. I also serve on the Editorial Advisory Board for the Journal of Applied Polymer Science.  I have authored more than 100 publications in refereed technical journals along with more than 120 papers in conference proceedings.  A more complete summary of my qualifications is contained in my curriculum vitae (Appendix A).

Aspects of my background that are relevant to this case include the fact that I have a B.S. in Architectural Engineering from the University of Colorado, and a Master of Science, and Doctorate of Philosophy in Civil Engineering from Case Western Reserve University.  Prior to my academic appointment at UMass, I conducted research for Shell Development Company assisting them in understanding fracture behavior of polymeric materials.  Over my professional career, I have been involved in research activities associated with the prediction of long-term behavior of polymers and composites including environmental effects on these materials.  Twice, I was elected to serve as Technical Program Chair and Chair of the Failure Analysis and Prevention Special Interest Group (FAPSIG) in the Society of Plastics Engineers.  This organization is dedicated to understanding failure (Failure Analysis) and developing new methodologies to predict and prevent failures (Prevention) in polymeric materials.

The product at issue in this case is the Z Shield composite product sold by Honeywell between 2000 and 2005.  Z Shield consists of a fiber-reinforced laminated material to be used in articles for ballistic protection.  Over the years my research has involved the impact resistance of fiber-reinforced laminates:

Filippov, A. Lesser, A.J., *Mechanisms governing the damage resistance of laminated composites subjected to low velocity impacts.* International Journal of Damage Mechanics, 1994. **3**: p. 408-432.

Lesser, A.J., *Effect of resin crosslink density on the impact damage resistance of laminated composites.* Polymer Composites, 1997. **18**(1): p. 16-27.

Schueneman, G.T., et al., *Evaluation of short term-high intensity thermal degradation of graphite fiber reinforced laminates via ultrasonic spectroscopy.* Journal of Polymer Science Part B-Polymer Physics, 1999. **37**(18): p. 2601-2610.

My research has also involved development of materials with enhanced ballistic resistance. Some of this is published in:

Archer, J. S. and A. J. Lesser (2009). "Impact Resistant Polymeric Glasses Using Compressive Pre-Stress." Journal of Applied Polymer Science **114**(6): 3704-3715.

Archer, J.S., Lesser, A. J., *Strain Localization and Rate Sensitivity of Glassy Polymers under Shear Deformation.* Annual Technical Conference - Society of Plastics Engineers 69th, 2011. **3**: p. 2309-23-14.

Archer, J.S. and A.J. Lesser, *Shear Band Formation and Mode II Fracture of Polymeric Glasses.* Journal of Polymer Science Part B-Polymer Physics, 2011. **49**(2): p. 103-114.

I have also conducted research on each of the components that make up the Z Shield composite.  The Z Shield composite is fabricated from polyphenylenebenzobisoxazole (PBO) fibers embedded with a styrene-butadiene-styrene (SBS) rubber matrix, laminated on the outside by a low density polyethylene film (LDPE).

Publications relevant to fiber performance:

Hu, X. and A.J. Lesser, *Post-treatment of Poly-p-phenylenebenzobisoxazole (PBO) fibers using supercritical carbon dioxide.* Abstracts of Papers, 227th ACS National Meeting, Anaheim, CA, United States, March 28-April 1, 2004, 2004: p. PMSE-472.

Walsh, P.J., et al., *Environmental effects on poly-p-phenylenebenzobisoxazole fibers. I. Mechanisms of degradation.* Journal of Applied Polymer Science, 2006. **102**(4): p. 3517-3525.

Walsh, P.J., et al., *Environmental effects on poly-p-phenylenebenzobisoxazole fibers. II. Attempts at stabilization.* Journal of Applied Polymer Science, 2006. **102**(4): p. 3819-3829.

Walsh, P.J. and A.J. Lesser, *Mechanisms and alleviation of polybenzoxazole fiber degradation.* Annual Technical Conference - Society of Plastics Engineers, 2006. **64th**: p. 577-581.

Walsh, P.J., Ph. D. Dissertation Chapter 4, University of Massachusetts.

Publications relevant to Kraton rubber performance:

> Indukuri, K.K. and A.J. Lesser, *Comparative deformational characteristics of poly(styrene-b-ethylene-co-butylene-b-styrene) thermoplastic elastomers and cross-linked natural rubber.* Polymer, 2005. **46**(18): p. 7218-7229.

> Mamodia, M. and A.J. Lesser, *Characterization of hybrid block copolymer systems developed through blending.* Annual Technical Conference - Society of Plastics Engineers, 2006. **64th**: p. 2057-2061.

> Lesser, A.J., K. Indukuri, and M. Mamodia, *Hierarchical description of SEBS block copolymer thermoplastic elastomers.* Annual Technical Conference - Society of Plastics Engineers, 2006. **64th**: p. 1630-1634.

> K. Indukuri, E.A. *Structural changes at different length scales caused by mechanical deformation of SEBS Triblock Copolymers.* in *MRS Spring 2005 meeting.* 2005 March 28- April 1 San Francisco, CA.

> Lesser, A.J. *Deformational characteristics of SEBS thermoplastic elastomers.* in *Gordon Research Conference on Elastomers.* 2005 July 17-22 Colby Sawyer College, NH.

Publications relevant to LDPE film performance:

> Sabbagh, A.B., N.A. Jones, and A.J. Lesser, *In situ orientation of linear low density polyethylene films subjected to Mode I fracture load.* Journal of Applied Polymer Science, 2000. **76**(6): p. 771-777.

> Sabbagh, A.B. and A.J. Lesser, *On the phenomena of deformation and neck formation in LLDPE films subjected to uniaxial and biaxial loading conditions.* Journal of Polymer Science Part B-Polymer Physics, 1999. **37**(18): p. 2651-2663.

Finally, we have also conducted research on aramid fiber-rubber matrix composites. Specifically, the research involved studies to enhance the adhesion between Kevlar 49 fibers and butyl rubber.  This research was conducted in 2014 and has led to patent applications with UMass and Bridgestone.

**Prior and Ongoing Consulting Activities:**

Occasionally I am retained by law firms, companies, or federal agencies for expert consultation. This includes technical consultation to companies to assist in evaluation and analysis of product performance issues and development, as well as with law firms either as an expert consultant or expert witness.  Below is a list of ongoing consulting activities.

2010 – 2013:   **Saul Ewing LLP** – Expert Consultant/Witness – *Multiple cases involving cPVC fire sprinkler failures.*

> Coastal Construction of South Florida, Inc. d/b/a Coastal Condominiums v. All Fire Services, Inc., et al., Case No. 08-601865-CA-01 (40), Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida.  An expert report was filed in this case, I but was not deposed.  The case did not proceed to trial.  (Note:  Wicker Smith was co-counsel on the in Florida and may have also retained me.)

<u>Uniwest Merrifield, LLC v. American Automatic Sprinkler Co., Inc., et al.</u>, Case No. CL 2012-0-72259, Virginia Circuit Court of Fairfax County.  No expert report was issued and I was not deposed.  The case did not proceed to trial.

2010 – 2011:  **Atkinson, Diner, Stone, Mankuta & Ploucha, P.A.** – Expert Witness – *Paramount Bay Condo cPVC pipe failures Miami Fla.*   No deposition was taken and the case did not proceed to trial.

2012 – Current:   **Victaulic Company** – Expert Consultant – *Accelerated testing and evaluation on product performance cPVC fire sprinkler pipe.*

2014 – 2015   **Rawson, Merrigan & Litner** – Expert Witness – <u>Donna West v. Firstlight Power Resources et al., Civil Action No. 3:12-cv-30069-MAP</u> – *HDPE pipe system failure analysis.*  An expert report was issued and a deposition was taken.  The case did not proceed to trial.

2012 – 2015 : **U. S. Department of Justice** – Expert Witness – *United States v Toyobo* – *PBO fiber performance in ballistic protection vests.*  .   An expert report was issued and a deposition was taken. The case did not proceed to trial.

2013 – Current: **Quarles & Brady** – Expert Witness – *Damron v CNH – safety windshield failure analysis*

2014 – Current: **U. S. Department of Justice** – Expert Witness – *United States v Honeywell – Z Shield ballistic performance*

2014 –Current:  **Koeller Nebeker Carlson Halluck** – Expert Witness – *cPVC pipe failures, 2711 Hollywood Terrace, Miami FLA*

**Consulting Fees:**

My fees for consulting are $300/hour for consultation and $350/hour for testimony in depositions, trials, and arbitrations.  All expenses incurred during my consulting activity including travel are at the expense of the client.

<u>Note:  With regard to all on-going consulting activities, no expert reports were issued to date (with exception to this case), or depositions taken.</u>

**Section III – Sequence of Events and Relevant Information**

In 1990 Honeywell patented a body armor composite material consisting of non-woven fibers aligned in a supporting matrix[1]. The key novel feature of this patent involved a method to produce a nonwoven unidirectional tape for subsequent use in the production of ballistic protection products rather than weaving products from dry fiber.  This allowed for better fiber alignment and reduced fiber damage imposed by a typical weaving process.  At about this same time (early 1990's) Honeywell manufactured unidirectional nonwoven composite products based on ultrahigh molecular weight polyethylene (Spectra TM). Honeywell marketed this composite material over this time period under the trademark name of Shield.  Honeywell also introduced a second unidirectional composite product using a poly-p-paraphenylene teraphthalamide fiber (trade name Kevlar).  Honeywell marketed this product under the name of Goldflex.  Honeywell continued to market these materials.

In 2000 Honeywell contracted with DSM to manufacture a unidirectional nonwoven product for ballistic protection products using a fiber newly introduced into the market place under the trade name Zylon.  Zylon is a fiber manufactured from using poly(p-phenylene-2,6-benzobisoxazole) through a dry-jet wet-spinning process. Zylon fibers had reported tenacity of 5.8 GPa and a modulus of 180 GPa.  At this same time Honeywell marketed its product under the name of Z Shield and work with Armor Holdings for production of soft body armor using Z Shield.

On July 5th, 2001 DSM put the market introduction of Z Shield on hold after concerning results in specific aging tests and followed up by notification to all potential customers and suppliers including Honeywell[2].   In this communication DSM indicated that they obtained "serious indications" that the use of Z Shield in bullet proof vests is not justified.  Consequently, DSM stopped the market introduction of the product until the issue could be resolved.  On July 6th, 2001 DSM requested data that Honeywell had on aging of Zylon fiber[3], and followed up with a second request on July 11th [4].  On July 11th, Honeywell responded by indicating that they had not conducted any studies on Zylon aging but were starting a program based on DSM revelations[5].  In the subsequent months, and years that followed, DSM, Toyobo, and Honeywell continued selective aging studies within their companies.  However, throughout this process, DSM never changed its position and did not pursue a market using Zylon in ballistic protection applications.

In contrast, Honeywell continued to pursue the use of Zylon fiber with their Z Shield in the soft body armor market and considered that they could uniquely position themselves in the market by using Zylon in their Shield process.  The idea was first expressed by DSM in a technical meeting [6] but was actively and independently pursued by Honeywell[7].  Between 2001 and 2005 Honeywell continued to promote Z Shield as a product that provided sufficient protection against aging in hot and humid environments.  Moreover, Honeywell established a new contract with FMS to manufacture Z Shield due to DSM's reluctance to pursue the market due to concerns with

safety.  From approximately 2002 to 2005, FMS continued to manufacture Z Shield which was marketed by Honeywell.

## Section IV – Z Shield Description

The patent secured by Honeywell for Shield [1] and subsequent patent applications for PBO fiber protection [7] are very broad in nature and not sufficient to ascertain what product Honeywell actually provided to the marketplace under their trade name of Z Shield.  Consequently, two "shootpacks" fabricated using Z Shield were obtained for characterization and evaluation. The shootpacks were stored in light impermeable (black) plastic re-sealable bags. These shootpacks were purchased from Honeywell by the Teckne Group and stored at the National Institute of Standards and Technology (NIST) prior to shipment to the University of Massachusetts.

Each shootpack consisted of 25 separate layers of Z Shield cut into rectangular 22-inch by 18-inch shapes and stitched around their borders.  Shootpack designation "Sample #26 of 54 TGI RFQ-2003-02" was selected for characterization purposes.  Figure 1 below illustrates the as received shootpack after removing it from the re-sealable bag  (see Fig. 1 below).



Fig. 1: Photograph of 25 layer shootpack on the right.  On the left is a photograph of the stitching detail used to secure the 25 layers.  In the center, the identification label is shown.

The initial stage of inspection involved carefully removing the border stitching and visually characterizing any larger flaws.  In general, each layer showed flaws on both the front and back side.  These included large splits parallel to the fiber direction, dry regions perpendicular to the fiber direction, "fish eye" splits parallel to the fiber direction, and wavy fiber regions.  On average each layer showed 3 large splits/dry regions.  These larger defects are shown typically in Figure 2.



Fig. 2: Photographs of large sections in inner layers of the shootpack.  Note that the labeled markings are centimeter lengths.  The regions photographed in layer 7 (front and back).  In contrast, the regions photographed in Layers 8 and 9 illustrate the larger defects which include large splits parallel to the fiber direction and dry fiber regions perpendicular to the fiber direction.

 The large splits illustrated in Figure 2 are long failure regions in the rubber matrix that, in some cases run the entire length or width of the panel.  These large splits result from the relatively low interfacial strength between the fiber and matrix or where the matrix has not fully wetted out the unidirectional fiber.  A higher magnification of a large split is shown in Figure 3.  What is seen between fibers running horizontally in the large split imaged in Figure 3 are the fibers in the vertical direction underneath.  This split in the upper layer produces delamination of the matrix material in the lower layer.  This arises because the cohesive strength of the matrix is higher than that of the adhesive strength between the fiber and rubber matrix.

Similarly Figure 3 shows a higher magnification of the larger defects along with the characteristic "fish eye" defects and regions of wavy fiber.



Fig. 3:  Close-up of large split together with fish eye and wavy fiber defects.
Note that the ruler spacing is 1mm.

Fig. 3 shows that the width of the large split is in excess of 1mm exposing dry fiber in the lower cross ply region.  Also shown in Figure 3 are wavy fiber regions resulting from local areas of low rubber matrix concentration.  Additionally the "fish eye" defects are characteristic of those identified by Honeywell in their own quality control evaluations[8].

Removal of a thin transparent film on the front and back side revealed a 0/90 configuration illustrated in Figure 4:



Fig. 4:  Schematic of Z Shield construction (left) and Scanning Electron Microscopic image of split region in the Z Shield split area.

In Figure 4, the Scanning Electron Micrographs illustrate the morphology of the rubber matrix and fiber.  Note that the SEM micrographs illustrate regions where dry fiber and rubber matrix delamination is evident.

# REDACTED

# REDACTED

# REDACTED

# REDACTED

# REDACTED

**Section V        Expert Opinions and Support**

1. Poly-*p*-phenylenebenzobisoxazole (PBO) fiber manufactured by Toyobo under the trade name of Zylon is the primary structural component responsible for ballistic protection in Z Shield.

There have been a variety of experimental and theoretical models developed to estimate the performance of Soft Body Armors.  One of the more highly cited semi-empirical models is that proposed by Cunniff[10].  After developing a standardized armor configuration and support condition, Cunniff developed a parametric model that was correlated to actual $V_{50}$ (the velocity where impacting projectiles are expected to defeat an armor system 50% of the time) performance.  A key element of Cunniff's model is that it partitions the fiber properties that are critical for soft body armor performance, from other factors that make up the armor and projectile.  In Cunniff's model, the critical fiber properties (described below in more detail in equation 1) are separated from characteristics of the projectile (presented area of the projectile, and mass), the areal density of the armor system, and the resulting $V_{50}$.  This model enables the user to estimate relative benefits of new fiber systems in personnel protective armor.  This model was also presented to the general public to provide guidance to fiber developers and soft-body-armor system designers for continuous product improvement.   Since Cunniff's model introduction, a number of authors have developed more refined models than that first proposed by Cunniff (e.g. Phoenix[11]).   However, virtually all of these more refined models incorporate the same critical fiber properties published in Cunniff's model.

These critical fiber properties include the fiber specific toughness and fiber strain wave velocity. For fibers like Kevlar and Zylon, the materials behave essentially linearly elastic.  Hence, the fiber toughness is directly associated to the ultimate strength (tenacity) and elongation to break or ultimate strain.  The fiber strain wave velocity, in turn, is related to the square root of the specific tensile fiber modulus.  The critical fiber parameter defined by Cunniff $U^*$ can be used to normalize the $V_{50}$ and is given by Equation 1 below:

$$U^* = \frac{\sigma_u \varepsilon_u}{2\rho}\sqrt{\frac{E}{\rho}} \qquad (1)$$

Where:

$\sigma_u$ - is the fiber ultimate strength (tenacity)

$\varepsilon_u$ - is the fiber ultimate strain

$\rho$ - is the fiber density

$E$ - is the fiber modulus

Note that the primary fiber properties affecting the ballistic properties of soft body armor include the tenacity, the ultimate strain at break, the density, and to a lesser extent the fiber stiffness (modulus). PBO (Zylon) is one of a family of isotropic liquid crystalline polymers that orient easily into extended chain configurations producing fibers with excellent strength and modulus. PBO polymer was originally developed by the U.S. Air Force to replace metals in space and aviation applications since it also demonstrated excellent thermal stability and chemical resistance. PBO was produced and sold by Toyobo under the trade name of Zylon. Zylon fibers typically exhibit exceptionally high tensile strength (5.8 GPa), stiffness (180-270 GPa), and relatively low density (1.54 g/cm³). Consequently, Honeywell incorporated Zylon fibers in a new product called Z Shield.

The primary role of the Kraton matrix is to hold the Zylon fibers in their spatial configuration without the need for weaving the fiber into a fabric. Another role of the Kraton matrix is to provide environmental protection to the fibers. The LLDPE thermoplastic film on the outer sides of the 0/90 laminate prevent adjacent plies (in multiple ply configurations) from sticking together during storage and/or use.

2. <u>Zylon is susceptible to hydrolytic degradation under relatively mild conditions rendering it not suitable for use in ballistic protection products and soft body armor.</u>

There is an abundance of research today that shows Zylon fibers undergo hydrolytic degradation and lose strength when exposed to heat and humidity under relatively mild conditions. This has been borne out in our own research which shows, for example, that significant reductions in tenacity are observed in fibers exposed to 90 %RH and liquid water and 50 C (see Fig. 9 to the right).[12, 13] Note that the Zylon AS strength (tenacity) drops by more than 25% for fibers exposed to 90 %RH and nearly 50% in liquid water over a period of nearly 200 days. It should also be noted that these conditions (although selected to accelerate degradation kinetics) are not significantly higher than that expected in service conditions, given the fact that



Fig. 9 Tensile data for PBO (Zylon) exposed to liquid water and 90% relative humidity at 50 C.

body temperature is 38 C and high levels of humidity could be expected when protective garments are worn by first responders under other uniform garments[14]. The mechanisms associated with this degradation were also investigated in our work as well as others at the National Institute of Standards and Technology (NIST)[15, 16]

In the first half of 2001, DSM conducted accelerated aging studies on Z Shield which alerted them to the susceptibility of Zylon fiber and in particular Z Shield to degrade. Their results showed significant drops in V50 ballistic measurements after samples were exposed at 70 C and 90 C (no

humidity control) over a period of a few weeks.  Consequently, DSM contacted their suppliers and customers including Honeywell and alerted them to their findings.[17]  DSM also specifically alerted Honeywell that they decided to put on hold their own market introduction of Z Shield until more data and facts were obtained.[2]

Toyobo presented a number of communications illustrating continued degradation in fiber strength.  The first communication came on July 5th, 2001 in response to DSM's notice to customers, suppliers, and Honeywell.[18] One of the plots provided in that communication is shown to the right. In this communication, Zylon shows pronounced reductions in strength over relatively short times (1-2 months) and relatively mild conditions of temperature and humidity (60 C and 80 C at 80 %RH).



Fig. 10:  Plot of strength retention vs time for Zylon fiber exposed to 40, 60, and 80 C.  Plot provided by Toyobo to customers

The conditions are considered mild since the temperature increase isn't much higher than that expected in service of soft body armors.  The humidity (80% RH) isn't excessive since body perspiration and other environmental factors could easily expose the Zylon fiber to this humidity level.  The temperatures are not excessive when trying to estimate product performance over years of service with an accelerated test.  For example, many chemical reactions (including hydrolytic degradation) follow Arrhenius type reaction kinetics.  Using this type of model, it can be shown that the reaction rate approximately doubles every 10 C.  If this applies to Zylon fiber hydrolytic degradation, the 60 C data in Fig. 10 is degrading four times faster than that of the 40 C data which is essentially body temperature.  This would mean that aging tests should be done for at least one year to estimate what the actual degradation might be in 4 years.  Yet, Honeywell did not conduct any such accelerated tests prior to introducing Z Shield into the market place.

Over the next few months, DSM continued and expanded their aging studies.  On September 4th, 2001 DSM reported to their customers, suppliers and Honeywell results from the continued study.[19]  The data they presented is shown on the right and shows that both the Z Shield and Zylon fabric have a significant drop in the V50 performance over 6-8 weeks at 70 C.



Fig. 11:  Plot showing drop in V50 performance of Z Shield and other Zylon products after accelerated testing conducted by DSM.

Consequently, it is clear that both mechanical properties of the Zylon fibers, as well at the ballistic resistance of Z Shield are affected when exposed to moderate levels of heat and humidity. Additionally, the V50 performance drops significantly in articles made from Zylon including fabric and Z Shield when exposed to moderate levels of heat and potential humidity.  Therefore, Zylon fiber is not suitable for ballistic protection garments where it is critical that the product perform over years of service.

3. Honeywell did not conduct proper screening studies to evaluate the suitability of Zylon fiber and other products used in Z Shield for ballistic garment applications but continued to market Z Shield.

After two repeated requests by DSM on July 6[3], and again on July 11[4] for data from Honeywell regarding accelerated aging testing results and/or exposure studies at elevated temperatures and humidity, Honeywell responded they had not conducted any such studies.[5] Honeywell did indicate to DSM that they were planning on starting such studies in light of DSM's findings.   During this same time, Toyobo provided its customers initial data they had on Zylon fiber exposed to relatively mild conditions (40, 60, & 80 C at 80 %RH) for 1-2 months exposure.[18]  This communication showed that a 40% reduction in fiber strength occurs at 80 C and a 20% reduction in strength occurs at 60 C which demonstrates Zylon fibers susceptibility to hydrolytic degradation at relatively mild conditions.

In critical applications (potentially life threatening), new product development requires testing and evaluation of products prior to introduction of those products into the market.  In the case of ballistic protective garments, the use life of the garment is expected to be in the 5 year range[20].  Given the fact that human body temperature is 38 C, and activity by first responders can easily raise the relative humidity resulting from perspiration, products and ballistic protection garments should be able to perform their function in these exposure conditions over at least a five year period.  This gives manufacturers the burden to either conduct realistic tests over the service life period, or run accelerated aging studies on ballistic protection materials.  These studies typically involve testing materials and products at elevated conditions in order to insure product performance before introducing product into the marketplace.  In this case, hydrolytic degradation accelerates with increasing temperatures in accordance with Arrhenius type reaction kinetics and elevated temperature tests are necessary to calculate the activation energy for the degradation process.  This requires testing at 3 different temperatures (minimum) to calculate the reaction rate for a particular temperature and estimate performance at service temperatures.  This type of testing and analysis is well-established in the polymer science and engineering communities [21-25].   Scientists working at Honeywell were qualified to conducts such studies on both individual components that make up Z Shield as well as on the Z Shield composite.

However, Honeywell did not conduct any exposure testing (accelerated or otherwise) on Z Shield, or its components before introducing Z Shield into the marketplace.  Moreover, even when DSM

alerted the industry and Honeywell of the potential problem, Honeywell did not stop marketing Z Shield.

Honeywell did initiate accelerated aging studies in 2001 shortly after the DSM notifications in July of that year[26]. These included aging studies at 50, 70, and 90 C. Even early results from these studies showed significant concern with regard to Z Shield and its susceptibility to hydrolytic degradation[27-29]. For example, the data from the documents just cited show samples aged at 90 C have a 19% drop in V50 after one week and 28% drop in V50 after 4 weeks. Similarly, after aging at 70 C, a 16% drop in V50 occurred after 4 weeks exposure. All while comparative data on Dyneema showed no change. Nonetheless, Honeywell never put its marketing efforts on hold while evaluating the suitability of Z Shield for ballistic protection. To the contrary, Honeywell continued to promote the Z Shield and even contracted with another company to manufacture Z Shield. This company was FMS.

4. <u>Honeywell continued to market Z Shield even though their internal results and those from suppliers continued to show degradation in Z Shield performance and Zylon fiber performance.</u>

In addition to the initial correspondence from Toyobo and DSM, both companies provided additional information over the following months evidencing the continual deterioration during ongoing exposure studies. In September of 2001, DSM showed additional results from their own accelerated aging studies, which again supported their position that pronounced degradation in ballistic performance occurs when Zylon fiber is used in the fabrication of soft body armor. [19] In November of 2001 and January 2002,Toyobo also showed continued and degradation of Zylon fiber under realistic (i.e., conditions very close to anticipated use conditions) exposure conditions (40 C, 80 %RH)[30, 31][1]. In these communications [30, 31], a more than 15% drop in tenacity is reported after exposure of approximately 150 days. Despite these additional results, Honeywell continued to market the product. Moreover, even Honeywell's own data at this time showed significant degradation in performance of Z Shield, but Honeywell continued to market Z Shield.

In the months that followed, Honeywell continued to market Z Shield even while their own data showed problems. In April of 2003, there is communication in Honeywell for the need for test results to justify performance for a 5-year period along with an acknowledgement that Honeywell did not have such data[32]. In August of that same year, exposure data on Z Shield compared with other products showed Z Shield degraded more significantly than all other products they were compared with[33], yet Honeywell continued to market Z Shield.

In October of 2003, Honeywell published a technical bulletin on Z Shield performance. In that document Honeywell stipulated that a 5-year service life is expected. However, Honeywell only provided data over 3 years with uncontrolled exposure in a warehouse (not actually worn or used by first responders where body heat and perspiration are expected) and chose not to disclose more relevant data to its customers[20]. In fact, additional data on Z Shield under more controlled conditions did exist but was omitted from the October 2003 technical bulletin[34]. An early draft of the October 2003 technical bulletin showed V50 test results obtained on Z Shield

---

1. These citations do not vouch for the accuracy or completeness of any of Toyobo's data disclosures.

conditioned at 40 C and 70% RH and periodically tested for nearly one year.[35]   This plot is reproduced below.



Fig. 12:  Plot showing drop in V50 performance of Z Shield at 40 C and 70% RH over an exposure period of one year.

This plot shows a pronounced deterioration of Z Shield after exposure to moderate conditions after only one year.  Note that in the above figure, that the V50 of Honeywell's Z Shield had already dropped nearly 15% over this span.  Nonetheless, this information was not shared with the public.  Nor were any of the Honeywell's results from accelerated tests conducted at 50, 70, and 90 C shared with the public.

5.   The material selection and design of Honeywell's Z Shield is flawed and does not provide protection of Zylon fiber from environmental exposure.

Evidence for the detrimental effects of Z Shield materials selection and design are shown in the relatively poor performance of Z Shield.  Initial evidence was shown by Honeywell in 2001 during its initial aging studies at 50, 70, and 90 C[27].  That is, Zylon Fabric showed a 6% drop in performance after one week exposure at 90 C while Z Shield showed a 19% drop (3 times greater) after the same exposure conditions. By September 25, 2001 the development team acknowledged the relatively detrimental effects that Z Shield had on V50 retention[28].  In fact, when compared to Zylon Fabric, Kevlar Fabric, and Goldflex, Z Shield showed the poorest performance with regard to V50 retention when exposed at 70 C with controlled humidity (80 %RH) or without humidity control[36].

In virtually every comparative study Honeywell conducted with regard to aging and exposure to heat and humidity testing of Z Shield with other products (Zylon fabric, Kevlar, Goldflex, etc.) Z Shield consistently underperformed.  Yet Honeywell continued to deflect these concerns with regard to customers[37], and withheld critical information in its technical bulletins[35, 38] thereby not allowing for objective assessment by the broader community.

There are inherently many design flaws in Z Shield that render it susceptible to environmental degradation and can individually or collectively explain the relatively poor performance of Z Shield when exposed to heat and humidity.  Some of these issues include materials selection and others include concentrations and assembly details.  Some of these issues will be summarized here.

The first concern is that Honeywell selected a fiber (Zylon) as their primary structural component. Since Zylon is inherently susceptible to pronounced degradation when exposed to heat and humidity, care should be taken to compensate for this in other parts of the composite design.

REDACTED

Another concern that can potentially explain the increased degradation in Z Shield is the use of Prinlin; an aqueous dispersion of Kraton in water.  The observed degradation in Z Shield performance may be due to residual moisture contained in the rubber resulting from fabrication of Z Shield with the aqueous dispersion[39].  Prinlin is a compound that is 43% solids (57% water) in which only 30% is comprised of Kraton D1107 (a styrene-isoprene-styrene) block copolymer. The other solids are used to keep the SIS block copolymer in a stable emulsion and to enhance its tack to other surfaces.  A major drawback of this formulation when used in this application is that it must be first introduced with the unidirectional Zylon fiber while the viscosity is low (i.e., high water concentration), followed by an evaporation process of the water at an elevated temperature close to but below the boiling point of water (<100 C) to solidify the elastomer around the fiber laminate.  This means that the Zylon fiber which is susceptible to degradation when exposed to moist environments at elevated temperatures is exposed to exactly these conditions during its manufacture.  If the Kraton matrix solidifies before all the water is properly evaporated, the matrix may actually encapsulate moisture within the laminate.

REDACTED

Yet Honeywell never conducted basic tests on the components of Z Shield to ascertain their suitability for soft body armor before marketing the product.  The scientists at Honeywell were certainly qualified to conduct such studies but did not do so before introducing Z Shield into the marketplace.  This is even stated by a Honeywell scientist who stated

in a declaration given in relation to a patent application for an anhydrous form of Z Shield that anyone skilled in their field can distinguish between an anhydrous solution of Kraton vs a water-based emulsion" [40].  In fact, in this same declaration, the method the Honeywell employee used to distinguish between Prinlin and an anhydrous solution of Kraton also demonstrated Prinlin's susceptibility to absorb moisture.  Even though Honeywell employed qualified staff to conduct such studies, Honeywell did not conduct the basic tests necessary on components used in Z Shield before introducing Z Shield to the marketplace.  Nor did they conduct these basic tests after concerns were raised and still used Prinlin in their Z Shield and continued to market it for years.

The detrimental effect of using Prinlin (a water-born matrix) is illustrated in a number of documents.   For example, a clear graph showing the negative effects of Prinlin compared to an anhydrous formulation of Kraton is illustrated in documents HW00406941and HW00406942 (May 2002).   This document shows a 17% reduction in V50 for a water-based formulation of Kraton as compared to a 10% reduction for an anhydrous solvent formulation of Kraton when specimens are exposed to the same conditions (6 weeks at 80 %RH 70 C). This data was used in a patent application for use of an anhydrous formulation[41] as opposed to Prinlin, clearly demonstrating Honeywell's knowledge of the issues associated with a water-based formulation. Yet, Honeywell continued to market Z Shield using a water-based formulation.

**Section – VI    Conclusions**

Careful examination of the evidence in this case shows that:

Honeywell did not properly evaluate the components (Zylon fiber and Prinlin) used in the fabrication of Z Shield prior to introducing the product into the marketplace.  They did not conduct basic tests to determine the suitability of components individually or in the composite collectively to ascertain their suitability.  As a consequence, the fiber (Zylon) Honeywell selected for Z Shield was shown to be sensitive to degradation when exposed to moisture and/or humidity at relatively mild temperatures                  REDACTED

Honeywell did not properly engineer the composite to perform its needed function.   REDACTE
                          REDACTED
                                                the lack of adhesion between the fiber and matrix is not sufficient to prevent delamination and interfacial failure during subsequent manufacturing of products and use of the products.

After DSM alerted Honeywell in 2001 of concerns with Z Shield and with data presented by Toyobo shortly afterward showing the susceptibility of Zylon fiber to degradation in mild conditions, Honeywell continued to market Z Shield.

In the months and years that followed, Honeywell continued to market Z Shield even though their own data consistently showed Z Shield was susceptible to degradation.   Information was withheld from technical bulletins that also showed significant degradation and relatively poor performance of Z Shield after exposure to heat and humidity, all while Honeywell continued to market their product.

These opinions are to a reasonable degree or professional certainty and based on my experience, professional training, the evidence, and the literature reviewed pertinent to the case.  I reserve the right to supplement or alter my opinions if further evidence is presented.

Alan J. Lesser
Professor

## Section VI – References

1.  Hsin L. Li, D.P., Gary Harpell, Young D. Kwon, *Ballistic-Resisant Composite Article.* United States Patent, 1990. Patent Number 4,916,000(Honeywell).
2.  Shaap, F., *DSM Telefax to Honeywell notification on PBO Shield.* HW0002389, 2001.
3.  DSM, *DSM Telefax to Honeywell requesting aging data on Zylon.* HNY053-0099, 2001.
4.  DSM, *July 11th 2nd request by DSM for Honeywell data.* HNY053-0109, 2001.
5.  Honeywell, *Honeywell response to DSM for Zylon aging data.* HNY053-0110, 2001.
6.  DSM, *DSM Technical meeting September 2001.* HNY053-0520, 2001.
7.  Wagner, L., *Patent Application for PBO fiber protection.* HNY048-1197 to HNY048-1233, 2004.
8.  Honeywell, *Memorandum Analytical Sciences - Z Shield Microscopic Analysis.* HNY002-0939 to 0950, 2002.
9.  Honeywell, *Z Shield Product Specification Sheet Initial issue.* HNY001-1810, 2000.
10. Cunniff, P.M., *A Semi-empriical model for the ballistic impact performance of textile-based personnel armor.* Textile Research Journal, 1996. **66**(1): p. 45-59.
11. S. L. Phoenix, P.K.P., *Modeling system effects in ballistic impact into muli-layed fibrous materials for soft body armor.* International Journal of Fracture, 2005(135): p. 217-249.
12. Walsh, P.J., et al., *Environmental effects on poly-p-phenylenebenzobisoxazole fibers. I. Mechanisms of degradation.* Journal of Applied Polymer Science, 2006. **102**(4): p. 3517-3525.
13. Walsh, P.J., et al., *Environmental effects on poly-p-phenylenebenzobisoxazole fibers. II. Attempts at stabilization.* Journal of Applied Polymer Science, 2006. **102**(4): p. 3819-3829.
14. Griefhahn B., B., P., Kunemund, *Thermo physiological properties of selected security jackets*. Contributions from science and practice, ed. B. Griefhahn B., P., Kunemund. Clemens Lorei Publishing House for Police and Science.
15. Holmes, G.A., K. Rice, and C.R. Snyder, *Ballistic fibers: A review of the thermal, ultraviolet and hydrolytic stability of the benzoxazole ring structure.* Journal of Materials Science, 2006. **41**(13): p. 4105-4116.
16. Chin, J., Petit, S., Forster, A., Riley, M., Rice, K., *Effect of Artificial Perspiration and Cleaning Chemicals on the Mechanical and Chemical Properties of Ballistic Materials.* Journal of Applied Polymer Science, 2009. **113**: p. 567-584.
17. DSM, *July 6th Fax with Aging data on Z Shield.* HNY-053-0095, 2001.
18. Toyobo, *Toyobo July 5 letter providing 1st set ot date on Zylon.* HNY040-2717 to 2721, 2001.
19. DSM, *September 4th Fax showing V50 reduction.* HNY001-2300 to 2301, 2001.
20. Honeywell, *ZShield technical bulletin comment on Life expectancy- October 2003* HNY 005-4354 to 4355, 2003.
21. Gedde, U.W. and M. Ifwarson, *MOLECULAR-STRUCTURE AND MORPHOLOGY OF CROSSLINKED POLYETHYLENE IN AN AGED HOT-WATER PIPE.* Polymer Engineering and Science, 1990. **30**(4): p. 202-210.
22. Karlsson, K., et al., *MOLECULAR-STRUCTURE, MORPHOLOGY, AND ANTIOXIDANT CONSUMPTION IN POLYBUTENE-1 PIPES IN HOT-WATER APPLICATIONS.* Polymer Engineering and Science, 1993. **33**(5): p. 303-310.
23. Gedde, U.W., et al., *LONG-TERM PROPERTIES OF HOT-WATER POLYOLEFIN PIPES - A REVIEW.* Polymer Engineering and Science, 1994. **34**(24): p. 1773-1787.
24. Viebke, J., et al., *DEGRADATION OF UNSTABILIZED MEDIUM-DENSITY POLYETHYLENE PIPES IN HOT-WATER APPLICATIONS.* Polymer Engineering and Science, 1994. **34**(17): p. 1354-1361.
25. Eastman, S., Lesser, A., *Supercritical CO2-assisted, silicone-modified wood for enhanced fire resistance.* Journal of Materials Science, 2009. **44**: p. 1275-1282.
26. Honeywell, *Interim study of V50 results 50,70,90 C.* Hny 002-2530 to 2560, 2001.

27. Honeywell, *Summary of meeting notes on 50,70, 90 C accelerated aging 2001.* HNY002-1792 to 1796, 2001.

28. Wagner, L., *Z Shield Heat Exposure Summary Email - relative Z Shield performance.* HNY002-2357, 2001.

29. Tamra, H., *Email Armor Holdings.* AH1003-2398 to AH1003-3308, 2001.

30. Toyobo, *November 26 Letter and update 40 C 80 RH.* HNY 001-2273 to 2275, 2001.

31. Toyobo, *Zylon aging studies 40 C 80% RH January 2002.* HNY 001-1711 to 1714, 2002.

32. Wagner, L., *Email indicating need for 5 year data on ZShield April 2003.* HNY 009-9022, 2002.

33. O'Meara, M., *Exposure Testing email attachment.* HNY 005-6638 to 6645, 2003.

34. Wagner, L., *Wagner, Lori Deposition (Vol.1) Missing table in technical bulliten.* Deposition 2009 pages 137-142, 2009. **1**.

35. Honeywell, *Technical Bulletin on ZShield Draft- controlled aging V50 results.* HNY015-3459, 2003.

36. Honeywell, *Comparative summary testing 50, 70, 90 C sept 2002 meeting.* HW0343990-0344011, HW0002297, 2002.

37. Wagner L., *Email response to Armor Holdings Z-shield performance.* HNY023-6418 to 6419, 2003.

38. Group, T., *Request to Honeywell on environmental exposure to Z Shield.* HW0004533 to HW0004534, 2002.

39. Chemicals, S.S., *Prinlin Product Data Sheet.* HNY056-0455, 2003.

40. Arvidson, B., *Declaration under 37 CFR  1.132.* HNY 0056-0240 to 0241.

41. Honeywell, *Patent Application - Z Shield Anhydrous means.* HNY048-1197 to HNY048-1233, 2004.

**APPENDIX A**

Curriculum Vitae

# Alan J. Lesser

Polymer Science and Engineering Department

(413) 577-1316

Silvio O. Conte National Center for Polymer Research

(413) 545-0082 (fax)

120 Governors Drive

ajl@polysci.umass.edu

University of Massachusetts, Amherst

Amherst, MA 01003

## Education

| | | |
|---|---|---|
| B.S. | 1982 | Architectural Engineering, University of Colorado |
| M.S. | 1985 | Civil Engineering, Case Western Reserve University |
| Ph. D. | 1988 | Civil Engineering, Case Western Reserve University |

## Appointments/Professional Experience

| | |
|---|---|
| 2005-Pres. | Professor of Polymer Science and Engineering<br>University of Massachusetts, Amherst |
| 1999-2005 | Associate Professor of Polymer Science and Engineering<br>University of Massachusetts, Amherst |
| 1995-1999 | Assistant Professor of Polymer Science and Engineering<br>University of Massachusetts, Amherst |
| 1991-1995 | Research Engineer, Shell Development Company<br>Houston, Texas |
| 1988-1991 | Associate Research Engineer, Shell Development Company<br>Houston, Texas |
| 1985-1988 | Research Assistant, Civil Engineering, Case Western Reserve University<br>Cleveland, Ohio |
| 1983-1985 | Project Engineer, Goble Rausche Likens & Associates<br>Cleveland, Ohio |

## Research Interests

- Deformation Fracture of Polymers and Composites in multi-axial stress states
- Environmental Stress Cracking of polymers and composites.
- Processing and fabrication technologies utilizing supercritical carbon dioxide.
- Next-generation process additives for polymers and composites.
- Solid-state Rheology and Processing of Polymers

**Alan J. Lesser**

**Honors & Distinctions**

- Editor-in-Chief for Polymer Engineering and Science Journal and Polymer Composites Journal, Society of Plastics Engineers (2012-Present)
- Editor for Polymer Composites Journal, Society of Plastics Engineers, (1997 – 2012)
- Associate Editor for Polymer Engineering and Science Journal, Society of Plastics Engineers (1997-2012)
- Editorial Advisory Board, Journal of Applied Polymer Science, Wiley Interscience, (2003)
- External Advisory Board Member, Macromolecular Science and Engineering Department, Case Western Reserve University, (2010)
- Scientific Advisory Board – Deformation Yield and Fracture of Polymers International Conference Committee (2009)
- Scientific Advisory Board – Kraton Polymers (2009)
- Chair – Annual Technical Conference (ANTEC), Society of Plastics Engineers (2008)
- Technical Program Chair – Annual Technical Conference (ANTEC), Society of Plastics Engineers (2007)
- Fellow – Society of Plastics Engineers (2006)
- Chair – Gordon Conference on Composites (2006)
- Best Paper – Annual Technical Conference (ANTEC), Society of Plastics Engineers, (2005)
- Vice Chair- Gordon Conference on Composites (2004)
- Chair- Society of Plastics Engineers – Failure Analysis and Prevention Special Interest Group (2003)
- Vice Chair- Society of Plastics Engineers – Failure Analysis and Prevention Special Interest Group (2002)
- OMNOVA Solutions Foundation Signature University Award (2001)
- Chair- Society of Plastics Engineers – Failure Analysis and Prevention Special Interest Group (2000)
- Vice Chair- Society of Plastics Engineers – Failure Analysis and Prevention Special Interest Group (1999)
- Shell Foundation Young Investigators Award (1995-1998)

**Student and Post-Doctoral Fellow Supervision**

***Students***
*Ph.D. Graduates (29)*

     Robert S. Kody (Polymer Science and Engineering – Sept 98)
     Kelyn A. Arora (Polymer Science and Engineering – joint with McCarthy- Apr 99)
     Emmet Crawford (Polymer Science and Engineering – Apr 99)
     Gregory Schueneman (Polymer Science and Engineering – joint with Novak – Jun 99)
     Edward Kung (Polymer Science and Engineering – joint with McCarthy – Aug 99)
     Amiel A. Sabbagh (Chemical Engineering – Jun 00)
     Terry Hobbs (Polymer Science and Engineering – Jun 00)
     Nicole Karttunen (Polymer Science and Engineering- May 01)
     Kathryn J. Wright (Polymer Science and Engineering - Apr 02)
     Adam S. Zerda (Polymer Science and Engineering – Jun 02)

# Alan J. Lesser

Terrence C. Caskey (Polymer Science and Engineering – joint with McCarthy – Dec 02)
Ramaswamy Sankar (Chemical Engineering – Dec 03)
Gregory Constable (Polymer Science and Engineering – joint with Coughlin – Jun 04)
Manuel Garcia-Liener (Polymer Science and Engineering – Jul 04)
Kishore Indukuri (Polymer Science and Engineering – Dec 05)
Kevin Calzia (Polymer Science and Engineering – Jun 06)
Peter Walsh (Polymer Science and Engineering – Jan 07)
Mohit Mamodia (Polymer Science and Engineering – Jan 09)
Scott Eastman (Polymer Science and Engineering – joint with McCarthy - Aug 09)
Joonsung Yoon (Polymer Science and Engineering – joint with McCarthy – Oct 09)
Sinan Yordem (Polymer Science and Engineering – May 10)
Donna Wrublewski (Polymer Science and Engineering – Sept 10)
Andrew Ditwiler (Polymer Science and Engineering – Jul 11)
Naveen Singh (Polymer Science and Engineering – May 12)
Jared Archer (Polymer Science and Engineering – Dec 12)
Polina Ware (Polymer Science and Engineering – Jun 13)
Zhan (Henry) Yang (Polymer Science and Engineering – Jul 13)
Angela V. Cugini (Polymer Science and Engineering – Jun 14)
Ranadip Ganguli (Polymer Science and Engineering – Jul 14)


*M.S. Graduates  (8)*
Christopher Comeaux (Polymer Science and Engineering  - Nov 97)
Cheryl Jacks (Polymer Science and Engineering -  Nov 98)
Christopher Buck (Polymer Science and Engineering – Nov 00)
Melissa Light (Polymer Science and Engineering – Dec 04)
Paul Miska (Polymer Science and Engineering – Dec 05)
Anne Forcum (Polymer Science and Engineering – Dec 06)
David Pesce (Polymer Science and Engineering – Jun 07)
Kate Best (Polymer Science and Engineering – Jun 09)

*Ph.D. Students (6)*
Brian Cromer (Polymer Science and Engineering – joint with Coughlin)
Gregory (Connor) Evans (Polymer Science and Engineering)
Nihal Kanbargi (Polymer Science and Engineering)
Madhura Pawar (Polymer Science and Engineering)
Matthew Lampe (Polymer Science and Engineering)
John Epling (Polymer Science and Engineering)

***Post Doctoral Fellows***
*Post-Doctoral Associates – Former (8)*
Gary Kusov (1997-1999)
Nathan Jones (1999-2001)
Shuiyan Luo (2001-2002)
Xianbo Hu (2004-2006)
Jian Wu (2007)
Wei Zheng (2010-2011)
Jan Kalfus (2010 -2012)
Silas Oswano-Nantanobish (2014-2015)

# Alan J. Lesser

**Professional Activities and Service**

**Editorships**
Society of Plastics Engineers/Wiley Interscience
    1997 – Editor, Polymer Composites Journal
    1997 – Associate Editor, Polymer Engineering and Science Journal
    2012 – Editor-in-Chief, Polymer Composites Journal and Polymer Engineering and Science Journal
Wiley Interscience
    2003 – Editorial Advisory Board, Journal of Applied Polymer Science

**National and International**
*Society of Plastics Engineers*
    1990 - Member
    1999 – Vice Chair – Failure Analysis and Prevention Special Interest Group
    2000 – Chair – Failure Analysis and Prevention Special Interest Group
    2002 – Vice Chair – Failure Analysis and Prevention Special Interest Group
    2003 – Chair – Failure Analysis and Prevention Special Interest Group
    2007 – Vice Chair – Polymer Analysis Division
    2008 – Chair – Polymer Analysis Division
    2010 – Executive Committee – Polymer Composites Division
*American Chemical Society (ACS)*
    1998    Member
    2011    Spring National Meeting, Symposium Chair "Richard Farris Symposium", Anaheim CA.
*Materials Research Society (MRS)*
    1998    Member
*Society of Rheology*
    1998    Member
*Industrial Fabrics Association International*
    2005    Member
    2007    Session Chair – Advanced Fiber Performance, Baltimore MD
*Additional Meetings Coordinated*
    2003 Session Chair – Deformation Yield and Fracture of Polymers, Churchill College, Cambridge UK
    2006 Chair- Gordon Composites Conference, Ventura CA
    2009 Co-Chair "Physics and Mechanics of Nanocomposites Workshop 2009" Brno, Czech Republic
*Paper Referee*:
Macromolecules, J. Supercritical Fluids, Polymer Engineering and Science, , J. Polymer Science, Polymer Physics, J. App. Polym. Sci, Polymer, J. Mat. Sci., Rheol Acta,

*Proposal Referee*:
Petroleum Research Fund, NSF-Panel Reviews (DMR SBIR), Dutch Polymer Institute

**Alan J. Lesser**

**College and University Service**
Center of University of Massachusetts Industry Research on Polymers (CUMIRP) – Advisory Board Member (2000-2009), Co-PI (2000 - Present)

**Department Service**
Faculty Search Committee (ChE 1997, Chair-PSE 2000)
Graduate Studies Committee (1997-2005)
Space Committee  (2000- Present)
Graduate Program Director (2003-2005)
Personnel Committee (2005-Present)
Chair- Personnel Committee (2007-2009)

**Teaching Experience**

***Regular Academic Courses***
PSE  604  - Introduction to Polymer Engineering (Fall 1995-2006, 2009-2012)
PSE 731  -  Polymer Properties (Spring 2008)
PSE 797X -  Advanced Polymer Engineering (Spring 1995-2005, 2008-2012)
PSE 797A – Polymer Fracture and Heterogeneous Media (Fall 1998, Fall 2001, Fall 2004, Fall 2007, Spring 2013)

***Short Courses***
1.  Mechanics of Nanocomposites (7 Lectures) – Brno University of Technology (August 2012)
2.  PSE Industrial Short Course (co taught with Coughlin and Hsu) 3 of 9 lectures – Engineering Basics and opportunities, Golden Gate Polymer Forum, San Francisco, CA (June 2012), (June 2015)
3.  Engineering Basics and Impact Modification, Taiwan (April 2012)
4.  Mechanics of Nanocomposites (7 Lectures) – Brno University of Technology (Sept.  2011)
5.  PSE Industrial Short Course (co taught with Coughlin and Hsu) 4 of 12 lectures – Engineering Basics and opportunities, Amherst, MA (May 2011)
6.  Engineering High Performance Polymers and Composites (7 Lectures) – East Paris Institute of Chemistry and Materials Science (July 2010)
7.  Mechanics of Nanocomposites (7 Lectures) – Brno University of Technology (March  2009)
8.  Mechanics of Polymer Membranes – Golden Gate Polymer Forum, San Fancisco (June 2015)

***Patents:***
1.  US 8,227,551 B2 (2012) – Pre-stressed double-network elastomers and glasses.
2.  US 8,445,096 B2 (2013) – In-situ reinforced polymers using low molecular weight compounds.
3.  US Patent Pending (2015) – Improved adhesion in Kevlar 49 Rubber matrix composites.
4.  US Patent Pending (2015) – Melt-mastication processing of semi-crystalline polymers and composites.
5.  US Patent Pending (2015) – Impact modified anionically polymerized polyamides.
6.  US Patent Pending (2015) – Processing polymers using superheated liquids

# Alan J. Lesser

**Peer Reviewed Publications**

1. Cugini, A.V. and A.J. Lesser, *Aspects of Physical Aging, Mechanical Rejuvenation, and Thermal Annealing in a New Copolyester.* Polymer Engineering and Science, 2015. **55**(8): p. 1941-1950.

2. Ware, P.R. and A.J. Lesser, *Reinforcing Thermosets Using Crystalline Desoxyanisoin Structures.* Journal of Applied Polymer Science, 2014. **131**(3).

3. Szyndler, M.W., et al., *Multifunctional deoxybenzoin-based epoxies: Synthesis, mechanical properties, and thermal evaluation.* Polymer, 2014. **55**(17): p. 4441-4446.

4. Ganguly, R. and A.J. Lesser, *Mechanism and Kinetics of Ultra-High Molecular Weight Polytetrafluoroethylene Sintering.* Journal of Applied Polymer Science, 2014. **131**(21).

5. Jancar, J., et al., *Effect of Particle Size, Temperature, and Deformation Rate on the Plastic Flow and Strain Hardening Response of PMMA Composites.* Macromolecules, 2013. **46**(23): p. 9409-9426.

6. Detwiler, A.T. and A.J. Lesser, *Characterization of double network epoxies with tunable compositions.* Journal of Materials Science, 2012. **47**(8): p. 3493-3503.

7. Kalfus, J., A. Detwiler, and A.J. Lesser, *Probing Segmental Dynamics of Polymer Glasses during Tensile Deformation with Dielectric Spectroscopy.* Macromolecules, 2012. **45**(11): p. 4839-4847.

8. Kalfus, J., N. Singh, and A.J. Lesser, *Reinforcement in nano-filled PAA hydrogels.* Polymer, 2012. **53**(13): p. 2544-2547.

9. Yang, Z.H., A.T. Detwiler, and A.J. Lesser, *Prestressed double network thermoset: preparation and characterization.* Journal of Materials Science, 2012. **47**(10): p. 4251-4261.

10. Archer, J.S. and A.J. Lesser, *Shear Band Formation and Mode II Fracture of Polymeric Glasses.* Journal of Polymer Science Part B-Polymer Physics, 2011. **49**(2): p. 103-114.

11. Singh, N.K. and A.J. Lesser, *A Physical and Mechanical Study of Prestressed Competitive Double Network Thermoplastic Elastomers.* Macromolecules, 2011. **44**(6): p. 1480-1490.

12. Yordem, O.S., A.G. Simanke, and A.J. Lesser, *Reinforcing and Toughening of Polypropylene With Self-Assembled Low Molar Mass Additives.* Polymer Engineering and Science, 2011. **51**(3): p. 550-558.

13. Detwiler, A.T. and A.J. Lesser, *Aspects of Network Formation in Glassy Thermosets.* Journal of Applied Polymer Science, 2010. **117**(2): p. 1021-1034.

14. Eastman, S.A., A.J. Lesser, and T.J. McCarthy, *Quantitative Poly(vinyl alcohol) Modification in Ionic Liquids: Esterification and Urethanation with Low Surface Tension Producing Reagents.* Macromolecules, 2010. **43**(10): p. 4584-4588.

15. Jancar, J., et al., *Current issues in research on structure-property relationships in polymer nanocomposites.* Polymer, 2010. **51**(15): p. 3321-3343.

16. Singh, N.K. and A.J. Lesser, *Mechanical and Thermo-Mechanical Studies of Double Networks Based on Thermoplastic Elastomers.* Journal of Polymer Science Part B-Polymer Physics, 2010. **48**(7): p. 778-789.

17. Yordem, O.S. and A.J. Lesser, *Reinforcing Thermosets with Crystallizable Solvents.* Journal of Polymer Science Part B-Polymer Physics, 2010. **48**(8): p. 840-849.

18. Archer, J.S. and A.J. Lesser, *Impact Resistant Polymeric Glasses Using Compressive Pre-Stress.* Journal of Applied Polymer Science, 2009. **114**(6): p. 3704-3715.

**Alan J. Lesser**

19. Eastman, S.A., A.J. Lesser, and T.J. McCarthy, *Supercritical CO2-assisted, silicone-modified wood for enhanced fire resistance.* Journal of Materials Science, 2009. **44**(5): p. 1275-1282.

20. Eastman, S.A., A.J. Lesser, and T.J. McCarthy, *A New Approach to Fabricating Cellulosic-Polymer Composites.* Composite Interfaces, 2009. **16**(7-9): p. 825-836.

21. Eastman, S.A., A.J. Lesser, and T.J. McCarthy, *Supercritical CO2-assisted, silicone-modified wood for enhanced fire resistance.* Journal of Materials Science, 2009. **44**(5): p. 1275-1282.

22. Yoon, J., A.J. Lesser, and T.J. McCarthy, *Locally Anisotropic Porous Materials from Polyethylene and Crystallizable Diluents.* Macromolecules, 2009. **42**(22): p. 8827-8834.

23. Yoon, J., T.J. McCarthy, and A.J. Lesser, *Self-Reinforcing Isotactic Polypropylene Prepared Using Crystallizable Solvents.* Journal of Applied Polymer Science, 2009. **113**(6): p. 3564-3576.

24. Eastman, S.A., A.J. Lesser, and T.J. McCarthy, *Bamboo is a suitable template for polymerizations.* Journal of Applied Polymer Science, 2008. **109**(6): p. 3961-3967.

25. Mamodia, M., et al., *Hierarchical description of deformation in block copolymer TPEs.* Journal of Materials Science, 2008. **43**(22): p. 7035-7046.

26. Calzia, K.J. and A.J. Lesser, *Correlating yield response with molecular architecture in polymer glasses.* Journal of Materials Science, 2007. **42**(13): p. 5229-5238.

27. Lesser, A.J., *Preface.* Polymer Engineering and Science, 2007. **47**(10).

28. Lesser, A.J., K. Calzia, and M. Junk, *Reinforcement of epoxy networks with sulfur- and carbon-based molecular fortifiers.* Polymer Engineering and Science, 2007. **47**(10): p. 1569-1575.

29. Mamodia, M., et al., *Effect of microdomain structure and process conditions on the mechanical Behavior of cylindrical block copolymer systems.* Macromolecules, 2007. **40**(20): p. 7320-7328.

30. Walsh, P.J. and A.J. Lesser, *Evaluating environmental stress cracking thresholds by contact angle measurements.* Journal of Materials Science, 2007. **42**(14): p. 5835-5844.

31. Calzia, K.J., A. Forcum, and A.J. Lesser, *Comparing reinforcement strategies for epoxy networks using reactive and non-reactive fortifiers.* Journal of Applied Polymer Science, 2006. **102**(5): p. 4606-4615.

32. Calzia, K.J., A. Forcum, and A.J. Lesser, *Comparing reinforcement strategies for epoxy networks using reactive and non-reactive fortifiers.* Journal of Applied Polymer Science, 2006. **102**(5): p. 4606-4615.

33. Hu, X.B. and A.J. Lesser, *Solid-state processing of polymer in the presence of supercritical carbon dioxide.* Journal of Cellular Plastics, 2006. **42**(6): p. 517-527.

34. Lesser, A.J., K. Calzia, and M. Junk. *Reinforcement of epoxy networks with sulfur- and carbon-based molecular fortifiers*. in *64th Annual Technical Conference of the Society-of-Plastic-Engineers*. 2006. Charlotte, NC.

35. Ramaswamy, S. and A.J. Lesser, *Generic overlapping cracks in polymers: Modeling of interaction.* International Journal of Fracture, 2006. **142**(3-4): p. 277-287.

36. Sankar, R. and A.J. Lesser, *Generic overlapping cracks in polymers: Modeling of interaction.* International Journal of Fracture, 2006. **142**(3-4): p. 277-287.

37. Walsh, P.J., et al., *Environmental effects on poly-p-phenylenebenzobisoxazole fibers. I. Mechanisms of degradation.* Journal of Applied Polymer Science, 2006. **102**(4): p. 3517-3525.

38. Walsh, P.J., et al., *Environmental effects on poly-p-phenylenebenzobisoxazole fibers. II. Attempts at stabilization.* Journal of Applied Polymer Science, 2006. **102**(4): p. 3819-3829.

**Alan J. Lesser**

39. Indukuri, K.K. and A.J. Lesser, *Comparative deformational characteristics of poly(styrene-b-ethylene-co-butylene-b-styrene) thermoplastic elastomers and cross-linked natural rubber.* Polymer, 2005. **46**(18): p. 7218-7229.

40. Light, M.E. and A.J. Lesser, *Effect of test conditions on the essential work of fracture in polyethylene terephthalate film.* Journal of Materials Science, 2005. **40**(11): p. 2861-2866.

41. Constable, G.S., A.J. Lesser, and E.B. Coughlin, *Morphological and mechanical evaluation of hybrid organic-inorganic thermoset copolymers of dicyclopentadiene and mono- or tris(norbornenyl)-substituted polyhedral oligomeric silsesquioxanes.* Macromolecules, 2004. **37**(4): p. 1276-1282.

42. Garcia-Leiner, M. and A.J. Lesser, *CO2-assisted polymer processing: A new alternative for intractable polymers.* Journal of Applied Polymer Science, 2004. **93**(4): p. 1501-1511.

43. Hu, X.B. and A.J. Lesser, *Influence of interchain forces and supermolecular structure on the drawing behavior of nylon 66 fibers in the presence of supercritical carbon dioxide.* Journal of Applied Polymer Science, 2004. **93**(5): p. 2282-2288.

44. Hu, X.B. and A.J. Lesser, *Non-isothermal crystallization of poly (trimethylene terephthalate) (PTT)/clay nanocomposites.* Macromolecular Chemistry and Physics, 2004. **205**(5): p. 574-580.

45. Hu, X.B. and A.J. Lesser, *Enhanced crystallization of bisphenol-A polycarbonate by nano-scale clays in the presence of supercritical carbon dioxide.* Polymer, 2004. **45**(7): p. 2333-2340.

46. Lesser, A.J. and K.J. Calzia, *Molecular parameters governing the yield response of epoxy-based glassy networks.* Journal of Polymer Science Part B-Polymer Physics, 2004. **42**(11): p. 2050-2056.

47. Zerda, A.S. and A.J. Lesser, *Characteristics of antiplasticized thermosets: Effects of network architecture and additive chemistry on mechanical fortification.* Polymer Engineering and Science, 2004. **44**(11): p. 2125-2133.

48. Caskey, T.C., A.J. Lesser, and T.J. McCarthy, *Evaluating the mechanical performance of supercritical CO2 fabricated polyamide 6,6/PMMA, fiber reinforced composites.* Polymer Composites, 2003. **24**(4): p. 545-554.

49. Caskey, T.C., A.J. Lesser, and T.J. McCarthy, *In situ polymerization and nano-templating phenomenon in nylon fiber/PMMA composite laminates.* Journal of Applied Polymer Science, 2003. **88**(6): p. 1600-1607.

50. Constable, G.S., A.J. Lesser, and E.B. Coughlin, *Ultrasonic spectroscopic evaluation of the ring-opening metathesis polymerization of dicyclopentadiene.* Journal of Polymer Science Part B-Polymer Physics, 2003. **41**(12): p. 1323-1333.

51. Garcia-Leiner, M., J. Song, and A.J. Lesser, *Drawing of ultrahigh molecular weight polyethylene fibers in the presence of supercritical carbon dioxide.* Journal of Polymer Science Part B-Polymer Physics, 2003. **41**(12): p. 1375-1383.

52. Hu, X.B. and A.J. Lesser, *Effect of a silicate filler on the crystal morphology of poly(trimethylene terephthalate)/clay nanocomposites.* Journal of Polymer Science Part B-Polymer Physics, 2003. **41**(19): p. 2275-2289.

53. Kung, E., *Preparation and studies of polymer/polymer composites prepared using supercritical carbone dioxide.* Green Chemistry Using Liquid and Supercritical Carbon Dioxide, ed. J.M. DeSimone. 2003: Oxford University Press. 164-173.

**Alan J. Lesser**

54. Raman, A., R.J. Farris, and A.J. Lesser, *Effect of stress state and polymer morphology on environmental stress cracking in polycarbonate.* Journal of Applied Polymer Science, 2003. **88**(2): p. 550-564.

55. Ramaswamy, S. and A.J. Lesser, *Generic crack patterns in rubber-modified polymers under biaxial stress states.* Journal of Polymer Science Part B-Polymer Physics, 2003. **41**(19): p. 2248-2256.

56. Wright, K.J., K. Indukuri, and A.J. Lesser, *Microcellular model evaluation for the deformation of dynamically vulcanized EPDM/iPP blends.* Polymer Engineering and Science, 2003. **43**(3): p. 531-542.

57. Zerda, A.S., T.C. Caskey, and A.J. Lesser, *Highly concentrated, intercalated silicate nanocomposites: Synthesis and characterization.* Macromolecules, 2003. **36**(5): p. 1603-1608.

58. Karttunen, N.R. and A.J. Lesser, *Effect of processing conditions on the yield and failure response of an aliphatic polyketone terpolymer.* Journal of Applied Polymer Science, 2002. **84**(2): p. 318-334.

59. Pelch, J.R., et al., *Fatigue resistance of silane-bonded epoxy/glass interfaces using neat and rubber-toughened epoxies.* Journal of Materials Science, 2002. **37**(15): p. 3269-3276.

60. Ramaswamy, S. and A.J. Lesser, *Microscopic damage and macroscopic yield in acrylonitrile-butadiene-styrene (ABS) resins tested under multi-axial stress states.* Polymer, 2002. **43**(13): p. 3743-3752.

61. Zerda, A.S. and A.J. Lesser, *Organophosphorous additive for fortification, processibility, and flame retardance of epoxy resins.* Journal of Applied Polymer Science, 2002. **84**(2): p. 302-309.

62. Caskey, T., A.J. Lesser, and T.J. McCarthy, *Supercritical CO2 welding of laminated linear low density polyethylene films.* Polymer Engineering and Science, 2001. **41**(12): p. 2259-2265.

63. Hobbs, T. and A.J. Lesser, *Drawing in high pressure CO2 - A new route to high performance fibers - In memory of the late Roger S. Porter.* Polymer Engineering and Science, 2001. **41**(2): p. 135-144.

64. Sabbagh, A.B. and A.J. Lesser, *Evaluating the energetics of dilatational band growth under biaxial loading conditions.* Polymer, 2001. **42**(6): p. 2627-2636.

65. Wright, K.J. and A.J. Lesser, *Initial development of structure-property relationships for dynamically vulcanized EPDM/IPP elastomers.* Rubber Chemistry and Technology, 2001. **74**(4): p. 677-687.

66. Wright, K.J. and A.J. Lesser, *Crystallinity and mechanical behavior evolution in ethylene-propylene random copolymers.* Macromolecules, 2001. **34**(11): p. 3626-3633.

67. Zerda, A.S. and A.J. Lesser, *Intercalated clay nanocomposites: Morphology, mechanics, and fracture behavior.* Journal of Polymer Science Part B-Polymer Physics, 2001. **39**(11): p. 1137-1146.

68. Crawford, E. and A.J. Lesser, *Mechanics of rubber particle cavitation in toughened polyvinylchloride (PVC).* Polymer, 2000. **41**(15): p. 5865-5870.

69. Hobbs, T. and A.J. Lesser, *Preparation of high performance poly(ethylene terephthalate) fibers: two-stage drawing using high pressure CO2.* Polymer, 2000. **41**(16): p. 6223-6230.

70. Karttunen, N.R. and A.J. Lesser, *Yield modeling of an aliphatic polyketone terpolymer in multiaxial stress states.* Polymer Engineering and Science, 2000. **40**(11): p. 2317-2323.

71. Karttunen, N.R. and A.J. Lesser, *Yield behavior and failure response of an aliphatic polyketone terpolymer subjected to multi-axial stress states.* Journal of Materials Science, 2000. **35**(10): p. 2507-2515.

**Alan J. Lesser**

72. Kody, R.S., *Yield envelopes of micro-voided epoxies.* ACS Symposium Series: Toughening of Plastics, 2000: p. 159-170.

73. Kung, E., A.J. Lesser, and T.J. McCarthy, *Composites prepared by the anionic polymerization of ethyl 2-cyanoacrylate within supercritical carbon dioxide-swollen poly(tetrafluoroethylene-co-hexafluoropropylene).* Macromolecules, 2000. **33**(22): p. 8192-8199.

74. Lesser, A.J. and N.A. Jones, *Fracture behavior of dynamically vulcanized thermoplastic elastomers.* Journal of Applied Polymer Science, 2000. **76**(6): p. 763-770.

75. Sabbagh, A.B., N.A. Jones, and A.J. Lesser, *In situ orientation of linear low density polyethylene films subjected to Mode I fracture load.* Journal of Applied Polymer Science, 2000. **76**(6): p. 771-777.

76. Arora, K.A., A.J. Lesser, and T.J. McCarthy, *Synthesis, characterization, and expansion of poly(tetrafluoroethylene-co-hexafluoropropylene)/polystyrene blends processed in supercritical carbon dioxide.* Macromolecules, 1999. **32**(8): p. 2562-2568.

77. Crawford, E.D. and A.J. Lesser, *Brittle to ductile: Fracture toughness mapping on controlled epoxy networks.* Polymer Engineering and Science, 1999. **39**(2): p. 385-392.

78. Hobbs, T. and A.J. Lesser, *In situ drawing of high molecular weight poly(ethylene terephthalate) in subcritical and supercritical $CO_2$.* Journal of Polymer Science Part B-Polymer Physics, 1999. **37**(15): p. 1881-1891.

79. Jones, N.A. and A.J. Lesser, *The use of etching techniques to investigate the morphology of mechanically induced transformations in an aliphatic polyketone.* Journal of Polymer Science Part B-Polymer Physics, 1999. **37**(22): p. 3246-3255.

80. Kody, R.S., *Evaluation of the yield behavior and energy absorbing mechanisms in rubber modified epoxies subjected to multi-axial stress states.* Polymer Composites, 1999. **20**(2): p. 250-259.

81. Kody, R.S. and A.J. Lesser, *Yield behavior and energy absorbing characteristics of rubber-modified epoxies subjected to biaxial stress states.* Polymer Composites, 1999. **20**(2): p. 250-259.

82. Lesser, A.J. and R.A. Weiss, *In memoriam - Roger S. Porter 1928-1998.* Polymer Composites, 1999. **20**(1): p. 1-2.

83. McCarthy, T., *Expansion of poly(4-methyl-1pentene) using supercritical carbon dioxide: Foam formation at ~ 100 C below Tm.* Macromolecules, 1999: p. 2562.

84. Sabbagh, A.B. and A.J. Lesser, *On the phenomena of deformation and neck formation in LLDPE films subjected to uniaxial and biaxial loading conditions.* Journal of Polymer Science Part B-Polymer Physics, 1999. **37**(18): p. 2651-2663.

85. Schueneman, G.T., et al., *Evaluation of short term-high intensity thermal degradation of graphite fiber reinforced laminates via ultrasonic spectroscopy.* Journal of Polymer Science Part B-Polymer Physics, 1999. **37**(18): p. 2601-2610.

86. Waddon, A.J., N.R. Karttunen, and A.J. Lesser, *On the crystalline structure and morphology of aliphatic ketone terpolymer.* Macromolecules, 1999. **32**(2): p. 423-428.

87. Weiss, R.A. and A.J. Lesser, *In memoriam - Roger S. Porter 1928-1998.* Polymer Engineering and Science, 1999. **39**(1): p. 1-2.

88. Arora, K.A., A.J. Lesser, and T.J. McCarthy, *Compressive behavior of microcellular polystyrene foams processed in supercritical carbon dioxide.* Polymer Engineering and Science, 1998. **38**(12): p. 2055-2062.

10

**Alan J. Lesser**

89. Arora, K.A., A.J. Lesser, and T.J. McCarthy, *Preparation and characterization of microcellular polystyrene foams processed in supercritical carbon dioxide.* Macromolecules, 1998. **31**(14): p. 4614-4620.

90. Crawford, E. and A.J. Lesser, *The effect of network architecture on the thermal and mechanical behavior of epoxy resins.* Journal of Polymer Science Part B-Polymer Physics, 1998. **36**(8): p. 1371-1382.

91. Jones, N.A. and A.J. Lesser, *Morphological study of fatigue-induced damage in isotactic polypropylene.* Journal of Polymer Science Part B-Polymer Physics, 1998. **36**(15): p. 2751-2760.

92. Kung, E., A.J. Lesser, and T.J. McCarthy, *Morphology and mechanical performance of polystyrene/polyethylene composites prepared in supercritical carbon dioxide.* Macromolecules, 1998. **31**(13): p. 4160-4169.

93. Sabbagh, A.B. and A.J. Lesser, *Effect of particle morphology on the emulsion stability and mechanical performance of polyolefin modified asphalts.* Polymer Engineering and Science, 1998. **38**(5): p. 707-715.

94. Kody, R.S. and A.J. Lesser, *Deformation and yield of epoxy networks in constrained states of stress.* Journal of Materials Science, 1997. **32**(21): p. 5637-5643.

95. Lesser, A.J., *Effect of resin crosslink density on the impact damage resistance of laminated composites.* Polymer Composites, 1997. **18**(1): p. 16-27.

96. Lesser, A.J. and E. Crawford, *The role of network architecture on the glass transition temperature of epoxy resins.* Journal of Applied Polymer Science, 1997. **66**(2): p. 387-395.

97. Lesser, A.J. and R.S. Kody, *A generalized model for the yield behavior of epoxy networks in multiaxial stress states.* Journal of Polymer Science Part B-Polymer Physics, 1997. **35**(10): p. 1611-1619.

98. Lesser, A.J., *Effective volume changes during fatigue and fracture of polyacetal.* Polymer Engineering and Science, 1996. **36**(18): p. 2366-2374.

99. Lesser, A.J., *Changes in Mechanical-Behavior During Fatigue of Semicrystalline Thermoplastics.* Journal of Applied Polymer Science, 1995. **58**(5): p. 869-879.

100. Filippov, A., Lesser, A.J., *Mechanisms governing the damage resistance of laminated composites subjected to low velocity impacts.* International Journal of Damage Mechanics, 1994. **3**: p. 408-432.

101. Chudnovsky, A., A. Saada, and A.J. Lesser, *Micromechanisms of Deformation in Fracture of Overconsolidated Clays.* Canadian Geotechnical Journal, 1988. **25**(2): p. 213-221.

# Alan J. Lesser

## Conference Proceedings

1. Zhang, H.Y., Lesser, A.J., *Pre-stressed double network epoxy glasses.* Annual Technical Conference - Society of Plastics Engineers,70th, 2012: p. 352-358.

2. Razina, P., Lesser, A.J., Emrick, T.S., *Reinforcing Thermosets using Crystallizable Flame Retardants.* Annual Technical Conference - Society of Plastics Engineers,70th, 2012: p. 2020-2025.

3. Singh, N.K. and A.J. Lesser, *Pre-stressed competitive double networks.* Abstracts of Papers of the American Chemical Society, 2011. **241**.

4. Singh, N.K., Lesser, A.J., *Prestressed Double Network Hydrogels.* Annual Technical Conference - Society of Plastics Engineers 69th 2011. **3**: p. 2568-2573.

5. Lesser, A.J. and J. Kalfus, *Experimental study of segmental dynamics and structure in deformed glassy polymers.* Abstracts of Papers of the American Chemical Society, 2011. **241**.

6. Kalfus, J., Lesser, A. J., *Topological Effects in Polyacrylamide hydrogels.* Annual Technical Conference - Society of Plastics Engineers 69th 2011. **3**: p. 2592-2596.

7. Detwiler, A.T., Lesser, A. J., *Acoustic Stress Measurement in biaxially constrained membranes.* Annual Technical Conference - Society of Plastics Engineers 69th, 2011. **3**: p. 2197-2203.

8. Archer, J.S., Lesser, A. J., *Strain Localization and Rate Sensitivity of Glassy Polymers under Shear Deformation.* Annual Technical Conference - Society of Plastics Engineers 69th, 2011. **3**: p. 2309-23-14.

9. Yordem, O.S., Lesser, A.J., *In-situ Reinforced thermoset composites using crystallizable solvents.* Annual Technical Conference - Society of Plastics Engineers, 67th, 2010: p. 337-341.

10. Yordem, O.S., Lesser, A.J., *Reinforcing Polypropylene with Low Molecular Weight Compounds.* Annual Technical Conference - Society of Plastics Engineers, Orlando FLA May 16-20, 2010: p. 294-299.

11. Singh, N.K., Lesser, A.J., *Double Network thermoplastic elastomer systems.* Abstracts of Papers of the American Chemical Society, 239th ACS PMSE, 2010.

12. Singh, N.K., Lesser, A.J., *Low CTE thermoplastic and Crosslinked Elastomers.* Annual Technical Conference - Society of Plastics Engineers, Orlando FLA May 16-20, 2010: p. 831-836.

13. Detwiler, A.T., Lesser, A. J., *Crosslinked Engineering Thermoplastics via Reactive Diluents.* Abstracts of Papers of the American Chemical Society, 239th ACS PMSE 2010.

14. Detwiler, A.T., Lesser, A. J., *Initial studies on Double Network Glasses.* Annual Technical Conference - Society of Plastics Engineers, Orlando FLA May 16-20, 2010: p. 1702-1708.

15. Archer, J.S., Lesser, A. J., *The role of shear band formation on Mode II Fracture of Polymeric Glasses.* Annual Technical Conference - Society of Plastics Engineers, Orlando FLA May 16-20, 2010: p. 1709-1713.

16. Yordem, O.S. and A.J. Lesser, *Reinforced thermoset composites using crystallizable solvents.* Abstracts of Papers of the American Chemical Society, 2009. **237**(100): p. 610-611.

17. Yoon, J., Lesser, A.J., McCarthy, T.J., *Self-reinforcing thermoplastic composites.* Annual Technical Conference - Society of Plastics Engineers,66th, 2008: p. 6-10.

18. Mamodia, M., Lesser, A.J., *Contrasting deformational characteristics between lamellar and cylindrically phase separated TPE's.* Annual Technical Conference - Society of Plastics Engineers,66th, 2008: p. 752-756.

19. Eastman, S.A., Lesser, A.J., McCarthy, T.J., *Incorporation of Silicones into wood using supercritical CO2.* Annual Technical Conference - Society of Plastics Engineers,66th, 2008: p. 2021-2025.

20. Detwiler, A.T., Lesser, A. J., *Network Formation and Healing in Glassy Thermosets.* Annual Technical Conference - Society of Plastics Engineers 66th, 2008: p. 2256-2260.

## Alan J. Lesser

21.    Yoon, J., A.J. Lesser, and T.J. McCarthy, *Preparation of low density porous materials using polyethylene and organic crystal diluents.* Abstracts of Papers of the American Chemical Society, 2007. **234**.

22.    Mamodia, M. and A.J. Lesser, *Effect on morphological transitions in block copolymers and their effect on mechanical behavior.* Abstracts of Papers, 233rd ACS National Meeting, Chicago, IL, United States, March 25-29, 2007, 2007: p. PMSE-066.

23.    Lesser, A.J., K. Calzia, and M. Junk, *Reinforcement of epoxy networks with sulfur- and carbon-based molecular fortifiers.* Polymer Engineering and Science, 2007. **47**(10): p. 1569-1575.

24.    Lesser, A.J., *Continuous processing and deformation mechanisms of ultra-oriented SEBS triblock elastomers.* Abstracts of Papers, 233rd ACS National Meeting, Chicago, IL, United States, March 25-29, 2007, 2007: p. POLY-218.

25.    Eastman, S.A., A.J. Lesser, and T.J. McCarthy, *Bamboo is a suitable substrate for polymerizations when swollen with supercritical CO2.* Abstracts of Papers of the American Chemical Society, 2007. **234**.

26.    Walsh, P.J. and A.J. Lesser, *Mechanisms and alleviation of polybenzoxazole fiber degradation.* Annual Technical Conference - Society of Plastics Engineers, 2006. **64th**: p. 577-581.

27.    Mamodia, M. and A.J. Lesser, *Characterization of hybrid block copolymer systems developed through blending.* Annual Technical Conference - Society of Plastics Engineers, 2006. **64th**: p. 2057-2061.

28.    Lesser, A.J., K. Indukuri, and M. Mamodia, *Hierarchical description of SEBS block copolymer thermoplastic elastomers.* Annual Technical Conference - Society of Plastics Engineers, 2006. **64th**: p. 1630-1634.

29.    Calzia, K.J. and A.J. Lesser, *Post-yield deformation of glassy networks: effects of molecular architecture.* Annual Technical Conference - Society of Plastics Engineers, 2006. **64th**: p. 1720-1724.

30.    K. Indukuri, E.A. *Structural changes at different length scales caused by mechanical deformation of SEBS Triblock Copolymers*. in *MRS Spring 2005 meeting*. 2005 March 28- April 1 San Francisco, CA.

31.    Lesser, A.J. *Deformational characteristics of SEBS thermoplastic elastomers*. in *Gordon Research Conference on Elastomers*. 2005 July 17-22 Colby Sawyer College, NH.

32.    Walsh, P.J. and A.J. Lesser, *ESCR thresholds evaluated by observation of interfacial surface energies.* Annual Technical Conference - Society of Plastics Engineers, 2005. **63rd**: p. 2327-2331.

33.    Walsh, P.J. and A.J. Lesser, *Effect of substrate stress on interfacial energies.* Proceedings of the Annual Meeting of the Adhesion Society, 2005. **28th**: p. 187-189.

34.    Walsh, P. *A Refraction Technique for Measuring Three Phase Contact Angle Used to Characterize Liquid-Polymer Interfaces*. in *Peebles Award Final, Extended Abstract*. 2005.

35.    Lesser, A.J., X. Hu, and P.J. Walsh, *Degradation mechanisms and environmental effects on poly(p-phenylenebenzobisoxazole) (PBO) fibers.* Annual Technical Conference - Society of Plastics Engineers, 2005. **63rd**: p. 3497-3501.

36.    Lesser, A.J. and K.J. Calzia, *Yield and post-yield response of glassy networks: effects of network architecture.* Proceedings of the NATAS Annual Conference on Thermal Analysis and Applications, 2005. **33rd**: p. 011 48 496/1-011 48 496/7.

37.    Indukuri, K.K. and A.J. Lesser, *Comparative deformational characteristics of SEBS thermoplastic elastomers and vulcanized natural rubber.* Annual Technical Conference - Society of Plastics Engineers, 2005. **63rd**: p. 3828-3832.

38.    Indukuri, K.K., E.T. Atkins, and A.J. Lesser, *Continuous processing long range order in SEBS block copolymer thermoplastic elastomers.* Annual Technical Conference - Society of Plastics Engineers, 2005. **63rd**: p. 3582-3586.

**Alan J. Lesser**

39. Hu, X. and A.J. Lesser, *Solid-state processing of polymer in the presence of supercritical carbon dioxide.* Annual Technical Conference - Society of Plastics Engineers, 2005. **63rd**: p. 2632-2636.

40. Calzia, K.J., A.J. Lesser, and A. Forcum, *Molecular-scale reinforcement of glassy networks.* Annual Technical Conference - Society of Plastics Engineers, 2005. **63rd**: p. 2355-2359.

41. Calzia, K.J., A. Forcum, and A.J. Lesser, *Molecular reinforced nano-silicate composites.* Annual Technical Conference - Society of Plastics Engineers, 2005. **63rd**: p. 1983-1987.

42. Calzia, K.J., A. Forcum, and A.J. Lesser, *Improved reinforcement of nano-silicate composites with antiplasticizers.* Abstracts of Papers, 230th ACS National Meeting, Washington, DC, United States, Aug. 28-Sept. 1, 2005, 2005: p. PMSE-201.

43. Walsh, P. *Investigating environmental stress cracking with in-situ contact angle measurements*. in *ANTEC*. 2004 May 16-20. Chicago, Illinois.

44. Light, M. *Cutting and Tear Resistance of PET Films*. in *ANTEC*. 2004 May 16-20. Chicago, Illinois.

45. Lesser, A.J. *Yield and fracture of polymers and nanocomposites in multiaxial stress*. in *ANTEC*. 2004 May 16-20. Chicago, Illinois.

46. Hu, X. *Mechanical properties of bisphenol-A polycarbonate via controlled crystallization and orientation in the presence of supercritical carbon dioxide*. in *ANTEC*. 2004 May 16-20. Chicago, Illinois.

47. Wrublewski, D.T. and A.J. Lesser, *Annealing effects on the yield and fracture of bisphenol A and 4,4'-dihydroxydiphenyl copolycarbonates.* Annual Technical Conference - Society of Plastics Engineers, 2004. **62nd**(Vol. 3): p. 4039-4043.

48. Walsh, P.J. and A.J. Lesser, *Measuring small contact angles of sessile drops on low energy substrates by refraction.* Abstracts of Papers, 227th ACS National Meeting, Anaheim, CA, United States, March 28-April 1, 2004, 2004: p. PMSE-475.

49. Lesser, A.J. and K.J. Calzia, *Modeling the yield behavior of glassy networks using molecular-based parameters.* Annual Technical Conference - Society of Plastics Engineers, 2004. **62nd**(Vol. 2): p. 2263-2266.

50. Indukuri, K.K. and A.J. Lesser, *Comparative deformational response of poly (styrene ethylene-butylene styrene) TPEs and vulcanized elastomers.* Abstracts of Papers, 228th ACS National Meeting, Philadelphia, PA, United States, August 22-26, 2004, 2004: p. PMSE-514.

51. Hu, X. and A.J. Lesser, *Post-treatment of Poly-p-phenylenebenzobisoxazole (PBO) fibers using supercritical carbon dioxide.* Abstracts of Papers, 227th ACS National Meeting, Anaheim, CA, United States, March 28-April 1, 2004, 2004: p. PMSE-472.

52. Hu, X. and A.J. Lesser, *Drawing of nylon 66 fibers in the presence of supercritical carbon dioxide.* Annual Technical Conference - Society of Plastics Engineers, 2004. **62nd**(Vol. 2): p. 1831-1835.

53. Hu, X. and A.J. Lesser, *Effects of nano-scale clay on the crystallization and mechanical properties of polyesters.* Abstracts of Papers, 228th ACS National Meeting, Philadelphia, PA, United States, August 22-26, 2004, 2004: p. PMSE-494.

54. Herrera-Alonso, M., et al., *Semicrystalline polymer nanocomposites using chemically designed compatibilizers and supercritical CO2-assisted polymer processing.* Abstracts of Papers, 228th ACS National Meeting, Philadelphia, PA, United States, August 22-26, 2004, 2004: p. PMSE-499.

55. Garcia-Leiner, M. and A.J. Lesser, *Polymer nanocomposites prepared by supercritical carbon dioxide-assisted polymer processing.* Abstracts of Papers, 227th ACS National Meeting, Anaheim, CA, United States, March 28-April 1, 2004, 2004: p. POLY-365.

56. Garcia-Leiner, M. and A.J. Lesser, *Polymer-clay nanocomposites prepared in supercritical carbon dioxide.* Annual Technical Conference - Society of Plastics Engineers, 2004. **62nd**(Vol. 2): p. 1528-1532.

57. Calzia, K.J., et al., *Evaluation of a molecular based yield model for glassy networks.* Annual Technical Conference - Society of Plastics Engineers, 2004. **62nd**(Vol. 2): p. 2258-2262.

**Alan J. Lesser**

58.   Calzia, K.J. and A.J. Lesser, *Effect of molecular architecture on the yield behavior of glassy networks.* Abstracts of Papers, 227th ACS National Meeting, Anaheim, CA, United States, March 28-April 1, 2004, 2004: p. PMSE-471.

59.   Lesser, A.J., *Drawing of high performance fibers in supercritical carbon dioxide.* SEM Conference. Lake Placid, New York, 2003 October 7-11.

60.   Ramaswamy, S., *Modeling damage patterns in polymeric materials.* ANTEC. Nashville, TN, 2003 May 4-8.

61.   Lesser, A.J., *Deformation, yield, and fracture of polymers.* Institute of Materials International Conference. Churchill College, Cambridge, 2003 April 7-10.

62.   Sankar, R. and A. Lesser, *Yield behavior of polycarbonate: effects of rate, temperature and stress state.* Abstracts of Papers, 226th ACS National Meeting, New York, NY, United States, September 7-11, 2003, 2003: p. PMSE-456.

63.   Light, M.E. and A.J. Lesser, *Process zone evolution during compression and tensile experiments with linear low-density polyethylene.* Abstracts of Papers, 226th ACS National Meeting, New York, NY, United States, September 7-11, 2003, 2003: p. PMSE-403.

64.   Indukuri, K.K. and A.J. Lesser, *Controlled solid-state foaming of elastomeric systems.* Abstracts of Papers, 226th ACS National Meeting, New York, NY, United States, September 7-11, 2003, 2003: p. PMSE-453.

65.   Hu, X. and A. Lesser, *Enhanced crystallization of polycarbonate by nano-scale clays in supercritical carbon dioxides.* Abstracts of Papers, 226th ACS National Meeting, New York, NY, United States, September 7-11, 2003, 2003: p. PMSE-388.

66.   Hu, X. and A. Lesser, *Non-isothermal crystallization of poly (trimethylene terephthalate) (PTT) /clay nanocomposites.* Abstracts of Papers, 226th ACS National Meeting, New York, NY, United States, September 7-11, 2003, 2003: p. PMSE-434.

67.   Garcia-Leiner, M. and A.J. Lesser, *Polymer-clay nanocomposites prepared in supercritical carbon dioxide.* Abstracts of Papers, 225th ACS National Meeting, New Orleans, LA, United States, March 23-27, 2003, 2003: p. PMSE-055.

68.   Garcia-Leiner, M. and A.J. Lesser, *Melt intercalation in polymer-clay nanocomposites promoted by supercritical carbon dioxide.* Abstracts of Papers, 226th ACS National Meeting, New York, NY, United States, September 7-11, 2003, 2003: p. PMSE-389.

69.   Garcia-Leiner, M. and A.J. Lesser, *Processing of intractable polymers using high-pressure carbon dioxide.* Annual Technical Conference - Society of Plastics Engineers, 2003. **61st**(Vol. 2): p. 1610-1614.

70.   Constable, G.S., E.B. Coughlin, and A.J. Lesser, *Hybrid organic/inorganic thermoset copolymers of dicyclopentadiene and mono or tris-norbornenyl-substituted polyhedral oligomeric silsesquioxanes.* Abstracts of Papers, 226th ACS National Meeting, New York, NY, United States, September 7-11, 2003, 2003: p. PMSE-385.

71.   Constable, G.S., E.B. Coughlin, and A.J. Lesser, *Synthesis of thermal and photo reversible cross-linked polycyclooctene as a shape memory thermoplastic.* Abstracts of Papers, 226th ACS National Meeting, New York, NY, United States, September 7-11, 2003, 2003: p. POLY-086.

72.   Constable, G.S., E.B. Coughlin, and A.J. Lesser, *Morphological and mechanical evaluation of hybrid organic/inorganic thermoset copolymers of dicyclopentadiene and polyhedral oligomeric silsesquioxanes.* Annual Technical Conference - Society of Plastics Engineers, 2003. **61st**(Vol. 2): p. 1663-1667.

73.   Caskey, T.C., A.S. Zerda, and A.J. Lesser, *Synthesis and characterization of hierarchical structure in supercritical CO2-fabricated composites.* Annual Technical Conference - Society of Plastics Engineers, 2003. **61st**(Vol. 2): p. 2250-2254.

74.   Wright, K.J., *Micromechanisms of deformation and fracture in EPDM/iPP dynamic vulcanizates.* ACS, Polymeric Materials: Science and Engineering, 2002 Spring.

15

**Alan J. Lesser**

75.    Zerda, A.S. and A.J. Lesser, *Effects of additive and polymer architecture on antiplasticization of model epoxy networks.* Annual Technical Conference - Society of Plastics Engineers, 2002. **60th**(Vol. 3): p. 2813-2817.

76.    Zerda, A.S., T.C. Caskey, and A.J. Lesser, *Routes to and properties of intercalated silicate nanocomposites.* Annual Technical Conference - Society of Plastics Engineers, 2002. **60th**(Vol. 2): p. 2256-2259.

77.    Wright, K.J. and A.J. Lesser, *Morphological influences on density and deformation of ethylene-propylene copolymers.* Annual Technical Conference - Society of Plastics Engineers, 2002. **60th**(Vol. 3): p. 3206-3210.

78.    Wright, K.J., K. Indukuri, and A.J. Lesser, *A microcellular model evaluation for dynamically vulcanized EPDM/IPP blends.* Annual Technical Conference - Society of Plastics Engineers, 2002. **60th**(Vol. 3): p. 3217-3221.

79.    Sankar, R. and A.J. Lesser, *Macroscopic yield and microscopic damage in polymers under multiaxial stress states: Experimental results and modeling.* Abstracts of Papers, 224th ACS National Meeting, Boston, MA, United States, August 18-22, 2002, 2002: p. PMSE-004.

80.    Sankar, R. and A.J. Lesser, *Macroscopic pseudoductile response of polymers under multiaxial stress states: Generic crack patterns.* Abstracts of Papers, 224th ACS National Meeting, Boston, MA, United States, August 18-22, 2002, 2002: p. PMSE-277.

81.    Ramaswamy, S. and A.J. Lesser, *Energy absorption and damage mechanisms in rubber modified systems tested in multi-axial stress states.* Annual Technical Conference - Society of Plastics Engineers, 2002. **60th**(Vol. 3): p. 3110-3114.

82.    Pedicini, A., et al., *Thermally induced color change in electrospun fiber mats.* Abstracts of Papers, 224th ACS National Meeting, Boston, MA, United States, August 18-22, 2002, 2002: p. PMSE-021.

83.    Hu, X. and A.J. Lesser, *Morphological studies on poly(trimethylene terephthalate) (PTT)/clay nanocomposites.* Annual Technical Conference - Society of Plastics Engineers, 2002. **60th**(Vol. 2): p. 2265-2269.

84.    Garcia-Leiner, M., J. Song, and A.J. Lesser, *Drawing of UHMWPE fibers in the presence of supercritical CO2.* Annual Technical Conference - Society of Plastics Engineers, 2002. **60th**(Vol. 2): p. 1576-1580.

85.    Garcia-Leiner, M. and A.J. Lesser, *A study of the foaming process of polyethylene with high pressure CO2 in a modified extrusion system.* Annual Technical Conference - Society of Plastics Engineers, 2002. **60th**(Vol. 3): p. 3754-3758.

86.    Constable, G.S., A.J. Lesser, and E.B. Coughlin, *An ultrasonic spectroscopic evaluation of the ring opening metathesis polymerization of dicyclopentadiene.* Annual Technical Conference - Society of Plastics Engineers, 2002. **60th**(Vol. 2): p. 1621-1625.

87.    Constable, G.S., E.B. Coughlin, and A.J. Lesser, *Ultrasonic spectroscopic evaluation of the ring-opening metathesis polymerization of dicyclopentadiene.* Abstracts of Papers, 224th ACS National Meeting, Boston, MA, United States, August 18-22, 2002, 2002: p. PMSE-288.

88.    Caskey, T.C., A.J. Lesser, and T.J. McCarthy, *In-Situ polymerization and nano-templating phenomenon in nylon fiber/PMMA composite laminates.* Annual Technical Conference - Society of Plastics Engineers, 2002. **60th**(Vol. 2): p. 2260-2264.

89.    Zerda, A.S. and A.J. Lesser, *Multifunctional molecular additive for processing and fortification of crosslinked epoxies.* Abstracts of Papers, 221st ACS National Meeting, San Diego, CA, United States, April 1-5, 2001, 2001: p. PMSE-556.

90.    Zerda, A.S. and A.J. Lesser, *Molecular fortification of crosslinked networks.* Annual Technical Conference - Society of Plastics Engineers, 2001. **59th**(Vol. 3): p. 2683-2689.

91.    Wright, K.J. and A.J. Lesser, *Crystallization kinetics of ethylene-propylene random copolymers.* Abstracts of Papers, 221st ACS National Meeting, San Diego, CA, United States, April 1-5, 2001, 2001: p. PMSE-230.

**Alan J. Lesser**

92.  Wright, K.J. and A.J. Lesser, *Compositional investigation of the solid-state rheological behavior of dynamically vulcanized EPDM/I-PP elastomers.* Annual Technical Conference - Society of Plastics Engineers, 2001. **59th**(Vol. 3): p. 2931-2935.

93.  Wright, K.J., *Relating composition and morphology to the solid state rheological behavior of dynamically vulcanized EPDM/I-PP elastomers.* ANTEC, 2001: p. 2931.

94.  Raman, A., A.J. Lesser, and R.J. Farris, *Environmental stress cracking in polycarbonate: Developing a theory.* Abstracts of Papers, 222nd ACS National Meeting, Chicago, IL, United States, August 26-30, 2001, 2001: p. PMSE-374.

95.  Caskey, T.C., A.J. Lesser, and T. McCarthy, *Interface studies on supercritical CO2 welded semi-crystalline polymers.* Abstracts of Papers, 221st ACS National Meeting, San Diego, CA, United States, April 1-5, 2001, 2001: p. PMSE-073.

96.  Caskey, T.C., A.J. Lesser, and T. McCarthy, *Fabrication of quasi-isotropic laminated films from oriented LLDPE film using a novel supercritical CO2 solvent welding technique.* Annual Technical Conference - Society of Plastics Engineers, 2001. **59th**(Vol. 2): p. 2235-2239.

97.  Caskey, T., *Supercritical carbon dioxide welding of semi-crystalline laminated polymer films.* ANTEC, 2001: p. 2235.

98.  Hobbs, T., *Drawing on nylon 6,6 and ultrahigh molecular weight polyethylene fibers in supercritical carbon dioxide.* Society of Plastic Engineers, ANTEC. Orlando, FL, 2000 May 7-11: p. 957.

99.  Zerda, A.S., *Mechanical properties of intercalated clay-epoxy nanocomposites.* Materials Research Soc. Symp. Proc.: Filled and Nanocomposite Polymer Materials, 2000: p. 661.

100.  Sabbagh, A.B. and A.J. Lesser, *Evaluating the energetics of heterogeneous deformation in LLDPE films under biaxial loading conditions.* Annual Technical Conference - Society of Plastics Engineers, 2000. **58th**(Vol. 2): p. 1720-1724.

101.  Novak, B.M., G.T. Schueneman, and A.J. Lesser, *Mechanism of rectangular silicate mesotube synthesis.* Book of Abstracts, 219th ACS National Meeting, San Francisco, CA, March 26-30, 2000, 2000: p. PMSE-178.

102.  Karttunen, N.R. and A.J. Lesser, *Effects of processing conditions on the failure mode of an aliphatic polyketone terpolymer.* Annual Technical Conference - Society of Plastics Engineers, 2000. **58th**(Vol. 3): p. 3179-3183.

103.  Hobbs, T. and A.J. Lesser, *Drawing of nylon-6,6 in high-pressure carbon dioxide.* Book of Abstracts, 219th ACS National Meeting, San Francisco, CA, March 26-30, 2000, 2000: p. PMSE-053.

104.  Hobbs, T. and A.J. Lesser, *Drawing of nylon 6,6 and ultrahigh molecular weight polyethylene fibers in supercritical CO2.* Annual Technical Conference - Society of Plastics Engineers, 2000. **58th**(Vol. 2): p. 1705-1709.

105.  Lesser, A.J., *Heterogeneous deformation in LLDPE under various loading conditions.* Society of Plastic Engineers, ANTEC 1999 May 2-6.

106.  Schueneman, G.T., et al., *Evaluation of the thermal degradation of polymer matrix composites via ultrasonic spectroscopy and fracture toughness.* Annual Technical Conference - Society of Plastics Engineers, 1999. **57th**(Vol. 2): p. 2737-2741.

107.  Sabbagh, A.B. and A.J. Lesser, *Experimental studies of inhomogeneous post-yield deformation in LLDPE films.* Annual Technical Conference - Society of Plastics Engineers, 1999. **57th**(Vol. 3): p. 3448-3452.

108.  Kung, E., A.J. Lesser, and T.J. McCarthy, *Anionic polymerization of ethyl 2-cyanoacrylate in carbon dioxide.* Book of Abstracts, 218th ACS National Meeting, New Orleans, Aug. 22-26, 1999: p. POLY-062.

**Alan J. Lesser**

109.    Jones, N.A., *The use of etching techniques to investigate the morphology of mechanically induced transformations in an aliphatic polketone terpolymer.* Institute of Physics, Polymer. University of Sussex, Brighton UK, 1998 Sept. 9-11: p. 41-43, CP 6.

110.    Schueneman, G.T., A.J. Lesser, and B.M. Novak, *Sol-gel synthesis of silicon dioxide nanotubes and their utilization in short fiber reinforced polymer matrix composites.* Book of Abstracts, 216th ACS National Meeting, Boston, August 23-27, 1998: p. MACR-079.

111.    Lesser, A.J. and N.A. Jones, *Fracture behavior of dynamically vulcanized thermoplasic elastomers.* Book of Abstracts, 216th ACS National Meeting, Boston, August 23-27, 1998: p. PMSE-055.

112.    Lesser, A.J., E.D. Crawford, and R.S. Kody, *Yield and fracture behavior of porous epoxy.* Book of Abstracts, 216th ACS National Meeting, Boston, August 23-27, 1998: p. PMSE-044.

113.    Kody, R.S. and A.J. Lesser, *Evaluation of yield criteria and energy absorbing mechanisms of rubber-modified epoxies in multiaxial stress states.* Annual Technical Conference - Society of Plastics Engineers, 1998. **56th**(Vol. 2): p. 1448-1452.

114.    Jones, N.A. and A.J. Lesser, *Morphological study of fatigue induced damage in semicrystalline polymers.* Annual Technical Conference - Society of Plastics Engineers, 1998. **56th**(Vol. 3): p. 3127-3131.

115.    G. Schuenemen, T.H., *Evaluation of thermally induced degradation of the fiber-resin interface using ultrasonic spectroscopy.* Society of Advanced Materials and Process Engineering, Conference Proceedings. Anaheim, CA, 1998.

116.    G. Schuenman, B.M.N., A.J. Lesser, *Ultrasonic spectroscopy of hetergeneous polymeric materials.* Materials Research Society, Fall meeting, 1997 December.

117.    Neavor, K.A., A.J. Lesser, and T.J. McCarthy, *Preparation and characterization of microcellular polystyrene foams processed in supercritical $CO2$.* Book of Abstracts, 214th ACS National Meeting, Las Vegas, NV, September 7-11, 1997: p. POLY-273.

118.    Lesser, A.J. and R.S. Kody, *Effect of molecular structure on the yield and fracture of epoxy networks in multi-axial stress states.* Annual Technical Conference - Society of Plastics Engineers, 1997. **55th**(Vol. 3): p. 3332-3336.

119.    Kung, E., A.J. Lesser, and T.J. McCarthy, *Mechanical properties of polystyrene/polyethylene blends prepared using supercritical $CO2$ processing.* Book of Abstracts, 214th ACS National Meeting, Las Vegas, NV, September 7-11, 1997: p. POLY-303.

120.    Kody, R., *Yield response of glassy networks in multi-axial stress states.* ANTEC. Society of Plastic Engineers. , 1997: p. 1497.

121.    Lesser, A.J., *Impact behavior of veil-interleaved laminated composites.* Proceedings of the Third International Conference on Composites Engineering ICCE/3. New Orleans, LA, 1996 July 21-26: p. 507.

122.    Lesser, A.J., *Evaluation of impact damage resistance in laminated composites using resins with different crosslink densities.* Materials Research Society, Symp. Proc. , 1996. **434**: p. 293-298.

123.    Lesser, A.J., *Effect of resin crosslink density on the impact damage resistance of laminated composites.* Annual Technical Conference - Society of Plastics Engineers, 1996. **54th**(Vol. 3): p. 3239-3242.

124.    Lesser, A.J., *High-cycle fatigue behavior of engineering thermoplastics.* Annual Technical Conference - Society of Plastics Engineers, 1995. **53rd**(Vol. 2): p. 1925-9.

125.    Filippov, A., *Effect of resin properties on damage tolerance of laminated composites.* Proceedings of Verbenverk. Frankfurt, Germany, 1992: p. 82-96.

126.    Filippov, A., *Kinetics of damage mechanisms in laminated composites.* 36th International SAMPE, 1991. **36**: p. 886-900.

**APPENDIX B**

Chapter 4, Dissertation of Peter Walsh

# Stabilization of Poly-p-phenylenebenzobisoxazole Fibers

## Introduction

In our previous progress report the mechanisms of degradation of PBO AS fiber due to exposure to moisture, acidic environments and UV-Visible light (UV-Vis) were investigated in detail [1]. The mechanism of degradation for moisture was found to be primarily physical in nature. The loss in properties was accompanied by an increase in the size of voids within the fiber while ATR-FTIR spectroscopy revealed no chemical changes near the fiber surface. Exposure to strong acids in aqueous environments appeared to accelerate the separation of the fibrils within a fiber together with subsequent diminishments in tenacity. This suggests that any residual phosphoric acid present may contribute to degradation by moisture through its affinity with water by enhancing moisture adsorption or by a chemical reaction affecting small amounts of material at the surface of individual fibrils.

In contrast to the degradation due to moisture, the effect of UV-Vis radiation was found to be chemical in nature. This form of degradation is most likely due to the intrinsic photo-reactivity of the PBO polymer due to its highly conjugated chemical structure and $\pi$-$\pi$ stacking within PBO crystals [2].  It should be noted that fibers exposed to concentrated phosphoric acid and subsequently exposed to UV-Vis radiation showed an increased loss of strength with higher concentrations indicating that there is a synergistic effect when both a challenging acid species and UV-Vis radiation are present.

The observation that strength is decreased by swelling of the fibrillar structure of the fiber and the increase in size and/or number of defects actually presents us with an opportunity to increase initial fiber strength through the application of forces that tend to compact the fiber structure and decrease the number and size of defects present. Because of the chemical structure of the PBO backbone there are no secondary chemical forces acting between the basic fibrillar structural elements of the fiber. Once a compacting force has been applied introduction of a secondary inter-fibril force that could maintain the compacted morphology and provide load transfer between fibrils might be beneficial both in terms of increasing initial fiber tenacity, compressive strength and resistance to degradation of strength by moisture.

Having a general concept of the degradation pathways for moisture, acidic environments and UV-Vis radiation, we propose some approaches to alleviate fiber degradation [3].

### Super-Critical Fluid Extraction of Phosphoric Acid

Given that the presence of acid accelerates both degradation by moisture and UV-Vis radiation, extraction of residual phosphoric acid should improve fiber environmental stability. Super critical carbon dioxide has frequently been employed as an extraction medium due to its combination of low viscosity and negligible surface tension [4]. Herein, we investigate the use of super critical carbon dioxide ($scCO_2$) to directly wash the residual phosphoric acid out of the fiber.

A related approach investigated involves using $scCO_2$ as a transport medium to introduce the low molecular weight compounds pyridine, morpholine and trimethyl phosphate in an effort to neutralize the residual acid, and potentially solubilize it in $scCO_2$ for subsequent extraction.

*UV-Vis Blockers*

For polymeric materials, a common method for improving weathering resistance or photo-stability is through the use of additives. During photo-oxidation, absorption of a photon by the polymer produces an activated species followed by a photophysical and chemical conversion of the activated species [5]. Therefore, various additives such as a UV reflector, a UV absorber, an excited-state quencher, or a free-radical scavenger and/or hydroperoxide decomposer have been long used in industry [6,7,8] to mediate UV-Vis degradation. The approach investigated herein involves coating of PBO fibers with different UV reflectors or absorbers, which are named UV blockers here. The UV blockers used are carbon black, exfoliated graphite, and a glassy $TiO_2$ created using sol-gel chemistry [9, 10,11].

*Compaction*

Several approaches to densify the fiber microstructure were undertaken. The first involves applying a twist to single fibers. Twist has long been known to improve the strength of staple fiber materials. It is also used in continuous yarn systems to force the assembly of single fibers to behave as a contiguous unit. It is well known that PBO fibers have a nano-fibrillar structure, which is very similar to that of spun yarns made from staple fiber except that it occurs over a different length scale [12, 13]. Generally, for yarns made from staple fibers, the strength shows a maximum while the extension to break continually increases with degree of twist [14, 15]. A second approach is to apply hydrostatic pressure to the fiber in an $scCO_2$ environment with the intent to compact the fiber microstructure and allow the plasticizing ability of scCO to aid in the reduction of defects. Finally fibers were exposed to high temperature, tension and hydrostatic pressure in a $scCO_2$ environment simultaneously. The idea was to use the tension to orient the fiber elements more perfectly and allow the heat and $scCO_2$ to reduce the number and size of defects present.

*PBO Polysiloxane composites*

Prevention of swelling of the PBO AS fiber by moisture and maintenance of externally imposed compaction of the fiber morphology should have the effect of increasing the fiber's initial tenacity and resistance to degradation by moisture. The introduction of inter-fibrillar stabilizing forces has previously been studied with the aim of improving the low transverse mechanical properties of LC rigid rod polymers; Approaches include infiltration of the fiber with a high modulus glassy filler [16, 17], infiltration with an organic polymer phase during the coagulation step of the spinning process [18], creation of an interpenetrating rigid rod fibril-amorphous polymer network by spinning a fiber from a solution containing both a LC rigid rod polymer and an amorphous organic polymer [19, 20] and cross-linking the material in adjacent fibrillar regions [21, 22].

The work undertaken in this research differs from the previous studies in that it is not primarily aimed improvement of fiber transverse mechanical properties but instead at improving the environmental stability of PBO AS fiber by introduction of inter-fibrillar adhesive forces. In addition, rather than altering the nature of the spinning process this work is toward post-spinning processes applicable to stabilization of commercially produced PBO fiber. Toward this end composites of PBO AS fiber and polysiloxanes

crosslinked in a hydrosilation reaction have been prepared in super-critical carbon dioxide environment [23] according to Scheme 1. This approach takes advantage of the high solubility of siloxanes in $scCO_2$ by introducing relatively small molecular weight vinyl substituted polysiloxane prepolymer and hydride containing crosslinker to the fiber, swelling the fiber with the siloxane prepolymer and subsequently initiating crosslinking by introduction of a Karstedt's catalyst known to be highly soluble and robust in a $scCO_2$ reaction environment. The intent is that the resulting elastomeric PDMS will infiltrate the fiber, adhere to the fibrillar elements and provide a secondary force to prevent expansion of the fiber microstructure. Fiber impregnation with two resin systems were investigated: a low molecular weight vinyl substituted polydimethylsiloxane prepared by polycondensation (PVMS), and Sylgard 184 a commercially available PDMS system produced by Dow Corning Corp.

## Experimental

Materials

### PBO AS Fiber

The as-spun PBO AS fiber used was Zylon AS, which was supplied by US Army Soldier System Command at Natick, MA. The related properties of the fiber can be found in reference [24].

### Extraction and Neutralization of Phosphoric Acid

Morpholine, pyridine and trimethylphosphate were purchased from Aldrich and used as received.

### UV-Vis Blockers

Expanded graphite was supplied by Prof. Lawrence T. Drzal in Michigan State University. Carbon black is Black Pearl 800 provided by Cabot Corp. Glassy titanium dioxide was prepared from a sol-gel using titanium isopropoxide precursor in solution with absolute alcohol both purchased from Sigma-Aldrich and used as received.

### Polymethylvinylsiloxane-polydimethylsiloxane Prepolymer (PVMS)

Polymethylvinylsiloxane-polydimethylsiloxane resin was prepared in a condensation reaction from dichlorodimethylsilane and dichloromethylvinylsilane in an aqueous solution at room temperature according to scheme 1. After completion of the initial condensation reaction the majority of the aqueous phase was removed, zinc acetate was added and the solution heated to 45 °C to reduce cyclic content and increase molecular weight. The product was then washed in absolute ethanol to end cap active chain ends and remove the remaining hydrochloric acid byproduct of the condensation reaction. The resulting vinyl substituted PDMS resin was combined with an appropriate quantity of 1,2,5,7-tetramethylcyclotetrasiloxane crosslinker ($D4^H$) such that there was a 1:1 equivalence of resin vinyl functionality and crosslinker hydrides. The reactants reactants used in preparation of the resin were purchased from Sigma-Aldrich and used as received. The $D4^H$ crosslinker was purchased from Gelest Corp. and used as received.

Scheme 4.1: Preparation of low MW vinyl substituted siloxane prepolymer



*Sylgard 184 Polydimethysiloxane Resin*

Sylgard 184 Elastomer Base is a product of Dow Corning Corp. It is composed of 60 or more wt. % dimethylvinyl terminated polydimethyl siloxane, 30-40 wt. % dimethylvinylated and trimethylvinylated silica and 1-5 wt % tetra(trimethylsiloxy)silane and 0.7 wt % xylene.

*Sylgard 184 Polydimethylsiloxane Crosslinker*

Sylgard 184 Curing Agent is a product of Dow Corning Corp. It is composed of 40-70 wt % Methylhydrosiloxane-dimethylsiloxane copolymer.

Methods

*Super-Critical Carbon dioxide Extraction*

Fiber washing was carried out in a custom-made high-pressure vessel designed to allow the circulation of $CO_2$. The details of this experimental apparatus are shown in Figure 4.1. In order to not damage or disturb the alignment of the fiber tows during washing, bundles of fiber approximately 12 inches in length were supported to an aluminium frame first, followed by insertion into the high-pressure vessel. A pressure regulator was used to control the $CO_2$ flow rate. Samples were washed in the vessel at fixed temperatures and pressures with different times. After washing, the temperature was allowed to drop and the vessel was depressurized slowly. Washed PBO fibers were used for mechanical testing, elemental analysis and weathering experiments.



Figure 4.1: Schematic of device used for super-critical $CO_2$ extraction of residual phosphoric acid.

## Preparation of PBO AS/Crosslinked PDMS Composites in scCO₂

Soaking and crosslinking of PBO AS/Crosslinked PDMS composites was carried out in the custom built device illustrated in Figure 4.2. A $CO_2$ pump supplied high pressure $CO_2$. The ER-3000 pressure transducer/controller was used to pressurize the removable high pressure reaction vessel and to ramp pressure down after the completed reaction. Once pressurized the reaction vessel was placed in an oven to attain the desired temperature and final pressure.



Figure 4.2: Schematic of the device used in preparing PBO AS/Crosslinked PDMS composites in a super-critical carbon dioxide environment. The high-pressure reaction vessel is removed after pressurization with $CO_2$ and placed in an oven to maintain temperature and pressure above the critical point.

*UV-Vis Exposure*

Uv-Vis exposure procedures and equipment are identical to those described in our previous progress report.

*UV-Vis Spectroscopy*

UV-Vis spectra were collected using an Hitachi U-3010 spectrophotometer in transmission mode

*Tensile Testing*

Tensile testing procedures and equipment are identical to those described in our previous progress report.

*SEM*

Scanning Electron Microscopy equipment and procedure are identical to those described in our previous progress report.

*ATR-FTIR*

Attenuated Total Reflectance Fourier Transform Infrared Spectroscopy equipment and procedures are identical to those described in our previous progress report.

*SAXD*

Small Angle X-Ray Diffraction Equipment and procedures are identical to those described in our previous progress report.

*Elemental Analysis*

Elemental Analysis equipment and procedures are identical to those described previously.

*MALDI-TOF*

MALDI spectra were acquired using a Reflex III MALDI-TOF (Bruker Daltonics) spectrometer. For MALDI analysis polysiloxane prepolymer resin was dissolved in a 10mg/mL solution with THF and applied to a stainless steel target in a matrix of 2-5-Dihydroxybenzoic acid.

*NMR*

[1]H NMR spectra were collected using a Bruker DPX 300 instrument using $CDCl_3$ solvent.

**Results and Discussion**

Extraction of Residual Phosphoric Acid in Super-Critical Carbon Dioxide

In the work previously described in Chapter 3, elemental analysis indicated that an amount of residual phosphorus ranging between 0.3 – 0.4 wt% resides in the PBO AS fiber inferring the presence of residual phosphoric acid (PA). With exposure to an aqueous environment hydrolytic reactions with the weakly basic oxazole ring may cause disruption of the ring structure or chain scission . The pKa values for each phosphoric acid proton loss and the backbone structure of PBO are shown in Scheme 4.2.

Scheme 4.2: pKa values for dissociation of phosphoric acid protons



In an effort to extract the residual PA, PBO AS fiber was washed in supercritical carbon dioxide (scCO$_2$) at various conditions of temperature, pressure and scCO$_2$ flow rate using the device illustrated in Figure 4.1. Elemental analysis was subsequently used to measure changes in the quantity of residual phosphorus. The results presented in Table 4.1 show that as flow rate and temperature are increased, scCO$_2$ can remove part of the residual phosphoric acid in the fiber but cannot remove it completely. The concentration of residual phosphorus can not be decreased below approximately 0.25 wt%-0.3 wt% suggesting that the highly crystalline PBO AS fiber may be only partially permeable to CO$_2$.

Table 4.1: Weight percentage of residual phosphorus remaining in PBO AS fiber washed in $scCO_2$ under varying conditions of temperature, pressure.

| T (°C) | P (psi) | Q (Lpm) | wt% residual PA |
|---|---|---|---|
| Control | Control | Control | 0.4 |
| 50 | 2500 | 5 | 0.4 |
| 100 | 2500 | 5 | 0.3 |
| 100 | 2500 | 10 | 0.25 |
| 100 | 5000 | 10 | 0.25 |

Single fiber tensile testing was used to assess the effect of washing in $scCO_2$ on mechanical properties. Figure 4.3 compares the tenacity of neat PBO AS fiber to fibers washed at a flow rate of 5 LPM, temperature of ~100 °C and pressure ranging from 2500 psi to 5000 psi. Exposure to $scCO_2$ does not appear to have a detrimental effect on the strength of the fibers. In fact, at pressures of 2500 and 3250 psi there appears to be a trend toward increase in fiber properties. This will be discussed further in this chapter's section on improving fiber mechanical properties via compaction of the fiber morphology. In addition, the SEM images of Figure 4.4 show that the surfaces of $scCO_2$ washed fibers are relatively unchanged as compared to pristine control fiber. The UV-Vis light stability of $scCO_2$ washed fibers was also evaluated. Figure 4.5 shows the single fiber tensile testing results for fibers exposed at 750 W/m$^2$ over a 300 hour duration. The response of the neat fiber and the washed fiber is identical. This result supports the idea presented in Chapter 3 in which it is supposed that UV-Vis degradation is not primarily related to the presence of residual phosphoric acid but is instead due to the intrinsic photo-reactivity of the highly conjugated structure of PBO.



Figure 4.3: Tenacity of PBO AS fibers washed with scCO2 at 5 LPM flow rate and varying conditions of temperature and pressure compared to pristine control fiber. Whiskers denote minimum and maximum, box denotes median and standard deviation and the open diamond denotes the mean.



Figure 4.4: SEM of scCO2 washed PBO AS fiber (A) compared to control fiber (B).



Figure 4.5: Tenacity of scCO2 washed PBO AS fibers exposed to UV-Vis light at 750 W/m$^2$ compared to pristine control fiber.

Neutralization and Extraction of Residual Phosphoric Acid

 A second approach to improving the stability of PBO in aqueous conditions was to neutralize any residual phosphoric acid with a small molecule having a more favorable reaction with phosphoric acid than the polymer backbone. An scCO$_2$ environment could be used to both enhance introduction of the small molecule and extract the neutralized phosphoric acid.

 Three low molecular weigh compounds shown in scheme 4.3 were selected to explore this hypothesis. Morpholine (MOR) and pyridine (PYR) were chosen based on their pKa values relative to the pKa values for loss of phosphoric acid hydrogens (scheme 1). Trimethylphosphate (TMP) was selected because it has a chemical structure very close to phosphoric acid and has been shown in other polymers to actually work as a molecular fortifier due to noncovalent interactions between the polar phosphate and polymer network [25]. For these experiments PBO fiber was soaked in scCO$_2$ at 100 °C/5000 psi for 30 hours then immersed in 100% concentrations of each compound at room temperature for approximately 160 hours. The mechanical properties were initially tested and additional samples were exposed to UV-visible light and subsequent mechanical properties tested.

Scheme 4.3: Small molecules used to treat PBO AS fibers: pyridine, morpholine and trimethyl phosphate.



Figure 4.6 compares the effect these compounds have on the initial fiber tenacity and the indication is that there are no changes in tenacity relative to the control fiber. However, as shown in Figure 4.7, exposure to all three of these compounds negatively affects the UV-Vis stability. Both trimethylphosphate and pyridine exposed fiber showed slightly less stability than the control fiber – in fact the response of these two compounds is similar in magnitude to that for fiber exposed to concentrated phosphoric acid (Chapter 3, Figure 3.8). After only 30 hours the morpholine treated samples had degraded to the extent that it was not possible to test single fibers.

Information published by Toyobo [24] and work by Allen et al. on the chemically and morphologically similar poly(p-phenylenebenzobisthiazole) fibers [26] has already indicated decrease in the tenacity of PBO with exposure to strong acids and bases, however, the results of the present work are alarming in that here comparatively weak acids and bases in combination with exposure to UV-Vis light have been observed to significantly degrade fiber strength.



Figure 4.6: Comparison of initial tenacity for control PBO AS fiber and fiber treated with trimethyl phosphate (TMP), pyridine (PYR) and morpholine (MOR). Whiskers denote minimum and maximum, box denotes median and standard deviation and the open diamond denotes the mean.



Figure 4.7: Tensile testing results for PBO AS fibers treated with pyridine, morpholine and trimethyl phosphate.

In further work PBO AS fibers were exposed to pyridine in an scCO$_2$ environment. The idea here was to more effectively introduce pyridine into the fibrillar bundle and where it could neutralize the residual acid and subsequently be extracted along with the scCO$_2$ upon depressurization. Figure 4.8 shows the UV-Vis stability of these fibers plotted along with that of two control samples and the pyridine exposed sample of Figure 4.7. The primary point of interest is that the scCO$_2$/Pyridine sample shows approximately similar response to UV-Vis light as the control groups. This is in contrast to the decrease in UV-Vis stability of the PBO fibers exposed to pyridine without scCO$_2$ of Figure 4.7. One explanation for the UV-Vis stability of the pyridine/ scCO$_2$ exposed fiber is that the scCO$_2$ environment is an effective extraction solvent for removing pyridine without damaging the fiber.



Figure 4.8: Tensile testing results for PBO AS fibers treated with pyridine in a scCO2 environment.

Figure 4.9 shows the ATR-FTIR spectra for fibers exposed to liquid water, and treated with 1 M phosphoric acid, 100% trimethyl phosphate, 100% pyridine and 100% morpholine. While the spectra for the pristine fiber and water exposed fiber are similar and indicate little or no chemical change near the fiber surface, changes are observed for fibers exposed to the phosphoric acid, trimethyl phosphate, pyridine and morpholine. In the case of phosphoric acid exposed fiber a broad peak develops between ~3200 and 3300 cm$^{-1}$. This peak is assigned to a secondary amine on the oxazole ring nitrogen implying some hydrolytic reaction, but because there is no accompanying carbonyl peak the oxazole ring is probably not disrupted. Exposure to trimethyl phosphate shows evolution of a narrow peak at ~1700-1800 cm$^{-1}$ that is ascribed to a carbonyl. The

pyridine exposed fiber shows development of both an oxazole ring secondary amine peak between ~3200-3300 cm$^{-1}$ and a narrow carbonyl peak at ~1700-1800 cm$^{-1}$. The morpholine exposed fiber shows the appearance of a narrow peak at ~1690 cm$^{-1}$ that is thought to be due the formation of an amide carbonyl, however there is no accompanying secondary amine peak. It is not possible to deduce the exact chemical pathway of these degradation reactions from these spectra. Taken together they suggest that hydrolytic reactions originating at the oxazole nitrogen and subsequent alteration or disruption of the oxazole ring around its quaternary carbon center are the most likely route [3].

All the above results were somewhat surprising. Since it was initially anticipated that the residual phosphoric acid played a key role in at least accelerating the degradation of the PBO, and the introduction of a base should neutralize the acid. Nonetheless, the reduction of fiber tenacity with UV-Vis exposure shows that the stability of PBO fiber in the presence of UV-visible light spectrum radiation is highly sensitive to the environment and any condition either basic or acidic (Chapter 3 concentrated phosphoric acid exposure) can accelerate the degradation. This observation seems to support the hypothesis proposed in Chapter 3 that the PBO fiber may be intrinsically susceptible to photodegradation. A recent study by Wang et al. shows that these polymers do absorb significant amount of energy in the UV-visible spectrum [2]. It should be emphasized that absorption of energy doesn't necessarily indicate instability. However, energy is absorbed nonetheless and, if these fibers are intrinsically unstable in this spectral range, the presence of either an acid or base may synergistically increase the degree of degradation.



Figure 4.9: ATR-FTIR spectra of PBO AS fibers treated with phosphoric acid, pyridine, morpholine and trimethyl phosphate compared to spectra of pristine fibers and water exposed fibers.

UV-Vis Blockers

Both the conjugated structures in PBO chains and the $\pi$ - $\pi$ stacking in crystals may make PBO fibers intrinsically photo-sensitive. For polymeric products, a frequent method of improving weathering resistance or photo-stability is through the use of additives to absorb incident UV-Vis radiation. In this work UV blockers applied to the PBO AS fibers were carbon black, exfoliated graphite (EG) and glassy titanium dioxide prepared via a sol-gel method.

Both carbon black and the exfoliated graphite flakes were pulverized using an ultrasonic processor in ethanol for 24 hours. PBO fiber bundles were immersed in the sonicated solution, taken out and dried for UV-visible light exposure, and subjected to tensile testing.  SEM images of PBO fibers coated with carbon black and graphite are shown in Figure 4.10.

Note that exfoliated graphite does not cover the fiber surface in a consistent manner. Although the thickness of exfoliated graphite is in the range of nanoscale, the aspect ratio of graphite is much larger and this prevents defect free coating of the fiber. In contrast, carbon black powder does cover the surface of the fiber fairly well. There are at least two reasons for better coating of carbon black. One is that the size of a carbon black particle is about 20 to 50 nm and their agglomeration is still in the range of a few hundreds of nanometers. The other reason is that carbon black has polar groups such as -C=O, -COOH and –OH near the particle surface. Compared to exfoliated graphite, these polar groups have stronger interactions with PBO fiber, which will result in better coating and coating strength.



Figure 4.10: SEM of (A) graphite and (B) carbon black coated PBO AS fibers.

As shown in Figure 4.11, the load-at-break of carbon black coated fibers is very close to those of control samples at the same UV-Vis exposure time. Coating PBO fiber with carbon black does not appear to increase the light stability of PBO fibers. In contrast to carbon black, it seems that exfoliated graphite increases the rate of UV-Vis degradation of PBO fibers. In Figure 4.11, the load-at-break of EG coated fibers decreases more quickly compared to uncoated ones. Carbon black coating does not increase the light stability of PBO fibers. One possible reason is that the coating may be

too thin to block the UV-visible light. The exact thickness of coating is not clear from SEM images.

A third UV-Vis blocking material used is a glassy coating of $TiO_2$ created using sol-gel chemistry. A sol-gel was made by adding titanium isopropoxide to ethanol with pH brought to ~2 using dilute hydrochloric acid [9, 10, 11]. Previously prepared PBO AS single fiber tensile specimens were dipped in the sol-gel and allowed to dry in vacuum at 50 °C for one hour. Figure 12 shows the UV-Vis absorbance of the sol-gel and the dry $TiO_2$ film. While the wet sol-gel blocks most of both the UVB and UVA spectrum, the glassy $TiO_2$ film is only effective in blocking the UVB wavelengths. Figure 4.13 shows an SEM image of the resulting glassy $TiO_2$ coating. The coverage appears very consistent, with thickness on the order of 100s of nanometers. However, there are some cracks and defects evident. The cracks aligned with the fiber axis are due to contraction of the glassy $TiO_2$ as the ethanol solvent evaporates away, while those perpendicular to the fiber axis result from the fracture of the glassy and brittle coating due to handling the fibers after evaporation. The Figure 4.11 tensile testing results for samples exposed to UV-Vis show that the tenacity of the $TiO_2$ coated fibers is nearly identical to that of two uncoated control groups. Again, it is a surprise that this coating does not enhance the UV-Vis stability. This could be due to either inadequate film thickness or defects in coverage due to cracking during drying and handling. Also, given that the $TiO_2$ film only absorbs strongly in the UVB spectrum, UVA spectrum radiation may still be reaching the fiber surface.

These results, although unsuccessful in improving the resistance of PBO fiber to UV-Vis spectrum radiation, clarify some of the attributes needed for successful application of a UV-Vis blocking material. The blocker must efficiently either absorb or reflect incident UV-Vis radiation over the full UV spectrum. The coating must completely cover the fiber surface and be flexible enough that bending of the fibers does not result in fracture or other defect. Given the results for degradation due to physical expansion of the fibrillar bundle with exposure to water presented in chapter 3 it would be advantageous if the coating also excluded water from the fiber interior.



Figure 4.11: Tensile testing results for carbon black, graphite and TiO2 coated fibers exposed to UV-Vis light.



Figure 4.12: UV-Vis absorption of $TiO_2$ sol-gel and dried glassy $TiO_2$ film.



Figure 4.13: SEM of TiO$_2$ coating showing a thin film with thickness on the order of ~100's of nanometers.


Compaction of Fiber Microstructure

In Chapter 3 exposure to water was shown to result in physical separation of the fibrillar elements within the PBO fiber. In particular the size of voids between the fibrils was found to increase. SEM evidence indicated that the presence of concentrated phosphoric acid accelerates this swelling and separation perhaps due to the effects of a synergistic chemical reaction. Because the loss of strength is primarily due to loosening of the fiber morphology there may be an opportunity to improve the properties of PBO. Any post spinning process that compacts the structure of the fiber, increases the size of the fibrillar elements and/or reduces the volume fraction of voids should be a route to improving the mechanical properties. Three possible approaches are: using twist to compact the fibrillar morphology of the fiber and enhance load transfer between fibrils, using hydrostatic pressure to compact the fibrillar morphology, and using tension and the plasticizing influence of CO$_2$ to align crystalline domains and decrease the number of defects in the crystalline material.

The initial idea here is to increase the strength of single filament by an interlocking mechanism where the fibrils are held together by radial force and friction due to twist. Fibrils in the twisted fiber can break more than once and still support load via load transfer from fibril to adjacent fibril. There should be an optimum twist since very high degree of twist will result in a transverse compression stress on fibrils and a decrease in strength.

In the tensile results for twisted single fibers presented in Figure 4.13, the load-at-break of PBO fibers increases very slightly for degree of twist of less than ~5 turns. After 5 turns the tenacity no longer increases and begins to show significantly increased variability.

In the previously described experiments using scCO$_2$ to extract residual phosphoric acid, fibers were placed under hydrostatic pressure using scCO$_2$ fluid. Figure 4.3 shows a weak trend of an increase in fiber strength for pressures of 2500 and 3250 psi at a temperature of 100°C. This result encouraged a further look at using scCO$_2$ in

combination with hydrostatic stress to compact and increase the perfection of the fiber morphology. Experiments were conducted in which $scCO_2$ and nitrogen was used to apply hydrostatic pressure to the fiber with silicon oil as an intermediate fluid. Fibers were placed in a pressure vessel filled with silicon oil and hydrostatic pressure was applied using both nitrogen gas and $scCO_2$. Conditions of temperature and pressure were in both cases 5000 psi and 100°C. Figure 4.15 shows the results of tensile testing for these fibers. The indication is that there is no increase in fiber tenacity with such treatment, and in fact there is a drop for the fibers with $scCO_2$. Figure 4.16 shows SEM micrographs of the PBO AS fiber surface after pressure treatment in silicon oil. It appears that the silicon oil, which is highly soluble in $scCO_2$, has completely wet the surface and being of low molecular weight may have swollen the fiber.

Tension, usually combined with heat, is widely used in fiber industry to increase the orientation of both amorphous and crystalline region of fibers. There are two competitive processes during this: fibers tend to become oriented upon tension and lose orientation on heating. If the magnitude of tension is adequate to overcome the influence toward disorder then the crystalline material is forced to align and the heat can have the effect of increasing the perfection of the crystalline material. This is precisely the approach used to manufacture high modulus PBO (PBO HM) fibers from PBO AS fiber. In this work $scCO_2$ is used with the idea that it may partially plasticize the fiber material and enable a decrease in the defects present.

The effect of tension on fiber properties was explored by placing fibers under tension of ~40 cN or approximately ~80% of the fiber breaking strength. Experiments were conducted in both air at standard pressure and temperature and in sub critical $CO_2$ at 20 °C and 5000 psi for a 24 hour duration. The results of tensile testing on fibers treated in this way are shown in figure 4.17. The fiber placed under tension in air shows the same tenacity as control fibers not held under tension. The fiber held under tension in the $scCO_2$ environment shows a slight increase in tenacity but given the large degree of variability this is not a significant effect.

All three of these approaches to compact the fiber morphology and decrease defects using mechanical means of twist, hydrostatic pressure and tension combined with $scCO_2$ conditions resulted in no significant increase in fiber tenacity. One possible explanation for this may be that even if a compacting force is applied to the fiber, once that force is removed the comparatively weak van der Waals inter-fibril and dipole inter-chain forces are insufficient to maintain the compacted morphology. The observation of little or no increase in properties with application of a compacting force in the presence of $scCO_2$ suggests that $scCO_2$ has little effect on the number of defects present in PBO fibers.



Figure 4.14: Tensile testing results showing effect of twist on fiber tenacity. Error bars indicate 1 standard deviation on the mean.



Figure 4.15: Tensile testing results showing effect of hydrostatic pressure on fiber tenacity



Figure 4.16: SEM micrographs of PBO AS fiber surfaces after compaction in scCO$_2$ and silicon oil.



Figure 4.17: Tensile testing results showing effect comparing the tenacity of untreated PBO AS fiber with PBO AS fiber held at 40cN tension and PBO AS fiber held at 40 cN tension and soaked in a sub-critical CO$_2$ environment under 5000 psi hydrostatic pressure. Error bar indicate 1 standard deviation on the mean.

Super-critical Fluid Approach to PBO AS/Polysiloxane Composites

The results of Chapter 3 indicate that the degradation of PBO AS fiber properties by moisture is primarily due to non-recoverable loosening of the fiber structure and introduction of larger number and size defects. In the previous section increases in fiber tenacity are observed due to compaction of the fiber microstructure using twist and hydrostatic pressure applied by $scCO_2$. These results suggest that if the fibrillar microstructure could be compacted and a secondary inter-fibril force added to maintain the compaction, both the initial fiber tenacity and resistance to degradation by moisture might be improved.

Composites of PBO AS fiber and polysiloxanes crosslinked in a hydrosilation reaction have been prepared in super-critical carbon dioxide environment according to Scheme 4.4. This approach takes advantage of the high solubility of siloxanes in $scCO_2$ by introducing relatively small molecular weight vinyl substituted polysiloxane prepolymer and 1,2,5,7-Tetramethylcyclotetrasiloxane ($D4^H$) crosslinker to the fiber, swelling the fiber with them and subsequently initiating crosslinking by introduction of a platinum catalyst. The intent is that the resulting elastomeric PDMS will infiltrate the fiber, adhere to the fibrillar elements and provide a robust secondary force to prevent expansion of the fiber microstructure by exposure to liquid and vapor phase water.

Two polysiloxane resins systems were investigated: the first is a low molecular weight vinyl substituted polysiloxane prepared in a polycondensation reaction (PVMS) and the second is a commercially available PDMS resin system with higher molecular weight (Sylgard 184).

Scheme 4.4: Preparation of PBO AS/crosslinked PDMS Composites in $scCO_2$ environment



PBO AS fiber
T>30 C
p>1100 psi
$scCO_2$ Soak    $scCO_2$ Crosslink

1,3,5,7-Tetramethylcyclotetrasiloxane

PBO AS fiber within and impregnated by elastomeric PDMS matrix

Low MW siloxane prepolymer
~1000 g/mol

*Preparation of Vinyl Substituted PVMS prepolymer*

The PVMS prepolymer was prepared according to scheme 4.1, a polycondensation of dichlorodimethylsilane with dichloromethylvinylsilane. After the initial reaction the majority of the aqueous phase was removed, zinc acetate added and heat applied to decrease the cyclic content and increase molecular weight. The

prepolymer was then washed in absolute ethanol to end cap any active chain ends and remove the remaining hydrochloric acid polycondensation product.

Figure 4.18 shows the NMR spectra of the prepolymer material. The group of peaks at ~6 ppm shift are associated with the vinyl protons while the large peak at ~0 ppm is associated with methyl protons. The peaks at ~3.7 ppm, ~1.5 ppm and ~1.2 ppm are attributed to acetone, water and ethanol impurities respectively. Integration and comparison of the vinyl and methyl proton peaks indicates a ratio of methylvinyl to dimethyl repeats of approximately 1:10.

MALDI-TOF was used to characterize the molecular weight of the PVMS product [27]. The distribution is shown in Figure 4.19. The mass spectrum shows a series of four distributions of ions between $m/z$ 500 to $m/z$ 2000 all of which have a $m/z$ spacing of approximately 74 corresponding to the mass of a polydimethylsiloxane repeat unit. The four distinct distributions indicate that the PVMS prepolymer is probably a mixture of cyclic and linear species. The number average molecular weight is calculated to be 1003 g/mol yeilding an average chain length of approximately 13.5 units containing on average 1.4 vinyl substituted repeat units each. Density of the liquid was estimated to be 1.179 g/ml.



Figure 4.18: NMR spectra of vinyl substituted PDMS prepolymer. Peaks near 6 ppm shift are associated with vinyl protons, peaks near 0 ppm are associated with methyl protons. Integration indicates a 13.5:1 ratio of dimethyl siloxane repeats to methylvinyl siloxane repeats. Peak near 1.5 ppm is water.



Figure 4.19: MALDI-TOF molecular weight distribution for vinyl substituted PDMS prepolymer. $M_n$ is 1003 g/mol.

*Polymerization of PBO AS/Crosslinked PDMS composites in scCO₂*

On the basis of the PVMS prepolymer NMR and MALDI-TOF results the PVMS prepolymer was combined with an appropriate quantity of the D4$^H$ crosslinker such that there was an approximately 1:1 ratio of vinyl groups to D4$^H$ hydrides. The PBO AS fiber and PVMS prepolymer/D4$^H$ mixture was soaked in scCO₂ at 50 °C under pressures of 1500 psi, 2500 psi and 3500 psi for 4 hours. The pressure vessels were depressurized to initiate crosslinking by the addition of Karstedt's catalyst then re-pressurized to T=50 °C, 1500 psi, 2500 psi and 3500 psi. The cross-linking reaction was complete in less than two

hours and the vessels were slowly depressurized over 0.5 hours using the ER-3000 controller.

Identical procedures and process conditions were used with the Sylgard 184 PDMS resin and catalysis was accomplished using 5 wt% of the Sylgard 184 crosslinker. The crosslinking reaction in this case took less than 30 minutes and yielded a relatively stiffer elastomeric product.

SAXD was used to determine what effect cross-linked polysiloxane had on the fiber morphology. Figure 4.20 compares the control fiber diffraction patterns with those of the PBO AS/PVMS composite prepared at each pressure condition. As described previously in Chapter 3 the equatorial streak is known to be due to scattering by needle-like voids oriented along the fiber axis [12]. The composite fiber diffractions contain the same equatorial streak but also show an amorphous halo that might be associated with either particles of PDMS or cavities created by foaming upon the release of $CO_2$ pressure. The Guinier correlation lengths of the equatorial streak ($D_{Equatorial}$) and diffuse halo ($D_{Meridonal}$) are tabulated in Table 4.2 assuming the equatorial streak is scattering from cylindrical voids and the diffuse halo to spherical particles. The decrease in $D_{Equatorial}$ with increasing polymerization pressure is associated with a decrease in the radius of gyration of the longitudinal voids present in the PBO AS fiber. There is also a weak trend of decreasing $D_{Meridonal}$ with process pressure. Similar results SAXD results for Sylgard 184 are shown in figure 4.21 and Table 4.3.

These results are consistent with infiltration of the fiber by crosslinked polysiloxane; first the fiber was compressed by the high pressure conditions of polymerization, secondly upon crosslinking the polysiloxane will decrease in volume. The decreasing correlation lengths infer that the polysiloxane is preventing expansion of the fiber once the process pressure is released.



Figure 4.20: SAXD diffraction pattern for PBO AS control fibers compared to PBO AS/crosslinked PVMS composites fabricated in $scCO_2$.

Table 4.2: Change in equatorial and meridonal Guinier correlation length with increasing $scCO_2$ fluid pressure for PBO AS/vinyl substituted prepolymer PDMS composites fabricated in $scCO_2$

|  | $D_{Equatorial}$ (nm) | $D_{Meridonal}$ (nm) |
|---|---|---|
| **PBO AS control fiber** | 3.60 | 1.16 |
| **PBO AS/Vinyl sub'd PDMS ScCO₂: 1500 psi/50 C** | 3.23 | 1.07 |
| **PBO AS/Vinyl sub'd PDMS ScCO₂: 2500 psi/50 C** | 3.15 | 1.01 |
| **PBO AS/Vinyl sub'd PDMS ScCO₂: 3500 psi/50 C** | 3.17 | 1.03 |

SEM micrographs PBO AS control fibers are shown in Figures 4.22 and 4.23. The fibbrillar structure of the fiber can be clearly discerned by the striations on the fiber surface and by the fibrillation evident near kink bands. Figure 24 shows a fiber surface and kink band for a fiber scCO2 fluid soaked in crosslinked PVMS. The polysiloxane has wetted the surface well though there still appears to be splitting and fibrillation of the fiber near kink bands. Figure 4.25 shows a kink band on a fiber scCO2 fluid soaked in crosslinked Sylgard 184. Again the surface appears to have been wetted by the siloxane fluid. Fibrillation near the kink band does not appear to have been inhibited.

Although there is no direct visual evidence of siloxane impregnation of the fiber in the SEM results the Siloxaanes do wet the surfaces of the fiber very well. The length scale of the voids between fibrillar elements is less than 10 nm so would not expect to see changes using the SEM technique. The SAXD diffraction data are a strong indication that both the polysiloxane prepolymers used do infiltrate the fiber and add secondary inter-fibril forces that tend to maintain compaction imposed during crosslinking.



Figure 4.21: SAXD diffraction pattern for PBO AS control fibers compared to PBO AS/Sylgard 184 PDMS composites fabricated in $scCO_2$

Table 4.3: Change in equatorial and meridonal Guinier correlation length with increasing $scCO_2$ fluid pressure for PBO AS/Sylgard 184 PDMS Composites fabricated in $scCO_2$.

| | $D_{Equatorial}$ (nm) | $D_{Meridonal}$ (nm) |
|---|---|---|
| *PBO AS control fiber* | 3.60 | 1.16 |
| *PBO AS/Sylgard 184 PDMS ScCO$_2$: 1500 psi/50 C* | 3.16 | 1.13 |
| *PBO AS/Sylgard 184 PDMS ScCO$_2$: 2500 psi/50 C* | 3.03 | 1.11 |
| *PBO AS/Sylgard 184 PDMS ScCO$_2$: 3500 psi/50 C* | 2.93 | 1.10 |



Figure 4.22: SEM micrographs of PBO AS control fiber surfaces



Figure 4.23: SEM micrograph of PBO AS control fiber kink bands



Figure 4.24: SEM micrograph of PBO AS fiber surfaces after soaking and crosslinking of PVMS monomer in $scCO_2$ environment. P=1500 psi, T=50 C.



Figure 4.25: SEM images of PBO AS fiber kink band after soaking and crosslinking of Sylgard 184 PDMS in $scCO_2$ environment. P=1500 psi, T=50 C.

**Conclusions**

In light of the potential of residual phosphoric acid to either react with the oxazole ring of the PBO mer and/or attract water into the fiber super critical $CO_2$ extraction was used as a means of removal. Elemental analysis shows that the weight % of phosphorus present in the PBO fibers was reduced from 0.4% for neat PBO AS fiber to 0.25% for $scCO_2$ washed fiber. Mechanical testing showed that the $scCO_2$ extraction process did not degrade the fiber mechanical properties and in fact showed a weak trend to increase fiber tenacity. The high pressure and relatively high temperatures used during the $scCO_2$ extraction process may have the effect of compacting the fiber and decreasing the number and size of defects.

A second approach to the problem of residual phosphoric acid was to introduce a small molecule with a pKa value chosen such that it might complex with residual phosphoric acid and then be removed using $scCO_2$ extraction. Fibers exposed to a series of weakly basic small molecules: trimethyl phosphate, pyridine and morpholine showed no initial reduction in strength, however subsequent exposure to UV-Vis spectrum light showed these compounds to have a significant detrimental effect on UV-Vis stability of PBO fibers. ATR-FTIR spectroscopy on the treated fibers prior to UV-Vis indicated that exposure to these small molecules in aqueous conditions resulted in chemical degradation at the fiber surface.

UV-Vis stabilization of PBO fibers was attempted using UV blocking or absorbing materials to protect the fiber surface. Fibers were coated with both carbon black powder and exfoliated graphite flakes. Mechanical testing of coated fibers exposed to UV-Vis radiation and observation of the coated fiber surface by SEM shows that UV-Vis stability was not enhanced due to imperfect coverage of the fiber surface. A second attempt at UV-Vis stabilization was made using a glassy titanium dioxide coating made by dip coating fibers in a sol-gel precursor solution. SEM revealed that thin coatings of glassy titanium dioxide with thickness on the order of 100 nm were achieved. The material does absorb strongly in the UVB region but mechanical testing of $TiO_2$ coated fibers exposed to UV-Vis radiation showed no improvement in UV-Vis stability. The failure of this coating material is due shrinkage and subsequent breaks in coverage occurring as the solvent was driven out of the sol-gel to form the glassy $TiO_2$ coating. In addition the glassy $TiO_2$ material lacks enough compliance to accommodate bending of the fibers leading to fracture of the coating when the fiber is handled.

The finding that degradation by moisture exposure is primarily due to physical separation of the fibrillar elements (Chapter 3) suggests that any process resulting in compaction of the fibrillar bundle may improve the fiber properties. Several approaches were undertaken. Twist was applied to the fibers to apply the compacting force. Single fiber tensile testing showed moderate increase in tensile strength. Fibers were exposed to hydrostatic pressure in nitrogen and $CO_2$ at room temperature. No increases in strength were observed. Fibers were placed in tension to 60% of fiber breaking load and exposed to hydrostatic pressure in $scCO_2$. Again a weak trend toward increase in fiber properties was observed.

Composites of PBO AS fiber and polysiloxanes crosslinked in a hydrosilation reaction have been prepared in super-critical carbon dioxide environment. This approach takes advantage of the high solubility of siloxanes in $scCO_2$ to swell the fiber with low

molecular weight vinyl substituted polysiloxane resin and crosslinker. Crosslinking by hydrosilation was initiated by introduction of a platinum catalyst. The intent is that the elastomeric PDMS phases will adhere to the fibrillar elements and provide a secondary inter-fibrillar force able to prevent expansion of the fiber by moisture.

Two siloxane prepolymer systems were evaluated. The first was a vinyl substituted PDMS prepared from dichlorodimethylsilane and dichloromethylvinylsilane in a polycondensation reaction to form a mixture of linear and cyclic siloxane species with a ratio of 10:1 dimethylsiloxane to vinylmethylsiloxane repeats and number average molecular weight of 1000 g/mol. The second was Sylgard 184 a commercially produced PDMS resin that was also crosslinked in a hydrosilation reaction.

SAXD results for both PBO AS fiber/Crosslinked PDMS composite systems indicate a reduction in the radius of gyration of the longitudinal voids present in the PBO AS fiber. The reduction in void size is consistent with infiltration of the fiber by the PDMS materials in two ways; during crosslinking the fiber is compacted by the super-critical fluid pressure and upon crosslinking the PDMS undergoes a reduction in volume. The observation of reduced void size after crosslinking and depressurization implies that the crosslinked PDMS has introduced a secondary inter-fibril force capable of maintaining fiber compaction. In addition SAXD of the composite systems displays diffuse scattering that may be due to the formation of PDMS particles or foaming of the PDMS upon release of the super-critical fluid pressure.

Comparison of SEM micrographs of PBO AS control fibers and PBO AS/Crosslinked PDMS indicate the polysiloxanes do wet the fiber surface. Unsurprisingly, as the length scale of the void spaces anticipated to be accessible under super-critical carbon dioxide is less than 10 nm, there is no direct visual evidence in the SEM results of swelling of the PBO AS fiber by crosslinked siloxane.

### References

1.  Walsh, P. J., Hu, X., Cunniff, P., Lesser, A. J. (2006). "Environmental Effects on Poly-p-phenylenebenzobisoxazole Fibers. I. Mechanisms of Degradation." Journal of Applied Polymer Science 102(4): 3517-3525.
2.  Wang, S. G., P.; Wu, P.; Han, Z. (2004). "Supramolecular Regulation of Photophysical Properties and Electron Paramagnetic Resonance Studies of Novel Rod-Coil Ordered Copolymers Based on Poly(p-phenylene benzobisoxazole)." Macromolecules 37(10): 3815-3822.
3.  Walsh, P. J., Hu, X., Cunniff, P., Lesser, A. J. (2006). "Environmental Effects on Poly-p-phenylenebenzobisoxazole Fibers. II. Attempts at Stabilization." Journal of Applied Polymer Science 102(4): 3819-3829.
4.  Cooper, A. I. (2000). "Polymer synthesis and processing using supercritical carbon dioxide." Journal of Materials Chemistry 10: 207-234.
5.  Allen, N. S. and M. Edge (1992). Fundamentals of Polymer Degradation and Stabilization. London:New York, Elsevier Applied Science.
6.  Davis, A. and D. Sims (1983). Weathering of polymers. London; New York, Elsevier Applied Science.

7.  Allen, N. S. (2004). "Degradation and stabilisation of polymers and coatings: nano versus pigmentary titania particles." Polymer Degradation and Stability 85: 927-946.

8.  Allen, N. S. (2001). "Studies of synergism between carbon black and stabilizers in LDPE photodegradation." Polymer Degradation and Stability 72(2): 259-270.

9.  Pajonk, G. M. (2002). "Chemistry of Aerogels and Their Applications." Chemical Reviews 102: 4243-4265.

10. Xin, J. H., Daoud, W. A., Kong, Y. Y. (2004). "A New Approach to UV-Blocking Treatment for Cotton Fabrics." Textile Research Journal 74(2): 97-100.

11. Daoud, W. A., Xin, J. H. (2004). "Low Temperature Sol-Gel Processed Photocatalytic Titania Coating." Journal of Sol-Gel Science and Technology 29(1): 25-29.

12. Kitigawa, T., Murase, H., Yabuki, K. (1998). "Morphological Study on Poly- p-phenylenebenzobisoxazole (PBO) Fiber." Journal of Polymer Science: Part B: Polymer Physics, 36: 39–48.

13. Martin, D. C., Thomas, E. L. (1989). The Materials Science and Engineering of Rigid-Rod Polymers. Materials Research Society Symposium Proceedings.

14. Holdaway, H. W. and M. S. Robinson (1965). Journal of the Textile Institute 56: 168.

15. Landstrett, C. B., P. R. Ewald, et al. (1957). Journal of the Textile Institute 27: 486.

16. Kovar, R. F., Haghighat, R. Lusignea, R. W. (1989). "Improvement of Compressive Strength In Ordered Polymer Films and fibers By Sol-Gel Glass Processing." Materials Research Society Symposium Proceedings 134: 389-394.

17. Haghighat, R. R., Kovar, R. f., Lisignea, R. W. (1988). "Poly[benzobisthiazole] (PBT)/sol-gel microcomposites." Materials Research Society Symposium Proceedings 121(3): 755-760.

18. Hwang, C. R., Malone, M. F., Farris, R. J., Martin, D. C., Thomas E. L (1991). "In-situ Network Composite Fibres of PBZT With Nylon." Journal of Materials Science 26: 2635-2371.

19. Hwang, C. R., Malone, M. F., Farris, R. J. (1988). "Processing and Properties of Poly(p-pehenylenebenzobisthiazole) (PBT)/Nylon Composite Fibers." Polymeric Materials Science 59: 440-444.

20. Farris, R. J., Cohen, Y., Deteresa, S. J. (1989). US Pat # 4,842,924. Novel Compositions Based on Reinforcement With Microfibrillar Networks of Rigid Rod Polymers. United States, Farris et al.

21. Jenkins, S., Jacob, K. I., Polk, M. B., Kumar, S., Dang, T. D., Arnold, F. E. (2000). "Reaction Induced Strain in Rigid-rod Polymeric Fibers." Macromolecules 33: 9060-9068.

22. Sweeny, W. (1992). "Improvements in Compressive Properties of High-Modulus Fibers by Crosslinking." Journal of Polymer Science, Part A:  Polymer Chemistry 30(6): 1111-1122.

23. Cassidy, P. E. (2003). "New Poly(silanes-siloxanes) via Hydrosilation in Super Critical $CO_2$ and Subsequent Crosslinking." Macromolecular Symposia 192: 115-121.

24. Toyobo (2001). Technical Information PBO Fiber Zylon, Toyobo Co. LTD. 2005.

25. Calzia, K. J. (2006). Ph.D Thesis: Molecular Aspects of Yield and Fracture in Glassy Thermosets and Their Nano-Composites. Dept. of Polymer Science & Engineering. Amherst, University of Massachusetts.

26. Allen, S. R., Filippov, A. G., Farris, R. J., Thomas, E. L., Wong, C. P., Berry, G. C., Chenevey, E. C. (1981). "Mechanical Studies of High-Strength, High Modulus Poly(p-phenylenebenzobisthiazole) Fibers." Macromolecules 14(4): 1135-1138.

27. Hunt, s. M., Graeme, A. G. (2000). "Characterization of Siloxane Residues From Polydimethylsiloxane Elastomers by MALDI-TOF-MS." Polymer International 49: 633-635.

**APPENDIX C**

Supplemental List of Documents Reviewed

Depositions and Exhibits of the following individuals:

1.  Arvidson, Brian
2.  Bhatnager, Ashok
3.  Chalifoux, Peter
4.  Croskrey, Stephen
5.  Herceg, Gregory
6.  Kavesh, Sheldon
7.  Lindemulder, Jan
8.  Schaap, Frank
9.  Swinger, Timothy
10. Wagner, Lori - 07-15-2009 (Vol. 01)
11. Wagner, Lori - 07-16-2009 (Vol. 02)

Additional Documents:

1.  DSM-00159 - DSM-00262
2.  DSM-00263 - DSM-00358
3.  DSM-00359 - DSM-00450
4.  DSM-00451 - DSM-00518
5.  DSM-00519 - DSM-00574
6.  DSM-00575 - DSM-00641
7.  DSM-00617 - DSM-00619
8.  HW0003501
9.  HW00401963 - HW00401964
10. HW0344145 - HW0344150
11. HW0000937
12. HW0001518 - HW0001519
13. HW0004268 - HW0004272
14. HW0005144 - HW0005145
15. AHJX00003720
16. HW00400627
17. AHJX00009078 - AHJX00009088
18. AHON00037550 AHON00037552 - AHON00037555
19. 43 - HW0003415 - HW0003426
20. 46 - HW00406792 - HW00406794
21. 47 - HW0342519 - HW0342520
22. 48 - HW00406939 - HW00406941
23. 52 - HW0004728 - HW0004729
24. 53 - Wagner ex. 51
25. 54 - HW0001614 - HW0001616
26. 56 - HW0026730 - HW0026737

27. 57 - HW0118256
28. 58 - HW0061232 - HW0061242
29. 61 - HW00402204 - HW00402240
30. patent EU ep 1 627719a1
31. HNY 056-0240-0241
32. HNY-056-0492  to 0499
33. HNY 056-0290 to 0293
34. Patent US2004 0092183 A1
35. HN017-6049
36. HNY001-2416 to 2422
37. HNY056-0210 to 0224
38. HNY0001-0441Concordance Image
39. HNY0001-1054
40. HNY001-0455
41. HNY001-0468
42. HNY001-0499
43. HNY001-0515
44. HNY001-0609
45. HNY001-0611
46. HNY001-0612
47. HNY001-0614
48. HNY001-0615
49. HNY001-0617Concordance Image
50. HNY001-0623
51. HNY001-0632
52. HNY001-0633
53. HNY001-0636
54. HNY001-0639
55. HNY001-0640
56. HNY001-0655
57. HNY001-0820
58. HNY001-0822
59. HNY001-0877
60. HNY001-1024
61. HNY001-1027
62. HNY001-1373
63. HNY001-1468
64. HNY001-1512
65. HNY001-1522
66. HNY001-1597
67. HNY001-1641

68. HNY001-1655
69. HNY001-1659
70. HNY001-1668
71. HNY001-1673
72. HNY001-1816
73. HNY001-1828
74. HNY001-2061
75. HNY001-2062
76. HNY001-2063
77. HNY001-2064
78. HNY001-2067
79. HNY001-2070
80. HNY001-2112
81. HNY001-2130
82. HNY001-2157
83. HNY001-2200
84. HNY001-2283
85. HNY001-2291
86. HNY001-2297
87. HNY001-2328
88. HNY001-2350
89. HNY001-2416
90. HNY001-6544
91. HNY002-0017
92. HNY002-0071
93. HNY002-0080
94. HNY002-0314
95. HNY002-0328
96. HNY002-0382
97. HNY002-0384
98. HNY002-0388
99. HNY002-0388
100.　　　HNY002-0396
101.　　　HNY002-0399
102.　　　HNY002-0404
103.　　　HNY002-0407
104.　　　HNY002-0410
105.　　　HNY002-0413
106.　　　HNY002-0419
107.　　　HNY002-0423
108.　　　HNY002-0427

| | |
|---|---|
| 109. | HNY002-0666 |
| 110. | HNY002-0670 |
| 111. | HNY002-0681 |
| 112. | HNY002-0711 |
| 113. | HNY002-0820 |
| 114. | HNY002-0823 |
| 115. | HNY002-0827 |
| 116. | HNY002-0830 |
| 117. | HNY002-0833 |
| 118. | HNY002-0836 |
| 119. | HNY002-0840 |
| 120. | HNY002-0847 |
| 121. | HNY002-0850 |
| 122. | HNY002-0924 |
| 123. | HNY002-0925 |
| 124. | HNY002-0928 |
| 125. | HNY002-0931 |
| 126. | HNY002-0971 |
| 127. | HNY002-0991 |
| 128. | HNY002-0993 |
| 129. | HNY002-0999 |
| 130. | HNY002-1004 |
| 131. | HNY002-1011 |
| 132. | HNY002-1228 |
| 133. | HNY002-1693 |
| 134. | HNY002-1699 |
| 135. | HNY002-1705 |
| 136. | HNY002-1710 |
| 137. | HNY002-1743 |
| 138. | HNY002-1751 |
| 139. | HNY002-1752 |
| 140. | HNY002-1754 |
| 141. | HNY002-1755 |
| 142. | HNY002-1804 |
| 143. | HNY002-1815 |
| 144. | HNY002-1819 |
| 145. | HNY002-1824 |
| 146. | HNY002-1831 |
| 147. | HNY002-1841 |
| 148. | HNY002-1845 |
| 149. | HNY002-1848 |

| | |
|---|---|
| 150. | HNY002-1850 |
| 151. | HNY002-1903 |
| 152. | HNY002-1912 |
| 153. | HNY002-1915 |
| 154. | HNY002-1916 |
| 155. | HNY002-1920 |
| 156. | HNY002-1922 |
| 157. | HNY002-1928 |
| 158. | HNY002-1942 |
| 159. | HNY002-1953 |
| 160. | HNY002-2359 |
| 161. | HNY002-2371 |
| 162. | HNY002-2418 |
| 163. | HNY002-2420 |
| 164. | HNY002-2435 |
| 165. | HNY002-2438 |
| 166. | HNY002-2443 |
| 167. | HNY002-2446 |
| 168. | HNY002-2447 |
| 169. | HNY002-2452 |
| 170. | HNY002-2470 |
| 171. | HNY002-2475 |
| 172. | HNY002-2498 |
| 173. | HNY003-0027 |
| 174. | HNY003-0029 |
| 175. | HNY003-0031 |
| 176. | HNY003-0032 |
| 177. | HNY003-0034 |
| 178. | HNY003-0059 |
| 179. | HNY003-0063 |
| 180. | HNY003-0067 |
| 181. | HNY003-0073 |
| 182. | HNY003-0078 |
| 183. | HNY003-0080 |
| 184. | HNY003-0124 |
| 185. | HNY003-0127 |
| 186. | HNY003-0844 |
| 187. | HNY003-1023 |
| 188. | HNY003-1210 |
| 189. | HNY003-1552 |
| 190. | HNY003-1606 |

| | |
|---|---|
| 191. | HNY003-1702 |
| 192. | HNY003-1980 |
| 193. | HNY003-1981 |
| 194. | HNY003-2045 |
| 195. | HNY003-2113 |
| 196. | HNY003-2254 |
| 197. | HNY003-2289 |
| 198. | HNY003-2356 |
| 199. | HNY003-2970 |
| 200. | HNY003-3136 |
| 201. | HNY003-3137 |
| 202. | HNY003-3139 |
| 203. | HNY003-3237 |
| 204. | HNY005-1252 |
| 205. | HNY005-6840 |
| 206. | HNY007-1113 |
| 207. | HNY007-8673 |
| 208. | HNY009-8710 |
| 209. | HNY010-0002 |
| 210. | HNY010-0324 |
| 211. | HNY010-6409 |
| 212. | HNY010-9095 scba |
| 213. | HNY015-1527 |
| 214. | HNY015-1529 |
| 215. | HNY015-1539 |
| 216. | HNY015-1857 |
| 217. | HNY015-2088 |
| 218. | HNY015-2627 |
| 219. | HNY015-2870 |
| 220. | HNY015-9490 |
| 221. | HNY015-9492 |
| 222. | HNY015-9494 |
| 223. | HNY-15-2843 |
| 224. | HNY016-2177 |
| 225. | HNY016-2428 |
| 226. | HNY016-4734 |
| 227. | HNY016-5683 |
| 228. | HNY017-5666 |
| 229. | HNY017-5668 |
| 230. | HNY017-6016 |
| 231. | HNY017-6053 |

| | |
|---|---|
| 232. | HNY017-6066 |
| 233. | HNY017-6689 |
| 234. | HNY017-6694 |
| 235. | HNY017-6722 |
| 236. | HNY017-6767 |
| 237. | HNY017-7103 |
| 238. | HNY017-7184 |
| 239. | HNY017-7492 |
| 240. | HNY017-7659 |
| 241. | HNY020-2938 |
| 242. | HNY020-2974 |
| 243. | HNY020-3000 |
| 244. | HNY020-9704 |
| 245. | HNY023-5798 |
| 246. | HNY023-5866 |
| 247. | HNY023-5870 |
| 248. | HNY023-5874 |
| 249. | HNY023-5900 |
| 250. | HNY023-5981 |
| 251. | HNY023-9716 |
| 252. | HNY023-9797 |
| 253. | HNY023-9831 |
| 254. | HNY026-5491 |
| 255. | HNY026-5492 |
| 256. | HNY026-5506 |
| 257. | HNY027-8209 |
| 258. | HNY028-9580 |
| 259. | HNY031-9543 |
| 260. | HNY032-4159 |
| 261. | HNY040-1078 |
| 262. | HNY040-1141 |
| 263. | HNY040-2454 |
| 264. | HNY040-2743 |
| 265. | HNY040-2790 |
| 266. | HNY040-2888 |
| 267. | HNY040-2890 |
| 268. | HNY040-2892 |
| 269. | HNY040-2893 |
| 270. | HNY040-2895 |
| 271. | HNY040-2941 |
| 272. | HNY040-3761 |

| | |
|---|---|
| 273. | HNY042-2644 |
| 274. | HNY056-0137 |
| 275. | HNY064-0074 |
| 276. | HNY064-0086 |
| 277. | HNY064-0096 |
| 278. | HNY064-0110 |
| 279. | HNY064-0124 |
| 280. | HNY064-0397 |
| 281. | HNY064-0674 |
| 282. | HNY069-0072 |
| 283. | HNY069-0073 |
| 284. | Sovereign Specialty Chemicals Prinlin b7137al product data sheet |
| 285. | US7993478 |
| 286. | HW0005252 |
| 287. | HW0005253 |
| 288. | HW0005254 |
| 289. | HW0007353 - HW0007354 |
| 290. | HW0141315 - HW0141331 |
| 291. | HW0141332 - HW0141333 |
| 292. | HW0141334 - HW0141336 |
| 293. | HW0141337 |
| 294. | HW0141338 - HW0141341 |
| 295. | HW0141375 - HW0141380 |
| 296. | HW0141381 - HW0141392 |
| 297. | HW0141393 - HW0141402 |
| 298. | HW0141403 - HW0141419 |
| 299. | HW0141425 - HW0141430 |
| 300. | HW0166906 - HW0166907 |
| 301. | HW0344322 |
| 302. | HW0344323 |
| 303. | HW0344324 |
| 304. | HW0344325 |
| 305. | Wagner-DX-08 - HW0344248-251 |
| 306. | Wagner-DX-09 - HW0000796-816 |
| 307. | Wagner-DX-13 - HW0004521 |
| 308. | Wagner-DX-14 - LES001-5426 |
| 309. | Wagner-DX-17 - HW0062255-62259 |
| 310. | Wagner-DX-18 - HW0122106-122107 |
| 311. | Wagner-Ex-34 - HW0005005-0005039 |
| 312. | Wagner-Ex-35 - HW004268-004272 |
| 313. | Wagner-Ex-36 – unnumbered |

| 314. | Wagner-Ex-37 - HW0005067-0005088 |
|------|----------------------------------|
| 315. | Wagner-Ex-38 - HW0004833-0004834 |
| 316. | Wagner-Ex-39 - HW0005146-0005148 |
| 317. | Wagner-Ex-40 - HW0004871-0004875 |
| 318. | Wagner-Ex-41 - AHJX00009078-00009088 |
| 319. | Wagner-Ex-42 - HW0344183 |
| 320. | Wagner-Ex-43 - HW0005089-0005111 |
| 321. | Wagner-Ex-44 - HW0005040-0005062 |
| 322. | Wagner-Ex-45 - HW0005112-0005134 |
| 323. | Wagner-Ex-46 - HW0344248-0344251 |
| 324. | Wagner-Ex-47 - HW00401923-00401936 |
| 325. | Wagner-Ex-48 - HW0003818-0003823 |
| 326. | Wagner-Ex-49 - HW0003824-0003832 |
| 327. | Wagner-Ex-50 - HW0004728-0004729 |
| 328. | Wagner-Ex-51 - HW0343990-0344011 |
| 329. | Wagner-Ex-52 - HW00405074-00405079 |
| 330. | Wagner-Ex-53 - HW0199877-0199878 |
| 331. | Wagner-Ex-54 - HW0004099-0004100 |
| 332. | Wagner-Ex-55 - HW00401669-00401673 |
| 333. | Wagner-Ex-56 - HW00401653-00401654 |
| 334. | Wagner-Ex-57 - HW00401937-00401952 |
| 335. | Wagner-Ex-58 - HW00401342-00401458 |
| 336. | Wagner-Ex-59 - HW00401463-00401532 |
| 337. | Wagner-Ex-60 - AHHS00017126 |
| 338. | Wagner-Ex-61 - HW0001064-0001072 |
| 339. | Wagner-Ex-62 - USS002-0666-0667 |
| 340. | Wagner-Ex-63 - HW0004533-0004534 |
| 341. | Wagner-Ex-64 - HW00406371-00406373 |
| 342. | Wagner-Ex-65 - HW00402453-00402463 |
| 343. | Wagner-Ex-66 - HW0062255-0062259 |
| 344. | Wagner-Ex-67 - HW00406370 |
| 345. | Wagner-Ex-68 - AZE00008211-00008216 |
| 346. | Wagner-Ex-69 - HW00401733-00401736 |
| 347. | Wagner-Ex-70 - HW0001593-0001596 |
| 348. | Wagner-Ex-71 - HW0020544-0020546 |
| 349. | HW0001547 |
| 350. | HW0005252 |
| 351. | HW0005253 |
| 352. | HW0005254 |
| 353. | HW0005284 - HW0005287 |
| 354. | HW0005288 - HW0005289 |

| 355. | HW00406664 - HW00406667 |
| 356. | HW00407052 - HW00407083 |
| 357. | Main zshield patent |
| 358. | HW0000549 |
| 359. | HW0001024 |
| 360. | HW0001521 |
| 361. | HW0001705 |
| 362. | HW0001715 |
| 363. | HW0001810 |
| 364. | HW0001851 |
| 365. | HW0001853 |
| 366. | HW0001900 - HW0001901 |
| 367. | HW0002157 |
| 368. | HW0003181 |
| 369. | HW0018527 |
| 370. | HW0026627 - HW0026628 |
| 371. | HW0124254 - HW0124259 |
| 372. | HW0140864 - HW0140866 |
| 373. | HW0141720 |
| 374. | HW0154978 - HW0154980 |
| 375. | HW0228037 |
| 376. | HW0228038 - HW0228039 |
| 377. | HW0339593 |
| 378. | HW00406255 |

# EXHIBIT 2

Rebuttal Report

Produced at the Request of:

United States Department of Justice

United States of America v. Honeywell International
Civil Action No.  1:08cv961(PLF)

Report Submitted by:

Alan J. Lesser
Professor
Polymer Science & Engineering Department
University of Massachusetts
Amherst, MA 01003

July 31st, 2017

**DX 1307**
No.1 :08-cv-961
(D.D.C.)

**Introduction**
This rebuttal report addresses issues raised by Honeywell's Expert, Dr. A. Poursartip, in his Supplemental Report dated June 30th, 2017. Namely, Dr. Poursartip's comments on my opinions regarding the role of phosphorus and Zylon degradation when exposed to heat and humidity, and the unsuitability of Honeywell's patented Shield process to protect the Zylon (a/k/a PBO) fiber in a material called Z Shield that Honeywell supplied to the vest manufacturer Armor Holdings. Unless explicitly stated otherwise, when I reference "Dr. Poursartip's report", I am referring to his Supplemental Report dated June 30th, 2017.

**The Role of Phosphorous in Z Shield Degradation**
Many of the arguments Dr. Poursartip makes in his "Phosphorus and Zylon" section of his report detract from the main issues in this case: the fact that Honeywell chose to use Zylon fiber in the manufacture of its Z Shield after learning that Zylon fiber experiences hydrolytic degradation under relatively mild conditions. The argument Dr. Poursartip makes that the specific mechanism(s) responsible for this degradation may not have been widely known in 2001 is not necessary to show that Honeywell knew: (1) Zylon fiber degrades much more quickly in heat, moisture, and humidity than other ballistic resistant materials used by Honeywell such as Spectra or Kevlar; (2) Honeywell's Z Shield material that held together the Zylon fibers provided little, if any, protection to these fibers from heat, moisture, and humidity; and (3) as a result, Z Shield's ballistic protection would be compromised from exposure to heat and humidity at or close to actual use conditions, thus rendering Z Shield unsuitable for use as a ballistic material.

As I stated in my November 2015 Expert Report, the test conditions selected by Toyobo in their reports to customers (including Honeywell) of fiber test results after conditioning at 40, 60 and 80 C at 80% RH, were "relatively mild conditions of temperature and humidity". This statement relates to the extent that these conditions actually accelerate hydrolytic degradation in the Zylon fiber. When the average human body temperature at rest is 38 C (98°F), and the end-use market for Z Shield is soft body armor in which first responders are expected to wear body armor manufactured with multiple layers of Z Shield (i.e., multiple layers of rubber impregnated fiber), it is easily envisioned that there can be many times when temperatures and humidity close to and exceeding 40 C & 80% RH occur during actual use and storage. Highlighting Honeywell's recognition of this fact, it conducted internal testing at conditions of 40 C & 70% RH, among others, and this Honeywell testing, at 40 C & 70% RH, showed Z Shield degradation of over 10% in one week of exposure to these conditions. In short, Honeywell used Shield with Zylon fibers (i.e., Z Shield) when Honeywell knew that Shield did not provide any substantial environmental protection to the Zylon fibers and that those Zylon fibers would degrade in "relatively mild [environmental] conditions of temperature and humidity".

Perhaps attempting to distract from my points, Dr. Poursartip offers a red herring in suggesting that I am indicting Shield as a ballistic material in any form. That is wrong. I have not studied, for purposes of this case, Shield's use with ballistic resistant materials that are less sensitive than Zylon fiber to degradation in heat, humidity and moisture, like Kevlar or Spectra, and thus do not criticize those uses of Shield by Honeywell. What I do criticize, however, is Honeywell's use of Shield with Zylon fiber because Honeywell knew that the Shield would not provide any

substantial environmental protection to Zylon fibers susceptible to degradation in heat, humidity and moisture and Honeywell had a responsibility as the material supplier to evaluate all of Z Shield's components prior to selling it in the marketplace.

Similarly, Dr. Poursartip offers another red herring in focusing on a literature review to show that in 2001 (the year that DSM refused to toll, i.e., make, any more Z Shield for Honeywell due to its concerns with Z Shield's poor performance in heat and humidity testing at DSM) the role of residual phosphorus in degrading Zylon fiber was unknown outside of Toyobo and that the mechanisms of degradation in Zylon fiber were studied and discussed in the scientific literature well after 2001.  However, Honeywell's knowledge of residual phosphorus as the precise mechanism of Zylon fiber degradation becomes important only if Honeywell tried (which it did not) to modify the Zylon fiber to mitigate its sensitivity to degradation.

Indeed, in answering a hypothetical at his deposition, Dr. Poursartip admitted that if a materials supplier knows one of its materials has a defect rendering it unsuitable for the intended purpose, but the supplier does not know the mechanism causing that defect, the supplier still has a duty not to sell that material into the marketplace.  The above hypothetical fits the facts of this case.

Although much research on Zylon degradation was conducted post 2001, prior to first selling Z Shield to Armor Holdings in 2000, Honeywell scientists had identified moisture from sweat and rain, among other things, as a key technical risk to Z Shield.  Thus, from the first communications between Honeywell and DSM (as well as with Toyobo) on July, 5th, 2001[2] indicating that Z Shield (and Zylon fiber) significantly degraded under relatively mild conditions of heat and humidity (just a little higher than the two upper environmental conditions chosen by Toyobo that I discussed on Page 2 above), Honeywell had the responsibility to warn Armor Holdings about the Z Shield technical risk with moisture previously identified by Honeywell scientists and advised Armor Holdings not to sell vests containing Z Shield until its degradation problems were resolved. Honeywell, however, downplayed the risks cited by DSM to Armor Holdings and failed to tell Armor Holdings about the key technical risk regarding Z Shield's susceptibility to degradation from moisture.

Now turning to Dr. Poursartip's other points in this section, on Page 1 he cites Dow's 1994 and 1995 patents on PBO fiber as stating that 1500-2000 ppm are "acceptable residual phosphorous levels." This simply reflects the levels of residual phosphorus that are embedded within the fiber and cannot be washed away from the fiber surface. Thus, the comments made by these inventors address the initial properties of the PBO fiber and its manufacture, rather than the fiber's long term durability or the suitability of its use in ballistic applications.

Also with respect to Dow, on Page 2, Paragraph 1, Dr. Poursartip cites an early paper published by Dow scientists who studied PBO and PBT (Kevlar) polymers dissolved in an aqueous acid solution.  They concluded that PBT was more susceptible to hydrolytic degradation than PBO. However, their conclusions cannot be translated to the fiber form for a number of reasons. First and foremost, this study only looked at how the polymer degrades in solution and, in turn, how it affected the intrinsic viscosity of the solution.   It did not take into account how fiber

morphology (which is different between PBO and PBT) plays a role in water vapor diffusion. Moreover, the tenacity, and loss thereof, in fiber form is associated with intermolecular interactions as well as molecular weight, which is also different between both materials. Thus, their conclusions can be applied only to the solution form of these polymers and cannot be applied to how they will perform in fiber form.

On Page 1, Paragraph 4 of Dr. Poursartip's cite to the 1997 NASA technical memorandum is misleading and not relevant to the susceptibility of Zylon fiber to hydrolytically degrade in moisture and humidity. Notably the NASA aging at 204 C for 3 months reflects the thermal stability of Zylon fiber and has nothing to do with regard to hydrolytic degradation. At 204 C no humidity or moisture is present, and thus the hydrolytic degradation reaction cannot happen.

For the same reason, his argument on Page 2, Paragraph 3, is irrelevant to this case. Zylon fiber degrades differently depending on the environmental conditions. When no moisture or humidity is present, and the Zylon fiber is not exposed to UV/visible light, it thermally degrades at relatively high temperatures with oxygen playing a key role in the degradation process. In contrast, Zylon fiber degrades at room temperature when exposed to UV/visible light over a period of time. When Zylon fiber is exposed to relatively mild temperatures and moisture or humidity, it also undergoes hydrolytic degradation and its phosphoric acid catalyzes the degradation process.

On Page 2, Paragraph 2, regarding Dr. Poursartip's comment that the Yabuki paper on PBO fiber did not mention any discussion of phosphorous, that in no way contradicts my testimony or opinions. In fact, their work is in agreement with our findings in that they acknowledge that voids exist in the fiber that are a couple of nanometers wide and a significant amount of water is retained in the Zylon fiber (20-30%). Note that the amount reported by Yabuki for water contained in the PBO fiber is three to four times higher than that reported for Kevlar (7-8%)[1] and water is a necessary ingredient for hydrolytic degradation.

I also disagree with Dr. Poursartip putting so little importance on the DSM Fax to Honeywell in 2001 and on the 2003 Forest Hills Zylon vest penetration. He argues that this information was "equally unremarkable in terms of identifying a material difference in PBO fiber relative to other ballistic fiber." The DSM Fax, however, led to DSM refusing to continue as Honeywell's Z Shield manufacturer. Similarly, to call a shooting of a police officer through his ballistic vest by a round it was certified to stop "unremarkable" ignores the magnitude of the incident that gave rise to the Body Armor Safety Initiative.

In this case, Honeywell chose to use Zylon fiber without any modifications. Therefore, it was incumbent upon Honeywell to understand how that fiber performed in Z Shield over its expected service life. As I previously stated in other reports, after the DSM warnings in 2001 Honeywell should have told Armor Holdings to stop selling Z Shield containing body armor until sufficient data could be generated to resolve the problem. This would require either testing the Z Shield after exposure to realistic conditions over the warranty service life to provide a rating for the material, or conducting systematic accelerated aging tests on Z Shield to determine its rating.

**Unsuitable Matrix**

I tested multiple samples of Honeywell's Z Shield sample retains in my laboratory using a variety of scientific techniques to evaluate the suitability of the Shield matrix to protect the fiber from environmental exposure.   These included Infrared spectroscopy (FTIR), dynamic mechanical spectroscopy (DMA) and solid-state nuclear magnetic spectroscopy (NMR).  Dr. Poursartip takes issue with my ATR-FTIR testing and my DMA testing, and I respond to those criticisms below.

I note first, however, that Dr. Poursartip agrees several times in his various reports that that the Shield in the Z Shield does not protect the underlying fiber from the environment.  Dr. Poursartip also agreed with this proposition at his deposition.   Thus, the Zylon fiber in Z Shield is continuously bombarded by ambient heat and humidity in addition to the elevated levels of these environmental conditions generated by the users of body armor.

Additionally, the water-based matrix formulation Honeywell used in its manufacture of Z Shield is reported to contain only 43% solids with the major volume (57%) being water.[3].  Moreover, only about 30% of these solids consist of Kraton rubber, leaving 13% of the solids consisting of additives to keep the rubber in a stable emulsion.  A major drawback of this formulation when used in this application is that it must be first introduced with the unidirectional Zylon fiber while the viscosity is low (i.e., high water concentration), followed by an evaporation process of the water at an elevated temperature close to but below the boiling point of water (<100 C) to solidify the elastomer around the fiber laminate.  This means that the Zylon fiber, which is susceptible to degradation when exposed to moist environments at elevated temperatures, was exposed to exactly these conditions during its manufacture.  It should be noted that Dr. Poursartip does not dispute these facts.

On Page 8, Paragraph 1 in discussion with regard to the ATR-FTIR, Dr. Poursartip acknowledges that, in addition to the Kraton rubber, "sulfate/sulfonates and/or phosphates" are present.  What Dr. Poursartip fails to acknowledge though is that these compounds are hydrophilic [5, 6].  Moreover, once the water is removed during the manufacture of Z Shield, the hydrophilic containing compounds make up approximately 30% of the remaining solid.  This means that nearly one third of the remaining matrix by design consist of compounds that contain hydrophilic groups that can absorb water/moisture and promote hydrolytic degradation of the Zylon fibers over time.

Dr. Poursartip then spends 10 pages (9-19) addressing the Dynamic Mechanical Analysis (DMA) testing, to highlight the variability in the results obtained in these tests.  I agree that these tests in and of themselves are inconclusive.

However, with regard to the NMR testing, Dr. Poursartip does not rebut the key evidence in this case demonstrating that the Shield in Z Shield does not protect the Zylon fiber from the environment and thus rendering it susceptible to degradation.  On page 26, Dr. Poursartip alleges I am a "proponent of a theory..." and then refers to a recent paper I (among others) published using solid-state [31]P nuclear magnetic resonance (ssNMR) spectroscopy to measure the hydrated

and dehydrated residual phosphoric acid that can be found to be in the form of phosphoric acid (PA) and its various forms of hydrated or dehydrated derivatives.  Notably, at his deposition, Dr. Poursartip did not take issue with the conclusions of this paper.  Although this work is new, a couple of important points were well known in 2001.

- $P_2O_5$ (Phosphoric acid anhydride) has states of hydration that can also be called states of dehydration of phosphoric acid.  Both phosphoric acid anhydride and pure phosphoric acid ($H_3PO_4$) are solids that are very hydrophilic.  When phosphoric acid is sold commercially it usually comes as an 85% solution in water.

- $^{31}P$ nuclear magnetic resonance (ssNMR) is a powerful technique to monitor the mobility, and thereby, physical state, of the phosphoric acid.

Adding to these points that have been known for a long time, this recent paper showed [7] that:

- Humidity/water vapor can easily transport into and out of the nm scale voids and hydrate the residual phosphoric acid present in the Zylon fiber.

- Exposure of Zylon fiber to a humid environment results in a hydrated state of phosphoric acid.  The mechanical properties of the Zylon fiber readily decreases in this condition.  It does not readily decrease when the fiber is dehydrated based on our own measurements and those reported by others in the literature.  This is also consistent with well-known hydrolyzation reaction of the polymer by water and catalyzed by phosphoric acid.

What we show relative to this case is that in every sample of Z Shield we investigated, the phosphoric acid within the Zylon fiber was in its hydrated state.  These samples were in their "as received state" from Honeywell's storage facility; thus they were simply exposed to ambient laboratory/office air temperatures and humidity.  They were not wet.  This provides irrefutable evidence that the Shield does NOT protect the fiber from humidity thereby allowing it to readily degrade whenever the Z Shield is exposed to humid environments.  This, in turn, directly shows that Honeywell's chosen Shield matrix material is not suitable when Zylon fiber used.

Although he does not take issue with the points in my paper, Dr. Poursartip argues with my report relying on NMR data from Z Shield, contending that the degradation of Zylon is capped at about 15 percent and that "all the data shows an initial degradation then a leveling off".  His contentions are untrue.  I addressed this in Section II of my Sept. 27th, 2016 Rebuttal Report, in which I described the degradation process as typically linear for periods of time when plotted lognormally, as shown by much of Toyobo's data on Zylon fiber.  Also, water is what hydrolyzes the polymer and $H_3PO_4$ catalyzes the hydrolysis reaction. The kinetics of this hydrolysis will be first order in water content.  Thus, Dr. Poursartip's statements about "capping" or in any way stopping this degradation are both mathematically and physically untrue.  The only way the degradation process will stop is if water is removed from the fiber and the fiber is somehow protected from rehydration.  Clearly, our NMR data show that Z Shield does not adequately

protect the fiber from moisture or humidity, and the phosphoric acid is fully hydrated enabling catalyzed hydrolytic degradation of the Zylon fiber.

## Solvent versus Water-Based Resin

Dr. Poursartip tries to downplay Honeywell's own internal research demonstrating the detrimental effect that heat and humidity have on Z Shield performance. The detrimental effect of using Prinlin (a water-born matrix) is illustrated in a number of documents. For example, Dr. Poursartip cites to Honeywell's testing on Prinlin resin compared to an anhydrous formulation of Kraton resin. A clear graph showing the negative effects of Prinlin compared to an anhydrous formulation of Kraton is illustrated in documents HW00406941and HW00406942 (May 2002). This document shows a 17% reduction in V50 for a water-based formulation of Prinlin as compared to a 10% reduction for an anhydrous solvent formulation of Kraton when specimens are exposed to the same conditions (6 weeks at 70 C, 80 %RH). This data was used in a Honeywell patent application, signed under penalty of perjury by Honeywell's Z Shield scientists, among others, seeking to patent the use of an anhydrous formulation[4] as opposed to Prinlin. The patent application demonstrates Honeywell's knowledge of the issues associated with a water-based formulation. Yet, Honeywell continued to sell Armor Holdings the Z Shield using a water-based formulation and failed to provide Armor Holdings with its anhydrous data.

On Page 21, Paragraph 3, Dr. Poursartip tries to numerically adjust the Prinlin vs. Kraton testing Honeywell conducted to somehow say that the Prinlin resin performed better than the Kraton resin despite Honeywell's submissions to the patent office. He does this by adjusting the aerial densities of the shoot packs used in the testing and then calculating potential, but not observed, ballistic results. However, Dr. Poursartip provides no evidence that the difference in aerial densities between the Prinlin resin shoot packs and the Kraton resin shoot packs occurred for any reason other than the resin formulation itself, which provides no ballistic resistance, and so to adjust the aerial density as if the shoot packs had additional ballistic resistance is not warranted.

Additionally, even if it were fair to numerically adjust the v50 results in this instance, when evaluating the extent of degradation, it is necessary to restrict comparisons to how the product fabricated in a particular fashion degrades over time. This requires comparing how much a specific property changes over time compared with its initial performance. Note that in Dr. Poursartip's Fig. 21 (Page 22) both the actual and adjusted V50 for the water-based matrix show a greater drop after 8 weeks when compared to the solvent based Z Shield. This accelerated rate of degradation is the important fact from Dr. Poursartip's analysis in Fig. 21. Also, as I stated above at Page 7, there is no evidence of the Zylon degradation process leveling off and no basis to conclude that this is possible either mathematically or physically.

Again, I take issue with Dr. Poursartip comment on the last line of Page 21, and reiterate that 70 C/80% RH is not extreme at all. Rather, it is an appropriate condition for accelerated age testing. Given that many degradation processes follow an Arrhenius behavior, it is a generally accepted rule of thumb for that the degradation rate doubles every 10 C. This would mean that the extent

of degradation shown in Dr. Poursartip's Fig. 21 at 8 weeks would occur over just 64 weeks (1 year and 3 months) for 40 C exposure in the context of a body armor with an expected service life of at least five years.

Finally, Dr. Poursartip's contention that the data presented in the NMR paper (his Fig. 26, Page 27) shows a degradation plateau misinterprets the data. In fact, the data in the NMR paper shows that degradation occurs in the presence of moisture or humidity. The data also shows that ammonium phosphate catalyzed amide hydrolysis of the Zylon fiber led to more degradation than exposure to moisture alone.

Alan J. Lesser

## References

1.    Fukada, M., Kawai, H., Horii, F., Kitamaru, R., , *CP/MAS 13C NMR study for the characterization of water sorbed in poly(p-phylene terephthalamide) fiber (Kevlar 49)*. Polymer Communications, 1988. **29**: p. 97-99.
2.    Toyobo, *Toyobo July 5 letter providing 1st set ot date on Zylon.* HNY040-2717 to 2721, 2001.
3.    Chemicals, S.S., *Prinlin Product Data Sheet.* HNY056-0455, 2003.
4.    Honeywell, *Patent Application - Z Shield Anhydrous means.* HNY048-1197 to HNY048-1233, 2004.
5.    Seto, F., et al., *Surface modification of poly(ethylene terephthalate) film by coating with poly(ethylene glycol)-grafted polystyrene.* Journal of Applied Polymer Science, 1999. **74**(6): p. 1524-1530.
6.    Abou-Nemeh, I., et al., *A composite hollow fiber membrane-based pervaporation process for separation of VOCs from aqueous surfactant solutions.* Journal of Membrane Science, 1999. **158**(1-2): p. 187-209.
7.    Kanbargi, N., W.G. Hu, and A.J. Lesser, *Degradation mechanism of poly(p-phenylene-2,6-benzobisoxazole) fibers by P-31 solid-state NMR.* Polymer Degradation and Stability, 2017. **136**: p. 131-138.

# EXHIBIT 3

Expert Report of Joseph Anastasi

Confidential – Subject to Protective Order

# Expert Report

### of

# Joseph Anastasi

**November 2, 2015**

**In re:**

## United States of America,

**v.**

## Honeywell International, Inc.

**1:08-cv-00961**

**United States District Court,**

**for the District of Columbia**

1

1.    I have been retained by the Department of Justice  ("the DoJ") to provide an analysis of damages sustained by the United States Government  (hereinafter, the "Government") with regard to the Government's expenditures for "ballistic" body armor containing a Honeywell product known as Zylon Shield ("Z Shield"). The Government alleges that Honeywell sold Z Shield to Armor Holdings, which in turn, used the Z Shield product to manufacture ballistic bullet-resistant body armor. The Government further alleges that the Z Shield product was adversely affected by a latent defect, and that as a consequence Z Shield degraded quickly over time in hot and humid conditions, making this product unsuitable to protect end users throughout the five year warranty.[1]

2.    The Government's expenditures for the Z Shield ballistic body armor at issue in this litigation relate to allegedly defective body armor containing Z Shield that was sold by Armor Holdings, Inc., and its subsidiaries (collectively "Armor Holdings"), including:[2]

> ➤   American Body Armor, Inc. ("American Body Armor" or "ABA");

> ➤   Safariland, Inc. ("Safariland"); and

> ➤   Protech.

3.    My report contains two components of alleged damages suffered by the Government:

> ➤   a calculation of expenditures for Z Shield ballistic body armor products by various Government agencies through the auspices of the General Services Administration ("GSA"); and

> ➤   a calculation of payments made by the Government to various state, local, and tribal law enforcement agencies under the provisions of the Bulletproof Vest Grant Partnership Act, for reimbursement to these agencies for purchases of Z Shield ballistic body armor.[3]

---

[1] Complaint of the United States of America; filed June 5, 2008, United States of America v. Honeywell International, Inc., pp. 1; 2; and 30.
[2] Ibid, ¶23.
[3] In a separate report dated April 30, 2012, I analyzed damages sustained by the Government with regard to

4.      I am a Managing Director at Berkeley Research Group ("BRG"), a financial and economics consulting firm.  I have over forty years of experience in managing and directing forensic accounting analyses and forensic accounting investigative efforts. Over the course of my career I have served as the Global Practice Leader for the Forensic & Investigative Services Practice at Deloitte. Prior to that, I was with Price Waterhouse for over twenty-three years, and while there, served as the managing partner for its Northern California-based Corporate Finance, Recovery and Disputes Group.

5.      My specific field of expertise is in financial consulting and forensic accounting engagements regarding matters in litigation, insurance claims, business disputes, loan restructurings, bankruptcy and restructuring – as well as business planning for large and small entities. I have testified in numerous cases in both Federal District and State courts, as well as in Bankruptcy Courts, on issues relating to damages, securities fraud, fraudulent accounting, and the presentation of financial statements, as well as with regard to insolvency and fraudulent conveyances. I am the author of *The New Forensics: Investigating Corporate Fraud and the Theft of Intellectual Property,* published in 2003 by John Wiley and Sons. A copy of my resume, a list of my prior expert testimony, and a list of my publications, seminars, and speeches is attached as **Appendix A** to this expert report.

6.      BRG is being compensated at the rate of $450 per hour for my time; BRG is also being compensated for the time expended by BRG staff persons that have assisted me on this assignment.  BRG's compensation is not contingent upon the opinions I have reached or the outcome of this litigation.

7.      I have examined documents produced in this matter, and have read legal writings filed with the Court. A listing of all documents I have considered is attached as **Appendix B** to this report. In completing this assignment, I, and/or my staff, have also interviewed John Allen and Jennifer DeCarvalho (of the Defense Contract Audit Agency), Linda Koltuniak (of the Army Criminal Investigation Command), Linda

---

its purchases of ballistic body armor containing Zylon fiber manufactured by Toyobo (hereinafter, "Zylon ballistic body armor"). I understand that apportionment of damages among the defendants in this matter, including the application of offsets, is performed by the court. As such, I have not apportioned damages between Toyobo, Honeywell or any other defendants.

Hammond-Deckard (Bureau of Justice Assistance Office of Justice Programs at the DoJ), Jim Harmon (Director, Supply Chain, Eastern Region at Armor Holdings) and Arthur Rosenberg (Counsel for Armor Holdings and Partner at Kane Kessler, P.C.). These interviews were conducted to facilitate an understanding of the data that had been collected by the Government with respect to purchases of Z Shield ballistic body armor.

8.    The opinions I express in this report are based on the documents provided to me to date.  I reserve the right to modify, augment, or amend my opinions should more information be made available to me.

# GSA SALES

9.    As noted above, it has been alleged that the Armor Holdings entities sold ballistic body armor containing Z Shield to various government agencies through the GSA. This section of my report provides my calculations of the amount of Z Shield ballistic body armor products purchased by various Government agencies through the auspices of the General Services Administration ("GSA").

## Forensic Accounting Evidentiary Matter Reviewed

### Sales Data Reported by Armor Holdings

10.    I received from the DoJ three discrete spreadsheets that contain data that had been provided to the DoJ by Armor Holdings. These spreadsheets contain data that had been compiled by Armor Holdings regarding the sales by them of Zylon ballistic body armor products to the Government (hereinafter, the "Armor Holdings sales data spreadsheets").

11.    I understand that the data contained in the Armor Holdings sales data spreadsheets was provided to the DoJ in response to an Office of Inspector General and Department of Defense subpoena issued in 2005.[4]  The subpoena specifically demanded that Armor Holdings produce sales data with regard to all Zylon ballistic body armor sold to the

---

[4] Subpoena from the U.S. General Services Administration, Office of Inspector General to Armor Holdings, Inc. (dated 9/22/05).

4

Government (i.e., to federal entities or to federal customers).

12.    The sales record data provided in the Armor Holdings sales data spreadsheets included line-by-line records detailing unit sales of Zylon ballistic body armor sold to the Government, and this data references specific sales invoice numbers and dates, last shipment dates, customer purchase order numbers, customer identification and address data, quantity of Zylon ballistic body armor sold, sales prices of such body armor, Zylon ballistic body armor model identification numbers and other descriptive data for the Zylon ballistic body armor that had been sold to the Government.

13.    Specifically, I reviewed the sales data supporting purchases by the GSA from the following Armor Holdings entities:

> ➢  American Body Armor;

> ➢  Safariland; and

> ➢  Protech.

14.    The Armor Holdings sales data spreadsheets I have examined were produced to me by the Government and were compiled in the Excel data file: *All Government Sales with Detail (Update - 2008-07-29).XLS (FTI015-0001)*.

15.    I and my staff requested of Armor Holdings a listing of Armor Holdings product number identifiers associated with the subset of Armor Holdings ballistic body armor products that contained Z Shield (and which had been purchased by various Government agencies through the auspices of the GSA). I understand that, as a result of my request, Arthur Rosenberg (Counsel for Armor Holdings and Partner at Kane Kessler, P.C.) compiled this Armor Holdings Z Shield-related product identification data for ballistic body armor manufactured and sold by Armor Holdings entities, and that this data was based on data and information provided by Armor Holdings. This Armor Holdings Z Shield product identification data is contained in a spreadsheet provided to me by the DoJ (hereinafter the "Z Shield product identification spreadsheet").

**Invoices produced by Armor Holdings:**

16.     In response to a subpoena issued by the Government, Armor Holdings produced copies of invoices related to their sales of Zylon ballistic body armor to the Government. These invoices were then assigned discrete Bates numbers for purposes of identification in this litigation.[5] After having received these invoices, the Government then correlated these physical invoices to the data compiled in the Armor Holdings sales data spreadsheets to the extent that this was possible.

17.     In the process of correlating the physical invoices to the data compiled in the Armor Holdings sales data spreadsheets, the Bates numbers of a respective invoice found to be correlated to a discrete sales record (i.e., a discrete product sales line item in a respective Armor Holdings sales data spreadsheet) was then added to the identifying record of such sale in the respective Armor Holdings sales data spreadsheet.

18.     This correlation process for Armor Holdings was performed by John Allen of the *Defense Contract Audit Agency*.  My staff and I interviewed Mr. Allen to understand his process of identifying invoices that correlated to sales records in the respective Armor Holdings sales data spreadsheets, and the entering of the bates numbers in the sales data spreadsheets.

---

[5] I understand that this later document production was facilitated by the production of invoice facsimiles by Armor Holdings Inc., based on a process of data-extraction from the respective sales reporting information systems.

## Statistical Sampling Performed and Analysis of Sales Data Spreadsheets

### Identification of Z Shield ballistic body armor

19.    The Armor Holdings sales data spreadsheets contained data for all Zylon ballistic body armor sales by Armor Holdings entities to the Government.  Because the Armor Holdings' bullet proof body armor products containing Z Shield that are at issue in this instant litigation are a subset of the data in these sales data spreadsheets, my staff and I re-compiled (from the Armor Holdings sales data spreadsheets) the subset of Z shield product sales included in this data.  This re-compilation process involved correlating each *Part ID* in the Armor Holdings sales data spreadsheets to the respective *Part ID* in the Z Shield product identification spreadsheet provided by Arthur Rosenberg.  The Z Shield product identification spreadsheet identified each *Part ID* as 'containing Z Shield' (denoted in this data by a "Y"), or 'not containing Z Shield' (denoted in this data by an "N"). By correlating this aforementioned data (summarized at **Exhibit 8**), we re-compiled the Armor Holdings data set to only include the Government's expenditures for Z Shield body armor products sold by the respective Armor Holding entities (hereinafter, the "Armor Holdings Z Shield product sales spreadsheets").

20.    The sales by Armor Holdings of products identified as containing Z Shield are summarized in **Table 1** below. The data represents 1,684 discrete sales entry records.

**Table 1**

| Armor Holdings Z Shield Sales Data | | |
|---|---|---|
| **Body Armor Manufacturer** | **Sales** | **Invoices** |
| American Body Armor | $6,386,320 | 1,031 |
| Safariland | 193,117 | 44 |
| Protech | 262,492 | 5 |
| **Grand Total** | $6,841,929 | 1,080 |

**Sampling**

21.     To verify whether the sales data contained in the three Armor Holdings Z Shield product sales spreadsheets was supported by Armor Holdings sales invoices, my staff and I analyzed a statistical sample of the sales data contained in the Armor Holdings Z Shield product sales spreadsheets.

22.     My April 30, 2012 Expert Report in the Toyobo litigation (the "April 30, 2012 Expert Report") provided for an analysis of damages with respect to the Government's expenditures for ballistic body armor containing Zylon fiber. In this April 30, 2012 Expert Report, my staff and I analyzed a statistical sample drawn from the Armor Holdings sales data spreadsheets, including products that contained Z Shield. In this analysis, we selected records for sampling using Simple Random Sampling (SRS).

23.     Simple Random Sampling is a sampling technique customarily used by forensic accountants, in which *"n"* individual items (in this case, sales records) are selected from the *"N"* individuals items comprising the population of items to be sampled (in this case, all sales records); and this is done in such a manner that every *n* individual item has an equal probability of being selected.

24.     The application of this sampling plan resulted in 490 sales records (associated with 490 unique invoices) being drawn out of a population of 3,014 sales records in the Armor Holdings sales data spreadsheets. Many of the invoices drawn in the sample related to more than one sales record. For example, an invoice could detail ten different products that had been purchased by the Government. Stated another way, the population of 3,014 sales records relates to 1,872 separate invoices. Seeing this, when examining the invoice to determine whether the data on the invoice matched the sales record being sampled, we also analysed all sales records that were reflected on the invoice to determine whether all items on the invoice matched the sales record being tested. Therefore, though the sampling process entailed a review of 490 invoices, we actually examined 1,226 sales records that were identified on these 490 invoices. In doing so, we effectively tested 41% of the total population of sales records (i.e., *"N"*).

25.     The foregoing describes the procedures employed in my April 30, 2012 Expert Report. For purposes of the instant assignment (i.e., in this Honeywell litigation matter –

involving only Z Shield products, and not all products sold by Armor Holdings containing Zylon fibers), I did not need to redraw a sample of invoices, as I had the ability to re-analyze the sample data that had been examined by me in my April 30, 2012 report – and recompile my sampling analysis focusing only on those products that contained the Z Shield product that is at issue in the instant litigation.

26.    I was able to do this because the Armor Holdings Z Shield product sales spreadsheets contain a dataset that is a subset of the data contained in the Armor Holdings sales data spreadsheets. Stated differently, in my analysis for the Z Shield products at issue in the instant litigation, every sales record in the Armor Holdings Z Shield product sales spreadsheets is also contained in the Armor Holdings products sales spreadsheet. Therefore, each record in the Armor Holdings Z Shield product sales spreadsheet had an equal probability of being selected in the sample drawn for purposes of my April 30, 2012 report.

27.    As a consequence, the analysis I have now performed with respect to the Armor Holdings Z Shield product sales spreadsheets resulted in the examination of 685 of 1,684 sales records that were contained in the spreadsheets. This represents an examination of 41% of all sales records in the Armor Holdings Z Shield product sales spreadsheets. These 1,684 sales records were associated with 287 separate invoices.[6] See **Exhibit 4** for the sampling analysis.

28.    In addition, we performed a *quantitative* (or value-based) analysis of the sample – which allowed for a dollar-denominated extrapolation of our sampled findings to the population as a whole. In sum, a value-based sampling analysis (using a stipulated confidence level), allowed us to determine the degree to which the dollar amount of the sampled sales records were corroborated by the invoice data – and to then extrapolate this result, to the dollar amount of the Z Shield product sales reported in the Armor Holdings Z Shield product sales spreadsheets, and report the calculated level of statistical precision associated with this extrapolation.

29.    For each successive sampled item (i.e., all pertinent sales records reported on the

---

[6] The 287 separate invoices examined amounts to 27% of the 1,080 unique invoices reported in the Armor Holdings Z Shield product sales spreadsheets.

selected invoice), we calculated the amount of reported sales that was corroborated by the underlying invoice, both in terms of amounts of dollars, together with the relative percentage that was supported by the invoice examined. An average of these results (the sample mean) was also calculated, as well as the associated calculated standard deviation, and the calculated level of precision.  The sample size, calculated level of precision and the selected confidence level are shown in **Table 2** below.

**Table 2**

**Armor Holdings**
**Value-based Sampling Analysis**
**Confidence Level and Calculated Precision**

| Sample Size | Confidence Level | Calculated Precision |
|:---:|:---:|:---:|
| 287 Invoices | 99% | 1.15% |

**Summary of Findings**

30.    **Table 3**, following, presents the results of the extrapolation of sampling results to the population of Z Shield product sales reported by Armor Holdings. The detail of the sampling results, together with the detail calculations for the extrapolation of sampling results to the population at issue, is found at **Exhibits 1** through **3** of this report.

10

Table 3

## Armor Holdings

## Calculation of Adjusted Sales Based on Sample Results

| Total Reported Sales | Percent Supported In Sample | Adjusted Sales | Confidence Level | Calculated Precision |
|---|---|---|---|---|
| $6,841,929 | 99.8164% | $6,829,367 | 99% | +/-1.15% |

31.     In the course of attempting to match data reported on an invoice to the data reported in the sales record being sampled, we identified a few instances where the amount of sales reported in the spreadsheets was supported by the invoice, but where some other anomalous data did not appear to match.

32.     For example, all of the invoices produced to the DoJ with respect to the Protech sales data actually had Safariland or American Body Armor & Equipment as the issuing company on the header of the invoice facsimile. We discussed this inconsistency with Jim Harmon (Director, Supply Chain - Eastern Region at Armor Holdings) and Arthur Rosenberg (outside counsel for Armor Holdings). During the course of this interview, I learned that Armor Holdings acquired both Protech and Safariland, and the subsequent integration of Armor Holdings' IT systems has now affected the ability of Armor Holdings to reprint the invoices utilizing a Protech corporate header on the invoice facsimile. Mr Harmon confirmed to me that these invoices reflect the supporting invoices for the Protech sales data.[7]

33.     In addition, we also noted instances where the amount of sales reported in the spreadsheets was supported by the invoice, and where the customer name in the sales data matched the customer name on the invoice, but where a different address was reported on the invoice (as compared to the address reported on the Armor Holdings Z

---

[7] This was also the case in certain instances for ABA, in which the Safariland appeared as the header on the facsimile invoice produced by Armor Holdings – this was also deemed to be an artifact of the integration of IT systems at Armor Holdings.

Shield product sales spreadsheets).  All of such inconsistencies related to the ABA Armor Holdings entity, where we found ten (10) invoices in our sample for which the customer address was different than the address in the Armor Holdings Z Shield product sales spreadsheets. We also discussed these anomalies with Jim Harmon and Arthur Rosenberg.  Mr. Harmon and Mr Rosenberg informed us that if a customer's address was updated in Armor Holding's accounting system between the date at which the Armor Holdings sales data was produced to the DoJ (in either 2006, or 2007) and the date at which the invoices were recompiled and produced to the DoJ (in either 2009, or 2010), the address field reported in the invoice facsimile produced to the DoJ would have been automatically updated by Armor Holding's IT systems. Both indicated that, had the invoices and sales data been produced simultaneously, these inconsistencies would not exist.

34.    As an aid to the trier of fact, I have summarized the total amount of sales records in which this condition was noted. This data is found on **Exhibit 3**, where a total of ten (10) invoices sampled from ABA, amounting to a total of $61,671.70, are reported. I have noted that the address inconsistencies relate to only four customers: the Social Security Administration ($8,723), National Park Service ($2,505.20), San Manual Indian Bingo & Casino ($10,741.50), and Defense Finance and Account Service (or DFAS, $39,702). For the reasons noted in this section of my report, and the fact that the other data fields (such as invoice dates, invoice number, quantity, price, and description) in the Armor Holdings Z Shield sales spreadsheets matched the invoices, I have not reduced the amount of the claimed sales from my damages calculations, but report such exceptions on **Exhibit 3** as an aid to the trier of fact.

35.    Additionally, for ABA, there were four (4) instances (representing four line items reported on four separate invoices) in which the *PART ID* field in the Armor Holdings Z Shield sales spreadsheet was different than that on the invoice. For each of these four (4) instances, the product descriptors in the Armor Holdings Z Shield sales spreadsheet match up to those on the respective invoices, as do all other fields. As a result, I have not reduced the amount of the claimed sales from my damages calculations, but report such exceptions on **Exhibit 3** as an aid to the trier of fact.

36.     Also for ABA, I found a single invoice where the individual product descriptors for seven (7) line items in the Armor Holdings Z Shield sales spreadsheet did not match with the corresponding line items in the invoice. At the same time, I found that there were also seven (7) line items in the invoice which could not be matched to the Armor Holdings Z Shield sales spreadsheet. I found that the dollar amounts (individually and in the aggregate) for each of the seven (7) line items at issue here matched between the two data sources – also of interest to this analysis, each of the unmatched invoice line items represented a Z Shield product. As a result, I have not reduced the amount of the claimed sales from my damages calculations, but report these exceptions on **Exhibit 3** as an aid to the trier of fact.

### Review Performed to Identify and Exclude Potential non-Federal Sales

37.     We reviewed the Armor Holdings sales data to identify any sales that appeared to have been made to non-Federal customers.  Specifically, we performed a 100% review of the entire Armor Holdings sales data to identify customer names and additional fields denoting "type of customer" that would indicate non-federal sales being included in the sales data.  We have identified no adjustments for potential non-Federal sales required to our damages calculation. Our analysis is described below.

38.     Mr. Harmon of Armor Holdings noted that these sales records for all three Armor Holding entities include a field entitled *"Salesrep,"* which contains numerical codes.  Mr. Harmon informed us that a code in this field between the range of "200" and "299" identifies the customer as a federal entity.  We noted forty-two (42) sales records associated with twelve (12) invoices in the Armor Holdings sales data in which the *Salesrep* field was blank, or otherwise outside of the "200" to "299" range. For 3 of the invoices, while the Amor Holdings Z Shield product sales spreadsheets did not specify a value for *Salesrep*, the invoice itself specified a value of 202 – indicating a federal entity. For another 3 of the invoices, the *Order Specs* field referenced a specific GSA contract number. For another 5 of the invoices, the *Customer Name* specifies an entity that is clearly a federal entity. Finally, for a single invoice, while the Armor Holdings Sales data does not specify that the invoice relates to a federal entity (specifying the customer as "Uniform Den Incorporated"), the invoice itself reflects that the customer is "Air

13

National Guard." A detailed summary of my analysis of invoices where the *Salesrep* field was blank, or otherwise outside of the "200" to "299" range is summarized at **Exhibit 6**.

### Review Performed to Identify and Exclude Potential non-Z Shield Product Sales

39.     From the data contained in the Armor Holdings Z Shield product sales spreadsheets, I have compiled a list of the various *Part IDs* – and using this data I have summarized the claimed amount of sales by *Part ID*.  As an aid to the trier of fact, I have summarized this information in **Exhibits 5.1**, **5.2**, and **5.3** of this report.  As noted previously in this report, the Armor Holdings Z Shield product sales spreadsheets were re-compiled from the Armor Holdings sales data utilizing the Z Shield product identification spreadsheet provided by Arthur Rosenberg.  As such, each *Part ID* has been confirmed by Arthur Rosenberg.[8]

## Summary of Calculations

40.     Based on our statistical sampling and review of the evidentiary matter related to the GSA Sales, I have calculated the following amount of expenditures that have been made by the Government for Z Shield ballistic body armor products through the auspices of the GSA:

---

[8] My staff and I discussed the sales data for the Armor Holdings entities with Jim Harmon (Director, Supply Chain - Eastern Region, at Armor Holdings) and Arthur Rosenberg (outside counsel for Armor Holdings).  Mr. Rosenberg, who was involved in the production of data and invoices, confirmed that the data that was provided related only to sales of Zylon ballistic body armor to the federal government. Mr. Harmon subsequently also confirmed that the data provided related only to sales to the federal government of Zylon ballistic body armor and minor amounts of Zylon-based ballistic body armor accessories. To the extent further information is received by me, I reserve the right to consider this information in calculating damages.

**Table 4**

**Expenditures by the Government for Z Shield Ballistic Body Armor Products
Through the Auspices of the GSA**

| | | |
|---|---|---|
| **Reported Expenditures** | | **$6,841,929** |
| Percent of expenditures supported in the sample | 99.8% | |
| **Adjusted  Expenditures** | | **$6,829,367** |
| | | |
| Confidence Level in Statistical Sampling Results | 99% | |
| Sampling Results -- i.e., Statistical Precision | +/- 1.15% | |
| **Statistical Range of Adjusted Expenditures** | | **$6,750,714 to $6,908,020** |

**Exhibit 1** provides a summary of my calculations for GSA Sales.

# BVP REIMBURSEMENTS

**Background**

41.     Under the Bullet Proof Vest Grant Partnership Act, the Government reimburses
eligible state, local and tribal agencies for up to fifty percent of the cost of ballistic body
armor; the actual reimbursement is subject to an entitlement cap for the respective agency
for each fiscal year. The reimbursement and accounting for this process is performed by
the Office of Justice Programs (OJP) of the U.S. Department of Justice.[9]

**Description of Analysis**

42.     I have reviewed the deposition of Ms. Linda Hammond-Deckard, dated July 29,
2015, in which she provided testimony regarding the BVP reimbursement data that has
been produced by the Government in this litigation.[10]  Specifically, Ms. Hammond-
Deckard testified to the amounts of BVP reimbursement related to sales of Zylon ballistic
body armor for products manufactured by the following Armor Holdings entities:

| | |
|---|---|
| **American Body Armor** | Deposition pages 79-84, and Exhibit DX 1052; |
| **Safariland** | Deposition pages 79-84, and Exhibit DX 1053; |
| **Protech** | Deposition pages 79-84, and Exhibit DX 1054. |

43.     I have confirmed that the reimbursed amounts contained in Exhibits DX 1052
through 1054 to Ms. Hammond-Deckard's deposition indicate a reimbursement rate of
50% of the amount submitted.  It is my understanding from the DoJ that the United States
has made other reimbursements to purchasing agencies at rates of less than 50%.
However, for this matter, the DoJ has requested that I analyze only reimbursements made

---

[9] Complaint of the United States of America; filed June 5, 2008, United States of America v. Honeywell
International, Inc., pp. 4 and 7.
[10] Deposition of Linda Hammond-Deckard; dated July 29, 2015; and related exhibits. I have also reviewed
Ms. Linda Hammond-Deckard's June 14, 2011 deposition and related exhibits.

at 50%. Should additional information become available with respect to reimbursements made by the Government at rates lower than 50%, I reserve the right to revise my analysis and consider other claims for these additional reimbursements.

44.     The BVP reimbursements to which Ms. Hammond–Deckard provided testimony, and which were detailed in Exhibits DX 1052 through 1054 to her deposition, represented reimbursements related to Zylon ballistic body armor sales made by the Armor Holding entities. As a consequence, the Armor Holdings Z Shield ballistic body armor products at issue in this litigation are a subset of the reimbursement data detailed in Exhibits DX 1052 through 1054 to Ms. Hammond–Deckard's deposition.

45.     In order to compile the data comprising the Z Shield ballistic body armor sales data that is the subject of this litigation, my staff and I compiled the subset of Z Shield product reimbursement data detailed in Exhibits DX 1052 through 1054 to Ms. Hammond–Deckard's deposition.   This process involved matching the *NIJ Model #* in the Armor Holdings Z Shield product identification spreadsheet (provided by Arthur Rosenberg)[11] to the respective *Model Name* data contained in Exhibits DX 1052 through 1054 to Ms Hammond–Deckard's deposition.   Through this process we compiled a new Armor Holdings Z Shield Related BVP Reimbursement Spreadsheet, for which reimbursement had been made under the BVP program for Armor Holdings Z Shield ballistic body armor products. This data set is attached as **Exhibit 7** to this report.

46.     Based upon my review of the deposition of Ms. Hammond-Deckard and the exhibits to her deposition, the reimbursements made under the BVP program for entities' purchases of  body armor containing Z Shield constitute an element of alleged damages in this matter.

47.     The BVP reimbursements for Z Shield related Armor Holdings body armor products are summarized in **Table 5** below.

---

[11] The Armor Holdings Z Shield product identification spreadsheet provided by Arthur Rosenberg identified each NIJ Model # as 'containing Z Shield' (denoted by a "Y"), or 'not containing Z Shield' (denoted by an "N") and, therefore, we were able to determine for each reimbursement record in Exhibits DX 1052 through 1054 whether the reimbursement was for a bullet proof body armor product containing Z Shield.

**Table 5**

## BVP Reimbursements for Z Shield related Body Armor

| | Cost of Body Armor Submitted for Reimbursement | Amount Reimbursed |
|---|---|---|
| American Body Armor | $9,062,892 | $4,531,446 |
| Safariland | 1,187,906 | 593,953 |
| Protech | 6,291 | 3,145 |
| **Total** | **$10,257,089** | **$5,128,544** |

48.    In order to test the compilation of the Body Armor Manufacturer-Related BVP Reimbursements data summarized in *Linda Hammond-Deckard Deposition – Exhibits DX 1052 through 1054,* my staff and I selected a statistical sample of reimbursement records from the *Linda Hammond-Deckard Deposition – Exhibits DX 1052 through 1054* for further forensic accounting comparison to the underlying U.S. Government BVP Accounting Database.  This forensic accounting procedure, involving comparison of reported accounting data to "documentary evidence," is referred to as a "tracing back," or a "vouching," forensic accounting procedure.[12]

49.    The supplemental forensic accounting procedures performed by me and my staff, together with the results of this forensic accounting testing, are described in the following sections.

**Sampling**

50.    We conducted a qualitative Simple Random Sampling (SRS) analysis in order to

---

[12] FTI023-0291.

test whether the U.S. Government Body Armor Manufacturers' Zylon-related disbursement data, as documented in the *Linda Hammond-Deckard Deposition – Exhibits DX 1052 through 1054,* was supported by the transactional records contained in the underlying U.S. Government's BVP Accounting Database. Specifically, we tested for:

> ➢ agreement with the application for reimbursement under the Bulletproof Vest Partnership Grant Act, as submitted by the respective jurisdiction; [13] and

> ➢ agreement with the documented U.S. Government disbursement to the respective jurisdiction (for the Body Armor Manufacturers-related bullet-resistant body armor purchases);

51.    Simple Random Sampling is a sampling technique customarily used by forensic accountants, in which *"n"* items (i.e., the sampled Body Armor Manufacturer-Related BVP Reimbursement records) are selected from the *"N"* items in the population (i.e., all of the records in the Body Armor Manufacturer-Related BVP Reimbursement data associated with Z Shield products) in such a way that each of the *"N"* individual Z Shield Body Armor Manufacturer-Related BVP Reimbursement records has an equal chance of being selected.

52.    The sample size (*n*) was determined using a published table in an auditing textbook, and assuming the following statistical parameters: 1) the population size (*N*) is large, 2) the expected population deviation rate is zero, 3) the tolerable deviation rate is 3%, and 4) a 95% confidence level. Given these parameters, the sample size indicated by this table is a sample comprising ninety-nine (99) reimbursement records.[14]

53.    To select our random sample, my staff and I utilized an Excel-based random number generator to assign a unique number to each of the 3,279 reimbursement records comprising the population being sampled.  We then sorted the records by this unique

---

[13] The BVP program presented submitting jurisdictions with a paper-less "online" application process for reimbursement of their costs of acquisition of bullet-resistant body armor. For example, in the deposition of Ms. Linda Hammond-Deckard (June 14, 2011; p 29), the following testimony evidences this:  Question: "The entire BVP [application request for reimbursement] process is – is done online; is that correct?" Answer: "Yes, it is."  In addition, the Bulletproof Vest Partnership PROGRAM FACT SHEET states the following to be a fact: "The entire BVP application and payment process occurs online at https://vests.ojp.gov"   source:  (NST004-0783-84).

[14] FTI023-0292.

number (smallest to largest) and selected the first 99 Body Armor Manufacturer-Related BVP Reimbursement records.  Because this randomization process resulted in no (i.e., zero) records related to Protech being selected (which is not surprising, given that there is only one (1) Protech record out of 3,279 records in the population, which entails a 0.03% probability of selecting that record), my staff and I selected the single record related to this manufacturer for inclusion in our sample of records selected.  As such, our sample size was increased from 99 to 100.  See **Exhibit 7** for the sample records selected.

**Forensic Accounting Analysis of U.S. Government Body Armor Manufacturers Z Shield-Related Disbursement Data**

54.     For each of the 100 records in our sample, I, or a member of my staff under my direction ("my staff"), traced back (i.e., vouched) the sampled records by use of a government computer with access to the U.S. Government's BVP Accounting Database. The following outlines the procedures we performed to identify and analyze each sampled record:

**Step 1:**     To begin the vouching of the sampled record to the corresponding record in the U.S. Government's BVP Accounting Database, the sampled record's *Agency Name* was entered in the U.S. Government's BVP Accounting Database "search bar" and its corresponding *State* was selected from a drop down list. See **Figure 1** for an exemplar of this process.

20

**Figure 1**



**Step 2:**  From the list that resulted from performing Step 1, the jurisdiction with the sampled record's *BVP System Agency ID* was selected by clicking on the corresponding "Agency Name" field. See **Figure 2** for an exemplar of this process.

**Figure 2**

**Step 3:**  Selecting the appropriate agency in step 2 directs the user to a main page for the jurisdiction. The user then clicks on the jurisdiction's "Payments" tab to display information related to requests submitted by the jurisdiction and payments made to the jurisdiction. See **Figure 3** for an exemplar of this process.

**Figure 3**



**Step 4:**   The screen that is returned (by selecting the "Payments" tab) lists all prior payments made to the jurisdiction under the BVP program. The following details were then traced (i.e., vouched) from the sampled record to the transactional record contained in the U.S. Government's BVP Accounting Database:

> ➢ *DATE REQUESTED* (as disclosed in the *Linda Hammond-Deckard Deposition – Exhibits DX 1052 through 1054*) was matched to the corresponding data in the *"Date Requested,"* field located in the U.S. Government's BVP Accounting Database

> ➢ *AMOUNT REQUESTED* (as disclosed in *Linda Hammond-Deckard Deposition – Exhibits DX 1052 through 1054*) was matched to the corresponding data in the *"Amount Requested"* field located in the U.S. Government's BVP Accounting Database.

22

> *DATE PAID* (as disclosed in the *Linda Hammond-Deckard Deposition – Exhibits DX 1052 through 1054*) was matched to the corresponding data in the *"Payment Date,"* field located in the U.S. Government's BVP Accounting Database;

Once the corresponding payment was matched by this forensic accounting tracing process, further details of that payment (in the U.S. Government's BVP Accounting Database) were identified by clicking *"View."* See **Figure 4** for an exemplar of this process.

<u>**Figure 4**</u>



**Step 5:** The following details (disclosed through the use of the *View* link) were then traced (i.e., vouched) from the sampled record to the transactional record contained in the U.S. Government's BVP Accounting Database:

> *YEAR RECEIVED* (as disclosed in *Linda Hammond-Deckard Deposition – Exhibits DX 1052 through 1054*) was matched to the corresponding data in the *"Fiscal Year"* field located in the U.S.

23

Government's BVP Accounting Database;

> *AMOUNT REQUESTED* (as disclosed in *Linda Hammond-Deckard Deposition – Exhibits DX 1052 through 1054*) was matched to the corresponding data in the "*Request Amount*" field located in the U.S. Government's BVP Accounting Database;

> *DATE REQUESTED* (as disclosed in *Linda Hammond-Deckard Deposition – Exhibits DX 1052 through 1054*) was matched to the corresponding data in the "*Requested Date*" field located in the U.S. Government's BVP Accounting Database;

> *AMOUNT PAID* (as disclosed in *Linda Hammond-Deckard Deposition – Exhibits DX 1052 through 1054*) was matched to the corresponding data in the "*Amount*" field located in the U.S. Government's BVP Accounting Database; and was confirmed to be 50% of the "*Total Cost*" field;

> *DATE PAID* (as disclosed in *Linda Hammond-Deckard Deposition – Exhibits DX 1052 through 1054*) was matched to the corresponding data in the "*Approved Date*" field located in the U.S. Government's BVP Accounting Database;

After this vouching (i.e., tracing back) of the sampled record to the transactional record contained in the U.S. Government's BVP Accounting Database, the details of this application for reimbursement record were identified by clicking on the *"Receipt ID"* link. See **Figure 5** for an exemplar of this process.

**Figure 5**



**Step 6:** We then traced back the transactional details by utilizing the U.S. Government's BVP Accounting Database screen query that displayed further transactional details. We verified the following additional record fields associated with the sampled record, including:

> ➤ *MODEL ID* (as disclosed in *Linda Hammond-Deckard Deposition – Exhibits DX 1052 through 1054*) was matched to the corresponding data in the "*Model*" field located in the U.S. Government's BVP Accounting Database;

> ➤ *MANUFACTURER* (as disclosed in *Linda Hammond-Deckard Deposition – Exhibits DX 1052 through 1054*) was matched to the corresponding data in the "*Manufacturer*" field located in the U.S.

25

Government's BVP Accounting Database;

➢ *UNIT PRICE* (as disclosed in *Linda Hammond-Deckard Deposition – Exhibits DX 1052 through 1054*) was matched to the corresponding data in the "*Price Per Unit*" field located in the U.S. Government's BVP Accounting Database;

➢ *QTY RECEIVED* (as disclosed in *Linda Hammond-Deckard Deposition – Exhibits DX 1052 through 1054*) was matched to the corresponding data in the "*Quantity*" field located in the U.S. Government's BVP Accounting Database;

➢ *EXTENDED PRICE* (as disclosed in *Linda Hammond-Deckard Deposition – Exhibits DX 1052 through 1054*) was matched to the corresponding data in the "*Cost*" field located in the U.S. Government's BVP Accounting Database;

➢ *DATE RECEIVED* (as disclosed in *Linda Hammond-Deckard Deposition – Exhibits DX 1052 through 1054*) was matched to the corresponding data in the "*Received Date*" field located in the U.S. Government's BVP Accounting Database;

➢ *DISTRIBUTOR* (as disclosed in *Linda Hammond-Deckard Deposition – Exhibits DX 1052 through 1054*) was matched to the corresponding data in the "*Vendor*" field located in the U.S. Government's BVP Accounting Database;

See **Figure 6** for an exemplar of this process.

**Figure 6**



## Results of Supplemental Procedures Performed

For each of the 100 records sampled, the following fields were exactly matched to the query results:

- ✓ *AGENCY ID,*
- ✓ *AGENCY NAME,*
- ✓ *STATE,*
- ✓ *QTY RECEIVED,*
- ✓ *DATE RECEIVED,*
- ✓ *YEAR RECEIVED,*
- ✓ *UNIT PRICE,*

- ✓ *EXTENDED PRICE,*
- ✓ *AMOUNT REQUESTED,*
- ✓ *DATE REQUESTED,*
- ✓ *AMOUNT PAID,*
- ✓ *DATE PAID,*
- ✓ *MODEL NAME,*
- ✓ *MANUFACTURER, and*
- ✓ *DISTRIBUTOR*

**Summary of Calculations of BVP Reimbursement**

55.    Based on the procedures performed and my review of the BVP Data provided to me, I have calculated the total amount of damages related to expenditures made by the U.S. Government to state, local, and tribal law enforcement agencies for reimbursement (under the provisions of the Bulletproof Vest Partnership Grant Act) for their purchases of Z Shield ballistic body armor to be the amount of **$5,128,544**.

## CONCLUSION

56.    Based on my analysis of the evidentiary matter related to this litigation, it is my opinion that the financial damages comprise the following:

- **$6,829,367,** as a point-estimate of the amount of Z Shield ballistic body armor sales supported by Armor Holdings documentation (based on statistical sampling as detailed above); and
- **$5,128,544** in BVP reimbursements made by the U.S. Government to state, local, and tribal law enforcement agencies for reimbursement (under the provisions of the Bulletproof Vest Partnership Grant Act) for their purchases of Z Shield ballistic body armor.

The total amount of calculated damages is **$11,957,911**.

* * * * *

Respectfully submitted,

Joseph Anastasi

November 2, 2015

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

**Exhibit 1**

# Summary of Damages

|  | Amount |
|---|---|
| **Honeywell-Related Z Shield Sales Supported by Documentation** | $6,829,367 |
| **BVP Reimbursements Made by the Federal Government for Honeywell Z Shield Body Armor Products** | 5,128,544 |
| **Total** | $11,957,911 |

**Exhibit 2**

# Adjusted Sales Based on Sampling

|  | Sales of Z Shield Products by Armor Holdings Entities | Percent Supported in Sample[1] | Adjusted Sales |
|---|---|---|---|
| **Armor Holdings** |  |  |  |
| ABA | $6,386,320 |  |  |
| Protech | 262,492 |  |  |
| Safariland | 193,117 |  |  |
|  | $6,841,929 | 99.8164% | $6,829,367 |

**Notes and Sources**
1. See **Exhibit 4**.

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

**Exhibit 3**

**Summary of Inconsistencies Found Between Body Armor Z Shield Product Sales Spreadsheet and Supporting Invoices**

| | | | Inconsistencies Identified Which Are Unrelated to Sales Amount | | |
|---|---|---|---|---|---|
| Manufacturer | Invoice | Invoice Amount | Line Items Affected by Inconsistency | Unsupported Amount | Description of Insonsistency |
| ABA | S02-068107 | $10,741.50 | $10,741.50 | $0.00 | 1) Invoice address does not match. However, the customer (SAN MANUAL INDIAN BINGO & CASINO) and all other information matches with the exception of item 2 below. |
| | | | 2,425.50 | 0.00 | 2) Seven (7) of the product descriptors in the Armor Holdings Z Shield product sales spreadsheets do not match to product descriptors on the invoice (2 records for MPC - A-XXA3-LGXLX-3AK, and 1 record for each of MPC - A-XXA3-LGXRL-3AK, MPC - A-XXA3-LGXRX-3AK, MPC - A-XXA3-LGXXX-3AK, MPC - A-XXA3-MMLLL-3AK, and MPC - A-XXA3-3XXZZ-3AK). However, the seven (7) unmatched product descriptors on the invoice all contain Z-shield (2 records for MPC - A-XXA3-1XLLR-3AB, and 1 record for each of MPC - A-XXA3-2XLSS-3AK, MPC - A-XXA3-2XXSL-3AK, MPC - A-XXA3-LGLLL-3AK, MPC - A-XXA3-LGXLR-3AK, and MPC - A-YXA3-SBLXX-3AK). |
| ABA | A03-11966I | 2,013.00 | 2,013.00 | 0.00 | Invoice address does not match. However, the customer (SOCIAL SECURITY ADMINISTRATION) and all other information matches. |
| ABA | A03-12024I | 4,026.00 | 4,026.00 | 0.00 | Invoice address does not match. However, the customer (SOCIAL SECURITY ADMINISTRATION) and all other information matches. |
| ABA | A03-12053I | 2,013.00 | 2,013.00 | 0.00 | Invoice address does not match. However, the customer (SOCIAL SECURITY ADMINISTRATION) and all other information matches. |
| ABA | A03-12055I | 671.00 | 671.00 | 0.00 | Invoice address does not match. However, the customer (SOCIAL SECURITY ADMINISTRATION) and all other information matches. |
| ABA | A03-12676I | 625.00 | 625.00 | 0.00 | Invoice address does not match. However, the customer (NATIONAL PARK SERVICE) and all other information matches. |
| ABA | A03-13418I | 799.00 | 799.00 | 0.00 | Invoice address does not match. However, the customer (NATIONAL PARK SERVICE) and all other information matches. |
| ABA | A03-14041I | 625.00 | 625.00 | 0.00 | Invoice address does not match. However, the customer (NATIONAL PARK SERVICE) and all other information matches. |
| ABA | A05-12394I | 456.20 | 456.20 | 0.00 | Invoice address does not match. However, the customer (NATIONAL PARK SERVICE) and all other information matches. |
| ABA | A01-23259I | 39,702.00 | 39,702.00 | 0.00 | Invoice address does not match. However, the customer (DFAS-OP/FVP) and all other information matches. |
| ABA | A04-12435I | 13,877.19 | 13,363.22 | 0.00 | One of two PART IDs in the Armor Holdings Z Shield product sales spreadsheets does not match to the invoice (3A-XTX-FS-2748-M). However, the description field for this line item matches to the invoice (DN# 2748 XTX3A-1 IIIA-FULLSIDE) as do all other fields. |
| ABA | A04-13453I | 25,698.50 | 22,614.68 | 0.00 | One of two PART IDs in the Armor Holdings Z Shield product sales spreadsheets does not match to the invoice (3A-XTX-FS-2748-M). However, the description field for this line item matches to the invoice (DN# 2748 XTX3A-1 IIIA-FULLSIDE) as do all other fields. |
| ABA | A04-13541I | 25,698.50 | 22,614.68 | 0.00 | One of two PART IDs in the Armor Holdings Z Shield product sales spreadsheets does not match to the invoice (3A-XTX-FS-2748-M). However, the description field for this line item matches to the invoice (DN# 2748 XTX3A-1 IIIA-FULLSIDE) as do all other fields. |
| ABA | A04-00585I | (2,397.00) | (2,397.00) | 0.00 | PART ID in the Armor Holdings Z Shield product sales spreadsheets does not match to the invoice (3A-XTZX-FS-OC302). However, the description field for this line item matches to the invoice (XT-ZX IIIA-FULLSIDE W/1 OC302 CARRIER) as do all other fields. |
| **Total - Differences Not Affecting Sales Amount** | | **$124,548.89** | **$117,867.28** | **$0.00** | |

Confidential - Subject to Protective Order

1 of 2

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

**Exhibit 3**

**Summary of Inconsistencies Found Between Body Armor Z Shield Product Sales Spreadsheet and Supporting Invoices**

| | | | | | |
|---|---|---|---|---|---|
| **Inconsistencies Identified Which Are Related to Sales Amount** | | | | | |
| Manufacturer | Invoice | Invoice Amount | Line Items Affected by Inconsistency | Unsupported Amount | Description of Insonsistency |
| ABA | A04-10937I | $12,849.25 | $10,793.37 | $10,036.32 | While the number of units (21) and Product ID (3A-XTX-FS-2748-M) matches to the invoice, the unit price and product descriptor does not match to the invoice. The spreadsheet reports 21 units of "DN# 2748 XTX3A-1 IIIA-FULLSIDE" at a unit price of $513.97, while the invoice reports 21 units of "DN# 2748 EXTRA CARRIER W/VEST" at a unit price of $36.05. It is noted that there are 37 other line items selected in the random sample where the invoice shows this Product ID (i.e., 3A-XTX-FS-2748-M) and the descriptor is "DN# 2748 XTX3A-1 IIIA-FULLSIDE" (with unit prices between $424.15 and $513.97) and there are no instances where the desciption of this Product ID is "DN# 2748 EXTRA CARRIER W/VEST." |
| ABA | A04-11863I | (4,794.00) | (4,794.00) | (4,794.00) | The invoice reports the Sold to Addresss as "Vest Exchange" and shows a dollar amount of $0. The Part ID and Description also do not match between the spreadsheet and the invoice. |
| **Total - Differences Affecting Sales Amount** | | **$8,055.25** | **$5,999.37** | **$5,242.32** | |

Confidential - Subject to Protective Order

2 of 2

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

**Exhibit 4**

### Sample Results

| Invoice # | Entity | [a] Invoice Count | Number of Records | [b] Reported Sales Amount | [c] Amount of Unsupported Sales | [d] = [b] - [c] Amount Supported | [e] = [d] / [b] % Supported | Fully Supported? | [f] = Σ[e₁…eₙ] / [a] Sample Average | [g] = STDEV[e₁…eₙ] Sample Standard Deviation | [t₁] = t-value @ 99% conf, DF = [aₙ₋₁] Student's t-value | [h] = [g]/[√a] * [t₁]/[f] Implied Level of Precision @ 99% Conf | [t₂] = t-value @ 95% conf, DF = [aₙ₋₁] Student's t-value | [i] = [g]/[√a] * [t₂]/[f] Implied Level of Precision @ 95% Conf |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A04-00412I | AB | 1 | 2 | $3,563.00 | $0.00 | $3,563.00 | 100.0000% | Y | 100.0% | 0.00% | | 0.00% | | 0.00% |
| A03-13418I | AB | 2 | 1 | 799.00 | 0.00 | 799.00 | 100.0000% | Y | 100.0% | 0.00% | 63.66 | 0.00% | 12.71 | 0.00% |
| S02-069277 | SA | 3 | 6 | 4,104.00 | 0.00 | 4,104.00 | 100.0000% | Y | 100.0% | 0.00% | 9.92 | 0.00% | 4.30 | 0.00% |
| A03-029291 | AB | 4 | 2 | 7,191.00 | 0.00 | 7,191.00 | 100.0000% | Y | 100.0% | 0.00% | 5.84 | 0.00% | 3.18 | 0.00% |
| A03-031341 | AB | 5 | 1 | 1,598.00 | 0.00 | 1,598.00 | 100.0000% | Y | 100.0% | 0.00% | 4.60 | 0.00% | 2.78 | 0.00% |
| A03-10794I | AB | 6 | 2 | 16,779.00 | 0.00 | 16,779.00 | 100.0000% | Y | 100.0% | 0.00% | 4.03 | 0.00% | 2.57 | 0.00% |
| A01-23462I | AB | 7 | 1 | 39,304.98 | 0.00 | 39,304.98 | 100.0000% | Y | 100.0% | 0.00% | 3.71 | 0.00% | 2.45 | 0.00% |
| A05-123291 | AB | 8 | 2 | 6,386.80 | 0.00 | 6,386.80 | 100.0000% | Y | 100.0% | 0.00% | 3.50 | 0.00% | 2.36 | 0.00% |
| A04-11986I | AB | 9 | 1 | 1,803.84 | 0.00 | 1,803.84 | 100.0000% | Y | 100.0% | 0.00% | 3.36 | 0.00% | 2.31 | 0.00% |
| A05-03917I | AB | 10 | 1 | 639.26 | 0.00 | 639.26 | 100.0000% | Y | 100.0% | 0.00% | 3.25 | 0.00% | 2.26 | 0.00% |
| A01-22261I | AB | 11 | 2 | 8,750.00 | 0.00 | 8,750.00 | 100.0000% | Y | 100.0% | 0.00% | 3.17 | 0.00% | 2.23 | 0.00% |
| A02-02557I | AB | 12 | 2 | 9,588.00 | 0.00 | 9,588.00 | 100.0000% | Y | 100.0% | 0.00% | 3.11 | 0.00% | 2.20 | 0.00% |
| A04-00895I | AB | 13 | 2 | 5,139.70 | 0.00 | 5,139.70 | 100.0000% | Y | 100.0% | 0.00% | 3.05 | 0.00% | 2.18 | 0.00% |
| A05-123941 | AB | 14 | 1 | 456.20 | 0.00 | 456.20 | 100.0000% | Y | 100.0% | 0.00% | 3.01 | 0.00% | 2.16 | 0.00% |
| S02-048704 | SA | 15 | 1 | 9,792.09 | 0.00 | 9,792.09 | 100.0000% | Y | 100.0% | 0.00% | 2.98 | 0.00% | 2.14 | 0.00% |
| S02-058432 | SA | 16 | 8 | 5,472.00 | 0.00 | 5,472.00 | 100.0000% | Y | 100.0% | 0.00% | 2.95 | 0.00% | 2.13 | 0.00% |
| S02-040519 | SA | 17 | 32 | 21,669.12 | 0.00 | 21,669.12 | 100.0000% | Y | 100.0% | 0.00% | 2.92 | 0.00% | 2.12 | 0.00% |
| S02-069272 | AB | 18 | 33 | 26,367.00 | 0.00 | 26,367.00 | 100.0000% | Y | 100.0% | 0.00% | 2.90 | 0.00% | 2.11 | 0.00% |
| A03-11670I | AB | 19 | 2 | 2,500.00 | 0.00 | 2,500.00 | 100.0000% | Y | 100.0% | 0.00% | 2.88 | 0.00% | 2.10 | 0.00% |
| A02-11724I | AB | 20 | 1 | 1,518.10 | 0.00 | 1,518.10 | 100.0000% | Y | 100.0% | 0.00% | 2.86 | 0.00% | 2.09 | 0.00% |
| S02-068107 | AB | 21 | 31 | 10,741.50 | 0.00 | 10,741.50 | 100.0000% | Y | 100.0% | 0.00% | 2.85 | 0.00% | 2.09 | 0.00% |
| A03-10765I | AB | 22 | 1 | 2,397.00 | 0.00 | 2,397.00 | 100.0000% | Y | 100.0% | 0.00% | 2.83 | 0.00% | 2.08 | 0.00% |
| A04-10890I | AB | 23 | 1 | 601.28 | 0.00 | 601.28 | 100.0000% | Y | 100.0% | 0.00% | 2.82 | 0.00% | 2.07 | 0.00% |
| A03-03053I | AB | 24 | 1 | 998.00 | 0.00 | 998.00 | 100.0000% | Y | 100.0% | 0.00% | 2.81 | 0.00% | 2.07 | 0.00% |
| A04-01510I | AB | 25 | 1 | 625.00 | 0.00 | 625.00 | 100.0000% | Y | 100.0% | 0.00% | 2.80 | 0.00% | 2.06 | 0.00% |
| A05-05415I | AB | 26 | 2 | 4,375.00 | 0.00 | 4,375.00 | 100.0000% | Y | 100.0% | 0.00% | 2.79 | 0.00% | 2.06 | 0.00% |
| A02-11042I | AB | 27 | 1 | 5,593.00 | 0.00 | 5,593.00 | 100.0000% | Y | 100.0% | 0.00% | 2.78 | 0.00% | 2.06 | 0.00% |
| A04-05964I | AB | 28 | 1 | 671.00 | 0.00 | 671.00 | 100.0000% | Y | 100.0% | 0.00% | 2.77 | 0.00% | 2.05 | 0.00% |
| A04-04643I | AB | 29 | 1 | 797.51 | 0.00 | 797.51 | 100.0000% | Y | 100.0% | 0.00% | 2.76 | 0.00% | 2.05 | 0.00% |
| A05-01190I | AB | 30 | 1 | 456.20 | 0.00 | 456.20 | 100.0000% | Y | 100.0% | 0.00% | 2.76 | 0.00% | 2.05 | 0.00% |
| S02-053939 | SA | 31 | 9 | 6,868.00 | 0.00 | 6,868.00 | 100.0000% | Y | 100.0% | 0.00% | 2.75 | 0.00% | 2.04 | 0.00% |
| A04-15221I | AB | 32 | 2 | 24,670.56 | 0.00 | 24,670.56 | 100.0000% | Y | 100.0% | 0.00% | 2.74 | 0.00% | 2.04 | 0.00% |
| A04-13748I | AB | 33 | 2 | 4,111.76 | 0.00 | 4,111.76 | 100.0000% | Y | 100.0% | 0.00% | 2.74 | 0.00% | 2.04 | 0.00% |
| S04-028583 | SA | 34 | 1 | 690.00 | 0.00 | 690.00 | 100.0000% | Y | 100.0% | 0.00% | 2.73 | 0.00% | 2.03 | 0.00% |
| A01-21460I | AB | 35 | 1 | 799.00 | 0.00 | 799.00 | 100.0000% | Y | 100.0% | 0.00% | 2.73 | 0.00% | 2.03 | 0.00% |
| A04-02165I | AB | 36 | 2 | 11,307.34 | 0.00 | 11,307.34 | 100.0000% | Y | 100.0% | 0.00% | 2.72 | 0.00% | 2.03 | 0.00% |
| A04-15054I | AB | 37 | 2 | 11,821.31 | 0.00 | 11,821.31 | 100.0000% | Y | 100.0% | 0.00% | 2.72 | 0.00% | 2.03 | 0.00% |
| A03-03227I | AB | 38 | 2 | 32,435.00 | 0.00 | 32,435.00 | 100.0000% | Y | 100.0% | 0.00% | 2.72 | 0.00% | 2.03 | 0.00% |
| A04-05773I | AB | 39 | 1 | 846.25 | 0.00 | 846.25 | 100.0000% | Y | 100.0% | 0.00% | 2.71 | 0.00% | 2.02 | 0.00% |
| A03-09826I | AB | 40 | 2 | 10,387.00 | 0.00 | 10,387.00 | 100.0000% | Y | 100.0% | 0.00% | 2.71 | 0.00% | 2.02 | 0.00% |
| A03-05936I | AB | 41 | 2 | 1,996.00 | 0.00 | 1,996.00 | 100.0000% | Y | 100.0% | 0.00% | 2.70 | 0.00% | 2.02 | 0.00% |
| S03-006850 | SA | 42 | 10 | 6,840.00 | 0.00 | 6,840.00 | 100.0000% | Y | 100.0% | 0.00% | 2.70 | 0.00% | 2.02 | 0.00% |
| A03-11335I | AB | 43 | 1 | 499.00 | 0.00 | 499.00 | 100.0000% | Y | 100.0% | 0.00% | 2.70 | 0.00% | 2.02 | 0.00% |
| A03-12477I | AB | 44 | 2 | 13,583.00 | 0.00 | 13,583.00 | 100.0000% | Y | 100.0% | 0.00% | 2.70 | 0.00% | 2.02 | 0.00% |
| A04-13088I | AB | 45 | 2 | 2,031.12 | 0.00 | 2,031.12 | 100.0000% | Y | 100.0% | 0.00% | 2.69 | 0.00% | 2.02 | 0.00% |
| A05-04510I | AB | 46 | 1 | 2,270.52 | 0.00 | 2,270.52 | 100.0000% | Y | 100.0% | 0.00% | 2.69 | 0.00% | 2.01 | 0.00% |
| A03-02905I | AB | 47 | 2 | 10,978.00 | 0.00 | 10,978.00 | 100.0000% | Y | 100.0% | 0.00% | 2.69 | 0.00% | 2.01 | 0.00% |
| A04-09609I | AB | 48 | 2 | 2,013.00 | 0.00 | 2,013.00 | 100.0000% | Y | 100.0% | 0.00% | 2.68 | 0.00% | 2.01 | 0.00% |
| A04-11863I | AB | 49 | 2 | (4,794.00) | (4,794.00) | 0.00 | 0.0000% | N | 98.0% | 14.29% | 2.68 | 5.59% | 2.01 | 4.19% |
| S03-036798 | SA | 50 | 3 | 4,605.00 | 0.00 | 4,605.00 | 100.0000% | Y | 98.0% | 14.14% | 2.68 | 5.47% | 2.01 | 4.10% |
| A04-01599I | AB | 51 | 2 | 11,821.31 | 0.00 | 11,821.31 | 100.0000% | Y | 98.0% | 14.00% | 2.68 | 5.36% | 2.01 | 4.02% |
| A03-06448I | AB | 52 | 1 | 4,794.00 | 0.00 | 4,794.00 | 100.0000% | Y | 98.1% | 13.87% | 2.68 | 5.25% | 2.01 | 3.94% |
| A04-11053I | AB | 53 | 1 | 507.78 | 0.00 | 507.78 | 100.0000% | Y | 98.1% | 13.74% | 2.67 | 5.14% | 2.01 | 3.86% |
| A02-07880I | AB | 54 | 1 | (9,976.40) | 0.00 | (9,976.40) | 100.0000% | Y | 98.1% | 13.61% | 2.67 | 5.04% | 2.01 | 3.78% |
| A03-10184I | AB | 55 | 2 | 14,471.00 | 0.00 | 14,471.00 | 100.0000% | Y | 98.2% | 13.48% | 2.67 | 4.94% | 2.00 | 3.71% |
| A03-04079I | AB | 56 | 1 | 1,537.00 | 0.00 | 1,537.00 | 100.0000% | Y | 98.2% | 13.36% | 2.67 | 4.85% | 2.00 | 3.64% |
| A03-04667I | AB | 57 | 2 | 3,992.00 | 0.00 | 3,992.00 | 100.0000% | Y | 98.2% | 13.25% | 2.67 | 4.76% | 2.00 | 3.58% |
| A04-04422I | AB | 58 | 1 | 797.51 | 0.00 | 797.51 | 100.0000% | Y | 98.3% | 13.13% | 2.66 | 4.68% | 2.00 | 3.51% |
| A04-06258I | AB | 59 | 1 | 1,973.70 | 0.00 | 1,973.70 | 100.0000% | Y | 98.3% | 13.02% | 2.66 | 4.59% | 2.00 | 3.45% |

United States of America v. Honeywell International, Inc.

Expert Report of Joseph Anastasi

**Exhibit 4**

**Sample Results**

| | | | | | | | | | | Cumulative or "Rolling" Sample Results | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | [a] | | [b] | [c] | [d] = [b] - [c] | [e] = [d] / [b] | | $[f] = \sum[e_1 \ldots e_n] / [a]$ | $[g] = STDEV[e_1 \ldots e_n]$ | $[t_1] = \text{t-value @ 99\% conf, DF} = [a_{n-1}]$ | $[h] = [g]/[\sqrt{a}] * [t_1]/[f]$ | $[t_2] = \text{t-value @ 95\% conf, DF} = [a_{n-1}]$ | $[i] = [g]/[\sqrt{a}] * [t_2]/[f]$ |
| Invoice # | Entity | Invoice Count | Number of Records | Reported Sales | Amount Unsupported Sales | Amount Supported | % Supported | Fully Supported? | Sample Average | Sample Standard Deviation | Student's t-value | Implied Level of Precision @ 99% Conf | Student's t-value | Implied Level of Precision @ 95% Conf |
| A03-03937I | AB | 60 | 1 | 799.00 | 0.00 | 799.00 | 100.0000% | Y | 98.3% | 12.91% | 2.66 | 4.51% | 2.00 | 3.39% |
| A02-12024I | AB | 61 | 2 | 27,166.00 | 0.00 | 27,166.00 | 100.0000% | Y | 98.4% | 12.80% | 2.66 | 4.43% | 2.00 | 3.33% |
| A04-13741I | AB | 62 | 2 | 4,111.76 | 0.00 | 4,111.76 | 100.0000% | Y | 98.4% | 12.70% | 2.66 | 4.36% | 2.00 | 3.28% |
| S01-028409 | SA | 63 | 20 | 13,543.20 | 0.00 | 13,543.20 | 100.0000% | Y | 98.4% | 12.60% | 2.66 | 4.29% | 2.00 | 3.22% |
| A02-11761I | AB | 64 | 1 | 7,047.00 | 0.00 | 7,047.00 | 100.0000% | Y | 98.4% | 12.50% | 2.66 | 4.22% | 2.00 | 3.17% |
| A03-02880I | AB | 65 | 1 | 499.00 | 0.00 | 499.00 | 100.0000% | Y | 98.5% | 12.40% | 2.65 | 4.15% | 2.00 | 3.12% |
| A02-10204I | AB | 66 | 2 | 49,821.75 | 0.00 | 49,821.75 | 100.0000% | Y | 98.5% | 12.31% | 2.65 | 4.08% | 2.00 | 3.07% |
| A05-05044I | AB | 67 | 2 | 1,824.80 | 0.00 | 1,824.80 | 100.0000% | Y | 98.5% | 12.22% | 2.65 | 4.02% | 2.00 | 3.03% |
| A02-13113I | AB | 68 | 1 | 7,984.00 | 0.00 | 7,984.00 | 100.0000% | Y | 98.5% | 12.13% | 2.65 | 3.96% | 2.00 | 2.98% |
| A05-05637I | AB | 69 | 2 | 1,898.13 | 0.00 | 1,898.13 | 100.0000% | Y | 98.6% | 12.04% | 2.65 | 3.90% | 2.00 | 2.93% |
| A02-10244I | AB | 70 | 1 | 799.00 | 0.00 | 799.00 | 100.0000% | Y | 98.6% | 11.95% | 2.65 | 3.84% | 1.99 | 2.89% |
| A04-15666I | AB | 71 | 2 | 15,419.10 | 0.00 | 15,419.10 | 100.0000% | Y | 98.6% | 11.87% | 2.65 | 3.78% | 1.99 | 2.85% |
| A02-09666I | AB | 72 | 1 | 625.00 | 0.00 | 625.00 | 100.0000% | Y | 98.6% | 11.79% | 2.65 | 3.73% | 1.99 | 2.81% |
| A03-09144I | AB | 73 | 2 | 12,784.00 | 0.00 | 12,784.00 | 100.0000% | Y | 98.6% | 11.70% | 2.65 | 3.67% | 1.99 | 2.77% |
| A02-11338I | AB | 74 | 1 | 21,573.00 | 0.00 | 21,573.00 | 100.0000% | Y | 98.6% | 11.62% | 2.64 | 3.62% | 1.99 | 2.73% |
| A04-13908I | AB | 75 | 2 | 21,586.74 | 0.00 | 21,586.74 | 100.0000% | Y | 98.7% | 11.55% | 2.64 | 3.57% | 1.99 | 2.69% |
| A03-00325I | AB | 76 | 1 | 799.00 | 0.00 | 799.00 | 100.0000% | Y | 98.7% | 11.47% | 2.64 | 3.52% | 1.99 | 2.66% |
| A04-14379I | AB | 77 | 1 | (1,027.94) | 0.00 | (1,027.94) | 100.0000% | Y | 98.7% | 11.40% | 2.64 | 3.48% | 1.99 | 2.62% |
| A04-01283I | AB | 78 | 1 | 671.00 | 0.00 | 671.00 | 100.0000% | Y | 98.7% | 11.32% | 2.64 | 3.43% | 1.99 | 2.59% |
| A03-03949I | AB | 79 | 1 | 799.00 | 0.00 | 799.00 | 100.0000% | Y | 98.7% | 11.25% | 2.64 | 3.39% | 1.99 | 2.55% |
| A03-10093I | AB | 80 | 1 | 509.00 | 0.00 | 509.00 | 100.0000% | Y | 98.8% | 11.18% | 2.64 | 3.34% | 1.99 | 2.52% |
| A04-09132I | AB | 81 | 1 | 1,806.24 | 0.00 | 1,806.24 | 100.0000% | Y | 98.8% | 11.11% | 2.64 | 3.30% | 1.99 | 2.49% |
| A02-12977I | AB | 82 | 1 | 7,990.00 | 0.00 | 7,990.00 | 100.0000% | Y | 98.8% | 11.04% | 2.64 | 3.26% | 1.99 | 2.46% |
| A04-14450I | AB | 83 | 2 | 20,044.83 | 0.00 | 20,044.83 | 100.0000% | Y | 98.8% | 10.98% | 2.64 | 3.22% | 1.99 | 2.43% |
| A02-10529I | AB | 84 | 2 | 9,108.00 | 0.00 | 9,108.00 | 100.0000% | Y | 98.8% | 10.91% | 2.64 | 3.18% | 1.99 | 2.40% |
| A04-13043I | AB | 85 | 1 | 601.28 | 0.00 | 601.28 | 100.0000% | Y | 98.8% | 10.85% | 2.64 | 3.14% | 1.99 | 2.37% |
| S02-054320 | AB | 86 | 3 | 24,620.00 | 0.00 | 24,620.00 | 100.0000% | Y | 98.8% | 10.78% | 2.63 | 3.10% | 1.99 | 2.34% |
| A03-14268I | AB | 87 | 2 | 8,483.00 | 0.00 | 8,483.00 | 100.0000% | Y | 98.9% | 10.72% | 2.63 | 3.06% | 1.99 | 2.31% |
| A03-13319I | AB | 88 | 2 | 10,978.00 | 0.00 | 10,978.00 | 100.0000% | Y | 98.9% | 10.66% | 2.63 | 3.03% | 1.99 | 2.28% |
| A03-02708I | AB | 89 | 2 | 3,125.00 | 0.00 | 3,125.00 | 100.0000% | Y | 98.9% | 10.60% | 2.63 | 2.99% | 1.99 | 2.26% |
| A05-09056I | AB | 90 | 1 | 456.20 | 0.00 | 456.20 | 100.0000% | Y | 98.9% | 10.54% | 2.63 | 2.96% | 1.99 | 2.23% |
| A03-10253I | AB | 91 | 1 | 671.00 | 0.00 | 671.00 | 100.0000% | Y | 98.9% | 10.48% | 2.63 | 2.92% | 1.99 | 2.21% |
| A04-04512I | AB | 92 | 2 | 1,293.42 | 0.00 | 1,293.42 | 100.0000% | Y | 98.9% | 10.43% | 2.63 | 2.89% | 1.99 | 2.18% |
| S03-039903 | SA | 93 | 7 | 24,150.00 | 0.00 | 24,150.00 | 100.0000% | Y | 98.9% | 10.37% | 2.63 | 2.86% | 1.99 | 2.16% |
| A05-06719I | AB | 94 | 1 | 636.74 | 0.00 | 636.74 | 100.0000% | Y | 98.9% | 10.31% | 2.63 | 2.83% | 1.99 | 2.14% |
| A04-15588I | AB | 95 | 2 | 9,765.43 | 0.00 | 9,765.43 | 100.0000% | Y | 98.9% | 10.26% | 2.63 | 2.80% | 1.99 | 2.11% |
| A03-07753I | AB | 96 | 2 | 6,250.00 | 0.00 | 6,250.00 | 100.0000% | Y | 99.0% | 10.21% | 2.63 | 2.77% | 1.99 | 2.09% |
| A04-03272I | AB | 97 | 1 | 3,987.55 | 0.00 | 3,987.55 | 100.0000% | Y | 99.0% | 10.15% | 2.63 | 2.74% | 1.98 | 2.07% |
| S02-056354 | SA | 98 | 15 | 10,260.00 | 0.00 | 10,260.00 | 100.0000% | Y | 99.0% | 10.10% | 2.63 | 2.71% | 1.98 | 2.05% |
| A01-20573I | AB | 99 | 1 | 1,700.00 | 0.00 | 1,700.00 | 100.0000% | Y | 99.0% | 10.05% | 2.63 | 2.68% | 1.98 | 2.02% |
| A03-00557I | AB | 100 | 1 | 799.00 | 0.00 | 799.00 | 100.0000% | Y | 99.0% | 10.00% | 2.63 | 2.65% | 1.98 | 2.00% |
| A04-11099I | AB | 101 | 2 | 11,821.31 | 0.00 | 11,821.31 | 100.0000% | Y | 99.0% | 9.95% | 2.63 | 2.63% | 1.98 | 1.98% |
| S03-007038 | AB | 102 | 9 | 7,047.00 | 0.00 | 7,047.00 | 100.0000% | Y | 99.0% | 9.90% | 2.63 | 2.60% | 1.98 | 1.96% |
| A05-00860I | AB | 103 | 1 | 2,405.12 | 0.00 | 2,405.12 | 100.0000% | Y | 99.0% | 9.85% | 2.62 | 2.57% | 1.98 | 1.94% |
| A04-13089I | AB | 104 | 2 | 1,015.56 | 0.00 | 1,015.56 | 100.0000% | Y | 99.0% | 9.81% | 2.62 | 2.55% | 1.98 | 1.93% |
| A02-07882I | AB | 105 | 1 | 625.00 | 0.00 | 625.00 | 100.0000% | Y | 99.0% | 9.76% | 2.62 | 2.52% | 1.98 | 1.91% |
| A04-14252I | AB | 106 | 1 | 567.63 | 0.00 | 567.63 | 100.0000% | Y | 99.1% | 9.71% | 2.62 | 2.50% | 1.98 | 1.89% |
| A02-10246I | AB | 107 | 1 | 16,779.00 | 0.00 | 16,779.00 | 100.0000% | Y | 99.1% | 9.67% | 2.62 | 2.47% | 1.98 | 1.87% |
| A03-12915I | AB | 108 | 2 | 3,125.00 | 0.00 | 3,125.00 | 100.0000% | Y | 99.1% | 9.62% | 2.62 | 2.45% | 1.98 | 1.85% |
| A04-09784I | AB | 109 | 2 | 1,202.56 | 0.00 | 1,202.56 | 100.0000% | Y | 99.1% | 9.58% | 2.62 | 2.43% | 1.98 | 1.84% |
| S03-004886 | AB | 110 | 23 | 43,440.00 | 0.00 | 43,440.00 | 100.0000% | Y | 99.1% | 9.53% | 2.62 | 2.41% | 1.98 | 1.82% |
| A03-03847I | AB | 111 | 1 | 799.00 | 0.00 | 799.00 | 100.0000% | Y | 99.1% | 9.49% | 2.62 | 2.38% | 1.98 | 1.80% |
| S02-017205 | SA | 112 | 16 | 10,944.00 | 0.00 | 10,944.00 | 100.0000% | Y | 99.1% | 9.45% | 2.62 | 2.36% | 1.98 | 1.79% |
| A02-10255I | AB | 113 | 2 | 1,250.00 | 0.00 | 1,250.00 | 100.0000% | Y | 99.1% | 9.41% | 2.62 | 2.34% | 1.98 | 1.77% |
| A03-12792I | AB | 114 | 1 | 27,965.00 | 0.00 | 27,965.00 | 100.0000% | Y | 99.1% | 9.37% | 2.62 | 2.32% | 1.98 | 1.75% |
| A03-11966I | AB | 115 | 1 | 2,013.00 | 0.00 | 2,013.00 | 100.0000% | Y | 99.1% | 9.33% | 2.62 | 2.30% | 1.98 | 1.74% |
| A03-02029I | AB | 116 | 2 | 998.00 | 0.00 | 998.00 | 100.0000% | Y | 99.1% | 9.28% | 2.62 | 2.28% | 1.98 | 1.72% |
| A01-17618I | AB | 117 | 2 | 9,633.95 | 0.00 | 9,633.95 | 100.0000% | Y | 99.1% | 9.25% | 2.62 | 2.26% | 1.98 | 1.71% |
| A03-12943I | AB | 118 | 1 | 799.00 | 0.00 | 799.00 | 100.0000% | Y | 99.2% | 9.21% | 2.62 | 2.24% | 1.98 | 1.69% |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

**Exhibit 4**

## Sample Results

| | | | | | | | | | Cumulative or "Rolling" Sample Results | | | | | |
| | | [a] | | [b] | [c] | [d] = [b] - [c] | [e] = [d] / [b] | | [f] = $\sum[e_1...e_n] / [a]$ | [g] = $STDEV[e_1...e_n]$ | [t_1] = t-value @ 99% conf, DF = $[a_{n-1}]$ | [h] = $[g]/[\sqrt{a}] * [t_1]/[f]$ | [t_2] = t-value @ 95% conf, DF = $[a_{n-1}]$ | [i] = $[g]/[\sqrt{a}] * [t_2]/[f]$ |
| Invoice # | Entity | Invoice Count | Number of Records | Reported Sales | Amount Unsupported Sales | Amount Supported | % Supported | Fully Supported? | Sample Average | Sample Standard Deviation | Student's t-value | Implied Level of Precision @ 99% Conf | Student's t-value | Implied Level of Precision @ 95% Conf |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A03-12053I | AB | 119 | 1 | 2,013.00 | 0.00 | 2,013.00 | 100.0000% | Y | 99.2% | 9.17% | 2.62 | 2.22% | 1.98 | 1.68% |
| A02-12649I | AB | 120 | 2 | 11,477.00 | 0.00 | 11,477.00 | 100.0000% | Y | 99.2% | 9.13% | 2.62 | 2.20% | 1.98 | 1.66% |
| A04-12029I | AB | 121 | 2 | 9,765.43 | 0.00 | 9,765.43 | 100.0000% | Y | 99.2% | 9.09% | 2.62 | 2.18% | 1.98 | 1.65% |
| A03-10814I | AB | 122 | 2 | 24,451.00 | 0.00 | 24,451.00 | 100.0000% | Y | 99.2% | 9.05% | 2.62 | 2.16% | 1.98 | 1.64% |
| A03-13841I | AB | 123 | 2 | 9,980.00 | 0.00 | 9,980.00 | 100.0000% | Y | 99.2% | 9.02% | 2.62 | 2.14% | 1.98 | 1.62% |
| A02-11722I | AB | 124 | 1 | 85,772.65 | 0.00 | 85,772.65 | 100.0000% | Y | 99.2% | 8.98% | 2.62 | 2.13% | 1.98 | 1.61% |
| S02-069273 | AB | 125 | 1 | 625.00 | 0.00 | 625.00 | 100.0000% | Y | 99.2% | 8.94% | 2.62 | 2.11% | 1.98 | 1.60% |
| A03-04127I | AB | 126 | 1 | 1,996.00 | 0.00 | 1,996.00 | 100.0000% | Y | 99.2% | 8.91% | 2.62 | 2.09% | 1.98 | 1.58% |
| A03-07460I | AB | 127 | 1 | 307.40 | 0.00 | 307.40 | 100.0000% | Y | 99.2% | 8.87% | 2.62 | 2.08% | 1.98 | 1.57% |
| A02-10386I | AB | 128 | 2 | 6,392.00 | 0.00 | 6,392.00 | 100.0000% | Y | 99.2% | 8.84% | 2.62 | 2.06% | 1.98 | 1.56% |
| A04-15095I | AB | 129 | 2 | 1,803.84 | 0.00 | 1,803.84 | 100.0000% | Y | 99.2% | 8.80% | 2.61 | 2.04% | 1.98 | 1.55% |
| A04-10859I | AB | 130 | 1 | 456.20 | 0.00 | 456.20 | 100.0000% | Y | 99.2% | 8.77% | 2.61 | 2.03% | 1.98 | 1.53% |
| S04-028138 | SA | 131 | 15 | 13,800.00 | 0.00 | 13,800.00 | 100.0000% | Y | 99.2% | 8.74% | 2.61 | 2.01% | 1.98 | 1.52% |
| A04-13353I | AB | 132 | 2 | 1,202.56 | 0.00 | 1,202.56 | 100.0000% | Y | 99.2% | 8.70% | 2.61 | 2.00% | 1.98 | 1.51% |
| A05-05733I | AB | 133 | 1 | 639.26 | 0.00 | 639.26 | 100.0000% | Y | 99.2% | 8.67% | 2.61 | 1.98% | 1.98 | 1.50% |
| A04-11726I | AB | 134 | 1 | 1,917.78 | 0.00 | 1,917.78 | 100.0000% | Y | 99.3% | 8.64% | 2.61 | 1.96% | 1.98 | 1.49% |
| A03-10785I | AB | 135 | 2 | 17,964.00 | 0.00 | 17,964.00 | 100.0000% | Y | 99.3% | 8.61% | 2.61 | 1.95% | 1.98 | 1.48% |
| A04-00521I | AB | 136 | 1 | 799.00 | 0.00 | 799.00 | 100.0000% | Y | 99.3% | 8.57% | 2.61 | 1.94% | 1.98 | 1.46% |
| A04-00585I | AB | 137 | 1 | (2,397.00) | 0.00 | (2,397.00) | 100.0000% | Y | 99.3% | 8.54% | 2.61 | 1.92% | 1.98 | 1.45% |
| A03-01450I | AB | 138 | 2 | 7,984.00 | 0.00 | 7,984.00 | 100.0000% | Y | 99.3% | 8.51% | 2.61 | 1.91% | 1.98 | 1.44% |
| A03-14241I | AB | 139 | 1 | 799.00 | 0.00 | 799.00 | 100.0000% | Y | 99.3% | 8.48% | 2.61 | 1.89% | 1.98 | 1.43% |
| S03-031558 | SA | 140 | 13 | 8,892.00 | 0.00 | 8,892.00 | 100.0000% | Y | 99.3% | 8.45% | 2.61 | 1.88% | 1.98 | 1.42% |
| A04-07972I | AB | 141 | 1 | 602.08 | 0.00 | 602.08 | 100.0000% | Y | 99.3% | 8.42% | 2.61 | 1.87% | 1.98 | 1.41% |
| A02-12198I | AB | 142 | 2 | 1,250.00 | 0.00 | 1,250.00 | 100.0000% | Y | 99.3% | 8.39% | 2.61 | 1.85% | 1.98 | 1.40% |
| A02-09623I | AB | 143 | 1 | 6,710.00 | 0.00 | 6,710.00 | 100.0000% | Y | 99.3% | 8.36% | 2.61 | 1.84% | 1.98 | 1.39% |
| A01-23259I | AB | 144 | 1 | 39,702.00 | 0.00 | 39,702.00 | 100.0000% | Y | 99.3% | 8.33% | 2.61 | 1.83% | 1.98 | 1.38% |
| A03-05243I | AB | 145 | 2 | 11,477.00 | 0.00 | 11,477.00 | 100.0000% | Y | 99.3% | 8.30% | 2.61 | 1.81% | 1.98 | 1.37% |
| A03-00431I | AB | 146 | 2 | 19,176.00 | 0.00 | 19,176.00 | 100.0000% | Y | 99.3% | 8.28% | 2.61 | 1.80% | 1.98 | 1.36% |
| A01-23701I | AB | 147 | 1 | 4,158.00 | 0.00 | 4,158.00 | 100.0000% | Y | 99.3% | 8.25% | 2.61 | 1.79% | 1.98 | 1.35% |
| A04-03201I | AB | 148 | 2 | 8,223.52 | 0.00 | 8,223.52 | 100.0000% | Y | 99.3% | 8.22% | 2.61 | 1.78% | 1.98 | 1.34% |
| A03-09576I | AB | 149 | 1 | 1,598.00 | 0.00 | 1,598.00 | 100.0000% | Y | 99.3% | 8.19% | 2.61 | 1.76% | 1.98 | 1.34% |
| A03-04798I | AB | 150 | 1 | 1,598.00 | 0.00 | 1,598.00 | 100.0000% | Y | 99.3% | 8.16% | 2.61 | 1.75% | 1.98 | 1.33% |
| A04-02389I | AB | 151 | 2 | 1,541.91 | 0.00 | 1,541.91 | 100.0000% | Y | 99.3% | 8.14% | 2.61 | 1.74% | 1.98 | 1.32% |
| A03-00817I | AB | 152 | 1 | 9,588.00 | 0.00 | 9,588.00 | 100.0000% | Y | 99.3% | 8.11% | 2.61 | 1.73% | 1.98 | 1.31% |
| A03-12024I | AB | 153 | 1 | 4,026.00 | 0.00 | 4,026.00 | 100.0000% | Y | 99.3% | 8.08% | 2.61 | 1.72% | 1.98 | 1.30% |
| A03-02430I | AB | 154 | 1 | 1,598.00 | 0.00 | 1,598.00 | 100.0000% | Y | 99.4% | 8.06% | 2.61 | 1.70% | 1.98 | 1.29% |
| A01-19050I | AB | 155 | 1 | 6,800.00 | 0.00 | 6,800.00 | 100.0000% | Y | 99.4% | 8.03% | 2.61 | 1.69% | 1.98 | 1.28% |
| S03-056703 | SA | 156 | 1 | 684.00 | 0.00 | 684.00 | 100.0000% | Y | 99.4% | 8.01% | 2.61 | 1.68% | 1.98 | 1.27% |
| A03-11234I | AB | 157 | 1 | 671.00 | 0.00 | 671.00 | 100.0000% | Y | 99.4% | 7.98% | 2.61 | 1.67% | 1.98 | 1.27% |
| A03-04508I | AB | 158 | 1 | 799.00 | 0.00 | 799.00 | 100.0000% | Y | 99.4% | 7.96% | 2.61 | 1.66% | 1.98 | 1.26% |
| A02-13046I | AB | 159 | 1 | 625.00 | 0.00 | 625.00 | 100.0000% | Y | 99.4% | 7.93% | 2.61 | 1.65% | 1.98 | 1.25% |
| A03-05955I | AB | 160 | 2 | 22,372.00 | 0.00 | 22,372.00 | 100.0000% | Y | 99.4% | 7.91% | 2.61 | 1.64% | 1.97 | 1.24% |
| A04-10525I | AB | 161 | 2 | 1,541.91 | 0.00 | 1,541.91 | 100.0000% | Y | 99.4% | 7.88% | 2.61 | 1.63% | 1.97 | 1.23% |
| A04-16385I | AB | 162 | 1 | 9,018.75 | 0.00 | 9,018.75 | 100.0000% | Y | 99.4% | 7.86% | 2.61 | 1.62% | 1.97 | 1.23% |
| A03-10911I | AB | 163 | 2 | 2,397.00 | 0.00 | 2,397.00 | 100.0000% | Y | 99.4% | 7.83% | 2.61 | 1.61% | 1.97 | 1.22% |
| A02-02773I | AB | 164 | 2 | 5,593.00 | 0.00 | 5,593.00 | 100.0000% | Y | 99.4% | 7.81% | 2.61 | 1.60% | 1.97 | 1.21% |
| A04-05697I | AB | 165 | 1 | (797.51) | 0.00 | (797.51) | 100.0000% | Y | 99.4% | 7.78% | 2.61 | 1.59% | 1.97 | 1.20% |
| A02-01376I | AB | 166 | 9 | 184,563.40 | 0.00 | 184,563.40 | 100.0000% | Y | 99.4% | 7.76% | 2.61 | 1.58% | 1.97 | 1.20% |
| A03-07391I | AB | 167 | 2 | 14,382.00 | 0.00 | 14,382.00 | 100.0000% | Y | 99.4% | 7.74% | 2.61 | 1.57% | 1.97 | 1.19% |
| A01-17535I | AB | 168 | 1 | 3,271.80 | 0.00 | 3,271.80 | 100.0000% | Y | 99.4% | 7.72% | 2.61 | 1.56% | 1.97 | 1.18% |
| A04-09519I | AB | 169 | 2 | 1,598.00 | 0.00 | 1,598.00 | 100.0000% | Y | 99.4% | 7.69% | 2.61 | 1.55% | 1.97 | 1.18% |
| A04-04646I | AB | 170 | 1 | 797.51 | 0.00 | 797.51 | 100.0000% | Y | 99.4% | 7.67% | 2.61 | 1.54% | 1.97 | 1.17% |
| A03-05589I | AB | 171 | 1 | 799.00 | 0.00 | 799.00 | 100.0000% | Y | 99.4% | 7.65% | 2.61 | 1.53% | 1.97 | 1.16% |
| S01-026441 | SA | 172 | 4 | 2,088.00 | 0.00 | 2,088.00 | 100.0000% | Y | 99.4% | 7.62% | 2.60 | 1.52% | 1.97 | 1.15% |
| A03-10235I | AB | 173 | 1 | 799.00 | 0.00 | 799.00 | 100.0000% | Y | 99.4% | 7.60% | 2.60 | 1.51% | 1.97 | 1.15% |
| A03-09194I | AB | 174 | 1 | 427.00 | 0.00 | 427.00 | 100.0000% | Y | 99.4% | 7.58% | 2.60 | 1.51% | 1.97 | 1.14% |
| A04-04328I | AB | 175 | 1 | 1,027.94 | 0.00 | 1,027.94 | 100.0000% | Y | 99.4% | 7.56% | 2.60 | 1.50% | 1.97 | 1.13% |
| A04-00937I | AB | 176 | 1 | 424.15 | 0.00 | 424.15 | 100.0000% | Y | 99.4% | 7.54% | 2.60 | 1.49% | 1.97 | 1.13% |
| A04-13085I | AB | 177 | 1 | 639.26 | 0.00 | 639.26 | 100.0000% | Y | 99.4% | 7.52% | 2.60 | 1.48% | 1.97 | 1.12% |

United States of America v. Honeywell International, Inc.

Expert Report of Joseph Anastasi

**Exhibit 4**

## Sample Results

Cumulative or "Rolling" Sample Results

| Invoice # | Entity | [a] Invoice Count | Number of Records | [b] Reported Sales | [c] Amount of Unsupported Sales | [d] = [b] - [c] Amount Supported | [e] = [d] / [b] % Supported | Fully Supported? | [f] = Σ[e₁…eₙ] / [a] Sample Average | [g] = STDEV[e₁…eₙ] Sample Standard Deviation | [t₁] = t-value @ 99% conf, DF = [aₙ₋₁] Student's t-value | [h] = [g]/[√a] * [t₁]/[f] Implied Level of Precision @ 99% Conf | [t₂] = t-value @ 95% conf, DF = [aₙ₋₁] Student's t-value | [i] = [g]/[√a] * [t₂]/[f] Implied Level of Precision @ 95% Conf |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A03-05813I | AB | 178 | 2 | 1,598.00 | 0.00 | 1,598.00 | 100.0000% | Y | 99.4% | 7.50% | 2.60 | 1.47% | 1.97 | 1.11% |
| A04-16627I | AB | 179 | 1 | 5,952.70 | 0.00 | 5,952.70 | 100.0000% | Y | 99.4% | 7.47% | 2.60 | 1.46% | 1.97 | 1.11% |
| A03-10753I | AB | 180 | 1 | 6,986.00 | 0.00 | 6,986.00 | 100.0000% | Y | 99.4% | 7.45% | 2.60 | 1.45% | 1.97 | 1.10% |
| A03-07052I | AB | 181 | 1 | 791.01 | 0.00 | 791.01 | 100.0000% | Y | 99.4% | 7.43% | 2.60 | 1.45% | 1.97 | 1.10% |
| A04-04261I | AB | 182 | 1 | 456.18 | 0.00 | 456.18 | 100.0000% | Y | 99.5% | 7.41% | 2.60 | 1.44% | 1.97 | 1.09% |
| A03-10187I | AB | 183 | 2 | 16,467.00 | 0.00 | 16,467.00 | 100.0000% | Y | 99.5% | 7.39% | 2.60 | 1.43% | 1.97 | 1.08% |
| A02-10474I | AB | 184 | 1 | 6,392.00 | 0.00 | 6,392.00 | 100.0000% | Y | 99.5% | 7.37% | 2.60 | 1.42% | 1.97 | 1.08% |
| A03-07278I | AB | 185 | 2 | 19,975.00 | 0.00 | 19,975.00 | 100.0000% | Y | 99.5% | 7.35% | 2.60 | 1.41% | 1.97 | 1.07% |
| S03-02452I | SA | 186 | 2 | 1,044.00 | 0.00 | 1,044.00 | 100.0000% | Y | 99.5% | 7.33% | 2.60 | 1.41% | 1.97 | 1.07% |
| A04-03098I | AB | 187 | 1 | 1,541.91 | 0.00 | 1,541.91 | 100.0000% | Y | 99.5% | 7.31% | 2.60 | 1.40% | 1.97 | 1.06% |
| A04-00787I | AB | 188 | 2 | 998.00 | 0.00 | 998.00 | 100.0000% | Y | 99.5% | 7.29% | 2.60 | 1.39% | 1.97 | 1.05% |
| A02-10792I | AB | 189 | 2 | 3,196.00 | 0.00 | 3,196.00 | 100.0000% | Y | 99.5% | 7.27% | 2.60 | 1.38% | 1.97 | 1.05% |
| A03-12676I | AB | 190 | 1 | 625.00 | 0.00 | 625.00 | 100.0000% | Y | 99.5% | 7.25% | 2.60 | 1.38% | 1.97 | 1.04% |
| A03-11823I | AB | 191 | 1 | 799.00 | 0.00 | 799.00 | 100.0000% | Y | 99.5% | 7.24% | 2.60 | 1.37% | 1.97 | 1.04% |
| A01-18466I | AB | 192 | 1 | 1,902.30 | 0.00 | 1,902.30 | 100.0000% | Y | 99.5% | 7.22% | 2.60 | 1.36% | 1.97 | 1.03% |
| A03-09267I | AB | 193 | 1 | 799.00 | 0.00 | 799.00 | 100.0000% | Y | 99.5% | 7.20% | 2.60 | 1.36% | 1.97 | 1.03% |
| A04-07032I | AB | 194 | 2 | 14,732.75 | 0.00 | 14,732.75 | 100.0000% | Y | 99.5% | 7.18% | 2.60 | 1.35% | 1.97 | 1.02% |
| S03-07565I | PR | 195 | 5 | 40,350.00 | 0.00 | 40,350.00 | 100.0000% | Y | 99.5% | 7.16% | 2.60 | 1.34% | 1.97 | 1.02% |
| A02-08278I | AB | 196 | 2 | 9,375.00 | 0.00 | 9,375.00 | 100.0000% | Y | 99.5% | 7.14% | 2.60 | 1.33% | 1.97 | 1.01% |
| A03-05626I | AB | 197 | 2 | 32,759.00 | 0.00 | 32,759.00 | 100.0000% | Y | 99.5% | 7.12% | 2.60 | 1.33% | 1.97 | 1.01% |
| A02-06145I | AB | 198 | 2 | 1,875.00 | 0.00 | 1,875.00 | 100.0000% | Y | 99.5% | 7.11% | 2.60 | 1.32% | 1.97 | 1.00% |
| A04-10521I | AB | 199 | 1 | 456.20 | 0.00 | 456.20 | 100.0000% | Y | 99.5% | 7.09% | 2.60 | 1.31% | 1.97 | 1.00% |
| A03-12415I | AB | 200 | 2 | 11,976.00 | 0.00 | 11,976.00 | 100.0000% | Y | 99.5% | 7.07% | 2.60 | 1.31% | 1.97 | 0.99% |
| A04-12435I | AB | 201 | 2 | 13,877.19 | 0.00 | 13,877.19 | 100.0000% | Y | 99.5% | 7.05% | 2.60 | 1.30% | 1.97 | 0.99% |
| A01-17724I | AB | 202 | 1 | 817.95 | 0.00 | 817.95 | 100.0000% | Y | 99.5% | 7.04% | 2.60 | 1.29% | 1.97 | 0.98% |
| A03-08939I | AB | 203 | 1 | 1,494.00 | 0.00 | 1,494.00 | 100.0000% | Y | 99.5% | 7.02% | 2.60 | 1.29% | 1.97 | 0.98% |
| A03-11717I | AB | 204 | 1 | 799.00 | 0.00 | 799.00 | 100.0000% | Y | 99.5% | 7.00% | 2.60 | 1.28% | 1.97 | 0.97% |
| A03-12459I | AB | 205 | 1 | 799.00 | 0.00 | 799.00 | 100.0000% | Y | 99.5% | 6.98% | 2.60 | 1.27% | 1.97 | 0.97% |
| A02-12374I | AB | 206 | 1 | 671.00 | 0.00 | 671.00 | 100.0000% | Y | 99.5% | 6.97% | 2.60 | 1.27% | 1.97 | 0.96% |
| A03-10663I | AB | 207 | 1 | 2,397.00 | 0.00 | 2,397.00 | 100.0000% | Y | 99.5% | 6.95% | 2.60 | 1.26% | 1.97 | 0.96% |
| A03-06655I | AB | 208 | 1 | 799.00 | 0.00 | 799.00 | 100.0000% | Y | 99.5% | 6.93% | 2.60 | 1.26% | 1.97 | 0.95% |
| A02-10751I | AB | 209 | 2 | 8,750.00 | 0.00 | 8,750.00 | 100.0000% | Y | 99.5% | 6.92% | 2.60 | 1.25% | 1.97 | 0.95% |
| S03-002295 | SA | 210 | 3 | 2,052.00 | 0.00 | 2,052.00 | 100.0000% | Y | 99.5% | 6.90% | 2.60 | 1.24% | 1.97 | 0.94% |
| A04-07670I | AB | 211 | 2 | 8,789.00 | 0.00 | 8,789.00 | 100.0000% | Y | 99.5% | 6.88% | 2.60 | 1.24% | 1.97 | 0.94% |
| A03-07955I | AB | 212 | 1 | 799.00 | 0.00 | 799.00 | 100.0000% | Y | 99.5% | 6.87% | 2.60 | 1.23% | 1.97 | 0.93% |
| A04-04813I | AB | 213 | 2 | 77,785.50 | 0.00 | 77,785.50 | 100.0000% | Y | 99.5% | 6.85% | 2.60 | 1.23% | 1.97 | 0.93% |
| A03-03990I | AB | 214 | 2 | 3,196.00 | 0.00 | 3,196.00 | 100.0000% | Y | 99.5% | 6.84% | 2.60 | 1.22% | 1.97 | 0.93% |
| A03-12051I | AB | 215 | 1 | 671.00 | 0.00 | 671.00 | 100.0000% | Y | 99.5% | 6.82% | 2.60 | 1.21% | 1.97 | 0.92% |
| A03-11843I | AB | 216 | 1 | 1,598.00 | 0.00 | 1,598.00 | 100.0000% | Y | 99.5% | 6.80% | 2.60 | 1.21% | 1.97 | 0.92% |
| A05-10183I | AB | 217 | 1 | 456.20 | 0.00 | 456.20 | 100.0000% | Y | 99.5% | 6.79% | 2.60 | 1.20% | 1.97 | 0.91% |
| A01-01483I | AB | 218 | 2 | (4,990.00) | 0.00 | (4,990.00) | 100.0000% | Y | 99.5% | 6.77% | 2.60 | 1.20% | 1.97 | 0.91% |
| S04-028409 | SA | 219 | 1 | 493.73 | 0.00 | 493.73 | 100.0000% | Y | 99.5% | 6.76% | 2.60 | 1.19% | 1.97 | 0.90% |
| A02-11763I | AB | 220 | 2 | 3,955.00 | 0.00 | 3,955.00 | 100.0000% | Y | 99.5% | 6.74% | 2.60 | 1.19% | 1.97 | 0.90% |
| A01-18467I | AB | 221 | 1 | 2,976.00 | 0.00 | 2,976.00 | 100.0000% | Y | 99.5% | 6.73% | 2.60 | 1.18% | 1.97 | 0.90% |
| A01-01354I | AB | 222 | 3 | 39,075.87 | 0.00 | 39,075.87 | 100.0000% | Y | 99.5% | 6.71% | 2.60 | 1.18% | 1.97 | 0.89% |
| A03-03865I | AB | 223 | 1 | 799.00 | 0.00 | 799.00 | 100.0000% | Y | 99.6% | 6.70% | 2.60 | 1.17% | 1.97 | 0.89% |
| A05-11407I | AB | 224 | 1 | (773.00) | 0.00 | (773.00) | 100.0000% | Y | 99.6% | 6.68% | 2.60 | 1.17% | 1.97 | 0.88% |
| S03-037044 | PR | 225 | 7 | 166,780.00 | 0.00 | 166,780.00 | 100.0000% | Y | 99.6% | 6.67% | 2.60 | 1.16% | 1.97 | 0.88% |
| A03-11802I | AB | 226 | 2 | 11,985.00 | 0.00 | 11,985.00 | 100.0000% | Y | 99.6% | 6.65% | 2.60 | 1.15% | 1.97 | 0.88% |
| A05-06876I | AB | 227 | 1 | 1,438.71 | 0.00 | 1,438.71 | 100.0000% | Y | 99.6% | 6.64% | 2.60 | 1.15% | 1.97 | 0.87% |
| A01-22257I | AB | 228 | 2 | 1,875.00 | 0.00 | 1,875.00 | 100.0000% | Y | 99.6% | 6.62% | 2.60 | 1.14% | 1.97 | 0.87% |
| A03-02113I | AB | 229 | 1 | 2,397.00 | 0.00 | 2,397.00 | 100.0000% | Y | 99.6% | 6.61% | 2.60 | 1.14% | 1.97 | 0.86% |
| S02-04247P | AB | 230 | 1 | 799.00 | 0.00 | 799.00 | 100.0000% | Y | 99.6% | 6.59% | 2.60 | 1.13% | 1.97 | 0.86% |
| A03-11195I | AB | 231 | 2 | 7,032.00 | 0.00 | 7,032.00 | 100.0000% | Y | 99.6% | 6.58% | 2.60 | 1.13% | 1.97 | 0.86% |
| A04-08694I | AB | 232 | 1 | 912.40 | 0.00 | 912.40 | 100.0000% | Y | 99.6% | 6.56% | 2.60 | 1.12% | 1.97 | 0.85% |
| S04-008395 | SA | 233 | 12 | 8,208.00 | 0.00 | 8,208.00 | 100.0000% | Y | 99.6% | 6.55% | 2.60 | 1.12% | 1.97 | 0.85% |
| A02-07111I | AB | 234 | 1 | 3,164.00 | 0.00 | 3,164.00 | 100.0000% | Y | 99.6% | 6.54% | 2.60 | 1.11% | 1.97 | 0.85% |
| A03-11381I | AB | 235 | 1 | 998.00 | 0.00 | 998.00 | 100.0000% | Y | 99.6% | 6.52% | 2.60 | 1.11% | 1.97 | 0.84% |
| A03-06059I | AB | 236 | 2 | 22,372.00 | 0.00 | 22,372.00 | 100.0000% | Y | 99.6% | 6.51% | 2.60 | 1.11% | 1.97 | 0.84% |

United States of America v. Honeywell International, Inc.

Expert Report of Joseph Anastasi

**Exhibit 4**

## Sample Results

| Invoice # | Entity | [a] Invoice Count | Number of Records | [b] Reported Sales | [c] Amount of Unsupported Sales | [d] = [b] - [c] Amount Supported | [e] = [d] / [b] % Supported | Fully Supported? | [f] = Σ[e₁…eₙ] / [a] Sample Average | [g] = STDEV[e₁…eₙ] Sample Standard Deviation | [t₁] = t-value @ 99% conf, DF = [aₙ₋₁] Student's t-value | [h] = [g]/[√a] * [t₁]/[f] Implied Level of Precision @ 99% Conf | [t₂] = t-value @ 95% conf, DF = [aₙ₋₁] Student's t-value | [i] = [g]/[√a] * [t₂]/[f] Implied Level of Precision @ 95% Conf |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A05-0487SI | AB | 237 | 1 | 632.71 | 0.00 | 632.71 | 100.0000% | Y | 99.6% | 6.50% | 2.60 | 1.10% | 1.97 | 0.83% |
| A03-1117BI | AB | 238 | 2 | 17,465.00 | 0.00 | 17,465.00 | 100.0000% | Y | 99.6% | 6.48% | 2.60 | 1.10% | 1.97 | 0.83% |
| S03-002297 | SA | 239 | 1 | 684.00 | 0.00 | 684.00 | 100.0000% | Y | 99.6% | 6.47% | 2.60 | 1.09% | 1.97 | 0.83% |
| A03-04130I | AB | 240 | 2 | 449,517.40 | 0.00 | 449,517.40 | 100.0000% | Y | 99.6% | 6.45% | 2.60 | 1.09% | 1.97 | 0.82% |
| A03-01461I | AB | 241 | 2 | 4,990.00 | 0.00 | 4,990.00 | 100.0000% | Y | 99.6% | 6.44% | 2.60 | 1.08% | 1.97 | 0.82% |
| S03-043679 | SA | 242 | 14 | 9,576.00 | 0.00 | 9,576.00 | 100.0000% | Y | 99.6% | 6.43% | 2.60 | 1.08% | 1.97 | 0.82% |
| A01-19135I | AB | 243 | 1 | 2,550.00 | 0.00 | 2,550.00 | 100.0000% | Y | 99.6% | 6.42% | 2.60 | 1.07% | 1.97 | 0.81% |
| A02-13130I | AB | 244 | 1 | 3,992.00 | 0.00 | 3,992.00 | 100.0000% | Y | 99.6% | 6.40% | 2.60 | 1.07% | 1.97 | 0.81% |
| A02-09473I | AB | 245 | 2 | 4,375.00 | 0.00 | 4,375.00 | 100.0000% | Y | 99.6% | 6.39% | 2.60 | 1.06% | 1.97 | 0.81% |
| A02-09530I | AB | 246 | 2 | 2,500.00 | 0.00 | 2,500.00 | 100.0000% | Y | 99.6% | 6.38% | 2.60 | 1.06% | 1.97 | 0.80% |
| A02-12835I | AB | 247 | 2 | 16,797.00 | 0.00 | 16,797.00 | 100.0000% | Y | 99.6% | 6.36% | 2.60 | 1.06% | 1.97 | 0.80% |
| A04-08608I | AB | 248 | 2 | 1,803.84 | 0.00 | 1,803.84 | 100.0000% | Y | 99.6% | 6.35% | 2.60 | 1.05% | 1.97 | 0.80% |
| A03-08718I | AB | 249 | 1 | 799.00 | 0.00 | 799.00 | 100.0000% | Y | 99.6% | 6.34% | 2.60 | 1.05% | 1.97 | 0.79% |
| A03-00430I | AB | 250 | 2 | 14,382.00 | 0.00 | 14,382.00 | 100.0000% | Y | 99.6% | 6.32% | 2.60 | 1.04% | 1.97 | 0.79% |
| A05-04800I | AB | 251 | 1 | 699.10 | 0.00 | 699.10 | 100.0000% | Y | 99.6% | 6.31% | 2.60 | 1.04% | 1.97 | 0.79% |
| A02-10461I | AB | 252 | 1 | 799.00 | 0.00 | 799.00 | 100.0000% | Y | 99.6% | 6.30% | 2.60 | 1.03% | 1.97 | 0.78% |
| A03-04035I | AB | 253 | 2 | 9,588.00 | 0.00 | 9,588.00 | 100.0000% | Y | 99.6% | 6.29% | 2.60 | 1.03% | 1.97 | 0.78% |
| A04-00947I | AB | 254 | 1 | 424.15 | 0.00 | 424.15 | 100.0000% | Y | 99.6% | 6.27% | 2.60 | 1.03% | 1.97 | 0.78% |
| A03-14041I | AB | 255 | 1 | 625.00 | 0.00 | 625.00 | 100.0000% | Y | 99.6% | 6.26% | 2.60 | 1.02% | 1.97 | 0.78% |
| A04-04356I | AB | 256 | 1 | 671.00 | 0.00 | 671.00 | 100.0000% | Y | 99.6% | 6.25% | 2.60 | 1.02% | 1.97 | 0.77% |
| A04-03144I | AB | 257 | 2 | 12,335.28 | 0.00 | 12,335.28 | 100.0000% | Y | 99.6% | 6.24% | 2.60 | 1.01% | 1.97 | 0.77% |
| A02-13129I | AB | 258 | 2 | 11,976.00 | 0.00 | 11,976.00 | 100.0000% | Y | 99.6% | 6.23% | 2.60 | 1.01% | 1.97 | 0.77% |
| A04-03429I | AB | 259 | 3 | 1,851.00 | 0.00 | 1,851.00 | 100.0000% | Y | 99.6% | 6.21% | 2.60 | 1.01% | 1.97 | 0.76% |
| A03-00101I | AB | 260 | 1 | 3,992.00 | 0.00 | 3,992.00 | 100.0000% | Y | 99.6% | 6.20% | 2.59 | 1.00% | 1.97 | 0.76% |
| A04-14249I | AB | 261 | 2 | 17,325.00 | 0.00 | 17,325.00 | 100.0000% | Y | 99.6% | 6.19% | 2.59 | 1.00% | 1.97 | 0.76% |
| A04-12039I | AB | 262 | 1 | 5,139.70 | 0.00 | 5,139.70 | 100.0000% | Y | 99.6% | 6.18% | 2.59 | 0.99% | 1.97 | 0.75% |
| A04-13541I | AB | 263 | 2 | 25,698.50 | 0.00 | 25,698.50 | 100.0000% | Y | 99.6% | 6.17% | 2.59 | 0.99% | 1.97 | 0.75% |
| A05-07807I | AB | 264 | 2 | 18,038.40 | 0.00 | 18,038.40 | 100.0000% | Y | 99.6% | 6.15% | 2.59 | 0.99% | 1.97 | 0.75% |
| A04-12970I | AB | 265 | 2 | 6,167.64 | 0.00 | 6,167.64 | 100.0000% | Y | 99.6% | 6.14% | 2.59 | 0.98% | 1.97 | 0.75% |
| A04-14877I | AB | 266 | 2 | 9,091.68 | 0.00 | 9,091.68 | 100.0000% | Y | 99.6% | 6.13% | 2.59 | 0.98% | 1.97 | 0.74% |
| A04-16404I | AB | 267 | 1 | 601.28 | 0.00 | 601.28 | 100.0000% | Y | 99.6% | 6.12% | 2.59 | 0.98% | 1.97 | 0.74% |
| A03-11771I | AB | 268 | 1 | 799.00 | 0.00 | 799.00 | 100.0000% | Y | 99.6% | 6.11% | 2.59 | 0.97% | 1.97 | 0.74% |
| A04-10937I | AB | 269 | 2 | 12,849.25 | 10,036.32 | 2,812.93 | 21.8918% | N | 99.3% | 7.72% | 2.59 | 1.23% | 1.97 | 0.93% |
| A01-18390I | AB | 270 | 1 | 2,976.00 | 0.00 | 2,976.00 | 100.0000% | Y | 99.3% | 7.71% | 2.59 | 1.23% | 1.97 | 0.93% |
| A01-23968I | AB | 271 | 1 | 32,250.24 | 0.00 | 32,250.24 | 100.0000% | Y | 99.3% | 7.69% | 2.59 | 1.22% | 1.97 | 0.93% |
| A01-23432I | AB | 272 | 1 | 39,304.98 | 0.00 | 39,304.98 | 100.0000% | Y | 99.3% | 7.68% | 2.59 | 1.22% | 1.97 | 0.92% |
| A04-01233I | AB | 273 | 1 | 1,342.00 | 0.00 | 1,342.00 | 100.0000% | Y | 99.3% | 7.67% | 2.59 | 1.21% | 1.97 | 0.92% |
| A03-09602I | AB | 274 | 1 | 1,598.00 | 0.00 | 1,598.00 | 100.0000% | Y | 99.3% | 7.65% | 2.59 | 1.21% | 1.97 | 0.92% |
| A03-06529I | AB | 275 | 2 | 2,397.00 | 0.00 | 2,397.00 | 100.0000% | Y | 99.4% | 7.64% | 2.59 | 1.20% | 1.97 | 0.91% |
| A03-06740I | AB | 276 | 1 | 3,995.00 | 0.00 | 3,995.00 | 100.0000% | Y | 99.4% | 7.62% | 2.59 | 1.20% | 1.97 | 0.91% |
| A02-06517I | AB | 277 | 1 | 3,995.00 | 0.00 | 3,995.00 | 100.0000% | Y | 99.4% | 7.61% | 2.59 | 1.19% | 1.97 | 0.91% |
| A01-23241I | AB | 278 | 2 | 9,426.77 | 0.00 | 9,426.77 | 100.0000% | Y | 99.4% | 7.60% | 2.59 | 1.19% | 1.97 | 0.90% |
| A05-01255I | AB | 279 | 1 | 1,202.56 | 0.00 | 1,202.56 | 100.0000% | Y | 99.4% | 7.58% | 2.59 | 1.19% | 1.97 | 0.90% |
| A02-12274I | AB | 280 | 1 | 799.00 | 0.00 | 799.00 | 100.0000% | Y | 99.4% | 7.57% | 2.59 | 1.18% | 1.97 | 0.90% |
| A01-23116I | AB | 281 | 2 | 6,250.00 | 0.00 | 6,250.00 | 100.0000% | Y | 99.4% | 7.56% | 2.59 | 1.18% | 1.97 | 0.89% |
| A02-02581I | AB | 282 | 1 | 43,178.85 | 0.00 | 43,178.85 | 100.0000% | Y | 99.4% | 7.54% | 2.59 | 1.17% | 1.97 | 0.89% |
| A04-08936I | AB | 283 | 1 | 1,202.56 | 0.00 | 1,202.56 | 100.0000% | Y | 99.4% | 7.53% | 2.59 | 1.17% | 1.97 | 0.89% |
| A01-17538I | AB | 284 | 1 | 1,635.90 | 0.00 | 1,635.90 | 100.0000% | Y | 99.4% | 7.52% | 2.59 | 1.16% | 1.97 | 0.88% |
| A04-13453I | AB | 285 | 2 | 25,698.50 | 0.00 | 25,698.50 | 100.0000% | Y | 99.4% | 7.50% | 2.59 | 1.16% | 1.97 | 0.88% |
| S03-034945 | SA | 286 | 1 | (522.00) | 0.00 | (522.00) | 100.0000% | Y | 99.4% | 7.49% | 2.59 | 1.16% | 1.97 | 0.88% |
| A04-07893I | AB | 287 | 2 | 2,013.00 | 0.00 | 2,013.00 | 100.0000% | Y | 99.4% | 7.48% | 2.59 | 1.15% | 1.97 | 0.87% |
| | | 685 | | $2,855,123.43 | $5,242.32 | $2,849,881.11 | 99.8164% | | | | | | | |

Exhibit 5.1

**American Body Armor**
**Detail of Claimed Amount by Part ID**

| Part ID | Number of Units | Claimed Sales | Confirmed as Z-Shield Product?[1] | Unsupported Amount (If Included in Sample) |
|---|---|---|---|---|
| 2A-XTX-F-FS-OC302 | 1 | $ 427 | Yes | $ - |
| 2A-XTX-FS-OC3 | 3 | 1,281 | Yes | - |
| 2A-XTX-FS-OC302 | 2 | 854 | Yes | - |
| 3A-FEDAGNT-F-FS-OC2 | 25 | 21,900 | Yes | - |
| 3A-FEDAGNT-FS-OC2 | 25 | 21,900 | Yes | - |
| 3A-XTXB-F-FS-NS | 3 | 1,804 | Yes | - |
| 3A-XTXB-F-FS-OC302 | 41 | 24,853 | Yes | - |
| 3A-XTXB-FS-NS | 27 | 16,235 | Yes | - |
| 3A-XTXB-FS-OC302 | 255 | 155,901 | Yes | - |
| 3A-XTX-F-FS-2748-M | 352 | 178,338 | Yes | - |
| 3A-XTX-F-FS-OC3 | 16 | 10,629 | Yes | - |
| 3A-XTX-F-FS-OC302 | 138 | 86,926 | Yes | - |
| 3A-XTX-F-FS-Z | 1 | 634 | Yes | - |
| 3A-XTX-FS-2748-M | 2,958 | 1,495,941 | Yes | 10,036 |
| 3A-XTX-FS-2781-OC3 | 1 | 746 | Yes | - |
| 3A-XTX-FS-2842-OC3 | 18 | 13,086 | Yes | - |
| 3A-XTX-FS-OC3 | 119 | 79,033 | Yes | - |
| 3A-XTX-FS-OC302 | 525 | 336,510 | Yes | - |
| 3A-XTX-FS-PNLS | 1 | 1,775 | Yes | - |
| 3A-XTX-FS-Z | 4 | 2,536 | Yes | - |
| 3A-XTX-TAC-FS-2979-CD | 52 | 33,256 | Yes | - |
| 3A-XTX-TAC-FS-CD | 4 | 2,576 | Yes | - |
| 3A-XTX-TFS-2819-CD | 130 | 90,350 | Yes | - |
| 3A-XTZX-2821-PNLS | 11 | 10,800 | Yes | - |
| 3A-XTZX-2913 | 1 | 417 | Yes | - |
| 3A-XTZX-F-FS-2831-1Z | 1 | 625 | Yes | - |
| 3A-XTZX-F-FS-3019-OC2 | 3 | 2,550 | Yes | - |
| 3A-XTZX-F-FS-OC3 | 36 | 28,677 | Yes | - |
| 3A-XTZX-F-FS-OC302 | 241 | 190,926 | Yes | (799) |
| 3A-XTZX-FS-1Z | 1 | 791 | Yes | - |
| 3A-XTZX-FS-1Z02 | 19 | 15,181 | Yes | - |
| 3A-XTZX-FS-2781-OC2 | 22 | 18,700 | Yes | - |
| 3A-XTZX-FS-2781-OC3 | 8 | 6,800 | Yes | - |
| 3A-XTZX-FS-2831-1Z | 3 | 1,875 | Yes | - |

Exhibit 5.1

**American Body Armor**
**Detail of Claimed Amount by Part ID**

| Part ID | Number of Units | Claimed Sales | Confirmed as Z-Shield Product?[1] | Unsupported Amount (If Included in Sample) |
|---|---|---|---|---|
| 3A-XTZX-FS-2865-OC3 | 1 | 799 | Yes | - |
| 3A-XTZX-FS-2919 | 12 | 10,200 | Yes | - |
| 3A-XTZX-FS-2966-OC3 | 84 | 59,214 | Yes | - |
| 3A-XTZX-FS-3019-OC2 | 103 | 85,969 | Yes | - |
| 3A-XTZX-FS-3030-OC2 | 13 | 11,001 | Yes | - |
| 3A-XTZX-FS-OC2 | 28 | 22,372 | Yes | - |
| 3A-XTZX-FS-OC3 | 862 | 675,837 | Yes | - |
| 3A-XTZX-FS-OC302 | 2,138 | 1,695,437 | Yes | (3,995) |
| 3A-XTZX-FS-Z | 2 | 1,758 | Yes | - |
| 3A-XTZX-FS-Z02 | 1 | 893 | Yes | - |
| 3A-XTZX-RPM-GRD | 13 | 21,107 | Yes | - |
| 3A-XTZX-SEAL-2576-PNLS | 3 | 2,976 | Yes | - |
| 3A-XTZX-TAC-FS-2979-CD | 1 | 738 | Yes | - |
| 3A-XTZX-TAC-FS-CD | 3 | 2,349 | Yes | - |
| 3A-ZX-F-FS-1OC302 | 1 | 758 | Yes | - |
| 3A-ZX-F-FS-2OC302 | 2 | 1,457 | Yes | - |
| 3A-ZX-FS-1NS | 3 | 1,918 | Yes | - |
| 3A-ZX-FS-1OC302 | 25 | 17,284 | Yes | - |
| 3A-ZX-FS-2O302 | 1 | 758 | Yes | - |
| 3A-ZX-FS-2OC302 | 10 | 6,991 | Yes | - |
| 3A-ZX-FS-3030-OC2 | 9 | 6,181 | Yes | - |
| 3A-ZX-FS-5235-OC2 | 1 | 846 | Yes | - |
| A-RXA3-1XRLL-DYC-1127 | 2 | 2,896 | Yes | - |
| A-RXA3-1XRRR-DYC-1127 | 3 | 4,344 | Yes | - |
| A-RXA3-LGRPP-DYC-1127 | 1 | 1,448 | Yes | - |
| A-RXA3-LGRRR-BNK | 1 | 1,212 | Yes | - |
| A-RXA3-LGRRR-DYC-1127 | 7 | 10,136 | Yes | - |
| A-RXA3-LGRSS-DYC-1127 | 9 | 13,032 | Yes | - |
| A-RXA3-MMRPP-DYC-1127 | 1 | 1,448 | Yes | - |
| A-RXA3-MMRSS-DYC-1127 | 5 | 7,240 | Yes | - |
| A-RXA3-SMRPP-DYC-1127 | 1 | 1,448 | Yes | - |
| A-RXA3-SMRSS-DYC-1127 | 1 | 1,448 | Yes | - |
| A-XXA2-1XLSX-3AK | 1 | 309 | Yes | - |
| A-XXA2-2XXLX-3AK | 1 | 309 | Yes | - |

Exhibit 5.1

## American Body Armor
### Detail of Claimed Amount by Part ID

| Part ID | Number of Units | Claimed Sales | Confirmed as Z-Shield Product?[1] | Unsupported Amount (If Included in Sample) |
|---|---|---|---|---|
| A-XXA2-4XPSR-3AK | 1 | 309 | Yes | - |
| A-XXA2-LGLXX-3AK | 1 | 309 | Yes | - |
| A-XXA2-LGXRX-3AK | 1 | 309 | Yes | - |
| A-XXA2-LGXXX-3AK | 1 | 309 | Yes | - |
| A-XXA3-1XLLL-3AK | 1 | 347 | Yes | - |
| A-XXA3-1XLLR-3AB | 2 | 693 | Yes | - |
| A-XXA3-1XLRL-3AW | 1 | 347 | Yes | - |
| A-XXA3-1XQRR-3AY | 16 | 9,848 | Yes | - |
| A-XXA3-1XRLX-3AK | 1 | 347 | Yes | - |
| A-XXA3-1XXRR-3AK | 1 | 347 | Yes | - |
| A-XXA3-2XLLR-3AK | 1 | 347 | Yes | - |
| A-XXA3-2XLLS-3AK | 1 | 347 | Yes | - |
| A-XXA3-2XLSS-3AK | 1 | 347 | Yes | - |
| A-XXA3-2XQRR-3AY | 6 | 3,693 | Yes | - |
| A-XXA3-2XRRL-3AK | 1 | 347 | Yes | - |
| A-XXA3-2XXSL-3AK | 1 | 347 | Yes | - |
| A-XXA3-2XXXL-3AK | 1 | 347 | Yes | - |
| A-XXA3-3XLSL-3AK | 1 | 347 | Yes | - |
| A-XXA3-3XXZZ-3AK | 1 | 347 | Yes | - |
| A-XXA3-LGLLL-3AK | 1 | 347 | Yes | - |
| A-XXA3-LGLLX-3AK | 1 | 347 | Yes | - |
| A-XXA3-LGLRR-3AK | 2 | 693 | Yes | - |
| A-XXA3-LGQRR-3AY | 12 | 7,386 | Yes | - |
| A-XXA3-LGXLL-3AK | 1 | 347 | Yes | - |
| A-XXA3-LGXLR-3AK | 1 | 347 | Yes | - |
| A-XXA3-LGXLX-3AK | 2 | 693 | Yes | - |
| A-XXA3-LGXRL-3AK | 1 | 347 | Yes | - |
| A-XXA3-LGXRR-3AK | 1 | 347 | Yes | - |
| A-XXA3-LGXRX-3AK | 1 | 347 | Yes | - |
| A-XXA3-LGXXX-3AK | 1 | 347 | Yes | - |
| A-XXA3-MMLLL-3AK | 1 | 347 | Yes | - |
| A-XXA3-MMXXX-3AB | 1 | 347 | Yes | - |
| A-XXA3-MMXXX-3AK | 1 | 347 | Yes | - |
| A-XXA3-SMXLX-3AK | 1 | 347 | Yes | - |

Exhibit 5.1

**American Body Armor**
**Detail of Claimed Amount by Part ID**

| Part ID | Number of Units | Claimed Sales | Confirmed as Z-Shield Product?[1] | Unsupported Amount (If Included in Sample) |
|---|---|---|---|---|
| A-XZA2-LGRRR-3AB | 1 | 625 | Yes | - |
| A-XZA2-MMWXZ-3AB | 1 | 674 | Yes | - |
| A-XZA3-1XLRL-3AG | 1 | 799 | Yes | - |
| A-XZA3-1XLXL-3AG | 1 | 799 | Yes | - |
| A-XZA3-1XSXX-TYK | 1 | 783 | Yes | - |
| A-XZA3-1XXLX-3AG | 1 | 799 | Yes | - |
| A-XZA3-1XZRL-3AG | 1 | 799 | Yes | - |
| A-XZA3-2XLRL-3AG | 1 | 799 | Yes | - |
| A-XZA3-LGLLL-3AG | 1 | 799 | Yes | - |
| A-XZA3-LGLLL-TYK | 1 | 783 | Yes | - |
| A-XZA3-LGLLX-3AG | 1 | 799 | Yes | - |
| A-XZA3-LGLRL-3AG | 3 | 2,397 | Yes | - |
| A-XZA3-LGLRR-3AG | 1 | 799 | Yes | - |
| A-XZA3-LGLRR-TYK | 1 | 783 | Yes | - |
| A-XZA3-LGLRX-3AG | 1 | 799 | Yes | - |
| A-XZA3-LGLRX-TYK | 1 | 783 | Yes | - |
| A-XZA3-LGLXL-3AG | 1 | 799 | Yes | - |
| A-XZA3-LGLXX-3AG | 1 | 799 | Yes | - |
| A-XZA3-LGSXX-3AG | 1 | 799 | Yes | - |
| A-XZA3-LGXLL-TYK | 1 | 783 | Yes | - |
| A-XZA3-LGXLR-3AG | 1 | 799 | Yes | - |
| A-XZA3-LGXLX-3AG | 2 | 1,598 | Yes | - |
| A-XZA3-LGXRR-TYK | 1 | 783 | Yes | - |
| A-XZA3-LGXRX-3AG | 1 | 799 | Yes | - |
| A-XZA3-LGXSL-3AG | 1 | 799 | Yes | - |
| A-XZA3-LGXXX-3AG | 2 | 1,598 | Yes | - |
| A-XZA3-LGZXX-3AG | 1 | 799 | Yes | - |
| A-XZA3-MMLLX-3AK | 1 | 799 | Yes | - |
| A-XZA3-MMLRL-3AG | 1 | 799 | Yes | - |
| A-XZA3-MMLXX-3AG | 1 | 799 | Yes | - |
| A-XZA3-MMRSX-3AG | 1 | 799 | Yes | - |
| A-XZA3-MMXLL-TYK | 2 | 1,566 | Yes | - |
| A-XZA3-MMXLX-3AG | 3 | 2,397 | Yes | - |
| A-XZA3-MMXRL-3AG | 1 | 799 | Yes | - |

Confidential - Subject to Protective Order

Exhibit 5.1

## American Body Armor
### Detail of Claimed Amount by Part ID

| Part ID | Number of Units | Claimed Sales | Confirmed as Z-Shield Product?[1] | Unsupported Amount (If Included in Sample) |
|---|---|---|---|---|
| A-XZA3-MMZLL-TYK | 1 | 783 | Yes | - |
| A-XZA3-SMYLL-3AG | 1 | 799 | Yes | - |
| A-YXA3-SBLXX-3AK | 1 | 347 | Yes | - |
| A-YZA3-PASLX-3AG | 1 | 799 | Yes | - |
| A-YZA3-SBXXX-3AG | 1 | 799 | Yes | - |
| A-YZA3-SCRXX-3AB | 1 | 799 | Yes | - |
| II-XTXB-F-FS-OC302 | 6 | 2,737 | Yes | - |
| II-XTXB-FS-OC302 | 76 | 34,956 | Yes | - |
| II-XTX-F-FS-2831-Z02 | 2 | 1,250 | Yes | - |
| II-XTX-F-FS-OC3 | 14 | 7,126 | Yes | - |
| II-XTX-F-FS-OC302 | 2 | 912 | Yes | - |
| II-XTX-F-FS-Z02 | 3 | 1,527 | Yes | - |
| II-XTX-FS-2831-Z02 | 2 | 1,250 | Yes | - |
| II-XTX-FS-OC3 | 909 | 456,671 | Yes | - |
| II-XTX-FS-OC302 | 53 | 25,662 | Yes | - |
| II-XTX-FS-Z02 | 22 | 12,053 | Yes | - |
| II-XTZX-F-FS-1Z02 | 2 | 1,380 | Yes | - |
| II-XTZX-F-FS-2831-1Z | 17 | 10,625 | Yes | - |
| II-XTZX-F-FS-2831-Z02 | 1 | 625 | Yes | - |
| II-XTZX-F-FS-OC3 | 12 | 7,500 | Yes | - |
| II-XTZX-F-FS-OC302 | 57 | 35,564 | Yes | - |
| II-XTZX-FS-1Z | 32 | 19,787 | Yes | - |
| II-XTZX-FS-1Z02 | 11 | 7,704 | Yes | - |
| II-XTZX-FS-2831-1Z | 26 | 16,250 | Yes | - |
| II-XTZX-FS-2831-Z02 | 2 | 1,250 | Yes | - |
| II-XTZX-FS-OC3 | 65 | 40,648 | Yes | - |
| II-XTZX-FS-OC302 | 143 | 88,573 | Yes | - |
| II-XTZX-FS-Z | 1 | 747 | Yes | - |
| II-XTZX-FS-Z02 | 2 | 1,350 | Yes | - |
| II-ZX-F-FS-1OC302 | 4 | 2,031 | Yes | - |
| II-ZX-FS-1OC302 | 9 | 4,570 | Yes | - |
| II-ZX-FS-2OC302 | 13 | 7,414 | Yes | - |
| **Grand Total** | **9,997** | **$ 6,386,320** | | **$ 5,242** |

United States of America v. Honeywell International, Inc.

Expert Report of Joseph Anastasi

Exhibit 5.1

## American Body Armor
### Detail of Claimed Amount by Part ID

| Part ID | Number of Units | Claimed Sales | Confirmed as Z-Shield Product?[1] | Unsupported Amount (If Included in Sample) |
|---|---|---|---|---|

**Notes and Sources**

1. Products confirmed as Zylon- vests based on inteviews with Jim Harmon (Director, Supply Chain - Eastern Region, at Armor Holdings) and Arthur Rosenberg (outside counsel for Armor Holdings) and reconfirmation received from Armor Holdings.

United States of America v. Honeywell International, Inc.                    **Exhibit 5.2**
Expert Report of Joseph Anastasi

# Protech
## Detail of Claimed Amount by Part ID

| Part ID | Number of Units | Claimed Sales | Confirmed as Z-Shield Product?[1] | Unsupported Amount (If Included in Sample) |
|---|---|---|---|---|
| 3A-FEDAGNT-FA-2743-CD | 15 | $32,175 | Yes | $        - |
| 3A-FEDAGNT-FS-OC2 | 2 | 1,667 | Yes | - |
| P-HFA3-1XRRR-FNK-1151 | 1 | 2,690 | Yes | - |
| P-HFA3-LGRRR-FNK-1151 | 8 | 21,520 | Yes | - |
| P-HFA3-LGRSS-FNK-1151 | 1 | 2,690 | Yes | - |
| P-HFA3-MMRRR-FNK-1151 | 33 | 88,770 | Yes | - |
| P-HFA3-MMRSS-FNK-1151 | 19 | 51,110 | Yes | - |
| P-HFA3-SMRRR-FNK-1151 | 9 | 24,210 | Yes | - |
| P-HFA3-SMRSS-FNK-1151 | 14 | 37,660 | Yes | - |
| **Grand Total** | **102** | **$262,492** | | **$        -** |

**Notes and Sources**

1. Products confirmed as Zylon- vests based on inteviews with Jim Harmon (Director, Supply Chain - Eastern Region, at Armor Holdings) and Arthur Rosenberg (outside counsel for Armor Holdings) and reconfirmation received from Armor Holdings.

United States of America v. Honeywell International, Inc.

Expert Report of Joseph Anastasi

**Exhibit 5.3**

**Safariland**
**Detail of Claimed Amount by Part ID**

| Part ID | Number of Units | Claimed Sales | Confirmed as Z-Shield Product?[1] | Unsupported Amount (If Included in Sample) |
|---|---|---|---|---|
| S-FPB3-3630S-ZSK | 1 | $677 | Yes | $ - |
| S-FPB3-3632P-ZSB | 1 | 684 | Yes | - |
| S-FPB3-3632R-ZSB | 3 | 2,052 | Yes | - |
| S-FPB3-3632S-ZSB | 2 | 1,368 | Yes | - |
| S-FPB3-3634R-ZSB | 2 | 1,374 | Yes | - |
| S-FPB3-3636R-ZSB | 1 | 684 | Yes | - |
| S-FPB3-3636S-ZSB | 1 | 684 | Yes | - |
| S-FPB3-3638R-ZSB | 1 | 684 | Yes | - |
| S-FPB3-3638S-ZSK | 1 | 684 | Yes | - |
| S-FPB3-4030S-ZSB | 1 | 684 | Yes | - |
| S-FPB3-4032S-ZSB | 1 | 684 | Yes | - |
| S-FPB3-4034L-ZSB | 1 | 684 | Yes | - |
| S-FPB3-4034L-ZSK | 1 | 677 | Yes | - |
| S-FPB3-4034R-ZSB | 1 | 684 | Yes | - |
| S-FPB3-4034R-ZSK | 1 | 684 | Yes | - |
| S-FPB3-4036R-ZSB | 1 | 684 | Yes | - |
| S-FPB3-4036S-ZSB | 1 | 684 | Yes | - |
| S-FPB3-4038S-ZSB | 1 | 684 | Yes | - |
| S-FPB3-4038X-ZSK | 1 | 677 | Yes | - |
| S-FPB3-4040S-ZSB | 1 | 1,396 | Yes | - |
| S-FPB3-4040S-ZSK | 1 | 684 | Yes | - |
| S-FPB3-4042S-ZSB | 1 | 684 | Yes | - |
| S-FPB3-4044S-ZSB | 1 | 684 | Yes | - |
| S-FPB3-4440R-ZSB | 1 | 684 | Yes | - |
| S-FPB3-4442R-ZSK | 1 | 684 | Yes | - |
| S-FPB3-4444S-ZSK | 1 | 684 | Yes | - |
| S-FPB3-4446R-ZSK | 1 | 684 | Yes | - |
| S-FPB3-4840L-ZSW | 1 | 677 | Yes | - |
| S-FPB3-4840X-ZSB | 1 | 684 | Yes | - |
| S-FPB3-4842R-ZSB | 1 | 684 | Yes | - |
| S-FPB3-4844L-ZSK | 1 | 684 | Yes | - |
| S-FPB3-4850L-ZSB | 1 | 684 | Yes | - |
| S-FPD2-4044L-ZSF | 1 | 522 | Yes | - |
| S-MPB2-0032Z-ZSK | 1 | 522 | Yes | - |

Confidential - Subject to Protective Order

1 of 4

United States of America v. Honeywell International, Inc.

Exhibit 5.3

Expert Report of Joseph Anastasi

**Safariland**
**Detail of Claimed Amount by Part ID**

| Part ID | Number of Units | Claimed Sales | Confirmed as Z-Shield Product?[1] | Unsupported Amount (If Included in Sample) |
|---|---|---|---|---|
| S-MPB2-0034R-ZSK | 3 | 1,493 | Yes | - |
| S-MPB2-0036L-ZSK | 1 | 524 | Yes | - |
| S-MPB2-0036X-ZSK | 1 | 522 | Yes | - |
| S-MPB2-0038L-ZSK | 2 | 1,044 | Yes | - |
| S-MPB2-0038R-ZSK | 1 | 506 | Yes | - |
| S-MPB2-0040R-ZSK | 2 | 1,016 | Yes | - |
| S-MPB2-0040R-ZST | 1 | 506 | Yes | - |
| S-MPB2-0040X-ZSK | 1 | 522 | Yes | - |
| S-MPB2-0042S-ZSK | 1 | 506 | Yes | - |
| S-MPB2-0042X-ZSK | 0 | - | Yes | - |
| S-MPB2-0044R-ZSK | 1 | 522 | Yes | - |
| S-MPB2-0046R-ZSK | 1 | 524 | Yes | - |
| S-MPB3-0028X-ZSK | 1 | 772 | Yes | - |
| S-MPB3-0030L-ZSK | 3 | 2,045 | Yes | - |
| S-MPB3-0032L-ZSK | 2 | 1,361 | Yes | - |
| S-MPB3-0032R-ZSB | 1 | 684 | Yes | - |
| S-MPB3-0032X-ZSK | 3 | 2,227 | Yes | - |
| S-MPB3-0034L-ZSB | 1 | 684 | Yes | - |
| S-MPB3-0034L-ZSK | 1 | 684 | Yes | - |
| S-MPB3-0034R-ZSB | 5 | 3,444 | Yes | - |
| S-MPB3-0034R-ZSK | 3 | 2,031 | Yes | - |
| S-MPB3-0034X-ZSB | 1 | 677 | Yes | - |
| S-MPB3-0034X-ZSK | 3 | 2,220 | Yes | - |
| S-MPB3-0036L-ZSK | 4 | 2,709 | Yes | - |
| S-MPB3-0036R-ZSB | 5 | 3,425 | Yes | - |
| S-MPB3-0036R-ZSK | 13 | 9,087 | Yes | - |
| S-MPB3-0036S-ZSB | 1 | 684 | Yes | - |
| S-MPB3-0036X-ZSB | 1 | 684 | Yes | - |
| S-MPB3-0036X-ZSK | 7 | 5,037 | Yes | - |
| S-MPB3-0036X-ZST | 1 | 677 | Yes | - |
| S-MPB3-0038L-ZSB | 3 | 2,052 | Yes | - |
| S-MPB3-0038L-ZSK | 2 | 1,361 | Yes | - |
| S-MPB3-0038P-ZSB | 1 | 684 | Yes | - |
| S-MPB3-0038R-ZSB | 3 | 2,064 | Yes | - |

2 of 4

United States of America v. Honeywell International, Inc.

Exhibit 5.3

Expert Report of Joseph Anastasi

## Safariland
### Detail of Claimed Amount by Part ID

| Part ID | Number of Units | Claimed Sales | Confirmed as Z-Shield Product?[1] | Unsupported Amount (If Included in Sample) |
|---|---|---|---|---|
| S-MPB3-0038R-ZSK | 4 | 2,896 | Yes | - |
| S-MPB3-0038S-ZSB | 5 | 3,432 | Yes | - |
| S-MPB3-0038X-ZSB | 2 | 1,361 | Yes | - |
| S-MPB3-0038X-ZSK | 6 | 4,157 | Yes | - |
| S-MPB3-0038X-ZST | 2 | 1,354 | Yes | - |
| S-MPB3-0038Z-ZSW | 1 | 677 | Yes | - |
| S-MPB3-0040L-ZSB | 3 | 2,045 | Yes | - |
| S-MPB3-0040L-ZSK | 9 | 6,178 | Yes | - |
| S-MPB3-0040R-ZSB | 10 | 6,870 | Yes | - |
| S-MPB3-0040R-ZSK | 18 | 12,389 | Yes | - |
| S-MPB3-0040S-ZSB | 5 | 3,426 | Yes | - |
| S-MPB3-0040S-ZSK | 1 | 677 | Yes | - |
| S-MPB3-0040S-ZSW | 1 | 684 | Yes | - |
| S-MPB3-0040X-ZSB | 2 | 1,361 | Yes | - |
| S-MPB3-0040X-ZSK | 7 | 4,936 | Yes | - |
| S-MPB3-0040Z-ZSK | 1 | 677 | Yes | - |
| S-MPB3-0042L-ZSB | 1 | 690 | Yes | - |
| S-MPB3-0042L-ZSK | 4 | 2,715 | Yes | - |
| S-MPB3-0042L-ZST | 1 | 690 | Yes | - |
| S-MPB3-0042R-ZSB | 7 | 4,794 | Yes | - |
| S-MPB3-0042R-ZSK | 4 | 2,896 | Yes | - |
| S-MPB3-0042R-ZST | 1 | 677 | Yes | - |
| S-MPB3-0042S-ZSB | 2 | 1,374 | Yes | - |
| S-MPB3-0042X-ZSB | 1 | 684 | Yes | - |
| S-MPB3-0044L-ZSB | 2 | 1,368 | Yes | - |
| S-MPB3-0044L-ZSK | 4 | 2,748 | Yes | - |
| S-MPB3-0044R-ZSB | 11 | 7,560 | Yes | - |
| S-MPB3-0044R-ZSK | 5 | 3,444 | Yes | - |
| S-MPB3-0044S-GSK | 1 | 684 | Yes | - |
| S-MPB3-0044S-ZSB | 2 | 1,374 | Yes | - |
| S-MPB3-0044S-ZSK | 1 | 684 | Yes | - |
| S-MPB3-0044X-ZSK | 2 | 1,354 | Yes | - |
| S-MPB3-0044X-ZST | 1 | 677 | Yes | - |
| S-MPB3-0046L-ZSB | 1 | 684 | Yes | - |

**Exhibit 5.3**

### Safariland
### Detail of Claimed Amount by Part ID

| Part ID | Number of Units | Claimed Sales | Confirmed as Z-Shield Product?[1] | Unsupported Amount (If Included in Sample) |
|---|---|---|---|---|
| S-MPB3-0046R-ZSB | 5 | 3,426 | Yes | - |
| S-MPB3-0046S-ZSB | 1 | 684 | Yes | - |
| S-MPB3-0048L-ZSB | 1 | 684 | Yes | - |
| S-MPB3-0048L-ZSK | 1 | 690 | Yes | - |
| S-MPB3-0048R-ZSK | 1 | 690 | Yes | - |
| S-MPB3-0048X-ZSB | 1 | 684 | Yes | - |
| S-MPB3-0048Z-ZSB | 1 | 677 | Yes | - |
| S-MPB3-0050X-ZSB | 1 | 684 | Yes | - |
| S-MPB3-0052L-ZSB | 1 | 684 | Yes | - |
| S-MPB3-0052P-ZSB | 2 | 1,368 | Yes | - |
| S-MPB3-0052S-ZSB | 1 | 684 | Yes | - |
| S-MPB3-0056R-ZSK | 1 | 684 | Yes | - |
| S-MPD1-0044Z-ZST | 1 | 469 | Yes | - |
| S-MPD2-0036R-ZST | 1 | 524 | Yes | - |
| S-MPD2-0038S-ZST | 1 | 523 | Yes | - |
| S-MPD2-0042X-ZSK | 1 | 522 | Yes | - |
| S-MPD2-0044L-ZSK | 1 | 522 | Yes | - |
| S-MPD2-0044X-ZSK | 1 | 522 | Yes | - |
| S-MPD2-0046L-ZST | 1 | 524 | Yes | - |
| S-MPD2-0048Z-ZSK | 1 | 522 | Yes | - |
| S-TPB3-LRGER-EPK | 7 | 9,792 | Yes | - |
| S-XPB1-2XL-2XLR-MST | 0 | - | Yes | - |
| **Grand Total** | **278** | **$193,117** | | **$        -** |

**Notes and Sources**

1. Products confirmed as Zylon- vests based on inteviews with Jim Harmon (Director, Supply Chain - Eastern Region, at Armor Holdings) and Arthur Rosenberg (outside counsel for Armor Holdings) and reconfirmation received from Armor Holdings.

United States of America v. Honeywell International, Inc.                                    **Exhibit 6**
Expert Report of Joseph Anastasi

**Analysis of Invoices Where "Salesrep" Did Not Take a Value Between "200" and "209" in Armor Holdings Sales Data Spreadsheets**

| Invoice ID | Customer Name | Number of Z-Shield Sales Records | Amount of Z-Shield Product on Invoice | Is the Invoice Confirmed to Relate to a Federal Entity? | Means of Confirmation |
|---|---|---|---|---|---|
| A05-12329I | MISC CREDIT CARDS | 2 | $6,386.80 | Yes | Order Specs field notes "GSA CONTRACT# GS-07F-9549G    PAID IN FULL ON GOVT CREDIT CARD" |
| A03-09686I | DEFENSE DISTRIBUTION CENTER | 2 | 4,118.46 | Yes | Order Specs field notes "GSA CONTRACT # GS-07F-9549G...PAID IN FULL WITH GOVERNMENT CHARGE CARD" |
| A02-06309I | DFAS ORLANDO FPV | 1 | 10,387.00 | Yes | Customer Name - DFAS is short for Defense Finance and Accounting Service (see http://www.dfas.mil/). |
| A05-07821I | FEDERAL RESERVE BANK OF ATLANTA | 1 | 3,323.39 | Yes | Customer Name - Federal Reserve Bank of Atlanta. |
| A03-01429I | LAWMEN SUPPLY COMPANY OF NEW JERSEY. INC. | 1 | 759.00 | Yes | Order Specs field references GSA contract # GS-07F-9549G |
| A02-10751I | US PROBATION OFFICE | 2 | 8,750.00 | Yes | Customer Name - US Probation Office |
| A03-13016I | DEFENSE DISTRIBUTION CENTER | 1 | 2,500.00 | Yes | Customer Name - Defense Distribution Center |
| A03-01123I | UNIFORM DEN INCORPORATED | 2 | 1,602.65 | Yes | The Customer Name on the Invoice itself is "Air National Guard." |
| S01-026441 | NATIONAL PARK SERVICE | 4 | 2,088.00 | Yes | Invoice Specifies *Salesrep* is "202" |
| S01-038927 | NATIONAL PARK SERVICE | 2 | 1,044.00 | Yes | Invoice Specifies *Salesrep* is "202" |
| S01-028409 | U.S. FISH AND WILDLIFE SERVICE | 20 | 13,543.20 | Yes | Invoice Specifies *Salesrep* is "202" |
| S03-002577 | US BUREAU OF RECLAMATION | 4 | 2,088.00 | Yes | Customer Name - US Bureau of Reclamation |
|  |  | **42** | **$56,590.50** |  |  |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

Exhibit 7

**Armor Holdings Z Shield Related BVP Reimbursement Spreadsheet**

| Sampled | AGENCY ID | AGENCY NAME | STATE | MODEL ID | QTY RECEIVED | DATE RECEIVED | YEAR RECEIVED | UNIT PRICE | EXTENDED PRICE | AMOUNT REQUESTED | DATE REQUESTED | AMOUNT PAID | DATE PAID | MODEL NAME | THREAT LEVEL | DISTRIBUTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | **American Body Armor and Equipment, Inc.** | | | | | | | | | |
| | 412001001 | ABBEVILLE CITY | SC | 4049 | 2 | 10/07/02 | 2002 | $ 650.00 | $ 1,300.00 | $ 3,633.68 | 08/18/03 | $ 3,633.68 | 09/16/03 | XTX2-1 | II | Lawmen's Safety Supply, Inc. |
| | 412001001 | ABBEVILLE CITY | SC | 4049 | 3 | 09/10/02 | 2002 | $ 650.00 | $ 1,950.00 | $ 1,033.50 | 11/07/02 | $ 1,033.50 | 11/27/02 | XTX2-1 | II | LAWMEN'S SAFETY SUPPLY INC. |
| | 412001001 | ABBEVILLE CITY | SC | 4049 | 6 | 08/15/01 | 2001 | $ 675.00 | $ 4,050.00 | $ 2,623.50 | 09/05/01 | $ 2,623.50 | 09/27/01 | XTX2-1 | II | Lawmen's Safety Supply, Inc. |
| | 412001001 | ABBEVILLE CITY | SC | 4051 | 1 | 08/05/04 | 2004 | $ 788.00 | $ 788.00 | $ 1,670.56 | 09/27/04 | $ 1,670.56 | 10/14/04 | XTZX2-1 | II | Lawmen's Safety Supply, Inc. |
| | 412001001 | ABBEVILLE CITY | SC | 4051 | 1 | 06/17/04 | 2004 | $ 788.00 | $ 788.00 | $ 1,670.56 | 09/27/04 | $ 1,670.56 | 10/14/04 | XTZX2-1 | II | Lawmen's Safety Supply, Inc. |
| | 412001001 | ABBEVILLE CITY | SC | 4051 | 1 | 03/28/03 | 2003 | $ 828.00 | $ 828.00 | $ 3,633.68 | 08/18/03 | $ 3,633.68 | 09/16/03 | XTZX2-1 | II | Lawmen's Safety Supply, Inc. |
| | 412001001 | ABBEVILLE CITY | SC | 4051 | 2 | 10/17/03 | 2003 | $ 788.00 | $ 1,576.00 | $ 1,670.56 | 09/27/04 | $ 1,670.56 | 10/14/04 | XTZX2-1 | II | Lawmen's Safety Supply, Inc. |
| | 412001001 | ABBEVILLE CITY | SC | 4051 | 6 | 07/14/03 | 2003 | $ 788.00 | $ 4,728.00 | $ 3,633.68 | 08/18/03 | $ 3,633.68 | 09/16/03 | XTZX2-1 | II | Lawmen's Safety Supply, Inc. |
| | 482014001 | ABERDEEN CITY | WA | 4049 | 2 | 04/28/02 | 2002 | $ 795.00 | $ 1,590.00 | $ 862.50 | 06/06/02 | $ 862.50 | 07/18/02 | XTX2-1 | II | Blumenthal Uniform & Equipment |
| X | 393046001 | ABINGTON TOWNSHIP | PA | 4049 | 13 | 02/18/05 | 2005 | $ 575.00 | $ 7,475.00 | $ 3,737.50 | 07/27/06 | $ 3,737.50 | 03/19/07 | XTX2-1 | II | Red The Uniform Taylor |
| | 242050001 | ADAMS CITY | MN | 4030 | 1 | 03/02/02 | 2002 | $ 1,100.00 | $ 1,100.00 | $ 550.00 | 07/11/02 | $ 550.00 | 07/29/02 | 3AXTZX | IIIA | Uniforms Unlimited |
| | 141001001 | ADAMS COUNTY | IL | 4051 | 1 | 03/03/03 | 2003 | $ 830.00 | $ 830.00 | $ 1,669.91 | 07/21/03 | $ 1,669.91 | 08/21/03 | XTZX2-1 | II | Uniform Den Inc |
| | 141001001 | ADAMS COUNTY | IL | 4051 | 1 | 03/24/03 | 2003 | $ 830.00 | $ 830.00 | $ 1,669.91 | 07/21/03 | $ 1,669.91 | 08/21/03 | XTZX2-1 | II | Uniform Den Inc |
| | 141001001 | ADAMS COUNTY | IL | 4051 | 2 | 06/03/02 | 2002 | $ 830.00 | $ 1,660.00 | $ 1,669.91 | 07/21/03 | $ 1,669.91 | 08/21/03 | XTZX2-1 | II | Uniform Den Inc |
| | 251001001 | ADAMS COUNTY | MS | 4030 | 1 | 10/08/01 | 2001 | $ 1,087.95 | $ 1,087.95 | $ 14,536.48 | 10/23/02 | $ 14,536.48 | 11/15/02 | 3AXTZX | IIIA | Mid South Uniform |
| | 251001001 | ADAMS COUNTY | MS | 4030 | 25 | 09/06/02 | 2002 | $ 1,119.40 | $ 27,985.00 | $ 14,536.48 | 10/23/02 | $ 14,536.48 | 11/15/02 | 3AXTZX | IIIA | Mid South Uniform & Supply, Inc. |
| | 351001001 | ADAMS COUNTY | ND | 4030 | 1 | 01/12/04 | 2004 | $ 1,295.00 | $ 1,295.00 | $ 662.48 | 01/30/04 | $ 662.48 | 02/11/04 | 3AXTZX | IIIA | Streicher's Police Equipment - Minneapolis |
| | 351001001 | ADAMS COUNTY | ND | 4030 | 5 | 07/03/02 | 2002 | $ 1,095.00 | $ 5,475.00 | $ 2,751.48 | 07/12/02 | $ 2,751.48 | 07/29/02 | 3AXTZX | IIIA | Streicher's Police Equipment - Minneapolis |
| | 412002001 | AIKEN CITY | SC | 4030 | 2 | 09/24/03 | 2003 | $ 950.00 | $ 1,900.00 | $ 12,083.67 | 09/30/05 | $ 12,083.67 | 11/03/05 | 3AXTZX | IIIA | LAWMEN'S SAFETY SUPPLY INC. |
| | 412002001 | AIKEN CITY | SC | 4030 | 2 | 09/24/03 | 2003 | $ 999.00 | $ 1,998.00 | $ 12,083.67 | 09/30/05 | $ 12,083.67 | 11/03/05 | 3AXTZX | IIIA | LAWMEN'S SAFETY SUPPLY INC. |
| | 62002001 | ALAMOSA CITY | CO | 4030 | 1 | 09/01/05 | 2005 | $ 600.00 | $ 600.00 | $ 600.00 | 12/15/05 | $ 600.00 | 03/16/05 | 3AXTZX | IIIA | Public Safety Warehouse |
| | 62002001 | ALAMOSA CITY | CO | 4030 | 4 | 10/16/02 | 2002 | $ 995.00 | $ 3,980.00 | $ 1,990.00 | 10/18/02 | $ 1,990.00 | 11/15/02 | 3AXTZX | IIIA | Public Safety Warehouse |
| | 232013001 | ALBION CITY | MI | 4049 | 20 | 10/15/02 | 2002 | $ 399.00 | $ 7,980.00 | $ 3,990.25 | 12/03/02 | $ 3,990.25 | 12/31/02 | XTX2-1 | II | METROPOLITAN  UNIFORM |
| | 232013001 | ALBION CITY | MI | 4049 | 3 | 09/15/03 | 2003 | $ 535.00 | $ 1,605.00 | $ 802.50 | 11/12/03 | $ 802.50 | 12/12/03 | XTX2-1 | II | Lansing Uniform Co |
| | 192040001 | ALEXANDRIA CITY | LA | 4063 | 21 | 04/29/02 | 2002 | $ 825.00 | $ 17,325.00 | $ 8,662.50 | 06/03/02 | $ 8,662.50 | 07/22/02 | XTX3A-1 | IIIA | BELSCO, INC. |
| | 192040001 | ALEXANDRIA CITY | LA | 4063 | 82 | 09/18/01 | 2001 | $ 825.00 | $ 67,650.00 | $ 33,825.00 | 10/16/01 | $ 33,825.00 | 11/15/01 | XTX3A-1 | IIIA | BELSCO, INC. |
| X | 192040001050100 | ALEXANDRIA POLICE DEPT | LA | 4030 | 29 | 01/14/05 | 2005 | $ 825.00 | $ 23,925.00 | $ 11,962.50 | 04/11/05 | $ 11,962.50 | 06/24/05 | 3AXTZX | IIIA | BELSCO INC. |
| | 192040001050100 | ALEXANDRIA POLICE DEPT | LA | 4030 | 12 | 10/12/02 | 2002 | $ 825.00 | $ 9,900.00 | $ 4,950.00 | 03/04/03 | $ 4,950.00 | 03/28/03 | XTX3A-1 | IIIA | BELSCO INC. |
| | 192040001050100 | ALEXANDRIA POLICE DEPT | LA | 4063 | 9 | 07/19/04 | 2004 | $ 2,124.00 | $ 19,116.00 | $ 9,720.50 | 09/09/04 | $ 9,720.50 | 09/24/04 | XTX3A-1 | IIIA | Safety Systems Corporation |
| | 332002001 | ALFRED VILLAGE | NY | 4051 | 1 | 05/07/03 | 2003 | $ 745.00 | $ 745.00 | $ 377.50 | 05/13/03 | $ 377.50 | 06/06/03 | XTZX2-1 | II | United Uniforms |
| | 482017001 | ALGONA CITY | WA | 4049 | 1 | 05/05/03 | 2003 | $ 685.00 | $ 685.00 | $ 3,404.19 | 07/21/03 | $ 3,404.19 | 08/21/03 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482017001 | ALGONA CITY | WA | 4049 | 1 | 03/11/05 | 2005 | $ 795.00 | $ 795.00 | $ 427.64 | 06/27/05 | $ 427.64 | 06/16/06 | XTX2-1 | II | Blumenthal Uniforms & Equipment |
| | 482017001 | ALGONA CITY | WA | 4049 | 1 | 11/11/99 | 1999 | $ 649.00 | $ 649.00 | $ 3,404.19 | 07/21/03 | $ 3,404.19 | 08/21/03 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482017001 | ALGONA CITY | WA | 4049 | 1 | 04/15/03 | 2003 | $ 795.00 | $ 795.00 | $ 3,404.19 | 07/21/03 | $ 3,404.19 | 08/21/03 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482017001 | ALGONA CITY | WA | 4049 | 1 | 03/31/03 | 2003 | $ 685.00 | $ 685.00 | $ 3,404.19 | 07/21/03 | $ 3,404.19 | 08/21/03 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 52019001 | ALHAMBRA CITY | CA | 4063 | 1 | 12/13/00 | 2000 | $ 632.04 | $ 632.04 | $ 7,873.02 | 06/05/02 | $ 7,873.02 | 07/17/02 | XTX3A-1 | IIIA | Aardvark Tactical, Inc |
| | 502018001 | ALTOONA CITY | WI | 4030 | 2 | 11/03/04 | 2004 | $ 1,115.00 | $ 2,230.00 | $ 1,622.50 | 11/16/04 | $ 1,622.50 | 12/13/04 | 3AXTZX | IIIA | Streicher's Police Equipment - Minneapolis |
| | 502018001 | ALTOONA CITY | WI | 4063 | 1 | 11/05/04 | 2004 | $ 995.00 | $ 995.00 | $ 1,622.50 | 11/16/04 | $ 1,622.50 | 12/13/04 | XTX3A-1 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 502018001 | ALTOONA CITY | WI | 4063 | 1 | 05/14/02 | 2002 | $ 193.34 | $ 193.34 | $ 1,416.67 | 01/24/03 | $ 1,416.67 | 02/14/03 | XTX3A-1 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 502018001 | ALTOONA CITY | WI | 4063 | 1 | 11/18/03 | 2003 | $ 605.00 | $ 605.00 | $ 306.10 | 12/12/03 | $ 306.10 | 01/12/04 | XTX3A-1 | IIIA | Advance Protection Devices |
| | 502018001 | ALTOONA CITY | WI | 4063 | 3 | 04/16/02 | 2002 | $ 875.00 | $ 2,625.00 | $ 1,416.67 | 01/24/03 | $ 1,416.67 | 02/14/03 | XTX3A-1 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 12028001 | ALTOONA TOWN | AL | 4051 | 1 | 06/22/01 | 2001 | $ 790.00 | $ 790.00 | $ 405.48 | 06/27/01 | $ 405.48 | 07/19/01 | XTZX2-1 | II | G.T. DISTIBITORS |
| | 362031002 | AMBERLEY VILLAGE | OH | 4051 | 2 | 04/05/01 | 2001 | $ 795.00 | $ 1,590.00 | $ 795.00 | 08/25/05 | $ 795.00 | 10/11/05 | XTZX2-1 | II | Roys Tailors Uniform Co., Inc |
| | 362031002 | AMBERLEY VILLAGE | OH | 4051 | 4 | 04/21/04 | 2004 | $ 795.00 | $ 3,180.00 | $ 1,590.00 | 08/26/05 | $ 1,590.00 | 10/11/05 | XTZX2-1 | II | Roys Tailors Uniform Co., Inc |
| | 362031002 | AMBERLEY VILLAGE | OH | 4051 | 4 | 05/23/03 | 2003 | $ 795.00 | $ 3,180.00 | $ 1,590.00 | 08/26/05 | $ 1,590.00 | 10/11/05 | XTZX2-1 | II | Roys Tailors Uniform Co., Inc |
| | 382036001 | AMITY CITY | OR | 4030 | 1 | 03/18/04 | 2004 | $ 600.00 | $ 600.00 | $ 304.50 | 03/30/04 | $ 304.50 | 04/20/04 | 3AXTZX | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 382036001 | AMITY CITY | OR | 4030 | 1 | 09/27/05 | 2005 | $ 600.00 | $ 600.00 | $ 304.75 | 10/06/05 | $ 304.75 | 12/23/05 | 3AXTZX | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 382036001 | AMITY CITY | OR | 4030 | 2 | 10/08/03 | 2003 | $ 600.00 | $ 1,200.00 | $ 604.25 | 10/14/03 | $ 604.25 | 10/29/03 | 3AXTZX | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 152048002 | ANDERSON CITY | IN | 4794 | 2 | 07/22/05 | 2005 | $ 685.38 | $ 1,370.76 | $ 4,454.97 | 09/27/05 | $ 4,454.97 | 11/03/05 | XTX3A-2 | IIIA | US Uniform and Supply Inc. |
| | 171002002 | ANDERSON COUNTY | KS | 4051 | 1 | 05/21/02 | 2002 | $ 860.40 | $ 860.40 | $ 991.90 | 06/18/02 | $ 991.90 | 07/29/02 | XTX2-1 | II | Law Enforcement Equipment Co. |
| | 223005002 | ANDOVER TOWN | MA | 4051 | 4 | 05/15/04 | 2004 | $ 896.40 | $ 3,585.60 | $ 1,792.80 | 06/24/04 | $ 1,792.80 | 07/12/04 | XTZX2-1 | II | M-H-Q Municipal Supply Boston |
| | 242086002 | ANNANDALE CITY | MN | 4051 | 1 | 10/09/03 | 2003 | $ 779.95 | $ 779.95 | $ 389.98 | 10/30/03 | $ 389.98 | 11/21/03 | XTZX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 241002002 | ANOKA COUNTY | MN | 4049 | 2 | 07/20/04 | 2004 | $ 779.95 | $ 1,559.90 | $ 779.95 | 11/22/04 | $ 779.95 | 12/13/04 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 241002002 | ANOKA COUNTY | MN | 4063 | 11 | 04/22/05 | 2005 | $ 554.87 | $ 6,103.57 | $ 9,655.44 | 08/26/05 | $ 9,655.44 | 10/11/05 | XTX3A-1 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 241002002 | ANOKA COUNTY | MN | 4063 | 1 | 05/31/05 | 2005 | $ 679.00 | $ 679.00 | $ 9,655.44 | 08/26/05 | $ 9,655.44 | 10/11/05 | XTX3A-1 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 241002002 | ANOKA COUNTY | MN | 4063 | 2 | 08/10/05 | 2005 | $ 995.00 | $ 1,990.00 | $ 9,655.44 | 08/26/05 | $ 9,655.44 | 10/11/05 | XTX3A-1 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 241002002 | ANOKA COUNTY | MN | 4706 | 1 | 03/07/05 | 2005 | $ 720.00 | $ 720.00 | $ 3,687.50 | 09/19/05 | $ 3,687.50 | 11/03/05 | XTX2-2 | II | Uniforms Unlimited |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

Exhibit 7

**Armor Holdings Z Shield Related BVP Reimbursement Spreadsheet**

| Sampled | AGENCY ID | AGENCY NAME | STATE | MODEL ID | QTY RECEIVED | DATE RECEIVED | YEAR RECEIVED | UNIT PRICE | EXTENDED PRICE | AMOUNT REQUESTED | DATE REQUESTED | AMOUNT PAID | DATE PAID | MODEL NAME | THREAT LEVEL | DISTRIBUTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 241002002 | ANOKA COUNTY | MN | 4706 | 1 | 07/28/05 | 2005 | $ 779.95 | $ 779.95 | 9,655.44 | 08/26/05 | $ 9,655.44 | 10/11/05 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| | 241002002 | ANOKA COUNTY | MN | 4794 | 2 | 03/06/05 | 2005 | $ 920.00 | $ 1,840.00 | 3,687.50 | 09/19/05 | $ 3,687.50 | 11/03/05 | XTX3A-2 | IIIA | Streicher's Police Equipment |
| | 52007001 | ANTIOCH CITY | CA | 4007 | 3 | 10/12/01 | 2001 | $ 950.00 | $ 2,850.00 | 9,527.71 | 03/08/02 | $ 9,527.71 | 04/05/02 | 3AXTZX-1 | IIIA | Adamson Industries-North |
| | 52007001 | ANTIOCH CITY | CA | 4030 | 1 | 12/08/03 | 2003 | $ 950.00 | $ 950.00 | 514.19 | 01/12/04 | $ 514.19 | 02/03/04 | 3AXTZX | IIIA | ADAMSON INDUSTRIES |
| | 52007001 | ANTIOCH CITY | CA | 4030 | 1 | 02/24/03 | 2003 | $ 846.00 | $ 846.00 | 457.50 | 01/02/04 | $ 457.50 | 02/03/04 | 3AXTZX | IIIA | ADAMSON INDUSTRIES |
| | 12048002 | ARAB CITY | AL | 4049 | 1 | 01/31/03 | 2003 | $ 725.00 | $ 725.00 | 362.50 | 02/18/03 | $ 362.50 | 03/12/03 | XTX2-1 | II | GT Distributors -- Georgia |
| | 12048002 | ARAB CITY | AL | 4049 | 5 | 09/24/02 | 2002 | $ 725.00 | $ 3,625.00 | 1,812.50 | 09/30/02 | $ 1,812.50 | 10/09/02 | XTX2-1 | II | GT Distributors -- Georgia |
| | 112078001 | ARCADE TOWN | GA | 4051 | 7 | 01/08/04 | 2004 | $ 829.95 | $ 5,809.65 | 2,904.83 | 02/12/04 | $ 2,904.83 | 02/27/04 | XTZX2-1 | II | G.T. DISTIBITORS |
| | 52019002 | ARCADIA CITY | CA | 4051 | 100 | 08/16/05 | 2005 | $ 900.00 | $ 90,000.00 | 47,454.38 | 08/25/05 | $ 47,454.38 | 10/11/05 | XTZX2-1 | II | Aardvark Tactical, Inc. |
| | 442061801 | ARGYLE CITY | TX | 4007 | 1 | 07/07/03 | 2003 | $ 975.00 | $ 975.00 | 487.50 | 07/14/03 | $ 487.50 | 08/06/03 | 3AXTZX-1 | IIIA | GT Distributors -- Texas |
| | 442061801 | ARGYLE CITY | TX | 4030 | 3 | 07/25/03 | 2003 | $ 975.00 | $ 2,925.00 | 1,462.50 | 08/01/03 | $ 1,462.50 | 08/29/03 | 3AXTZX | IIIA | GT Distributors -- Texas |
| | 442061801 | ARGYLE CITY | TX | 4051 | 1 | 07/25/03 | 2003 | $ 825.00 | $ 825.00 | 412.50 | 08/01/03 | $ 412.50 | 08/29/03 | XTZX2-1 | II | GT Distributors -- Texas |
| | 442061801 | ARGYLE CITY | TX | 4051 | 1 | 09/29/03 | 2003 | $ 825.00 | $ 825.00 | 412.50 | 01/14/04 | $ 412.50 | 02/03/04 | XTZX2-1 | II | GT Distributors -- Texas |
| | 482031001 | ARLINGTON CITY | WA | 4793 | 1 | 07/22/04 | 2004 | $ 685.00 | $ 685.00 | 1,389.00 | 09/01/04 | $ 1,389.00 | 09/24/04 | XTX2A-2 | IIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 191003003 | ASCENSION PARISH | LA | 4051 | 6 | 07/15/05 | 2005 | $ 660.60 | $ 3,963.60 | 3,372.43 | 06/02/06 | $ 3,372.43 | 10/23/06 | XTX2-1 | II | BELSCO, INC. |
| | 191003003 | ASCENSION PARISH | LA | 4051 | 9 | 08/10/01 | 2001 | $ 814.95 | $ 7,334.55 | 3,667.28 | 08/22/01 | $ 3,667.28 | 09/27/01 | XTZX2-1 | II | BELSCO INC. |
| | 191003003 | ASCENSION PARISH | LA | 4706 | 123 | 04/04/05 | 2005 | $ 660.60 | $ 81,253.80 | 41,294.07 | 05/12/05 | $ 41,294.07 | 06/24/05 | XTX2-2 | II | BELSCO, INC. |
| | 191003003 | ASCENSION PARISH | LA | 4706 | 2 | 04/29/05 | 2005 | $ 660.60 | $ 1,321.20 | 41,294.07 | 05/12/05 | $ 41,294.07 | 06/24/05 | XTX2-2 | II | BELSCO, INC. |
| | 303005002 | ASHLAND TOWN | NH | 4051 | 1 | 12/16/02 | 2002 | $ 747.00 | $ 747.00 | 373.50 | 12/27/02 | $ 373.50 | 01/23/03 | XTZX2-1 | II | Central Equipment Company |
| | 502005601 | ASHWAUBENON VILLAGE | WI | 4049 | 8 | 04/01/02 | 2002 | $ 650.00 | $ 5,200.00 | 2,603.00 | 05/29/02 | $ 2,603.00 | 06/27/02 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 502005601 | ASHWAUBENON VILLAGE | WI | 4706 | 7 | 06/05/03 | 2003 | $ 696.00 | $ 4,872.00 | 2,450.00 | 02/05/04 | $ 2,450.00 | 02/27/04 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| | 502005601 | ASHWAUBENON VILLAGE | WI | 4706 | 9 | 06/04/04 | 2004 | $ 696.00 | $ 6,264.00 | 3,134.00 | 06/04/04 | $ 3,134.00 | 07/06/04 | XTX2-2 | II | STREICHER'S MILWAUKEE |
| | 481002002 | ASOTIN COUNTY | WA | 4049 | 3 | 05/20/05 | 2005 | $ 625.00 | $ 1,875.00 | 1,029.40 | 05/23/05 | $ 1,029.40 | 06/27/05 | XTX2-1 | II | Blumenthal Uniforms & Equipment |
| | 481002002 | ASOTIN COUNTY | WA | 4049 | 4 | 05/01/01 | 2001 | $ 795.00 | $ 3,180.00 | 1,622.20 | 07/06/01 | $ 1,622.20 | 08/08/01 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 481002002 | ASOTIN COUNTY | WA | 4049 | 5 | 07/07/03 | 2003 | $ 795.00 | $ 3,975.00 | 2,171.00 | 08/15/03 | $ 2,171.00 | 09/16/03 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 312001002 | ATLANTIC CITY | NJ | 4030 | 112 | 12/01/03 | 2003 | $ 996.00 | $ 111,552.00 | 55,776.00 | 09/05/06 | $ 55,776.00 | 03/22/07 | 3AXTZX | IIIA | Lawman Supply Company of New Jersey, Inc. |
| | 312001002 | ATLANTIC CITY | NJ | 4030 | 1 | 10/20/02 | 2002 | $ 996.00 | $ 996.00 | 42,334.50 | 12/24/02 | $ 42,334.50 | 01/22/03 | 3AXTZX | IIIA | Lawman Supply Company of New Jersey, Inc. |
| | 312001002 | ATLANTIC CITY | NJ | 4030 | 57 | 09/20/02 | 2002 | $ 996.00 | $ 56,772.00 | 42,334.50 | 12/24/02 | $ 42,334.50 | 01/22/03 | 3AXTZX | IIIA | Lawman Supply Company of New Jersey, Inc. |
| | 312001002 | ATLANTIC CITY | NJ | 4030 | 76 | 02/16/04 | 2004 | $ 996.00 | $ 75,696.00 | 37,848.00 | 03/18/04 | $ 37,848.00 | 04/20/04 | 3AXTZX | IIIA | Lawman Supply Company of New Jersey, Inc. |
| | 442061001 | AUBREY CITY | TX | 4063 | 3 | 06/28/02 | 2002 | $ 475.88 | $ 1,427.64 | 713.82 | 07/22/03 | $ 713.82 | 08/22/03 | XTX3A-1 | IIIA | GT Distributors -- Texas |
| | 182071002 | AUBURN CITY | KY | 4051 | 3 | 08/21/02 | 2002 | $ 849.95 | $ 2,549.85 | 1,274.93 | 09/23/02 | $ 1,274.93 | 10/09/02 | XTZX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 223014003 | AUBURN TOWN | MA | 4051 | 24 | 08/14/01 | 2001 | $ 747.00 | $ 17,928.00 | 8,964.00 | 08/15/01 | $ 8,964.00 | 08/29/01 | XTZX2-1 | II | Central Equipment Company |
| | 421002001 | AURORA COUNTY | SD | 4030 | 3 | 04/29/02 | 2002 | $ 1,079.95 | $ 3,239.85 | 1,629.93 | 06/06/02 | $ 1,629.93 | 07/18/02 | 3AXTZX | IIIA | Safety League Inc. |
| | 32007001 | AVONDALE CITY | AZ | 4051 | 1 | 02/19/01 | 2001 | $ 525.00 | $ 525.00 | 6,513.20 | 06/14/01 | $ 6,513.20 | 07/13/01 | XTZX2-1 | II | West Valley Uniforms, Inc. |
| | 52019004 | AZUSA CITY | CA | 4030 | 2 | 03/06/03 | 2003 | $ 650.00 | $ 1,300.00 | 4,382.00 | 11/10/03 | $ 4,382.00 | 12/12/03 | XTX2-1 | II | Aardvark Tactical, Inc |
| | 52019004 | AZUSA CITY | CA | 4063 | 1 | 03/06/03 | 2003 | $ 800.00 | $ 800.00 | 4,382.00 | 11/10/03 | $ 4,382.00 | 12/12/03 | XTX3A-1 | IIIA | Aardvark Tactical, Inc |
| | 52019004 | AZUSA CITY | CA | 4794 | 2 | 03/06/03 | 2003 | $ 800.00 | $ 1,600.00 | 4,382.00 | 11/10/03 | $ 4,382.00 | 12/12/03 | XTX3A-2 | IIIA | Aardvark Tactical, Inc |
| | 482018004 | BAINBRIDGE ISLAND CITY | WA | 4030 | 1 | 04/21/04 | 2004 | $ 579.00 | $ 579.00 | 314.98 | 06/08/04 | $ 314.98 | 07/09/04 | 3AXTZX | IIIA | Blumenthal Uniforms & Equipment |
| | 99239 | BALDWIN PARK UNIF SCHOOL DIST | CA | 4049 | 4 | 01/10/05 | 2005 | $ 650.00 | $ 2,600.00 | 1,407.25 | 01/10/05 | $ 1,407.25 | 02/04/05 | XTX2-1 | II | Aardvark Tactical, Inc. |
| | 502056001 | BALDWIN VILLAGE | WI | 4007 | 1 | 08/09/01 | 2001 | $ 679.95 | $ 679.95 | 339.98 | 08/04/03 | $ 339.98 | 08/29/03 | 3AXTZX-1 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 502056001 | BALDWIN VILLAGE | WI | 4030 | 1 | 07/20/99 | 1999 | $ 600.00 | $ 600.00 | 300.00 | 08/08/03 | $ 300.00 | 08/29/03 | 3AXTZX | IIIA | Uniforms Unlimited |
| | 222001201 | BARNSTABLE CITY | MA | 4007 | 4 | 04/01/01 | 2001 | $ 940.00 | $ 3,760.00 | 48,290.94 | 09/07/04 | $ 48,290.94 | 09/24/04 | 3AXTZX-1 | IIIA | Armor Holdings Inc. |
| | 222001201 | BARNSTABLE CITY | MA | 4051 | 26 | 04/01/01 | 2001 | $ 747.00 | $ 19,422.00 | 48,290.94 | 09/07/04 | $ 48,290.94 | 09/24/04 | XTZX2-1 | II | Armor Holdings Inc. |
| | 412006001 | BARNWELL CITY | SC | 4706 | 4 | 08/04/05 | 2005 | $ 551.00 | $ 2,204.00 | 1,168.12 | 08/12/05 | $ 1,168.12 | 10/11/05 | XTX2-2 | II | LAWMEN'S SAFETY SUPPLY INC. |
| | 252054001 | BATESVILLE CITY | MS | 4051 | 1 | 07/02/01 | 2001 | $ 776.92 | $ 776.92 | 3,107.68 | 04/29/02 | $ 3,107.68 | 05/17/02 | XTZX2-1 | II | Mid South Uniform & Supply, Inc. |
| | 252054001 | BATESVILLE CITY | MS | 4051 | 1 | 03/04/03 | 2003 | $ 866.52 | $ 866.52 | 1,700.76 | 06/08/04 | $ 1,700.76 | 07/09/04 | XTZX2-1 | II | Mid South Uniform |
| | 252054001 | BATESVILLE CITY | MS | 4051 | 1 | 05/13/02 | 2002 | $ 776.92 | $ 776.92 | 388.46 | 08/21/02 | $ 388.46 | 09/30/02 | XTZX2-1 | II | Mid South Uniform & Supply, Inc. |
| | 252054001 | BATESVILLE CITY | MS | 4051 | 1 | 12/16/02 | 2002 | $ 800.00 | $ 800.00 | 400.00 | 04/08/03 | $ 400.00 | 05/14/03 | XTZX2-1 | II | Mid South Uniform & Supply, Inc. |
| | 252054001 | BATESVILLE CITY | MS | 4051 | 1 | 04/18/02 | 2002 | $ 776.92 | $ 776.92 | 3,107.68 | 04/29/02 | $ 3,107.68 | 05/17/02 | XTZX2-1 | II | Mid South Uniform & Supply, Inc. |
| | 252054001 | BATESVILLE CITY | MS | 4051 | 1 | 10/26/01 | 2001 | $ 776.92 | $ 776.92 | 3,107.68 | 04/29/02 | $ 3,107.68 | 05/17/02 | XTZX2-1 | II | Mid South Uniform & Supply, Inc. |
| | 252054001 | BATESVILLE CITY | MS | 4051 | 1 | 07/30/01 | 2001 | $ 776.92 | $ 776.92 | 3,107.68 | 04/29/02 | $ 3,107.68 | 05/17/02 | XTZX2-1 | II | Mid South Uniform & Supply, Inc. |
| | 252054001 | BATESVILLE CITY | MS | 4051 | 2 | 03/04/03 | 2003 | $ 866.52 | $ 1,733.04 | 866.52 | 04/08/03 | $ 866.52 | 05/14/03 | XTZX2-1 | II | Mid South Uniform & Supply, Inc. |
| | 252054001 | BATESVILLE CITY | MS | 4051 | 2 | 07/17/01 | 2001 | $ 776.92 | $ 1,553.84 | 3,107.68 | 04/29/02 | $ 3,107.68 | 05/17/02 | XTZX2-1 | II | Mid South Uniform & Supply, Inc. |
| | 252054001 | BATESVILLE CITY | MS | 4051 | 2 | 08/22/01 | 2001 | $ 776.92 | $ 1,553.84 | 3,107.68 | 04/29/02 | $ 3,107.68 | 05/17/02 | XTZX2-1 | II | Mid South Uniform & Supply, Inc. |
| | 252054001 | BATESVILLE CITY | MS | 4051 | 6 | 09/27/02 | 2002 | $ 800.00 | $ 4,800.00 | 2,400.00 | 10/01/02 | $ 2,400.00 | 10/24/02 | XTZX2-1 | II | Mid South Uniform |
| | 252054001 | BATESVILLE CITY | MS | 4794 | 3 | 05/16/05 | 2005 | $ 547.52 | $ 1,642.56 | 821.28 | 07/12/05 | $ 821.28 | 10/19/05 | XTX3A-2 | IIIA | Mid South Uniform |
| | 112001001 | BAXLEY CITY | GA | 4051 | 13 | 04/27/01 | 2001 | $ 859.00 | $ 11,167.00 | 5,583.50 | 09/10/01 | $ 5,583.50 | 09/27/01 | XTZX2-1 | II | GT DISTRIBTORS |
| | 502041001 | BAYSIDE VILLAGE | WI | 4030 | 2 | 11/07/02 | 2002 | $ 1,095.00 | $ 2,190.00 | 1,095.00 | 12/30/02 | $ 1,095.00 | 01/22/03 | 3AXTZX | IIIA | Streicher's Police Equipment - Minneapolis |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

Exhibit 7

**Armor Holdings Z Shield Related BVP Reimbursement Spreadsheet**

| Sampled | AGENCY ID | AGENCY NAME | STATE | MODEL ID | QTY RECEIVED | DATE RECEIVED | YEAR RECEIVED | UNIT PRICE | EXTENDED PRICE | AMOUNT REQUESTED | DATE REQUESTED | AMOUNT PAID | DATE PAID | MODEL NAME | THREAT LEVEL | DISTRIBUTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 332014001 | BEACON CITY | NY | 4051 | 5 | 12/12/02 | 2002 | $ 850.00 | $ 4,250.00 | $ 2,200.00 | 12/23/02 | $ 2,200.00 | 01/22/03 | XTZX2-1 | II | New England Uniform Company |
| | 333060001 | BEDFORD TOWN | NY | 4051 | 1 | 05/07/04 | 2004 | $ 850.00 | $ 850.00 | $ 939.50 | 03/23/07 | $ 939.50 | 04/20/07 | XTZX2-1 | II | NEW ENGLAND UNIFORM |
| | 333060001 | BEDFORD TOWN | NY | 4051 | 1 | 06/08/05 | 2005 | $ 795.00 | $ 795.00 | $ 1,311.50 | 03/23/07 | $ 1,311.50 | 04/20/07 | XTZX2-1 | II | NEW ENGLAND UNIFORM |
| | 212013002 | BEL AIR TOWN | MD | 4051 | 4 | 01/05/05 | 2005 | $ 836.64 | $ 3,346.56 | $ 5,503.16 | 02/09/05 | $ 5,503.16 | 02/23/05 | XTZX2-1 | II | Safety League Inc. |
| | 212013002 | BEL AIR TOWN | MD | 4051 | 4 | 01/23/03 | 2003 | $ 840.00 | $ 3,360.00 | $ 2,388.31 | 04/28/03 | $ 2,388.31 | 05/16/03 | XTZX2-1 | II | Safety League, Inc. |
| | 212013002 | BEL AIR TOWN | MD | 4051 | 5 | 09/30/03 | 2003 | $ 836.64 | $ 4,183.20 | $ 2,116.60 | 01/15/04 | $ 2,116.60 | 02/03/04 | XTZX2-1 | II | Safety League, Inc. |
| | 212013002 | BEL AIR TOWN | MD | 4051 | 9 | 12/21/04 | 2004 | $ 836.64 | $ 7,529.76 | $ 5,503.16 | 02/09/05 | $ 5,503.16 | 02/23/05 | XTZX2-1 | II | Safety League, Inc. |
| | 242070001 | BELLE PLAINE CITY | MN | 4063 | 1 | 01/04/04 | 2004 | $ 995.00 | $ 995.00 | $ 497.50 | 02/10/04 | $ 497.50 | 02/26/04 | XTX3A-1 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 282077001 | BELLEVUE CITY | NE | 4007 | 1 | 04/08/03 | 2003 | $ 1,079.95 | $ 1,079.95 | $ 18,228.12 | 11/20/03 | $ 18,228.12 | 12/24/03 | 3AXTZX-1 | IIIA | Safety League Inc |
| | 282077001 | BELLEVUE CITY | NE | 4007 | 1 | 07/19/02 | 2002 | $ 898.00 | $ 898.00 | $ 18,228.12 | 11/20/03 | $ 18,228.12 | 12/24/03 | 3AXTZX-1 | IIIA | Law Enforcement Equipment Co. |
| | 482037001 | BELLINGHAM CITY | WA | 4049 | 25 | 11/15/04 | 2004 | $ 685.00 | $ 17,125.00 | $ 9,238.50 | 12/24/04 | $ 9,238.50 | 01/20/05 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482037001 | BELLINGHAM CITY | WA | 4049 | 27 | 11/30/02 | 2002 | $ 685.00 | $ 18,495.00 | $ 9,272.50 | 02/18/03 | $ 9,272.50 | 03/28/03 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482037001 | BELLINGHAM CITY | WA | 4706 | 21 | 12/03/03 | 2003 | $ 685.00 | $ 14,385.00 | $ 7,828.96 | 01/15/04 | $ 7,828.96 | 02/03/04 | XTX2-2 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 52041002 | BELMONT CITY | CA | 4063 | 1 | 06/16/03 | 2003 | $ 679.00 | $ 679.00 | $ 367.51 | 07/07/03 | $ 367.51 | 08/06/03 | XTX3A-1 | IIIA | Summit Uniforms |
| | 52041002 | BELMONT CITY | CA | 4063 | 3 | 02/10/03 | 2003 | $ 679.00 | $ 2,037.00 | $ 1,046.51 | 02/10/03 | $ 1,046.51 | 02/26/03 | XTX3A-1 | IIIA | Summit Uniform |
| | 52041002 | BELMONT CITY | CA | 4063 | 5 | 12/12/05 | 2005 | $ 679.00 | $ 3,395.00 | $ 1,725.51 | 12/13/05 | $ 1,725.51 | 03/16/05 | XTX3A-1 | IIIA | Summit Uniforms |
| | 52041002 | BELMONT CITY | CA | 4063 | 7 | 07/08/02 | 2002 | $ 639.00 | $ 4,473.00 | $ 2,420.29 | 07/17/02 | $ 2,420.29 | 09/05/02 | XTX3A-1 | IIIA | Summit Uniforms |
| | 361007007 | BELMONT COUNTY | OH | 4049 | 20 | 03/24/03 | 2003 | $ 795.00 | $ 15,900.00 | $ 7,950.00 | 03/25/03 | $ 7,950.00 | 04/07/03 | XTX2-1 | II | ROY TAILOR UNIFORM CO. FO COLUMBUS OH |
| | 361007007 | BELMONT COUNTY | OH | 4793 | 4 | 06/09/03 | 2003 | $ 795.00 | $ 3,180.00 | $ 3,185.38 | 06/11/03 | $ 3,185.38 | 06/25/03 | XTX2A-2 | IIA | ROY TAILOR UNIFORM CO. FO COLUMBUS OH |
| | 361007007 | BELMONT COUNTY | OH | 4793 | 4 | 06/09/03 | 2003 | $ 795.00 | $ 3,180.00 | $ 3,185.38 | 06/11/03 | $ 3,185.38 | 06/25/03 | XTX2A-2 | IIA | ROY TAILOR UNIFORM CO. FO COLUMBUS OH |
| | 502054001 | BELOIT CITY | WI | 4063 | 2 | 12/23/03 | 2003 | $ 645.00 | $ 1,290.00 | $ 6,282.50 | 01/02/04 | $ 6,282.50 | 02/03/04 | XTX3A-1 | IIIA | STREICHER'S MILWAUKEE |
| | 502054001 | BELOIT CITY | WI | 4063 | 6 | 12/29/03 | 2003 | $ 645.00 | $ 3,870.00 | $ 6,282.50 | 01/02/04 | $ 6,282.50 | 02/03/04 | XTX3A-1 | IIIA | STREICHER'S MILWAUKEE |
| | 262019002 | BELTON CITY | MO | 4706 | 1 | 08/21/05 | 2005 | $ 588.00 | $ 588.00 | $ 294.00 | 04/13/06 | $ 294.00 | 10/23/06 | XTX2-2 | II | Alamar Uniforms |
| | 262019002 | BELTON CITY | MO | 4706 | 2 | 10/05/04 | 2004 | $ 699.95 | $ 1,399.90 | $ 3,849.55 | 03/08/05 | $ 3,849.55 | 03/23/05 | XTX2-2 | II | Law Enforcement Equipment Company |
| | 262019002 | BELTON CITY | MO | 4706 | 9 | 02/11/05 | 2005 | $ 588.80 | $ 5,299.20 | $ 3,849.55 | 03/08/05 | $ 3,849.55 | 03/23/05 | XTX2-2 | II | Alamar Uniforms |
| | 241004004 | BELTRAMI COUNTY | MN | 4063 | 2 | 05/04/05 | 2005 | $ 1,100.00 | $ 2,200.00 | $ 1,100.00 | 05/10/05 | $ 1,100.00 | 06/24/05 | XTX3A-1 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 241004004 | BELTRAMI COUNTY | MN | 4794 | 2 | 05/04/05 | 2005 | $ 1,100.00 | $ 2,200.00 | $ 1,115.00 | 05/09/05 | $ 1,115.00 | 06/24/05 | XTX3A-2 | IIIA | Armor Holdings Inc. |
| | 242004001 | BEMIDJI CITY | MN | 4030 | 1 | 09/20/01 | 2001 | $ 985.00 | $ 985.00 | $ 1,990.00 | 06/05/02 | $ 1,990.00 | 07/17/02 | 3AXTZX | IIIA | Streicher's Police Equipment - Minneapolis |
| | 242004001 | BEMIDJI CITY | MN | 4030 | 1 | 02/26/02 | 2002 | $ 985.00 | $ 985.00 | $ 1,990.00 | 06/05/02 | $ 1,990.00 | 07/17/02 | 3AXTZX | IIIA | Streicher's Police Equipment - Minneapolis |
| | 242004001 | BEMIDJI CITY | MN | 4030 | 2 | 09/15/01 | 2001 | $ 985.00 | $ 1,970.00 | $ 1,990.00 | 06/05/02 | $ 1,990.00 | 07/17/02 | 3AXTZX | IIIA | Streicher's Police Equipment - Minneapolis |
| | 240000000A1044 | Bemidji State University | MN | 4030 | 1 | 08/10/05 | 2005 | $ 508.39 | $ 508.39 | $ 269.17 | 09/07/05 | $ 269.17 | 11/03/05 | 3AXTZX | IIIA | Streicher's Police Equipment - Minneapolis |
| | 382009001 | BEND CITY | OR | 4794 | 7 | 09/23/04 | 2004 | $ 783.00 | $ 5,481.00 | $ 2,770.50 | 10/11/04 | $ 2,770.50 | 11/03/04 | XTX3A-2 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 131005005 | BENEWAH COUNTY | ID | 4051 | 3 | 08/06/04 | 2004 | $ 989.00 | $ 2,967.00 | $ 1,483.50 | 08/09/04 | $ 1,483.50 | 08/26/04 | XTZX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 282028001 | BENNINGTON CITY | NE | 4007 | 1 | 08/27/02 | 2002 | $ 213.98 | $ 213.98 | $ 113.99 | 12/11/03 | $ 113.99 | 01/07/04 | 3AXTZX-1 | IIIA | Galls Inc |
| | 242076002 | BENSON CITY | MN | 4049 | 1 | 08/21/03 | 2003 | $ 750.00 | $ 750.00 | $ 381.48 | 12/08/04 | $ 381.48 | 12/23/04 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 42063001 | BENTON CITY | AR | 4049 | 1 | 02/28/02 | 2002 | $ 635.00 | $ 635.00 | $ 2,624.14 | 07/31/03 | $ 2,624.14 | 08/22/03 | XTX2-1 | II | Cruse Uniform & Equipment |
| | 42063001 | BENTON CITY | AR | 4049 | 3 | 10/02/02 | 2002 | $ 635.00 | $ 1,905.00 | $ 2,624.14 | 07/31/03 | $ 2,624.14 | 08/22/03 | XTX2-1 | II | Cruse Uniform & Equipment |
| | 42063001 | BENTON CITY | AR | 4049 | 3 | 12/17/02 | 2002 | $ 635.00 | $ 1,905.00 | $ 2,624.14 | 07/31/03 | $ 2,624.14 | 08/22/03 | XTX2-1 | II | Cruse Uniform & Equipment |
| | 312002003 | BERGENFIELD BOROUGH | NJ | 4030 | 3 | 06/09/04 | 2004 | $ 555.00 | $ 1,665.00 | $ 9,647.25 | 04/09/07 | $ 9,647.25 | 06/21/07 | 3AXTZX | IIIA | Lawmen Supply Co. NJ, Inc. |
| | 312002003 | BERGENFIELD BOROUGH | NJ | 4030 | 4 | 11/06/03 | 2003 | $ 996.00 | $ 3,984.00 | $ 1,992.00 | 11/06/03 | $ 1,992.00 | 12/12/03 | 3AXTZX | IIIA | Lawman Supply |
| | 313015001 | BERKELEY TOWNSHIP | NJ | 4063 | 1 | 05/07/02 | 2002 | $ 600.00 | $ 600.00 | $ 8,162.83 | 09/09/04 | $ 8,162.83 | 09/24/04 | XTX3A-1 | IIIA | Red the Uniform Tailor |
| | 313015001 | BERKELEY TOWNSHIP | NJ | 4063 | 1 | 09/29/00 | 2000 | $ 533.12 | $ 533.12 | $ 3,348.56 | 01/04/02 | $ 3,348.56 | 02/06/02 | XTX3A-1 | IIIA | Red the Uniform Tailor |
| | 313015001 | BERKELEY TOWNSHIP | NJ | 4063 | 2 | 08/24/00 | 2000 | $ 515.00 | $ 1,030.00 | $ 3,348.56 | 01/04/02 | $ 3,348.56 | 02/06/02 | XTX3A-1 | IIIA | Red the Uniform Tailor |
| | 313015001 | BERKELEY TOWNSHIP | NJ | 4063 | 2 | 09/29/00 | 2000 | $ 515.00 | $ 1,030.00 | $ 3,348.56 | 01/04/02 | $ 3,348.56 | 02/06/02 | XTX3A-1 | IIIA | American Body Armor and Equipment, Inc. (Manufacturer) |
| | 313015001 | BERKELEY TOWNSHIP | NJ | 4063 | 2 | 09/29/00 | 2000 | $ 515.00 | $ 1,030.00 | $ 3,348.56 | 01/04/02 | $ 3,348.56 | 02/06/02 | XTX3A-1 | IIIA | Red the Uniform Tailor |
| | 39200602460500 | BERKS LEHIGH REGIONAL TASK FORCE | PA | 4051 | 1 | 08/01/02 | 2002 | $ 840.00 | $ 840.00 | $ 425.00 | 08/25/02 | $ 425.00 | 09/27/02 | XTZX2-1 | II | Safety League, Inc.#1 |
| | 39200602460500 | BERKS LEHIGH REGIONAL TASK FORCE | PA | 4051 | 1 | 07/11/02 | 2002 | $ 840.00 | $ 840.00 | $ 420.00 | 07/29/02 | $ 420.00 | 09/05/02 | XTZX2-1 | II | Safety League, Inc.#1 |
| | 39200602460500 | BERKS LEHIGH REGIONAL TASK FORCE | PA | 4051 | 1 | 12/13/02 | 2002 | $ 840.00 | $ 840.00 | $ 422.50 | 12/21/02 | $ 422.50 | 01/22/03 | XTZX2-1 | II | Safety League, Inc.#1 |
| | 39200602460500 | BERKS LEHIGH REGIONAL TASK FORCE | PA | 4051 | 1 | 05/24/04 | 2004 | $ 770.90 | $ 770.90 | $ 390.45 | 05/29/04 | $ 390.45 | 06/10/04 | XTZX2-1 | II | SAFETY LEAGUE INC. |
| | 39200602460500 | BERKS LEHIGH REGIONAL TASK FORCE | PA | 4051 | 2 | 10/04/02 | 2002 | $ 840.00 | $ 1,680.00 | $ 847.50 | 10/11/02 | $ 847.50 | 10/24/02 | XTZX2-1 | II | Safety League, Inc.#1 |
| | 39200602460500 | BERKS LEHIGH REGIONAL TASK FORCE | PA | 4051 | 2 | 12/10/03 | 2003 | $ 949.95 | $ 1,899.90 | $ 954.95 | 01/16/04 | $ 954.95 | 02/13/04 | XTZX2-1 | II | SAFETY LEAGUE |

Confidential - Subject to Protective Order

United States of America v. Honeywell International, Inc.                                                                                      Exhibit 7
Expert Report of Joseph Anastasi

**Armor Holdings Z Shield Related BVP Reimbursement Spreadsheet**

| Sampled | AGENCY ID | AGENCY NAME | STATE | MODEL ID | QTY RECEIVED | DATE RECEIVED | YEAR RECEIVED | UNIT PRICE | EXTENDED PRICE | AMOUNT REQUESTED | DATE REQUESTED | AMOUNT PAID | DATE PAID | MODEL NAME | THREAT LEVEL | DISTRIBUTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 39200602460500 | BERKS LEHIGH REGIONAL TASK FORCE | PA | 4051 | 3 | 06/19/02 | 2002 | $ 879.95 | $ 2,639.85 | $ 1,319.93 | 06/23/02 | $ 1,319.93 | 07/29/02 | XTZX2-1 | II | SAFETY LEAQUE INC. |
| | 39200602460500 | BERKS LEHIGH REGIONAL TASK FORCE | PA | 4051 | 9 | 03/30/01 | 2001 | $ 840.00 | $ 7,560.00 | $ 3,780.00 | 02/26/02 | $ 3,780.00 | 04/03/02 | XTZX2-1 | II | Safety League Inc. |
| | 321001001 | BERNALILLO COUNTY | NM | 4063 | 3 | 02/21/02 | 2002 | $ 473.32 | $ 1,419.96 | $ 709.98 | 06/12/02 | $ 709.98 | 07/18/02 | XTX3A-1 | IIIA | Kaufman's West |
| X | 181008008 | BOONE COUNTY | KY | 4051 | 1 | 04/12/04 | 2004 | $ 795.00 | $ 795.00 | $ 1,590.00 | 09/10/04 | $ 1,590.00 | 09/24/04 | XTZX2-1 | II | Roy Tailors Uniform Co., Inc. |
| | 321001001 | BERNALILLO COUNTY | NM | 4063 | 7 | 12/27/01 | 2001 | $ 646.15 | $ 4,523.05 | $ 17,111.53 | 06/11/02 | $ 17,111.53 | 07/22/02 | XTX3A-1 | IIIA | Kaufman's West |
| | 42004801 | BETHEL HEIGHTS TOWN | AR | 4049 | 2 | 06/09/03 | 2003 | $ 635.00 | $ 1,270.00 | $ 656.04 | 02/16/04 | $ 656.04 | 03/17/04 | XTX2-1 | II | Cruse Uniform & Equipment |
| | 73001001 | BETHEL TOWN | CT | 4051 | 1 | 08/08/03 | 2003 | $ 946.00 | $ 946.00 | $ 7,258.50 | 05/18/04 | $ 7,258.50 | 06/10/04 | XTZX2-1 | II | NEW ENGLAND UNIFORM |
| | 73001001 | BETHEL TOWN | CT | 4051 | 6 | 08/08/03 | 2003 | $ 850.00 | $ 5,100.00 | $ 7,258.50 | 05/18/04 | $ 7,258.50 | 06/10/04 | XTZX2-1 | II | NEW ENGLAND UNIFORM |
| | 52019007 | BEVERLY HILLS CITY | CA | 4049 | 17 | 09/02/03 | 2003 | $ 555.00 | $ 9,435.00 | $ 5,106.72 | 10/06/03 | $ 5,106.72 | 10/29/03 | XTX2-1 | II | Aardvark Tactical, Inc |
| | 52019007 | BEVERLY HILLS CITY | CA | 4049 | 1 | 06/02/03 | 2003 | $ 635.00 | $ 635.00 | $ 1,376.41 | 08/04/03 | $ 1,376.41 | 08/29/03 | XTX2-1 | II | Aardvark Tactical, Inc |
| | 52019007 | BEVERLY HILLS CITY | CA | 4049 | 1 | 06/02/03 | 2003 | $ 635.00 | $ 635.00 | $ 1,376.41 | 08/04/03 | $ 1,376.41 | 08/29/03 | XTX2-1 | II | Aardvark Tactical, Inc |
| | 52019007 | BEVERLY HILLS CITY | CA | 4049 | 1 | 06/02/03 | 2003 | $ 635.00 | $ 635.00 | $ 1,376.41 | 08/04/03 | $ 1,376.41 | 08/29/03 | XTX2-1 | II | Aardvark Tactical, Inc |
| | 52019007 | BEVERLY HILLS CITY | CA | 4049 | 1 | 02/03/04 | 2004 | $ 555.00 | $ 555.00 | $ 300.40 | 02/19/04 | $ 300.40 | 03/17/04 | XTX2-1 | II | Aardvark Tactical, Inc |
| | 52019007 | BEVERLY HILLS CITY | CA | 4049 | 1 | 12/08/03 | 2003 | $ 555.00 | $ 555.00 | $ 300.40 | 12/10/03 | $ 300.40 | 01/12/04 | XTX2-1 | II | Aardvark Tactical, Inc |
| | 52019007 | BEVERLY HILLS CITY | CA | 4049 | 1 | 12/10/03 | 2003 | $ 555.00 | $ 555.00 | $ 300.40 | 12/15/03 | $ 300.40 | 01/07/04 | XTX2-1 | II | Aardvark Tactical, Inc |
| | 52019007 | BEVERLY HILLS CITY | CA | 4049 | 1 | 04/14/04 | 2004 | $ 555.00 | $ 555.00 | $ 300.40 | 04/14/04 | $ 300.40 | 05/17/04 | XTX2-1 | II | Aardvark Tactical, Inc |
| | 52019007 | BEVERLY HILLS CITY | CA | 4049 | 1 | 07/22/03 | 2003 | $ 638.00 | $ 638.00 | $ 1,376.41 | 08/04/03 | $ 1,376.41 | 08/29/03 | XTX2-1 | II | Aardvark Tactical, Inc |
| | 52019007 | BEVERLY HILLS CITY | CA | 4049 | 1 | 04/25/05 | 2005 | $ 555.00 | $ 555.00 | $ 901.19 | 04/26/05 | $ 901.19 | 06/24/05 | XTX2-1 | II | Aardvark Tactical, Inc |
| | 52019007 | BEVERLY HILLS CITY | CA | 4049 | 2 | 12/03/03 | 2003 | $ 555.00 | $ 1,110.00 | $ 600.79 | 12/03/03 | $ 600.79 | 01/12/04 | XTX2-1 | II | Aardvark Tactical, Inc |
| | 52019007 | BEVERLY HILLS CITY | CA | 4049 | 2 | 08/21/03 | 2003 | $ 555.00 | $ 1,110.00 | $ 577.90 | 08/21/03 | $ 577.90 | 09/16/03 | XTX2-1 | II | Aardvark Tactical, Inc |
| | 52019007 | BEVERLY HILLS CITY | CA | 4049 | 2 | 04/25/05 | 2005 | $ 555.00 | $ 1,110.00 | $ 901.19 | 04/26/05 | $ 901.19 | 06/24/05 | XTX2-1 | II | Aardvark Tactical, Inc |
| | 52019007 | BEVERLY HILLS CITY | CA | 4049 | 5 | 10/09/03 | 2003 | $ 555.00 | $ 2,775.00 | $ 1,501.98 | 10/13/03 | $ 1,501.98 | 10/29/03 | XTX2-1 | II | Aardvark Tactical, Inc |
| | 52019007 | BEVERLY HILLS CITY | CA | 4049 | 80 | 08/21/03 | 2003 | $ 555.00 | $ 44,400.00 | $ 22,222.90 | 08/21/03 | $ 22,222.90 | 09/16/03 | XTX2-1 | II | Aardvark Tactical, Inc |
| | 232063507 | BEVERLY HILLS VILLAGE | MI | 4051 | 1 | 11/06/02 | 2002 | $ 849.00 | $ 849.00 | $ 849.00 | 11/08/02 | $ 849.00 | 11/27/02 | XTZX2-1 | II | METROPOLITAN  UNIFORM |
| X | 01670 | Bronson City | KS | 4049 | 2 | 07/19/01 | 2001 | $ 699.95 | $ 1,399.90 | $ 710.70 | 07/30/01 | $ 710.70 | 08/22/01 | XTX2-1 | II | Law Enforcement Equipment Company |
| | 232063507 | BEVERLY HILLS VILLAGE | MI | 4051 | 1 | 12/15/03 | 2003 | $ 934.00 | $ 934.00 | $ 3,014.00 | 12/19/03 | $ 3,014.00 | 01/20/04 | XTZX2-1 | II | Armor Holdings Inc. |
| | 232063507 | BEVERLY HILLS VILLAGE | MI | 4051 | 1 | 10/28/02 | 2002 | $ 849.00 | $ 849.00 | $ 424.50 | 11/04/02 | $ 424.50 | 11/27/02 | XTZX2-1 | II | METROPOLITAN  UNIFORM |
| | 232063507 | BEVERLY HILLS VILLAGE | MI | 4051 | 1 | 05/31/02 | 2002 | $ 849.00 | $ 849.00 | $ 2,429.46 | 06/06/02 | $ 2,429.46 | 07/18/02 | XTZX2-1 | II | METROPOLITAN  UNIFORM |
| | 232063507 | BEVERLY HILLS VILLAGE | MI | 4051 | 2 | 10/04/02 | 2002 | $ 849.00 | $ 1,698.00 | $ 849.00 | 10/18/02 | $ 849.00 | 11/15/02 | XTZX2-1 | II | METROPOLITAN  UNIFORM |
| | 232063507 | BEVERLY HILLS VILLAGE | MI | 4051 | 2 | 11/05/02 | 2002 | $ 849.00 | $ 1,698.00 | $ 849.00 | 11/05/02 | $ 849.00 | 11/27/02 | XTZX2-1 | II | METROPOLITAN  UNIFORM |
| | 232063507 | BEVERLY HILLS VILLAGE | MI | 4051 | 2 | 09/11/02 | 2002 | $ 849.00 | $ 1,698.00 | $ 849.00 | 09/16/02 | $ 849.00 | 10/09/02 | XTZX2-1 | II | METROPOLITAN  UNIFORM |
| | 232063507 | BEVERLY HILLS VILLAGE | MI | 4051 | 6 | 12/15/03 | 2003 | $ 849.00 | $ 5,094.00 | $ 3,014.00 | 12/19/03 | $ 3,014.00 | 01/20/04 | XTZX2-1 | II | Armor Holdings Inc. |
| | 362025001 | BEXLEY CITY | OH | 4051 | 4 | 05/22/02 | 2002 | $ 795.00 | $ 3,180.00 | $ 2,690.00 | 06/28/02 | $ 2,690.00 | 07/29/02 | XTZX2-1 | II | Roy Tailors Uniform Co of Columbus |
| | 422026002 | BIG STONE CITY | SD | 4051 | 1 | 12/30/02 | 2002 | $ 896.00 | $ 896.00 | $ 463.00 | 01/15/03 | $ 463.00 | 01/28/03 | XTZX2-1 | II | Law Enforcement Equipment Company |
| X | 32007002 | BUCKEYE TOWN | AZ | 4049 | 1 | 01/08/04 | 2004 | $ 615.00 | $ 615.00 | $ 607.67 | 08/03/04 | $ 607.67 | 08/26/04 | XTX2-1 | II | West Valley Uniforms, Inc, |
| | 232063003 | BIRMINGHAM CITY | MI | 4051 | 2 | 11/15/03 | 2003 | $ 739.99 | $ 1,479.98 | $ 2,233.99 | 03/04/04 | $ 2,233.99 | 04/08/04 | XTZX2-1 | II | Armor Holdings Inc. |
| | 482017501 | BLACK DIAMOND TOWN | WA | 4706 | 1 | 03/25/04 | 2004 | $ 685.00 | $ 685.00 | $ 373.13 | 05/24/04 | $ 373.13 | 06/04/04 | XTX2-2 | II | Blumenthal Uniforms & Equipment |
| | 242002003 | BLAINE CITY | MN | 4020 | 1 | 03/10/03 | 2003 | $ 779.95 | $ 779.95 | $ 3,399.29 | 07/24/03 | $ 3,399.29 | 08/22/03 | XTX2A-1 | IIA | Streicher's Police Equipment - Minneapolis |
| | 242002003 | BLAINE CITY | MN | 4020 | 1 | 01/21/02 | 2002 | $ 625.00 | $ 625.00 | $ 3,399.29 | 07/24/03 | $ 3,399.29 | 08/22/03 | XTX2A-1 | IIA | Streicher's Police Equipment - Minneapolis |
| | 242002003 | BLAINE CITY | MN | 4020 | 1 | 06/29/01 | 2001 | $ 679.95 | $ 679.95 | $ 3,399.29 | 07/24/03 | $ 3,399.29 | 08/22/03 | XTX2A-1 | IIA | Streicher's Police Equipment - Minneapolis |
| | 242002003 | BLAINE CITY | MN | 4030 | 1 | 05/30/01 | 2001 | $ 985.00 | $ 985.00 | $ 3,399.29 | 07/24/03 | $ 3,399.29 | 08/22/03 | 3AXTZX | IIIA | Streicher's Police Equipment - Minneapolis |
| | 242002003 | BLAINE CITY | MN | 4049 | 3 | 11/13/03 | 2003 | $ 779.95 | $ 2,339.85 | $ 3,626.28 | 06/09/04 | $ 3,626.28 | 07/06/04 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 233063003 | BLOOMFIELD TOWNSHIP | MI | 4051 | 17 | 08/24/01 | 2001 | $ 719.99 | $ 12,239.83 | $ 6,119.92 | 08/28/01 | $ 6,119.92 | 09/27/01 | XTZX2-1 | II | METROPOLITAN  UNIFORM |
| | 142057003 | BLOOMINGTON CITY | IL | 4051 | 33 | 03/04/05 | 2005 | $ 795.00 | $ 26,235.00 | $ 13,117.50 | 03/04/05 | $ 13,117.50 | 03/23/05 | XTZX2-1 | II | S HARRIS UNIFORMS |
| | 242027001 | BLOOMINGTON CITY | MN | 4030 | 1 | 07/08/03 | 2003 | $ 1,295.00 | $ 1,295.00 | $ 10,791.88 | 03/24/04 | $ 10,791.88 | 04/23/04 | 3AXTZX | IIIA | Streicher's Police Equipment - Minneapolis |
| | 242027001 | BLOOMINGTON CITY | MN | 4063 | 1 | 01/14/05 | 2005 | $ 995.00 | $ 995.00 | $ 5,894.43 | 09/21/05 | $ 5,894.43 | 11/03/05 | XTX3A-1 | IIIA | Streicher's Police Equipement |
| | 242027001 | BLOOMINGTON CITY | MN | 4063 | 1 | 01/27/05 | 2005 | $ 799.95 | $ 799.95 | $ 5,894.43 | 09/21/05 | $ 5,894.43 | 11/03/05 | XTX3A-1 | IIIA | Streicher's Police Equipement |
| | 242027001 | BLOOMINGTON CITY | MN | 4706 | 19 | 09/27/04 | 2004 | $ 698.00 | $ 13,262.00 | $ 7,729.20 | 02/09/05 | $ 7,729.20 | 02/23/05 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| | 242027001 | BLOOMINGTON CITY | MN | 4706 | 1 | 12/01/03 | 2003 | $ 698.00 | $ 698.00 | $ 10,791.88 | 03/24/04 | $ 10,791.88 | 04/23/04 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| | 242027001 | BLOOMINGTON CITY | MN | 4706 | 1 | 02/04/04 | 2004 | $ 698.00 | $ 698.00 | $ 10,791.88 | 03/24/04 | $ 10,791.88 | 04/23/04 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| | 242027001 | BLOOMINGTON CITY | MN | 4706 | 1 | 02/05/04 | 2004 | $ 698.00 | $ 698.00 | $ 10,791.88 | 03/24/04 | $ 10,791.88 | 04/23/04 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| | 242027001 | BLOOMINGTON CITY | MN | 4706 | 1 | 09/05/03 | 2003 | $ 732.00 | $ 732.00 | $ 10,791.88 | 03/24/04 | $ 10,791.88 | 04/23/04 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| | 242027001 | BLOOMINGTON CITY | MN | 4706 | 1 | 04/08/03 | 2003 | $ 732.00 | $ 732.00 | $ 10,791.88 | 03/24/04 | $ 10,791.88 | 04/23/04 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| | 242027001 | BLOOMINGTON CITY | MN | 4706 | 1 | 06/09/05 | 2005 | $ 678.00 | $ 678.00 | $ 5,894.43 | 09/21/05 | $ 5,894.43 | 11/03/05 | XTX2-2 | II | Streicher's Police Equipement |
| | 242027001 | BLOOMINGTON CITY | MN | 4706 | 1 | 05/09/03 | 2003 | $ 741.00 | $ 741.00 | $ 10,791.88 | 03/24/04 | $ 10,791.88 | 04/23/04 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| | 242027001 | BLOOMINGTON CITY | MN | 4706 | 1 | 10/09/03 | 2003 | $ 732.00 | $ 732.00 | $ 10,791.88 | 03/24/04 | $ 10,791.88 | 04/23/04 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| | 242027001 | BLOOMINGTON CITY | MN | 4706 | 1 | 12/10/03 | 2003 | $ 732.00 | $ 732.00 | $ 10,791.88 | 03/24/04 | $ 10,791.88 | 04/23/04 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

Exhibit 7

**Armor Holdings Z Shield Related BVP Reimbursement Spreadsheet**

| Sampled | AGENCY ID | AGENCY NAME | STATE | MODEL ID | QTY RECEIVED | DATE RECEIVED | YEAR RECEIVED | UNIT PRICE | EXTENDED PRICE | AMOUNT REQUESTED | DATE REQUESTED | AMOUNT PAID | DATE PAID | MODEL NAME | THREAT LEVEL | DISTRIBUTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 242027001 | BLOOMINGTON CITY | MN | 4706 | 1 | 01/15/04 | 2004 | $ 698.00 | $ 698.00 | 10,791.88 | 03/24/04 | $ 10,791.88 | 04/23/04 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| | 242027001 | BLOOMINGTON CITY | MN | 4706 | 1 | 01/16/04 | 2004 | $ 698.00 | $ 698.00 | 10,791.88 | 03/24/04 | $ 10,791.88 | 04/23/04 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| | 242027001 | BLOOMINGTON CITY | MN | 4706 | 1 | 04/17/03 | 2003 | $ 732.00 | $ 732.00 | 10,791.88 | 03/24/04 | $ 10,791.88 | 04/23/04 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| | 242027001 | BLOOMINGTON CITY | MN | 4706 | 1 | 05/20/03 | 2003 | $ 732.00 | $ 732.00 | 10,791.88 | 03/24/04 | $ 10,791.88 | 04/23/04 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| | 242027001 | BLOOMINGTON CITY | MN | 4706 | 1 | 03/22/05 | 2005 | $ 678.00 | $ 678.00 | 5,894.43 | 09/21/05 | $ 5,894.43 | 11/03/05 | XTX2-2 | II | Streicher's Police Equipement |
| | 242027001 | BLOOMINGTON CITY | MN | 4706 | 1 | 04/25/05 | 2005 | $ 678.00 | $ 678.00 | 5,894.43 | 09/21/05 | $ 5,894.43 | 11/03/05 | XTX2-2 | II | Streicher's Police Equipement |
| | 242027001 | BLOOMINGTON CITY | MN | 4706 | 1 | 02/26/03 | 2003 | $ 779.95 | $ 779.95 | 10,791.88 | 03/24/04 | $ 10,791.88 | 04/23/04 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| | 242027001 | BLOOMINGTON CITY | MN | 4706 | 1 | 04/28/05 | 2005 | $ 678.00 | $ 678.00 | 5,894.43 | 09/21/05 | $ 5,894.43 | 11/03/05 | XTX2-2 | II | Streicher's Police Equipement |
| | 242027001 | BLOOMINGTON CITY | MN | 4706 | 1 | 01/29/03 | 2003 | $ 779.95 | $ 779.95 | 10,791.88 | 03/24/04 | $ 10,791.88 | 04/23/04 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| | 242027001 | BLOOMINGTON CITY | MN | 4706 | 1 | 12/30/03 | 2003 | $ 698.00 | $ 698.00 | 10,791.88 | 03/24/04 | $ 10,791.88 | 04/23/04 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| | 242027001 | BLOOMINGTON CITY | MN | 4706 | 2 | 11/01/04 | 2004 | $ 698.00 | $ 1,396.00 | 5,894.43 | 09/21/05 | $ 5,894.43 | 11/03/05 | XTX2-2 | II | Streicher's Police Equipement |
| | 242027001 | BLOOMINGTON CITY | MN | 4706 | 2 | 02/10/04 | 2004 | $ 698.00 | $ 1,396.00 | 10,791.88 | 03/24/04 | $ 10,791.88 | 04/23/04 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| | 242027001 | BLOOMINGTON CITY | MN | 4706 | 2 | 02/18/05 | 2005 | $ 678.00 | $ 1,356.00 | 5,894.43 | 09/21/05 | $ 5,894.43 | 11/03/05 | XTX2-2 | II | Streicher's Police Equipement |
| | 242027001 | BLOOMINGTON CITY | MN | 4706 | 3 | 03/21/05 | 2005 | $ 678.00 | $ 2,034.00 | 5,894.43 | 09/21/05 | $ 5,894.43 | 11/03/05 | XTX2-2 | II | Streicher's Police Equipement |
| | 242027001 | BLOOMINGTON CITY | MN | 4794 | 1 | 08/05/05 | 2005 | $ 878.00 | $ 878.00 | 5,894.43 | 09/21/05 | $ 5,894.43 | 11/03/05 | XTX3A-2 | IIIA | Streicher's Police Equipement |
| | 242022001 | BLUE EARTH CITY | MN | 4049 | 1 | 11/04/02 | 2002 | $ 650.00 | $ 650.00 | 2,385.95 | 08/26/03 | $ 2,385.95 | 09/16/03 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242022001 | BLUE EARTH CITY | MN | 4049 | 2 | 09/11/02 | 2002 | $ 650.00 | $ 1,300.00 | 2,385.95 | 08/26/03 | $ 2,385.95 | 09/16/03 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242022001 | BLUE EARTH CITY | MN | 4049 | 2 | 10/17/02 | 2002 | $ 650.00 | $ 1,300.00 | 2,385.95 | 08/26/03 | $ 2,385.95 | 09/16/03 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 152090001 | BLUFFTON CITY | IN | 4051 | 5 | 10/10/04 | 2004 | $ 975.00 | $ 4,875.00 | 2,817.00 | 11/01/04 | $ 2,817.00 | 11/24/04 | XTZX2-1 | II | US Uniform and Supply Inc |
| | 152090001 | BLUFFTON CITY | IN | 4706 | 1 | 10/10/04 | 2004 | $ 699.00 | $ 699.00 | 2,817.00 | 11/01/04 | $ 2,817.00 | 11/24/04 | XTX2-2 | II | US Uniform and Supply Inc |
| | 132001001 | BOISE CITY | ID | 4049 | 20 | 12/16/03 | 2003 | $ 675.00 | $ 13,500.00 | 6,750.00 | 07/23/04 | $ 6,750.00 | 08/18/04 | XTX2-1 | II | COP SHOP ETC. |
| | 1310090091 00 | BONNER COUNTY SHERIFF DEPARTMENT | ID | 4063 | 13 | 06/23/05 | 2005 | $ 850.00 | $ 11,050.00 | 7,558.75 | 03/28/06 | $ 7,558.75 | 10/23/06 | XTX3A-1 | IIIA | COP Shop |
| | 1310090091 00 | BONNER COUNTY SHERIFF DEPARTMENT | ID | 4063 | 5 | 09/30/05 | 2005 | $ 795.00 | $ 3,975.00 | 7,558.75 | 03/28/06 | $ 7,558.75 | 10/23/06 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 1310090091 00 | BONNER COUNTY SHERIFF DEPARTMENT | ID | 4063 | 9 | 08/11/04 | 2004 | $ 850.00 | $ 7,650.00 | 3,825.00 | 06/14/05 | $ 3,825.00 | 06/13/05 | XTX3A-1 | IIIA | COP SHOP ETC. |
| | 482027001 | BONNEY LAKE CITY | WA | 4706 | 2 | 08/03/04 | 2004 | $ 900.00 | $ 1,800.00 | 3,831.85 | 08/23/04 | $ 3,831.85 | 09/17/04 | XTX2-2 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 41005005 | BOONE COUNTY | AR | 4030 | 6 | 07/16/04 | 2004 | $ 480.00 | $ 2,880.00 | 1,556.53 | 07/27/04 | $ 1,556.53 | 08/18/04 | 3AXTZX | IIIA | Cruse Uniform & Equipment |
| | 41005005 | BOONE COUNTY | AR | 4030 | 7 | 07/26/04 | 2004 | $ 635.00 | $ 4,445.00 | 2,398.39 | 08/03/04 | $ 2,398.39 | 08/26/04 | 3AXTZX | IIIA | Cruse Uniform & Equipment |
| | 181008008 | BOONE COUNTY | KY | 4051 | 15 | 06/20/05 | 2005 | $ 795.00 | $ 11,925.00 | 9,540.00 | 09/01/05 | $ 9,540.00 | 11/03/05 | XTZX2-1 | II | Roy Tailors Uniform Company Inc. |
| | 181008008 | BOONE COUNTY | KY | 4051 | 1 | 02/03/05 | 2005 | $ 795.00 | $ 795.00 | 9,540.00 | 09/01/05 | $ 9,540.00 | 11/03/05 | XTZX2-1 | II | Roy Tailors Uniform Co., Inc. |
| | 181008008 | BOONE COUNTY | KY | 4051 | 1 | 03/03/04 | 2004 | $ 795.00 | $ 795.00 | 1,590.00 | 09/10/04 | $ 1,590.00 | 09/24/04 | XTZX2-1 | II | Roy Tailors Uniform Co., Inc. |
| | 181008008 | BOONE COUNTY | KY | 4051 | 1 | 03/10/05 | 2005 | $ 795.00 | $ 795.00 | 9,540.00 | 09/01/05 | $ 9,540.00 | 11/03/05 | XTZX2-1 | II | Roy Tailors Uniform Co., Inc. |
| | 181008008 | BOONE COUNTY | KY | 4051 | 1 | 04/11/04 | 2004 | $ 795.00 | $ 795.00 | 1,590.00 | 09/10/04 | $ 1,590.00 | 09/24/04 | XTZX2-1 | II | Roy Tailors Uniform Co., Inc. |
| X | 52019008 | BURBANK CITY | CA | 4063 | 5 | 12/05/02 | 2002 | $ 460.00 | $ 2,300.00 | 1,244.88 | 04/17/03 | $ 1,244.88 | 05/16/03 | XTX3A-1 | IIIA | Aardvark Tactical, Inc |
| | 181008008 | BOONE COUNTY | KY | 4051 | 1 | 08/20/04 | 2004 | $ 795.00 | $ 795.00 | 9,540.00 | 09/01/05 | $ 9,540.00 | 11/03/05 | XTZX2-1 | II | Roy Tailors Uniform Co., Inc. |
| | 181008008 | BOONE COUNTY | KY | 4051 | 1 | 07/21/04 | 2004 | $ 795.00 | $ 795.00 | 1,590.00 | 09/10/04 | $ 1,590.00 | 09/24/04 | XTZX2-1 | II | Roy Tailors Uniform Co., Inc. |
| | 181008008 | BOONE COUNTY | KY | 4051 | 1 | 02/28/05 | 2005 | $ 795.00 | $ 795.00 | 9,540.00 | 09/01/05 | $ 9,540.00 | 11/03/05 | XTZX2-1 | II | Roy Tailors Uniform Co., Inc. |
| | 181008008 | BOONE COUNTY | KY | 4051 | 23 | 06/05/03 | 2003 | $ 795.00 | $ 18,285.00 | 9,142.50 | 01/21/04 | $ 9,142.50 | 02/11/04 | XTZX2-1 | II | Roy Tailors Uniform Co., Inc. |
| | 181008008 | BOONE COUNTY | KY | 4051 | 5 | 11/28/04 | 2004 | $ 795.00 | $ 3,975.00 | 9,540.00 | 09/01/05 | $ 9,540.00 | 11/03/05 | XTZX2-1 | II | Roy Tailors Uniform Co., Inc. |
| | 181008008 | BOONE COUNTY | KY | 4051 | 6 | 06/30/02 | 2002 | $ 795.00 | $ 4,770.00 | 2,385.00 | 03/14/03 | $ 2,385.00 | 03/28/03 | XTZX2-1 | II | Roy Tailors Uniform Co., Inc. |
| | 181008008 | BOONE COUNTY | KY | 4051 | 9 | 10/09/02 | 2002 | $ 795.00 | $ 7,155.00 | 3,577.50 | 10/10/02 | $ 3,577.50 | 10/24/02 | XTZX2-1 | II | Roy Tailors Uniform Co. |
| | 261010010 | BOONE COUNTY | MO | 4030 | 6 | 09/10/01 | 2001 | $ 949.00 | $ 5,694.00 | 2,847.00 | 10/17/01 | $ 2,847.00 | 11/15/01 | 3AXTZX | IIIA | Ed. Roehr Safety Products |
| | 131011011 | BOUNDARY COUNTY | ID | 4049 | 1 | 02/24/05 | 2005 | $ 649.00 | $ 649.00 | 328.25 | 03/02/05 | $ 328.25 | 03/23/05 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| X | 112115002 | CEDARTOWN CITY | GA | 4049 | 1 | 04/25/03 | 2003 | $ 769.00 | $ 769.00 | 384.50 | 04/29/03 | $ 384.50 | 05/16/03 | XTX2-1 | II | GT Distributors -- Georgia |
| | 181009009 | BOURBON COUNTY | KY | 4793 | 4 | 09/04/03 | 2003 | $ 535.00 | $ 2,140.00 | 1,070.00 | 10/01/03 | $ 1,070.00 | 10/29/03 | XTX2A-2 | IIA | Galls Inc |
| | 3620870036 0100 | BOWLING GREEN POLICE DIVISION | OH | 4051 | 3 | 06/27/01 | 2001 | $ 897.00 | $ 2,691.00 | 1,345.50 | 06/27/01 | $ 1,345.50 | 07/19/01 | XTZX2-1 | II | Superior Uniform Sales, Inc |
| | 3620870036 0100 | BOWLING GREEN POLICE DIVISION | OH | 4051 | 7 | 09/10/02 | 2002 | $ 897.00 | $ 6,279.00 | 3,139.50 | 09/12/02 | $ 3,139.50 | 09/26/02 | XTZX2-1 | II | Superior Uniform Sales, Inc |
| | 3620870036 0100 | BOWLING GREEN POLICE DIVISION | OH | 4051 | 7 | 07/13/04 | 2004 | $ 947.00 | $ 6,629.00 | 3,314.50 | 07/26/04 | $ 3,314.50 | 08/18/04 | XTZX2-1 | II | Superior Uniform Sales, Inc |
| | 242018002 | BRAINERD CITY | MN | 4030 | 1 | 02/10/05 | 2005 | $ 895.00 | $ 895.00 | 795.48 | 02/23/05 | $ 795.48 | 03/16/05 | 3AXTZX | IIIA | Streicher's Police Equipment - Minneapolis |
| | 242018002 | BRAINERD CITY | MN | 4706 | 1 | 10/08/03 | 2003 | $ 779.95 | $ 779.95 | 2,575.85 | 02/06/06 | $ 2,575.85 | 05/10/06 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| | 242018002 | BRAINERD CITY | MN | 4706 | 1 | 01/12/05 | 2005 | $ 779.95 | $ 779.95 | 2,575.85 | 02/06/06 | $ 2,575.85 | 05/10/06 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| | 242018002 | BRAINERD CITY | MN | 4794 | 1 | 09/03/05 | 2005 | $ 995.95 | $ 995.95 | 2,575.85 | 02/06/06 | $ 2,575.85 | 05/10/06 | XTX3A-2 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 242018002 | BRAINERD CITY | MN | 4794 | 1 | 07/22/05 | 2005 | $ 995.95 | $ 995.95 | 2,575.85 | 02/06/06 | $ 2,575.85 | 05/10/06 | XTX3A-2 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 252061001 | BRANDON TOWN | MS | 4007 | 1 | 10/27/03 | 2003 | $ 1,090.40 | $ 1,090.40 | 3,271.20 | 03/25/04 | $ 3,271.20 | 04/20/04 | 3AXTZX-1 | IIIA | Mid South Uniform & Supply, Inc. |
| | 252061001 | BRANDON TOWN | MS | 4030 | 1 | 11/07/03 | 2003 | $ 1,090.40 | $ 1,090.40 | 3,271.20 | 03/25/04 | $ 3,271.20 | 04/20/04 | 3AXTZX | IIIA | Mid South Uniform & Supply, Inc. |
| | 252061001 | BRANDON TOWN | MS | 4030 | 1 | 09/25/03 | 2003 | $ 1,090.40 | $ 1,090.40 | 3,271.20 | 03/25/04 | $ 3,271.20 | 04/20/04 | 3AXTZX | IIIA | Mid South Uniform & Supply, Inc. |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

Exhibit 7

**Armor Holdings Z Shield Related BVP Reimbursement Spreadsheet**

| Sampled | AGENCY ID | AGENCY NAME | STATE | MODEL ID | QTY RECEIVED | DATE RECEIVED | YEAR RECEIVED | UNIT PRICE | EXTENDED PRICE | AMOUNT REQUESTED | DATE REQUESTED | AMOUNT PAID | DATE PAID | MODEL NAME | THREAT LEVEL | DISTRIBUTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 252061001 | BRANDON TOWN | MS | 4030 | 1 | 08/26/03 | 2003 | $ 1,090.40 | $ 1,090.40 | $ 3,271.20 | 03/25/04 | $ 3,271.20 | 04/20/04 | 3AXTZX | IIIA | Mid South Uniform & Supply, Inc. |
| | 252061001 | BRANDON TOWN | MS | 4030 | 2 | 02/26/04 | 2004 | $ 1,090.40 | $ 2,180.80 | $ 3,271.20 | 03/25/04 | $ 3,271.20 | 04/20/04 | 3AXTZX | IIIA | Mid South Uniform & Supply, Inc. |
| | 482018001 | BREMERTON CITY | WA | 4706 | 1 | 08/05/05 | 2005 | $ 570.95 | $ 570.95 | $ 310.60 | 08/05/05 | $ 310.60 | 10/11/05 | XTX2-2 | II | LAW ENFORCEMENT EQUIPMENT DISTRIBUTION |
| | 482018001 | BREMERTON CITY | WA | 4706 | 1 | 04/28/05 | 2005 | $ 570.95 | $ 570.95 | $ 308.32 | 07/01/05 | $ 308.32 | 10/19/05 | XTX2-2 | II | LAW ENFORCEMENT EQUIPMENT DISTRIBUTION |
| | 482018001 | BREMERTON CITY | WA | 4706 | 1 | 04/30/04 | 2004 | $ 795.00 | $ 795.00 | $ 436.69 | 07/19/04 | $ 436.69 | 08/18/04 | XTX2-2 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482018001 | BREMERTON CITY | WA | 4706 | 1 | 11/30/04 | 2004 | $ 797.00 | $ 797.00 | $ 600.47 | 03/01/05 | $ 600.47 | 03/23/05 | XTX2-2 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482018001 | BREMERTON CITY | WA | 4706 | 2 | 11/30/04 | 2004 | $ 155.00 | $ 310.00 | $ 600.47 | 03/01/05 | $ 600.47 | 03/23/05 | XTX2-2 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 262095012 | BRENTWOOD CITY | MO | 4706 | 25 | 01/07/04 | 2004 | $ 570.00 | $ 14,250.00 | $ 7,125.00 | 06/23/04 | $ 7,125.00 | 07/12/04 | XTX2-2 | II | Ed. Roehr Safety Products |
| | 432094801 | BRENTWOOD CITY | TN | 4706 | 3 | 04/05/05 | 2005 | $ 734.95 | $ 2,204.85 | $ 1,115.40 | 04/15/05 | $ 1,115.40 | 06/24/05 | XTX2-2 | II | G.T. DISTIBITORS |
| | 82003004 | BRIDGEVILLE TOWN | DE | 4030 | 4 | 09/25/02 | 2002 | $ 996.00 | $ 3,984.00 | $ 1,992.00 | 09/27/02 | $ 1,992.00 | 10/09/02 | 3AXTZX | IIIA | Lawman Supply Company of New Jersey, Inc. |
| | 303005006 | BRIDGEWATER TOWN | NH | 4051 | 1 | 08/13/03 | 2003 | $ 775.00 | $ 775.00 | $ 1,475.00 | 12/18/03 | $ 1,475.00 | 01/20/04 | XTZX2-1 | II | Riley's Sport Shop, Inc. |
| | 303005006 | BRIDGEWATER TOWN | NH | 4051 | 1 | 10/30/03 | 2003 | $ 625.00 | $ 625.00 | $ 1,475.00 | 12/18/03 | $ 1,475.00 | 01/20/04 | XTZX2-1 | II | Riley's Sport Shop, Inc. |
| | 303005006 | BRIDGEWATER TOWN | NH | 4051 | 2 | 10/30/03 | 2003 | $ 775.00 | $ 1,550.00 | $ 1,475.00 | 12/18/03 | $ 1,475.00 | 01/20/04 | XTZX2-1 | II | Riley's Sport Shop, Inc. |
| | 62001003 | BRIGHTON CITY | CO | 4051 | 1 | 12/20/01 | 2001 | $ 500.00 | $ 500.00 | $ 10,150.33 | 07/20/04 | $ 10,150.33 | 08/18/04 | XTZX2-1 | II | Public Safety Warehouse |
| X | 01670 | Bronson City | KS | 4049 | 1 | 04/23/01 | 2001 | $ 699.95 | $ 699.95 | $ 362.48 | 06/04/01 | $ 362.48 | 07/13/01 | XTX2-1 | II | Law Enforcement Equipment Company |
| X | 472104001 | CHARLOTTESVILLE CITY | VA | 4049 | 3 | 04/11/03 | 2003 | $ 732.00 | $ 2,196.00 | $ 30,068.21 | 03/11/04 | $ 30,068.21 | 04/09/04 | XTX2-1 | II | Southern Police Equipment Co. (VA) |
| | 262058001 | BROOKFIELD CITY | MO | 4049 | 1 | 04/25/05 | 2005 | $ 660.00 | $ 660.00 | $ 1,331.46 | 04/17/06 | $ 1,331.46 | 10/23/06 | XTX2-1 | II | Ed Roehr Safety Products Co |
| | 502068002 | BROOKFIELD CITY | WI | 4049 | 3 | 07/02/02 | 2002 | $ 679.95 | $ 2,039.85 | $ 2,294.93 | 10/31/02 | $ 2,294.93 | 11/15/02 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 73001002 | BROOKFIELD TOWN | CT | 4051 | 3 | 07/18/02 | 2002 | $ 825.00 | $ 2,475.00 | $ 1,237.50 | 09/30/02 | $ 1,237.50 | 09/30/02 | XTZX2-1 | II | New England Uniform Co. |
| | 42016004 | BROOKLAND TOWN | AR | 4049 | 1 | 09/24/03 | 2003 | $ 635.00 | $ 635.00 | $ 317.50 | 10/10/03 | $ 317.50 | 10/29/03 | XTX2-1 | II | Cruse Uniform & Equipment |
| | 223011004 | BROOKLINE TOWN | MA | 4007 | 6 | 10/11/01 | 2001 | $ 940.00 | $ 5,640.00 | $ 4,843.00 | 11/07/02 | $ 4,843.00 | 11/27/02 | 3AXTZX-1 | IIIA | Central Equipment Company |
| | 242027003 | BROOKLYN PARK CITY | MN | 4049 | 1 | 09/01/04 | 2004 | $ 725.00 | $ 725.00 | $ 2,785.48 | 12/10/04 | $ 2,785.48 | 02/04/05 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027003 | BROOKLYN PARK CITY | MN | 4049 | 1 | 02/03/03 | 2003 | $ 679.95 | $ 679.95 | $ 6,809.53 | 07/24/03 | $ 6,809.53 | 08/22/03 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027003 | BROOKLYN PARK CITY | MN | 4049 | 1 | 02/04/03 | 2003 | $ 679.95 | $ 679.95 | $ 6,809.53 | 07/24/03 | $ 6,809.53 | 08/22/03 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027003 | BROOKLYN PARK CITY | MN | 4049 | 1 | 11/04/04 | 2004 | $ 725.00 | $ 725.00 | $ 2,785.48 | 12/10/04 | $ 2,785.48 | 02/04/05 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027003 | BROOKLYN PARK CITY | MN | 4049 | 1 | 07/07/05 | 2005 | $ 749.00 | $ 749.00 | $ 1,822.50 | 10/06/05 | $ 1,822.50 | 12/23/05 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027003 | BROOKLYN PARK CITY | MN | 4049 | 1 | 04/08/03 | 2003 | $ 679.95 | $ 679.95 | $ 6,809.53 | 07/24/03 | $ 6,809.53 | 08/22/03 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027003 | BROOKLYN PARK CITY | MN | 4049 | 1 | 12/08/03 | 2003 | $ 679.95 | $ 679.95 | $ 1,722.40 | 04/22/04 | $ 1,722.40 | 05/17/04 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027003 | BROOKLYN PARK CITY | MN | 4049 | 1 | 12/08/04 | 2004 | $ 679.00 | $ 679.00 | $ 2,785.48 | 12/10/04 | $ 2,785.48 | 02/04/05 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027003 | BROOKLYN PARK CITY | MN | 4049 | 1 | 01/08/04 | 2004 | $ 725.00 | $ 725.00 | $ 1,722.40 | 04/22/04 | $ 1,722.40 | 05/17/04 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027003 | BROOKLYN PARK CITY | MN | 4049 | 1 | 07/09/03 | 2003 | $ 679.95 | $ 679.95 | $ 6,809.53 | 07/24/03 | $ 6,809.53 | 08/22/03 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027003 | BROOKLYN PARK CITY | MN | 4049 | 1 | 07/11/03 | 2003 | $ 679.95 | $ 679.95 | $ 6,809.53 | 07/24/03 | $ 6,809.53 | 08/22/03 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027003 | BROOKLYN PARK CITY | MN | 4049 | 1 | 03/12/03 | 2003 | $ 779.95 | $ 779.95 | $ 6,809.53 | 07/24/03 | $ 6,809.53 | 08/22/03 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| X | 502049005 | CLEAR LAKE VILLAGE | WI | 4030 | 1 | 04/15/03 | 2003 | $ 900.00 | $ 900.00 | $ 823.50 | 07/06/05 | $ 823.50 | 10/19/05 | 3AXTZX | IIIA | STREICHER'S-MILWAUKEE |
| | 242027003 | BROOKLYN PARK CITY | MN | 4049 | 1 | 05/12/03 | 2003 | $ 779.95 | $ 779.95 | $ 6,809.53 | 07/24/03 | $ 6,809.53 | 08/22/03 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027003 | BROOKLYN PARK CITY | MN | 4049 | 1 | 10/12/04 | 2004 | $ 725.00 | $ 725.00 | $ 2,785.48 | 12/10/04 | $ 2,785.48 | 02/04/05 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027003 | BROOKLYN PARK CITY | MN | 4049 | 1 | 06/14/04 | 2004 | $ 725.00 | $ 725.00 | $ 1,427.48 | 07/16/04 | $ 1,427.48 | 08/18/04 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027003 | BROOKLYN PARK CITY | MN | 4049 | 1 | 01/15/03 | 2003 | $ 779.95 | $ 779.95 | $ 6,809.53 | 07/24/03 | $ 6,809.53 | 08/22/03 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027003 | BROOKLYN PARK CITY | MN | 4049 | 1 | 06/15/04 | 2004 | $ 725.00 | $ 725.00 | $ 1,427.48 | 07/16/04 | $ 1,427.48 | 08/18/04 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027003 | BROOKLYN PARK CITY | MN | 4049 | 1 | 08/16/05 | 2005 | $ 749.00 | $ 749.00 | $ 1,822.50 | 10/06/05 | $ 1,822.50 | 12/23/05 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027003 | BROOKLYN PARK CITY | MN | 4049 | 1 | 02/16/05 | 2005 | $ 749.00 | $ 749.00 | $ 2,972.00 | 04/11/05 | $ 2,972.00 | 06/24/05 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027003 | BROOKLYN PARK CITY | MN | 4049 | 1 | 06/17/04 | 2004 | $ 679.95 | $ 679.95 | $ 1,427.48 | 07/16/04 | $ 1,427.48 | 08/18/04 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027003 | BROOKLYN PARK CITY | MN | 4049 | 1 | 06/18/04 | 2004 | $ 725.00 | $ 725.00 | $ 1,427.48 | 07/16/04 | $ 1,427.48 | 08/18/04 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027003 | BROOKLYN PARK CITY | MN | 4049 | 1 | 06/20/03 | 2003 | $ 779.95 | $ 779.95 | $ 6,809.53 | 07/24/03 | $ 6,809.53 | 08/22/03 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027003 | BROOKLYN PARK CITY | MN | 4049 | 1 | 04/23/03 | 2003 | $ 779.95 | $ 779.95 | $ 6,809.53 | 07/24/03 | $ 6,809.53 | 08/22/03 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027003 | BROOKLYN PARK CITY | MN | 4049 | 1 | 11/23/04 | 2004 | $ 725.00 | $ 725.00 | $ 2,785.48 | 12/10/04 | $ 2,785.48 | 02/04/05 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027003 | BROOKLYN PARK CITY | MN | 4049 | 1 | 01/24/03 | 2003 | $ 779.95 | $ 779.95 | $ 6,809.53 | 07/24/03 | $ 6,809.53 | 08/22/03 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027003 | BROOKLYN PARK CITY | MN | 4049 | 1 | 11/24/04 | 2004 | $ 679.95 | $ 679.95 | $ 2,785.48 | 12/10/04 | $ 2,785.48 | 02/04/05 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027003 | BROOKLYN PARK CITY | MN | 4049 | 1 | 07/26/05 | 2005 | $ 749.00 | $ 749.00 | $ 1,822.50 | 10/06/05 | $ 1,822.50 | 12/23/05 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027003 | BROOKLYN PARK CITY | MN | 4049 | 1 | 09/27/04 | 2004 | $ 679.95 | $ 679.95 | $ 2,785.48 | 12/10/04 | $ 2,785.48 | 02/04/05 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027003 | BROOKLYN PARK CITY | MN | 4049 | 1 | 07/28/05 | 2005 | $ 749.00 | $ 749.00 | $ 1,822.50 | 10/06/05 | $ 1,822.50 | 12/23/05 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027003 | BROOKLYN PARK CITY | MN | 4049 | 1 | 01/29/03 | 2003 | $ 679.95 | $ 679.95 | $ 6,809.53 | 07/24/03 | $ 6,809.53 | 08/22/03 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027003 | BROOKLYN PARK CITY | MN | 4049 | 1 | 08/31/04 | 2004 | $ 632.00 | $ 632.00 | $ 2,785.48 | 12/10/04 | $ 2,785.48 | 02/04/05 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027003 | BROOKLYN PARK CITY | MN | 4049 | 2 | 04/06/05 | 2005 | $ 749.00 | $ 1,498.00 | $ 2,972.00 | 04/11/05 | $ 2,972.00 | 06/24/05 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027003 | BROOKLYN PARK CITY | MN | 4049 | 2 | 12/30/02 | 2002 | $ 679.95 | $ 1,359.90 | $ 6,809.53 | 07/24/03 | $ 6,809.53 | 08/22/03 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027003 | BROOKLYN PARK CITY | MN | 4049 | 3 | 11/24/03 | 2003 | $ 679.95 | $ 2,039.85 | $ 1,722.40 | 04/22/04 | $ 1,722.40 | 05/17/04 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027003 | BROOKLYN PARK CITY | MN | 4049 | 3 | 03/28/05 | 2005 | $ 749.00 | $ 2,247.00 | $ 2,972.00 | 04/11/05 | $ 2,972.00 | 06/24/05 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

Exhibit 7

**Armor Holdings Z Shield Related BVP Reimbursement Spreadsheet**

| Sampled | AGENCY ID | AGENCY NAME | STATE | MODEL ID | QTY RECEIVED | DATE RECEIVED | YEAR RECEIVED | UNIT PRICE | EXTENDED PRICE | AMOUNT REQUESTED | DATE REQUESTED | AMOUNT PAID | DATE PAID | MODEL NAME | THREAT LEVEL | DISTRIBUTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 242027003 | BROOKLYN PARK CITY | MN | 4049 | 4 | 02/03/03 | 2003 | $ 679.95 | $ 2,719.80 | $ 6,809.53 | 07/24/03 | $ 6,809.53 | 08/22/03 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 192028001 | BROUSSARD TOWN | LA | 4049 | 2 | 10/01/04 | 2004 | $ 679.95 | $ 1,359.90 | $ 679.95 | 11/11/04 | $ 679.95 | 11/24/04 | XTX2-1 | II | BELSCO INC. |
| | 392026002 | BROWNSVILLE BOROUGH | PA | 4030 | 1 | 04/14/03 | 2003 | $ 499.95 | $ 499.95 | $ 737.45 | 12/08/03 | $ 737.45 | 01/12/04 | 3AXTZX | IIIA | Streicher's Police Equipment - Minneapolis |
| | 471013013 | BRUNSWICK COUNTY | VA | 4051 | 16 | 08/25/03 | 2003 | $ 958.00 | $ 15,328.00 | $ 7,664.00 | 09/11/03 | $ 7,664.00 | 09/26/03 | XTZX2-1 | II | Southern Police Equipment Co. (VA) |
| | 442021001 | BRYAN CITY | TX | 4049 | 10 | 11/12/04 | 2004 | $ 647.80 | $ 6,478.00 | $ 3,239.00 | 12/06/04 | $ 3,239.00 | 12/23/04 | XTX2-1 | II | GT Distributors |
| | 442021001 | BRYAN CITY | TX | 4049 | 10 | 07/19/04 | 2004 | $ 647.80 | $ 6,478.00 | $ 3,239.00 | 08/30/04 | $ 3,239.00 | 09/17/04 | XTX2-1 | II | GT Distributors -- Texas |
| | 442021001 | BRYAN CITY | TX | 4049 | 14 | 05/17/05 | 2005 | $ 9,069.20 | $ 9,069.20 | $ 4,534.60 | 05/23/05 | $ 4,534.60 | 06/27/05 | XTX2-1 | II | GT Distributors |
| | 442021001 | BRYAN CITY | TX | 4049 | 1 | 12/02/04 | 2004 | $ 769.90 | $ 769.90 | $ 384.95 | 12/06/04 | $ 384.95 | 12/23/04 | XTX2-1 | II | GT Distributors |
| | 442021001 | BRYAN CITY | TX | 4049 | 3 | 07/26/05 | 2005 | $ 647.80 | $ 1,943.40 | $ 971.70 | 08/03/05 | $ 971.70 | 10/11/05 | XTX2-1 | II | GT Distributors |
| | 442021001 | BRYAN CITY | TX | 4049 | 4 | 06/30/05 | 2005 | $ 647.80 | $ 2,591.20 | $ 1,295.60 | 07/06/05 | $ 1,295.60 | 10/19/05 | XTX2-1 | II | GT Distributors -- Texas |
| | 442021001 | BRYAN CITY | TX | 4706 | 10 | 03/01/04 | 2004 | $ 647.80 | $ 6,478.00 | $ 3,931.00 | 06/04/04 | $ 3,931.00 | 07/06/04 | XTX2-2 | II | GT Distributors |
| | 442021001 | BRYAN CITY | TX | 4706 | 2 | 10/03/03 | 2003 | $ 647.80 | $ 1,295.60 | $ 3,931.00 | 06/04/04 | $ 3,931.00 | 07/06/04 | XTX2-2 | II | GT Distributors |
| | 42063002 | BRYANT CITY | AR | 4049 | 1 | 06/19/01 | 2001 | $ 635.00 | $ 635.00 | $ 1,015.61 | 11/07/01 | $ 1,015.61 | 11/30/01 | XTX2-1 | II | Cruse Uniform & Equipment |
| | 42063002 | BRYANT CITY | AR | 4049 | 1 | 06/21/02 | 2002 | $ 635.00 | $ 635.00 | $ 338.54 | 04/09/03 | $ 338.54 | 05/14/03 | XTX2-1 | II | Cruse Uniform & Equipment |
| | 42063002 | BRYANT CITY | AR | 4049 | 1 | 07/31/01 | 2001 | $ 635.00 | $ 635.00 | $ 1,015.61 | 11/07/01 | $ 1,015.61 | 11/30/01 | XTX2-1 | II | Cruse Uniform & Equipment |
| | 42063002 | BRYANT CITY | AR | 4049 | 1 | 05/31/01 | 2001 | $ 635.00 | $ 635.00 | $ 1,015.61 | 11/07/01 | $ 1,015.61 | 11/30/01 | XTX2-1 | II | Cruse Uniform & Equipment |
| | 42063002 | BRYANT CITY | AR | 4049 | 2 | 11/05/02 | 2002 | $ 635.00 | $ 1,270.00 | $ 677.07 | 04/09/03 | $ 677.07 | 05/14/03 | XTX2-1 | II | Cruse Uniform & Equipment |
| | 42063002 | BRYANT CITY | AR | 4049 | 2 | 12/08/02 | 2002 | $ 635.00 | $ 1,270.00 | $ 677.07 | 04/09/03 | $ 677.07 | 05/14/03 | XTX2-1 | II | Cruse Uniform & Equipment |
| | 42063002 | BRYANT CITY | AR | 4049 | 3 | 10/17/02 | 2002 | $ 635.00 | $ 1,905.00 | $ 1,015.61 | 04/09/03 | $ 1,015.61 | 05/14/03 | XTX2-1 | II | Cruse Uniform & Equipment |
| | 42063002 | BRYANT CITY | AR | 4706 | 1 | 05/04/04 | 2004 | $ 635.00 | $ 635.00 | $ 8,346.76 | 02/11/05 | $ 8,346.76 | 02/23/05 | XTX2-2 | II | Cruse Uniform & Equipment |
| | 42063002 | BRYANT CITY | AR | 4706 | 1 | 09/26/03 | 2003 | $ 775.00 | $ 775.00 | $ 8,346.76 | 02/11/05 | $ 8,346.76 | 02/23/05 | XTX2-2 | II | Cruse Uniform & Equipment |
| | 42063002 | BRYANT CITY | AR | 4706 | 1 | 06/30/04 | 2004 | $ 635.00 | $ 635.00 | $ 8,346.76 | 02/11/05 | $ 8,346.76 | 02/23/05 | XTX2-2 | II | Cruse Uniform & Equipment |
| | 42063002 | BRYANT CITY | AR | 4706 | 1 | 06/30/04 | 2004 | $ 635.00 | $ 635.00 | $ 8,346.76 | 02/11/05 | $ 8,346.76 | 02/23/05 | XTX2-2 | II | Cruse Uniform & Equipment |
| | 42063002 | BRYANT CITY | AR | 4706 | 1 | 06/30/04 | 2004 | $ 635.00 | $ 635.00 | $ 8,346.76 | 02/11/05 | $ 8,346.76 | 02/23/05 | XTX2-2 | II | Cruse Uniform & Equipment |
| | 42063002 | BRYANT CITY | AR | 4706 | 2 | 06/30/04 | 2004 | $ 635.00 | $ 1,270.00 | $ 8,346.76 | 02/11/05 | $ 8,346.76 | 02/23/05 | XTX2-2 | II | Cruse Uniform & Equipment |
| | 32007002 | BUCKEYE TOWN | AZ | 4020 | 1 | 08/05/04 | 2004 | $ 615.00 | $ 615.00 | $ 331.49 | 08/16/04 | $ 331.49 | 09/17/04 | XTX2A-1 | IIA | West Valley Uniforms, Inc. |
| X | 37015001 | COLORADO RIVER INDIAN TRIBES | AZ | 4706 | 18 | 04/26/04 | 2004 | $ 570.41 | $ 10,267.38 | $ 5,149.27 | 07/21/04 | $ 5,149.27 | 08/18/04 | XTX2-2 | II | Armor Holdings Inc. |
| | 32007002 | BUCKEYE TOWN | AZ | 4049 | 1 | 01/19/04 | 2004 | $ 510.97 | $ 510.97 | $ 607.67 | 08/03/04 | $ 607.67 | 08/26/04 | XTX2-1 | II | Johns Uniforms |
| | 242086003 | BUFFALO CITY | MN | 4049 | 1 | 05/05/04 | 2004 | $ 779.95 | $ 779.95 | $ 2,130.35 | 08/29/05 | $ 2,130.35 | 10/11/05 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242086003 | BUFFALO CITY | MN | 4049 | 1 | 10/20/04 | 2004 | $ 779.95 | $ 779.95 | $ 2,130.35 | 08/29/05 | $ 2,130.35 | 10/11/05 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242086003 | BUFFALO CITY | MN | 4049 | 1 | 09/25/02 | 2002 | $ 679.95 | $ 679.95 | $ 339.98 | 07/20/03 | $ 339.98 | 08/25/03 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 142016502 | BUFFALO GROVE VILLAGE | IL | 4706 | 17 | 07/23/04 | 2004 | $ 500.00 | $ 8,500.00 | $ 4,250.00 | 08/16/04 | $ 4,250.00 | 09/17/04 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| | 192005001 | BUNKIE TOWN | LA | 4049 | 1 | 01/14/05 | 2005 | $ 616.85 | $ 616.85 | $ 308.43 | 01/14/05 | $ 308.43 | 02/04/05 | XTX2-1 | II | BELSCO INC. |
| | 192005001 | BUNKIE TOWN | LA | 4706 | 1 | 06/06/05 | 2005 | $ 616.85 | $ 616.85 | $ 308.43 | 06/10/05 | $ 308.43 | 06/13/05 | XTX2-2 | II | Belsco |
| | 52019008 | BURBANK CITY | CA | 4007 | 1 | 10/14/03 | 2003 | $ 1,050.00 | $ 1,050.00 | $ 5,812.02 | 09/19/05 | $ 5,812.02 | 11/03/05 | 3AXTZX-1 | IIIA | Aardvark Tactical, Inc |
| | 52019008 | BURBANK CITY | CA | 4049 | 2 | 02/10/05 | 2005 | $ 650.00 | $ 1,300.00 | $ 5,812.02 | 09/19/05 | $ 5,812.02 | 11/03/05 | XTX2-1 | II | Aardvark Tactical, Inc |
| X | 481008008 | COWLITZ COUNTY | WA | 4706 | 1 | 05/29/03 | 2003 | $ 637.00 | $ 637.00 | $ 4,457.25 | 07/09/04 | $ 4,457.25 | 07/21/04 | XTX2-2 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 501007007 | BURNETT COUNTY | WI | 4049 | 1 | 04/27/05 | 2005 | $ 780.25 | $ 780.25 | $ 1,347.88 | 05/10/05 | $ 1,347.88 | 06/24/05 | XTX2-1 | II | CHIEF |
| | 501007007 | BURNETT COUNTY | WI | 4063 | 1 | 06/29/05 | 2005 | $ 925.00 | $ 925.00 | $ 477.48 | 07/06/05 | $ 477.48 | 10/19/05 | XTX3A-1 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 501007007 | BURNETT COUNTY | WI | 4063 | 2 | 07/07/04 | 2004 | $ 934.00 | $ 1,868.00 | $ 934.00 | 10/12/04 | $ 934.00 | 11/03/04 | XTX3A-1 | IIIA | STREICHER'S-MILWAUKEE |
| | 501007007 | BURNETT COUNTY | WI | 4063 | 2 | 04/27/05 | 2005 | $ 957.75 | $ 1,915.50 | $ 1,347.88 | 05/10/05 | $ 1,347.88 | 06/24/05 | XTX3A-1 | IIIA | CHIEF |
| | 242019702 | BURNSVILLE CITY | MN | 4706 | 1 | 01/10/05 | 2005 | $ 599.95 | $ 599.95 | $ 2,278.98 | 01/05/06 | $ 2,278.98 | 05/10/06 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| | 242019702 | BURNSVILLE CITY | MN | 4706 | 1 | 02/28/05 | 2005 | $ 750.00 | $ 750.00 | $ 2,278.98 | 01/05/06 | $ 2,278.98 | 05/10/06 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| | 242019702 | BURNSVILLE CITY | MN | 4706 | 28 | 07/01/04 | 2004 | $ 653.00 | $ 18,284.00 | $ 21,331.50 | 08/11/04 | $ 21,331.50 | 08/26/04 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| | 142055003 | BUSHNELL CITY | IL | 4051 | 1 | 06/14/04 | 2004 | $ 995.00 | $ 995.00 | $ 512.48 | 11/22/04 | $ 512.48 | 11/24/04 | XTZX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 12012001 | BUTLER CITY | AL | 4049 | 5 | 06/22/01 | 2001 | $ 700.00 | $ 3,500.00 | $ 1,750.00 | 07/02/01 | $ 1,750.00 | 08/08/01 | XTX2-1 | II | GT DISTRIBUTORS |
| | 131012012 | BUTTE COUNTY | ID | 4030 | 5 | 09/06/03 | 2003 | $ 1,095.00 | $ 5,475.00 | $ 2,740.50 | 11/23/03 | $ 2,740.50 | 11/21/03 | 3AXTZX | IIIA | COP SHOP ETC. |
| | 42043002 | CABOT CITY | AR | 4049 | 1 | 03/04/04 | 2004 | $ 635.00 | $ 635.00 | $ 2,390.75 | 05/11/04 | $ 2,390.75 | 06/01/04 | XTX2-1 | II | Cruse Uniform & Equipment |
| | 42043002 | CABOT CITY | AR | 4049 | 1 | 07/07/04 | 2004 | $ 635.00 | $ 635.00 | $ 689.67 | 08/05/04 | $ 689.67 | 08/26/04 | XTX2-1 | II | Cruse Uniform & Equipment |
| | 42043002 | CABOT CITY | AR | 4049 | 1 | 10/15/03 | 2003 | $ 635.00 | $ 635.00 | $ 2,708.26 | 02/11/04 | $ 2,708.26 | 02/26/04 | XTX2-1 | II | Cruse Uniform & Equipment |
| | 42043002 | CABOT CITY | AR | 4049 | 1 | 06/24/04 | 2004 | $ 635.00 | $ 635.00 | $ 689.67 | 08/05/04 | $ 689.67 | 08/26/04 | XTX2-1 | II | Cruse Uniform & Equipment |
| | 42043002 | CABOT CITY | AR | 4049 | 1 | 03/25/04 | 2004 | $ 635.00 | $ 635.00 | $ 2,390.75 | 05/11/04 | $ 2,390.75 | 06/01/04 | XTX2-1 | II | Cruse Uniform & Equipment |
| | 42043002 | CABOT CITY | AR | 4049 | 5 | 04/28/04 | 2004 | $ 635.00 | $ 3,175.00 | $ 2,390.75 | 05/11/04 | $ 2,390.75 | 06/01/04 | XTX2-1 | II | Cruse Uniform & Equipment |
| | 42043002 | CABOT CITY | AR | 4049 | 7 | 12/04/03 | 2003 | $ 635.00 | $ 4,445.00 | $ 2,708.26 | 02/11/04 | $ 2,708.26 | 02/26/04 | XTX2-1 | II | Cruse Uniform & Equipment |
| | 42043002 | CABOT CITY | AR | 4706 | 1 | 05/04/05 | 2005 | $ 635.00 | $ 635.00 | $ 1,365.86 | 08/29/05 | $ 1,365.86 | 10/11/05 | XTX2-2 | II | Cruse Uniform & Equipment |
| | 42043002 | CABOT CITY | AR | 4706 | 1 | 04/11/05 | 2005 | $ 635.00 | $ 635.00 | $ 1,365.86 | 08/29/05 | $ 1,365.86 | 10/11/05 | XTX2-2 | II | Cruse Uniform & Equipment |
| | 42043002 | CABOT CITY | AR | 4706 | 1 | 06/14/05 | 2005 | $ 635.00 | $ 635.00 | $ 1,365.86 | 08/29/05 | $ 1,365.86 | 10/11/05 | XTX2-2 | II | Cruse Uniform & Equipment |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

Exhibit 7

**Armor Holdings Z Shield Related BVP Reimbursement Spreadsheet**

| Sampled | AGENCY ID | AGENCY NAME | STATE | MODEL ID | QTY RECEIVED | DATE RECEIVED | YEAR RECEIVED | UNIT PRICE | EXTENDED PRICE | AMOUNT REQUESTED | DATE REQUESTED | AMOUNT PAID | DATE PAID | MODEL NAME | THREAT LEVEL | DISTRIBUTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 42043002 | CABOT CITY | AR | 4706 | 1 | 06/27/05 | 2005 | $ 635.00 | $ 635.00 | $ 1,365.86 | 08/29/05 | $ 1,365.86 | 10/11/05 | XTX2-2 | II | Cruse Uniform & Equipment |
| | 251007007 | CALHOUN COUNTY | MS | 4049 | 6 | 12/01/03 | 2003 | $ 773.72 | $ 4,642.32 | $ 2,321.16 | 01/21/04 | $ 2,321.16 | 02/11/04 | XTX2-1 | II | Mid South Uniform & Supply, Inc. |
| | 500000003600 | CALIFORNIA STATE UNIV-FRESNO POLICE | CA | 4063 | 3 | 05/24/05 | 2005 | $ 857.57 | $ 2,572.71 | $ 851,083.00 | 09/21/06 | $ 851,083.00 | 04/20/07 | XTX3A-1 | IIIA | Metro uniforms & Accessories |
| | 2110050041001 00 | CALVERT COUNTY SHERIFF OFFICE | MD | 4007 | 1 | 02/08/05 | 2005 | $ 646.50 | $ 646.50 | $ 3,232.50 | 01/27/06 | $ 3,232.50 | 05/09/06 | 3AXTZX-1 | IIIA | Safety League Inc. |
| | 2110050041001 00 | CALVERT COUNTY SHERIFF OFFICE | MD | 4007 | 1 | 05/17/05 | 2005 | $ 646.50 | $ 646.50 | $ 3,555.75 | 09/08/05 | $ 3,555.75 | 11/03/05 | 3AXTZX-1 | IIIA | Safety League Inc. |
| | 2110050041001 00 | CALVERT COUNTY SHERIFF OFFICE | MD | 4007 | 1 | 10/19/04 | 2004 | $ 646.50 | $ 646.50 | $ 3,232.50 | 01/27/06 | $ 3,232.50 | 05/09/06 | 3AXTZX-1 | IIIA | Safety League Inc. |
| | 2110050041001 00 | CALVERT COUNTY SHERIFF OFFICE | MD | 4007 | 1 | 09/23/04 | 2004 | $ 646.50 | $ 646.50 | $ 3,232.50 | 01/27/06 | $ 3,232.50 | 05/09/06 | 3AXTZX-1 | IIIA | Safety League Inc. |
| | 2110050041001 00 | CALVERT COUNTY SHERIFF OFFICE | MD | 4007 | 1 | 05/24/05 | 2005 | $ 646.50 | $ 646.50 | $ 3,555.75 | 09/08/05 | $ 3,555.75 | 11/03/05 | 3AXTZX-1 | IIIA | Safety League Inc. |
| | 2110050041001 00 | CALVERT COUNTY SHERIFF OFFICE | MD | 4007 | 7 | 12/14/04 | 2004 | $ 646.50 | $ 4,525.50 | $ 3,232.50 | 01/27/06 | $ 3,232.50 | 05/09/06 | 3AXTZX-1 | IIIA | Safety League Inc. |
| | 2110050041001 00 | CALVERT COUNTY SHERIFF OFFICE | MD | 4007 | 9 | 06/10/05 | 2005 | $ 646.50 | $ 5,818.50 | $ 3,555.75 | 09/08/05 | $ 3,555.75 | 11/03/05 | 3AXTZX-1 | IIIA | Safety League Inc. |
| | 2110050041001 00 | CALVERT COUNTY SHERIFF OFFICE | MD | 4030 | 20 | 03/19/04 | 2004 | $ 646.50 | $ 12,930.00 | $ 6,465.00 | 06/24/04 | $ 6,465.00 | 07/12/04 | 3AXTZX | IIIA | Safety League, Inc. |
| | 312004007 | CAMDEN CITY | NJ | 4063 | 130 | 06/30/04 | 2004 | $ 468.00 | $ 60,840.00 | $ 30,420.00 | 11/24/04 | $ 30,420.00 | 12/13/04 | XTX3A-1 | IIIA | Lawman Supply Company of New Jersey, Inc. |
| | 312004007 | CAMDEN CITY | NJ | 4063 | 1 | 09/05/05 | 2005 | $ 649.00 | $ 649.00 | $ 324.50 | 04/14/06 | $ 324.50 | 10/23/06 | XTX3A-1 | IIIA | Lawman Supply Company of New Jersey, Inc. |
| | 312004007 | CAMDEN CITY | NJ | 4063 | 1 | 06/13/05 | 2005 | $ 694.20 | $ 694.20 | $ 347.10 | 04/14/06 | $ 347.10 | 10/23/06 | XTX3A-1 | IIIA | Lawmen Supply Co. NJ, Inc. |
| | 312004007 | CAMDEN CITY | NJ | 4063 | 265 | 05/06/03 | 2003 | $ 468.00 | $ 124,020.00 | $ 62,010.00 | 05/07/03 | $ 62,010.00 | 06/06/03 | XTX3A-1 | IIIA | Lawmen Supply Company of New Jersey, Inc. |
| | 312004007 | CAMDEN CITY | NJ | 4063 | 2 | 06/09/05 | 2005 | $ 649.00 | $ 1,298.00 | $ 649.00 | 04/14/06 | $ 649.00 | 10/23/06 | XTX3A-1 | IIIA | Lawmen Supply Company of New Jersey, Inc. |
| | 261015015 | CAMDEN COUNTY | MO | 4051 | 3 | 03/10/04 | 2004 | $ 795.00 | $ 2,385.00 | $ 1,192.50 | 07/30/04 | $ 1,192.50 | 08/18/04 | XTZX2-1 | II | ED ROEHR SAFETY PRODUCTS |
| | 82001002 | CAMDEN TOWN | DE | 4030 | 3 | 02/05/04 | 2004 | $ 996.00 | $ 2,988.00 | $ 1,494.00 | 06/16/04 | $ 1,494.00 | 07/12/04 | 3AXTZX | IIIA | Lawmen Supply |
| | 82001002 | CAMDEN TOWN | DE | 4030 | 5 | 05/28/02 | 2002 | $ 996.00 | $ 4,980.00 | $ 2,490.00 | 06/05/02 | $ 2,490.00 | 07/17/02 | 3AXTZX | IIIA | Lawmen Supply |
| | 392021001 | CAMP HILL BOROUGH | PA | 4051 | 10 | 03/17/04 | 2004 | $ 959.90 | $ 9,599.00 | $ 4,799.50 | 03/17/04 | $ 4,799.50 | 04/23/04 | XTZX2-1 | II | Safety Leaue, Inc. |
| | 502020002 | CAMPBELLSPORT VILLAGE | WI | 4049 | 5 | 11/21/03 | 2003 | $ 550.00 | $ 2,750.00 | $ 1,387.50 | 11/28/03 | $ 1,387.50 | 12/24/03 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 382003002 | CANBY CITY | OR | 4063 | 1 | 07/03/02 | 2002 | $ 679.00 | $ 679.00 | $ 1,026.50 | 02/24/04 | $ 1,026.50 | 03/17/04 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 382003002 | CANBY CITY | OR | 4063 | 1 | 07/10/02 | 2002 | $ 699.00 | $ 699.00 | $ 1,026.50 | 02/24/04 | $ 1,026.50 | 03/17/04 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| X | 242027005 | CRYSTAL CITY | MN | 4020 | 2 | 12/30/03 | 2003 | $ 750.00 | $ 1,500.00 | $ 750.00 | 02/17/04 | $ 750.00 | 03/17/04 | XTX2A-1 | IIA | Streicher's Police Equipment - Minneapolis |
| | 382003002 | CANBY CITY | OR | 4063 | 1 | 07/13/03 | 2003 | $ 1,175.00 | $ 1,175.00 | $ 587.50 | 08/07/03 | $ 587.50 | 08/29/03 | XTX3A-1 | IIIA | LAW ENFORCEMENT EQUIPMENT DISTRIBUTION |
| | 382003002 | CANBY CITY | OR | 4063 | 1 | 07/22/03 | 2003 | $ 637.00 | $ 637.00 | $ 318.50 | 07/22/03 | $ 318.50 | 08/22/03 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 382003002 | CANBY CITY | OR | 4063 | 1 | 07/22/03 | 2003 | $ 783.00 | $ 783.00 | $ 391.50 | 07/22/03 | $ 391.50 | 08/22/03 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 382003002 | CANBY CITY | OR | 4063 | 1 | 11/24/03 | 2003 | $ 783.00 | $ 783.00 | $ 391.50 | 12/01/03 | $ 391.50 | 01/07/04 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 382003002 | CANBY CITY | OR | 4063 | 2 | 11/01/03 | 2003 | $ 783.00 | $ 1,566.00 | $ 783.00 | 02/04/04 | $ 783.00 | 02/26/04 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 382003002 | CANBY CITY | OR | 4063 | 3 | 07/01/03 | 2003 | $ 783.00 | $ 2,349.00 | $ 1,174.50 | 07/18/03 | $ 1,174.50 | 08/21/03 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 242025002 | CANNON FALLS CITY | MN | 4049 | 1 | 11/01/01 | 2001 | $ 679.95 | $ 679.95 | $ 1,214.95 | 06/05/02 | $ 1,214.95 | 07/17/02 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 52044001 | CAPITOLA CITY | CA | 4063 | 1 | 05/09/05 | 2005 | $ 849.00 | $ 849.00 | $ 919.04 | 08/08/05 | $ 919.04 | 10/11/05 | XTX3A-1 | IIIA | Summit Uniforms |
| | 52044001 | CAPITOLA CITY | CA | 4063 | 1 | 05/09/05 | 2005 | $ 849.00 | $ 849.00 | $ 919.04 | 08/08/05 | $ 919.04 | 10/11/05 | XTX3A-1 | IIIA | Summit Uniforms |
| | 392031002 | CARBONDALE CITY | PA | 4051 | 2 | 04/28/04 | 2004 | $ 513.00 | $ 1,026.00 | $ 513.00 | 07/21/04 | $ 513.00 | 08/18/04 | XTZX2-1 | II | Jerry's Sportscenter |
| | 392021002 | CARLISLE BOROUGH | PA | 4706 | 2 | 06/29/05 | 2005 | $ 714.00 | $ 1,428.00 | $ 4,056.00 | 06/30/05 | $ 4,056.00 | 06/16/06 | XTX2-2 | II | Safety League, Inc |
| | 392021002 | CARLISLE BOROUGH | PA | 4794 | 7 | 06/29/05 | 2005 | $ 942.00 | $ 6,594.00 | $ 4,056.00 | 06/30/05 | $ 4,056.00 | 06/16/06 | XTX3A-2 | IIIA | SAFETY LEAGUE INC. |
| | 52027001 | CARMEL BY THE SEA CITY | CA | 4794 | 5 | 03/19/04 | 2004 | $ 629.00 | $ 3,145.00 | $ 1,702.23 | 03/25/04 | $ 1,702.23 | 04/20/04 | XTX3A-2 | IIIA | Summit Uniforms |
| | 333040001 | CARMEL TOWN | NY | 4051 | 32 | 01/30/02 | 2002 | $ 875.00 | $ 28,000.00 | $ 14,000.00 | 06/18/02 | $ 14,000.00 | 07/29/02 | XTZX2-1 | II | New England Uniform Company |
| | 251008008 | CARROLL COUNTY | MS | 4051 | 9 | 10/03/03 | 2003 | $ 866.52 | $ 7,798.68 | $ 3,899.34 | 11/11/03 | $ 3,899.34 | 12/12/03 | XTZX2-1 | II | Mid South Uniform & Supply, Inc. |
| | 393067001 | CARROLL TOWNSHIP | PA | 4051 | 4 | 01/22/04 | 2004 | $ 699.95 | $ 2,799.80 | $ 1,399.90 | 03/02/04 | $ 1,399.90 | 04/08/04 | XTZX2-1 | II | Safety League, Inc. |
| | 362023004 | CARROLL VILLAGE | OH | 4049 | 1 | 05/19/05 | 2005 | $ 575.00 | $ 575.00 | $ 291.28 | 06/07/05 | $ 291.28 | 06/13/05 | XTX2-1 | II | Roy Tailor Uniform |
| | 142031001 | CARROLLTON CITY | IL | 4051 | 2 | 11/04/02 | 2002 | $ 795.00 | $ 1,590.00 | $ 795.00 | 11/05/02 | $ 795.00 | 11/27/02 | XTZX2-1 | II | ED ROEHR SAFETY PRODUCTS |
| | 371010010 | CARTER COUNTY | OK | 4007 | 3 | 11/04/02 | 2002 | $ 1,392.85 | $ 4,178.55 | $ 5,620.05 | 11/26/02 | $ 5,620.05 | 12/18/02 | 3AXTZX-1 | IIIA | GT Distributors |
| | 371010010 | CARTER COUNTY | OK | 4007 | 5 | 11/21/02 | 2002 | $ 1,412.31 | $ 7,061.55 | $ 5,620.05 | 11/26/02 | $ 5,620.05 | 12/18/02 | 3AXTZX-1 | IIIA | Galls Inc |
| | 252040001 | CARTHAGE CITY | MS | 4030 | 3 | 07/09/04 | 2004 | $ 1,090.40 | $ 3,271.20 | $ 1,635.60 | 07/14/04 | $ 1,635.60 | 07/21/04 | 3AXTZX | IIIA | Mid South Uniform & Supply, Inc. |
| | 241010010 | CARVER COUNTY | MN | 4049 | 1 | 06/27/05 | 2005 | $ 675.00 | $ 675.00 | $ 337.50 | 06/29/05 | $ 337.50 | 06/16/06 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 241010010 | CARVER COUNTY | MN | 4706 | 1 | 08/01/05 | 2005 | $ 675.00 | $ 675.00 | $ 351.48 | 08/01/05 | $ 351.48 | 10/11/05 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| | 241010010 | CARVER COUNTY | MN | 4706 | 1 | 10/28/04 | 2004 | $ 625.00 | $ 625.00 | $ 312.50 | 11/04/04 | $ 312.50 | 11/23/04 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| | 241010010 | CARVER COUNTY | MN | 4794 | 1 | 05/11/05 | 2005 | $ 875.00 | $ 875.00 | $ 437.50 | 05/12/05 | $ 437.50 | 06/24/05 | XTX3A-2 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 142082005 | CASEYVILLE VILLAGE | IL | 4030 | 3 | 08/26/03 | 2003 | $ 650.00 | $ 1,950.00 | $ 975.00 | 09/09/03 | $ 975.00 | 09/26/03 | 3AXTZX | IIIA | Armor Holdings Inc. |
| | 141009009 | CASS COUNTY | IL | 4049 | 8 | 12/30/03 | 2003 | $ 689.95 | $ 5,519.60 | $ 2,774.78 | 02/25/04 | $ 2,774.78 | 03/17/04 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 241011011 | CASS COUNTY | MN | 4063 | 1 | 08/18/05 | 2005 | $ 1,063.00 | $ 1,063.00 | $ 531.93 | 09/02/05 | $ 531.93 | 11/03/05 | XTX3A-1 | IIIA | Streicher's Police Equipment - Minneapolis |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

Exhibit 7

**Armor Holdings Z Shield Related BVP Reimbursement Spreadsheet**

| Sampled | AGENCY ID | AGENCY NAME | STATE | MODEL ID | QTY RECEIVED | DATE RECEIVED | YEAR RECEIVED | UNIT PRICE | EXTENDED PRICE | AMOUNT REQUESTED | DATE REQUESTED | AMOUNT PAID | DATE PAID | MODEL NAME | THREAT LEVEL | DISTRIBUTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 241011011 | CASS COUNTY | MN | 4063 | 1 | 12/30/04 | 2004 | $ 911.00 | $ 911.00 | $ 455.86 | 01/03/05 | $ 455.86 | 02/04/05 | XTX3A-1 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 241011011 | CASS COUNTY | MN | 4063 | 2 | 08/14/03 | 2003 | $ 900.00 | $ 1,800.00 | $ 914.98 | 08/14/03 | $ 914.98 | 08/29/03 | XTX3A-1 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 241011011 | CASS COUNTY | MN | 4063 | 2 | 11/25/03 | 2003 | $ 900.00 | $ 1,800.00 | $ 900.00 | 12/03/03 | $ 900.00 | 01/12/04 | XTX3A-1 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 241011011 | CASS COUNTY | MN | 4063 | 3 | 09/09/04 | 2004 | $ 1,284.00 | $ 3,852.00 | $ 1,949.97 | 01/03/05 | $ 1,949.97 | 02/04/05 | XTX3A-1 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 52035601 | CATHEDRAL CITY | CA | 4794 | 13 | 05/20/05 | 2005 | $ 556.83 | $ 7,238.79 | $ 4,795.75 | 08/29/05 | $ 4,795.75 | 10/11/05 | XTX3A-2 | IIIA | Inland Uniform |
| | 333020002 | CATSKILL VILLAGE | NY | 4706 | 14 | 06/25/05 | 2005 | $ 680.00 | $ 9,520.00 | $ 5,154.00 | 11/09/05 | $ 5,154.00 | 12/23/05 | XTX2-2 | II | United Uniforms |
| | 502046002 | CEDARBURG CITY | WI | 4049 | 1 | 03/06/03 | 2003 | $ 750.00 | $ 750.00 | $ 2,109.98 | 07/31/03 | $ 2,109.98 | 08/22/03 | XTX2-1 | II | STREICHER'S-MILWAUKEE |
| | 502046002 | CEDARBURG CITY | WI | 4049 | 1 | 02/27/03 | 2003 | $ 750.00 | $ 750.00 | $ 2,109.98 | 07/31/03 | $ 2,109.98 | 08/22/03 | XTX2-1 | II | STREICHER'S-MILWAUKEE |
| | 502046002 | CEDARBURG CITY | WI | 4049 | 1 | 03/31/04 | 2004 | $ 465.00 | $ 465.00 | $ 1,050.00 | 06/10/04 | $ 1,050.00 | 07/06/04 | XTX2-1 | II | STREICHER'S-MILWAUKEE |
| | 502046002 | CEDARBURG CITY | WI | 4063 | 1 | 01/02/03 | 2003 | $ 615.00 | $ 615.00 | $ 2,109.98 | 07/31/03 | $ 2,109.98 | 08/22/03 | XTX3A-1 | IIIA | Advanced Protective Devices |
| | 112115002 | CEDARTOWN CITY | GA | 4049 | 1 | 11/03/03 | 2003 | $ 769.00 | $ 769.00 | $ 384.50 | 11/05/03 | $ 384.50 | 12/12/03 | XTX2-1 | II | GT Distributors -- Georgia |
| | 112115002 | CEDARTOWN CITY | GA | 4049 | 1 | 09/17/02 | 2002 | $ 769.00 | $ 769.00 | $ 1,922.50 | 09/24/02 | $ 1,922.50 | 10/09/02 | XTX2-1 | II | GT Distributors -- Georgia |
| X | 142081005 | EAST MOLINE CITY | IL | 4049 | 6 | 10/11/01 | 2001 | $ 485.00 | $ 2,910.00 | $ 1,455.00 | 10/18/01 | $ 1,455.00 | 11/15/01 | XTX2-1 | II | UNIFORM DEN INC. |
| | 112115002 | CEDARTOWN CITY | GA | 4049 | 2 | 09/03/02 | 2002 | $ 769.00 | $ 1,538.00 | $ 1,922.50 | 09/24/02 | $ 1,922.50 | 10/09/02 | XTX2-1 | II | GT Distributors -- Georgia |
| | 112115002 | CEDARTOWN CITY | GA | 4049 | 2 | 09/03/02 | 2002 | $ 769.00 | $ 1,538.00 | $ 1,922.50 | 09/24/02 | $ 1,922.50 | 10/09/02 | XTX2-1 | II | GT Distributors -- Georgia |
| | 142089001 | CEDARVILLE VILLAGE | IL | 4030 | 1 | 12/22/03 | 2003 | $ 825.00 | $ 825.00 | $ 415.98 | 12/23/03 | $ 415.98 | 01/20/04 | 3AXTZX | IIIA | UNIFORM DEN INC. |
| X | 382026001 | FAIRVIEW CITY | OR | 4063 | 1 | 04/23/04 | 2004 | $ 783.00 | $ 783.00 | $ 391.50 | 01/27/05 | $ 391.50 | 02/14/05 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 472104001 | CHARLOTTESVILLE CITY | VA | 4706 | 6 | 04/11/03 | 2003 | $ 609.99 | $ 3,659.94 | $ 30,068.21 | 03/11/04 | $ 30,068.21 | 04/09/04 | XTX2-2 | II | Southern Police Equipment Co. (VA) |
| | 242010003 | CHASKA CITY | MN | 4049 | 1 | 05/25/04 | 2004 | $ 779.95 | $ 779.95 | $ 1,597.23 | 04/28/05 | $ 1,597.23 | 06/24/05 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242010003 | CHASKA CITY | MN | 4051 | 1 | 03/13/02 | 2002 | $ 650.00 | $ 650.00 | $ 2,773.00 | 11/18/05 | $ 2,773.00 | 12/23/05 | XTZX2-1 | II | Uniforms Unlimited |
| | 242010003 | CHASKA CITY | MN | 4051 | 1 | 09/24/04 | 2004 | $ 779.95 | $ 779.95 | $ 2,773.00 | 11/18/05 | $ 2,773.00 | 12/23/05 | XTZX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242010003 | CHASKA CITY | MN | 4794 | 1 | 03/15/05 | 2005 | $ 995.00 | $ 995.00 | $ 2,773.00 | 11/18/05 | $ 2,773.00 | 12/23/05 | XTX3A-2 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 242010003 | CHASKA CITY | MN | 4794 | 1 | 05/25/04 | 2004 | $ 995.00 | $ 995.00 | $ 1,597.23 | 04/28/05 | $ 1,597.23 | 06/24/05 | XTX3A-2 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 481004004 | CHELAN COUNTY | WA | 4049 | 1 | 08/07/02 | 2002 | $ 646.00 | $ 646.00 | $ 3,974.21 | 03/20/03 | $ 3,974.21 | 04/07/03 | XTX2-1 | II | Geesey's Uniforms |
| | 481004004 | CHELAN COUNTY | WA | 4049 | 1 | 08/07/02 | 2002 | $ 741.00 | $ 741.00 | $ 3,974.21 | 03/20/03 | $ 3,974.21 | 04/07/03 | XTX2-1 | II | Geesey's Uniforms |
| | 481004004 | CHELAN COUNTY | WA | 4049 | 1 | 10/08/02 | 2002 | $ 646.00 | $ 646.00 | $ 3,974.21 | 03/20/03 | $ 3,974.21 | 04/07/03 | XTX2-1 | II | Geesey's Uniforms |
| | 481004004 | CHELAN COUNTY | WA | 4049 | 1 | 07/09/02 | 2002 | $ 646.00 | $ 646.00 | $ 3,974.21 | 03/20/03 | $ 3,974.21 | 04/07/03 | XTX2-1 | II | Geesey's Uniforms |
| | 481004004 | CHELAN COUNTY | WA | 4049 | 1 | 10/23/02 | 2002 | $ 646.00 | $ 646.00 | $ 3,974.21 | 03/20/03 | $ 3,974.21 | 04/07/03 | XTX2-1 | II | Geesey's Uniforms |
| | 331008007 | CHEMUNG COUNTY | NY | 4049 | 10 | 08/30/04 | 2004 | $ 750.00 | $ 7,500.00 | $ 3,775.00 | 09/07/04 | $ 3,775.00 | 09/24/04 | XTX2-1 | II | United Uniforms |
| | 313004002 | CHERRY HILL TOWNSHIP | NJ | 4007 | 22 | 03/01/01 | 2001 | $ 990.00 | $ 21,780.00 | $ 10,890.00 | 03/27/03 | $ 10,890.00 | 04/07/03 | 3AXTZX-1 | IIIA | Lawman Supply Company |
| | 142101001 | CHERRY VALLEY VILLAGE | IL | 4051 | 1 | 09/05/03 | 2003 | $ 840.00 | $ 840.00 | $ 423.50 | 09/12/03 | $ 423.50 | 09/26/03 | XTZX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 142101001 | CHERRY VALLEY VILLAGE | IL | 4051 | 1 | 10/10/02 | 2002 | $ 840.00 | $ 840.00 | $ 1,695.90 | 02/05/03 | $ 1,695.90 | 02/26/03 | XTZX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 142101001 | CHERRY VALLEY VILLAGE | IL | 4051 | 2 | 01/28/03 | 2003 | $ 840.00 | $ 1,680.00 | $ 1,695.90 | 02/05/03 | $ 1,695.90 | 02/26/03 | XTZX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 73005004 | CHESHIRE TOWN | CT | 4051 | 1 | 12/14/04 | 2004 | $ 860.00 | $ 860.00 | $ 4,390.00 | 01/06/05 | $ 4,390.00 | 02/04/05 | XTZX2-1 | II | Horwitz Uniforms |
| | 73005004 | CHESHIRE TOWN | CT | 4051 | 7 | 01/08/04 | 2004 | $ 860.00 | $ 6,020.00 | $ 3,010.00 | 01/26/04 | $ 3,010.00 | 02/13/04 | XTZX2-1 | II | Horwitz Uniforms |
| | 233050003 | CHESTERFIELD CHARTER TOWNSHIP | MI | 4051 | 1 | 08/09/02 | 2002 | $ 739.99 | $ 739.99 | $ 1,638.98 | 12/12/03 | $ 1,638.98 | 01/12/04 | XTZX2-1 | II | metropolian uniform |
| | 233050003 | CHESTERFIELD CHARTER TOWNSHIP | MI | 4051 | 1 | 08/28/02 | 2002 | $ 1,018.99 | $ 1,018.99 | $ 1,638.98 | 12/12/03 | $ 1,638.98 | 01/12/04 | XTZX2-1 | II | metropolian uniform |
| | 233050003 | CHESTERFIELD CHARTER TOWNSHIP | MI | 4051 | 1 | 07/30/02 | 2002 | $ 1,018.99 | $ 1,018.99 | $ 1,638.98 | 12/12/03 | $ 1,638.98 | 01/12/04 | XTZX2-1 | II | metropolian uniform |
| | 482033001 | CHEWELAH CITY | WA | 4049 | 5 | 05/29/02 | 2002 | $ 874.95 | $ 4,374.75 | $ 2,371.04 | 05/30/02 | $ 2,371.04 | 06/27/02 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 262059001 | CHILLICOTHE CITY | MO | 4706 | 1 | 11/08/04 | 2004 | $ 680.00 | $ 680.00 | $ 1,457.04 | 11/29/04 | $ 1,457.04 | 12/13/04 | XTX2-2 | II | Ed. Roehr Safety Products |
| | 342080001 | CHINA GROVE TOWN | NC | 4049 | 1 | 01/22/03 | 2003 | $ 750.00 | $ 750.00 | $ 408.18 | 08/20/03 | $ 408.18 | 09/16/03 | XTX2-1 | II | LAWMEN'S |
| | 52036002 | CHINO CITY | CA | 4794 | 1 | 10/04/05 | 2005 | $ 566.40 | $ 566.40 | $ 611.71 | 03/01/06 | $ 611.71 | 09/13/06 | XTX3A-2 | IIIA | Aardvark Tactical,Inc. |
| | 32013801 | CHINO VALLEY TOWN | AZ | 4063 | 1 | 03/09/01 | 2001 | $ 815.00 | $ 815.00 | $ 964.00 | 06/05/01 | $ 964.00 | 07/13/01 | XTX3A-1 | IIIA | West Valley Uniforms, Inc, |
| | 241013013 | CHISAGO COUNTY | MN | 4049 | 1 | 12/05/03 | 2003 | $ 779.95 | $ 779.95 | $ 941.45 | 09/30/04 | $ 941.45 | 10/14/04 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 241013013 | CHISAGO COUNTY | MN | 4049 | 1 | 07/31/03 | 2003 | $ 779.95 | $ 779.95 | $ 941.45 | 09/30/04 | $ 941.45 | 10/14/04 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 341021021 | CHOWAN COUNTY | NC | 4049 | 18 | 10/18/05 | 2005 | $ 575.00 | $ 10,350.00 | $ 5,565.86 | 11/07/05 | $ 5,565.86 | 12/23/05 | XTX2-1 | II | Lawman's Safety Supply, Inc. |
| | 391016016 | CLARION COUNTY | PA | 4007 | 2 | 03/03/03 | 2003 | $ 1,079.95 | $ 2,159.90 | $ 1,089.95 | 07/23/03 | $ 1,089.95 | 08/25/03 | 3AXTZX-1 | IIIA | SAFETY LEAGUE |
| | 391016016 | CLARION COUNTY | PA | 4051 | 5 | 07/28/03 | 2003 | $ 879.95 | $ 4,399.75 | $ 2,224.88 | 08/05/03 | $ 2,224.88 | 08/29/03 | XTZX2-1 | II | SAFETY LEAGUE INC. |
| | 391016016 | CLARION COUNTY | PA | 4051 | 7 | 12/30/03 | 2003 | $ 879.95 | $ 6,159.65 | $ 3,114.83 | 01/07/04 | $ 3,114.83 | 02/03/04 | XTZX2-1 | II | SAFETY LEAGUE INC. |
| | 261023023 | CLARK COUNTY | MO | 4030 | 10 | 10/04/02 | 2002 | $ 949.00 | $ 9,490.00 | $ 4,767.96 | 10/25/02 | $ 4,767.96 | 11/15/02 | 3AXTZX | IIIA | Ed Roehr Safety Products |
| | 112044003 | CLARKSTON CITY | GA | 4007 | 2 | 05/17/05 | 2005 | $ 699.00 | $ 1,398.00 | $ 711.48 | 09/05/05 | $ 711.48 | 11/03/05 | 3AXTZX-1 | IIIA | G.T. DISTIBITORS |
| | 42036001 | CLARKSVILLE CITY | AR | 4706 | 2 | 04/10/05 | 2005 | $ 635.00 | $ 1,270.00 | $ 686.90 | 04/14/05 | $ 686.90 | 06/24/05 | XTX2-2 | II | Cruse Uniform & Equipment |
| | 251013013 101100 | CLAY COUNTY SHERIFF OFFICE | MS | 4051 | 2 | 05/31/02 | 2002 | $ 866.52 | $ 1,733.04 | $ 866.52 | 08/27/02 | $ 866.52 | 09/27/02 | XTZX2-1 | II | Mid South Uniform & Supply, Inc. |
| | 262095018 | CLAYTON CITY | MO | 4706 | 1 | 05/03/05 | 2005 | $ 570.00 | $ 570.00 | $ 3,423.34 | 08/29/05 | $ 3,423.34 | 10/11/05 | XTX2-2 | II | ED ROEHR SAFETY PRODUCTS |
| | 262095018 | CLAYTON CITY | MO | 4706 | 1 | 06/04/04 | 2004 | $ 570.00 | $ 570.00 | $ 8,265.00 | 06/14/04 | $ 8,265.00 | 07/09/04 | XTX2-2 | II | ED ROEHR SAFETY PRODUCTS |
| | 262095018 | CLAYTON CITY | MO | 4706 | 1 | 08/08/05 | 2005 | $ 570.00 | $ 570.00 | $ 3,423.34 | 08/29/05 | $ 3,423.34 | 10/11/05 | XTX2-2 | II | ED ROEHR SAFETY PRODUCTS |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

Exhibit 7

**Armor Holdings Z Shield Related BVP Reimbursement Spreadsheet**

| Sampled | AGENCY ID | AGENCY NAME | STATE | MODEL ID | QTY RECEIVED | DATE RECEIVED | YEAR RECEIVED | UNIT PRICE | EXTENDED PRICE | AMOUNT REQUESTED | DATE REQUESTED | AMOUNT PAID | DATE PAID | MODEL NAME | THREAT LEVEL | DISTRIBUTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 262095018 | CLAYTON CITY | MO | 4706 | 1 | 06/28/05 | 2005 | $ 570.00 | $ 570.00 | $ 3,423.34 | 08/29/05 | $ 3,423.34 | 10/11/05 | XTX2-2 | II | ED ROEHR SAFETY PRODUCTS |
| | 262095018 | CLAYTON CITY | MO | 4706 | 1 | 04/30/04 | 2004 | $ 570.00 | $ 570.00 | $ 8,265.00 | 06/14/04 | $ 8,265.00 | 07/09/04 | XTX2-2 | II | ED ROEHR SAFETY PRODUCTS |
| | 262095018 | CLAYTON CITY | MO | 4706 | 22 | 01/05/04 | 2004 | $ 570.00 | $ 12,540.00 | $ 8,265.00 | 06/14/04 | $ 8,265.00 | 07/09/04 | XTX2-2 | II | ED ROEHR SAFETY PRODUCTS |
| | 262095018 | CLAYTON CITY | MO | 4706 | 3 | 02/03/05 | 2005 | $ 570.00 | $ 1,710.00 | $ 3,423.34 | 08/29/05 | $ 3,423.34 | 10/11/05 | XTX2-2 | II | Ed Roehr Safety Products Co |
| | 262095018 | CLAYTON CITY | MO | 4706 | 3 | 03/07/05 | 2005 | $ 570.00 | $ 1,710.00 | $ 3,423.34 | 08/29/05 | $ 3,423.34 | 10/11/05 | XTX2-2 | II | ED ROEHR SAFETY PRODUCTS |
| | 262095018 | CLAYTON CITY | MO | 4706 | 3 | 08/12/05 | 2005 | $ 570.00 | $ 1,710.00 | $ 3,423.34 | 08/29/05 | $ 3,423.34 | 10/11/05 | XTX2-2 | II | ED ROEHR SAFETY PRODUCTS |
| X | 242056009 | FERGUS FALLS CITY | MN | 4030 | 1 | 02/15/03 | 2003 | $ 1,095.00 | $ 1,095.00 | $ 1,124.45 | 03/10/03 | $ 1,124.45 | 03/28/03 | 3AXTZX | IIIA | Streicher's Police Equipment - Minneapolis |
| | 82001004 | CLAYTON TOWN | DE | 4007 | 1 | 04/13/04 | 2004 | $ 996.00 | $ 996.00 | $ 498.00 | 06/23/04 | $ 498.00 | 07/12/04 | 3AXTZX-1 | IIIA | Lawmen Supply |
| | 322031001 | CLAYTON TOWN | NM | 4706 | 8 | 03/11/04 | 2004 | $ 760.00 | $ 6,080.00 | $ 3,040.00 | 04/12/04 | $ 3,040.00 | 05/17/04 | XTX2-2 | II | Kaufman's West |
| X | 482037004 | FERNDALE CITY | WA | 4049 | 1 | 07/06/02 | 2002 | $ 795.00 | $ 795.00 | $ 1,391.50 | 10/30/02 | $ 1,391.50 | 11/15/02 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 242040001 | CLEVELAND CITY | MN | 4049 | 1 | 01/02/05 | 2005 | $ 779.95 | $ 779.95 | $ 389.98 | 02/03/05 | $ 389.98 | 02/23/05 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 502036501 | CLEVELAND VILLAGE | WI | 4051 | 2 | 10/30/03 | 2003 | $ 995.00 | $ 1,990.00 | $ 995.00 | 11/03/03 | $ 995.00 | 12/12/03 | XTZX2-1 | II | STREICHER'S-MILWAUKEE |
| | 99355 | CLINTON CITY | NC | 4049 | 1 | 02/04/05 | 2005 | $ 750.00 | $ 750.00 | $ 401.25 | 02/22/05 | $ 401.25 | 03/23/05 | XTX2-1 | II | Lawman's Safety Supply, Inc. |
| | 99355 | CLINTON CITY | NC | 4049 | 1 | 02/05/05 | 2005 | $ 750.00 | $ 750.00 | $ 401.25 | 02/22/05 | $ 401.25 | 03/23/05 | XTX2-1 | II | Lawman's Safety Supply, Inc. |
| | 99355 | CLINTON CITY | NC | 4049 | 2 | 10/27/04 | 2004 | $ 750.00 | $ 1,500.00 | $ 4,038.75 | 12/09/04 | $ 4,038.75 | 12/23/04 | XTX2-1 | II | LAWMEN'S |
| | 99355 | CLINTON CITY | NC | 4049 | 8 | 10/27/04 | 2004 | $ 750.00 | $ 6,000.00 | $ 4,038.75 | 12/09/04 | $ 4,038.75 | 12/23/04 | XTX2-1 | II | LAWMEN'S |
| | 452006004 | CLINTON CITY | UT | 4706 | 1 | 04/13/05 | 2005 | $ 1,190.00 | $ 1,190.00 | $ 595.00 | 04/21/05 | $ 595.00 | 06/24/05 | XTX2-2 | II | Skaggs Companies Inc |
| | 452006004 | CLINTON CITY | UT | 4706 | 9 | 10/08/03 | 2003 | $ 622.60 | $ 5,603.40 | $ 2,801.70 | 08/03/04 | $ 2,801.70 | 08/26/04 | XTX2-2 | II | SKAGGS Companies |
| | 162077501 | CLIVE CITY | IA | 4030 | 3 | 07/05/05 | 2005 | $ 680.00 | $ 2,040.00 | $ 1,029.98 | 02/06/06 | $ 1,029.98 | 05/10/06 | 3AXTZX | IIIA | Streicher's Police Equipment - Minneapolis |
| | 482017007 | CLYDE HILL TOWN | WA | 4049 | 1 | 03/16/04 | 2004 | $ 795.00 | $ 795.00 | $ 865.84 | 05/06/04 | $ 865.84 | 06/01/04 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482017007 | CLYDE HILL TOWN | WA | 4049 | 1 | 08/23/04 | 2004 | $ 874.75 | $ 874.75 | $ 437.38 | 08/24/04 | $ 437.38 | 09/17/04 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482017007 | CLYDE HILL TOWN | WA | 4049 | 1 | 04/27/04 | 2004 | $ 795.00 | $ 795.00 | $ 865.84 | 05/06/04 | $ 865.84 | 06/01/04 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 182019004 | COLD SPRING CITY | KY | 4051 | 1 | 06/12/05 | 2005 | $ 690.00 | $ 690.00 | $ 345.00 | 09/13/05 | $ 345.00 | 11/03/05 | XTZX2-1 | II | Roy Tailors Uniform Company Inc. |
| | 332040002 | COLD SPRING VILLAGE | NY | 4051 | 1 | 11/12/04 | 2004 | $ 889.50 | $ 889.50 | $ 449.42 | 11/17/04 | $ 449.42 | 12/13/04 | XTZX2-1 | II | Arista Trading Corp |
| | 332040002 | COLD SPRING VILLAGE | NY | 4051 | 1 | 08/25/04 | 2004 | $ 889.50 | $ 889.50 | $ 449.42 | 09/24/04 | $ 449.42 | 11/05/04 | XTZX2-1 | II | Arista Trading Corp |
| | 261026026 | COLE COUNTY | MO | 4049 | 27 | 10/28/03 | 2003 | $ 680.00 | $ 18,360.00 | $ 9,232.64 | 11/25/03 | $ 9,232.64 | 12/24/03 | XTX2-1 | II | ED ROEHR SAFETY PRODUCTS |
| | 261026026 | COLE COUNTY | MO | 4049 | 4 | 06/20/05 | 2005 | $ 710.00 | $ 2,840.00 | $ 1,425.85 | 01/03/06 | $ 1,425.85 | 05/10/06 | XTX2-1 | II | Ed Roehr Safety Products Co |
| | 482038002 | COLFAX CITY | WA | 4049 | 1 | 03/02/05 | 2005 | $ 849.00 | $ 849.00 | $ 1,851.40 | 06/14/05 | $ 1,851.40 | 06/13/05 | XTX2-1 | II | Blumenthal Uniforms & Equipment |
| | 482038002 | COLFAX CITY | WA | 4049 | 1 | 08/25/03 | 2003 | $ 849.00 | $ 849.00 | $ 458.89 | 10/22/03 | $ 458.89 | 11/21/03 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482038002 | COLFAX CITY | WA | 4049 | 1 | 05/28/02 | 2002 | $ 795.00 | $ 795.00 | $ 433.22 | 07/16/02 | $ 433.22 | 09/05/02 | XTX2-1 | II | Blumenthal Uniform & Equipment |
| | 482038002 | COLFAX CITY | WA | 4049 | 3 | 05/12/05 | 2005 | $ 849.00 | $ 2,547.00 | $ 1,851.40 | 06/14/05 | $ 1,851.40 | 06/13/05 | XTX2-1 | II | Blumenthal Uniforms & Equipment |
| | 411015015 | COLLETON COUNTY | SC | 4030 | 1 | 07/08/04 | 2004 | $ 949.00 | $ 949.00 | $ 12,068.26 | 03/08/05 | $ 12,068.26 | 03/23/05 | 3AXTZX | IIIA | LAWMEN'S SAFETY SUPPLY INC. |
| | 411015015 | COLLETON COUNTY | SC | 4030 | 1 | 07/08/04 | 2004 | $ 999.00 | $ 999.00 | $ 12,068.26 | 03/08/05 | $ 12,068.26 | 03/23/05 | 3AXTZX | IIIA | LAWMEN'S SAFETY SUPPLY INC. |
| | 411015015 | COLLETON COUNTY | SC | 4030 | 1 | 05/13/04 | 2004 | $ 949.00 | $ 949.00 | $ 12,068.26 | 03/08/05 | $ 12,068.26 | 03/23/05 | 3AXTZX | IIIA | LAWMEN'S SAFETY SUPPLY INC. |
| | 411015015 | COLLETON COUNTY | SC | 4030 | 1 | 06/27/03 | 2003 | $ 999.00 | $ 999.00 | $ 12,068.26 | 03/08/05 | $ 12,068.26 | 03/23/05 | 3AXTZX | IIIA | Lawmen's Safety Supply, Inc. |
| X | 242069011 | FLOODWOOD CITY | MN | 4049 | 1 | 09/11/02 | 2002 | $ 679.95 | $ 679.95 | $ 353.95 | 09/12/02 | $ 353.95 | 09/26/02 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 411015015 | COLLETON COUNTY | SC | 4030 | 2 | 06/01/01 | 2001 | $ 999.99 | $ 1,999.98 | $ 1,059.09 | 03/14/03 | $ 1,059.09 | 03/28/03 | 3AXTZX | IIIA | LAWMEN'S SAFETY SUPPLY INC. |
| | 411015015 | COLLETON COUNTY | SC | 4030 | 2 | 07/24/01 | 2001 | $ 999.00 | $ 1,998.00 | $ 1,058.94 | 03/14/03 | $ 1,058.94 | 03/28/03 | 3AXTZX | IIIA | LAWMEN'S SAFETY SUPPLY INC. |
| | 411015015 | COLLETON COUNTY | SC | 4030 | 3 | 04/05/04 | 2004 | $ 949.00 | $ 2,847.00 | $ 12,068.26 | 03/08/05 | $ 12,068.26 | 03/23/05 | 3AXTZX | IIIA | LAWMEN'S SAFETY SUPPLY INC. |
| | 411015015 | COLLETON COUNTY | SC | 4030 | 5 | 09/30/02 | 2002 | $ 999.00 | $ 4,995.00 | $ 2,647.35 | 03/14/03 | $ 2,647.35 | 03/28/03 | 3AXTZX | IIIA | LAWMEN'S SAFETY SUPPLY INC. |
| | 411015015 | COLLETON COUNTY | SC | 4030 | 7 | 05/19/03 | 2003 | $ 999.00 | $ 6,993.00 | $ 12,068.26 | 03/08/05 | $ 12,068.26 | 03/23/05 | 3AXTZX | IIIA | LAWMEN'S SAFETY SUPPLY INC. |
| | 411015015 | COLLETON COUNTY | SC | 4030 | 9 | 10/22/03 | 2003 | $ 999.00 | $ 8,991.00 | $ 12,068.26 | 03/08/05 | $ 12,068.26 | 03/23/05 | 3AXTZX | IIIA | LAWMEN'S SAFETY SUPPLY INC. |
| | 142060004 | COLLINSVILLE CITY | IL | 4051 | 2 | 02/24/03 | 2003 | $ 849.95 | $ 1,699.90 | $ 878.90 | 03/21/03 | $ 878.90 | 04/07/03 | XTZX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 142060004 | COLLINSVILLE CITY | IL | 4051 | 3 | 05/18/04 | 2004 | $ 779.95 | $ 2,339.85 | $ 1,169.93 | 09/30/04 | $ 1,169.93 | 10/14/04 | XTZX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 12025001 | COLLINSVILLE TOWN | AL | 4049 | 2 | 04/19/02 | 2002 | $ 719.00 | $ 1,438.00 | $ 719.00 | 06/10/02 | $ 719.00 | 07/18/02 | XTX2-1 | II | G.T. DISTIBTORS |
| | 99537 | Colonial Regional Police Department | PA | 4051 | 1 | 03/13/05 | 2005 | $ 793.20 | $ 793.20 | $ 396.60 | 06/16/06 | $ 396.60 | | XTZX2-1 | II | SAFETY LEAGUE INC. |
| | 99537 | Colonial Regional Police Department | PA | 4051 | 4 | 06/09/05 | 2005 | $ 793.20 | $ 3,172.80 | $ 1,606.40 | 06/09/05 | $ 1,606.40 | 06/13/05 | XTZX2-1 | II | SAFETY LEAGUE INC. |
| | 99537 | Colonial Regional Police Department | PA | 4706 | 6 | 12/30/04 | 2004 | $ 770.90 | $ 4,625.40 | $ 2,342.70 | 01/03/05 | $ 2,342.70 | 02/04/05 | XTX2-2 | II | SAFETY LEAGUE INC. |
| | 60000000 | COLORADO | CO | 4049 | 1 | 04/10/03 | 2003 | $ 500.00 | $ 500.00 | $ 21,086.00 | 06/24/03 | $ 21,086.00 | 07/18/03 | XTX2-1 | II | Public Safety Warehouse |
| | 60000000 | COLORADO | CO | 4049 | 2 | 03/06/03 | 2003 | $ 600.00 | $ 1,200.00 | $ 21,086.00 | 06/24/03 | $ 21,086.00 | 07/18/03 | XTX2-1 | II | Public Safety Warehouse |
| | 60000000 | COLORADO | CO | 4049 | 2 | 05/22/03 | 2003 | $ 500.00 | $ 1,000.00 | $ 21,086.00 | 06/24/03 | $ 21,086.00 | 07/18/03 | XTX2-1 | II | Public Safety Warehouse |
| X | 482027007 | GIG HARBOR CITY | WA | 4049 | 1 | 11/05/03 | 2003 | $ 685.00 | $ 685.00 | $ 1,851.47 | 11/19/03 | $ 1,851.47 | 12/24/03 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 262010003 | COLUMBIA CITY | MO | 4794 | 5 | 07/06/05 | 2005 | $ 637.88 | $ 3,189.40 | $ 1,598.04 | 07/28/05 | $ 1,598.04 | 10/19/05 | XTX3A-2 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 99335 | COLUMBUS GROVE VILLAGE | OH | 4051 | 1 | 05/07/03 | 2003 | $ 953.46 | $ 953.46 | $ 476.73 | 08/25/03 | $ 476.73 | | XTZX2-1 | II | Superior Uniform Sales, Inc |
| | 02749 | Colwyn Borough | PA | 4063 | 11 | 02/11/01 | 2001 | $ 610.00 | $ 6,710.00 | $ 3,672.50 | 07/10/02 | $ 3,672.50 | 07/29/02 | XTX3A-1 | IIIA | ARD Uniform Enterprises, Ltd. |
| | 62001004 | COMMERCE CITY | CO | 4051 | 1 | 06/12/02 | 2002 | $ 600.00 | $ 600.00 | $ 4,463.34 | 09/25/02 | $ 4,463.34 | 10/09/02 | XTZX2-1 | II | Public Safety Warehouse |
| | 62001004 | COMMERCE CITY | CO | 4063 | 2 | 01/11/02 | 2002 | $ 600.00 | $ 1,200.00 | $ 4,463.34 | 09/25/02 | $ 4,463.34 | 10/09/02 | XTX3A-1 | IIIA | Public Safety Warehouse |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

Exhibit 7

**Armor Holdings Z Shield Related BVP Reimbursement Spreadsheet**

| Sampled | AGENCY ID | AGENCY NAME | STATE | MODEL ID | QTY RECEIVED | DATE RECEIVED | YEAR RECEIVED | UNIT PRICE | EXTENDED PRICE | AMOUNT REQUESTED | DATE REQUESTED | AMOUNT PAID | DATE PAID | MODEL NAME | THREAT LEVEL | DISTRIBUTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 302007001 | CONCORD CITY | NH | 4063 | 1 | 04/15/04 | 2004 | $ 824.00 | $ 824.00 | 12,772.00 | 12/01/04 | $ 12,772.00 | 12/23/04 | XTX3A-1 | IIIA | Riley's Sport Shop, Inc. |
| | 302007001 | CONCORD CITY | NH | 4063 | 21 | 09/16/03 | 2003 | $ 824.00 | $ 17,304.00 | 12,772.00 | 12/01/04 | $ 12,772.00 | 12/23/04 | XTX3A-1 | IIIA | Riley's Sport Shop, Inc. |
| | 302007001 | CONCORD CITY | NH | 4063 | 2 | 11/01/04 | 2004 | $ 824.00 | $ 1,648.00 | 12,772.00 | 12/01/04 | $ 12,772.00 | 12/23/04 | XTX3A-1 | IIIA | Riley's Sport Shop, Inc. |
| | 302007001 | CONCORD CITY | NH | 4063 | 3 | 05/23/04 | 2004 | $ 824.00 | $ 2,472.00 | 12,772.00 | 12/01/04 | $ 12,772.00 | 12/23/04 | XTX3A-1 | IIIA | Riley's Sport Shop, Inc. |
| | 302007001 | CONCORD CITY | NH | 4063 | 4 | 12/29/03 | 2003 | $ 824.00 | $ 3,296.00 | 12,772.00 | 12/01/04 | $ 12,772.00 | 12/23/04 | XTX3A-1 | IIIA | Riley's Sport Shop, Inc. |
| | 70000000 | CONNECTICUT | CT | 4051 | 13 | 12/16/04 | 2004 | $ 2,136.34 | $ 27,772.42 | 3,273.13 | 07/24/06 | $ 3,273.13 | 03/19/07 | XTZX2-1 | II | New EnglandUniform |
| | 70000000 | CONNECTICUT | CT | 4051 | 9 | 05/20/05 | 2005 | $ 1,986.82 | $ 17,881.38 | 66,227.43 | 08/02/06 | $ 66,227.43 | 03/19/07 | XTZX2-1 | II | New England Uniform Co. |
| | 262095019 | COOL VALLEY CITY | MO | 4051 | 9 | 07/22/04 | 2004 | $ 770.00 | $ 6,930.00 | 3,465.00 | 07/28/04 | $ 3,465.00 | 08/18/04 | XTZX2-1 | II | ED ROEHR SAFETY PRODUCTS |
| | 261027027 | COOPER COUNTY | MO | 4030 | 1 | 12/03/04 | 2004 | $ 680.00 | $ 680.00 | 340.00 | 12/03/04 | $ 340.00 | 12/23/04 | 3AXTZX | IIIA | Ed Roehr Safety |
| | 261027027 | COOPER COUNTY | MO | 4030 | 4 | 09/15/02 | 2002 | $ 950.00 | $ 3,800.00 | 1,915.00 | 09/24/02 | $ 1,915.00 | 10/09/02 | 3AXTZX | IIIA | Ed Roehr Safety |
| | 251015015 | COPIAH COUNTY | MS | 4049 | 15 | 08/05/04 | 2004 | $ 656.56 | $ 9,848.40 | 4,924.20 | 02/04/05 | $ 4,924.20 | 02/23/05 | XTX2-1 | II | Mid South Uniform & Supply, Inc. |
| | 52033006 | CORONA CITY | CA | 4049 | 5 | 06/28/04 | 2004 | $ 417.63 | $ 2,088.15 | 1,124.99 | 08/23/04 | $ 1,124.99 | 09/17/04 | XTX2-1 | II | Aardvark Tactical, Inc |
| | 52033006 | CORONA CITY | CA | 4051 | 1 | 03/31/03 | 2003 | $ 417.63 | $ 417.63 | 1,355.76 | 04/10/03 | $ 1,355.76 | 05/14/03 | XTZX2-1 | II | Aardvark Tactical, Inc. |
| | 52033006 | CORONA CITY | CA | 4063 | 1 | 12/04/01 | 2001 | $ 450.00 | $ 450.00 | 6,608.88 | 01/10/02 | $ 6,608.88 | 02/06/02 | XTX3A-1 | IIIA | Aardvark Tactical, Inc. |
| | 322023901601001 | CORRALES POLICE DEPT | NM | 4063 | 5 | 06/12/02 | 2002 | $ 689.90 | $ 3,449.50 | 1,724.75 | 07/11/02 | $ 1,724.75 | 07/29/02 | XTX3A-1 | IIIA | Kaufman's West |
| | 441050050 | CORYELL COUNTY | TX | 4030 | 1 | 03/10/04 | 2004 | $ 940.00 | $ 940.00 | 470.00 | 03/10/04 | $ 470.00 | 04/09/04 | 3AXTZX | IIIA | GT Distributors |
| | 441050050 | CORYELL COUNTY | TX | 4030 | 1 | 12/12/02 | 2002 | $ 940.00 | $ 940.00 | 2,009.00 | 01/22/03 | $ 2,009.00 | 02/14/03 | 3AXTZX | IIIA | GT Distributors |
| | 441050050 | CORYELL COUNTY | TX | 4030 | 1 | 03/21/03 | 2003 | $ 940.00 | $ 940.00 | 470.00 | 04/04/03 | $ 470.00 | 05/14/03 | 3AXTZX | IIIA | GT Distributors |
| | 441050050 | CORYELL COUNTY | TX | 4030 | 21 | 12/06/02 | 2002 | $ 940.00 | $ 19,740.00 | 9,870.00 | 12/12/02 | $ 9,870.00 | 12/31/02 | 3AXTZX | IIIA | GT Distributors |
| | 441050050 | CORYELL COUNTY | TX | 4030 | 2 | 04/02/03 | 2003 | $ 940.00 | $ 1,880.00 | 940.00 | 04/09/03 | $ 940.00 | 05/14/03 | 3AXTZX | IIIA | GT Distributors |
| | 52049701 | COTATI CITY | CA | 4007 | 5 | 01/15/01 | 2001 | $ 950.00 | $ 4,750.00 | 2,552.00 | 01/24/01 | $ 2,552.00 | 02/21/01 | 3AXTZX-1 | IIIA | ADAMSON INDUSTRIES |
| | 52049701 | COTATI CITY | CA | 4030 | 1 | 03/03/04 | 2004 | $ 950.00 | $ 950.00 | 510.63 | 03/31/04 | $ 510.63 | 04/21/04 | 3AXTZX | IIIA | Adamson Industries-North |
| | 52049701 | COTATI CITY | CA | 4030 | 1 | 04/10/02 | 2002 | $ 995.00 | $ 995.00 | 543.00 | 09/30/02 | $ 543.00 | 10/09/02 | 3AXTZX | IIIA | Adamson Industries-North |
| | 52049701 | COTATI CITY | CA | 4030 | 1 | 08/19/02 | 2002 | $ 995.00 | $ 995.00 | 537.32 | 09/30/02 | $ 537.32 | 10/09/02 | 3AXTZX | IIIA | Adamson Industries-North |
| | 52049701 | COTATI CITY | CA | 4030 | 1 | 01/23/03 | 2003 | $ 995.00 | $ 995.00 | 539.00 | 03/14/03 | $ 539.00 | 04/07/03 | 3AXTZX | IIIA | Adamson Industries-North |
| | 52049701 | COTATI CITY | CA | 4030 | 2 | 10/18/01 | 2001 | $ 995.00 | $ 1,990.00 | 1,067.14 | 01/23/02 | $ 1,067.14 | 02/15/02 | 3AXTZX | IIIA | Adamson Industries-North |
| | 52049701 | COTATI CITY | CA | 4030 | 2 | 09/26/02 | 2002 | $ 995.00 | $ 1,990.00 | 1,077.38 | 10/03/02 | $ 1,077.38 | 10/24/02 | 3AXTZX | IIIA | Adamson Industries-North |
| | 52049701 | COTATI CITY | CA | 4794 | 2 | 04/28/05 | 2005 | $ 860.00 | $ 1,720.00 | 934.15 | 09/10/05 | $ 934.15 | 11/03/05 | XTX3A-2 | IIIA | Adamson Industries-North |
| | 52019011 | COVINA CITY | CA | 4007 | 1 | 10/24/02 | 2002 | $ 600.00 | $ 600.00 | 5,020.61 | 10/30/02 | $ 5,020.61 | 11/15/02 | 3AXTZX-1 | IIIA | Aardvark Tactical, Inc |
| | 52019011 | COVINA CITY | CA | 4049 | 1 | 10/24/02 | 2002 | $ 600.00 | $ 600.00 | 5,020.61 | 10/30/02 | $ 5,020.61 | 11/15/02 | XTX2-1 | II | Aardvark Tactical, Inc |
| | 52019011 | COVINA CITY | CA | 4063 | 2 | 10/24/02 | 2002 | $ 600.00 | $ 1,200.00 | 5,020.61 | 10/30/02 | $ 5,020.61 | 11/15/02 | XTX3A-1 | IIIA | Aardvark Tactical, Inc |
| | 481008008 | COWLITZ COUNTY | WA | 4049 | 1 | 10/14/01 | 2001 | $ 795.00 | $ 795.00 | 4,097.76 | 06/05/02 | $ 4,097.76 | 07/17/02 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| X | 432083801 | HENDERSONVILLE CITY | TN | 4049 | 30 | 05/22/02 | 2002 | $ 687.45 | $ 20,623.50 | 10,311.75 | 05/29/02 | $ 10,311.75 | 06/27/02 | XTX2-1 | II | GT Distributors -- Georgia |
| | 481008008 | COWLITZ COUNTY | WA | 4794 | 1 | 10/05/03 | 2003 | $ 703.00 | $ 703.00 | 4,457.25 | 07/09/04 | $ 4,457.25 | 07/21/04 | XTX3A-2 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 161024024 | CRAWFORD COUNTY | IA | 4051 | 1 | 08/25/99 | 1999 | $ 550.00 | $ 550.00 | 795.88 | 02/26/03 | $ 795.88 | 02/26/03 | XTZX2-1 | II | Sioux Sales Company |
| | 342039001 | CREEDMOOR CITY | NC | 4049 | 11 | 09/13/04 | 2004 | $ 750.00 | $ 8,250.00 | 5,236.45 | 01/14/05 | $ 5,236.45 | 02/04/05 | XTX2-1 | II | Lawman's Safety Supply, Inc. |
| | 342039001 | CREEDMOOR CITY | NC | 4049 | 1 | 10/01/04 | 2004 | $ 750.00 | $ 750.00 | 5,236.45 | 01/14/05 | $ 5,236.45 | 02/04/05 | XTX2-1 | II | Lawman's Safety Supply, Inc. |
| | 342039001 | CREEDMOOR CITY | NC | 4049 | 1 | 10/06/04 | 2004 | $ 750.00 | $ 750.00 | 5,236.45 | 01/14/05 | $ 5,236.45 | 02/04/05 | XTX2-1 | II | Lawman's Safety Supply, Inc. |
| | 52008001 | CRESCENT CITY | CA | 4793 | 2 | 04/22/05 | 2005 | $ 675.00 | $ 1,350.00 | 3,319.39 | 12/09/05 | $ 3,319.39 | 05/10/06 | XTX2-2 | IIA | ADAMSON INDUSTRIES |
| | 242018003 | CROSBY CITY | MN | 4049 | 1 | 04/23/03 | 2003 | $ 779.95 | $ 779.95 | 404.95 | 07/31/03 | $ 404.95 | 08/22/03 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242018502 | CROSSLAKE CITY | MN | 4051 | 2 | 11/30/04 | 2004 | $ 950.00 | $ 1,900.00 | 981.95 | 12/01/04 | $ 981.95 | 12/23/04 | XTX3A-1 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 242018502 | CROSSLAKE CITY | MN | 4794 | 1 | 11/12/03 | 2003 | $ 995.00 | $ 995.00 | 512.48 | 11/28/03 | $ 512.48 | 12/24/03 | XTX3A-2 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 241018018 | CROW WING COUNTY | MN | 4051 | 2 | 06/15/01 | 2001 | $ 800.00 | $ 1,600.00 | 3,099.50 | 07/20/01 | $ 3,099.50 | 08/22/01 | XTZX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 241018018 | CROW WING COUNTY | MN | 4051 | 3 | 06/15/01 | 2001 | $ 800.00 | $ 2,400.00 | 3,099.50 | 07/20/01 | $ 3,099.50 | 08/22/01 | XTZX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 241018018 | CROW WING COUNTY | MN | 4706 | 2 | 05/31/05 | 2005 | $ 835.95 | $ 1,671.90 | 3,421.12 | 09/21/05 | $ 3,421.12 | 11/03/05 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| | 241018018 | CROW WING COUNTY | MN | 4794 | 1 | 05/04/05 | 2005 | $ 1,099.95 | $ 1,099.95 | 3,421.12 | 09/21/05 | $ 3,421.12 | 11/03/05 | XTX3A-2 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 241018018 | CROW WING COUNTY | MN | 4794 | 1 | 07/15/04 | 2004 | $ 995.00 | $ 995.00 | 3,421.12 | 09/21/05 | $ 3,421.12 | 11/03/05 | XTX3A-2 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 241018018 | CROW WING COUNTY | MN | 4794 | 1 | 04/19/05 | 2005 | $ 995.00 | $ 995.00 | 3,421.12 | 09/21/05 | $ 3,421.12 | 11/03/05 | XTX3A-2 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 241018018 | CROW WING COUNTY | MN | 4794 | 2 | 02/05/04 | 2004 | $ 995.00 | $ 1,990.00 | 3,421.12 | 09/21/05 | $ 3,421.12 | 11/03/05 | XTX3A-2 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 24101801810100 | CROW WING COUNTY SHERIFF OFFICE | MN | 4051 | 2 | 06/15/01 | 2001 | $ 800.00 | $ 1,600.00 | 800.00 | 07/20/01 | $ 800.00 | 08/22/01 | XTZX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 24101801810100 | CROW WING COUNTY SHERIFF OFFICE | MN | 4794 | 1 | 09/15/03 | 2003 | $ 965.00 | $ 965.00 | 1,547.50 | 09/30/03 | $ 1,547.50 | 10/17/03 | XTX3A-2 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 24101801810100 | CROW WING COUNTY SHERIFF OFFICE | MN | 4794 | 2 | 09/15/03 | 2003 | $ 1,065.00 | $ 2,130.00 | 1,547.50 | 09/30/03 | $ 1,547.50 | 10/17/03 | XTX3A-2 | IIIA | Streicher's Police Equipment - Minneapolis |
| X | 482014004 | HOQUIAM CITY | WA | 4051 | 4 | 07/05/05 | 2005 | $ 620.25 | $ 2,481.00 | 680.00 | 10/23/06 | $ 680.00 | 03/22/07 | XTZX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 242027005 | CRYSTAL CITY | MN | 4049 | 1 | 03/04/04 | 2004 | $ 750.00 | $ 750.00 | 375.00 | 06/09/04 | $ 375.00 | 07/06/04 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027005 | CRYSTAL CITY | MN | 4049 | 1 | 01/15/05 | 2005 | $ 750.00 | $ 750.00 | 750.00 | 06/03/05 | $ 750.00 | 06/13/05 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027005 | CRYSTAL CITY | MN | 4049 | 1 | 11/29/04 | 2004 | $ 775.00 | $ 775.00 | 387.50 | 12/21/04 | $ 387.50 | 01/20/05 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027005 | CRYSTAL CITY | MN | 4049 | 5 | 05/13/05 | 2005 | $ 678.00 | $ 3,390.00 | 1,695.00 | 06/06/05 | $ 1,695.00 | 06/13/05 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

Exhibit 7

**Armor Holdings Z Shield Related BVP Reimbursement Spreadsheet**

| Sampled | AGENCY ID | AGENCY NAME | STATE | MODEL ID | QTY RECEIVED | DATE RECEIVED | YEAR RECEIVED | UNIT PRICE | EXTENDED PRICE | AMOUNT REQUESTED | DATE REQUESTED | AMOUNT PAID | DATE PAID | MODEL NAME | THREAT LEVEL | DISTRIBUTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 502041003 | CUDAHY CITY | WI | 4049 | 1 | 12/11/01 | 2001 | $ 650.00 | $ 650.00 | $ 10,587.49 | 10/18/02 | $ 10,587.49 | 11/15/02 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 152030701 | CUMBERLAND TOWN | IN | 4063 | 3 | 12/07/04 | 2004 | $ 699.00 | $ 2,097.00 | $ 1,048.50 | 01/25/05 | $ 1,048.50 | 02/14/05 | XTX3A-1 | IIIA | US Uniform and Supply Inc |
| | 362018016 | CUYAHOGA HEIGHTS VILLAGE | OH | 4706 | 8 | 05/13/03 | 2003 | $ 1,075.00 | $ 8,600.00 | $ 4,300.00 | 07/24/03 | $ 4,300.00 | 08/22/03 | XTX2-2 | II | Stonewalls Uniform |
| | 52041005 | DALY CITY | CA | 4030 | 3 | 02/07/05 | 2005 | $ 549.00 | $ 1,647.00 | $ 1,153.47 | 03/02/05 | $ 1,153.47 | 03/23/05 | 3AXTZX | IIIA | ADAMSON INDUSTRIES |
| | 42075003 | DARDANELLE CITY | AR | 4020 | 6 | 10/04/02 | 2002 | $ 635.00 | $ 3,810.00 | $ 2,034.91 | 10/08/02 | $ 2,034.91 | 10/24/02 | XTX2A-1 | IIA | Cruse Uniform & Equipment |
| | 73001004 | DARIEN TOWN | CT | 4051 | 8 | 03/01/05 | 2005 | $ 795.00 | $ 6,360.00 | $ 3,180.00 | 05/11/05 | $ 3,180.00 | 06/24/05 | XTZX2-1 | II | NEW ENGLAND UNIFORM |
| | 52057001 | DAVIS CITY | CA | 4007 | 2 | 10/25/04 | 2004 | $ 950.00 | $ 1,900.00 | $ 1,031.60 | 10/27/04 | $ 1,031.60 | 11/22/04 | 3AXTZX-1 | IIIA | Adamson Industries-North |
| | 52057001 | DAVIS CITY | CA | 4030 | 1 | 10/02/03 | 2003 | $ 895.00 | $ 895.00 | $ 479.95 | 06/22/04 | $ 479.95 | 07/12/04 | 3AXTZX | IIIA | Adamson Industries-North |
| | 52057001 | DAVIS CITY | CA | 4794 | 1 | 01/04/05 | 2005 | $ 860.00 | $ 860.00 | $ 463.33 | 01/10/05 | $ 463.33 | 02/04/05 | XTX3A-2 | IIIA | Adamson Industries-North |
| | 52057001 | DAVIS CITY | CA | 4794 | 2 | 09/07/04 | 2004 | $ 549.00 | $ 1,098.00 | $ 591.55 | 09/20/04 | $ 591.55 | 10/14/04 | XTX2-1 | II | Adamson Industries-North |
| | 321006006 | DE BACA COUNTY | NM | 4030 | 1 | 06/27/03 | 2003 | $ 1,175.00 | $ 1,175.00 | $ 587.50 | 07/01/03 | $ 587.50 | 08/06/03 | 3AXTZX | IIIA | Kaufman's West |
| | 321006006 | DE BACA COUNTY | NM | 4049 | 1 | 12/04/04 | 2004 | $ 760.00 | $ 760.00 | $ 380.00 | 12/13/04 | $ 380.00 | 12/23/04 | XTX2-1 | II | Kaufman's West |
| | 142019002 | DE KALB CITY | IL | 4049 | 1 | 05/02/02 | 2002 | $ 450.00 | $ 450.00 | $ 2,225.00 | 06/18/02 | $ 2,225.00 | 07/29/02 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 261032032 | DE KALB COUNTY | MO | 4051 | 1 | 07/22/04 | 2004 | $ 875.00 | $ 875.00 | $ 1,120.00 | 12/02/05 | $ 1,120.00 | 03/21/06 | XTZX2-1 | II | Law Enforcement Equipment Co. |
| | 42004003 | DECATUR CITY | AR | 4030 | 4 | 03/06/04 | 2004 | $ 635.00 | $ 2,540.00 | $ 1,373.29 | 06/09/04 | $ 1,373.29 | 07/06/04 | 3AXTZX | IIIA | Kruse Uniform & Equipment |
| | 362031008 | DEER PARK CITY | OH | 4030 | 1 | 05/20/04 | 2004 | $ 895.00 | $ 895.00 | $ 447.50 | 06/28/04 | $ 447.50 | 07/12/04 | 3AXTZX | IIIA | Roy Tailor Uniform |
| | 362031008 | DEER PARK CITY | OH | 4051 | 1 | 09/25/03 | 2003 | $ 895.00 | $ 895.00 | $ 1,790.00 | 11/03/03 | $ 1,790.00 | 12/12/03 | XTZX2-1 | II | Roys Tailors Uniform Co., Inc |
| | 362031008 | DEER PARK CITY | OH | 4051 | 3 | 09/18/03 | 2003 | $ 895.00 | $ 2,685.00 | $ 1,790.00 | 11/03/03 | $ 1,790.00 | 12/12/03 | XTZX2-1 | II | Roys Tailors Uniform Co., Inc |
| | 442101004 | DEER PARK CITY | TX | 4051 | 1 | 01/28/02 | 2002 | $ 799.95 | $ 799.95 | $ 5,599.65 | 12/27/02 | $ 5,599.65 | 01/23/03 | XTZX2-1 | II | GT Distributors |
| | 442101004 | DEER PARK CITY | TX | 4051 | 2 | 10/07/02 | 2002 | $ 799.95 | $ 1,599.90 | $ 5,599.65 | 12/27/02 | $ 5,599.65 | 01/23/03 | XTZX2-1 | II | GT Distributors |
| | 442101004 | DEER PARK CITY | TX | 4051 | 3 | 03/02/04 | 2004 | $ 799.00 | $ 2,397.00 | $ 1,198.50 | 06/08/04 | $ 1,198.50 | 07/09/04 | XTZX2-1 | II | GT Distributors |
| | 442101004 | DEER PARK CITY | TX | 4051 | 3 | 08/26/02 | 2002 | $ 799.95 | $ 2,399.85 | $ 5,599.65 | 12/27/02 | $ 5,599.65 | 01/23/03 | XTZX2-1 | II | GT Distributors |
| | 442101004 | DEER PARK CITY | TX | 4051 | 4 | 06/09/03 | 2003 | $ 799.00 | $ 3,196.00 | $ 5,453.65 | 07/24/03 | $ 5,453.65 | 08/22/03 | XTZX2-1 | II | GT Distributors |
| | 442101004 | DEER PARK CITY | TX | 4051 | 4 | 05/10/02 | 2002 | $ 799.95 | $ 3,199.80 | $ 5,599.65 | 12/27/02 | $ 5,599.65 | 01/23/03 | XTZX2-1 | II | GT Distributors |
| | 442101004 | DEER PARK CITY | TX | 4051 | 4 | 08/19/02 | 2002 | $ 799.95 | $ 3,199.80 | $ 5,599.65 | 12/27/02 | $ 5,599.65 | 01/23/03 | XTZX2-1 | II | GT Distributors |
| | 442101004 | DEER PARK CITY | TX | 4051 | 9 | 01/14/04 | 2004 | $ 799.00 | $ 7,191.00 | $ 3,595.50 | 02/17/04 | $ 3,595.50 | 03/17/04 | XTZX2-1 | II | GT Distributors -- Texas |
| | 142090004 | DELAVAN CITY | IL | 4051 | 1 | 05/15/02 | 2002 | $ 830.00 | $ 830.00 | $ 1,245.00 | 03/31/04 | $ 1,245.00 | 04/21/04 | XTZX2-1 | II | S HARRIS UNIFORMS |
| | 142090004 | DELAVAN CITY | IL | 4051 | 1 | 02/19/02 | 2002 | $ 830.00 | $ 830.00 | $ 1,245.00 | 03/31/04 | $ 1,245.00 | 04/21/04 | XTZX2-1 | II | S HARRIS UNIFORMS |
| | 442061002 | DENTON CITY | TX | 4007 | 1 | 03/04/03 | 2003 | $ 1,095.95 | $ 1,095.95 | $ 547.98 | 07/31/03 | $ 547.98 | 08/22/03 | 3AXTZX-1 | IIIA | GT Distributors |
| | 330000000A229 | DEPT OF LAW/OFFICE OF THE ATTORNEY GENERAL | NY | 4049 | 33 | 07/27/05 | 2005 | $ 700.00 | $ 23,100.00 | $ 25,015.00 | 09/15/05 | $ 25,015.00 | 11/03/05 | XTX2-1 | II | United Uniforms |
| | 482017503 | DES MOINES CITY | WA | 4049 | 1 | 07/09/01 | 2001 | $ 625.00 | $ 625.00 | $ 340.00 | 07/10/01 | $ 340.00 | 08/08/01 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482017503 | DES MOINES CITY | WA | 4049 | 1 | 10/16/01 | 2001 | $ 629.00 | $ 629.00 | $ 684.35 | 11/07/01 | $ 684.35 | 11/30/01 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482017503 | DES MOINES CITY | WA | 4706 | 1 | 09/19/03 | 2003 | $ 818.53 | $ 818.53 | $ 1,139.64 | 09/22/03 | $ 1,139.64 | 10/17/03 | XTX2-2 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 99440 | DESOTO COUNTY | FL | 4051 | 2 | 08/10/01 | 2001 | $ 806.76 | $ 1,613.52 | $ 10,624.26 | 07/31/02 | $ 10,624.26 | 09/05/02 | XTZX2-1 | II | Law Enforcement Supply Co., Inc |
| | 262104005 | DEXTER CITY | MO | 4051 | 5 | 07/30/03 | 2003 | $ 770.00 | $ 3,850.00 | $ 1,932.78 | 08/04/03 | $ 1,932.78 | 08/29/03 | XTZX2-1 | II | ED ROEHR SAFETY PRODUCTS |
| | 310000000A370 | Division of Criminal Justice | NJ | 4030 | 1 | 10/11/02 | 2002 | $ 986.05 | $ 986.05 | $ 136,408.44 | 11/12/02 | $ 136,408.44 | 11/27/02 | 3AXTZX | IIIA | Lawman Supply Company of New Jersey, Inc. |
| | 310000000A370 | Division of Criminal Justice | NJ | 4030 | 2 | 12/09/03 | 2003 | $ 909.10 | $ 1,818.20 | $ 5,124.70 | 09/27/05 | $ 5,124.70 | 11/03/05 | 3AXTZX | IIIA | Lawman Supply Company of New Jersey, Inc. |
| | 310000000A370 | Division of Criminal Justice | NJ | 4030 | 2 | 10/30/02 | 2002 | $ 609.34 | $ 1,218.68 | $ 5,124.70 | 09/27/05 | $ 5,124.70 | 11/03/05 | 3AXTZX | IIIA | Lawman Supply Company of New Jersey, Inc. |
| | 310000000A370 | Division of Criminal Justice | NJ | 4030 | 7 | 08/19/02 | 2002 | $ 919.19 | $ 6,434.33 | $ 136,408.44 | 11/12/02 | $ 136,408.44 | 11/27/02 | 3AXTZX | IIIA | Lawmen Supply Co. NJ, Inc. |
| | 241020020 | DODGE COUNTY | MN | 4049 | 10 | 06/04/04 | 2004 | $ 680.00 | $ 6,800.00 | $ 3,424.95 | 06/23/04 | $ 3,424.95 | 07/12/04 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 241020020 | DODGE COUNTY | MN | 4049 | 1 | 03/02/05 | 2005 | $ 700.00 | $ 700.00 | $ 740.67 | 05/24/05 | $ 740.67 | 06/27/05 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 241020020 | DODGE COUNTY | MN | 4049 | 1 | 05/05/05 | 2005 | $ 725.00 | $ 725.00 | $ 740.67 | 05/24/05 | $ 740.67 | 06/27/05 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 241020020 | DODGE COUNTY | MN | 4049 | 5 | 07/01/03 | 2003 | $ 679.95 | $ 3,399.75 | $ 1,719.88 | 10/31/03 | $ 1,719.88 | 11/21/03 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 501014014 | DODGE COUNTY | WI | 4049 | 1 | 12/06/04 | 2004 | $ 779.00 | $ 779.00 | $ 1,022.00 | 12/13/04 | $ 1,022.00 | 12/23/04 | XTX2-1 | II | STREICHER'S-MILWAUKEE |
| | 501014014 | DODGE COUNTY | WI | 4063 | 2 | 09/17/04 | 2004 | $ 995.00 | $ 1,990.00 | $ 3,335.00 | 10/06/04 | $ 3,335.00 | 11/03/04 | XTX3A-1 | IIIA | STREICHER'S-MILWAUKEE |
| | 502025005 | DODGEVILLE CITY | WI | 4049 | 1 | 04/13/04 | 2004 | $ 779.95 | $ 779.95 | $ 389.98 | 04/27/04 | $ 389.98 | 05/17/04 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 502025005 | DODGEVILLE CITY | WI | 4049 | 8 | 10/16/02 | 2002 | $ 675.00 | $ 5,400.00 | $ 3,060.00 | 11/11/02 | $ 3,060.00 | 12/27/02 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 501015015 | DOOR COUNTY | WI | 4049 | 1 | 04/15/04 | 2004 | $ 885.00 | $ 885.00 | $ 1,222.50 | 06/08/04 | $ 1,222.50 | 07/09/04 | XTX2-1 | II | STREICHER'S-MILWAUKEE |
| | 501015015 | DOOR COUNTY | WI | 4049 | 1 | 04/15/04 | 2004 | $ 775.00 | $ 1,550.00 | $ 1,222.50 | 06/08/04 | $ 1,222.50 | 07/09/04 | XTX2-1 | II | STREICHER'S-MILWAUKEE |
| | 501015015 | DOOR COUNTY | WI | 4706 | 2 | 04/15/04 | 2004 | $ 780.00 | $ 1,560.00 | $ 5,593.75 | 03/15/06 | $ 5,593.75 | 09/13/06 | XTX2-2 | II | STREICHER'S-MILWAUKEE |
| | 501015015 | DOOR COUNTY | WI | 4706 | 6 | 05/31/05 | 2005 | $ 725.00 | $ 4,350.00 | $ 5,593.75 | 03/15/06 | $ 5,593.75 | 09/13/06 | XTX2-2 | II | STREICHER'S-MILWAUKEE |
| | 11104704710200 | DOUGHERTY COUNTY SHERIFF DEPARTMENT | GA | 4007 | 2 | 10/26/02 | 2002 | $ 1,367.40 | $ 2,734.80 | $ 10,792.73 | 06/02/03 | $ 10,792.73 | 06/25/03 | 3AXTZX-1 | IIIA | G.T. DISTIBITORS |
| | 11104704710200 | DOUGHERTY COUNTY SHERIFF DEPARTMENT | GA | 4051 | 17 | 10/26/02 | 2002 | $ 837.45 | $ 14,236.65 | $ 10,792.73 | 06/02/03 | $ 10,792.73 | 06/25/03 | XTZX2-1 | II | G.T. DISTIBITORS |
| | 381010010 | DOUGLAS COUNTY | OR | 4063 | 7 | 09/16/05 | 2005 | $ 783.00 | $ 5,481.00 | $ 2,766.75 | 03/03/06 | $ 2,766.75 | 09/13/06 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 313015003 | DOVER TOWNSHIP | NJ | 4030 | 19 | 03/19/04 | 2004 | $ 996.00 | $ 18,924.00 | $ 16,517.30 | 10/25/04 | $ 16,517.30 | 11/22/04 | 3AXTZX | IIIA | Lawman Supply |
| | 313015003 | DOVER TOWNSHIP | NJ | 4030 | 1 | 12/10/04 | 2004 | $ 646.20 | $ 646.20 | $ 323.10 | 01/26/05 | $ 323.10 | 02/14/05 | 3AXTZX | IIIA | Lawmen Supply Company of New Jersey, Inc |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

Exhibit 7

**Armor Holdings Z Shield Related BVP Reimbursement Spreadsheet**

| Sampled | AGENCY ID | AGENCY NAME | STATE | MODEL ID | QTY RECEIVED | DATE RECEIVED | YEAR RECEIVED | UNIT PRICE | EXTENDED PRICE | AMOUNT REQUESTED | DATE REQUESTED | AMOUNT PAID | DATE PAID | MODEL NAME | THREAT LEVEL | DISTRIBUTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 313015003 | DOVER TOWNSHIP | NJ | 4030 | 3 | 08/31/04 | 2004 | 646.20 | 1,938.60 | 16,517.30 | 10/25/04 | 16,517.30 | 11/22/04 | 3AXTZX | IIIA | Lawman Supply |
| | 362025005 | DUBLIN CITY | OH | 4049 | 19 | 06/30/05 | 2005 | 626.31 | 11,899.89 | 5,949.95 | 09/22/05 | 5,949.95 | 11/03/05 | XTX2-1 | II | ROY TAILOR UNIFORM CO. FO COLUMBUS OH |
| | 362025005 | DUBLIN CITY | OH | 4051 | 14 | 04/07/04 | 2004 | 795.00 | 11,130.00 | 6,040.00 | 03/29/05 | 6,040.00 | 06/24/05 | XTX2-1 | II | ROY TAILOR UNIFORM CO. FO COLUMBUS OH |
| | 242069008 | DULUTH CITY | MN | 4706 | 1 | 06/03/05 | 2005 | 835.95 | 835.95 | 1,831.60 | 06/14/05 | 1,831.60 | 06/13/05 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| | 372069002 | DUNCAN CITY | OK | 4049 | 1 | 12/03/04 | 2004 | 699.99 | 699.99 | 3,353.73 | 01/31/05 | 3,353.73 | 02/14/05 | XTX2-1 | II | Special OPS Uniforms |
| | 372069002 | DUNCAN CITY | OK | 4049 | 1 | 11/25/03 | 2003 | 699.99 | 699.99 | 3,353.73 | 01/31/05 | 3,353.73 | 02/14/05 | XTX2-1 | II | Special OPS Uniforms |
| | 242066001 | DUNDAS CITY | MN | 4794 | 1 | 08/02/03 | 2003 | 779.95 | 779.95 | 389.98 | 11/10/03 | 389.98 | 12/12/03 | XTX3A-2 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 501017017 | DUNN COUNTY | WI | 4051 | 1 | 12/04/02 | 2002 | 1,095.00 | 1,095.00 | 4,277.50 | 10/16/03 | 4,277.50 | 11/21/03 | XTZX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 501017017 | DUNN COUNTY | WI | 4051 | 1 | 12/04/02 | 2002 | 995.00 | 995.00 | 4,277.50 | 10/16/03 | 4,277.50 | 11/21/03 | XTZX2-1 | II | STREICHER'S-MILWAUKEE |
| | 501017017 | DUNN COUNTY | WI | 4063 | 1 | 11/22/02 | 2002 | 875.00 | 875.00 | 4,277.50 | 10/16/03 | 4,277.50 | 11/21/03 | XTX3A-1 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 50101701710100 | DUNN COUNTY SHERIFF DEPARTMENT | WI | 4051 | 1 | 11/22/04 | 2004 | 1,009.00 | 1,009.00 | 8,323.17 | 02/01/05 | 8,323.17 | 02/23/05 | XTZX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 50101701710100 | DUNN COUNTY SHERIFF DEPARTMENT | WI | 4706 | 1 | 11/22/04 | 2004 | 908.95 | 908.95 | 8,323.17 | 02/01/05 | 8,323.17 | 02/23/05 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| | 50101701710100 | DUNN COUNTY SHERIFF DEPARTMENT | WI | 4794 | 1 | 10/20/05 | 2005 | 899.00 | 899.00 | 4,603.37 | 04/26/07 | 4,603.37 | 06/21/07 | XTX3A-2 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 142082006 | DUPO VILLAGE | IL | 4051 | 1 | 12/05/03 | 2003 | 450.00 | 450.00 | 225.00 | 12/15/03 | 225.00 | 01/07/04 | XTZX2-1 | II | Ed Roehr Safety Products |
| | 142082006 | DUPO VILLAGE | IL | 4051 | 1 | 11/06/02 | 2002 | 450.00 | 450.00 | 225.00 | 12/01/02 | 225.00 | 12/31/02 | XTZX2-1 | II | ED ROEHR SAFETY PRODUCTS |
| | 142082006 | DUPO VILLAGE | IL | 4051 | 1 | 08/14/02 | 2002 | 450.00 | 450.00 | 225.00 | 08/20/02 | 225.00 | 09/27/02 | XTZX2-1 | II | ED ROEHR SAFETY PRODUCTS |
| | 142082006 | DUPO VILLAGE | IL | 4051 | 1 | 07/19/02 | 2002 | 450.00 | 450.00 | 225.00 | 07/25/02 | 225.00 | 09/05/02 | XTZX2-1 | II | ED ROEHR SAFETY PRODUCTS |
| | 142082006 | DUPO VILLAGE | IL | 4051 | 2 | 04/29/02 | 2002 | 450.00 | 900.00 | 450.00 | 05/29/02 | 450.00 | 06/27/02 | XTZX2-1 | II | ED ROEHR SAFETY PRODUCTS |
| | 482027004 | DUPONT CITY | WA | 4049 | 1 | 04/05/05 | 2005 | 685.00 | 685.00 | 753.44 | 04/19/07 | 753.44 | 06/21/07 | XTX2-1 | II | Blumenthal Uniforms & Equipment |
| | 482027004 | DUPONT CITY | WA | 4049 | 1 | 04/12/05 | 2005 | 685.00 | 685.00 | 753.44 | 04/19/07 | 753.44 | 06/21/07 | XTX2-1 | II | Blumenthal Uniforms & Equipment |
| | 99157 | East Fallowfield Township | PA | 4007 | 1 | 02/03/04 | 2004 | 1,128.00 | 1,128.00 | 564.00 | 06/11/04 | 564.00 | 07/09/04 | 3AXTZX | IIIA | Safety League Inc |
| X | 362031016 | INDIAN HILL CITY | OH | 4051 | 10 | 10/07/02 | 2002 | 894.00 | 8,940.00 | 4,470.00 | 10/08/02 | 4,470.00 | 10/24/02 | XTZX2-1 | II | Roy Tailors Uniform Co., Inc. |
| | 242060004 | EAST GRAND FORKS CITY | MN | 4049 | 17 | 09/08/02 | 2002 | 625.00 | 10,625.00 | 5,312.50 | 09/10/02 | 5,312.50 | 09/26/02 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242060004 | EAST GRAND FORKS CITY | MN | 4049 | 1 | 10/30/03 | 2003 | 700.00 | 700.00 | 350.00 | 11/21/03 | 350.00 | 11/21/03 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242060004 | EAST GRAND FORKS CITY | MN | 4049 | 3 | 06/29/05 | 2005 | 835.95 | 2,507.85 | 1,268.90 | 11/09/05 | 1,268.90 | 12/23/05 | XTX2-1 | II | Streicher's Police Equipement |
| | 333052003 | EAST HAMPTON TOWN | NY | 4051 | 11 | 10/04/02 | 2002 | 934.00 | 10,274.00 | 5,137.00 | 10/16/02 | 5,137.00 | 11/15/02 | XTZX2-1 | II | CHARLES GREENBLATT, INC |
| | 142081005 | EAST MOLINE CITY | IL | 4051 | 1 | 05/05/01 | 2001 | 465.00 | 465.00 | 232.50 | 06/21/01 | 232.50 | 07/19/01 | XTX2-1 | II | ABA - United Uniform |
| | 142081005 | EAST MOLINE CITY | IL | 4049 | 1 | 06/21/01 | 2001 | 465.00 | 465.00 | 232.50 | 06/21/01 | 232.50 | 07/19/01 | XTX2-1 | II | ABA - United Uniform |
| X | 501025025 | IOWA COUNTY | WI | 4007 | 2 | 12/09/03 | 2003 | 551.50 | 1,103.00 | 1,103.00 | 01/12/04 | 1,103.00 | 02/03/04 | 3AXTZX-1 | IIIA | Advance protective Devices |
| | 142081005 | EAST MOLINE CITY | IL | 4706 | 6 | 10/09/02 | 2002 | 390.00 | 2,340.00 | 1,170.00 | 02/04/03 | 1,170.00 | 02/26/03 | XTX2-2 | II | ABA - United Uniform |
| | 393015013 | EAST PIKELAND TOWNSHIP | PA | 4706 | 1 | 04/27/05 | 2005 | 951.84 | 951.84 | 1,685.72 | 10/31/05 | 1,685.72 | 12/23/05 | XTX2-2 | II | Atlantic Tactical |
| | 393015013 | EAST PIKELAND TOWNSHIP | PA | 4706 | 3 | 04/27/05 | 2005 | 793.20 | 2,379.60 | 1,685.72 | 10/31/05 | 1,685.72 | 12/23/05 | XTX2-2 | II | Atlantic Tactical |
| | 112060004 | EAST POINT CITY | GA | 4063 | 1 | 03/08/04 | 2004 | 468.19 | 468.19 | 234.10 | 03/18/04 | 234.10 | 04/20/04 | XTX3A-1 | IIIA | G.T. DISTIBITORS |
| | 4300000001700 | EAST TENNESSEE STATE UNIVERSITY POLICE | TN | 4051 | 19 | 12/09/02 | 2002 | 840.38 | 15,967.22 | 7,983.61 | 02/03/03 | 7,983.61 | 02/26/03 | XTZX2-1 | II | GT Distributors |
| | 4300000001700 | EAST TENNESSEE STATE UNIVERSITY POLICE | TN | 4051 | 2 | 02/28/03 | 2003 | 840.38 | 1,680.76 | 840.38 | 03/13/03 | 840.38 | 03/28/03 | XTZX2-1 | II | GT Distributors -- Georgia |
| | 392048006 | EASTON CITY | PA | 4706 | 10 | 08/25/04 | 2004 | 770.90 | 7,709.00 | 4,239.95 | 08/25/04 | 4,239.95 | 09/17/04 | XTX2-2 | II | SAFETY LEAGUE INC. |
| | 392048006 | EASTON CITY | PA | 4706 | 1 | 06/16/04 | 2004 | 770.90 | 770.90 | 4,239.95 | 08/25/04 | 4,239.95 | 09/17/04 | XTX2-2 | II | SAFETY LEAGUE |
| | 392048006 | EASTON CITY | PA | 4706 | 1 | 12/28/04 | 2004 | 770.90 | 770.90 | 385.45 | 12/28/04 | 385.45 | 01/20/05 | XTX2-2 | II | SAFETY LEAGUE |
| | 392048006 | EASTON CITY | PA | 4706 | 1 | 01/31/05 | 2005 | 770.90 | 770.90 | 385.45 | 01/31/05 | 385.45 | 02/14/05 | XTX2-2 | II | SAFETY LEAGUE INC. |
| | 392048006 | EASTON CITY | PA | 4706 | 2 | 10/20/04 | 2004 | 770.90 | 1,541.80 | 770.90 | 10/27/04 | 770.90 | 11/22/04 | XTX2-2 | II | SAFETY LEAGUE INC. |
| | 392048006 | EASTON CITY | PA | 4706 | 7 | 06/29/05 | 2005 | 793.20 | 5,552.40 | 2,776.20 | 06/29/05 | 2,776.20 | 06/16/06 | XTX2-2 | II | SAFETY LEAGUE INC. |
| | 73001005 | EASTON TOWN | CT | 4030 | 1 | 08/10/04 | 2004 | 1,146.00 | 1,146.00 | 573.00 | 09/10/04 | 573.00 | 09/24/04 | 3AXTZX | IIIA | New England Uniform Company |
| | 73001005 | EASTON TOWN | CT | 4030 | 1 | 10/17/04 | 2004 | 1,075.00 | 1,075.00 | 537.50 | 11/03/04 | 537.50 | 11/24/04 | 3AXTZX | IIIA | New England Uniform |
| | 73001005 | EASTON TOWN | CT | 4030 | 1 | 06/20/02 | 2002 | 1,125.00 | 1,125.00 | 562.50 | 07/05/02 | 562.50 | 07/29/02 | 3AXTZX | IIIA | New England Uniform Company |
| | 73001005 | EASTON TOWN | CT | 4030 | 2 | 03/04/03 | 2003 | 1,128.00 | 2,256.00 | 1,128.00 | 03/12/03 | 1,128.00 | 03/28/03 | 3AXTZX | IIIA | New England Uniform Company |
| | 73001005 | EASTON TOWN | CT | 4030 | 2 | 11/13/03 | 2003 | 1,146.00 | 2,292.00 | 1,146.00 | 11/28/03 | 1,146.00 | 12/24/03 | 3AXTZX | IIIA | New England Uniform Co. |
| | 73001005 | EASTON TOWN | CT | 4030 | 2 | 09/15/04 | 2004 | 1,146.00 | 2,292.00 | 1,146.00 | 11/03/04 | 1,146.00 | 11/24/04 | 3AXTZX | IIIA | NEW ENGLAND UNIFORM |
| | 73001005 | EASTON TOWN | CT | 4030 | 2 | 08/30/03 | 2003 | 1,146.00 | 2,292.00 | 1,146.00 | 09/09/03 | 1,146.00 | 09/26/03 | 3AXTZX | IIIA | New England Uniform Company |
| | 73001005 | EASTON TOWN | CT | 4030 | 3 | 12/01/02 | 2002 | 1,128.00 | 3,384.00 | 1,692.00 | 02/14/03 | 1,692.00 | 02/14/03 | 3AXTZX | IIIA | New England Uniform Company |
| | 483027005 | EATONVILLE TOWN | WA | 4051 | 1 | 12/30/02 | 2002 | 685.00 | 685.00 | 372.64 | 01/14/03 | 372.64 | 01/28/03 | XTZX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 502018003 | EAU CLAIRE CITY | WI | 4051 | 15 | 07/19/04 | 2004 | 860.00 | 12,900.00 | 6,450.00 | 10/15/04 | 6,450.00 | 11/03/04 | XTZX2-1 | II | Advance Protection Devices |
| | 502018003 | EAU CLAIRE CITY | WI | 4051 | 19 | 05/29/05 | 2005 | 714.00 | 13,566.00 | 6,783.00 | 12/02/05 | 6,783.00 | 03/21/06 | XTZX2-1 | II | STREICHER'S-MILWAUKEE |
| | 342021001 | EDENTON TOWN | NC | 4051 | 1 | 11/10/03 | 2003 | 899.00 | 899.00 | 491.67 | 12/08/03 | 491.67 | 01/12/04 | XTZX2-1 | II | LAWMEN'S |
| X | 382003008 | LAKE OSWEGO CITY | OR | 4706 | 1 | 07/05/04 | 2004 | 637.00 | 637.00 | 318.50 | 02/17/05 | 318.50 | 03/16/05 | XTX2-2 | II | BLUMENTHAL UNIFORM & EQUIPMENT |

Exhibit 7

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

**Armor Holdings Z Shield Related BVP Reimbursement Spreadsheet**

| Sampled | AGENCY ID | AGENCY NAME | STATE | MODEL ID | QTY RECEIVED | DATE RECEIVED | YEAR RECEIVED | UNIT PRICE | EXTENDED PRICE | AMOUNT REQUESTED | DATE REQUESTED | AMOUNT PAID | DATE PAID | MODEL NAME | THREAT LEVEL | DISTRIBUTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 342021001 | EDENTON TOWN | NC | 4051 | 8 | 10/24/02 | 2002 | $ 899.00 | $ 7,192.00 | 3,855.13 | 12/11/02 | $ 3,855.13 | 12/31/02 | XTZX2-1 | II | LAWMEN'S |
| | 312002013 | EDGEWATER BOROUGH | NJ | 4007 | 4 | 04/01/02 | 2002 | $ 996.00 | $ 3,984.00 | 1,992.00 | 06/07/02 | $ 1,992.00 | 07/22/02 | 3AXTZX-1 | IIIA | Lawman Supply Company |
| | 312002013 | EDGEWATER BOROUGH | NJ | 4007 | 8 | 04/04/02 | 2002 | $ 996.00 | $ 7,968.00 | 3,984.00 | 06/04/02 | $ 3,984.00 | 07/22/02 | 3AXTZX-1 | IIIA | Lawman Supply Company |
| | 242027008 | EDINA CITY | MN | 4030 | 4 | 05/31/01 | 2001 | $ 1,000.00 | $ 4,000.00 | 9,683.43 | 01/29/03 | $ 9,683.43 | 02/14/03 | 3AXTZX | IIIA | Uniforms Unlimited |
| | 242027008 | EDINA CITY | MN | 4051 | 1 | 02/22/00 | 2000 | $ 571.95 | $ 571.95 | 9,683.43 | 01/29/03 | $ 9,683.43 | 02/14/03 | XTZX2-1 | II | Uniforms Unlimited |
| | 242027008 | EDINA CITY | MN | 4051 | 1 | 05/22/00 | 2000 | $ 555.00 | $ 555.00 | 9,683.43 | 01/29/03 | $ 9,683.43 | 02/14/03 | XTZX2-1 | II | Uniforms Unlimited |
| | 242027008 | EDINA CITY | MN | 4051 | 1 | 05/24/01 | 2001 | $ 655.00 | $ 655.00 | 9,683.43 | 01/29/03 | $ 9,683.43 | 02/14/03 | XTZX2-1 | II | Uniforms Unlimited |
| | 242027008 | EDINA CITY | MN | 4051 | 1 | 05/25/00 | 2000 | $ 600.00 | $ 600.00 | 9,683.43 | 01/29/03 | $ 9,683.43 | 02/14/03 | XTZX2-1 | II | Uniforms Unlimited |
| | 242027008 | EDINA CITY | MN | 4051 | 3 | 12/11/01 | 2001 | $ 850.00 | $ 2,550.00 | 9,683.43 | 01/29/03 | $ 9,683.43 | 02/14/03 | XTZX2-1 | II | Uniforms Unlimited |
| | 141025025 | EFFINGHAM COUNTY | IL | 4051 | 1 | 03/10/04 | 2004 | $ 594.00 | $ 594.00 | 1,287.00 | 06/09/04 | $ 1,287.00 | 07/06/04 | XTZX2-1 | II | Ed Roehr Radio Co. |
| | 141025025 | EFFINGHAM COUNTY | IL | 4051 | 4 | 03/10/04 | 2004 | $ 495.00 | $ 1,980.00 | 1,287.00 | 06/09/04 | $ 1,287.00 | 07/06/04 | XTZX2-1 | II | Ed Roehr Radio Co. |
| | 52013004 | EL CENTRO CITY | CA | 4049 | 21 | 11/22/02 | 2002 | $ 700.00 | $ 14,700.00 | 14,691.68 | 12/06/02 | $ 14,691.68 | 12/31/02 | XTX2-1 | II | Aardvark Tactical, Inc |
| | 32007004 | EL MIRAGE CITY | AZ | 4030 | 1 | 02/25/03 | 2003 | $ 1,095.00 | $ 1,095.00 | 591.85 | 03/03/03 | $ 591.85 | 03/28/03 | 3AXTZX | IIIA | Universal Police Supply Co. |
| | 32007004 | EL MIRAGE CITY | AZ | 4063 | 1 | 02/07/02 | 2002 | $ 685.00 | $ 685.00 | 710.76 | 02/07/02 | $ 710.76 | 03/11/02 | XTX3A-1 | IIIA | Universal Police Supply Co. |
| | 61020019 | ELBERT COUNTY | CO | 4051 | 15 | 12/06/01 | 2001 | $ 766.15 | $ 11,474.25 | 5,737.13 | 12/31/01 | $ 5,737.13 | 01/25/02 | XTZX2-1 | II | Public Safety Warehouse |
| | 111052052 | ELBERT COUNTY | GA | 4030 | 5 | 08/19/05 | 2005 | $ 399.00 | $ 1,995.00 | 997.50 | 08/23/05 | $ 997.50 | 10/11/05 | 3AXTZX | IIIA | G.T. DISTIBITORS |
| | 422064003 | ELK POINT CITY | SD | 4051 | 2 | 02/01/03 | 2003 | $ 839.00 | $ 1,678.00 | 1,324.00 | 06/10/04 | $ 1,324.00 | 07/06/04 | XTZX2-1 | II | JACK'S UNIFORMS & EQUIPMENT |
| | 242071004 | ELK RIVER CITY | MN | 4049 | 1 | 09/10/03 | 2003 | $ 680.00 | $ 680.00 | 340.00 | 10/02/03 | $ 340.00 | 10/29/03 | XTZX-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242071004 | ELK RIVER CITY | MN | 4049 | 5 | 05/01/02 | 2002 | $ 625.00 | $ 3,125.00 | 3,062.50 | 11/01/02 | $ 3,062.50 | 11/27/02 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 292004002 | ELKO CITY | NV | 4063 | 8 | 09/29/03 | 2003 | $ 850.00 | $ 6,800.00 | 3,400.00 | 10/15/03 | $ 3,400.00 | 10/29/03 | XTX3A-1 | IIIA | COP SHOP ETC. |
| | 291004004 | ELKO COUNTY | NV | 4051 | 1 | 10/20/03 | 2003 | $ 850.00 | $ 850.00 | 1,307.50 | 06/21/04 | $ 1,307.50 | 07/12/04 | XTZX2-1 | II | COP SHOP ETC. |
| | 212008004 | ELKTON TOWN | MD | 4030 | 1 | 08/12/03 | 2003 | $ 1,199.95 | $ 1,199.95 | 599.98 | 10/17/03 | $ 599.98 | 10/17/03 | 3AXTZX | IIIA | Safety League, Inc. |
| | 482014003 | ELMA CITY | WA | 4049 | 7 | 06/03/03 | 2003 | $ 421.00 | $ 2,947.00 | 1,488.25 | 06/19/03 | $ 1,488.25 | 07/18/03 | XTX2-1 | II | LAW ENFORCEMENT EQUIPMENT DISTRIBUTION |
| | 392039006 | EMMAUS BOROUGH | PA | 4794 | 1 | 10/12/04 | 2004 | $ 986.90 | $ 986.90 | 1,580.45 | 09/08/05 | $ 1,580.45 | 11/03/05 | XTX3A-2 | IIIA | SAFETY LEAGUE |
| | 392039006 | EMMAUS BOROUGH | PA | 4794 | 2 | 07/07/05 | 2005 | $ 1,072.00 | $ 2,144.00 | 1,580.45 | 09/08/05 | $ 1,580.45 | 11/03/05 | XTX3A-2 | IIIA | SAFETY LEAGUE |
| | 482017009 | ENUMCLAW CITY | WA | 4030 | 1 | 05/24/04 | 2004 | $ 685.00 | $ 685.00 | 372.64 | 05/24/04 | $ 372.64 | 06/10/04 | 3AXTZX | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482017009 | ENUMCLAW CITY | WA | 4030 | 2 | 06/01/04 | 2004 | $ 685.00 | $ 1,370.00 | 1,147.62 | 06/02/04 | $ 1,147.62 | 07/09/04 | 3AXTZX | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482017009 | ENUMCLAW CITY | WA | 4049 | 1 | 01/12/04 | 2004 | $ 685.00 | $ 685.00 | 372.64 | 01/14/04 | $ 372.64 | 02/03/04 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482017009 | ENUMCLAW CITY | WA | 4793 | 3 | 05/03/04 | 2004 | $ 694.82 | $ 2,084.46 | 1,072.80 | 05/03/04 | $ 1,072.80 | 06/01/04 | XTX2A-2 | IIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 392036008 | EPHRATA BOROUGH | PA | 4007 | 21 | 11/12/02 | 2002 | $ 1,125.00 | $ 23,625.00 | 11,812.50 | 12/12/02 | $ 11,812.50 | 12/31/02 | 3AXTZX-1 | IIIA | Red the Uniform Tailor, Inc. |
| | 393036018 | EPHRATA TOWNSHIP | PA | 4007 | 3 | 08/07/03 | 2003 | $ 1,175.00 | $ 3,525.00 | 2,148.23 | 12/18/03 | $ 2,148.23 | 01/20/04 | 3AXTZX-1 | IIIA | Red The Uniform Tailor |
| | 52039501 | ESCALON CITY | CA | 4030 | 21 | 04/10/05 | 2005 | $ 800.00 | $ 16,800.00 | 8,432.50 | 04/10/06 | $ 8,432.50 | 10/23/06 | 3AXTZX | IIIA | Long Beach Uniform Co., Inc. |
| | 322021001 | ESPANOLA CITY | NM | 4030 | 1 | 01/29/03 | 2003 | $ 625.00 | $ 625.00 | 1,196.00 | 01/09/04 | $ 1,196.00 | 02/03/04 | 3AXTZX | IIIA | Kaufman's West |
| | 362018018 | EUCLID CITY | OH | 4051 | 1 | 07/19/02 | 2002 | $ 950.00 | $ 950.00 | 4,290.96 | 08/16/02 | $ 4,290.96 | 09/30/02 | XTZX2-1 | II | Shuttler's Uniform, Inc |
| | 272027001 | EUREKA TOWN | MT | 4049 | 2 | 10/29/04 | 2004 | $ 795.00 | $ 1,590.00 | 799.50 | 11/17/04 | $ 799.50 | 12/13/04 | XTX2-1 | II | Blumenthal Uniforms & Equipment |
| | 512021001 | EVANSTON CITY | WY | 4049 | 1 | 02/11/02 | 2002 | $ 636.00 | $ 636.00 | 2,249.00 | 09/05/02 | $ 2,249.00 | 01/31/03 | XTX2-1 | II | SKAGGS COMPANIES |
| | 512021001 | EVANSTON CITY | WY | 4051 | 1 | 11/15/01 | 2001 | $ 945.00 | $ 945.00 | 2,249.00 | 09/05/02 | $ 2,249.00 | 01/31/03 | XTZX2-1 | II | SKAGGS COMPANIES |
| | 512021001 | EVANSTON CITY | WY | 4706 | 14 | 12/31/03 | 2003 | $ 675.00 | $ 9,450.00 | 8,592.50 | 01/28/04 | $ 8,592.50 | 02/11/04 | XTX2-2 | II | COP SHOP ETC. |
| | 512021001 | EVANSTON CITY | WY | 4706 | 6 | 12/31/03 | 2003 | $ 845.00 | $ 5,070.00 | 8,592.50 | 01/28/04 | $ 8,592.50 | 02/11/04 | XTX2-2 | II | COP SHOP ETC. |
| | 512021001 | EVANSTON CITY | WY | 4794 | 1 | 12/31/03 | 2003 | $ 915.00 | $ 915.00 | 8,592.50 | 01/28/04 | $ 8,592.50 | 02/11/04 | XTX3A-2 | IIIA | COP SHOP ETC. |
| | 512021001 | EVANSTON CITY | WY | 4794 | 2 | 12/31/03 | 2003 | $ 850.00 | $ 1,700.00 | 8,592.50 | 01/28/04 | $ 8,592.50 | 02/11/04 | XTX3A-2 | IIIA | COP SHOP ETC. |
| | 313003010 | EVESHAM TOWNSHIP | NJ | 4007 | 7 | 01/08/03 | 2003 | $ 995.00 | $ 6,965.00 | 3,482.50 | 01/08/03 | $ 3,482.50 | 01/28/03 | 3AXTZX-1 | IIIA | Lawman Supply Company |
| | 313003010 | EVESHAM TOWNSHIP | NJ | 4030 | 1 | 05/25/04 | 2004 | $ 996.00 | $ 996.00 | 4,454.00 | 08/19/04 | $ 4,454.00 | 09/17/04 | 3AXTZX | IIIA | Lawman Supply Company of New Jersey, Inc. |
| | 313003010 | EVESHAM TOWNSHIP | NJ | 4030 | 4 | 03/10/04 | 2004 | $ 982.00 | $ 3,928.00 | 4,454.00 | 08/19/04 | $ 4,454.00 | 09/17/04 | 3AXTZX | IIIA | Lawman Supply Company of New Jersey, Inc. |
| | 313003010 | EVESHAM TOWNSHIP | NJ | 4030 | 4 | 06/17/03 | 2003 | $ 996.00 | $ 3,984.00 | 1,992.00 | 07/21/03 | $ 1,992.00 | 08/21/03 | 3AXTZX | IIIA | Lawman Supply Company of New Jersey, Inc. |
| | 313003010 | EVESHAM TOWNSHIP | NJ | 4030 | 4 | 06/24/04 | 2004 | $ 996.00 | $ 3,984.00 | 4,454.00 | 08/19/04 | $ 4,454.00 | 09/17/04 | 3AXTZX | IIIA | Lawman Supply Company of New Jersey, Inc. |
| | 393006014 | EXETER TOWNSHIP | PA | 4007 | 2 | 12/16/03 | 2003 | $ 1,125.00 | $ 1,125.00 | 1,584.00 | 03/02/04 | $ 1,584.00 | 04/08/04 | 3AXTZX-1 | IIIA | Red the Uniform Tailor, Inc. |
| X | 392038004 | LEBANON CITY | PA | 4706 | 3 | 01/07/05 | 2005 | $ 770.90 | $ 2,312.70 | 2,657.48 | 03/09/05 | $ 2,657.48 | 03/23/05 | XTX2-2 | II | Safety League, Inc |
| | 393006014 | EXETER TOWNSHIP | PA | 4030 | 1 | 06/29/04 | 2004 | $ 1,300.00 | $ 1,300.00 | 653.40 | 07/06/04 | $ 653.40 | 07/21/04 | 3AXTZX | IIIA | Red The Uniform Tailor |
| | 393006014 | EXETER TOWNSHIP | PA | 4030 | 1 | 06/29/04 | 2004 | $ 1,300.00 | $ 1,300.00 | 653.40 | 07/06/04 | $ 653.40 | 07/21/04 | 3AXTZX | IIIA | Red The Uniform Tailor |
| | 393006014 | EXETER TOWNSHIP | PA | 4030 | 3 | 12/15/03 | 2003 | $ 1,125.00 | $ 3,375.00 | 3,807.50 | 03/03/04 | $ 3,807.50 | 04/09/04 | 3AXTZX | IIIA | Red the Uniform Tailor, Inc. |
| | 393006014 | EXETER TOWNSHIP | PA | 4030 | 4 | 05/15/02 | 2002 | $ 1,125.00 | $ 4,500.00 | 2,263.05 | 06/03/02 | $ 2,263.05 | 09/26/02 | 3AXTZX | IIIA | Red the Uniform Tailor |
| | 393006014 | EXETER TOWNSHIP | PA | 4030 | 4 | 05/24/02 | 2002 | $ 1,125.00 | $ 4,500.00 | 2,265.79 | 06/05/02 | $ 2,265.79 | 09/26/02 | 3AXTZX | IIIA | Red the Uniform Tailor |
| | 393006014 | EXETER TOWNSHIP | PA | 4051 | 1 | 09/11/03 | 2003 | $ 1,050.00 | $ 1,050.00 | 528.28 | 09/22/03 | $ 528.28 | 10/17/03 | XTZX2-1 | II | Red The Uniform Tailor |
| | 393006014 | EXETER TOWNSHIP | PA | 4051 | 1 | 12/16/03 | 2003 | $ 1,050.00 | $ 1,050.00 | 1,584.00 | 03/02/04 | $ 1,584.00 | 04/08/04 | XTZX2-1 | II | Red The Uniform Tailor |
| | 393006014 | EXETER TOWNSHIP | PA | 4051 | 1 | 12/16/03 | 2003 | $ 975.00 | $ 975.00 | 1,584.00 | 03/02/04 | $ 1,584.00 | 04/08/04 | XTZX2-1 | II | Red the Uniform Tailor, Inc. |
| | 393006014 | EXETER TOWNSHIP | PA | 4051 | 1 | 12/26/03 | 2003 | $ 975.00 | $ 975.00 | 492.53 | 03/04/04 | $ 492.53 | 04/08/04 | XTZX2-1 | II | Red the Uniform Tailor |
| | 393006014 | EXETER TOWNSHIP | PA | 4051 | 2 | 09/02/03 | 2003 | $ 1,050.00 | $ 2,100.00 | 1,057.82 | 09/17/03 | $ 1,057.82 | 10/17/03 | XTZX2-1 | II | Red The Uniform Tailor |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

Exhibit 7

**Armor Holdings Z Shield Related BVP Reimbursement Spreadsheet**

| Sampled | AGENCY ID | AGENCY NAME | STATE | MODEL ID | QTY RECEIVED | DATE RECEIVED | YEAR RECEIVED | UNIT PRICE | EXTENDED PRICE | AMOUNT REQUESTED | DATE REQUESTED | AMOUNT PAID | DATE PAID | MODEL NAME | THREAT LEVEL | DISTRIBUTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 393006014 | EXETER TOWNSHIP | PA | 4051 | 4 | 12/15/03 | 2003 | $ 975.00 | $ 3,900.00 | $ 3,807.50 | 04/09/04 | $ 3,807.50 | 04/09/04 | XTZX2-1 | II | Red the Uniform Tailor, Inc. |
| | 362029005 | FAIRBORN CITY | OH | 4007 | 1 | 05/02/02 | 2002 | $ 706.95 | $ 706.95 | $ 353.48 | 05/03/02 | $ 353.48 | 06/05/02 | 3AXTZX-1 | IIIA | A. E. David |
| | 362029005 | FAIRBORN CITY | OH | 4007 | 1 | 01/04/02 | 2002 | $ 706.95 | $ 706.95 | $ 1,413.90 | 03/19/02 | $ 1,413.90 | 04/22/02 | 3AXTZX-1 | IIIA | Roy Tailors Uniform Co., Inc. |
| | 362029005 | FAIRBORN CITY | OH | 4007 | 1 | 01/04/02 | 2002 | $ 706.95 | $ 706.95 | $ 1,413.90 | 03/19/02 | $ 1,413.90 | 04/22/02 | 3AXTZX-1 | IIIA | Roy Tailors Uniform Co., Inc. |
| | 362029005 | FAIRBORN CITY | OH | 4007 | 1 | 03/08/03 | 2003 | $ 757.95 | $ 757.95 | $ 1,515.90 | 04/01/03 | $ 1,515.90 | 05/14/03 | 3AXTZX-1 | IIIA | A.E. David Co |
| | 362029005 | FAIRBORN CITY | OH | 4007 | 1 | 09/09/02 | 2002 | $ 757.95 | $ 757.95 | $ 378.98 | 09/10/02 | $ 378.98 | 09/26/02 | 3AXTZX-1 | IIIA | A.E. David Co |
| | 362029005 | FAIRBORN CITY | OH | 4007 | 1 | 02/11/02 | 2002 | $ 706.95 | $ 706.95 | $ 1,413.90 | 03/19/02 | $ 1,413.90 | 04/22/02 | 3AXTZX-1 | IIIA | Roy Tailors Uniform Co., Inc. |
| | 362029005 | FAIRBORN CITY | OH | 4007 | 1 | 03/13/03 | 2003 | $ 757.95 | $ 757.95 | $ 1,515.90 | 04/01/03 | $ 1,515.90 | 05/14/03 | 3AXTZX-1 | IIIA | A.E. David Co |
| | 362029005 | FAIRBORN CITY | OH | 4007 | 1 | 01/14/03 | 2003 | $ 757.95 | $ 757.95 | $ 1,515.90 | 04/01/03 | $ 1,515.90 | 05/14/03 | 3AXTZX-1 | IIIA | A.E. David Co |
| | 362029005 | FAIRBORN CITY | OH | 4007 | 1 | 12/17/01 | 2001 | $ 706.95 | $ 706.95 | $ 1,413.90 | 03/19/02 | $ 1,413.90 | 04/22/02 | 3AXTZX-1 | IIIA | A.E. David Co |
| | 362029005 | FAIRBORN CITY | OH | 4007 | 1 | 02/18/03 | 2003 | $ 757.95 | $ 757.95 | $ 1,515.90 | 04/01/03 | $ 1,515.90 | 05/14/03 | 3AXTZX-1 | IIIA | A.E. David Co |
| X | 132035003 | LEWISTON CITY | ID | 4049 | 1 | 01/02/03 | 2003 | $ 795.00 | $ 795.00 | $ 400.04 | 03/05/03 | $ 400.04 | 03/28/03 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 362029005 | FAIRBORN CITY | OH | 4007 | 1 | 04/22/02 | 2002 | $ 691.95 | $ 691.95 | $ 345.98 | 04/29/02 | $ 345.98 | 05/17/02 | 3AXTZX-1 | IIIA | A. E. David |
| | 362029005 | FAIRBORN CITY | OH | 4007 | 1 | 05/22/02 | 2002 | $ 691.95 | $ 691.95 | $ 345.98 | 05/22/02 | $ 345.98 | 06/27/02 | 3AXTZX-1 | IIIA | A. E. David |
| | 112060005 | FAIRBURN CITY | GA | 4051 | 7 | 06/07/03 | 2003 | $ 840.39 | $ 5,882.73 | $ 2,941.37 | 06/13/03 | $ 2,941.37 | 06/25/03 | XTZX2-1 | II | GT Distributors -- Georgia |
| | 362009002 | FAIRFIELD CITY | OH | 4049 | 1 | 04/27/04 | 2004 | $ 519.95 | $ 519.95 | $ 1,755.98 | 12/31/04 | $ 1,755.98 | 01/20/05 | XTX2-1 | II | Roys Tailors Uniform Co., Inc |
| | 362009002 | FAIRFIELD CITY | OH | 4049 | 31 | 12/16/05 | 2005 | $ 638.50 | $ 19,793.50 | $ 11,493.00 | 04/30/07 | $ 11,493.00 | 06/21/07 | XTX2-1 | II | Roy Tailor Uniform |
| | 223003006 | FAIRHAVEN TOWN | MA | 4051 | 1 | 07/01/02 | 2002 | $ 747.00 | $ 747.00 | $ 373.50 | 07/24/02 | $ 373.50 | 09/05/02 | XTZX2-1 | II | MIKE AND WAYNES INC. |
| | 223003006 | FAIRHAVEN TOWN | MA | 4051 | 7 | 06/01/02 | 2002 | $ 747.00 | $ 5,229.00 | $ 5,989.50 | 07/09/02 | $ 5,989.50 | 07/29/02 | XTZX2-1 | II | MIKE AND WAYNES INC. |
| X | 502013011 | MADISON CITY | WI | 4063 | 1 | 03/16/04 | 2004 | $ 490.00 | $ 490.00 | $ 3,005.00 | 11/05/04 | $ 3,005.00 | 11/24/04 | XTX3-1 | IIIA | Advanced Protective Devices |
| | 362018019 | FAIRVIEW PARK CITY | OH | 4794 | 2 | 04/06/05 | 2005 | $ 970.00 | $ 1,940.00 | $ 970.00 | 08/29/05 | $ 970.00 | 10/11/05 | XTX3A-2 | IIIA | Shutter's Uniform, Inc |
| | 203003007 | FALMOUTH TOWN | ME | 4706 | 18 | 01/11/04 | 2004 | $ 642.00 | $ 11,556.00 | $ 5,778.00 | 06/09/04 | $ 5,778.00 | 07/06/04 | XTX2-2 | II | Riley's Sport Shop, Inc. |
| | 262094007 | FARMINGTON CITY | MO | 4049 | 7 | 04/15/02 | 2002 | $ 617.25 | $ 4,320.75 | $ 2,160.38 | 06/05/02 | $ 2,160.38 | 07/17/02 | XTX2-1 | II | Ed. Roethe Safety Products |
| | 252032001 | FAYETTE CITY | MS | 4030 | 3 | 07/24/05 | 2005 | $ 547.52 | $ 1,642.56 | $ 821.28 | 08/09/05 | $ 821.28 | 10/11/05 | 3AXTZX | IIIA | Mid South Uniform & Supply, Inc. |
| X | 242027016 | MAPLE GROVE CITY | MN | 4049 | 1 | 02/08/02 | 2002 | $ 679.95 | $ 679.95 | $ 1,019.93 | 07/19/02 | $ 1,019.93 | 09/05/02 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242056009 | FERGUS FALLS CITY | MN | 4063 | 1 | 11/21/03 | 2003 | $ 995.00 | $ 995.00 | $ 497.50 | 12/08/03 | $ 497.50 | 01/12/04 | XTX3A-1 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 482037004 | FERNDALE CITY | WA | 4049 | 1 | 10/03/02 | 2002 | $ 370.00 | $ 370.00 | $ 1,391.50 | 10/30/02 | $ 1,391.50 | 11/15/02 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482037004 | FERNDALE CITY | WA | 4049 | 1 | 11/04/03 | 2003 | $ 685.00 | $ 685.00 | $ 377.50 | 01/12/04 | $ 377.50 | 02/03/04 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482037004 | FERNDALE CITY | WA | 4049 | 1 | 07/05/02 | 2002 | $ 795.00 | $ 795.00 | $ 2,769.12 | 07/05/02 | $ 2,769.12 | 07/29/02 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| X | 242027016 | MAPLE GROVE CITY | MN | 4049 | 1 | 04/09/02 | 2002 | $ 679.95 | $ 679.95 | $ 1,019.93 | 07/19/02 | $ 1,019.93 | 09/05/02 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 482037004 | FERNDALE CITY | WA | 4049 | 1 | 11/18/02 | 2002 | $ 680.00 | $ 680.00 | $ 374.40 | 01/09/04 | $ 374.40 | 02/03/04 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482037004 | FERNDALE CITY | WA | 4049 | 2 | 01/05/02 | 2002 | $ 795.00 | $ 1,590.00 | $ 2,769.12 | 07/05/02 | $ 2,769.12 | 07/29/02 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482037004 | FERNDALE CITY | WA | 4049 | 2 | 02/28/04 | 2004 | $ 694.50 | $ 1,389.00 | $ 755.62 | 04/01/04 | $ 755.62 | 04/21/04 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482037004 | FERNDALE CITY | WA | 4049 | 2 | 10/30/02 | 2002 | $ 680.00 | $ 1,360.00 | $ 1,391.50 | 10/30/02 | $ 1,391.50 | 11/15/02 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 242066007 | FISHER CITY | MN | 4049 | 1 | 02/25/02 | 2002 | $ 665.00 | $ 665.00 | $ 354.12 | 03/05/02 | $ 354.12 | 04/05/02 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 222014001 | FITCHBURG CITY | MA | 4051 | 3 | 03/17/04 | 2004 | $ 896.40 | $ 2,689.20 | $ 1,344.60 | 11/18/05 | $ 1,344.60 | 12/23/05 | XTZX2-1 | II | PACA (Protective Apparel Corp. of America) |
| X | 362083007 | MASON CITY | OH | 4051 | 1 | 05/28/03 | 2003 | $ 894.95 | $ 894.95 | $ 447.48 | 07/19/03 | $ 447.48 | 08/25/03 | XTZX2-1 | II | Roy Tailors Uniform Co., Inc. |
| | 242069011 | FLOODWOOD CITY | MN | 4063 | 1 | 04/26/05 | 2005 | $ 995.00 | $ 995.00 | $ 513.45 | 05/11/05 | $ 513.45 | 06/24/05 | XTX3A-1 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 182008001 | FLORENCE CITY | KY | 4051 | 1 | 12/31/01 | 2001 | $ 795.00 | $ 795.00 | $ 397.50 | 01/15/02 | $ 397.50 | 02/06/02 | XTZX2-1 | II | ROY TAILOR UNIFORM CO. FO COLUMBUS OH |
| | 182008001 | FLORENCE CITY | KY | 4706 | 2 | 06/10/05 | 2005 | $ 525.00 | $ 1,050.00 | $ 525.00 | 08/02/05 | $ 525.00 | 10/11/05 | XTX2-2 | II | Roy Tailors Uniform Company Inc. |
| | 313003011 | FLORENCE TOWNSHIP | NJ | 4030 | 1 | 03/23/04 | 2004 | $ 996.00 | $ 996.00 | $ 3,588.00 | 06/08/04 | $ 3,588.00 | 07/09/04 | 3AXTZX | IIIA | Lawman Supply Company of New Jersey, Inc. |
| | 313003011 | FLORENCE TOWNSHIP | NJ | 4049 | 1 | 02/19/02 | 2002 | $ 519.00 | $ 519.00 | $ 913.00 | 06/04/02 | $ 913.00 | 07/22/02 | XTX2-1 | II | Oakwood Uniform & Equipment Inc. |
| | 442061504 | FLOWER MOUND CITY | TX | 4030 | 1 | 05/04/05 | 2005 | $ 1,668.95 | $ 1,668.95 | $ 834.48 | 05/06/05 | $ 834.48 | 06/24/05 | 3AXTZX | IIIA | Galls Incorporated |
| | 442061504 | FLOWER MOUND CITY | TX | 4030 | 1 | 03/07/05 | 2005 | $ 484.90 | $ 484.90 | $ 242.45 | 03/08/05 | $ 242.45 | 03/23/05 | 3AXTZX | IIIA | GT Distributors -- Texas |
| | 442061504 | FLOWER MOUND CITY | TX | 4030 | 1 | 11/11/03 | 2003 | $ 475.88 | $ 475.88 | $ 237.94 | 12/30/03 | $ 237.94 | 01/20/04 | 3AXTZX | IIIA | GT Distributors |
| | 442061504 | FLOWER MOUND CITY | TX | 4030 | 1 | 04/21/04 | 2004 | $ 485.00 | $ 485.00 | $ 242.50 | 04/21/04 | $ 242.50 | 05/17/04 | 3AXTZX | IIIA | GT Distributors |
| | 442061504 | FLOWER MOUND CITY | TX | 4030 | 2 | 04/05/05 | 2005 | $ 484.90 | $ 969.80 | $ 484.90 | 04/21/05 | $ 484.90 | 06/24/05 | 3AXTZX | IIIA | GT Distributors -- Texas |
| | 442061504 | FLOWER MOUND CITY | TX | 4030 | 2 | 02/19/04 | 2004 | $ 455.00 | $ 910.00 | $ 455.00 | 02/26/04 | $ 455.00 | 03/17/04 | 3AXTZX | IIIA | TROOPER SUPPLY |
| | 442061504 | FLOWER MOUND CITY | TX | 4030 | 2 | 02/22/05 | 2005 | $ 485.00 | $ 970.00 | $ 485.00 | 03/02/05 | $ 485.00 | 03/23/05 | 3AXTZX | IIIA | GT Distributors -- Texas |
| | 442061504 | FLOWER MOUND CITY | TX | 4030 | 2 | 06/27/05 | 2005 | $ 484.90 | $ 969.80 | $ 484.90 | 06/30/05 | $ 484.90 | 06/16/06 | 3AXTZX | IIIA | GT Distributors -- Texas |
| | 442061504 | FLOWER MOUND CITY | TX | 4030 | 3 | 03/26/04 | 2004 | $ 485.00 | $ 1,455.00 | $ 727.50 | 07/15/04 | $ 727.50 | 07/21/04 | 3AXTZX | IIIA | GT Distributors |
| | 442061504 | FLOWER MOUND CITY | TX | 4030 | 5 | 05/19/05 | 2005 | $ 484.90 | $ 2,424.50 | $ 1,212.25 | 06/27/05 | $ 1,212.25 | 06/27/05 | 3AXTZX | IIIA | GT Distributors -- Texas |
| | 162095002 | FOREST CITY | IA | 4706 | 13 | 12/30/04 | 2004 | $ 688.00 | $ 8,944.00 | $ 4,472.00 | 10/30/06 | $ 4,472.00 | 03/22/07 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| | 502028001 | FORT ATKINSON CITY | WI | 4063 | 1 | 03/29/05 | 2005 | $ 565.00 | $ 565.00 | $ 609.00 | 08/29/05 | $ 609.00 | 10/11/05 | XTX3A-1 | IIIA | Advanced Protective Devices |
| | 502028001 | FORT ATKINSON CITY | WI | 4063 | 3 | 03/15/04 | 2004 | $ 545.00 | $ 1,635.00 | $ 817.50 | 06/09/04 | $ 817.50 | 07/06/04 | XTX3A-1 | IIIA | Advanced Protective Devices |
| | 102006004 | FORT LAUDERDALE CITY | FL | 4049 | 5 | 03/13/04 | 2004 | $ 450.00 | $ 2,250.00 | $ 24,835.00 | 02/17/05 | $ 24,835.00 | 03/16/05 | XTX2-1 | II | American Body Armor & Equipment, Inc. |
| | 102006004 | FORT LAUDERDALE CITY | FL | 4049 | 7 | 02/01/04 | 2004 | $ 450.00 | $ 3,150.00 | $ 2,805.00 | 09/29/04 | $ 2,805.00 | 10/14/04 | XTX2-1 | II | American Body Armor & Equipment, Inc. |
| | 102006004 | FORT LAUDERDALE CITY | FL | 4051 | 4 | 06/08/01 | 2001 | $ 400.00 | $ 1,600.00 | $ 11,697.50 | 09/13/01 | $ 11,697.50 | 09/27/01 | XTZX2-1 | II | Law Enforcement Supply Co., Inc |

**Armor Holdings Z Shield Related BVP Reimbursement Spreadsheet**

| Sampled | AGENCY ID | AGENCY NAME | STATE | MODEL ID | QTY RECEIVED | DATE RECEIVED | YEAR RECEIVED | UNIT PRICE | EXTENDED PRICE | AMOUNT REQUESTED | DATE REQUESTED | AMOUNT PAID | DATE PAID | MODEL NAME | THREAT LEVEL | DISTRIBUTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 272053401 | FORT PECK TOWN | MT | 4063 | 1 | 06/19/02 | 2002 | $ 950.00 | $ 950.00 | $ 480.00 | 06/24/02 | $ 480.00 | 07/29/02 | XTX3A-1 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 182019007 | FORT THOMAS CITY | KY | 4051 | 1 | 08/03/04 | 2004 | $ 795.00 | $ 795.00 | $ 397.50 | 11/05/04 | $ 397.50 | 11/24/04 | XTZX2-1 | II | Roy Tailors Uniform Company Inc. |
| | 182019007 | FORT THOMAS CITY | KY | 4051 | 1 | 06/03/04 | 2004 | $ 795.00 | $ 795.00 | $ 1,987.50 | 07/30/04 | $ 1,987.50 | 08/18/04 | XTZX2-1 | II | Roy Tailors Uniform Co., Inc. |
| | 182019007 | FORT THOMAS CITY | KY | 4051 | 1 | 06/03/04 | 2004 | $ 795.00 | $ 795.00 | $ 1,987.50 | 07/30/04 | $ 1,987.50 | 08/18/04 | XTZX2-1 | II | Roy Tailors Uniform Co., Inc. |
| | 182019007 | FORT THOMAS CITY | KY | 4051 | 1 | 07/07/03 | 2003 | $ 795.00 | $ 795.00 | $ 795.00 | 02/09/04 | $ 795.00 | 02/26/04 | XTZX2-1 | II | Roy Tailors Uniform Co., Inc. |
| | 182019007 | FORT THOMAS CITY | KY | 4051 | 1 | 06/14/04 | 2004 | $ 795.00 | $ 795.00 | $ 1,987.50 | 07/30/04 | $ 1,987.50 | 08/18/04 | XTZX2-1 | II | Roy Tailors Uniform Co., Inc. |
| | 182019007 | FORT THOMAS CITY | KY | 4051 | 1 | 06/14/04 | 2004 | $ 795.00 | $ 795.00 | $ 1,987.50 | 07/30/04 | $ 1,987.50 | 08/18/04 | XTZX2-1 | II | Roy Tailors Uniform Co., Inc. |
| | 182019007 | FORT THOMAS CITY | KY | 4051 | 1 | 10/17/03 | 2003 | $ 795.00 | $ 795.00 | $ 795.00 | 02/09/04 | $ 795.00 | 02/26/04 | XTZX2-1 | II | Roy Tailors Uniform Co., Inc. |
| | 182019007 | FORT THOMAS CITY | KY | 4051 | 1 | 06/28/04 | 2004 | $ 795.00 | $ 795.00 | $ 1,987.50 | 07/30/04 | $ 1,987.50 | 08/18/04 | XTZX2-1 | II | Roy Tailors Uniform Co., Inc. |
| | 182059008 | FORT WRIGHT CITY | KY | 4051 | 1 | 10/31/02 | 2002 | $ 795.00 | $ 795.00 | $ 872.50 | 01/28/03 | $ 872.50 | 02/14/03 | XTZX2-1 | II | Roy Tailors Uniform Co. |
| | 182059008 | FORT WRIGHT CITY | KY | 4051 | 2 | 05/25/01 | 2001 | $ 795.00 | $ 1,590.00 | $ 1,270.00 | 12/11/01 | $ 1,270.00 | 01/04/02 | XTZX2-1 | II | Roy Tailors Uniform Co. |
| | 362074004 | FOSTORIA CITY | OH | 4051 | 6 | 12/18/03 | 2003 | $ 947.00 | $ 5,682.00 | $ 2,926.23 | 03/29/04 | $ 2,926.23 | 04/21/04 | XTZX2-1 | II | Superior Uniform Sales, Inc |
| | 362074004 | FOSTORIA CITY | OH | 4051 | 6 | 03/29/02 | 2002 | $ 897.00 | $ 5,382.00 | $ 2,697.65 | 04/01/02 | $ 2,697.65 | 04/26/02 | XTZX2-1 | II | Superior Uniform |
| | 362074004 | FOSTORIA CITY | OH | 4051 | 6 | 10/31/02 | 2002 | $ 897.00 | $ 5,382.00 | $ 2,697.65 | 04/30/03 | $ 2,697.65 | 05/16/03 | XTZX2-1 | II | Superior Uniform Sales, Inc |
| | 392002034 | FOX CHAPEL BOROUGH | PA | 4049 | 10 | 02/15/05 | 2005 | $ 790.78 | $ 7,907.80 | $ 3,953.90 | 12/06/05 | $ 3,953.90 | 03/21/06 | XTX2-1 | II | SAFETY LEAGUE |
| | 171030030 | FRANKLIN COUNTY | KS | 4051 | 19 | 10/04/02 | 2002 | $ 896.00 | $ 17,024.00 | $ 8,512.00 | 10/28/02 | $ 8,512.00 | 11/15/02 | XTZX2-1 | II | Law Enforcement Equipment Company |
| | 171030030 | FRANKLIN COUNTY | KS | 4051 | 1 | 03/25/03 | 2003 | $ 896.00 | $ 896.00 | $ 448.00 | 04/02/03 | $ 448.00 | 05/14/03 | XTZX2-1 | II | Law Enforcement Equipment Co. |
| | 171030030 | FRANKLIN COUNTY | KS | 4051 | 4 | 09/27/02 | 2002 | $ 1,075.00 | $ 4,300.00 | $ 2,150.00 | 10/30/02 | $ 2,150.00 | 11/15/02 | XTZX2-1 | II | Law Enforcement Equipment Company |
| | 171030030 | FRANKLIN COUNTY | KS | 4051 | 5 | 11/19/02 | 2002 | $ 896.00 | $ 4,480.00 | $ 2,240.00 | 02/07/03 | $ 2,240.00 | 02/26/03 | XTZX2-1 | II | Law Enforcement Equipment Company |
| | 442198003 | FRANKLIN TOWN | TX | 4030 | 1 | 12/08/03 | 2003 | $ 1,095.95 | $ 1,095.95 | $ 2,191.90 | 11/29/04 | $ 2,191.90 | 12/13/04 | 3AXTZX | IIIA | GT Distributors |
| | 442198003 | FRANKLIN TOWN | TX | 4030 | 3 | 09/22/03 | 2003 | $ 1,095.95 | $ 3,287.85 | $ 2,191.90 | 11/29/04 | $ 2,191.90 | 12/13/04 | 3AXTZX | IIIA | GT Distributors |
| | 99528 | FRANKLIN TOWNSHIP | NJ | 4063 | 3 | 08/29/05 | 2005 | $ 649.00 | $ 1,947.00 | $ 1,911.00 | 11/30/05 | $ 1,911.00 | 12/23/05 | XTXA-1 | IIIA | Lawman Supply |
| | 243003004 | FRAZEE CITY | MN | 4793 | 1 | 08/14/03 | 2003 | $ 779.95 | $ 779.95 | $ 402.17 | 09/02/03 | $ 402.17 | 09/26/03 | XTZXA-2 | IIA | Streicher's Police Equipment - Minneapolis |
| | 212011004 | FREDERICK CITY | MD | 4049 | 17 | 10/16/02 | 2002 | $ 717.92 | $ 12,204.64 | $ 6,102.32 | 07/29/03 | $ 6,102.32 | 08/25/03 | XTX2-1 | II | Safety League, Inc. |
| | 212011004 | FREDERICK CITY | MD | 4049 | 1 | 07/01/02 | 2002 | $ 717.92 | $ 717.92 | $ 358.96 | 07/29/03 | $ 358.96 | 08/25/03 | XTX2-1 | II | Safety League, Inc. |
| | 212011004 | FREDERICK CITY | MD | 4049 | 1 | 10/03/02 | 2002 | $ 717.92 | $ 717.92 | $ 358.96 | 07/29/03 | $ 358.96 | 08/25/03 | XTX2-1 | II | Safety League, Inc. |
| | 212011004 | FREDERICK CITY | MD | 4049 | 1 | 12/04/02 | 2002 | $ 717.92 | $ 717.92 | $ 358.96 | 07/29/03 | $ 358.96 | 08/25/03 | XTX2-1 | II | Safety League, Inc. |
| | 212011004 | FREDERICK CITY | MD | 4049 | 1 | 02/07/03 | 2003 | $ 717.92 | $ 717.92 | $ 361.46 | 07/29/03 | $ 361.46 | 08/25/03 | XTX2-1 | II | Safety League, Inc. |
| | 212011004 | FREDERICK CITY | MD | 4049 | 1 | 11/13/03 | 2003 | $ 725.00 | $ 725.00 | $ 362.50 | 03/08/04 | $ 362.50 | 04/08/04 | XTX2-1 | II | Safety League, Inc. |
| | 212011004 | FREDERICK CITY | MD | 4049 | 22 | 05/31/02 | 2002 | $ 717.92 | $ 15,794.24 | $ 7,897.12 | 07/29/03 | $ 7,897.12 | 08/25/03 | XTX2-1 | II | Safety League, Inc. |
| | 212011004 | FREDERICK CITY | MD | 4049 | 3 | 09/10/02 | 2002 | $ 717.92 | $ 2,153.76 | $ 1,076.88 | 07/29/03 | $ 1,076.88 | 08/25/03 | XTX2-1 | II | Safety League, Inc. |
| | 212011004 | FREDERICK CITY | MD | 4049 | 3 | 01/23/03 | 2003 | $ 717.92 | $ 2,153.76 | $ 1,076.88 | 07/29/03 | $ 1,076.88 | 08/25/03 | XTX2-1 | II | Safety League, Inc. |
| | 212011004 | FREDERICK CITY | MD | 4049 | 5 | 04/25/03 | 2003 | $ 717.92 | $ 3,589.60 | $ 1,794.80 | 07/29/03 | $ 1,794.80 | 08/25/03 | XTX2-1 | II | Safety League, Inc. |
| | 212011004 | FREDERICK CITY | MD | 4049 | 7 | 01/10/03 | 2003 | $ 717.92 | $ 5,025.44 | $ 2,512.72 | 07/29/03 | $ 2,512.72 | 08/25/03 | XTX2-1 | II | Safety League, Inc. |
| | 212011004 | FREDERICK CITY | MD | 4049 | 9 | 04/11/02 | 2002 | $ 717.92 | $ 6,461.28 | $ 3,230.64 | 07/29/03 | $ 3,230.64 | 08/25/03 | XTX2-1 | II | Safety League, Inc. |
| | 241024024 | FREEBORN COUNTY | MN | 4049 | 2 | 10/02/02 | 2002 | $ 640.00 | $ 1,280.00 | $ 1,839.77 | 09/25/06 | $ 1,839.77 | 03/22/07 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 503045009 | FREEDOM TOWN | WI | 4706 | 2 | 02/02/02 | 2002 | $ 650.00 | $ 1,300.00 | $ 650.00 | 09/11/05 | $ 650.00 | 11/03/05 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| | 312013014 | FREEHOLD BOROUGH | NJ | 4030 | 7 | 06/15/04 | 2004 | $ 555.00 | $ 3,885.00 | $ 1,942.50 | 09/02/05 | $ 1,942.50 | 11/03/05 | 3AXTZX | IIIA | Lawman Supply |
| | 312013014 | FREEHOLD BOROUGH | NJ | 4030 | 7 | 12/16/03 | 2003 | $ 555.00 | $ 3,885.00 | $ 1,942.50 | 09/02/05 | $ 1,942.50 | 11/03/05 | 3AXTZX | IIIA | Lawman Supply |
| | 313013002 | FREEHOLD TOWNSHIP | NJ | 4030 | 10 | 06/08/04 | 2004 | $ 963.80 | $ 9,638.00 | $ 5,756.10 | 08/11/04 | $ 5,756.10 | 08/26/04 | 3AXTZX | IIIA | Lawman Supply Company |
| | 313013002 | FREEHOLD TOWNSHIP | NJ | 4030 | 2 | 08/30/04 | 2004 | $ 950.00 | $ 1,900.00 | $ 4,026.25 | 03/17/06 | $ 4,026.25 | 10/23/06 | 3AXTZX | IIIA | Lawman Supply Co. NJ, Inc. |
| | 52001005 | FREMONT CITY | CA | 4063 | 1 | 07/05/01 | 2001 | $ 589.00 | $ 589.00 | $ 4,999.13 | 03/15/06 | $ 4,999.13 | 10/23/06 | XTX3A-1 | IIIA | Summit Uniforms |
| | 52001005 | FREMONT CITY | CA | 4063 | 1 | 08/06/01 | 2001 | $ 589.00 | $ 589.00 | $ 4,999.13 | 03/15/06 | $ 4,999.13 | 10/23/06 | XTX3A-1 | IIIA | Summit Uniforms |
| | 52001005 | FREMONT CITY | CA | 4063 | 1 | 04/08/02 | 2002 | $ 589.00 | $ 589.00 | $ 4,999.13 | 03/15/06 | $ 4,999.13 | 10/23/06 | XTX3A-1 | IIIA | Summit Uniforms |
| | 52001005 | FREMONT CITY | CA | 4063 | 1 | 04/08/02 | 2002 | $ 589.00 | $ 589.00 | $ 4,999.13 | 03/15/06 | $ 4,999.13 | 10/23/06 | XTX3A-1 | IIIA | Summit Uniforms |
| | 52001005 | FREMONT CITY | CA | 4063 | 1 | 12/10/01 | 2001 | $ 589.00 | $ 589.00 | $ 4,999.13 | 03/15/06 | $ 4,999.13 | 10/23/06 | XTX3A-1 | IIIA | Summit Uniforms |
| | 52001005 | FREMONT CITY | CA | 4063 | 1 | 12/01/01 | 2001 | $ 589.00 | $ 589.00 | $ 4,999.13 | 03/15/06 | $ 4,999.13 | 10/23/06 | XTX3A-1 | IIIA | Summit Uniforms |
| | 52001005 | FREMONT CITY | CA | 4063 | 1 | 08/12/02 | 2002 | $ 589.00 | $ 589.00 | $ 4,999.13 | 03/15/06 | $ 4,999.13 | 10/23/06 | XTX3A-1 | IIIA | Summit Uniforms |
| | 52001005 | FREMONT CITY | CA | 4063 | 1 | 07/24/02 | 2002 | $ 589.00 | $ 589.00 | $ 4,999.13 | 03/15/06 | $ 4,999.13 | 10/23/06 | XTX3A-1 | IIIA | Summit Uniforms |
| | 52001005 | FREMONT CITY | CA | 4063 | 1 | 07/24/02 | 2002 | $ 589.00 | $ 589.00 | $ 4,999.13 | 03/15/06 | $ 4,999.13 | 10/23/06 | XTX3A-1 | IIIA | Summit Uniforms |
| | 52001005 | FREMONT CITY | CA | 4063 | 2 | 12/10/01 | 2001 | $ 589.00 | $ 1,178.00 | $ 4,999.13 | 03/15/06 | $ 4,999.13 | 10/23/06 | XTX3A-1 | IIIA | Summit Uniforms |
| | 52001005 | FREMONT CITY | CA | 4063 | 2 | 07/24/02 | 2002 | $ 589.00 | $ 1,178.00 | $ 4,999.13 | 03/15/06 | $ 4,999.13 | 10/23/06 | XTX3A-1 | IIIA | Summit Uniforms |
| | 52001005 | FREMONT CITY | CA | 4063 | 3 | 04/07/01 | 2001 | $ 589.00 | $ 1,767.00 | $ 4,999.13 | 03/15/06 | $ 4,999.13 | 10/23/06 | XTX3A-1 | IIIA | Summit Uniforms |
| | 262095035 | FRONTENAC CITY | MO | 4051 | 1 | 08/06/04 | 2004 | $ 770.00 | $ 770.00 | $ 385.00 | 08/23/04 | $ 385.00 | 09/17/04 | XTZX2-1 | II | ED Roehr Safety |
| | 262095035 | FRONTENAC CITY | MO | 4051 | 2 | 01/12/04 | 2004 | $ 770.00 | $ 1,540.00 | $ 770.00 | 01/27/04 | $ 770.00 | 02/13/04 | XTZX2-1 | II | ED ROEHR SAFETY PRODUCTS |
| | 262095035 | FRONTENAC CITY | MO | 4051 | 2 | 10/16/03 | 2003 | $ 770.00 | $ 1,540.00 | $ 770.00 | 02/27/04 | $ 770.00 | 02/27/04 | XTZX2-1 | II | ED ROEHR SAFETY PRODUCTS |
| | 262095035 | FRONTENAC CITY | MO | 4051 | 2 | 10/17/03 | 2003 | $ 770.00 | $ 1,540.00 | $ 1,540.00 | 11/24/03 | $ 1,540.00 | 12/24/03 | XTZX2-1 | II | ED ROEHR SAFETY PRODUCTS |
| | 262095035 | FRONTENAC CITY | MO | 4051 | 2 | 11/19/03 | 2003 | $ 770.00 | $ 1,540.00 | $ 1,540.00 | 11/24/03 | $ 1,540.00 | 12/24/03 | XTZX2-1 | II | ED ROEHR SAFETY PRODUCTS |
| | 262095035 | FRONTENAC CITY | MO | 4051 | 2 | 09/30/03 | 2003 | $ 770.00 | $ 1,540.00 | $ 781.43 | 09/30/03 | $ 781.43 | 10/17/03 | XTZX2-1 | II | ED ROEHR SAFETY PRODUCTS |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

Exhibit 7

**Armor Holdings Z Shield Related BVP Reimbursement Spreadsheet**

| Sampled | AGENCY ID | AGENCY NAME | STATE | MODEL ID | QTY RECEIVED | DATE RECEIVED | YEAR RECEIVED | UNIT PRICE | EXTENDED PRICE | AMOUNT REQUESTED | DATE REQUESTED | AMOUNT PAID | DATE PAID | MODEL NAME | THREAT LEVEL | DISTRIBUTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 262095035 | FRONTENAC CITY | MO | 4051 | 3 | 12/03/03 | 2003 | $ 770.00 | $ 2,310.00 | $ 1,155.00 | 12/08/03 | $ 1,155.00 | 01/12/04 | XTZX2-1 | II | ED ROEHR SAFETY PRODUCTS |
| | 262095035 | FRONTENAC CITY | MO | 4706 | 1 | 10/11/04 | 2004 | $ 570.00 | $ 570.00 | $ 285.00 | 12/08/04 | $ 285.00 | 12/23/04 | XTX2-2 | II | ED ROEHR SAFETY PRODUCTS |
| | 132038001 | FRUITLAND CITY | ID | 4049 | 2 | 12/03/03 | 2003 | $ 675.00 | $ 1,350.00 | $ 675.00 | 12/08/03 | $ 675.00 | 01/12/04 | XTX2-1 | II | COP SHOP ETC. |
| | 132038001 | FRUITLAND CITY | ID | 4049 | 2 | 05/11/04 | 2004 | $ 675.00 | $ 1,350.00 | $ 678.50 | 08/19/04 | $ 678.50 | 09/17/04 | XTX2-1 | II | COP SHOP ETC. |
| | 132038001 | FRUITLAND CITY | ID | 4049 | 4 | 09/30/03 | 2003 | $ 675.00 | $ 2,700.00 | $ 1,350.00 | 11/21/03 | $ 1,350.00 | 12/24/03 | XTX2-1 | II | COP SHOP ETC. |
| | 102056001 | FT PIERCE CITY | FL | 4051 | 45 | 07/29/04 | 2004 | $ 451.92 | $ 20,336.40 | $ 10,168.20 | 09/15/04 | $ 10,168.20 | 09/24/04 | XTZX2-1 | II | Special Products Group Inc. |
| | 111060060 | FULTON COUNTY | GA | 4063 | 15 | 09/23/04 | 2004 | $ 757.00 | $ 11,355.00 | $ 30,500.01 | 09/23/04 | $ 30,500.01 | 10/14/04 | XTX3A-1 | IIIA | GT Distributors -- Georgia |
| | 362025006 | GAHANNA CITY | OH | 4051 | 1 | 12/18/02 | 2002 | $ 795.00 | $ 795.00 | $ 797.41 | 02/04/03 | $ 797.41 | 02/26/03 | XTZX2-1 | II | Roys Tailors Uniform Co., Inc |
| | 362025006 | GAHANNA CITY | OH | 4051 | 1 | 12/18/02 | 2002 | $ 795.00 | $ 795.00 | $ 797.41 | 02/04/03 | $ 797.41 | 02/26/03 | XTZX2-1 | II | Roys Tailors Uniform Co., Inc |
| | 442084001 | GALVESTON CITY | TX | 4051 | 7 | 02/20/02 | 2002 | $ 795.00 | $ 5,565.00 | $ 2,782.50 | 09/04/02 | $ 2,782.50 | 09/26/02 | XTZX2-1 | II | Direct Action Uniforms |
| | 172028001 | GARDEN CITY | KS | 4049 | 11 | 10/04/02 | 2002 | $ 755.00 | $ 8,305.00 | $ 8,380.00 | 10/17/02 | $ 8,380.00 | 11/15/02 | XTX2-1 | II | Law Enforcement Equipment Company |
| | 172028001 | GARDEN CITY | KS | 4049 | 8 | 05/21/02 | 2002 | $ 755.00 | $ 6,040.00 | $ 3,057.50 | 06/06/02 | $ 3,057.50 | 07/18/02 | XTX2-1 | II | Armor Holdings |
| | 172028001 | GARDEN CITY | KS | 4049 | 9 | 06/09/01 | 2001 | $ 755.00 | $ 6,795.00 | $ 3,397.50 | 04/04/02 | $ 3,397.50 | 04/26/02 | XTX2-1 | II | Law Enforcement Equipment Co. |
| | 262019008 | GARDEN CITY | MO | 4051 | 1 | 10/09/02 | 2002 | $ 948.99 | $ 948.99 | $ 890.99 | 11/21/02 | $ 890.99 | 12/18/02 | XTZX2-1 | II | Law Enforcement Equipment Company |
| | 262019008 | GARDEN CITY | MO | 4051 | 1 | 06/22/02 | 2002 | $ 832.98 | $ 832.98 | $ 890.99 | 11/21/02 | $ 890.99 | 12/18/02 | XTZX2-1 | II | Law Enforcement Equipment Company |
| | 52019016 | GARDENA CITY | CA | 4030 | 1 | 12/17/02 | 2002 | $ 850.00 | $ 850.00 | $ 460.07 | 01/02/03 | $ 460.07 | 01/28/03 | 3AXTZX | IIIA | Aardvark Tactical,Inc |
| | 52019016 | GARDENA CITY | CA | 4030 | 1 | 05/18/05 | 2005 | $ 850.00 | $ 850.00 | $ 460.07 | 05/26/05 | $ 460.07 | 06/27/05 | 3AXTZX | IIIA | Aardvark Tactical,Inc. |
| | 52019016 | GARDENA CITY | CA | 4030 | 1 | 02/28/05 | 2005 | $ 850.00 | $ 850.00 | $ 591.05 | 03/03/05 | $ 591.05 | 03/23/05 | 3AXTZX | IIIA | Aardvark Tactical, Inc. |
| | 52019016 | GARDENA CITY | CA | 4030 | 2 | 01/03/03 | 2003 | $ 850.00 | $ 1,700.00 | $ 920.13 | 01/09/03 | $ 920.13 | 01/28/03 | 3AXTZX | IIIA | Aardvark Tactical, Inc |
| | 52019016 | GARDENA CITY | CA | 4030 | 2 | 11/10/04 | 2004 | $ 850.00 | $ 1,700.00 | $ 920.13 | 11/16/04 | $ 920.13 | 12/13/04 | 3AXTZX | IIIA | Aardvark Tactical, Inc |
| | 52019016 | GARDENA CITY | CA | 4030 | 2 | 11/22/02 | 2002 | $ 850.00 | $ 1,700.00 | $ 2,042.22 | 12/04/02 | $ 2,042.22 | 12/31/02 | 3AXTZX | IIIA | Aardvark Tactical, Inc |
| | 52019016 | GARDENA CITY | CA | 4030 | 2 | 06/28/02 | 2002 | $ 850.00 | $ 1,700.00 | $ 2,042.22 | 12/04/02 | $ 2,042.22 | 12/31/02 | 3AXTZX | IIIA | Aardvark Tactical, Inc |
| | 52019016 | GARDENA CITY | CA | 4030 | 2 | 09/30/03 | 2003 | $ 850.00 | $ 1,700.00 | $ 1,232.25 | 02/27/04 | $ 1,232.25 | 03/17/04 | 3AXTZX | IIIA | Aardvark Tactical, Inc |
| | 52019016 | GARDENA CITY | CA | 4030 | 4 | 09/21/04 | 2004 | $ 850.00 | $ 3,400.00 | $ 1,840.25 | 09/28/04 | $ 1,840.25 | 10/14/04 | 3AXTZX | IIIA | Aardvark Tactical, Inc |
| | 52019016 | GARDENA CITY | CA | 4030 | 5 | 05/02/05 | 2005 | $ 850.00 | $ 4,250.00 | $ 2,300.32 | 05/06/05 | $ 2,300.32 | 06/24/05 | 3AXTZX | IIIA | Aardvark Tactical, Inc |
| | 362018021 | GATES MILLS VILLAGE | OH | 4051 | 1 | 11/04/02 | 2002 | $ 950.00 | $ 950.00 | $ 475.00 | 12/10/02 | $ 475.00 | 12/31/02 | XTZX2-1 | II | ABA - United Uniform |
| | 362018021 | GATES MILLS VILLAGE | OH | 4051 | 1 | 11/04/02 | 2002 | $ 950.00 | $ 950.00 | $ 475.00 | 11/18/02 | $ 475.00 | 12/18/02 | XTZX2-1 | II | Shuttler's Uniform Inc |
| | 362018021 | GATES MILLS VILLAGE | OH | 4051 | 1 | 09/08/03 | 2003 | $ 950.00 | $ 950.00 | $ 475.00 | 09/23/03 | $ 475.00 | 10/17/03 | XTZX2-1 | II | Shuttler's Uniform Inc |
| | 362018021 | GATES MILLS VILLAGE | OH | 4051 | 1 | 10/14/03 | 2003 | $ 650.00 | $ 650.00 | $ 325.00 | 11/10/03 | $ 325.00 | 12/12/03 | XTZX2-1 | II | Shuttler's Uniform Inc |
| | 362018021 | GATES MILLS VILLAGE | OH | 4051 | 1 | 10/14/03 | 2003 | $ 950.00 | $ 950.00 | $ 950.00 | 11/04/03 | $ 950.00 | 12/12/03 | XTZX2-1 | II | Shuttler's Uniform Inc |
| | 362018021 | GATES MILLS VILLAGE | OH | 4051 | 1 | 10/22/03 | 2003 | $ 950.00 | $ 950.00 | $ 950.00 | 11/04/03 | $ 950.00 | 12/12/03 | XTZX2-1 | II | Shuttler's Uniform Inc |
| | 62010002 | GEORGETOWN CITY | CO | 4049 | 1 | 01/30/01 | 2001 | $ 624.95 | $ 624.95 | $ 312.48 | 06/11/01 | $ 312.48 | 07/13/01 | XTX2-1 | II | Public Safety Warehouse |
| | 62010002 | GEORGETOWN CITY | CO | 4051 | 1 | 01/31/01 | 2001 | $ 724.95 | $ 724.95 | $ 362.48 | 02/02/01 | $ 362.48 | 02/28/01 | XTZX2-1 | II | Public Safety Warehouse |
| | 482027007 | GIG HARBOR CITY | WA | 4049 | 1 | 11/05/03 | 2003 | $ 685.00 | $ 685.00 | $ 1,851.47 | 11/19/03 | $ 1,851.47 | 12/24/03 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482027007 | GIG HARBOR CITY | WA | 4049 | 1 | 11/05/03 | 2003 | $ 685.00 | $ 685.00 | $ 1,851.47 | 11/19/03 | $ 1,851.47 | 12/24/03 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| X | 142016057 | MELROSE PARK VILLAGE | IL | 4051 | 1 | 04/19/02 | 2002 | $ 865.00 | $ 865.00 | $ 447.48 | 02/28/03 | $ 447.48 | 03/13/03 | XTZX2-1 | II | American Body Armor |
| | 482027007 | GIG HARBOR CITY | WA | 4049 | 1 | 07/10/04 | 2004 | $ 795.00 | $ 795.00 | $ 744.61 | 08/12/04 | $ 744.61 | 08/26/04 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482027007 | GIG HARBOR CITY | WA | 4049 | 1 | 12/15/03 | 2003 | $ 795.00 | $ 795.00 | $ 790.71 | 04/09/04 | $ 790.71 | 05/17/04 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482027007 | GIG HARBOR CITY | WA | 4049 | 1 | 11/16/04 | 2004 | $ 685.00 | $ 685.00 | $ 734.94 | 02/04/05 | $ 734.94 | 02/23/05 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482027007 | GIG HARBOR CITY | WA | 4049 | 1 | 10/27/03 | 2003 | $ 685.00 | $ 685.00 | $ 1,851.47 | 11/19/03 | $ 1,851.47 | 12/24/03 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 32007005 | GILBERT TOWN | AZ | 4051 | 1 | 02/25/02 | 2002 | $ 695.00 | $ 695.00 | $ 4,021.99 | 02/01/03 | $ 4,021.99 | 02/26/03 | XTZX2-1 | II | East Valley Uniforms |
| | 52043004 | GILROY CITY | CA | 4049 | 3 | 10/01/01 | 2001 | $ 749.00 | $ 2,247.00 | $ 2,933.82 | 01/22/02 | $ 2,933.82 | 02/15/02 | XTX2-1 | II | Summit Uniforms |
| | 52043004 | GILROY CITY | CA | 4063 | 1 | 08/04/04 | 2004 | $ 849.00 | $ 849.00 | $ 2,757.12 | 12/23/04 | $ 2,757.12 | 01/20/05 | XTX3A-1 | IIIA | Summit Uniforms |
| | 52043004 | GILROY CITY | CA | 4063 | 1 | 11/12/04 | 2004 | $ 849.00 | $ 849.00 | $ 2,757.12 | 12/23/04 | $ 2,757.12 | 01/20/05 | XTX3A-1 | IIIA | Summit Uniforms |
| | 52043004 | GILROY CITY | CA | 4063 | 1 | 06/20/04 | 2004 | $ 849.00 | $ 849.00 | $ 2,757.12 | 12/23/04 | $ 2,757.12 | 01/20/05 | XTX3A-1 | IIIA | Summit Uniforms |
| | 52043004 | GILROY CITY | CA | 4063 | 1 | 07/24/04 | 2004 | $ 849.00 | $ 849.00 | $ 2,757.12 | 12/23/04 | $ 2,757.12 | 01/20/05 | XTX3A-1 | IIIA | Summit Uniforms |
| | 52043004 | GILROY CITY | CA | 4063 | 1 | 04/25/05 | 2005 | $ 849.00 | $ 849.00 | $ 946.11 | 05/10/05 | $ 946.11 | 06/24/05 | XTX3A-1 | IIIA | Summit Uniforms |
| | 52043004 | GILROY CITY | CA | 4063 | 1 | 04/25/05 | 2005 | $ 899.00 | $ 899.00 | $ 946.11 | 05/10/05 | $ 946.11 | 06/24/05 | XTX3A-1 | IIIA | Summit Uniforms |
| | 52043004 | GILROY CITY | CA | 4063 | 1 | 08/31/04 | 2004 | $ 849.00 | $ 849.00 | $ 2,757.12 | 12/23/04 | $ 2,757.12 | 01/20/05 | XTX3A-1 | IIIA | Summit Uniform |
| | 52043004 | GILROY CITY | CA | 4063 | 1 | 08/31/04 | 2004 | $ 849.00 | $ 849.00 | $ 2,757.12 | 12/23/04 | $ 2,757.12 | 01/20/05 | XTX3A-1 | IIIA | Summit Uniforms |
| | 52043004 | GILROY CITY | CA | 4063 | 1 | 01/31/04 | 2004 | $ 849.00 | $ 849.00 | $ 459.52 | 06/10/04 | $ 459.52 | 06/10/04 | XTX3A-1 | IIIA | Summit Uniforms |
| | 52043004 | GILROY CITY | CA | 4063 | 2 | 08/26/05 | 2005 | $ 899.00 | $ 1,798.00 | $ 973.17 | 01/04/06 | $ 973.17 | 05/10/06 | XTX3A-1 | IIIA | Summit Uniform |
| | 52043004 | GILROY CITY | CA | 4063 | 3 | 10/01/01 | 2001 | $ 849.00 | $ 2,547.00 | $ 2,933.82 | 01/22/02 | $ 2,933.82 | 02/15/02 | XTX3A-1 | IIIA | Summit Uniforms |
| | 52019017 | GLENDALE CITY | CA | 4030 | 3 | 12/29/03 | 2003 | $ 1,050.00 | $ 3,150.00 | $ 15,057.58 | 01/29/04 | $ 15,057.58 | 02/13/04 | 3AXTZX | IIIA | Aardvark Tactical, Inc |
| | 52019017 | GLENDALE CITY | CA | 4051 | 22 | 12/29/03 | 2003 | $ 850.00 | $ 18,700.00 | $ 15,057.58 | 01/29/04 | $ 15,057.58 | 02/13/04 | XTZX2-1 | II | Aardvark Tactical, Inc |
| | 192040005 | GLENMORA TOWN | LA | 4030 | 1 | 10/16/03 | 2003 | $ 1,095.00 | $ 1,095.00 | $ 1,322.79 | 11/13/03 | $ 1,322.79 | 12/12/03 | 3AXTZX | IIIA | BELSCO, INC. |
| | 192040005 | GLENMORA TOWN | LA | 4030 | 2 | 10/21/03 | 2003 | $ 763.00 | $ 1,526.00 | $ 1,322.79 | 11/13/03 | $ 1,322.79 | 12/12/03 | 3AXTZX | IIIA | BELSCO INC. |
| | 362079006 | GNADENHUTTEN VILLAGE | OH | 4051 | 2 | 11/01/02 | 2002 | $ 795.00 | $ 1,590.00 | $ 798.03 | 11/01/02 | $ 798.03 | 11/27/02 | XTZX2-1 | II | Roy Tailors Uniform Co of Columbus |
| | 242027010 | GOLDEN VALLEY CITY | MN | 4051 | 7 | 07/08/02 | 2002 | $ 775.00 | $ 5,425.00 | $ 6,485.00 | 09/20/02 | $ 6,485.00 | 10/09/02 | XTZX2-1 | II | Streicher's Police Equipment - Minneapolis |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

Exhibit 7

**Armor Holdings Z Shield Related BVP Reimbursement Spreadsheet**

| Sampled | AGENCY ID | AGENCY NAME | STATE | MODEL ID | QTY RECEIVED | DATE RECEIVED | YEAR RECEIVED | UNIT PRICE | EXTENDED PRICE | AMOUNT REQUESTED | DATE REQUESTED | AMOUNT PAID | DATE PAID | MODEL NAME | THREAT LEVEL | DISTRIBUTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 442089001 | GONZALES CITY | TX | 4007 | 15 | 09/09/03 | 2003 | $ 475.88 | $ 7,138.20 | $ 3,569.10 | 09/26/03 | $ 3,569.10 | 10/17/03 | 3AXTZX-1 | IIIA | GT Distributors |
| | 241025025 | GOODHUE COUNTY | MN | 4049 | 1 | 05/02/02 | 2002 | $ 679.95 | $ 679.95 | $ 3,393.78 | 06/24/03 | $ 3,393.78 | 07/18/03 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 241025025 | GOODHUE COUNTY | MN | 4049 | 1 | 11/07/03 | 2003 | $ 779.95 | $ 779.95 | $ 1,534.93 | 01/22/04 | $ 1,534.93 | 02/11/04 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 241025025 | GOODHUE COUNTY | MN | 4049 | 1 | 12/10/01 | 2001 | $ 679.95 | $ 679.95 | $ 2,122.26 | 07/26/02 | $ 2,122.26 | 09/05/02 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 241025025 | GOODHUE COUNTY | MN | 4049 | 1 | 10/15/03 | 2003 | $ 779.95 | $ 779.95 | $ 1,534.93 | 01/22/04 | $ 1,534.93 | 02/11/04 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 241025025 | GOODHUE COUNTY | MN | 4049 | 1 | 06/16/03 | 2003 | $ 779.95 | $ 779.95 | $ 3,393.78 | 06/24/03 | $ 3,393.78 | 07/18/03 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 241025025 | GOODHUE COUNTY | MN | 4049 | 1 | 05/20/03 | 2003 | $ 779.95 | $ 779.95 | $ 714.98 | 07/09/03 | $ 714.98 | 08/06/03 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 241025025 | GOODHUE COUNTY | MN | 4049 | 1 | 09/20/02 | 2002 | $ 650.00 | $ 650.00 | $ 714.98 | 07/09/03 | $ 714.98 | 08/06/03 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 241025025 | GOODHUE COUNTY | MN | 4049 | 1 | 02/21/02 | 2002 | $ 679.95 | $ 679.95 | $ 3,393.78 | 06/24/03 | $ 3,393.78 | 07/18/03 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 241025025 | GOODHUE COUNTY | MN | 4049 | 1 | 12/23/03 | 2003 | $ 730.00 | $ 730.00 | $ 1,534.93 | 01/22/04 | $ 1,534.93 | 02/11/04 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 241025025 | GOODHUE COUNTY | MN | 4049 | 1 | 12/23/03 | 2003 | $ 779.95 | $ 779.95 | $ 1,534.93 | 01/22/04 | $ 1,534.93 | 02/11/04 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 241025025 | GOODHUE COUNTY | MN | 4049 | 2 | 03/08/02 | 2002 | $ 679.95 | $ 1,359.90 | $ 3,393.78 | 06/24/03 | $ 3,393.78 | 07/18/03 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242085004 | GOODVIEW CITY | MN | 4049 | 1 | 06/15/04 | 2004 | $ 688.00 | $ 688.00 | $ 356.48 | 08/26/04 | $ 356.48 | 08/26/04 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242085004 | GOODVIEW CITY | MN | 4049 | 1 | 05/20/03 | 2003 | $ 675.00 | $ 675.00 | $ 923.98 | 07/30/03 | $ 923.98 | 08/25/03 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242085004 | GOODVIEW CITY | MN | 4706 | 2 | 10/13/04 | 2004 | $ 700.00 | $ 1,400.00 | $ 731.90 | 11/10/04 | $ 731.90 | 11/24/04 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| | 363013003 | GOSHEN TOWNSHIP | OH | 4051 | 1 | 08/07/04 | 2004 | $ 795.00 | $ 795.00 | $ 399.93 | 10/19/04 | $ 399.93 | 11/22/04 | XTZX2-1 | II | Roy Tailors Uniform Co., Inc. |
| | 363013003 | GOSHEN TOWNSHIP | OH | 4051 | 8 | 12/08/03 | 2003 | $ 893.00 | $ 7,144.00 | $ 3,572.00 | 01/14/04 | $ 3,572.00 | 02/03/04 | XTZX2-1 | II | Roy Tailors Uniform Co., Inc. |
| | 502046004 | GRAFTON VILLAGE | WI | 4706 | 1 | 06/03/05 | 2005 | $ 550.00 | $ 550.00 | $ 864.97 | 07/13/06 | $ 864.97 | 03/19/07 | XTX2-2 | II | Steichers |
| | 502046004 | GRAFTON VILLAGE | WI | 4706 | 2 | 03/31/04 | 2004 | $ 779.00 | $ 1,558.00 | $ 2,081.00 | 05/19/06 | $ 2,081.00 | 06/10/04 | XTX2-2 | II | STREICHER'S-MILWAUKEE |
| | 62050001 | GRANADA TOWN | CO | 4030 | 1 | 05/20/01 | 2001 | $ 1,285.95 | $ 1,285.95 | $ 642.98 | 06/13/01 | $ 642.98 | 07/13/01 | 3AXTZX | IIIA | Public Safety Warehouse |
| | 503045010 | GRAND CHUTE TOWN | WI | 4049 | 3 | 05/21/04 | 2004 | $ 725.00 | $ 2,175.00 | $ 2,064.38 | 07/20/05 | $ 2,064.38 | 10/19/05 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 351018018 | GRAND FORKS COUNTY | ND | 4706 | 1 | 03/17/03 | 2003 | $ 700.00 | $ 700.00 | $ 1,801.40 | 07/22/03 | $ 1,801.40 | 08/22/03 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| | 351018018 | GRAND FORKS COUNTY | ND | 4706 | 1 | 04/18/03 | 2003 | $ 700.00 | $ 700.00 | $ 1,801.40 | 07/22/03 | $ 1,801.40 | 08/22/03 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| | 242031009 | GRAND RAPIDS CITY | MN | 4030 | 12 | 09/16/02 | 2002 | $ 1,095.00 | $ 13,140.00 | $ 6,570.00 | 10/14/02 | $ 6,570.00 | 10/24/02 | 3AXTZX | IIIA | Streicher's Police Equipment - Minneapolis |
| | 442234003 | GRAND SALINE CITY | TX | 4030 | 1 | 07/15/03 | 2003 | $ 1,098.00 | $ 1,098.00 | $ 549.00 | 07/29/03 | $ 549.00 | 08/25/03 | 3AXTZX | IIIA | GT Distributors -- Texas |
| | 482039001 | GRANDVIEW CITY | WA | 4049 | 11 | 02/05/04 | 2004 | $ 795.00 | $ 8,745.00 | $ 4,427.09 | 04/12/05 | $ 4,427.09 | 06/24/05 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 501022022 | GRANT COUNTY | WI | 4049 | 2 | 04/15/04 | 2004 | $ 775.00 | $ 1,550.00 | $ 2,332.50 | 06/09/04 | $ 2,332.50 | 07/06/04 | XTX2-1 | II | STREICHER'S-MILWAUKEE |
| | 501022022 | GRANT COUNTY | WI | 4049 | 3 | 04/27/04 | 2004 | $ 775.00 | $ 2,325.00 | $ 2,332.50 | 06/09/04 | $ 2,332.50 | 07/06/04 | XTX2-1 | II | STREICHER'S-MILWAUKEE |
| | 322033601 | GRANTS CITY | NM | 4049 | 12 | 07/01/04 | 2004 | $ 760.00 | $ 9,120.00 | $ 4,560.00 | 07/22/04 | $ 4,560.00 | 08/18/04 | XTX2-1 | II | Kaufman's West |
| | 502007001 | GRANTSBURG VILLAGE | WI | 4063 | 3 | 03/05/04 | 2004 | $ 920.00 | $ 2,760.00 | $ 1,394.98 | 04/16/04 | $ 1,394.98 | 05/17/04 | XTX3A-1 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 341039039 | GRANVILLE COUNTY | NC | 4051 | 8 | 04/26/04 | 2004 | $ 599.99 | $ 4,799.92 | $ 2,613.12 | 09/17/04 | $ 2,613.12 | 10/14/04 | XTZX2-1 | II | Lawman's Safety Supply, Inc. |
| | 501024024 | GREEN LAKE COUNTY | WI | 4051 | 10 | 10/28/01 | 2001 | $ 737.00 | $ 7,370.00 | $ 3,685.00 | 11/27/01 | $ 3,685.00 | 12/19/01 | XTZX2-1 | II | Marousek's Sporting Goods & Police Supply |
| | 501024024 | GREEN LAKE COUNTY | WI | 4051 | 8 | 10/01/02 | 2002 | $ 820.00 | $ 6,560.00 | $ 7,382.00 | 12/12/02 | $ 7,382.00 | 12/31/02 | XTZX2-1 | II | Advanced Protection Devices |
| | 362074005 | GREEN SPRINGS VILLAGE | OH | 4051 | 2 | 06/10/04 | 2004 | $ 947.00 | $ 1,894.00 | $ 951.62 | 07/20/04 | $ 951.62 | 08/18/04 | XTZX2-1 | II | Superior Uniform |
| | 362074005 | GREEN SPRINGS VILLAGE | OH | 4051 | 2 | 11/25/05 | 2005 | $ 697.00 | $ 1,394.00 | $ 705.64 | 05/02/06 | $ 705.64 | 10/23/06 | XTZX2-1 | II | Superior Uniform |
| | 362019006 | GREENVILLE CITY | OH | 4051 | 1 | 05/24/02 | 2002 | $ 795.00 | $ 795.00 | $ 397.50 | 05/24/02 | $ 397.50 | 06/27/02 | XTZX2-1 | II | Roy Tailors Uniform Co., Inc. |
| | 262048501 | GREENWOOD CITY | MO | 4051 | 1 | 12/01/02 | 2002 | $ 799.95 | $ 799.95 | $ 685.97 | 03/13/03 | $ 685.97 | 03/28/03 | XTZX2-1 | II | Law Enforcement Equipment Co. |
| | 262048501 | GREENWOOD CITY | MO | 4063 | 2 | 02/08/05 | 2005 | $ 800.00 | $ 1,600.00 | $ 805.00 | 03/09/05 | $ 805.00 | 03/23/05 | XTX3A-1 | IIIA | Ed Roehr Safety |
| | 411024024 | GREENWOOD COUNTY | SC | 4706 | 10 | 06/28/05 | 2005 | $ 551.00 | $ 5,510.00 | $ 2,893.45 | 07/14/05 | $ 2,893.45 | 10/19/05 | XTX2-2 | II | LAWMEN'S SAFETY SUPPLY INC. |
| | 73006006 | GROTON TOWN | CT | 4051 | 13 | 09/28/01 | 2001 | $ 795.00 | $ 10,335.00 | $ 9,102.00 | 06/13/02 | $ 9,102.00 | 07/17/02 | XTZX2-1 | II | New England Uniform Company |
| | 442098001 | GRUVER TOWN | TX | 4706 | 2 | 09/20/04 | 2004 | $ 679.95 | $ 1,359.90 | $ 692.43 | 11/30/04 | $ 692.43 | 12/13/04 | XTX2-1 | II | GT Distributors |
| | 341041041 | GUILFORD COUNTY | NC | 4007 | 5 | 11/29/02 | 2002 | $ 839.99 | $ 4,199.95 | $ 2,099.98 | 01/21/03 | $ 2,099.98 | 02/14/03 | 3AXTZX-1 | IIIA | LAWMEN'S |
| | 341041041 | GUILFORD COUNTY | NC | 4030 | 5 | 04/26/02 | 2002 | $ 995.00 | $ 4,975.00 | $ 9,924.92 | 05/06/02 | $ 9,924.92 | 06/05/02 | 3AXTZX | IIIA | LAWMEN'S |
| | 341041041 | GUILFORD COUNTY | NC | 4051 | 17 | 04/24/02 | 2002 | $ 874.99 | $ 14,874.83 | $ 9,924.92 | 05/06/02 | $ 9,924.92 | 06/05/02 | XTZX2-1 | II | LAWMEN'S |
| | 341041041 | GUILFORD COUNTY | NC | 4051 | 1 | 03/08/02 | 2002 | $ 874.99 | $ 874.99 | $ 494.37 | 05/30/02 | $ 494.37 | 06/27/02 | XTZX2-1 | II | LAWMEN'S |
| | 341041041 | GUILFORD COUNTY | NC | 4051 | 47 | 09/26/01 | 2001 | $ 874.99 | $ 41,124.53 | $ 20,562.27 | 10/01/01 | $ 20,562.27 | 11/01/01 | XTZX2-1 | II | LAWMEN'S |
| | 252024002 | GULFPORT CITY | MS | 4007 | 11 | 03/12/01 | 2001 | $ 941.92 | $ 10,361.12 | $ 8,662.88 | 10/30/01 | $ 8,662.88 | 11/30/01 | 3AXTZX-1 | IIIA | Mid South Uniform |
| | 252024002 | GULFPORT CITY | MS | 4007 | 1 | 05/09/01 | 2001 | $ 941.92 | $ 941.92 | $ 8,662.88 | 10/30/01 | $ 8,662.88 | 11/30/01 | 3AXTZX-1 | IIIA | Mid South Uniform |
| | 252024002 | GULFPORT CITY | MS | 4030 | 1 | 04/03/03 | 2003 | $ 941.92 | $ 941.92 | $ 12,377.12 | 04/19/05 | $ 12,377.12 | 06/24/05 | 3AXTZX | IIIA | Mid South Uniform & Supply, Inc. |
| | 252024002 | GULFPORT CITY | MS | 4030 | 1 | 09/05/03 | 2003 | $ 941.92 | $ 941.92 | $ 12,377.12 | 04/19/05 | $ 12,377.12 | 06/24/05 | 3AXTZX | IIIA | Mid South Uniform & Supply, Inc. |
| | 252024002 | GULFPORT CITY | MS | 4030 | 1 | 02/06/03 | 2003 | $ 941.92 | $ 941.92 | $ 12,377.12 | 04/19/05 | $ 12,377.12 | 06/24/05 | 3AXTZX | IIIA | Mid South Uniform & Supply, Inc. |
| | 252024002 | GULFPORT CITY | MS | 4030 | 1 | 04/25/03 | 2003 | $ 941.92 | $ 941.92 | $ 12,377.12 | 04/19/05 | $ 12,377.12 | 06/24/05 | 3AXTZX | IIIA | Mid South Uniform & Supply, Inc. |
| | 252024002 | GULFPORT CITY | MS | 4030 | 4 | 02/28/03 | 2003 | $ 941.92 | $ 3,767.68 | $ 12,377.12 | 04/19/05 | $ 12,377.12 | 06/24/05 | 3AXTZX | IIIA | Mid South Uniform & Supply, Inc. |
| | 212022004 | HAGERSTOWN CITY | MD | 4049 | 2 | 05/17/05 | 2005 | $ 888.00 | $ 1,776.00 | $ 888.00 | 05/26/05 | $ 888.00 | 06/27/05 | XTX2-1 | II | Safety League Inc. |
| | 212022004 | HAGERSTOWN CITY | MD | 4049 | 4 | 04/13/04 | 2004 | $ 804.16 | $ 3,216.64 | $ 1,608.32 | 06/07/05 | $ 1,608.32 | 06/13/05 | XTX2-1 | II | Safety League Inc. |
| | 212022004 | HAGERSTOWN CITY | MD | 4706 | 10 | 11/15/04 | 2004 | $ 805.00 | $ 8,050.00 | $ 4,025.00 | 11/15/04 | $ 4,025.00 | 11/24/04 | XTX2-2 | II | Safety League Inc. |
| | 212022004 | HAGERSTOWN CITY | MD | 4706 | 22 | 07/14/03 | 2003 | $ 804.16 | $ 17,691.52 | $ 8,845.76 | 07/22/03 | $ 8,845.76 | 08/22/03 | XTX2-2 | II | Safety League, Inc. |
| | 52041503 | HALF MOON BAY CITY | CA | 4063 | 1 | 04/04/03 | 2003 | $ 849.00 | $ 849.00 | $ 459.52 | 09/02/05 | $ 459.52 | 11/03/05 | XTX3A-1 | IIIA | Summit Uniform |
| | 52041503 | HALF MOON BAY CITY | CA | 4406 | 2 | 10/13/03 | 2003 | $ 750.00 | $ 1,500.00 | $ 811.88 | 09/02/05 | $ 811.88 | 11/03/05 | SE3A-5 | IIIA | L.C. Action Police Supply |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

Exhibit 7

**Armor Holdings Z Shield Related BVP Reimbursement Spreadsheet**

| Sampled | AGENCY ID | AGENCY NAME | STATE | MODEL ID | QTY RECEIVED | DATE RECEIVED | YEAR RECEIVED | UNIT PRICE | EXTENDED PRICE | AMOUNT REQUESTED | DATE REQUESTED | AMOUNT PAID | DATE PAID | MODEL NAME | THREAT LEVEL | DISTRIBUTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 39202200560100 | HALIFAX BORO POLICE DEPT | PA | 4030 | 1 | 11/06/02 | 2002 | $ 1,079.95 | $ 1,079.95 | $ 839.95 | 11/06/02 | $ 839.95 | 11/27/02 | 3AXTZX | IIIA | Safety League Inc. |
| | 441096096 | HALL COUNTY | TX | 4030 | 3 | 03/25/04 | 2004 | $ 484.90 | $ 1,454.70 | $ 727.35 | 07/26/04 | $ 727.35 | 08/18/04 | 3AXTZX | IIIA | GT Distributors -- Texas |
| X | 242062502 | MOUNDS VIEW CITY | MN | 4049 | 3 | 06/19/02 | 2002 | $ 639.95 | $ 1,919.85 | $ 3,049.78 | 12/03/02 | $ 3,049.78 | 12/31/02 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 142034009 | HAMILTON CITY | IL | 4007 | 4 | 11/24/03 | 2003 | $ 1,037.50 | $ 4,150.00 | $ 2,085.00 | 12/11/03 | $ 2,085.00 | 01/07/04 | 3AXTZX-1 | IIIA | S HARRIS UNIFORMS |
| | 313001004 | HAMILTON TOWNSHIP | NJ | 4794 | 3 | 02/15/05 | 2005 | $ 649.00 | $ 1,947.00 | $ 973.50 | 02/22/05 | $ 973.50 | 03/16/05 | XTX3A-2 | IIIA | Lawman's Supply |
| | 313011003 | HAMILTON TOWNSHIP | NJ | 4030 | 1 | 07/29/03 | 2003 | $ 599.00 | $ 599.00 | $ 5,091.50 | 02/03/04 | $ 5,091.50 | 02/27/04 | 3AXTZX | IIIA | Lawman Supplies |
| | 212022005 | HANCOCK TOWN | MD | 4706 | 4 | 06/25/04 | 2004 | $ 1,026.00 | $ 4,104.00 | $ 2,067.00 | 05/24/05 | $ 2,067.00 | 06/27/05 | XTX2-2 | II | Safety League Inc. |
| | 237055001 | HANNAHVILLE INDIAN COMMUNITY OF WISCONSIN POTAWATOMIE INDIANS | MI | 4051 | 10 | 09/05/02 | 2002 | $ 850.00 | $ 8,500.00 | $ 4,250.00 | 09/05/02 | $ 4,250.00 | 09/26/02 | XTZX2-1 | II | American Body Armor and Equipment, Inc. (Manufacturer) |
| | 262064001 | HANNIBAL CITY | MO | 4049 | 1 | 09/02/03 | 2003 | $ 680.00 | $ 680.00 | $ 344.26 | 09/03/03 | $ 344.26 | 09/26/03 | XTX2-1 | II | ED ROEHR SAFETY PRODUCTS |
| | 262064001 | HANNIBAL CITY | MO | 4049 | 1 | 02/05/04 | 2004 | $ 680.00 | $ 680.00 | $ 345.70 | 02/13/04 | $ 345.70 | 02/27/04 | XTX2-1 | II | ED ROEHR SAFETY PRODUCTS |
| | 262064001 | HANNIBAL CITY | MO | 4049 | 1 | 11/12/03 | 2003 | $ 680.00 | $ 680.00 | $ 344.11 | 12/02/03 | $ 344.11 | 01/07/04 | XTX2-1 | II | ED ROHER RADIO CO. |
| | 262064001 | HANNIBAL CITY | MO | 4049 | 1 | 03/29/04 | 2004 | $ 680.00 | $ 680.00 | $ 340.00 | 04/01/04 | $ 340.00 | 04/21/04 | XTX2-1 | II | ED ROEHR SAFETY PRODUCTS |
| | 262064001 | HANNIBAL CITY | MO | 4049 | 2 | 07/16/04 | 2004 | $ 680.00 | $ 1,360.00 | $ 680.00 | 07/21/04 | $ 680.00 | 08/18/04 | XTX2-1 | II | ED ROEHR SAFETY PRODUCTS |
| | 262064001 | HANNIBAL CITY | MO | 4049 | 5 | 11/11/02 | 2002 | $ 680.00 | $ 3,400.00 | $ 1,710.26 | 04/30/03 | $ 1,710.26 | 05/16/03 | XTX2-1 | II | ED ROEHR SAFETY PRODUCTS |
| | 12059004 | HARPERSVILLE TOWN | AL | 4051 | 7 | 08/05/02 | 2002 | $ 425.00 | $ 2,975.00 | $ 1,487.50 | 08/20/02 | $ 1,487.50 | 09/27/02 | XTZX2-1 | II | GT DSITRIBITORS |
| | 392022006 | HARRISBURG CITY | PA | 4030 | 11 | 06/10/04 | 2004 | $ 1,079.95 | $ 11,879.45 | $ 11,960.08 | 06/13/04 | $ 11,960.08 | 07/09/04 | 3AXTZX | IIIA | Roy Tailors Uniform Co., Inc. |
| | 392022006 | HARRISBURG CITY | PA | 4030 | 1 | 05/20/02 | 2002 | $ 1,079.95 | $ 1,079.95 | $ 13,502.73 | 11/22/02 | $ 13,502.73 | 12/18/02 | 3AXTZX | IIIA | SAFETY LEAQUE INC. |
| | 392022006 | HARRISBURG CITY | PA | 4030 | 1 | 08/27/02 | 2002 | $ 1,079.95 | $ 1,079.95 | $ 13,502.73 | 11/22/02 | $ 13,502.73 | 12/18/02 | 3AXTZX | IIIA | SAFETY LEAGUE |
| | 392022006 | HARRISBURG CITY | PA | 4030 | 2 | 08/27/02 | 2002 | $ 1,079.95 | $ 2,159.90 | $ 13,502.73 | 11/22/02 | $ 13,502.73 | 12/18/02 | 3AXTZX | IIIA | SAFETY LEAGUE |
| | 392022006 | HARRISBURG CITY | PA | 4030 | 7 | 08/27/02 | 2002 | $ 1,079.95 | $ 7,559.65 | $ 13,502.73 | 11/22/02 | $ 13,502.73 | 12/18/02 | 3AXTZX | IIIA | SAFETY LEAGUE |
| | 392022006 | HARRISBURG CITY | PA | 4049 | 5 | 06/10/04 | 2004 | $ 769.00 | $ 3,845.00 | $ 11,960.08 | 06/13/04 | $ 11,960.08 | 07/09/04 | XTX2-1 | II | SAFETY LEAGUE |
| | 392022006 | HARRISBURG CITY | PA | 4051 | 2 | 06/10/04 | 2004 | $ 879.95 | $ 1,759.90 | $ 11,960.08 | 06/13/04 | $ 11,960.08 | 07/09/04 | XTZX2-1 | II | SAFETY LEAGUE |
| | 392022006 | HARRISBURG CITY | PA | 4051 | 3 | 08/27/02 | 2002 | $ 879.95 | $ 2,639.85 | $ 13,502.73 | 11/22/02 | $ 13,502.73 | 12/18/02 | XTZX2-1 | II | SAFETY LEAGUE |
| | 392022006 | HARRISBURG CITY | PA | 4051 | 5 | 08/27/02 | 2002 | $ 879.95 | $ 4,399.75 | $ 13,502.73 | 11/22/02 | $ 13,502.73 | 12/18/02 | XTZX2-1 | II | SAFETY LEAGUE |
| | 392022006 | HARRISBURG CITY | PA | 4063 | 1 | 06/26/02 | 2002 | $ 959.95 | $ 959.95 | $ 13,502.73 | 11/22/02 | $ 13,502.73 | 12/18/02 | XTX3A-1 | IIIA | SAFETY LEAQUE INC. |
| | 392022006 | HARRISBURG CITY | PA | 4063 | 4 | 06/10/04 | 2004 | $ 979.95 | $ 3,919.80 | $ 11,960.08 | 06/13/04 | $ 11,960.08 | 07/09/04 | XTX3A-1 | IIIA | SAFETY LEAGUE |
| | 362031015 | HARRISON CITY | OH | 4051 | 1 | 07/07/03 | 2003 | $ 795.00 | $ 795.00 | $ 397.50 | 07/31/03 | $ 397.50 | 08/22/03 | XTZX2-1 | II | Roy Tailor Uniform |
| | 362031015 | HARRISON CITY | OH | 4051 | 1 | 09/20/02 | 2002 | $ 795.00 | $ 795.00 | $ 397.50 | 10/01/02 | $ 397.50 | 10/24/02 | XTZX2-1 | II | Roy Tailors Uniform Co. |
| | 362031015 | HARRISON CITY | OH | 4051 | 1 | 05/21/03 | 2003 | $ 795.00 | $ 795.00 | $ 397.50 | 07/31/03 | $ 397.50 | 08/22/03 | XTZX2-1 | II | Roy Tailor Uniform |
| | 362031015 | HARRISON CITY | OH | 4051 | 1 | 08/28/02 | 2002 | $ 795.00 | $ 795.00 | $ 397.50 | 09/09/02 | $ 397.50 | 09/26/02 | XTZX2-1 | II | Roy Tailors Uniform Co. |
| | 362031015 | HARRISON CITY | OH | 4051 | 1 | 06/29/04 | 2004 | $ 894.95 | $ 894.95 | $ 1,342.43 | 07/29/04 | $ 1,342.43 | 08/18/04 | XTZX2-1 | II | Roy Tailors Uniform Co., Inc. |
| | 362031015 | HARRISON CITY | OH | 4051 | 2 | 02/03/04 | 2004 | $ 894.95 | $ 1,789.90 | $ 1,342.43 | 07/29/04 | $ 1,342.43 | 08/18/04 | XTZX2-1 | II | Roy Tailors Uniform Co., Inc. |
| | 362031015 | HARRISON CITY | OH | 4051 | 2 | 10/04/02 | 2002 | $ 795.00 | $ 1,590.00 | $ 795.00 | 10/07/02 | $ 795.00 | 10/24/02 | XTZX2-1 | II | Roy Tailors Uniform Co. |
| | 333060005 | HARRISON TOWN | NY | 4051 | 1 | 02/27/03 | 2003 | $ 960.00 | $ 960.00 | $ 11,997.73 | 03/07/05 | $ 11,997.73 | 03/23/05 | XTZX2-1 | II | NEW ENGLAND UNIFORM |
| | 333060005 | HARRISON TOWN | NY | 4051 | 2 | 02/27/03 | 2003 | $ 850.00 | $ 1,700.00 | $ 11,997.73 | 03/07/05 | $ 11,997.73 | 03/23/05 | XTZX2-1 | II | NEW ENGLAND UNIFORM |
| | 313008006 | HARRISON TOWNSHIP | NJ | 4030 | 1 | 09/13/05 | 2005 | $ 649.00 | $ 649.00 | $ 324.50 | 03/10/06 | $ 324.50 | 09/13/06 | 3AXTZX | IIIA | Lawman Supply Company of New Jersey, Inc. |
| | 313008006 | HARRISON TOWNSHIP | NJ | 4030 | 3 | 05/27/05 | 2005 | $ 550.00 | $ 1,650.00 | $ 825.00 | 05/27/05 | $ 825.00 | 06/27/05 | 3AXTZX | IIIA | Lawman Supply Company of New Jersey, Inc. |
| | 313008006 | HARRISON TOWNSHIP | NJ | 4030 | 4 | 10/28/04 | 2004 | $ 555.00 | $ 2,220.00 | $ 1,110.00 | 11/19/04 | $ 1,110.00 | 12/13/04 | 3AXTZX | IIIA | Lawman Supply Company of New Jersey, Inc. |
| | 502067003 | HARTFORD CITY | WI | 4051 | 1 | 01/25/01 | 2001 | $ 795.00 | $ 795.00 | $ 397.50 | 01/29/01 | $ 397.50 | 02/21/01 | XTZX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 252048801 | HATLEY TOWN | MS | 4049 | 3 | 10/07/02 | 2002 | $ 656.56 | $ 1,969.68 | $ 984.84 | 11/05/02 | $ 984.84 | 11/27/02 | XTX2-1 | II | Mid South Uniform & Supply, Inc. |
| | 303005018 | HAVERHILL TOWN | NH | 4049 | 10 | 08/25/03 | 2003 | $ 1,108.56 | $ 11,085.60 | $ 5,542.80 | 08/26/03 | $ 5,542.80 | 09/16/03 | XTX2-1 | II | Riley's Sport Shop, Inc. |
| | 212013003 | HAVRE DE GRACE CITY | MD | 4051 | 1 | 07/14/03 | 2003 | $ 879.95 | $ 879.95 | $ 443.98 | 09/08/03 | $ 443.98 | 09/26/03 | XTZX2-1 | II | Safety League, Inc. |
| | 212013003 | HAVRE DE GRACE CITY | MD | 4051 | 2 | 09/27/03 | 2003 | $ 879.95 | $ 1,759.90 | $ 879.95 | 10/01/03 | $ 879.95 | 10/29/03 | XTZX2-1 | II | Safety League, Inc. |
| | 212013003 | HAVRE DE GRACE CITY | MD | 4051 | 3 | 01/07/04 | 2004 | $ 879.95 | $ 2,639.85 | $ 2,639.85 | 01/25/05 | $ 2,639.85 | 02/14/05 | XTZX2-1 | II | Safety League, Inc. |
| | 212013003 | HAVRE DE GRACE CITY | MD | 4051 | 3 | 11/14/03 | 2003 | $ 879.95 | $ 2,639.85 | $ 1,319.93 | 01/25/05 | $ 1,319.93 | 02/14/05 | XTZX2-1 | II | Safety League, Inc. |
| | 212013003 | HAVRE DE GRACE CITY | MD | 4051 | 3 | 11/14/03 | 2003 | $ 879.95 | $ 2,639.85 | $ 2,639.85 | 01/25/05 | $ 2,639.85 | 02/14/05 | XTZX2-1 | II | Safety League, Inc. |
| | 52019019 | HAWTHORNE CITY | CA | 4794 | 2 | 02/03/05 | 2005 | $ 969.95 | $ 1,939.90 | $ 3,732.38 | 04/05/05 | $ 3,732.38 | 06/24/05 | XTX3A-2 | IIIA | Galls Incorporated |
| | 262095042 | HAZELWOOD CITY | MO | 4051 | 11 | 10/30/02 | 2002 | $ 770.00 | $ 8,470.00 | $ 8,470.00 | 01/23/03 | $ 8,470.00 | 02/14/03 | XTZX2-1 | II | Ed Roehr Safety Products |
| | 262095042 | HAZELWOOD CITY | MO | 4051 | 11 | 10/30/02 | 2002 | $ 770.00 | $ 8,470.00 | $ 8,470.00 | 01/23/03 | $ 8,470.00 | 02/14/03 | XTZX2-1 | II | Ed Roehr Safety Products |
| | 262095042 | HAZELWOOD CITY | MO | 4051 | 12 | 07/14/06 | | $ 479.00 | $ 5,748.00 | $ 2,874.00 | 07/17/06 | $ 2,874.00 | 03/19/07 | XTZX2-1 | II | Ed Roehr Safety Products Co |
| | 262095042 | HAZELWOOD CITY | MO | 4051 | 13 | 11/20/03 | 2003 | $ 770.00 | $ 10,010.00 | $ 5,894.00 | 03/29/04 | $ 5,894.00 | 04/21/04 | XTZX2-1 | II | ED ROEHR SAFETY PRODUCTS |
| | 262095042 | HAZELWOOD CITY | MO | 4051 | 1 | 06/13/01 | 2001 | $ 795.00 | $ 795.00 | $ 401.71 | 06/13/01 | $ 401.71 | 07/13/01 | XTZX2-1 | II | ED ROEHR SAFETY PRODUCTS |
| | 262095042 | HAZELWOOD CITY | MO | 4051 | 1 | 06/29/01 | 2001 | $ 795.00 | $ 795.00 | $ 4,372.50 | 08/28/01 | $ 4,372.50 | 09/27/01 | XTZX2-1 | II | ABA - United Uniform |
| | 262095042 | HAZELWOOD CITY | MO | 4051 | 1 | 06/29/01 | 2001 | $ 795.00 | $ 795.00 | $ 4,372.50 | 08/28/01 | $ 4,372.50 | 09/27/01 | XTZX2-1 | II | ABA - United Uniform |
| | 262095042 | HAZELWOOD CITY | MO | 4051 | 2 | 12/16/03 | 2003 | $ 889.00 | $ 1,778.00 | $ 5,894.00 | 03/29/04 | $ 5,894.00 | 04/21/04 | XTZX2-1 | II | ED ROEHR SAFETY PRODUCTS |

**Armor Holdings Z Shield Related BVP Reimbursement Spreadsheet**

| Sampled | AGENCY ID | AGENCY NAME | STATE | MODEL ID | QTY RECEIVED | DATE RECEIVED | YEAR RECEIVED | UNIT PRICE | EXTENDED PRICE | AMOUNT REQUESTED | DATE REQUESTED | AMOUNT PAID | DATE PAID | MODEL NAME | THREAT LEVEL | DISTRIBUTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 262095042 | HAZELWOOD CITY | MO | 4051 | 9 | 06/29/01 | 2001 | $ 795.00 | $ 7,155.00 | $ 4,372.50 | 08/28/01 | $ 4,372.50 | 09/27/01 | XTZX2-1 | II | ABA - United Uniform |
| | 352029003 | HAZEN CITY | ND | 4049 | 1 | 01/28/03 | 2003 | $ 679.95 | $ 679.95 | $ 1,189.95 | 08/13/03 | $ 1,189.95 | 08/29/03 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 352029003 | HAZEN CITY | ND | 4051 | 1 | 01/28/03 | 2003 | $ 849.95 | $ 849.95 | $ 1,189.95 | 08/13/03 | $ 1,189.95 | 08/29/03 | XTZX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 352029003 | HAZEN CITY | ND | 4063 | 1 | 01/28/03 | 2003 | $ 850.00 | $ 850.00 | $ 1,189.95 | 08/13/03 | $ 1,189.95 | 08/29/03 | XTX3A-1 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 252015005 | HAZLEHURST CITY | MS | 4051 | 11 | 10/16/02 | 2002 | $ 800.00 | $ 8,800.00 | $ 4,400.00 | 12/12/02 | $ 4,400.00 | 12/31/02 | XTZX2-1 | II | Mid South Uniform & Supply, Inc. |
| | 442198004 | HEARNE CITY | TX | 4063 | 5 | 07/22/04 | 2004 | $ 689.90 | $ 3,449.50 | $ 1,724.75 | 07/29/04 | $ 1,724.75 | 08/18/04 | XTZX2-1 | IIIA | GT Distributors |
| | 142067003 | HECKER VILLAGE | IL | 4007 | 1 | 06/21/02 | 2002 | $ 1,095.00 | $ 1,095.00 | $ 562.48 | 07/08/02 | $ 562.48 | 07/29/02 | 3AXTZX-1 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 41029029 | HEMPSTEAD COUNTY | AR | 4049 | 3 | 12/22/03 | 2003 | $ 635.00 | $ 1,905.00 | $ 1,029.52 | 05/03/04 | $ 1,029.52 | 06/01/04 | XTX2-1 | II | Cruse Uniform & Equipment |
| | 41029029 | HEMPSTEAD COUNTY | AR | 4049 | 5 | 05/06/03 | 2003 | $ 635.00 | $ 3,175.00 | $ 1,692.50 | 05/09/03 | $ 1,692.50 | 06/06/03 | XTX2-1 | II | Cruse Uniform & Equipment |
| | 41029029 | HEMPSTEAD COUNTY | AR | 4049 | 5 | 03/19/03 | 2003 | $ 635.00 | $ 3,175.00 | $ 1,692.50 | 04/03/03 | $ 1,692.50 | 05/14/03 | XTX2-1 | II | Cruse Uniform & Equipment |
| | 41029029 | HEMPSTEAD COUNTY | AR | 4049 | 9 | 05/05/04 | 2004 | $ 635.00 | $ 5,715.00 | $ 2,873.17 | 05/09/04 | $ 2,873.17 | 06/01/04 | XTX2-1 | II | Cruse Uniform & Equipment |
| | 432083801 | HENDERSONVILLE CITY | TN | 4049 | 1 | 01/13/06 | | $ 687.45 | $ 687.45 | $ 1,374.90 | 06/29/06 | $ 1,374.90 | 10/23/06 | XTX2-1 | II | GT Distributors |
| | 432083801 | HENDERSONVILLE CITY | TN | 4049 | 1 | 11/13/02 | 2002 | $ 687.45 | $ 687.45 | $ 4,468.43 | 04/15/04 | $ 4,468.43 | 05/17/04 | XTX2-1 | II | GT Distributors -- Georgia |
| | 432083801 | HENDERSONVILLE CITY | TN | 4049 | 1 | 06/16/03 | 2003 | $ 687.45 | $ 687.45 | $ 5,155.88 | 04/13/04 | $ 5,155.88 | 05/17/04 | XTX2-1 | II | GT Distributors -- Georgia |
| | 432083801 | HENDERSONVILLE CITY | TN | 4049 | 2 | 12/03/02 | 2002 | $ 687.45 | $ 1,374.90 | $ 4,468.43 | 04/15/04 | $ 4,468.43 | 05/17/04 | XTX2-1 | II | GT Distributors -- Georgia |
| | 432083801 | HENDERSONVILLE CITY | TN | 4049 | 2 | 05/03/02 | 2002 | $ 687.45 | $ 1,374.90 | $ 4,468.43 | 04/15/04 | $ 4,468.43 | 05/17/04 | XTX2-1 | II | GT Distributors -- Georgia |
| | 432083801 | HENDERSONVILLE CITY | TN | 4049 | 2 | 12/20/02 | 2002 | $ 687.45 | $ 1,374.90 | $ 4,468.43 | 04/15/04 | $ 4,468.43 | 05/17/04 | XTX2-1 | II | GT Distributors -- Georgia |
| X | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 10/02/03 | 2003 | $ 600.00 | $ 600.00 | $ 5,700.00 | 10/22/03 | $ 5,700.00 | 11/21/03 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 432083801 | HENDERSONVILLE CITY | TN | 4049 | 4 | 04/15/03 | 2003 | $ 687.45 | $ 2,749.80 | $ 5,155.88 | 04/13/04 | $ 5,155.88 | 05/17/04 | XTX2-1 | II | GT Distributors -- Georgia |
| | 432083801 | HENDERSONVILLE CITY | TN | 4049 | 5 | 12/03/02 | 2002 | $ 687.45 | $ 3,437.25 | $ 5,155.88 | 04/13/04 | $ 5,155.88 | 05/17/04 | XTX2-1 | II | GT Distributors -- Georgia |
| | 432083801 | HENDERSONVILLE CITY | TN | 4049 | 5 | 05/28/03 | 2003 | $ 687.45 | $ 3,437.25 | $ 5,155.88 | 04/13/04 | $ 5,155.88 | 05/17/04 | XTX2-1 | II | GT Distributors -- Georgia |
| | 432083801 | HENDERSONVILLE CITY | TN | 4049 | 6 | 06/17/02 | 2002 | $ 687.45 | $ 4,124.70 | $ 4,468.43 | 04/15/04 | $ 4,468.43 | 05/17/04 | XTX2-1 | II | GT Distributors -- Georgia |
| | 432083801 | HENDERSONVILLE CITY | TN | 4049 | 6 | 04/30/04 | 2004 | $ 687.45 | $ 4,124.70 | $ 2,062.35 | 05/18/04 | $ 2,062.35 | 06/10/04 | XTX2-1 | II | GT Distributors -- Georgia |
| | 432083801 | HENDERSONVILLE CITY | TN | 4706 | 4 | 06/29/04 | 2004 | $ 687.45 | $ 2,749.80 | $ 1,374.90 | 08/18/04 | $ 1,374.90 | 08/18/04 | XTX2-2 | II | GT DISTRIBITORS |
| | 262050902 | HERCULANEUM CITY | MO | 4020 | 3 | 06/23/05 | 2005 | $ 570.00 | $ 1,710.00 | $ 1,425.00 | 03/16/06 | $ 1,425.00 | 09/13/06 | XTX2A-1 | IIA | Ed Roehr Radio Co. |
| | 262050902 | HERCULANEUM CITY | MO | 4051 | 2 | 09/18/03 | 2003 | $ 770.00 | $ 1,540.00 | $ 770.00 | 10/07/03 | $ 770.00 | 10/29/03 | XTZX2-1 | II | ED ROEHR SAFETY PRODUCTS |
| | 342072001 | HERTFORD TOWN | NC | 4030 | 2 | 12/09/04 | 2004 | $ 575.00 | $ 1,150.00 | $ 622.65 | 12/13/04 | $ 622.65 | 12/23/04 | 3AXTZX | IIIA | Lawman's Inc. |
| | 342072001 | HERTFORD TOWN | NC | 4030 | 4 | 08/06/03 | 2003 | $ 549.00 | $ 2,196.00 | $ 1,199.18 | 10/10/03 | $ 1,199.18 | 10/29/03 | 3AXTZX | IIIA | LAWMEN'S |
| | 242069015 | HIBBING CITY | MN | 4030 | 1 | 11/10/03 | 2003 | $ 1,295.00 | $ 1,295.00 | $ 1,145.00 | 12/03/03 | $ 1,145.00 | 01/12/04 | 3AXTZX | IIIA | Streicher's Police Equipment - Minneapolis |
| | 242069015 | HIBBING CITY | MN | 4030 | 1 | 06/16/05 | 2005 | $ 1,099.95 | $ 1,099.95 | $ 565.93 | 07/26/05 | $ 565.93 | 10/19/05 | 3AXTZX | IIIA | Streicher's Police Equipment - Minneapolis |
| | 242069015 | HIBBING CITY | MN | 4051 | 1 | 11/04/02 | 2002 | $ 849.95 | $ 849.95 | $ 439.95 | 03/17/03 | $ 439.95 | 04/07/03 | XTZX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242069015 | HIBBING CITY | MN | 4051 | 1 | 09/04/02 | 2002 | $ 849.95 | $ 849.95 | $ 439.95 | 03/17/03 | $ 439.95 | 04/07/03 | XTZX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242069015 | HIBBING CITY | MN | 4051 | 1 | 11/10/03 | 2003 | $ 995.00 | $ 995.00 | $ 1,145.00 | 12/03/03 | $ 1,145.00 | 01/12/04 | XTZX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242069015 | HIBBING CITY | MN | 4051 | 1 | 09/10/03 | 2003 | $ 995.00 | $ 995.00 | $ 512.48 | 10/24/03 | $ 512.48 | 11/21/03 | XTZX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242069015 | HIBBING CITY | MN | 4051 | 2 | 10/24/02 | 2002 | $ 849.95 | $ 1,699.90 | $ 864.93 | 03/17/03 | $ 864.93 | 04/07/03 | XTZX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242069015 | HIBBING CITY | MN | 4063 | 1 | 07/28/04 | 2004 | $ 995.00 | $ 995.00 | $ 1,159.98 | 08/04/04 | $ 1,159.98 | 08/26/04 | XTX3A-1 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 242069015 | HIBBING CITY | MN | 4706 | 1 | 10/24/02 | 2002 | $ 679.95 | $ 679.95 | $ 339.98 | 03/17/03 | $ 339.98 | 04/07/03 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| | 502025006 | HIGHLAND VILLAGE | WI | 4007 | 1 | 08/01/03 | 2003 | $ 740.00 | $ 740.00 | $ 370.00 | 08/29/03 | $ 370.00 | 08/29/03 | 3AXTZX-1 | IIIA | Advance Protection Devices |
| | 442061701 | HIGHLAND VILLAGE CITY | TX | 4794 | 3 | 01/30/04 | 2004 | $ 484.88 | $ 1,454.64 | $ 727.32 | 01/30/04 | $ 727.32 | 02/11/04 | XTX3A-2 | IIIA | GT Distributors -- Texas |
| | 382034006 | HILLSBORO CITY | OR | 4063 | 27 | 12/06/99 | 1999 | $ 500.00 | $ 13,500.00 | $ 6,750.00 | 02/24/05 | $ 6,750.00 | 03/15/05 | XTX3A-1 | IIIA | Harris Uniforms |
| | 382034006 | HILLSBORO CITY | OR | 4063 | 3 | 06/22/00 | 2000 | $ 500.00 | $ 1,500.00 | $ 9,461.35 | 03/30/04 | $ 9,461.35 | 04/20/04 | XTX3A-1 | IIIA | Harris Uniform Company |
| | 313018007 | HILLSBOROUGH TOWNSHIP | NJ | 4007 | 10 | 07/12/03 | 2003 | $ 996.00 | $ 9,960.00 | $ 4,980.00 | 10/15/03 | $ 4,980.00 | 10/29/03 | 3AXTZX-1 | IIIA | lawmen supply company of new jersey |
| | 313018007 | HILLSBOROUGH TOWNSHIP | NJ | 4007 | 1 | 01/09/02 | 2002 | $ 996.00 | $ 996.00 | $ 498.00 | 01/28/02 | $ 498.00 | 02/15/02 | 3AXTZX-1 | IIIA | Lawman Supply |
| | 313018007 | HILLSBOROUGH TOWNSHIP | NJ | 4007 | 1 | 07/21/02 | 2002 | $ 996.00 | $ 996.00 | $ 498.00 | 07/26/02 | $ 498.00 | 09/05/02 | 3AXTZX-1 | IIIA | Lawman Supply |
| | 313018007 | HILLSBOROUGH TOWNSHIP | NJ | 4007 | 2 | 10/09/02 | 2002 | $ 996.00 | $ 1,992.00 | $ 996.00 | 10/09/02 | $ 996.00 | 10/24/02 | 3AXTZX-1 | IIIA | Lawman Supply |
| | 313018007 | HILLSBOROUGH TOWNSHIP | NJ | 4007 | 3 | 05/15/02 | 2002 | $ 996.00 | $ 2,988.00 | $ 1,494.00 | 07/09/02 | $ 1,494.00 | 07/29/02 | 3AXTZX-1 | IIIA | Lawman Supply |
| | 313018007 | HILLSBOROUGH TOWNSHIP | NJ | 4007 | 6 | 08/29/01 | 2001 | $ 996.00 | $ 5,976.00 | $ 2,988.00 | 08/29/01 | $ 2,988.00 | 09/27/01 | 3AXTZX-1 | IIIA | Lawman Supply Company |
| | 313018007 | HILLSBOROUGH TOWNSHIP | NJ | 4007 | 7 | 02/09/05 | 2005 | $ 649.00 | $ 4,543.00 | $ 2,271.50 | 02/10/05 | $ 2,271.50 | 02/23/05 | 3AXTZX-1 | IIIA | Lawman's Supply |
| | 313018007 | HILLSBOROUGH TOWNSHIP | NJ | 4007 | 8 | 08/29/02 | 2002 | $ 996.00 | $ 7,968.00 | $ 3,984.00 | 09/06/02 | $ 3,984.00 | 09/26/02 | 3AXTZX-1 | IIIA | Lawman Supply |
| | 01708 | HOBART-LAWRENCE TOWNSHIP | WI | 4049 | 1 | 05/15/05 | 2005 | $ 700.00 | $ 700.00 | $ 350.00 | 09/19/05 | $ 350.00 | 11/03/05 | XTX2-1 | II | STREICHER'S-MILWAUKEE |
| | 362048003 | HOLLAND VILLAGE | OH | 4051 | 2 | 07/18/02 | 2002 | $ 600.00 | $ 1,200.00 | $ 600.00 | 12/18/02 | $ 600.00 | 01/23/03 | XTZX2-1 | II | Superior Uniform Sales, Inc. |
| | 102006007 | HOLLYWOOD CITY | FL | 4051 | 20 | 04/17/02 | 2002 | $ 772.00 | $ 15,440.00 | $ 10,627.00 | 07/18/02 | $ 10,627.00 | 09/05/02 | XTZX2-1 | II | LAW ENFORCEMENT SUPPLY |
| | 102006007 | HOLLYWOOD CITY | FL | 4051 | 2 | 05/30/02 | 2002 | $ 772.00 | $ 1,544.00 | $ 10,627.00 | 07/18/02 | $ 10,627.00 | 09/05/02 | XTZX2-1 | II | LAW ENFORCEMENT SUPPLY |
| | 102006007 | HOLLYWOOD CITY | FL | 4051 | 5 | 06/13/02 | 2002 | $ 772.00 | $ 3,860.00 | $ 10,627.00 | 07/18/02 | $ 10,627.00 | 09/05/02 | XTZX2-1 | II | LAW ENFORCEMENT SUPPLY |
| | 251026026 | HOLMES COUNTY | MS | 4051 | 2 | 12/06/01 | 2001 | $ 517.36 | $ 1,034.72 | $ 517.36 | 12/10/01 | $ 517.36 | 01/04/02 | XTZX2-1 | II | Mid South Uniform & Supply, Inc. |
| | 442074005 | HONEY GROVE CITY | TX | 4030 | 2 | 10/25/03 | 2003 | $ 852.90 | $ 1,705.80 | $ 852.90 | 11/07/03 | $ 852.90 | 12/13/03 | 3AXTZX | IIIA | G. T. Distributors |
| | 242027012 | HOPKINS CITY | MN | 4020 | 1 | 10/17/02 | 2002 | $ 679.95 | $ 679.95 | $ 7,513.42 | 10/24/02 | $ 7,513.42 | 11/15/02 | XTX2A-1 | IIA | Streicher's Police Equipment - Minneapolis |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

Exhibit 7

**Armor Holdings Z Shield Related BVP Reimbursement Spreadsheet**

| Sampled | AGENCY ID | AGENCY NAME | STATE | MODEL ID | QTY RECEIVED | DATE RECEIVED | YEAR RECEIVED | UNIT PRICE | EXTENDED PRICE | AMOUNT REQUESTED | DATE REQUESTED | AMOUNT PAID | DATE PAID | MODEL NAME | THREAT LEVEL | DISTRIBUTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 242027012 | HOPKINS CITY | MN | 4030 | 1 | 02/14/04 | 2004 | $ 815.00 | $ 815.00 | $ 422.50 | 02/17/04 | $ 422.50 | 03/17/04 | 3AXTZX | IIIA | Southern Police Equipment Co. (VA) |
| | 242027012 | HOPKINS CITY | MN | 4051 | 1 | 08/07/02 | 2002 | $ 850.00 | $ 850.00 | $ 7,513.42 | 10/24/02 | $ 7,513.42 | 11/15/02 | XTZX2-1 | II | Uniforms Unlimited |
| | 242027012 | HOPKINS CITY | MN | 4051 | 1 | 09/19/03 | 2003 | $ 840.00 | $ 840.00 | $ 670.00 | 09/30/03 | $ 670.00 | 10/17/03 | XTZX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027012 | HOPKINS CITY | MN | 4063 | 1 | 10/15/02 | 2002 | $ 899.95 | $ 899.95 | $ 7,513.42 | 10/24/02 | $ 7,513.42 | 11/15/02 | XTX3A-1 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 242027012 | HOPKINS CITY | MN | 4706 | 1 | 02/03/05 | 2005 | $ 779.95 | $ 779.95 | $ 389.98 | 03/29/05 | $ 389.98 | 06/24/05 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| | 242027012 | HOPKINS CITY | MN | 4706 | 1 | 02/16/04 | 2004 | $ 779.95 | $ 779.95 | $ 389.98 | 02/17/04 | $ 389.98 | 03/17/04 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| | 242027012 | HOPKINS CITY | MN | 4706 | 1 | 02/17/03 | 2003 | $ 779.95 | $ 779.95 | $ 1,917.35 | 08/11/03 | $ 1,917.35 | 08/29/03 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| | 242027012 | HOPKINS CITY | MN | 4706 | 1 | 01/17/05 | 2005 | $ 698.00 | $ 698.00 | $ 349.00 | 01/19/05 | $ 349.00 | 02/14/05 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| | 242027012 | HOPKINS CITY | MN | 4706 | 1 | 09/20/04 | 2004 | $ 779.95 | $ 779.95 | $ 389.98 | 09/22/04 | $ 389.98 | 10/14/04 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| X | 35000000090100 | NORTH DAKOTA STATE HIGHWAY PATROL | ND | 4049 | 10 | 05/29/02 | 2002 | $ 609.26 | $ 6,092.60 | $ 8,782.75 | 06/05/03 | $ 8,782.75 | 06/25/03 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027012 | HOPKINS CITY | MN | 4706 | 1 | 12/31/02 | 2002 | $ 679.95 | $ 679.95 | $ 1,917.35 | 08/11/03 | $ 1,917.35 | 08/29/03 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| | 242027012 | HOPKINS CITY | MN | 4706 | 1 | 07/31/03 | 2003 | $ 779.95 | $ 779.95 | $ 1,917.35 | 08/11/03 | $ 1,917.35 | 08/29/03 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| X | 242027027 | ORONO CITY | MN | 4049 | 2 | 05/23/03 | 2003 | $ 779.95 | $ 1,559.90 | $ 779.95 | 01/02/04 | $ 779.95 | 02/03/04 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 482014004 | HOQUIAM CITY | WA | 4051 | 1 | 05/20/03 | 2003 | $ 545.00 | $ 545.00 | $ 301.47 | 07/01/03 | $ 301.47 | 08/06/03 | XTZX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| X | 132040003 | OSBURN CITY | ID | 4049 | 2 | 08/31/04 | 2004 | $ 700.00 | $ 1,400.00 | $ 700.00 | 09/08/04 | $ 700.00 | 09/24/04 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482014004 | HOQUIAM CITY | WA | 4051 | 8 | 03/15/04 | 2004 | $ 680.00 | $ 5,440.00 | $ 2,998.18 | 03/16/04 | $ 2,998.18 | 04/23/04 | XTZX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 502014005 | HORICON CITY | WI | 4049 | 1 | 04/09/02 | 2002 | $ 763.50 | $ 763.50 | $ 1,786.75 | 10/31/02 | $ 1,786.75 | 11/15/02 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 502014005 | HORICON CITY | WI | 4049 | 2 | 09/04/03 | 2003 | $ 750.00 | $ 1,500.00 | $ 757.25 | 09/05/03 | $ 757.25 | 09/26/03 | XTX2-1 | II | STREICHER'S-MILWAUKEE |
| | 332008003 | HORSEHEADS VILLAGE | NY | 4051 | 14 | 08/28/02 | 2002 | $ 830.00 | $ 11,620.00 | $ 6,247.50 | 09/17/02 | $ 6,247.50 | 10/09/02 | XTZX2-1 | II | united uniform company |
| | 332008003 | HORSEHEADS VILLAGE | NY | 4051 | 1 | 11/18/02 | 2002 | $ 830.00 | $ 830.00 | $ 415.00 | 11/25/02 | $ 415.00 | 12/18/02 | XTZX2-1 | II | united uniform company |
| | 393046007 | HORSHAM TOWNSHIP | PA | 4051 | 3 | 01/02/03 | 2003 | $ 879.00 | $ 2,637.00 | $ 1,318.50 | 01/14/03 | $ 1,318.50 | 01/28/03 | XTZX2-1 | II | SAFETY LEAGUE |
| | 241028028 | HOUSTON COUNTY | MN | 4049 | 2 | 02/11/02 | 2002 | $ 650.00 | $ 1,300.00 | $ 1,405.00 | 02/13/02 | $ 1,405.00 | 03/11/02 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 241029029 | HUBBARD COUNTY | MN | 4030 | 4 | 02/05/03 | 2003 | $ 802.11 | $ 3,208.44 | $ 1,623.95 | 08/27/03 | $ 1,623.95 | 09/16/03 | 3AXTZX | IIIA | Streicher's Police Equipment - Minneapolis |
| | 362057601 | HUBER HEIGHTS CITY | OH | 4030 | 11 | 07/11/05 | 2005 | $ 625.00 | $ 6,875.00 | $ 4,032.50 | 07/13/05 | $ 4,032.50 | 10/19/05 | 3AXTZX | IIIA | Roy Tailors Uniform Co of Columbus |
| | 362057601 | HUBER HEIGHTS CITY | OH | 4030 | 1 | 01/23/04 | 2004 | $ 625.00 | $ 625.00 | $ 602.43 | 05/03/04 | $ 602.43 | 06/01/04 | 3AXTZX | IIIA | Roy Tailors Uniform Co of Columbus |
| | 362057601 | HUBER HEIGHTS CITY | OH | 4030 | 1 | 06/30/04 | 2004 | $ 595.00 | $ 595.00 | $ 297.50 | 08/10/04 | $ 297.50 | 08/26/04 | 3AXTZX | IIIA | Roy Tailors Uniform Co of Columbus |
| | 362057601 | HUBER HEIGHTS CITY | OH | 4030 | 2 | 12/07/04 | 2004 | $ 595.00 | $ 1,190.00 | $ 4,032.50 | 07/13/05 | $ 4,032.50 | 10/19/05 | 3AXTZX | IIIA | Roy Tailors Uniform Co of Columbus |
| | 362057601 | HUBER HEIGHTS CITY | OH | 4030 | 2 | 12/07/04 | 2004 | $ 595.00 | $ 1,190.00 | $ 595.00 | 12/29/04 | $ 595.00 | 01/20/05 | 3AXTZX | IIIA | Roy Tailors Uniform Co of Columbus |
| | 502056005 | HUDSON CITY | WI | 4051 | 1 | 10/09/02 | 2002 | $ 849.95 | $ 849.95 | $ 424.98 | 11/17/03 | $ 424.98 | 12/24/03 | XTZX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 223009020 | HUDSON TOWN | MA | 4051 | 2 | 07/30/03 | 2003 | $ 684.00 | $ 1,368.00 | $ 684.00 | 08/28/03 | $ 684.00 | 09/16/03 | XTZX2-1 | II | Amber Blue Inc. |
| | 223009020 | HUDSON TOWN | MA | 4051 | 2 | 05/31/02 | 2002 | $ 747.00 | $ 1,494.00 | $ 747.00 | 06/05/02 | $ 747.00 | 07/17/02 | XTZX2-1 | II | Central Equipment Company |
| X | 172046013 | PRAIRIE VILLAGE CITY | KS | 4794 | 1 | 11/01/04 | 2004 | $ 605.00 | $ 605.00 | $ 605.00 | 11/29/04 | $ 605.00 | 12/13/04 | XTX3A-2 | IIIA | Law Enforcement Equipment Company |
| | 52019021 | HUNTINGTON PARK CITY | CA | 4030 | 1 | 06/15/04 | 2004 | $ 1,077.63 | $ 1,077.63 | $ 579.89 | 01/24/05 | $ 579.89 | 02/14/05 | 3AXTZX | IIIA | Aardvark Tactical, Inc |
| | 52019021 | HUNTINGTON PARK CITY | CA | 4030 | 2 | 04/30/04 | 2004 | $ 995.50 | $ 1,991.00 | $ 1,036.57 | 06/10/04 | $ 1,036.57 | 07/06/04 | 3AXTZX | IIIA | Aardvark Tactical, Inc |
| | 52019021 | HUNTINGTON PARK CITY | CA | 4063 | 1 | 03/01/05 | 2005 | $ 850.00 | $ 850.00 | $ 811.88 | 03/17/05 | $ 811.88 | 06/24/05 | XTX3A-1 | IIIA | Aardvark Tactical, Inc |
| | 52019021601000 | HUNTINGTON PARK POLICE DEPT | CA | 4007 | 1 | 10/30/03 | 2003 | $ 995.50 | $ 995.50 | $ 538.82 | 02/02/04 | $ 538.82 | 02/27/04 | 3AXTZX-1 | IIIA | Aardvark Tactical, Inc |
| | 52019021601000 | HUNTINGTON PARK POLICE DEPT | CA | 4007 | 1 | 01/14/04 | 2004 | $ 995.50 | $ 6,968.50 | $ 3,771.70 | 02/04/04 | $ 3,771.70 | 02/27/04 | 3AXTZX-1 | IIIA | Aardvark Tactical, Inc |
| | 52019021601000 | HUNTINGTON PARK POLICE DEPT | CA | 4030 | 12 | 08/04/03 | 2003 | $ 995.50 | $ 11,946.00 | $ 6,465.78 | 08/12/03 | $ 6,465.78 | 08/29/03 | 3AXTZX | IIIA | Aardvark Tactical, Inc |
| | 452027003 | HURRICANE CITY | UT | 4007 | 4 | 11/02/04 | 2004 | $ 850.00 | $ 3,400.00 | $ 1,719.47 | 02/04/05 | $ 1,719.47 | 02/23/05 | 3AXTZX-1 | IIIA | Aardvark Tactical, Inc |
| | 242043004 | HUTCHINSON CITY | MN | 4706 | 1 | 12/11/04 | 2004 | $ 822.00 | $ 822.00 | $ 1,106.13 | 12/20/04 | $ 1,106.13 | 01/20/05 | XTX2-2 | II | JACK'S UNIFORMS & EQUIPMENT |
| | 242043004 | HUTCHINSON CITY | MN | 4706 | 2 | 04/06/05 | 2005 | $ 749.00 | $ 1,498.00 | $ 1,675.78 | 04/15/05 | $ 1,675.78 | 06/24/05 | XTX2-2 | II | JACK'S UNIFORMS & EQUIPMENT |
| | 242043004 | HUTCHINSON CITY | MN | 4706 | 2 | 04/06/05 | 2005 | $ 898.80 | $ 1,797.60 | $ 1,675.78 | 04/15/05 | $ 1,675.78 | 06/24/05 | XTX2-2 | II | JACK'S UNIFORMS & EQUIPMENT |
| | 242043004 | HUTCHINSON CITY | MN | 4706 | 2 | 12/11/04 | 2004 | $ 685.00 | $ 1,370.00 | $ 1,106.13 | 12/20/04 | $ 1,106.13 | 01/20/05 | XTX2-2 | II | JACK'S UNIFORMS & EQUIPMENT |
| | 442152001 | IDALOU TOWN | TX | 4706 | 1 | 10/27/05 | 2005 | $ 549.99 | $ 1,099.98 | $ 553.49 | 12/12/05 | $ 553.49 | 03/16/05 | XTX2-2 | II | Special-Ops Uniforms Inc. |
| | 182059009 | INDEPENDENCE CITY | KY | 4051 | 1 | 01/03/03 | 2003 | $ 795.00 | $ 795.00 | $ 397.50 | 01/16/03 | $ 397.50 | 02/14/03 | XTZX2-1 | II | ROY TAILOR UNIFORM CO. FO COLUMBUS OH |
| | 242027503 | INDEPENDENCE CITY | MN | 4049 | 1 | 03/07/05 | 2005 | $ 835.95 | $ 835.95 | $ 1,174.95 | 04/21/05 | $ 1,174.95 | 06/24/05 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027503 | INDEPENDENCE CITY | MN | 4049 | 1 | 03/07/05 | 2005 | $ 835.95 | $ 835.95 | $ 1,174.95 | 04/21/05 | $ 1,174.95 | 06/24/05 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027503 | INDEPENDENCE CITY | MN | 4049 | 1 | 02/22/05 | 2005 | $ 678.00 | $ 678.00 | $ 1,174.95 | 04/21/05 | $ 1,174.95 | 06/24/05 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027503 | INDEPENDENCE CITY | MN | 4706 | 1 | 12/02/03 | 2003 | $ 679.95 | $ 679.95 | $ 339.98 | 12/12/03 | $ 339.98 | 01/12/04 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| | 242027503 | INDEPENDENCE CITY | MN | 4706 | 1 | 03/19/03 | 2003 | $ 669.00 | $ 669.00 | $ 334.50 | 07/25/03 | $ 334.50 | 08/25/03 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| | 362031016 | INDIAN HILL CITY | OH | 4049 | 1 | 01/05/05 | 2005 | $ 650.00 | $ 650.00 | $ 325.00 | 02/26/05 | $ 325.00 | 03/16/05 | XTX2-1 | II | Roy Tailor Uniform |
| X | 482038013 | PULLMAN CITY | WA | 4049 | 2 | 05/24/02 | 2002 | $ 725.00 | $ 1,450.00 | $ 3,574.65 | 05/29/02 | $ 3,574.65 | 06/27/02 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 362031016 | INDIAN HILL CITY | OH | 4051 | 1 | 06/02/03 | 2003 | $ 795.00 | $ 795.00 | $ 397.50 | 07/31/03 | $ 397.50 | 08/22/03 | XTZX2-1 | II | RotTailors Co.,Inc |
| | 362031016 | INDIAN HILL CITY | OH | 4051 | 1 | 08/16/04 | 2004 | $ 795.00 | $ 795.00 | $ 397.50 | 08/23/04 | $ 397.50 | 09/17/04 | XTZX2-1 | II | Roy Tailor Uniform |
| | 362031016 | INDIAN HILL CITY | OH | 4051 | 1 | 06/30/03 | 2003 | $ 894.95 | $ 894.95 | $ 447.48 | 07/31/03 | $ 447.48 | 08/22/03 | XTZX2-1 | II | Roy Tailors Uniform Co., Inc. |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

**Exhibit 7**

**Armor Holdings Z Shield Related BVP Reimbursement Spreadsheet**

| Sampled | AGENCY ID | AGENCY NAME | STATE | MODEL ID | QTY RECEIVED | DATE RECEIVED | YEAR RECEIVED | UNIT PRICE | EXTENDED PRICE | AMOUNT REQUESTED | DATE REQUESTED | AMOUNT PAID | DATE PAID | MODEL NAME | THREAT LEVEL | DISTRIBUTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 362031016 | INDIAN HILL CITY | OH | 4051 | 2 | 09/12/01 | 2001 | $ 795.00 | $ 1,590.00 | $ 2,457.50 | 06/04/02 | $ 2,457.50 | 07/22/02 | XTZX2-1 | II | Roy Tailors Uniform Co., Inc. |
| | 362031016 | INDIAN HILL CITY | OH | 4051 | 2 | 08/29/03 | 2003 | $ 894.00 | $ 1,788.00 | $ 2,394.00 | 10/08/03 | $ 2,394.00 | 10/29/03 | XTZX2-1 | II | Roy Tailors Uniform Co., Inc. |
| | 362031016 | INDIAN HILL CITY | OH | 4051 | 5 | 08/23/03 | 2003 | $ 894.00 | $ 4,470.00 | $ 2,235.00 | 08/24/03 | $ 2,235.00 | 09/16/03 | XTZX2-1 | II | Roy Tailors Uniform Co., Inc. |
| | 102031501 | INDIAN RIVER SHORES CITY | FL | 4049 | 22 | 09/12/02 | 2002 | $ 806.76 | $ 17,748.72 | $ 8,874.36 | 09/27/02 | $ 8,874.36 | 10/09/02 | XTX2-1 | II | Law Enforcement Supply Co., Inc |
| | 52033009 | INDIO CITY | CA | 4063 | 1 | 10/19/04 | 2004 | $ 607.92 | $ 607.92 | $ 328.61 | 02/22/06 | $ 328.61 | 09/13/06 | XTX3A-1 | IIIA | Galls Incorporated |
| | 99192 | INGLESIDE CITY | TX | 4030 | 3 | 01/07/05 | 2005 | $ 638.32 | $ 1,914.96 | $ 2,729.34 | 08/11/05 | $ 2,729.34 | 10/11/05 | 3AXTZX | IIIA | Manny Trevino Enterprises |
| | 99192 | INGLESIDE CITY | TX | 4030 | 4 | 09/26/03 | 2003 | $ 886.00 | $ 3,544.00 | $ 1,778.36 | 11/19/03 | $ 1,778.36 | 12/24/03 | 3AXTZX | IIIA | Galls Incorporated |
| | 99192 | INGLESIDE CITY | TX | 4793 | 2 | 09/26/03 | 2003 | $ 715.24 | $ 1,430.48 | $ 721.60 | 11/19/03 | $ 721.60 | 12/24/03 | XTX2A-2 | IIA | Galls Incorporated |
| | 99192 | INGLESIDE CITY | TX | 4793 | 6 | 01/07/05 | 2005 | $ 583.12 | $ 3,498.72 | $ 2,729.34 | 08/11/05 | $ 2,729.34 | 10/11/05 | XTX2A-2 | IIA | Manny Trevino Enterprises |
| X | 482017020 | RENTON CITY | WA | 4049 | 24 | 03/16/04 | 2004 | $ 695.00 | $ 16,680.00 | $ 8,375.00 | 03/26/04 | $ 8,375.00 | 04/20/04 | XTX2-1 | II | Blumenthal Uniforms & Equipment |
| | 501025025 | IOWA COUNTY | WI | 4007 | 2 | 12/09/03 | 2003 | $ 551.50 | $ 1,103.00 | $ 1,103.00 | 01/12/04 | $ 1,103.00 | 02/03/04 | 3AXTZX-1 | IIIA | Advance protective Devices |
| X | 252045004 | RIDGELAND CITY | MS | 4049 | 2 | 10/12/04 | 2004 | $ 656.56 | $ 1,313.12 | $ 656.56 | 10/12/04 | $ 656.56 | 11/03/04 | XTX2-1 | II | Mid South Uniform & Supply, Inc. |
| | 501025025 | IOWA COUNTY | WI | 4007 | 5 | 07/23/03 | 2003 | $ 521.00 | $ 2,605.00 | $ 1,302.50 | 08/08/03 | $ 1,302.50 | 08/29/03 | 3AXTZX-1 | IIIA | Advanced Protective Devices |
| | 241030030 | ISANTI COUNTY | MN | 4063 | 1 | 11/03/04 | 2004 | $ 995.00 | $ 995.00 | $ 497.50 | 11/09/04 | $ 497.50 | 11/24/04 | XTX3A-1 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 241032032 | JACKSON COUNTY | MN | 4051 | 1 | 03/31/04 | 2004 | $ 890.00 | $ 890.00 | $ 457.48 | 04/23/04 | $ 457.48 | 05/17/04 | XTZX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 241032032 | JACKSON COUNTY | MN | 4794 | 3 | 08/07/03 | 2003 | $ 890.00 | $ 2,670.00 | $ 1,335.00 | 12/11/03 | $ 1,335.00 | 01/07/04 | XTX2A-2 | IIA | Streicher's Police Equipment - Minneapolis |
| | 261048048 | JACKSON COUNTY | MO | 4063 | 15 | 04/26/05 | 2005 | $ 749.95 | $ 11,249.25 | $ 5,624.63 | 05/11/05 | $ 5,624.63 | 06/24/05 | XTX3A-1 | IIIA | ED ROEHR SAFETY PRODUCTS |
| | 341050050 | JACKSON COUNTY | NC | 4030 | 24 | 09/17/03 | 2003 | $ 605.00 | $ 14,520.00 | $ 7,514.10 | 09/29/03 | $ 7,514.10 | 10/17/03 | 3AXTZX | IIIA | Public Safety Warehouse |
| | 512020001 | JACKSON TOWN | WY | 4051 | 6 | 09/22/03 | 2003 | $ 850.00 | $ 5,100.00 | $ 2,560.00 | 09/23/03 | $ 2,560.00 | 10/17/03 | XTZX2-1 | II | COP SHOP ETC. |
| | 363076003 | JACKSON TOWNSHIP | OH | 4051 | 1 | 04/15/03 | 2003 | $ 795.00 | $ 795.00 | $ 1,617.94 | 07/28/04 | $ 1,617.94 | 08/18/04 | XTZX2-1 | II | ROY TAILOR UNIFORM CO. FO COLUMBUS OH |
| | 342067002 | JACKSONVILLE CITY | NC | 4051 | 1 | 06/15/04 | 2004 | $ 875.00 | $ 875.00 | $ 2,653.65 | 06/29/04 | $ 2,653.65 | 07/12/04 | XTZX2-1 | II | Lawman's Safety Supply, Inc. |
| | 342067002 | JACKSONVILLE CITY | NC | 4051 | 2 | 02/24/04 | 2004 | $ 875.00 | $ 1,750.00 | $ 885.08 | 04/12/04 | $ 885.08 | 05/17/04 | XTZX2-1 | II | Lawmens Safety Supply Inc. |
| | 342067002 | JACKSONVILLE CITY | NC | 4051 | 2 | 06/30/04 | 2004 | $ 875.00 | $ 1,750.00 | $ 881.91 | 10/15/04 | $ 881.91 | 11/03/04 | XTZX2-1 | II | Lawman's Safety Supply, Inc. |
| | 342067002 | JACKSONVILLE CITY | NC | 4051 | 4 | 12/01/03 | 2003 | $ 875.00 | $ 3,500.00 | $ 1,765.63 | 01/20/04 | $ 1,765.63 | 02/13/04 | XTZX2-1 | II | Lawmens Safety Supply Inc. |
| | 342067002 | JACKSONVILLE CITY | NC | 4051 | 5 | 06/11/04 | 2004 | $ 875.00 | $ 4,375.00 | $ 2,653.65 | 06/29/04 | $ 2,653.65 | 07/12/04 | XTZX2-1 | II | Lawman's Safety Supply, Inc. |
| | 471048048 | JAMES CITY COUNTY | VA | 4051 | 1 | 05/17/04 | 2004 | $ 712.00 | $ 712.00 | $ 2,719.95 | 01/10/05 | $ 2,719.95 | 02/04/05 | XTZX2-1 | II | Southern Police Equipment Co. (VA) |
| | 471048048 | JAMES CITY COUNTY | VA | 4051 | 1 | 01/29/04 | 2004 | $ 712.00 | $ 712.00 | $ 3,812.00 | 04/08/04 | $ 3,812.00 | 05/17/04 | XTZX2-1 | II | Southern Police Equipment Co. (VA) |
| | 471048048 | JAMES CITY COUNTY | VA | 4051 | 2 | 09/09/03 | 2003 | $ 712.00 | $ 1,424.00 | $ 2,545.00 | 10/17/03 | $ 2,545.00 | 11/21/03 | XTZX2-1 | II | Southern Police Equipment Co. (VA) |
| X | 242027030 | ROBBINSDALE CITY | MN | 4706 | 1 | 07/06/05 | 2005 | $ 779.95 | $ 779.95 | $ 389.98 | 03/15/06 | $ 389.98 | 09/13/06 | XTX2-2 | II | Streicher's Police Equipement |
| | 471048048 | JAMES CITY COUNTY | VA | 4051 | 5 | 03/30/04 | 2004 | $ 712.00 | $ 3,560.00 | $ 3,812.00 | 04/08/04 | $ 3,812.00 | 05/17/04 | XTZX2-1 | II | Southern Police Equipment Co. (VA) |
| | 312012005 | JAMESBURG BOROUGH | NJ | 4007 | 1 | 09/03/03 | 2003 | $ 996.00 | $ 996.00 | $ 498.00 | 09/04/03 | $ 498.00 | 09/26/03 | 3AXTZX-1 | IIIA | Lawmen Supply Company of New Jersey, Inc |
| | 312012005 | JAMESBURG BOROUGH | NJ | 4007 | 1 | 06/19/03 | 2003 | $ 996.00 | $ 996.00 | $ 498.00 | 07/08/03 | $ 498.00 | 08/06/03 | 3AXTZX-1 | IIIA | Lawmen Supply Company of New Jersey, Inc |
| | 312012005 | JAMESBURG BOROUGH | NJ | 4007 | 1 | 05/24/04 | 2004 | $ 996.00 | $ 996.00 | $ 498.00 | 06/17/04 | $ 498.00 | 07/12/04 | 3AXTZX-1 | IIIA | Lawman Supply Company of New Jersey, Inc. |
| | 312012005 | JAMESBURG BOROUGH | NJ | 4007 | 4 | 08/09/05 | 2005 | $ 649.00 | $ 2,596.00 | $ 1,298.00 | 09/07/05 | $ 1,298.00 | 11/03/05 | 3AXTZX-1 | IIIA | Lawman Supply Company of New Jersey, Inc |
| | 312012005 | JAMESBURG BOROUGH | NJ | 4007 | 9 | 01/27/04 | 2004 | $ 996.00 | $ 8,964.00 | $ 4,482.00 | 02/06/04 | $ 4,482.00 | 02/26/04 | 3AXTZX-1 | IIIA | Lawman Supply Company of New Jersey, Inc. |
| | 432058503 | JASPER TOWN | TN | 4706 | 7 | 04/07/05 | 2005 | $ 335.00 | $ 2,345.00 | $ 1,172.50 | 04/22/05 | $ 1,172.50 | 06/24/05 | XTX2-2 | II | G.T. DISTIBTORS |
| | 381016016 | JEFFERSON COUNTY | OR | 4063 | 4 | 04/20/05 | 2005 | $ 783.00 | $ 783.00 | $ 1,911.50 | 04/23/05 | $ 1,911.50 | 06/24/05 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 381016016 | JEFFERSON COUNTY | OR | 4063 | 1 | 07/22/05 | 2005 | $ 600.00 | $ 600.00 | $ 312.50 | 07/22/05 | $ 312.50 | 10/19/05 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 381016016 | JEFFERSON COUNTY | OR | 4794 | 1 | 06/18/04 | 2004 | $ 783.00 | $ 783.00 | $ 691.50 | 07/29/04 | $ 691.50 | 08/18/04 | XTX3A-2 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 391033033 | JEFFERSON COUNTY | PA | 4051 | 5 | 11/20/03 | 2003 | $ 884.94 | $ 4,424.70 | $ 2,654.82 | 12/09/03 | $ 2,654.82 | 01/12/04 | XTZX2-1 | II | SAFETY LEAGUE INC. |
| | 501028028 | JEFFERSON COUNTY | WI | 4063 | 4 | 12/21/04 | 2004 | $ 850.00 | $ 3,400.00 | $ 1,700.00 | 12/27/04 | $ 1,700.00 | 01/20/05 | XTX3A-1 | IIIA | STREICHER'S-MILWAUKEE |
| | 262095045 | JENNINGS CITY | MO | 4706 | 22 | 09/01/04 | 2004 | $ 570.00 | $ 12,540.00 | $ 6,270.00 | 09/11/04 | $ 6,270.00 | 09/24/04 | XTX2-2 | II | Ed. Roehr Radio Co., Inc. |
| | 441125125 | JIM WELLS COUNTY | TX | 4051 | 1 | 07/15/02 | 2002 | $ 849.95 | $ 849.95 | $ 12,479.25 | 07/15/02 | $ 12,479.25 | 07/29/02 | XTZX2-1 | II | GT Distributors |
| | 441125125 | JIM WELLS COUNTY | TX | 4051 | 26 | 06/05/02 | 2002 | $ 849.95 | $ 22,098.70 | $ 12,479.25 | 07/15/02 | $ 12,479.25 | 07/29/02 | XTZX2-1 | II | GT Distributors |
| | 141043043 | JO DAVIESS COUNTY | IL | 4049 | 7 | 09/08/03 | 2003 | $ 700.00 | $ 4,900.00 | $ 2,463.98 | 09/24/03 | $ 2,463.98 | 10/17/03 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 511010010 | JOHNSON COUNTY | WY | 4051 | 1 | 08/01/02 | 2002 | $ 971.95 | $ 971.95 | $ 3,725.78 | 12/03/02 | $ 3,725.78 | 12/31/02 | XTZX2-1 | II | Public Safety Warehouse |
| | 511010010 | JOHNSON COUNTY | WY | 4051 | 8 | 08/31/02 | 2002 | $ 809.95 | $ 6,479.60 | $ 3,725.78 | 12/03/02 | $ 3,725.78 | 12/31/02 | XTZX2-1 | II | Public Safety Warehouse |
| | 371035035 | JOHNSTON COUNTY | OK | 4049 | 7 | 09/22/03 | 2003 | $ 679.95 | $ 4,759.65 | $ 2,379.83 | 10/16/03 | $ 2,379.83 | 11/21/03 | XTX2-1 | II | GT Distributors -- Texas |
| | 172031001 | JUNCTION CITY | KS | 4051 | 2 | 05/21/02 | 2002 | $ 1,075.20 | $ 2,150.40 | $ 3,609.33 | 08/27/02 | $ 3,609.33 | 09/27/02 | XTZX2-1 | II | Law Enforcement Equipment Company |
| | 172031001 | JUNCTION CITY | KS | 4706 | 1 | 04/08/05 | 2005 | $ 750.00 | $ 750.00 | $ 1,000.00 | 04/11/05 | $ 1,000.00 | 06/24/05 | XTX2-2 | II | Ed Roehr Radio Co. |
| | 172031001 | JUNCTION CITY | KS | 4706 | 2 | 04/08/05 | 2005 | $ 625.00 | $ 1,250.00 | $ 1,000.00 | 04/11/05 | $ 1,000.00 | 06/24/05 | XTX2-2 | II | Ed Roehr Radio Co. |
| | 442126007 | KEENE CITY | TX | 4049 | 1 | 03/07/03 | 2003 | $ 821.95 | $ 821.95 | $ 410.98 | 07/16/03 | $ 410.98 | 08/25/03 | XTX2-1 | II | GT Distributors |
| | 442126007 | KEENE CITY | TX | 4049 | 3 | 12/19/02 | 2002 | $ 849.95 | $ 2,549.85 | $ 1,274.93 | 03/24/03 | $ 1,274.93 | 04/07/03 | XTX2-1 | II | GT Distributors |
| | 132040001 | KELLOGG CITY | ID | 4049 | 6 | 07/26/02 | 2002 | $ 735.00 | $ 4,410.00 | $ 2,224.00 | 08/01/02 | $ 2,224.00 | 09/30/02 | XTX2-1 | II | COP SHOP ETC. |
| | 482008003 | KELSO CITY | WA | 4063 | 1 | 12/03/04 | 2004 | $ 600.00 | $ 600.00 | $ 2,659.67 | 12/06/04 | $ 2,659.67 | 12/23/04 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482008003 | KELSO CITY | WA | 4063 | 1 | 04/17/04 | 2004 | $ 600.00 | $ 600.00 | $ 2,659.67 | 12/06/04 | $ 2,659.67 | 12/23/04 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482008003 | KELSO CITY | WA | 4063 | 2 | 03/12/04 | 2004 | $ 600.00 | $ 1,200.00 | $ 2,659.67 | 12/06/04 | $ 2,659.67 | 12/23/04 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 102044001 | KEY WEST CITY | FL | 4051 | 10 | 07/13/04 | 2004 | $ 767.00 | $ 7,670.00 | $ 8,820.50 | 09/20/04 | $ 8,820.50 | 10/14/04 | XTZX2-1 | II | LAW ENFORCEMENT SUPPLY |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

Exhibit 7

**Armor Holdings Z Shield Related BVP Reimbursement Spreadsheet**

| Sampled | AGENCY ID | AGENCY NAME | STATE | MODEL ID | QTY RECEIVED | DATE RECEIVED | YEAR RECEIVED | UNIT PRICE | EXTENDED PRICE | AMOUNT REQUESTED | DATE REQUESTED | AMOUNT PAID | DATE PAID | MODEL NAME | THREAT LEVEL | DISTRIBUTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 102044001 | KEY WEST CITY | FL | 4051 | 1 | 06/03/04 | 2004 | $ 767.00 | $ 767.00 | 8,820.50 | 09/20/04 | $ 8,820.50 | 10/14/04 | XTZX2-1 | II | LAW ENFORCEMENT SUPPLY |
| | 102044001 | KEY WEST CITY | FL | 4051 | 1 | 03/03/04 | 2004 | $ 767.00 | $ 767.00 | 8,820.50 | 09/20/04 | $ 8,820.50 | 10/14/04 | XTZX2-1 | II | LAW ENFORCEMENT SUPPLY |
| | 102044001 | KEY WEST CITY | FL | 4051 | 1 | 06/15/04 | 2004 | $ 767.00 | $ 767.00 | 8,820.50 | 09/20/04 | $ 8,820.50 | 10/14/04 | XTZX2-1 | II | LAW ENFORCEMENT SUPPLY |
| | 102044001 | KEY WEST CITY | FL | 4051 | 1 | 02/25/04 | 2004 | $ 767.00 | $ 767.00 | 8,820.50 | 09/20/04 | $ 8,820.50 | 10/14/04 | XTZX2-1 | II | Law Enforcement Supply Co. |
| | 102044001 | KEY WEST CITY | FL | 4051 | 1 | 09/30/02 | 2002 | $ 248.43 | $ 248.43 | 2,701.24 | 04/07/03 | $ 2,701.24 | 05/14/03 | XTZX2-1 | II | LAW ENFORCEMENT SUPPLY |
| | 102044001 | KEY WEST CITY | FL | 4051 | 2 | 07/12/04 | 2004 | $ 767.00 | $ 1,534.00 | 8,820.50 | 09/20/04 | $ 8,820.50 | 10/14/04 | XTZX2-1 | II | LAW ENFORCEMENT SUPPLY |
| | 102044001 | KEY WEST CITY | FL | 4051 | 2 | 06/14/04 | 2004 | $ 767.00 | $ 1,534.00 | 8,820.50 | 09/20/04 | $ 8,820.50 | 10/14/04 | XTZX2-1 | II | LAW ENFORCEMENT SUPPLY |
| | 102044001 | KEY WEST CITY | FL | 4051 | 4 | 09/30/02 | 2002 | $ 806.76 | $ 3,227.04 | 2,701.24 | 04/07/03 | $ 2,701.24 | 05/14/03 | XTZX2-1 | II | Law Enforcement Supply Co., Inc |
| | 102044001 | KEY WEST CITY | FL | 4051 | 5 | 07/12/04 | 2004 | $ 767.00 | $ 3,835.00 | 8,820.50 | 09/20/04 | $ 8,820.50 | 10/14/04 | XTZX2-1 | II | LAW ENFORCEMENT SUPPLY |
| | 442014003 | KILLEEN CITY | TX | 4007 | 1 | 01/03/03 | 2003 | $ 1,095.95 | $ 1,095.95 | 2,470.98 | 01/27/04 | $ 2,470.98 | 02/13/04 | 3AXTZX-1 | IIIA | GT Distributors |
| | 442014003 | KILLEEN CITY | TX | 4007 | 1 | 12/09/02 | 2002 | $ 1,095.95 | $ 1,095.95 | 2,470.98 | 01/27/04 | $ 2,470.98 | 02/13/04 | 3AXTZX-1 | IIIA | GT Distributors |
| | 442014003 | KILLEEN CITY | TX | 4007 | 1 | 09/26/03 | 2003 | $ 899.95 | $ 899.95 | 2,470.98 | 01/27/04 | $ 2,470.98 | 02/13/04 | 3AXTZX-1 | IIIA | GT Distributors |
| | 442014003 | KILLEEN CITY | TX | 4007 | 1 | 12/31/02 | 2002 | $ 1,095.95 | $ 1,095.95 | 2,470.98 | 01/27/04 | $ 2,470.98 | 02/13/04 | 3AXTZX-1 | IIIA | GT Distributors |
| | 442014003 | KILLEEN CITY | TX | 4007 | 1 | 12/31/02 | 2002 | $ 639.90 | $ 639.90 | 2,470.98 | 01/27/04 | $ 2,470.98 | 02/13/04 | 3AXTZX-1 | IIIA | GT Distributors |
| | 442014003 | KILLEEN CITY | TX | 4794 | 1 | 09/08/05 | 2005 | $ 484.90 | $ 484.90 | 1,212.25 | 09/13/05 | $ 1,212.25 | 11/03/05 | XTX3A-2 | IIIA | GT Distributors |
| | 442014003 | KILLEEN CITY | TX | 4794 | 1 | 09/08/05 | 2005 | $ 484.90 | $ 484.90 | 1,212.25 | 09/13/05 | $ 1,212.25 | 11/03/05 | XTX3A-2 | IIIA | GT Distributors |
| | 442014003 | KILLEEN CITY | TX | 4794 | 1 | 09/08/05 | 2005 | $ 484.90 | $ 484.90 | 1,212.25 | 09/13/05 | $ 1,212.25 | 11/03/05 | XTX3A-2 | IIIA | GT Distributors |
| | 442014003 | KILLEEN CITY | TX | 4794 | 1 | 09/08/05 | 2005 | $ 484.90 | $ 484.90 | 1,212.25 | 09/13/05 | $ 1,212.25 | 11/03/05 | XTX3A-2 | IIIA | GT Distributors |
| | 442014003 | KILLEEN CITY | TX | 4794 | 8 | 11/10/04 | 2004 | $ 484.90 | $ 3,879.20 | 1,939.60 | 11/16/04 | $ 1,939.60 | 12/13/04 | XTX3A-2 | IIIA | GT Distributors |
| | 432058701 | KIMBALL TOWN | TN | 4051 | 1 | 08/11/03 | 2003 | $ 849.95 | $ 849.95 | 424.98 | 09/08/03 | $ 424.98 | 09/26/03 | XTZX2-1 | II | GT DISTIRBITORS |
| | 262050005 | KIMMSWICK CITY | MO | 4051 | 1 | 09/26/03 | 2003 | $ 770.00 | $ 770.00 | 385.00 | 07/05/04 | $ 385.00 | 07/21/04 | XTZX2-1 | II | ED ROEHR SAFETY PRODUCTS |
| | 112020001 | KINGSLAND CITY | GA | 4049 | 22 | 09/14/01 | 2001 | $ 356.60 | $ 7,185.20 | 4,321.80 | 01/10/02 | $ 4,321.80 | 02/06/02 | XTX2-1 | II | G.T. DISTIBITORS |
| | 112020001 | KINGSLAND CITY | GA | 4049 | 4 | 09/14/01 | 2001 | $ 364.60 | $ 1,458.40 | 4,321.80 | 01/10/02 | $ 4,321.80 | 02/06/02 | XTX2-1 | II | G.T. DISTIBITORS |
| | 332056002 | KINGSTON CITY | NY | 4051 | 40 | 10/02/03 | 2003 | $ 900.00 | $ 36,000.00 | 18,050.00 | 10/02/03 | $ 18,050.00 | 10/29/03 | XTZX2-1 | II | NEW ENGLAND UNIFORM |
| | 223012011 | KINGSTON TOWN | MA | 4051 | 24 | 07/16/01 | 2001 | $ 747.00 | $ 17,928.00 | 8,964.00 | 07/17/01 | $ 8,964.00 | 08/22/01 | XTZX2-1 | II | Central Equipment Company |
| | 342028602 | KITTY HAWK TOWN | NC | 4049 | 1 | 02/03/05 | 2005 | $ 675.00 | $ 675.00 | 365.79 | 02/24/05 | $ 365.79 | 03/16/05 | XTX2-1 | II | Lawman's Safety Supply, Inc. |
| | 342028602 | KITTY HAWK TOWN | NC | 4049 | 2 | 02/19/03 | 2003 | $ 650.00 | $ 1,300.00 | 704.57 | 03/11/03 | $ 704.57 | 03/28/03 | XTX2-1 | II | Lawman's Safety Supply, Inc. |
| | 342028602 | KITTY HAWK TOWN | NC | 4049 | 6 | 11/06/02 | 2002 | $ 650.00 | $ 3,900.00 | 2,088.97 | 01/10/03 | $ 2,088.97 | 01/28/03 | XTX2-1 | II | LAWMEN'S |
| | 141048048 | KNOX COUNTY | IL | 4051 | 2 | 07/25/03 | 2003 | $ 830.00 | $ 1,660.00 | 1,033.58 | 07/31/03 | $ 1,033.58 | 08/22/03 | XTZX2-1 | II | UNIFORM DEN INC. |
| | 141048048 | KNOX COUNTY | IL | 4051 | 30 | 10/02/02 | 2002 | $ 830.00 | $ 24,900.00 | 14,032.63 | 10/08/02 | $ 14,032.63 | 10/24/02 | XTZX2-1 | II | Uniform Den Inc |
| | 152034002 | KOKOMO CITY | IN | 4063 | 1 | 09/13/05 | 2005 | $ 739.00 | $ 739.00 | 1,955.00 | 09/13/05 | $ 1,955.00 | 11/03/05 | XTX3A-1 | IIIA | Pro-Tech Sales |
| | 152034002 | KOKOMO CITY | IN | 4063 | 1 | 06/24/05 | 2005 | $ 629.00 | $ 629.00 | 1,955.00 | 09/13/05 | $ 1,955.00 | 11/03/05 | XTX3A-1 | IIIA | Galls Incorporated |
| | 152034002 | KOKOMO CITY | IN | 4063 | 4 | 09/13/05 | 2005 | $ 623.00 | $ 2,492.00 | 1,955.00 | 09/13/05 | $ 1,955.00 | 11/03/05 | XTX3A-1 | IIIA | Pro-Tech Sales |
| | 152034002 | KOKOMO CITY | IN | 4794 | 2 | 07/08/05 | 2005 | $ 558.00 | $ 1,116.00 | 568.00 | 07/08/05 | $ 568.00 | 10/19/05 | XTX3A-2 | IIIA | Pro-Tech Sales |
| | 241036036 | KOOCHICHING COUNTY | MN | 4049 | 3 | 03/25/04 | 2004 | $ 779.95 | $ 2,339.85 | 1,184.90 | 03/31/04 | $ 1,184.90 | 04/21/04 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 241036036 | KOOCHICHING COUNTY | MN | 4051 | 1 | 10/30/03 | 2003 | $ 779.95 | $ 779.95 | 403.95 | 12/11/03 | $ 403.95 | 01/07/04 | XTZX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 241036036 | KOOCHICHING COUNTY | MN | 4051 | 5 | 08/28/02 | 2002 | $ 849.95 | $ 4,249.75 | 2,139.85 | 07/25/03 | $ 2,139.85 | 08/25/03 | XTZX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 502032003 | LA CROSSE CITY | WI | 4030 | 2 | 02/03/04 | 2004 | $ 994.00 | $ 1,988.00 | 14,866.50 | 02/12/04 | $ 14,866.50 | 02/27/04 | 3AXTZX | IIIA | Streicher's Police Equipment - Minneapolis |
| | 502032003 | LA CROSSE CITY | WI | 4049 | 2 | 06/03/05 | 2005 | $ 650.00 | $ 1,300.00 | 3,915.95 | 07/04/05 | $ 3,915.95 | 10/19/05 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 502032003 | LA CROSSE CITY | WI | 4051 | 11 | 10/20/03 | 2003 | $ 825.00 | $ 9,075.00 | 14,866.50 | 02/12/04 | $ 14,866.50 | 02/27/04 | XTZX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 502032003 | LA CROSSE CITY | WI | 4051 | 12 | 02/03/04 | 2004 | $ 825.00 | $ 9,900.00 | 14,866.50 | 02/12/04 | $ 14,866.50 | 02/27/04 | XTZX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 502032003 | LA CROSSE CITY | WI | 4051 | 2 | 02/22/05 | 2005 | $ 779.00 | $ 1,558.00 | 7,689.36 | 02/23/05 | $ 7,689.36 | 03/16/05 | XTZX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 502032003 | LA CROSSE CITY | WI | 4063 | 2 | 02/22/05 | 2005 | $ 979.00 | $ 1,958.00 | 7,689.36 | 02/23/05 | $ 7,689.36 | 03/16/05 | XTX3A-1 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 52030011 | LA HABRA CITY | CA | 4063 | 1 | 02/21/05 | 2005 | $ 529.95 | $ 529.95 | 10,794.26 | 03/09/05 | $ 10,794.26 | 03/23/05 | XTX3A-1 | IIIA | Galls Incorporated |
| | 52030011 | LA HABRA CITY | CA | 4063 | 1 | 05/30/01 | 2001 | $ 559.95 | $ 559.95 | 10,794.26 | 03/09/05 | $ 10,794.26 | 03/23/05 | XTX3A-1 | IIIA | Galls Incorporated |
| | 52030011 | LA HABRA CITY | CA | 4063 | 2 | 05/29/04 | 2004 | $ 529.95 | $ 1,059.90 | 10,794.26 | 03/09/05 | $ 10,794.26 | 03/23/05 | XTX3A-1 | IIIA | Galls Incorporated |
| | 52030011 | LA HABRA CITY | CA | 4063 | 8 | 12/18/02 | 2002 | $ 529.95 | $ 4,239.60 | 10,794.26 | 03/09/05 | $ 10,794.26 | 03/23/05 | XTX3A-1 | IIIA | Galls Incorporated |
| | 52030011 | LA HABRA CITY | CA | 4794 | 1 | 06/30/01 | 2001 | $ 530.00 | $ 530.00 | 10,794.26 | 03/09/05 | $ 10,794.26 | 03/23/05 | XTX3A-2 | IIIA | Galls Incorporated |
| X | 42060006 | SHERWOOD CITY | AR | 4049 | 1 | 07/02/01 | 2001 | $ 635.00 | $ 635.00 | 7,256.17 | 02/08/02 | $ 7,256.17 | 03/11/02 | XTX2-1 | II | Cruse Uniform & Equipment |
| | 142006009 | LADD VILLAGE | IL | 4051 | 4 | 10/20/03 | 2003 | $ 830.00 | $ 3,320.00 | 1,664.66 | 10/22/03 | $ 1,664.66 | 11/21/03 | XTZX2-1 | II | Uniform Den Inc |
| | 262095048 | LADUE CITY | MO | 4051 | 4 | 07/18/03 | 2003 | $ 770.00 | $ 3,080.00 | 1,540.00 | 07/21/03 | $ 1,540.00 | 08/21/03 | XTZX2-1 | II | ED ROEHR SAFETY PRODUCTS |
| | 62007003 | LAFAYETTE CITY | CO | 4049 | 2 | 04/25/01 | 2001 | $ 649.95 | $ 1,299.90 | 1,324.90 | 09/27/01 | $ 1,324.90 | 10/17/01 | XTX2-1 | II | TUXALL UNIFORM & EQUIPMENT COMPANY |
| | 232078005 | LAINGSBURG CITY | MI | 4794 | 1 | 04/09/04 | 2004 | $ 555.00 | $ 555.00 | 277.50 | 04/21/04 | $ 277.50 | 05/17/04 | XTX3A-2 | IIIA | Lansing Uniform Co |
| | 241038038 | LAKE COUNTY | MN | 4063 | 2 | 08/04/03 | 2003 | $ 995.00 | $ 1,990.00 | 4,589.38 | 10/15/03 | $ 4,589.38 | 10/29/03 | XTX3A-1 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 502057003 | LAKE DELTON VILLAGE | WI | 4051 | 1 | 08/30/02 | 2002 | $ 825.00 | $ 825.00 | 1,209.88 | 09/06/02 | $ 1,209.88 | 09/26/02 | XTZX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 482017701 | LAKE FOREST PARK CITY | WA | 4049 | 1 | 01/10/05 | 2005 | $ 764.95 | $ 764.95 | 744.71 | 05/09/05 | $ 744.71 | 06/24/05 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482017701 | LAKE FOREST PARK CITY | WA | 4049 | 1 | 02/11/03 | 2003 | $ 680.00 | $ 680.00 | 369.92 | 03/08/03 | $ 369.92 | 03/28/03 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482017701 | LAKE FOREST PARK CITY | WA | 4049 | 1 | 07/12/01 | 2001 | $ 779.00 | $ 779.00 | 424.17 | 07/13/01 | $ 424.17 | 08/08/01 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

Exhibit 7

**Armor Holdings Z Shield Related BVP Reimbursement Spreadsheet**

| Sampled | AGENCY ID | AGENCY NAME | STATE | MODEL ID | QTY RECEIVED | DATE RECEIVED | YEAR RECEIVED | UNIT PRICE | EXTENDED PRICE | AMOUNT REQUESTED | DATE REQUESTED | AMOUNT PAID | DATE PAID | MODEL NAME | THREAT LEVEL | DISTRIBUTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 482017701 | LAKE FOREST PARK CITY | WA | 4049 | 1 | 01/14/04 | 2004 | $ 764.95 | $ 764.95 | $ 834.77 | 03/04/04 | $ 834.77 | 04/08/04 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482017701 | LAKE FOREST PARK CITY | WA | 4049 | 1 | 07/17/03 | 2003 | $ 764.95 | $ 764.95 | $ 834.77 | 03/04/04 | $ 834.77 | 04/08/04 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482017701 | LAKE FOREST PARK CITY | WA | 4049 | 1 | 06/24/03 | 2003 | $ 685.00 | $ 685.00 | $ 372.64 | 07/03/03 | $ 372.64 | 08/06/03 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482017701 | LAKE FOREST PARK CITY | WA | 4049 | 1 | 11/25/03 | 2003 | $ 774.45 | $ 774.45 | $ 421.30 | 12/11/03 | $ 421.30 | 01/07/04 | XTX2-1 | II | Blumenthal Uniform & Equipment |
| | 482017701 | LAKE FOREST PARK CITY | WA | 4049 | 1 | 09/28/02 | 2002 | $ 759.00 | $ 759.00 | $ 412.90 | 10/11/02 | $ 412.90 | 10/24/02 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482017701 | LAKE FOREST PARK CITY | WA | 4049 | 2 | 07/03/02 | 2002 | $ 759.00 | $ 1,518.00 | $ 825.79 | 07/19/02 | $ 825.79 | 09/05/02 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482017701 | LAKE FOREST PARK CITY | WA | 4049 | 2 | 12/05/01 | 2001 | $ 779.00 | $ 1,558.00 | $ 852.27 | 12/12/01 | $ 852.27 | 01/04/02 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 241039039 | LAKE OF THE WOODS COUNTY | MN | 4049 | 3 | 03/22/04 | 2004 | $ 779.95 | $ 2,339.85 | $ 1,184.43 | 06/19/04 | $ 1,184.43 | 07/12/04 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| X | 42060006 | SHERWOOD CITY | AR | 4049 | 1 | 09/07/01 | 2001 | $ 635.00 | $ 635.00 | $ 7,256.17 | 02/08/02 | $ 7,256.17 | 03/11/02 | XTX2-1 | II | Cruse Uniform & Equipment |
| | 482031503 | LAKE STEVENS CITY | WA | 4706 | 1 | 08/24/05 | 2005 | $ 795.00 | $ 795.00 | $ 432.48 | 09/09/05 | $ 432.48 | 11/03/05 | XTX2-2 | II | Blumenthal Uniform & Equipment |
| | 42009003 | LAKE VILLAGE CITY | AR | 4706 | 8 | 06/10/04 | 2004 | $ 635.00 | $ 5,080.00 | $ 2,744.57 | 08/11/04 | $ 2,744.57 | 08/26/04 | XTX2-2 | II | Cruse Uniform & Equipment |
| | 242019006 | LAKEVILLE CITY | MN | 4007 | 1 | 06/08/01 | 2001 | $ 634.95 | $ 634.95 | $ 3,909.23 | 03/31/04 | $ 3,909.23 | 04/21/04 | 3AXTZX-1 | IIIA | Uniforms Unlimited |
| | 242019006 | LAKEVILLE CITY | MN | 4007 | 1 | 03/12/01 | 2001 | $ 634.95 | $ 634.95 | $ 3,909.23 | 03/31/04 | $ 3,909.23 | 04/21/04 | 3AXTZX-1 | IIIA | Uniforms Unlimited |
| | 242019006 | LAKEVILLE CITY | MN | 4049 | 1 | 06/06/02 | 2002 | $ 634.95 | $ 634.95 | $ 2,298.35 | 04/01/04 | $ 2,298.35 | 07/12/04 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 50202201060100 | LANCASTER CITY POLICE DEPT | WI | 4051 | 2 | 09/09/03 | 2003 | $ 825.00 | $ 1,650.00 | $ 825.00 | 10/04/04 | $ 825.00 | 11/03/04 | XTZX2-1 | II | Advanced Protective Devices |
| | 333015017 | LANCASTER TOWN | NY | 4063 | 7 | 04/08/02 | 2002 | $ 1,250.00 | $ 8,750.00 | $ 4,375.00 | 02/20/03 | $ 4,375.00 | 03/12/03 | XTX3A-1 | IIIA | North Eastern Uniform & Equipment |
| | 333015017 | LANCASTER TOWN | NY | 4063 | 7 | 04/11/02 | 2002 | $ 1,250.00 | $ 8,750.00 | $ 4,375.00 | 04/23/02 | $ 4,375.00 | 05/17/02 | XTX3A-1 | IIIA | North Eastern Uniform & Equipment |
| | 372030002 | LAVERNE TOWN | OK | 4063 | 1 | 06/10/02 | 2002 | $ 899.95 | $ 899.95 | $ 459.98 | 02/27/03 | $ 459.98 | 03/12/03 | XTX3A-1 | IIIA | GT Distributors -- Texas |
| | 172023003 | LAWRENCE CITY | KS | 4794 | 22 | 11/16/03 | 2003 | $ 762.00 | $ 16,764.00 | $ 8,382.00 | 08/25/05 | $ 8,382.00 | 10/11/05 | XTX3A-2 | IIIA | Baysinger Police Supply |
| | 172023003 | LAWRENCE CITY | KS | 4794 | 27 | 02/14/05 | 2005 | $ 685.00 | $ 18,495.00 | $ 9,247.50 | 08/25/05 | $ 9,247.50 | 10/11/05 | XTX3A-2 | IIIA | Ed Roehr Radio Co. |
| | 172023003 | LAWRENCE CITY | KS | 4794 | 30 | 09/09/02 | 2002 | $ 719.00 | $ 21,570.00 | $ 10,785.00 | 08/25/05 | $ 10,785.00 | 10/11/05 | XTX3A-2 | IIIA | Baysinger Police Supply |
| | 172023003 | LAWRENCE CITY | KS | 4794 | 42 | 07/12/01 | 2001 | $ 663.00 | $ 27,846.00 | $ 13,923.00 | 08/25/05 | $ 13,923.00 | 10/11/05 | XTX3A-2 | IIIA | Baysinger Police Supply |
| | 242040006 | LE CENTER CITY | MN | 4051 | 1 | 06/13/03 | 2003 | $ 801.90 | $ 801.90 | $ 790.93 | 07/18/03 | $ 790.93 | 08/21/03 | XTZX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242040006 | LE CENTER CITY | MN | 4706 | 1 | 03/10/04 | 2004 | $ 779.95 | $ 779.95 | $ 389.98 | 06/08/04 | $ 389.98 | 07/09/04 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| | 442246601 | LEANDER CITY | TX | 4063 | 1 | 12/06/99 | 1999 | $ 529.95 | $ 529.95 | $ 3,356.70 | 08/22/02 | $ 3,356.70 | 09/27/02 | XTX3A-1 | IIIA | GT Distributors |
| | 171052052 | LEAVENWORTH COUNTY | KS | 4706 | 1 | 09/05/04 | 2004 | $ 600.00 | $ 600.00 | $ 658.55 | 09/30/04 | $ 658.55 | 10/14/04 | XTX2-2 | II | Ed Roehr Radio Co. |
| | 171052052 | LEAVENWORTH COUNTY | KS | 4794 | 1 | 09/05/04 | 2004 | $ 700.00 | $ 700.00 | $ 658.55 | 09/30/04 | $ 658.55 | 10/14/04 | XTX3A-2 | IIIA | Ed Roehr Radio Co. |
| | 302005501 | LEBANON CITY | NH | 4049 | 1 | 02/17/04 | 2004 | $ 625.00 | $ 625.00 | $ 1,262.95 | 06/09/04 | $ 1,262.95 | 07/06/04 | XTX2-1 | II | Riley's Sport Shop, Inc. |
| | 302005501 | LEBANON CITY | NH | 4049 | 1 | 11/22/04 | 2004 | $ 650.00 | $ 650.00 | $ 325.00 | 12/15/04 | $ 325.00 | 12/23/04 | XTX2-1 | II | Riley's Sport Shop, Inc. |
| | 302005501 | LEBANON CITY | NH | 4049 | 1 | 04/29/04 | 2004 | $ 650.90 | $ 650.90 | $ 1,262.95 | 06/09/04 | $ 1,262.95 | 07/06/04 | XTX2-1 | II | Riley's Sport Shop, Inc. |
| | 302005501 | LEBANON CITY | NH | 4049 | 2 | 04/12/04 | 2004 | $ 625.00 | $ 1,250.00 | $ 1,262.95 | 06/09/04 | $ 1,262.95 | 07/06/04 | XTX2-1 | II | Riley's Sport Shop, Inc. |
| | 302005501 | LEBANON CITY | NH | 4049 | 2 | 09/21/04 | 2004 | $ 650.25 | $ 1,300.50 | $ 650.25 | 09/29/04 | $ 650.25 | 10/14/04 | XTX2-1 | II | Riley's Sport Shop, Inc. |
| | 302005501 | LEBANON CITY | NH | 4049 | 2 | 06/30/04 | 2004 | $ 650.00 | $ 1,300.00 | $ 650.00 | 08/24/04 | $ 650.00 | 09/17/04 | XTX2-1 | II | Riley's Sport Shop, Inc. |
| | 392038004 | LEBANON CITY | PA | 4030 | 1 | 06/02/03 | 2003 | $ 1,079.95 | $ 1,079.95 | $ 2,418.43 | 07/21/03 | $ 2,418.43 | 08/21/03 | 3AXTZX | IIIA | Safety League, Inc |
| | 392038004 | LEBANON CITY | PA | 4051 | 1 | 06/05/03 | 2003 | $ 879.95 | $ 879.95 | $ 2,418.43 | 07/21/03 | $ 2,418.43 | 08/21/03 | XTZX2-1 | II | Safety League, Inc |
| | 392038004 | LEBANON CITY | PA | 4051 | 1 | 02/06/05 | 2005 | $ 793.20 | $ 793.20 | $ 2,657.48 | 03/09/05 | $ 2,657.48 | 03/23/05 | XTZX2-1 | II | Safety League, Inc |
| | 392038004 | LEBANON CITY | PA | 4706 | 1 | 01/07/05 | 2005 | $ 679.20 | $ 679.20 | $ 2,657.48 | 03/09/05 | $ 2,657.48 | 03/23/05 | XTX2-2 | II | Safety League, Inc |
| | 392038004 | LEBANON CITY | PA | 4706 | 1 | 09/20/04 | 2004 | $ 799.90 | $ 799.90 | $ 2,657.48 | 03/09/05 | $ 2,657.48 | 03/23/05 | XTX2-2 | II | Safety League, Inc |
| X | 99553 | Smithfield | RI | 4049 | 2 | 09/17/04 | 2004 | $ 600.00 | $ 1,200.00 | $ 2,100.00 | 10/01/04 | $ 2,100.00 | 11/03/04 | XTX2-1 | II | Leader's Uniform and Supply |
| | 392038004 | LEBANON CITY | PA | 4794 | 1 | 06/13/03 | 2003 | $ 879.95 | $ 879.95 | $ 2,418.43 | 07/21/03 | $ 2,418.43 | 08/21/03 | XTX3A-2 | IIIA | Safety League, Inc |
| | 262048007 | LEES SUMMIT CITY | MO | 4794 | 11 | 08/25/05 | 2005 | $ 780.00 | $ 8,580.00 | $ 4,290.00 | 01/24/06 | $ 4,290.00 | 05/10/06 | XTX3A-2 | IIIA | ED ROEHR SAFETY PRODUCTS |
| | 172046007 | LENEXA CITY | KS | 4063 | 21 | 10/31/01 | 2001 | $ 805.75 | $ 16,920.75 | $ 8,460.38 | 02/04/04 | $ 8,460.38 | 02/26/04 | XTX3A-1 | IIIA | Law Enforcement Equipment Company |
| | 481021021 | LEWIS COUNTY | WA | 4706 | 1 | 05/11/05 | 2005 | $ 849.00 | $ 849.00 | $ 2,265.97 | 10/25/06 | $ 2,265.97 | 03/22/07 | XTX2-2 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 481021021 | LEWIS COUNTY | WA | 4706 | 1 | 05/11/05 | 2005 | $ 849.00 | $ 849.00 | $ 2,265.97 | 10/25/06 | $ 2,265.97 | 03/22/07 | XTX2-2 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| X | 481031031 | SNOHOMISH COUNTY | WA | 4049 | 1 | 06/29/05 | 2005 | $ 795.00 | $ 795.00 | $ 16,483.38 | 05/17/06 | $ 16,483.38 | 10/23/06 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 132035003 | LEWISTON CITY | ID | 4049 | 1 | 09/19/02 | 2002 | $ 795.00 | $ 795.00 | $ 401.83 | 11/22/02 | $ 401.83 | 12/18/02 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 132035003 | LEWISTON CITY | ID | 4706 | 1 | 03/09/04 | 2004 | $ 675.00 | $ 675.00 | $ 3,405.00 | 07/30/04 | $ 3,405.00 | 08/18/04 | XTX2-2 | II | COP SHOP ETC. |
| | 132035003 | LEWISTON CITY | ID | 4706 | 1 | 05/13/04 | 2004 | $ 675.00 | $ 675.00 | $ 3,405.00 | 07/30/04 | $ 3,405.00 | 08/18/04 | XTX2-2 | II | COP SHOP ETC. |
| | 132035003 | LEWISTON CITY | ID | 4706 | 4 | 12/30/03 | 2003 | $ 675.00 | $ 2,700.00 | $ 1,355.00 | 12/30/03 | $ 1,355.00 | 01/20/04 | XTX2-2 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 132035003 | LEWISTON CITY | ID | 4706 | 5 | 12/31/03 | 2003 | $ 675.00 | $ 3,375.00 | $ 3,405.00 | 07/30/04 | $ 3,405.00 | 08/18/04 | XTX2-2 | II | COP SHOP ETC. |
| | 262054008 | LEXINGTON CITY | MO | 4049 | 2 | 07/12/05 | 2005 | $ 775.00 | $ 1,550.00 | $ 783.00 | 08/09/05 | $ 783.00 | 10/11/05 | XTX2-1 | II | ED ROEHR SAFETY PRODUCTS |
| | 262054008 | LEXINGTON CITY | MO | 4049 | 8 | 06/27/02 | 2002 | $ 850.00 | $ 6,800.00 | $ 3,400.00 | 07/25/02 | $ 3,400.00 | 09/05/02 | XTX2-1 | II | Law Enforcement Equipment Company |
| | 172088002 | LIBERAL CITY | KS | 4051 | 11 | 09/03/02 | 2002 | $ 786.77 | $ 8,654.47 | $ 4,327.24 | 12/17/02 | $ 4,327.24 | 01/22/03 | XTZX2-1 | II | Law Enforcement Equipment Co. |
| | 172088002 | LIBERAL CITY | KS | 4051 | 4 | 05/14/03 | 2003 | $ 944.12 | $ 3,776.48 | $ 1,888.24 | 07/24/03 | $ 1,888.24 | 08/22/03 | XTZX2-1 | II | Law Enforcement Equipment Company |
| | 172088002 | LIBERAL CITY | KS | 4051 | 7 | 10/14/04 | 2004 | $ 688.00 | $ 4,816.00 | $ 2,419.90 | 11/23/04 | $ 2,419.90 | 12/13/04 | XTZX2-1 | II | Ed Roehr Radio Co. |
| | 172088002 | LIBERAL CITY | KS | 4051 | 9 | 05/14/03 | 2003 | $ 786.77 | $ 7,080.93 | $ 3,540.47 | 07/24/03 | $ 3,540.47 | 08/22/03 | XTZX2-1 | II | Law Enforcement Equipment Company |
| | 02777 | LIBERTY LAKES CITY | WA | 4049 | 1 | 02/05/04 | 2004 | $ 795.00 | $ 795.00 | $ 430.00 | 02/11/04 | $ 430.00 | 02/26/04 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

Exhibit 7

**Armor Holdings Z Shield Related BVP Reimbursement Spreadsheet**

| Sampled | AGENCY ID | AGENCY NAME | STATE | MODEL ID | QTY RECEIVED | DATE RECEIVED | YEAR RECEIVED | UNIT PRICE | EXTENDED PRICE | AMOUNT REQUESTED | DATE REQUESTED | AMOUNT PAID | DATE PAID | MODEL NAME | THREAT LEVEL | DISTRIBUTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 02777 | LIBERTY LAKES CITY | WA | 4049 | 3 | 06/26/02 | 2002 | $ 795.00 | $ 2,385.00 | 1,289.01 | 06/27/02 | $ 1,289.01 | 07/29/02 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 251043043 | LINCOLN COUNTY | MS | 4007 | 1 | 03/04/04 | 2004 | $ 1,090.40 | $ 1,090.40 | 545.20 | 03/08/04 | $ 545.20 | 04/08/04 | 3AXTZX-1 | IIIA | Mid South Uniform & Supply, Inc. |
| | 251043043 | LINCOLN COUNTY | MS | 4051 | 1 | 05/06/04 | 2004 | $ 850.00 | $ 850.00 | 2,341.32 | 05/10/04 | $ 2,341.32 | 06/01/04 | XTZX2-1 | II | Mid South Uniform & Supply, Inc. |
| | 481022022 | LINCOLN COUNTY | WA | 4049 | 1 | 06/15/05 | 2005 | $ 239.52 | $ 239.52 | 119.55 | 03/14/07 | $ 119.55 | 04/20/07 | XTX2-1 | II | Blumenthal Uniform and Equipment |
| | 481022022 | LINCOLN COUNTY | WA | 4049 | 2 | 06/09/04 | 2004 | $ 795.00 | $ 1,590.00 | 808.50 | 06/09/04 | $ 808.50 | 07/06/04 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 481022022 | LINCOLN COUNTY | WA | 4049 | 4 | 04/01/02 | 2002 | $ 795.00 | $ 3,180.00 | 1,625.70 | 06/07/02 | $ 1,625.70 | 07/22/02 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 481022022 | LINCOLN COUNTY | WA | 4049 | 9 | 03/23/03 | 2003 | $ 795.00 | $ 7,155.00 | 3,581.99 | 08/06/03 | $ 3,581.99 | 08/29/03 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 381021021110100 | Lincoln County Sheriff's Office | OR | 4051 | 10 | 09/21/05 | 2005 | $ 1,084.95 | $ 10,849.50 | 5,446.80 | 11/23/05 | $ 5,446.80 | 12/23/05 | XTZX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 503065008 | LINN TOWN | WI | 4051 | 1 | 03/05/02 | 2002 | $ 849.95 | $ 849.95 | 703.93 | 06/04/02 | $ 703.93 | 07/23/02 | XTZX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242002011 | LINO LAKES CITY | MN | 4049 | 1 | 04/14/04 | 2004 | $ 669.95 | $ 669.95 | 1,751.90 | 10/28/04 | $ 1,751.90 | 11/22/04 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242002011 | LINO LAKES CITY | MN | 4049 | 1 | 06/17/03 | 2003 | $ 679.00 | $ 679.00 | 1,358.00 | 03/07/05 | $ 1,358.00 | 03/23/05 | XTX2-1 | II | Galls Inc |
| | 242002011 | LINO LAKES CITY | MN | 4049 | 2 | 09/17/04 | 2004 | $ 669.95 | $ 1,339.90 | 669.95 | 04/14/06 | $ 669.95 | 10/23/06 | XTX2-1 | II | STREICHERS |
| | 242002011 | LINO LAKES CITY | MN | 4051 | 1 | 05/09/04 | 2004 | $ 804.00 | $ 804.00 | 1,751.90 | 10/28/04 | $ 1,751.90 | 11/22/04 | XTZX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242002011 | LINO LAKES CITY | MN | 4051 | 1 | 05/18/03 | 2003 | $ 679.00 | $ 679.00 | 1,358.00 | 03/07/05 | $ 1,358.00 | 03/23/05 | XTZX2-1 | II | Galls Inc |
| | 242047007 | LITCHFIELD CITY | MN | 4049 | 2 | 09/30/02 | 2002 | $ 650.00 | $ 1,300.00 | 664.98 | 10/03/02 | $ 664.98 | 10/24/02 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 42060004 | LITTLE ROCK CITY | AR | 4063 | 51 | 08/11/05 | 2005 | $ 825.00 | $ 42,075.00 | 12,049.29 | 04/27/07 | $ 12,049.29 | 06/21/07 | XTX3A-1 | IIIA | Cruse Uniform & Equipment |
| | 442015508 | LIVE OAK CITY | TX | 4049 | 1 | 08/13/03 | 2003 | $ 495.00 | $ 495.00 | 1,732.50 | 09/23/03 | $ 1,732.50 | 10/17/03 | XTX2-1 | II | The Police Place, LTD |
| | 442015508 | LIVE OAK CITY | TX | 4049 | 1 | 09/23/03 | 2003 | $ 495.00 | $ 495.00 | 1,732.50 | 09/23/03 | $ 1,732.50 | 10/17/03 | XTX2-1 | II | The Police Place, LTD |
| | 442015508 | LIVE OAK CITY | TX | 4049 | 1 | 02/24/03 | 2003 | $ 495.00 | $ 495.00 | 1,732.50 | 09/23/03 | $ 1,732.50 | 10/17/03 | XTX2-1 | II | The Police Place, LTD |
| | 442015508 | LIVE OAK CITY | TX | 4049 | 4 | 01/28/03 | 2003 | $ 495.00 | $ 1,980.00 | 1,732.50 | 09/23/03 | $ 1,732.50 | 10/17/03 | XTX2-1 | II | The Police Place, LTD |
| | 52001007 | LIVERMORE CITY | CA | 4063 | 14 | 07/30/03 | 2003 | $ 849.00 | $ 11,886.00 | 6,433.28 | 08/11/03 | $ 6,433.28 | 08/29/03 | XTX3A-1 | IIIA | Summit Uniform |
| | 52001007 | LIVERMORE CITY | CA | 4063 | 2 | 10/30/02 | 2002 | $ 849.00 | $ 1,698.00 | 919.04 | 10/30/02 | $ 919.04 | 11/15/02 | XTX3A-1 | IIIA | Summit Uniform |
| | 52001007 | LIVERMORE CITY | CA | 4063 | 3 | 01/23/03 | 2003 | $ 849.00 | $ 2,547.00 | 1,378.56 | 01/23/03 | $ 1,378.56 | 02/14/03 | XTX3A-1 | IIIA | Summit Uniform |
| | 52001007 | LIVERMORE CITY | CA | 4063 | 4 | 10/15/02 | 2002 | $ 849.00 | $ 3,396.00 | 1,838.08 | 10/28/02 | $ 1,838.08 | 11/15/02 | XTX3A-1 | IIIA | Summit Uniform |
| | 52001007 | LIVERMORE CITY | CA | 4063 | 5 | 09/09/02 | 2002 | $ 849.00 | $ 4,245.00 | 2,297.60 | 09/09/02 | $ 2,297.60 | 09/26/02 | XTX3A-1 | IIIA | Summit Uniform |
| | 52001007 | LIVERMORE CITY | CA | 4063 | 5 | 02/12/03 | 2003 | $ 849.00 | $ 4,245.00 | 2,297.60 | 02/13/03 | $ 2,297.60 | 02/26/03 | XTX3A-1 | IIIA | Summit Uniform |
| | 52001007 | LIVERMORE CITY | CA | 4063 | 9 | 07/02/02 | 2002 | $ 799.00 | $ 7,191.00 | 3,628.46 | 08/08/02 | $ 3,628.46 | 09/30/02 | XTX3A-1 | IIIA | Summit Uniform |
| | 52001007 | LIVERMORE CITY | CA | 4063 | 9 | 09/15/03 | 2003 | $ 849.00 | $ 7,641.00 | 4,135.68 | 09/29/03 | $ 4,135.68 | 10/17/03 | XTX3A-1 | IIIA | Summit Uniform |
| | 191032031 | LIVINGSTON PARISH | LA | 4030 | 3 | 04/22/03 | 2003 | $ 1,095.00 | $ 3,285.00 | 17,142.47 | 06/08/05 | $ 17,142.47 | 06/13/05 | 3AXTZX | IIIA | BELSCO INC. |
| | 191032031 | LIVINGSTON PARISH | LA | 4794 | 4 | 05/27/03 | 2003 | $ 899.95 | $ 3,599.80 | 17,142.47 | 06/08/05 | $ 17,142.47 | 06/13/05 | XTX3A-2 | IIIA | BELSCO INC. |
| | 362031018 | LOCKLAND VILLAGE | OH | 4049 | 2 | 12/27/04 | 2004 | $ 650.00 | $ 1,300.00 | 650.00 | 12/31/04 | $ 650.00 | 01/20/05 | XTX2-1 | II | Roy Tailors Uniform Company Inc. |
| | 362031018 | LOCKLAND VILLAGE | OH | 4051 | 4 | 08/01/04 | 2004 | $ 795.00 | $ 3,180.00 | 1,590.00 | 12/27/04 | $ 1,590.00 | 01/20/05 | XTZX2-1 | II | Roy Tailors Uniform Company Inc. |
| | 362031018 | LOCKLAND VILLAGE | OH | 4051 | 4 | 03/23/01 | 2001 | $ 795.00 | $ 3,180.00 | 1,590.00 | 06/19/01 | $ 1,590.00 | 07/19/01 | XTZX2-1 | II | Roy Tailors Uniform Co., Inc. |
| | 452003007 | LOGAN CITY | UT | 4051 | 1 | 04/18/02 | 2002 | $ 850.00 | $ 850.00 | 427.50 | 04/18/02 | $ 427.50 | 05/17/02 | XTZX2-1 | II | COP SHOP ETC. |
| | 452003007 | LOGAN CITY | UT | 4051 | 1 | 12/20/02 | 2002 | $ 821.70 | $ 821.70 | 410.85 | 01/02/03 | $ 410.85 | 01/28/03 | XTZX2-1 | II | SKAGGS Companies |
| | 452003007 | LOGAN CITY | UT | 4051 | 1 | 12/21/02 | 2002 | $ 821.70 | $ 821.70 | 410.85 | 03/06/03 | $ 410.85 | 03/28/03 | XTZX2-1 | II | SKAGGS Companies |
| | 452003007 | LOGAN CITY | UT | 4051 | 1 | 12/21/02 | 2002 | $ 821.70 | $ 821.70 | 410.85 | 03/06/03 | $ 410.85 | 03/28/03 | XTZX2-1 | II | SKAGGS Companies |
| | 452003007 | LOGAN CITY | UT | 4051 | 1 | 02/24/03 | 2003 | $ 627.30 | $ 627.30 | 313.65 | 03/06/03 | $ 313.65 | 03/28/03 | XTZX2-1 | II | FARM Police Sipply LLC |
| | 452003007 | LOGAN CITY | UT | 4051 | 2 | 11/26/02 | 2002 | $ 821.70 | $ 1,643.40 | 821.70 | 12/13/02 | $ 821.70 | 12/31/02 | XTZX2-1 | II | SKAGGS Companies |
| | 452003007 | LOGAN CITY | UT | 4051 | 5 | 09/30/02 | 2002 | $ 850.00 | $ 4,250.00 | 2,125.00 | 12/13/02 | $ 2,125.00 | 12/31/02 | XTZX2-1 | II | COP SHOP ETC. |
| | 142022011 | LOMBARD VILLAGE | IL | 4051 | 4 | 11/04/02 | 2002 | $ 840.00 | $ 3,360.00 | 1,684.00 | 12/03/02 | $ 1,684.00 | 12/31/02 | XTZX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 6200700450100 | LONGMONT POLICE DEPT | CO | 4030 | 14 | 06/10/02 | 2002 | $ 1,069.90 | $ 14,978.60 | 15,836.29 | 08/07/02 | $ 15,836.29 | 09/30/02 | 3AXTZX | IIIA | Public Safety Warehouse |
| | 6200700450100 | LONGMONT POLICE DEPT | CO | 4030 | 5 | 06/10/02 | 2002 | $ 949.95 | $ 4,749.75 | 15,836.29 | 08/07/02 | $ 15,836.29 | 09/30/02 | 3AXTZX | IIIA | Public Safety Warehouse |
| | 6200700450100 | LONGMONT POLICE DEPT | CO | 4051 | 1 | 06/02/02 | 2002 | $ 820.00 | $ 820.00 | 15,836.29 | 08/07/02 | $ 15,836.29 | 09/30/02 | XTZX2-1 | II | Public Safety Warehouse |
| | 6200700450100 | LONGMONT POLICE DEPT | CO | 4051 | 2 | 06/10/02 | 2002 | $ 871.53 | $ 1,743.06 | 15,836.29 | 08/07/02 | $ 15,836.29 | 09/30/02 | XTZX2-1 | II | Public Safety Warehouse |
| | 6200700450100 | LONGMONT POLICE DEPT | CO | 4063 | 1 | 06/01/02 | 2002 | $ 893.52 | $ 893.52 | 15,836.29 | 08/07/02 | $ 15,836.29 | 09/30/02 | XTX3A-1 | IIIA | Public Safety Warehouse |
| | 6200700450100 | LONGMONT POLICE DEPT | CO | 4063 | 1 | 05/01/02 | 2002 | $ 859.95 | $ 859.95 | 15,836.29 | 08/07/02 | $ 15,836.29 | 09/30/02 | XTX3A-1 | IIIA | Public Safety Warehouse |
| | 322032003 | LOS LUNAS VILLAGE | NM | 4051 | 1 | 06/03/05 | 2005 | $ 985.00 | $ 985.00 | 492.50 | 06/06/05 | $ 492.50 | 06/13/05 | XTZX2-1 | II | Kaufman's West |
| | 322032003 | LOS LUNAS VILLAGE | NM | 4051 | 1 | 05/04/05 | 2005 | $ 985.00 | $ 985.00 | 492.50 | 06/24/05 | $ 492.50 | 07/21/05 | XTZX2-1 | II | Kaufman's West |
| | 322032003 | LOS LUNAS VILLAGE | NM | 4051 | 2 | 07/02/03 | 2003 | $ 907.00 | $ 1,814.00 | 907.00 | 07/18/03 | $ 907.00 | 08/21/03 | XTZX2-1 | II | Kaufman's West |
| | 322032003 | LOS LUNAS VILLAGE | NM | 4794 | 1 | 01/01/05 | 2005 | $ 985.00 | $ 985.00 | 492.50 | 01/26/05 | $ 492.50 | 02/14/05 | XTX3A-2 | IIIA | Kaufman's West |
| | 322032003 | LOS LUNAS VILLAGE | NM | 4794 | 1 | 01/05/05 | 2005 | $ 985.00 | $ 985.00 | 492.50 | 01/26/05 | $ 492.50 | 02/14/05 | XTX3A-2 | IIIA | Kaufman's West |
| | 42004008 | LOWELL CITY | AR | 4049 | 1 | 02/03/04 | 2004 | $ 635.00 | $ 635.00 | 1,365.26 | 11/30/04 | $ 1,365.26 | 12/13/04 | XTX2-1 | II | Cruse Uniform & Equipment |
| | 42004008 | LOWELL CITY | AR | 4049 | 1 | 05/04/04 | 2004 | $ 635.00 | $ 635.00 | 1,365.26 | 11/30/04 | $ 1,365.26 | 12/13/04 | XTX2-1 | II | Cruse Uniform & Equipment |
| | 42004008 | LOWELL CITY | AR | 4049 | 2 | 03/09/04 | 2004 | $ 635.00 | $ 1,270.00 | 1,365.26 | 11/30/04 | $ 1,365.26 | 12/13/04 | XTX2-1 | II | Cruse Uniform & Equipment |
| | 42004008 | LOWELL CITY | AR | 4706 | 3 | 11/18/03 | 2003 | $ 635.00 | $ 1,905.00 | 973.54 | 11/19/03 | $ 973.54 | 12/24/03 | XTX2-2 | II | Cruse Uniform & Equipment |
| | 42004008 | LOWELL CITY | AR | 4706 | 3 | 07/29/05 | 2005 | $ 635.00 | $ 1,905.00 | 1,023.94 | 08/10/05 | $ 1,023.94 | 10/11/05 | XTX2-2 | II | Cruse Uniform & Equipment |
| | 392065501 | LOWER BURRELL CITY | PA | 4051 | 16 | 10/15/02 | 2002 | $ 879.00 | $ 14,064.00 | 7,032.00 | 11/04/02 | $ 7,032.00 | 11/27/02 | XTZX2-1 | II | SAFETY LEAQUE INC. |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

Exhibit 7

**Armor Holdings Z Shield Related BVP Reimbursement Spreadsheet**

| Sampled | AGENCY ID | AGENCY NAME | STATE | MODEL ID | QTY RECEIVED | DATE RECEIVED | YEAR RECEIVED | UNIT PRICE | EXTENDED PRICE | AMOUNT REQUESTED | DATE REQUESTED | AMOUNT PAID | DATE PAID | MODEL NAME | THREAT LEVEL | DISTRIBUTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 393046010 | LOWER GWYNEDD TOWNSHIP | PA | 4051 | 1 | 03/02/04 | 2004 | $ 995.00 | $ 995.00 | 1,557.79 | 12/24/04 | $ 1,557.79 | 01/20/05 | XTZX2-1 | II | Red The Uniform Tailor |
| | 393046010 | LOWER GWYNEDD TOWNSHIP | PA | 4051 | 1 | 02/27/04 | 2004 | $ 1,094.50 | $ 1,094.50 | 1,557.79 | 12/24/04 | $ 1,557.79 | 01/20/05 | XTZX2-1 | II | Red the Uniform Tailor, Inc. |
| | 393046010 | LOWER GWYNEDD TOWNSHIP | PA | 4051 | 1 | 02/27/04 | 2004 | $ 995.00 | $ 995.00 | 1,557.79 | 12/24/04 | $ 1,557.79 | 01/20/05 | XTZX2-1 | II | Red The Uniform Tailor |
| | 393046011 | LOWER MERION TOWNSHIP | PA | 4051 | 43 | 03/08/04 | 2004 | $ 700.00 | $ 30,100.00 | 15,050.00 | 07/02/04 | $ 15,050.00 | 07/21/04 | XTZX2-1 | II | Pennsylvania Police Supply |
| | 393046011 | LOWER MERION TOWNSHIP | PA | 4706 | 49 | 04/28/05 | 2005 | $ 761.89 | $ 37,332.61 | 18,666.31 | 08/26/05 | $ 18,666.31 | 10/11/05 | XTX2-2 | II | Atlantic Tactical |
| | 393046015 | LOWER SALFORD TOWNSHIP | PA | 4063 | 1 | 04/05/04 | 2004 | $ 775.00 | $ 775.00 | 775.00 | 03/24/06 | $ 775.00 | 10/23/06 | XTX3A-1 | IIIA | Red The Uniform Tailor |
| | 393046015 | LOWER SALFORD TOWNSHIP | PA | 4794 | 1 | 04/05/04 | 2004 | $ 775.00 | $ 775.00 | 775.00 | 03/24/06 | $ 775.00 | 10/23/06 | XTX3A-2 | IIIA | Red The Uniform Tailor |
| | 393046015 | LOWER SALFORD TOWNSHIP | PA | 4794 | 1 | 07/20/02 | 2002 | $ 775.00 | $ 775.00 | 387.50 | 02/17/04 | $ 387.50 | 03/17/04 | XTX3A-2 | IIIA | Red the Uniform Tailor, Inc. |
| | 252037001 | LUMBERTON CITY | MS | 4049 | 7 | 10/03/03 | 2003 | $ 656.56 | $ 4,595.92 | 2,297.96 | 01/28/04 | $ 2,297.96 | 02/11/04 | XTX2-1 | II | Mid South Uniform & Supply, Inc. |
| | 482031502 | LYNNWOOD CITY | WA | 4051 | 19 | 11/15/03 | 2003 | $ 975.00 | $ 18,525.00 | 9,942.90 | 11/18/03 | $ 9,942.90 | 12/24/03 | XTZX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482031502 | LYNNWOOD CITY | WA | 4051 | 1 | 03/01/01 | 2001 | $ 1,075.00 | $ 1,075.00 | 9,032.55 | 09/26/01 | $ 9,032.55 | 11/30/01 | XTZX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482031502 | LYNNWOOD CITY | WA | 4051 | 1 | 09/02/01 | 2001 | $ 895.00 | $ 895.00 | 9,032.55 | 09/26/01 | $ 9,032.55 | 11/30/01 | XTZX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482031502 | LYNNWOOD CITY | WA | 4051 | 1 | 08/04/02 | 2002 | $ 975.00 | $ 975.00 | 9,458.63 | 12/13/02 | $ 9,458.63 | 12/31/02 | XTZX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482031502 | LYNNWOOD CITY | WA | 4051 | 1 | 11/09/02 | 2002 | $ 975.00 | $ 975.00 | 9,458.63 | 12/13/02 | $ 9,458.63 | 12/31/02 | XTZX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482031502 | LYNNWOOD CITY | WA | 4051 | 1 | 11/09/02 | 2002 | $ 975.00 | $ 975.00 | 9,458.63 | 12/13/02 | $ 9,458.63 | 12/31/02 | XTZX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482031502 | LYNNWOOD CITY | WA | 4051 | 1 | 11/10/02 | 2002 | $ 975.00 | $ 975.00 | 9,458.63 | 12/13/02 | $ 9,458.63 | 12/31/02 | XTZX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482031502 | LYNNWOOD CITY | WA | 4051 | 1 | 03/11/02 | 2002 | $ 895.00 | $ 895.00 | 9,458.63 | 12/13/02 | $ 9,458.63 | 12/31/02 | XTZX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482031502 | LYNNWOOD CITY | WA | 4051 | 1 | 05/11/01 | 2001 | $ 895.00 | $ 895.00 | 9,032.55 | 09/26/01 | $ 9,032.55 | 11/30/01 | XTZX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482031502 | LYNNWOOD CITY | WA | 4051 | 1 | 05/11/02 | 2002 | $ 975.00 | $ 975.00 | 9,458.63 | 12/13/02 | $ 9,458.63 | 12/31/02 | XTZX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482031502 | LYNNWOOD CITY | WA | 4051 | 1 | 05/12/01 | 2001 | $ 895.00 | $ 895.00 | 9,032.55 | 09/26/01 | $ 9,032.55 | 11/30/01 | XTZX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482031502 | LYNNWOOD CITY | WA | 4051 | 1 | 11/12/04 | 2004 | $ 975.00 | $ 975.00 | 4,144.88 | 11/15/04 | $ 4,144.88 | 11/24/04 | XTZX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482031502 | LYNNWOOD CITY | WA | 4051 | 1 | 11/13/04 | 2004 | $ 795.00 | $ 795.00 | 4,144.88 | 11/15/04 | $ 4,144.88 | 11/24/04 | XTZX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482031502 | LYNNWOOD CITY | WA | 4051 | 1 | 09/13/01 | 2001 | $ 895.00 | $ 895.00 | 9,032.55 | 09/26/01 | $ 9,032.55 | 11/30/01 | XTZX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482031502 | LYNNWOOD CITY | WA | 4051 | 1 | 09/13/02 | 2002 | $ 975.00 | $ 975.00 | 9,458.63 | 12/13/02 | $ 9,458.63 | 12/31/02 | XTZX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482031502 | LYNNWOOD CITY | WA | 4051 | 1 | 03/14/02 | 2002 | $ 975.00 | $ 975.00 | 9,458.63 | 12/13/02 | $ 9,458.63 | 12/31/02 | XTZX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482031502 | LYNNWOOD CITY | WA | 4051 | 1 | 06/17/04 | 2004 | $ 975.00 | $ 975.00 | 4,144.88 | 11/15/04 | $ 4,144.88 | 11/24/04 | XTZX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482031502 | LYNNWOOD CITY | WA | 4051 | 1 | 01/18/03 | 2003 | $ 1,171.00 | $ 1,171.00 | 9,942.90 | 11/18/03 | $ 9,942.90 | 12/24/03 | XTZX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482031502 | LYNNWOOD CITY | WA | 4051 | 1 | 07/18/02 | 2002 | $ 975.00 | $ 975.00 | 9,458.63 | 12/13/02 | $ 9,458.63 | 12/31/02 | XTZX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482031502 | LYNNWOOD CITY | WA | 4051 | 1 | 07/18/02 | 2002 | $ 975.00 | $ 975.00 | 9,458.63 | 12/13/02 | $ 9,458.63 | 12/31/02 | XTZX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482031502 | LYNNWOOD CITY | WA | 4051 | 1 | 05/18/04 | 2004 | $ 975.00 | $ 975.00 | 4,144.88 | 11/15/04 | $ 4,144.88 | 11/24/04 | XTZX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| X | 393067027 | SPRINGETTSBURY TOWNSHIP | PA | 4063 | 1 | 10/09/01 | 2001 | $ 1,050.00 | $ 1,050.00 | 1,634.25 | 05/30/02 | $ 1,634.25 | 06/27/02 | XTX3A-1 | IIIA | Red The Uniform Taylor |
| | 482031502 | LYNNWOOD CITY | WA | 4051 | 1 | 09/22/02 | 2002 | $ 975.00 | $ 975.00 | 9,458.63 | 12/13/02 | $ 9,458.63 | 12/31/02 | XTZX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482031502 | LYNNWOOD CITY | WA | 4051 | 1 | 08/23/01 | 2001 | $ 895.00 | $ 895.00 | 9,032.55 | 09/26/01 | $ 9,032.55 | 11/30/01 | XTZX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482031502 | LYNNWOOD CITY | WA | 4051 | 1 | 06/23/01 | 2001 | $ 895.00 | $ 895.00 | 9,032.55 | 09/26/01 | $ 9,032.55 | 11/30/01 | XTZX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482031502 | LYNNWOOD CITY | WA | 4051 | 1 | 11/23/02 | 2002 | $ 975.00 | $ 975.00 | 9,458.63 | 12/13/02 | $ 9,458.63 | 12/31/02 | XTZX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482031502 | LYNNWOOD CITY | WA | 4051 | 1 | 04/25/04 | 2004 | $ 975.00 | $ 975.00 | 4,144.88 | 11/15/04 | $ 4,144.88 | 11/24/04 | XTZX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482031502 | LYNNWOOD CITY | WA | 4051 | 1 | 04/25/04 | 2004 | $ 975.00 | $ 975.00 | 4,144.88 | 11/15/04 | $ 4,144.88 | 11/24/04 | XTZX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482031502 | LYNNWOOD CITY | WA | 4051 | 1 | 07/27/01 | 2001 | $ 895.00 | $ 895.00 | 9,032.55 | 09/26/01 | $ 9,032.55 | 11/30/01 | XTZX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482031502 | LYNNWOOD CITY | WA | 4051 | 1 | 07/27/01 | 2001 | $ 895.00 | $ 895.00 | 9,032.55 | 09/26/01 | $ 9,032.55 | 11/30/01 | XTZX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482031502 | LYNNWOOD CITY | WA | 4051 | 1 | 08/24/04 | 2004 | $ 975.00 | $ 975.00 | 4,144.88 | 11/15/04 | $ 4,144.88 | 11/24/04 | XTZX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482031502 | LYNNWOOD CITY | WA | 4051 | 1 | 02/28/01 | 2001 | $ 895.00 | $ 895.00 | 9,032.55 | 09/26/01 | $ 9,032.55 | 11/30/01 | XTZX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482031502 | LYNNWOOD CITY | WA | 4051 | 1 | 09/28/02 | 2002 | $ 975.00 | $ 975.00 | 9,458.63 | 12/13/02 | $ 9,458.63 | 12/31/02 | XTZX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482031502 | LYNNWOOD CITY | WA | 4051 | 1 | 04/29/04 | 2004 | $ 975.00 | $ 975.00 | 4,144.88 | 11/15/04 | $ 4,144.88 | 11/24/04 | XTZX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482031502 | LYNNWOOD CITY | WA | 4051 | 1 | 06/30/02 | 2002 | $ 975.00 | $ 975.00 | 9,458.63 | 12/13/02 | $ 9,458.63 | 12/31/02 | XTZX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482031502 | LYNNWOOD CITY | WA | 4051 | 9 | 03/01/01 | 2001 | $ 895.00 | $ 8,055.00 | 9,032.55 | 09/26/01 | $ 9,032.55 | 11/30/01 | XTZX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 99356 | MACUNGIE BOROUGH | PA | 4794 | 1 | 01/23/04 | 2004 | $ 886.90 | $ 886.90 | 443.45 | 03/22/04 | $ 443.45 | 04/23/04 | XTX3A-2 | IIIA | SAFETY LEAGUE INC. |
| | 252045003 | MADISON CITY | MS | 4051 | 1 | 03/20/04 | 2004 | $ 547.52 | $ 547.52 | 1,898.61 | 08/24/05 | $ 1,898.61 | 10/11/05 | XTZX2-1 | II | Mid South Uniform |
| | 252045003 | MADISON CITY | MS | 4051 | 20 | 03/01/04 | 2004 | $ 547.52 | $ 10,950.40 | 5,475.20 | 07/16/04 | $ 5,475.20 | 08/18/04 | XTZX2-1 | II | Mid South Uniform & Supply, Inc. |
| | 252045003 | MADISON CITY | MS | 4794 | 2 | 11/25/03 | 2003 | $ 1,624.85 | $ 3,249.70 | 1,898.61 | 08/24/05 | $ 1,898.61 | 10/11/05 | XTX3A-2 | IIIA | Mid South Uniform & Supply, Inc. |
| X | 502037012 | STRATFORD VILLAGE | WI | 4049 | 2 | 09/13/02 | 2002 | $ 650.00 | $ 1,300.00 | 650.00 | 03/18/03 | $ 650.00 | 04/07/03 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 131033033 | MADISON COUNTY | ID | 4063 | 15 | 08/17/01 | 2001 | $ 850.00 | $ 12,750.00 | 6,375.00 | 09/07/01 | $ 6,375.00 | 09/27/01 | XTX3A-1 | IIIA | COP SHOP ETC. |
| | 73005008 | MADISON TOWN | CT | 4051 | 8 | 08/10/04 | 2004 | $ 860.00 | $ 6,880.00 | 3,440.00 | 08/11/04 | $ 3,440.00 | 08/26/04 | XTZX2-1 | II | Horwitz Uniforms |
| | 73005008 | MADISON TOWN | CT | 4051 | 9 | 09/12/02 | 2002 | $ 860.00 | $ 7,740.00 | 3,870.00 | 09/12/02 | $ 3,870.00 | 09/26/02 | XTZX2-1 | II | Horwitz Uniforms |
| | 393006022 | MAIDEN CREEK TOWNSHIP | PA | 4030 | 2 | 09/12/02 | 2002 | $ 1,079.95 | $ 2,159.90 | 1,527.43 | 09/30/02 | $ 1,527.43 | 10/09/02 | 3AXTZX | IIIA | Safety League Inc. |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

Exhibit 7

**Armor Holdings Z Shield Related BVP Reimbursement Spreadsheet**

| Sampled | AGENCY ID | AGENCY NAME | STATE | MODEL ID | QTY RECEIVED | DATE RECEIVED | YEAR RECEIVED | UNIT PRICE | EXTENDED PRICE | AMOUNT REQUESTED | DATE REQUESTED | AMOUNT PAID | DATE PAID | MODEL NAME | THREAT LEVEL | DISTRIBUTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 393006022 | MAIDEN CREEK TOWNSHIP | PA | 4051 | 1 | 09/12/02 | 2002 | $ 879.95 | $ 879.95 | $ 1,527.43 | 09/30/02 | $ 1,527.43 | 10/09/02 | XTZX2-1 | II | Safety League Inc. |
| | 73002014 | MANCHESTER TOWN | CT | 4051 | 3 | 10/29/03 | 2003 | $ 896.40 | $ 2,689.20 | $ 1,344.60 | 01/23/04 | $ 1,344.60 | 02/13/04 | XTZX2-1 | II | New England Uniform Co. |
| | 501036036 | MANITOWOC COUNTY | WI | 4051 | 1 | 06/13/01 | 2001 | $ 795.00 | $ 795.00 | $ 3,100.20 | 01/08/02 | $ 3,100.20 | 02/06/02 | XTZX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242007006 | MANKATO CITY | MN | 4794 | 1 | 01/17/05 | 2005 | $ 995.00 | $ 995.00 | $ 1,903.73 | 03/17/06 | $ 1,903.73 | 10/23/06 | XTX3A-2 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 242027016 | MAPLE GROVE CITY | MN | 4049 | 1 | 12/02/02 | 2002 | $ 679.95 | $ 679.95 | $ 1,469.90 | 03/17/03 | $ 1,469.90 | 04/07/03 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027016 | MAPLE GROVE CITY | MN | 4049 | 1 | 06/02/04 | 2004 | $ 600.00 | $ 600.00 | $ 300.00 | 06/29/04 | $ 300.00 | 07/12/04 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027016 | MAPLE GROVE CITY | MN | 4049 | 1 | 06/04/03 | 2003 | $ 600.00 | $ 600.00 | $ 300.00 | 07/24/03 | $ 300.00 | 08/22/03 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027016 | MAPLE GROVE CITY | MN | 4049 | 1 | 08/05/05 | 2005 | $ 600.00 | $ 600.00 | $ 900.00 | 09/16/05 | $ 900.00 | 11/03/05 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027016 | MAPLE GROVE CITY | MN | 4049 | 1 | 04/08/03 | 2003 | $ 600.00 | $ 600.00 | $ 1,150.00 | 06/03/03 | $ 1,150.00 | 06/25/03 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| X | 62001006 | THORNTON CITY | CO | 4049 | 1 | 04/05/05 | 2005 | $ 499.95 | $ 499.95 | $ 27,113.54 | 12/23/05 | $ 27,113.54 | 03/21/06 | XTX2-1 | II | Public Safety Warehouse |
| | 242027016 | MAPLE GROVE CITY | MN | 4049 | 1 | 07/08/02 | 2002 | $ 679.95 | $ 679.95 | $ 1,019.93 | 07/19/02 | $ 1,019.93 | 09/05/02 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| X | 52030019 | TUSTIN CITY | CA | 4051 | 2 | 07/02/04 | 2004 | $ 849.95 | $ 1,699.90 | $ 882.89 | 07/20/04 | $ 882.89 | 08/18/04 | XTZX2-1 | II | Long Beach Uniform Co., Inc. |
| | 242027016 | MAPLE GROVE CITY | MN | 4049 | 1 | 03/10/04 | 2004 | $ 600.00 | $ 600.00 | $ 900.00 | 05/07/04 | $ 900.00 | 06/01/04 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027016 | MAPLE GROVE CITY | MN | 4049 | 1 | 10/14/02 | 2002 | $ 679.95 | $ 679.95 | $ 1,359.90 | 11/07/02 | $ 1,359.90 | 11/27/02 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027016 | MAPLE GROVE CITY | MN | 4049 | 1 | 08/16/05 | 2005 | $ 600.00 | $ 600.00 | $ 900.00 | 09/16/05 | $ 900.00 | 11/03/05 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027016 | MAPLE GROVE CITY | MN | 4049 | 1 | 12/16/02 | 2002 | $ 679.95 | $ 679.95 | $ 1,469.90 | 03/17/03 | $ 1,469.90 | 04/07/03 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027016 | MAPLE GROVE CITY | MN | 4049 | 1 | 03/16/04 | 2004 | $ 600.00 | $ 600.00 | $ 900.00 | 05/07/04 | $ 900.00 | 06/01/04 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027016 | MAPLE GROVE CITY | MN | 4049 | 1 | 05/16/04 | 2004 | $ 600.00 | $ 600.00 | $ 600.00 | 06/03/04 | $ 600.00 | 07/06/04 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027016 | MAPLE GROVE CITY | MN | 4049 | 1 | 10/16/01 | 2001 | $ 679.95 | $ 679.95 | $ 9,509.33 | 07/11/02 | $ 9,509.33 | 07/29/02 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027016 | MAPLE GROVE CITY | MN | 4049 | 1 | 03/18/05 | 2005 | $ 600.00 | $ 600.00 | $ 5,700.00 | 12/04/06 | $ 5,700.00 | 03/26/07 | XTX2-1 | II | STREICHERS |
| | 242027016 | MAPLE GROVE CITY | MN | 4049 | 1 | 11/22/02 | 2002 | $ 679.95 | $ 679.95 | $ 1,469.90 | 03/17/03 | $ 1,469.90 | 04/07/03 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027016 | MAPLE GROVE CITY | MN | 4049 | 1 | 06/25/04 | 2004 | $ 600.00 | $ 600.00 | $ 600.00 | 10/27/04 | $ 600.00 | 11/23/04 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027016 | MAPLE GROVE CITY | MN | 4049 | 1 | 10/25/02 | 2002 | $ 679.95 | $ 679.95 | $ 1,359.90 | 11/07/02 | $ 1,359.90 | 11/27/02 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027016 | MAPLE GROVE CITY | MN | 4049 | 1 | 12/28/01 | 2001 | $ 679.95 | $ 679.95 | $ 9,509.33 | 07/11/02 | $ 9,509.33 | 07/29/02 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027016 | MAPLE GROVE CITY | MN | 4049 | 1 | 04/29/03 | 2003 | $ 500.00 | $ 500.00 | $ 1,150.00 | 06/03/03 | $ 1,150.00 | 06/25/03 | XTX2-1 | II | Uniforms Unlimited |
| | 242027016 | MAPLE GROVE CITY | MN | 4049 | 1 | 01/30/03 | 2003 | $ 679.95 | $ 679.95 | $ 339.98 | 03/17/03 | $ 339.98 | 04/07/03 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027016 | MAPLE GROVE CITY | MN | 4049 | 2 | 01/03/02 | 2002 | $ 679.95 | $ 1,359.90 | $ 9,509.33 | 07/11/02 | $ 9,509.33 | 07/29/02 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027016 | MAPLE GROVE CITY | MN | 4049 | 2 | 12/08/03 | 2003 | $ 600.00 | $ 1,200.00 | $ 900.00 | 01/22/04 | $ 900.00 | 02/11/04 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027016 | MAPLE GROVE CITY | MN | 4049 | 2 | 02/11/02 | 2002 | $ 679.95 | $ 1,359.90 | $ 9,509.33 | 07/11/02 | $ 9,509.33 | 07/29/02 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027016 | MAPLE GROVE CITY | MN | 4049 | 2 | 09/16/02 | 2002 | $ 679.95 | $ 1,359.90 | $ 1,359.90 | 11/07/02 | $ 1,359.90 | 11/27/02 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027016 | MAPLE GROVE CITY | MN | 4063 | 1 | 11/26/02 | 2002 | $ 899.95 | $ 899.95 | $ 1,469.90 | 03/17/03 | $ 1,469.90 | 04/07/03 | XTX3A-1 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 501037037 | MARATHON COUNTY | WI | 4049 | 1 | 05/14/02 | 2002 | $ 650.00 | $ 650.00 | $ 325.00 | 05/31/02 | $ 325.00 | 06/27/02 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 501037037 | MARATHON COUNTY | WI | 4049 | 2 | 04/02/02 | 2002 | $ 650.00 | $ 1,300.00 | $ 1,047.50 | 05/31/02 | $ 1,047.50 | 06/27/02 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 501037037 | MARATHON COUNTY | WI | 4051 | 1 | 04/05/01 | 2001 | $ 795.00 | $ 795.00 | $ 1,047.50 | 05/31/02 | $ 1,047.50 | 06/27/02 | XTZX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 502038002 | MARINETTE CITY | WI | 4706 | 1 | 07/07/04 | 2004 | $ 556.00 | $ 556.00 | $ 278.00 | 07/09/04 | $ 278.00 | 07/21/04 | XTX2-2 | II | STREICHER'S MILWAUKEE |
| | 501038038 | MARINETTE COUNTY | WI | 4063 | 5 | 04/12/04 | 2004 | $ 545.00 | $ 2,725.00 | $ 1,362.50 | 03/01/05 | $ 1,362.50 | 03/23/05 | XTX3A-1 | IIIA | Advance protective Devices |
| | 502024004 | MARKESAN CITY | WI | 4051 | 1 | 10/04/02 | 2002 | $ 825.00 | $ 825.00 | $ 412.50 | 10/04/02 | $ 412.50 | 10/24/02 | XTZX2-1 | II | Marousek's Sporting Goods & Police Supply |
| | 502024004 | MARKESAN CITY | WI | 4051 | 1 | 12/05/02 | 2002 | $ 898.40 | $ 898.40 | $ 449.20 | 12/06/02 | $ 449.20 | 12/31/02 | XTZX2-1 | II | Marousek's Sporting Goods & Police Supply |
| | 162064008 | MARSHALLTOWN CITY | IA | 4051 | 1 | 09/17/03 | 2003 | $ 896.00 | $ 896.00 | $ 448.00 | 12/08/03 | $ 448.00 | 01/12/04 | XTZX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 162064008 | MARSHALLTOWN CITY | IA | 4706 | 16 | 12/22/03 | 2003 | $ 650.00 | $ 10,400.00 | $ 5,850.00 | 01/21/04 | $ 5,850.00 | 02/11/04 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| | 162064008 | MARSHALLTOWN CITY | IA | 4706 | 1 | 09/01/04 | 2004 | $ 650.00 | $ 650.00 | $ 325.00 | 09/09/04 | $ 325.00 | 09/24/04 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| | 162064008 | MARSHALLTOWN CITY | IA | 4706 | 1 | 05/06/04 | 2004 | $ 650.00 | $ 650.00 | $ 325.00 | 05/10/04 | $ 325.00 | 06/01/04 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| | 162064008 | MARSHALLTOWN CITY | IA | 4706 | 1 | 07/28/04 | 2004 | $ 650.00 | $ 650.00 | $ 325.00 | 08/23/04 | $ 325.00 | 09/17/04 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| | 162064008 | MARSHALLTOWN CITY | IA | 4706 | 3 | 01/13/04 | 2004 | $ 650.00 | $ 1,950.00 | $ 975.00 | 01/28/04 | $ 975.00 | 02/11/04 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| | 162064008 | MARSHALLTOWN CITY | IA | 4706 | 8 | 02/02/04 | 2004 | $ 650.00 | $ 5,200.00 | $ 19,146.00 | 02/18/04 | $ 19,146.00 | 03/17/04 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| | 241046046 | MARTIN COUNTY | MN | 4049 | 2 | 09/15/04 | 2004 | $ 725.00 | $ 1,450.00 | $ 725.00 | 11/01/04 | $ 725.00 | 11/24/04 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 241046046 | MARTIN COUNTY | MN | 4051 | 1 | 08/26/04 | 2004 | $ 1,150.00 | $ 1,150.00 | $ 575.00 | 11/01/04 | $ 575.00 | 11/24/04 | XTZX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 241046046 | MARTIN COUNTY | MN | 4051 | 4 | 08/26/04 | 2004 | $ 890.00 | $ 3,560.00 | $ 1,780.00 | 11/01/04 | $ 1,780.00 | 11/24/04 | XTZX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 262095401 | MARYLAND HEIGHTS CITY | MO | 4706 | 3 | 05/03/05 | 2005 | $ 570.00 | $ 1,710.00 | $ 3,501.00 | 10/06/05 | $ 3,501.00 | 12/23/05 | XTX2-2 | II | ED ROEHR SAFETY PRODUCTS |
| | 99544 | MARYSVILLE CITY | CA | 4007 | 1 | 09/20/03 | 2003 | $ 950.00 | $ 950.00 | $ 513.44 | 10/14/03 | $ 513.44 | 10/29/03 | 3AXTZX-1 | IIIA | ADAMSON INDUSTRIES |
| | 99544 | MARYSVILLE CITY | CA | 4007 | 1 | 07/31/01 | 2001 | $ 1,033.60 | $ 1,033.60 | $ 552.98 | 08/20/01 | $ 552.98 | 09/27/01 | 3AXTZX-1 | IIIA | ADAMSON INDUSTRIES |
| | 99544 | MARYSVILLE CITY | CA | 4030 | 1 | 06/17/02 | 2002 | $ 950.00 | $ 950.00 | $ 509.44 | 06/20/02 | $ 509.44 | 07/29/02 | 3AXTZX | IIIA | Adamson Industries |
| | 99544 | MARYSVILLE CITY | CA | 4030 | 1 | 09/18/01 | 2001 | $ 549.00 | $ 549.00 | $ 295.79 | 10/10/01 | $ 295.79 | 11/01/01 | 3AXTZX | IIIA | ADAMSON INDUSTRIES |
| | 99544 | MARYSVILLE CITY | CA | 4030 | 1 | 03/25/02 | 2002 | $ 549.00 | $ 549.00 | $ 297.66 | 04/22/02 | $ 297.66 | 05/28/02 | 3AXTZX | IIIA | ADAMSON INDUSTRIES |
| | 99544 | MARYSVILLE CITY | CA | 4030 | 1 | 08/27/01 | 2001 | $ 169.20 | $ 169.20 | $ 84.60 | 09/13/01 | $ 84.60 | 09/27/01 | 3AXTZX | IIIA | ADAMSON INDUSTRIES |
| | 99544 | MARYSVILLE CITY | CA | 4030 | 1 | 08/27/01 | 2001 | $ 750.00 | $ 750.00 | $ 417.73 | 09/13/01 | $ 417.73 | 09/27/01 | 3AXTZX | IIIA | ADAMSON INDUSTRIES |
| | 99544 | MARYSVILLE CITY | CA | 4030 | 1 | 12/31/02 | 2002 | $ 995.00 | $ 995.00 | $ 533.57 | 12/31/02 | $ 533.57 | 01/22/03 | 3AXTZX | IIIA | ADAMSON INDUSTRIES |
| | 99544 | MARYSVILLE CITY | CA | 4030 | 2 | 09/18/01 | 2001 | $ 950.00 | $ 1,900.00 | $ 985.32 | 10/10/01 | $ 985.32 | 11/01/01 | 3AXTZX | IIIA | ADAMSON INDUSTRIES |
| | 99544 | MARYSVILLE CITY | CA | 4030 | 3 | 01/13/03 | 2003 | $ 549.00 | $ 1,647.00 | $ 887.46 | 01/17/03 | $ 887.46 | 02/14/03 | 3AXTZX | IIIA | ADAMSON INDUSTRIES |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

Exhibit 7

**Armor Holdings Z Shield Related BVP Reimbursement Spreadsheet**

| Sampled | AGENCY ID | AGENCY NAME | STATE | MODEL ID | QTY RECEIVED | DATE RECEIVED | YEAR RECEIVED | UNIT PRICE | EXTENDED PRICE | AMOUNT REQUESTED | DATE REQUESTED | AMOUNT PAID | DATE PAID | MODEL NAME | THREAT LEVEL | DISTRIBUTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 99544 | MARYSVILLE CITY | CA | 4030 | 5 | 05/11/01 | 2001 | $ 950.00 | $ 4,750.00 | $ 2,409.45 | 05/11/01 | $ 2,409.45 | 05/29/01 | 3AXTZX | IIIA | ADAMSON INDUSTRIES |
| | 99544 | MARYSVILLE CITY | CA | 4063 | 1 | 01/08/04 | 2004 | $ 549.00 | $ 549.00 | $ 296.91 | 02/02/04 | $ 296.91 | 02/27/04 | XTX3A-1 | IIIA | ADAMSON INDUSTRIES |
| | 99544 | MARYSVILLE CITY | CA | 4063 | 1 | 09/10/01 | 2001 | $ 950.00 | $ 950.00 | $ 511.94 | 09/12/02 | $ 511.94 | 09/26/02 | XTX3A-1 | IIIA | ADAMSON INDUSTRIES |
| | 99544 | MARYSVILLE CITY | CA | 4063 | 1 | 05/12/05 | 2005 | $ 549.00 | $ 549.00 | $ 296.91 | 05/18/05 | $ 296.91 | 06/27/05 | XTX3A-1 | IIIA | ADAMSON INDUSTRIES |
| | 99544 | MARYSVILLE CITY | CA | 4063 | 1 | 09/15/03 | 2003 | $ 950.00 | $ 950.00 | $ 509.00 | 09/24/03 | $ 509.00 | 10/17/03 | XTX3A-1 | IIIA | Adamson Industries-North |
| | 99544 | MARYSVILLE CITY | CA | 4063 | 1 | 09/27/04 | 2004 | $ 549.00 | $ 549.00 | $ 294.41 | 10/05/04 | $ 294.41 | 11/03/04 | XTX3A-1 | IIIA | ADAMSON INDUSTRIES |
| | 99544 | MARYSVILLE CITY | CA | 4063 | 1 | 12/31/02 | 2002 | $ 549.00 | $ 549.00 | $ 294.41 | 12/31/02 | $ 294.41 | 01/22/03 | XTX3A-1 | IIIA | ADAMSON INDUSTRIES |
| | 99544 | MARYSVILLE CITY | CA | 4063 | 2 | 12/16/04 | 2004 | $ 549.00 | $ 1,098.00 | $ 2,672.12 | 03/08/05 | $ 2,672.12 | 03/23/05 | XTX3A-1 | IIIA | ADAMSON INDUSTRIES |
| | 99544 | MARYSVILLE CITY | CA | 4063 | 2 | 01/20/03 | 2003 | $ 1,650.00 | $ 3,300.00 | $ 1,769.63 | 05/28/03 | $ 1,769.63 | 06/17/03 | XTX3A-1 | IIIA | ADAMSON INDUSTRIES |
| | 99544 | MARYSVILLE CITY | CA | 4063 | 3 | 03/07/05 | 2005 | $ 549.00 | $ 1,647.00 | $ 2,672.12 | 03/08/05 | $ 2,672.12 | 03/23/05 | XTX3A-1 | IIIA | ADAMSON INDUSTRIES |
| | 99544 | MARYSVILLE CITY | CA | 4063 | 3 | 03/19/05 | 2005 | $ 549.00 | $ 1,647.00 | $ 3,540.32 | 04/12/05 | $ 3,540.32 | 06/24/05 | XTX3A-1 | IIIA | ADAMSON INDUSTRIES |
| | 99544 | MARYSVILLE CITY | CA | 4063 | 4 | 02/10/05 | 2005 | $ 549.00 | $ 2,196.00 | $ 2,672.12 | 03/08/05 | $ 2,672.12 | 03/23/05 | XTX3A-1 | IIIA | ADAMSON INDUSTRIES |
| | 99544 | MARYSVILLE CITY | CA | 4063 | 9 | 03/19/05 | 2005 | $ 549.00 | $ 4,941.00 | $ 3,540.32 | 04/12/05 | $ 3,540.32 | 06/24/05 | XTX3A-1 | IIIA | ADAMSON INDUSTRIES |
| | 142082015 | MASCOUTAH CITY | IL | 4706 | 1 | 07/01/03 | 2003 | $ 450.00 | $ 450.00 | $ 225.00 | 07/24/03 | $ 225.00 | 08/22/03 | XTX2-2 | II | Ed Roehr Radio Co. |
| | 142082015 | MASCOUTAH CITY | IL | 4706 | 1 | 11/01/05 | 2005 | $ 475.00 | $ 475.00 | $ 241.55 | 04/10/06 | $ 241.55 | 03/23/06 | XTX2-2 | II | Ed. Roehr Safety Products |
| | 162017003 | MASON CITY | IA | 4049 | 1 | 11/18/03 | 2003 | $ 680.00 | $ 680.00 | $ 10,284.00 | 03/10/06 | $ 10,284.00 | 09/13/06 | XTX2-1 | II | STREICHER'S |
| | 162017003 | MASON CITY | IA | 4049 | 1 | 12/20/03 | 2003 | $ 680.00 | $ 680.00 | $ 10,284.00 | 03/10/06 | $ 10,284.00 | 09/13/06 | XTX2-1 | II | STREICHER'S |
| | 162017003 | MASON CITY | IA | 4049 | 1 | 12/22/03 | 2003 | $ 630.00 | $ 630.00 | $ 10,284.00 | 03/10/06 | $ 10,284.00 | 09/13/06 | XTX2-1 | II | STREICHER'S |
| | 362083007 | MASON CITY | OH | 4051 | 1 | 03/01/03 | 2003 | $ 894.95 | $ 894.95 | $ 447.48 | 07/02/03 | $ 447.48 | 08/06/03 | XTZX2-1 | II | Roy Tailor Uniform |
| | 362083007 | MASON CITY | OH | 4051 | 1 | 07/02/03 | 2003 | $ 884.95 | $ 884.95 | $ 442.48 | 07/19/03 | $ 442.48 | 08/25/03 | XTZX2-1 | II | Roy Tailors Uniform Co., Inc. |
| | 362083007 | MASON CITY | OH | 4051 | 1 | 01/03/04 | 2004 | $ 890.00 | $ 890.00 | $ 4,747.50 | 06/10/04 | $ 4,747.50 | 07/06/04 | XTZX2-1 | II | Roy Tailors Uniform Co., Inc. |
| | 362083007 | MASON CITY | OH | 4051 | 1 | 06/03/03 | 2003 | $ 894.95 | $ 894.95 | $ 447.48 | 07/19/03 | $ 447.48 | 08/25/03 | XTZX2-1 | II | Roy Tailors Uniform Co., Inc. |
| | 362083007 | MASON CITY | OH | 4051 | 1 | 07/05/02 | 2002 | $ 894.95 | $ 894.95 | $ 447.48 | 07/29/02 | $ 447.48 | 07/29/02 | XTZX2-1 | II | Roy Tailors Uniform Co., Inc. |
| | 362083007 | MASON CITY | OH | 4051 | 1 | 05/08/02 | 2002 | $ 890.00 | $ 890.00 | $ 445.00 | 06/05/02 | $ 445.00 | 07/17/02 | XTZX2-1 | II | Roy Tailors Uniform Co., Inc. |
| | 362083007 | MASON CITY | OH | 4051 | 1 | 09/08/01 | 2001 | $ 795.00 | $ 795.00 | $ 397.50 | 10/03/01 | $ 397.50 | 11/01/01 | XTZX2-1 | II | Roy Tailors Uniform Co., Inc. |
| | 362083007 | MASON CITY | OH | 4051 | 1 | 09/11/02 | 2002 | $ 890.00 | $ 890.00 | $ 445.00 | 09/27/02 | $ 445.00 | 10/09/02 | XTZX2-1 | II | Roy Tailors Uniform Co., Inc. |
| | 362083007 | MASON CITY | OH | 4051 | 1 | 10/16/02 | 2002 | $ 894.95 | $ 894.95 | $ 447.48 | 10/16/02 | $ 447.48 | 11/15/02 | XTZX2-1 | II | Roy Tailors Uniform Co., Inc. |
| | 362083007 | MASON CITY | OH | 4051 | 1 | 06/25/01 | 2001 | $ 893.95 | $ 893.95 | $ 1,330.98 | 06/25/01 | $ 1,330.98 | 07/19/01 | XTZX2-1 | II | Roy Tailors Uniform Co., Inc. |
| X | 42017005 | VAN BUREN CITY | AR | 4049 | 3 | 08/03/04 | 2004 | $ 635.00 | $ 1,905.00 | $ 1,028.73 | 08/09/04 | $ 1,028.73 | 08/26/04 | XTX2-1 | II | Cruse Uniform & Equipment |
| | 362083007 | MASON CITY | OH | 4051 | 2 | 06/11/02 | 2002 | $ 890.00 | $ 1,780.00 | $ 890.00 | 06/11/02 | $ 890.00 | 07/22/02 | XTZX2-1 | II | Roy Tailors Uniform Co., Inc. |
| | 362083007 | MASON CITY | OH | 4051 | 2 | 03/25/04 | 2004 | $ 890.00 | $ 1,780.00 | $ 4,747.50 | 06/10/04 | $ 4,747.50 | 07/06/04 | XTZX2-1 | II | Roy Tailors Uniform Co., Inc. |
| | 362083007 | MASON CITY | OH | 4051 | 2 | 05/29/01 | 2001 | $ 884.00 | $ 1,768.00 | $ 1,330.98 | 06/25/01 | $ 1,330.98 | 07/19/01 | XTZX2-1 | II | Roy Tailors Uniform Co., Inc. |
| | 362018030 | MAYFIELD VILLAGE | OH | 4051 | 1 | 09/02/04 | 2004 | $ 1,200.00 | $ 1,200.00 | $ 600.00 | 11/04/04 | $ 600.00 | 11/24/04 | XTZX2-1 | II | SHUTTLER'S UNIFORMS |
| | 362018030 | MAYFIELD VILLAGE | OH | 4051 | 1 | 11/03/04 | 2004 | $ 700.00 | $ 700.00 | $ 350.00 | 11/30/04 | $ 350.00 | 12/13/04 | XTZX2-1 | II | Shuttler's Uniform, Inc |
| | 362018030 | MAYFIELD VILLAGE | OH | 4051 | 1 | 11/26/03 | 2003 | $ 1,140.00 | $ 1,140.00 | $ 845.00 | 12/04/03 | $ 845.00 | 01/07/04 | XTZX2-1 | II | Shuttler's Uniform, Inc |
| | 362018030 | MAYFIELD VILLAGE | OH | 4051 | 2 | 12/22/03 | 2003 | $ 950.00 | $ 1,900.00 | $ 950.00 | 01/14/04 | $ 950.00 | 02/03/04 | XTZX2-1 | II | Shuttler's Uniform Inc |
| | 502014011 | MAYVILLE CITY | WI | 4049 | 2 | 06/21/04 | 2004 | $ 725.00 | $ 1,450.00 | $ 1,191.00 | 11/17/04 | $ 1,191.00 | 12/13/04 | XTX2-1 | II | STREICHER'S-MILWAUKEE |
| | 312002032 | MAYWOOD BOROUGH | NJ | 4007 | 1 | 08/06/04 | 2004 | $ 996.00 | $ 996.00 | $ 996.00 | 08/24/04 | $ 996.00 | 09/17/04 | 3AXTZX-1 | IIIA | Lawman Supply Company |
| | 312002032 | MAYWOOD BOROUGH | NJ | 4007 | 1 | 04/07/04 | 2004 | $ 996.00 | $ 996.00 | $ 1,498.00 | 07/08/04 | $ 1,498.00 | 07/21/04 | 3AXTZX-1 | IIIA | Lawman Supply Company of New Jersey, Inc. |
| | 312002032 | MAYWOOD BOROUGH | NJ | 4007 | 1 | 08/19/04 | 2004 | $ 1,058.00 | $ 1,058.00 | $ 529.00 | 10/18/04 | $ 529.00 | 11/22/04 | 3AXTZX-1 | IIIA | Universal Police Supply |
| | 312002032 | MAYWOOD BOROUGH | NJ | 4007 | 1 | 03/20/04 | 2004 | $ 996.00 | $ 996.00 | $ 1,498.00 | 07/08/04 | $ 1,498.00 | 07/21/04 | 3AXTZX-1 | IIIA | Lawman Supply Company of New Jersey, Inc. |
| | 312002032 | MAYWOOD BOROUGH | NJ | 4007 | 1 | 05/25/04 | 2004 | $ 996.00 | $ 996.00 | $ 1,498.00 | 07/08/04 | $ 1,498.00 | 07/21/04 | 3AXTZX-1 | IIIA | Lawman Supply Company of New Jersey, Inc. |
| | 312002032 | MAYWOOD BOROUGH | NJ | 4007 | 1 | 07/28/04 | 2004 | $ 996.00 | $ 996.00 | $ 996.00 | 08/24/04 | $ 996.00 | 09/17/04 | 3AXTZX-1 | IIIA | Lawman Supply Company |
| | 471059059 | MECKLENBURG COUNTY | VA | 4049 | 15 | 05/31/02 | 2002 | $ 689.00 | $ 10,335.00 | $ 5,167.50 | 06/11/02 | $ 5,167.50 | 07/22/02 | XTX2-1 | II | Town Police Supply |
| | 242027019 | MEDINA CITY | MN | 4706 | 1 | 07/06/05 | 2005 | $ 835.95 | $ 835.95 | $ 1,189.92 | 09/07/06 | $ 1,189.92 | 03/22/07 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| | 242027019 | MEDINA CITY | MN | 4706 | 1 | 06/07/04 | 2004 | $ 750.00 | $ 750.00 | $ 1,189.92 | 09/07/06 | $ 1,189.92 | 03/22/07 | XTX2-2 | II | Streicher's Police Equipment |
| X | 412015005 | WALTERBORO CITY | SC | 4030 | 1 | 04/28/03 | 2003 | $ 828.00 | $ 828.00 | $ 730.34 | 03/02/04 | $ 730.34 | 04/08/04 | 3AXTZX | IIIA | LAWMEN SAFETY SUPPLY INC. |
| | 502071001 | MENASHA CITY | WI | 4051 | 1 | 10/02/01 | 2001 | $ 795.00 | $ 795.00 | $ 892.50 | 10/30/01 | $ 892.50 | 11/15/01 | XTZX2-1 | II | Advanced Protective Devices |
| | 503071004 | MENASHA TOWN | WI | 4063 | 1 | 11/04/04 | 2004 | $ 620.00 | $ 620.00 | $ 1,400.00 | 11/05/04 | $ 1,400.00 | 11/24/04 | XTX3A-1 | IIIA | Advanced Protective Devices |
| | 503071004 | MENASHA TOWN | WI | 4063 | 1 | 04/06/04 | 2004 | $ 545.00 | $ 545.00 | $ 1,400.00 | 11/05/04 | $ 1,400.00 | 11/24/04 | XTX3A-1 | IIIA | Advanced Protective Devices |
| | 503071004 | MENASHA TOWN | WI | 4063 | 3 | 02/24/04 | 2004 | $ 545.00 | $ 1,635.00 | $ 1,400.00 | 11/05/04 | $ 1,400.00 | 11/24/04 | XTX3A-1 | IIIA | Advanced Protective Devices |
| | 52041007 | MENLO PARK CITY | CA | 4049 | 1 | 10/23/03 | 2003 | $ 399.00 | $ 399.00 | $ 7,077.76 | 03/25/04 | $ 7,077.76 | 04/20/04 | XTX2-1 | II | Summit Uniforms |
| | 52041007 | MENLO PARK CITY | CA | 4063 | 1 | 05/12/03 | 2003 | $ 849.00 | $ 849.00 | $ 7,077.76 | 03/25/04 | $ 7,077.76 | 04/20/04 | XTX3A-1 | IIIA | Summit Uniforms |
| | 52041007 | MENLO PARK CITY | CA | 4063 | 1 | 05/21/04 | 2004 | $ 849.00 | $ 849.00 | $ 3,216.64 | 03/25/04 | $ 3,216.64 | 08/18/04 | XTX3A-1 | IIIA | Summit Uniforms |
| | 52041007 | MENLO PARK CITY | CA | 4063 | 2 | 06/17/03 | 2003 | $ 849.00 | $ 1,698.00 | $ 7,077.76 | 03/25/04 | $ 7,077.76 | 04/20/04 | XTX3A-1 | IIIA | Summit Uniforms |
| | 52041007 | MENLO PARK CITY | CA | 4063 | 3 | 06/21/04 | 2004 | $ 849.00 | $ 2,547.00 | $ 3,216.64 | 07/26/04 | $ 3,216.64 | 08/18/04 | XTX3A-1 | IIIA | Summit Uniforms |
| | 52041007 | MENLO PARK CITY | CA | 4063 | 4 | 02/04/05 | 2005 | $ 849.00 | $ 3,396.00 | $ 1,838.08 | 02/23/05 | $ 1,838.08 | 03/16/05 | XTX3A-1 | IIIA | Summit Uniforms |
| | 52041007 | MENLO PARK CITY | CA | 4063 | 4 | 08/09/05 | 2005 | $ 849.00 | $ 3,396.00 | $ 1,838.08 | 09/13/05 | $ 1,838.08 | 11/03/05 | XTX3A-1 | IIIA | Summit Uniforms |
| | 502017006 | MENOMONIE CITY | WI | 4030 | 2 | 04/13/05 | 2005 | $ 1,039.98 | $ 2,079.96 | $ 1,054.96 | 08/05/05 | $ 1,054.96 | 10/11/05 | 3AXTZX | IIIA | Streicher's Police Equipment - Minneapolis |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

Exhibit 7

## Armor Holdings Z Shield Related BVP Reimbursement Spreadsheet

| Sampled | AGENCY ID | AGENCY NAME | STATE | MODEL ID | QTY RECEIVED | DATE RECEIVED | YEAR RECEIVED | UNIT PRICE | EXTENDED PRICE | AMOUNT REQUESTED | DATE REQUESTED | AMOUNT PAID | DATE PAID | MODEL NAME | THREAT LEVEL | DISTRIBUTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 502017006 | MENOMONIE CITY | WI | 4063 | 20 | 06/27/02 | 2002 | $ 880.00 | $ 17,600.00 | $ 8,800.00 | 07/16/02 | $ 8,800.00 | 09/05/02 | XTX3A-1 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 351029029 | MERCER COUNTY | ND | 4030 | 5 | 09/27/02 | 2002 | $ 1,057.00 | $ 5,285.00 | $ 3,591.45 | 10/07/02 | $ 3,591.45 | 10/24/02 | 3AXTZX | IIIA | Streicher's Police Equipment - Minneapolis |
| | 351029029 | MERCER COUNTY | ND | 4063 | 1 | 01/18/05 | 2005 | $ 995.00 | $ 995.00 | $ 512.48 | 02/03/05 | $ 512.48 | 02/23/05 | XTX3A-1 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 351029029 | MERCER COUNTY | ND | 4063 | 2 | 09/27/02 | 2002 | $ 948.95 | $ 1,897.90 | $ 3,591.45 | 10/07/02 | $ 3,591.45 | 10/24/02 | XTX3A-1 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 132001004 | MERIDIAN CITY | ID | 4049 | 1 | 12/05/03 | 2003 | $ 630.00 | $ 630.00 | $ 2,214.50 | 06/08/04 | $ 2,214.50 | 07/09/04 | XTX2-1 | II | COP SHOP ETC. |
| | 132001004 | MERIDIAN CITY | ID | 4049 | 1 | 04/10/03 | 2003 | $ 482.00 | $ 482.00 | $ 4,028.48 | 06/08/04 | $ 4,028.48 | 07/09/04 | XTX2-1 | II | COP SHOP ETC. |
| | 132001004 | MERIDIAN CITY | ID | 4049 | 1 | 11/11/02 | 2002 | $ 482.00 | $ 482.00 | $ 241.00 | 07/25/03 | $ 241.00 | 08/25/03 | XTX2-1 | II | COP SHOP ETC. |
| | 132001004 | MERIDIAN CITY | ID | 4049 | 2 | 02/17/03 | 2003 | $ 482.00 | $ 964.00 | $ 482.00 | 07/25/03 | $ 482.00 | 08/25/03 | XTX2-1 | II | COP SHOP ETC. |
| | 132001004 | MERIDIAN CITY | ID | 4049 | 3 | 05/23/03 | 2003 | $ 482.00 | $ 1,446.00 | $ 4,028.48 | 06/08/04 | $ 4,028.48 | 07/09/04 | XTX2-1 | II | COP SHOP ETC. |
| | 132001004 | MERIDIAN CITY | ID | 4706 | 1 | 02/05/04 | 2004 | $ 635.00 | $ 635.00 | $ 2,214.50 | 06/08/04 | $ 2,214.50 | 07/09/04 | XTX2-2 | II | COP SHOP ETC. |
| | 132001004 | MERIDIAN CITY | ID | 4706 | 1 | 03/05/04 | 2004 | $ 635.00 | $ 635.00 | $ 4,028.48 | 06/08/04 | $ 4,028.48 | 07/09/04 | XTX2-2 | II | COP SHOP ETC. |
| | 132001004 | MERIDIAN CITY | ID | 4706 | 1 | 10/08/03 | 2003 | $ 482.00 | $ 482.00 | $ 2,214.50 | 06/08/04 | $ 2,214.50 | 07/09/04 | XTX2-2 | II | COP SHOP ETC. |
| | 132001004 | MERIDIAN CITY | ID | 4706 | 1 | 01/13/04 | 2004 | $ 635.00 | $ 635.00 | $ 4,028.48 | 06/08/04 | $ 4,028.48 | 07/09/04 | XTX2-2 | II | COP SHOP ETC. |
| | 132001004 | MERIDIAN CITY | ID | 4706 | 1 | 01/13/04 | 2004 | $ 635.00 | $ 635.00 | $ 4,028.48 | 06/08/04 | $ 4,028.48 | 07/09/04 | XTX2-2 | II | COP SHOP ETC. |
| | 132001004 | MERIDIAN CITY | ID | 4706 | 2 | 01/05/04 | 2004 | $ 630.00 | $ 1,260.00 | $ 4,028.48 | 06/08/04 | $ 4,028.48 | 07/09/04 | XTX2-2 | II | COP SHOP ETC. |
| | 132001004 | MERIDIAN CITY | ID | 4706 | 2 | 03/05/04 | 2004 | $ 635.00 | $ 1,270.00 | $ 2,214.50 | 06/08/04 | $ 2,214.50 | 07/09/04 | XTX2-2 | II | COP SHOP ETC. |
| | 172046008 | MERRIAM CITY | KS | 4051 | 6 | 07/28/02 | 2002 | $ 896.00 | $ 5,376.00 | $ 2,688.00 | 07/31/02 | $ 2,688.00 | 09/05/02 | XTZX2-1 | II | Law Enforcement Equipment Company |
| | 142102005 | METAMORA VILLAGE | IL | 4051 | 1 | 02/17/02 | 2002 | $ 830.00 | $ 830.00 | $ 415.00 | 06/06/02 | $ 415.00 | 07/18/02 | XTZX2-1 | II | S. Harris Uniforms |
| | 03918 | METRO TRANSIT POLICE | MN | 4063 | 1 | 03/01/04 | 2004 | $ 995.00 | $ 995.00 | $ 1,662.20 | 04/14/06 | $ 1,662.20 | 10/23/06 | XTX3A-1 | IIIA | STREICHERS |
| | 03918 | METRO TRANSIT POLICE | MN | 4706 | 2 | 03/03/04 | 2004 | $ 779.95 | $ 1,559.90 | $ 1,662.20 | 04/14/06 | $ 1,662.20 | 10/23/06 | XTX2-2 | II | STREICHERS |
| | 363013005 | MIAMI TOWNSHIP | OH | 4030 | 16 | 10/11/02 | 2002 | $ 950.00 | $ 15,200.00 | $ 7,612.53 | 10/17/02 | $ 7,612.53 | 11/15/02 | 3AXTZX | IIIA | A. E. David |
| | 363013005 | MIAMI TOWNSHIP | OH | 4030 | 8 | 12/05/02 | 2002 | $ 1,050.00 | $ 8,400.00 | $ 4,200.00 | 02/06/03 | $ 4,200.00 | 02/26/03 | 3AXTZX | IIIA | A. E. David |
| | 73005009 | MIDDLEBURY TOWN | CT | 4049 | 8 | 02/16/01 | 2001 | $ 650.00 | $ 5,200.00 | $ 2,925.00 | 03/23/04 | $ 2,925.00 | 05/08/01 | XTX2-1 | II | New England Uniform Company |
| | 342064004 | MIDDLESEX TOWN | NC | 4051 | 2 | 07/28/04 | 2004 | $ 899.00 | $ 1,798.00 | $ 983.33 | 08/24/04 | $ 983.33 | 09/17/04 | XTZX2-1 | II | Lawmens Safety Supply |
| | 342064004 | MIDDLESEX TOWN | NC | 4051 | 4 | 09/30/02 | 2002 | $ 966.20 | $ 3,864.80 | $ 1,932.40 | 07/28/03 | $ 1,932.40 | 08/22/03 | XTZX2-1 | II | Lawman's Safety Supply, Inc. |
| | 502013015 | MIDDLETON CITY | WI | 4049 | 1 | 03/12/03 | 2003 | $ 725.00 | $ 725.00 | $ 2,732.23 | 02/10/05 | $ 2,732.23 | 02/23/05 | XTX2-1 | II | STREICHER'S-MILWAUKEE |
| | 502013015 | MIDDLETON CITY | WI | 4049 | 2 | 12/10/03 | 2003 | $ 725.00 | $ 1,450.00 | $ 2,732.23 | 02/10/05 | $ 2,732.23 | 02/23/05 | XTX2-1 | II | STREICHER'S-MILWAUKEE |
| | 502013015 | MIDDLETON CITY | WI | 4049 | 3 | 05/10/04 | 2004 | $ 725.00 | $ 2,175.00 | $ 2,732.23 | 02/10/05 | $ 2,732.23 | 02/23/05 | XTX2-1 | II | STREICHER'S-MILWAUKEE |
| X | 242081004 | WASECA CITY | MN | 4051 | 1 | 04/22/05 | 2005 | $ 938.00 | $ 938.00 | $ 1,961.50 | 02/27/06 | $ 1,961.50 | 09/13/06 | XTZX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 502013015 | MIDDLETON CITY | WI | 4706 | 1 | 10/22/02 | 2002 | $ 650.00 | $ 650.00 | $ 2,720.48 | 02/27/03 | $ 2,720.48 | 03/12/03 | XTX2-2 | II | American Body Armor |
| | 502013015 | MIDDLETON CITY | WI | 4706 | 5 | 12/23/02 | 2002 | $ 650.00 | $ 3,250.00 | $ 2,720.48 | 02/27/03 | $ 2,720.48 | 03/12/03 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| | 72004002 | MIDDLETOWN CITY | CT | 4051 | 1 | 06/07/02 | 2002 | $ 795.00 | $ 795.00 | $ 34,762.65 | 06/07/02 | $ 34,762.65 | 07/22/02 | XTZX2-1 | II | New England Uniform Company |
| | 72004002 | MIDDLETOWN CITY | CT | 4051 | 1 | 06/07/02 | 2002 | $ 825.00 | $ 825.00 | $ 34,762.65 | 06/07/02 | $ 34,762.65 | 07/22/02 | XTZX2-1 | II | New England Uniform Co. |
| | 72004002 | MIDDLETOWN CITY | CT | 4051 | 1 | 06/07/02 | 2002 | $ 845.00 | $ 845.00 | $ 34,762.65 | 06/07/02 | $ 34,762.65 | 07/22/02 | XTZX2-1 | II | New England Uniform Co. |
| | 393009014 | MIDDLETOWN TOWNSHIP | PA | 4007 | 7 | 01/29/04 | 2004 | $ 1,128.00 | $ 7,896.00 | $ 3,948.00 | 02/27/04 | $ 3,948.00 | 03/17/04 | 3AXTZX-1 | IIIA | SAFETY LEAGUE |
| | 393009014 | MIDDLETOWN TOWNSHIP | PA | 4030 | 35 | 07/13/01 | 2001 | $ 1,029.00 | $ 36,015.00 | $ 20,580.00 | 07/31/02 | $ 20,580.00 | 09/05/02 | 3AXTZX | IIIA | Safety League Inc. |
| | 393009014 | MIDDLETOWN TOWNSHIP | PA | 4030 | 5 | 07/11/02 | 2002 | $ 1,029.00 | $ 5,145.00 | $ 20,580.00 | 07/31/02 | $ 20,580.00 | 09/05/02 | 3AXTZX | IIIA | Safety League Inc. |
| | 442165001 | MIDLAND CITY | TX | 4706 | 11 | 01/13/04 | 2004 | $ 768.00 | $ 8,448.00 | $ 4,224.00 | 02/10/04 | $ 4,224.00 | 02/26/04 | XTX2-2 | II | GT Distributors |
| | 442165001 | MIDLAND CITY | TX | 4706 | 12 | 09/25/03 | 2003 | $ 768.00 | $ 9,216.00 | $ 6,528.00 | 10/27/03 | $ 6,528.00 | 11/21/03 | XTX2-2 | II | GT Distributors |
| | 442165001 | MIDLAND CITY | TX | 4706 | 1 | 07/06/05 | 2005 | $ 768.00 | $ 768.00 | $ 768.00 | 02/27/06 | $ 768.00 | 09/13/06 | XTX2-2 | II | GT Distributors |
| | 442165001 | MIDLAND CITY | TX | 4706 | 1 | 02/08/05 | 2005 | $ 768.00 | $ 768.00 | $ 4,060.00 | 05/09/05 | $ 4,060.00 | 06/24/05 | XTX2-2 | II | GT Distributors |
| | 442165001 | MIDLAND CITY | TX | 4706 | 1 | 09/09/04 | 2004 | $ 768.00 | $ 768.00 | $ 3,072.00 | 02/05/05 | $ 3,072.00 | 02/23/05 | XTX2-2 | II | GT Distributors |
| | 442165001 | MIDLAND CITY | TX | 4706 | 1 | 11/16/04 | 2004 | $ 768.00 | $ 768.00 | $ 3,072.00 | 02/05/05 | $ 3,072.00 | 02/23/05 | XTX2-2 | II | GT Distributors |
| | 442165001 | MIDLAND CITY | TX | 4706 | 1 | 08/20/04 | 2004 | $ 768.00 | $ 768.00 | $ 3,072.00 | 02/05/05 | $ 3,072.00 | 02/23/05 | XTX2-2 | II | GT Distributors |
| | 442165001 | MIDLAND CITY | TX | 4706 | 1 | 05/23/05 | 2005 | $ 768.00 | $ 768.00 | $ 768.00 | 02/27/06 | $ 768.00 | 09/13/06 | XTX2-2 | II | GT Distributors |
| | 442165001 | MIDLAND CITY | TX | 4706 | 22 | 03/11/03 | 2003 | $ 768.00 | $ 16,896.00 | $ 8,448.00 | 03/19/03 | $ 8,448.00 | 04/07/03 | XTX2-2 | II | GT Distributors |
| | 442165001 | MIDLAND CITY | TX | 4706 | 2 | 11/22/04 | 2004 | $ 768.00 | $ 1,536.00 | $ 3,072.00 | 02/05/05 | $ 3,072.00 | 02/23/05 | XTX2-2 | II | GT Distributors |
| | 442165001 | MIDLAND CITY | TX | 4706 | 3 | 12/28/04 | 2004 | $ 768.00 | $ 2,304.00 | $ 3,072.00 | 02/05/05 | $ 3,072.00 | 02/23/05 | XTX2-2 | II | GT Distributors |
| | 442165001 | MIDLAND CITY | TX | 4706 | 4 | 04/29/05 | 2005 | $ 768.00 | $ 3,072.00 | $ 4,060.00 | 05/09/05 | $ 4,060.00 | 06/24/05 | XTX2-2 | II | GT Distributors |
| | 442165001 | MIDLAND CITY | TX | 4706 | 4 | 04/30/04 | 2004 | $ 767.90 | $ 3,071.60 | $ 1,535.80 | 08/03/04 | $ 1,535.80 | 08/26/04 | XTX2-2 | II | GT Distributors |
| | 442165001 | MIDLAND CITY | TX | 4706 | 5 | 10/01/03 | 2003 | $ 768.00 | $ 3,840.00 | $ 6,528.00 | 10/27/03 | $ 6,528.00 | 11/21/03 | XTX2-2 | II | GT Distributors |
| | 372055013 | MIDWEST CITY | OK | 4049 | 1 | 12/01/02 | 2002 | $ 499.99 | $ 499.99 | $ 3,147.48 | 08/12/03 | $ 3,147.48 | 08/29/03 | XTX2-1 | II | Skaggs Public Safety Uniform & Equipment |
| | 372055013 | MIDWEST CITY | OK | 4049 | 1 | 08/05/03 | 2003 | $ 583.96 | $ 583.96 | $ 3,147.48 | 08/12/03 | $ 3,147.48 | 08/29/03 | XTX2-1 | II | Armor Holdings Inc. |
| | 372055013 | MIDWEST CITY | OK | 4049 | 1 | 04/10/03 | 2003 | $ 579.00 | $ 579.00 | $ 3,147.48 | 08/12/03 | $ 3,147.48 | 08/29/03 | XTX2-1 | II | Armor Holdings Inc. |
| | 372055013 | MIDWEST CITY | OK | 4049 | 3 | 03/03/03 | 2003 | $ 579.00 | $ 1,737.00 | $ 3,147.48 | 08/12/03 | $ 3,147.48 | 08/29/03 | XTX2-1 | II | Armor Holdings Inc. |
| | 372055013 | MIDWEST CITY | OK | 4049 | 3 | 10/25/02 | 2002 | $ 579.00 | $ 1,737.00 | $ 3,147.48 | 08/12/03 | $ 3,147.48 | 08/29/03 | XTX2-1 | II | oklahoma police supply |
| | 372055013 | MIDWEST CITY | OK | 4049 | 48 | 08/19/04 | 2004 | $ 579.40 | $ 27,811.20 | $ 14,485.00 | 09/16/04 | $ 14,485.00 | 10/14/04 | XTX2-1 | II | Special OPS Uniforms |
| | 392060003 | MIFFLINBURG BOROUGH | PA | 4706 | 7 | 05/11/04 | 2004 | $ 659.00 | $ 4,613.00 | $ 2,581.50 | 10/13/04 | $ 2,581.50 | 11/03/04 | XTX2-2 | II | SAFETY LEAGUE INC. |
| X | 362066003 | WAVERLY CITY | OH | 4051 | 18 | 02/03/05 | 2005 | $ 781.87 | $ 14,073.66 | $ 7,036.83 | 03/04/05 | $ 7,036.83 | 03/23/05 | XTZX2-1 | II | Roy Tailors Uniform Co of Columbus |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

Exhibit 7

**Armor Holdings Z Shield Related BVP Reimbursement Spreadsheet**

| Sampled | AGENCY ID | AGENCY NAME | STATE | MODEL ID | QTY RECEIVED | DATE RECEIVED | YEAR RECEIVED | UNIT PRICE | EXTENDED PRICE | AMOUNT REQUESTED | DATE REQUESTED | AMOUNT PAID | DATE PAID | MODEL NAME | THREAT LEVEL | DISTRIBUTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 451014014 | MILLARD COUNTY | UT | 4030 | 1 | 11/05/99 | 1999 | $ 589.99 | $ 589.99 | 1,155.91 | 09/05/03 | $ 1,155.91 | 09/26/03 | 3AXTZX | IIIA | Galls Inc |
| | 451014014 | MILLARD COUNTY | UT | 4030 | 1 | 12/30/99 | 1999 | $ 589.99 | $ 589.99 | 1,155.91 | 09/05/03 | $ 1,155.91 | 09/26/03 | 3AXTZX | IIIA | Galls Inc |
| | 451014014 | MILLARD COUNTY | UT | 4030 | 8 | 10/01/04 | 2004 | $ 599.50 | $ 4,796.00 | 2,909.50 | 03/15/05 | $ 2,909.50 | 06/24/05 | 3AXTZX | IIIA | Skaggs (UT) |
| | 241048048 | MILLE LACS COUNTY | MN | 4049 | 15 | 09/01/03 | 2003 | $ 665.00 | $ 9,975.00 | 4,987.50 | 10/02/03 | $ 4,987.50 | 10/29/03 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 422030001 | MILLER CITY | SD | 4051 | 1 | 11/26/02 | 2002 | $ 839.00 | $ 839.00 | 845.85 | 01/21/03 | $ 845.85 | 02/14/03 | XTZX2-1 | II | JACK'S UNIFORMS & EQUIPMENT |
| | 422030001 | MILLER CITY | SD | 4051 | 1 | 12/30/02 | 2002 | $ 839.00 | $ 839.00 | 845.85 | 01/21/03 | $ 845.85 | 02/14/03 | XTZX2-1 | II | JACK'S UNIFORMS & EQUIPMENT |
| | 261066066 | MILLER COUNTY | MO | 4020 | 2 | 10/08/04 | 2004 | $ 757.76 | $ 1,515.52 | 1,804.58 | 10/26/04 | $ 1,804.58 | 11/22/04 | XTX2A-1 | IIA | SOUTHERN UNIFORM & EQUIPMENT |
| | 261066066 | MILLER COUNTY | MO | 4020 | 3 | 10/08/04 | 2004 | $ 688.38 | $ 2,066.64 | 1,804.58 | 10/26/04 | $ 1,804.58 | 11/22/04 | XTX2A-1 | IIA | SOUTHERN UNIFORM & EQUIPMENT |
| | 382030006 | MILTON FREEWATER CITY | OR | 4049 | 1 | 02/01/05 | 2005 | $ 780.00 | $ 780.00 | 393.75 | 02/04/05 | $ 393.75 | 02/23/05 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 382030006 | MILTON FREEWATER CITY | OR | 4049 | 2 | 01/12/04 | 2004 | $ 780.00 | $ 1,560.00 | 784.50 | 01/13/04 | $ 784.50 | 02/03/04 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 382030006 | MILTON FREEWATER CITY | OR | 4049 | 2 | 12/28/04 | 2004 | $ 780.00 | $ 1,560.00 | 783.75 | 01/03/05 | $ 783.75 | 02/04/05 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 131034034 | MINIDOKA COUNTY | ID | 4063 | 6 | 10/11/02 | 2002 | $ 850.00 | $ 5,100.00 | 2,562.48 | 10/12/02 | $ 2,562.48 | 10/24/02 | XTX3A-1 | IIIA | COP SHOP ETC. |
| | 240000000 | MINNESOTA | MN | 4063 | 1 | 03/18/05 | 2005 | $ 784.00 | $ 784.00 | 741.98 | 03/17/06 | $ 741.98 | 10/23/06 | XTX3A-1 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 240000000 | MINNESOTA | MN | 4706 | 35 | 07/01/04 | 2004 | $ 775.00 | $ 27,125.00 | 13,562.50 | 08/23/04 | $ 13,562.50 | 09/17/04 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| | 242027022 | MINNETONKA CITY | MN | 4049 | 11 | 08/06/02 | 2002 | $ 625.00 | $ 6,875.00 | 5,899.50 | 09/13/02 | $ 5,899.50 | 09/26/02 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027022 | MINNETONKA CITY | MN | 4049 | 1 | 04/25/05 | 2005 | $ 679.00 | $ 679.00 | 1,479.00 | 09/19/05 | $ 1,479.00 | 11/03/05 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027022 | MINNETONKA CITY | MN | 4049 | 2 | 12/15/03 | 2003 | $ 679.00 | $ 1,358.00 | 7,385.90 | 12/16/03 | $ 7,385.90 | 01/20/04 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027022 | MINNETONKA CITY | MN | 4049 | 5 | 12/16/03 | 2003 | $ 578.81 | $ 2,894.05 | 7,385.90 | 12/16/03 | $ 7,385.90 | 01/20/04 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027022 | MINNETONKA CITY | MN | 4049 | 5 | 07/23/03 | 2003 | $ 679.95 | $ 3,399.75 | 7,385.90 | 12/16/03 | $ 7,385.90 | 01/20/04 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027022 | MINNETONKA CITY | MN | 4049 | 7 | 10/23/02 | 2002 | $ 625.00 | $ 4,375.00 | 7,385.90 | 12/16/03 | $ 7,385.90 | 01/20/04 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027022 | MINNETONKA CITY | MN | 4051 | 1 | 12/20/01 | 2001 | $ 625.00 | $ 625.00 | 5,899.50 | 09/13/02 | $ 5,899.50 | 09/26/02 | XTZX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027022 | MINNETONKA CITY | MN | 4051 | 1 | 01/28/03 | 2003 | $ 750.00 | $ 750.00 | 7,385.90 | 12/16/03 | $ 7,385.90 | 01/20/04 | XTZX2-1 | II | Uniforms Unlimited |
| | 242027022 | MINNETONKA CITY | MN | 4063 | 1 | 02/04/05 | 2005 | $ 879.00 | $ 879.00 | 1,479.00 | 09/19/05 | $ 1,479.00 | 11/03/05 | XTX3A-1 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 382003006 | MOLALLA CITY | OR | 4794 | 1 | 05/10/05 | 2005 | $ 995.00 | $ 995.00 | 502.00 | 05/25/05 | $ 502.00 | 06/27/05 | XTX3A-2 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 382003006 | MOLALLA CITY | OR | 4794 | 1 | 10/28/04 | 2004 | $ 995.00 | $ 995.00 | 1,497.50 | 05/24/05 | $ 1,497.50 | 06/27/05 | XTX3A-2 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 382003006 | MOLALLA CITY | OR | 4794 | 2 | 11/07/05 | 2005 | $ 630.00 | $ 1,260.00 | 640.00 | 11/29/05 | $ 640.00 | 12/23/05 | XTX3A-2 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 382003006 | MOLALLA CITY | OR | 4794 | 2 | 07/28/04 | 2004 | $ 995.00 | $ 1,990.00 | 1,497.50 | 05/24/05 | $ 1,497.50 | 06/27/05 | XTX3A-2 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 261068068 | MONITEAU COUNTY | MO | 4049 | 1 | 11/12/04 | 2004 | $ 680.00 | $ 680.00 | 623.27 | 03/15/05 | $ 623.27 | 06/24/05 | XTX2-1 | II | Ed Roehr Safety Products Co |
| | 261068068 | MONITEAU COUNTY | MO | 4049 | 3 | 07/13/01 | 2001 | $ 795.00 | $ 2,385.00 | 1,192.50 | 07/10/02 | $ 1,192.50 | 07/29/02 | XTX2-1 | II | ED ROEHR SAFETY PRODUCTS |
| | 382027004 | MONMOUTH TOWN | OR | 4794 | 1 | 04/06/04 | 2004 | $ 783.00 | $ 783.00 | 391.50 | 04/29/04 | $ 391.50 | 05/17/04 | XTX3A-2 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 382027004 | MONMOUTH TOWN | OR | 4794 | 5 | 10/03/03 | 2003 | $ 783.00 | $ 3,915.00 | 1,963.00 | 10/16/03 | $ 1,963.00 | 11/21/03 | XTX3A-2 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482031010 | MONROE CITY | WA | 4007 | 1 | 10/10/02 | 2002 | $ 1,199.00 | $ 1,199.00 | 658.25 | 11/13/02 | $ 658.25 | 11/27/02 | 3AXTZX-1 | IIIA | Blumenthal Uniform & Equipment |
| | 482031010 | MONROE CITY | WA | 4007 | 1 | 08/16/02 | 2002 | $ 1,199.00 | $ 1,199.00 | 658.63 | 11/12/02 | $ 658.63 | 11/27/02 | 3AXTZX-1 | IIIA | Blumenthal Uniform & Equipment |
| | 99206 | MONROE TOWN | CT | 4051 | 1 | 01/20/03 | 2003 | $ 540.00 | $ 540.00 | 810.00 | 03/18/03 | $ 810.00 | 04/07/03 | XTX2-1 | II | New England Uniform Co. |
| | 99206 | MONROE TOWN | CT | 4051 | 2 | 10/10/03 | 2003 | $ 540.00 | $ 1,080.00 | 540.00 | 11/17/03 | $ 540.00 | 12/24/03 | XTZX2-1 | II | New England Uniform Co. |
| | 223007011 | MONSON TOWN | MA | 4051 | 6 | 08/21/02 | 2002 | $ 747.00 | $ 4,482.00 | 2,241.00 | 09/18/02 | $ 2,241.00 | 10/09/02 | XTZX2-1 | II | Central Equipment Company |
| | 502039002 | MONTELLO CITY | WI | 4706 | 1 | 01/13/06 | | $ 650.00 | $ 650.00 | 332.48 | 01/20/06 | $ 332.48 | 05/09/06 | XTX2-2 | II | Steichers |
| | 502039002 | MONTELLO CITY | WI | 4706 | 1 | 04/20/05 | 2005 | $ 750.00 | $ 750.00 | 379.98 | 10/06/05 | $ 379.98 | 12/23/05 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| | 502039002 | MONTELLO CITY | WI | 4706 | 1 | 06/21/04 | 2004 | $ 775.00 | $ 775.00 | 390.00 | 07/01/04 | $ 390.00 | 07/21/04 | XTX2-2 | II | STREICHER'S-MILWAUKEE |
| | 52027006 | MONTEREY CITY | CA | 4049 | 1 | 06/09/05 | 2005 | $ 692.00 | $ 692.00 | 5,202.11 | 07/21/05 | $ 5,202.11 | 10/19/05 | XTX2-1 | II | Summit Uniforms |
| | 52027006 | MONTEREY CITY | CA | 4063 | 1 | 02/04/05 | 2005 | $ 692.00 | $ 692.00 | 5,202.11 | 07/21/05 | $ 5,202.11 | 10/19/05 | XTX3A-1 | IIIA | Summit Uniforms |
| | 52027006 | MONTEREY CITY | CA | 4063 | 1 | 11/09/02 | 2002 | $ 649.00 | $ 649.00 | 5,145.72 | 07/03/03 | $ 5,145.72 | 08/06/03 | XTX3A-1 | IIIA | Butler's |
| | 52027006 | MONTEREY CITY | CA | 4063 | 1 | 08/10/04 | 2004 | $ 692.00 | $ 692.00 | 2,996.36 | 02/03/05 | $ 2,996.36 | 02/23/05 | XTX3A-1 | IIIA | Summit Uniforms |
| | 52027006 | MONTEREY CITY | CA | 4063 | 1 | 01/10/04 | 2004 | $ 629.00 | $ 629.00 | 2,380.00 | 05/13/04 | $ 2,380.00 | 06/01/04 | XTX3A-1 | IIIA | Summit Uniforms |
| | 52027006 | MONTEREY CITY | CA | 4063 | 1 | 06/13/03 | 2003 | $ 629.00 | $ 629.00 | 2,380.00 | 05/13/04 | $ 2,380.00 | 06/01/04 | XTX3A-1 | IIIA | Summit Uniforms |
| | 52027006 | MONTEREY CITY | CA | 4063 | 1 | 01/16/03 | 2003 | $ 692.00 | $ 692.00 | 5,145.72 | 07/03/03 | $ 5,145.72 | 08/06/03 | XTX3A-1 | IIIA | Summit Uniforms |
| | 52027006 | MONTEREY CITY | CA | 4063 | 1 | 07/16/04 | 2004 | $ 692.00 | $ 692.00 | 1,770.43 | 08/05/04 | $ 1,770.43 | 08/26/04 | XTX3A-1 | IIIA | Summit Uniforms |
| | 52027006 | MONTEREY CITY | CA | 4063 | 1 | 10/16/04 | 2004 | $ 692.00 | $ 692.00 | 2,996.36 | 02/03/05 | $ 2,996.36 | 02/23/05 | XTX3A-1 | IIIA | Summit Uniforms |
| | 52027006 | MONTEREY CITY | CA | 4063 | 1 | 10/26/02 | 2002 | $ 692.00 | $ 692.00 | 5,145.72 | 07/03/03 | $ 5,145.72 | 08/06/03 | XTX3A-1 | IIIA | Summit Uniforms |
| | 52027006 | MONTEREY CITY | CA | 4063 | 2 | 09/02/04 | 2004 | $ 692.00 | $ 1,384.00 | 2,996.36 | 02/03/05 | $ 2,996.36 | 02/23/05 | XTX3A-1 | IIIA | Summit Uniforms |
| | 52027006 | MONTEREY CITY | CA | 4063 | 2 | 04/03/03 | 2003 | $ 692.00 | $ 1,384.00 | 5,145.72 | 07/03/03 | $ 5,145.72 | 08/06/03 | XTX3A-1 | IIIA | Summit Uniforms |
| | 52027006 | MONTEREY CITY | CA | 4063 | 2 | 10/14/04 | 2004 | $ 692.00 | $ 1,384.00 | 2,996.36 | 02/03/05 | $ 2,996.36 | 02/23/05 | XTX3A-1 | IIIA | Summit Uniforms |
| | 52027006 | MONTEREY CITY | CA | 4063 | 2 | 10/28/02 | 2002 | $ 692.00 | $ 1,384.00 | 5,145.72 | 07/03/03 | $ 5,145.72 | 08/06/03 | XTX3A-1 | IIIA | Summit Uniforms |
| | 52027006 | MONTEREY CITY | CA | 4063 | 3 | 05/13/03 | 2003 | $ 692.00 | $ 2,076.00 | 5,145.72 | 07/03/03 | $ 5,145.72 | 08/06/03 | XTX3A-1 | IIIA | Summit Uniforms |
| | 52027006 | MONTEREY CITY | CA | 4063 | 5 | 12/30/03 | 2003 | $ 629.00 | $ 3,145.00 | 2,380.00 | 05/13/04 | $ 2,380.00 | 06/01/04 | XTX3A-1 | IIIA | Summit Uniforms |
| | 52027006 | MONTEREY CITY | CA | 4063 | 6 | 06/09/05 | 2005 | $ 692.00 | $ 4,152.00 | 5,202.11 | 07/21/05 | $ 5,202.11 | 10/19/05 | XTX3A-1 | IIIA | Summit Uniforms |
| | 482014006 | MONTESANO CITY | WA | 4049 | 1 | 08/08/01 | 2001 | $ 795.00 | $ 795.00 | 432.48 | 06/10/02 | $ 432.48 | 07/18/02 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 242012004 | MONTEVIDEO CITY | MN | 4049 | 1 | 05/02/02 | 2002 | $ 679.95 | $ 679.95 | 353.95 | 05/03/02 | $ 353.95 | 06/05/02 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242012004 | MONTEVIDEO CITY | MN | 4049 | 1 | 12/21/04 | 2004 | $ 599.95 | $ 599.95 | 313.95 | 12/21/04 | $ 313.95 | 01/20/05 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

Exhibit 7

**Armor Holdings Z Shield Related BVP Reimbursement Spreadsheet**

| Sampled | AGENCY ID | AGENCY NAME | STATE | MODEL ID | QTY RECEIVED | DATE RECEIVED | YEAR RECEIVED | UNIT PRICE | EXTENDED PRICE | AMOUNT REQUESTED | DATE REQUESTED | AMOUNT PAID | DATE PAID | MODEL NAME | THREAT LEVEL | DISTRIBUTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 242012004 | MONTEVIDEO CITY | MN | 4049 | 1 | 03/22/04 | 2004 | $ 779.95 | $ 779.95 | $ 389.98 | 06/10/04 | $ 389.98 | 07/06/04 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242012004 | MONTEVIDEO CITY | MN | 4049 | 2 | 06/18/02 | 2002 | $ 679.95 | $ 1,359.90 | $ 679.95 | 06/20/02 | $ 679.95 | 07/29/02 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 61042041 | MONTEZUMA COUNTY | CO | 4794 | 1 | 06/17/04 | 2004 | $ 600.00 | $ 600.00 | $ 6,300.00 | 06/29/04 | $ 6,300.00 | 07/12/04 | XTX3A-2 | IIIA | Public Safety Warehouse |
| | 61042041 | MONTEZUMA COUNTY | CO | 4794 | 22 | 06/17/04 | 2004 | $ 500.00 | $ 11,000.00 | $ 6,300.00 | 06/29/04 | $ 6,300.00 | 07/12/04 | XTX3A-2 | IIIA | Public Safety Warehouse |
| | 211016015401100 | MONTGOMERY COUNTY POLICE DEPARTMENT | MD | 4049 | 12 | 04/23/02 | 2002 | $ 712.32 | $ 8,547.84 | $ 65,040.27 | 02/18/03 | $ 65,040.27 | 03/12/03 | XTX2-1 | II | SAFETY LEAGUE |
| | 211016015401100 | MONTGOMERY COUNTY POLICE DEPARTMENT | MD | 4051 | 3 | 09/19/01 | 2001 | $ 898.00 | $ 2,694.00 | $ 65,040.27 | 02/18/03 | $ 65,040.27 | 03/12/03 | XTZX2-1 | II | Safety League Inc. |
| | 252039001 | MONTICELLO TOWN | MS | 4030 | 1 | 05/03/05 | 2005 | $ 1,090.40 | $ 1,090.40 | $ 545.20 | 05/16/05 | $ 545.20 | 06/27/05 | 3AXTZX | IIIA | Mid South Uniform & Supply, Inc. |
| | 252039001 | MONTICELLO TOWN | MS | 4030 | 5 | 12/03/03 | 2003 | $ 1,090.40 | $ 5,452.00 | $ 2,726.00 | 06/14/04 | $ 2,726.00 | 07/09/04 | 3AXTZX | IIIA | Mid South Uniform & Supply, Inc. |
| | 99459 | MONTVILLE TOWN | CT | 4051 | 1 | 10/14/03 | 2003 | $ 799.00 | $ 799.00 | $ 399.50 | 10/19/03 | $ 399.50 | 11/21/03 | XTZX2-1 | II | Riley's Sport Shop, Inc. |
| | 99459 | MONTVILLE TOWN | CT | 4051 | 3 | 06/01/04 | 2004 | $ 775.00 | $ 2,325.00 | $ 2,915.00 | 08/10/04 | $ 2,915.00 | 09/24/04 | XTZX2-1 | II | Riley's Sport Shop, Inc. |
| | 99459 | MONTVILLE TOWN | CT | 4051 | 3 | 10/03/03 | 2003 | $ 799.00 | $ 2,397.00 | $ 1,198.50 | 10/06/03 | $ 1,198.50 | 10/29/03 | XTZX2-1 | II | Riley's Sport Shop, Inc. |
| | 99459 | MONTVILLE TOWN | CT | 4051 | 5 | 06/15/04 | 2004 | $ 701.00 | $ 3,505.00 | $ 2,915.00 | 08/10/04 | $ 2,915.00 | 09/24/04 | XTZX2-1 | II | Riley's Sport Shop, Inc. |
| | 312002035 | MOONACHIE BOROUGH | NJ | 4030 | 7 | 04/20/04 | 2004 | $ 996.00 | $ 6,972.00 | $ 3,486.00 | 04/29/04 | $ 3,486.00 | 05/17/04 | 3AXTZX | IIIA | Lawmen Supply Company of New Jersey, Inc. |
| | 492016001 | MOOREFIELD TOWN | WV | 4794 | 7 | 07/30/03 | 2003 | $ 829.00 | $ 5,803.00 | $ 2,901.50 | 09/03/03 | $ 2,901.50 | 09/26/03 | XTX3A-2 | IIIA | Town Police Supply |
| | 52043009 | MORGAN HILL CITY | CA | 4063 | 1 | 06/08/05 | 2005 | $ 649.00 | $ 649.00 | $ 702.54 | 06/21/05 | $ 702.54 | 06/16/06 | XTX3A-1 | IIIA | Summit Uniforms |
| | 52043009 | MORGAN HILL CITY | CA | 4063 | 1 | 06/08/05 | 2005 | $ 649.00 | $ 649.00 | $ 702.54 | 06/21/05 | $ 702.54 | 06/16/06 | XTX3A-1 | IIIA | Summit Uniforms |
| X | 342063801 | WHISPERING PINES VILLAGE | NC | 4051 | 7 | 11/06/03 | 2003 | $ 899.99 | $ 6,299.93 | $ 3,370.47 | 11/07/03 | $ 3,370.47 | 12/12/03 | XTZX2-1 | II | Lawman's Safety Supply, Inc. |
| | 52043009 | MORGAN HILL CITY | CA | 4063 | 1 | 11/09/04 | 2004 | $ 649.00 | $ 649.00 | $ 2,448.07 | 05/24/05 | $ 2,448.07 | 06/27/05 | XTX3A-1 | IIIA | Summit Uniforms |
| | 52043009 | MORGAN HILL CITY | CA | 4063 | 1 | 06/11/03 | 2003 | $ 849.00 | $ 849.00 | $ 1,378.56 | 08/22/03 | $ 1,378.56 | 09/16/03 | XTX3A-1 | IIIA | Summit Uniforms |
| | 52043009 | MORGAN HILL CITY | CA | 4063 | 1 | 06/11/03 | 2003 | $ 849.00 | $ 849.00 | $ 1,378.56 | 08/22/03 | $ 1,378.56 | 09/16/03 | XTX3A-1 | IIIA | Summit Uniforms |
| | 52043009 | MORGAN HILL CITY | CA | 4063 | 1 | 04/13/05 | 2005 | $ 649.00 | $ 649.00 | $ 2,448.07 | 05/24/05 | $ 2,448.07 | 06/27/05 | XTX3A-1 | IIIA | Summit Uniforms |
| | 52043009 | MORGAN HILL CITY | CA | 4063 | 1 | 07/14/04 | 2004 | $ 629.00 | $ 629.00 | $ 2,448.07 | 05/24/05 | $ 2,448.07 | 06/27/05 | XTX3A-1 | IIIA | Summit Uniforms |
| | 52043009 | MORGAN HILL CITY | CA | 4063 | 1 | 02/18/03 | 2003 | $ 849.00 | $ 849.00 | $ 1,378.56 | 08/22/03 | $ 1,378.56 | 09/16/03 | XTX3A-1 | IIIA | Summit Uniforms |
| | 52043009 | MORGAN HILL CITY | CA | 4063 | 1 | 12/30/03 | 2003 | $ 849.00 | $ 849.00 | $ 459.52 | 03/05/04 | $ 459.52 | 04/09/04 | XTX3A-1 | IIIA | Summit Uniforms |
| | 52043009 | MORGAN HILL CITY | CA | 4063 | 2 | 07/13/05 | 2005 | $ 649.00 | $ 1,298.00 | $ 702.54 | 11/02/05 | $ 702.54 | 12/23/05 | XTX3A-1 | IIIA | Summit Uniforms |
| | 52043009 | MORGAN HILL CITY | CA | 4063 | 3 | 04/06/05 | 2005 | $ 649.00 | $ 1,947.00 | $ 2,448.07 | 05/24/05 | $ 2,448.07 | 06/27/05 | XTX3A-1 | IIIA | Summit Uniforms |
| | 5204300960100 | MORGAN HILL POLICE DEPT | CA | 4049 | 1 | 01/28/02 | 2002 | $ 699.00 | $ 699.00 | $ 1,653.52 | 05/01/02 | $ 1,653.52 | 06/05/02 | XTX2-1 | II | Summit Uniform |
| | 5204300960100 | MORGAN HILL POLICE DEPT | CA | 4063 | 1 | 08/05/02 | 2002 | $ 629.00 | $ 629.00 | $ 1,918.73 | 02/05/03 | $ 1,918.73 | 02/26/03 | XTX3A-1 | IIIA | Summit Uniforms |
| | 5204300960100 | MORGAN HILL POLICE DEPT | CA | 4063 | 1 | 09/14/02 | 2002 | $ 629.00 | $ 629.00 | $ 1,918.73 | 02/05/03 | $ 1,918.73 | 02/26/03 | XTX3A-1 | IIIA | Summit Uniforms |
| | 5204300960100 | MORGAN HILL POLICE DEPT | CA | 4063 | 1 | 09/14/02 | 2002 | $ 849.00 | $ 849.00 | $ 1,918.73 | 02/05/03 | $ 1,918.73 | 02/26/03 | XTX3A-1 | IIIA | Summit Uniforms |
| | 5204300960100 | MORGAN HILL POLICE DEPT | CA | 4063 | 1 | 10/26/02 | 2002 | $ 849.00 | $ 849.00 | $ 1,918.73 | 02/05/03 | $ 1,918.73 | 02/26/03 | XTX3A-1 | IIIA | Summit Uniforms |
| | 5204300960100 | MORGAN HILL POLICE DEPT | CA | 4063 | 1 | 10/31/03 | 2003 | $ 629.00 | $ 629.00 | $ 2,638.05 | 11/26/03 | $ 2,638.05 | 12/24/03 | XTX3A-1 | IIIA | Summit Uniforms |
| | 5204300960100 | MORGAN HILL POLICE DEPT | CA | 4063 | 5 | 09/15/03 | 2003 | $ 849.00 | $ 4,245.00 | $ 2,638.05 | 11/26/03 | $ 2,638.05 | 12/24/03 | XTX3A-1 | IIIA | Summit Uniforms |
| | 322030003 | MORIARTY CITY | NM | 4063 | 5 | 10/26/05 | 2005 | $ 730.00 | $ 3,650.00 | $ 1,825.00 | 11/16/05 | $ 1,825.00 | 12/23/05 | XTX3A-1 | IIIA | Kaufman's West |
| | 252062003 | MORTON CITY | MS | 4051 | 1 | 08/31/01 | 2001 | $ 517.36 | $ 517.36 | $ 517.36 | 09/06/01 | $ 517.36 | 09/27/01 | XTZX2-1 | II | Mid South Uniform & Supply, Inc. |
| | 252062003 | MORTON CITY | MS | 4051 | 2 | 05/01/02 | 2002 | $ 517.36 | $ 1,034.72 | $ 517.36 | 05/08/02 | $ 517.36 | 06/05/02 | XTZX2-1 | II | Mid South Uniform & Supply, Inc. |
| | 14209001160100 | MORTON POLICE DEPT | IL | 4051 | 1 | 05/15/02 | 2002 | $ 830.00 | $ 830.00 | $ 415.00 | 06/05/02 | $ 415.00 | 07/17/02 | XTZX2-1 | II | S HARRIS UNIFORMS |
| | 14209001160100 | MORTON POLICE DEPT | IL | 4051 | 1 | 04/23/04 | 2004 | $ 830.00 | $ 830.00 | $ 415.00 | 06/08/04 | $ 415.00 | 07/09/04 | XTZX2-1 | II | S HARRIS UNIFORMS |
| | 14209001160100 | MORTON POLICE DEPT | IL | 4051 | 1 | 04/23/04 | 2004 | $ 830.00 | $ 830.00 | $ 415.00 | 02/23/05 | $ 415.00 | 03/16/05 | XTZX2-1 | II | S HARRIS UNIFORMS |
| | 14209001160100 | MORTON POLICE DEPT | IL | 4051 | 1 | 08/30/05 | 2005 | $ 730.00 | $ 730.00 | $ 365.00 | 04/18/06 | $ 365.00 | 10/23/06 | XTZX2-1 | II | S HARRIS UNIFORMS |
| | 14209001160100 | MORTON POLICE DEPT | IL | 4051 | 2 | 03/17/01 | 2001 | $ 795.00 | $ 1,590.00 | $ 795.00 | 06/07/01 | $ 795.00 | 07/13/01 | XTZX2-1 | II | S HARRIS UNIFORMS |
| | 14209001160100 | MORTON POLICE DEPT | IL | 4051 | 2 | 03/28/03 | 2003 | $ 830.00 | $ 1,660.00 | $ 830.00 | 07/18/03 | $ 830.00 | 08/21/03 | XTZX2-1 | II | S HARRIS UNIFORMS |
| | 242062502 | MOUNDS VIEW CITY | MN | 4049 | 1 | 09/03/02 | 2002 | $ 639.95 | $ 639.95 | $ 3,049.78 | 12/03/02 | $ 3,049.78 | 12/31/02 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242062502 | MOUNDS VIEW CITY | MN | 4049 | 1 | 03/21/02 | 2002 | $ 679.95 | $ 679.95 | $ 3,049.78 | 12/03/02 | $ 3,049.78 | 12/31/02 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242062502 | MOUNDS VIEW CITY | MN | 4049 | 1 | 03/23/04 | 2004 | $ 779.95 | $ 779.95 | $ 1,169.93 | 04/26/04 | $ 1,169.93 | 05/17/04 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242062502 | MOUNDS VIEW CITY | MN | 4049 | 1 | 10/24/02 | 2002 | $ 679.95 | $ 679.95 | $ 3,049.78 | 12/03/02 | $ 3,049.78 | 12/31/02 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242062502 | MOUNDS VIEW CITY | MN | 4049 | 1 | 07/27/05 | 2005 | $ 779.79 | $ 779.79 | $ 389.90 | 08/19/05 | $ 389.90 | 10/11/05 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242062502 | MOUNDS VIEW CITY | MN | 4049 | 1 | 12/29/04 | 2004 | $ 779.79 | $ 779.79 | $ 389.90 | 12/30/04 | $ 389.90 | 01/20/05 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242062502 | MOUNDS VIEW CITY | MN | 4049 | 2 | 04/05/04 | 2004 | $ 779.95 | $ 1,559.90 | $ 1,169.93 | 04/26/04 | $ 1,169.93 | 05/17/04 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242062502 | MOUNDS VIEW CITY | MN | 4049 | 2 | 07/26/02 | 2002 | $ 639.95 | $ 1,279.90 | $ 3,049.78 | 12/03/02 | $ 3,049.78 | 12/31/02 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| X | 392006030 | WYOMISSING BOROUGH | PA | 4030 | 19 | 09/23/02 | 2002 | $ 1,079.95 | $ 20,519.05 | $ 10,259.53 | 09/30/02 | $ 10,259.53 | 10/09/02 | 3AXTZX | IIIA | SAFETY LEAGUE INC. |
| | 242062502 | MOUNDS VIEW CITY | MN | 4049 | 1 | 10/07/02 | 2002 | $ 899.95 | $ 899.95 | $ 3,049.78 | 12/03/02 | $ 3,049.78 | 12/31/02 | XTX3A-1 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 242062502 | MOUNDS VIEW CITY | MN | 4706 | 1 | 01/09/03 | 2003 | $ 749.90 | $ 749.90 | $ 732.40 | 02/05/03 | $ 732.40 | 02/26/03 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| | 242062502 | MOUNDS VIEW CITY | MN | 4794 | 1 | 12/12/02 | 2002 | $ 689.95 | $ 689.95 | $ 732.40 | 02/05/03 | $ 732.40 | 02/26/03 | XTX3A-1 | IIIA | Uniforms Unlimited |
| | 99136 | Mount Carmel Borough | PA | 4051 | 2 | 05/05/05 | 2005 | $ 765.00 | $ 1,530.00 | $ 769.00 | 05/09/05 | $ 769.00 | 06/24/05 | XTZX2-1 | II | First Precinct |
| | 232050006 | MOUNT CLEMENS CITY | MI | 4030 | 16 | 06/30/04 | 2004 | $ 689.16 | $ 11,026.56 | $ 5,513.28 | 08/18/04 | $ 5,513.28 | 09/17/04 | 3AXTZX | IIIA | C.M.P. Distributors Inc. |
| | 232050006 | MOUNT CLEMENS CITY | MI | 4030 | 1 | 06/30/04 | 2004 | $ 1,040.00 | $ 1,040.00 | $ 520.00 | 08/18/04 | $ 520.00 | 09/17/04 | 3AXTZX | IIIA | C.M.P. Distributors Inc. |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

Exhibit 7

**Armor Holdings Z Shield Related BVP Reimbursement Spreadsheet**

| Sampled | AGENCY ID | AGENCY NAME | STATE | MODEL ID | QTY RECEIVED | DATE RECEIVED | YEAR RECEIVED | UNIT PRICE | EXTENDED PRICE | AMOUNT REQUESTED | DATE REQUESTED | AMOUNT PAID | DATE PAID | MODEL NAME | THREAT LEVEL | DISTRIBUTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 232050006 | MOUNT CLEMENS CITY | MI | 4051 | 1 | 11/01/02 | 2002 | $ 1,018.99 | $ 1,018.99 | 509.50 | 03/18/03 | $ 509.50 | 04/07/03 | XTZX2-1 | II | METROPOLITAN  UNIFORM |
| | 232050006 | MOUNT CLEMENS CITY | MI | 4051 | 1 | 05/07/03 | 2003 | $ 1,018.99 | $ 1,018.99 | 509.50 | 11/04/03 | $ 509.50 | 12/12/03 | XTZX2-1 | II | METROPOLITAN  UNIFORM |
| | 232050006 | MOUNT CLEMENS CITY | MI | 4051 | 1 | 06/30/04 | 2004 | $ 590.00 | $ 590.00 | 295.00 | 08/18/04 | $ 295.00 | 09/17/04 | XTZX2-1 | II | C.M.P. Distributors Inc. |
| | 9995 | Mount Joy Township | PA | 4049 | 4 | 04/01/04 | 2004 | $ 865.00 | $ 3,460.00 | 1,730.00 | 06/09/04 | $ 1,730.00 | 07/06/04 | XTX2-1 | II | Pennsylvania Police Supply |
| | 392002049 | MOUNT OLIVER BOROUGH | PA | 4049 | 3 | 04/25/05 | 2005 | $ 749.00 | $ 2,247.00 | 1,123.50 | 05/10/05 | $ 1,123.50 | 06/24/05 | XTX2-1 | II | NORTH EASTERN UNIFORMS & EQUIPMENT INC. |
| | 392006015 | MOUNT PENN BOROUGH | PA | 4007 | 6 | 05/15/02 | 2002 | $ 1,125.00 | $ 6,750.00 | 4,911.78 | 06/05/02 | $ 4,911.78 | 07/17/02 | 3AXTZX-1 | IIIA | Red the Uniform Tailor, Inc. |
| | 392006015 | MOUNT PENN BOROUGH | PA | 4030 | 3 | 08/30/03 | 2003 | $ 1,190.00 | $ 3,570.00 | 1,796.35 | 10/21/03 | $ 1,796.35 | 11/21/03 | 3AXTZX | IIIA | Red the Uniform Tailor |
| | 392006015 | MOUNT PENN BOROUGH | PA | 4051 | 1 | 05/21/02 | 2002 | $ 1,072.50 | $ 1,072.50 | 4,911.78 | 06/05/02 | $ 4,911.78 | 07/17/02 | XTZX2-1 | II | Red the Uniform Tailor |
| | 392006015 | MOUNT PENN BOROUGH | PA | 4051 | 2 | 05/15/02 | 2002 | $ 975.00 | $ 1,950.00 | 4,911.78 | 06/05/02 | $ 4,911.78 | 07/17/02 | XTZX2-1 | II | Red the Uniform Tailor |
| X | 482034006 | YELM CITY | WA | 4063 | 1 | 05/30/04 | 2004 | $ 659.95 | $ 659.95 | 1,616.20 | 06/05/04 | $ 1,616.20 | 07/06/04 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 503052004 | MOUNT PLEASANT TOWN | WI | 4706 | 7 | 06/20/04 | 2004 | $ 700.00 | $ 4,900.00 | 2,454.50 | 09/14/04 | $ 2,454.50 | 09/24/04 | XTX2-2 | II | STREICHER'S-MILWAUKEE |
| | 312014013 | MOUNTAIN LAKES BOROUGH | NJ | 4030 | 12 | 07/10/03 | 2003 | $ 139.00 | $ 1,668.00 | 1,829.00 | 08/13/03 | $ 1,829.00 | 08/29/03 | 3AXTZX | IIIA | Lawman Supply Company of New Jersey, Inc. |
| | 312014013 | MOUNTAIN LAKES BOROUGH | NJ | 4030 | 2 | 07/09/03 | 2003 | $ 995.00 | $ 1,990.00 | 1,829.00 | 08/13/03 | $ 1,829.00 | 08/29/03 | 3AXTZX | IIIA | Lawman Supply Company of New Jersey, Inc. |
| | 312014013 | MOUNTAIN LAKES BOROUGH | NJ | 4030 | 7 | 07/31/01 | 2001 | $ 995.93 | $ 6,971.51 | 3,485.76 | 06/04/02 | $ 3,485.76 | 07/22/02 | 3AXTZX | IIIA | LAWMEN'S SAFETY SUPPLY INC. |
| | 482039005 | MOXEE CITY | WA | 4049 | 1 | 05/13/04 | 2004 | $ 649.00 | $ 649.00 | 353.06 | 10/20/04 | $ 353.06 | 11/22/04 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482039005 | MOXEE CITY | WA | 4049 | 1 | 06/30/05 | 2005 | $ 795.00 | $ 795.00 | 437.65 | 12/09/05 | $ 437.65 | 03/16/05 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 392067019 | MT WOLF BOROUGH | PA | 4063 | 1 | 04/27/05 | 2005 | $ 1,130.00 | $ 1,130.00 | 1,036.00 | 11/22/05 | $ 1,036.00 | 12/23/05 | XTX3A-1 | IIIA | Safety League, Inc |
| | 392067019 | MT WOLF BOROUGH | PA | 4063 | 1 | 04/27/05 | 2005 | $ 942.00 | $ 942.00 | 1,036.00 | 11/22/05 | $ 1,036.00 | 12/23/05 | XTX3A-1 | IIIA | Safety League Inc |
| | 442009001 | MULESHOE CITY | TX | 4007 | 1 | 02/12/03 | 2003 | $ 940.00 | $ 940.00 | 470.00 | 03/05/03 | $ 470.00 | 03/28/03 | 3AXTZX-1 | IIIA | GT Distributors |
| | 442009001 | MULESHOE CITY | TX | 4007 | 1 | 11/15/04 | 2004 | $ 800.00 | $ 800.00 | 400.00 | 12/20/04 | $ 400.00 | 01/20/05 | 3AXTZX-1 | IIIA | GT Distributors -- Texas |
| | 442009001 | MULESHOE CITY | TX | 4007 | 6 | 09/03/02 | 2002 | $ 940.00 | $ 5,640.00 | 2,820.00 | 09/11/02 | $ 2,820.00 | 09/26/02 | 3AXTZX-1 | IIIA | GT Distributors -- Texas |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 11/01/03 | 2003 | $ 600.00 | $ 600.00 | 9,600.00 | 02/24/04 | $ 9,600.00 | 03/17/04 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 01/02/04 | 2004 | $ 600.00 | $ 600.00 | 9,600.00 | 02/24/04 | $ 9,600.00 | 03/17/04 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 10/02/03 | 2003 | $ 600.00 | $ 600.00 | 5,700.00 | 10/22/03 | $ 5,700.00 | 11/21/03 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| X | 321001001 | BERNALILLO COUNTY | NM | 4063 | 54 | 09/18/01 | 2001 | $ 550.00 | $ 29,700.00 | 17,111.53 | 06/11/02 | $ 17,111.53 | 07/22/02 | XTX3A-1 | IIIA | Kaufman's West |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 09/03/03 | 2003 | $ 600.00 | $ 600.00 | 5,700.00 | 10/22/03 | $ 5,700.00 | 11/21/03 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 04/04/03 | 2003 | $ 600.00 | $ 600.00 | 3,316.59 | 06/02/03 | $ 3,316.59 | 06/25/03 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 02/04/04 | 2004 | $ 600.00 | $ 600.00 | 9,600.00 | 02/24/04 | $ 9,600.00 | 03/17/04 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 02/04/04 | 2004 | $ 600.00 | $ 600.00 | 9,600.00 | 02/24/04 | $ 9,600.00 | 03/17/04 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 02/04/04 | 2004 | $ 600.00 | $ 600.00 | 9,600.00 | 02/24/04 | $ 9,600.00 | 03/17/04 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 06/04/03 | 2003 | $ 600.00 | $ 600.00 | 4,787.50 | 08/22/03 | $ 4,787.50 | 09/16/03 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 04/05/03 | 2003 | $ 600.00 | $ 600.00 | 3,316.59 | 06/02/03 | $ 3,316.59 | 06/25/03 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 08/06/03 | 2003 | $ 600.00 | $ 600.00 | 4,787.50 | 08/22/03 | $ 4,787.50 | 09/16/03 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 08/06/03 | 2003 | $ 600.00 | $ 600.00 | 5,700.00 | 10/22/03 | $ 5,700.00 | 11/21/03 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 12/06/02 | 2002 | $ 600.00 | $ 600.00 | 6,183.93 | 03/04/03 | $ 6,183.93 | 03/28/03 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 12/06/02 | 2002 | $ 600.00 | $ 600.00 | 6,183.93 | 03/04/03 | $ 6,183.93 | 03/28/03 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 12/06/02 | 2002 | $ 600.00 | $ 600.00 | 6,183.93 | 03/04/03 | $ 6,183.93 | 03/28/03 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 12/06/02 | 2002 | $ 600.00 | $ 600.00 | 6,183.93 | 03/04/03 | $ 6,183.93 | 03/28/03 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 12/06/02 | 2002 | $ 600.00 | $ 600.00 | 6,183.93 | 03/04/03 | $ 6,183.93 | 03/28/03 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

Exhibit 7

**Armor Holdings Z Shield Related BVP Reimbursement Spreadsheet**

| Sampled | AGENCY ID | AGENCY NAME | STATE | MODEL ID | QTY RECEIVED | DATE RECEIVED | YEAR RECEIVED | UNIT PRICE | EXTENDED PRICE | AMOUNT REQUESTED | DATE REQUESTED | AMOUNT PAID | DATE PAID | MODEL NAME | THREAT LEVEL | DISTRIBUTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| X | 232063507 | BEVERLY HILLS VILLAGE | MI | 4051 | 1 | 11/06/02 | 2002 | $ 849.00 | $ 849.00 | $ 849.00 | 11/08/02 | $ 849.00 | 11/27/02 | XTZX2-1 | II | METROPOLITAN UNIFORM |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 06/06/03 | 2003 | $ 600.00 | $ 600.00 | 4,787.50 | 08/22/03 | $ 4,787.50 | 09/16/03 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 01/07/03 | 2003 | $ 560.00 | $ 560.00 | 6,183.93 | 03/04/03 | $ 6,183.93 | 03/28/03 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 03/07/03 | 2003 | $ 783.00 | $ 783.00 | 2,058.00 | 04/01/03 | $ 2,058.00 | 05/14/03 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 03/07/03 | 2003 | $ 783.00 | $ 783.00 | 2,058.00 | 04/01/03 | $ 2,058.00 | 05/14/03 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 09/08/03 | 2003 | $ 600.00 | $ 600.00 | 5,700.00 | 10/22/03 | $ 5,700.00 | 11/21/03 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 04/09/03 | 2003 | $ 600.00 | $ 600.00 | 3,316.59 | 06/02/03 | $ 3,316.59 | 06/25/03 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 04/09/03 | 2003 | $ 600.00 | $ 600.00 | 3,316.59 | 06/02/03 | $ 3,316.59 | 06/25/03 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 08/09/03 | 2003 | $ 600.00 | $ 600.00 | 5,700.00 | 10/22/03 | $ 5,700.00 | 11/21/03 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 05/09/03 | 2003 | $ 600.00 | $ 600.00 | 3,316.59 | 06/02/03 | $ 3,316.59 | 06/25/03 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 05/09/03 | 2003 | $ 600.00 | $ 600.00 | 3,316.59 | 06/02/03 | $ 3,316.59 | 06/25/03 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 09/09/04 | 2004 | $ 600.00 | $ 600.00 | 10,665.12 | 09/28/04 | $ 10,665.12 | 10/14/04 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 02/12/03 | 2003 | $ 560.00 | $ 560.00 | 6,183.93 | 03/04/03 | $ 6,183.93 | 03/28/03 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 02/12/03 | 2003 | $ 560.00 | $ 560.00 | 6,183.93 | 03/04/03 | $ 6,183.93 | 03/28/03 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 02/12/03 | 2003 | $ 560.00 | $ 560.00 | 6,183.93 | 03/04/03 | $ 6,183.93 | 03/28/03 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 03/12/03 | 2003 | $ 600.00 | $ 600.00 | 2,058.00 | 04/01/03 | $ 2,058.00 | 05/14/03 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 12/13/02 | 2002 | $ 600.00 | $ 600.00 | 6,183.93 | 03/04/03 | $ 6,183.93 | 03/28/03 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 12/13/02 | 2002 | $ 600.00 | $ 600.00 | 6,183.93 | 03/04/03 | $ 6,183.93 | 03/28/03 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 01/13/04 | 2004 | $ 600.00 | $ 600.00 | 9,600.00 | 02/24/04 | $ 9,600.00 | 03/17/04 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 03/13/04 | 2004 | $ 600.00 | $ 600.00 | 1,800.00 | 04/01/04 | $ 1,800.00 | 04/21/04 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 11/13/03 | 2003 | $ 600.00 | $ 600.00 | 9,600.00 | 02/24/04 | $ 9,600.00 | 03/17/04 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 10/13/03 | 2003 | $ 600.00 | $ 600.00 | 9,600.00 | 02/24/04 | $ 9,600.00 | 03/17/04 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 07/15/03 | 2003 | $ 600.00 | $ 600.00 | 4,787.50 | 08/22/03 | $ 4,787.50 | 09/16/03 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 09/15/03 | 2003 | $ 600.00 | $ 600.00 | 5,700.00 | 10/22/03 | $ 5,700.00 | 11/21/03 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| X | 232063003 | BIRMINGHAM CITY | MI | 4051 | 14 | 05/16/03 | 2003 | $ 749.99 | $ 10,499.86 | 5,249.93 | 06/06/03 | $ 5,249.93 | 06/25/03 | XTZX2-1 | II | METROPOLITAN UNIFORM |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 07/16/03 | 2003 | $ 600.00 | $ 600.00 | 4,787.50 | 08/22/03 | $ 4,787.50 | 09/16/03 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 06/16/03 | 2003 | $ 600.00 | $ 600.00 | 4,787.50 | 08/22/03 | $ 4,787.50 | 09/16/03 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 07/17/03 | 2003 | $ 600.00 | $ 600.00 | 4,787.50 | 08/22/03 | $ 4,787.50 | 09/16/03 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 07/17/03 | 2003 | $ 600.00 | $ 600.00 | 4,787.50 | 08/22/03 | $ 4,787.50 | 09/16/03 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 07/18/03 | 2003 | $ 600.00 | $ 600.00 | 4,787.50 | 08/22/03 | $ 4,787.50 | 09/16/03 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 03/18/04 | 2004 | $ 600.00 | $ 600.00 | 1,800.00 | 04/01/04 | $ 1,800.00 | 04/21/04 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 11/18/03 | 2003 | $ 600.00 | $ 600.00 | 9,600.00 | 02/24/04 | $ 9,600.00 | 03/17/04 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 11/18/03 | 2003 | $ 600.00 | $ 600.00 | 9,600.00 | 02/24/04 | $ 9,600.00 | 03/17/04 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 02/19/04 | 2004 | $ 600.00 | $ 600.00 | 1,800.00 | 04/01/04 | $ 1,800.00 | 04/21/04 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 01/19/04 | 2004 | $ 600.00 | $ 600.00 | 9,600.00 | 02/24/04 | $ 9,600.00 | 03/17/04 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |

**Armor Holdings Z Shield Related BVP Reimbursement Spreadsheet**

| Sampled | AGENCY ID | AGENCY NAME | STATE | MODEL ID | QTY RECEIVED | DATE RECEIVED | YEAR RECEIVED | UNIT PRICE | EXTENDED PRICE | AMOUNT REQUESTED | DATE REQUESTED | AMOUNT PAID | DATE PAID | MODEL NAME | THREAT LEVEL | DISTRIBUTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 09/19/03 | 2003 | $ 600.00 | $ 600.00 | $ 5,700.00 | 10/22/03 | $ 5,700.00 | 11/21/03 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 03/21/03 | 2003 | $ 783.00 | $ 783.00 | $ 3,316.59 | 06/02/03 | $ 3,316.59 | 06/25/03 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 08/22/03 | 2003 | $ 600.00 | $ 600.00 | $ 5,700.00 | 10/22/03 | $ 5,700.00 | 11/21/03 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 08/22/03 | 2003 | $ 600.00 | $ 600.00 | $ 5,700.00 | 10/22/03 | $ 5,700.00 | 11/21/03 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 01/22/04 | 2004 | $ 600.00 | $ 600.00 | $ 9,600.00 | 02/24/04 | $ 9,600.00 | 03/17/04 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 12/23/02 | 2002 | $ 589.99 | $ 589.99 | $ 6,183.93 | 03/04/03 | $ 6,183.93 | 03/28/03 | XTX3A-1 | IIIA | SKAGGS UNIFORMS |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 01/24/03 | 2003 | $ 589.99 | $ 589.99 | $ 6,183.93 | 03/04/03 | $ 6,183.93 | 03/28/03 | XTX3A-1 | IIIA | SKAGGS UNIFORMS |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 07/25/03 | 2003 | $ 600.00 | $ 600.00 | $ 5,700.00 | 10/22/03 | $ 5,700.00 | 11/21/03 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 11/25/03 | 2003 | $ 600.00 | $ 600.00 | $ 9,600.00 | 02/24/04 | $ 9,600.00 | 03/17/04 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 11/25/03 | 2003 | $ 600.00 | $ 600.00 | $ 9,600.00 | 02/24/04 | $ 9,600.00 | 03/17/04 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 11/25/03 | 2003 | $ 600.00 | $ 600.00 | $ 9,600.00 | 02/24/04 | $ 9,600.00 | 03/17/04 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 11/25/03 | 2003 | $ 600.00 | $ 600.00 | $ 9,600.00 | 02/24/04 | $ 9,600.00 | 03/17/04 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 02/26/03 | 2003 | $ 560.00 | $ 560.00 | $ 6,183.93 | 03/04/03 | $ 6,183.93 | 03/28/03 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 03/26/04 | 2004 | $ 600.00 | $ 600.00 | $ 10,665.12 | 09/28/04 | $ 10,665.12 | 10/14/04 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 02/27/04 | 2004 | $ 600.00 | $ 600.00 | $ 1,800.00 | 04/01/04 | $ 1,800.00 | 04/21/04 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 01/28/03 | 2003 | $ 589.99 | $ 589.99 | $ 6,183.93 | 03/04/03 | $ 6,183.93 | 03/28/03 | XTX3A-1 | IIIA | SKAGGS UNIFORMS |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 05/29/03 | 2003 | $ 600.00 | $ 600.00 | $ 4,787.50 | 08/22/03 | $ 4,787.50 | 09/16/03 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 01/30/03 | 2003 | $ 589.99 | $ 589.99 | $ 6,183.93 | 03/04/03 | $ 6,183.93 | 03/28/03 | XTX3A-1 | IIIA | SKAGGS UNIFORMS |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 01/30/04 | 2004 | $ 600.00 | $ 600.00 | $ 9,600.00 | 02/24/04 | $ 9,600.00 | 03/17/04 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 01/31/03 | 2003 | $ 589.99 | $ 589.99 | $ 6,183.93 | 03/04/03 | $ 6,183.93 | 03/28/03 | XTX3A-1 | IIIA | SKAGGS UNIFORMS |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 10/31/03 | 2003 | $ 600.00 | $ 600.00 | $ 9,600.00 | 02/24/04 | $ 9,600.00 | 03/17/04 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 2 | 03/18/04 | 2004 | $ 600.00 | $ 1,200.00 | $ 1,800.00 | 04/01/04 | $ 1,800.00 | 04/21/04 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 2 | 07/22/04 | 2004 | $ 600.00 | $ 1,200.00 | $ 10,665.12 | 09/28/04 | $ 10,665.12 | 10/14/04 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 2 | 07/24/03 | 2003 | $ 600.00 | $ 1,200.00 | $ 4,787.50 | 08/22/03 | $ 4,787.50 | 09/16/03 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 2 | 07/24/03 | 2003 | $ 600.00 | $ 1,200.00 | $ 5,700.00 | 10/22/03 | $ 5,700.00 | 11/21/03 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 2 | 08/25/03 | 2003 | $ 600.00 | $ 1,200.00 | $ 5,700.00 | 10/22/03 | $ 5,700.00 | 11/21/03 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 2 | 11/25/03 | 2003 | $ 600.00 | $ 1,200.00 | $ 9,600.00 | 02/24/04 | $ 9,600.00 | 03/17/04 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 2 | 11/25/03 | 2003 | $ 600.00 | $ 1,200.00 | $ 9,600.00 | 02/24/04 | $ 9,600.00 | 03/17/04 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 2 | 02/26/03 | 2003 | $ 650.00 | $ 1,300.00 | $ 2,058.00 | 04/01/03 | $ 2,058.00 | 05/14/03 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 3 | 11/25/03 | 2003 | $ 600.00 | $ 1,800.00 | $ 9,600.00 | 02/24/04 | $ 9,600.00 | 03/17/04 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 152018004 | MUNCIE CITY | IN | 4030 | 10 | 03/25/03 | 2003 | $ 995.00 | $ 9,950.00 | $ 6,858.96 | 03/27/03 | $ 6,858.96 | 04/07/03 | 3AXTZX | IIIA | STEVEN R. JENKINS CO., INC. |
| | 152018004 | MUNCIE CITY | IN | 4030 | 6 | 10/21/02 | 2002 | $ 995.99 | $ 5,975.94 | $ 6,952.05 | 03/06/03 | $ 6,952.05 | 03/28/03 | 3AXTZX | IIIA | METROPOLITAN  UNIFORM |
| | 52033201 | MURRIETA CITY | CA | 4051 | 3 | 12/20/03 | 2003 | $ 850.00 | $ 2,550.00 | $ 1,373.82 | 01/15/04 | $ 1,373.82 | 02/03/04 | XTZX2-1 | II | Aardvark Tactical, Inc |
| | 52033201 | MURRIETA CITY | CA | 4051 | 3 | 12/30/02 | 2002 | $ 850.00 | $ 2,550.00 | $ 1,373.82 | 02/20/03 | $ 1,373.82 | 03/12/03 | XTZX2-1 | II | Aardvark Tactical, Inc |
| | 52033201 | MURRIETA CITY | CA | 4051 | 6 | 10/15/02 | 2002 | $ 850.00 | $ 5,100.00 | $ 2,747.64 | 12/19/02 | $ 2,747.64 | 01/22/03 | XTZX2-1 | II | Aardvark Tactical,Inc. |
| | 162070003 | MUSCATINE CITY | IA | 4049 | 3 | 08/11/04 | 2004 | $ 650.00 | $ 1,950.00 | $ 2,421.25 | 08/15/04 | $ 2,421.25 | 08/26/04 | XTX2-1 | II | UNIFORM DEN INC. |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

Exhibit 7

**Armor Holdings Z Shield Related BVP Reimbursement Spreadsheet**

| Sampled | AGENCY ID | AGENCY NAME | STATE | MODEL ID | QTY RECEIVED | DATE RECEIVED | YEAR RECEIVED | UNIT PRICE | EXTENDED PRICE | AMOUNT REQUESTED | DATE REQUESTED | AMOUNT PAID | DATE PAID | MODEL NAME | THREAT LEVEL | DISTRIBUTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 162070003 | MUSCATINE CITY | IA | 4049 | 4 | 06/13/02 | 2002 | $ 650.00 | $ 2,600.00 | $ 2,412.50 | 09/25/02 | $ 2,412.50 | 10/09/02 | XTX2-1 | II | Uniform Den Inc |
| | 162070003 | MUSCATINE CITY | IA | 4051 | 1 | 06/13/02 | 2002 | $ 830.00 | $ 830.00 | $ 2,412.50 | 09/25/02 | $ 2,412.50 | 10/09/02 | XTZX2-1 | II | Uniform Den Inc |
| | 162070003 | MUSCATINE CITY | IA | 4051 | 1 | 09/25/02 | 2002 | $ 830.00 | $ 830.00 | $ 415.00 | 09/25/02 | $ 415.00 | 10/09/02 | XTZX2-1 | II | Uniform Den Inc |
| | 162070003 | MUSCATINE CITY | IA | 4051 | 2 | 06/26/03 | 2003 | $ 830.00 | $ 1,660.00 | $ 1,819.37 | 07/22/03 | $ 1,819.37 | 08/22/03 | XTZX2-1 | II | UNIFORM DEN INC. |
| | 162070003 | MUSCATINE CITY | IA | 4051 | 3 | 08/11/04 | 2004 | $ 830.00 | $ 2,490.00 | $ 2,421.25 | 08/15/04 | $ 2,421.25 | 08/26/04 | XTZX2-1 | II | UNIFORM DEN INC. |
| | 382006006 | MYRTLE POINT CITY | OR | 4794 | 6 | 07/31/04 | 2004 | $ 783.00 | $ 4,698.00 | $ 3,549.00 | 08/17/04 | $ 3,549.00 | 09/17/04 | XTX3A-2 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 403005004 | NARRAGANSETT TOWN | RI | 4063 | 38 | 07/29/04 | 2004 | $ 824.93 | $ 31,347.34 | $ 15,673.67 | 08/16/04 | $ 15,673.67 | 09/17/04 | XTX3A-1 | IIIA | quick arms and supply co .,inc. |
| | 252001001 | NATCHEZ CITY | MS | 4063 | 2 | 06/12/03 | 2003 | $ 728.27 | $ 1,456.54 | $ 728.27 | 06/13/03 | $ 728.27 | 06/25/03 | XTX3A-1 | IIIA | Mid South Uniform |
| | 252001001 | NATCHEZ CITY | MS | 4063 | 2 | 10/25/04 | 2004 | $ 865.36 | $ 1,730.72 | $ 865.36 | 10/28/04 | $ 865.36 | 11/22/04 | XTX3A-1 | IIIA | Mid South Uniform & Supply, Inc. |
| | 252001001 | NATCHEZ CITY | MS | 4063 | 3 | 03/29/04 | 2004 | $ 828.89 | $ 2,486.67 | $ 1,243.34 | 03/29/04 | $ 1,243.34 | 04/21/04 | XTX3A-1 | IIIA | Armor Holdings Inc. |
| | 252001001 | NATCHEZ CITY | MS | 4063 | 42 | 11/07/02 | 2002 | $ 728.27 | $ 30,587.34 | $ 15,293.67 | 11/08/02 | $ 15,293.67 | 11/27/02 | XTX3A-1 | IIIA | Mid South Uniform |
| | 252001001 | NATCHEZ CITY | MS | 4063 | 5 | 10/14/04 | 2004 | $ 829.89 | $ 4,149.45 | $ 2,074.73 | 10/20/04 | $ 2,074.73 | 11/22/04 | XTX3A-1 | IIIA | Mid South Uniform & Supply, Inc. |
| | 72005005 | NAUGATUCK BOROUGH | CT | 4051 | 10 | 02/01/03 | 2003 | $ 825.00 | $ 8,250.00 | $ 4,125.00 | 04/23/03 | $ 4,125.00 | 05/16/03 | XTZX2-1 | II | New England Uniform Co. |
| | 223011016 | NEEDHAM TOWN | MA | 4030 | 2 | 08/17/01 | 2001 | $ 940.00 | $ 1,880.00 | $ 11,226.50 | 10/05/01 | $ 11,226.50 | 10/17/01 | 3AXTZX | IIIA | Central Equipment Company |
| | 223011016 | NEEDHAM TOWN | MA | 4051 | 13 | 08/17/01 | 2001 | $ 747.00 | $ 9,711.00 | $ 11,226.50 | 10/05/01 | $ 11,226.50 | 10/17/01 | XTZX2-1 | II | Central Equipment Company |
| | 223011016 | NEEDHAM TOWN | MA | 4706 | 4 | 04/01/05 | 2005 | $ 793.20 | $ 3,172.80 | $ 1,586.40 | 06/16/05 | $ 1,586.40 | 06/16/06 | XTX2-2 | II | MHQ MUNICIPAL SUPPLY OF BOSTON |
| | 502071002 | NEENAH CITY | WI | 4051 | 16 | 05/22/02 | 2002 | $ 825.00 | $ 13,200.00 | $ 12,396.98 | 11/26/02 | $ 12,396.98 | 12/31/02 | XTZX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 502071002 | NEENAH CITY | WI | 4051 | 1 | 10/04/02 | 2002 | $ 825.00 | $ 825.00 | $ 11,267.95 | 06/09/05 | $ 11,267.95 | 06/13/05 | XTZX2-1 | II | STREICHERS-MILWAUKEE |
| | 502071002 | NEENAH CITY | WI | 4051 | 1 | 10/04/02 | 2002 | $ 825.00 | $ 825.00 | $ 12,396.98 | 11/26/02 | $ 12,396.98 | 12/31/02 | XTZX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 502071002 | NEENAH CITY | WI | 4051 | 1 | 09/05/02 | 2002 | $ 825.00 | $ 825.00 | $ 12,396.98 | 11/26/02 | $ 12,396.98 | 12/31/02 | XTZX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 502071002 | NEENAH CITY | WI | 4051 | 1 | 10/10/01 | 2001 | $ 795.00 | $ 795.00 | $ 12,396.98 | 11/26/02 | $ 12,396.98 | 12/31/02 | XTZX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 502071002 | NEENAH CITY | WI | 4051 | 1 | 04/16/02 | 2002 | $ 825.00 | $ 825.00 | $ 12,396.98 | 11/26/02 | $ 12,396.98 | 12/31/02 | XTZX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 502071002 | NEENAH CITY | WI | 4051 | 1 | 04/22/02 | 2002 | $ 825.00 | $ 825.00 | $ 12,396.98 | 11/26/02 | $ 12,396.98 | 12/31/02 | XTZX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 502071002 | NEENAH CITY | WI | 4051 | 2 | 02/11/02 | 2002 | $ 825.00 | $ 1,650.00 | $ 12,396.98 | 11/26/02 | $ 12,396.98 | 12/31/02 | XTZX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 502071002 | NEENAH CITY | WI | 4051 | 6 | 05/22/02 | 2002 | $ 965.00 | $ 5,790.00 | $ 12,396.98 | 11/26/02 | $ 12,396.98 | 12/31/02 | XTZX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 452012004 | NEPHI CITY | UT | 4049 | 9 | 08/30/04 | 2004 | $ 390.00 | $ 3,510.00 | $ 1,755.00 | 09/15/04 | $ 1,755.00 | 09/24/04 | XTX2-1 | II | Skaggs Companies Inc |
| | 102016005 | NEPTUNE BEACH CITY | FL | 4030 | 14 | 11/21/03 | 2003 | $ 940.00 | $ 13,160.00 | $ 6,580.00 | 02/17/04 | $ 6,580.00 | 03/17/04 | 3AXTZX | IIIA | Law Enforcement Supply Co. |
| | 251050050 | NESHOBA COUNTY | MS | 4049 | 13 | 06/07/04 | 2004 | $ 656.56 | $ 8,535.28 | $ 4,267.64 | 09/21/04 | $ 4,267.64 | 10/14/04 | XTX2-1 | II | Mid South Uniform |
| | 393023012 | NETHER PROVIDENCE TOWNSHIP | PA | 4049 | 2 | 10/02/02 | 2002 | $ 579.00 | $ 1,158.00 | $ 1,387.50 | 10/10/02 | $ 1,387.50 | 10/24/02 | XTX2-1 | II | ARD Uniform Enterprises, Ltd. |
| | 393023012 | NETHER PROVIDENCE TOWNSHIP | PA | 4049 | 3 | 10/24/01 | 2001 | $ 539.00 | $ 1,617.00 | $ 1,387.50 | 10/10/02 | $ 1,387.50 | 10/24/02 | XTX2-1 | II | ARD Uniform Enterprises, Ltd. |
| | 2900000001200 | NEVADA DIV OF INVESTIGATIONS | NV | 4794 | 1 | 08/11/05 | 2005 | $ 417.00 | $ 417.00 | $ 417.00 | 08/18/05 | $ 417.00 | 10/11/05 | XTX3A-2 | IIIA | Long Beach Uniform Co., Inc. |
| | 362025016600100 | NEW ALBANY POLICE DEPT | OH | 4051 | 5 | 04/30/04 | 2004 | $ 795.00 | $ 3,975.00 | $ 1,987.50 | 06/29/04 | $ 1,987.50 | 11/15/04 | XTZX2-1 | II | Roy Tailors Uniform Co of Columbus |
| | 222003003 | NEW BEDFORD CITY | MA | 4051 | 1 | 09/08/04 | 2004 | $ 940.00 | $ 940.00 | $ 850.50 | 03/03/05 | $ 850.50 | 03/23/05 | XTZX2-1 | II | Mike & Wayne's Inc. |
| | 222003003 | NEW BEDFORD CITY | MA | 4051 | 1 | 02/13/04 | 2004 | $ 941.00 | $ 941.00 | $ 470.50 | 03/03/04 | $ 470.50 | 04/09/04 | XTZX2-1 | II | Mike & Wayne's Inc. |
| | 222003003 | NEW BEDFORD CITY | MA | 4051 | 1 | 11/14/02 | 2002 | $ 747.00 | $ 747.00 | $ 373.50 | 12/04/02 | $ 373.50 | 12/31/02 | XTZX2-1 | II | MIKE AND WAYNE'S INC. |
| | 222003003 | NEW BEDFORD CITY | MA | 4051 | 1 | 08/27/04 | 2004 | $ 940.00 | $ 940.00 | $ 2,362.12 | 02/11/05 | $ 2,362.12 | 02/23/05 | XTZX2-1 | II | Mike & Wayne's Inc. |
| | 222003003 | NEW BEDFORD CITY | MA | 4051 | 1 | 03/28/02 | 2002 | $ 747.00 | $ 747.00 | $ 16,702.94 | 06/25/02 | $ 16,702.94 | 07/29/02 | XTZX2-1 | II | Mike & Wayne's Inc. |
| | 222003003 | NEW BEDFORD CITY | MA | 4051 | 1 | 06/29/04 | 2004 | $ 940.00 | $ 940.00 | $ 2,362.12 | 02/11/05 | $ 2,362.12 | 02/23/05 | XTZX2-1 | II | Mike & Wayne's Inc. |
| | 222003003 | NEW BEDFORD CITY | MA | 4051 | 5 | 03/28/02 | 2002 | $ 747.00 | $ 3,735.00 | $ 16,702.94 | 06/25/02 | $ 16,702.94 | 07/29/02 | XTZX2-1 | II | Mike & Wayne's Inc. |
| | 22200300360100 | NEW BEDFORD POLICE DEPT | MA | 4051 | 1 | 08/01/01 | 2001 | $ 747.00 | $ 747.00 | $ 373.50 | 08/09/01 | $ 373.50 | 08/29/01 | XTZX2-1 | II | Central Equipment Company |
| | 22200300360100 | NEW BEDFORD POLICE DEPT | MA | 4051 | 3 | 02/28/02 | 2002 | $ 747.00 | $ 2,241.00 | $ 8,376.05 | 03/05/02 | $ 8,376.05 | 04/05/02 | XTZX2-1 | II | MIKE AND WAYNE'S INC. |
| | 502068502 | NEW BERLIN CITY | WI | 4049 | 1 | 07/02/03 | 2003 | $ 680.00 | $ 680.00 | $ 5,107.90 | 09/21/05 | $ 5,107.90 | 11/03/05 | XTX2-1 | II | STREICHERS-MILWAUKEE |
| | 502068502 | NEW BERLIN CITY | WI | 4049 | 1 | 06/20/03 | 2003 | $ 679.95 | $ 679.95 | $ 5,107.90 | 09/21/05 | $ 5,107.90 | 11/03/05 | XTX2-1 | II | STREICHERS-MILWAUKEE |
| | 502068502 | NEW BERLIN CITY | WI | 4049 | 1 | 01/22/03 | 2003 | $ 679.95 | $ 679.95 | $ 5,107.90 | 09/21/05 | $ 5,107.90 | 11/03/05 | XTX2-1 | II | STREICHERS-MILWAUKEE |
| | 502068502 | NEW BERLIN CITY | WI | 4049 | 1 | 07/23/03 | 2003 | $ 679.95 | $ 679.95 | $ 5,107.90 | 09/21/05 | $ 5,107.90 | 11/03/05 | XTX2-1 | II | STREICHERS-MILWAUKEE |
| | 502068502 | NEW BERLIN CITY | WI | 4049 | 1 | 08/28/03 | 2003 | $ 680.00 | $ 680.00 | $ 5,107.90 | 09/21/05 | $ 5,107.90 | 11/03/05 | XTX2-1 | II | STREICHERS-MILWAUKEE |
| | 502068502 | NEW BERLIN CITY | WI | 4049 | 1 | 01/30/03 | 2003 | $ 679.95 | $ 679.95 | $ 5,107.90 | 09/21/05 | $ 5,107.90 | 11/03/05 | XTX2-1 | II | STREICHERS-MILWAUKEE |
| | 242062005 | NEW BRIGHTON CITY | MN | 4030 | 1 | 05/26/04 | 2004 | $ 1,099.95 | $ 1,099.95 | $ 1,881.98 | 02/07/05 | $ 1,881.98 | 02/23/05 | 3AXTZX | IIIA | Uniforms Unlimited |
| | 242062005 | NEW BRIGHTON CITY | MN | 4063 | 1 | 03/11/05 | 2005 | $ 995.90 | $ 995.90 | $ 1,894.63 | 02/27/06 | $ 1,894.63 | 09/13/06 | XTX3A-1 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 393009016 | NEW BRITAIN TOWNSHIP | PA | 4030 | 1 | 10/04/02 | 2002 | $ 1,079.95 | $ 1,079.95 | $ 539.98 | 10/18/02 | $ 539.98 | 11/15/02 | 3AXTZX | IIIA | SAFETY LEAQUE INC. |
| | 393009016 | NEW BRITAIN TOWNSHIP | PA | 4051 | 1 | 08/08/02 | 2002 | $ 1,079.95 | $ 1,079.95 | $ 539.98 | 08/13/02 | $ 539.98 | 09/11/02 | XTZX2-1 | II | SAFETY LEAQUE INC. |
| | 73001009 | NEW CANAAN TOWN | CT | 4051 | 1 | 01/20/04 | 2004 | $ 850.00 | $ 850.00 | $ 1,495.00 | 04/28/04 | $ 1,495.00 | 05/17/04 | XTZX2-1 | II | New England Uniform Company |
| | 73001009 | NEW CANAAN TOWN | CT | 4051 | 1 | 06/30/03 | 2003 | $ 850.00 | $ 850.00 | $ 425.00 | 10/10/03 | $ 425.00 | 10/29/03 | XTZX2-1 | II | New EnglandUniform |
| | 73001009 | NEW CANAAN TOWN | CT | 4706 | 1 | 03/08/05 | 2005 | $ 995.00 | $ 995.00 | $ 810.00 | 03/08/05 | $ 810.00 | 12/23/05 | XTZX2-2 | II | New England Uniform Company |
| | 152033011 | NEW CASTLE CITY | IN | 4051 | 9 | 12/22/04 | 2004 | $ 549.99 | $ 4,949.91 | $ 2,484.96 | 01/18/05 | $ 2,484.96 | 02/14/05 | XTZX2-1 | II | STEVEN R. JENKINS CO., INC. |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

Exhibit 7

**Armor Holdings Z Shield Related BVP Reimbursement Spreadsheet**

| Sampled | AGENCY ID | AGENCY NAME | STATE | MODEL ID | QTY RECEIVED | DATE RECEIVED | YEAR RECEIVED | UNIT PRICE | EXTENDED PRICE | AMOUNT REQUESTED | DATE REQUESTED | AMOUNT PAID | DATE PAID | MODEL NAME | THREAT LEVEL | DISTRIBUTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 81002002 | NEW CASTLE COUNTY | DE | 4049 | 10 | 06/16/03 | 2003 | $ 629.95 | $ 6,299.50 | 23,623.13 | 08/30/05 | $ 23,623.13 | 10/11/05 | XTX2-1 | II | Lawmen Supply Company of New Jersey, Inc |
| | 81002002 | NEW CASTLE COUNTY | DE | 4049 | 12 | 02/20/03 | 2003 | $ 629.95 | $ 7,559.40 | 23,623.13 | 08/29/05 | $ 23,623.13 | 10/11/05 | XTX2-1 | II | Lawmen Supply Company of New Jersey, Inc |
| | 81002002 | NEW CASTLE COUNTY | DE | 4049 | 58 | 10/09/03 | 2003 | $ 629.95 | $ 36,537.10 | 23,623.13 | 08/30/05 | $ 23,623.13 | 10/11/05 | XTX2-1 | II | Lawmen Supply Company of New Jersey, Inc |
| | 81002002 | NEW CASTLE COUNTY | DE | 4049 | 63 | 04/17/03 | 2003 | $ 629.95 | $ 39,686.85 | 23,623.13 | 08/29/05 | $ 23,623.13 | 10/11/05 | XTX2-1 | II | Lawmen Supply Company of New Jersey, Inc |
| | 81002002 | NEW CASTLE COUNTY | DE | 4049 | 7 | 04/17/03 | 2003 | $ 629.95 | $ 4,409.65 | 23,623.13 | 08/30/05 | $ 23,623.13 | 10/11/05 | XTX2-1 | II | Lawmen Supply Company of New Jersey, Inc |
| | 393015026 | NEW GARDEN TOWNSHIP | PA | 4051 | 1 | 09/04/01 | 2001 | $ 840.00 | $ 840.00 | 420.00 | 09/07/01 | $ 420.00 | 09/27/01 | XTZX2-1 | II | Red The Uniform Taylor |
| | 393015026 | NEW GARDEN TOWNSHIP | PA | 4051 | 2 | 10/04/01 | 2001 | $ 840.00 | $ 1,680.00 | 840.00 | 10/04/01 | $ 840.00 | 11/01/01 | XTZX2-1 | II | Red The Uniform Taylor |
| | 242027026 | NEW HOPE CITY | MN | 4049 | 1 | 06/05/02 | 2002 | $ 715.00 | $ 715.00 | 682.50 | 06/05/02 | $ 682.50 | 07/17/02 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027026 | NEW HOPE CITY | MN | 4049 | 1 | 04/09/03 | 2003 | $ 650.00 | $ 650.00 | 325.00 | 04/22/03 | $ 325.00 | 05/16/03 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027026 | NEW HOPE CITY | MN | 4049 | 1 | 10/11/02 | 2002 | $ 679.95 | $ 679.95 | 339.98 | 10/17/02 | $ 339.98 | 11/27/02 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027026 | NEW HOPE CITY | MN | 4049 | 1 | 05/20/02 | 2002 | $ 650.00 | $ 650.00 | 682.50 | 06/05/02 | $ 682.50 | 07/17/02 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027026 | NEW HOPE CITY | MN | 4049 | 2 | 12/11/02 | 2002 | $ 300.00 | $ 600.00 | 600.00 | 12/31/02 | $ 600.00 | 01/23/03 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027026 | NEW HOPE CITY | MN | 4049 | 2 | 12/12/02 | 2002 | $ 300.00 | $ 600.00 | 600.00 | 12/31/02 | $ 600.00 | 01/23/03 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 320000000 | NEW MEXICO | NM | 4051 | 2 | 11/06/02 | 2002 | $ 966.07 | $ 1,932.14 | 5,890.11 | 12/02/02 | $ 5,890.11 | 12/31/02 | XTZX2-1 | II | Kaufman's West |
| | 320000000 | NEW MEXICO | NM | 4051 | 9 | 11/06/02 | 2002 | $ 893.63 | $ 8,042.67 | 5,890.11 | 12/02/02 | $ 5,890.11 | 12/31/02 | XTZX2-1 | II | Kaufman's West |
| | 73003013 | New Milford | CT | 4051 | 1 | 07/20/04 | 2004 | $ 850.00 | $ 850.00 | 425.00 | 07/22/04 | $ 425.00 | 08/18/04 | XTZX2-1 | II | New England Uniform Co. |
| | 73003013 | New Milford | CT | 4051 | 5 | 10/20/01 | 2001 | $ 825.00 | $ 4,125.00 | 2,370.80 | 06/04/02 | $ 2,370.80 | 07/22/02 | XTZX2-1 | II | New England Uniform Co. |
| | 3300000090100 | NEW YORK STATE POLICE | NY | 4049 | 134 | 08/29/05 | 2005 | $ 719.27 | $ 96,382.18 | 54,140.77 | 10/11/05 | $ 54,140.77 | 12/23/05 | XTX2-1 | II | Standard Law Enforcement Supply |
| | 52001008 | NEWARK CITY | CA | 4030 | 1 | 12/01/01 | 2001 | $ 950.00 | $ 950.00 | 513.00 | 02/04/03 | $ 513.00 | 02/26/03 | 3AXTZX | IIIA | ADAMSON INDUSTRIES |
| | 52001008 | NEWARK CITY | CA | 4030 | 1 | 06/01/04 | 2004 | $ 549.00 | $ 549.00 | 5,980.98 | 09/08/04 | $ 5,980.98 | 09/24/04 | 3AXTZX | IIIA | ADAMSON INDUSTRIES |
| | 52001008 | NEWARK CITY | CA | 4030 | 1 | 04/05/04 | 2004 | $ 549.00 | $ 549.00 | 5,980.98 | 09/08/04 | $ 5,980.98 | 09/24/04 | 3AXTZX | IIIA | ADAMSON INDUSTRIES |
| | 52001008 | NEWARK CITY | CA | 4030 | 1 | 06/05/03 | 2003 | $ 549.00 | $ 549.00 | 5,980.98 | 09/08/04 | $ 5,980.98 | 09/24/04 | 3AXTZX | IIIA | ADAMSON INDUSTRIES |
| | 52001008 | NEWARK CITY | CA | 4030 | 1 | 10/11/02 | 2002 | $ 549.00 | $ 549.00 | 5,980.98 | 09/08/04 | $ 5,980.98 | 09/24/04 | 3AXTZX | IIIA | ADAMSON INDUSTRIES |
| | 52001008 | NEWARK CITY | CA | 4030 | 1 | 05/16/02 | 2002 | $ 512.21 | $ 512.21 | 553.25 | 07/31/02 | $ 553.25 | 09/05/02 | 3AXTZX | IIIA | ADAMSON INDUSTRIES |
| X | 13101101110000 | BOUNDARY COUNTY JAIL | ID | 4049 | 8 | 07/12/03 | 2003 | $ 700.62 | $ 5,604.96 | 2,824.40 | 04/29/04 | $ 2,824.40 | 05/17/04 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 52001008 | NEWARK CITY | CA | 4030 | 1 | 10/16/02 | 2002 | $ 549.00 | $ 549.00 | 1,192.37 | 06/02/04 | $ 1,192.37 | 07/09/04 | 3AXTZX | IIIA | ADAMSON INDUSTRIES |
| | 52001008 | NEWARK CITY | CA | 4030 | 1 | 04/24/03 | 2003 | $ 549.00 | $ 549.00 | 1,192.37 | 06/02/04 | $ 1,192.37 | 07/09/04 | 3AXTZX | IIIA | ADAMSON INDUSTRIES |
| | 52001008 | NEWARK CITY | CA | 4030 | 1 | 01/25/02 | 2002 | $ 549.00 | $ 549.00 | 553.25 | 07/31/02 | $ 553.25 | 09/05/02 | 3AXTZX | IIIA | ADAMSON INDUSTRIES |
| | 52001008 | NEWARK CITY | CA | 4030 | 1 | 08/28/03 | 2003 | $ 549.00 | $ 549.00 | 5,980.98 | 09/08/04 | $ 5,980.98 | 09/24/04 | 3AXTZX | IIIA | ADAMSON INDUSTRIES |
| | 52001008 | NEWARK CITY | CA | 4030 | 2 | 10/08/03 | 2003 | $ 549.00 | $ 1,098.00 | 5,980.98 | 09/08/04 | $ 5,980.98 | 09/24/04 | 3AXTZX | IIIA | ADAMSON INDUSTRIES |
| | 52001008 | NEWARK CITY | CA | 4030 | 2 | 07/14/04 | 2004 | $ 549.00 | $ 1,098.00 | 5,980.98 | 09/08/04 | $ 5,980.98 | 09/24/04 | 3AXTZX | IIIA | ADAMSON INDUSTRIES |
| | 52001008 | NEWARK CITY | CA | 4030 | 3 | 04/14/03 | 2003 | $ 549.00 | $ 1,647.00 | 5,980.98 | 09/08/04 | $ 5,980.98 | 09/24/04 | 3AXTZX | IIIA | ADAMSON INDUSTRIES |
| | 52001008 | NEWARK CITY | CA | 4030 | 3 | 04/15/04 | 2004 | $ 549.00 | $ 1,647.00 | 5,980.98 | 09/08/04 | $ 5,980.98 | 09/24/04 | 3AXTZX | IIIA | ADAMSON INDUSTRIES |
| | 52001008 | NEWARK CITY | CA | 4030 | 3 | 01/15/04 | 2004 | $ 549.00 | $ 1,647.00 | 5,980.98 | 09/08/04 | $ 5,980.98 | 09/24/04 | 3AXTZX | IIIA | ADAMSON INDUSTRIES |
| | 393067020 | NEWBERRY TOWNSHIP | PA | 4030 | 1 | 06/02/03 | 2003 | $ 1,125.00 | $ 1,125.00 | 2,834.30 | 08/13/03 | $ 2,834.30 | 08/29/03 | 3AXTZX | IIIA | Red The Uniform Tailor |
| | 393067020 | NEWBERRY TOWNSHIP | PA | 4030 | 1 | 06/13/03 | 2003 | $ 1,125.00 | $ 1,125.00 | 2,834.30 | 08/13/03 | $ 2,834.30 | 08/29/03 | 3AXTZX | IIIA | Red the Uniform Tailor, Inc. |
| | 393067020 | NEWBERRY TOWNSHIP | PA | 4030 | 1 | 08/19/02 | 2002 | $ 1,079.95 | $ 1,079.95 | 539.98 | 07/31/03 | $ 539.98 | 08/22/03 | 3AXTZX | IIIA | SAFETY LEAQUE INC. |
| | 393067020 | NEWBERRY TOWNSHIP | PA | 4030 | 1 | 08/30/00 | 2000 | $ 613.75 | $ 613.75 | 306.88 | 07/31/03 | $ 306.88 | 08/22/03 | 3AXTZX | IIIA | SAFETY LEAQUE INC. |
| | 393067020 | NEWBERRY TOWNSHIP | PA | 4030 | 3 | 06/30/03 | 2003 | $ 1,125.00 | $ 3,375.00 | 2,834.30 | 08/13/03 | $ 2,834.30 | 08/29/03 | 3AXTZX | IIIA | Red The Uniform Tailor |
| | 393067020 | NEWBERRY TOWNSHIP | PA | 4051 | 1 | 02/10/03 | 2003 | $ 879.95 | $ 879.95 | 439.98 | 07/31/03 | $ 439.98 | 08/22/03 | XTZX2-1 | II | SAFETY LEAQUE INC. |
| | 99141 | NEWPORT CITY | WA | 4049 | 4 | 06/30/02 | 2002 | $ 795.00 | $ 3,180.00 | 1,732.80 | 08/19/02 | $ 1,732.80 | 09/30/02 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 172040004 | NEWTON CITY | KS | 4051 | 12 | 08/16/01 | 2001 | $ 398.00 | $ 4,776.00 | 2,388.00 | 03/12/03 | $ 2,388.00 | 03/28/03 | XTZX2-1 | II | Law Enforcement Equipment Co. |
| | 261073073 | NEWTON COUNTY | MO | 4007 | 2 | 01/12/02 | 2002 | $ 475.00 | $ 950.00 | 475.00 | 02/08/02 | $ 475.00 | 03/11/02 | 3AXTX-1 | IIIA | American Body Armor and Equipment, Inc. (Manufacturer) |
| | 261073073 | NEWTON COUNTY | MO | 4007 | 4 | 08/27/01 | 2001 | $ 475.00 | $ 1,900.00 | 4,891.50 | 08/28/01 | $ 4,891.50 | 09/27/01 | 3AXTZX-1 | IIIA | ED Roehr Safety Products |
| | 261073073 | NEWTON COUNTY | MO | 4020 | 8 | 08/27/01 | 2001 | $ 770.00 | $ 6,160.00 | 4,891.50 | 08/28/01 | $ 4,891.50 | 09/27/01 | XTX2A-1 | IIA | Ed Roehr Safety Products |
| | 261073073 | NEWTON COUNTY | MO | 4063 | 1 | 03/01/05 | 2005 | $ 595.00 | $ 595.00 | 297.50 | 03/18/05 | $ 297.50 | 06/24/05 | XTX3A-1 | IIIA | Ed. Roehr Safety Products |
| | 261073073 | NEWTON COUNTY | MO | 4063 | 1 | 10/05/04 | 2004 | $ 599.00 | $ 599.00 | 448.50 | 10/21/04 | $ 448.50 | 11/22/04 | XTX3A-1 | IIIA | ED ROEHR SAFETY PRODUCTS |
| | 261073073 | NEWTON COUNTY | MO | 4063 | 1 | 08/07/02 | 2002 | $ 475.00 | $ 475.00 | 237.50 | 09/27/02 | $ 237.50 | 09/27/02 | XTX3A-1 | IIIA | Ed Roehr Safety Products |
| | 261073073 | NEWTON COUNTY | MO | 4063 | 1 | 06/07/05 | 2005 | $ 625.00 | $ 625.00 | 312.50 | 06/23/05 | $ 312.50 | 06/16/06 | XTX3A-1 | IIIA | ED Roehr Safety Products Co |
| | 261073073 | NEWTON COUNTY | MO | 4063 | 1 | 08/08/05 | 2005 | $ 625.00 | $ 625.00 | 312.50 | 09/07/05 | $ 312.50 | 11/03/05 | XTX3A-1 | IIIA | ED ROEHR SAFETY PRODUCTS |
| | 261073073 | NEWTON COUNTY | MO | 4063 | 1 | 03/10/05 | 2005 | $ 598.00 | $ 598.00 | 299.00 | 04/05/05 | $ 299.00 | 06/24/05 | XTX3A-1 | IIIA | Ed. Roehr Safety Products |
| | 261073073 | NEWTON COUNTY | MO | 4063 | 1 | 05/10/04 | 2004 | $ 595.00 | $ 595.00 | 1,374.50 | 07/28/04 | $ 1,374.50 | 08/18/04 | XTX3A-1 | IIIA | ED ROEHR SAFETY PRODUCTS |
| | 261073073 | NEWTON COUNTY | MO | 4063 | 1 | 06/13/03 | 2003 | $ 522.00 | $ 522.00 | 261.00 | 07/01/03 | $ 261.00 | 08/06/03 | XTX3A-1 | IIIA | ED ROEHR SAFETY PRODUCTS |
| | 261073073 | NEWTON COUNTY | MO | 4063 | 1 | 06/13/03 | 2003 | $ 522.00 | $ 522.00 | 261.00 | 06/24/03 | $ 261.00 | 07/18/03 | XTX3A-1 | IIIA | ED ROEHR SAFETY PRODUCTS |
| | 261073073 | NEWTON COUNTY | MO | 4063 | 1 | 04/15/05 | 2005 | $ 598.00 | $ 598.00 | 299.00 | 06/24/05 | $ 299.00 | 06/24/05 | XTX3A-1 | IIIA | Ed. Roehr Safety Products |
| | 261073073 | NEWTON COUNTY | MO | 4063 | 1 | 02/18/04 | 2004 | $ 522.00 | $ 522.00 | 1,374.50 | 07/28/04 | $ 1,374.50 | 08/18/04 | XTX3A-1 | IIIA | Ed Roehr Safety Products |
| | 261073073 | NEWTON COUNTY | MO | 4063 | 1 | 05/19/05 | 2005 | $ 625.00 | $ 625.00 | 312.50 | 06/02/05 | $ 312.50 | 06/13/05 | XTX3A-1 | IIIA | ED ROEHR SAFETY PRODUCTS |
| | 261073073 | NEWTON COUNTY | MO | 4063 | 1 | 06/20/03 | 2003 | $ 522.00 | $ 522.00 | 261.00 | 07/08/03 | $ 261.00 | 08/06/03 | XTX3A-1 | IIIA | ED ROEHR SAFETY PRODUCTS |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

Exhibit 7

**Armor Holdings Z Shield Related BVP Reimbursement Spreadsheet**

| Sampled | AGENCY ID | AGENCY NAME | STATE | MODEL ID | QTY RECEIVED | DATE RECEIVED | YEAR RECEIVED | UNIT PRICE | EXTENDED PRICE | AMOUNT REQUESTED | DATE REQUESTED | AMOUNT PAID | DATE PAID | MODEL NAME | THREAT LEVEL | DISTRIBUTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 261073073 | NEWTON COUNTY | MO | 4063 | 1 | 08/23/04 | 2004 | $ 595.00 | $ 595.00 | 297.50 | 09/16/04 | $ 297.50 | 10/14/04 | XTX3A-1 | IIIA | ED ROEHR SAFETY PRODUCTS |
| | 261073073 | NEWTON COUNTY | MO | 4063 | 1 | 12/24/03 | 2003 | $ 506.67 | $ 506.67 | 253.34 | 01/20/04 | $ 253.34 | 02/13/04 | XTX3A-1 | IIIA | ED ROEHR SAFETY PRODUCTS |
| | 261073073 | NEWTON COUNTY | MO | 4063 | 1 | 01/31/05 | 2005 | $ 598.00 | $ 598.00 | 299.00 | 02/14/05 | $ 299.00 | 02/23/05 | XTX3A-1 | IIIA | Ed Roehr Safety |
| | 261073073 | NEWTON COUNTY | MO | 4063 | 2 | 11/08/04 | 2004 | $ 598.00 | $ 1,196.00 | 598.00 | 11/30/04 | $ 598.00 | 12/13/04 | XTX3A-1 | IIIA | ED ROEHR SAFETY PRODUCTS |
| | 261073073 | NEWTON COUNTY | MO | 4063 | 2 | 02/20/04 | 2004 | $ 522.00 | $ 1,044.00 | 1,374.50 | 07/28/04 | $ 1,374.50 | 08/18/04 | XTX3A-1 | IIIA | ED ROEHR SAFETY PRODUCTS |
| | 73001011 | Newtown | CT | 4706 | 1 | 01/10/06 | | $ 825.00 | $ 825.00 | 3,575.00 | 04/13/06 | $ 3,575.00 | 10/23/06 | XTX2-2 | II | NEW ENGLAND UNIFORM |
| | 393009917 | NEWTOWN TOWNSHIP | PA | 4007 | 5 | 05/18/04 | 2004 | $ 1,101.78 | $ 5,508.90 | 2,754.45 | 03/07/07 | $ 2,754.45 | 04/20/07 | 3AXTZX-1 | IIIA | Pennsylvania Police Supply |
| | 393009917 | NEWTOWN TOWNSHIP | PA | 4030 | 7 | 04/28/01 | 2001 | $ 1,060.00 | $ 7,420.00 | 4,241.82 | 09/25/01 | $ 4,241.82 | 10/17/01 | 3AXTZX | IIIA | Safety League Inc. |
| | 333032006 | NIAGARA TOWN | NY | 4051 | 1 | 06/27/02 | 2002 | $ 1,053.00 | $ 1,053.00 | 2,194.52 | 08/29/03 | $ 2,194.52 | 09/16/03 | XTZX2-1 | II | ABA - United Uniform |
| X | 242027003 | BROOKLYN PARK CITY | MN | 4049 | 1 | 05/12/03 | 2003 | $ 779.95 | $ 779.95 | 6,809.53 | 07/24/03 | $ 6,809.53 | 08/22/03 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 35000000090100 | NORTH DAKOTA STATE HIGHWAY PATROL | ND | 4049 | 1 | 07/02/02 | 2002 | $ 609.26 | $ 609.26 | 8,782.75 | 06/05/03 | $ 8,782.75 | 06/25/03 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 35000000090100 | NORTH DAKOTA STATE HIGHWAY PATROL | ND | 4049 | 1 | 06/18/02 | 2002 | $ 609.40 | $ 609.40 | 8,782.75 | 06/05/03 | $ 8,782.75 | 06/25/03 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 35000000090100 | NORTH DAKOTA STATE HIGHWAY PATROL | ND | 4049 | 2 | 06/21/02 | 2002 | $ 609.26 | $ 1,218.52 | 8,782.75 | 06/05/03 | $ 8,782.75 | 06/25/03 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 35000000090100 | NORTH DAKOTA STATE HIGHWAY PATROL | ND | 4049 | 2 | 06/21/02 | 2002 | $ 609.26 | $ 1,218.52 | 8,782.75 | 06/05/03 | $ 8,782.75 | 06/25/03 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 35000000090100 | NORTH DAKOTA STATE HIGHWAY PATROL | ND | 4049 | 5 | 06/18/02 | 2002 | $ 609.26 | $ 3,046.30 | 8,782.75 | 06/05/03 | $ 8,782.75 | 06/25/03 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| X | 382003002 | CANBY CITY | OR | 4063 | 1 | 11/10/00 | 2000 | $ 675.00 | $ 675.00 | 1,026.50 | 02/24/04 | $ 1,026.50 | 03/17/04 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 393038009 | NORTH LEBANON TOWNSHIP | PA | 4051 | 1 | 01/29/04 | 2004 | $ 896.40 | $ 896.40 | 453.20 | 12/27/04 | $ 453.20 | 01/20/05 | XTZX2-1 | II | SAFETY LEAGUE INC. |
| | 42060005 | NORTH LITTLE ROCK CITY | AR | 4049 | 16 | 04/01/03 | 2003 | $ 635.00 | $ 10,160.00 | 9,385.20 | 04/21/03 | $ 9,385.20 | 05/16/03 | XTX2-1 | II | Cruse Uniform & Equipment |
| | 42060005 | NORTH LITTLE ROCK CITY | AR | 4049 | 25 | 11/13/03 | 2003 | $ 635.00 | $ 15,875.00 | 8,463.38 | 03/15/04 | $ 8,463.38 | 04/09/04 | XTX2-1 | II | Cruse Uniform & Equipment |
| | 42060005 | NORTH LITTLE ROCK CITY | AR | 4049 | 29 | 08/15/05 | 2005 | $ 635.00 | $ 18,415.00 | 9,898.14 | 09/08/05 | $ 9,898.14 | 11/03/05 | XTX2-1 | II | Cruse Uniform & Equipment |
| | 42060005 | NORTH LITTLE ROCK CITY | AR | 4049 | 3 | 09/20/04 | 2004 | $ 635.00 | $ 1,905.00 | 9,898.64 | 02/09/05 | $ 9,898.64 | 02/23/05 | XTX2-1 | II | Cruse Uniform & Equipment |
| | 42060005 | NORTH LITTLE ROCK CITY | AR | 4049 | 5 | 04/15/04 | 2004 | $ 635.00 | $ 3,175.00 | 9,898.64 | 02/09/05 | $ 9,898.64 | 02/23/05 | XTX2-1 | II | Cruse Uniform & Equipment |
| | 42060005 | NORTH LITTLE ROCK CITY | AR | 4049 | 5 | 12/16/04 | 2004 | $ 635.00 | $ 3,175.00 | 9,898.64 | 02/09/05 | $ 9,898.64 | 02/23/05 | XTX2-1 | II | Cruse Uniform & Equipment |
| | 42060005 | NORTH LITTLE ROCK CITY | AR | 4049 | 7 | 09/07/04 | 2004 | $ 635.00 | $ 4,445.00 | 9,898.64 | 02/09/05 | $ 9,898.64 | 02/23/05 | XTX2-1 | II | Cruse Uniform & Equipment |
| | 42060005 | NORTH LITTLE ROCK CITY | AR | 4049 | 9 | 07/30/04 | 2004 | $ 635.00 | $ 5,715.00 | 9,898.64 | 02/09/05 | $ 9,898.64 | 02/23/05 | XTX2-1 | II | Cruse Uniform & Equipment |
| | 102013018 | NORTH MIAMI CITY | FL | 4063 | 1 | 03/02/05 | 2005 | $ 457.80 | $ 457.80 | 1,373.40 | 04/15/05 | $ 1,373.40 | 06/24/05 | XTX3A-1 | IIIA | Lou's Gun Shop and Police Supply, Inc. |
| | 102013018 | NORTH MIAMI CITY | FL | 4063 | 1 | 03/07/05 | 2005 | $ 457.80 | $ 457.80 | 1,373.40 | 04/15/05 | $ 1,373.40 | 06/24/05 | XTX3A-1 | IIIA | Lou's Gun Shop and Police Supply, Inc. |
| | 102013018 | NORTH MIAMI CITY | FL | 4063 | 1 | 02/16/05 | 2005 | $ 457.80 | $ 457.80 | 1,373.40 | 04/15/05 | $ 1,373.40 | 06/24/05 | XTX3A-1 | IIIA | Lou's Gun Shop and Police Supply, Inc. |
| | 102013018 | NORTH MIAMI CITY | FL | 4063 | 1 | 02/16/05 | 2005 | $ 457.80 | $ 457.80 | 1,373.40 | 04/15/05 | $ 1,373.40 | 06/24/05 | XTX3A-1 | IIIA | Lou's Gun Shop and Police Supply, Inc. |
| | 102013018 | NORTH MIAMI CITY | FL | 4063 | 1 | 02/16/05 | 2005 | $ 457.80 | $ 457.80 | 1,373.40 | 04/15/05 | $ 1,373.40 | 06/24/05 | XTX3A-1 | IIIA | Lou's Gun Shop and Police Supply, Inc. |
| | 412026802 | NORTH MYRTLE BEACH CITY | SC | 4051 | 4 | 01/30/04 | 2004 | $ 748.00 | $ 2,992.00 | 1,570.80 | 04/26/04 | $ 1,570.80 | 05/17/04 | XTZX2-1 | II | Lawmen's Safety Supply, Inc. |
| | 382034801 | NORTH PLAINS CITY | OR | 4030 | 4 | 08/25/05 | 2005 | $ 600.00 | $ 2,400.00 | 1,226.00 | 09/09/05 | $ 1,226.00 | 11/03/05 | 3AXTZX | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 362077010 | NORTHFIELD VILLAGE | OH | 4051 | 1 | 04/08/04 | 2004 | $ 700.00 | $ 700.00 | 762.50 | 06/10/04 | $ 762.50 | 07/06/04 | XTZX2-1 | II | SHUTTLER'S UNIFORMS |
| | 362077010 | NORTHFIELD VILLAGE | OH | 4051 | 1 | 03/10/04 | 2004 | $ 825.00 | $ 825.00 | 762.50 | 06/10/04 | $ 762.50 | 07/06/04 | XTZX2-1 | II | SHUTTLER'S UNIFORMS |
| | 332052016 | NORTHPORT VILLAGE | NY | 4051 | 1 | 01/25/01 | 2001 | $ 886.00 | $ 886.00 | 443.00 | 07/21/03 | $ 443.00 | 08/21/03 | XTX2-1 | II | CHARLES GREENBLATT INC. |
| | 332052016 | NORTHPORT VILLAGE | NY | 4793 | 1 | 06/30/05 | 2005 | $ 623.04 | $ 623.04 | 671.22 | 06/26/06 | $ 671.22 | 10/23/06 | XTX2A-2 | IIA | CHARLES GREENBLATT INC. |
| | 72001004 | NORWALK CITY | CT | 4007 | 1 | 06/01/02 | 2002 | $ 1,000.00 | $ 1,000.00 | 6,968.75 | 06/05/02 | $ 6,968.75 | 07/17/02 | 3AXTZX-1 | IIIA | New England Uniform Company |
| | 72001004 | NORWALK CITY | CT | 4007 | 1 | 06/01/02 | 2002 | $ 975.00 | $ 975.00 | 6,968.75 | 06/05/02 | $ 6,968.75 | 07/17/02 | 3AXTZX-1 | IIIA | New England Uniform Company |
| | 72001004 | NORWALK CITY | CT | 4007 | 1 | 06/01/02 | 2002 | $ 975.00 | $ 975.00 | 6,968.75 | 06/05/02 | $ 6,968.75 | 07/17/02 | 3AXTZX-1 | IIIA | New England Uniform Company |
| | 72001004 | NORWALK CITY | CT | 4007 | 1 | 06/01/02 | 2002 | $ 975.00 | $ 975.00 | 6,968.75 | 06/05/02 | $ 6,968.75 | 07/17/02 | 3AXTZX-1 | IIIA | New England Uniform Company |
| | 72001004 | NORWALK CITY | CT | 4051 | 10 | 06/19/04 | 2004 | $ 850.00 | $ 8,500.00 | 7,349.13 | 02/19/05 | $ 7,349.13 | 03/16/05 | XTZX2-1 | II | NEW ENGLAND UNIFORM |
| | 72001004 | NORWALK CITY | CT | 4051 | 1 | 06/01/02 | 2002 | $ 800.00 | $ 800.00 | 6,968.75 | 06/05/02 | $ 6,968.75 | 07/17/02 | XTZX2-1 | II | New England Uniform Company |
| | 72001004 | NORWALK CITY | CT | 4051 | 1 | 06/01/02 | 2002 | $ 960.00 | $ 960.00 | 6,968.75 | 06/05/02 | $ 6,968.75 | 07/17/02 | XTZX2-1 | II | New England Uniform Company |
| | 72001004 | NORWALK CITY | CT | 4051 | 1 | 06/19/04 | 2004 | $ 850.00 | $ 850.00 | 7,349.13 | 02/19/05 | $ 7,349.13 | 03/16/05 | XTZX2-1 | II | NEW ENGLAND UNIFORM |
| | 72001004 | NORWALK CITY | CT | 4051 | 3 | 06/01/02 | 2002 | $ 800.00 | $ 2,400.00 | 6,968.75 | 06/05/02 | $ 6,968.75 | 07/17/02 | XTZX2-1 | II | New England Uniform Company |
| | 72001004 | NORWALK CITY | CT | 4063 | 2 | 06/01/02 | 2002 | $ 800.00 | $ 1,600.00 | 6,968.75 | 06/05/02 | $ 6,968.75 | 07/17/02 | XTX3A-1 | IIIA | New England Uniform Company |
| | 72001004 | NORWALK CITY | CT | 4706 | 1 | 03/04/05 | 2005 | $ 850.00 | $ 850.00 | 2,783.03 | 10/12/05 | $ 2,783.03 | 12/23/05 | XTX2-2 | II | NEW ENGLAND UNIFORM |
| | 72001004 | NORWALK CITY | CT | 4706 | 1 | 03/07/05 | 2005 | $ 795.00 | $ 795.00 | 2,783.03 | 10/12/05 | $ 2,783.03 | 12/23/05 | XTX2-2 | II | NEW ENGLAND UNIFORM |
| | 362031026б0100 | NORWOOD POLICE DEPT | OH | 4030 | 1 | 08/19/03 | 2003 | $ 1,200.00 | $ 1,200.00 | 1,918.00 | 12/26/03 | $ 1,918.00 | 01/20/04 | 3AXTZX | IIIA | Roy Tailors Uniform Co., Inc. |
| | 482015003 | OAK HARBOR CITY | WA | 4063 | 1 | 12/08/01 | 2001 | $ 679.00 | $ 679.00 | 2,905.47 | 06/11/02 | $ 2,905.47 | 07/22/02 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 502020007 | OAKFIELD VILLAGE | WI | 4051 | 1 | 10/20/03 | 2003 | $ 849.95 | $ 849.95 | 437.95 | 11/24/03 | $ 437.95 | 12/24/03 | XTZX2-1 | II | GT Distributors -- Texas |
| | 52001009 | OAKLAND CITY | CA | 4030 | 1 | 04/02/04 | 2004 | $ 475.00 | $ 475.00 | 3,787.50 | 11/22/04 | $ 3,787.50 | 12/13/04 | 3AXTZX | IIIA | Adamson Industries-North |
| | 52001009 | OAKLAND CITY | CA | 4030 | 1 | 04/06/04 | 2004 | $ 475.00 | $ 475.00 | 3,787.50 | 11/22/04 | $ 3,787.50 | 12/13/04 | 3AXTZX | IIIA | Adamson Industries-North |
| | 52001009 | OAKLAND CITY | CA | 4030 | 1 | 04/16/04 | 2004 | $ 475.00 | $ 475.00 | 3,787.50 | 11/22/04 | $ 3,787.50 | 12/13/04 | 3AXTZX | IIIA | Adamson Industries-North |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

Exhibit 7

**Armor Holdings Z Shield Related BVP Reimbursement Spreadsheet**

| Sampled | AGENCY ID | AGENCY NAME | STATE | MODEL ID | QTY RECEIVED | DATE RECEIVED | YEAR RECEIVED | UNIT PRICE | EXTENDED PRICE | AMOUNT REQUESTED | DATE REQUESTED | AMOUNT PAID | DATE PAID | MODEL NAME | THREAT LEVEL | DISTRIBUTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 52001009 | OAKLAND CITY | CA | 4030 | 1 | 03/17/04 | 2004 | $ 475.00 | $ 475.00 | $ 3,787.50 | 11/22/04 | $ 3,787.50 | 12/13/04 | 3AXTZX | IIIA | Adamson Industries-North |
| | 52001009 | OAKLAND CITY | CA | 4030 | 1 | 02/26/04 | 2004 | $ 475.00 | $ 475.00 | $ 3,787.50 | 11/22/04 | $ 3,787.50 | 12/13/04 | 3AXTZX | IIIA | Adamson Industries-North |
| | 52001009 | OAKLAND CITY | CA | 4030 | 1 | 04/27/04 | 2004 | $ 475.00 | $ 475.00 | $ 3,787.50 | 11/22/04 | $ 3,787.50 | 12/13/04 | 3AXTZX | IIIA | Adamson Industries-North |
| | 52001009 | OAKLAND CITY | CA | 4063 | 1 | 01/09/04 | 2004 | $ 475.00 | $ 475.00 | $ 1,900.00 | 06/14/04 | $ 1,900.00 | 07/09/04 | XTX3A-1 | IIIA | ADAMSON INDUSTRIES |
| | 52001009 | OAKLAND CITY | CA | 4063 | 1 | 12/12/03 | 2003 | $ 475.00 | $ 475.00 | $ 1,900.00 | 06/14/04 | $ 1,900.00 | 07/09/04 | XTX3A-1 | IIIA | ADAMSON INDUSTRIES |
| | 52001009 | OAKLAND CITY | CA | 4063 | 1 | 09/17/03 | 2003 | $ 475.00 | $ 475.00 | $ 1,900.00 | 06/14/04 | $ 1,900.00 | 07/09/04 | XTX3A-1 | IIIA | ADAMSON INDUSTRIES |
| | 52001009 | OAKLAND CITY | CA | 4063 | 1 | 12/18/03 | 2003 | $ 475.00 | $ 475.00 | $ 1,900.00 | 06/14/04 | $ 1,900.00 | 07/09/04 | XTX3A-1 | IIIA | ADAMSON INDUSTRIES |
| | 52001009 | OAKLAND CITY | CA | 4063 | 1 | 12/18/03 | 2003 | $ 475.00 | $ 475.00 | $ 1,900.00 | 06/14/04 | $ 1,900.00 | 07/09/04 | XTX3A-1 | IIIA | ADAMSON INDUSTRIES |
| | 52001009 | OAKLAND CITY | CA | 4063 | 1 | 11/21/03 | 2003 | $ 475.00 | $ 475.00 | $ 1,900.00 | 06/14/04 | $ 1,900.00 | 07/09/04 | XTX3A-1 | IIIA | ADAMSON INDUSTRIES |
| | 362057011 | OAKWOOD CITY | OH | 4051 | 4 | 12/16/03 | 2003 | $ 795.00 | $ 3,180.00 | $ 1,590.00 | 01/27/04 | $ 1,590.00 | 02/13/04 | XTZXZ-1 | II | Roy Tailors Uniform Co., Inc. |
| | 311015015 | OCEAN COUNTY | NJ | 4794 | 1 | 02/19/03 | 2003 | $ 239.08 | $ 239.08 | $ 637.54 | 02/24/03 | $ 637.54 | 03/12/03 | XTX3A-2 | IIIA | Lawmen Supply Co. NJ, Inc. |
| | 311015015 | OCEAN COUNTY | NJ | 4794 | 3 | 04/18/01 | 2001 | $ 574.67 | $ 1,724.01 | $ 8,618.00 | 02/26/03 | $ 8,618.00 | 03/12/03 | XTX3A-2 | IIIA | Lawmen Supply Co. NJ, Inc. |
| | 311015015100 | OCEAN COUNTY PROSECUTORS OFFICE | NJ | 4063 | 12 | 10/20/04 | 2004 | $ 567.00 | $ 6,804.00 | $ 3,402.00 | 11/03/04 | $ 3,402.00 | 11/24/04 | XTX3A-1 | IIIA | Lawman Supply Company of New Jersey, Inc. |
| | 312015010 | OCEAN GATE BOROUGH | NJ | 4051 | 3 | 05/31/02 | 2002 | $ 899.00 | $ 2,697.00 | $ 1,348.50 | 09/05/02 | $ 1,348.50 | 09/26/02 | XTZX2-1 | II | Red the Tailor Uniform |
| | 82003017 | OCEAN VIEW TOWN | DE | 4007 | 1 | 04/03/03 | 2003 | $ 996.00 | $ 996.00 | $ 996.00 | 12/05/03 | $ 996.00 | 01/12/04 | 3AXTZX-1 | IIIA | Lawmen Supply |
| | 82003017 | OCEAN VIEW TOWN | DE | 4007 | 1 | 11/19/03 | 2003 | $ 996.00 | $ 996.00 | $ 996.00 | 12/05/03 | $ 996.00 | 01/12/04 | 3AXTZX-1 | IIIA | Lawmen Supply |
| | 82003017 | OCEAN VIEW TOWN | DE | 4030 | 1 | 04/02/01 | 2001 | $ 995.00 | $ 995.00 | $ 1,492.50 | 06/06/02 | $ 1,492.50 | 07/18/02 | 3AXTZX | IIIA | Lawmen Supply |
| | 82003017 | OCEAN VIEW TOWN | DE | 4030 | 1 | 06/13/01 | 2001 | $ 995.00 | $ 995.00 | $ 1,492.50 | 06/06/02 | $ 1,492.50 | 07/18/02 | 3AXTZX | IIIA | Lawmen Supply |
| | 82003017 | OCEAN VIEW TOWN | DE | 4030 | 1 | 02/19/01 | 2001 | $ 995.00 | $ 995.00 | $ 1,492.50 | 06/06/02 | $ 1,492.50 | 07/18/02 | 3AXTZX | IIIA | Lawmen Supply |
| | 502068015 | OCONOMOWOC CITY | WI | 4049 | 10 | 06/11/02 | 2002 | $ 670.00 | $ 6,700.00 | $ 5,554.18 | 06/13/02 | $ 5,554.18 | 07/17/02 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 502068015 | OCONOMOWOC CITY | WI | 4051 | 1 | 09/06/01 | 2001 | $ 795.00 | $ 795.00 | $ 5,554.18 | 06/13/02 | $ 5,554.18 | 07/17/02 | XTZX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 502068015 | OCONOMOWOC CITY | WI | 4051 | 2 | 12/28/01 | 2001 | $ 849.95 | $ 1,699.90 | $ 5,554.18 | 06/13/02 | $ 5,554.18 | 07/17/02 | XTZX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 502068015 | OCONOMOWOC CITY | WI | 4063 | 1 | 05/23/02 | 2002 | $ 899.00 | $ 899.00 | $ 5,554.18 | 06/13/02 | $ 5,554.18 | 07/17/02 | XTX3A-1 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 502043004 | OCONTO FALLS CITY | WI | 4049 | 1 | 03/09/05 | 2005 | $ 779.95 | $ 779.95 | $ 389.98 | 03/16/05 | $ 389.98 | 06/24/05 | XTX2-1 | II | STREICHER'S-MILWAUKEE |
| | 12058002 | ODENVILLE TOWN | AL | 4051 | 1 | 06/05/03 | 2003 | $ 849.00 | $ 849.00 | $ 424.50 | 07/21/03 | $ 424.50 | 08/21/03 | XTZX2-1 | II | McCAIN / COMMAND UNIFORM COMPANY |
| | 442153001 | ODONNELL CITY | TX | 4007 | 1 | 10/23/02 | 2002 | $ 850.00 | $ 850.00 | $ 437.50 | 10/23/02 | $ 437.50 | 11/15/02 | 3AXTZX-1 | IIIA | GT Distributors -- Texas |
| | 442153001 | ODONNELL CITY | TX | 4007 | 2 | 08/10/01 | 2001 | $ 850.00 | $ 1,700.00 | $ 875.00 | 07/03/02 | $ 875.00 | 07/29/02 | 3AXTZX-1 | IIIA | GT Distributors -- Texas |
| | 162033008 | OELWEIN CITY | IA | 4051 | 1 | 03/03/05 | 2005 | $ 725.00 | $ 725.00 | $ 362.50 | 03/08/05 | $ 362.50 | 03/23/05 | XTZX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 162033008 | OELWEIN CITY | IA | 4051 | 8 | 02/04/04 | 2004 | $ 975.00 | $ 7,800.00 | $ 4,402.48 | 03/05/04 | $ 4,402.48 | 04/09/04 | XTZX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 440000000A912 | Office of the Attorney General | TX | 4063 | 27 | 02/08/02 | 2002 | $ 586.00 | $ 15,822.00 | $ 7,911.00 | 11/12/02 | $ 7,911.00 | 11/27/02 | XTX3A-1 | IIIA | GT Distributors -- Texas |
| | 3600000001500 | OHIO UNIVERSITY DEPT OF PUBLIC SAFETY | OH | 4049 | 1 | 01/07/05 | 2005 | $ 525.00 | $ 525.00 | $ 3,855.62 | 01/12/05 | $ 3,855.62 | 02/04/05 | XTX2-1 | II | Roys Tailors Uniform Co., Inc |
| | 3600000001500 | OHIO UNIVERSITY DEPT OF PUBLIC SAFETY | OH | 4049 | 1 | 12/25/03 | 2003 | $ 525.00 | $ 525.00 | $ 3,855.62 | 01/12/05 | $ 3,855.62 | 02/04/05 | XTX2-1 | II | Roy Tailors Uniform Co of Columbus |
| | 3600000001500 | OHIO UNIVERSITY DEPT OF PUBLIC SAFETY | OH | 4049 | 1 | 06/28/04 | 2004 | $ 525.00 | $ 525.00 | $ 3,855.62 | 01/12/05 | $ 3,855.62 | 02/04/05 | XTX2-1 | II | Roys Tailors Uniform Co., Inc |
| | 3600000001500 | OHIO UNIVERSITY DEPT OF PUBLIC SAFETY | OH | 4049 | 6 | 12/04/04 | 2004 | $ 525.00 | $ 3,150.00 | $ 3,855.62 | 01/12/05 | $ 3,855.62 | 02/04/05 | XTX2-1 | II | Roys Tailors Uniform Co., Inc |
| | 3600000001500 | OHIO UNIVERSITY DEPT OF PUBLIC SAFETY | OH | 4051 | 1 | 12/25/03 | 2003 | $ 795.00 | $ 795.00 | $ 3,855.62 | 01/12/05 | $ 3,855.62 | 02/04/05 | XTX2-1 | II | Roys Tailors Uniform Co., Inc |
| | 242065008 | OLIVIA CITY | MN | 4051 | 1 | 03/22/04 | 2004 | $ 880.00 | $ 880.00 | $ 452.48 | 03/24/04 | $ 452.48 | 04/23/04 | XTZX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 362018039 | OLMSTED FALLS CITY | OH | 4049 | 2 | 06/27/01 | 2001 | $ 1,080.00 | $ 2,160.00 | $ 2,880.00 | 06/29/01 | $ 2,880.00 | 07/19/01 | XTX2-1 | II | Shuttler's Uniform, Inc |
| | 362018039 | OLMSTED FALLS CITY | OH | 4049 | 4 | 06/27/01 | 2001 | $ 900.00 | $ 3,600.00 | $ 2,880.00 | 06/29/01 | $ 2,880.00 | 07/19/01 | XTX2-1 | II | Shuttler's Uniform, Inc |
| | 472001007 | ONANCOCK TOWN | VA | 4063 | 4 | 12/23/02 | 2002 | $ 555.00 | $ 2,220.00 | $ 1,110.00 | 01/29/03 | $ 1,110.00 | 02/14/03 | XTX3A-1 | IIIA | LAWMEN'S |
| | 362018040 | ORANGE VILLAGE | OH | 4030 | 1 | 12/23/03 | 2003 | $ 1,140.00 | $ 1,140.00 | $ 582.50 | 12/24/03 | $ 582.50 | 01/20/04 | 3AXTZX | IIIA | SHUTTLER'S UNIFORM |
| | 362018040 | ORANGE VILLAGE | OH | 4051 | 3 | 11/04/02 | 2002 | $ 950.00 | $ 2,850.00 | $ 1,425.00 | 01/01/03 | $ 1,425.00 | 01/28/03 | XTZX2-1 | II | Shuttler's Uniform Inc |
| | 382003007 | OREGON CITY | OR | 4794 | 1 | 10/29/04 | 2004 | $ 600.00 | $ 600.00 | $ 604.00 | 11/08/04 | $ 604.00 | 11/24/04 | XTX3A-2 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 331037034 | ORLEANS COUNTY | NY | 4049 | 22 | 05/06/02 | 2002 | $ 675.00 | $ 14,850.00 | $ 7,425.00 | 07/01/02 | $ 7,425.00 | 07/29/02 | XTX2-1 | II | ABA - United Uniform |
| | 331037034 | ORLEANS COUNTY | NY | 4049 | 4 | 05/27/03 | 2003 | $ 675.00 | $ 2,700.00 | $ 1,350.00 | 07/22/03 | $ 1,350.00 | 08/22/03 | XTX2-1 | II | United Uniforms |
| X | 262095018 | CLAYTON CITY | MO | 4706 | 5 | 03/22/04 | 2004 | $ 570.00 | $ 2,850.00 | $ 8,265.00 | 07/09/04 | $ 8,265.00 | 07/09/04 | XTX2-2 | II | ED ROEHR SAFETY PRODUCTS |
| X | 411015015 | COLLETON COUNTY | SC | 4030 | 1 | 06/30/01 | 2001 | $ 999.00 | $ 999.00 | $ 529.47 | 03/14/03 | $ 529.47 | 03/28/03 | 3AXTZX | IIIA | LAWMEN SAFETY SUPPLY INC. |
| | 502071004 | OSHKOSH CITY | WI | 4030 | 20 | 07/09/02 | 2002 | $ 525.75 | $ 10,515.00 | $ 10,540.00 | 04/04/03 | $ 10,540.00 | 05/14/03 | 3AXTZX | IIIA | Advance Protection Devices |
| | 502071004 | OSHKOSH CITY | WI | 4030 | 20 | 07/09/02 | 2002 | $ 525.75 | $ 10,515.00 | $ 10,540.00 | 04/04/03 | $ 10,540.00 | 05/14/03 | 3AXTZX | IIIA | Advance Protection Devices |
| | 502071004 | OSHKOSH CITY | WI | 4030 | 2 | 05/24/04 | 2004 | $ 525.00 | $ 1,050.00 | $ 570.00 | 06/03/04 | $ 570.00 | 07/06/04 | 3AXTZX | IIIA | Advance Protection Devices |
| | 502071004 | OSHKOSH CITY | WI | 4030 | 4 | 07/02/03 | 2003 | $ 527.50 | $ 2,110.00 | $ 1,067.50 | 01/07/04 | $ 1,067.50 | 02/03/04 | 3AXTZX | IIIA | Advance Protection Devices |
| | 333060012 | OSSINING TOWN | NY | 4051 | 10 | 01/02/04 | 2004 | $ 905.00 | $ 9,050.00 | $ 4,525.00 | 01/14/04 | $ 4,525.00 | 02/03/04 | XTZX2-1 | II | NEW ENGLAND UNIFORM |
| | 333060012 | OSSINING TOWN | NY | 4051 | 1 | 08/06/02 | 2002 | $ 865.00 | $ 865.00 | $ 432.50 | 09/09/02 | $ 432.50 | 09/26/02 | XTZX2-1 | II | New England Uniform Company |
| | 333060012 | OSSINING TOWN | NY | 4051 | 1 | 06/27/03 | 2003 | $ 835.00 | $ 835.00 | $ 417.50 | 07/22/03 | $ 417.50 | 08/22/03 | XTZX2-1 | II | NEW ENGLAND UNIFORM |
| | 333060012 | OSSINING TOWN | NY | 4051 | 2 | 03/18/02 | 2002 | $ 625.00 | $ 1,250.00 | $ 625.00 | 08/21/02 | $ 625.00 | 09/30/02 | XTZX2-1 | II | New England Uniform Company |
| | 362048005 | OTTAWA HILLS VILLAGE | OH | 4051 | 1 | 12/05/03 | 2003 | $ 897.00 | $ 897.00 | $ 5,822.20 | 06/14/04 | $ 5,822.20 | 07/09/04 | XTZX2-1 | II | Superior Uniform Sales, Inc. |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

Exhibit 7

**Armor Holdings Z Shield Related BVP Reimbursement Spreadsheet**

| Sampled | AGENCY ID | AGENCY NAME | STATE | MODEL ID | QTY RECEIVED | DATE RECEIVED | YEAR RECEIVED | UNIT PRICE | EXTENDED PRICE | AMOUNT REQUESTED | DATE REQUESTED | AMOUNT PAID | DATE PAID | MODEL NAME | THREAT LEVEL | DISTRIBUTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 362048005 | OTTAWA HILLS VILLAGE | OH | 4051 | 1 | 02/08/00 | 2000 | $ 697.00 | $ 697.00 | $ 5,822.20 | 06/14/04 | $ 5,822.20 | 07/09/04 | XTZX2-1 | II | Superior Uniform Sales, Inc. |
| | 362048005 | OTTAWA HILLS VILLAGE | OH | 4051 | 1 | 04/09/99 | 1999 | $ 507.00 | $ 507.00 | $ 5,822.20 | 06/14/04 | $ 5,822.20 | 07/09/04 | XTZX2-1 | II | Superior Uniform Sales, Inc. |
| | 362048005 | OTTAWA HILLS VILLAGE | OH | 4051 | 1 | 01/10/02 | 2002 | $ 897.00 | $ 897.00 | $ 5,822.20 | 06/14/04 | $ 5,822.20 | 07/09/04 | XTZX2-1 | II | Superior Uniform Sales, Inc. |
| | 362048005 | OTTAWA HILLS VILLAGE | OH | 4051 | 1 | 12/17/01 | 2001 | $ 895.00 | $ 895.00 | $ 5,822.20 | 06/14/04 | $ 5,822.20 | 07/09/04 | XTZX2-1 | II | Superior Uniform Sales, Inc. |
| | 362048005 | OTTAWA HILLS VILLAGE | OH | 4051 | 1 | 03/17/04 | 2004 | $ 1,076.40 | $ 1,076.40 | $ 5,822.20 | 06/14/04 | $ 5,822.20 | 07/09/04 | XTZX2-1 | II | Superior Uniform Sales, Inc. |
| | 362048005 | OTTAWA HILLS VILLAGE | OH | 4051 | 1 | 03/18/02 | 2002 | $ 897.00 | $ 897.00 | $ 5,822.20 | 06/14/04 | $ 5,822.20 | 07/09/04 | XTZX2-1 | II | Superior Uniform Sales, Inc. |
| | 362048005 | OTTAWA HILLS VILLAGE | OH | 4051 | 1 | 10/20/01 | 2001 | $ 897.00 | $ 897.00 | $ 5,822.20 | 06/14/04 | $ 5,822.20 | 07/09/04 | XTZX2-1 | II | Superior Uniform Sales, Inc. |
| | 362048005 | OTTAWA HILLS VILLAGE | OH | 4051 | 1 | 01/21/04 | 2004 | $ 897.00 | $ 897.00 | $ 5,822.20 | 06/14/04 | $ 5,822.20 | 07/09/04 | XTZX2-1 | II | Superior Uniform Sales, Inc. |
| | 362048005 | OTTAWA HILLS VILLAGE | OH | 4051 | 1 | 10/21/02 | 2002 | $ 897.00 | $ 897.00 | $ 5,822.20 | 06/14/04 | $ 5,822.20 | 07/09/04 | XTZX2-1 | II | Superior Uniform Sales, Inc. |
| | 362048005 | OTTAWA HILLS VILLAGE | OH | 4051 | 1 | 06/28/01 | 2001 | $ 895.00 | $ 895.00 | $ 5,822.20 | 06/14/04 | $ 5,822.20 | 07/09/04 | XTZX2-1 | II | Superior Uniform Sales, Inc. |
| | 362048005 | OTTAWA HILLS VILLAGE | OH | 4051 | 1 | 06/30/01 | 2001 | $ 895.00 | $ 895.00 | $ 5,822.20 | 06/14/04 | $ 5,822.20 | 07/09/04 | XTZX2-1 | II | Superior Uniform Sales, Inc. |
| | 41052052 | OUACHITA COUNTY | AR | 4049 | 3 | 07/17/03 | 2003 | $ 635.00 | $ 1,905.00 | $ 1,020.65 | 09/16/03 | $ 1,020.65 | 10/17/03 | XTX2-1 | II | Cruse Uniform & Equipment |
| | 172046501 | OVERLAND PARK CITY | KS | 4030 | 1 | 08/05/03 | 2003 | $ 896.00 | $ 896.00 | $ 21,821.03 | 02/04/04 | $ 21,821.03 | 02/26/04 | 3AXTZX | IIIA | Law Enforcement Equipment Company |
| | 172046501 | OVERLAND PARK CITY | KS | 4051 | 2 | 03/09/01 | 2001 | $ 896.00 | $ 1,792.00 | $ 10,330.90 | 09/30/02 | $ 10,330.90 | 10/09/02 | XTZX2-1 | II | Law Enforcement Equipment Co. |
| | 242074004 | OWATONNA CITY | MN | 4063 | 1 | 03/08/05 | 2005 | $ 995.00 | $ 995.00 | $ 938.45 | 03/16/06 | $ 938.45 | 09/13/06 | XTX3A-1 | IIIA | Streicher's Police Equipement |
| | 242074004 | OWATONNA CITY | MN | 4063 | 1 | 07/30/04 | 2004 | $ 850.00 | $ 850.00 | $ 938.45 | 03/16/06 | $ 938.45 | 09/13/06 | XTX3A-1 | IIIA | Streicher's Police Equipement |
| | 362009008 | OXFORD CITY | OH | 4051 | 2 | 09/15/02 | 2002 | $ 795.00 | $ 1,590.00 | $ 3,195.00 | 11/13/02 | $ 3,195.00 | 11/27/02 | XTZX2-1 | II | Roy Tailors Uniform Co., Inc. |
| | 362009008 | OXFORD CITY | OH | 4051 | 6 | 09/01/02 | 2002 | $ 795.00 | $ 4,770.00 | $ 3,195.00 | 11/13/02 | $ 3,195.00 | 11/27/02 | XTZX2-1 | II | Roy Tailors Uniform Co., Inc. |
| | 362009008 | OXFORD CITY | OH | 4706 | 4 | 10/20/04 | 2004 | $ 745.00 | $ 2,980.00 | $ 1,492.43 | 12/01/04 | $ 1,492.43 | 12/23/04 | XTX2-2 | II | Roy Tailor Uniform |
| | 363009008 | OXFORD TOWNSHIP | OH | 4030 | 7 | 12/14/03 | 2003 | $ 550.00 | $ 3,850.00 | $ 1,935.00 | 03/17/04 | $ 1,935.00 | 04/23/04 | 3AXTZX | IIIA | Roy Tailors Uniform Co., Inc. |
| | 52027007 | PACIFIC GROVE CITY | CA | 4063 | 1 | 07/02/04 | 2004 | $ 649.00 | $ 649.00 | $ 1,032.16 | 11/10/04 | $ 1,032.16 | 11/24/04 | XTX3A-1 | IIIA | Summit Uniform |
| | 52027007 | PACIFIC GROVE CITY | CA | 4063 | 1 | 01/06/03 | 2003 | $ 629.00 | $ 629.00 | $ 2,772.67 | 01/05/04 | $ 2,772.67 | 02/03/04 | XTX3A-1 | IIIA | Summit Uniform |
| | 52027007 | PACIFIC GROVE CITY | CA | 4063 | 1 | 04/08/04 | 2004 | $ 629.00 | $ 629.00 | $ 1,032.16 | 11/10/04 | $ 1,032.16 | 11/24/04 | XTX3A-1 | IIIA | Summit Uniform |
| | 52027007 | PACIFIC GROVE CITY | CA | 4063 | 1 | 11/08/04 | 2004 | $ 649.00 | $ 649.00 | $ 1,405.08 | 02/03/06 | $ 1,405.08 | 05/10/06 | XTX3A-1 | IIIA | Summit Uniform |
| | 52027007 | PACIFIC GROVE CITY | CA | 4063 | 1 | 08/10/02 | 2002 | $ 589.00 | $ 589.00 | $ 2,772.67 | 01/05/04 | $ 2,772.67 | 02/03/04 | XTX3A-1 | IIIA | Summit Uniforms |
| | 52027007 | PACIFIC GROVE CITY | CA | 4063 | 1 | 08/15/02 | 2002 | $ 589.00 | $ 589.00 | $ 2,772.67 | 01/05/04 | $ 2,772.67 | 02/03/04 | XTX3A-1 | IIIA | Summit Uniforms |
| | 52027007 | PACIFIC GROVE CITY | CA | 4063 | 3 | 12/09/05 | 2005 | $ 649.00 | $ 1,947.00 | $ 1,405.08 | 02/03/06 | $ 1,405.08 | 05/10/06 | XTX3A-1 | IIIA | Summit Uniform |
| | 52027007 | PACIFIC GROVE CITY | CA | 4063 | 4 | 12/30/03 | 2003 | $ 629.00 | $ 2,516.00 | $ 1,361.28 | 01/06/04 | $ 1,361.28 | 02/03/04 | XTX3A-1 | IIIA | Summit Uniform |
| | 142016073 | PALATINE VILLAGE | IL | 4051 | 1 | 03/03/03 | 2003 | $ 830.00 | $ 830.00 | $ 415.00 | 04/21/03 | $ 415.00 | 05/16/03 | XTZX2-1 | II | Uniform Den Inc |
| | 142016073 | PALATINE VILLAGE | IL | 4051 | 1 | 03/03/03 | 2003 | $ 830.00 | $ 830.00 | $ 415.00 | 03/31/03 | $ 415.00 | 04/07/03 | XTZX2-1 | II | UNIFORM DEN INC. |
| | 312003006 | PALMYRA BOROUGH | NJ | 4063 | 1 | 06/20/02 | 2002 | $ 549.00 | $ 549.00 | $ 550.00 | 06/26/02 | $ 550.00 | 07/29/02 | XTX3A-1 | IIIA | Oakwood Uniform & Equipment Inc. |
| | 52043011 | PALO ALTO CITY | CA | 4063 | 1 | 05/01/05 | 2005 | $ 899.00 | $ 899.00 | $ 2,919.51 | 05/20/05 | $ 2,919.51 | 06/27/05 | XTX3A-1 | IIIA | Summit Uniform |
| | 52043011 | PALO ALTO CITY | CA | 4063 | 1 | 02/03/05 | 2005 | $ 899.00 | $ 899.00 | $ 4,379.35 | 05/20/05 | $ 4,379.35 | 06/27/05 | XTX3A-1 | IIIA | Summit Uniforms |
| | 52043011 | PALO ALTO CITY | CA | 4063 | 1 | 04/07/05 | 2005 | $ 899.00 | $ 899.00 | $ 4,379.35 | 05/20/05 | $ 4,379.35 | 06/27/05 | XTX3A-1 | IIIA | Summit Uniforms |
| | 52043011 | PALO ALTO CITY | CA | 4063 | 1 | 04/18/05 | 2005 | $ 899.17 | $ 899.17 | $ 4,379.35 | 05/20/05 | $ 4,379.35 | 06/27/05 | XTX3A-1 | IIIA | Summit Uniforms |
| | 52043011 | PALO ALTO CITY | CA | 4063 | 1 | 04/18/05 | 2005 | $ 899.00 | $ 899.00 | $ 4,379.35 | 05/20/05 | $ 4,379.35 | 06/27/05 | XTX3A-1 | IIIA | Summit Uniforms |
| | 52043011 | PALO ALTO CITY | CA | 4063 | 1 | 04/18/05 | 2005 | $ 899.00 | $ 899.00 | $ 4,379.35 | 05/20/05 | $ 4,379.35 | 06/27/05 | XTX3A-1 | IIIA | Summit Uniforms |
| | 52043011 | PALO ALTO CITY | CA | 4063 | 1 | 04/18/05 | 2005 | $ 899.00 | $ 899.00 | $ 4,379.35 | 05/20/05 | $ 4,379.35 | 06/27/05 | XTX3A-1 | IIIA | Summit Uniforms |
| | 52043011 | PALO ALTO CITY | CA | 4063 | 1 | 04/18/05 | 2005 | $ 899.00 | $ 899.00 | $ 4,379.35 | 05/20/05 | $ 4,379.35 | 06/27/05 | XTX3A-1 | IIIA | Summit Uniforms |
| | 52043011 | PALO ALTO CITY | CA | 4063 | 1 | 04/18/05 | 2005 | $ 899.00 | $ 899.00 | $ 4,379.35 | 05/20/05 | $ 4,379.35 | 06/27/05 | XTX3A-1 | IIIA | Summit Uniforms |
| | 52043011 | PALO ALTO CITY | CA | 4063 | 32 | 05/06/04 | 2004 | $ 849.00 | $ 27,168.00 | $ 13,619.02 | 08/09/04 | $ 13,619.02 | 08/26/04 | XTX3A-1 | IIIA | Summit Uniform |
| | 52043011 | PALO ALTO CITY | CA | 4063 | 5 | 03/03/05 | 2005 | $ 899.00 | $ 4,495.00 | $ 2,919.51 | 05/20/05 | $ 2,919.51 | 06/27/05 | XTX3A-1 | IIIA | Summit Uniforms |
| | 362069014 | PANDORA VILLAGE | OH | 4051 | 3 | 09/21/03 | 2003 | $ 947.00 | $ 2,841.00 | $ 1,425.64 | 09/25/03 | $ 1,425.64 | 10/17/03 | XTZX2-1 | II | Superior Uniform Sales, Inc. |
| | 242029004 | PARK RAPIDS CITY | MN | 4049 | 4 | 07/01/04 | 2004 | $ 750.00 | $ 3,000.00 | $ 1,905.00 | 08/16/04 | $ 1,905.00 | 09/17/04 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 52019035 | PASADENA CITY | CA | 4020 | 1 | 08/12/01 | 2001 | $ 660.00 | $ 660.00 | $ 5,977.80 | 08/20/01 | $ 5,977.80 | 09/27/01 | XTX2A-1 | IIA | Aardvark Tactical, Inc. |
| | 52019035 | PASADENA CITY | CA | 4020 | 7 | 08/12/01 | 2001 | $ 550.00 | $ 3,850.00 | $ 5,977.80 | 08/20/01 | $ 5,977.80 | 09/27/01 | XTX2A-1 | IIA | Aardvark Tactical, Inc. |
| | 52019035 | PASADENA CITY | CA | 4051 | 8 | 08/12/01 | 2001 | $ 820.00 | $ 6,560.00 | $ 5,977.80 | 08/20/01 | $ 5,977.80 | 09/27/01 | XTZX2-1 | II | Aardvark Tactical, Inc. |
| | 252030003 | PASCAGOULA CITY | MS | 4007 | 22 | 12/13/02 | 2002 | $ 941.92 | $ 20,722.24 | $ 10,361.12 | 12/20/02 | $ 10,361.12 | 01/23/03 | 3AXTZX-1 | IIIA | Mid South Uniform & Supply, Inc. |
| | 252030003 | PASCAGOULA CITY | MS | 4030 | 8 | 08/20/03 | 2003 | $ 1,019.40 | $ 8,155.20 | $ 4,077.60 | 08/26/03 | $ 4,077.60 | 09/16/03 | 3AXTZX | IIIA | Mid South Uniform & Supply, Inc. |
| | 312016007 | PATERSON CITY | NJ | 4030 | 40 | 06/19/02 | 2002 | $ 996.00 | $ 39,840.00 | $ 19,920.00 | 09/09/02 | $ 19,920.00 | 09/26/02 | 3AXTZX | IIIA | Lawman Supply Company of New Jersey, Inc. |
| | 312016007 | PATERSON CITY | NJ | 4030 | 42 | 07/14/01 | 2001 | $ 995.83 | $ 41,824.86 | $ 43,612.84 | 02/07/02 | $ 43,612.84 | 03/11/02 | 3AXTZX | IIIA | Lawman Supply Company of New Jersey, Inc. |
| | 132038003 | PAYETTE CITY | ID | 4030 | 1 | 01/08/04 | 2004 | $ 675.00 | $ 675.00 | $ 337.50 | 01/15/04 | $ 337.50 | 02/03/04 | 3AXTZX | IIIA | COP SHOP ETC. |
| | 132038003 | PAYETTE CITY | ID | 4030 | 1 | 02/25/04 | 2004 | $ 675.00 | $ 675.00 | $ 337.50 | 03/17/04 | $ 337.50 | 04/23/04 | 3AXTZX | IIIA | COP SHOP ETC. |
| X | 99157 | East Fallowfield Township | PA | 4007 | 1 | 08/16/05 | 2005 | $ 1,021.20 | $ 1,021.20 | $ 515.60 | 08/23/05 | $ 515.60 | 10/11/05 | 3AXTZX | IIIA | Atlantic Tactical |
| | 312018007 | PEAPACK GLADSTONE BOROUGH | NJ | 4063 | 1 | 12/04/00 | 2000 | $ 595.00 | $ 595.00 | $ 913.99 | 04/30/02 | $ 913.99 | 05/17/02 | XTX3A-1 | IIIA | B&R Uniform |
| | 041164 | PEARL RIVER VALLEY WATER SUPPLY DISTRICT | MS | 4051 | 1 | 01/06/03 | 2003 | $ 866.52 | $ 866.52 | $ 2,470.80 | 08/31/06 | $ 2,470.80 | 03/19/07 | XTZX2-1 | II | Mid South Uniform & Supply, Inc. |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

**Exhibit 7**

**Armor Holdings Z Shield Related BVP Reimbursement Spreadsheet**

| Sampled | AGENCY ID | AGENCY NAME | STATE | MODEL ID | QTY RECEIVED | DATE RECEIVED | YEAR RECEIVED | UNIT PRICE | EXTENDED PRICE | AMOUNT REQUESTED | DATE REQUESTED | AMOUNT PAID | DATE PAID | MODEL NAME | THREAT LEVEL | DISTRIBUTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 041164 | PEARL RIVER VALLEY WATER SUPPLY DISTRICT | MS | 4051 | 1 | 03/31/03 | 2003 | $ 866.52 | $ 866.52 | $ 2,470.80 | 08/31/06 | $ 2,470.80 | 03/19/07 | XTZX2-1 | II | Mid South Uniform & Supply, Inc. |
| | 041164 | PEARL RIVER VALLEY WATER SUPPLY DISTRICT | MS | 4051 | 3 | 07/22/04 | 2004 | $ 866.52 | $ 2,599.56 | $ 2,470.80 | 08/31/06 | $ 2,470.80 | 03/19/07 | XTZX2-1 | II | Mid South Uniform & Supply, Inc. |
| | 393036028 | PENN TOWNSHIP | PA | 4007 | 1 | 10/10/02 | 2002 | $ 1,079.00 | $ 1,079.00 | $ 539.50 | 10/30/02 | $ 539.50 | 11/15/02 | 3AXTZX-1 | IIIA | Safety League Inc. |
| | 393036028 | PENN TOWNSHIP | PA | 4051 | 2 | 07/29/02 | 2002 | $ 879.00 | $ 1,758.00 | $ 884.00 | 08/07/02 | $ 884.00 | 09/30/02 | XTZX2-1 | II | Safety League Inc. |
| | 390000000 | PENNSYLVANIA | PA | 4051 | 12 | 08/21/01 | 2001 | $ 851.58 | $ 10,218.96 | $ 5,109.48 | 01/08/03 | $ 5,109.48 | 01/28/03 | XTZX2-1 | II | Safety League Inc. |
| | 390000000 | PENNSYLVANIA | PA | 4051 | 18 | 10/11/01 | 2001 | $ 879.00 | $ 15,822.00 | $ 7,911.00 | 12/26/01 | $ 7,911.00 | 01/25/02 | XTZX2-1 | II | Safety League Inc. |
| | 142072011 | PEORIA CITY | IL | 4051 | 13 | 04/21/04 | 2004 | $ 795.00 | $ 10,335.00 | $ 5,167.50 | 08/11/04 | $ 5,167.50 | 08/26/04 | XTZX2-1 | II | S HARRIS UNIFORMS |
| | 142072011 | PEORIA CITY | IL | 4051 | 1 | 10/02/03 | 2003 | $ 795.00 | $ 795.00 | $ 397.50 | 01/22/04 | $ 397.50 | 02/11/04 | XTZX2-1 | II | S HARRIS UNIFORMS |
| | 142072011 | PEORIA CITY | IL | 4051 | 1 | 09/23/05 | 2005 | $ 730.00 | $ 730.00 | $ 365.00 | 10/31/05 | $ 365.00 | 12/23/05 | XTZX2-1 | II | S HARRIS UNIFORMS |
| | 142072011 | PEORIA CITY | IL | 4051 | 8 | 07/22/04 | 2004 | $ 795.00 | $ 6,360.00 | $ 3,180.00 | 01/26/05 | $ 3,180.00 | 02/14/05 | XTZX2-1 | II | S HARRIS UNIFORMS |
| | 502047002 | PEPIN VILLAGE | WI | 4007 | 1 | 08/09/02 | 2002 | $ 600.00 | $ 600.00 | $ 312.50 | 08/22/02 | $ 312.50 | 09/27/02 | 3AXTZX-1 | IIIA | Advance Protection Devices |
| | 502047002 | PEPIN VILLAGE | WI | 4007 | 1 | 10/10/02 | 2002 | $ 525.00 | $ 525.00 | $ 262.50 | 10/11/02 | $ 262.50 | 10/24/02 | 3AXTZX-1 | IIIA | Advance Protection Devices |
| | 362018044 | PEPPER PIKE CITY | OH | 4049 | 1 | 02/01/02 | 2002 | $ 679.95 | $ 679.95 | $ 3,483.80 | 06/05/02 | $ 3,483.80 | 07/17/02 | XTZ-1 | II | GT Distributors |
| | 362018044 | PEPPER PIKE CITY | OH | 4049 | 1 | 02/01/02 | 2002 | $ 679.95 | $ 679.95 | $ 3,483.80 | 06/05/02 | $ 3,483.80 | 07/17/02 | XTZX-1 | II | GT Distributors -- Georgia |
| | 362018044 | PEPPER PIKE CITY | OH | 4049 | 1 | 06/01/01 | 2001 | $ 679.95 | $ 679.95 | $ 3,483.80 | 06/05/02 | $ 3,483.80 | 07/17/02 | XTZ-1 | II | GT Distributors -- Georgia |
| | 362018044 | PEPPER PIKE CITY | OH | 4051 | 1 | 03/01/02 | 2002 | $ 679.95 | $ 679.95 | $ 3,483.80 | 07/17/02 | $ 3,483.80 | 07/17/02 | XTZX2-1 | II | GT Distributors |
| | 362018044 | PEPPER PIKE CITY | OH | 4051 | 1 | 08/01/03 | 2003 | $ 950.00 | $ 950.00 | $ 3,399.52 | 06/09/04 | $ 3,399.52 | 07/06/04 | XTZX2-1 | II | SHUTTLER'S UNIFORMS |
| | 313014016 | PEQUANNOCK TOWNSHIP | NJ | 4007 | 1 | 06/20/01 | 2001 | $ 995.83 | $ 995.83 | $ 1,747.22 | 05/16/02 | $ 1,747.22 | 06/27/02 | 3AXTZX-1 | IIIA | Lawman Supply Company |
| | 362087016 | PERRYSBURG CITY | OH | 4051 | 26 | 10/09/02 | 2002 | $ 875.00 | $ 22,750.00 | $ 12,250.00 | 11/21/02 | $ 12,250.00 | 12/18/02 | XTZX2-1 | II | Superior Uniform Sales, Inc |
| | 362087016 | PERRYSBURG CITY | OH | 4051 | 2 | 11/18/02 | 2002 | $ 875.00 | $ 1,750.00 | $ 12,250.00 | 11/21/02 | $ 12,250.00 | 12/18/02 | XTZX2-1 | II | Superior Uniform Sales, Inc |
| | 362087016 | PERRYSBURG CITY | OH | 4051 | 3 | 12/20/02 | 2002 | $ 875.00 | $ 2,625.00 | $ 1,312.50 | 01/23/03 | $ 1,312.50 | 02/14/03 | XTZX2-1 | II | Superior Uniform Sales, Inc |
| X | 342021001 | EDENTON TOWN | NC | 4051 | 4 | 12/08/03 | 2003 | $ 899.00 | $ 3,596.00 | $ 1,939.35 | 12/29/03 | $ 1,939.35 | 01/20/04 | XTZX2-1 | II | LAWMEN'S |
| | 503068013 | PEWAUKEE CITY | WI | 4049 | 1 | 02/11/03 | 2003 | $ 779.95 | $ 779.95 | $ 689.95 | 05/07/03 | $ 689.95 | 06/06/03 | XTZ2-1 | II | STREICHER'S-MILWAUKEE |
| | 503068013 | PEWAUKEE CITY | WI | 4793 | 1 | 11/16/04 | 2004 | $ 550.00 | $ 550.00 | $ 275.00 | 03/07/05 | $ 275.00 | 03/23/05 | XTZX2-2 | IIA | STREICHER'S-MILWAUKEE |
| | 502068016 | PEWAUKEE VILLAGE | WI | 4063 | 2 | 08/20/05 | 2005 | $ 545.00 | $ 1,090.00 | $ 545.00 | 05/30/06 | $ 545.00 | 10/23/06 | XTX3A-1 | IIIA | Advance Protection Devices |
| | 502068016 | PEWAUKEE VILLAGE | WI | 4063 | 4 | 04/21/03 | 2003 | $ 560.00 | $ 2,240.00 | $ 1,133.69 | 05/30/06 | $ 1,133.69 | 10/23/06 | XTX3A-1 | IIIA | Advanced Protection Devices |
| | 442227701 | PFLUGERVILLE CITY | TX | 4051 | 11 | 09/26/01 | 2001 | $ 785.00 | $ 8,635.00 | $ 4,317.50 | 09/27/01 | $ 4,317.50 | 10/17/01 | XTZX2-1 | II | GT Distributors |
| | 442227701 | PFLUGERVILLE CITY | TX | 4051 | 14 | 02/20/03 | 2003 | $ 785.00 | $ 10,990.00 | $ 7,970.00 | 02/22/02 | $ 7,970.00 | 03/12/03 | XTZX2-1 | II | GT Distributors -- Texas |
| | 442227701 | PFLUGERVILLE CITY | TX | 4051 | 1 | 08/09/05 | 2005 | $ 785.00 | $ 785.00 | $ 392.50 | 05/05/06 | $ 392.50 | 03/23/06 | XTZX2-1 | II | GT Distributors |
| | 442227701 | PFLUGERVILLE CITY | TX | 4051 | 1 | 01/20/05 | 2005 | $ 785.00 | $ 785.00 | $ 392.50 | 01/21/05 | $ 392.50 | 02/14/05 | XTZX2-1 | II | GT Distributors -- Texas |
| | 261081081 | PHELPS COUNTY | MO | 4051 | 1 | 12/17/02 | 2002 | $ 770.00 | $ 770.00 | $ 389.13 | 01/07/03 | $ 389.13 | 01/28/03 | XTZX2-1 | II | Ed Roehr Safety Products |
| | 223014036 | PHILLIPSTON TOWN | MA | 4051 | 1 | 08/01/05 | 2005 | $ 599.95 | $ 599.95 | $ 313.95 | 08/15/05 | $ 313.95 | 10/11/05 | XTZX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 262112002 | PIEDMONT CITY | MO | 4051 | 6 | 09/11/03 | 2003 | $ 770.00 | $ 4,620.00 | $ 2,322.87 | 09/18/03 | $ 2,322.87 | 10/17/03 | XTZX2-1 | II | ED ROEHR SAFETY PRODUCTS |
| | 372009004 | PIEDMONT CITY | OK | 4706 | 2 | 11/19/04 | 2004 | $ 579.80 | $ 1,159.60 | $ 579.80 | 01/12/05 | $ 579.80 | 02/04/05 | XTX2-2 | II | Special OPS Uniforms |
| | 501048048 | PIERCE COUNTY | WI | 4063 | 1 | 03/01/03 | 2003 | $ 900.00 | $ 900.00 | $ 1,920.00 | 07/18/03 | $ 1,920.00 | 08/21/03 | XTX3A-1 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 363013008 | PIERCE TOWNSHIP | OH | 4051 | 14 | 04/01/02 | 2002 | $ 795.00 | $ 11,130.00 | $ 5,565.00 | 09/05/02 | $ 5,565.00 | 09/05/02 | XTZX2-1 | II | Roy Tailor Uniform |
| | 03892 | PINE RIVER CITY | MN | 4794 | 1 | 02/03/04 | 2004 | $ 995.00 | $ 995.00 | $ 503.98 | 02/12/04 | $ 503.98 | 02/27/04 | XTX3A-2 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 03892 | PINE RIVER CITY | MN | 4794 | 1 | 08/10/05 | 2005 | $ 1,099.95 | $ 1,099.95 | $ 565.93 | 08/16/05 | $ 565.93 | 10/11/05 | XTX3A-2 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 03892 | PINE RIVER CITY | MN | 4794 | 1 | 08/15/03 | 2003 | $ 995.00 | $ 995.00 | $ 1,009.98 | 08/22/03 | $ 1,009.98 | 09/16/03 | XTX3A-2 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 03892 | PINE RIVER CITY | MN | 4794 | 1 | 08/15/03 | 2003 | $ 995.00 | $ 995.00 | $ 1,009.98 | 08/22/03 | $ 1,009.98 | 09/16/03 | XTX3A-2 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 00593 | PINECREST VILLAGE | FL | 4063 | 1 | 03/30/05 | 2005 | $ 400.00 | $ 400.00 | $ 200.00 | 04/12/05 | $ 200.00 | 06/24/05 | XTX3A-1 | IIIA | Florida Police Products |
| | 00593 | PINECREST VILLAGE | FL | 4794 | 1 | 01/03/05 | 2005 | $ 400.00 | $ 400.00 | $ 200.00 | 01/05/05 | $ 200.00 | 02/04/05 | XTX3A-2 | IIIA | Florida Police Products |
| | 393048013 | PLAINFIELD TOWNSHIP | PA | 4030 | 1 | 08/03/04 | 2004 | $ 1,225.00 | $ 1,225.00 | $ 615.83 | 08/13/04 | $ 615.83 | 08/26/04 | 3AXTZX | IIIA | Red The Uniform Taylor |
| | 393048013 | PLAINFIELD TOWNSHIP | PA | 4030 | 1 | 09/03/03 | 2003 | $ 1,125.00 | $ 1,125.00 | $ 567.79 | 09/08/03 | $ 567.79 | 09/26/03 | 3AXTZX | IIIA | Red the Uniform Tailor, Inc. |
| | 393048013 | PLAINFIELD TOWNSHIP | PA | 4030 | 1 | 05/15/03 | 2003 | $ 1,125.00 | $ 1,125.00 | $ 567.99 | 05/27/03 | $ 567.99 | 06/17/03 | 3AXTZX | IIIA | Red the Uniform Tailor, Inc. |
| | 393048013 | PLAINFIELD TOWNSHIP | PA | 4030 | 2 | 03/27/03 | 2003 | $ 1,125.00 | $ 2,250.00 | $ 1,135.08 | 04/03/03 | $ 1,135.08 | 05/14/03 | 3AXTZX | IIIA | Red the Uniform Tailor, Inc. |
| | 393048013 | PLAINFIELD TOWNSHIP | PA | 4030 | 7 | 02/03/04 | 2004 | $ 85.71 | $ 599.97 | $ 299.99 | 03/04/04 | $ 299.99 | 04/08/04 | 3AXTZX | IIIA | Dusty Rhoads Police Supply |
| | 242079008 | PLAINVIEW CITY | MN | 4051 | 3 | 02/03/04 | 2004 | $ 995.00 | $ 2,985.00 | $ 1,492.50 | 06/25/04 | $ 1,492.50 | 07/12/04 | XTZ2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 52007702 | PLEASANT HILL CITY | CA | 4030 | 2 | 10/15/01 | 2001 | $ 900.00 | $ 1,800.00 | $ 6,931.60 | 07/29/02 | $ 6,931.60 | 09/05/02 | 3AXTZX | IIIA | ADAMSON INDUSTRIES |
| | 452029005 | PLEASANT VIEW CITY | UT | 4051 | 1 | 04/08/03 | 2003 | $ 850.00 | $ 850.00 | $ 732.99 | 10/29/03 | $ 732.99 | 11/13/03 | XTZX2-1 | II | COP SHOP ETC. |
| | 452029005 | PLEASANT VIEW CITY | UT | 4051 | 1 | 10/12/03 | 2003 | $ 910.00 | $ 910.00 | $ 460.00 | 11/13/03 | $ 460.00 | 12/12/03 | XTZX2-1 | II | COP SHOP ETC. |
| | 312001014 | PLEASANTVILLE CITY | NJ | 4063 | 1 | 03/15/05 | 2005 | $ 649.00 | $ 649.00 | $ 1,660.45 | 04/27/05 | $ 1,660.45 | 06/24/05 | XTX3A-1 | IIIA | Lawman Supply Company of New Jersey, Inc. |
| | 312001014 | PLEASANTVILLE CITY | NJ | 4063 | 1 | 02/16/05 | 2005 | $ 649.00 | $ 649.00 | $ 1,660.45 | 04/27/05 | $ 1,660.45 | 06/24/05 | XTX3A-1 | IIIA | Lawman Supply Company of New Jersey, Inc. |
| | 312001014 | PLEASANTVILLE CITY | NJ | 4063 | 1 | 04/22/05 | 2005 | $ 649.00 | $ 649.00 | $ 1,660.45 | 04/27/05 | $ 1,660.45 | 06/24/05 | XTX3A-1 | IIIA | Lawman Supply Company of New Jersey, Inc. |
| | 312001014 | PLEASANTVILLE CITY | NJ | 4063 | 1 | 09/29/04 | 2004 | $ 555.00 | $ 555.00 | $ 277.50 | 10/27/04 | $ 277.50 | 11/22/04 | XTX3A-1 | IIIA | Lawman Supply Company of New Jersey, Inc. |
| | 232082022 | PLYMOUTH CITY | MI | 4051 | 1 | 06/26/01 | 2001 | $ 849.99 | $ 849.99 | $ 1,165.99 | 06/17/02 | $ 1,165.99 | 07/29/02 | XTZX2-1 | II | METROPOLITAN  UNIFORM |
| | 232082022 | PLYMOUTH CITY | MI | 4051 | 1 | 06/28/01 | 2001 | $ 849.99 | $ 849.99 | $ 1,165.99 | 06/17/02 | $ 1,165.99 | 07/29/02 | XTZX2-1 | II | METROPOLITAN  UNIFORM |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

Exhibit 7

**Armor Holdings Z Shield Related BVP Reimbursement Spreadsheet**

| Sampled | AGENCY ID | AGENCY NAME | STATE | MODEL ID | QTY RECEIVED | DATE RECEIVED | YEAR RECEIVED | UNIT PRICE | EXTENDED PRICE | AMOUNT REQUESTED | DATE REQUESTED | AMOUNT PAID | DATE PAID | MODEL NAME | THREAT LEVEL | DISTRIBUTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 242027028 | PLYMOUTH CITY | MN | 4049 | 1 | 06/04/04 | 2004 | $ 779.95 | $ 779.95 | $ 2,358.47 | 07/26/04 | $ 2,358.47 | 08/18/04 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027028 | PLYMOUTH CITY | MN | 4049 | 1 | 07/18/03 | 2003 | $ 600.00 | $ 600.00 | $ 4,500.00 | 07/21/03 | $ 4,500.00 | 08/21/03 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027028 | PLYMOUTH CITY | MN | 4049 | 1 | 12/19/02 | 2002 | $ 600.00 | $ 600.00 | $ 4,500.00 | 07/21/03 | $ 4,500.00 | 08/21/03 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027028 | PLYMOUTH CITY | MN | 4049 | 1 | 07/29/03 | 2003 | $ 600.00 | $ 600.00 | $ 1,164.00 | 10/27/03 | $ 1,164.00 | 11/21/03 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027028 | PLYMOUTH CITY | MN | 4049 | 2 | 11/15/02 | 2002 | $ 600.00 | $ 1,200.00 | $ 4,500.00 | 07/21/03 | $ 4,500.00 | 08/21/03 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027028 | PLYMOUTH CITY | MN | 4049 | 2 | 10/22/02 | 2002 | $ 600.00 | $ 1,200.00 | $ 4,500.00 | 07/21/03 | $ 4,500.00 | 08/21/03 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027028 | PLYMOUTH CITY | MN | 4049 | 2 | 03/27/03 | 2003 | $ 600.00 | $ 1,200.00 | $ 4,500.00 | 07/21/03 | $ 4,500.00 | 08/21/03 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027028 | PLYMOUTH CITY | MN | 4049 | 3 | 08/01/02 | 2002 | $ 600.00 | $ 1,800.00 | $ 900.00 | 08/05/02 | $ 900.00 | 09/27/02 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027028 | PLYMOUTH CITY | MN | 4049 | 3 | 02/26/03 | 2003 | $ 600.00 | $ 1,800.00 | $ 4,500.00 | 07/21/03 | $ 4,500.00 | 08/21/03 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 502060008 | PLYMOUTH CITY | WI | 4020 | 3 | 08/05/04 | 2004 | $ 750.00 | $ 2,250.00 | $ 2,472.06 | 12/22/04 | $ 2,472.06 | 01/20/05 | XTX2A-1 | IIA | STREICHER'S MILWAUKEE |
| | 161075075 | PLYMOUTH COUNTY | IA | 4049 | 2 | 12/28/04 | 2004 | $ 633.95 | $ 1,267.90 | $ 633.95 | 01/14/05 | $ 633.95 | 02/04/05 | XTX2-1 | II | JACK'S UNIFORMS & EQUIPMENT |
| | 16107507520100 | PLYMOUTH COUNTY SHERIFFS OFFICE | IA | 4706 | 1 | 08/22/05 | 2005 | $ 878.49 | $ 878.49 | $ 439.25 | 09/08/05 | $ 439.25 | 11/03/05 | XTX2-2 | II | JACK'S UNIFORMS & EQUIPMENT |
| | 16107507520100 | PLYMOUTH COUNTY SHERIFF'S OFFICE | IA | 4706 | 1 | 08/31/05 | 2005 | $ 744.90 | $ 744.90 | $ 372.45 | 09/17/05 | $ 372.45 | 11/03/05 | XTX2-2 | II | JACK'S UNIFORMS & EQUIPMENT |
| | 312015013 | POINT PLEASANT BEACH BOROUGH | NJ | 4007 | 4 | 12/29/04 | 2004 | $ 649.00 | $ 2,596.00 | $ 1,298.00 | 01/18/05 | $ 1,298.00 | 02/14/05 | 3AXTZX-1 | IIIA | Lawmen Supply Company of New Jersey, Inc |
| | 501049049 | POLK COUNTY | WI | 4049 | 1 | 02/10/03 | 2003 | $ 779.95 | $ 779.95 | $ 389.98 | 03/28/03 | $ 389.98 | 04/07/03 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 501049049 | POLK COUNTY | WI | 4049 | 1 | 03/19/03 | 2003 | $ 759.00 | $ 759.00 | $ 379.50 | 03/28/03 | $ 379.50 | 04/07/03 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 501049049 | POLK COUNTY | WI | 4049 | 1 | 08/27/04 | 2004 | $ 779.95 | $ 779.95 | $ 389.98 | 09/30/04 | $ 389.98 | 10/14/04 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 501049049 | POLK COUNTY | WI | 4049 | 2 | 01/03/03 | 2003 | $ 854.95 | $ 1,709.90 | $ 854.95 | 04/02/03 | $ 854.95 | 05/14/03 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 501049049 | POLK COUNTY | WI | 4063 | 2 | 02/24/05 | 2005 | $ 699.95 | $ 699.95 | $ 349.98 | 04/25/05 | $ 349.98 | 06/24/05 | XTX3A-1 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 501049049 | POLK COUNTY | WI | 4794 | 3 | 04/19/02 | 2002 | $ 899.95 | $ 2,699.85 | $ 1,349.93 | 03/28/03 | $ 1,349.93 | 04/07/03 | XTX3A-2 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 041012 | Port of Pasco | WA | 4049 | 5 | 12/11/03 | 2003 | $ 649.00 | $ 3,245.00 | $ 4,563.20 | 06/24/04 | $ 4,563.20 | 07/12/04 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 232039701 | PORTAGE CITY | MI | 4051 | 1 | 04/05/05 | 2005 | $ 781.00 | $ 781.00 | $ 410.50 | 04/27/05 | $ 410.50 | 06/24/05 | XTZX2-1 | II | Armor Holdings Inc. |
| | 171075075 | POTTAWATOMIE COUNTY | KS | 4051 | 1 | 09/06/02 | 2002 | $ 1,075.20 | $ 1,075.20 | $ 4,569.60 | 09/18/02 | $ 4,569.60 | 10/09/02 | XTZX2-1 | II | Law Enforcement Equipment Co. |
| | 171075075 | POTTAWATOMIE COUNTY | KS | 4051 | 9 | 09/06/02 | 2002 | $ 896.00 | $ 8,064.00 | $ 4,569.60 | 09/18/02 | $ 4,569.60 | 10/09/02 | XTZX2-1 | II | Law Enforcement Equipment Co. |
| | 42058004 | POTTSVILLE CITY | AR | 4049 | 6 | 07/26/04 | 2004 | $ 480.00 | $ 2,880.00 | $ 1,556.73 | 08/04/04 | $ 1,556.73 | 08/26/04 | XTX2-1 | II | Cruse Uniform & Equipment |
| | 392054024 | POTTSVILLE CITY | PA | 4049 | 3 | 04/21/04 | 2004 | $ 770.90 | $ 2,312.70 | $ 1,156.35 | 06/24/04 | $ 1,156.35 | 07/12/04 | XTX2-1 | II | Safety Leaue, Inc |
| | 392054024 | POTTSVILLE CITY | PA | 4051 | 3 | 10/21/04 | 2004 | $ 679.20 | $ 2,037.60 | $ 1,018.80 | 10/21/04 | $ 1,018.80 | 11/22/04 | XTZX2-1 | II | Safety League Inc |
| | 333060014 | POUND RIDGE TOWN | NY | 4051 | 3 | 06/16/04 | 2004 | $ 850.00 | $ 2,550.00 | $ 1,277.50 | 08/12/04 | $ 1,277.50 | 08/26/04 | XTZX2-1 | II | NEW ENGLAND UNIFORM |
| | 372041008 | PRAGUE CITY | OK | 4020 | 7 | 10/01/03 | 2003 | $ 579.85 | $ 4,058.95 | $ 2,029.48 | 10/22/03 | $ 2,029.48 | 11/21/03 | XTX2A-1 | IIA | Skaggs Public Safety Uniform & Equipment |
| | 172046013 | PRAIRIE VILLAGE CITY | KS | 4049 | 1 | 07/30/04 | 2004 | $ 715.00 | $ 715.00 | $ 660.00 | 08/18/04 | $ 660.00 | 09/17/04 | XTX2-1 | II | Law Enforcement Equipment Company |
| X | 393006014 | EXETER TOWNSHIP | PA | 4030 | 1 | 02/13/03 | 2003 | $ 1,125.00 | $ 1,125.00 | $ 565.00 | 03/05/03 | $ 565.00 | 03/28/03 | 3AXTZX | IIIA | Red The Uniform Tailor |
| | 172046013 | PRAIRIE VILLAGE CITY | KS | 4794 | 1 | 09/19/03 | 2003 | $ 605.00 | $ 605.00 | $ 302.50 | 10/02/03 | $ 302.50 | 10/29/03 | XTX3A-2 | IIIA | Law Enforcement Equipment Company |
| | 172046013 | PRAIRIE VILLAGE CITY | KS | 4794 | 1 | 07/28/04 | 2004 | $ 605.00 | $ 605.00 | $ 660.00 | 08/18/04 | $ 660.00 | 09/17/04 | XTX3A-2 | IIIA | Law Enforcement Equipment Company |
| | 172046013 | PRAIRIE VILLAGE CITY | KS | 4794 | 1 | 11/29/04 | 2004 | $ 605.00 | $ 605.00 | $ 302.50 | 01/13/05 | $ 302.50 | 02/04/05 | XTX3A-2 | IIIA | Law Enforcement Equipment Company |
| | 172046013 | PRAIRIE VILLAGE CITY | KS | 4794 | 2 | 02/24/04 | 2004 | $ 605.00 | $ 1,210.00 | $ 605.00 | 03/26/04 | $ 605.00 | 04/20/04 | XTX3A-2 | IIIA | Law Enforcement Equipment Company |
| | 172046013 | PRAIRIE VILLAGE CITY | KS | 4794 | 3 | 02/12/04 | 2004 | $ 605.00 | $ 1,815.00 | $ 907.50 | 02/25/04 | $ 907.50 | 03/17/04 | XTX3A-2 | IIIA | Law Enforcement Equipment Company |
| | 172046013 | PRAIRIE VILLAGE CITY | KS | 4794 | 3 | 06/25/03 | 2003 | $ 605.00 | $ 1,815.00 | $ 907.50 | 07/21/03 | $ 907.50 | 08/21/03 | XTX3A-2 | IIIA | Law Enforcement Equipment Company |
| | 42050002 | PRESCOTT CITY | AR | 4049 | 2 | 01/05/04 | 2004 | $ 635.00 | $ 1,270.00 | $ 677.07 | 02/03/04 | $ 677.07 | 02/27/04 | XTX2-1 | II | Kruse Uniform & Equipment |
| | 501051051 | PRICE COUNTY | WI | 4063 | 1 | 07/21/03 | 2003 | $ 995.00 | $ 995.00 | $ 512.48 | 07/21/03 | $ 512.48 | 08/21/03 | XTX3A-1 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 501051051 | PRICE COUNTY | WI | 4063 | 2 | 10/16/03 | 2003 | $ 995.00 | $ 1,990.00 | $ 1,009.98 | 10/20/03 | $ 1,009.98 | 11/21/03 | XTX3A-1 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 501051051 | PRICE COUNTY | WI | 4063 | 6 | 07/09/02 | 2002 | $ 858.33 | $ 5,149.98 | $ 2,579.97 | 09/11/02 | $ 2,579.97 | 09/26/02 | XTX3A-1 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 242048007 | PRINCETON CITY | MN | 4051 | 6 | 06/05/02 | 2002 | $ 829.00 | $ 4,974.00 | $ 2,547.00 | 06/10/02 | $ 2,547.00 | 07/18/02 | XTZX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242069024 | PROCTOR CITY | MN | 4049 | 1 | 12/05/03 | 2003 | $ 599.95 | $ 599.95 | $ 313.95 | 12/22/03 | $ 313.95 | 01/20/04 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242069024 | PROCTOR CITY | MN | 4049 | 1 | 10/20/03 | 2003 | $ 779.00 | $ 779.00 | $ 801.98 | 11/06/03 | $ 801.98 | 12/12/03 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 250000000A940 | PRVWSD/Reservoir Patrol | MS | 4051 | 9 | 06/11/01 | 2001 | $ 776.92 | $ 6,992.28 | $ 3,496.14 | 06/22/01 | $ 3,496.14 | 07/19/01 | XTZX2-1 | II | Mid South Uniform & Supply, Inc. |
| X | 362029005 | FAIRBORN CITY | OH | 4007 | 1 | 03/18/02 | 2002 | $ 691.95 | $ 691.95 | $ 345.98 | 03/19/02 | $ 345.98 | 04/22/02 | 3AXTZX-1 | IIIA | A.E. David Co |
| | 1500000001900 | PURDUE UNIVERSITY-WEST LAFAYETTE POLICE | IN | 4049 | 12 | 02/02/05 | 2005 | $ 725.00 | $ 8,700.00 | $ 4,386.00 | 09/07/05 | $ 4,386.00 | 11/03/05 | XTX2-1 | II | US Uniform and Supply Inc |
| | 1500000001900 | PURDUE UNIVERSITY-WEST LAFAYETTE POLICE | IN | 4049 | 23 | 05/01/05 | 2005 | $ 725.00 | $ 16,675.00 | $ 10,969.00 | 04/13/06 | $ 10,969.00 | 10/23/06 | XTX2-1 | II | US Uniform and Supply Inc |
| | 502052003 | RACINE CITY | WI | 4049 | 35 | 09/26/02 | 2002 | $ 840.00 | $ 29,400.00 | $ 42,200.00 | 10/04/02 | $ 42,200.00 | 10/24/02 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 482034003 | RAINIER TOWN | WA | 4051 | 1 | 06/19/01 | 2001 | $ 995.00 | $ 995.00 | $ 541.28 | 06/27/01 | $ 541.28 | 07/19/01 | XTZX2-1 | II | Blumenthal Uniform & Equipment |
| | 482034003 | RAINIER TOWN | WA | 4706 | 1 | 05/01/03 | 2003 | $ 685.00 | $ 685.00 | $ 805.55 | 08/07/03 | $ 805.55 | 08/29/03 | XTX2-2 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 242002903 | RAMSEY CITY | MN | 4063 | 1 | 01/07/04 | 2004 | $ 1,094.90 | $ 1,094.90 | $ 932.20 | 07/12/04 | $ 932.20 | 07/21/04 | XTX3A-1 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 151068068 | RANDOLPH COUNTY | IN | 4706 | 17 | 09/07/04 | 2004 | $ 549.00 | $ 9,333.00 | $ 4,700.00 | 09/22/04 | $ 4,700.00 | 10/14/04 | XTX2-2 | II | US Uniform and Supply Inc |
| | 191040038 | RAPIDES PARISH | LA | 4794 | 1 | 07/07/05 | 2005 | $ 763.00 | $ 763.00 | $ 763.00 | 10/25/06 | $ 763.00 | 03/22/07 | XTX3A-2 | IIIA | BELSCO INC. |
| | 191040038 | RAPIDES PARISH | LA | 4794 | 1 | 02/24/06 | | $ 763.00 | $ 763.00 | $ 1,144.50 | 03/07/06 | $ 1,144.50 | 09/13/06 | XTX3A-2 | IIIA | BELSCO INC. |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

Exhibit 7

**Armor Holdings Z Shield Related BVP Reimbursement Spreadsheet**

| Sampled | AGENCY ID | AGENCY NAME | STATE | MODEL ID | QTY RECEIVED | DATE RECEIVED | YEAR RECEIVED | UNIT PRICE | EXTENDED PRICE | AMOUNT REQUESTED | DATE REQUESTED | AMOUNT PAID | DATE PAID | MODEL NAME | THREAT LEVEL | DISTRIBUTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 191040038 | RAPIDES PARISH | LA | 4794 | 21 | 12/20/04 | 2004 | $ 763.00 | $ 16,023.00 | 8,050.18 | 01/11/05 | $ 8,050.18 | 02/04/05 | XTX3A-2 | IIIA | BELSCO INC. |
| | 191040038 | RAPIDES PARISH | LA | 4794 | 2 | 03/03/06 | | $ 763.00 | $ 1,526.00 | 1,144.50 | 03/07/06 | $ 1,144.50 | 09/13/06 | XTX3A-2 | IIIA | BELSCO INC. |
| | 512004008 | RAWLINS CITY | WY | 4793 | 1 | 03/30/03 | 2003 | $ 580.00 | $ 580.00 | 820.00 | 07/21/03 | $ 820.00 | 08/21/03 | XTX2A-2 | IIA | Public Safety Warehouse |
| | 262048010 | RAYTOWN CITY | MO | 4007 | 2 | 06/30/04 | 2004 | $ 727.19 | $ 1,454.38 | 6,175.13 | 03/15/05 | $ 6,175.13 | 06/24/05 | 3AXTZX-1 | IIIA | Law Enforcement Equipment Co. |
| | 262048010 | RAYTOWN CITY | MO | 4007 | 4 | 01/03/05 | 2005 | $ 717.00 | $ 2,868.00 | 6,175.13 | 03/15/05 | $ 6,175.13 | 06/24/05 | 3AXTZX-1 | IIIA | Law Enforcement Equipment Co. |
| | 262048010 | RAYTOWN CITY | MO | 4049 | 1 | 02/19/04 | 2004 | $ 717.00 | $ 717.00 | 6,175.13 | 03/15/05 | $ 6,175.13 | 06/24/05 | XTX2-1 | II | Law Enforcement Equipment Co. |
| | 262048010 | RAYTOWN CITY | MO | 4049 | 1 | 09/23/02 | 2002 | $ 717.00 | $ 717.00 | 2,352.50 | 09/23/02 | $ 2,352.50 | 10/09/02 | XTX2-1 | II | Law Enforcement Equipment Co. |
| | 262048010 | RAYTOWN CITY | MO | 4049 | 2 | 03/31/04 | 2004 | $ 717.00 | $ 1,434.00 | 6,175.13 | 03/15/05 | $ 6,175.13 | 06/24/05 | XTX2-1 | II | Law Enforcement Equipment Co. |
| | 262048010 | RAYTOWN CITY | MO | 4049 | 2 | 05/31/02 | 2002 | $ 717.00 | $ 1,434.00 | 2,352.50 | 09/23/02 | $ 2,352.50 | 10/09/02 | XTX2-1 | II | Law Enforcement Equipment Co. |
| | 262048010 | RAYTOWN CITY | MO | 4051 | 1 | 04/03/03 | 2003 | $ 717.00 | $ 717.00 | 3,817.67 | 06/13/03 | $ 3,817.67 | 06/25/03 | XTZX2-1 | II | Law Enforcement Equipment Company |
| | 262048010 | RAYTOWN CITY | MO | 4051 | 1 | 06/03/03 | 2003 | $ 717.00 | $ 717.00 | 4,343.00 | 05/04/04 | $ 4,343.00 | 06/01/04 | XTZX2-1 | II | Law Enforcement Equipment Company |
| | 262048010 | RAYTOWN CITY | MO | 4051 | 1 | 06/06/03 | 2003 | $ 717.00 | $ 717.00 | 4,343.00 | 05/04/04 | $ 4,343.00 | 06/01/04 | XTZX2-1 | II | Law Enforcement Equipment Company |
| | 262048010 | RAYTOWN CITY | MO | 4051 | 1 | 06/06/03 | 2003 | $ 717.00 | $ 717.00 | 717.00 | 07/18/03 | $ 717.00 | 08/21/03 | XTZX2-1 | II | Law Enforcement Equipment Company |
| | 262048010 | RAYTOWN CITY | MO | 4051 | 1 | 06/06/03 | 2003 | $ 717.00 | $ 717.00 | 717.00 | 07/18/03 | $ 717.00 | 08/21/03 | XTZX2-1 | II | Law Enforcement Equipment Company |
| | 262048010 | RAYTOWN CITY | MO | 4051 | 1 | 09/06/02 | 2002 | $ 799.00 | $ 799.00 | 2,352.50 | 09/23/02 | $ 2,352.50 | 10/09/02 | XTZX2-1 | II | Law Enforcement Equipment Co. |
| | 262048010 | RAYTOWN CITY | MO | 4051 | 1 | 06/08/03 | 2003 | $ 717.00 | $ 717.00 | 4,343.00 | 05/04/04 | $ 4,343.00 | 06/01/04 | XTZX2-1 | II | Law Enforcement Equipment Company |
| | 262048010 | RAYTOWN CITY | MO | 4051 | 1 | 08/14/03 | 2003 | $ 717.00 | $ 717.00 | 4,343.00 | 05/04/04 | $ 4,343.00 | 06/01/04 | XTZX2-1 | II | Law Enforcement Equipment Company |
| | 262048010 | RAYTOWN CITY | MO | 4051 | 1 | 06/16/03 | 2003 | $ 717.00 | $ 717.00 | 4,343.00 | 05/04/04 | $ 4,343.00 | 06/01/04 | XTZX2-1 | II | Law Enforcement Equipment Company |
| | 262048010 | RAYTOWN CITY | MO | 4051 | 1 | 06/17/03 | 2003 | $ 717.00 | $ 717.00 | 4,343.00 | 05/04/04 | $ 4,343.00 | 06/01/04 | XTZX2-1 | II | Law Enforcement Equipment Company |
| | 262048010 | RAYTOWN CITY | MO | 4051 | 1 | 06/17/03 | 2003 | $ 717.00 | $ 717.00 | 4,343.00 | 05/04/04 | $ 4,343.00 | 06/01/04 | XTZX2-1 | II | Law Enforcement Equipment Company |
| | 262048010 | RAYTOWN CITY | MO | 4051 | 1 | 09/17/03 | 2003 | $ 717.00 | $ 717.00 | 4,343.00 | 05/04/04 | $ 4,343.00 | 06/01/04 | XTZX2-1 | II | Law Enforcement Equipment Company |
| | 262048010 | RAYTOWN CITY | MO | 4051 | 1 | 06/18/03 | 2003 | $ 717.00 | $ 717.00 | 4,343.00 | 05/04/04 | $ 4,343.00 | 06/01/04 | XTZX2-1 | II | Law Enforcement Equipment Company |
| | 262048010 | RAYTOWN CITY | MO | 4051 | 1 | 06/18/03 | 2003 | $ 717.00 | $ 717.00 | 4,343.00 | 05/04/04 | $ 4,343.00 | 06/01/04 | XTZX2-1 | II | Law Enforcement Equipment Company |
| | 262048010 | RAYTOWN CITY | MO | 4051 | 1 | 05/23/03 | 2003 | $ 717.00 | $ 717.00 | 3,817.67 | 06/13/03 | $ 3,817.67 | 06/25/03 | XTZX2-1 | II | Law Enforcement Equipment Company |
| | 262048010 | RAYTOWN CITY | MO | 4051 | 1 | 06/24/03 | 2003 | $ 717.00 | $ 717.00 | 4,343.00 | 05/04/04 | $ 4,343.00 | 06/01/04 | XTZX2-1 | II | Law Enforcement Equipment Company |
| | 262048010 | RAYTOWN CITY | MO | 4051 | 4 | 10/16/02 | 2002 | $ 717.00 | $ 2,868.00 | 3,817.67 | 06/13/03 | $ 3,817.67 | 06/25/03 | XTZX2-1 | II | Law Enforcement Equipment Company |
| | 262048010 | RAYTOWN CITY | MO | 4051 | 6 | 06/30/04 | 2004 | $ 640.00 | $ 3,840.00 | 6,175.13 | 03/15/05 | $ 6,175.13 | 06/24/05 | XTZX2-1 | II | Law Enforcement Equipment Company |
| | 73001012 | REDDING TOWN | CT | 4706 | 1 | 03/01/05 | 2005 | $ 825.00 | $ 825.00 | 412.50 | 09/08/05 | $ 412.50 | 11/03/05 | XTX2-2 | II | NEW ENGLAND UNIFORM |
| | 42035004 | REDFIELD CITY | AR | 4049 | 1 | 03/31/03 | 2003 | $ 635.00 | $ 635.00 | 338.54 | 04/07/03 | $ 338.54 | 05/14/03 | XTX2-1 | II | Cruse Uniform & Equipment |
| | 42035004 | REDFIELD CITY | AR | 4706 | 1 | 06/01/04 | 2004 | $ 635.00 | $ 635.00 | 345.47 | 06/08/04 | $ 345.47 | 07/09/04 | XTX2-2 | II | Cruse Uniform & Equipment |
| | 382009002 | REDMOND CITY | OR | 4706 | 1 | 11/24/04 | 2004 | $ 736.00 | $ 736.00 | 2,783.75 | 01/26/05 | $ 2,783.75 | 02/14/05 | XTX2-2 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482017019 | REDMOND CITY | WA | 4706 | 1 | 04/02/04 | 2004 | $ 795.00 | $ 795.00 | 6,930.04 | 04/27/06 | $ 6,930.04 | 10/23/06 | XTX2-2 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482017019 | REDMOND CITY | WA | 4706 | 1 | 08/07/04 | 2004 | $ 795.00 | $ 795.00 | 6,930.04 | 04/27/06 | $ 6,930.04 | 10/23/06 | XTX2-2 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482017019 | REDMOND CITY | WA | 4706 | 1 | 07/08/04 | 2004 | $ 849.00 | $ 849.00 | 6,930.04 | 04/27/06 | $ 6,930.04 | 10/23/06 | XTX2-2 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482017019 | REDMOND CITY | WA | 4706 | 1 | 10/11/04 | 2004 | $ 849.00 | $ 849.00 | 6,930.04 | 04/27/06 | $ 6,930.04 | 10/23/06 | XTX2-2 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482017019 | REDMOND CITY | WA | 4706 | 1 | 01/16/04 | 2004 | $ 795.00 | $ 795.00 | 6,930.04 | 04/27/06 | $ 6,930.04 | 10/23/06 | XTX2-2 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482017019 | REDMOND CITY | WA | 4706 | 1 | 09/22/04 | 2004 | $ 849.00 | $ 849.00 | 6,930.04 | 04/27/06 | $ 6,930.04 | 10/23/06 | XTX2-2 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482017019 | REDMOND CITY | WA | 4706 | 1 | 11/24/04 | 2004 | $ 849.00 | $ 849.00 | 6,930.04 | 04/27/06 | $ 6,930.04 | 10/23/06 | XTX2-2 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482017019 | REDMOND CITY | WA | 4706 | 1 | 12/28/04 | 2004 | $ 649.00 | $ 649.00 | 6,930.04 | 04/27/06 | $ 6,930.04 | 10/23/06 | XTX2-2 | II | Blumenthal Uniforms & Equipment |
| | 482017019 | REDMOND CITY | WA | 4706 | 1 | 11/28/04 | 2004 | $ 795.00 | $ 795.00 | 6,930.04 | 04/27/06 | $ 6,930.04 | 10/23/06 | XTX2-2 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482017019 | REDMOND CITY | WA | 4706 | 7 | 01/27/04 | 2004 | $ 795.00 | $ 5,565.00 | 6,930.04 | 04/27/06 | $ 6,930.04 | 10/23/06 | XTX2-2 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 52041009 | REDWOOD CITY | CA | 4049 | 1 | 02/01/03 | 2003 | $ 629.00 | $ 629.00 | 340.45 | 02/19/03 | $ 340.45 | 03/12/03 | XTX2-1 | II | Summit Uniforms |
| | 52041009 | REDWOOD CITY | CA | 4049 | 1 | 04/04/03 | 2003 | $ 629.00 | $ 629.00 | 61.11 | 04/11/03 | $ 61.11 | 05/14/03 | XTX2-1 | II | Summit Uniforms |
| | 52041009 | REDWOOD CITY | CA | 4063 | 1 | 05/20/03 | 2003 | $ 629.00 | $ 629.00 | 340.45 | 07/23/03 | $ 340.45 | 08/25/03 | XTX3A-1 | IIIA | Summit Uniform |
| | 52041009 | REDWOOD CITY | CA | 4063 | 1 | 12/26/02 | 2002 | $ 629.00 | $ 629.00 | 665.17 | 01/08/03 | $ 665.17 | 01/28/03 | XTX3A-1 | IIIA | Summit Uniforms |
| | 52041009 | REDWOOD CITY | CA | 4063 | 2 | 04/03/03 | 2003 | $ 629.00 | $ 1,258.00 | 680.89 | 04/11/03 | $ 680.89 | 05/14/03 | XTX3A-1 | IIIA | Summit Uniforms |
| | 52041009 | REDWOOD CITY | CA | 4063 | 2 | 04/14/04 | 2004 | $ 629.00 | $ 1,258.00 | 1,629.12 | 07/01/04 | $ 1,629.12 | 07/21/04 | XTX3A-1 | IIIA | Summit Uniforms |
| | 52041009 | REDWOOD CITY | CA | 4063 | 2 | 10/15/03 | 2003 | $ 629.00 | $ 1,258.00 | 2,177.57 | 03/02/04 | $ 2,177.57 | 04/08/04 | XTX3A-1 | IIIA | Summit Uniforms |
| | 342079005 | REIDSVILLE CITY | NC | 4051 | 1 | 06/01/04 | 2004 | $ 840.00 | $ 840.00 | 2,630.00 | 07/08/04 | $ 2,630.00 | 07/21/04 | XTZX2-1 | II | LAWMEN'S |
| | 342079005 | REIDSVILLE CITY | NC | 4051 | 3 | 05/20/04 | 2004 | $ 840.00 | $ 2,520.00 | 2,630.00 | 07/08/04 | $ 2,630.00 | 07/21/04 | XTZX2-1 | II | LAWMEN'S |
| | 03879 | Remer | MN | 4794 | 1 | 02/05/04 | 2004 | $ 995.00 | $ 995.00 | 497.50 | 02/06/04 | $ 497.50 | 02/26/04 | XTX3A-2 | IIIA | Streicher's Police Equipment - Minneapolis |
| X | 431032032 | HAMBLEN COUNTY | TN | 4051 | 30 | 08/09/01 | 2001 | $ 839.00 | $ 25,170.00 | 12,585.00 | 05/29/02 | $ 12,585.00 | 06/27/02 | XTZX2-1 | II | GT Distributors -- Georgia |
| | 482017020 | RENTON CITY | WA | 4706 | 20 | 04/24/03 | 2003 | $ 795.00 | $ 15,900.00 | 43,029.22 | 10/08/03 | $ 43,029.22 | 10/29/03 | XTX2-2 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 132033001 | REXBURG CITY | ID | 4793 | 1 | 08/25/04 | 2004 | $ 675.00 | $ 675.00 | 1,022.50 | 05/19/05 | $ 1,022.50 | 06/27/05 | XTX2A-2 | IIA | COP SHOP ETC. |
| | 132033001 | REXBURG CITY | ID | 4793 | 2 | 10/12/04 | 2004 | $ 675.00 | $ 1,350.00 | 1,022.50 | 05/19/05 | $ 1,022.50 | 06/27/05 | XTX2A-2 | IIA | COP SHOP ETC. |
| | 502003009 | RICE LAKE CITY | WI | 4049 | 1 | 04/24/02 | 2002 | $ 650.00 | $ 650.00 | 3,288.98 | 06/04/02 | $ 3,288.98 | 07/22/02 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 502003009 | RICE LAKE CITY | WI | 4049 | 9 | 05/23/02 | 2002 | $ 650.00 | $ 5,850.00 | 3,288.98 | 06/04/02 | $ 3,288.98 | 07/22/02 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027029 | RICHFIELD CITY | MN | 4051 | 1 | 04/04/04 | 2004 | $ 700.00 | $ 700.00 | 2,273.75 | 03/03/06 | $ 2,273.75 | 10/23/06 | XTZX2-1 | II | Uniforms Unlimited |
| | 362018045 | RICHMOND HEIGHTS CITY | OH | 4049 | 1 | 04/09/01 | 2001 | $ 600.00 | $ 600.00 | 300.00 | 04/09/01 | $ 300.00 | 05/22/01 | XTX2-1 | II | Shuttler's Uniform Inc |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

Exhibit 7

**Armor Holdings Z Shield Related BVP Reimbursement Spreadsheet**

| Sampled | AGENCY ID | AGENCY NAME | STATE | MODEL ID | QTY RECEIVED | DATE RECEIVED | YEAR RECEIVED | UNIT PRICE | EXTENDED PRICE | AMOUNT REQUESTED | DATE REQUESTED | AMOUNT PAID | DATE PAID | MODEL NAME | THREAT LEVEL | DISTRIBUTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 252045004 | RIDGELAND CITY | MS | 4049 | 1 | 05/27/05 | 2005 | $ 656.56 | $ 656.56 | $ 328.28 | 06/02/05 | $ 328.28 | 06/13/05 | XTX2-1 | II | Mid South Uniform & Supply, Inc. |
| | 252045004 | RIDGELAND CITY | MS | 4049 | 1 | 07/29/05 | 2005 | $ 690.20 | $ 690.20 | $ 345.10 | 08/08/05 | $ 345.10 | 10/11/05 | XTX2-1 | II | Mid South Uniform & Supply, Inc. |
| | 252045004 | RIDGELAND CITY | MS | 4049 | 2 | 11/12/04 | 2004 | $ 656.56 | $ 1,313.12 | $ 656.56 | 11/29/04 | $ 656.56 | 12/13/04 | XTX2-1 | II | Mid South Uniform & Supply, Inc. |
| X | 242027012 | HOPKINS CITY | MN | 4706 | 1 | 04/26/04 | 2004 | $ 779.95 | $ 779.95 | $ 389.98 | 04/30/04 | $ 389.98 | 05/17/04 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| | 252045004 | RIDGELAND CITY | MS | 4049 | 2 | 12/23/04 | 2004 | $ 656.56 | $ 1,313.12 | $ 656.56 | 01/04/05 | $ 656.56 | 02/04/05 | XTX2-1 | II | Mid South Uniform & Supply, Inc. |
| | 252045004 | RIDGELAND CITY | MS | 4049 | 3 | 01/04/05 | 2005 | $ 656.56 | $ 1,969.68 | $ 984.84 | 01/05/05 | $ 984.84 | 02/04/05 | XTX2-1 | II | Mid South Uniform & Supply, Inc. |
| | 252045004 | RIDGELAND CITY | MS | 4049 | 3 | 07/05/05 | 2005 | $ 656.56 | $ 1,969.68 | $ 984.84 | 07/06/05 | $ 984.84 | 10/19/05 | XTX2-1 | II | Mid South Uniform & Supply, Inc. |
| | 252045004 | RIDGELAND CITY | MS | 4049 | 4 | 07/30/04 | 2004 | $ 656.56 | $ 2,626.24 | $ 1,313.12 | 09/21/04 | $ 1,313.12 | 10/14/04 | XTX2-1 | II | Mid South Uniform & Supply, Inc. |
| | 432048001 | RIDGELY TOWN | TN | 4793 | 2 | 04/01/05 | 2005 | $ 599.99 | $ 1,199.98 | $ 637.49 | 04/06/05 | $ 637.49 | 06/24/05 | XTX2A-2 | IIA | Galls Incorporated |
| | 432048001 | RIDGELY TOWN | TN | 4793 | 3 | 05/06/04 | 2004 | $ 570.00 | $ 1,710.00 | $ 855.00 | 06/13/04 | $ 855.00 | 07/09/04 | XTX2A-2 | IIA | GT DISTRIBUTORS |
| | 312016010601060100 | RINGWOOD POLICE DEPT | NJ | 4030 | 4 | 08/30/02 | 2002 | $ 996.00 | $ 3,984.00 | $ 1,992.00 | 09/05/02 | $ 1,992.00 | 09/26/02 | 3AXTZX | IIIA | Lawman Supply Company |
| | 503020017 | RIPON TOWN | WI | 4049 | 4 | 05/21/04 | 2004 | $ 765.00 | $ 3,060.00 | $ 1,579.90 | 06/25/04 | $ 1,579.90 | 07/12/04 | XTX2-1 | II | STREICHER'S-MILWAUKEE |
| | 01740 | Ritzville City | WA | 4049 | 4 | 11/21/01 | 2001 | $ 795.00 | $ 3,180.00 | $ 1,724.20 | 06/25/04 | $ 1,724.20 | 07/22/02 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 312014016 | RIVERDALE BOROUGH | NJ | 4007 | 5 | 02/09/05 | 2005 | $ 649.00 | $ 3,245.00 | $ 1,622.50 | 02/16/05 | $ 1,622.50 | 03/16/05 | 3AXTZX-1 | IIIA | Lawman Supply Company |
| | 99139 | RIVERHEAD TOWN | NY | 4063 | 1 | 10/10/99 | 1999 | $ 1,345.08 | $ 1,345.08 | $ 11,731.22 | 06/25/04 | $ 11,731.22 | 07/22/04 | XTX3A-1 | IIIA | CHARLES GREENBLATT INC. |
| | 12058005 | RIVERSIDE TOWN | AL | 4030 | 3 | 11/29/03 | 2003 | $ 513.24 | $ 1,539.72 | $ 769.86 | 07/19/04 | $ 769.86 | 08/18/04 | 3AXTZX | IIIA | LAW ENFORCEMENT SUPPLY CO INC |
| | 472128001 | ROANOKE CITY | VA | 4049 | 40 | 08/30/04 | 2004 | $ 495.00 | $ 19,800.00 | $ 21,781.82 | 09/09/04 | $ 21,781.82 | 09/24/04 | XTX2-1 | II | Southern Police Equipment Co. (VA) |
| | 242027030 | ROBBINSDALE CITY | MN | 4049 | 1 | 12/06/04 | 2004 | $ 780.00 | $ 780.00 | $ 780.00 | 12/13/04 | $ 780.00 | 12/23/04 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027030 | ROBBINSDALE CITY | MN | 4049 | 1 | 12/13/04 | 2004 | $ 780.00 | $ 780.00 | $ 390.00 | 12/16/04 | $ 390.00 | 01/20/05 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027030 | ROBBINSDALE CITY | MN | 4049 | 1 | 01/25/05 | 2005 | $ 780.00 | $ 780.00 | $ 390.00 | 01/28/05 | $ 390.00 | 02/14/05 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242027030 | ROBBINSDALE CITY | MN | 4049 | 2 | 06/07/04 | 2004 | $ 779.95 | $ 1,559.90 | $ 779.95 | 06/09/04 | $ 779.95 | 07/06/04 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| X | 242027012 | HOPKINS CITY | MN | 4706 | 3 | 07/25/05 | 2005 | $ 779.95 | $ 2,339.85 | $ 1,169.93 | 09/16/05 | $ 1,169.93 | 11/03/05 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| | 502056008 | ROBERTS VILLAGE | WI | 4706 | 1 | 09/22/04 | 2004 | $ 779.95 | $ 779.95 | $ 779.95 | 03/02/05 | $ 779.95 | 03/23/05 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| | 502056008 | ROBERTS VILLAGE | WI | 4706 | 1 | 09/22/04 | 2004 | $ 779.95 | $ 779.95 | $ 779.95 | 03/02/05 | $ 779.95 | 03/23/05 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| | 232063025 | ROCHESTER CITY | MI | 4051 | 1 | 04/12/01 | 2001 | $ 849.99 | $ 849.99 | $ 785.00 | 07/06/04 | $ 785.00 | 08/08/01 | XTZX2-1 | II | METROPOLITAN UNIFORM |
| | 412046006 | ROCK HILL CITY | SC | 4049 | 1 | 11/12/03 | 2003 | $ 551.00 | $ 551.00 | $ 599.43 | 12/15/03 | $ 599.43 | 01/07/04 | XTX2-1 | II | LAWMEN'S SAFETY SUPPLY INC. |
| | 412046006 | ROCK HILL CITY | SC | 4049 | 1 | 08/28/01 | 2001 | $ 645.00 | $ 645.00 | $ 1,006.20 | 02/07/02 | $ 1,006.20 | 03/11/02 | XTX2-1 | II | LAWMEN'S SAFETY SUPPLY INC. |
| | 412046006 | ROCK HILL CITY | SC | 4049 | 2 | 08/28/01 | 2001 | $ 645.00 | $ 1,290.00 | $ 1,006.20 | 02/07/02 | $ 1,006.20 | 03/11/02 | XTX2-1 | II | LAWMEN'S SAFETY SUPPLY INC. |
| | 412046006 | ROCK HILL CITY | SC | 4049 | 9 | 03/06/04 | 2004 | $ 598.00 | $ 5,382.00 | $ 3,197.66 | 04/13/04 | $ 3,197.66 | 05/17/04 | XTX2-1 | II | LAWMEN'S SAFETY SUPPLY INC. |
| | 412046006 | ROCK HILL CITY | SC | 4049 | 9 | 03/17/03 | 2003 | $ 598.00 | $ 5,382.00 | $ 2,892.83 | 06/04/03 | $ 2,892.83 | 06/25/03 | XTX2-1 | II | LAWMEN'S SAFETY SUPPLY INC. |
| | 392046018 | ROCKLEDGE BOROUGH | PA | 4063 | 3 | 10/12/04 | 2004 | $ 986.90 | $ 2,960.70 | $ 1,495.35 | 12/09/04 | $ 1,495.35 | 12/23/04 | XTX3A-1 | IIIA | SAFETY LEAGUE |
| | 262113005 | ROGERSVILLE CITY | MO | 4049 | 7 | 04/13/05 | 2005 | $ 600.00 | $ 4,200.00 | $ 2,113.55 | 11/07/05 | $ 2,113.55 | 12/23/05 | XTX2-1 | II | Ed Roehr |
| | 332033014 | ROME CITY | NY | 4051 | 25 | 11/17/03 | 2003 | $ 950.00 | $ 23,750.00 | $ 11,875.00 | 10/20/04 | $ 11,875.00 | 11/22/04 | XTZX2-1 | II | united uniform company |
| | 332033014 | ROME CITY | NY | 4051 | 34 | 09/09/02 | 2002 | $ 950.00 | $ 32,300.00 | $ 17,725.00 | 11/20/02 | $ 17,725.00 | 12/18/02 | XTZX2-1 | II | ABA - United Uniform |
| | 332033014 | ROME CITY | NY | 4051 | 3 | 09/09/02 | 2002 | $ 1,050.00 | $ 3,150.00 | $ 17,725.00 | 11/20/02 | $ 17,725.00 | 12/18/02 | XTZX2-1 | II | united uniform company |
| | 332033014 | ROME CITY | NY | 4051 | 5 | 10/14/04 | 2004 | $ 925.00 | $ 4,625.00 | $ 2,312.50 | 10/20/04 | $ 2,312.50 | 11/22/04 | XTZX2-1 | II | united uniform company |
| | 321022022 | ROOSEVELT COUNTY | NM | 4030 | 4 | 09/26/03 | 2003 | $ 697.00 | $ 2,788.00 | $ 1,394.00 | 10/13/03 | $ 1,394.00 | 10/29/03 | 3AXTZX | IIIA | Kaufman's West |
| | 242068004 | ROSEAU CITY | MN | 4049 | 6 | 05/12/04 | 2004 | $ 779.95 | $ 4,679.70 | $ 2,366.85 | 06/22/04 | $ 2,366.85 | 07/12/04 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 312007013 | ROSELAND BOROUGH | NJ | 4706 | 6 | 05/21/04 | 2004 | $ 602.50 | $ 3,615.00 | $ 1,807.50 | 06/30/05 | $ 1,807.50 | 06/16/06 | XTX2-2 | II | UNIVERSAL UNIFORM SALES CO., INC. |
| | 142022013 | ROSELLE VILLAGE | IL | 4007 | 1 | 04/19/04 | 2004 | $ 896.40 | $ 896.40 | $ 4,482.00 | 05/05/04 | $ 4,482.00 | 06/01/04 | 3AXTZX-1 | IIIA | Safety Systems Corporation |
| | 142022013 | ROSELLE VILLAGE | IL | 4007 | 2 | 08/13/04 | 2004 | $ 896.40 | $ 1,792.80 | $ 896.40 | 04/29/05 | $ 896.40 | 06/24/05 | 3AXTZX-1 | IIIA | Safety Systems Corporation |
| | 142022013 | ROSELLE VILLAGE | IL | 4007 | 2 | 03/14/03 | 2003 | $ 896.40 | $ 1,792.80 | $ 4,482.00 | 05/05/04 | $ 4,482.00 | 06/01/04 | 3AXTZX-1 | IIIA | Safety Systems Corporation |
| | 142022013 | ROSELLE VILLAGE | IL | 4007 | 2 | 11/14/03 | 2003 | $ 896.40 | $ 1,792.80 | $ 4,482.00 | 05/05/04 | $ 4,482.00 | 06/01/04 | 3AXTZX-1 | IIIA | Safety Systems Corporation |
| | 142022013 | ROSELLE VILLAGE | IL | 4007 | 5 | 09/11/02 | 2002 | $ 896.40 | $ 4,482.00 | $ 4,482.00 | 05/05/04 | $ 4,482.00 | 06/01/04 | 3AXTZX-1 | IIIA | Safety Systems Corporation |
| | 502020009 | ROSENDALE VILLAGE | WI | 4063 | 1 | 02/10/04 | 2004 | $ 950.00 | $ 950.00 | $ 602.95 | 10/21/04 | $ 602.95 | 11/22/04 | XTX3A-1 | IIIA | STREICHER'S-MILWAUKEE |
| | 52031005 | ROSEVILLE CITY | CA | 5050 | 1 | 08/18/05 | 2005 | $ 185.00 | $ 185.00 | $ 5,455.20 | 03/24/06 | $ 5,455.20 | 10/23/06 | FYR3A-1 | IIIA | Adamson Police Products |
| | 52031005 | ROSEVILLE CITY | CA | 5050 | 1 | 10/28/05 | 2005 | $ 185.00 | $ 185.00 | $ 5,455.20 | 03/24/06 | $ 5,455.20 | 10/23/06 | FYR3A-1 | IIIA | Adamson Police Products |
| | 52031005 | ROSEVILLE CITY | CA | 5050 | 2 | 08/10/05 | 2005 | $ 159.00 | $ 318.00 | $ 5,455.20 | 03/24/06 | $ 5,455.20 | 10/23/06 | FYR3A-1 | IIIA | Adamson Police Products |
| | 310000000600 | ROWAN COLLEGE OF NEW JERSEY POLICE | NJ | 4030 | 1 | 09/17/01 | 2001 | $ 612.00 | $ 612.00 | $ 306.00 | 09/27/01 | $ 306.00 | 10/17/01 | 3AXTZX | IIIA | Lawmen Supply Company of New Jersey, Inc |
| | 310000000600 | ROWAN COLLEGE OF NEW JERSEY POLICE | NJ | 4030 | 1 | 06/24/03 | 2003 | $ 910.80 | $ 910.80 | $ 68,791.99 | 08/25/03 | $ 68,791.99 | 09/16/03 | 3AXTZX | IIIA | Lawman Supply Company |
| | 310000000600 | ROWAN COLLEGE OF NEW JERSEY POLICE | NJ | 4030 | 1 | 08/28/01 | 2001 | $ 612.00 | $ 612.00 | $ 20,008.54 | 08/28/02 | $ 20,008.54 | 09/27/02 | 3AXTZX | IIIA | Lawman Supply Company |
| | 42058005 | RUSSELLVILLE CITY | AR | 4049 | 19 | 01/27/04 | 2004 | $ 635.00 | $ 12,065.00 | $ 6,456.51 | 02/12/04 | $ 6,456.51 | 02/27/04 | XTX2-1 | II | GALL'S INC. |
| | 42058005 | RUSSELLVILLE CITY | AR | 4049 | 19 | 01/27/04 | 2004 | $ 635.00 | $ 12,065.00 | $ 9,381.15 | 04/13/06 | $ 9,381.15 | 10/23/06 | XTX2-1 | II | Cruse Uniform & Equipment |
| | 342081007601060100 | RUTHERFORDTON POLICE DEPT | NC | 4051 | 12 | 10/29/02 | 2002 | $ 934.00 | $ 11,208.00 | $ 5,998.62 | 10/29/02 | $ 5,998.62 | 11/15/02 | XTZX2-1 | II | Lawmen's |
| | 410000000A573 | S.C. Law Enforcement Division (SLED) | SC | 4063 | 1 | 07/30/02 | 2002 | $ 476.00 | $ 476.00 | $ 10,370.90 | 09/25/02 | $ 10,370.90 | 10/09/02 | XTX3A-1 | IIIA | LAWMEN'S SAFETY SUPPLY INC. |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

Exhibit 7

**Armor Holdings Z Shield Related BVP Reimbursement Spreadsheet**

| Sampled | AGENCY ID | AGENCY NAME | STATE | MODEL ID | QTY RECEIVED | DATE RECEIVED | YEAR RECEIVED | UNIT PRICE | EXTENDED PRICE | AMOUNT REQUESTED | DATE REQUESTED | AMOUNT PAID | DATE PAID | MODEL NAME | THREAT LEVEL | DISTRIBUTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 410000000A573 | S.C. Law Enforcement Division (SLED) | SC | 4063 | 41 | 10/24/00 | 2000 | $ 474.91 | $ 19,471.31 | 26,303.99 | 07/09/01 | $ 26,303.99 | 08/08/01 | XTX3A-1 | IIIA | Lawmen's Safety Supply, Inc. |
| | 32005002 | SAFFORD CITY | AZ | 4706 | 1 | 08/30/04 | 2004 | $ 725.00 | $ 725.00 | 1,146.23 | 08/31/04 | $ 1,146.23 | 09/17/04 | XTX2-2 | II | Universal Police Supply |
| | 32005002 | SAFFORD CITY | AZ | 4706 | 2 | 08/30/04 | 2004 | $ 725.00 | $ 1,450.00 | 1,146.23 | 08/31/04 | $ 1,146.23 | 09/17/04 | XTX2-2 | II | Universal Police Supply |
| | 442220024 | SAGINAW CITY | TX | 4063 | 2 | 09/19/02 | 2002 | $ 475.88 | $ 951.76 | 475.88 | 09/19/02 | $ 475.88 | 10/09/02 | XTX3A-1 | IIIA | GT Distributors |
| | 99152 | Saint Peter | MN | 4049 | 1 | 09/27/04 | 2004 | $ 750.00 | $ 750.00 | 375.00 | 10/06/04 | $ 375.00 | 11/03/04 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 99152 | Saint Peter | MN | 4706 | 1 | 12/08/04 | 2004 | $ 779.95 | $ 779.95 | 389.98 | 12/29/04 | $ 389.98 | 01/20/05 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| | 42025002 | SALEM CITY | AR | 4706 | 2 | 06/01/04 | 2004 | $ 775.00 | $ 1,550.00 | 833.13 | 06/14/04 | $ 833.13 | 07/09/04 | XTX2-2 | II | Cruse Uniforms & Equipment |
| | 451018018 | SALT LAKE COUNTY | UT | 4007 | 1 | 11/01/02 | 2002 | $ 1,034.00 | $ 1,034.00 | 2,129.32 | 11/19/02 | $ 2,129.32 | 12/18/02 | 3AXTZX-1 | IIIA | SKAGGS Companies |
| | 451018018 | SALT LAKE COUNTY | UT | 4007 | 1 | 12/03/02 | 2002 | $ 1,034.00 | $ 1,034.00 | 3,420.75 | 12/12/02 | $ 3,420.75 | 12/31/02 | 3AXTZX-1 | IIIA | SKAGGS COMPANIES |
| | 451018018 | SALT LAKE COUNTY | UT | 4007 | 1 | 09/05/01 | 2001 | $ 1,070.00 | $ 1,070.00 | 15,590.34 | 10/03/01 | $ 15,590.34 | 11/01/01 | 3AXTZX-1 | IIIA | Skaggs (UT) |
| | 451018018 | SALT LAKE COUNTY | UT | 4007 | 1 | 05/07/02 | 2002 | $ 1,070.00 | $ 1,070.00 | 3,236.42 | 05/16/02 | $ 3,236.42 | 06/27/02 | 3AXTZX-1 | IIIA | SKAGGS COMPANIES |
| | 451018018 | SALT LAKE COUNTY | UT | 4007 | 1 | 12/08/02 | 2002 | $ 1,017.50 | $ 1,017.50 | 3,420.75 | 12/12/02 | $ 3,420.75 | 12/31/02 | 3AXTZX-1 | IIIA | SKAGGS COMPANIES |
| | 451018018 | SALT LAKE COUNTY | UT | 4007 | 1 | 05/10/03 | 2003 | $ 1,034.00 | $ 1,034.00 | 696.12 | 05/14/03 | $ 696.12 | 06/06/03 | 3AXTZX-1 | IIIA | Skaggs (UT) |
| | 451018018 | SALT LAKE COUNTY | UT | 4007 | 1 | 10/10/01 | 2001 | $ 1,070.00 | $ 1,070.00 | 5,697.08 | 10/26/01 | $ 5,697.08 | 11/15/01 | 3AXTZX-1 | IIIA | SKAGGS Law Enforcement Supplies & Uniforms |
| | 451018018 | SALT LAKE COUNTY | UT | 4007 | 1 | 09/12/01 | 2001 | $ 1,070.00 | $ 1,070.00 | 6,077.99 | 09/19/01 | $ 6,077.99 | 10/17/01 | 3AXTZX-1 | IIIA | SKAGGS Law Enforcement Supplies & Uniforms |
| | 451018018 | SALT LAKE COUNTY | UT | 4007 | 1 | 01/15/04 | 2004 | $ 734.95 | $ 734.95 | 367.48 | 01/20/04 | $ 367.48 | 02/13/04 | 3AXTZX-1 | IIIA | Skaggs (UT) |
| | 451018018 | SALT LAKE COUNTY | UT | 4007 | 1 | 11/19/01 | 2001 | $ 922.24 | $ 922.24 | 2,172.51 | 11/30/01 | $ 2,172.51 | 12/19/01 | 3AXTZX-1 | IIIA | Skaggs (UT) |
| | 451018018 | SALT LAKE COUNTY | UT | 4007 | 1 | 12/21/01 | 2001 | $ 300.00 | $ 300.00 | 521.23 | 01/08/02 | $ 521.23 | 02/06/02 | 3AXTZX-1 | IIIA | American Body Armor and Equipment, Inc. (Manufacturer) |
| | 451018018 | SALT LAKE COUNTY | UT | 4007 | 1 | 07/21/03 | 2003 | $ 1,034.00 | $ 1,034.00 | 1,039.23 | 08/05/03 | $ 1,039.23 | 08/29/03 | 3AXTZX-1 | IIIA | SKAGGS Companies |
| | 451018018 | SALT LAKE COUNTY | UT | 4007 | 1 | 06/21/02 | 2002 | $ 966.90 | $ 966.90 | 2,374.40 | 07/03/02 | $ 2,374.40 | 07/29/02 | 3AXTZX-1 | IIIA | SKAGGS Law Enforcement Supplies & Uniforms |
| | 451018018 | SALT LAKE COUNTY | UT | 4007 | 1 | 12/24/01 | 2001 | $ 1,086.95 | $ 1,086.95 | 3,163.09 | 02/05/02 | $ 3,163.09 | 03/11/02 | 3AXTZX-1 | IIIA | Skaggs (UT) |
| | 451018018 | SALT LAKE COUNTY | UT | 4007 | 1 | 06/25/03 | 2003 | $ 1,034.00 | $ 1,034.00 | 1,181.52 | 07/02/03 | $ 1,181.52 | 08/06/03 | 3AXTZX-1 | IIIA | Skaggs (UT) |
| | 451018018 | SALT LAKE COUNTY | UT | 4007 | 1 | 08/28/01 | 2001 | $ 1,070.00 | $ 1,070.00 | 6,077.99 | 09/19/01 | $ 6,077.99 | 10/17/01 | 3AXTZX-1 | IIIA | SKAGGS Law Enforcement Supplies & Uniforms |
| | 451018018 | SALT LAKE COUNTY | UT | 4007 | 1 | 08/30/01 | 2001 | $ 1,070.00 | $ 1,070.00 | 6,077.99 | 09/19/01 | $ 6,077.99 | 10/17/01 | 3AXTZX-1 | IIIA | SKAGGS Law Enforcement Supplies & Uniforms |
| | 451018018 | SALT LAKE COUNTY | UT | 4007 | 2 | 11/05/01 | 2001 | $ 1,070.00 | $ 2,140.00 | 4,742.23 | 11/07/01 | $ 4,742.23 | 11/30/01 | 3AXTZX-1 | IIIA | SKAGGS Law Enforcement Supplies & Uniforms |
| | 451018018 | SALT LAKE COUNTY | UT | 4007 | 2 | 11/06/01 | 2001 | $ 1,070.00 | $ 2,140.00 | 3,618.30 | 11/16/01 | $ 3,618.30 | 12/19/01 | 3AXTZX-1 | IIIA | SKAGGS Law Enforcement Supplies & Uniforms |
| | 451018018 | SALT LAKE COUNTY | UT | 4007 | 2 | 11/14/01 | 2001 | $ 1,070.00 | $ 2,140.00 | 3,618.30 | 11/16/01 | $ 3,618.30 | 12/19/01 | 3AXTZX-1 | IIIA | SKAGGS Law Enforcement Supplies & Uniforms |
| | 451018018 | SALT LAKE COUNTY | UT | 4007 | 2 | 11/14/02 | 2002 | $ 802.24 | $ 1,604.48 | 2,129.32 | 11/19/02 | $ 2,129.32 | 12/18/02 | 3AXTZX-1 | IIIA | SKAGGS Companies |
| | 451018018 | SALT LAKE COUNTY | UT | 4007 | 2 | 02/23/04 | 2004 | $ 734.00 | $ 1,468.00 | 734.00 | 02/26/04 | $ 734.00 | 03/17/04 | 3AXTZX-1 | IIIA | Skaggs Companies, Inc. |
| | 451018018 | SALT LAKE COUNTY | UT | 4030 | 1 | 10/08/02 | 2002 | $ 1,034.00 | $ 1,034.00 | 893.42 | 10/21/02 | $ 893.42 | 11/15/02 | 3AXTZX | IIIA | Skaggs (UT) |
| | 451018018 | SALT LAKE COUNTY | UT | 4030 | 1 | 09/24/01 | 2001 | $ 770.00 | $ 770.00 | 13,537.50 | 10/24/01 | $ 13,537.50 | 11/15/01 | 3AXTZX | IIIA | Skaggs (UT) |
| X | 223009020 | HUDSON TOWN | MA | 4051 | 4 | 09/26/02 | 2002 | $ 747.00 | $ 2,988.00 | 1,494.00 | 09/26/02 | $ 1,494.00 | 10/09/02 | XTZX2-1 | II | Central Equipment Company |
| | 451018018 | SALT LAKE COUNTY | UT | 4049 | 1 | 06/04/03 | 2003 | $ 322.60 | $ 322.60 | 1,398.08 | 06/13/03 | $ 1,398.08 | 06/25/03 | XTX2-1 | II | Skaggs (UT) |
| | 451018018 | SALT LAKE COUNTY | UT | 4051 | 1 | 08/04/04 | 2004 | $ 521.70 | $ 521.70 | 442.95 | 08/09/04 | $ 442.95 | 08/26/04 | XTZX2-1 | II | SKAGGS Companies |
| | 451018018 | SALT LAKE COUNTY | UT | 4051 | 1 | 06/04/02 | 2002 | $ 945.00 | $ 945.00 | 500.85 | 06/19/02 | $ 500.85 | 07/29/02 | XTZX2-1 | II | Skaggs (UT) |
| | 451018018 | SALT LAKE COUNTY | UT | 4051 | 1 | 11/04/02 | 2002 | $ 875.00 | $ 875.00 | 2,129.32 | 11/19/02 | $ 2,129.32 | 12/18/02 | XTZX2-1 | II | Skaggs (UT) |
| | 451018018 | SALT LAKE COUNTY | UT | 4051 | 1 | 10/04/02 | 2002 | $ 584.24 | $ 584.24 | 3,795.83 | 10/09/02 | $ 3,795.83 | 10/24/02 | XTZX2-1 | II | Skaggs (UT) |
| | 451018018 | SALT LAKE COUNTY | UT | 4051 | 1 | 08/07/02 | 2002 | $ 821.70 | $ 821.70 | 1,470.72 | 08/12/02 | $ 1,470.72 | 09/11/02 | XTZX2-1 | II | Skaggs (UT) |
| | 451018018 | SALT LAKE COUNTY | UT | 4051 | 1 | 01/11/02 | 2002 | $ 1,070.00 | $ 1,070.00 | 1,487.31 | 01/17/02 | $ 1,487.31 | 02/13/02 | XTZX2-1 | II | Skaggs (UT) |
| | 451018018 | SALT LAKE COUNTY | UT | 4051 | 1 | 09/20/03 | 2003 | $ 821.70 | $ 821.70 | 410.85 | 10/06/03 | $ 410.85 | 10/29/03 | XTZX2-1 | II | SKAGGS Companies |
| | 451018018 | SALT LAKE COUNTY | UT | 4051 | 1 | 12/21/01 | 2001 | $ 300.00 | $ 300.00 | 521.23 | 01/08/02 | $ 521.23 | 02/06/02 | XTZX2-1 | II | American Body Armor and Equipment, Inc. (Manufacturer) |
| | 451018018 | SALT LAKE COUNTY | UT | 4051 | 1 | 12/21/02 | 2002 | $ 790.95 | $ 790.95 | 3,576.54 | 12/31/02 | $ 3,576.54 | 01/23/03 | XTZX2-1 | II | Skaggs (UT) |
| | 451018018 | SALT LAKE COUNTY | UT | 4051 | 1 | 09/21/01 | 2001 | $ 945.00 | $ 945.00 | 15,590.34 | 10/03/01 | $ 15,590.34 | 11/01/01 | XTZX2-1 | II | Skaggs (UT) |
| | 451018018 | SALT LAKE COUNTY | UT | 4051 | 1 | 10/22/01 | 2001 | $ 945.00 | $ 945.00 | 4,742.23 | 11/07/01 | $ 4,742.23 | 11/30/01 | XTZX2-1 | II | Skaggs (UT) |
| | 451018018 | SALT LAKE COUNTY | UT | 4051 | 1 | 12/26/02 | 2002 | $ 521.00 | $ 521.00 | 1,005.27 | 01/10/03 | $ 1,005.27 | 01/28/03 | XTZX2-1 | II | Skaggs (UT) |
| | 451018018 | SALT LAKE COUNTY | UT | 4051 | 1 | 06/29/02 | 2002 | $ 821.70 | $ 821.70 | 2,374.40 | 07/03/02 | $ 2,374.40 | 07/29/02 | XTZX2-1 | II | Skaggs (UT) |
| | 451018018 | SALT LAKE COUNTY | UT | 4051 | 2 | 10/25/01 | 2001 | $ 945.00 | $ 1,890.00 | 5,697.08 | 10/26/01 | $ 5,697.08 | 11/15/01 | XTZX2-1 | II | Skaggs (UT) |
| | 451018018 | SALT LAKE COUNTY | UT | 4051 | 4 | 10/12/01 | 2001 | $ 945.00 | $ 3,780.00 | 13,537.50 | 10/24/01 | $ 13,537.50 | 11/15/01 | XTZX2-1 | II | Skaggs (UT) |
| | 451018018 | SALT LAKE COUNTY | UT | 4706 | 1 | 03/10/03 | 2003 | $ 622.60 | $ 622.60 | 1,050.93 | 03/19/03 | $ 1,050.93 | 04/07/03 | XTX2-2 | II | Skaggs (UT) |
| | 451018018 | SALT LAKE COUNTY | UT | 4706 | 1 | 07/22/05 | 2005 | $ 322.60 | $ 322.60 | 3,084.40 | 07/22/05 | $ 3,084.40 | 10/19/05 | XTX2-2 | II | Skaggs (UT) |
| | 451018018 | SALT LAKE COUNTY | UT | 4706 | 1 | 03/31/04 | 2004 | $ 622.60 | $ 622.60 | 331.85 | 04/05/04 | $ 331.85 | 05/17/04 | XTX2-2 | II | SKAGGS Companies |
| | 451018018 | SALT LAKE COUNTY | UT | 4794 | 1 | 07/22/05 | 2005 | $ 553.50 | $ 553.50 | 1,949.97 | 09/30/05 | $ 1,949.97 | 11/03/05 | XTX3A-2 | IIIA | Skaggs (UT) |
| | 52041011 | SAN CARLOS CITY | CA | 4063 | 1 | 08/12/05 | 2005 | $ 649.00 | $ 649.00 | 702.54 | 11/15/05 | $ 702.54 | 12/23/05 | XTX3A-1 | IIIA | Summit Uniforms |
| | 52041011 | SAN CARLOS CITY | CA | 4063 | 1 | 08/12/05 | 2005 | $ 649.00 | $ 649.00 | 702.54 | 11/15/05 | $ 702.54 | 12/23/05 | XTX3A-1 | IIIA | Summit Uniforms |
| | 442105003 | SAN MARCOS CITY | TX | 4063 | 12 | 06/27/05 | 2005 | $ 484.90 | $ 5,818.80 | 2,909.40 | 08/12/05 | $ 2,909.40 | 10/11/05 | XTX3A-1 | IIIA | GT Distributors |

**Armor Holdings Z Shield Related BVP Reimbursement Spreadsheet**

| Sampled | AGENCY ID | AGENCY NAME | STATE | MODEL ID | QTY RECEIVED | DATE RECEIVED | YEAR RECEIVED | UNIT PRICE | EXTENDED PRICE | AMOUNT REQUESTED | DATE REQUESTED | AMOUNT PAID | DATE PAID | MODEL NAME | THREAT LEVEL | DISTRIBUTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 442105003 | SAN MARCOS CITY | TX | 4063 | 4 | 06/13/03 | 2003 | $ 620.00 | $ 2,480.00 | 1,240.00 | 06/18/03 | $ 1,240.00 | 07/18/03 | XTX3A-1 | IIIA | The Police Place |
| | 442105003 | SAN MARCOS CITY | TX | 4063 | 4 | 08/27/04 | 2004 | $ 484.90 | $ 1,939.60 | 969.80 | 08/31/04 | $ 969.80 | 09/17/04 | XTX3A-1 | IIIA | GT Distributors |
| | 52007010 | SAN PABLO CITY | CA | 4007 | 1 | 12/02/03 | 2003 | $ 950.00 | $ 950.00 | 4,147.41 | 06/21/04 | $ 4,147.41 | 07/12/04 | 3AXTZX-1 | IIIA | ADAMSON INDUSTRIES |
| | 52007010 | SAN PABLO CITY | CA | 4007 | 1 | 11/04/03 | 2003 | $ 995.00 | $ 995.00 | 4,147.41 | 06/21/04 | $ 4,147.41 | 07/12/04 | 3AXTZX-1 | IIIA | ADAMSON INDUSTRIES |
| | 52007010 | SAN PABLO CITY | CA | 4007 | 1 | 10/07/03 | 2003 | $ 995.00 | $ 995.00 | 4,147.41 | 06/21/04 | $ 4,147.41 | 07/12/04 | 3AXTZX-1 | IIIA | ADAMSON INDUSTRIES |
| | 52007010 | SAN PABLO CITY | CA | 4007 | 1 | 04/20/04 | 2004 | $ 950.00 | $ 950.00 | 4,147.41 | 06/21/04 | $ 4,147.41 | 07/12/04 | 3AXTZX-1 | IIIA | ADAMSON INDUSTRIES |
| | 52007010 | SAN PABLO CITY | CA | 4007 | 1 | 11/26/03 | 2003 | $ 995.00 | $ 995.00 | 4,147.41 | 06/21/04 | $ 4,147.41 | 07/12/04 | 3AXTZX-1 | IIIA | ADAMSON INDUSTRIES |
| | 52007010 | SAN PABLO CITY | CA | 4007 | 1 | 02/27/04 | 2004 | $ 950.00 | $ 950.00 | 4,147.41 | 06/21/04 | $ 4,147.41 | 07/12/04 | 3AXTZX-1 | IIIA | ADAMSON INDUSTRIES |
| | 52007010 | SAN PABLO CITY | CA | 4007 | 2 | 12/22/03 | 2003 | $ 950.00 | $ 1,900.00 | 4,147.41 | 06/21/04 | $ 4,147.41 | 07/12/04 | 3AXTZX-1 | IIIA | ADAMSON INDUSTRIES |
| | 52007010 | SAN PABLO CITY | CA | 4007 | 7 | 03/24/03 | 2003 | $ 995.00 | $ 6,965.00 | 3,523.55 | 07/18/03 | $ 3,523.55 | 08/21/03 | 3AXTZX-1 | IIIA | ADAMSON INDUSTRIES |
| | 52030016 | SANTA ANA CITY | CA | 4049 | 10 | 12/12/02 | 2002 | $ 564.95 | $ 5,649.50 | 3,043.65 | 02/03/03 | $ 3,043.65 | 02/26/03 | XTX2-1 | II | Long Beach Uniform Co., Inc. |
| | 52030016 | SANTA ANA CITY | CA | 4049 | 14 | 08/24/02 | 2002 | $ 564.95 | $ 7,909.30 | 5,174.21 | 10/11/02 | $ 5,174.21 | 10/24/02 | XTX2-1 | II | Long Beach Uniform Co., Inc. |
| | 52030016 | SANTA ANA CITY | CA | 4049 | 4 | 04/05/03 | 2003 | $ 564.95 | $ 2,259.80 | 1,521.83 | 01/09/04 | $ 1,521.83 | 02/03/04 | XTX2-1 | II | Uniform Center |
| | 52044002 | SANTA CRUZ CITY | CA | 4007 | 2 | 06/25/04 | 2004 | $ 899.00 | $ 1,798.00 | 970.92 | 06/25/04 | $ 970.92 | 07/12/04 | 3AXTZX-1 | IIIA | Summit Uniform |
| | 5204400260100 | SANTA CRUZ POLICE DEPT | CA | 4007 | 16 | 12/01/03 | 2003 | $ 924.00 | $ 14,784.00 | 8,001.84 | 03/29/04 | $ 8,001.84 | 04/21/04 | 3AXTZX-1 | IIIA | Summit Uniforms |
| | 5204400260100 | SANTA CRUZ POLICE DEPT | CA | 4007 | 9 | 03/28/02 | 2002 | $ 995.00 | $ 8,955.00 | 4,843.00 | 04/28/02 | $ 4,843.00 | 05/17/02 | 3AXTZX-1 | IIIA | ADAMSON INDUSTRIES |
| | 5204400260100 | SANTA CRUZ POLICE DEPT | CA | 4030 | 24 | 10/26/02 | 2002 | $ 949.00 | $ 22,776.00 | 12,299.04 | 12/05/02 | $ 12,299.04 | 12/31/02 | 3AXTZX | IIIA | Summit Uniform |
| | 502046006 | SAUKVILLE VILLAGE | WI | 4049 | 7 | 04/27/04 | 2004 | $ 535.00 | $ 3,745.00 | 1,872.50 | 08/09/04 | $ 1,872.50 | 08/26/04 | XTX2-1 | II | STREICHER'S-MILWAUKEE |
| | 242070007 | SAVAGE CITY | MN | 4030 | 1 | 08/02/02 | 2002 | $ 679.95 | $ 679.95 | 4,662.15 | 09/18/03 | $ 4,662.15 | 10/17/03 | 3AXTZX | IIIA | Streicher's Police Equipment - Minneapolis |
| | 242070007 | SAVAGE CITY | MN | 4030 | 1 | 01/02/02 | 2002 | $ 379.95 | $ 379.95 | 4,662.15 | 09/18/03 | $ 4,662.15 | 10/17/03 | 3AXTZX | IIIA | Streicher's Police Equipment - Minneapolis |
| | 242070007 | SAVAGE CITY | MN | 4030 | 1 | 01/02/02 | 2002 | $ 679.95 | $ 679.95 | 4,662.15 | 09/18/03 | $ 4,662.15 | 10/17/03 | 3AXTZX | IIIA | Streicher's Police Equipment - Minneapolis |
| | 242070007 | SAVAGE CITY | MN | 4030 | 1 | 02/05/02 | 2002 | $ 679.95 | $ 679.95 | 4,662.15 | 09/18/03 | $ 4,662.15 | 10/17/03 | 3AXTZX | IIIA | Streicher's Police Equipment - Minneapolis |
| | 242070007 | SAVAGE CITY | MN | 4030 | 1 | 07/15/02 | 2002 | $ 625.00 | $ 625.00 | 4,662.15 | 09/18/03 | $ 4,662.15 | 10/17/03 | 3AXTZX | IIIA | Streicher's Police Equipment - Minneapolis |
| | 242070007 | SAVAGE CITY | MN | 4030 | 1 | 06/19/03 | 2003 | $ 679.95 | $ 679.95 | 4,662.15 | 09/18/03 | $ 4,662.15 | 10/17/03 | 3AXTZX | IIIA | Streicher's Police Equipment - Minneapolis |
| | 242070007 | SAVAGE CITY | MN | 4030 | 1 | 01/20/03 | 2003 | $ 679.95 | $ 679.95 | 4,662.15 | 09/18/03 | $ 4,662.15 | 10/17/03 | 3AXTZX | IIIA | Streicher's Police Equipment - Minneapolis |
| | 242070007 | SAVAGE CITY | MN | 4030 | 1 | 04/30/02 | 2002 | $ 679.95 | $ 679.95 | 4,662.15 | 09/18/03 | $ 4,662.15 | 10/17/03 | 3AXTZX | IIIA | Streicher's Police Equipment - Minneapolis |
| | 242070007 | SAVAGE CITY | MN | 4030 | 1 | 01/31/03 | 2003 | $ 679.95 | $ 679.95 | 4,662.15 | 09/18/03 | $ 4,662.15 | 10/17/03 | 3AXTZX | IIIA | Streicher's Police Equipment - Minneapolis |
| | 242070007 | SAVAGE CITY | MN | 4030 | 2 | 09/15/03 | 2003 | $ 679.95 | $ 1,359.90 | 4,662.15 | 09/18/03 | $ 4,662.15 | 10/17/03 | 3AXTZX | IIIA | Streicher's Police Equipment - Minneapolis |
| | 242070007 | SAVAGE CITY | MN | 4030 | 2 | 09/15/03 | 2003 | $ 679.95 | $ 1,359.90 | 679.95 | 02/10/04 | $ 679.95 | 02/26/04 | 3AXTZX | IIIA | Streicher's Police Equipment - Minneapolis |
| | 242070007 | SAVAGE CITY | MN | 4049 | 2 | 03/31/04 | 2004 | $ 779.95 | $ 1,559.90 | 779.95 | 04/06/04 | $ 779.95 | 05/17/04 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 252035002 | SCOOBA TOWN | MS | 4051 | 1 | 03/24/03 | 2003 | $ 866.52 | $ 866.52 | 433.26 | 03/24/03 | $ 433.26 | 04/07/03 | XTZX2-1 | II | Mid South Uniform |
| | 252035002 | SCOOBA TOWN | MS | 4051 | 2 | 07/17/01 | 2001 | $ 776.91 | $ 1,553.82 | 776.91 | 08/08/01 | $ 776.91 | 08/29/01 | XTZX2-1 | II | Mid South Uniform |
| | 181105105 | SCOTT COUNTY | KY | 4030 | 1 | 08/01/05 | 2005 | $ 607.23 | $ 607.23 | 1,534.46 | 10/06/05 | $ 1,534.46 | 12/23/05 | 3AXTZX | IIIA | Galls Inc |
| | 181105105 | SCOTT COUNTY | KY | 4030 | 1 | 09/14/05 | 2005 | $ 607.23 | $ 607.23 | 1,534.46 | 10/06/05 | $ 1,534.46 | 12/23/05 | 3AXTZX | IIIA | Galls Inc |
| | 181105105 | SCOTT COUNTY | KY | 4030 | 1 | 07/19/05 | 2005 | $ 607.23 | $ 607.23 | 1,534.46 | 10/06/05 | $ 1,534.46 | 12/23/05 | 3AXTZX | IIIA | Galls Inc |
| | 181105105 | SCOTT COUNTY | KY | 4030 | 1 | 07/26/05 | 2005 | $ 607.23 | $ 607.23 | 1,534.46 | 10/06/05 | $ 1,534.46 | 12/23/05 | 3AXTZX | IIIA | Galls Inc |
| | 181105105 | SCOTT COUNTY | KY | 4049 | 1 | 01/04/05 | 2005 | $ 639.99 | $ 639.99 | 320.00 | 02/09/05 | $ 320.00 | 02/23/05 | XTX2-1 | II | Galls Inc |
| | 241070070 | SCOTT COUNTY | MN | 4020 | 1 | 07/16/03 | 2003 | $ 779.95 | $ 779.95 | 2,026.32 | 07/29/03 | $ 2,026.32 | 08/25/03 | XTX2A-1 | IIA | Streicher's Police Equipment - Minneapolis |
| | 241070070 | SCOTT COUNTY | MN | 4051 | 1 | 02/19/04 | 2004 | $ 995.00 | $ 995.00 | 845.48 | 03/04/04 | $ 845.48 | 04/08/04 | XTZX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 241070070 | SCOTT COUNTY | MN | 4706 | 1 | 05/26/05 | 2005 | $ 779.95 | $ 779.95 | 398.95 | 08/03/05 | $ 398.95 | 10/11/05 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| | 241070070 | SCOTT COUNTY | MN | 4794 | 1 | 05/27/05 | 2005 | $ 1,099.95 | $ 1,099.95 | 549.98 | 08/03/05 | $ 549.98 | 10/11/05 | XTX3A-2 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 42073012 | SEARCY CITY | AR | 4049 | 12 | 01/04/05 | 2005 | $ 480.00 | $ 5,760.00 | 3,096.00 | 01/12/05 | $ 3,096.00 | 02/04/05 | XTX2-1 | II | Cruse Uniform & Equipment |
| | 42073012 | SEARCY CITY | AR | 4049 | 12 | 10/12/04 | 2004 | $ 480.00 | $ 5,760.00 | 3,096.00 | 10/14/04 | $ 3,096.00 | 11/03/04 | XTX2-1 | II | Cruse Uniform & Equipment |
| | 42073012 | SEARCY CITY | AR | 4049 | 3 | 06/06/05 | 2005 | $ 480.00 | $ 1,440.00 | 774.00 | 06/23/05 | $ 774.00 | 06/16/06 | XTX2-1 | II | Cruse Uniform & Equipment |
| | 482017021 | SEATTLE CITY | WA | 4049 | 1 | 08/08/02 | 2002 | $ 999.00 | $ 999.00 | 1,990.51 | 11/26/02 | $ 1,990.51 | 12/18/02 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482017021 | SEATTLE CITY | WA | 4049 | 1 | 05/08/02 | 2002 | $ 999.00 | $ 999.00 | 1,990.51 | 11/26/02 | $ 1,990.51 | 12/18/02 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482017021 | SEATTLE CITY | WA | 4049 | 1 | 07/17/02 | 2002 | $ 749.00 | $ 749.00 | 1,990.51 | 11/26/02 | $ 1,990.51 | 12/18/02 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482017021 | SEATTLE CITY | WA | 4049 | 1 | 03/26/02 | 2002 | $ 456.00 | $ 456.00 | 1,990.51 | 11/26/02 | $ 1,990.51 | 12/18/02 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482017021 | SEATTLE CITY | WA | 4049 | 1 | 03/27/02 | 2002 | $ 456.00 | $ 456.00 | 1,990.51 | 11/26/02 | $ 1,990.51 | 12/18/02 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 262080004 | SEDALIA CITY | MO | 4049 | 1 | 10/10/01 | 2001 | $ 680.00 | $ 680.00 | 340.00 | 01/22/03 | $ 340.00 | 02/14/03 | XTX2-1 | II | Ed Roehr Safety Products |
| | 262080004 | SEDALIA CITY | MO | 4049 | 1 | 06/16/03 | 2003 | $ 680.00 | $ 680.00 | 680.00 | 02/11/04 | $ 680.00 | 02/26/04 | XTX2-1 | II | Ed. Roehr Safety Products |
| | 262080004 | SEDALIA CITY | MO | 4049 | 1 | 07/21/03 | 2003 | $ 680.00 | $ 680.00 | 680.00 | 02/11/04 | $ 680.00 | 02/26/04 | XTX2-1 | II | Ed. Roehr Safety Products |
| | 262080004 | SEDALIA CITY | MO | 4049 | 6 | 07/04/01 | 2001 | $ 680.00 | $ 4,080.00 | 3,972.25 | 07/16/01 | $ 3,972.25 | 08/21/01 | XTX2-1 | II | ED ROEHR SAFETY PRODUCTS |
| | 262080004 | SEDALIA CITY | MO | 4049 | 7 | 02/20/05 | 2005 | $ 680.00 | $ 4,760.00 | 3,740.00 | 08/26/05 | $ 3,740.00 | 10/11/05 | XTX2-1 | II | ED ROHER RADIO CO. |
| | 262080004 | SEDALIA CITY | MO | 4049 | 7 | 05/24/02 | 2002 | $ 680.00 | $ 4,760.00 | 2,380.00 | 01/22/03 | $ 2,380.00 | 02/14/03 | XTX2-1 | II | Ed Roehr Safety Products |
| | 262080004 | SEDALIA CITY | MO | 4706 | 4 | 02/20/05 | 2005 | $ 680.00 | $ 2,720.00 | 3,740.00 | 08/26/05 | $ 3,740.00 | 10/11/05 | XTX2-2 | II | Ed Roehr Radio Co. |
| | 82003020 | SELBYVILLE TOWN | DE | 4007 | 1 | 07/27/04 | 2004 | $ 996.00 | $ 996.00 | 498.00 | 08/09/04 | $ 498.00 | 08/26/04 | 3AXTZX-1 | IIIA | Lawmen Supply Company of New Jersey, Inc |
| | 82003020 | SELBYVILLE TOWN | DE | 4007 | 1 | 05/28/04 | 2004 | $ 996.00 | $ 996.00 | 498.00 | 07/02/04 | $ 498.00 | 07/21/04 | 3AXTZX-1 | IIIA | Lawmen Supply Company of New Jersey, Inc |
| | 82003020 | SELBYVILLE TOWN | DE | 4007 | 1 | 04/30/04 | 2004 | $ 996.00 | $ 996.00 | 498.00 | 07/01/04 | $ 498.00 | 07/21/04 | 3AXTZX-1 | IIIA | Lawmen Supply Company of New Jersey, Inc |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

Exhibit 7

**Armor Holdings Z Shield Related BVP Reimbursement Spreadsheet**

| Sampled | AGENCY ID | AGENCY NAME | STATE | MODEL ID | QTY RECEIVED | DATE RECEIVED | YEAR RECEIVED | UNIT PRICE | EXTENDED PRICE | AMOUNT REQUESTED | DATE REQUESTED | AMOUNT PAID | DATE PAID | MODEL NAME | THREAT LEVEL | DISTRIBUTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 392055004 | SELINSGROVE BOROUGH | PA | 4051 | 1 | 03/12/03 | 2003 | $ 879.95 | $ 879.95 | $ 879.95 | 09/08/03 | $ 879.95 | 09/26/03 | XTZX2-1 | II | Safety League Inc. |
| | 392055004 | SELINSGROVE BOROUGH | PA | 4051 | 1 | 08/19/03 | 2003 | $ 879.95 | $ 879.95 | $ 879.95 | 09/08/03 | $ 879.95 | 09/26/03 | XTZX2-1 | II | Safety League Inc. |
| | 252069002 | SENATOBIA CITY | MS | 4051 | 18 | 09/27/02 | 2002 | $ 800.00 | $ 14,400.00 | $ 7,200.00 | 10/04/02 | $ 7,200.00 | 10/24/02 | XTZX2-1 | II | Mid South Uniform |
| | 9945 | SEQUIM CITY | WA | 4049 | 5 | 04/25/02 | 2002 | $ 795.00 | $ 3,975.00 | $ 2,150.73 | 05/23/02 | $ 2,150.73 | 06/27/02 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 9945 | SEQUIM CITY | WA | 4049 | 7 | 06/10/04 | 2004 | $ 690.00 | $ 4,830.00 | $ 2,500.14 | 06/14/04 | $ 2,500.14 | 07/09/04 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 362007013 | SHADYSIDE VILLAGE | OH | 4051 | 7 | 09/25/02 | 2002 | $ 795.00 | $ 5,565.00 | $ 2,800.00 | 10/01/02 | $ 2,800.00 | 10/24/02 | XTZX2-1 | II | RotTailors Co.,Inc |
| | 99106 | SHAKER HEIGHTS CITY | OH | 4706 | 2 | 03/11/03 | 2003 | $ 565.00 | $ 1,130.00 | $ 4,802.50 | 09/24/03 | $ 4,802.50 | 10/17/03 | XTX2-2 | II | Shuttler's Uniform, Inc |
| | 99106 | SHAKER HEIGHTS CITY | OH | 4706 | 2 | 03/14/04 | 2004 | $ 565.00 | $ 1,130.00 | $ 565.00 | 03/29/04 | $ 565.00 | 04/21/04 | XTX2-2 | II | Shuttler's Uniform, Inc |
| | 99106 | SHAKER HEIGHTS CITY | OH | 4706 | 9 | 07/09/03 | 2003 | $ 565.00 | $ 5,085.00 | $ 4,802.50 | 09/24/03 | $ 4,802.50 | 10/17/03 | XTX2-2 | II | Shuttler's Uniform, Inc |
| | 99230 | SHAKOPEE CITY | MN | 4049 | 1 | 11/26/03 | 2003 | $ 779.95 | $ 779.95 | $ 1,169.93 | 02/10/04 | $ 1,169.93 | 02/26/04 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 99230 | SHAKOPEE CITY | MN | 4049 | 1 | 11/28/03 | 2003 | $ 779.95 | $ 779.95 | $ 1,169.93 | 02/10/04 | $ 1,169.93 | 02/26/04 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 99230 | SHAKOPEE CITY | MN | 4706 | 1 | 03/03/05 | 2005 | $ 779.95 | $ 779.95 | $ 3,031.73 | 02/13/06 | $ 3,031.73 | 05/10/06 | XTX2-2 | II | Streicher's Police Equipment |
| | 99230 | SHAKOPEE CITY | MN | 4706 | 1 | 02/04/05 | 2005 | $ 779.95 | $ 779.95 | $ 2,585.35 | 02/14/05 | $ 2,585.35 | 02/23/05 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| | 99230 | SHAKOPEE CITY | MN | 4706 | 1 | 06/10/05 | 2005 | $ 835.95 | $ 835.95 | $ 3,031.73 | 02/13/06 | $ 3,031.73 | 05/10/06 | XTX2-2 | II | Streicher's Police Equipment |
| | 99230 | SHAKOPEE CITY | MN | 4706 | 1 | 01/12/04 | 2004 | $ 779.95 | $ 779.95 | $ 1,169.93 | 02/10/04 | $ 1,169.93 | 02/26/04 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| | 99230 | SHAKOPEE CITY | MN | 4706 | 1 | 08/20/04 | 2004 | $ 779.95 | $ 779.95 | $ 1,069.93 | 03/01/05 | $ 1,069.93 | 03/23/05 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| | 99230 | SHAKOPEE CITY | MN | 4706 | 1 | 04/29/05 | 2005 | $ 779.95 | $ 779.95 | $ 3,031.73 | 02/13/06 | $ 3,031.73 | 05/10/06 | XTX2-2 | II | Streicher's Police Equipment |
| | 99230 | SHAKOPEE CITY | MN | 4706 | 1 | 06/30/05 | 2005 | $ 779.95 | $ 779.95 | $ 3,031.73 | 02/13/06 | $ 3,031.73 | 05/10/06 | XTX2-2 | II | Streicher's Police Equipment |
| | 363025016 | SHARON TOWNSHIP | OH | 4051 | 9 | 10/23/02 | 2002 | $ 795.00 | $ 7,155.00 | $ 3,577.50 | 10/24/02 | $ 3,577.50 | 11/15/02 | XTZX2-1 | II | ROY TAYLOR UNIFORM CO. FO COLUMBUS OH |
| | 502065008 | SHARON VILLAGE | WI | 4030 | 1 | 10/15/02 | 2002 | $ 1,095.00 | $ 1,095.00 | $ 1,378.53 | 11/13/02 | $ 1,378.53 | 11/27/02 | 3AXTZX | IIIA | Streicher's Police Equipment - Minneapolis |
| | 41068068 | SHARP COUNTY | AR | 4049 | 13 | 12/19/03 | 2003 | $ 770.00 | $ 10,010.00 | $ 5,322.50 | 01/05/04 | $ 5,322.50 | 02/03/04 | XTX2-1 | II | Cruse Uniform & Equipment |
| | 41068068 | SHARP COUNTY | AR | 4049 | 1 | 12/16/03 | 2003 | $ 635.00 | $ 635.00 | $ 5,322.50 | 01/05/04 | $ 5,322.50 | 02/03/04 | XTX2-1 | II | Cruse Uniform & Equipment |
| | 442015504 | SHAVANO PARK CITY | TX | 4063 | 2 | 05/12/03 | 2003 | $ 620.00 | $ 1,240.00 | $ 620.00 | 05/14/03 | $ 620.00 | 06/06/03 | XTX3A-1 | IIIA | The Police Place |
| | 142087006 | SHELBYVILLE CITY | IL | 4051 | 3 | 10/02/01 | 2001 | $ 849.95 | $ 2,549.85 | $ 1,279.40 | 07/25/02 | $ 1,279.40 | 09/05/02 | XTZX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 241071071 | SHERBURNE COUNTY | MN | 4706 | 1 | 06/22/05 | 2005 | $ 779.95 | $ 779.95 | $ 389.98 | 06/28/05 | $ 389.98 | 06/16/06 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| | 42027003 | SHERIDAN CITY | AR | 4049 | 1 | 07/16/03 | 2003 | $ 635.00 | $ 635.00 | $ 338.54 | 07/24/03 | $ 338.54 | 08/22/03 | XTX2-1 | II | Cruse Uniform & Equipment |
| | 42027003 | SHERIDAN CITY | AR | 4049 | 1 | 03/25/04 | 2004 | $ 635.00 | $ 635.00 | $ 345.57 | 05/11/04 | $ 345.57 | 06/01/04 | XTX2-1 | II | Cruse Uniform & Equipment |
| | 42027003 | SHERIDAN CITY | AR | 4706 | 1 | 04/07/05 | 2005 | $ 635.00 | $ 635.00 | $ 861.59 | 04/29/05 | $ 861.59 | 06/24/05 | XTX2-2 | II | Cruse Uniform & Equipment |
| | 42027003 | SHERIDAN CITY | AR | 4706 | 1 | 05/20/05 | 2005 | $ 635.00 | $ 635.00 | $ 345.00 | 06/13/05 | $ 345.00 | 06/13/05 | XTX2-2 | II | Cruse Uniform & Equipment |
| X | 501025025 | IOWA COUNTY | WI | 4007 | 3 | 01/27/03 | 2003 | $ 572.97 | $ 1,718.91 | $ 859.46 | 08/08/03 | $ 859.46 | 08/29/03 | 3AXTZX-1 | IIIA | Advanced Protective Devices |
| | 42060006 | SHERWOOD CITY | AR | 4049 | 1 | 10/03/02 | 2002 | $ 635.00 | $ 635.00 | $ 338.54 | 07/21/03 | $ 338.54 | 08/21/03 | XTX2-1 | II | Cruse Uniform & Equipment |
| | 42060006 | SHERWOOD CITY | AR | 4049 | 1 | 09/05/01 | 2001 | $ 635.00 | $ 635.00 | $ 7,256.17 | 02/08/02 | $ 7,256.17 | 03/11/02 | XTX2-1 | II | Cruse Uniform & Equipment |
| | 42060006 | SHERWOOD CITY | AR | 4049 | 1 | 08/07/01 | 2001 | $ 635.00 | $ 635.00 | $ 7,256.17 | 02/08/02 | $ 7,256.17 | 03/11/02 | XTX2-1 | II | Cruse Uniform & Equipment |
| X | 471048048 | JAMES CITY COUNTY | VA | 4051 | 2 | 10/17/03 | 2003 | $ 712.00 | $ 1,424.00 | $ 2,545.00 | 10/17/03 | $ 2,545.00 | 11/21/03 | XTZX2-1 | II | Southern Police Equipment Co. (VA) |
| | 42060006 | SHERWOOD CITY | AR | 4049 | 1 | 06/08/01 | 2001 | $ 635.00 | $ 635.00 | $ 7,256.17 | 02/08/02 | $ 7,256.17 | 03/11/02 | XTX2-1 | II | Cruse Uniform & Equipment |
| | 42060006 | SHERWOOD CITY | AR | 4049 | 1 | 08/14/01 | 2001 | $ 635.00 | $ 635.00 | $ 7,256.17 | 02/08/02 | $ 7,256.17 | 03/11/02 | XTX2-1 | II | Cruse Uniform & Equipment |
| | 42060006 | SHERWOOD CITY | AR | 4049 | 1 | 05/22/01 | 2001 | $ 635.00 | $ 635.00 | $ 7,256.17 | 02/08/02 | $ 7,256.17 | 03/11/02 | XTX2-1 | II | Cruse Uniform & Equipment |
| | 42060006 | SHERWOOD CITY | AR | 4049 | 1 | 05/22/01 | 2001 | $ 635.00 | $ 635.00 | $ 7,256.17 | 02/08/02 | $ 7,256.17 | 03/11/02 | XTX2-1 | II | Cruse Uniform & Equipment |
| | 42060006 | SHERWOOD CITY | AR | 4049 | 1 | 07/24/01 | 2001 | $ 635.00 | $ 635.00 | $ 1,349.41 | 03/24/03 | $ 1,349.41 | 04/07/03 | XTX2-1 | II | Cruse Uniform & Equipment |
| | 42060006 | SHERWOOD CITY | AR | 4049 | 1 | 07/25/01 | 2001 | $ 635.00 | $ 635.00 | $ 7,256.17 | 02/08/02 | $ 7,256.17 | 03/11/02 | XTX2-1 | II | Cruse Uniform & Equipment |
| | 42060006 | SHERWOOD CITY | AR | 4049 | 1 | 07/25/01 | 2001 | $ 635.00 | $ 635.00 | $ 7,256.17 | 02/08/02 | $ 7,256.17 | 03/11/02 | XTX2-1 | II | Cruse Uniform & Equipment |
| | 42060006 | SHERWOOD CITY | AR | 4049 | 3 | 11/11/02 | 2002 | $ 635.00 | $ 1,905.00 | $ 1,015.61 | 07/21/03 | $ 1,015.61 | 08/21/03 | XTX2-1 | II | Cruse Uniform & Equipment |
| | 42060006 | SHERWOOD CITY | AR | 4049 | 3 | 07/25/02 | 2002 | $ 635.00 | $ 1,905.00 | $ 1,015.61 | 07/21/03 | $ 1,015.61 | 08/21/03 | XTX2-1 | II | Cruse Uniform & Equipment |
| | 42060006 | SHERWOOD CITY | AR | 4706 | 1 | 05/01/04 | 2004 | $ 635.00 | $ 635.00 | $ 4,805.24 | 09/12/05 | $ 4,805.24 | 11/03/05 | XTX2-2 | II | Cruse Uniform & Equipment |
| | 42060006 | SHERWOOD CITY | AR | 4706 | 1 | 01/05/05 | 2005 | $ 635.00 | $ 635.00 | $ 4,805.24 | 09/12/05 | $ 4,805.24 | 11/03/05 | XTX2-2 | II | Cruse Uniform & Equipment |
| | 42060006 | SHERWOOD CITY | AR | 4706 | 1 | 01/09/05 | 2005 | $ 635.00 | $ 635.00 | $ 4,805.24 | 09/12/05 | $ 4,805.24 | 11/03/05 | XTX2-2 | II | Cruse Uniform & Equipment |
| | 42060006 | SHERWOOD CITY | AR | 4706 | 1 | 03/09/05 | 2005 | $ 635.00 | $ 635.00 | $ 4,805.24 | 09/12/05 | $ 4,805.24 | 11/03/05 | XTX2-2 | II | Cruse Uniform & Equipment |
| | 42060006 | SHERWOOD CITY | AR | 4706 | 1 | 12/10/04 | 2004 | $ 635.00 | $ 635.00 | $ 4,805.24 | 09/12/05 | $ 4,805.24 | 11/03/05 | XTX2-2 | II | Cruse Uniform & Equipment |
| | 42060006 | SHERWOOD CITY | AR | 4706 | 1 | 09/12/04 | 2004 | $ 635.00 | $ 635.00 | $ 4,805.24 | 09/12/05 | $ 4,805.24 | 11/03/05 | XTX2-2 | II | Cruse Uniform & Equipment |
| | 42060006 | SHERWOOD CITY | AR | 4706 | 1 | 01/19/05 | 2005 | $ 635.00 | $ 635.00 | $ 4,805.24 | 09/12/05 | $ 4,805.24 | 11/03/05 | XTX2-2 | II | Cruse Uniform & Equipment |
| | 42060006 | SHERWOOD CITY | AR | 4706 | 1 | 10/19/04 | 2004 | $ 635.00 | $ 635.00 | $ 4,805.24 | 09/12/05 | $ 4,805.24 | 11/03/05 | XTX2-2 | II | Cruse Uniform & Equipment |
| | 42060006 | SHERWOOD CITY | AR | 4706 | 1 | 12/22/04 | 2004 | $ 635.00 | $ 635.00 | $ 4,805.24 | 09/12/05 | $ 4,805.24 | 11/03/05 | XTX2-2 | II | Cruse Uniform & Equipment |
| | 42060006 | SHERWOOD CITY | AR | 4706 | 1 | 12/26/04 | 2004 | $ 635.00 | $ 635.00 | $ 4,805.24 | 09/12/05 | $ 4,805.24 | 11/03/05 | XTX2-2 | II | Cruse Uniform & Equipment |
| | 42060006 | SHERWOOD CITY | AR | 4706 | 1 | 01/26/05 | 2005 | $ 635.00 | $ 635.00 | $ 4,805.24 | 09/12/05 | $ 4,805.24 | 11/03/05 | XTX2-2 | II | Cruse Uniform & Equipment |
| | 42060006 | SHERWOOD CITY | AR | 4706 | 1 | 01/29/05 | 2005 | $ 635.00 | $ 635.00 | $ 4,805.24 | 09/12/05 | $ 4,805.24 | 11/03/05 | XTX2-2 | II | Cruse Uniform & Equipment |
| | 382034007 | SHERWOOD CITY | OR | 4030 | 2 | 08/10/03 | 2003 | $ 1,250.00 | $ 2,500.00 | $ 1,250.00 | 09/26/03 | $ 1,250.00 | 10/17/03 | 3AXTZX | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 112072502 | SHILOH CITY | GA | 4051 | 1 | 08/28/02 | 2002 | $ 840.38 | $ 840.38 | $ 420.19 | 09/03/02 | $ 420.19 | 09/26/02 | XTZX2-1 | II | G.T. DISTIBTORS |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

Exhibit 7

**Armor Holdings Z Shield Related BVP Reimbursement Spreadsheet**

| Sampled | AGENCY ID | AGENCY NAME | STATE | MODEL ID | QTY RECEIVED | DATE RECEIVED | YEAR RECEIVED | UNIT PRICE | EXTENDED PRICE | AMOUNT REQUESTED | DATE REQUESTED | AMOUNT PAID | DATE PAID | MODEL NAME | THREAT LEVEL | DISTRIBUTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 31201501660100 | SHIP BOTTOM BORO POLICE DEPT | NJ | 4030 | 3 | 10/01/01 | 2001 | $ 996.00 | $ 2,988.00 | $ 1,494.00 | 10/02/01 | $ 1,494.00 | 11/01/01 | 3AXTZX | IIIA | Lawman Supply |
| X | 14203401060100 | LA HARPE POLICE DEPT | IL | 4030 | 3 | 05/13/02 | 2002 | $ 830.00 | $ 2,490.00 | $ 1,245.00 | 06/07/02 | $ 1,245.00 | 07/22/02 | 3AXTZX | IIIA | S. Harris Uniforms |
| | 131040040 | SHOSHONE COUNTY | ID | 4049 | 16 | 11/19/03 | 2003 | $ 800.00 | $ 12,800.00 | $ 6,400.00 | 11/26/03 | $ 6,400.00 | 12/24/03 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 131040040 | SHOSHONE COUNTY | ID | 4049 | 1 | 02/05/04 | 2004 | $ 654.00 | $ 654.00 | $ 327.00 | 03/15/04 | $ 327.00 | 04/09/04 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 131040040 | SHOSHONE COUNTY | ID | 4049 | 1 | 06/18/04 | 2004 | $ 659.00 | $ 659.00 | $ 329.50 | 07/21/04 | $ 329.50 | 08/18/04 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 131040040 | SHOSHONE COUNTY | ID | 4049 | 2 | 02/26/04 | 2004 | $ 861.00 | $ 1,722.00 | $ 861.00 | 03/15/04 | $ 861.00 | 04/09/04 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 262095077 | SHREWSBURY CITY | MO | 4051 | 1 | 08/12/04 | 2004 | $ 770.00 | $ 770.00 | $ 385.00 | 08/13/04 | $ 385.00 | 08/26/04 | XTZX2-1 | II | ED ROEHR SAFETY PRODUCTS |
| | 262095077 | SHREWSBURY CITY | MO | 4051 | 9 | 10/14/02 | 2002 | $ 770.00 | $ 6,930.00 | $ 3,465.00 | 10/23/02 | $ 3,465.00 | 11/15/02 | XTZX2-1 | II | Ed. Roehr Safety Products |
| | 262095077 | SHREWSBURY CITY | MO | 4706 | 2 | 03/07/05 | 2005 | $ 570.00 | $ 1,140.00 | $ 570.00 | 07/01/05 | $ 570.00 | 10/19/05 | XTX2-2 | II | Ed. Roehr Safety Products |
| | 502033007 | SHULLSBURG CITY | WI | 4793 | 1 | 04/11/05 | 2005 | $ 725.00 | $ 725.00 | $ 362.50 | 04/20/05 | $ 362.50 | 06/24/05 | XTX2A-2 | IIA | Streicher's Police Equipment - Minneapolis |
| | 262101013 | SIKESTON CITY | MO | 4706 | 1 | 07/02/04 | 2004 | $ 770.00 | $ 770.00 | $ 2,470.28 | 02/10/05 | $ 2,470.28 | 02/23/05 | XTX2-2 | II | ED ROEHR SAFETY PRODUCTS |
| | 262101013 | SIKESTON CITY | MO | 4706 | 1 | 07/25/04 | 2004 | $ 770.00 | $ 770.00 | $ 2,470.28 | 02/10/05 | $ 2,470.28 | 02/23/05 | XTX2-2 | II | ED ROEHR SAFETY PRODUCTS |
| | 262101013 | SIKESTON CITY | MO | 4706 | 1 | 06/28/04 | 2004 | $ 770.00 | $ 770.00 | $ 2,470.28 | 02/10/05 | $ 2,470.28 | 02/23/05 | XTX2-2 | II | Ed. Roehr Safety Products |
| | 262101013 | SIKESTON CITY | MO | 4706 | 2 | 12/01/04 | 2004 | $ 650.00 | $ 1,300.00 | $ 2,470.28 | 02/10/05 | $ 2,470.28 | 02/23/05 | XTX2-2 | II | Ed. Roehr Safety Products |
| | 262101013 | SIKESTON CITY | MO | 4706 | 2 | 10/04/04 | 2004 | $ 650.00 | $ 1,300.00 | $ 2,470.28 | 02/10/05 | $ 2,470.28 | 02/23/05 | XTX2-2 | II | Ed. Roehr Safety Products |
| | 262101013 | SIKESTON CITY | MO | 4706 | 2 | 06/30/05 | 2005 | $ 650.00 | $ 1,300.00 | $ 650.00 | 03/01/06 | $ 650.00 | 09/13/06 | XTX2-2 | II | Ed Roehr Safety Products Co |
| | 12012003 | SILAS TOWN | AL | 4051 | 1 | 08/14/03 | 2003 | $ 849.95 | $ 849.95 | $ 437.95 | 08/18/03 | $ 437.95 | 10/17/03 | XTZX2-1 | II | GT Distributors |
| | 362031030 | SILVERTON CITY | OH | 4051 | 1 | 09/22/02 | 2002 | $ 900.00 | $ 900.00 | $ 1,118.25 | 12/19/02 | $ 1,118.25 | 01/22/03 | XTZX2-1 | II | Roy Tailors Uniform Co. |
| | 251064064 | SIMPSON COUNTY | MS | 4051 | 1 | 06/05/05 | 2005 | $ 766.18 | $ 766.18 | $ 711.37 | 06/03/05 | $ 711.37 | 06/13/05 | XTZX2-1 | II | Mid South Uniform & Supply, Inc. |
| | 251064064 | SIMPSON COUNTY | MS | 4051 | 1 | 09/02/04 | 2004 | $ 853.34 | $ 853.34 | $ 426.67 | 09/10/04 | $ 426.67 | 09/24/04 | XTZX2-1 | II | Mid South Uniform & Supply, Inc. |
| | 251064064 | SIMPSON COUNTY | MS | 4051 | 1 | 05/26/05 | 2005 | $ 656.56 | $ 656.56 | $ 711.37 | 06/03/05 | $ 711.37 | 06/13/05 | XTZX2-1 | II | Mid South Uniform & Supply, Inc. |
| | 251064064 | SIMPSON COUNTY | MS | 4051 | 1 | 12/27/04 | 2004 | $ 682.08 | $ 682.08 | $ 341.04 | 01/05/05 | $ 341.04 | 02/04/05 | XTZX2-1 | II | Mid South Uniform & Supply, Inc. |
| | 502067006 | SLINGER VILLAGE | WI | 4051 | 7 | 10/01/02 | 2002 | $ 850.00 | $ 5,950.00 | $ 3,010.00 | 10/07/02 | $ 3,010.00 | 12/20/02 | XTZX2-1 | II | Streicher's Police Equipment - Minneapolis |
| X | 482031502 | LYNNWOOD CITY | WA | 4051 | 1 | 01/19/02 | 2002 | $ 895.00 | $ 895.00 | $ 9,458.63 | 12/13/02 | $ 9,458.63 | 12/31/02 | XTZX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 99553 | Smithfield | RI | 4049 | 5 | 09/28/04 | 2004 | $ 600.00 | $ 3,000.00 | $ 2,100.00 | 10/01/04 | $ 2,100.00 | 11/03/04 | XTX2-1 | II | LEADER UNIFORMS |
| | 481031031 | SNOHOMISH COUNTY | WA | 4049 | 1 | 08/03/05 | 2005 | $ 795.00 | $ 795.00 | $ 16,483.38 | 05/17/06 | $ 16,483.38 | 10/23/06 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 481031031 | SNOHOMISH COUNTY | WA | 4049 | 1 | 08/03/05 | 2005 | $ 795.00 | $ 795.00 | $ 16,483.38 | 05/17/06 | $ 16,483.38 | 10/23/06 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 481031031 | SNOHOMISH COUNTY | WA | 4049 | 1 | 01/06/05 | 2005 | $ 795.00 | $ 795.00 | $ 16,483.38 | 05/17/06 | $ 16,483.38 | 10/23/06 | XTX2-1 | II | Blumenthal Uniforms & Equipment |
| | 481031031 | SNOHOMISH COUNTY | WA | 4049 | 1 | 06/07/05 | 2005 | $ 795.00 | $ 795.00 | $ 16,483.38 | 05/17/06 | $ 16,483.38 | 10/23/06 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 481031031 | SNOHOMISH COUNTY | WA | 4049 | 11 | 08/05/05 | 2005 | $ 649.00 | $ 649.00 | $ 16,483.38 | 05/17/06 | $ 16,483.38 | 10/23/06 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 481031031 | SNOHOMISH COUNTY | WA | 4049 | 1 | 06/09/05 | 2005 | $ 795.00 | $ 795.00 | $ 16,483.38 | 05/17/06 | $ 16,483.38 | 10/23/06 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 481031031 | SNOHOMISH COUNTY | WA | 4049 | 1 | 08/10/05 | 2005 | $ 795.00 | $ 795.00 | $ 16,483.38 | 05/17/06 | $ 16,483.38 | 10/23/06 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 481031031 | SNOHOMISH COUNTY | WA | 4049 | 1 | 08/10/05 | 2005 | $ 795.00 | $ 795.00 | $ 16,483.38 | 05/17/06 | $ 16,483.38 | 10/23/06 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 481031031 | SNOHOMISH COUNTY | WA | 4049 | 1 | 02/10/05 | 2005 | $ 795.00 | $ 795.00 | $ 16,483.38 | 05/17/06 | $ 16,483.38 | 10/23/06 | XTX2-1 | II | Blumenthal Uniforms & Equipment |
| | 481031031 | SNOHOMISH COUNTY | WA | 4049 | 1 | 07/11/05 | 2005 | $ 795.00 | $ 795.00 | $ 16,483.38 | 05/17/06 | $ 16,483.38 | 10/23/06 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 481031031 | SNOHOMISH COUNTY | WA | 4049 | 1 | 07/11/05 | 2005 | $ 795.00 | $ 795.00 | $ 16,483.38 | 05/17/06 | $ 16,483.38 | 10/23/06 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 481031031 | SNOHOMISH COUNTY | WA | 4049 | 1 | 07/12/05 | 2005 | $ 795.00 | $ 795.00 | $ 16,483.38 | 05/17/06 | $ 16,483.38 | 10/23/06 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 481031031 | SNOHOMISH COUNTY | WA | 4049 | 1 | 07/13/05 | 2005 | $ 795.00 | $ 795.00 | $ 16,483.38 | 05/17/06 | $ 16,483.38 | 10/23/06 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 481031031 | SNOHOMISH COUNTY | WA | 4049 | 1 | 07/13/05 | 2005 | $ 795.00 | $ 795.00 | $ 16,483.38 | 05/17/06 | $ 16,483.38 | 10/23/06 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 481031031 | SNOHOMISH COUNTY | WA | 4049 | 1 | 04/14/05 | 2005 | $ 795.00 | $ 795.00 | $ 16,483.38 | 05/17/06 | $ 16,483.38 | 10/23/06 | XTX2-1 | II | Blumenthal Uniforms & Equipment |
| | 481031031 | SNOHOMISH COUNTY | WA | 4049 | 1 | 08/16/05 | 2005 | $ 795.00 | $ 795.00 | $ 16,483.38 | 05/17/06 | $ 16,483.38 | 10/23/06 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 481031031 | SNOHOMISH COUNTY | WA | 4049 | 1 | 08/16/05 | 2005 | $ 795.00 | $ 795.00 | $ 16,483.38 | 05/17/06 | $ 16,483.38 | 10/23/06 | XTX2-1 | II | Blumenthal Uniforms & Equipment |
| | 481031031 | SNOHOMISH COUNTY | WA | 4049 | 1 | 12/16/05 | 2005 | $ 675.00 | $ 675.00 | $ 16,483.38 | 05/17/06 | $ 16,483.38 | 10/23/06 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 481031031 | SNOHOMISH COUNTY | WA | 4049 | 1 | 02/17/05 | 2005 | $ 795.00 | $ 795.00 | $ 16,483.38 | 05/17/06 | $ 16,483.38 | 10/23/06 | XTX2-1 | II | Blumenthal Uniforms & Equipment |
| | 481031031 | SNOHOMISH COUNTY | WA | 4049 | 1 | 04/20/05 | 2005 | $ 795.00 | $ 795.00 | $ 16,483.38 | 05/17/06 | $ 16,483.38 | 10/23/06 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 481031031 | SNOHOMISH COUNTY | WA | 4049 | 1 | 04/20/05 | 2005 | $ 795.00 | $ 795.00 | $ 16,483.38 | 05/17/06 | $ 16,483.38 | 10/23/06 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 481031031 | SNOHOMISH COUNTY | WA | 4049 | 1 | 01/26/05 | 2005 | $ 795.00 | $ 795.00 | $ 16,483.38 | 05/17/06 | $ 16,483.38 | 10/23/06 | XTX2-1 | II | Blumenthal Uniforms & Equipment |
| | 481031031 | SNOHOMISH COUNTY | WA | 4049 | 1 | 02/27/05 | 2005 | $ 795.00 | $ 795.00 | $ 16,483.38 | 05/17/06 | $ 16,483.38 | 10/23/06 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 481031031 | SNOHOMISH COUNTY | WA | 4049 | 1 | 06/29/05 | 2005 | $ 795.00 | $ 795.00 | $ 16,483.38 | 05/17/06 | $ 16,483.38 | 10/23/06 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| X | 502013015 | MIDDLETON CITY | WI | 4706 | 1 | 10/03/02 | 2002 | $ 650.00 | $ 650.00 | $ 2,720.48 | 02/27/03 | $ 2,720.48 | 03/12/03 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| | 481031031 | SNOHOMISH COUNTY | WA | 4049 | 1 | 11/29/05 | 2005 | $ 675.00 | $ 675.00 | $ 16,483.38 | 05/17/06 | $ 16,483.38 | 10/23/06 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 481031031 | SNOHOMISH COUNTY | WA | 4049 | 1 | 12/31/05 | 2005 | $ 795.00 | $ 795.00 | $ 16,483.38 | 05/17/06 | $ 16,483.38 | 10/23/06 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 481031031 | SNOHOMISH COUNTY | WA | 4049 | 1 | 12/31/05 | 2005 | $ 795.00 | $ 795.00 | $ 16,483.38 | 05/17/06 | $ 16,483.38 | 10/23/06 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 362018049 | SOLON CITY | OH | 4051 | 1 | 05/05/05 | 2005 | $ 825.00 | $ 825.00 | $ 2,781.48 | 04/17/06 | $ 2,781.48 | 10/23/06 | XTZX2-1 | II | Shuttler's Uniform Inc |
| | 362018049 | SOLON CITY | OH | 4051 | 2 | 03/03/99 | 1999 | $ 775.70 | $ 1,551.40 | $ 1,434.79 | 09/24/02 | $ 1,434.79 | 10/09/02 | XTZX2-1 | II | Shuttler's Uniform Inc |
| | 312004026 | SOMERDALE BOROUGH | NJ | 4030 | 1 | 01/26/03 | 2003 | $ 650.00 | $ 650.00 | $ 3,772.56 | 09/16/04 | $ 3,772.56 | 10/14/04 | 3AXTZX | IIIA | Lawmen Supply Company of New Jersey, Inc |
| | 142101008 | SOUTH BELOIT CITY | IL | 4049 | 1 | 12/23/02 | 2002 | $ 670.00 | $ 670.00 | $ 1,625.00 | 06/25/04 | $ 1,625.00 | 07/12/04 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

Exhibit 7

**Armor Holdings Z Shield Related BVP Reimbursement Spreadsheet**

| Sampled | AGENCY ID | AGENCY NAME | STATE | MODEL ID | QTY RECEIVED | DATE RECEIVED | YEAR RECEIVED | UNIT PRICE | EXTENDED PRICE | AMOUNT REQUESTED | DATE REQUESTED | AMOUNT PAID | DATE PAID | MODEL NAME | THREAT LEVEL | DISTRIBUTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 142101008 | SOUTH BELOIT CITY | IL | 4049 | 2 | 02/07/04 | 2004 | $ 690.00 | $ 1,380.00 | $ 1,625.00 | 06/25/04 | $ 1,625.00 | 07/12/04 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 472042201 | SOUTH BOSTON TOWN | VA | 4049 | 13 | 01/01/02 | 2002 | $ 600.00 | $ 7,800.00 | $ 4,476.38 | 04/23/03 | $ 4,476.38 | 05/16/03 | XTX2-1 | II | American Body Armor and Equipment, Inc. (Manufacturer) |
| | 393038012 | SOUTH LEBANON TOWNSHIP | PA | 4051 | 1 | 03/06/03 | 2003 | $ 879.95 | $ 879.95 | $ 1,220.88 | 11/15/04 | $ 1,220.88 | 11/24/04 | XTZX2-1 | II | Safety League, Inc |
| | 393038012 | SOUTH LEBANON TOWNSHIP | PA | 4051 | 1 | 01/27/03 | 2003 | $ 799.20 | $ 799.20 | $ 399.60 | 12/02/04 | $ 399.60 | 12/23/04 | XTZX2-1 | II | Safety League, Inc |
| | 393038012 | SOUTH LEBANON TOWNSHIP | PA | 4051 | 2 | 11/02/04 | 2004 | $ 770.90 | $ 1,541.80 | $ 1,220.88 | 11/15/04 | $ 1,220.88 | 11/24/04 | XTZX2-1 | II | Safety League, Inc |
| | 393038012 | SOUTH LEBANON TOWNSHIP | PA | 4051 | 2 | 05/29/02 | 2002 | $ 879.00 | $ 1,758.00 | $ 889.00 | 06/03/02 | $ 889.00 | 07/22/02 | XTZX2-1 | II | Safety League Inc. |
| | 9923 | SOUTHAMPTON TOWNSHIP | NY | 4051 | 3 | 05/20/03 | 2003 | $ 514.49 | $ 1,543.47 | $ 4,216.22 | 04/04/05 | $ 4,216.22 | 06/24/05 | XTZX2-1 | II | CHARLES GREENBLATT INC. |
| | 333052010 | SOUTHOLD TOWN | NY | 4051 | 22 | 11/18/02 | 2002 | $ 499.50 | $ 10,989.00 | $ 5,494.50 | 12/18/02 | $ 5,494.50 | 01/22/03 | XTZX2-1 | II | Charles Greenblatt and son |
| | 99565 | SPANISH FORT CITY | AL | 4051 | 2 | 05/09/02 | 2002 | $ 799.00 | $ 1,598.00 | $ 799.00 | 06/20/02 | $ 799.00 | 07/29/02 | XTZX2-1 | II | GT Distributors |
| | 99565 | SPANISH FORT CITY | AL | 4051 | 5 | 08/09/04 | 2004 | $ 429.00 | $ 2,145.00 | $ 1,072.50 | 02/04/05 | $ 1,072.50 | 02/23/05 | XTZX2-1 | II | GT Distributors |
| | 99565 | SPANISH FORT CITY | AL | 4706 | 4 | 06/05/05 | 2005 | $ 469.00 | $ 1,876.00 | $ 950.98 | 06/28/05 | $ 950.98 | 06/16/06 | XTX2-2 | II | GT Distributors |
| | 362002009 | SPENCERVILLE VILLAGE | OH | 4049 | 4 | 12/03/03 | 2003 | $ 723.00 | $ 2,892.00 | $ 1,452.00 | 04/05/04 | $ 1,452.00 | 05/17/04 | XTX2-1 | II | Roy Tailors Uniform Co., Inc. |
| | 342081008 | SPINDALE TOWN | NC | 4030 | 14 | 09/18/03 | 2003 | $ 934.00 | $ 13,076.00 | $ 7,016.48 | 03/24/04 | $ 7,016.48 | 04/23/04 | 3AXTZX | IIIA | LAWMEN'S |
| | 342081008 | SPINDALE TOWN | NC | 4030 | 1 | 11/11/03 | 2003 | $ 934.00 | $ 934.00 | $ 7,016.48 | 03/24/04 | $ 7,016.48 | 04/23/04 | 3AXTZX | IIIA | Lawman's Inc. |
| | 502066004 | SPOONER CITY | WI | 4049 | 1 | 04/02/04 | 2004 | $ 779.95 | $ 779.95 | $ 396.45 | 10/06/04 | $ 396.45 | 11/03/04 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 502066004 | SPOONER CITY | WI | 4051 | 3 | 05/22/02 | 2002 | $ 795.00 | $ 2,385.00 | $ 1,192.50 | 05/23/02 | $ 1,192.50 | 06/27/02 | XTZX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 393006037 | SPRING TOWNSHIP | PA | 4051 | 1 | 02/03/05 | 2005 | $ 770.90 | $ 770.90 | $ 390.45 | 02/11/05 | $ 390.45 | 02/23/05 | XTZX2-1 | II | SAFETY LEAGUE INC. |
| | 393006037 | SPRING TOWNSHIP | PA | 4051 | 1 | 09/08/04 | 2004 | $ 825.04 | $ 825.04 | $ 412.52 | 09/10/04 | $ 412.52 | 09/24/04 | XTZX2-1 | II | SAFETY LEAGUE |
| | 393006037 | SPRING TOWNSHIP | PA | 4051 | 1 | 05/11/04 | 2004 | $ 770.90 | $ 770.90 | $ 390.45 | 05/14/04 | $ 390.45 | 06/01/04 | XTZX2-1 | II | SAFETY LEAGUE INC. |
| | 393006037 | SPRING TOWNSHIP | PA | 4051 | 1 | 07/21/03 | 2003 | $ 879.95 | $ 879.95 | $ 443.98 | 07/25/03 | $ 443.98 | 08/25/03 | XTZX2-1 | II | SAFETY LEAGUE INC. |
| | 362083011 | SPRINGBORO CITY | OH | 4049 | 1 | 11/03/04 | 2004 | $ 475.00 | $ 475.00 | $ 239.43 | 11/11/04 | $ 239.43 | 11/24/04 | XTX2-1 | II | Roy Tailor Uniform |
| | 362083011 | SPRINGBORO CITY | OH | 4049 | 1 | 11/08/04 | 2004 | $ 1,516.00 | $ 1,516.00 | $ 758.00 | 11/16/04 | $ 758.00 | 12/13/04 | XTX2-1 | II | Roy Tailor Uniform |
| | 362031502 | SPRINGDALE CITY | OH | 4051 | 1 | 06/17/02 | 2002 | $ 890.00 | $ 890.00 | $ 5,012.50 | 06/17/02 | $ 5,012.50 | 07/29/02 | XTZX2-1 | II | Roy Tailors Uniform Co., Inc. |
| | 362031502 | SPRINGDALE CITY | OH | 4051 | 1 | 11/19/01 | 2001 | $ 895.00 | $ 895.00 | $ 5,012.50 | 06/17/02 | $ 5,012.50 | 07/29/02 | XTZX2-1 | II | Roy Tailors Uniform Co., Inc. |
| X | 451014014 | MILLARD COUNTY | UT | 4030 | 1 | 05/02/00 | 2000 | $ 589.99 | $ 589.99 | $ 1,155.91 | 09/05/03 | $ 1,155.91 | 09/26/03 | 3AXTZX | IIIA | Galls Inc |
| | 362031502 | SPRINGDALE CITY | OH | 4051 | 1 | 08/30/01 | 2001 | $ 895.00 | $ 895.00 | $ 5,012.50 | 06/17/02 | $ 5,012.50 | 07/29/02 | XTZX2-1 | II | Roy Tailors Uniform Co., Inc. |
| | 362031502 | SPRINGDALE CITY | OH | 4051 | 2 | 03/28/01 | 2001 | $ 795.00 | $ 1,590.00 | $ 5,012.50 | 06/17/02 | $ 5,012.50 | 07/29/02 | XTZX2-1 | II | Roy Tailors Uniform Co., Inc. |
| X | 52043009 | MORGAN HILL CITY | CA | 4063 | 1 | 11/09/04 | 2004 | $ 649.00 | $ 649.00 | $ 2,448.07 | 05/24/05 | $ 2,448.07 | 06/27/05 | XTX3A-1 | IIIA | Summit Uniforms |
| | 393067027 | SPRINGETTSBURY TOWNSHIP | PA | 4063 | 3 | 02/16/05 | 2005 | $ 775.00 | $ 2,325.00 | $ 3,820.75 | 08/25/05 | $ 3,820.75 | 10/11/05 | XTX3A-1 | IIIA | Red The Uniform Tailor |
| | 242008007 | SPRINGFIELD CITY | MN | 4049 | 1 | 12/22/04 | 2004 | $ 779.95 | $ 779.95 | $ 389.98 | 02/25/05 | $ 389.98 | 03/16/05 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 393023016 | SPRINGFIELD TOWNSHIP | PA | 4051 | 1 | 03/19/04 | 2004 | $ 766.50 | $ 766.50 | $ 3,401.25 | 08/11/04 | $ 3,401.25 | 08/26/04 | XTZX2-1 | II | Red The Uniform Tailor |
| | 393023016 | SPRINGFIELD TOWNSHIP | PA | 4051 | 1 | 12/24/03 | 2003 | $ 729.00 | $ 729.00 | $ 3,401.25 | 08/11/04 | $ 3,401.25 | 08/26/04 | XTZX2-1 | II | Red The Uniform Tailor |
| | 393023016 | SPRINGFIELD TOWNSHIP | PA | 4051 | 5 | 07/06/04 | 2004 | $ 1,051.50 | $ 5,257.50 | $ 3,401.25 | 08/11/04 | $ 3,401.25 | 08/26/04 | XTZX2-1 | II | Red The Uniform Tailor |
| | 262095073 | ST ANN CITY | MO | 4706 | 6 | 09/10/04 | 2004 | $ 570.00 | $ 3,420.00 | $ 1,710.00 | 09/17/04 | $ 1,710.00 | 10/14/04 | XTX2-2 | II | ED ROEHR SAFETY PRODUCTS |
| | 362031028 | ST BERNARD CITY | OH | 4051 | 1 | 07/09/01 | 2001 | $ 799.00 | $ 799.00 | $ 1,237.00 | 07/16/01 | $ 1,237.00 | 08/22/01 | XTZX2-1 | II | Roy Tailors Uniform Co., Inc. |
| | 362031028 | ST BERNARD CITY | OH | 4051 | 1 | 08/10/01 | 2001 | $ 799.00 | $ 799.00 | $ 399.50 | 08/28/01 | $ 399.50 | 09/27/01 | XTZX2-1 | II | Roy Tailors Uniform Co., Inc. |
| | 362031028 | ST BERNARD CITY | OH | 4051 | 1 | 07/11/01 | 2001 | $ 795.00 | $ 795.00 | $ 795.00 | 01/24/02 | $ 795.00 | 02/15/02 | XTZX2-1 | II | Roy Tailors Uniform Co., Inc. |
| | 362031028 | ST BERNARD CITY | OH | 4051 | 1 | 06/11/01 | 2001 | $ 795.00 | $ 795.00 | $ 1,237.00 | 07/16/01 | $ 1,237.00 | 08/22/01 | XTZX2-1 | II | Roy Tailors Uniform Co., Inc. |
| | 362031028 | ST BERNARD CITY | OH | 4051 | 1 | 11/19/02 | 2002 | $ 795.00 | $ 795.00 | $ 397.50 | 12/19/02 | $ 397.50 | 01/22/03 | XTZX2-1 | II | Roy Tailors Uniform Co., Inc. |
| | 362031028 | ST BERNARD CITY | OH | 4051 | 1 | 10/19/01 | 2001 | $ 795.00 | $ 795.00 | $ 795.00 | 01/24/02 | $ 795.00 | 02/15/02 | XTZX2-1 | II | Roy Tailors Uniform Co., Inc. |
| | 362031028 | ST BERNARD CITY | OH | 4051 | 1 | 03/27/04 | 2004 | $ 795.00 | $ 795.00 | $ 397.50 | 05/24/04 | $ 397.50 | 06/10/04 | XTX2-1 | II | Roy Tailors Uniform Co., Inc. |
| | 362031028 | ST BERNARD CITY | OH | 4051 | 1 | 10/28/02 | 2002 | $ 795.00 | $ 795.00 | $ 397.50 | 11/07/02 | $ 397.50 | 11/27/02 | XTZX2-1 | II | Roy Tailors Uniform Co., Inc. |
| | 362031028 | ST BERNARD CITY | OH | 4051 | 2 | 07/26/05 | 2005 | $ 475.00 | $ 950.00 | $ 475.00 | 08/14/05 | $ 475.00 | 10/11/05 | XTX2-1 | II | Roy Tailors Uniform Company Inc. |
| | 392054026 | ST CLAIR BOROUGH | PA | 4051 | 7 | 09/09/04 | 2004 | $ 770.90 | $ 5,396.30 | $ 2,713.15 | 10/04/04 | $ 2,713.15 | 11/03/04 | XTZX2-1 | II | SAFETY LEAGUE |
| | 452027008 | ST GEORGE CITY | UT | 4051 | 2 | 06/23/04 | 2004 | $ 821.70 | $ 1,643.40 | $ 821.70 | 08/17/04 | $ 821.70 | 09/17/04 | XTX2-1 | II | Skaggs Companies Inc |
| | 452027008 | ST GEORGE CITY | UT | 4706 | 1 | 02/18/04 | 2004 | $ 821.00 | $ 821.00 | $ 410.50 | 02/20/04 | $ 410.50 | 03/17/04 | XTX2-2 | II | SKAGGS Companies |
| | 52028003 | ST HELENA CITY | CA | 4051 | 1 | 10/02/03 | 2003 | $ 830.00 | $ 830.00 | $ 451.17 | 10/08/03 | $ 451.17 | 10/29/03 | XTZX2-1 | II | ADAMSON INDUSTRIES |
| | 52028003 | ST HELENA CITY | CA | 4051 | 6 | 05/11/01 | 2001 | $ 830.00 | $ 4,980.00 | $ 2,686.83 | 05/24/01 | $ 2,686.83 | 07/02/01 | XTZX2-1 | II | ADAMSON INDUSTRIES |
| | 382005056100 | ST HELENS POLICE DEPT | OR | 4063 | 1 | 11/13/03 | 2003 | $ 600.00 | $ 600.00 | $ 608.00 | 03/29/04 | $ 608.00 | 04/21/04 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 382005056100 | ST HELENS POLICE DEPT | OR | 4063 | 1 | 05/14/03 | 2003 | $ 783.00 | $ 783.00 | $ 391.50 | 05/17/03 | $ 391.50 | 06/17/03 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 382005056100 | ST HELENS POLICE DEPT | OR | 4063 | 1 | 02/26/04 | 2004 | $ 783.00 | $ 783.00 | $ 991.50 | 04/11/03 | $ 991.50 | 06/13/03 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 242083008 | ST JAMES CITY | MN | 4049 | 1 | 12/10/02 | 2002 | $ 650.00 | $ 650.00 | $ 676.45 | 10/06/03 | $ 676.45 | 10/29/03 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242083008 | ST JAMES CITY | MN | 4049 | 1 | 12/31/02 | 2002 | $ 650.00 | $ 650.00 | $ 676.45 | 10/06/03 | $ 676.45 | 10/29/03 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242083008 | ST JAMES CITY | MN | 4049 | 2 | 01/12/05 | 2005 | $ 690.00 | $ 1,380.00 | $ 705.95 | 01/14/05 | $ 705.95 | 02/04/05 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 241069069 | ST LOUIS COUNTY | MN | 4049 | 1 | 05/10/02 | 2002 | $ 628.00 | $ 628.00 | $ 3,493.21 | 01/03/03 | $ 3,493.21 | 01/28/03 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

Exhibit 7

**Armor Holdings Z Shield Related BVP Reimbursement Spreadsheet**

| Sampled | AGENCY ID | AGENCY NAME | STATE | MODEL ID | QTY RECEIVED | DATE RECEIVED | YEAR RECEIVED | UNIT PRICE | EXTENDED PRICE | AMOUNT REQUESTED | DATE REQUESTED | AMOUNT PAID | DATE PAID | MODEL NAME | THREAT LEVEL | DISTRIBUTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 241069069 | ST LOUIS COUNTY | MN | 4063 | 1 | 05/14/02 | 2002 | $ 628.00 | $ 628.00 | 3,493.21 | 01/03/03 | $ 3,493.21 | 01/28/03 | XTX3A-1 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 241069069 | ST LOUIS COUNTY | MN | 4063 | 1 | 05/15/02 | 2002 | $ 678.47 | $ 678.47 | 3,493.21 | 01/03/03 | $ 3,493.21 | 01/28/03 | XTX3A-1 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 261095095 | ST LOUIS COUNTY | MO | 4706 | 1 | 06/17/04 | 2004 | $ 570.00 | $ 570.00 | 2,850.00 | 12/30/04 | $ 2,850.00 | 01/20/05 | XTX2-2 | II | ED ROEHR SAFETY PRODUCTS |
| | 261095095 | ST LOUIS COUNTY | MO | 4706 | 3 | 10/12/04 | 2004 | $ 570.00 | $ 1,710.00 | 1,710.00 | 02/28/06 | $ 1,710.00 | 09/13/06 | XTX2-2 | II | ED ROEHR SAFETY PRODUCTS |
| | 261095095 | ST LOUIS COUNTY | MO | 4706 | 3 | 08/13/04 | 2004 | $ 570.00 | $ 1,710.00 | 1,710.00 | 02/28/06 | $ 1,710.00 | 09/13/06 | XTX2-2 | II | ED ROEHR SAFETY PRODUCTS |
| | 261095095 | ST LOUIS COUNTY | MO | 4706 | 3 | 07/26/04 | 2004 | $ 570.00 | $ 1,710.00 | 2,850.00 | 12/30/04 | $ 2,850.00 | 01/20/05 | XTX2-2 | II | ED ROEHR SAFETY PRODUCTS |
| | 261095095 | ST LOUIS COUNTY | MO | 4706 | 6 | 07/26/04 | 2004 | $ 570.00 | $ 3,420.00 | 2,850.00 | 12/30/04 | $ 2,850.00 | 01/20/05 | XTX2-2 | II | ED ROEHR SAFETY PRODUCTS |
| | 132005003 | ST MARIES CITY | ID | 4706 | 4 | 12/01/04 | 2004 | $ 849.00 | $ 3,396.00 | 1,703.00 | 04/14/05 | $ 1,703.00 | 06/24/05 | XTX2-2 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 110000000A820 | State Board of Pardons and Paroles | GA | 4049 | 90 | 07/12/04 | 2004 | $ 519.20 | $ 46,728.00 | 23,364.00 | 08/26/04 | $ 23,364.00 | 09/17/04 | XTX2-1 | II | GT Distributors |
| | 392014010 | STATE COLLEGE BOROUGH | PA | 4706 | 6 | 10/25/04 | 2004 | $ 770.90 | $ 4,625.40 | 2,342.70 | 11/08/04 | $ 2,342.70 | 11/24/04 | XTX2-2 | II | Safety League, Inc. |
| | 351046046 | STEELE COUNTY | ND | 4049 | 3 | 09/26/02 | 2002 | $ 679.95 | $ 2,039.85 | 1,030.90 | 10/03/02 | $ 1,030.90 | 10/24/02 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242082016 | STILLWATER CITY | MN | 4706 | 9 | 07/01/05 | 2005 | $ 688.00 | $ 6,192.00 | 3,110.98 | 09/13/05 | $ 3,110.98 | 11/03/05 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| | 261104103 | STODDARD COUNTY | MO | 4051 | 4 | 07/14/04 | 2004 | $ 770.00 | $ 3,080.00 | 1,545.94 | 07/24/04 | $ 1,545.94 | 08/18/04 | XTX2-1 | II | ED ROEHR SAFETY PRODUCTS |
| | 261104103 | STODDARD COUNTY | MO | 4051 | 4 | 09/25/02 | 2002 | $ 770.00 | $ 3,080.00 | 1,540.00 | 10/06/02 | $ 1,540.00 | 10/24/02 | XTZX2-1 | II | Ed. Roehr Safety Products |
| | 161085085 | STORY COUNTY | IA | 4794 | 9 | 01/14/04 | 2004 | $ 500.00 | $ 4,500.00 | 2,264.98 | 04/12/05 | $ 2,264.98 | 06/24/05 | XTX3A-2 | IIIA | Streicher's Police Equipment - Minneapolis |
| X | 503052004 | MOUNT PLEASANT TOWN | WI | 4706 | 6 | 11/08/04 | 2004 | $ 725.00 | $ 4,350.00 | 2,189.98 | 11/17/04 | $ 2,189.98 | 12/13/04 | XTX2-2 | II | Streicher's Police Equipment - Minneapolis |
| | 3620180510100 | STRONGSVILLE POLICE DEPT | OH | 4007 | 4 | 01/29/01 | 2001 | $ 600.00 | $ 2,400.00 | 12,925.18 | 02/07/01 | $ 12,925.18 | 02/28/01 | 3AXTZX-1 | IIIA | Shuttler's Uniform Inc |
| | 3620180510100 | STRONGSVILLE POLICE DEPT | OH | 4051 | 1 | 01/29/01 | 2001 | $ 550.00 | $ 550.00 | 12,925.18 | 02/07/01 | $ 12,925.18 | 02/28/01 | XTZX2-1 | II | Shuttler's Uniform Inc |
| | 3620180510100 | STRONGSVILLE POLICE DEPT | OH | 4051 | 1 | 01/29/01 | 2001 | $ 740.00 | $ 740.00 | 12,925.18 | 02/07/01 | $ 12,925.18 | 02/28/01 | XTZX2-1 | II | Shuttler's Uniform Inc |
| | 52043014 | SUNNYVALE CITY | CA | 4063 | 3 | 06/30/05 | 2005 | $ 649.00 | $ 1,947.00 | 1,053.50 | 09/22/05 | $ 1,053.50 | 11/03/05 | XTX3A-1 | IIIA | Summit Uniforms |
| | 3300000003100 | SUNY-GENESEO UNIVERSITY POLICE | NY | 4706 | 11 | 06/29/05 | 2005 | $ 624.00 | $ 6,864.00 | 12,261.25 | 08/30/05 | $ 12,261.25 | 10/11/05 | XTX2-2 | II | United Uniforms |
| | 3300000003100 | SUNY-GENESEO UNIVERSITY POLICE | NY | 4706 | 4 | 06/29/05 | 2005 | $ 699.00 | $ 2,796.00 | 12,261.25 | 08/30/05 | $ 12,261.25 | 10/11/05 | XTX2-2 | II | United Uniforms |
| | 3300000000140 | SUNY-UP STATE MEDICAL CENTER UNIVERSITY | NY | 4051 | 6 | 08/02/04 | 2004 | $ 875.00 | $ 5,250.00 | 12,261.25 | 08/30/05 | $ 12,261.25 | 10/11/05 | XTX2-1 | II | ABA - United Uniform |
| | 502043005 | SURING VILLAGE | WI | 4051 | 1 | 12/03/03 | 2003 | $ 950.00 | $ 950.00 | 477.50 | 12/17/03 | $ 477.50 | 01/20/04 | XTZX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 393022016 | SUSQUEHANNA TOWNSHIP | PA | 4007 | 1 | 05/01/02 | 2002 | $ 1,079.00 | $ 1,079.00 | 3,199.35 | 06/25/02 | $ 3,199.35 | 10/09/02 | 3AXTZX-1 | IIIA | SAFETY LEAGUE |
| | 393022016 | SUSQUEHANNA TOWNSHIP | PA | 4049 | 1 | 05/01/02 | 2002 | $ 689.95 | $ 689.95 | 3,199.35 | 06/25/02 | $ 3,199.35 | 10/09/02 | XTX2-1 | II | SAFETY LEAQUE INC. |
| | 393022016 | SUSQUEHANNA TOWNSHIP | PA | 4051 | 1 | 05/01/02 | 2002 | $ 879.95 | $ 879.95 | 3,199.35 | 06/25/02 | $ 3,199.35 | 10/09/02 | XTZX2-1 | II | SAFETY LEAGUE |
| | 393022016 | SUSQUEHANNA TOWNSHIP | PA | 4051 | 1 | 07/15/03 | 2003 | $ 879.95 | $ 879.95 | 2,114.85 | 11/08/03 | $ 2,114.85 | 12/12/03 | XTZX2-1 | II | Safety League Inc. |
| | 393022016 | SUSQUEHANNA TOWNSHIP | PA | 4051 | 1 | 07/15/03 | 2003 | $ 589.95 | $ 589.95 | 2,114.85 | 11/08/03 | $ 2,114.85 | 12/12/03 | XTX2-1 | II | Safety League Inc. |
| | 393022016 | SUSQUEHANNA TOWNSHIP | PA | 4706 | 3 | 07/15/03 | 2003 | $ 689.95 | $ 2,069.85 | 2,114.85 | 11/08/03 | $ 2,114.85 | 12/12/03 | XTX2-2 | II | Safety League Inc. |
| | 392023025 | SWARTHMORE BOROUGH | PA | 4051 | 9 | 04/18/02 | 2002 | $ 879.95 | $ 7,919.55 | 3,969.78 | 06/03/02 | $ 3,969.78 | 07/22/02 | XTZX2-1 | II | Safety League Inc. |
| | 511019019 | SWEETWATER COUNTY | WY | 4030 | 1 | 10/15/02 | 2002 | $ 1,199.94 | $ 1,199.94 | 2,993.84 | 08/05/03 | $ 2,993.84 | 08/29/03 | 3AXTZX | IIIA | Skaggs Companies, Inc |
| | 363048011 | SYLVANIA TOWNSHIP | OH | 4020 | 1 | 08/15/02 | 2002 | $ 575.00 | $ 575.00 | 575.00 | 02/20/03 | $ 575.00 | 03/12/03 | XTX2A-1 | IIA | Superior Uniform Sales, Inc. |
| | 363048011 | SYLVANIA TOWNSHIP | OH | 4020 | 1 | 12/19/02 | 2002 | $ 575.00 | $ 575.00 | 575.00 | 02/20/03 | $ 575.00 | 03/12/03 | XTX2A-1 | IIA | Superior Uniform Sales, Inc. |
| | 363048011 | SYLVANIA TOWNSHIP | OH | 4051 | 1 | 07/11/01 | 2001 | $ 897.00 | $ 897.00 | 3,323.50 | 07/31/01 | $ 3,323.50 | 08/21/01 | XTZX2-1 | II | Superior Uniform Sales, Inc. |
| | 382015010 | TALENT CITY | OR | 4063 | 1 | 11/17/03 | 2003 | $ 783.00 | $ 783.00 | 395.25 | 04/02/04 | $ 395.25 | 05/17/04 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 382015010 | TALENT CITY | OR | 4063 | 1 | 07/28/05 | 2005 | $ 995.00 | $ 995.00 | 1,002.50 | 08/25/05 | $ 1,002.50 | 10/11/05 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 99216 | Tallmadge | OH | 4706 | 2 | 09/27/05 | 2005 | $ 450.00 | $ 900.00 | 450.00 | 04/17/06 | $ 450.00 | 10/23/06 | XTX2-2 | II | LEVINSONS UNIFORMS |
| | 99216 | Tallmadge | OH | 4793 | 5 | 11/07/05 | 2005 | $ 450.00 | $ 2,250.00 | 2,462.50 | 12/08/05 | $ 2,462.50 | 03/21/06 | XTX3A-2 | IIIA | LEVINSONS UNIFORMS |
| | 01687 | TARRANT COUNTY HOSPITAL DISTRICT | TX | 4063 | 5 | 05/20/02 | 2002 | $ 509.95 | $ 2,549.75 | 1,274.88 | 10/16/02 | $ 1,274.88 | 11/15/02 | XTX3A-1 | IIIA | GT Distributors -- Texas |
| | 222003004 | TAUNTON CITY | MA | 4051 | 1 | 06/05/02 | 2002 | $ 747.00 | $ 747.00 | 3,891.79 | 01/02/03 | $ 3,891.79 | 01/28/03 | XTZX2-1 | II | Central Equipment Company |
| | 182059503 | TAYLOR MILL CITY | KY | 4706 | 3 | 12/15/03 | 2003 | $ 822.00 | $ 2,466.00 | 1,233.00 | 03/15/04 | $ 1,233.00 | 04/09/04 | XTX2-2 | II | Roy Tailors Uniform Co., Inc. |
| | 62057004 | TELLURIDE TOWN | CO | 4794 | 10 | 03/31/05 | 2005 | $ 595.00 | $ 5,950.00 | 2,975.00 | 11/01/05 | $ 2,975.00 | 12/23/05 | XTX3A-2 | IIIA | Public Safety Warehouse |
| | 441223223 | TERRY COUNTY | TX | 4051 | 7 | 09/06/02 | 2002 | $ 849.95 | $ 5,949.65 | 2,974.83 | 09/06/02 | $ 2,974.83 | 09/26/02 | XTZX2-1 | II | GT Distributors |
| | 440000000A991 | Texas Alcoholic Beverage Commission | TX | 4049 | 14 | 10/07/02 | 2002 | $ 614.95 | $ 8,609.30 | 37,908.90 | 01/10/03 | $ 37,908.90 | 01/28/03 | XTX2-1 | II | Ladd Uniform Company |
| | 322005004 | TEXICO CITY | NM | 4030 | 4 | 10/22/02 | 2002 | $ 1,122.00 | $ 4,488.00 | 2,244.00 | 10/28/02 | $ 2,244.00 | 11/15/02 | 3AXTZX | IIIA | Kaufman's West |
| | 410000000900 | THE CITADEL DEPT OF PUBLIC SAFETY | SC | 4051 | 2 | 08/27/02 | 2002 | $ 700.00 | $ 1,400.00 | 10,370.90 | 09/25/02 | $ 10,370.90 | 10/09/02 | XTZX2-1 | II | Lawmen's Safety Supply, Inc. |
| | 502046007 | THIENVILLE VILLAGE | WI | 4051 | 2 | 07/23/03 | 2003 | $ 840.00 | $ 1,680.00 | 840.00 | 08/04/03 | $ 840.00 | 08/29/03 | XTZX2-1 | II | Advance Protection Devices |
| | 111136136 | THOMAS COUNTY | GA | 4063 | 34 | 10/27/03 | 2003 | $ 544.90 | $ 18,526.60 | 9,263.30 | 11/03/03 | $ 9,263.30 | 12/12/03 | XTX3A-1 | IIIA | G.T. DISTIBITORS |
| | 73003020 | THOMASTON TOWN | CT | 4049 | 1 | 12/09/04 | 2004 | $ 795.00 | $ 795.00 | 672.50 | 01/03/05 | $ 672.50 | 02/04/05 | XTX2-1 | II | New EnglandUniform |
| | 73003020 | THOMASTON TOWN | CT | 4051 | 1 | 07/23/02 | 2002 | $ 825.00 | $ 825.00 | 825.00 | 10/29/02 | $ 825.00 | 11/15/02 | XTZX2-1 | II | New England Uniform Company |
| | 73003020 | THOMASTON TOWN | CT | 4051 | 1 | 07/24/02 | 2002 | $ 825.00 | $ 825.00 | 825.00 | 10/29/02 | $ 825.00 | 11/15/02 | XTZX2-1 | II | New England Uniform Company |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

**Exhibit 7**

**Armor Holdings Z Shield Related BVP Reimbursement Spreadsheet**

| Sampled | AGENCY ID | AGENCY NAME | STATE | MODEL ID | QTY RECEIVED | DATE RECEIVED | YEAR RECEIVED | UNIT PRICE | EXTENDED PRICE | AMOUNT REQUESTED | DATE REQUESTED | AMOUNT PAID | DATE PAID | MODEL NAME | THREAT LEVEL | DISTRIBUTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 73003020 | THOMASTON TOWN | CT | 4051 | 2 | 09/19/03 | 2003 | $ 850.00 | $ 1,700.00 | $ 850.00 | 10/07/03 | $ 850.00 | 10/29/03 | XTZX2-1 | II | New England Uniform Co. |
| | 73003020 | THOMASTON TOWN | CT | 4706 | 3 | 01/10/04 | | $ 766.66 | $ 2,299.98 | $ 1,149.99 | 03/24/06 | $ 1,149.99 | 11/23/06 | XTX2-2 | II | New England Uniform Company |
| | 12013005 | THOMASVILLE CITY | AL | 4051 | 22 | 12/12/02 | 2002 | $ 464.00 | $ 10,208.00 | $ 5,104.00 | 12/16/02 | $ 5,104.00 | 01/22/03 | XTZX2-1 | II | G.T. DISTRIBTORS |
| | 62001006 | THORNTON CITY | CO | 4049 | 1 | 03/04/05 | 2005 | $ 499.95 | $ 499.95 | $ 27,113.54 | 12/23/05 | $ 27,113.54 | 03/21/06 | XTX2-1 | II | Public Safety Warehouse |
| X | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 01/06/04 | 2004 | $ 600.00 | $ 600.00 | $ 9,600.00 | 02/24/04 | $ 9,600.00 | 03/17/04 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 62001006 | THORNTON CITY | CO | 4049 | 1 | 04/06/05 | 2005 | $ 499.95 | $ 499.95 | $ 27,113.54 | 12/23/05 | $ 27,113.54 | 03/21/06 | XTX2-1 | II | Public Safety Warehouse |
| | 62001006 | THORNTON CITY | CO | 4049 | 1 | 08/08/01 | 2001 | $ 675.00 | $ 675.00 | $ 27,113.54 | 12/23/05 | $ 27,113.54 | 03/21/06 | XTX2-1 | II | Public Safety Warehouse |
| | 62001006 | THORNTON CITY | CO | 4049 | 1 | 09/13/01 | 2001 | $ 499.95 | $ 499.95 | $ 27,113.54 | 12/23/05 | $ 27,113.54 | 03/21/06 | XTX2-1 | II | Public Safety Warehouse |
| | 62001006 | THORNTON CITY | CO | 4049 | 1 | 07/14/04 | 2004 | $ 500.00 | $ 500.00 | $ 27,113.54 | 12/23/05 | $ 27,113.54 | 03/21/06 | XTX2-1 | II | Public Safety Warehouse |
| | 62001006 | THORNTON CITY | CO | 4049 | 1 | 03/14/05 | 2005 | $ 499.95 | $ 499.95 | $ 27,113.54 | 12/23/05 | $ 27,113.54 | 03/21/06 | XTX2-1 | II | Public Safety Warehouse |
| | 62001006 | THORNTON CITY | CO | 4049 | 1 | 08/18/04 | 2004 | $ 499.95 | $ 499.95 | $ 27,113.54 | 12/23/05 | $ 27,113.54 | 03/21/06 | XTX2-1 | II | Public Safety Warehouse |
| | 62001006 | THORNTON CITY | CO | 4049 | 1 | 01/22/03 | 2003 | $ 499.95 | $ 499.95 | $ 27,113.54 | 12/23/05 | $ 27,113.54 | 03/21/06 | XTX2-1 | II | Public Safety Warehouse |
| | 62001006 | THORNTON CITY | CO | 4049 | 1 | 10/22/01 | 2001 | $ 445.90 | $ 445.90 | $ 27,113.54 | 12/23/05 | $ 27,113.54 | 03/21/06 | XTX2-1 | II | Public Safety Warehouse |
| | 62001006 | THORNTON CITY | CO | 4049 | 1 | 07/23/03 | 2003 | $ 475.95 | $ 475.95 | $ 27,113.54 | 12/23/05 | $ 27,113.54 | 03/21/06 | XTX2-1 | II | Public Safety Warehouse |
| | 62001006 | THORNTON CITY | CO | 4049 | 1 | 02/24/05 | 2005 | $ 499.95 | $ 499.95 | $ 27,113.54 | 12/23/05 | $ 27,113.54 | 03/21/06 | XTX2-1 | II | Public Safety Warehouse |
| | 62001006 | THORNTON CITY | CO | 4049 | 1 | 03/24/05 | 2005 | $ 474.95 | $ 474.95 | $ 27,113.54 | 12/23/05 | $ 27,113.54 | 03/21/06 | XTX2-1 | II | Public Safety Warehouse |
| | 62001006 | THORNTON CITY | CO | 4049 | 1 | 06/27/01 | 2001 | $ 495.95 | $ 495.95 | $ 27,113.54 | 12/23/05 | $ 27,113.54 | 03/21/06 | XTX2-1 | II | Public Safety Warehouse |
| | 62001006 | THORNTON CITY | CO | 4049 | 1 | 06/28/05 | 2005 | $ 400.00 | $ 400.00 | $ 27,113.54 | 12/23/05 | $ 27,113.54 | 03/21/06 | XTX2-1 | II | Public Safety Warehouse |
| | 62001006 | THORNTON CITY | CO | 4049 | 1 | 05/28/02 | 2002 | $ 493.32 | $ 493.32 | $ 27,113.54 | 12/23/05 | $ 27,113.54 | 03/21/06 | XTX2-1 | II | Public Safety Warehouse |
| | 362074008 | TIFFIN CITY | OH | 4051 | 5 | 06/01/04 | 2004 | $ 947.00 | $ 4,735.00 | $ 2,387.50 | 08/04/04 | $ 2,387.50 | 08/26/04 | XTZX2-1 | II | Superior Uniform Sales, Inc |
| | 362074008 | TIFFIN CITY | OH | 4051 | 8 | 08/20/03 | 2003 | $ 947.00 | $ 7,576.00 | $ 3,793.73 | 09/05/03 | $ 3,793.73 | 09/26/03 | XTZX2-1 | II | Superior Uniform |
| | 241077077 | TODD COUNTY | MN | 4794 | 1 | 06/07/03 | 2003 | $ 950.00 | $ 950.00 | $ 489.98 | 09/16/03 | $ 489.98 | 09/16/03 | XTX3A-2 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 241077077 | TODD COUNTY | MN | 4794 | 2 | 02/10/04 | 2004 | $ 950.00 | $ 1,900.00 | $ 959.98 | 04/22/04 | $ 959.98 | 05/17/04 | XTX3A-2 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 241077077 | TODD COUNTY | MN | 4794 | 4 | 03/22/04 | 2004 | $ 950.00 | $ 3,800.00 | $ 1,900.00 | 02/11/05 | $ 1,900.00 | 02/23/05 | XTX3A-2 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 3820210660100 | TOLEDO POLICE DEPT | OR | 4063 | 1 | 03/29/01 | 2001 | $ 679.00 | $ 679.00 | $ 857.45 | 04/10/02 | $ 857.45 | 04/26/02 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 393046024 | TOWAMENCIN TOWNSHIP | PA | 4007 | 1 | 02/27/04 | 2004 | $ 660.00 | $ 660.00 | $ 3,414.56 | 06/10/04 | $ 3,414.56 | 07/06/04 | 3AXTZX-1 | IIIA | Red The Uniform Tailor |
| | 9926 | TOWN AND COUNTRY CITY | MO | 4049 | 1 | 10/22/04 | 2004 | $ 570.00 | $ 570.00 | $ 285.00 | 12/21/04 | $ 285.00 | 01/20/05 | XTX2-1 | II | ED ROEHR SAFETY PRODUCTS |
| | 9926 | TOWN AND COUNTRY CITY | MO | 4051 | 1 | 09/27/02 | 2002 | $ 770.00 | $ 770.00 | $ 385.00 | 10/03/02 | $ 385.00 | 10/24/02 | XTZX2-1 | II | Ed Roehr Safety Products |
| | 9926 | TOWN AND COUNTRY CITY | MO | 4051 | 29 | 06/15/03 | 2003 | $ 770.00 | $ 22,330.00 | $ 11,165.00 | 07/21/03 | $ 11,165.00 | 08/21/03 | XTZX2-1 | II | ED ROEHR SAFETY PRODUCTS |
| | 9926 | TOWN AND COUNTRY CITY | MO | 4051 | 2 | 12/01/03 | 2003 | $ 770.00 | $ 1,540.00 | $ 770.00 | 12/10/03 | $ 770.00 | 01/12/04 | XTZX2-1 | II | Ed. Roehr Safety Products |
| | 9926 | TOWN AND COUNTRY CITY | MO | 4051 | 2 | 05/28/01 | 2001 | $ 795.00 | $ 1,590.00 | $ 802.98 | 06/05/01 | $ 802.98 | 07/13/01 | XTZX2-1 | II | Ed Roehr Safety Products |
| | 333015023A290 | Town of Tonawanda Police Department | NY | 4020 | 4 | 09/15/03 | 2003 | $ 525.00 | $ 2,100.00 | $ 1,050.00 | 10/14/03 | $ 1,050.00 | 10/29/03 | XTX2A-1 | IIA | United Uniforms |
| | 333015023A290 | Town of Tonawanda Police Department | NY | 4020 | 5 | 02/09/04 | 2004 | $ 525.00 | $ 2,625.00 | $ 1,312.50 | 03/25/04 | $ 1,312.50 | 04/20/04 | XTX2A-1 | IIA | United Uniforms |
| | 333015023A290 | Town of Tonawanda Police Department | NY | 4049 | 4 | 08/15/02 | 2002 | $ 525.00 | $ 2,100.00 | $ 1,975.00 | 03/03/03 | $ 1,975.00 | 03/28/03 | XTX2-1 | II | united uniform company |
| | 441227227 | TRAVIS COUNTY | TX | 4051 | 1 | 08/30/02 | 2002 | $ 475.88 | $ 475.88 | $ 237.94 | 11/14/02 | $ 237.94 | 11/27/02 | XTZX2-1 | II | GT Distributors |
| | 441227227 | TRAVIS COUNTY | TX | 4051 | 1 | 08/30/02 | 2002 | $ 475.88 | $ 475.88 | $ 237.94 | 11/14/02 | $ 237.94 | 11/27/02 | XTZX2-1 | II | GT Distributors |
| | 112041001 | TRENTON CITY | GA | 4051 | 4 | 10/31/03 | 2003 | $ 1,057.50 | $ 4,230.00 | $ 2,115.00 | 01/26/04 | $ 2,115.00 | 02/13/04 | XTZX2-1 | II | GT Distributors – Georgia |
| | 312011005 | TRENTON CITY | NJ | 4030 | 11 | 03/05/04 | 2004 | $ 996.00 | $ 10,956.00 | $ 5,478.00 | 03/04/05 | $ 5,478.00 | 03/23/05 | 3AXTZX | IIIA | Lawmen Supply Company of New Jersey, Inc |
| | 312011005 | TRENTON CITY | NJ | 4030 | 17 | 06/03/03 | 2003 | $ 996.00 | $ 16,932.00 | $ 8,466.00 | 08/26/03 | $ 8,466.00 | 09/16/03 | 3AXTZX | IIIA | Lawmen Supply Company of New Jersey, Inc |
| | 312011005 | TRENTON CITY | NJ | 4030 | 25 | 01/06/04 | 2004 | $ 996.00 | $ 24,900.00 | $ 12,450.00 | 01/30/04 | $ 12,450.00 | 02/11/04 | 3AXTZX | IIIA | Lawmen Supply Company of New Jersey, Inc |
| | 73001016 | TRUMBULL TOWN | CT | 4051 | 1 | 11/03/03 | 2003 | $ 850.00 | $ 850.00 | $ 425.00 | 11/19/03 | $ 425.00 | 12/24/03 | XTZX2-1 | II | New England Uniform Co. |
| | 73001016 | TRUMBULL TOWN | CT | 4051 | 3 | 05/29/03 | 2003 | $ 825.00 | $ 2,475.00 | $ 1,237.50 | 06/12/03 | $ 1,237.50 | 06/25/03 | XTZX2-1 | II | New England Uniform Co. |
| | 73001016 | TRUMBULL TOWN | CT | 4051 | 49 | 06/25/02 | 2002 | $ 825.00 | $ 40,425.00 | $ 20,212.50 | 07/19/02 | $ 20,212.50 | 09/05/02 | XTZX2-1 | II | New England Uniform Co. |
| | 382034008 | TUALATIN CITY | OR | 4063 | 1 | 12/01/04 | 2004 | $ 995.00 | $ 995.00 | $ 3,996.50 | 09/19/05 | $ 3,996.50 | 11/03/05 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 382034008 | TUALATIN CITY | OR | 4063 | 1 | 08/06/04 | 2004 | $ 995.00 | $ 995.00 | $ 3,996.50 | 09/19/05 | $ 3,996.50 | 11/03/05 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 382034008 | TUALATIN CITY | OR | 4063 | 1 | 06/09/05 | 2005 | $ 995.00 | $ 995.00 | $ 3,996.50 | 09/19/05 | $ 3,996.50 | 11/03/05 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 382034008 | TUALATIN CITY | OR | 4063 | 1 | 06/10/05 | 2005 | $ 995.00 | $ 995.00 | $ 3,996.50 | 09/19/05 | $ 3,996.50 | 11/03/05 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 382034008 | TUALATIN CITY | OR | 4063 | 1 | 09/16/05 | 2005 | $ 995.00 | $ 995.00 | $ 4,965.75 | 03/16/06 | $ 4,965.75 | 09/13/06 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 382034008 | TUALATIN CITY | OR | 4063 | 1 | 08/23/04 | 2004 | $ 995.00 | $ 995.00 | $ 3,996.50 | 09/19/05 | $ 3,996.50 | 11/03/05 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 382034008 | TUALATIN CITY | OR | 4063 | 1 | 02/23/05 | 2005 | $ 995.00 | $ 995.00 | $ 3,996.50 | 09/19/05 | $ 3,996.50 | 11/03/05 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 382034008 | TUALATIN CITY | OR | 4063 | 1 | 04/26/05 | 2005 | $ 995.00 | $ 995.00 | $ 3,996.50 | 09/19/05 | $ 3,996.50 | 11/03/05 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 382034008 | TUALATIN CITY | OR | 4063 | 1 | 12/30/04 | 2004 | $ 995.00 | $ 995.00 | $ 3,996.50 | 09/19/05 | $ 3,996.50 | 11/03/05 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 382034008 | TUALATIN CITY | OR | 4063 | 2 | 09/16/05 | 2005 | $ 995.00 | $ 1,990.00 | $ 4,965.75 | 03/16/06 | $ 4,965.75 | 09/13/06 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 432016002 | TULLAHOMA CITY | TN | 4049 | 13 | 06/25/03 | 2003 | $ 323.75 | $ 4,208.75 | $ 2,104.38 | 10/30/03 | $ 2,104.38 | 11/21/03 | XTX2-1 | II | GT DISTIRBITORS |
| | 52030019 | TUSTIN CITY | CA | 4051 | 1 | 03/03/05 | 2005 | $ 674.71 | $ 674.71 | $ 374.94 | 03/03/05 | $ 374.94 | 03/23/05 | XTZX2-1 | II | Long Beach Uniform Co., Inc. |
| | 52030019 | TUSTIN CITY | CA | 4051 | 1 | 05/09/05 | 2005 | $ 695.95 | $ 695.95 | $ 374.95 | 05/09/05 | $ 374.95 | 06/24/05 | XTZX2-1 | II | Long Beach Uniform Co., Inc. |

Exhibit 7

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

**Armor Holdings Z Shield Related BVP Reimbursement Spreadsheet**

| Sampled | AGENCY ID | AGENCY NAME | STATE | MODEL ID | QTY RECEIVED | DATE RECEIVED | YEAR RECEIVED | UNIT PRICE | EXTENDED PRICE | AMOUNT REQUESTED | DATE REQUESTED | AMOUNT PAID | DATE PAID | MODEL NAME | THREAT LEVEL | DISTRIBUTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 52030019 | TUSTIN CITY | CA | 4051 | 1 | 08/12/04 | 2004 | $ 849.94 | $ 849.94 | $ 457.91 | 08/12/04 | $ 457.91 | 08/26/04 | XTZX2-1 | II | Long Beach Uniform Co., Inc. |
| X | 38102602620100 | MULTNOMAH COUNTY SHERIFF OFFICE | OR | 4063 | 1 | 08/16/03 | 2003 | $ 600.00 | $ 600.00 | $ 5,700.00 | 10/22/03 | $ 5,700.00 | 11/21/03 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 52030019 | TUSTIN CITY | CA | 4051 | 2 | 04/05/05 | 2005 | $ 695.95 | $ 1,391.90 | $ 722.92 | 04/05/05 | $ 722.92 | 06/24/05 | XTZX2-1 | II | Long Beach Uniform Co., Inc. |
| | 52030019 | TUSTIN CITY | CA | 4051 | 6 | 06/08/04 | 2004 | $ 849.95 | $ 5,099.70 | $ 2,747.46 | 06/08/04 | $ 2,747.46 | 07/09/04 | XTZX2-1 | II | Long Beach Uniform Co., Inc. |
| | 132042008 | TWIN FALLS CITY | ID | 4020 | 17 | 04/13/05 | 2005 | $ 675.00 | $ 11,475.00 | $ 5,822.50 | 04/13/05 | $ 5,822.50 | 06/24/05 | XTX2A-1 | IIA | COP SHOP ETC. |
| | 132042008 | TWIN FALLS CITY | ID | 4049 | 10 | 12/10/02 | 2002 | $ 675.00 | $ 6,750.00 | $ 5,490.00 | 02/04/04 | $ 5,490.00 | 02/26/04 | XTX2-1 | II | COP SHOP ETC. |
| | 502036006 | TWO RIVERS CITY | WI | 4049 | 1 | 02/04/04 | 2004 | $ 725.00 | $ 725.00 | $ 1,009.50 | 02/14/05 | $ 1,009.50 | 02/23/05 | XTX2-1 | II | STREICHER'S-MILWAUKEE |
| | 502036006 | TWO RIVERS CITY | WI | 4049 | 1 | 07/16/03 | 2003 | $ 725.00 | $ 725.00 | $ 1,089.50 | 01/16/04 | $ 1,089.50 | 02/27/04 | XTX2-1 | II | STREICHER'S-MILWAUKEE |
| | 502036006 | TWO RIVERS CITY | WI | 4049 | 1 | 03/19/04 | 2004 | $ 725.00 | $ 725.00 | $ 1,009.50 | 02/14/05 | $ 1,009.50 | 02/23/05 | XTX2-1 | II | STREICHER'S-MILWAUKEE |
| | 502036006 | TWO RIVERS CITY | WI | 4049 | 2 | 01/21/00 | 2000 | $ 725.00 | $ 1,450.00 | $ 1,089.50 | 01/16/04 | $ 1,089.50 | 02/27/04 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 502036006 | TWO RIVERS CITY | WI | 4049 | 2 | 06/24/02 | 2002 | $ 650.00 | $ 1,300.00 | $ 2,185.43 | 01/27/03 | $ 2,185.43 | 02/14/03 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 502036006 | TWO RIVERS CITY | WI | 4049 | 3 | 10/04/02 | 2002 | $ 650.00 | $ 1,950.00 | $ 2,185.43 | 01/27/03 | $ 2,185.43 | 02/14/03 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 392007008 | TYRONE BOROUGH | PA | 4051 | 8 | 08/22/03 | 2003 | $ 879.95 | $ 7,039.60 | $ 3,544.80 | 08/22/03 | $ 3,544.80 | 09/26/03 | XTZX2-1 | II | Safety League Inc. |
| | 382030010 | UMATILLA CITY | OR | 4706 | 1 | 05/31/05 | 2005 | $ 699.00 | $ 699.00 | $ 354.50 | 04/05/06 | $ 354.50 | 10/23/06 | XTX2-2 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 381030030 | UMATILLA COUNTY | OR | 4030 | 1 | 09/13/01 | 2001 | $ 1,095.00 | $ 1,095.00 | $ 4,610.00 | 10/19/01 | $ 4,610.00 | 11/15/01 | 3AXTZX | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 381030030 | UMATILLA COUNTY | OR | 4063 | 1 | 01/22/03 | 2003 | $ 589.99 | $ 589.99 | $ 599.94 | 01/28/03 | $ 599.94 | 02/14/03 | XTX3A-1 | IIIA | SKAGGS UNIFORMS |
| | 312009009 | UNION CITY | NJ | 4793 | 16 | 09/20/01 | 2001 | $ 394.00 | $ 6,304.00 | $ 3,152.00 | 09/17/03 | $ 3,152.00 | 10/17/03 | XTX2A-2 | IIA | Lawman Supply Company of New Jersey, Inc. |
| | 312009009 | UNION CITY | NJ | 4793 | 43 | 05/12/01 | 2001 | $ 394.00 | $ 16,942.00 | $ 8,471.00 | 09/17/03 | $ 8,471.00 | 10/17/03 | XTX2A-2 | IIA | Lawman Supply Company of New Jersey, Inc. |
| | 312009009 | UNION CITY | NJ | 4793 | 73 | 05/20/03 | 2003 | $ 498.00 | $ 36,354.00 | $ 18,177.00 | 09/17/03 | $ 18,177.00 | 10/17/03 | XTX2A-2 | IIA | Lawman Supply Company of New Jersey, Inc. |
| | 391060059 | UNION COUNTY | PA | 4051 | 3 | 09/23/02 | 2002 | $ 879.00 | $ 2,637.00 | $ 1,328.50 | 10/04/02 | $ 1,328.50 | 10/24/02 | XTZX2-1 | II | Safety League Inc. |
| | 313020007 | UNION TOWNSHIP | NJ | 4007 | 10 | 09/03/03 | 2003 | $ 996.00 | $ 9,960.00 | $ 4,980.00 | 03/03/04 | $ 4,980.00 | 04/09/04 | 3AXTZX-1 | IIIA | Lawman Supply |
| | 313020007 | UNION TOWNSHIP | NJ | 4030 | 12 | 09/01/02 | 2002 | $ 996.00 | $ 11,952.00 | $ 5,976.00 | 03/03/03 | $ 5,976.00 | 03/28/03 | 3AXTZX | IIIA | Lawman Supplies |
| | 313020007 | UNION TOWNSHIP | NJ | 4030 | 12 | 09/01/02 | 2002 | $ 996.00 | $ 11,952.00 | $ 5,976.00 | 03/03/03 | $ 5,976.00 | 03/28/03 | 3AXTZX | IIIA | Lawman Supplies |
| | 400000001800 | UNIVERSITY OF ARKANSAS-LITTLE ROCK POLICE | AR | 4049 | 6 | 12/30/03 | 2003 | $ 635.00 | $ 3,810.00 | $ 3,213.21 | 11/01/04 | $ 3,213.21 | 11/24/04 | XTX2-1 | II | Cruse Uniform & Equipment |
| | 400000001800 | UNIVERSITY OF ARKANSAS-LITTLE ROCK POLICE | AR | 4051 | 2 | 05/21/01 | 2001 | $ 635.00 | $ 1,270.00 | $ 1,998.27 | 06/04/01 | $ 1,998.27 | 07/13/01 | XTZX2-1 | II | Cruse Uniform & Equipment |
| | 400000001800 | UNIVERSITY OF ARKANSAS-LITTLE ROCK POLICE | AR | 4051 | 6 | 08/29/02 | 2002 | $ 635.00 | $ 3,810.00 | $ 78,521.14 | 02/12/03 | $ 78,521.14 | 02/26/03 | XTZX2-1 | II | Cruse Uniform & Equipment |
| | 1400000001600 | UNIVERSITY OF ILLINOIS-SPRINGFIELD POLICE | IL | 4051 | 11 | 08/23/04 | 2004 | $ 1,500.00 | $ 16,500.00 | $ 8,265.00 | 09/08/04 | $ 8,265.00 | 09/24/04 | XTZX2-1 | II | S HARRIS UNIFORMS |
| | 290000000500 | UNIVERSITY OF NEVADA-LAS VEGAS POLICE | NV | 4063 | 1 | 08/02/05 | 2005 | $ 800.00 | $ 800.00 | $ 3,439.50 | 03/20/06 | $ 3,439.50 | 10/23/06 | XTX3A-1 | IIIA | American Shooters Supply |
| | 290000000500 | UNIVERSITY OF NEVADA-LAS VEGAS POLICE | NV | 4063 | 1 | 11/02/04 | 2004 | $ 800.00 | $ 800.00 | $ 3,439.50 | 03/20/06 | $ 3,439.50 | 10/23/06 | XTX3A-1 | IIIA | American Shooters Supply |
| | 290000000500 | UNIVERSITY OF NEVADA-LAS VEGAS POLICE | NV | 4063 | 1 | 07/05/05 | 2005 | $ 800.00 | $ 800.00 | $ 3,439.50 | 03/20/06 | $ 3,439.50 | 10/23/06 | XTX3A-1 | IIIA | American Shooters Supply |
| | 290000000500 | UNIVERSITY OF NEVADA-LAS VEGAS POLICE | NV | 4063 | 1 | 12/13/04 | 2004 | $ 800.00 | $ 800.00 | $ 3,439.50 | 03/20/06 | $ 3,439.50 | 10/23/06 | XTX3A-1 | IIIA | American Shooters Supply |
| | 290000000500 | UNIVERSITY OF NEVADA-LAS VEGAS POLICE | NV | 4063 | 1 | 02/25/05 | 2005 | $ 800.00 | $ 800.00 | $ 3,439.50 | 03/20/06 | $ 3,439.50 | 10/23/06 | XTX3A-1 | IIIA | American Shooters Supply |
| | 250000000400 | UNIVERSITY OF SOUTHERN MISSISSIPPI POLICE | MS | 4049 | 12 | 01/03/05 | 2005 | $ 656.56 | $ 7,878.72 | $ 3,939.36 | 02/07/05 | $ 3,939.36 | 02/23/05 | XTX2-1 | II | Mid South Uniform |
| | 4400000001700 | UNIVERSITY OF TEXAS-AUSTIN POLICE | TX | 4049 | 11 | 12/20/02 | 2002 | $ 479.50 | $ 5,274.50 | $ 37,908.90 | 01/10/03 | $ 37,908.90 | 01/28/03 | XTX2-1 | II | GT Distributors -- Texas |
| | 500000000800 | UNIVERSITY OF WISCONSIN-MILWAUKEE POLICE | WI | 4049 | 5 | 07/03/03 | 2003 | $ 650.00 | $ 3,250.00 | $ 2,930.00 | 11/18/05 | $ 2,930.00 | 12/23/05 | XTX2-1 | II | STREICHER'S-MILWAUKEE |
| | 500000000800 | UNIVERSITY OF WISCONSIN-MILWAUKEE POLICE | WI | 4049 | 7 | 07/03/03 | 2003 | $ 650.00 | $ 3,900.00 | $ 5,670.00 | 07/27/04 | $ 5,670.00 | 08/18/04 | XTX2-1 | II | STREICHER'S-MILWAUKEE |
| | 212017025 | UNIVERSITY PARK TOWN | MD | 4007 | 6 | 03/04/03 | 2003 | $ 1,052.80 | $ 6,316.80 | $ 3,158.40 | 07/22/03 | $ 3,158.40 | 08/22/03 | 3AXTZX-1 | IIIA | Safety League, Inc. |
| | 393021019 | UPPER ALLEN TOWNSHIP | PA | 4051 | 5 | 10/01/02 | 2002 | $ 879.95 | $ 4,399.75 | $ 2,199.88 | 10/15/02 | $ 2,199.88 | 10/24/02 | XTZX2-1 | II | Safety League, Inc. |
| | 487029001 | UPPER SKAGIT INDIAN TRIBE | WA | 4030 | 1 | 06/15/02 | 2002 | $ 799.99 | $ 799.99 | $ 414.99 | 11/14/02 | $ 414.99 | 11/27/02 | 3AXTZX | IIIA | Galls Inc |
| | 352002011 | VALLEY CITY | ND | 4030 | 4 | 07/05/01 | 2001 | $ 940.00 | $ 3,760.00 | $ 1,886.48 | 11/06/02 | $ 1,886.48 | 11/27/02 | 3AXTZX | IIIA | Streicher's Police Equipment - Minneapolis |
| | 131043043 | VALLEY COUNTY | ID | 4706 | 6 | 08/05/05 | 2005 | $ 679.95 | $ 4,079.70 | $ 2,039.85 | 02/22/06 | $ 2,039.85 | 09/13/06 | XTX2-2 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| X | 52001008 | NEWARK CITY | CA | 4030 | 1 | 10/16/02 | 2002 | $ 549.00 | $ 549.00 | $ 1,192.37 | 06/02/04 | $ 1,192.37 | 07/09/04 | 3AXTZX | IIIA | ADAMSON INDUSTRIES |
| | 42017005 | VAN BUREN CITY | AR | 4049 | 3 | 02/10/05 | 2005 | $ 635.00 | $ 1,905.00 | $ 1,023.94 | 02/23/05 | $ 1,023.94 | 03/16/05 | XTX2-1 | II | Cruse Uniform & Equipment |
| | 182068002 | VANCEBURG CITY | KY | 4706 | 6 | 12/31/03 | 2003 | $ 589.00 | $ 3,534.00 | $ 1,767.00 | 01/06/04 | $ 1,767.00 | 02/03/04 | XTX2-2 | II | Galls Inc |
| | 442244003 | VERNON CITY | TX | 4794 | 24 | 05/28/03 | 2003 | $ 400.00 | $ 9,600.00 | $ 4,800.00 | 12/12/03 | $ 4,800.00 | 01/12/04 | XTX3A | IIIA | GT Distributors |
| | 382005007 | VERNONIA CITY | OR | 4063 | 1 | 05/14/04 | 2004 | $ 600.00 | $ 600.00 | $ 304.50 | 06/07/04 | $ 304.50 | 07/06/04 | XTX3A-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 312006004 | VINELAND CITY | NJ | 4030 | 10 | 01/30/03 | 2003 | $ 960.57 | $ 9,605.70 | $ 7,250.85 | 09/30/03 | $ 7,250.85 | 10/17/03 | 3AXTZX | IIIA | Lawman Supply Company of New Jersey, Inc. |
| | 312006004 | VINELAND CITY | NJ | 4030 | 12 | 08/04/05 | 2005 | $ 728.20 | $ 8,738.40 | $ 6,031.30 | 10/06/05 | $ 6,031.30 | 12/23/05 | 3AXTZX | IIIA | Lawman Supply Company of New Jersey, Inc. |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

Exhibit 7

**Armor Holdings Z Shield Related BVP Reimbursement Spreadsheet**

| Sampled | AGENCY ID | AGENCY NAME | STATE | MODEL ID | QTY RECEIVED | DATE RECEIVED | YEAR RECEIVED | UNIT PRICE | EXTENDED PRICE | AMOUNT REQUESTED | DATE REQUESTED | AMOUNT PAID | DATE PAID | MODEL NAME | THREAT LEVEL | DISTRIBUTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 312006004 | VINELAND CITY | NJ | 4030 | 1 | 06/02/04 | 2004 | $ 996.00 | $ 996.00 | $ 4,980.00 | 07/19/04 | $ 4,980.00 | 08/18/04 | 3AXTZX | IIIA | Lawmen Supply Company of New Jersey, Inc. |
| | 312006004 | VINELAND CITY | NJ | 4030 | 1 | 09/10/04 | 2004 | $ 555.00 | $ 555.00 | $ 1,847.40 | 01/21/05 | $ 1,847.40 | 02/14/05 | 3AXTZX | IIIA | Lawmen Supply Company of New Jersey, Inc. |
| | 312006004 | VINELAND CITY | NJ | 4030 | 1 | 12/14/04 | 2004 | $ 555.00 | $ 555.00 | $ 1,847.40 | 01/21/05 | $ 1,847.40 | 02/14/05 | 3AXTZX | IIIA | Lawmen Supply Company of New Jersey, Inc. |
| | 312006004 | VINELAND CITY | NJ | 4030 | 1 | 07/14/05 | 2005 | $ 728.20 | $ 728.20 | $ 364.10 | 03/13/06 | $ 364.10 | 09/13/06 | 3AXTZX | IIIA | Lawmen Supply Company of New Jersey, Inc. |
| | 312006004 | VINELAND CITY | NJ | 4030 | 1 | 07/14/05 | 2005 | $ 728.20 | $ 728.20 | $ 6,031.30 | 10/06/05 | $ 6,031.30 | 12/23/05 | 3AXTZX | IIIA | Lawmen Supply Company of New Jersey, Inc. |
| | 312006004 | VINELAND CITY | NJ | 4030 | 1 | 02/24/05 | 2005 | $ 646.00 | $ 646.00 | $ 3,814.00 | 04/21/05 | $ 3,814.00 | 06/24/05 | 3AXTZX | IIIA | Lawmen Supply Company of New Jersey, Inc. |
| | 312006004 | VINELAND CITY | NJ | 4030 | 2 | 09/05/03 | 2003 | $ 996.00 | $ 1,992.00 | $ 3,486.00 | 10/10/03 | $ 3,486.00 | 10/29/03 | 3AXTZX | IIIA | Lawman Supply Company of New Jersey, Inc |
| | 312006004 | VINELAND CITY | NJ | 4030 | 2 | 08/08/03 | 2003 | $ 996.00 | $ 1,992.00 | $ 3,486.00 | 10/10/03 | $ 3,486.00 | 10/29/03 | 3AXTZX | IIIA | Lawman Supply Company of New Jersey, Inc |
| | 312006004 | VINELAND CITY | NJ | 4030 | 2 | 09/10/04 | 2004 | $ 646.20 | $ 1,292.40 | $ 1,847.40 | 01/21/05 | $ 1,847.40 | 02/14/05 | 3AXTZX | IIIA | Lawmen Supply Company of New Jersey, Inc. |
| | 312006004 | VINELAND CITY | NJ | 4030 | 2 | 09/10/04 | 2004 | $ 646.20 | $ 1,292.40 | $ 1,847.40 | 01/21/05 | $ 1,847.40 | 02/14/05 | 3AXTZX | IIIA | Lawmen Supply Company of New Jersey, Inc. |
| | 312006004 | VINELAND CITY | NJ | 4030 | 3 | 01/04/05 | 2005 | $ 737.00 | $ 2,211.00 | $ 3,814.00 | 04/21/05 | $ 3,814.00 | 06/24/05 | 3AXTZX | IIIA | Lawmen Supply Company of New Jersey, Inc. |
| | 312006004 | VINELAND CITY | NJ | 4030 | 3 | 09/05/03 | 2003 | $ 996.00 | $ 2,988.00 | $ 3,486.00 | 10/10/03 | $ 3,486.00 | 10/29/03 | 3AXTZX | IIIA | Lawmen Supply Company of New Jersey, Inc. |
| | 312006004 | VINELAND CITY | NJ | 4030 | 3 | 08/14/03 | 2003 | $ 996.00 | $ 2,988.00 | $ 1,494.00 | 02/18/04 | $ 1,494.00 | 03/17/04 | 3AXTZX | IIIA | Lawmen Supply Company of New Jersey, Inc. |
| | 312006004 | VINELAND CITY | NJ | 4030 | 3 | 03/15/05 | 2005 | $ 729.00 | $ 2,187.00 | $ 3,814.00 | 04/21/05 | $ 3,814.00 | 06/24/05 | 3AXTZX | IIIA | Lawmen Supply Company of New Jersey, Inc. |
| | 312006004 | VINELAND CITY | NJ | 4030 | 3 | 04/24/04 | 2004 | $ 996.00 | $ 2,988.00 | $ 4,980.00 | 07/19/04 | $ 4,980.00 | 08/18/04 | 3AXTZX | IIIA | Lawmen Supply Company of New Jersey, Inc. |
| | 312006004 | VINELAND CITY | NJ | 4030 | 4 | 12/14/04 | 2004 | $ 646.00 | $ 2,584.00 | $ 3,814.00 | 04/21/05 | $ 3,814.00 | 06/24/05 | 3AXTZX | IIIA | Lawmen Supply Company of New Jersey, Inc. |
| | 312006004 | VINELAND CITY | NJ | 4030 | 4 | 07/14/05 | 2005 | $ 649.00 | $ 2,596.00 | $ 6,031.30 | 10/06/05 | $ 6,031.30 | 12/23/05 | 3AXTZX | IIIA | Lawmen Supply Company of New Jersey, Inc. |
| | 312006004 | VINELAND CITY | NJ | 4030 | 6 | 05/21/04 | 2004 | $ 996.00 | $ 5,976.00 | $ 4,980.00 | 07/19/04 | $ 4,980.00 | 08/18/04 | 3AXTZX | IIIA | Lawmen Supply Company of New Jersey, Inc. |
| | 312006004 | VINELAND CITY | NJ | 4030 | 7 | 08/06/03 | 2003 | $ 987.72 | $ 6,914.04 | $ 3,457.02 | 10/14/03 | $ 3,457.02 | 10/29/03 | 3AXTZX | IIIA | Lawmen Supply Company of New Jersey, Inc. |
| | 312006004 | VINELAND CITY | NJ | 4030 | 7 | 02/27/04 | 2004 | $ 996.00 | $ 6,972.00 | $ 3,486.00 | 04/21/04 | $ 3,486.00 | 05/17/04 | 3AXTZX | IIIA | Lawmen Supply Company of New Jersey, Inc. |
| | 241079079 | WABASHA COUNTY | MN | 4007 | 3 | 03/31/03 | 2003 | $ 929.00 | $ 2,787.00 | $ 1,408.50 | 10/14/03 | $ 1,408.50 | 10/29/03 | 3AXTZX-1 | IIIA | Brian Swedberg S.C. Vests |
| | 362052009 | WADSWORTH CITY | OH | 4051 | 1 | 09/10/03 | 2003 | $ 849.95 | $ 849.95 | $ 437.48 | 09/15/03 | $ 437.48 | 09/26/03 | XTZX2-1 | II | GT Distributors -- Texas |
| | 362052009 | WADSWORTH CITY | OH | 4051 | 1 | 12/22/03 | 2003 | $ 849.95 | $ 849.95 | $ 434.98 | 12/22/03 | $ 434.98 | 01/20/04 | XTZX2-1 | II | GT Distributors -- Texas |
| | 362052009 | WADSWORTH CITY | OH | 4051 | 1 | 03/31/03 | 2003 | $ 849.95 | $ 849.95 | $ 1,724.90 | 08/22/03 | $ 1,724.90 | 09/16/03 | XTZX2-1 | II | GT Distributors -- Texas |
| | 362052009 | WADSWORTH CITY | OH | 4051 | 2 | 10/01/02 | 2002 | $ 849.95 | $ 1,699.90 | $ 874.95 | 10/24/02 | $ 874.95 | 10/24/02 | XTZX2-1 | II | GT Distributors -- Texas |
| | 362052009 | WADSWORTH CITY | OH | 4051 | 3 | 07/25/03 | 2003 | $ 849.95 | $ 2,549.85 | $ 1,724.90 | 08/22/03 | $ 1,724.90 | 09/16/03 | XTZX2-1 | II | GT Distributors -- Texas |
| | 362052009 | WADSWORTH CITY | OH | 4051 | 5 | 10/14/02 | 2002 | $ 874.95 | $ 4,374.75 | $ 2,199.88 | 10/27/02 | $ 2,199.88 | 11/15/02 | XTZX2-1 | II | GT Distributors |
| | 352039011 | WAHPETON CITY | ND | 4706 | 1 | 06/23/05 | 2005 | $ 810.90 | $ 810.90 | $ 707.27 | 02/23/06 | $ 707.27 | 09/13/06 | XTX2-2 | II | STREICHERS POLICE EQUIPMENT |
| | 242073029 | WAITE PARK CITY | MN | 4020 | 3 | 03/04/03 | 2003 | $ 695.00 | $ 2,085.00 | $ 2,085.00 | 07/21/03 | $ 2,085.00 | 08/21/03 | XTX2A-1 | IIA | Streicher's Police Equipment - Minneapolis |
| | 242073029 | WAITE PARK CITY | MN | 4020 | 3 | 03/04/03 | 2003 | $ 695.00 | $ 2,085.00 | $ 2,085.00 | 07/21/03 | $ 2,085.00 | 08/21/03 | XTX2A-1 | IIA | Streicher's Police Equipment - Minneapolis |
| | 441236236 | WALKER COUNTY | TX | 4051 | 1 | 10/04/02 | 2002 | $ 849.95 | $ 849.95 | $ 435.45 | 12/05/02 | $ 435.45 | 12/31/02 | XTZX2-1 | II | GT Distributors |
| | 481036036 | WALLA WALLA COUNTY | WA | 4706 | 1 | 08/15/04 | 2004 | $ 950.00 | $ 950.00 | $ 1,427.27 | 10/22/04 | $ 1,427.27 | 11/22/04 | XTX2-2 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 481036036 | WALLA WALLA COUNTY | WA | 4706 | 1 | 07/22/05 | 2005 | $ 849.00 | $ 849.00 | $ 934.00 | 08/17/05 | $ 934.00 | 10/11/05 | XTX2-2 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 481036036 | WALLA WALLA COUNTY | WA | 4706 | 1 | 05/31/05 | 2005 | $ 849.00 | $ 849.00 | $ 934.00 | 08/17/05 | $ 934.00 | 10/11/05 | XTX2-2 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 481036036 | WALLA WALLA COUNTY | WA | 4706 | 2 | 09/15/04 | 2004 | $ 849.00 | $ 1,698.00 | $ 1,427.27 | 10/22/04 | $ 1,427.27 | 11/22/04 | XTX2-2 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482036004050100 | WALLA WALLA POLICE DEPT | WA | 4049 | 1 | 08/05/03 | 2003 | $ 790.00 | $ 790.00 | $ 1,699.42 | 08/05/03 | $ 1,699.42 | 08/29/03 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482036004050100 | WALLA WALLA POLICE DEPT | WA | 4049 | 2 | 07/01/03 | 2003 | $ 790.00 | $ 1,580.00 | $ 1,490.85 | 07/22/03 | $ 1,490.85 | 08/22/03 | XTX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 52007011 | WALNUT CREEK CITY | CA | 4007 | 1 | 10/08/03 | 2003 | $ 950.00 | $ 950.00 | $ 3,121.94 | 08/31/04 | $ 3,121.94 | 09/17/04 | 3AXTZX-1 | IIIA | Adamson Industries-North |
| | 52007011 | WALNUT CREEK CITY | CA | 4007 | 1 | 08/09/02 | 2002 | $ 879.00 | $ 879.00 | $ 5,964.48 | 09/03/02 | $ 5,964.48 | 09/26/02 | 3AXTZX-1 | IIIA | ADAMSON INDUSTRIES |
| | 52007011 | WALNUT CREEK CITY | CA | 4007 | 1 | 03/17/04 | 2004 | $ 950.00 | $ 950.00 | $ 3,121.94 | 08/31/04 | $ 3,121.94 | 09/17/04 | 3AXTZX-1 | IIIA | ADAMSON INDUSTRIES |
| | 52007011 | WALNUT CREEK CITY | CA | 4007 | 1 | 02/18/04 | 2004 | $ 950.00 | $ 950.00 | $ 1,028.38 | 03/15/04 | $ 1,028.38 | 04/09/04 | 3AXTZX-1 | IIIA | ADAMSON INDUSTRIES |
| | 52007011 | WALNUT CREEK CITY | CA | 4030 | 1 | 03/04/04 | 2004 | $ 950.00 | $ 950.00 | $ 1,028.38 | 03/15/04 | $ 1,028.38 | 04/09/04 | 3AXTZX | IIIA | ADAMSON INDUSTRIES |
| | 52007011 | WALNUT CREEK CITY | CA | 4030 | 1 | 10/24/03 | 2003 | $ 950.00 | $ 950.00 | $ 2,799.05 | 11/25/03 | $ 2,799.05 | 12/24/03 | 3AXTZX | IIIA | ADAMSON INDUSTRIES |
| | 52007011 | WALNUT CREEK CITY | CA | 4030 | 1 | 08/29/02 | 2002 | $ 995.00 | $ 995.00 | $ 5,964.48 | 09/03/02 | $ 5,964.48 | 09/26/02 | 3AXTZX | IIIA | ADAMSON INDUSTRIES |
| | 52007011 | WALNUT CREEK CITY | CA | 4030 | 2 | 10/02/03 | 2003 | $ 995.00 | $ 1,990.00 | $ 2,799.05 | 11/25/03 | $ 2,799.05 | 12/24/03 | 3AXTZX | IIIA | ADAMSON INDUSTRIES |
| | 52007011 | WALNUT CREEK CITY | CA | 4063 | 1 | 05/27/05 | 2005 | $ 700.00 | $ 700.00 | $ 2,834.92 | 06/07/05 | $ 2,834.92 | 06/13/05 | XTX3A-1 | IIIA | ADAMSON INDUSTRIES |
| | 342096901 | WALNUT CREEK VILLAGE | NC | 4051 | 2 | 09/12/01 | 2001 | $ 899.99 | $ 1,799.98 | $ 953.99 | 06/05/02 | $ 953.99 | 07/17/02 | XTZX2-1 | II | LAWMEN'S |
| | 252040003 | WALNUT GROVE TOWN | MS | 4049 | 3 | 09/07/04 | 2004 | $ 656.56 | $ 1,969.68 | $ 984.84 | 10/04/04 | $ 984.84 | 11/03/04 | XTX2-1 | II | Mid South Uniform & Supply, Inc. |
| | 412015005 | WALTERBORO CITY | SC | 4030 | 1 | 06/06/03 | 2003 | $ 828.00 | $ 828.00 | $ 438.84 | 06/13/03 | $ 438.84 | 07/18/03 | 3AXTZX | IIIA | Lawmen's Safety Supply, Inc. |
| | 412015005 | WALTERBORO CITY | SC | 4030 | 1 | 09/24/02 | 2002 | $ 999.00 | $ 999.00 | $ 2,648.40 | 11/18/02 | $ 2,648.40 | 12/18/02 | 3AXTZX | IIIA | LAWMEN'S SAFETY SUPPLY INC. |
| X | 362004008 | NORTH KINGSVILLE VILLAGE | OH | 4706 | 5 | 08/08/05 | 2005 | $ 750.00 | $ 3,750.00 | $ 1,875.00 | 08/15/05 | $ 1,875.00 | 10/11/05 | XTX2-2 | II | American Uniform & Supply |
| | 412015005 | WALTERBORO CITY | SC | 4030 | 2 | 09/24/02 | 2002 | $ 999.99 | $ 1,999.98 | $ 2,648.40 | 11/18/02 | $ 2,648.40 | 12/18/02 | 3AXTZX | IIIA | LAWMEN'S SAFETY SUPPLY INC. |
| | 412015005 | WALTERBORO CITY | SC | 4030 | 2 | 09/24/02 | 2002 | $ 999.99 | $ 1,998.00 | $ 2,648.40 | 11/18/02 | $ 2,648.40 | 12/18/02 | 3AXTZX | IIIA | LAWMEN'S SAFETY SUPPLY INC. |
| | 412015005 | WALTERBORO CITY | SC | 4030 | 4 | 12/09/03 | 2003 | $ 828.00 | $ 3,312.00 | $ 2,649.86 | 03/02/04 | $ 2,649.86 | 04/08/04 | 3AXTZX | IIIA | LAWMEN'S SAFETY SUPPLY INC. |
| | 501065065 | WALWORTH COUNTY | WI | 4030 | 1 | 11/17/03 | 2003 | $ 545.00 | $ 545.00 | $ 287.49 | 11/26/03 | $ 287.49 | 12/24/03 | 3AXTZX | IIIA | Advance Protection Devices |
| | 501065065 | WALWORTH COUNTY | WI | 4030 | 1 | 11/17/03 | 2003 | $ 545.00 | $ 545.00 | $ 689.71 | 12/05/03 | $ 689.71 | 01/22/04 | 3AXTZX | IIIA | Advance Protection Devices |
| | 501065065 | WALWORTH COUNTY | WI | 4030 | 1 | 11/26/03 | 2003 | $ 624.95 | $ 624.95 | $ 329.66 | 12/19/03 | $ 329.66 | 01/20/04 | 3AXTZX | IIIA | Advance Protection Devices |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

Exhibit 7

**Armor Holdings Z Shield Related BVP Reimbursement Spreadsheet**

| Sampled | AGENCY ID | AGENCY NAME | STATE | MODEL ID | QTY RECEIVED | DATE RECEIVED | YEAR RECEIVED | UNIT PRICE | EXTENDED PRICE | AMOUNT REQUESTED | DATE REQUESTED | AMOUNT PAID | DATE PAID | MODEL NAME | THREAT LEVEL | DISTRIBUTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 501065065 | WALWORTH COUNTY | WI | 4030 | 2 | 11/17/03 | 2003 | $ 545.00 | $ 1,090.00 | 574.97 | 11/27/03 | $ 574.97 | 12/24/03 | 3AXTZX | IIIA | Advance Protection Devices |
| | 501065065 | WALWORTH COUNTY | WI | 4030 | 3 | 11/17/03 | 2003 | $ 1,700.00 | $ 5,100.00 | 2,596.75 | 11/26/03 | $ 2,596.75 | 12/24/03 | 3AXTZX | IIIA | Advance Protection Devices |
| | 501065065 | WALWORTH COUNTY | WI | 4063 | 1 | 12/30/04 | 2004 | $ 585.00 | $ 585.00 | 308.59 | 01/11/05 | $ 308.59 | 02/04/05 | XTX3A-1 | IIIA | Advance protective Devices |
| | 172075009 | WAMEGO CITY | KS | 4051 | 11 | 05/20/02 | 2002 | $ 938.72 | $ 10,325.92 | 5,217.96 | 06/03/05 | $ 5,217.96 | 07/17/02 | XTZX2-1 | II | Law Enforcement Equipment Company |
| | 223012024 | WAREHAM TOWN | MA | 4030 | 1 | 06/18/04 | 2004 | $ 1,128.00 | $ 1,128.00 | 929.10 | 07/07/04 | $ 929.10 | 07/21/04 | 3AXTZX | IIIA | Mike & Wayne's Inc. |
| | 471094094 | WARREN COUNTY | VA | 4063 | 4 | 10/01/04 | 2004 | $ 860.00 | $ 3,440.00 | 1,730.00 | 12/03/04 | $ 1,730.00 | 12/23/04 | XTX3A-1 | IIIA | Southern Police Equipment Co. (VA) |
| | 242081004 | WASECA CITY | MN | 4030 | 1 | 06/14/03 | 2003 | $ 1,036.00 | $ 1,036.00 | 660.00 | 04/13/07 | $ 660.00 | 06/21/07 | 3AXTZX | IIIA | STREICHERS |
| | 242081004 | WASECA CITY | MN | 4030 | 1 | 04/22/05 | 2005 | $ 995.00 | $ 995.00 | 1,961.50 | 02/27/06 | $ 1,961.50 | 09/13/06 | 3AXTZX | IIIA | Streicher's Police Equipment - Minneapolis |
| | 242081004 | WASECA CITY | MN | 4030 | 2 | 02/11/05 | 2005 | $ 995.00 | $ 1,990.00 | 1,961.50 | 02/27/06 | $ 1,961.50 | 09/13/06 | 3AXTZX | IIIA | Streicher's Police Equipment - Minneapolis |
| X | 132038003 | PAYETTE CITY | ID | 4063 | 1 | 10/04/02 | 2002 | $ 850.00 | $ 850.00 | 425.00 | 10/15/02 | $ 425.00 | 10/24/02 | XTX3A-1 | IIIA | COP SHOP ETC. |
| | 242081004 | WASECA CITY | MN | 4049 | 1 | 01/28/05 | 2005 | $ 938.00 | $ 938.00 | 1,961.50 | 03/01/05 | $ 1,961.50 | 03/23/05 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242081004 | WASECA CITY | MN | 4049 | 5 | 03/02/04 | 2004 | $ 995.00 | $ 4,975.00 | 2,487.50 | 03/30/04 | $ 2,487.50 | 04/20/04 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| X | 312012010 | PERTH AMBOY CITY | NJ | 4030 | 30 | 08/17/05 | 2005 | $ 649.00 | $ 19,470.00 | 12,315.80 | 09/19/05 | $ 12,315.80 | 11/03/05 | 3AXTZX | IIIA | Lawmen Supply Co. NJ, Inc. |
| | 242081004 | WASECA CITY | MN | 4063 | 1 | 02/18/05 | 2005 | $ 995.00 | $ 995.00 | 1,961.50 | 03/01/05 | $ 1,961.50 | 03/23/05 | XTX3A-1 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 242081004 | WASECA CITY | MN | 4063 | 2 | 02/11/05 | 2005 | $ 995.00 | $ 1,990.00 | 1,961.50 | 03/01/05 | $ 1,961.50 | 03/23/05 | XTX3A-1 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 241081081 | WASECA COUNTY | MN | 4051 | 1 | 03/22/04 | 2004 | $ 895.00 | $ 895.00 | 459.98 | 07/06/04 | $ 459.98 | 07/21/04 | XTZX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 501066066 | WASHBURN COUNTY | WI | 4051 | 15 | 06/19/02 | 2002 | $ 815.00 | $ 12,225.00 | 6,112.50 | 07/01/02 | $ 6,112.50 | 07/29/02 | XTZX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 4800000002000 | WASHINGTON FISH/WILDLIFE DEPT-LAW ENFORCEMENT | WA | 4706 | 30 | 12/31/04 | 2004 | $ 155.54 | $ 4,666.20 | 2,333.10 | 12/13/06 | $ 2,333.10 | 03/26/07 | XTX2-2 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 39306502360100 | WASHINGTON TWP (WESTMORELAND CO) POLICE DEPT | PA | 4794 | 2 | 08/12/03 | 2003 | $ 879.95 | $ 1,759.90 | 891.45 | 08/22/03 | $ 891.45 | 09/16/03 | XTX3A-2 | IIIA | Safety League Inc. |
| | 39306502360100 | WASHINGTON TWP (WESTMORELAND CO) POLICE DEPT | PA | 4794 | 2 | 07/16/04 | 2004 | $ 899.95 | $ 1,799.90 | 899.95 | 07/16/04 | $ 899.95 | 08/18/04 | XTX3A-2 | IIIA | SAFETY LEAGUE |
| | 482006006 | WASHOUGAL CITY | WA | 4706 | 1 | 03/31/04 | 2004 | $ 637.00 | $ 637.00 | 2,311.01 | 01/04/06 | $ 2,311.01 | 05/10/06 | XTX2-2 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 482006006 | WASHOUGAL CITY | WA | 4706 | 2 | 01/10/04 | 2004 | $ 637.00 | $ 1,274.00 | 1,050.00 | 08/18/04 | $ 1,050.00 | 09/17/04 | XTX2-2 | II | Blumenthal Uniforms & Equipment |
| | 480000000A997 | Wasington State Gambling Commission | WA | 4049 | 57 | 02/14/04 | 2004 | $ 150.46 | $ 8,576.22 | 4,589.03 | 08/28/04 | $ 4,589.03 | 09/17/04 | XTX2-1 | II | Blumenthal Uniforms & Equipment |
| | 503052008 | WATERFORD TOWN | WI | 4049 | 1 | 05/31/05 | 2005 | $ 840.55 | $ 840.55 | 1,001.60 | 10/06/05 | $ 1,001.60 | 12/23/05 | XTX2-1 | II | STREICHER'S-MILWAUKEE |
| | 222009201 | WATERTOWN CITY | MA | 4051 | 5 | 09/09/02 | 2002 | $ 747.00 | $ 3,735.00 | 10,192.50 | 09/09/02 | $ 10,192.50 | 09/26/02 | XTZX2-1 | II | American Body Armor and Equipment, Inc. (Manufacturer) |
| | 392049013 | WATSONTOWN BOROUGH | PA | 4030 | 2 | 05/10/01 | 2001 | $ 1,079.95 | $ 2,159.90 | 1,104.95 | 06/21/01 | $ 1,104.95 | 07/19/01 | 3AXTZX | IIIA | Safety League, Inc.#1 |
| | 501070070 | WAUSHARA COUNTY | WI | 4063 | 2 | 06/01/03 | 2003 | $ 495.00 | $ 990.00 | 1,158.48 | 07/07/03 | $ 1,158.48 | 08/06/03 | XTX3A-1 | IIIA | Advance Protection Devices |
| | 501070070 | WAUSHARA COUNTY | WI | 4063 | 2 | 07/01/02 | 2002 | $ 125.00 | $ 250.00 | 1,216.75 | 12/26/02 | $ 1,216.75 | 01/22/03 | XTX3A-1 | IIIA | Advanced Protective Devices |
| | 501070070 | WAUSHARA COUNTY | WI | 4063 | 3 | 07/10/02 | 2002 | $ 525.00 | $ 1,575.00 | 1,216.75 | 12/26/02 | $ 1,216.75 | 01/22/03 | XTX3A-1 | IIIA | Advanced Protective Devices |
| | 502041015 | WAUWATOSA CITY | WI | 4049 | 1 | 06/25/02 | 2002 | $ 679.95 | $ 679.95 | 339.98 | 06/25/02 | $ 339.98 | 07/29/02 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 502041015 | WAUWATOSA CITY | WI | 4051 | 1 | 03/27/02 | 2002 | $ 849.95 | $ 849.95 | 8,946.25 | 06/06/02 | $ 8,946.25 | 07/18/02 | XTZX2-1 | II | Streicher's Police Equipment - Minneapolis |
| X | 451018018 | SALT LAKE COUNTY | UT | 4030 | 1 | 09/26/01 | 2001 | $ 1,070.00 | $ 1,070.00 | 15,590.34 | 10/03/01 | $ 15,590.34 | 11/01/01 | 3AXTZX | IIIA | Skaggs (UT) |
| | 112148001 | WAYCROSS CITY | GA | 4030 | 8 | 01/24/05 | 2005 | $ 490.00 | $ 3,920.00 | 4,958.00 | 01/25/05 | $ 4,958.00 | 02/14/05 | 3AXTZX | IIIA | GT Distributors – Georgia |
| | 232082027 | WAYNE CITY | MI | 4051 | 1 | 01/18/03 | 2003 | $ 849.99 | $ 849.99 | 425.00 | 02/24/03 | $ 425.00 | 03/12/03 | XTZX2-1 | II | METROPOLITAN UNIFORM |
| | 23108208270100 | WAYNE COUNTY SHERIFF OFFICE | MI | 4051 | 1 | 03/14/01 | 2001 | $ 849.00 | $ 849.00 | 8,674.72 | 09/29/06 | $ 8,674.72 | 03/22/07 | XTZX2-1 | II | METROPOLITAN UNIFORM |
| | 99438 | WAYNE VILLAGE | IL | 4051 | 1 | 12/11/01 | 2001 | $ 811.18 | $ 811.18 | 891.14 | 01/09/03 | $ 891.14 | 01/28/03 | XTZX2-1 | II | Safety Systems Corp. |
| | 99438 | WAYNE VILLAGE | IL | 4051 | 1 | 02/21/02 | 2002 | $ 971.10 | $ 971.10 | 891.14 | 01/09/03 | $ 891.14 | 01/28/03 | XTZX2-1 | II | Safety Systems Corp. |
| | 303006027 | WEARE TOWN | NH | 4030 | 9 | 12/04/03 | 2003 | $ 1,030.00 | $ 9,270.00 | 4,635.00 | 12/09/03 | $ 4,635.00 | 01/12/04 | 3AXTZX | IIIA | Riley's Sport Shop, Inc. |
| | 503007019 | WEBB LAKE TOWN | WI | 4063 | 2 | 01/13/03 | 2003 | $ 995.00 | $ 1,990.00 | 995.00 | 01/18/03 | $ 995.00 | 02/14/03 | XTX3A-1 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 242022010 | WELLS CITY | MN | 4049 | 1 | 05/28/04 | 2004 | $ 779.95 | $ 779.95 | 389.98 | 06/23/04 | $ 389.98 | 07/12/04 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 203016027 | WELLS TOWN | ME | 4706 | 16 | 07/06/04 | 2004 | $ 672.13 | $ 10,754.08 | 5,377.04 | 08/06/04 | $ 5,377.04 | 08/26/04 | XTX2-2 | II | Riley's Sport Shop, Inc. |
| | 203016027 | WELLS TOWN | ME | 4706 | 4 | 04/15/05 | 2005 | $ 760.15 | $ 3,040.60 | 1,520.30 | 05/27/05 | $ 1,520.30 | 06/27/05 | XTX2-2 | II | Riley's Sport Shop, Inc. |
| | 482004006 | WENATCHEE CITY | WA | 4049 | 12 | 03/31/05 | 2005 | $ 649.00 | $ 7,788.00 | 4,605.02 | 11/09/05 | $ 4,605.02 | 12/23/05 | XTX2-1 | II | Blumenthal Uniforms & Equipment |
| | 482004006 | WENATCHEE CITY | WA | 4049 | 1 | 10/19/05 | 2005 | $ 649.00 | $ 649.00 | 4,605.02 | 11/09/05 | $ 4,605.02 | 12/23/05 | XTX2-1 | II | Blumenthal Uniforms & Equipment |
| | 16207701460100 | WEST DES MOINES POLICE DEPT | IA | 4007 | 3 | 03/21/03 | 2003 | $ 750.00 | $ 750.00 | 3,383.45 | 03/05/04 | $ 3,383.45 | 04/09/04 | 3AXTZX-1 | IIIA | Carpenter Uniforms |
| | 73002023 | WEST HARTFORD TOWN | CT | 4049 | 6 | 01/10/05 | 2005 | $ 800.00 | $ 4,800.00 | 2,840.00 | 02/04/05 | $ 2,840.00 | 02/23/05 | XTX2-1 | II | New England Uniform Company |
| | 73002023 | WEST HARTFORD TOWN | CT | 4051 | 1 | 06/01/04 | 2004 | $ 900.00 | $ 900.00 | 4,900.00 | 08/18/04 | $ 4,900.00 | 09/17/04 | XTZX2-1 | II | New England Uniform Company |
| | 73002023 | WEST HARTFORD TOWN | CT | 4051 | 1 | 06/03/04 | 2004 | $ 900.00 | $ 900.00 | 4,900.00 | 08/18/04 | $ 4,900.00 | 09/17/04 | XTZX2-1 | II | New England Uniform Co. |
| | 73002023 | WEST HARTFORD TOWN | CT | 4051 | 1 | 06/04/04 | 2004 | $ 900.00 | $ 900.00 | 4,900.00 | 08/18/04 | $ 4,900.00 | 09/17/04 | XTZX2-1 | II | New England Uniform Co. |
| | 73002023 | WEST HARTFORD TOWN | CT | 4051 | 1 | 09/04/03 | 2003 | $ 850.00 | $ 850.00 | 2,820.00 | 11/25/03 | $ 2,820.00 | 12/24/03 | XTZX2-1 | II | New England Uniform Co. |
| | 73002023 | WEST HARTFORD TOWN | CT | 4051 | 1 | 06/09/04 | 2004 | $ 900.00 | $ 900.00 | 4,900.00 | 08/18/04 | $ 4,900.00 | 09/17/04 | XTZX2-1 | II | New England Uniform Co. |

United States of America v. Honeywell International, Inc.

Expert Report of Joseph Anastasi

Exhibit 7

**Armor Holdings Z Shield Related BVP Reimbursement Spreadsheet**

| Sampled | AGENCY ID | AGENCY NAME | STATE | MODEL ID | QTY RECEIVED | DATE RECEIVED | YEAR RECEIVED | UNIT PRICE | EXTENDED PRICE | AMOUNT REQUESTED | DATE REQUESTED | AMOUNT PAID | DATE PAID | MODEL NAME | THREAT LEVEL | DISTRIBUTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 73002023 | WEST HARTFORD TOWN | CT | 4051 | 1 | 05/23/03 | 2003 | $ 600.00 | $ 600.00 | $ 2,820.00 | 11/25/03 | $ 2,820.00 | 12/24/03 | XTZX2-1 | II | New England Uniform Co. |
| | 73002023 | WEST HARTFORD TOWN | CT | 4051 | 1 | 06/28/04 | 2004 | $ 900.00 | $ 900.00 | $ 4,900.00 | 08/18/04 | $ 4,900.00 | 09/17/04 | XTZX2-1 | II | New England Uniform Co. |
| | 73002023 | WEST HARTFORD TOWN | CT | 4051 | 2 | 07/20/04 | 2004 | $ 900.00 | $ 1,800.00 | $ 4,900.00 | 08/18/04 | $ 4,900.00 | 09/17/04 | XTZX2-1 | II | New England Uniform Co. |
| | 73002023 | WEST HARTFORD TOWN | CT | 4051 | 2 | 09/26/03 | 2003 | $ 850.00 | $ 1,700.00 | $ 2,820.00 | 11/25/03 | $ 2,820.00 | 12/24/03 | XTZX2-1 | II | New England Uniform Co. |
| | 73002023 | WEST HARTFORD TOWN | CT | 4051 | 2 | 07/30/04 | 2004 | $ 900.00 | $ 1,800.00 | $ 4,900.00 | 08/18/04 | $ 4,900.00 | 09/17/04 | XTZX2-1 | II | New England Uniform Co. |
| | 73002023 | WEST HARTFORD TOWN | CT | 4051 | 4 | 02/28/04 | 2004 | $ 900.00 | $ 3,600.00 | $ 2,640.00 | 03/12/04 | $ 2,640.00 | 04/08/04 | XTZX2-1 | II | New EnglandUniform |
| | 393036040 | WEST HEMPFIELD TOWNSHIP | PA | 4706 | 10 | 04/21/05 | 2005 | $ 679.20 | $ 6,792.00 | $ 3,396.00 | 05/06/05 | $ 3,396.00 | 06/24/05 | XTX2-2 | II | SAFETY LEAGUE INC. |
| | 393036040 | WEST HEMPFIELD TOWNSHIP | PA | 4706 | 1 | 11/02/04 | 2004 | $ 770.90 | $ 770.90 | $ 390.45 | 11/24/04 | $ 390.45 | 12/13/04 | XTX2-2 | II | SAFETY LEAQUE INC. |
| | 393036040 | WEST HEMPFIELD TOWNSHIP | PA | 4706 | 3 | 04/21/05 | 2005 | $ 815.04 | $ 2,445.12 | $ 1,222.56 | 05/06/05 | $ 1,222.56 | 06/24/05 | XTX2-2 | II | SAFETY LEAGUE INC. |
| | 382003010 | WEST LINN CITY | OR | 4794 | 1 | 12/01/03 | 2003 | $ 783.00 | $ 783.00 | $ 4,316.75 | 03/01/04 | $ 4,316.75 | 04/08/04 | XTX3A-2 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 382003010 | WEST LINN CITY | OR | 4794 | 1 | 06/04/04 | 2004 | $ 783.00 | $ 783.00 | $ 395.50 | 06/18/04 | $ 395.50 | 07/12/04 | XTX3A-2 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 382003010 | WEST LINN CITY | OR | 4794 | 1 | 03/04/04 | 2004 | $ 783.00 | $ 783.00 | $ 1,178.50 | 03/18/04 | $ 1,178.50 | 04/20/04 | XTX3A-2 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 382003010 | WEST LINN CITY | OR | 4794 | 1 | 10/09/03 | 2003 | $ 783.00 | $ 783.00 | $ 4,316.75 | 03/01/04 | $ 4,316.75 | 04/08/04 | XTX3A-2 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 382003010 | WEST LINN CITY | OR | 4794 | 1 | 10/09/03 | 2003 | $ 783.00 | $ 783.00 | $ 4,316.75 | 03/01/04 | $ 4,316.75 | 04/08/04 | XTX3A-2 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 382003010 | WEST LINN CITY | OR | 4794 | 1 | 10/09/03 | 2003 | $ 783.00 | $ 783.00 | $ 4,316.75 | 03/01/04 | $ 4,316.75 | 04/08/04 | XTX3A-2 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 382003010 | WEST LINN CITY | OR | 4794 | 1 | 10/09/03 | 2003 | $ 783.00 | $ 783.00 | $ 4,316.75 | 03/01/04 | $ 4,316.75 | 04/08/04 | XTX3A-2 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 382003010 | WEST LINN CITY | OR | 4794 | 1 | 07/12/03 | 2003 | $ 995.00 | $ 995.00 | $ 4,316.75 | 03/01/04 | $ 4,316.75 | 04/08/04 | XTX3A-2 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 382003010 | WEST LINN CITY | OR | 4794 | 1 | 10/19/03 | 2003 | $ 783.00 | $ 783.00 | $ 4,316.75 | 03/01/04 | $ 4,316.75 | 04/08/04 | XTX3A-2 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 382003010 | WEST LINN CITY | OR | 4794 | 1 | 10/22/03 | 2003 | $ 783.00 | $ 783.00 | $ 4,316.75 | 03/01/04 | $ 4,316.75 | 04/08/04 | XTX3A-2 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 382003010 | WEST LINN CITY | OR | 4794 | 1 | 04/24/04 | 2004 | $ 783.00 | $ 783.00 | $ 391.50 | 04/29/04 | $ 391.50 | 05/17/04 | XTX3A-2 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 382003010 | WEST LINN CITY | OR | 4794 | 1 | 01/25/04 | 2004 | $ 783.00 | $ 783.00 | $ 4,316.75 | 03/01/04 | $ 4,316.75 | 04/08/04 | XTX3A-2 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 382003010 | WEST LINN CITY | OR | 4794 | 1 | 10/25/03 | 2003 | $ 783.00 | $ 783.00 | $ 4,316.75 | 03/01/04 | $ 4,316.75 | 04/08/04 | XTX3A-2 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 382003010 | WEST LINN CITY | OR | 4794 | 1 | 05/26/04 | 2004 | $ 783.00 | $ 783.00 | $ 395.50 | 06/03/04 | $ 395.50 | 07/06/04 | XTX3A-2 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 382003010 | WEST LINN CITY | OR | 4794 | 1 | 12/31/03 | 2003 | $ 783.00 | $ 783.00 | $ 1,178.50 | 03/18/04 | $ 1,178.50 | 04/20/04 | XTX3A-2 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 382003010 | WEST LINN CITY | OR | 4794 | 1 | 12/31/03 | 2003 | $ 783.00 | $ 783.00 | $ 1,178.50 | 03/18/04 | $ 1,178.50 | 04/20/04 | XTX3A-2 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 393015052 | WEST PIKELAND TOWNSHIP | PA | 4706 | 9 | 08/15/05 | 2005 | $ 750.00 | $ 6,750.00 | $ 3,402.00 | 09/22/05 | $ 3,402.00 | 11/03/05 | XTX2-2 | II | First Precinct |
| | 392006028 | WEST READING BOROUGH | PA | 4063 | 9 | 06/01/04 | 2004 | $ 950.00 | $ 8,550.00 | $ 4,275.00 | 06/08/04 | $ 4,275.00 | 07/12/04 | XTX3A-1 | IIIA | SAFETY LEAGUE |
| | 482003004 | WEST RICHLAND CITY | WA | 4706 | 1 | 04/27/05 | 2005 | $ 659.00 | $ 659.00 | $ 357.51 | 06/06/05 | $ 357.51 | 06/13/05 | XTX2-2 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 52057401100 | WEST SACRAMENTO POLICE DEPT | CA | 4063 | 1 | 06/01/01 | 2001 | $ 525.00 | $ 525.00 | $ 5,878.21 | 08/28/02 | $ 5,878.21 | 09/27/02 | XTX3A-1 | IIIA | Butler's |
| | 52057401100 | WEST SACRAMENTO POLICE DEPT | CA | 4063 | 1 | 03/01/01 | 2001 | $ 525.95 | $ 525.95 | $ 5,878.21 | 08/28/02 | $ 5,878.21 | 09/27/02 | XTX3A-1 | IIIA | Butler's |
| | 52057401100 | WEST SACRAMENTO POLICE DEPT | CA | 4063 | 1 | 05/10/00 | 2000 | $ 525.00 | $ 525.00 | $ 5,878.21 | 08/28/02 | $ 5,878.21 | 09/27/02 | XTX3A-1 | IIIA | Butler's |
| | 52057401100 | WEST SACRAMENTO POLICE DEPT | CA | 4063 | 1 | 01/15/01 | 2001 | $ 525.00 | $ 525.00 | $ 5,878.21 | 08/28/02 | $ 5,878.21 | 09/27/02 | XTX3A-1 | IIIA | Butler's |
| X | 242027009 | SHOREWOOD CITY | MN | 4051 | 1 | 04/15/02 | 2002 | $ 650.00 | $ 650.00 | $ 2,600.00 | 05/30/02 | $ 2,600.00 | 06/27/02 | XTZX2-1 | II | Uniforms Unlimited |
| | 52057401100 | WEST SACRAMENTO POLICE DEPT | CA | 4063 | 1 | 10/18/00 | 2000 | $ 675.95 | $ 675.95 | $ 5,878.21 | 08/28/02 | $ 5,878.21 | 09/27/02 | XTX3A-1 | IIIA | Butler's |
| | 52057401100 | WEST SACRAMENTO POLICE DEPT | CA | 4063 | 1 | 07/19/00 | 2000 | $ 525.00 | $ 525.00 | $ 5,878.21 | 08/28/02 | $ 5,878.21 | 09/27/02 | XTX3A-1 | IIIA | Butler's |
| | 52057401100 | WEST SACRAMENTO POLICE DEPT | CA | 4063 | 1 | 03/22/00 | 2000 | $ 525.00 | $ 525.00 | $ 5,878.21 | 08/28/02 | $ 5,878.21 | 09/27/02 | XTX3A-1 | IIIA | Butler's |
| | 52057401100 | WEST SACRAMENTO POLICE DEPT | CA | 4063 | 2 | 08/08/00 | 2000 | $ 675.95 | $ 1,351.90 | $ 5,878.21 | 08/28/02 | $ 5,878.21 | 09/27/02 | XTX3A-1 | IIIA | Butler's |
| | 52057401100 | WEST SACRAMENTO POLICE DEPT | CA | 4063 | 2 | 01/16/01 | 2001 | $ 525.00 | $ 1,050.00 | $ 5,878.21 | 08/28/02 | $ 5,878.21 | 09/27/02 | XTX3A-1 | IIIA | Butler's |
| | 52057401100 | WEST SACRAMENTO POLICE DEPT | CA | 4063 | 8 | 08/28/01 | 2001 | $ 530.00 | $ 4,240.00 | $ 5,878.21 | 08/28/02 | $ 5,878.21 | 09/27/02 | XTX3A-1 | IIIA | L.C. Action Police Supply |
| | 62001007 | WESTMINSTER CITY | CO | 4049 | 15 | 04/02/01 | 2001 | $ 650.00 | $ 9,750.00 | $ 9,609.63 | 08/07/02 | $ 9,609.63 | 09/30/02 | XTX2-1 | II | Public Safety Warehouse |
| | 62001007 | WESTMINSTER CITY | CO | 4049 | 1 | 02/17/01 | 2001 | $ 624.95 | $ 624.95 | $ 9,609.63 | 08/07/02 | $ 9,609.63 | 09/30/02 | XTX2-1 | II | Public Safety Warehouse |
| | 62001007 | WESTMINSTER CITY | CO | 4049 | 1 | 02/24/01 | 2001 | $ 624.95 | $ 624.95 | $ 9,609.63 | 08/07/02 | $ 9,609.63 | 09/30/02 | XTX2-1 | II | Public Safety Warehouse |
| | 62001007 | WESTMINSTER CITY | CO | 4049 | 2 | 01/20/01 | 2001 | $ 624.95 | $ 1,249.90 | $ 9,609.63 | 08/07/02 | $ 9,609.63 | 09/30/02 | XTX2-1 | II | Public Safety Warehouse |
| | 62001007 | WESTMINSTER CITY | CO | 4049 | 2 | 12/21/01 | 2001 | $ 624.95 | $ 1,249.90 | $ 9,609.63 | 08/07/02 | $ 9,609.63 | 09/30/02 | XTX2-1 | II | Public Safety Warehouse |
| | 99443 | WESTPORT TOWN | CT | 4049 | 2 | 07/10/02 | 2002 | $ 695.00 | $ 1,390.00 | $ 4,407.50 | 07/19/02 | $ 4,407.50 | 09/05/02 | XTX2-1 | II | New England Uniform Co. |
| | 99443 | WESTPORT TOWN | CT | 4049 | 3 | 02/01/04 | 2004 | $ 540.00 | $ 1,620.00 | $ 810.00 | 07/31/06 | $ 810.00 | 03/19/07 | XTX2-1 | II | New England Uniform Company |
| | 99443 | WESTPORT TOWN | CT | 4049 | 4 | 05/01/04 | 2004 | $ 540.00 | $ 2,160.00 | $ 1,080.00 | 07/31/06 | $ 1,080.00 | 03/19/07 | XTX2-1 | II | New England Uniform Company |
| | 99443 | WESTPORT TOWN | CT | 4051 | 1 | 03/04/04 | 2004 | $ 850.00 | $ 850.00 | $ 425.00 | 07/31/06 | $ 425.00 | 03/19/07 | XTZX2-1 | II | New England Uniform Company |
| | 99443 | WESTPORT TOWN | CT | 4051 | 1 | 07/10/02 | 2002 | $ 825.00 | $ 825.00 | $ 412.50 | 07/19/02 | $ 412.50 | 09/05/02 | XTZX2-1 | II | New England Uniform Co. |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

Exhibit 7

**Armor Holdings Z Shield Related BVP Reimbursement Spreadsheet**

| Sampled | AGENCY ID | AGENCY NAME | STATE | MODEL ID | QTY RECEIVED | DATE RECEIVED | YEAR RECEIVED | UNIT PRICE | EXTENDED PRICE | AMOUNT REQUESTED | DATE REQUESTED | AMOUNT PAID | DATE PAID | MODEL NAME | THREAT LEVEL | DISTRIBUTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 99443 | WESTPORT TOWN | CT | 4051 | 3 | 07/01/04 | 2004 | $ 850.00 | $ 2,550.00 | 1,275.00 | 08/16/04 | $ 1,275.00 | 09/17/04 | XTZX2-1 | II | New England Uniform Company |
| | 99443 | WESTPORT TOWN | CT | 4051 | 7 | 06/23/03 | 2003 | $ 825.00 | $ 5,775.00 | 2,887.50 | 09/12/03 | $ 2,887.50 | 09/26/03 | XTZX2-1 | II | New England Uniform Co. |
| | 99443 | WESTPORT TOWN | CT | 4051 | 9 | 07/10/02 | 2002 | $ 825.00 | $ 7,425.00 | 4,407.50 | 07/19/02 | $ 4,407.50 | 09/05/02 | XTZX2-1 | II | New England Uniform Co. |
| | 223003016 | WESTPORT TOWN | MA | 4030 | 1 | 11/04/02 | 2002 | $ 940.00 | $ 940.00 | 15,036.50 | 11/25/02 | $ 15,036.50 | 12/18/02 | 3AXTZX | IIIA | Central Equipment Company |
| | 223003016 | WESTPORT TOWN | MA | 4051 | 12 | 08/12/02 | 2002 | $ 747.00 | $ 8,964.00 | 15,036.50 | 11/25/02 | $ 15,036.50 | 12/18/02 | XTZX2-1 | II | Central Equipment Company |
| | 223003016 | WESTPORT TOWN | MA | 4051 | 1 | 11/08/02 | 2002 | $ 747.00 | $ 747.00 | 15,036.50 | 11/25/02 | $ 15,036.50 | 12/18/02 | XTZX2-1 | II | Central Equipment Company |
| | 223003016 | WESTPORT TOWN | MA | 4051 | 22 | 08/12/02 | 2002 | $ 747.00 | $ 16,434.00 | 15,036.50 | 11/25/02 | $ 15,036.50 | 12/18/02 | XTZX2-1 | II | Central Equipment Company |
| | 223003016 | WESTPORT TOWN | MA | 4051 | 2 | 11/04/02 | 2002 | $ 747.00 | $ 1,494.00 | 15,036.50 | 11/25/02 | $ 15,036.50 | 12/18/02 | XTZX2-1 | II | Central Equipment Company |
| | 223003016 | WESTPORT TOWN | MA | 4051 | 2 | 11/07/02 | 2002 | $ 747.00 | $ 1,494.00 | 15,036.50 | 11/25/02 | $ 15,036.50 | 12/18/02 | XTZX2-1 | II | Central Equipment Company |
| | 312014019 | WHARTON BOROUGH | NJ | 4063 | 1 | 06/11/01 | 2001 | $ 620.00 | $ 620.00 | 1,640.00 | 10/24/02 | $ 1,640.00 | 11/15/02 | XTX3A-1 | IIIA | B&R Uniform |
| | 62030802 | WHEAT RIDGE CITY | CO | 4030 | 5 | 06/07/02 | 2002 | $ 2,233.72 | $ 11,168.60 | 5,584.30 | 06/13/02 | $ 5,584.30 | 07/17/02 | 3AXTZX | IIIA | Neve's Uniforms |
| | 342063801 | WHISPERING PINES VILLAGE | NC | 4051 | 1 | 06/29/04 | 2004 | $ 899.00 | $ 899.00 | 481.00 | 07/09/04 | $ 481.00 | 07/21/04 | XTZX2-1 | II | Lawmens Safety Supply |
| X | 362031502 | SPRINGDALE CITY | OH | 4051 | 1 | 05/20/01 | 2001 | $ 895.00 | $ 895.00 | 5,012.50 | 06/07/02 | $ 5,012.50 | 07/29/02 | XTZX2-1 | II | Roy Tailors Uniform Co., Inc. |
| | 502062010 | WHITEHALL CITY | WI | 4706 | 2 | 06/21/04 | 2004 | $ 779.00 | $ 1,558.00 | 1,281.56 | 06/23/04 | $ 1,281.56 | 07/12/04 | XTX2-2 | II | STREICHER'S-MILWAUKEE |
| | 502062010 | WHITEHALL CITY | WI | 4794 | 1 | 06/21/04 | 2004 | $ 995.00 | $ 995.00 | 1,281.50 | 06/23/04 | $ 1,281.50 | 07/12/04 | XTX3A-2 | IIIA | STREICHER'S-MILWAUKEE |
| | 481038038 | WHITMAN COUNTY | WA | 4051 | 2 | 08/13/04 | 2004 | $ 995.00 | $ 1,990.00 | 4,687.20 | 10/01/04 | $ 4,687.20 | 11/03/04 | XTZX2-1 | II | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 393046037 | WHITPAIN TOWNSHIP | PA | 4030 | 2 | 04/18/05 | 2005 | $ 942.00 | $ 1,884.00 | 952.00 | 04/21/05 | $ 952.00 | 06/24/05 | 3AXTZX | IIIA | SAFETY LEAGUE INC. |
| | 393046037 | WHITPAIN TOWNSHIP | PA | 4030 | 4 | 10/02/04 | 2004 | $ 986.90 | $ 3,947.60 | 1,993.80 | 10/19/04 | $ 1,993.80 | 11/22/04 | 3AXTZX | IIIA | Safety League Inc |
| | 252066001 | WIGGINS CITY | MS | 4049 | 1 | 01/31/03 | 2003 | $ 656.56 | $ 656.56 | 328.28 | 07/18/03 | $ 328.28 | 08/21/03 | XTX2-1 | II | Mid South Uniform & Supply, Inc. |
| | 482027017 | WILKESON TOWN | WA | 4007 | 5 | 06/15/03 | 2003 | $ 765.00 | $ 3,825.00 | 1,947.50 | 07/23/03 | $ 1,947.50 | 08/25/03 | 3AXTZX-1 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 182041004 | WILLIAMSTOWN CITY | KY | 4051 | 6 | 10/11/02 | 2002 | $ 795.00 | $ 4,770.00 | 2,385.00 | 10/17/02 | $ 2,385.00 | 11/15/02 | XTZX2-1 | II | ROY TAILOR UNIFORM CO. FO COLUMBUS OH |
| | 242034012 | WILLMAR CITY | MN | 4049 | 1 | 05/28/03 | 2003 | $ 695.95 | $ 695.95 | 2,827.92 | 08/28/03 | $ 2,827.92 | 09/16/03 | XTX2-1 | II | Uniforms Unlimited |
| | 242034012 | WILLMAR CITY | MN | 4049 | 5 | 06/22/04 | 2004 | $ 700.00 | $ 3,500.00 | 1,750.00 | 06/22/04 | $ 1,750.00 | 07/12/04 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242034012 | WILLMAR CITY | MN | 4049 | 7 | 08/28/03 | 2003 | $ 700.00 | $ 4,900.00 | 2,827.92 | 08/28/03 | $ 2,827.92 | 09/16/03 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 73001019 | WILTON TOWN | CT | 4051 | 15 | 09/23/02 | 2002 | $ 750.00 | $ 11,250.00 | 5,625.00 | 11/01/02 | $ 5,625.00 | 11/27/02 | XTZX2-1 | II | New England Uniform Co. |
| | 73001019 | WILTON TOWN | CT | 4051 | 6 | 10/08/03 | 2003 | $ 795.00 | $ 4,770.00 | 2,385.00 | 11/17/03 | $ 2,385.00 | 12/24/03 | XTZX2-1 | II | New England Uniform Co. |
| | 73001019 | WILTON TOWN | CT | 4706 | 4 | 11/23/04 | 2004 | $ 761.25 | $ 3,045.00 | 1,522.50 | 12/30/04 | $ 1,522.50 | 01/20/05 | XTX2-2 | II | NEW ENGLAND UNIFORM |
| | 73003024 | WINCHESTER TOWN | CT | 4051 | 1 | 04/28/03 | 2003 | $ 850.00 | $ 850.00 | 425.00 | 04/29/03 | $ 425.00 | 05/16/03 | XTZX2-1 | II | New EnglandUniform |
| | 112007006 | WINDER CITY | GA | 4051 | 2 | 07/18/02 | 2002 | $ 825.00 | $ 1,650.00 | 849.00 | 08/06/02 | $ 849.00 | 09/27/02 | XTZX2-1 | II | GT Distributors -- Georgia |
| | 112007006 | WINDER CITY | GA | 4051 | 3 | 03/29/02 | 2002 | $ 825.00 | $ 2,475.00 | 8,264.00 | 06/28/02 | $ 8,264.00 | 07/29/02 | XTZX2-1 | II | GT Distributors -- Georgia |
| | 4100000001000 | WINTHROP UNIVERSITY DEPT OF PUBLIC SAFETY | SC | 4051 | 5 | 08/28/01 | 2001 | $ 460.00 | $ 2,300.00 | 1,564.23 | 08/29/01 | $ 1,564.23 | 09/27/01 | XTZX2-1 | II | LAWMEN'S SAFETY SUPPLY INC. |
| | 472098006 | WISE TOWN | VA | 4049 | 1 | 04/21/04 | 2004 | $ 698.99 | $ 698.99 | 358.49 | 12/01/04 | $ 358.49 | 12/23/04 | XTX2-1 | II | Southern Police Equipment Co. (VA) |
| | 312002061 | WOOD RIDGE BOROUGH | NJ | 4007 | 2 | 02/21/03 | 2003 | $ 996.00 | $ 1,992.00 | 996.00 | 02/28/03 | $ 996.00 | 03/12/03 | 3AXTZX-1 | IIIA | Lawmen Supply Company of New Jersey, Inc |
| | 312002061 | WOOD RIDGE BOROUGH | NJ | 4030 | 27 | 05/10/02 | 2002 | $ 995.00 | $ 26,865.00 | 13,432.50 | 05/23/02 | $ 13,432.50 | 06/27/02 | 3AXTZX | IIIA | Lawmen Supply Company of New Jersey, Inc. |
| | 242082804 | WOODBURY CITY | MN | 4049 | 1 | 11/29/04 | 2004 | $ 779.95 | $ 779.95 | 5,067.15 | 03/10/06 | $ 5,067.15 | 09/13/06 | XTX2-1 | II | Streicher's Police Equipment - Minneapolis |
| | 242082804 | WOODBURY CITY | MN | 4063 | 2 | 12/21/04 | 2004 | $ 699.95 | $ 1,399.90 | 5,067.15 | 03/10/06 | $ 5,067.15 | 09/13/06 | XTX3A-1 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 161097097 | WOODBURY COUNTY | IA | 4051 | 1 | 10/20/04 | 2004 | $ 603.95 | $ 603.95 | 301.98 | 11/03/04 | $ 301.98 | 11/24/04 | XTZX2-1 | II | JACK'S UNIFORMS & EQUIPMENT |
| | 161097097 | WOODBURY COUNTY | IA | 4051 | 1 | 08/31/04 | 2004 | $ 529.95 | $ 529.95 | 264.98 | 09/18/04 | $ 264.98 | 10/14/04 | XTZX2-1 | II | JACK'S UNIFORMS & EQUIPMENT |
| | 52054007 | WOODLAKE CITY | CA | 4020 | 1 | 10/03/05 | 2005 | $ 779.95 | $ 779.95 | 389.98 | 10/03/05 | $ 389.98 | 12/23/05 | XTX2A-1 | IIA | Safety League Inc. |
| | 52054007 | WOODLAKE CITY | CA | 4020 | 1 | 12/12/03 | 2003 | $ 589.95 | $ 589.95 | 601.45 | 12/18/03 | $ 601.45 | 01/20/04 | XTX2A-1 | IIA | Safety League, Inc. |
| | 52054007 | WOODLAKE CITY | CA | 4020 | 1 | 08/21/03 | 2003 | $ 589.95 | $ 589.95 | 601.45 | 12/18/03 | $ 601.45 | 01/20/04 | XTX2A-1 | IIA | Safety League, Inc. |
| | 52054007 | WOODLAKE CITY | CA | 4020 | 1 | 09/27/04 | 2004 | $ 589.95 | $ 589.95 | 299.98 | 09/27/04 | $ 299.98 | 10/14/04 | XTX2A-1 | IIA | Safety League, Inc. |
| | 52054007 | WOODLAKE CITY | CA | 4020 | 4 | 05/15/04 | 2004 | $ 589.95 | $ 2,359.80 | 1,199.90 | 06/11/04 | $ 1,199.90 | 07/09/04 | XTX2A-1 | IIA | Safety League, Inc. |
| | 362031032 | WOODLAWN VILLAGE | OH | 4049 | 10 | 12/30/03 | 2003 | $ 795.00 | $ 7,950.00 | 3,975.00 | 04/22/04 | $ 3,975.00 | 05/17/04 | XTX2-1 | II | Roy Tailor Uniform |
| | 503044020 | WOODRUFF TOWN | WI | 4049 | 4 | 09/14/04 | 2004 | $ 525.00 | $ 2,100.00 | 1,055.00 | 10/11/04 | $ 1,055.00 | 11/03/04 | XTX2-1 | II | Lark Uniform |
| | 452006017 | WOODS CROSS CITY | UT | 4049 | 1 | 02/20/01 | 2001 | $ 675.00 | $ 675.00 | 337.50 | 07/30/01 | $ 337.50 | 08/22/01 | XTX2-1 | II | Survival or Safety Supply, Inc. |
| | 452006017 | WOODS CROSS CITY | UT | 4063 | 1 | 07/30/05 | 2005 | $ 820.60 | $ 820.60 | 772.80 | 12/07/05 | $ 772.80 | 12/23/05 | XTX3A-1 | IIIA | Skaggs Companies Inc |
| X | 242081004 | WASECA CITY | MN | 4049 | 1 | 01/18/03 | 2003 | $ 780.00 | $ 780.00 | 1,154.00 | 04/13/07 | $ 1,154.00 | 06/21/07 | XTX2-1 | II | STREICHERS |
| | 362025026 | WORTHINGTON CITY | OH | 4007 | 1 | 07/27/01 | 2001 | $ 795.00 | $ 795.00 | 4,262.50 | 06/24/02 | $ 4,262.50 | 07/29/02 | 3AXTZX-1 | IIIA | Roy Tailors Uniform Co. |
| | 362025026 | WORTHINGTON CITY | OH | 4051 | 1 | 10/05/01 | 2001 | $ 795.00 | $ 795.00 | 4,262.50 | 06/24/02 | $ 4,262.50 | 07/29/02 | XTZX2-1 | II | Roy Tailors Uniform Co., Inc. |
| | 362025026 | WORTHINGTON CITY | OH | 4051 | 1 | 10/12/02 | 2002 | $ 795.00 | $ 795.00 | 1,827.50 | 01/10/03 | $ 1,827.50 | 01/28/03 | XTZX2-1 | II | Roy Tailors Uniform Co of Columbus |
| | 362025026 | WORTHINGTON CITY | OH | 4051 | 1 | 09/14/01 | 2001 | $ 795.00 | $ 795.00 | 4,262.50 | 06/24/02 | $ 4,262.50 | 07/29/02 | XTZX2-1 | II | Roy Tailors Uniform Co., Inc. |
| | 362025026 | WORTHINGTON CITY | OH | 4051 | 1 | 08/24/01 | 2001 | $ 795.00 | $ 795.00 | 4,262.50 | 06/24/02 | $ 4,262.50 | 07/29/02 | XTZX2-1 | II | Roy Tailors Uniform Co., Inc. |
| | 362025026 | WORTHINGTON CITY | OH | 4051 | 1 | 07/24/02 | 2002 | $ 795.00 | $ 795.00 | 1,827.50 | 01/10/03 | $ 1,827.50 | 01/28/03 | XTZX2-1 | II | Roy Tailors Uniform Co of Columbus |
| | 362025026 | WORTHINGTON CITY | OH | 4051 | 2 | 05/31/02 | 2002 | $ 795.00 | $ 1,590.00 | 1,827.50 | 01/10/03 | $ 1,827.50 | 01/28/03 | XTZX2-1 | II | Roy Tailors Uniform Co of Columbus |
| | 362025026 | WORTHINGTON CITY | OH | 4051 | 4 | 09/15/03 | 2003 | $ 795.00 | $ 3,180.00 | 1,590.00 | 09/23/03 | $ 1,590.00 | 10/17/03 | XTZX2-1 | II | Roy Tailors Uniform Co of Columbus |
| X | 52057401100 | WEST SACRAMENTO POLICE DEPT | CA | 4063 | 1 | 10/18/00 | 2000 | $ 525.00 | $ 525.00 | 5,878.21 | 08/28/02 | $ 5,878.21 | 09/27/02 | XTX3A-1 | IIIA | Butler's |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

Exhibit 7

## Armor Holdings Z Shield Related BVP Reimbursement Spreadsheet

| Sampled | AGENCY ID | AGENCY NAME | STATE | MODEL ID | QTY RECEIVED | DATE RECEIVED | YEAR RECEIVED | UNIT PRICE | EXTENDED PRICE | AMOUNT REQUESTED | DATE REQUESTED | AMOUNT PAID | DATE PAID | MODEL NAME | THREAT LEVEL | DISTRIBUTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 362029008 | XENIA CITY | OH | 4049 | 1 | 12/06/02 | 2002 | 649.50 | 649.50 | 12,018.09 | 03/05/03 | 12,018.09 | 03/28/03 | XTX2-1 | II | Roy Tailors Uniform Co of Columbus |
| | 362029008 | XENIA CITY | OH | 4049 | 36 | 12/01/02 | 2002 | 648.00 | 23,382.00 | 12,018.09 | 03/05/03 | 12,018.09 | 03/28/03 | XTX2-1 | II | Roy Tailors Uniform Co., Inc. |
| | 203003026 | YARMOUTH TOWN | ME | 4020 | 1 | 09/25/03 | 2003 | 582.50 | 582.50 | 291.25 | 10/03/03 | 291.25 | 10/29/03 | XTX2A-1 | IIA | Riley's Sport Shop, Inc. |
| | 99286 | YAUCO MUNICIPALITY | PR | 4007 | 64 | 10/13/05 | 2005 | 340.00 | 21,760.00 | 10,880.00 | 02/22/06 | 10,880.00 | 09/13/06 | 3AXTZX-1 | IIIA | Caguas Uniforms Inc. |
| X | 362025026 | WORTHINGTON CITY | OH | 4007 | 1 | 09/23/01 | 2001 | 995.00 | 995.00 | 4,262.50 | 06/24/02 | 4,262.50 | 07/29/02 | 3AXTZX-1 | IIIA | Roy Tailors Uniform Co of Columbus |
| | 392067035 | YORK CITY | PA | 4706 | 1 | 05/13/05 | 2005 | 793.20 | 793.20 | 2,369.66 | 06/24/05 | 2,369.66 | 06/16/06 | XTX2-2 | II | SAFETY LEAGUE INC. |
| | 392067035 | YORK CITY | PA | 4706 | 2 | 05/13/05 | 2005 | 714.00 | 1,428.00 | 2,369.66 | 06/24/05 | 2,369.66 | 06/16/06 | XTX2-2 | II | SAFETY LEAQUE INC. |
| | 392067035 | YORK CITY | PA | 4706 | 3 | 11/25/03 | 2003 | 679.20 | 2,037.60 | 5,609.37 | 01/28/04 | 5,609.37 | 02/11/04 | XTX2-2 | II | SAFETY LEAGUE INC. |
| | 392067035 | YORK CITY | PA | 4794 | 4 | 10/20/04 | 2004 | 879.95 | 3,519.80 | 3,684.90 | 11/17/04 | 3,684.90 | 12/13/04 | XTX3A-2 | IIIA | SAFETY LEAGUE |
| | 392067035 | YORK CITY | PA | 4794 | 9 | 11/25/03 | 2003 | 879.95 | 7,919.55 | 5,609.37 | 01/28/04 | 5,609.37 | 02/11/04 | XTX3A-2 | IIIA | SAFETY LEAGUE INC. |
| | 51058057 | YUBA COUNTY | CA | 4030 | 1 | 08/01/03 | 2003 | 459.95 | 459.95 | 1,734.09 | 08/18/04 | 1,734.09 | 09/17/04 | 3AXTZX | IIIA | Butler's |
| | 51058057 | YUBA COUNTY | CA | 4030 | 1 | 01/02/04 | 2004 | 459.95 | 459.95 | 1,734.09 | 08/18/04 | 1,734.09 | 09/17/04 | 3AXTZX | IIIA | Butler's |
| | 51058057 | YUBA COUNTY | CA | 4030 | 1 | 07/02/04 | 2004 | 459.00 | 459.00 | 2,972.03 | 03/02/05 | 2,972.03 | 03/23/05 | 3AXTZX | IIIA | Butler's |
| | 51058057 | YUBA COUNTY | CA | 4030 | 1 | 07/02/04 | 2004 | 459.00 | 459.00 | 2,972.03 | 03/02/05 | 2,972.03 | 03/23/05 | 3AXTZX | IIIA | Butler's |
| | 51058057 | YUBA COUNTY | CA | 4030 | 1 | 02/04/05 | 2005 | 459.95 | 459.95 | 2,972.03 | 03/02/05 | 2,972.03 | 03/23/05 | 3AXTZX | IIIA | Butler's |
| | 51058057 | YUBA COUNTY | CA | 4030 | 1 | 01/07/05 | 2005 | 459.95 | 459.95 | 2,972.03 | 03/02/05 | 2,972.03 | 03/23/05 | 3AXTZX | IIIA | Butler's |
| | 51058057 | YUBA COUNTY | CA | 4030 | 1 | 02/10/05 | 2005 | 459.95 | 459.95 | 2,972.03 | 03/02/05 | 2,972.03 | 03/23/05 | 3AXTZX | IIIA | Butler's |
| | 51058057 | YUBA COUNTY | CA | 4030 | 1 | 02/10/05 | 2005 | 459.95 | 459.95 | 2,972.03 | 03/02/05 | 2,972.03 | 03/23/05 | 3AXTZX | IIIA | Butler's |
| | 51058057 | YUBA COUNTY | CA | 4030 | 1 | 12/12/03 | 2003 | 459.95 | 459.95 | 1,734.09 | 08/18/04 | 1,734.09 | 09/17/04 | 3AXTZX | IIIA | Butler's |
| | 51058057 | YUBA COUNTY | CA | 4030 | 1 | 01/14/05 | 2005 | 459.95 | 459.95 | 2,972.03 | 03/02/05 | 2,972.03 | 03/23/05 | 3AXTZX | IIIA | Butler's |
| | 51058057 | YUBA COUNTY | CA | 4030 | 1 | 05/14/04 | 2004 | 459.95 | 459.95 | 1,734.09 | 08/18/04 | 1,734.09 | 09/17/04 | 3AXTZX | IIIA | Butler's |
| | 51058057 | YUBA COUNTY | CA | 4030 | 1 | 08/20/04 | 2004 | 459.91 | 459.91 | 2,972.03 | 03/02/05 | 2,972.03 | 03/23/05 | 3AXTZX | IIIA | Butler's |
| | 51058057 | YUBA COUNTY | CA | 4030 | 1 | 02/20/04 | 2004 | 459.95 | 459.95 | 1,734.09 | 08/18/04 | 1,734.09 | 09/17/04 | 3AXTZX | IIIA | Butler's |
| | 51058057 | YUBA COUNTY | CA | 4030 | 1 | 05/21/04 | 2004 | 459.00 | 459.00 | 1,734.09 | 08/18/04 | 1,734.09 | 09/17/04 | 3AXTZX | IIIA | Butler's |
| | 51058057 | YUBA COUNTY | CA | 4030 | 1 | 04/23/04 | 2004 | 459.95 | 459.95 | 1,734.09 | 08/18/04 | 1,734.09 | 09/17/04 | 3AXTZX | IIIA | Butler's |
| | 51058057 | YUBA COUNTY | CA | 4030 | 1 | 12/30/04 | 2004 | 459.95 | 459.95 | 2,972.03 | 03/02/05 | 2,972.03 | 03/23/05 | 3AXTZX | IIIA | Butler's |
| | 51058057 | YUBA COUNTY | CA | 4030 | 1 | 12/30/04 | 2004 | 459.95 | 459.95 | 2,972.03 | 03/02/05 | 2,972.03 | 03/23/05 | 3AXTZX | IIIA | Butler's |
| | 51058057 | YUBA COUNTY | CA | 4030 | 1 | 12/30/04 | 2004 | 459.00 | 459.00 | 2,972.03 | 03/02/05 | 2,972.03 | 03/23/05 | 3AXTZX | IIIA | Butler's |
| | 51058057 | YUBA COUNTY | CA | 4030 | 3 | 08/12/05 | 2005 | 479.95 | 1,439.85 | 775.73 | 11/17/05 | 775.73 | 12/23/05 | 3AXTZX | IIIA | Butler's |

**Total American Body Armor Amount**  $ 9,062,891.74
**American Body Armor Amount Reimbursed**  $ 4,531,445.87

### Safariland Ltd., Inc.

| Sampled | AGENCY ID | AGENCY NAME | STATE | MODEL ID | QTY RECEIVED | DATE RECEIVED | YEAR RECEIVED | UNIT PRICE | EXTENDED PRICE | AMOUNT REQUESTED | DATE REQUESTED | AMOUNT PAID | DATE PAID | MODEL NAME | THREAT LEVEL | DISTRIBUTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 142049001 | ANTIOCH VILLAGE | IL | 10160 | 1 | 04/19/05 | 2005 | 744.00 | 744.00 | 372.00 | 04/22/05 | 372.00 | 06/24/05 | CBIIA/3-4.6 | | 3 uniformity |
| | 42068001 | ASH FLAT CITY | AR | 4294 | 3 | 06/18/03 | 2003 | 875.00 | 2,625.00 | 1,399.46 | 07/25/03 | 1,399.46 | 08/25/03 | PIIIA-4.5 | IIIA | Cruse Uniforms and Equipment, Inc. |
| | 132022001 | ASHTON CITY | ID | 4294 | 1 | 03/29/04 | 2004 | 975.00 | 975.00 | 492.50 | 03/30/04 | 492.50 | 04/20/04 | PIIIA-4.5 | IIIA | COP SHOP ETC. |
| | 132007001 | BELLEVUE CITY | ID | 4294 | 1 | 07/18/05 | 2005 | 575.00 | 575.00 | 293.50 | 08/31/05 | 293.50 | 10/11/05 | PIIIA-4.5 | IIIA | COP SHOP ETC. |
| | 241005005 | BENTON COUNTY | MN | 4648 | 1 | 03/05/04 | 2004 | 912.26 | 912.26 | 1,274.03 | 07/12/04 | 1,274.03 | 07/21/04 | PII-6.0 | II | Streicher's Police Equipment - Minneapolis |
| | 52033601 | CATHEDRAL CITY | CA | 4294 | 1 | 10/25/04 | 2004 | 556.83 | 556.83 | 4,149.81 | 09/20/05 | 4,149.81 | 11/03/05 | PIIIA-4.5 | IIIA | Woodcrest Uniforms & Police Supply |
| | 452011001 | CEDAR CITY | UT | 4648 | 1 | 04/06/05 | 2005 | 605.00 | 605.00 | 896.50 | 09/13/05 | 896.50 | 11/03/05 | PII-6.0 | II | Skaggs Companies Inc. |
| | 452011001 | CEDAR CITY | UT | 4648 | 1 | 03/08/05 | 2005 | 605.00 | 605.00 | 896.50 | 09/13/05 | 896.50 | 11/03/05 | PII-6.0 | II | Skaggs Companies Inc. |
| | 452011001 | CEDAR CITY | UT | 4648 | 1 | 07/30/05 | 2005 | 583.00 | 583.00 | 896.50 | 09/13/05 | 896.50 | 11/03/05 | PII-6.0 | II | Skaggs Companies Inc. |
| | 52050001 | CERES CITY | CA | 4292 | 1 | 05/05/03 | 2003 | 640.00 | 640.00 | 687.20 | 05/15/03 | 687.20 | 06/06/03 | PII-4.4 | II | L. C. Action Police Supply |
| | 52050001 | CERES CITY | CA | 4292 | 1 | 08/17/03 | 2003 | 575.00 | 575.00 | 2,675.80 | 10/18/04 | 2,675.80 | 11/22/04 | PII-4.4 | II | Image Uniforms |
| | 52050001 | CERES CITY | CA | 4292 | 1 | 12/27/02 | 2002 | 640.00 | 640.00 | 687.20 | 05/15/03 | 687.20 | 06/06/03 | PII-4.4 | II | L. C. Action Police Supply |
| | 52050001 | CERES CITY | CA | 4292 | 1 | 10/29/02 | 2002 | 640.00 | 640.00 | 12,026.00 | 01/15/03 | 12,026.00 | 01/28/03 | PII-4.4 | II | LC Action Police Supply |
| | 52050001 | CERES CITY | CA | 4292 | 1 | 10/25/02 | 2002 | 640.00 | 1,280.00 | 12,026.00 | 01/15/03 | 12,026.00 | 01/28/03 | PII-4.4 | II | LC Action Police Supply |
| | 52050001 | CERES CITY | CA | 4292 | 32 | 10/15/02 | 2002 | 640.00 | 20,480.00 | 12,026.00 | 01/15/03 | 12,026.00 | 01/28/03 | PII-4.4 | II | L. C. Action Police Supply |
| | 52050001 | CERES CITY | CA | 4648 | 1 | 09/02/03 | 2003 | 640.00 | 640.00 | 2,675.80 | 10/18/04 | 2,675.80 | 11/22/04 | PII-6.0 | II | L. C. Action Police Supply |
| | 52050001 | CERES CITY | CA | 4648 | 1 | 02/03/05 | 2005 | 575.00 | 575.00 | 897.51 | 06/08/05 | 897.51 | 06/13/05 | PII-6.0 | II | Image Uniforms |
| | 502068004 | CHENEQUA VILLAGE | WI | 4294 | 2 | 11/13/02 | 2002 | 1,563.75 | 3,127.50 | 1,573.75 | 11/15/02 | 1,573.75 | 11/27/02 | PIIIA-4.5 | IIIA | STREICHER'S-MILWAUKEE |
| X | 52039001 | LODI CITY | CA | 4294 | 19 | 08/01/04 | 2004 | 779.00 | 14,801.00 | 12,878.82 | 03/04/05 | 12,878.82 | 03/23/05 | PIIIA-4.5 | IIIA | L. C. Action Police Supply |
| | 42036001 | CLARKSVILLE CITY | AR | 4294 | 6 | 09/17/03 | 2003 | 635.00 | 3,810.00 | 2,038.39 | 09/22/03 | 2,038.39 | 10/17/03 | PIIIA-4.5 | IIIA | Cruse Uniform |
| | 364018002 | CLEVELAND METROPOLITAN PARK DISTRICT | OH | 4648 | 1 | 12/18/03 | 2003 | 725.00 | 725.00 | 362.50 | 02/06/04 | 362.50 | 02/26/04 | PII-6.0 | II | Atwell's Police & Fire Equipment Co. |
| | 2061025025 | CLINTON COUNTY | MO | 4292 | 3 | 10/24/03 | 2003 | 465.00 | 1,395.00 | 717.50 | 05/03/06 | 717.50 | 10/23/06 | PII-4.4 | II | Law Enforcement Equipment Co. |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

Exhibit 7

**Armor Holdings Z Shield Related BVP Reimbursement Spreadsheet**

| Sampled | AGENCY ID | AGENCY NAME | STATE | MODEL ID | QTY RECEIVED | DATE RECEIVED | YEAR RECEIVED | UNIT PRICE | EXTENDED PRICE | AMOUNT REQUESTED | DATE REQUESTED | AMOUNT PAID | DATE PAID | MODEL NAME | THREAT LEVEL | DISTRIBUTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 342043002 | COATS TOWN | NC | 4294 | 2 | 12/11/03 | 2003 | $ 529.00 | $ 1,058.00 | $ 1,967.73 | 01/07/04 | $ 1,967.73 | 02/03/04 | PIIIA-4.5 | IIIA | Arrington Police Dist. Inc. |
| | 52016001 | CORCORAN CITY | CA | 4294 | 1 | 11/08/01 | 2001 | $ 949.95 | $ 949.95 | $ 3,375.51 | 08/29/03 | $ 3,375.51 | 09/16/03 | PIIIA-4.5 | IIIA | The Uniform Shoppe |
| | 52057001 | DAVIS CITY | CA | 4294 | 9 | 11/09/02 | 2002 | $ 1,952.00 | $ 17,568.00 | $ 9,420.84 | 12/10/02 | $ 9,420.84 | 12/31/02 | PIIIA-4.5 | IIIA | LC Action Police Supply |
| | 162024006 | DENISON CITY | IA | 4648 | 1 | 04/22/05 | 2005 | $ 695.00 | $ 695.00 | $ 505.00 | 12/09/05 | $ 505.00 | 03/16/05 | PII-6.0 | II | JACK'S UNIFORMS & EQUIPMENT |
| | 302009001 | DOVER CITY | NH | 4358 | 8 | 11/06/01 | 2001 | $ 343.40 | $ 2,747.20 | $ 6,332.45 | 11/06/01 | $ 6,332.45 | 11/30/01 | CBIIA/3-4.0 | IIA | GALL'S INC. |
| | 392002030 | ELIZABETH BOROUGH | PA | 4294 | 3 | 10/01/03 | 2003 | $ 809.10 | $ 2,427.30 | $ 1,230.15 | 03/18/04 | $ 1,230.15 | 04/20/04 | PIIIA-4.5 | IIIA | SAFETY LEAGUE INC |
| X | 131036036 | ONEIDA COUNTY | ID | 4292 | 9 | 11/21/02 | 2002 | $ 494.99 | $ 4,454.91 | $ 2,252.46 | 01/08/03 | $ 2,252.46 | 01/28/03 | PII-4 | II | Gall's Inc |
| | 212008004 | ELKTON TOWN | MD | 4294 | 1 | 03/30/04 | 2004 | $ 889.95 | $ 889.95 | $ 3,559.80 | 04/21/04 | $ 3,559.80 | 05/17/04 | PIIIA-4.5 | IIIA | Safety League Inc. |
| | 212008004 | ELKTON TOWN | MD | 4294 | 4 | 08/12/03 | 2003 | $ 889.95 | $ 3,559.80 | $ 1,804.90 | 09/17/03 | $ 1,804.90 | 10/17/03 | PIIIA-4.5 | IIIA | Safety League Inc. |
| | 212008004 | ELKTON TOWN | MD | 4294 | 4 | 01/24/05 | 2005 | $ 898.00 | $ 3,592.00 | $ 1,816.00 | 04/29/05 | $ 1,816.00 | 06/24/05 | PIIIA-4.5 | IIIA | Safety League |
| | 212008004 | ELKTON TOWN | MD | 4294 | 7 | 03/31/04 | 2004 | $ 889.95 | $ 6,229.65 | $ 3,559.80 | 04/21/04 | $ 3,559.80 | 05/17/04 | PIIIA-4.5 | IIIA | Safety League Inc. |
| | 52054501 | FARMERSVILLE CITY | CA | 4292 | 8 | 06/24/03 | 2003 | $ 728.00 | $ 5,824.00 | $ 3,123.10 | 07/18/03 | $ 3,123.10 | 08/21/03 | PII-4.4 | II | L.C. Action Police Supply |
| | 152008003 | FLORA TOWN | IN | 4294 | 1 | 12/05/02 | 2002 | $ 779.99 | $ 779.99 | $ 2,249.50 | 03/15/05 | $ 2,249.50 | 06/24/05 | PIIIA-4.5 | IIIA | Galls Incorporated |
| | 152008003 | FLORA TOWN | IN | 4294 | 1 | 05/10/02 | 2002 | $ 669.99 | $ 669.99 | $ 2,249.50 | 03/15/05 | $ 2,249.50 | 06/24/05 | PIIIA-4.5 | IIIA | Galls Incorporated |
| | 152008003 | FLORA TOWN | IN | 4294 | 1 | 04/14/02 | 2002 | $ 669.99 | $ 669.99 | $ 2,249.50 | 03/15/05 | $ 2,249.50 | 06/24/05 | PIIIA-4.5 | IIIA | Galls Incorporated |
| X | 431013013 | CLAIBORNE COUNTY | TN | 4294 | 31 | 03/18/04 | 2004 | $ 312.00 | $ 9,672.00 | $ 4,836.00 | 06/23/04 | $ 4,836.00 | 07/12/04 | PIIIA-4.5 | IIIA | Craigs |
| | 262095034 | FLORISSANT CITY | MO | 4648 | 1 | 10/17/03 | 2003 | $ 615.00 | $ 615.00 | $ 2,475.00 | 01/26/04 | $ 2,475.00 | 02/13/04 | PII-6.0 | II | Law Enforcement Equipment Co. |
| | 262095034 | FLORISSANT CITY | MO | 4648 | 1 | 09/17/03 | 2003 | $ 615.00 | $ 615.00 | $ 2,475.00 | 01/26/04 | $ 2,475.00 | 02/13/04 | PII-6.0 | II | Law Enforcement Equipment Co. |
| | 262095034 | FLORISSANT CITY | MO | 4648 | 1 | 09/17/03 | 2003 | $ 615.00 | $ 615.00 | $ 2,475.00 | 01/26/04 | $ 2,475.00 | 02/13/04 | PII-6.0 | II | Law Enforcement Equipment Co. |
| | 262095034 | FLORISSANT CITY | MO | 4648 | 1 | 09/25/03 | 2003 | $ 615.00 | $ 615.00 | $ 2,475.00 | 01/26/04 | $ 2,475.00 | 02/13/04 | PII-6.0 | II | Law Enforcement Equipment Co. |
| | 262095034 | FLORISSANT CITY | MO | 4648 | 1 | 05/27/03 | 2003 | $ 625.00 | $ 625.00 | $ 2,475.00 | 01/26/04 | $ 2,475.00 | 02/13/04 | PII-6.0 | II | Law Enforcement Equipment Co. |
| | 262095034 | FLORISSANT CITY | MO | 4648 | 2 | 02/28/03 | 2003 | $ 625.00 | $ 1,250.00 | $ 2,475.00 | 01/26/04 | $ 2,475.00 | 02/13/04 | PII-6.0 | II | Law Enforcement Equipment Co. |
| | 392023011 | FOLCROFT BOROUGH | PA | 4292 | 11 | 04/01/02 | 2002 | $ 800.00 | $ 8,800.00 | $ 4,400.00 | 01/28/03 | $ 4,400.00 | 02/14/03 | PII-4 | II | D.L. Fire and Police Supplies |
| | 52034002 | GALT CITY | CA | 4292 | 26 | 12/30/02 | 2002 | $ 620.00 | $ 16,120.00 | $ 8,684.65 | 05/05/04 | $ 8,684.65 | 06/01/04 | PII-4.4 | II | L.C. Action |
| | 262041005 | GILMAN CITY | MO | 4294 | 1 | 08/17/03 | 2003 | $ 779.99 | $ 779.99 | $ 824.98 | 10/13/03 | $ 824.98 | 10/29/03 | PIIIA-4.5 | IIIA | Gall's Inc. (Manufacturer) |
| | 262041005 | GILMAN CITY | MO | 4294 | 1 | 08/17/03 | 2003 | $ 779.99 | $ 779.99 | $ 824.98 | 10/13/03 | $ 824.98 | 10/29/03 | PIIIA-4.5 | IIIA | Gall's Inc. (Manufacturer) |
| | 272053001 | GLASGOW CITY | MT | 4292 | 1 | 08/25/03 | 2003 | $ 700.00 | $ 700.00 | $ 721.45 | 12/16/03 | $ 721.45 | 01/20/04 | PII-4.4 | II | L.C. Action Police Supply |
| | 312004012 | GLOUCESTER CITY | NJ | 4294 | 5 | 10/14/04 | 2004 | $ 1,629.18 | $ 8,145.90 | $ 4,072.95 | 02/15/05 | $ 4,072.95 | 02/23/05 | PIIIA-4.5 | IIIA | LAWMEN SUPPLY COMPANY OF NEW JERSEY |
| | 392065010 | GREENSBURG CITY | PA | 4292 | 1 | 09/01/04 | 2004 | $ 600.00 | $ 600.00 | $ 597.00 | 11/24/04 | $ 597.00 | 12/13/04 | PII-4 | II | Universal Police Supply Company |
| | 12007003 | GREENVILLE CITY | AL | 4294 | 14 | 03/04/05 | 2005 | $ 525.00 | $ 7,350.00 | $ 3,675.00 | 04/13/05 | $ 3,675.00 | 06/24/05 | PIIIA-4.5 | IIIA | McCAIN / COMMAND UNIFORM COMPANY |
| | 52041503 | HALF MOON BAY CITY | CA | 4294 | 12 | 07/15/05 | 2005 | $ 750.00 | $ 9,000.00 | $ 4,871.28 | 09/02/05 | $ 4,871.28 | 11/03/05 | PIIIA-4.5 | IIIA | L. C. Action Police Supply |
| | 342041004 | HIGH POINT CITY | NC | 4294 | 2 | 10/10/03 | 2003 | $ 899.00 | $ 1,798.00 | $ 2,087.00 | 11/21/03 | $ 2,087.00 | 12/24/03 | PIIIA-4.5 | IIIA | Arrington Police Distributors |
| | 342041004 | HIGH POINT CITY | NC | 4294 | 30 | 05/09/03 | 2003 | $ 899.00 | $ 26,970.00 | $ 14,429.00 | 05/22/03 | $ 14,429.00 | 06/17/03 | PIIIA-4.5 | IIIA | Arrington Police Distributors |
| | 342041004 | HIGH POINT CITY | NC | 4294 | 37 | 08/26/03 | 2003 | $ 899.00 | $ 33,263.00 | $ 16,631.50 | 09/02/03 | $ 16,631.50 | 09/26/03 | PIIIA-4.5 | IIIA | Arrington Police Dist. Inc. |
| | 342041004 | HIGH POINT CITY | NC | 4294 | 3 | 11/11/03 | 2003 | $ 701.00 | $ 2,103.00 | $ 2,087.00 | 11/21/03 | $ 2,087.00 | 12/24/03 | PIIIA-4.5 | IIIA | ARRINGTON POLICE DISTRIBUTORS, INC. |
| | 342041004 | HIGH POINT CITY | NC | 4294 | 8 | 01/06/03 | 2003 | $ 920.00 | $ 7,360.00 | $ 3,937.60 | 04/30/03 | $ 3,937.60 | 05/16/03 | PIIIA-4.5 | IIIA | Arrington Police Distributors |
| | 422035001 | HIGHMORE CITY | SD | 4648 | 1 | 12/15/04 | 2004 | $ 885.95 | $ 885.95 | $ 457.95 | 01/31/05 | $ 457.95 | 02/14/05 | PII-6.0 | II | JACK'S UNIFORMS & EQUIPMENT |
| | 341047047 | HOKE COUNTY | NC | 4292 | 6 | 05/09/05 | 2005 | $ 672.99 | $ 4,037.94 | $ 2,160.30 | 05/09/05 | $ 2,160.30 | 06/24/05 | PII-4 | II | Arrington Police Dist. Inc. |
| | 341047047 | HOKE COUNTY | NC | 4648 | 28 | 04/20/04 | 2004 | $ 575.00 | $ 16,100.00 | $ 8,613.50 | 05/03/04 | $ 8,613.50 | 06/01/04 | PII-6.0 | II | Arrington Police Distributors |
| | 241025029 | HUBBARD COUNTY | MN | 4294 | 3 | 08/05/03 | 2003 | $ 630.00 | $ 1,890.00 | $ 959.98 | 08/19/03 | $ 959.98 | 09/10/03 | PIIIA-4.5 | IIIA | Streicher's Police Equipment - Minneapolis |
| | 242043004 | HUTCHINSON CITY | MN | 4292 | 1 | 03/05/03 | 2003 | $ 662.95 | $ 662.95 | $ 335.35 | 04/15/03 | $ 335.35 | 05/14/03 | PII-4.4 | II | JACK'S UNIFORMS & EQUIPMENT |
| | 242043004 | HUTCHINSON CITY | MN | 4292 | 2 | 10/02/02 | 2002 | $ 662.95 | $ 1,325.90 | $ 3,988.16 | 03/31/03 | $ 3,988.16 | 04/07/03 | PII-4.4 | II | JACK'S UNIFORMS & EQUIPMENT |
| | 242043004 | HUTCHINSON CITY | MN | 4292 | 2 | 10/02/02 | 2002 | $ 662.95 | $ 1,325.90 | $ 3,988.16 | 03/31/03 | $ 3,988.16 | 04/07/03 | PII-4.4 | II | JACK'S UNIFORMS & EQUIPMENT |
| | 242043004 | HUTCHINSON CITY | MN | 4292 | 3 | 10/02/02 | 2002 | $ 662.95 | $ 1,988.85 | $ 3,988.16 | 03/31/03 | $ 3,988.16 | 04/07/03 | PII-4.4 | II | JACK'S UNIFORMS & EQUIPMENT |
| | 242043004 | HUTCHINSON CITY | MN | 4292 | 5 | 12/05/02 | 2002 | $ 662.95 | $ 3,314.75 | $ 3,988.16 | 03/31/03 | $ 3,988.16 | 04/07/03 | PII-4.4 | II | JACK'S UNIFORMS & EQUIPMENT |
| | 52010008 | KINGSBURG CITY | CA | 4294 | 2 | 06/08/03 | 2003 | $ 855.00 | $ 1,710.00 | $ 925.55 | 07/25/03 | $ 925.55 | 08/15/03 | PIIIA-4.5 | IIIA | L.C. Action Police Supply |
| | 03893 | LAKE VIEW TOWN | AL | 4294 | 1 | 01/17/05 | 2005 | $ 542.00 | $ 542.00 | $ 271.00 | 02/10/05 | $ 271.00 | 02/23/05 | PIIIA-4.5 | IIIA | LAW ENFORCEMENT SUPPLY CO INC |
| | 52021004 | LARKSPUR CITY | CA | 4294 | 2 | 07/14/04 | 2004 | $ 600.00 | $ 1,200.00 | $ 3,230.15 | 07/29/04 | $ 3,230.15 | 08/18/04 | PIIIA-4.5 | IIIA | L. C. Action Police Supply |
| | 393001012 | LATIMORE TOWNSHIP | PA | 4294 | 3 | 10/18/02 | 2002 | $ 889.95 | $ 2,669.85 | $ 1,334.93 | 12/14/02 | $ 1,334.93 | 12/31/02 | PIIIA-4.5 | IIIA | safety league,inc.#1 |
| | 303005023 | LINCOLN TOWN | NH | 10160 | 4 | 01/07/02 | 2002 | $ 648.00 | $ 2,592.00 | $ 1,299.00 | 06/06/03 | $ 1,299.00 | 06/25/03 | CBIIA/3-4.6 | | 3 Security Uniforms, Inc |
| X | 172065001 | ELKHART CITY | KS | 4292 | 3 | 12/20/02 | 2002 | $ 749.95 | $ 2,249.85 | $ 1,124.93 | 03/17/03 | $ 1,124.93 | 04/07/03 | PII-4 | II | GT Distributors -- Texas |
| | 52039001 | LODI CITY | CA | 4648 | 16 | 07/04/04 | 2004 | $ 569.00 | $ 9,104.00 | $ 12,878.82 | 03/04/05 | $ 12,878.82 | 03/23/05 | PII-6.0 | II | L. C. Action Police Supply |
| | 99356 | MACUNGIE BOROUGH | PA | 4648 | 1 | 07/08/03 | 2003 | $ 687.45 | $ 687.45 | $ 646.41 | 09/16/03 | $ 646.41 | 10/17/03 | PII-6.0 | II | Safety League Inc. |
| | 487005002 | MAKAH INDIAN TRIBE | WA | 4294 | 5 | 12/01/03 | 2003 | $ 1,004.25 | $ 5,021.25 | $ 2,510.63 | 12/15/04 | $ 2,510.63 | 12/23/04 | PIIIA-4.5 | IIIA | LAW ENFORCEMENT EQUIPMENT DISTRIBUTION |
| | 51024024 | MERCED COUNTY | CA | 4648 | 2 | 06/17/05 | 2005 | $ 536.40 | $ 1,072.80 | $ 575.29 | 08/22/05 | $ 575.29 | 10/11/05 | PII-6.0 | II | L. C. Action Police Supply |
| | 432071004 | MONTEREY TOWN | TN | 4292 | 2 | 05/25/02 | 2002 | $ 630.00 | $ 1,260.00 | $ 630.00 | 06/03/02 | $ 630.00 | 07/22/02 | PII-4.4 | II | Craig's Firearm Supply |
| | 432071004 | MONTEREY TOWN | TN | 4292 | 3 | 12/09/02 | 2002 | $ 464.00 | $ 1,392.00 | $ 711.00 | 01/29/03 | $ 711.00 | 02/14/03 | PII-4.4 | II | Craig's Firearm Supply |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

Exhibit 7

**Armor Holdings Z Shield Related BVP Reimbursement Spreadsheet**

| Sampled | AGENCY ID | AGENCY NAME | STATE | MODEL ID | QTY RECEIVED | DATE RECEIVED | YEAR RECEIVED | UNIT PRICE | EXTENDED PRICE | AMOUNT REQUESTED | DATE REQUESTED | AMOUNT PAID | DATE PAID | MODEL NAME | THREAT LEVEL | DISTRIBUTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 223011016 | NEEDHAM TOWN | MA | 4292 | 2 | 08/31/01 | 2001 | $772.00 | $1,544.00 | 11,226.50 | 10/05/01 | $11,226.50 | 10/17/01 | PII-4.4 | II | MHQ MUNICIPAL HEADQUARTERS SUPPLY |
| | 303006022 | NEW IPSWICH TOWN | NH | 4356 | 1 | 07/12/04 | 2004 | $376.80 | $376.80 | 188.40 | 07/16/04 | $188.40 | 08/18/04 | CBIIA-3.4.1 | IIA | Riley's Sport Shop, Inc. |
| | 310000000A532 | New Jersey Juvenile Justice Commission | NJ | 10160 | 28 | 08/11/04 | 2004 | $689.00 | $19,292.00 | 11,584.75 | 03/07/05 | $11,584.75 | 03/23/05 | CBIIA-3.4.6 | 3 | LAWMEN SUPPLY COMPANY OF NEW JERSEY |
| | 162011006 | NEWELL CITY | IA | 4294 | 3 | 12/02/03 | 2003 | $615.00 | $1,845.00 | 1,864.38 | 12/03/03 | $1,864.38 | 01/12/04 | PIIIA-4.5 | IIIA | Carpenter Uniform & Promotional Products |
| | 252051004 | NEWTON CITY | MS | 4294 | 2 | 10/27/03 | 2003 | $1,224.96 | $2,449.92 | 3,774.96 | 11/03/03 | $3,774.96 | 12/12/03 | PIIIA-4.5 | IIIA | Mid South Uniform & Supply, Inc. |
| | 252051004 | NEWTON CITY | MS | 4294 | 6 | 10/27/03 | 2003 | $850.00 | $5,100.00 | 3,774.96 | 11/03/03 | $3,774.96 | 12/12/03 | PIIIA-4.5 | IIIA | Mid South Uniform & Supply, Inc. |
| X | 262095034 | FLORISSANT CITY | MO | 4648 | 1 | 11/11/03 | 2003 | $615.00 | $615.00 | 2,475.00 | 01/26/04 | $2,475.00 | 02/13/04 | PII-6.0 | II | Law Enforcement Equipment Co. |
| | 102013019 | NORTH MIAMI BEACH CITY | FL | 10117 | 1 | 02/11/05 | 2005 | $500.00 | $500.00 | 8,576.09 | 01/12/06 | $8,576.09 | 05/10/06 | CBIIA-3.4.0 | 3 | Special Products Group |
| X | 313012005 | NORTH BRUNSWICK TOWNSHIP | NJ | 4294 | 1 | 03/27/02 | 2002 | $555.00 | $555.00 | 277.50 | 05/23/02 | $277.50 | 06/27/02 | PIIIA-4.5 | IIIA | LAWMEN SUPPLY COMPANY OF NEW JERSEY |
| | 111108108 | OCONEE COUNTY | GA | 4294 | 12 | 07/06/05 | 2005 | $625.00 | $7,500.00 | 3,750.00 | 07/12/05 | $3,750.00 | 10/19/05 | PIIIA-4.5 | IIIA | Command Banner Uniforms |
| | 111108108 | OCONEE COUNTY | GA | 4294 | 1 | 11/01/04 | 2004 | $625.00 | $625.00 | 812.50 | 12/06/04 | $812.50 | 12/23/04 | PIIIA-4.5 | IIIA | Command Uniform |
| | 111108108 | OCONEE COUNTY | GA | 4294 | 1 | 02/04/05 | 2005 | $525.00 | $525.00 | 512.50 | 02/09/05 | $512.50 | 02/23/05 | PIIIA-4.5 | IIIA | Command Banner Uniforms |
| | 111108108 | OCONEE COUNTY | GA | 4294 | 1 | 01/07/05 | 2005 | $500.00 | $500.00 | 512.50 | 02/09/05 | $512.50 | 02/23/05 | PIIIA-4.5 | IIIA | Command Banner Uniforms |
| | 111108108 | OCONEE COUNTY | GA | 4294 | 1 | 11/10/05 | 2005 | $725.00 | $725.00 | 362.50 | 12/15/05 | $362.50 | 03/16/05 | PIIIA-4.5 | IIIA | GT Distributors – Georgia |
| | 111108108 | OCONEE COUNTY | GA | 4294 | 1 | 07/31/03 | 2003 | $500.00 | $500.00 | 250.00 | 08/20/03 | $250.00 | 09/16/03 | PIIIA-4.5 | IIIA | Smyrna Police Distributors |
| | 111108108 | OCONEE COUNTY | GA | 4294 | 1 | 07/31/03 | 2003 | $800.00 | $800.00 | 400.00 | 08/20/03 | $400.00 | 09/16/03 | PIIIA-4.5 | IIIA | Smyrna Police Distributors |
| | 111108108 | OCONEE COUNTY | GA | 4294 | 2 | 08/05/01 | 2001 | $725.00 | $1,450.00 | 725.00 | 08/20/03 | $725.00 | 09/16/03 | PIIIA-4.5 | IIIA | Smyrna Police Distributors |
| | 111108108 | OCONEE COUNTY | GA | 4294 | 2 | 06/13/03 | 2003 | $520.00 | $1,040.00 | 520.00 | 08/20/03 | $520.00 | 09/16/03 | PIIIA-4.5 | IIIA | Smyrna Police Distributors |
| | 111108108 | OCONEE COUNTY | GA | 4294 | 2 | 03/15/01 | 2001 | $625.00 | $1,250.00 | 625.00 | 08/20/03 | $625.00 | 09/16/03 | PIIIA-4.5 | IIIA | Smyrna Police Distributors |
| | 111108108 | OCONEE COUNTY | GA | 4294 | 2 | 11/19/04 | 2004 | $500.00 | $1,000.00 | 812.50 | 12/06/04 | $812.50 | 12/23/04 | PIIIA-4.5 | IIIA | Command Uniform |
| | 111108108 | OCONEE COUNTY | GA | 4294 | 2 | 05/28/04 | 2004 | $500.00 | $1,000.00 | 500.00 | 06/11/04 | $500.00 | 07/09/04 | PIIIA-4.5 | IIIA | Command Banner Uniforms |
| | 111108108 | OCONEE COUNTY | GA | 4294 | 2 | 09/28/04 | 2004 | $500.00 | $1,000.00 | 500.00 | 10/07/04 | $500.00 | 11/03/04 | PIIIA-4.5 | IIIA | Command Banner Uniforms |
| | 111108108 | OCONEE COUNTY | GA | 4294 | 2 | 12/31/03 | 2003 | $500.00 | $1,000.00 | 500.00 | 02/24/04 | $500.00 | 03/17/04 | PIIIA-4.5 | IIIA | Smyrna Police Distributors |
| | 111108108 | OCONEE COUNTY | GA | 4294 | 3 | 06/10/03 | 2003 | $500.00 | $1,500.00 | 750.00 | 08/20/03 | $750.00 | 09/16/03 | PIIIA-4.5 | IIIA | Smyrna Police Distributors |
| | 111108108 | OCONEE COUNTY | GA | 4294 | 3 | 10/23/03 | 2003 | $500.00 | $1,500.00 | 750.00 | 10/29/03 | $750.00 | 11/21/03 | PIIIA-4.5 | IIIA | Command Uniforms |
| | 111108108 | OCONEE COUNTY | GA | 4294 | 6 | 05/05/02 | 2002 | $450.00 | $2,700.00 | 1,350.00 | 08/20/03 | $1,350.00 | 09/16/03 | PIIIA-4.5 | IIIA | Smyrna Police Distributors |
| X | 52021501 | NOVATO CITY | CA | 4648 | 10 | 05/20/04 | 2004 | $625.00 | $6,250.00 | 3,351.57 | 08/04/04 | $3,351.57 | 08/26/04 | PII-6.0 | II | LC Action |
| | 32010901 | ORO VALLEY TOWN | AZ | 4294 | 1 | 11/10/04 | 2004 | $867.00 | $867.00 | 9,619.56 | 03/27/06 | $9,619.56 | 10/23/06 | PIIIA-4.5 | IIIA | Universal Police Supply |
| | 32010901 | ORO VALLEY TOWN | AZ | 4294 | 1 | 11/11/04 | 2004 | $942.00 | $942.00 | 9,619.56 | 03/27/06 | $9,619.56 | 10/23/06 | PIIIA-4.5 | IIIA | Universal Police Supply |
| | 102050511 | PALM BEACH GARDENS CITY | FL | 4292 | 1 | 09/25/03 | 2003 | $482.69 | $482.69 | 4,878.10 | 02/16/07 | $4,878.10 | 04/20/07 | PII-4.4 | II | Special Products Group |
| | 392051001 | PHILADELPHIA CITY | PA | 4648 | 248 | 07/27/05 | 2005 | $656.70 | $162,861.60 | 81,430.80 | 09/29/05 | $81,430.80 | 12/23/05 | PII-6.0 | II | Atlantic Tactical |
| | 392051001 | PHILADELPHIA CITY | PA | 4648 | 458 | 11/03/04 | 2004 | $656.70 | $300,768.60 | 150,384.30 | 07/18/06 | $150,384.30 | 03/19/07 | PII-6.0 | II | SAFETY LEAGUE INC |
| | 262019012 | PLEASANT HILL CITY | MO | 4292 | 1 | 12/30/02 | 2002 | $569.00 | $569.00 | 1,263.45 | 08/18/04 | $1,263.45 | 09/17/04 | PII-4.4 | II | Law Enforcement Equipment Co. |
| | 10205650260100 | PORT ST LUCIE CITY POLICE DEPT | FL | 4294 | 1 | 01/26/04 | 2004 | $805.58 | $805.58 | 7,750.94 | 06/10/04 | $7,750.94 | 07/06/04 | PIIIA-4.5 | IIIA | Special Products Group Inc. |
| | 10205650260100 | PORT ST LUCIE CITY POLICE DEPT | FL | 4648 | 1 | 08/05/03 | 2003 | $560.24 | $560.24 | 7,750.94 | 06/10/04 | $7,750.94 | 07/06/04 | PII-6.0 | II | Special Products Group Inc. |
| | 10205650260100 | PORT ST LUCIE CITY POLICE DEPT | FL | 4648 | 1 | 12/22/03 | 2003 | $600.00 | $600.00 | 7,750.94 | 06/10/04 | $7,750.94 | 07/06/04 | PII-6.0 | II | Special Products Group Inc. |
| | 251060060 | QUITMAN COUNTY | MS | 4294 | 1 | 10/15/03 | 2003 | $487.65 | $487.65 | 493.83 | 10/29/03 | $493.83 | 11/21/03 | PIIIA-4.5 | IIIA | GT Distributors – Texas |
| | 251060060 | QUITMAN COUNTY | MS | 4294 | 1 | 10/15/03 | 2003 | $490.00 | $490.00 | 493.83 | 10/29/03 | $493.83 | 11/21/03 | PIIIA-4.5 | IIIA | GT Distributors – Texas |
| | 312002046 | RAMSEY BOROUGH | NJ | 4294 | 1 | 03/08/03 | 2003 | $1,240.00 | $1,240.00 | 10,885.25 | 02/09/04 | $10,885.25 | 02/26/04 | PIIIA-4.5 | IIIA | CURYS SPORT SHOP |
| | 312002046 | RAMSEY BOROUGH | NJ | 4294 | 1 | 05/21/99 | 1999 | $865.00 | $865.00 | 10,885.25 | 02/09/04 | $10,885.25 | 02/26/04 | PIIIA-4.5 | IIIA | CURYS SPORT SHOP |
| | 312002046 | RAMSEY BOROUGH | NJ | 4294 | 2 | 03/13/00 | 2000 | $1,165.00 | $2,330.00 | 10,885.25 | 02/09/04 | $10,885.25 | 02/26/04 | PIIIA-4.5 | IIIA | CURYS SPORT SHOP |
| | 312002046 | RAMSEY BOROUGH | NJ | 4294 | 2 | 12/30/99 | 1999 | $1,266.50 | $2,533.00 | 10,885.25 | 02/09/04 | $10,885.25 | 02/26/04 | PIIIA-4.5 | IIIA | CURYS SPORT SHOP |
| | 312002046 | RAMSEY BOROUGH | NJ | 4294 | 5 | 03/10/04 | 2004 | $925.00 | $4,625.00 | 3,025.00 | 04/13/04 | $3,025.00 | 05/17/04 | PIIIA-4.5 | IIIA | CURYS SPORT SHOP |
| | 312002046 | RAMSEY BOROUGH | NJ | 4294 | 7 | 11/20/04 | 2004 | $900.00 | $6,300.00 | 3,150.00 | 06/02/05 | $3,150.00 | 06/13/05 | PIIIA-4.5 | IIIA | CURYS SPORT SHOP |
| | 342076005 | RANDLEMAN CITY | NC | 4648 | 1 | 10/08/03 | 2003 | $625.00 | $625.00 | 334.38 | 10/20/03 | $334.38 | 11/21/03 | PII-6.0 | II | ARRINGTON POLICE DISTRIBUTORS, INC. |
| | 342076005 | RANDLEMAN CITY | NC | 4648 | 1 | 04/20/04 | 2004 | $625.00 | $625.00 | 338.66 | 06/11/04 | $338.66 | 07/09/04 | PII-6.0 | II | Arrington Police Dist. Inc. |
| | 342076005 | RANDLEMAN CITY | NC | 4648 | 2 | 10/15/05 | 2005 | $569.00 | $1,138.00 | 617.39 | 10/24/05 | $617.39 | 12/23/05 | PII-6.0 | II | Arrington Police Distributors |
| | 222013003 | REVERE CITY | MA | 4292 | 1 | 01/24/02 | 2002 | $772.00 | $772.00 | 29,479.00 | 01/24/02 | $29,479.00 | 02/15/02 | PII-4.4 | II | AMI Municipal Supply |
| | 262007009 | RICH HILL CITY | MO | 4234 | 1 | 05/05/05 | 2005 | $379.95 | $379.95 | 199.95 | 08/03/05 | $199.95 | 10/11/05 | PIIIA-4.1 | IIA | STREICHER'S-MILWAUKEE |
| | 262007009 | RICH HILL CITY | MO | 4234 | 1 | 12/08/03 | 2003 | $630.00 | $630.00 | 315.00 | 02/03/04 | $315.00 | 02/27/04 | PIIIA-4.1 | IIA | Law Enforcement Equipment Co. |
| | 501053053 | RICHLAND COUNTY | WI | 4648 | 1 | 05/17/04 | 2004 | $849.95 | $849.95 | 439.95 | 06/08/04 | $439.95 | 07/09/04 | PII-6.0 | II | Streicher's Police Equipment - Minneapolis |
| | 501053053 | RICHLAND COUNTY | WI | 4648 | 2 | 11/05/03 | 2003 | $849.95 | $1,699.90 | 1,182.65 | 11/17/03 | $1,182.65 | 12/24/03 | PII-6.0 | II | STREICHERS |
| | 52015701 | RIDGECREST CITY | CA | 4292 | 11 | 12/10/04 | 2004 | $559.00 | $6,149.00 | 3,297.40 | 01/21/05 | $3,297.40 | 02/14/05 | PII-4.4 | II | Aardvark Tactical, Inc. |
| | 52015701 | RIDGECREST CITY | CA | 4292 | 9 | 12/24/03 | 2003 | $695.30 | $6,257.70 | 3,378.19 | 01/29/04 | $3,378.19 | 02/11/04 | PII-4.4 | II | Aardvark Tactical, Inc. |
| | 52048004 | RIO VISTA CITY | CA | 4294 | 2 | 12/08/03 | 2003 | $790.00 | $1,580.00 | 851.78 | 12/30/03 | $851.78 | 01/20/04 | PIIIA-4.5 | IIIA | L. C. Action Police Supply |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

Exhibit 7

**Armor Holdings Z Shield Related BVP Reimbursement Spreadsheet**

| Sampled | AGENCY ID | AGENCY NAME | STATE | MODEL ID | QTY RECEIVED | DATE RECEIVED | YEAR RECEIVED | UNIT PRICE | EXTENDED PRICE | AMOUNT REQUESTED | DATE REQUESTED | AMOUNT PAID | DATE PAID | MODEL NAME | THREAT LEVEL | DISTRIBUTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 412046006 | ROCK HILL CITY | SC | 4292 | 15 | 06/11/03 | 2003 | $ 598.00 | $ 8,970.00 | $ 5,464.23 | 06/19/03 | $ 5,464.23 | 07/18/03 | PII-4.4 | II | LAWMEN'S SAFETY SUPPLY INC. |
| | 412046006 | ROCK HILL CITY | SC | 4292 | 1 | 05/09/02 | 2002 | $ 598.00 | $ 598.00 | $ 9,828.13 | 05/17/02 | $ 9,828.13 | 06/27/02 | PII-4.4 | II | |
| | 412046006 | ROCK HILL CITY | SC | 4292 | 1 | 04/10/02 | 2002 | $ 598.00 | $ 598.00 | $ 9,828.13 | 05/17/02 | $ 9,828.13 | 06/27/02 | PII-4.4 | II | |
| | 412046006 | ROCK HILL CITY | SC | 4292 | 1 | 03/12/02 | 2002 | $ 598.00 | $ 598.00 | $ 9,828.13 | 05/17/02 | $ 9,828.13 | 06/27/02 | PII-4.4 | II | |
| | 412046006 | ROCK HILL CITY | SC | 4292 | 1 | 05/16/02 | 2002 | $ 598.00 | $ 598.00 | $ 319.93 | 05/22/02 | $ 319.93 | 06/27/02 | PII-4.4 | II | |
| | 412046006 | ROCK HILL CITY | SC | 4292 | 1 | 09/17/02 | 2002 | $ 598.00 | $ 598.00 | $ 664.12 | 10/04/02 | $ 664.12 | 10/24/02 | PII-4.4 | II | ARRINGTON POLICE DISTRIBUTORS, INC. |
| | 412046006 | ROCK HILL CITY | SC | 4292 | 1 | 09/17/02 | 2002 | $ 598.00 | $ 598.00 | $ 664.12 | 10/04/02 | $ 664.12 | 10/24/02 | PII-4.4 | II | Arrington Police Distributors |
| | 412046006 | ROCK HILL CITY | SC | 4292 | 1 | 11/25/03 | 2003 | $ 558.00 | $ 558.00 | $ 599.43 | 12/15/03 | $ 599.43 | 01/07/04 | PII-4.4 | II | Lawmen's |
| | 412046006 | ROCK HILL CITY | SC | 4292 | 24 | 04/22/02 | 2002 | $ 598.00 | $ 14,352.00 | $ 9,828.13 | 05/17/02 | $ 9,828.13 | 06/27/02 | PII-4.4 | II | |
| | 412046006 | ROCK HILL CITY | SC | 4292 | 2 | 04/10/02 | 2002 | $ 598.00 | $ 1,196.00 | $ 9,828.13 | 05/17/02 | $ 9,828.13 | 06/27/02 | PII-4.4 | II | |
| | 412046006 | ROCK HILL CITY | SC | 4292 | 2 | 06/11/03 | 2003 | $ 598.00 | $ 1,196.00 | $ 5,464.23 | 06/19/03 | $ 5,464.23 | 07/18/03 | PII-4.4 | II | LAWMEN'S SAFETY SUPPLY INC. |
| | 412046006 | ROCK HILL CITY | SC | 4292 | 2 | 04/22/02 | 2002 | $ 598.00 | $ 1,196.00 | $ 9,828.13 | 05/17/02 | $ 9,828.13 | 06/27/02 | PII-4.4 | II | |
| | 412046006 | ROCK HILL CITY | SC | 4292 | 2 | 04/28/03 | 2003 | $ 598.00 | $ 1,196.00 | $ 642.85 | 07/11/03 | $ 642.85 | 08/06/03 | PII-4.4 | II | Lawmen's Safety Supply |
| | 412046006 | ROCK HILL CITY | SC | 4292 | 5 | 11/03/03 | 2003 | $ 598.00 | $ 2,990.00 | $ 2,109.13 | 11/07/03 | $ 2,109.13 | 12/12/03 | PII-4.4 | II | LAWMEN'S SAFETY SUPPLY INC. |
| | 341079079 | ROCKINGHAM COUNTY | NC | 4294 | 15 | 12/02/04 | 2004 | $ 525.00 | $ 7,875.00 | $ 3,937.50 | 03/28/06 | $ 3,937.50 | 10/23/06 | PIIIA-4.5 | IIIA | Arrington Police Distributors |
| | 341079079 | ROCKINGHAM COUNTY | NC | 4294 | 15 | 12/02/04 | 2004 | $ 525.00 | $ 7,875.00 | $ 3,937.50 | 03/28/06 | $ 3,937.50 | 10/23/06 | PIIIA-4.5 | IIIA | Arrington Police Distributors |
| | 341079079 | ROCKINGHAM COUNTY | NC | 4294 | 17 | 03/15/06 | | $ 525.00 | $ 8,925.00 | $ 4,796.21 | 04/11/06 | $ 4,796.21 | 10/23/06 | PIIIA-4.5 | IIIA | Lawmens Safety Supply Inc. |
| | 341079079 | ROCKINGHAM COUNTY | NC | 4294 | 1 | 02/11/05 | 2005 | $ 525.00 | $ 525.00 | $ 280.88 | 03/29/06 | $ 280.88 | 10/23/06 | PIIIA-4.5 | IIIA | Arrington Police Dist. Inc. |
| | 341079079 | ROCKINGHAM COUNTY | NC | 4294 | 1 | 05/25/05 | 2005 | $ 525.00 | $ 525.00 | $ 280.88 | 03/29/06 | $ 280.88 | 10/23/06 | PIIIA-4.5 | IIIA | Arrington Police Dist. Inc. |
| | 341079079 | ROCKINGHAM COUNTY | NC | 4294 | 1 | 01/26/06 | | $ 525.00 | $ 525.00 | $ 280.88 | 03/29/06 | $ 280.88 | 10/23/06 | PIIIA-4.5 | IIIA | Arrington Police Dist. Inc. |
| | 341079079 | ROCKINGHAM COUNTY | NC | 4294 | 2 | 05/24/05 | 2005 | $ 525.00 | $ 1,050.00 | $ 561.75 | 03/29/06 | $ 561.75 | 10/23/06 | PIIIA-4.5 | IIIA | Arrington Police Dist. Inc. |
| | 01730 | ROCKWELL | NC | 4292 | 1 | 06/11/01 | 2001 | $ 625.00 | $ 625.00 | $ 331.25 | 02/15/02 | $ 331.25 | 02/15/02 | PII-4.4 | II | ARRINGTON POLICE DISTRIBUTORS, INC. |
| | 01730 | ROCKWELL | NC | 4292 | 2 | 02/15/03 | 2003 | $ 598.00 | $ 1,196.00 | $ 644.14 | 02/20/03 | $ 644.14 | 03/12/03 | PII-4.4 | II | ARRINGTON POLICE DISTRIBUTORS, INC. |
| | 132030003 | SALMON CITY | ID | 4292 | 6 | 12/10/02 | 2002 | $ 749.95 | $ 4,499.70 | $ 2,249.85 | 12/16/02 | $ 2,249.85 | 01/22/03 | PII-4.4 | II | GT Distributors -- Texas |
| | 451018018 | SALT LAKE COUNTY | UT | 4292 | 1 | 09/14/01 | 2001 | $ 710.60 | $ 710.60 | $ 6,077.99 | 09/19/01 | $ 6,077.99 | 10/17/01 | PII-4.4 | II | SKAGG'S |
| | 451018018 | SALT LAKE COUNTY | UT | 4292 | 1 | 06/18/02 | 2002 | $ 797.50 | $ 797.50 | $ 2,374.40 | 07/03/02 | $ 2,374.40 | 07/29/02 | PIIIA-4.5 | IIIA | SKAGG'S |
| | 451018018 | SALT LAKE COUNTY | UT | 4294 | 1 | 07/22/05 | 2005 | $ 797.00 | $ 797.00 | $ 3,084.40 | 07/22/05 | $ 3,084.40 | 10/19/05 | PIIIA-4.5 | IIIA | Skaggs |
| | 451018018 | SALT LAKE COUNTY | UT | 4292 | 1 | 02/23/04 | 2004 | $ 497.50 | $ 497.50 | $ 553.25 | 03/05/04 | $ 553.25 | 04/09/04 | PIIIA-4.5 | IIIA | SKAGG'S |
| | 52030016 | SANTA ANA CITY | CA | 4292 | 1 | 04/03/03 | 2003 | $ 564.95 | $ 564.95 | $ 1,521.83 | 01/09/04 | $ 1,521.83 | 02/03/04 | PII-4.4 | II | Uniform Center |
| | 52030016 | SANTA ANA CITY | CA | 4292 | 3 | 10/11/02 | 2002 | $ 564.95 | $ 1,694.85 | $ 5,174.21 | 10/11/02 | $ 5,174.21 | 10/24/02 | PII-4.4 | II | Long Beach Uniform Co., Inc. |
| | 51043042 | SANTA CLARA COUNTY | CA | 4292 | 7 | 06/30/02 | 2002 | $ 569.00 | $ 3,983.00 | $ 42,153.07 | 08/12/02 | $ 42,153.07 | 09/11/02 | PII-4.4 | II | L.C. Action Police Supply |
| | 51043042 | SANTA CLARA COUNTY | CA | 4294 | 6 | 06/30/02 | 2002 | $ 569.00 | $ 3,414.00 | $ 42,153.07 | 08/12/02 | $ 42,153.07 | 09/11/02 | PIIIA-4.5 | IIIA | L.C. Action Police Supply |
| | 51043042 | SANTA CLARA COUNTY | CA | 4648 | 1 | 10/28/04 | 2004 | $ 569.00 | $ 569.00 | $ 23,118.87 | 11/10/05 | $ 23,118.87 | 12/23/05 | PII-6.0 | II | L.C. Action |
| | 51043042A162 | Santa Clara County Department of Correction | CA | 4292 | 2 | 06/30/02 | 2002 | $ 569.00 | $ 1,138.00 | $ 42,153.07 | 08/12/02 | $ 42,153.07 | 09/11/02 | PII-4.4 | II | L.C. Action Police Supply |
| | 51043042A162 | Santa Clara County Department of Correction | CA | 4294 | 1 | 03/31/05 | 2005 | $ 569.00 | $ 569.00 | $ 23,118.87 | 11/10/05 | $ 23,118.87 | 12/23/05 | PIIIA-4.5 | IIIA | L.C. Action Police Supply |
| | 51043042A162 | Santa Clara County Department of Correction | CA | 4648 | 14 | 06/14/04 | 2004 | $ 569.00 | $ 7,966.00 | $ 32,711.78 | 08/20/04 | $ 32,711.78 | 09/17/04 | PII-6.0 | II | L.C. Action |
| | 51043042A162 | Santa Clara County Department of Correction | CA | 4648 | 1 | 03/31/05 | 2005 | $ 569.00 | $ 569.00 | $ 23,118.87 | 11/10/05 | $ 23,118.87 | 12/23/05 | PII-6.0 | II | LC Action |
| | 51043042A884 | Santa Clara County District Attorney's Office | CA | 4292 | 4 | 06/30/02 | 2002 | $ 690.00 | $ 2,760.00 | $ 42,153.07 | 08/12/02 | $ 42,153.07 | 09/11/02 | PII-4.4 | II | L.C. Action Police Supply |
| | 52027009 | SEASIDE CITY | CA | 4292 | 5 | 11/08/01 | 2001 | $ 499.00 | $ 2,495.00 | $ 4,279.57 | 03/05/03 | $ 4,279.57 | 03/28/03 | PII-4.4 | II | L. C. Action Police Supply |
| | 52027009 | SEASIDE CITY | CA | 4292 | 6 | 10/04/02 | 2002 | $ 590.00 | $ 3,540.00 | $ 4,279.57 | 03/05/03 | $ 4,279.57 | 03/28/03 | PII-4.4 | II | L.C. Action Police Supply |
| | 02786 | SHOSHONI TOWN | WY | 4234 | 3 | 10/14/02 | 2002 | $ 565.00 | $ 1,695.00 | $ 847.50 | 10/16/02 | $ 847.50 | 11/15/02 | PII-4.1 | IIA | Mazet Enterprises |
| | 04994 | STALLINGS TOWN | NC | 4648 | 2 | 10/10/03 | 2003 | $ 695.00 | $ 1,390.00 | $ 747.27 | 06/24/04 | $ 747.27 | 07/12/04 | PII-6.0 | II | Best Uniforms |
| | 342036010 | STANLEY TOWN | NC | 4292 | 1 | 05/05/03 | 2003 | $ 649.00 | $ 649.00 | $ 349.80 | 07/18/03 | $ 349.80 | 08/21/03 | PII-4.4 | II | ARRINGTON POLICE DISTRIBUTORS, INC. |
| | 342062004 | STAR TOWN | NC | 4294 | 4 | 12/10/03 | 2003 | $ 775.00 | $ 3,100.00 | $ 1,658.50 | 06/03/04 | $ 1,658.50 | 07/06/04 | PIIIA-4.5 | IIIA | Arrington Police Dist. Inc. |
| | 391058057 | SUSQUEHANNA COUNTY | PA | 4292 | 4 | 04/14/04 | 2004 | $ 759.95 | $ 3,039.80 | $ 1,539.90 | 06/04/04 | $ 1,539.90 | 07/06/04 | PII-4.4 | II | SAFETY LEAGUE INC |
| | 11213600760100 | THOMASVILLE POLICE DEPT | GA | 4292 | 1 | 10/16/02 | 2002 | $ 399.95 | $ 399.95 | $ 608.98 | 03/04/03 | $ 608.98 | 03/28/03 | PII-4.4 | II | GT DISTRIBUTORS |
| | 382034802 | TIGARD TOWN | OR | 4294 | 1 | 10/19/02 | 2002 | $ 679.00 | $ 679.00 | $ 3,700.10 | 08/01/03 | $ 3,700.10 | 08/29/03 | PIIIA-4.5 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 382034802 | TIGARD TOWN | OR | 4294 | 28 | 09/15/05 | 2005 | $ 600.00 | $ 16,800.00 | $ 8,400.00 | 12/30/05 | $ 8,400.00 | 03/21/06 | PIIIA-4.5 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 382034802 | TIGARD TOWN | OR | 4294 | 3 | 05/01/02 | 2002 | $ 446.25 | $ 1,338.75 | $ 3,700.10 | 08/01/03 | $ 3,700.10 | 08/29/03 | PIIIA-4.5 | IIIA | SKAGGS PUBLIC SAFETY |
| X | 382034802 | TIGARD TOWN | OR | 4294 | 4 | 10/04/02 | 2002 | $ 560.00 | $ 2,240.00 | $ 3,700.10 | 08/01/03 | $ 3,700.10 | 08/29/03 | PIIIA-4.5 | IIIA | BLUMENTHAL UNIFORM & EQUIPMENT |
| | 5205400660100 | VISALIA POLICE DEPT | CA | 4292 | 11 | 10/14/03 | 2003 | $ 530.00 | $ 5,830.00 | $ 15,072.85 | 01/13/04 | $ 15,072.85 | 02/03/04 | PII-4.4 | II | L.C. Action |
| | 5205400660100 | VISALIA POLICE DEPT | CA | 4292 | 11 | 04/19/04 | 2004 | $ 530.00 | $ 5,830.00 | $ 4,831.62 | 09/17/04 | $ 4,831.62 | 09/17/04 | PII-4.4 | II | LC Action |
| | 5205400660100 | VISALIA POLICE DEPT | CA | 4292 | 14 | 06/11/03 | 2003 | $ 530.00 | $ 7,420.00 | $ 3,978.98 | 07/24/03 | $ 3,978.98 | 08/22/03 | PII-4.4 | II | L. C. Action Police Supply |
| | 5205400660100 | VISALIA POLICE DEPT | CA | 4292 | 15 | 09/11/03 | 2003 | $ 530.00 | $ 7,950.00 | $ 4,263.19 | 11/17/03 | $ 4,263.19 | 12/24/03 | PII-4.4 | II | L.C. Action |
| | 5205400660100 | VISALIA POLICE DEPT | CA | 4292 | 1 | 12/01/04 | 2004 | $ 556.50 | $ 556.50 | $ 2,572.13 | 12/14/04 | $ 2,572.13 | 12/23/04 | PII-4.4 | II | L. C. Action Police Supply |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

Exhibit 7

## Armor Holdings Z Shield Related BVP Reimbursement Spreadsheet

| Sampled | AGENCY ID | AGENCY NAME | STATE | MODEL ID | QTY RECEIVED | DATE RECEIVED | YEAR RECEIVED | UNIT PRICE | EXTENDED PRICE | AMOUNT REQUESTED | DATE REQUESTED | AMOUNT PAID | DATE PAID | MODEL NAME | THREAT LEVEL | DISTRIBUTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 5205400660100 | VISALIA POLICE DEPT | CA | 4292 | 1 | 07/02/03 | 2003 | $ 530.00 | $ 530.00 | 15,072.85 | 01/13/04 | $ 15,072.85 | 02/03/04 | PII-4.4 | II | L.C. Action |
|  | 5205400660100 | VISALIA POLICE DEPT | CA | 4292 | 1 | 10/17/03 | 2003 | $ 530.00 | $ 530.00 | 15,072.85 | 01/13/04 | $ 15,072.85 | 02/03/04 | PII-4.4 | II | L.C. Action |
|  | 5205400660100 | VISALIA POLICE DEPT | CA | 4292 | 1 | 10/17/03 | 2003 | $ 530.00 | $ 530.00 | 15,072.85 | 01/13/04 | $ 15,072.85 | 02/03/04 | PII-4.4 | II | LC Action |
|  | 5205400660100 | VISALIA POLICE DEPT | CA | 4292 | 2 | 06/11/04 | 2004 | $ 530.00 | $ 1,060.00 | 4,831.62 | 08/19/04 | $ 4,831.62 | 09/17/04 | PII-4.4 | II | L.C. Action |
|  | 5205400660100 | VISALIA POLICE DEPT | CA | 4292 | 33 | 07/14/03 | 2003 | $ 530.00 | $ 17,490.00 | 15,072.85 | 01/13/04 | $ 15,072.85 | 02/03/04 | PII-4.4 | II | L.C. Action |
|  | 5205400660100 | VISALIA POLICE DEPT | CA | 4292 | 4 | 04/19/04 | 2004 | $ 530.00 | $ 2,120.00 | 4,831.62 | 08/19/04 | $ 4,831.62 | 09/17/04 | PII-4.4 | II | LC Action |
|  | 5205400660100 | VISALIA POLICE DEPT | CA | 4292 | 6 | 08/21/03 | 2003 | $ 530.00 | $ 3,180.00 | 1,712.46 | 09/02/03 | $ 1,712.46 | 09/26/03 | PII-4.4 | II | L.C. Action |
|  | 5205400660100 | VISALIA POLICE DEPT | CA | 4292 | 6 | 11/25/03 | 2003 | $ 530.00 | $ 3,180.00 | 15,072.85 | 01/13/04 | $ 15,072.85 | 02/03/04 | PII-4.4 | II | L.C. Action |
|  | 5205400660100 | VISALIA POLICE DEPT | CA | 4292 | 8 | 10/25/04 | 2004 | $ 530.00 | $ 4,240.00 | 2,572.13 | 12/14/04 | $ 2,572.13 | 12/23/04 | PII-4.4 | II | L.C. Action Police Supply |
|  | 5205400660100 | VISALIA POLICE DEPT | CA | 4292 | 8 | 08/28/03 | 2003 | $ 530.00 | $ 4,240.00 | 2,273.70 | 09/04/03 | $ 2,273.70 | 09/26/03 | PII-4.4 | II | L. C. Action Police Supply |
|  | 12037027 | WARRIOR CITY | AL | 4407 | 5 | 09/20/02 | 2002 | $ 1,359.50 | $ 6,797.50 | 5,488.75 | 12/10/02 | $ 5,488.75 | 12/31/02 | SE3A-5 | IIIA | M.A.C. Uniforms |
|  | 994001801 | WASHINGTON METRO AREA TRANSIT AUTHORITY | DC | 4407 | 98 | 09/30/02 | 2002 | $ 750.00 | $ 73,500.00 | 36,750.00 | 01/28/03 | $ 36,750.00 | 02/14/03 | SE3A-5 | IIIA | SAFETY LEAGUE INC |
|  | 442102003 | WASKOM CITY | TX | 4294 | 1 | 05/09/01 | 2001 | $ 449.99 | $ 449.99 | 237.49 | 07/24/03 | $ 237.49 | 08/22/03 | PIIIA-4.5 | IIIA | Galls Incorporated |
|  | 442102003 | WASKOM CITY | TX | 4294 | 1 | 06/13/03 | 2003 | $ 479.95 | $ 479.95 | 251.45 | 07/24/03 | $ 251.45 | 08/22/03 | PIIIA-4.5 | IIIA | GT Distributors |
|  | 442102003 | WASKOM CITY | TX | 4294 | 1 | 04/17/01 | 2001 | $ 574.98 | $ 574.98 | 299.75 | 07/24/03 | $ 299.75 | 08/22/03 | PIIIA-4.5 | IIIA | Galls Incorporated |
|  | 442102003 | WASKOM CITY | TX | 4294 | 1 | 10/21/03 | 2003 | $ 475.88 | $ 475.88 | 237.94 | 11/05/03 | $ 237.94 | 12/12/03 | PIIIA-4.5 | IIIA | GT Distributors |
|  | 52044003 | WATSONVILLE CITY | CA | 4294 | 13 | 12/01/04 | 2004 | $ 656.25 | $ 8,531.25 | 4,626.38 | 01/03/05 | $ 4,626.38 | 02/04/05 | PIIIA-4.5 | IIIA | L.C. Action |
|  | 352009018 | WEST FARGO CITY | ND | 4294 | 2 | 08/06/03 | 2003 | $ 761.00 | $ 1,522.00 | 761.00 | 09/02/03 | $ 761.00 | 09/26/03 | PIIIA-4.5 | IIIA | Streicher's Police Equipment - Minneapolis |
|  | 52057401 | WEST SACRAMENTO CITY | CA | 4294 | 8 | 05/14/02 | 2002 | $ 1,952.00 | $ 15,616.00 | 9,224.73 | 08/28/02 | $ 9,224.73 | 09/27/02 | PIIIA-4.5 | IIIA | L.C. Action |
|  | 242034012 | WILLMAR CITY | MN | 4292 | 5 | 08/05/02 | 2002 | $ 680.00 | $ 3,400.00 | 1,700.00 | 08/06/02 | $ 1,700.00 | 09/27/02 | PII-4.4 | II | Streicher's Police Equipment - Minneapolis |

**Total Safariland Amount $ 1,187,905.87**

**Safariland Amount Reimbursed $ 593,952.94**

### ProTech Armored Products

| Sampled | AGENCY ID | AGENCY NAME | STATE | MODEL ID | QTY RECEIVED | DATE RECEIVED | YEAR RECEIVED | UNIT PRICE | EXTENDED PRICE | AMOUNT REQUESTED | DATE REQUESTED | AMOUNT PAID | DATE PAID | MODEL NAME | THREAT LEVEL | DISTRIBUTOR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| X | 52013004 | EL CENTRO CITY | CA | 4305 | 9 | 10/11/00 | 2000 | $ 699.00 | $ 6,291.00 | 14,691.68 | 12/06/02 | $ 14,691.68 | 12/31/02 | SE2-6 | II | Aardvark Tactical, Inc. |

**ProTech Amount Reimbursed $ 3,145.50**

**Total Amount Reimbursed $ 5,128,544.31**

United States of America v. Honeywell International, Inc.                    **Exhibit 8**
Expert Report of Joseph Anastasi

**Z Shield Product Identification Spreadsheet**
**Subset of Products Confirmed to Contain Z-Shield**

| Entity | NIJ Model # | Part ID | Reference | Z-Shield Confirmation Source |
|--------|-------------|---------|-----------|------------------------------|
| ABA | XTX2A-2 | 2A-XTXB-F-FS-NS | XTX2A-2 GEN 2 IIA-FEMALE-W/1 NS CARRIER | Rosenberg |
| ABA | XTX2A-2 | 2A-XTXB-FS-NS | XTX2A-2 GEN 2 IIA FULLSIDE-W/1 NS CARR | Rosenberg |
| ABA | XTX2A-2 | 2A-XTXB-FS-Z02 | XTX2A-2 GEN 2 FULLSIDE-W/1 Z02 CARRIER | Rosenberg |
| ABA | XTX2A-1 | 2A-XTX-F-FS-NS | XTX2A-1 FEMALE-W/1 NS CARRIER | Rosenberg |
| ABA | XTX2A-1 | 2A-XTX-F-FS-OC302 | XTREME-X 2A-FEMALE-W/1 OC302 CARRIER | Rosenberg |
| ABA | XTX2A-1 | 2A-XTX-F-FS-Z | XTREME-X 2A-FEMALE-W/1 CARRIER | Rosenberg |
| ABA | XTX2A-1 | 2A-XTX-F-FS-Z02 | XTREME-X 2A-FEMALE-W/1 2002 CARRIER | Rosenberg |
| ABA | XTX2A-1 | 2A-XTX-FS-2807-M | DN# 2807 XTREME-X 2A-W/1 MESH CARRIER | Rosenberg |
| ABA | XTX2A-1 | 2A-XTX-FS-NS | XTREME-X 2A-FULLSIDE-W/1 NS CARRIER | Rosenberg |
| ABA | XTX2A-1 | 2A-XTX-FS-OC3 | XTREME-X 2A-FULLSIDE-W/1 OC3 CARRIER | Rosenberg |
| ABA | XTX2A-1 | 2A-XTX-FS-OC302 | XTX2A-1 FULLSIDE-W/1 OC302 CARRIER | Rosenberg |
| ABA | XTX2A-1 | 2A-XTX-FS-PANEL | PANEL ONLY (1) XTX2A-1 MALE | Rosenberg |
| ABA | XTX2A-1 | 2A-XTX-FS-Z | XTREME-X 2A-FULLSIDE-W/1 CARRIER | Rosenberg |
| ABA | XTX2A-1 | 2A-XTX-FS-Z02 | XTREME-X 2A-FULLSIDE-W/1 2002 CARRIER | Rosenberg |
| ABA | FEDAGNT-1 | 3A-FEDAGNT-1-DN-2369 | DN# 2369-MODEL FEDAGNT-1 SHOOT PANEL | Rosenberg |
| ABA | FEDAGNT-1 | 3A-FEDAGNT-FA-2743-CD | DN# 2743 MODEL FEDAGNT-1 CORDURA | Rosenberg |
| ABA | FEDAGNT-1 | 3A-FEDAGNT-F-FS-OC2 | MODEL FEDAGNT-1 FEMALE OC2 | Rosenberg |
| ABA | FEDAGNT-1 | 3A-FEDAGNT-FS-OC2 | MODEL FEDAGNT-1 FULLSIDE OC2 | Rosenberg |
| ABA | IR3A-0 | 3A-IR0-FS-CL | MODEL IR3A-0 IIIA-FS CLASSIC CARRIER | Rosenberg |
| ABA | IR3A-0 | 3A-IR-FS-PANEL | PANEL ONLY (1) MODEL IR3A-0 IIIA | Rosenberg |
| ABA | XTX3A-1 | 3A-XTX-2821-PNLS | DN#2821 XTX-3A PANEL SET (2) HEAT SEALED | Rosenberg |
| ABA | XTX3A-2 | 3A-XTXB-DN-2369 | DN# 2369 XTX3A-2 SHOOT PANEL | Rosenberg |
| ABA | XTX3A-2 | 3A-XTXB-F-FS-2948-NS | DN# 2948 XTX3A-2 FEMALE-W/1 NS CARR | Rosenberg |
| ABA | XTX3A-2 | 3A-XTXB-F-FS-5095-NS | DN# 5095 XTX3A-2 GEN 2-FEMALE-MOD NS | Rosenberg |
| ABA | XTX3A-2 | 3A-XTXB-F-FS-5145-NS | DN# 5145 XTX3A-2 FEMALE-W/1 NS CARR | Rosenberg |
| ABA | XTX3A-2 | 3A-XTXB-F-FS-CL | XTX3A-2 GEN 2 IIIA-FEMALE-W/1 CLASSIC | Rosenberg |
| ABA | XTX3A-2 | 3A-XTXB-F-FS-NS | XTX3A-2 GEN 2 IIIA-FEMALE-W/1 NS CARRIER | Rosenberg |
| ABA | XTX3A-2 | 3A-XTXB-F-FS-OC302 | XTX3A-2 GEN 2 IIIA-FEMALE-W/1 OC302 | Rosenberg |
| ABA | XTX3A-2 | 3A-XTXB-F-FS-PNLS | XTX3A-2 GEN 2 IIIA FEM PANEL SET (2) | Rosenberg |
| ABA | XTX3A-2 | 3A-XTXB-F-FS-Z02 | XTX3A-2 IIIA-FEMALE-W/1 2002 CARRIER | Rosenberg |
| ABA | XTX3A-2 | 3A-XTXB-FS-2807-M | DN# 2807 XTX3A-2 GEN 2-W/1 MESH CARRIER | Rosenberg |
| ABA | XTX3A-2 | 3A-XTXB-FS-2948-NS | DN# 2948 XTX3A-2 FULLSIDE-W/1 NS CARR | Rosenberg |
| ABA | XTX3A-2 | 3A-XTXB-FS-5095-NS | DN# 5095 XTX3A-2 GEN 2-FULLSIDE-MOD NS | Rosenberg |
| ABA | XTX3A-2 | 3A-XTXB-FS-5136-CL | DN# 5136 XTX3A-2 MALE-W/1 CLASSIC CARR | Rosenberg |
| ABA | XTX3A-2 | 3A-XTXB-FS-5145-NS | DN# 5145 XTX3A-2 FULLSIDE-W/1 NS CARR | Rosenberg |
| ABA | XTX3A-2 | 3A-XTXB-FS-5276-CL | DN# 5276 XTX3A-2 MALE-W/1 CLASSIC CARRIER | Rosenberg |
| ABA | XTX3A-2 | 3A-XTXB-FS-5276-NS | DN# 5276 XTX3A-2 MALE-W/1 NS CARR | Rosenberg |
| ABA | XTX3A-2 | 3A-XTXB-FS-CL | XTX3A-2 GEN 2 IIIA-FULLSIDE-W/1 CLASSIC | Rosenberg |
| ABA | XTX3A-2 | 3A-XTXB-FS-NS | XTX3A-2 GEN 2 IIIA-FULLSIDE-W/1 NS CARR | Rosenberg |
| ABA | XTX3A-2 | 3A-XTXB-FS-OC302 | XTX3A-2 GEN 2 IIIA-FULLSIDE-W/1 OC302 | Rosenberg |
| ABA | XTX3A-2 | 3A-XTXB-FS-PANEL | XTX3A-2 GEN 2 IIIA PANEL (1) ONLY | Rosenberg |
| ABA | XTX3A-2 | 3A-XTXB-FS-PNLS | XTX3A-2 GEN 2 IIIA PANEL SET (2) | Rosenberg |
| ABA | XTX3A-2 | 3A-XTXB-FS-Z02 | XTX3A-2 IIIA-FULLSIDE-W/1 2002 CARRIER | Rosenberg |
| ABA | XTX3A-1 | 3A-XTX-BRC-PNLS | BALLISTIC RAIN COAT XTX3A | Rosenberg |
| ABA | XTX3A-1 | 3A-XTX-DN-2369 | DN# 2369 XTREME-X IIIA SHOOT PANEL | Rosenberg |
| ABA | XTX3A-1 | 3A-XTX-F-FS-2748-M | DN# 2748 XTREME-X IIIA-FEMALE | Rosenberg |
| ABA | XTX3A-1 | 3A-XTX-F-FS-2748-M | DN# 2748 XTX3A-1 IIIA-FEMALE | Rosenberg |
| ABA | XTX3A-1 | 3A-XTX-F-FS-2831-Z02 | XTREME-X IIIA-FEMALE-NO LOGO/STRIPE | Rosenberg |
| ABA | XTX3A-1 | 3A-XTX-F-FS-2939-M | DN# 2939 XT-X IIIA-FEMALE | Rosenberg |
| ABA | XTX3A-1 | 3A-XTX-F-FS-5095-NS | DN# 5095 XTX3A-1 IIIA-FEMALE-MOD NS | Rosenberg |
| ABA | XTX3A-1 | 3A-XTX-F-FS-M02 | XTREME-X IIIA-FEMALE-W/1 MESH CARRIER | Rosenberg |
| ABA | XTX3A-1 | 3A-XTX-F-FS-NS | XTREME-X IIIA-FEMALE-W/1 NS CARRIER | Rosenberg |
| ABA | XTX3A-1 | 3A-XTX-F-FS-OC3 | XTREME-X IIIA-FEMALE-W/1 OC3 CARRIER | Rosenberg |
| ABA | XTX3A-1 | 3A-XTX-F-FS-OC302 | XTX3A-1 IIIA-FEMALE-W/1 OC302 CARRIER | Rosenberg |
| ABA | XTX3A-1 | 3A-XTX-F-FS-PNL | XTX3A-1 IIIA-FEM PANEL-IN OLEFIN | Rosenberg |
| ABA | XTX3A-1 | 3A-XTX-F-FS-Z | XTREME-X IIIA-FEMALE-W/1 CARRIER | Rosenberg |
| ABA | XTX3A-1 | 3A-XTX-F-FS-Z02 | XTX3A-1 IIIA-FEMALE-W/1 2002 CARRIER | Rosenberg |
| ABA | XTX3A-1 | 3A-XTX-FS-2748-M | DN# 2748 XTX3A-1 IIIA-FULLSIDE | Rosenberg |
| ABA | XTX3A-1 | 3A-XTX-FS-2781-OC3 | DN#2781 XTX IIIA-FULLSIDE OC3 CARRIER | Rosenberg |
| ABA | XTX3A-1 | 3A-XTX-FS-2807-M | DN# 2807 XTX3A-1 IIIA-W/1 MESH CARRIER | Rosenberg |
| ABA | XTX3A-1 | 3A-XTX-FS-2831-M02 | XTREME-X IIIA-FULLSIDE-NO LOGO | Rosenberg |
| ABA | XTX3A-1 | 3A-XTX-FS-2831-NS | XTX IIIA-FULLSIDE-W/1 NS CARRIER-NO LOGO | Rosenberg |
| ABA | XTX3A-1 | 3A-XTX-FS-2831-Z | XTREME-X IIIA-FULLSIDE-NO LOGO/STRIPE | Rosenberg |
| ABA | XTX3A-1 | 3A-XTX-FS-2831-Z02 | XTREME-X IIIA-FULLSIDE-NO LOGO/STRIPE | Rosenberg |
| ABA | XTX3A-1 | 3A-XTX-FS-2842-OC3 | DN# 2842 XTREME-X IIIA-W/1 OC3 CARRIER | Rosenberg |

United States of America v. Honeywell International, Inc.                    **Exhibit 8**
Expert Report of Joseph Anastasi

**Z Shield Product Identification Spreadsheet**
**Subset of Products Confirmed to Contain Z-Shield**

| Entity | NIJ Model # | Part ID | Reference | Z-Shield Confirmation Source |
|--------|-------------|---------|-----------|------------------------------|
| ABA | XTX3A-1 | 3A-XTX-FS-2914-M | DN# 2914 XTREME-X IIIA-W/1 MESH CARRIER | Rosenberg |
| ABA | XTX3A-1 | 3A-XTX-FS-2914-M-BK | DN#2914 BACK XTX-3A-W/1 MESH CARRIER | Rosenberg |
| ABA | XTX3A-1 | 3A-XTX-FS-2939-M | DN# 2939 XT-X IIIA-FULLSIDE | Rosenberg |
| ABA | XTX3A-1 | 3A-XTX-FS-2948-M02 | XTX3A-1 IIIA-FULLSIDE-W/1 MESH CARRIER | Rosenberg |
| ABA | XTX3A-1 | 3A-XTX-FS-5063-NS | DN #5063 XTX3A-1 IIIA-FULLSIDE-W/1 NS | Rosenberg |
| ABA | XTX3A-1 | 3A-XTX-FS-5068-NS | DN-5068 XTX IIIA-FULLSIDE-W/1 NS CARRIER | Rosenberg |
| ABA | XTX3A-1 | 3A-XTX-FS-5095-NS | DN# 5095 XTX3A-1 IIIA-FULLSIDE-MOD NS | Rosenberg |
| ABA | XTX3A-1 | 3A-XTX-FS-M02 | XTREME-X IIIA-FULLSIDE-W/1 MESH CARRIER | Rosenberg |
| ABA | XTX3A-1 | 3A-XTX-FS-NS | XTREME-X IIIA-FULLSIDE-W/1 NS CARRIER | Rosenberg |
| ABA | XTX3A-1 | 3A-XTX-FS-NS-FRT | FRONT ONLY-XTX3A FS-NS CARRIER | Rosenberg |
| ABA | XTX3A-1 | 3A-XTX-FS-OC3 | XTREME-X IIIA-FULLSIDE-W/1 OC3 CARRIER | Rosenberg |
| ABA | XTX3A-1 | 3A-XTX-FS-OC302 | XTREME-X IIIA-FULLSIDE-W/1 OC302 CARRIER | Rosenberg |
| ABA | XTX3A-1 | 3A-XTX-FS-PANEL | PANEL ONLY XTX-IIIA MALE | Rosenberg |
| ABA | XTX3A-1 | 3A-XTX-FS-PNLS | PANEL SET ONLY (2) XTX-IIIA MALE | Rosenberg |
| ABA | XTX3A-1 | 3A-XTX-FS-Z | XTREME-X IIIA-FULLSIDE-W/1 CARRIER | Rosenberg |
| ABA | XTX3A-1 | 3A-XTX-FS-Z02 | XTREME-X IIIA-FULLSIDE-W/1 2002 CARRIER | Rosenberg |
| ABA | XTX3A-1 | 3A-XTX-RPM | R.P.M. XTREME-X MODEL XTX3A-1 | Rosenberg |
| ABA | XTX3A-1 | 3A-XTX-RPM-PANELS | XTX3A-1 RPM PANELS (2) COVERED | Rosenberg |
| ABA | XTX3A-1 | 3A-XTX-TAC-FS-2979-CD | DN# 2979 XTX3A-1 TAC-FS CORDURA | Rosenberg |
| ABA | XTX3A-1 | 3A-XTX-TAC-FS-CD | XTX3A-1 TAC-FS-CORDURA | Rosenberg |
| ABA | XTX3A-1 | 3A-XTX-TFS-2819-CD | DN#2819 XTREME X TAC-FS CORDURA | Rosenberg |
| ABA | XTX3A-1 | 3A-XTX-TFS-3018-T | DN# 3018 CONC. TAC XTX3A-1 TRICOT | Rosenberg |
| ABA | 3AXTZX | 3A-XTZX-2821-PNLS | DN#2821 3AXTZX PANEL SET (2) HEAT SEALED | Rosenberg |
| ABA | 3AXTZX | 3A-XTZX-2913 | DN# 2913 XTREME ZX 3A | Rosenberg |
| ABA | 3AXTZX | 3A-XTZX-CT-Z | XT-ZX IIIA-CONTOUR W/2 CARRIERS | Rosenberg |
| ABA | 3AXTZX | 3A-XTZX-DN-2369 | DN# 2369-3AXTZX SHOOT PANEL | Rosenberg |
| ABA | 3AXTZX | 3A-XTZX-F-FS-1NS | XT-ZX  3A-FEMALE W/1 NS CARRIERS | Rosenberg |
| ABA | 3AXTZX | 3A-XTZX-F-FS-1Z | XT-ZX  3A-FEMALE W/1 CARRIER | Rosenberg |
| ABA | 3AXTZX | 3A-XTZX-F-FS-2831-1Z | 3AXTZX-FEMALE NO LOGO/STRIPE W/1 CARRIER | Rosenberg |
| ABA | 3AXTZX | 3A-XTZX-F-FS-2831-Z02 | 3AXTZX-FEMALE NO LOGO/STRIPE W/2 CARRIER | Rosenberg |
| ABA | 3AXTZX | 3A-XTZX-F-FS-3019-OC2 | DN 3019 3AXTZX FEM W/1 OC2 CARRIER | Rosenberg |
| ABA | 3AXTZX | 3A-XTZX-F-FS-M02 | XT-ZX IIIA-FEMALE W/2 MESH CARRIERS | Rosenberg |
| ABA | 3AXTZX | 3A-XTZX-F-FS-NS | XT-ZX  3A-FEMALE W/2 NS CARRIERS | Rosenberg |
| ABA | 3AXTZX | 3A-XTZX-F-FS-OC3 | XT-ZX  3A-FEMALE W/1 OC3 CARRIERS | Rosenberg |
| ABA | 3AXTZX | 3A-XTZX-F-FS-OC302 | XT-ZX IIIA-FEMALE W/1 OC302 CARRIER | Rosenberg |
| ABA | 3AXTZX | 3A-XTZX-F-FS-PANEL | PANEL ONLY (1) XTZX-IIIA FEMALE | Rosenberg |
| ABA | 3AXTZX | 3A-XTZX-F-FS-Z | XT-ZX  3A-FEMALE W/2 CARRIERS | Rosenberg |
| ABA | 3AXTZX | 3A-XTZX-F-FS-Z02 | XT-ZX  3A-FEMALE W/2 2002 CARRIERS | Rosenberg |
| ABA | 3AXTZX | 3A-XTZX-FS-1NS | XT-ZX IIIA-FULLSIDE W/1 NS CARRIER | Rosenberg |
| ABA | 3AXTZX | 3A-XTZX-FS-1Z | XT-ZX IIIA-FULLSIDE W/1 CARRIER | Rosenberg |
| ABA | 3AXTZX | 3A-XTZX-FS-1Z02 | XT-ZX IIIA-FULLSIDE W/1 2002 CARRIER | Rosenberg |
| ABA | 3AXTZX | 3A-XTZX-FS-1Z-FRT | 3AXTZX FRONT ONLY W/1 CARRIER | Rosenberg |
| ABA | 3AXTZX | 3A-XTZX-FS-2781-OC2 | DN#2781 XT-ZX IIIA-FULLSIDE OC2 MESH | Rosenberg |
| ABA | 3AXTZX | 3A-XTZX-FS-2781-OC3 | DN#2781 XT-ZX IIIA-FULLSIDE OC3 CARRIER | Rosenberg |
| ABA | 3AXTZX | 3A-XTZX-FS-2831-1Z | 3A W/1 CARRIER-NO STRIPE/LOGO | Rosenberg |
| ABA | 3AXTZX | 3A-XTZX-FS-2831-NS | XTZX IIIA-FULLSIDE W/2 NS CARR-NO LOGO | Rosenberg |
| ABA | 3AXTZX | 3A-XTZX-FS-2831-Z | DN#2831 XTZX 3A-FULLSIDE W/2 CARRIERS | Rosenberg |
| ABA | 3AXTZX | 3A-XTZX-FS-2831-Z02 | XTZX 3A-FS W/2 CARRIERS-NO STRIPE/LOGO | Rosenberg |
| ABA | 3AXTZX | 3A-XTZX-FS-2842-OC3 | DN# 2842 XTREME-ZX-W/1 OC3 CARRIER | Rosenberg |
| ABA | 3AXTZX | 3A-XTZX-FS-2865-OC3 | DN#2865 3AXTZX-FULLSIDE W/1 OC3 CARRIER | Rosenberg |
| ABA | 3AXTZX | 3A-XTZX-FS-2919 | DN#2919 XTZX-W/ARMOR SKIN CARRIER | Rosenberg |
| ABA | 3AXTZX | 3A-XTZX-FS-2919-PANELS | DN#2919 3AXTZX PANELS (2) ONLY | Rosenberg |
| ABA | 3AXTZX | 3A-XTZX-FS-2939-M | DN# 2939 XTREME-ZX IIIA-FULLSIDE | Rosenberg |
| ABA | 3AXTZX | 3A-XTZX-FS-2966-OC3 | DN# 2966 XTREME-ZX-W/1 OC3 CARRIER | Rosenberg |
| ABA | 3AXTZX | 3A-XTZX-FS-3019-OC2 | DN 3019 3AXTZX W/1 OC2 CARRIER | Rosenberg |
| ABA | 3AXTZX | 3A-XTZX-FS-3030-OC2 | DN#3030 XT-ZX IIIA-FULLSIDE W/1 OC2 MESH | Rosenberg |
| ABA | 3AXTZX | 3A-XTZX-FS-5116-NS | DN-5116 XTZX-FULLSIDE W/2 NS CARRIERS | Rosenberg |
| ABA | 3AXTZX | 3A-XTZX-FS-5136-M | DN# 5136 3AXTZX-W/2 CARRIERS W/8X10 PKT | Rosenberg |
| ABA | 3AXTZX | 3A-XTZX-FS-5141-OC302 | DN#5141 3A-XTZX-FULLSIDE W/1 OC302 | Rosenberg |
| ABA | 3AXTZX | 3A-XTZX-FS-M02 | XT-ZX IIIA-FULLSIDE W/2 MESH CARRIERS | Rosenberg |
| ABA | 3AXTZX | 3A-XTZX-FS-NS | DO NOT USE - SEE PARTS 3A-ZX | Rosenberg |
| ABA | 3AXTZX | 3A-XTZX-FS-NS | XT-ZX IIIA-FULLSIDE W/2 NS CARRIERS | Rosenberg |
| ABA | 3AXTZX | 3A-XTZX-FS-NS-FRT | FRONT ONLY XTZX 3A FS W/2 NS CARRIERS | Rosenberg |
| ABA | 3AXTZX | 3A-XTZX-FS-OC2 | XTREME-ZX IIIA - FULLSIDE OC2 MESH | Rosenberg |
| ABA | 3AXTZX | 3A-XTZX-FS-OC3 | XT-ZX IIIA-FULLSIDE W/1 OC3 CARRIERS | Rosenberg |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

**Exhibit 8**

**Z Shield Product Identification Spreadsheet**
**Subset of Products Confirmed to Contain Z-Shield**

| Entity | NIJ Model # | Part ID | Reference | Z-Shield Confirmation Source |
|---|---|---|---|---|
| ABA | 3AXTZX | 3A-XTZX-FS-OC302 | XT-ZX IIIA-FULLSIDE W/1 OC302 CARRIER | Rosenberg |
| ABA | 3AXTZX | 3A-XTZX-FS-PANEL | PANEL ONLY (1) XTZX-IIIA MALE | Rosenberg |
| ABA | 3AXTZX | 3A-XTZX-FS-Z | XT-ZX IIIA-FULLSIDE W/2 CARRIERS | Rosenberg |
| ABA | 3AXTZX | 3A-XTZX-FS-Z02 | XT-ZX IIIA-FULLSIDE W/2 2002 CARRIERS | Rosenberg |
| ABA | 3AXTZX | 3A-XTZX-RPM-GRD | RPM W/GRID XTREME-ZX MODEL 3AXTZX | Rosenberg |
| ABA | 3AXTZX | 3A-XTZX-RPM-PANELS | 3AXTZX RPM PANELS (2) COVERED | Rosenberg |
| ABA | 3AXTZX | 3A-XTZX-SEAL-2576-CD | DN#2576 3AXTZX SEAL VEST-CORDURA | Rosenberg |
| ABA | 3AXTZX | 3A-XTZX-SEAL-2576-PNLS | DN#2576 3AXTZX PANEL SET (2) | Rosenberg |
| ABA | 3AXTZX | 3A-XTZX-TAC-FS-2979-CD | DN# 2979 3AXTZX TAC-FS CORDURA | Rosenberg |
| ABA | 3AXTZX | 3A-XTZX-TAC-FS-CD | XTREME-ZX 3A-TAC-FS-CORDURA | Rosenberg |
| ABA | 3AXTZX | 3A-XTZX-TAC-FS-N | XTREME-ZX 3A-TAC-FS-NYLON | Rosenberg |
| ABA | 3AXTZX | 3A-ZX-F-FS-1NS | XT-ZX 3A-FEMALE W/1 NS CARRIER | Rosenberg |
| ABA | 3AXTZX | 3A-ZX-F-FS-1OC302 | XT-ZX 3A-FEMALE W/1 OC302 CARRIER | Rosenberg |
| ABA | 3AXTZX | 3A-ZX-F-FS-2NS | XT-ZX 3A-FEMALE W/2 NS CARRIERS | Rosenberg |
| ABA | 3AXTZX | 3A-ZX-F-FS-2OC302 | XT-ZX 3A-FEMALE W/2 OC302 CARRIERS | Rosenberg |
| ABA | 3AXTZX | 3A-ZX-FS-1NS | XT-ZX 3A-FULLSIDE W/1 NS CARRIER | Rosenberg |
| ABA | 3AXTZX | 3A-ZX-FS-1OC302 | XT-ZX 3A-FULLSIDE W/1 OC302 CARRIER | Rosenberg |
| ABA | 3AXTZX | 3A-ZX-FS-2NS | XT-ZX 3A-FULLSIDE W/2 NS CARRIERS | Rosenberg |
| ABA | 3AXTZX | 3A-ZX-FS-2O302 | XT-ZX 3A-FULLSIDE W/2 OC302 CARRIERS | Rosenberg |
| ABA | 3AXTZX | 3A-ZX-FS-2OC302 | XT-ZX 3A-FULLSIDE W/2 OC302 CARRIERS | Rosenberg |
| ABA | 3AXTZX | 3A-ZX-FS-3030-OC2 | DN#3030 3AXTZX IIIA-FULLSIDE OC2 MESH | Rosenberg |
| ABA | 3AXTZX | 3A-ZX-FS-5145-2NS | XT-ZX 3A-FULLSIDE W/2 DN 5145 NS CARRIER | Rosenberg |
| ABA | 3AXTZX | 3A-ZX-FS-5235-OC2 | DN#5235 3AXTZX IIIA-FULLSIDE OC2 MESH | Rosenberg |
| ABA | 3AXTZX | 3A-ZX-FS-PANELS | MODEL 3AXTZX 3A-PANELS (2) IN OLEFIN | Rosenberg |
| ABA | 3AXTZX | 3A-ZX-FS-PNL | MODEL 3AXTZX 3A-PANEL (1) IN OLEFIN | Rosenberg |
| SAF | XTZX2-1 | A-0ZA2-1XRLR-KYW | ZA2 XTZX2-1,SHOOT DEMO VEST, FRTPNL ONLY | Rosenberg |
| SAF | 3AXTZX | A-0ZA3-1XRLR-KYW | ZA3 3A XTZX,SHOOT DEMO VEST, FRTPNL ONLY | Rosenberg |
| SAF | XTX3A-1 | A-6X6BBX-YK | BALLISTIC BLANKET 6ft X 6ft XTX3A-1 | Rosenberg |
| SAF | IR3A-0 | A-6X6BB-YK | BALLISTIC BLANKET 6ft X 6ft | Rosenberg |
| SAF | XTX2-1 | A-A-XA2-56 | ABA XTREME X 2, 5x6 SAMPLE PANEL | Rosenberg |
| SAF | XTX3A-1 | A-A-XA3-56 | ABA XTREME X 3A, 5x6 SAMPLE PANEL | Rosenberg |
| SAF | XTZX2-1 | A-A-ZA2-56 | ABA XTREME ZX 2, 5x6 SAMPLE PANEL | Rosenberg |
| SAF | 3AXTZX | A-A-ZA3-56 | ABA XTREME ZX 3A, 5 | Rosenberg |
| SGSI | XTX3A-1 | A-RXA3-1XRLL-DYC-1127 | MPC - A-RXA3-1XRLL-DYC-1127 | Rosenberg |
| SAF | XTX3A-1 | A-RXA3-1XRLL-DYK | MPC - A-RXA3-1XRLL-DYK | Rosenberg |
| SGSI | XTX3A-1 | A-RXA3-1XRRR-DYC-1127 | MPC - A-RXA3-1XRRR-DYC-1127 | Rosenberg |
| SAF | XTX3A-1 | A-RXA3-1XRRR-DYK | MPC - A-RXA3-1XRRR-DYK | Rosenberg |
| SAF | XTX3A-1 | A-RXA3-1XRSS-DYK | MPC - A-RXA3-1XRSS-DYK | Rosenberg |
| SAF | XTX3A-1 | A-RXA3-LGRLL-DYK | MPC - A-RXA3-LGRLL-DYK | Rosenberg |
| SAF | XTX3A-1 | A-RXA3-LGRLL-DYK | MPC - A-RXA3-LGRLL-DYK | Rosenberg |
| SGSI | XTX3A-1 | A-RXA3-LGRPP-DYC-1127 | MPC - A-RXA3-LGRPP-DYC-1127 | Rosenberg |
| SGSI | XTX3A-1 | A-RXA3-LGRRR-BNK | MPC - A-RXA3-LGRRR-BNK | Rosenberg |
| SAF | XTX3A-1 | A-RXA3-LGRRR-BYK | MPC - A-RXA3-LGRRR-BYK | Rosenberg |
| SGSI | XTX3A-1 | A-RXA3-LGRRR-DYC-1127 | MPC - A-RXA3-LGRRR-DYC-1127 | Rosenberg |
| SAF | XTX3A-1 | A-RXA3-LGRRR-DYK | MPC - A-RXA3-LGRRR-DYK | Rosenberg |
| SGSI | XTX3A-1 | A-RXA3-LGRSS-DYC-1127 | MPC - A-RXA3-LGRSS-DYC-1127 | Rosenberg |
| SAF | XTX3A-1 | A-RXA3-MMRLL-DYK | MPC - A-RXA3-MMRLL-DYK | Rosenberg |
| SGSI | XTX3A-1 | A-RXA3-MMRPP-DYC-1127 | MPC - A-RXA3-MMRPP-DYC-1127 | Rosenberg |
| SAF | XTX3A-1 | A-RXA3-MMRRR-DYK | MPC - A-RXA3-MMRRR-DYK | Rosenberg |
| SGSI | XTX3A-1 | A-RXA3-MMRSS-DYC-1127 | MPC - A-RXA3-MMRSS-DYC-1127 | Rosenberg |
| ABA | XTX3A-1 | A-RXA3-SMRPP-DYC-1127 | MPC - A-RXA3-SMRPP-DYC-1127 | Rosenberg |
| SGSI | XTX3A-1 | A-RXA3-SMRSS-DYC-1127 | MPC - A-RXA3-SMRSS-DYC-1127 | Rosenberg |
| SGSI | 3AXTZX | A-RZA3-1XRPP-DYC-1127 | XTREME ZX 3A,MOD,CAMO,#1127 | Rosenberg |
| SGSI | 3AXTZX | A-RZA3-2XRRR-DYC-1127 | XTREME ZX 3A,MOD,CAMO,#1127 | Rosenberg |
| SGSI | 3AXTZX | A-RZA3-LGRPP-DYC-1127 | XTREME ZX 3A,MOD,CAMO,#1127 | Rosenberg |
| SGSI | 3AXTZX | A-RZA3-LGRSS-DYC-1127 | XTREME ZX 3A,MOD,CAMO,#1127 | Rosenberg |
| SGSI | 3AXTZX | A-RZA3-MDRSS-DYC-1127 | XTREME ZX 3A,MOD,CAMO,#1127 | Rosenberg |
| SAF | 3AXTZX | A-RZA3-MMRRR-000 | MPC - A-RZA3-MMRRR-000 | Rosenberg |
| SGSI | 3AXTZX | A-RZA3-SMRPP-DYC-1127 | XTREME ZX 3A,MOD,CAMO,#1127 | Rosenberg |
| SAF | IR3A-0 | A-XFB3-1XRRR-TYB-5204 | MPC - A-XFB3-1XRRR-TYB-5204 | Rosenberg |
| SAF | IR3A-0 | A-XFB3-2XRRR-TYB-5204 | MPC - A-XFB3-2XRRR-TYB-5204 | Rosenberg |
| SAF | IR3A-0 | A-XFB3-3XRRR-TYB-5204 | MPC - A-XFB3-3XRRR-TYB-5204 | Rosenberg |
| SAF | XTX2A-1 | A-XXA1-1XRRL-XSB | MPC - A-XXA1-1XRRL-XSB | Rosenberg |
| SAF | XTX2A-1 | A-XXA1-1XRRR-XSK | MPC - A-XXA1-1XRRR-XSK | Rosenberg |
| SAF | XTX2A-1 | A-XXA1-1XRSS-XSK | MPC - A-XXA1-1XRSS-XSK | Rosenberg |

United States of America v. Honeywell International, Inc.

Expert Report of Joseph Anastasi

**Exhibit 8**

**Z Shield Product Identification Spreadsheet**
**Subset of Products Confirmed to Contain Z-Shield**

| Entity | NIJ Model # | Part ID | Reference | Z-Shield Confirmation Source |
|--------|-------------|---------|-----------|------------------------------|
| SAF | XTX2A-1 | A-XXA1-2XLLZ-XST | MPC - A-XXA1-2XLLZ-XST | Rosenberg |
| SAF | XTX2A-1 | A-XXA1-2XLSS-XSK | MPC - A-XXA1-2XLSS-XSK | Rosenberg |
| SAF | XTX2A-1 | A-XXA1-2XLXZ-XSB | MPC - A-XXA1-2XLXZ-XSB | Rosenberg |
| SAF | XTX2A-1 | A-XXA1-3XPSX-XSK | MPC - A-XXA1-3XPSX-XSK | Rosenberg |
| SAF | XTX2A-1 | A-XXA1-3XSQQ-XSK | MPC - A-XXA1-3XSQQ-XSK | Rosenberg |
| SAF | XTX2A-1 | A-XXA1-LGLRR-XSB | MPC - A-XXA1-LGLRR-XSB | Rosenberg |
| SAF | XTX2A-1 | A-XXA1-LGXLR-XSK | MPC - A-XXA1-LGXLR-XSK | Rosenberg |
| SAF | XTX2A-1 | A-XXA1-LGXRR-XSB | MPC - A-XXA1-LGXRR-XSB | Rosenberg |
| SAF | XTX2A-1 | A-XXA1-LGZLS-XSB | MPC - A-XXA1-LGZLS-XSB | Rosenberg |
| SAF | XTX2A-1 | A-XXA1-MMLLR-XSB | MPC - A-XXA1-MMLLR-XSB | Rosenberg |
| SAF | XTX2A-1 | A-XXA1-MMYRR-XSB | MPC - A-XXA1-MMYRR-XSB | Rosenberg |
| SAF | XTX2A-1 | A-XXA1-MMYRR-XSB | MPC - A-XXA1-MMYRR-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XLLL-NSW | MPC - A-XXA2-1XLLL-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XLLL-NSW | MPC - A-XXA2-1XLLL-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XLLL-XSB | MPC - A-XXA2-1XLLL-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XLLR-XSK | MPC - A-XXA2-1XLLR-XSK | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XLLX-XSB | MPC - A-XXA2-1XLLX-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XLPR-XST | MPC - A-XXA2-1XLPR-XST | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XLRL-XSK | MPC - A-XXA2-1XLRL-XSK | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XLRL-XST | MPC - A-XXA2-1XLRL-XST | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XLRR-NSW | MPC - A-XXA2-1XLRR-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XLRR-NSW | MPC - A-XXA2-1XLRR-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XLRR-XSB | MPC - A-XXA2-1XLRR-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XLRR-XSK | MPC - A-XXA2-1XLRR-XSK | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XLRS-XSA | MPC - A-XXA2-1XLRS-XSA | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XLRS-XST | MPC - A-XXA2-1XLRS-XST | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XLSR-NSW | MPC - A-XXA2-1XLSR-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XLSR-NSW | MPC - A-XXA2-1XLSR-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XLSR-XSB | MPC - A-XXA2-1XLSR-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XLSR-XST | MPC - A-XXA2-1XLSR-XST | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XLSR-XSW | MPC - A-XXA2-1XLSR-XSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XLSS-XSA | MPC - A-XXA2-1XLSS-XSA | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XLSS-XSB | MPC - A-XXA2-1XLSS-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XLSS-XST | MPC - A-XXA2-1XLSS-XST | Rosenberg |
| SGSI | XTX2-1 | A-XXA2-1XLSX-3AK | MPC - A-XXA2-1XLSX-3AK | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XLXX-NSW | MPC - A-XXA2-1XLXX-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XLXX-NSW | MPC - A-XXA2-1XLXX-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XRLL-NSB | MPC - A-XXA2-1XRLL-NSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XRLL-NSW | MPC - A-XXA2-1XRLL-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XRLL-NSW | MPC - A-XXA2-1XRLL-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XRLL-XSB | MPC - A-XXA2-1XRLL-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XRLL-XSB | MPC - A-XXA2-1XRLL-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XRLL-XSK | MPC - A-XXA2-1XRLL-XSK | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XRLL-XST | MPC - A-XXA2-1XRLL-XST | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XRLR-XSB | MPC - A-XXA2-1XRLR-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XRPP-XSK | MPC - A-XXA2-1XRPP-XSK | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XRPS-XSB | MPC - A-XXA2-1XRPS-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XRQQ-XSB | MPC - A-XXA2-1XRQQ-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XRRL-XST | MPC - A-XXA2-1XRRL-XST | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XRRR-NSW | MPC - A-XXA2-1XRRR-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XRRR-NSW | MPC - A-XXA2-1XRRR-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XRRR-XSB | MPC - A-XXA2-1XRRR-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XRRR-XSB | MPC - A-XXA2-1XRRR-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XRRR-XSK | MPC - A-XXA2-1XRRR-XSK | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XRRR-XST | MPC - A-XXA2-1XRRR-XST | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XRRR-XSW | MPC - A-XXA2-1XRRR-XSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XRRR-XSW | MPC - A-XXA2-1XRRR-XSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XRRX-XSB | MPC - A-XXA2-1XRRX-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XRRZ-XST | MPC - A-XXA2-1XRRZ-XST | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XRSL-XSW | MPC - A-XXA2-1XRSL-XSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XRSR-NSW | MPC - A-XXA2-1XRSR-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XRSR-NSW | MPC - A-XXA2-1XRSR-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XRSR-XSK | MPC - A-XXA2-1XRSR-XSK | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XRSR-XSW | MPC - A-XXA2-1XRSR-XSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XRSS-CAB | MPC - A-XXA2-1XRSS-CAB | Rosenberg |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

**Exhibit 8**

**Z Shield Product Identification Spreadsheet**
**Subset of Products Confirmed to Contain Z-Shield**

| Entity | NIJ Model # | Part ID | Reference | Z-Shield Confirmation Source |
|--------|-------------|---------|-----------|------------------------------|
| SAF | XTX2-1 | A-XXA2-1XRSS-NSW | MPC - A-XXA2-1XRSS-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XRSS-NSW | MPC - A-XXA2-1XRSS-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XRSS-XSA | MPC - A-XXA2-1XRSS-XSA | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XRSS-XSB | MPC - A-XXA2-1XRSS-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XRSS-XSB | MPC - A-XXA2-1XRSS-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XRSS-XSK | MPC - A-XXA2-1XRSS-XSK | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XRSS-XSK | MPC - A-XXA2-1XRSS-XSK | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XRSS-XST | MPC - A-XXA2-1XRSS-XST | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XRSS-XSW | MPC - A-XXA2-1XRSS-XSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XRXL-NSW | MPC - A-XXA2-1XRXL-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XRXL-NSW | MPC - A-XXA2-1XRXL-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XRXL-XSB | MPC - A-XXA2-1XRXL-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XRXR-NSW | MPC - A-XXA2-1XRXR-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XRXR-NSW | MPC - A-XXA2-1XRXR-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XRXX-XSW | MPC - A-XXA2-1XRXX-XSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XSLL-XSB | MPC - A-XXA2-1XSLL-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XSRS-XSK | MPC - A-XXA2-1XSRS-XSK | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XXLL-XST | MPC - A-XXA2-1XXLL-XST | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XXLR-XSB | MPC - A-XXA2-1XXLR-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XXLR-XSB | MPC - A-XXA2-1XXLR-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XXPS-XSB | MPC - A-XXA2-1XXPS-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XXRR-CAB | MPC - A-XXA2-1XXRR-CAB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XXRR-XSB | MPC - A-XXA2-1XXRR-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XXRR-XSK | MPC - A-XXA2-1XXRR-XSK | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XXRR-XST | MPC - A-XXA2-1XXRR-XST | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XXSR-XSB | MPC - A-XXA2-1XXSR-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XXSR-XSW | MPC - A-XXA2-1XXSR-XSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XXSS-XSA | MPC - A-XXA2-1XXSS-XSA | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XXSS-XSB | MPC - A-XXA2-1XXSS-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XXSS-XSW | MPC - A-XXA2-1XXSS-XSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XXSS-XSW | MPC - A-XXA2-1XXSS-XSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XYRL-CAB | MPC - A-XXA2-1XYRL-CAB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XYZZ-NSW | MPC - A-XXA2-1XYZZ-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XYZZ-NSW | MPC - A-XXA2-1XYZZ-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XZRL-XSB | MPC - A-XXA2-1XZRL-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-1XZRR-XSW | MPC - A-XXA2-1XZRR-XSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XLLL-NSW | MPC - A-XXA2-2XLLL-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XLLL-NSW | MPC - A-XXA2-2XLLL-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XLLL-XSB | MPC - A-XXA2-2XLLL-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XLLL-XSK | MPC - A-XXA2-2XLLL-XSK | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XLLR-XSB | MPC - A-XXA2-2XLLR-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XLLX-XSK | MPC - A-XXA2-2XLLX-XSK | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XLRL-XST | MPC - A-XXA2-2XLRL-XST | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XLRL-XSW | MPC - A-XXA2-2XLRL-XSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XLRR-NSW | MPC - A-XXA2-2XLRR-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XLRR-NSW | MPC - A-XXA2-2XLRR-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XLRR-NSW | MPC - A-XXA2-2XLRR-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XLRR-XSB | MPC - A-XXA2-2XLRR-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XLRR-XST | MPC - A-XXA2-2XLRR-XST | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XLRX-XSB | MPC - A-XXA2-2XLRX-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XLSR-XSW | MPC - A-XXA2-2XLSR-XSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XLSS-NSW | MPC - A-XXA2-2XLSS-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XLSS-NSW | MPC - A-XXA2-2XLSS-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XLSS-XSK | MPC - A-XXA2-2XLSS-XSK | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XLSX-XSB | MPC - A-XXA2-2XLSX-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XLXL-XSB | MPC - A-XXA2-2XLXL-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XLXR-NSW | MPC - A-XXA2-2XLXR-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XLXR-NSW | MPC - A-XXA2-2XLXR-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XLZX-XSB | MPC - A-XXA2-2XLZX-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XPLL-XSB | MPC - A-XXA2-2XPLL-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XPLL-XSB | MPC - A-XXA2-2XPLL-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XQSS-XSB | MPC - A-XXA2-2XQSS-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XRLL-NSW | MPC - A-XXA2-2XRLL-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XRLL-NSW | MPC - A-XXA2-2XRLL-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XRLL-XSB | MPC - A-XXA2-2XRLL-XSB | Rosenberg |

United States of America v. Honeywell International, Inc.

**Exhibit 8**

Expert Report of Joseph Anastasi

**Z Shield Product Identification Spreadsheet**
**Subset of Products Confirmed to Contain Z-Shield**

| Entity | NIJ Model # | Part ID | Reference | Z-Shield Confirmation Source |
|--------|-------------|---------|-----------|------------------------------|
| SAF | XTX2-1 | A-XXA2-2XRLL-XSB | MPC - A-XXA2-2XRLL-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XRLL-XSK | MPC - A-XXA2-2XRLL-XSK | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XRLL-XST | MPC - A-XXA2-2XRLL-XST | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XRRL-NSW | MPC - A-XXA2-2XRRL-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XRRL-NSW | MPC - A-XXA2-2XRRL-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XRRL-XSB | MPC - A-XXA2-2XRRL-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XRRR-CAB | MPC - A-XXA2-2XRRR-CAB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XRRR-NSW | MPC - A-XXA2-2XRRR-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XRRR-NSW | MPC - A-XXA2-2XRRR-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XRRR-XSB | MPC - A-XXA2-2XRRR-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XRRR-XSB | MPC - A-XXA2-2XRRR-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XRRR-XSK | MPC - A-XXA2-2XRRR-XSK | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XRRR-XST | MPC - A-XXA2-2XRRR-XST | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XRRS-XSA | MPC - A-XXA2-2XRRS-XSA | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XRRZ-XSB | MPC - A-XXA2-2XRRZ-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XRSL-XSB | MPC - A-XXA2-2XRSL-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XRSR-XST | MPC - A-XXA2-2XRSR-XST | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XRSS-NSW | MPC - A-XXA2-2XRSS-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XRSS-NSW | MPC - A-XXA2-2XRSS-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XRSS-XSB | MPC - A-XXA2-2XRSS-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XRSS-XSB | MPC - A-XXA2-2XRSS-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XRSS-XSK | MPC - A-XXA2-2XRSS-XSK | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XRSS-XST | MPC - A-XXA2-2XRSS-XST | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XRSX-NSW | MPC - A-XXA2-2XRSX-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XRSX-NSW | MPC - A-XXA2-2XRSX-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XRXL-XSB | MPC - A-XXA2-2XRXL-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XRXR-NSW | MPC - A-XXA2-2XRXR-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XRXR-NSW | MPC - A-XXA2-2XRXR-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XRXX-XSB | MPC - A-XXA2-2XRXX-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XRZL-NSW | MPC - A-XXA2-2XRZL-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XRZL-NSW | MPC - A-XXA2-2XRZL-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XSLR-XSK | MPC - A-XXA2-2XSLR-XSK | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XSSR-XSB | MPC - A-XXA2-2XSSR-XSB | Rosenberg |
| SGSI | XTX2-1 | A-XXA2-2XXLX-3AK | MPC - A-XXA2-2XXLX-3AK | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XXLZ-XSW | MPC - A-XXA2-2XXLZ-XSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XXRL-XSB | MPC - A-XXA2-2XXRL-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XXRR-NSW | MPC - A-XXA2-2XXRR-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XXRR-NSW | MPC - A-XXA2-2XXRR-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XXRR-XSA | MPC - A-XXA2-2XXRR-XSA | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XXRR-XSB | MPC - A-XXA2-2XXRR-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XXSX-XSB | MPC - A-XXA2-2XXSX-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-2XZXX-XSK | MPC - A-XXA2-2XZXX-XSK | Rosenberg |
| SAF | XTX2-1 | A-XXA2-3XLSS-XSB | MPC - A-XXA2-3XLSS-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-3XPSS-XSB | MPC - A-XXA2-3XPSS-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-3XQSP-XSK | MPC - A-XXA2-3XQSP-XSK | Rosenberg |
| SAF | XTX2-1 | A-XXA2-3XQSR-XSB | MPC - A-XXA2-3XQSR-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-3XRLL-XSB | MPC - A-XXA2-3XRLL-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-3XRLL-XSB | MPC - A-XXA2-3XRLL-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-3XRLR-XSB | MPC - A-XXA2-3XRLR-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-3XRRR-XSK | MPC - A-XXA2-3XRRR-XSK | Rosenberg |
| SAF | XTX2-1 | A-XXA2-3XRRS-XSB | MPC - A-XXA2-3XRRS-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-3XYZX-NSW | MPC - A-XXA2-3XYZX-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-3XYZX-NSW | MPC - A-XXA2-3XYZX-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-3XZRS-XSK | MPC - A-XXA2-3XZRS-XSK | Rosenberg |
| SGSI | XTX2-1 | A-XXA2-4XPSR-3AK | MPC - A-XXA2-4XPSR-3AK | Rosenberg |
| SAF | XTX2-1 | A-XXA2-4XQSS-XST | MPC - A-XXA2-4XQSS-XST | Rosenberg |
| SAF | XTX2-1 | A-XXA2-4XRLS-XSK | MPC - A-XXA2-4XRLS-XSK | Rosenberg |
| SAF | XTX2-1 | A-XXA2-4XRRS-XSB | MPC - A-XXA2-4XRRS-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-4XRSS-XSK | MPC - A-XXA2-4XRSS-XSK | Rosenberg |
| SAF | XTX2-1 | A-XXA2-4XRSS-XST | MPC - A-XXA2-4XRSS-XST | Rosenberg |
| SAF | XTX2-1 | A-XXA2-4XSLR-XSB | MPC - A-XXA2-4XSLR-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-4XSLR-XSB | MPC - A-XXA2-4XSLR-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-4XSLS-NSW | MPC - A-XXA2-4XSLS-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-4XSLS-NSW | MPC - A-XXA2-4XSLS-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-4XSLS-XSB | MPC - A-XXA2-4XSLS-XSB | Rosenberg |

United States of America v. Honeywell International, Inc.        **Exhibit 8**
Expert Report of Joseph Anastasi

**Z Shield Product Identification Spreadsheet**
**Subset of Products Confirmed to Contain Z-Shield**

| Entity | NIJ Model # | Part ID | Reference | Z-Shield Confirmation Source |
|--------|-------------|---------|-----------|------------------------------|
| SAF | XTX2-1 | A-XXA2-4XSSR-XSB | MPC - A-XXA2-4XSSR-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-4XSXS-NSW | MPC - A-XXA2-4XSXS-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-4XSXS-NSW | MPC - A-XXA2-4XSXS-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-4XWZX-XSB | MPC - A-XXA2-4XWZX-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-4XXSL-XSB | MPC - A-XXA2-4XXSL-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-4XXSX-XSB | MPC - A-XXA2-4XXSX-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-4XXXS-XSK | MPC - A-XXA2-4XXXS-XSK | Rosenberg |
| SAF | XTX2-1 | A-XXA2-4XZRX-XSB | MPC - A-XXA2-4XZRX-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-4XZXL-XSB | MPC - A-XXA2-4XZXL-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGLLL-NSW | MPC - A-XXA2-LGLLL-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGLLL-NSW | MPC - A-XXA2-LGLLL-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGLLL-XSB | MPC - A-XXA2-LGLLL-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGLLL-XSB | MPC - A-XXA2-LGLLL-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGLLL-XSK | MPC - A-XXA2-LGLLL-XSK | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGLLL-XSW | MPC - A-XXA2-LGLLL-XSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGLLR-XSB | MPC - A-XXA2-LGLLR-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGLRL-NSW | MPC - A-XXA2-LGLRL-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGLRL-NSW | MPC - A-XXA2-LGLRL-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGLRL-XSB | MPC - A-XXA2-LGLRL-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGLRL-XSW | MPC - A-XXA2-LGLRL-XSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGLRR-CAB | MPC - A-XXA2-LGLRR-CAB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGLRR-NSA | MPC - A-XXA2-LGLRR-NSA | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGLRR-NSA | MPC - A-XXA2-LGLRR-NSA | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGLRR-NSW | MPC - A-XXA2-LGLRR-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGLRR-NSW | MPC - A-XXA2-LGLRR-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGLRR-XSB | MPC - A-XXA2-LGLRR-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGLRR-XSB | MPC - A-XXA2-LGLRR-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGLRR-XSK | MPC - A-XXA2-LGLRR-XSK | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGLRR-XST | MPC - A-XXA2-LGLRR-XST | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGLRR-XSW | MPC - A-XXA2-LGLRR-XSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGLRR-XSW | MPC - A-XXA2-LGLRR-XSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGLRS-XSA | MPC - A-XXA2-LGLRS-XSA | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGLRS-XSB | MPC - A-XXA2-LGLRS-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGLRS-XSK | MPC - A-XXA2-LGLRS-XSK | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGLRX-XSK | MPC - A-XXA2-LGLRX-XSK | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGLSL-XSW | MPC - A-XXA2-LGLSL-XSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGLSP-XSB | MPC - A-XXA2-LGLSP-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGLSR-NSW | MPC - A-XXA2-LGLSR-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGLSR-NSW | MPC - A-XXA2-LGLSR-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGLSR-XSB | MPC - A-XXA2-LGLSR-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGLSR-XSW | MPC - A-XXA2-LGLSR-XSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGLSS-XSB | MPC - A-XXA2-LGLSS-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGLSS-XSK | MPC - A-XXA2-LGLSS-XSK | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGLSS-XSW | MPC - A-XXA2-LGLSS-XSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGLXL-NSW | MPC - A-XXA2-LGLXL-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGLXL-NSW | MPC - A-XXA2-LGLXL-NSW | Rosenberg |
| SGSI | XTX2-1 | A-XXA2-LGLXX-3AK | MPC - A-XXA2-LGLXX-3AK | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGLXX-XSB | MPC - A-XXA2-LGLXX-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGRLL-NSW | MPC - A-XXA2-LGRLL-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGRLL-NSW | MPC - A-XXA2-LGRLL-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGRLL-XSB | MPC - A-XXA2-LGRLL-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGRLL-XSB | MPC - A-XXA2-LGRLL-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGRLL-XSK | MPC - A-XXA2-LGRLL-XSK | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGRLL-XST | MPC - A-XXA2-LGRLL-XST | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGRLR-NSW | MPC - A-XXA2-LGRLR-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGRLR-NSW | MPC - A-XXA2-LGRLR-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGRRL-NSW | MPC - A-XXA2-LGRRL-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGRRL-NSW | MPC - A-XXA2-LGRRL-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGRRL-XSB | MPC - A-XXA2-LGRRL-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGRRL-XST | MPC - A-XXA2-LGRRL-XST | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGRRL-XSW | MPC - A-XXA2-LGRRL-XSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGRRR-NSB | MPC - A-XXA2-LGRRR-NSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGRRR-NSW | MPC - A-XXA2-LGRRR-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGRRR-NSW | MPC - A-XXA2-LGRRR-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGRRR-XSB | MPC - A-XXA2-LGRRR-XSB | Rosenberg |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

**Exhibit 8**

**Z Shield Product Identification Spreadsheet**
**Subset of Products Confirmed to Contain Z-Shield**

| Entity | NIJ Model # | Part ID | Reference | Z-Shield Confirmation Source |
|---|---|---|---|---|
| SAF | XTX2-1 | A-XXA2-LGRRR-XSB | MPC - A-XXA2-LGRRR-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGRRR-XSK | MPC - A-XXA2-LGRRR-XSK | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGRRR-XST | MPC - A-XXA2-LGRRR-XST | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGRRR-XSW | MPC - A-XXA2-LGRRR-XSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGRRR-XSW | MPC - A-XXA2-LGRRR-XSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGRSQ-XSB | MPC - A-XXA2-LGRSQ-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGRSR-NSW | MPC - A-XXA2-LGRSR-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGRSR-NSW | MPC - A-XXA2-LGRSR-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGRSR-XSB | MPC - A-XXA2-LGRSR-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGRSR-XSW | MPC - A-XXA2-LGRSR-XSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGRSS-NSB | MPC - A-XXA2-LGRSS-NSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGRSS-NSW | MPC - A-XXA2-LGRSS-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGRSS-XSA | MPC - A-XXA2-LGRSS-XSA | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGRSS-XSB | MPC - A-XXA2-LGRSS-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGRSS-XSB | MPC - A-XXA2-LGRSS-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGRSS-XSK | MPC - A-XXA2-LGRSS-XSK | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGRSS-XST | MPC - A-XXA2-LGRSS-XST | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGRSS-XSW | MPC - A-XXA2-LGRSS-XSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGRXX-XSB | MPC - A-XXA2-LGRXX-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGRZL-NSW | MPC - A-XXA2-LGRZL-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGRZL-NSW | MPC - A-XXA2-LGRZL-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGXLL-NSW | MPC - A-XXA2-LGXLL-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGXLL-NSW | MPC - A-XXA2-LGXLL-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGXLL-XSB | MPC - A-XXA2-LGXLL-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGXLL-XSK | MPC - A-XXA2-LGXLL-XSK | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGXLL-XSK | MPC - A-XXA2-LGXLL-XSK | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGXLL-XST | MPC - A-XXA2-LGXLL-XST | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGXLR-XSB | MPC - A-XXA2-LGXLR-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGXLR-XSB-1220 | MPC - A-XXA2-LGXLR-XSB-1220 | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGXLR-XSK | MPC - A-XXA2-LGXLR-XSK | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGXLS-XSB | MPC - A-XXA2-LGXLS-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGXLS-XST | MPC - A-XXA2-LGXLS-XST | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGXRL-NSW | MPC - A-XXA2-LGXRL-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGXRL-NSW | MPC - A-XXA2-LGXRL-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGXRL-XSB | MPC - A-XXA2-LGXRL-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGXRL-XSW | MPC - A-XXA2-LGXRL-XSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGXRR-NSW | MPC - A-XXA2-LGXRR-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGXRR-NSW | MPC - A-XXA2-LGXRR-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGXRR-XSB | MPC - A-XXA2-LGXRR-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGXRR-XSB | MPC - A-XXA2-LGXRR-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGXRR-XSB | MPC - A-XXA2-LGXRR-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGXRR-XSK | MPC - A-XXA2-LGXRR-XSK | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGXRR-XST | MPC - A-XXA2-LGXRR-XST | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGXRS-XSB | MPC - A-XXA2-LGXRS-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGXRS-XSB-1220 | MPC - A-XXA2-LGXRS-XSB-1220 | Rosenberg |
| SGSI | XTX2-1 | A-XXA2-LGXRX-3AK | MPC - A-XXA2-LGXRX-3AK | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGXSR-NSW | MPC - A-XXA2-LGXSR-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGXSR-NSW | MPC - A-XXA2-LGXSR-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGXSR-XSB | MPC - A-XXA2-LGXSR-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGXSS-CAT | MPC - A-XXA2-LGXSS-CAT | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGXSS-NSW | MPC - A-XXA2-LGXSS-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGXSS-NSW | MPC - A-XXA2-LGXSS-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGXSS-XSA | MPC - A-XXA2-LGXSS-XSA | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGXSS-XSB | MPC - A-XXA2-LGXSS-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGXSS-XSB | MPC - A-XXA2-LGXSS-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGXSS-XSW | MPC - A-XXA2-LGXSS-XSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGXSS-XSW | MPC - A-XXA2-LGXSS-XSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGXXL-XSB | MPC - A-XXA2-LGXXL-XSB | Rosenberg |
| SGSI | XTX2-1 | A-XXA2-LGXXX-3AK | MPC - A-XXA2-LGXXX-3AK | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGYLS-XSK | MPC - A-XXA2-LGYLS-XSK | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGYRX-XSB | MPC - A-XXA2-LGYRX-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGYRX-XSK | MPC - A-XXA2-LGYRX-XSK | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGYSS-NSB | MPC - A-XXA2-LGYSS-NSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGYSS-NSB | MPC - A-XXA2-LGYSS-NSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGYXX-XSK | MPC - A-XXA2-LGYXX-XSK | Rosenberg |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

**Exhibit 8**

**Z Shield Product Identification Spreadsheet**
**Subset of Products Confirmed to Contain Z-Shield**

| Entity | NIJ Model # | Part ID | Reference | Z-Shield Confirmation Source |
|--------|-------------|---------|-----------|------------------------------|
| SAF | XTX2-1 | A-XXA2-LGZLL-XSK | MPC - A-XXA2-LGZLL-XSK | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGZLR-XSB | MPC - A-XXA2-LGZLR-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGZLS-XSB | MPC - A-XXA2-LGZLS-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGZRR-XSB | MPC - A-XXA2-LGZRR-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGZRR-XSK | MPC - A-XXA2-LGZRR-XSK | Rosenberg |
| SAF | XTX2-1 | A-XXA2-LGZSS-XSK | MPC - A-XXA2-LGZSS-XSK | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MDXLR-XSW | MPC - A-XXA2-MDXLR-XSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MDZLL-XSB | MPC - A-XXA2-MDZLL-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMLLL-NSW | MPC - A-XXA2-MMLLL-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMLLL-NSW | MPC - A-XXA2-MMLLL-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMLLL-XSB | MPC - A-XXA2-MMLLL-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMLLL-XSB | MPC - A-XXA2-MMLLL-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMLLL-XSB | MPC - A-XXA2-MMLLL-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMLLL-XST | MPC - A-XXA2-MMLLL-XST | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMLLL-XSW | MPC - A-XXA2-MMLLL-XSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMLRL-XST | MPC - A-XXA2-MMLRL-XST | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMLRR-NSW | MPC - A-XXA2-MMLRR-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMLRR-NSW | MPC - A-XXA2-MMLRR-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMLRR-XSB | MPC - A-XXA2-MMLRR-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMLRR-XSB | MPC - A-XXA2-MMLRR-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMLRR-XSW | MPC - A-XXA2-MMLRR-XSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMLRR-XSW | MPC - A-XXA2-MMLRR-XSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMLRS-XST | MPC - A-XXA2-MMLRS-XST | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMLSS-XSB | MPC - A-XXA2-MMLSS-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMLSS-XSW | MPC - A-XXA2-MMLSS-XSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMLSS-XSW | MPC - A-XXA2-MMLSS-XSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMLXR-NSW | MPC - A-XXA2-MMLXR-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMLXR-NSW | MPC - A-XXA2-MMLXR-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMLXR-XSB | MPC - A-XXA2-MMLXR-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMLXX-NSW | MPC - A-XXA2-MMLXX-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMLXX-NSW | MPC - A-XXA2-MMLXX-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMRLL-NSB | MPC - A-XXA2-MMRLL-NSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMRLL-XSB | MPC - A-XXA2-MMRLL-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMRLL-XSK | MPC - A-XXA2-MMRLL-XSK | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMRLL-XST | MPC - A-XXA2-MMRLL-XST | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMRLR-XSB | MPC - A-XXA2-MMRLR-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMRLR-XSK | MPC - A-XXA2-MMRLR-XSK | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMRLS-NSW | MPC - A-XXA2-MMRLS-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMRLS-NSW | MPC - A-XXA2-MMRLS-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMRLS-XSB | MPC - A-XXA2-MMRLS-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMRLX-XSW | MPC - A-XXA2-MMRLX-XSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMRPP-NSW | MPC - A-XXA2-MMRPP-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMRPP-NSW | MPC - A-XXA2-MMRPP-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMRRL-XSB | MPC - A-XXA2-MMRRL-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMRRR-NSW | MPC - A-XXA2-MMRRR-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMRRR-NSW | MPC - A-XXA2-MMRRR-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMRRR-XSB | MPC - A-XXA2-MMRRR-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMRRR-XSB | MPC - A-XXA2-MMRRR-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMRRR-XSK | MPC - A-XXA2-MMRRR-XSK | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMRRR-XST | MPC - A-XXA2-MMRRR-XST | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMRRR-XST | MPC - A-XXA2-MMRRR-XST | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMRRS-XSA | MPC - A-XXA2-MMRRS-XSA | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMRRS-XSB | MPC - A-XXA2-MMRRS-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMRSS-NSW | MPC - A-XXA2-MMRSS-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMRSS-NSW | MPC - A-XXA2-MMRSS-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMRSS-XSB | MPC - A-XXA2-MMRSS-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMRSS-XSB | MPC - A-XXA2-MMRSS-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMRSS-XST | MPC - A-XXA2-MMRSS-XST | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMWLR-XST | MPC - A-XXA2-MMWLR-XST | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMWLZ-XSB | MPC - A-XXA2-MMWLZ-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMXLL-NSW | MPC - A-XXA2-MMXLL-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMXLL-NSW | MPC - A-XXA2-MMXLL-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMXLL-XSB | MPC - A-XXA2-MMXLL-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMXLL-XSB | MPC - A-XXA2-MMXLL-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMXLL-XSK | MPC - A-XXA2-MMXLL-XSK | Rosenberg |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

**Exhibit 8**

**Z Shield Product Identification Spreadsheet**
**Subset of Products Confirmed to Contain Z-Shield**

| Entity | NIJ Model # | Part ID | Reference | Z-Shield Confirmation Source |
|--------|-------------|---------|-----------|------------------------------|
| SAF | XTX2-1 | A-XXA2-MMXLR-XSB | MPC - A-XXA2-MMXLR-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMXLS-XST | MPC - A-XXA2-MMXLS-XST | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMXLX-XSK | MPC - A-XXA2-MMXLX-XSK | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMXRL-XSB | MPC - A-XXA2-MMXRL-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMXRR-XSB | MPC - A-XXA2-MMXRR-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMXRR-XSK | MPC - A-XXA2-MMXRR-XSK | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMXRR-XST | MPC - A-XXA2-MMXRR-XST | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMXRR-XST | MPC - A-XXA2-MMXRR-XST | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMXRR-XSW | MPC - A-XXA2-MMXRR-XSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMXRR-XSW | MPC - A-XXA2-MMXRR-XSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMXRR-XSW | MPC - A-XXA2-MMXRR-XSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMXRS-XSB | MPC - A-XXA2-MMXRS-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMXRS-XSB | MPC - A-XXA2-MMXRS-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMXRZ-XSB | MPC - A-XXA2-MMXRZ-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMXSQ-XSB | MPC - A-XXA2-MMXSQ-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMXSQ-XSB | MPC - A-XXA2-MMXSQ-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMXSS-XSB | MPC - A-XXA2-MMXSS-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMXXL-NSW | MPC - A-XXA2-MMXXL-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMXXL-NSW | MPC - A-XXA2-MMXXL-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMXXR-XSB | MPC - A-XXA2-MMXXR-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMXXX-XST | MPC - A-XXA2-MMXXX-XST | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMXZL-XSB | MPC - A-XXA2-MMXZL-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMYXP-XSB | MPC - A-XXA2-MMYXP-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMYXX-XSB | MPC - A-XXA2-MMYXX-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMZLL-XSB | MPC - A-XXA2-MMZLL-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMZLR-CAB | MPC - A-XXA2-MMZLR-CAB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMZLR-XSB | MPC - A-XXA2-MMZLR-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMZLR-XSK | MPC - A-XXA2-MMZLR-XSK | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMZLX-XSB | MPC - A-XXA2-MMZLX-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMZRS-XSB-1220 | MPC - A-XXA2-MMZRS-XSB-1220 | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMZXL-XSB | MPC - A-XXA2-MMZXL-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMZXR-XSB | MPC - A-XXA2-MMZXR-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-MMZXR-XSK | MPC - A-XXA2-MMZXR-XSK | Rosenberg |
| SAF | XTX2-1 | A-XXA2---RRR-XSB | A-XXA2---RRR-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2---RXL-XSB | A-XXA2---RXL-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-SMLLR-XSB-1220 | MPC - A-XXA2-SMLLR-XSB-1220 | Rosenberg |
| SAF | XTX2-1 | A-XXA2-SMLRR-NSW | MPC - A-XXA2-SMLRR-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-SMLRR-NSW | MPC - A-XXA2-SMLRR-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-SMLSL-NSW | MPC - A-XXA2-SMLSL-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-SMLSL-NSW | MPC - A-XXA2-SMLSL-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-SMRRR-XSK | MPC - A-XXA2-SMRRR-XSK | Rosenberg |
| SAF | XTX2-1 | A-XXA2-SMRSR-NSW | MPC - A-XXA2-SMRSR-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-SMRSR-NSW | MPC - A-XXA2-SMRSR-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-SMRSS-XSB | MPC - A-XXA2-SMRSS-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-SMXLL-XSB | MPC - A-XXA2-SMXLL-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-SMXLX-XSB | MPC - A-XXA2-SMXLX-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2-SMXXX-NSW | MPC - A-XXA2-SMXXX-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-SMXXX-NSW | MPC - A-XXA2-SMXXX-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-SMYZZ-NSW | MPC - A-XXA2-SMYZZ-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-SMYZZ-NSW | MPC - A-XXA2-SMYZZ-NSW | Rosenberg |
| SAF | XTX2-1 | A-XXA2-SMZLS-XST | MPC - A-XXA2-SMZLS-XST | Rosenberg |
| SAF | XTX2-1 | A-XXA2---XLL-XSB | A-XXA2---XLL-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2---XLR-XSB | A-XXA2---XLR-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2---XSS-XSB | A-XXA2---XSS-XSB | Rosenberg |
| SAF | XTX2-1 | A-XXA2---XSS-XSK | A-XXA2---XSS-XSK | Rosenberg |
| SAF | XTX2-1 | A-XXA2---XSS-XSK | A-XXA2---XSS-XSK | Rosenberg |
| SGSI | XTX3A-1 | A-XXA3-1XLLL-3AK | MPC - A-XXA3-1XLLL-3AK | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-1XLLL-XSB | MPC - A-XXA3-1XLLL-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-1XLLL-XSB | MPC - A-XXA3-1XLLL-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-1XLLL-XSB-1221 | MPC - A-XXA3-1XLLL-XSB-1221 | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-1XLLL-XST | MPC - A-XXA3-1XLLL-XST | Rosenberg |
| ABA | XTX3A-1 | A-XXA3-1XLLR-3AB | MPC - A-XXA3-1XLLR-3AB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-1XLLR-XSB | MPC - A-XXA3-1XLLR-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-1XLLR-XSB-1221 | MPC - A-XXA3-1XLLR-XSB-1221 | Rosenberg |
| SGSI | XTX3A-1 | A-XXA3-1XLRL-3AW | MPC - A-XXA3-1XLRL-3AW | Rosenberg |

United States of America v. Honeywell International, Inc.                      **Exhibit 8**
Expert Report of Joseph Anastasi

**Z Shield Product Identification Spreadsheet**
**Subset of Products Confirmed to Contain Z-Shield**

| Entity | NIJ Model # | Part ID | Reference | Z-Shield Confirmation Source |
|---|---|---|---|---|
| SAF | XTX3A-1 | A-XXA3-1XLRL-NSK | MPC - A-XXA3-1XLRL-NSK | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-1XLRR-CAB | MPC - A-XXA3-1XLRR-CAB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-1XLRR-XSB | MPC - A-XXA3-1XLRR-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-1XLRR-XSB | MPC - A-XXA3-1XLRR-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-1XLRR-XSK | MPC - A-XXA3-1XLRR-XSK | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-1XLRS-XSB | MPC - A-XXA3-1XLRS-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-1XLRS-XSB-1221 | MPC - A-XXA3-1XLRS-XSB-1221 | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-1XLSR-NSA | MPC - A-XXA3-1XLSR-NSA | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-1XLSS-NSA | MPC - A-XXA3-1XLSS-NSA | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-1XLSS-XSB | MPC - A-XXA3-1XLSS-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-1XLSS-XSB | MPC - A-XXA3-1XLSS-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-1XLSS-XSB-1221 | MPC - A-XXA3-1XLSS-XSB-1221 | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-1XLXX-XSB | MPC - A-XXA3-1XLXX-XSB | Rosenberg |
| SGSI | XTX3A-1 | A-XXA3-1XQRR-3AY | MPC - A-XXA3-1XQRR-3AY | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-1XRLL-XSB | MPC - A-XXA3-1XRLL-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-1XRLL-XSK | MPC - A-XXA3-1XRLL-XSK | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-1XRLR-XSB | MPC - A-XXA3-1XRLR-XSB | Rosenberg |
| SGSI | XTX3A-1 | A-XXA3-1XRLX-3AK | MPC - A-XXA3-1XRLX-3AK | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-1XRLX-XSB | MPC - A-XXA3-1XRLX-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-1XRPR-XSB | MPC - A-XXA3-1XRPR-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-1XRPR-XSB | MPC - A-XXA3-1XRPR-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-1XRRL-XSB | MPC - A-XXA3-1XRRL-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-1XRRR-XSB | MPC - A-XXA3-1XRRR-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-1XRRR-XSB | MPC - A-XXA3-1XRRR-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-1XRRR-XSK | MPC - A-XXA3-1XRRR-XSK | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-1XRRR-XST | MPC - A-XXA3-1XRRR-XST | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-1XRSP-XSB | MPC - A-XXA3-1XRSP-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-1XRSP-XSB | MPC - A-XXA3-1XRSP-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-1XRSR-XSB | MPC - A-XXA3-1XRSR-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-1XRSS-XSB | MPC - A-XXA3-1XRSS-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-1XRSS-XSB-1221 | MPC - A-XXA3-1XRSS-XSB-1221 | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-1XRSS-XSK | MPC - A-XXA3-1XRSS-XSK | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-1XSRR-XSB | MPC - A-XXA3-1XSRR-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-1XSRR-XSW | MPC - A-XXA3-1XSRR-XSW | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-1XXLR-XSB | MPC - A-XXA3-1XXLR-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-1XXLS-XSB-1221 | MPC - A-XXA3-1XXLS-XSB-1221 | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-1XXRL-XSB | MPC - A-XXA3-1XXRL-XSB | Rosenberg |
| SGSI | XTX3A-1 | A-XXA3-1XXRR-3AK | MPC - A-XXA3-1XXRR-3AK | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-1XXRR-XSB | MPC - A-XXA3-1XXRR-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-1XXRR-XSB | MPC - A-XXA3-1XXRR-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-1XXRR-XSK | MPC - A-XXA3-1XXRR-XSK | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-1XXRS-XSB | MPC - A-XXA3-1XXRS-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-1XXRS-XSB-1221 | MPC - A-XXA3-1XXRS-XSB-1221 | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-1XXSS-XSA | MPC - A-XXA3-1XXSS-XSA | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-1XXSS-XSA | MPC - A-XXA3-1XXSS-XSA | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-1XXSS-XSB | MPC - A-XXA3-1XXSS-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-1XXSS-XSB-1221 | MPC - A-XXA3-1XXSS-XSB-1221 | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-1XXSS-XSK | MPC - A-XXA3-1XXSS-XSK | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-1XXSS-XSK-1221 | MPC - A-XXA3-1XXSS-XSK-1221 | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-1XXSS-XSW | MPC - A-XXA3-1XXSS-XSW | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-1XXSS-XSW | MPC - A-XXA3-1XXSS-XSW | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-1XXSS-XSW | MPC - A-XXA3-1XXSS-XSW | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-1XXXS-XSB-1221 | MPC - A-XXA3-1XXXS-XSB-1221 | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-1XXZZ-XSB-1221 | MPC - A-XXA3-1XXZZ-XSB-1221 | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-1XZLL-XSB | MPC - A-XXA3-1XZLL-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-1XZLL-XSB | MPC - A-XXA3-1XZLL-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-1XZPS-XSA | MPC - A-XXA3-1XZPS-XSA | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-1XZPS-XSA | MPC - A-XXA3-1XZPS-XSA | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-1XZRR-XSW | MPC - A-XXA3-1XZRR-XSW | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-1XZRR-XSW | MPC - A-XXA3-1XZRR-XSW | Rosenberg |
| SGSI | XTX3A-1 | A-XXA3-2XLLR-3AK | MPC - A-XXA3-2XLLR-3AK | Rosenberg |
| SGSI | XTX3A-1 | A-XXA3-2XLLS-3AK | MPC - A-XXA3-2XLLS-3AK | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-2XLPP-NSA | MPC - A-XXA3-2XLPP-NSA | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-2XLRR-XSB | MPC - A-XXA3-2XLRR-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-2XLRS-XSB | MPC - A-XXA3-2XLRS-XSB | Rosenberg |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

**Exhibit 8**

**Z Shield Product Identification Spreadsheet**
**Subset of Products Confirmed to Contain Z-Shield**

| Entity | NIJ Model # | Part ID | Reference | Z-Shield Confirmation Source |
|---|---|---|---|---|
| SAF | XTX3A-1 | A-XXA3-2XLSR-XSB | MPC - A-XXA3-2XLSR-XSB | Rosenberg |
| SGSI | XTX3A-1 | A-XXA3-2XLSS-3AK | MPC - A-XXA3-2XLSS-3AK | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-2XLSS-XSB | MPC - A-XXA3-2XLSS-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-2XLSS-XSK | MPC - A-XXA3-2XLSS-XSK | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-2XPSS-XSB | MPC - A-XXA3-2XPSS-XSB | Rosenberg |
| SGSI | XTX3A-1 | A-XXA3-2XQRR-3AY | MPC - A-XXA3-2XQRR-3AY | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-2XRLL-XSB | MPC - A-XXA3-2XRLL-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-2XRLL-XSK | MPC - A-XXA3-2XRLL-XSK | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-2XRLR-XSB | MPC - A-XXA3-2XRLR-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-2XRLX-XSB | MPC - A-XXA3-2XRLX-XSB | Rosenberg |
| SGSI | XTX3A-1 | A-XXA3-2XRRL-3AK | MPC - A-XXA3-2XRRL-3AK | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-2XRRL-XSW | MPC - A-XXA3-2XRRL-XSW | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-2XRRR-XSB | MPC - A-XXA3-2XRRR-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-2XRRR-XSB | MPC - A-XXA3-2XRRR-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-2XRRR-XSB | MPC - A-XXA3-2XRRR-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-2XRRR-XSK | MPC - A-XXA3-2XRRR-XSK | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-2XRSS-XSB | MPC - A-XXA3-2XRSS-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-2XRSS-XSB | MPC - A-XXA3-2XRSS-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-2XSLR-XSK | MPC - A-XXA3-2XSLR-XSK | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-2XSRL-XSB | MPC - A-XXA3-2XSRL-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-2XXLL-XSB | MPC - A-XXA3-2XXLL-XSB | Rosenberg |
| SGSI | XTX3A-1 | A-XXA3-2XXSL-3AK | MPC - A-XXA3-2XXSL-3AK | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-2XXSP-XSK-1221 | MPC - A-XXA3-2XXSP-XSK-1221 | Rosenberg |
| SGSI | XTX3A-1 | A-XXA3-2XXXL-3AK | MPC - A-XXA3-2XXXL-3AK | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-2XYLL-XSB | MPC - A-XXA3-2XYLL-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-2XYSS-XSW | MPC - A-XXA3-2XYSS-XSW | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-2XYSS-XSW | MPC - A-XXA3-2XYSS-XSW | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-3XLRR-XSB | MPC - A-XXA3-3XLRR-XSB | Rosenberg |
| SGSI | XTX3A-1 | A-XXA3-3XLSL-3AK | MPC - A-XXA3-3XLSL-3AK | Rosenberg |
| SGSI | XTX3A-1 | A-XXA3-3XXZZ-3AK | MPC - A-XXA3-3XXZZ-3AK | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-4XLRX-XSB | MPC - A-XXA3-4XLRX-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-4XRSS-XSB | MPC - A-XXA3-4XRSS-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-4XRXS-XSB | MPC - A-XXA3-4XRXS-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-4XSSR-XSB | MPC - A-XXA3-4XSSR-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-4XSSS-XSB | MPC - A-XXA3-4XSSS-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-4XZRS-XSB | MPC - A-XXA3-4XZRS-XSB | Rosenberg |
| SGSI | XTX3A-1 | A-XXA3-LGLLL-3AK | MPC - A-XXA3-LGLLL-3AK | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGLLL-XSB | MPC - A-XXA3-LGLLL-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGLLL-XSB | MPC - A-XXA3-LGLLL-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGLLL-XSK | MPC - A-XXA3-LGLLL-XSK | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGLLL-XSK | MPC - A-XXA3-LGLLL-XSK | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGLLP-XSB-1221 | MPC - A-XXA3-LGLLP-XSB-1221 | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGLLR-XSB-1221 | MPC - A-XXA3-LGLLR-XSB-1221 | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGLLS-XSB-1221 | MPC - A-XXA3-LGLLS-XSB-1221 | Rosenberg |
| SGSI | XTX3A-1 | A-XXA3-LGLLX-3AK | MPC - A-XXA3-LGLLX-3AK | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGLLX-XSW | MPC - A-XXA3-LGLLX-XSW | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGLRL-XSB-1221 | MPC - A-XXA3-LGLRL-XSB-1221 | Rosenberg |
| SGSI | XTX3A-1 | A-XXA3-LGLRR-3AK | MPC - A-XXA3-LGLRR-3AK | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGLRR-NSA | MPC - A-XXA3-LGLRR-NSA | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGLRR-XSA | MPC - A-XXA3-LGLRR-XSA | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGLRR-XSA | MPC - A-XXA3-LGLRR-XSA | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGLRR-XSB-1221 | MPC - A-XXA3-LGLRR-XSB-1221 | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGLRR-XSK | MPC - A-XXA3-LGLRR-XSK | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGLRR-XSW | MPC - A-XXA3-LGLRR-XSW | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGLRR-XSW | MPC - A-XXA3-LGLRR-XSW | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGLRS-XSB | MPC - A-XXA3-LGLRS-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGLRS-XSB-1221 | MPC - A-XXA3-LGLRS-XSB-1221 | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGLRZ-XSB | MPC - A-XXA3-LGLRZ-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGLSP-XSB-1221 | MPC - A-XXA3-LGLSP-XSB-1221 | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGLSS-XSB | MPC - A-XXA3-LGLSS-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGLSS-XSB | MPC - A-XXA3-LGLSS-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGLSS-XSB-1221 | MPC - A-XXA3-LGLSS-XSB-1221 | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGLXL-XSB | MPC - A-XXA3-LGLXL-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGLXX-XSB-1221 | MPC - A-XXA3-LGLXX-XSB-1221 | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGLXY-XSB | MPC - A-XXA3-LGLXY-XSB | Rosenberg |

United States of America v. Honeywell International, Inc.

**Exhibit 8**

Expert Report of Joseph Anastasi

**Z Shield Product Identification Spreadsheet**
**Subset of Products Confirmed to Contain Z-Shield**

| Entity | NIJ Model # | Part ID | Reference | Z-Shield Confirmation Source |
|---|---|---|---|---|
| SGSI | XTX3A-1 | A-XXA3-LGQRR-3AY | MPC - A-XXA3-LGQRR-3AY | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGRLL-XSB | MPC - A-XXA3-LGRLL-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGRLL-XSB | MPC - A-XXA3-LGRLL-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGRLL-XSK | MPC - A-XXA3-LGRLL-XSK | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGRLR-XSB | MPC - A-XXA3-LGRLR-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGRLR-XSB | MPC - A-XXA3-LGRLR-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGRLR-XSB-1221 | MPC - A-XXA3-LGRLR-XSB-1221 | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGRLR-XST | MPC - A-XXA3-LGRLR-XST | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGRLS-XSB-1221 | MPC - A-XXA3-LGRLS-XSB-1221 | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGRPP-XSB | MPC - A-XXA3-LGRPP-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGRPP-XSB | MPC - A-XXA3-LGRPP-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGRRR-NSW | MPC - A-XXA3-LGRRR-NSW | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGRRR-NSW | MPC - A-XXA3-LGRRR-NSW | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGRRR-XSB | MPC - A-XXA3-LGRRR-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGRRR-XSB | MPC - A-XXA3-LGRRR-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGRRR-XSB-1221 | MPC - A-XXA3-LGRRR-XSB-1221 | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGRRR-XSK | MPC - A-XXA3-LGRRR-XSK | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGRRR-XST | MPC - A-XXA3-LGRRR-XST | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGRRS-CAY | MPC - A-XXA3-LGRRS-CAY | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGRRS-XSB | MPC - A-XXA3-LGRRS-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGRRS-XSB-1221 | MPC - A-XXA3-LGRRS-XSB-1221 | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGRSR-XSB | MPC - A-XXA3-LGRSR-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGRSS-XSB | MPC - A-XXA3-LGRSS-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGRSS-XSB | MPC - A-XXA3-LGRSS-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGRSS-XSK | MPC - A-XXA3-LGRSS-XSK | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGRSS-XST | MPC - A-XXA3-LGRSS-XST | Rosenberg |
| SGSI | XTX3A-1 | A-XXA3-LGXLL-3AK | MPC - A-XXA3-LGXLL-3AK | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGXLL-XSB | MPC - A-XXA3-LGXLL-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGXLL-XSB-1221 | MPC - A-XXA3-LGXLL-XSB-1221 | Rosenberg |
| SGSI | XTX3A-1 | A-XXA3-LGXLR-3AK | MPC - A-XXA3-LGXLR-3AK | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGXLR-XSB | MPC - A-XXA3-LGXLR-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGXLR-XSB-1221 | MPC - A-XXA3-LGXLR-XSB-1221 | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGXLR-XSW-1221 | MPC - A-XXA3-LGXLR-XSW-1221 | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGXLS-XSB-1221 | MPC - A-XXA3-LGXLS-XSB-1221 | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGXLS-XSK | MPC - A-XXA3-LGXLS-XSK | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGXLS-XSK | MPC - A-XXA3-LGXLS-XSK | Rosenberg |
| SGSI | XTX3A-1 | A-XXA3-LGXLX-3AK | MPC - A-XXA3-LGXLX-3AK | Rosenberg |
| SGSI | XTX3A-1 | A-XXA3-LGXRL-3AK | MPC - A-XXA3-LGXRL-3AK | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGXRL-XSB | MPC - A-XXA3-LGXRL-XSB | Rosenberg |
| SGSI | XTX3A-1 | A-XXA3-LGXRR-3AK | MPC - A-XXA3-LGXRR-3AK | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGXRR-XSB | MPC - A-XXA3-LGXRR-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGXRR-XSB | MPC - A-XXA3-LGXRR-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGXRR-XSB-1221 | MPC - A-XXA3-LGXRR-XSB-1221 | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGXRS-CAK | MPC - A-XXA3-LGXRS-CAK | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGXRS-XSB | MPC - A-XXA3-LGXRS-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGXRS-XSB-1221 | MPC - A-XXA3-LGXRS-XSB-1221 | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGXRS-XSK | MPC - A-XXA3-LGXRS-XSK | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGXRS-XSK-1221 | MPC - A-XXA3-LGXRS-XSK-1221 | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGXRS-XSW-1221 | MPC - A-XXA3-LGXRS-XSW-1221 | Rosenberg |
| SGSI | XTX3A-1 | A-XXA3-LGXRX-3AK | MPC - A-XXA3-LGXRX-3AK | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGXSQ-XSB-1221 | MPC - A-XXA3-LGXSQ-XSB-1221 | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGXSS-CAB | MPC - A-XXA3-LGXSS-CAB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGXSS-XSB | MPC - A-XXA3-LGXSS-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGXSS-XSB-1221 | MPC - A-XXA3-LGXSS-XSB-1221 | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGXSS-XSK-1221 | MPC - A-XXA3-LGXSS-XSK-1221 | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGXSS-XSW-1221 | MPC - A-XXA3-LGXSS-XSW-1221 | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGXSX-XSB | MPC - A-XXA3-LGXSX-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGXSX-XSB | MPC - A-XXA3-LGXSX-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGXXL-XSB | MPC - A-XXA3-LGXXL-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGXXL-XSB-1221 | MPC - A-XXA3-LGXXL-XSB-1221 | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGXXL-XSW | MPC - A-XXA3-LGXXL-XSW | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGXXL-XSW-1221 | MPC - A-XXA3-LGXXL-XSW-1221 | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGXXP-XSB-1221 | MPC - A-XXA3-LGXXP-XSB-1221 | Rosenberg |
| SGSI | XTX3A-1 | A-XXA3-LGXXX-3AK | MPC - A-XXA3-LGXXX-3AK | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGXXX-XSB | MPC - A-XXA3-LGXXX-XSB | Rosenberg |

United States of America v. Honeywell International, Inc.

**Exhibit 8**

Expert Report of Joseph Anastasi

**Z Shield Product Identification Spreadsheet**
**Subset of Products Confirmed to Contain Z-Shield**

| Entity | NIJ Model # | Part ID | Reference | Z-Shield Confirmation Source |
|---|---|---|---|---|
| SAF | XTX3A-1 | A-XXA3-LGYLR-XSK | MPC - A-XXA3-LGYLR-XSK | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGYSS-XSB | MPC - A-XXA3-LGYSS-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGZLL-XSB | MPC - A-XXA3-LGZLL-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGZLS-XSB-1221 | MPC - A-XXA3-LGZLS-XSB-1221 | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGZRR-XSA | MPC - A-XXA3-LGZRR-XSA | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGZRR-XSA | MPC - A-XXA3-LGZRR-XSA | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGZRR-XSA | MPC - A-XXA3-LGZRR-XSA | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGZRR-XSB-1221 | MPC - A-XXA3-LGZRR-XSB-1221 | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGZRR-XST | MPC - A-XXA3-LGZRR-XST | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGZRR-XST | MPC - A-XXA3-LGZRR-XST | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGZRS-XSB-1221 | MPC - A-XXA3-LGZRS-XSB-1221 | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGZSR-XSK | MPC - A-XXA3-LGZSR-XSK | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGZSR-XSK | MPC - A-XXA3-LGZSR-XSK | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-LGZSS-XSB | MPC - A-XXA3-LGZSS-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-MDRLL-XSK | MPC - A-XXA3-MDRLL-XSK | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-MDRLL-XSK | MPC - A-XXA3-MDRLL-XSK | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-MDRRR-XSK | MPC - A-XXA3-MDRRR-XSK | Rosenberg |
| SGSI | XTX3A-1 | A-XXA3-MMLLL-3AK | MPC - A-XXA3-MMLLL-3AK | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-MMLLS-XSB-1221 | MPC - A-XXA3-MMLLS-XSB-1221 | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-MMLRR-CAW | MPC - A-XXA3-MMLRR-CAW | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-MMLRR-CAW | MPC - A-XXA3-MMLRR-CAW | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-MMLRR-XSB | MPC - A-XXA3-MMLRR-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-MMLRR-XSB-1221 | MPC - A-XXA3-MMLRR-XSB-1221 | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-MMLSS-XSB | MPC - A-XXA3-MMLSS-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-MMLSS-XSB | MPC - A-XXA3-MMLSS-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-MMLSS-XSW | MPC - A-XXA3-MMLSS-XSW | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-MMLSS-XSW | MPC - A-XXA3-MMLSS-XSW | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-MMLXR-XSB-1221 | MPC - A-XXA3-MMLXR-XSB-1221 | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-MMRLL-XSB-1221 | MPC - A-XXA3-MMRLL-XSB-1221 | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-MMRLL-XSK | MPC - A-XXA3-MMRLL-XSK | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-MMRLL-XST | MPC - A-XXA3-MMRLL-XST | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-MMRRR-XSB | MPC - A-XXA3-MMRRR-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-MMRRR-XSB | MPC - A-XXA3-MMRRR-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-MMRRR-XST | MPC - A-XXA3-MMRRR-XST | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-MMRRR-XST | MPC - A-XXA3-MMRRR-XST | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-MMRRS-XSB | MPC - A-XXA3-MMRRS-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-MMRSR-XSB | MPC - A-XXA3-MMRSR-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-MMRSR-XSB | MPC - A-XXA3-MMRSR-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-MMSLR-XSB | MPC - A-XXA3-MMSLR-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-MMXLP-XSB-1221 | MPC - A-XXA3-MMXLP-XSB-1221 | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-MMXLR-XSB | MPC - A-XXA3-MMXLR-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-MMXLR-XSB-1221 | MPC - A-XXA3-MMXLR-XSB-1221 | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-MMXLS-XSB-1221 | MPC - A-XXA3-MMXLS-XSB-1221 | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-MMXLS-XSW-1221 | MPC - A-XXA3-MMXLS-XSW-1221 | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-MMXPS-XSK | MPC - A-XXA3-MMXPS-XSK | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-MMXPS-XSK | MPC - A-XXA3-MMXPS-XSK | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-MMXRP-XSB-1221 | MPC - A-XXA3-MMXRP-XSB-1221 | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-MMXRS-XSB | MPC - A-XXA3-MMXRS-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-MMXRS-XSB | MPC - A-XXA3-MMXRS-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-MMXRS-XSB-1221 | MPC - A-XXA3-MMXRS-XSB-1221 | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-MMXSR-XSB | MPC - A-XXA3-MMXSR-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-MMXSR-XSB | MPC - A-XXA3-MMXSR-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-MMXSS-XSB | MPC - A-XXA3-MMXSS-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-MMXSS-XSB-1221 | MPC - A-XXA3-MMXSS-XSB-1221 | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-MMXXL-XSB | MPC - A-XXA3-MMXXL-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-MMXXL-XST | MPC - A-XXA3-MMXXL-XST | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-MMXXR-XSB-1221 | MPC - A-XXA3-MMXXR-XSB-1221 | Rosenberg |
| SGSI | XTX3A-1 | A-XXA3-MMXXX-3AB | MPC - A-XXA3-MMXXX-3AB | Rosenberg |
| SGSI | XTX3A-1 | A-XXA3-MMXXX-3AK | MPC - A-XXA3-MMXXX-3AK | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-MMYXX-XSB | MPC - A-XXA3-MMYXX-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-MMZLR-XSB | MPC - A-XXA3-MMZLR-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-MMZRR-XSB | MPC - A-XXA3-MMZRR-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-MMZRS-XSA | MPC - A-XXA3-MMZRS-XSA | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-MMZXL-XSB | MPC - A-XXA3-MMZXL-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-MMZXX-XSB | MPC - A-XXA3-MMZXX-XSB | Rosenberg |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

**Exhibit 8**

**Z Shield Product Identification Spreadsheet**
**Subset of Products Confirmed to Contain Z-Shield**

| Entity | NIJ Model # | Part ID | Reference | Z-Shield Confirmation Source |
|--------|-------------|---------|-----------|------------------------------|
| SAF | XTX3A-1 | A-XXA3-MMZXX-XSB-1221 | MPC - A-XXA3-MMZXX-XSB-1221 | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-MMZXX-XSK | MPC - A-XXA3-MMZXX-XSK | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-MMZXX-XSK | MPC - A-XXA3-MMZXX-XSK | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-MMZZZ-XSB | MPC - A-XXA3-MMZZZ-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-SMLLR-XSB-1221 | MPC - A-XXA3-SMLLR-XSB-1221 | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-SMLLX-XSB | MPC - A-XXA3-SMLLX-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-SMLRR-XSB | MPC - A-XXA3-SMLRR-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-SMRSS-XSW | MPC - A-XXA3-SMRSS-XSW | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-SMRSS-XSW | MPC - A-XXA3-SMRSS-XSW | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-SMRXR-XSB-1221 | MPC - A-XXA3-SMRXR-XSB-1221 | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-SMXLR-XSB | MPC - A-XXA3-SMXLR-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-SMXLR-XSB-1221 | MPC - A-XXA3-SMXLR-XSB-1221 | Rosenberg |
| SGSI | XTX3A-1 | A-XXA3-SMXLX-3AK | MPC - A-XXA3-SMXLX-3AK | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-SMXRR-XSB | MPC - A-XXA3-SMXRR-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-SMXRR-XSB | MPC - A-XXA3-SMXRR-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-SMXXL-XSB | MPC - A-XXA3-SMXXL-XSB | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-SMXXL-XSB-1221 | MPC - A-XXA3-SMXXL-XSB-1221 | Rosenberg |
| SAF | XTX3A-1 | A-XXA3-SMZLS-XST | MPC - A-XXA3-SMZLS-XST | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XLLL-XSB | MPC - A-XZA2-1XLLL-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XLLL-XSB | MPC - A-XZA2-1XLLL-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XLLL-XSK | MPC - A-XZA2-1XLLL-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XLLL-XSK | MPC - A-XZA2-1XLLL-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XLLL-XSP | MPC - A-XZA2-1XLLL-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XLLL-XSW | MPC - A-XZA2-1XLLL-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XLLR-NSK | MPC - A-XZA2-1XLLR-NSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XLLR-XSB | MPC - A-XZA2-1XLLR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XLLR-XSK | MPC - A-XZA2-1XLLR-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XLLR-XSK | MPC - A-XZA2-1XLLR-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XLLR-XSP | MPC - A-XZA2-1XLLR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XLLR-XSW | MPC - A-XZA2-1XLLR-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XLLS-XSB | MPC - A-XZA2-1XLLS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XLLS-XSK | MPC - A-XZA2-1XLLS-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XLLX-XSP | MPC - A-XZA2-1XLLX-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XLPP-XSB | MPC - A-XZA2-1XLPP-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XLPR-XSB | MPC - A-XZA2-1XLPR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XLPS-XSP | MPC - A-XZA2-1XLPS-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XLRL-XSB | MPC - A-XZA2-1XLRL-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XLRL-XSP | MPC - A-XZA2-1XLRL-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XLRL-XST | MPC - A-XZA2-1XLRL-XST | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XLRL-XSW | MPC - A-XZA2-1XLRL-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XLRR-NSK | MPC - A-XZA2-1XLRR-NSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XLRR-XSA | MPC - A-XZA2-1XLRR-XSA | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XLRR-XSA | MPC - A-XZA2-1XLRR-XSA | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XLRR-XSB | MPC - A-XZA2-1XLRR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XLRR-XSK | MPC - A-XZA2-1XLRR-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XLRR-XSK | MPC - A-XZA2-1XLRR-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XLRR-XSP | MPC - A-XZA2-1XLRR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XLRR-XST | MPC - A-XZA2-1XLRR-XST | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XLRR-XSW | MPC - A-XZA2-1XLRR-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XLRS-XSB | MPC - A-XZA2-1XLRS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XLRS-XSK | MPC - A-XZA2-1XLRS-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XLRS-XSP | MPC - A-XZA2-1XLRS-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XLRS-XST | MPC - A-XZA2-1XLRS-XST | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XLSL-XST | MPC - A-XZA2-1XLSL-XST | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XLSL-XSW | MPC - A-XZA2-1XLSL-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XLSR-XSA | MPC - A-XZA2-1XLSR-XSA | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XLSR-XSB | MPC - A-XZA2-1XLSR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XLSR-XSK | MPC - A-XZA2-1XLSR-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XLSR-XSK | MPC - A-XZA2-1XLSR-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XLSR-XSP | MPC - A-XZA2-1XLSR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XLSR-XST | MPC - A-XZA2-1XLSR-XST | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XLSR-XSW | MPC - A-XZA2-1XLSR-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XLSS-XSA | MPC - A-XZA2-1XLSS-XSA | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XLSS-XSA | MPC - A-XZA2-1XLSS-XSA | Rosenberg |

**Exhibit 8**

**Z Shield Product Identification Spreadsheet**
**Subset of Products Confirmed to Contain Z-Shield**

| Entity | NIJ Model # | Part ID | Reference | Z-Shield Confirmation Source |
|--------|-------------|---------|-----------|------------------------------|
| SAF | XTZX2-1 | A-XZA2-1XLSS-XSB | MPC - A-XZA2-1XLSS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XLSS-XSK | MPC - A-XZA2-1XLSS-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XLSS-XSP | MPC - A-XZA2-1XLSS-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XLSS-XST | MPC - A-XZA2-1XLSS-XST | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XLSS-XSW | MPC - A-XZA2-1XLSS-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XLXR-XSP | MPC - A-XZA2-1XLXR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XLXX-NSK | MPC - A-XZA2-1XLXX-NSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XLZX-XSB | MPC - A-XZA2-1XLZX-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XPSS-XSB | MPC - A-XZA2-1XPSS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XRLL-XSA | MPC - A-XZA2-1XRLL-XSA | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XRLL-XSB | MPC - A-XZA2-1XRLL-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XRLL-XSW | MPC - A-XZA2-1XRLL-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XRLR-XSA | MPC - A-XZA2-1XRLR-XSA | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XRLR-XSA | MPC - A-XZA2-1XRLR-XSA | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XRLR-XSB | MPC - A-XZA2-1XRLR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XRLR-XSP | MPC - A-XZA2-1XRLR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XRLR-XST | MPC - A-XZA2-1XRLR-XST | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XRLS-XSP | MPC - A-XZA2-1XRLS-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XRLX-XSB | MPC - A-XZA2-1XRLX-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XRLZ-XSB | MPC - A-XZA2-1XRLZ-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XRPP-XSP | MPC - A-XZA2-1XRPP-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XRPR-000 | MPC - A-XZA2-1XRPR-000 | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XRPR-XSK | MPC - A-XZA2-1XRPR-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XRPR-XSK | MPC - A-XZA2-1XRPR-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XRPS-XSK | MPC - A-XZA2-1XRPS-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XRPS-XSK | MPC - A-XZA2-1XRPS-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XRRL-XSB | MPC - A-XZA2-1XRRL-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XRRL-XSK | MPC - A-XZA2-1XRRL-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XRRL-XSK | MPC - A-XZA2-1XRRL-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XRRL-XSW | MPC - A-XZA2-1XRRL-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XRRR-CAB | MPC - A-XZA2-1XRRR-CAB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XRRR-NSB | MPC - A-XZA2-1XRRR-NSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XRRR-NSK | MPC - A-XZA2-1XRRR-NSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XRRR-XSA | MPC - A-XZA2-1XRRR-XSA | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XRRR-XSB | MPC - A-XZA2-1XRRR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XRRR-XSK | MPC - A-XZA2-1XRRR-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XRRR-XSK | MPC - A-XZA2-1XRRR-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XRRR-XSP | MPC - A-XZA2-1XRRR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XRRR-XST | MPC - A-XZA2-1XRRR-XST | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XRRR-XSW | MPC - A-XZA2-1XRRR-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XRRS-XSB | MPC - A-XZA2-1XRRS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XRRS-XSP | MPC - A-XZA2-1XRRS-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XRRX-XSB | MPC - A-XZA2-1XRRX-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XRRX-XSK | MPC - A-XZA2-1XRRX-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XRRX-XSP | MPC - A-XZA2-1XRRX-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XRRZ-XSB | MPC - A-XZA2-1XRRZ-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XRRZ-XSW | MPC - A-XZA2-1XRRZ-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XRSL-XSB | MPC - A-XZA2-1XRSL-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XRSL-XSK | MPC - A-XZA2-1XRSL-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XRSP-XSP | MPC - A-XZA2-1XRSP-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XRSR-XSA | MPC - A-XZA2-1XRSR-XSA | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XRSR-XSB | MPC - A-XZA2-1XRSR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XRSR-XSK | MPC - A-XZA2-1XRSR-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XRSR-XSK | MPC - A-XZA2-1XRSR-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XRSR-XSP | MPC - A-XZA2-1XRSR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XRSR-XST | MPC - A-XZA2-1XRSR-XST | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XRSR-XSW | MPC - A-XZA2-1XRSR-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XRSS-NSW | MPC - A-XZA2-1XRSS-NSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XRSS-XSA | MPC - A-XZA2-1XRSS-XSA | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XRSS-XSB | MPC - A-XZA2-1XRSS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XRSS-XSB | MPC - A-XZA2-1XRSS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XRSS-XSK | MPC - A-XZA2-1XRSS-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XRSS-XSK | MPC - A-XZA2-1XRSS-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XRSS-XSP | MPC - A-XZA2-1XRSS-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XRSS-XST | MPC - A-XZA2-1XRSS-XST | Rosenberg |

**Z Shield Product Identification Spreadsheet**
**Subset of Products Confirmed to Contain Z-Shield**

| Entity | NIJ Model # | Part ID | Reference | Z-Shield Confirmation Source |
|--------|-------------|---------|-----------|------------------------------|
| SAF | XTZX2-1 | A-XZA2-1XRXL-XSB | MPC - A-XZA2-1XRXL-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XRXX-XSK | MPC - A-XZA2-1XRXX-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XSLL-XSK | MPC - A-XZA2-1XSLL-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XSRR-XSK | MPC - A-XZA2-1XSRR-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XSRR-XSK | MPC - A-XZA2-1XSRR-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XSSL-XSB | MPC - A-XZA2-1XSSL-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XSSP-XSP | MPC - A-XZA2-1XSSP-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XSSS-XSA | MPC - A-XZA2-1XSSS-XSA | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XSSS-XSA | MPC - A-XZA2-1XSSS-XSA | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XSSS-XSB | MPC - A-XZA2-1XSSS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XSSS-XSW | MPC - A-XZA2-1XSSS-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XWLR-XSW | MPC - A-XZA2-1XWLR-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XWRR-XSB | MPC - A-XZA2-1XWRR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XWSS-NSB | MPC - A-XZA2-1XWSS-NSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XWSS-NSB | MPC - A-XZA2-1XWSS-NSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XXLL-XSB | MPC - A-XZA2-1XXLL-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XXLL-XSP | MPC - A-XZA2-1XXLL-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XXLR-CAT | MPC - A-XZA2-1XXLR-CAT | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XXLR-XSB | MPC - A-XZA2-1XXLR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XXLR-XSP | MPC - A-XZA2-1XXLR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XXLR-XSW | MPC - A-XZA2-1XXLR-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XXLS-XSB | MPC - A-XZA2-1XXLS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XXLS-XSB | MPC - A-XZA2-1XXLS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XXLS-XSK | MPC - A-XZA2-1XXLS-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XXLX-XSB | MPC - A-XZA2-1XXLX-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XXLX-XSP | MPC - A-XZA2-1XXLX-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XXPS-XSK | MPC - A-XZA2-1XXPS-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XXRL-XSB | MPC - A-XZA2-1XXRL-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XXRL-XSP | MPC - A-XZA2-1XXRL-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XXRL-XST | MPC - A-XZA2-1XXRL-XST | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XXRP-XSP | MPC - A-XZA2-1XXRP-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XXRR-XSB | MPC - A-XZA2-1XXRR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XXRR-XSB | MPC - A-XZA2-1XXRR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XXRR-XSB | MPC - A-XZA2-1XXRR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XXRR-XSK | MPC - A-XZA2-1XXRR-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XXRR-XSK | MPC - A-XZA2-1XXRR-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XXRR-XSP | MPC - A-XZA2-1XXRR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XXRR-XST | MPC - A-XZA2-1XXRR-XST | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XXRR-XSW | MPC - A-XZA2-1XXRR-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XXRR-XSW | MPC - A-XZA2-1XXRR-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XXRS-XSB | MPC - A-XZA2-1XXRS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XXRS-XSK | MPC - A-XZA2-1XXRS-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XXRS-XSP | MPC - A-XZA2-1XXRS-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XXRS-XST | MPC - A-XZA2-1XXRS-XST | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XXRS-XSW | MPC - A-XZA2-1XXRS-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XXRS-XSW | MPC - A-XZA2-1XXRS-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XXRX-XSP | MPC - A-XZA2-1XXRX-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XXSL-XST | MPC - A-XZA2-1XXSL-XST | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XXSP-XSK | MPC - A-XZA2-1XXSP-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XXSP-XSP | MPC - A-XZA2-1XXSP-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XXSR-NSK | MPC - A-XZA2-1XXSR-NSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XXSR-XSB | MPC - A-XZA2-1XXSR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XXSR-XSK | MPC - A-XZA2-1XXSR-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XXSR-XSK | MPC - A-XZA2-1XXSR-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XXSR-XSP | MPC - A-XZA2-1XXSR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XXSR-XSW | MPC - A-XZA2-1XXSR-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XXSS-NSB | MPC - A-XZA2-1XXSS-NSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XXSS-NSB | MPC - A-XZA2-1XXSS-NSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XXSS-XSB | MPC - A-XZA2-1XXSS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XXSS-XSB | MPC - A-XZA2-1XXSS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XXSS-XSP | MPC - A-XZA2-1XXSS-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XXSS-XSW | MPC - A-XZA2-1XXSS-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XXSZ-XSP | MPC - A-XZA2-1XXSZ-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XXXL-XSB | MPC - A-XZA2-1XXXL-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XXXL-XSP | MPC - A-XZA2-1XXXL-XSP | Rosenberg |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

**Exhibit 8**

**Z Shield Product Identification Spreadsheet**
**Subset of Products Confirmed to Contain Z-Shield**

| Entity | NIJ Model # | Part ID | Reference | Z-Shield Confirmation Source |
|--------|-------------|---------|-----------|------------------------------|
| SAF | XTZX2-1 | A-XZA2-1XXXR-XST | MPC - A-XZA2-1XXXR-XST | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XXXX-XSB | MPC - A-XZA2-1XXXX-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XXXZ-XSP | MPC - A-XZA2-1XXXZ-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XXZR-XSA | MPC - A-XZA2-1XXZR-XSA | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XYLL-XSB | MPC - A-XZA2-1XYLL-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XYRR-XSB | MPC - A-XZA2-1XYRR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XYRS-NSB | MPC - A-XZA2-1XYRS-NSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XYRS-NSB | MPC - A-XZA2-1XYRS-NSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XYRS-XSB | MPC - A-XZA2-1XYRS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XYSL-XSP | MPC - A-XZA2-1XYSL-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XYXS-XSB | MPC - A-XZA2-1XYXS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XZLL-XSB | MPC - A-XZA2-1XZLL-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XZLL-XSP | MPC - A-XZA2-1XZLL-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XZLR-XSB | MPC - A-XZA2-1XZLR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XZLS-XSB | MPC - A-XZA2-1XZLS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XZLS-XSK | MPC - A-XZA2-1XZLS-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XZLX-XSK | MPC - A-XZA2-1XZLX-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XZLX-XSP | MPC - A-XZA2-1XZLX-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XZPP-XSP | MPC - A-XZA2-1XZPP-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XZRL-XSB | MPC - A-XZA2-1XZRL-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XZRL-XSP | MPC - A-XZA2-1XZRL-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XZRR-NSB | MPC - A-XZA2-1XZRR-NSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XZRR-NSB | MPC - A-XZA2-1XZRR-NSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XZRR-XSB | MPC - A-XZA2-1XZRR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XZRR-XSK | MPC - A-XZA2-1XZRR-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XZRR-XSP | MPC - A-XZA2-1XZRR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XZRS-XSB | MPC - A-XZA2-1XZRS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XZRS-XSK | MPC - A-XZA2-1XZRS-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XZRS-XSP | MPC - A-XZA2-1XZRS-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XZSL-XSP | MPC - A-XZA2-1XZSL-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XZSR-XSP | MPC - A-XZA2-1XZSR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XZSR-XSP | MPC - A-XZA2-1XZSR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XZSS-NSB | MPC - A-XZA2-1XZSS-NSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XZSS-NSB | MPC - A-XZA2-1XZSS-NSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XZSS-XSB | MPC - A-XZA2-1XZSS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XZSS-XSB | MPC - A-XZA2-1XZSS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-1XZSS-XSP | MPC - A-XZA2-1XZSS-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XLLL-XSB | MPC - A-XZA2-2XLLL-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XLLL-XSK | MPC - A-XZA2-2XLLL-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XLLL-XSP | MPC - A-XZA2-2XLLL-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XLLL-XSW | MPC - A-XZA2-2XLLL-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XLLR-XSP | MPC - A-XZA2-2XLLR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XLLS-XSB | MPC - A-XZA2-2XLLS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XLLS-XSK | MPC - A-XZA2-2XLLS-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XLLX-XSK | MPC - A-XZA2-2XLLX-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XLRR-NSK | MPC - A-XZA2-2XLRR-NSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XLRR-XSB | MPC - A-XZA2-2XLRR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XLRR-XSK | MPC - A-XZA2-2XLRR-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XLRR-XSP | MPC - A-XZA2-2XLRR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XLRR-XSW | MPC - A-XZA2-2XLRR-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XLRS-NSK | MPC - A-XZA2-2XLRS-NSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XLRS-XSB | MPC - A-XZA2-2XLRS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XLRS-XSK | MPC - A-XZA2-2XLRS-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XLRS-XSP | MPC - A-XZA2-2XLRS-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XLRY-NSK | MPC - A-XZA2-2XLRY-NSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XLSP-XSK | MPC - A-XZA2-2XLSP-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XLSP-XST | MPC - A-XZA2-2XLSP-XST | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XLSR-NSB | MPC - A-XZA2-2XLSR-NSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XLSR-NSB | MPC - A-XZA2-2XLSR-NSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XLSR-XSK | MPC - A-XZA2-2XLSR-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XLSR-XSK | MPC - A-XZA2-2XLSR-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XLSS-XSB | MPC - A-XZA2-2XLSS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XLSS-XSK | MPC - A-XZA2-2XLSS-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XLSS-XSK | MPC - A-XZA2-2XLSS-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XLSS-XSP | MPC - A-XZA2-2XLSS-XSP | Rosenberg |

**Exhibit 8**

**Z Shield Product Identification Spreadsheet**
**Subset of Products Confirmed to Contain Z-Shield**

| Entity | NIJ Model # | Part ID | Reference | Z-Shield Confirmation Source |
|--------|-------------|---------|-----------|------------------------------|
| SAF | XTZX2-1 | A-XZA2-2XLXL-XSB | MPC - A-XZA2-2XLXL-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XLXX-XSB | MPC - A-XZA2-2XLXX-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XLXX-XSK | MPC - A-XZA2-2XLXX-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XLXX-XSP | MPC - A-XZA2-2XLXX-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XLXX-XSW | MPC - A-XZA2-2XLXX-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XLXX-XSW | MPC - A-XZA2-2XLXX-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XLXZ-XSP | MPC - A-XZA2-2XLXZ-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XPSS-XSB | MPC - A-XZA2-2XPSS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2QSS-XSB | MPC - A-XZA2-2QSS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XRLL-XSB | MPC - A-XZA2-2XRLL-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XRLL-XSP | MPC - A-XZA2-2XRLL-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XRLR-XSB | MPC - A-XZA2-2XRLR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XRLR-XSP | MPC - A-XZA2-2XRLR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XRLR-XSW | MPC - A-XZA2-2XRLR-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XRRL-XSB | MPC - A-XZA2-2XRRL-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XRRL-XSK | MPC - A-XZA2-2XRRL-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XRRL-XSW | MPC - A-XZA2-2XRRL-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XRRR-NSK | MPC - A-XZA2-2XRRR-NSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XRRR-XSB | MPC - A-XZA2-2XRRR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XRRR-XSB | MPC - A-XZA2-2XRRR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XRRR-XSK | MPC - A-XZA2-2XRRR-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XRRR-XSP | MPC - A-XZA2-2XRRR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XRRR-XST | MPC - A-XZA2-2XRRR-XST | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XRRR-XSW | MPC - A-XZA2-2XRRR-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XRRS-XSK | MPC - A-XZA2-2XRRS-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XRRS-XSP | MPC - A-XZA2-2XRRS-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XRRX-XSB | MPC - A-XZA2-2XRRX-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XRSL-XSP | MPC - A-XZA2-2XRSL-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XRSR-XSB | MPC - A-XZA2-2XRSR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XRSR-XSK | MPC - A-XZA2-2XRSR-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XRSR-XSP | MPC - A-XZA2-2XRSR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XRSS-XSB | MPC - A-XZA2-2XRSS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XRSS-XSK | MPC - A-XZA2-2XRSS-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XRSS-XSP | MPC - A-XZA2-2XRSS-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XRXY-NSK | MPC - A-XZA2-2XRXY-NSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XSLR-XSB | MPC - A-XZA2-2XSLR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XSSS-XSB | MPC - A-XZA2-2XSSS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XSSS-XSP | MPC - A-XZA2-2XSSS-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XSSS-XSW | MPC - A-XZA2-2XSSS-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XWXX-XSK | MPC - A-XZA2-2XWXX-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XXLL-XSB | MPC - A-XZA2-2XXLL-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XXLL-XSP | MPC - A-XZA2-2XXLL-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XXLL-XST | MPC - A-XZA2-2XXLL-XST | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XXLR-XSP | MPC - A-XZA2-2XXLR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XXLR-XST | MPC - A-XZA2-2XXLR-XST | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XXPP-XSP | MPC - A-XZA2-2XXPP-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XXRL-CAB | MPC - A-XZA2-2XXRL-CAB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XXRL-XSB | MPC - A-XZA2-2XXRL-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XXRL-XSK | MPC - A-XZA2-2XXRL-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XXRR-NSK | MPC - A-XZA2-2XXRR-NSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XXRR-XSA | MPC - A-XZA2-2XXRR-XSA | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XXRR-XSB | MPC - A-XZA2-2XXRR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XXRR-XSB | MPC - A-XZA2-2XXRR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XXRR-XSP | MPC - A-XZA2-2XXRR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XXRS-XSB | MPC - A-XZA2-2XXRS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XXRS-XST | MPC - A-XZA2-2XXRS-XST | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XXSL-XSB | MPC - A-XZA2-2XXSL-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XXSL-XSP | MPC - A-XZA2-2XXSL-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XXSR-NSK | MPC - A-XZA2-2XXSR-NSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XXSR-XSB | MPC - A-XZA2-2XXSR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XXSR-XSP | MPC - A-XZA2-2XXSR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XXSS-CAT | MPC - A-XZA2-2XXSS-CAT | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XXSS-XSB | MPC - A-XZA2-2XXSS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XXSS-XSP | MPC - A-XZA2-2XXSS-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XXWX-XSK | MPC - A-XZA2-2XXWX-XSK | Rosenberg |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

**Exhibit 8**

**Z Shield Product Identification Spreadsheet**
**Subset of Products Confirmed to Contain Z-Shield**

| Entity | NIJ Model # | Part ID | Reference | Z-Shield Confirmation Source |
|---|---|---|---|---|
| SAF | XTZX2-1 | A-XZA2-2XXXR-XSP | MPC - A-XZA2-2XXXR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XXZR-XSB | MPC - A-XZA2-2XXZR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XXZX-XSA | MPC - A-XZA2-2XXZX-XSA | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XXZZ-XSB | MPC - A-XZA2-2XXZZ-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XYLL-XSP | MPC - A-XZA2-2XYLL-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XYRL-XSK | MPC - A-XZA2-2XYRL-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XYRR-XSP | MPC - A-XZA2-2XYRR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XYSS-XSP | MPC - A-XZA2-2XYSS-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XYXR-XSP | MPC - A-XZA2-2XYXR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XYXX-XSP | MPC - A-XZA2-2XYXX-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XYXZ-XSP | MPC - A-XZA2-2XYXZ-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XZLL-XSA | MPC - A-XZA2-2XZLL-XSA | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XZLL-XSB | MPC - A-XZA2-2XZLL-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XZLL-XSK | MPC - A-XZA2-2XZLL-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XZLR-XST | MPC - A-XZA2-2XZLR-XST | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XZLS-XSB | MPC - A-XZA2-2XZLS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XZLS-XSP | MPC - A-XZA2-2XZLS-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XZRL-XSP | MPC - A-XZA2-2XZRL-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XZRR-NSK | MPC - A-XZA2-2XZRR-NSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XZRR-XSK | MPC - A-XZA2-2XZRR-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XZRR-XSP | MPC - A-XZA2-2XZRR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XZRS-XSP | MPC - A-XZA2-2XZRS-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XZSR-XSP | MPC - A-XZA2-2XZSR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XZXL-XSP | MPC - A-XZA2-2XZXL-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XZXS-XSP | MPC - A-XZA2-2XZXS-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-2XZXX-NSK | MPC - A-XZA2-2XZXX-NSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-3XLLS-XSB | MPC - A-XZA2-3XLLS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-3XLRR-XSP | MPC - A-XZA2-3XLRR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-3XLSS-XSB | MPC - A-XZA2-3XLSS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-3XLSS-XSK | MPC - A-XZA2-3XLSS-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-3XLSS-XST | MPC - A-XZA2-3XLSS-XST | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-3XPRS-XSB | MPC - A-XZA2-3XPRS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-3XPSS-XSB | MPC - A-XZA2-3XPSS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-3XPSS-XSW | MPC - A-XZA2-3XPSS-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-3XQSS-XSK | MPC - A-XZA2-3XQSS-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-3XQSS-XSW | MPC - A-XZA2-3XQSS-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-3XRLL-XSB | MPC - A-XZA2-3XRLL-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-3XRLL-XSB | MPC - A-XZA2-3XRLL-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-3XRRR-XSB | MPC - A-XZA2-3XRRR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-3XRRR-XSW | MPC - A-XZA2-3XRRR-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-3XRRS-XSB | MPC - A-XZA2-3XRRS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-3XRRS-XST | MPC - A-XZA2-3XRRS-XST | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-3XRSR-XSB | MPC - A-XZA2-3XRSR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-3XRSS-XSB | MPC - A-XZA2-3XRSS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-3XRSS-XSK | MPC - A-XZA2-3XRSS-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-3XSLS-XSK | MPC - A-XZA2-3XSLS-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-3XSRS-XSB | MPC - A-XZA2-3XSRS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-3XSSL-XSB | MPC - A-XZA2-3XSSL-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-3XSSS-XSK | MPC - A-XZA2-3XSSS-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-3XXLS-XSP | MPC - A-XZA2-3XXLS-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-3XXRR-XSB | MPC - A-XZA2-3XXRR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-3XXRS-XSB | MPC - A-XZA2-3XXRS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-3XXXL-XSB | MPC - A-XZA2-3XXXL-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-3XZSS-XSP | MPC - A-XZA2-3XZSS-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-4XLLS-XSP | MPC - A-XZA2-4XLLS-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-4XLRL-XSB | MPC - A-XZA2-4XLRL-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-4XLRS-XSB | MPC - A-XZA2-4XLRS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-4XLSL-XSK | MPC - A-XZA2-4XLSL-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-4XPRS-XSB | MPC - A-XZA2-4XPRS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-4XPRS-XSK | MPC - A-XZA2-4XPRS-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-4XPSS-XSB | MPC - A-XZA2-4XPSS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-4XQLR-XSA | MPC - A-XZA2-4XQLR-XSA | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-4XQRS-XSB | MPC - A-XZA2-4XQRS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-4XQSS-XSK | MPC - A-XZA2-4XQSS-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-4XQSS-XSK | MPC - A-XZA2-4XQSS-XSK | Rosenberg |

United States of America v. Honeywell International, Inc.                    **Exhibit 8**
Expert Report of Joseph Anastasi

**Z Shield Product Identification Spreadsheet**
**Subset of Products Confirmed to Contain Z-Shield**

| Entity | NIJ Model # | Part ID | Reference | Z-Shield Confirmation Source |
|--------|-------------|---------|-----------|------------------------------|
| SAF | XTZX2-1 | A-XZA2-4XQSS-XSW | MPC - A-XZA2-4XQSS-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-4XQZX-XSW | MPC - A-XZA2-4XQZX-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-4XRLX-XSB | MPC - A-XZA2-4XRLX-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-4XRRS-XSB | MPC - A-XZA2-4XRRS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-4XRRX-XSB | MPC - A-XZA2-4XRRX-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-4XRSS-XSB | MPC - A-XZA2-4XRSS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-4XRSX-XSB | MPC - A-XZA2-4XRSX-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-4XRXS-XSP | MPC - A-XZA2-4XRXS-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-4XRXX-XSW | MPC - A-XZA2-4XRXX-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-4XRYW-XSB | MPC - A-XZA2-4XRYW-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-4XSLR-XSB | MPC - A-XZA2-4XSLR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-4XSSS-XSK | MPC - A-XZA2-4XSSS-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-4XWLY-XSB | MPC - A-XZA2-4XWLY-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-4XWRP-XSP | MPC - A-XZA2-4XWRP-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-4XXLX-XSB | MPC - A-XZA2-4XXLX-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-4XXRP-XSP | MPC - A-XZA2-4XXRP-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-4XXRR-XSA | MPC - A-XZA2-4XXRR-XSA | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-4XXRS-XSB | MPC - A-XZA2-4XXRS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-4XXXX-XSK | MPC - A-XZA2-4XXXX-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-4XYPP-XSK | MPC - A-XZA2-4XYPP-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-4XYPP-XSK | MPC - A-XZA2-4XYPP-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-4XYRS-XSP | MPC - A-XZA2-4XYRS-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-4XZRS-XSP | MPC - A-XZA2-4XZRS-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGLLL-NSK | MPC - A-XZA2-LGLLL-NSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGLLL-XSA | MPC - A-XZA2-LGLLL-XSA | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGLLL-XSA | MPC - A-XZA2-LGLLL-XSA | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGLLL-XSB | MPC - A-XZA2-LGLLL-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGLLL-XSB | MPC - A-XZA2-LGLLL-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGLLL-XSK | MPC - A-XZA2-LGLLL-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGLLL-XSP | MPC - A-XZA2-LGLLL-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGLLL-XSW | MPC - A-XZA2-LGLLL-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGLLR-XSB | MPC - A-XZA2-LGLLR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGLLR-XSP | MPC - A-XZA2-LGLLR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGLLS-XSB | MPC - A-XZA2-LGLLS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGLLS-XSK | MPC - A-XZA2-LGLLS-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGLLX-XSB | MPC - A-XZA2-LGLLX-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGLLX-XSK | MPC - A-XZA2-LGLLX-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGLLX-XSP | MPC - A-XZA2-LGLLX-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGLPP-XSB | MPC - A-XZA2-LGLPP-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGLPP-XSB | MPC - A-XZA2-LGLPP-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGLPP-XSP | MPC - A-XZA2-LGLPP-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGLPS-NSB | MPC - A-XZA2-LGLPS-NSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGLPS-NSB | MPC - A-XZA2-LGLPS-NSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGLRL-000 | MPC - A-XZA2-LGLRL-000 | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGLRL-XSB | MPC - A-XZA2-LGLRL-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGLRL-XSP | MPC - A-XZA2-LGLRL-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGLRL-XSW | MPC - A-XZA2-LGLRL-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGLRP-XSP | MPC - A-XZA2-LGLRP-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGLRR-XSB | MPC - A-XZA2-LGLRR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGLRR-XSK | MPC - A-XZA2-LGLRR-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGLRR-XSK | MPC - A-XZA2-LGLRR-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGLRR-XSP | MPC - A-XZA2-LGLRR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGLRR-XSW | MPC - A-XZA2-LGLRR-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGLRS-NSK | MPC - A-XZA2-LGLRS-NSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGLRS-XSB | MPC - A-XZA2-LGLRS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGLRS-XSK | MPC - A-XZA2-LGLRS-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGLRS-XSP | MPC - A-XZA2-LGLRS-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGLRX-XSB | MPC - A-XZA2-LGLRX-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGLSL-XSB | MPC - A-XZA2-LGLSL-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGLSL-XSP | MPC - A-XZA2-LGLSL-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGLSR-XSB | MPC - A-XZA2-LGLSR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGLSR-XSK | MPC - A-XZA2-LGLSR-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGLSR-XSP | MPC - A-XZA2-LGLSR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGLSR-XST | MPC - A-XZA2-LGLSR-XST | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGLSR-XSW | MPC - A-XZA2-LGLSR-XSW | Rosenberg |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

**Exhibit 8**

**Z Shield Product Identification Spreadsheet**
**Subset of Products Confirmed to Contain Z-Shield**

| Entity | NIJ Model # | Part ID | Reference | Z-Shield Confirmation Source |
|---|---|---|---|---|
| SAF | XTZX2-1 | A-XZA2-LGLSS-NSB | MPC - A-XZA2-LGLSS-NSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGLSS-NSB | MPC - A-XZA2-LGLSS-NSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGLSS-XSA | MPC - A-XZA2-LGLSS-XSA | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGLSS-XSB | MPC - A-XZA2-LGLSS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGLSS-XSB | MPC - A-XZA2-LGLSS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGLSS-XSB | MPC - A-XZA2-LGLSS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGLSS-XSK | MPC - A-XZA2-LGLSS-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGLSS-XSK | MPC - A-XZA2-LGLSS-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGLSS-XSP | MPC - A-XZA2-LGLSS-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGLSX-XSB | MPC - A-XZA2-LGLSX-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGLSZ-XSP | MPC - A-XZA2-LGLSZ-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGLXL-XSK | MPC - A-XZA2-LGLXL-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGLXL-XSP | MPC - A-XZA2-LGLXL-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGLXX-XSA | MPC - A-XZA2-LGLXX-XSA | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGLXX-XSA | MPC - A-XZA2-LGLXX-XSA | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGLXZ-XSW | MPC - A-XZA2-LGLXZ-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGLXZ-XSW | MPC - A-XZA2-LGLXZ-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGRLL-XSB | MPC - A-XZA2-LGRLL-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGRLL-XSK | MPC - A-XZA2-LGRLL-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGRLL-XSP | MPC - A-XZA2-LGRLL-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGRLL-XST | MPC - A-XZA2-LGRLL-XST | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGRLR-000 | MPC - A-XZA2-LGRLR-000 | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGRLR-NSK | MPC - A-XZA2-LGRLR-NSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGRLR-XSA | MPC - A-XZA2-LGRLR-XSA | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGRLR-XSA | MPC - A-XZA2-LGRLR-XSA | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGRLR-XSB | MPC - A-XZA2-LGRLR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGRLR-XSK | MPC - A-XZA2-LGRLR-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGRLR-XSW | MPC - A-XZA2-LGRLR-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGRLR-XSW | MPC - A-XZA2-LGRLR-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGRLS-XSA | MPC - A-XZA2-LGRLS-XSA | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGRLS-XSP | MPC - A-XZA2-LGRLS-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGRLX-XSB | MPC - A-XZA2-LGRLX-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGRPS-XSB | MPC - A-XZA2-LGRPS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGRRL-XSA | MPC - A-XZA2-LGRRL-XSA | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGRRL-XSB | MPC - A-XZA2-LGRRL-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGRRL-XSK | MPC - A-XZA2-LGRRL-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGRRL-XSP | MPC - A-XZA2-LGRRL-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGRRL-XSW | MPC - A-XZA2-LGRRL-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGRRP-XSP | MPC - A-XZA2-LGRRP-XSP | Rosenberg |
| SGSI | XTZX2-1 | A-XZA2-LGRRR-3AB | MPC - A-XZA2-LGRRR-3AB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGRRR-CAB | MPC - A-XZA2-LGRRR-CAB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGRRR-NSB | MPC - A-XZA2-LGRRR-NSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGRRR-XSA | MPC - A-XZA2-LGRRR-XSA | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGRRR-XSB | MPC - A-XZA2-LGRRR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGRRR-XSB | MPC - A-XZA2-LGRRR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGRRR-XSK | MPC - A-XZA2-LGRRR-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGRRR-XSP | MPC - A-XZA2-LGRRR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGRRR-XST | MPC - A-XZA2-LGRRR-XST | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGRRR-XSW | MPC - A-XZA2-LGRRR-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGRRS-NSK | MPC - A-XZA2-LGRRS-NSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGRRS-XSB | MPC - A-XZA2-LGRRS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGRRS-XSP | MPC - A-XZA2-LGRRS-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGRSR-XSB | MPC - A-XZA2-LGRSR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGRSR-XSW | MPC - A-XZA2-LGRSR-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGRSS-XSA | MPC - A-XZA2-LGRSS-XSA | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGRSS-XSB | MPC - A-XZA2-LGRSS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGRSS-XSK | MPC - A-XZA2-LGRSS-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGRSS-XSP | MPC - A-XZA2-LGRSS-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGRSS-XST | MPC - A-XZA2-LGRSS-XST | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGRSS-XSW | MPC - A-XZA2-LGRSS-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGRSX-XST | MPC - A-XZA2-LGRSX-XST | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGRXR-XSP | MPC - A-XZA2-LGRXR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGSRL-XSK | MPC - A-XZA2-LGSRL-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGSRR-XSB | MPC - A-XZA2-LGSRR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGWLL-XSP | MPC - A-XZA2-LGWLL-XSP | Rosenberg |

United States of America v. Honeywell International, Inc.                    **Exhibit 8**
Expert Report of Joseph Anastasi

**Z Shield Product Identification Spreadsheet**
**Subset of Products Confirmed to Contain Z-Shield**

| Entity | NIJ Model # | Part ID | Reference | Z-Shield Confirmation Source |
|--------|-------------|---------|-----------|------------------------------|
| SAF | XTZX2-1 | A-XZA2-LGWLR-XSB | MPC - A-XZA2-LGWLR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGWLS-XSB | MPC - A-XZA2-LGYLS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGWLZ-XSK | MPC - A-XZA2-LGWLZ-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGWRR-XSB | MPC - A-XZA2-LGWRR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGWRR-XSB | MPC - A-XZA2-LGWRR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGWRR-XSP | MPC - A-XZA2-LGWRR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGWRS-XSB | MPC - A-XZA2-LGWRS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGWRS-XSB | MPC - A-XZA2-LGWRS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGWRS-XSP | MPC - A-XZA2-LGWRS-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGWSR-NSB | MPC - A-XZA2-LGWSR-NSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGWSR-NSB | MPC - A-XZA2-LGWSR-NSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGWSS-NSB | MPC - A-XZA2-LGWSS-NSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGWSS-NSB | MPC - A-XZA2-LGWSS-NSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGWSS-XSB | MPC - A-XZA2-LGWSS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGWSS-XSB | MPC - A-XZA2-LGWSS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGWXL-XSK | MPC - A-XZA2-LGWXL-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGWXL-XSW | MPC - A-XZA2-LGWXL-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXLL-000 | MPC - A-XZA2-LGXLL-000 | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXLL-NSK | MPC - A-XZA2-LGXLL-NSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXLL-XSA | MPC - A-XZA2-LGXLL-XSA | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXLL-XSA | MPC - A-XZA2-LGXLL-XSA | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXLL-XSB | MPC - A-XZA2-LGXLL-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXLL-XSK | MPC - A-XZA2-LGXLL-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXLL-XSP | MPC - A-XZA2-LGXLL-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXLL-XSW | MPC - A-XZA2-LGXLL-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXLR-NSK | MPC - A-XZA2-LGXLR-NSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXLR-XSA | MPC - A-XZA2-LGXLR-XSA | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXLR-XSA | MPC - A-XZA2-LGXLR-XSA | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXLR-XSB | MPC - A-XZA2-LGXLR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXLR-XSK | MPC - A-XZA2-LGXLR-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXLR-XSP | MPC - A-XZA2-LGXLR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXLR-XSW | MPC - A-XZA2-LGXLR-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXLS-XSA | MPC - A-XZA2-LGXLS-XSA | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXLS-XSB | MPC - A-XZA2-LGXLS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXLS-XSP | MPC - A-XZA2-LGXLS-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXLS-XSW | MPC - A-XZA2-LGXLS-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXLX-XSP | MPC - A-XZA2-LGXLX-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXLZ-XST | MPC - A-XZA2-LGXLZ-XST | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXPP-NSB | MPC - A-XZA2-LGXPP-NSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXPP-NSB | MPC - A-XZA2-LGXPP-NSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXPP-XSB | MPC - A-XZA2-LGXPP-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXPP-XSB | MPC - A-XZA2-LGXPP-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXPP-XSP | MPC - A-XZA2-LGXPP-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXRL-XSB | MPC - A-XZA2-LGXRL-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXRL-XSK | MPC - A-XZA2-LGXRL-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXRL-XSP | MPC - A-XZA2-LGXRL-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXRL-XST | MPC - A-XZA2-LGXRL-XST | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXRP-XSB | MPC - A-XZA2-LGXRP-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXRR-CAB | MPC - A-XZA2-LGXRR-CAB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXRR-NSB | MPC - A-XZA2-LGXRR-NSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXRR-NSB | MPC - A-XZA2-LGXRR-NSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXRR-NSK | MPC - A-XZA2-LGXRR-NSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXRR-XSA | MPC - A-XZA2-LGXRR-XSA | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXRR-XSA | MPC - A-XZA2-LGXRR-XSA | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXRR-XSB | MPC - A-XZA2-LGXRR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXRR-XSB | MPC - A-XZA2-LGXRR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXRR-XSK | MPC - A-XZA2-LGXRR-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXRR-XSP | MPC - A-XZA2-LGXRR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXRR-XSW | MPC - A-XZA2-LGXRR-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXRS-XSB | MPC - A-XZA2-LGXRS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXRS-XSK | MPC - A-XZA2-LGXRS-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXRS-XSP | MPC - A-XZA2-LGXRS-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXRS-XSW | MPC - A-XZA2-LGXRS-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXRX-XSA | MPC - A-XZA2-LGXRX-XSA | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXRX-XSB | MPC - A-XZA2-LGXRX-XSB | Rosenberg |

Confidential - Subject to Protective Order

**Exhibit 8**

**Z Shield Product Identification Spreadsheet**
**Subset of Products Confirmed to Contain Z-Shield**

| Entity | NIJ Model # | Part ID | Reference | Z-Shield Confirmation Source |
|---|---|---|---|---|
| SAF | XTZX2-1 | A-XZA2-LGXRX-XSP | MPC - A-XZA2-LGXRX-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXRZ-XSP | MPC - A-XZA2-LGXRZ-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXSL-XSK | MPC - A-XZA2-LGXSL-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXSL-XST | MPC - A-XZA2-LGXSL-XST | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXSP-XSP | MPC - A-XZA2-LGXSP-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXSR-XSB | MPC - A-XZA2-LGXSR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXSR-XSK | MPC - A-XZA2-LGXSR-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXSR-XSP | MPC - A-XZA2-LGXSR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXSR-XSW | MPC - A-XZA2-LGXSR-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXSR-XSW | MPC - A-XZA2-LGXSR-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXSS-NSA | MPC - A-XZA2-LGXSS-NSA | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXSS-NSA | MPC - A-XZA2-LGXSS-NSA | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXSS-NSB | MPC - A-XZA2-LGXSS-NSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXSS-NSB | MPC - A-XZA2-LGXSS-NSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXSS-XSA | MPC - A-XZA2-LGXSS-XSA | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXSS-XSB | MPC - A-XZA2-LGXSS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXSS-XSB | MPC - A-XZA2-LGXSS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXSS-XSP | MPC - A-XZA2-LGXSS-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXXL-XSB | MPC - A-XZA2-LGXXL-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXXR-XSP | MPC - A-XZA2-LGXXR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXXX-XSB | MPC - A-XZA2-LGXXX-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXXX-XSB | MPC - A-XZA2-LGXXX-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGXXX-XSK | MPC - A-XZA2-LGXXX-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGYLL-000 | MPC - A-XZA2-LGYLL-000 | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGYLL-XSB | MPC - A-XZA2-LGYLL-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGYLL-XSP | MPC - A-XZA2-LGYLL-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGYLR-XSB | MPC - A-XZA2-LGYLR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGYLR-XSP | MPC - A-XZA2-LGYLR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGYRR-NSB | MPC - A-XZA2-LGYRR-NSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGYRR-XSB | MPC - A-XZA2-LGYRR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGYRR-XSB | MPC - A-XZA2-LGYRR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGYRR-XSP | MPC - A-XZA2-LGYRR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGYRR-XSW | MPC - A-XZA2-LGYRR-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGYRS-XSB | MPC - A-XZA2-LGYRS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGYRS-XSB | MPC - A-XZA2-LGYRS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGYRX-XSP | MPC - A-XZA2-LGYRX-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGYSS-XSB | MPC - A-XZA2-LGYSS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGYSS-XSB | MPC - A-XZA2-LGYSS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGYSS-XSP | MPC - A-XZA2-LGYSS-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGYSS-XST | MPC - A-XZA2-LGYSS-XST | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGYXS-XSB | MPC - A-XZA2-LGYXS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGZLL-NSB | MPC - A-XZA2-LGZLL-NSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGZLL-NSB | MPC - A-XZA2-LGZLL-NSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGZLL-XSB | MPC - A-XZA2-LGZLL-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGZLL-XSB | MPC - A-XZA2-LGZLL-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGZLL-XSK | MPC - A-XZA2-LGZLL-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGZLL-XSP | MPC - A-XZA2-LGZLL-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGZLR-NSB | MPC - A-XZA2-LGZLR-NSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGZLR-NSB | MPC - A-XZA2-LGZLR-NSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGZLR-XSK | MPC - A-XZA2-LGZLR-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGZLR-XSP | MPC - A-XZA2-LGZLR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGZLS-XSB | MPC - A-XZA2-LGZLS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGZPP-XSP | MPC - A-XZA2-LGZPP-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGZPR-XSP | MPC - A-XZA2-LGZPR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGZPS-XSP | MPC - A-XZA2-LGZPS-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGZRL-XSB | MPC - A-XZA2-LGZRL-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGZRL-XSP | MPC - A-XZA2-LGZRL-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGZRL-XSP | MPC - A-XZA2-LGZRL-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGZRR-NSB | MPC - A-XZA2-LGZRR-NSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGZRR-NSB | MPC - A-XZA2-LGZRR-NSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGZRR-XSB | MPC - A-XZA2-LGZRR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGZRR-XSB | MPC - A-XZA2-LGZRR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGZRR-XSP | MPC - A-XZA2-LGZRR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGZRR-XSW | MPC - A-XZA2-LGZRR-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGZRS-XSB | MPC - A-XZA2-LGZRS-XSB | Rosenberg |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

**Exhibit 8**

### Z Shield Product Identification Spreadsheet
### Subset of Products Confirmed to Contain Z-Shield

| Entity | NIJ Model # | Part ID | Reference | Z-Shield Confirmation Source |
|--------|-------------|---------|-----------|------------------------------|
| SAF | XTZX2-1 | A-XZA2-LGZRS-XSP | MPC - A-XZA2-LGZRS-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGZRS-XSW | MPC - A-XZA2-LGZRS-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGZRX-XSP | MPC - A-XZA2-LGZRX-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGZRZ-XSB | MPC - A-XZA2-LGZRZ-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGZSQ-XSW | MPC - A-XZA2-LGZSQ-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGZSR-NSB | MPC - A-XZA2-LGZSR-NSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGZSR-NSB | MPC - A-XZA2-LGZSR-NSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGZSR-XSK | MPC - A-XZA2-LGZSR-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGZSR-XSP | MPC - A-XZA2-LGZSR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGZSS-NSB | MPC - A-XZA2-LGZSS-NSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGZSS-NSB | MPC - A-XZA2-LGZSS-NSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGZSS-NSK | MPC - A-XZA2-LGZSS-NSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGZSS-XSB | MPC - A-XZA2-LGZSS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGZSS-XSB | MPC - A-XZA2-LGZSS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGZSS-XSK | MPC - A-XZA2-LGZSS-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGZSS-XSP | MPC - A-XZA2-LGZSS-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGZXL-XSB | MPC - A-XZA2-LGZXL-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGZXS-XSB | MPC - A-XZA2-LGZXS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGZXX-XSB | MPC - A-XZA2-LGZXX-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-LGZZZ-XSK | MPC - A-XZA2-LGZZZ-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2---LLL-XSA | A-XZA2---LLL-XSA | Rosenberg |
| SAF | XTZX2-1 | A-XZA2---LLL-XSA | A-XZA2---LLL-XSA | Rosenberg |
| SAF | XTZX2-1 | A-XZA2---LSS-XSW | A-XZA2---LSS-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMLLL-XSA | MPC - A-XZA2-MMLLL-XSA | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMLLL-XSA | MPC - A-XZA2-MMLLL-XSA | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMLLL-XSB | MPC - A-XZA2-MMLLL-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMLLL-XSK | MPC - A-XZA2-MMLLL-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMLLL-XSP | MPC - A-XZA2-MMLLL-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMLLL-XST | MPC - A-XZA2-MMLLL-XST | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMLLR-XSB | MPC - A-XZA2-MMLLR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMLLR-XSK | MPC - A-XZA2-MMLLR-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMLLR-XSP | MPC - A-XZA2-MMLLR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMLLS-XSB | MPC - A-XZA2-MMLLS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMLLS-XSP | MPC - A-XZA2-MMLLS-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMLLX-XSK | MPC - A-XZA2-MMLLX-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMLLX-XSW | MPC - A-XZA2-MMLLX-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMLPP-XST | MPC - A-XZA2-MMLPP-XST | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMLPP-XST | MPC - A-XZA2-MMLPP-XST | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMLPS-XSB | MPC - A-XZA2-MMLPS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMLRL-XSP | MPC - A-XZA2-MMLRL-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMLRR-XSB | MPC - A-XZA2-MMLRR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMLRR-XSK | MPC - A-XZA2-MMLRR-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMLRR-XSP | MPC - A-XZA2-MMLRR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMLRR-XST | MPC - A-XZA2-MMLRR-XST | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMLRR-XSW | MPC - A-XZA2-MMLRR-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMLRS-XSA | MPC - A-XZA2-MMLRS-XSA | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMLRS-XSB | MPC - A-XZA2-MMLRS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMLRS-XSB | MPC - A-XZA2-MMLRS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMLRS-XSK | MPC - A-XZA2-MMLRS-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMLRS-XSP | MPC - A-XZA2-MMLRS-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMLSP-XSP | MPC - A-XZA2-MMLSP-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMLSR-XSB | MPC - A-XZA2-MMLSR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMLSS-XSA | MPC - A-XZA2-MMLSS-XSA | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMLSS-XSA | MPC - A-XZA2-MMLSS-XSA | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMLSS-XSB | MPC - A-XZA2-MMLSS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMLSS-XSK | MPC - A-XZA2-MMLSS-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMLSS-XSK | MPC - A-XZA2-MMLSS-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMLXL-XSB | MPC - A-XZA2-MMLXL-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMLXL-XSK | MPC - A-XZA2-MMLXL-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMLXL-XSP | MPC - A-XZA2-MMLXL-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMLXL-XSW | MPC - A-XZA2-MMLXL-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMLXR-XSB | MPC - A-XZA2-MMLXR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMLXX-XSA | MPC - A-XZA2-MMLXX-XSA | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMLXX-XSA | MPC - A-XZA2-MMLXX-XSA | Rosenberg |

United States of America v. Honeywell International, Inc.

Expert Report of Joseph Anastasi

**Exhibit 8**

**Z Shield Product Identification Spreadsheet**
**Subset of Products Confirmed to Contain Z-Shield**

| Entity | NIJ Model # | Part ID | Reference | Z-Shield Confirmation Source |
|--------|-------------|---------|-----------|------------------------------|
| SAF | XTZX2-1 | A-XZA2-MMLXX-XSB | MPC - A-XZA2-MMLXX-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMRLL-XSA | MPC - A-XZA2-MMRLL-XSA | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMRLL-XSA | MPC - A-XZA2-MMRLL-XSA | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMRLL-XSB | MPC - A-XZA2-MMRLL-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMRLL-XSB | MPC - A-XZA2-MMRLL-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMRLL-XSK | MPC - A-XZA2-MMRLL-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMRLL-XSW | MPC - A-XZA2-MMRLL-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMRLR-XSB | MPC - A-XZA2-MMRLR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMRLR-XSK | MPC - A-XZA2-MMRLR-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMRLR-XSP | MPC - A-XZA2-MMRLR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMRLS-XSK | MPC - A-XZA2-MMRLS-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMRLZ-XSP | MPC - A-XZA2-MMRLZ-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMRRL-XSB | MPC - A-XZA2-MMRRL-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMRRL-XSK | MPC - A-XZA2-MMRRL-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMRRR-NSB | MPC - A-XZA2-MMRRR-NSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMRRR-XSB | MPC - A-XZA2-MMRRR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMRRR-XSK | MPC - A-XZA2-MMRRR-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMRRR-XSP | MPC - A-XZA2-MMRRR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMRRR-XST | MPC - A-XZA2-MMRRR-XST | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMRRR-XST | MPC - A-XZA2-MMRRR-XST | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMRRR-XSW | MPC - A-XZA2-MMRRR-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMRRS-XSB | MPC - A-XZA2-MMRRS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMRRS-XSK | MPC - A-XZA2-MMRRS-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMRSP-XSP | MPC - A-XZA2-MMRSP-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMRSR-XSB | MPC - A-XZA2-MMRSR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMRSR-XSK | MPC - A-XZA2-MMRSR-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMRSS-NSB | MPC - A-XZA2-MMRSS-NSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMRSS-XSB | MPC - A-XZA2-MMRSS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMRSS-XSB | MPC - A-XZA2-MMRSS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMRSS-XSK | MPC - A-XZA2-MMRSS-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMRXL-XST | MPC - A-XZA2-MMRXL-XST | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMRXS-XSA | MPC - A-XZA2-MMRXS-XSA | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMSLR-XSB | MPC - A-XZA2-MMSLR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMSRR-XSB | MPC - A-XZA2-MMSRR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMSSS-XSA | MPC - A-XZA2-MMSSS-XSA | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMSSS-XSB | MPC - A-XZA2-MMSSS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMWLL-XSB | MPC - A-XZA2-MMWLL-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMWLR-XSB | MPC - A-XZA2-MMWLR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMWRR-XSP | MPC - A-XZA2-MMWRR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMWRX-XSB | MPC - A-XZA2-MMWRX-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMWXL-XSB | MPC - A-XZA2-MMWXL-XSB | Rosenberg |
| SGSI | XTZX2-1 | A-XZA2-MMWXZ-3AB | MPC - A-XZA2-MMWXZ-3AB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMXLL-NSK | MPC - A-XZA2-MMXLL-NSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMXLL-XSA | MPC - A-XZA2-MMXLL-XSA | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMXLL-XSA | MPC - A-XZA2-MMXLL-XSA | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMXLL-XSB | MPC - A-XZA2-MMXLL-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMXLL-XSK | MPC - A-XZA2-MMXLL-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMXLL-XSP | MPC - A-XZA2-MMXLL-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMXLL-XSW | MPC - A-XZA2-MMXLL-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMXLR-XSA | MPC - A-XZA2-MMXLR-XSA | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMXLR-XSA | MPC - A-XZA2-MMXLR-XSA | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMXLR-XSB | MPC - A-XZA2-MMXLR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMXLR-XSK | MPC - A-XZA2-MMXLR-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMXLR-XSP | MPC - A-XZA2-MMXLR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMXLS-XSB | MPC - A-XZA2-MMXLS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMXLS-XSP | MPC - A-XZA2-MMXLS-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMXLX-XSB | MPC - A-XZA2-MMXLX-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMXLX-XSK | MPC - A-XZA2-MMXLX-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMXLX-XSP | MPC - A-XZA2-MMXLX-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMXLZ-XSB | MPC - A-XZA2-MMXLZ-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMXPX-XST | MPC - A-XZA2-MMXPX-XST | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMXRL-XSB | MPC - A-XZA2-MMXRL-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMXRL-XSP | MPC - A-XZA2-MMXRL-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMXRP-XSP | MPC - A-XZA2-MMXRP-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMXRR-NSB | MPC - A-XZA2-MMXRR-NSB | Rosenberg |

**Exhibit 8**

**Z Shield Product Identification Spreadsheet**
**Subset of Products Confirmed to Contain Z-Shield**

| Entity | NIJ Model # | Part ID | Reference | Z-Shield Confirmation Source |
|---|---|---|---|---|
| SAF | XTZX2-1 | A-XZA2-MMXRR-NSB | MPC - A-XZA2-MMXRR-NSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMXRR-NSK | MPC - A-XZA2-MMXRR-NSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMXRR-XSB | MPC - A-XZA2-MMXRR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMXRR-XSK | MPC - A-XZA2-MMXRR-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMXRR-XSP | MPC - A-XZA2-MMXRR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMXRR-XSW | MPC - A-XZA2-MMXRR-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMXRS-XSB | MPC - A-XZA2-MMXRS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMXRS-XSK | MPC - A-XZA2-MMXRS-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMXRS-XSP | MPC - A-XZA2-MMXRS-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMXRS-XST | MPC - A-XZA2-MMXRS-XST | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMXRX-XST | MPC - A-XZA2-MMXRX-XST | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMXSL-XST | MPC - A-XZA2-MMXSL-XST | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMXSL-XST | MPC - A-XZA2-MMXSL-XST | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMXSP-XSK | MPC - A-XZA2-MMXSP-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMXSR-XSK | MPC - A-XZA2-MMXSR-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMXSR-XSP | MPC - A-XZA2-MMXSR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMXSS-NSB | MPC - A-XZA2-MMXSS-NSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMXSS-NSB | MPC - A-XZA2-MMXSS-NSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMXSS-NSK | MPC - A-XZA2-MMXSS-NSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMXSS-XSB | MPC - A-XZA2-MMXSS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMXSS-XSK | MPC - A-XZA2-MMXSS-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMXSS-XSK | MPC - A-XZA2-MMXSS-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMXSX-XSB | MPC - A-XZA2-MMXSX-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMXXL-XSA | MPC - A-XZA2-MMXXL-XSA | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMXXL-XSB | MPC - A-XZA2-MMXXL-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMXXL-XSK | MPC - A-XZA2-MMXXL-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMXXL-XSP | MPC - A-XZA2-MMXXL-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMXXL-XSW | MPC - A-XZA2-MMXXL-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMXXR-XSA | MPC - A-XZA2-MMXXR-XSA | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMXXR-XSP | MPC - A-XZA2-MMXXR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMXXX-XSB | MPC - A-XZA2-MMXXX-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMXXX-XSP | MPC - A-XZA2-MMXXX-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMXXX-XST | MPC - A-XZA2-MMXXX-XST | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMXXZ-XSP | MPC - A-XZA2-MMXXZ-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMXZL-XSB | MPC - A-XZA2-MMXZL-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMYLL-NSK | MPC - A-XZA2-MMYLL-NSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMYLL-XSB | MPC - A-XZA2-MMYLL-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMYLL-XSK | MPC - A-XZA2-MMYLL-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMYLL-XSP | MPC - A-XZA2-MMYLL-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMYLR-XSP | MPC - A-XZA2-MMYLR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMYLX-XSA | MPC - A-XZA2-MMYLX-XSA | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMYLX-XSK | MPC - A-XZA2-MMYLX-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMYRR-000 | MPC - A-XZA2-MMYRR-000 | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMYRR-NSB | MPC - A-XZA2-MMYRR-NSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMYRR-NSB | MPC - A-XZA2-MMYRR-NSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMYRR-XSK | MPC - A-XZA2-MMYRR-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMYRR-XSP | MPC - A-XZA2-MMYRR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMYRS-XSB | MPC - A-XZA2-MMYRS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMYRS-XSP | MPC - A-XZA2-MMYRS-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMYSR-XSP | MPC - A-XZA2-MMYSR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMYSX-XSK | MPC - A-XZA2-MMYSX-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMYWZ-XSB | MPC - A-XZA2-MMYWZ-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMYXL-XSK | MPC - A-XZA2-MMYXL-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMYZS-XSB | MPC - A-XZA2-MMYZS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMZLL-XSA | MPC - A-XZA2-MMZLL-XSA | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMZLL-XSB | MPC - A-XZA2-MMZLL-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMZLL-XSK | MPC - A-XZA2-MMZLL-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMZLL-XSP | MPC - A-XZA2-MMZLL-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMZLR-XSB | MPC - A-XZA2-MMZLR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMZLR-XSP | MPC - A-XZA2-MMZLR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMZLR-XSW | MPC - A-XZA2-MMXLR-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMZLS-XSB | MPC - A-XZA2-MMZLS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMZLS-XSP | MPC - A-XZA2-MMZLS-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMZLX-000 | MPC - A-XZA2-MMZLX-000 | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMZLX-XSB | MPC - A-XZA2-MMZLX-XSB | Rosenberg |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

**Exhibit 8**

**Z Shield Product Identification Spreadsheet**
**Subset of Products Confirmed to Contain Z-Shield**

| Entity | NIJ Model # | Part ID | Reference | Z-Shield Confirmation Source |
|--------|-------------|---------|-----------|------------------------------|
| SAF | XTZX2-1 | A-XZA2-MMZLX-XSK | MPC - A-XZA2-MMZLX-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMZLZ-XSB | MPC - A-XZA2-MMZLZ-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMZRL-XSB | MPC - A-XZA2-MMZRL-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMZRL-XSK | MPC - A-XZA2-MMZRL-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMZRL-XSP | MPC - A-XZA2-MMZRL-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMZRR-XSB | MPC - A-XZA2-MMZRR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMZRR-XSB | MPC - A-XZA2-MMZRR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMZRR-XSP | MPC - A-XZA2-MMZRR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMZRR-XSW | MPC - A-XZA2-MMXRR-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMZRS-XSB | MPC - A-XZA2-MMZRS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMZRS-XSP | MPC - A-XZA2-MMZRS-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMZRX-XSB | MPC - A-XZA2-MMZRX-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMZRX-XSK | MPC - A-XZA2-MMZRX-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMZSR-XSB | MPC - A-XZA2-MMZSR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMZSR-XSK | MPC - A-XZA2-MMZSR-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMZSS-XSK | MPC - A-XZA2-MMZSS-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMZSS-XSK | MPC - A-XZA2-MMZSS-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMZSS-XSP | MPC - A-XZA2-MMZSS-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMZXL-XSB | MPC - A-XZA2-MMXXL-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMZXL-XSP | MPC - A-XZA2-MMZXL-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMZXL-XSW | MPC - A-XZA2-MMXXL-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMZXR-XSB | MPC - A-XZA2-MMZXR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMZXR-XSP | MPC - A-XZA2-MMZXR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMZXX-XSB | MPC - A-XZA2-MMZXX-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMZXX-XSK | MPC - A-XZA2-MMZXX-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMZXX-XSK | MPC - A-XZA2-MMZXX-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMZXX-XSP | MPC - A-XZA2-MMZXX-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-MMZXX-XST | MPC - A-XZA2-MMZXX-XST | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-SMLLL-XSB | MPC - A-XZA2-SMLLL-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-SMLLL-XSP | MPC - A-XZA2-SMLLL-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-SMLRR-XSW | MPC - A-XZA2-SMLRR-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-SMLRS-XSB | MPC - A-XZA2-SMLRS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-SMLXR-XSK | MPC - A-XZA2-SMLXR-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-SMSLS-XSB | MPC - A-XZA2-SMSLS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-SMXLL-NSK | MPC - A-XZA2-SMXLL-NSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-SMXLL-XSB | MPC - A-XZA2-SMXLL-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-SMXLR-XSA | MPC - A-XZA2-SMXLR-XSA | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-SMXLX-XSB | MPC - A-XZA2-SMXLX-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-SMXRR-XSB | MPC - A-XZA2-SMXRR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-SMXRR-XSK | MPC - A-XZA2-SMXRR-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-SMXWW-XSB | MPC - A-XZA2-SMXWW-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-SMXXL-XSB | MPC - A-XZA2-SMXXL-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-SMXXX-XSP | MPC - A-XZA2-SMXXX-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-SMYLR-NSB | MPC - A-XZA2-SMYLR-NSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-SMYLR-NSB | MPC - A-XZA2-SMYLR-NSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-SMYLX-XSK | MPC - A-XZA2-SMYLX-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-SMYXL-XSK | MPC - A-XZA2-SMYXL-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-SMZLL-XSK | MPC - A-XZA2-SMZLL-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-SMZLR-XSA | MPC - A-XZA2-SMZLR-XSA | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-SMZLR-XSB | MPC - A-XZA2-SMZLR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-SMZLX-XSK | MPC - A-XZA2-SMZLX-XSK | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-SMZLZ-XSP | MPC - A-XZA2-SMZLZ-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-SMZRR-XSP | MPC - A-XZA2-SMZRR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-SMZSS-XSB | MPC - A-XZA2-SMZSS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2-SMZSS-XSB | MPC - A-XZA2-SMZSS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2---XLL-XSA | A-XZA2---XLL-XSA | Rosenberg |
| SAF | XTZX2-1 | A-XZA2---XLL-XSA | A-XZA2---XLL-XSA | Rosenberg |
| SAF | XTZX2-1 | A-XZA2---XLL-XSB | A-XZA2---XLL-XSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2--ZLL-XSW | A-XZA2---ZLL-XSW | Rosenberg |
| SAF | XTZX2-1 | A-XZA2---ZSS-NSB | MPC - A-XZA2---ZSS-NSB | Rosenberg |
| SAF | XTZX2-1 | A-XZA2---ZSS-NSB | MPC - A-XZA2---ZSS-NSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XLLL-XSB | MPC - A-XZA3-1XLLL-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XLLL-XSB | MPC - A-XZA3-1XLLL-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XLLL-XSW | MPC - A-XZA3-1XLLL-XSW | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XLLR-XSB | MPC - A-XZA3-1XLLR-XSB | Rosenberg |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

**Exhibit 8**

**Z Shield Product Identification Spreadsheet**
**Subset of Products Confirmed to Contain Z-Shield**

| Entity | NIJ Model # | Part ID | Reference | Z-Shield Confirmation Source |
|---|---|---|---|---|
| SAF | 3AXTZX | A-XZA3-1XLLR-XSB | MPC - A-XZA3-1XLLR-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XLLR-XSK | MPC - A-XZA3-1XLLR-XSK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XLPS-XSK | MPC - A-XZA3-1XLPS-XSK | Rosenberg |
| SGSI | 3AXTZX | A-XZA3-1XLRL-3AG | MPC - A-XZA3-1XLRL-3AG | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XLRL-XSB | MPC - A-XZA3-1XLRL-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XLRR-XSB | MPC - A-XZA3-1XLRR-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XLRR-XSB | MPC - A-XZA3-1XLRR-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XLRR-XSK | MPC - A-XZA3-1XLRR-XSK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XLRR-XSW | MPC - A-XZA3-1XLRR-XSW | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XLRS-XSB | MPC - A-XZA3-1XLRS-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XLRS-XSK | MPC - A-XZA3-1XLRS-XSK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XLRS-XST | MPC - A-XZA3-1XLRS-XST | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XLRX-XSB | MPC - A-XZA3-1XLRX-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XLSR-XSK | MPC - A-XZA3-1XLSR-XSK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XLSS-XSB | MPC - A-XZA3-1XLSS-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XLSS-XSK | MPC - A-XZA3-1XLSS-XSK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XLSS-XST | MPC - A-XZA3-1XLSS-XST | Rosenberg |
| SGSI | 3AXTZX | A-XZA3-1XLXL-3AG | MPC - A-XZA3-1XLXL-3AG | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XRLL-NSB | MPC - A-XZA3-1XRLL-NSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XRLL-XSB | MPC - A-XZA3-1XRLL-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XRLL-XSK | MPC - A-XZA3-1XRLL-XSK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XRLL-XST | MPC - A-XZA3-1XRLL-XST | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XRRL-XSB | MPC - A-XZA3-1XRRL-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XRRL-XSB | MPC - A-XZA3-1XRRL-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XRRR-NST | MPC - A-XZA3-1XRRR-NST | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XRRR-XSA | MPC - A-XZA3-1XRRR-XSA | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XRRR-XSB | MPC - A-XZA3-1XRRR-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XRRR-XSB | MPC - A-XZA3-1XRRR-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XRRR-XSB | MPC - A-XZA3-1XRRR-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XRRR-XSK | MPC - A-XZA3-1XRRR-XSK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XRRR-XST | MPC - A-XZA3-1XRRR-XST | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XRRR-XSW | MPC - A-XZA3-1XRRR-XSW | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XRRS-XSB | MPC - A-XZA3-1XRRS-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XRRS-XSK | MPC - A-XZA3-1XRRS-XSK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XRRX-XSB | MPC - A-XZA3-1XRRX-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XRSS-XSB | MPC - A-XZA3-1XRSS-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XRSS-XSK | MPC - A-XZA3-1XRSS-XSK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XRSS-XST | MPC - A-XZA3-1XRSS-XST | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XRSS-XSW | MPC - A-XZA3-1XRSS-XSW | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XRSX-XSB | MPC - A-XZA3-1XRSX-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XSLR-XSB | MPC - A-XZA3-1XSLR-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XSRR-XSB | MPC - A-XZA3-1XSRR-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XSRS-XSB | MPC - A-XZA3-1XSRS-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XSRS-XSK | MPC - A-XZA3-1XSRS-XSK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XSSS-XSB | MPC - A-XZA3-1XSSS-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XSSS-XSB | MPC - A-XZA3-1XSSS-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XSSS-XSK | MPC - A-XZA3-1XSSS-XSK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XSXL-XSK | MPC - A-XZA3-1XSXL-XSK | Rosenberg |
| SGSI | 3AXTZX | A-XZA3-1XSXX-TYK | MPC - A-XZA3-1XSXX-TYK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XXLL-XSK | MPC - A-XZA3-1XXLL-XSK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XXLR-XSB | MPC - A-XZA3-1XXLR-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XXLR-XSB | MPC - A-XZA3-1XXLR-XSB | Rosenberg |
| SGSI | 3AXTZX | A-XZA3-1XXLX-3AG | MPC - A-XZA3-1XXLX-3AG | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XXLX-XSB | MPC - A-XZA3-1XXLX-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XXPX-XST | MPC - A-XZA3-1XXPX-XST | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XXRL-XSB | MPC - A-XZA3-1XXRL-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XXRR-NSB | MPC - A-XZA3-1XXRR-NSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XXRR-NSB | MPC - A-XZA3-1XXRR-NSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XXRR-XSB | MPC - A-XZA3-1XXRR-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XXRR-XSB | MPC - A-XZA3-1XXRR-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XXRR-XSK | MPC - A-XZA3-1XXRR-XSK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XXRR-XSW | MPC - A-XZA3-1XXRR-XSW | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XXRR-XSW | MPC - A-XZA3-1XXRR-XSW | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XXRS-XSB | MPC - A-XZA3-1XXRS-XSB | Rosenberg |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

**Exhibit 8**

**Z Shield Product Identification Spreadsheet**
**Subset of Products Confirmed to Contain Z-Shield**

| Entity | NIJ Model # | Part ID | Reference | Z-Shield Confirmation Source |
|---|---|---|---|---|
| SAF | 3AXTZX | A-XZA3-1XXSL-XST | MPC - A-XZA3-1XXSL-XST | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XXSR-XSB | MPC - A-XZA3-1XXSR-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XXSS-NSK | MPC - A-XZA3-1XXSS-NSK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XXSS-XSK | MPC - A-XZA3-1XXSS-XSK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XXXL-XSB | MPC - A-XZA3-1XXXL-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XXXX-XSB | MPC - A-XZA3-1XXXX-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XYLS-XSB | MPC - A-XZA3-1XYLS-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XYRR-NSB | MPC - A-XZA3-1XYRR-NSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XYRR-NSB | MPC - A-XZA3-1XYRR-NSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XYSS-XSB | MPC - A-XZA3-1XYSS-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XZLL-XSA | MPC - A-XZA3-1XZLL-XSA | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XZLL-XSB | MPC - A-XZA3-1XZLL-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XZLR-XSK | MPC - A-XZA3-1XZLR-XSK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XZLR-XSK | MPC - A-XZA3-1XZLR-XSK | Rosenberg |
| SGSI | 3AXTZX | A-XZA3-1XZRL-3AG | MPC - A-XZA3-1XZRL-3AG | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XZRR-NSK | MPC - A-XZA3-1XZRR-NSK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XZRR-NSK | MPC - A-XZA3-1XZRR-NSK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-1XZRR-XSB | MPC - A-XZA3-1XZRR-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-2XLLL-XSB | MPC - A-XZA3-2XLLL-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-2XLLL-XSK | MPC - A-XZA3-2XLLL-XSK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-2XLLR-XSB | MPC - A-XZA3-2XLLR-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-2XLLR-XSK | MPC - A-XZA3-2XLLR-XSK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-2XLLR-XSK | MPC - A-XZA3-2XLLR-XSK | Rosenberg |
| SGSI | 3AXTZX | A-XZA3-2XLRL-3AG | MPC - A-XZA3-2XLRL-3AG | Rosenberg |
| SAF | 3AXTZX | A-XZA3-2XLRR-XSB | MPC - A-XZA3-2XLRR-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-2XLRS-XSB | MPC - A-XZA3-2XLRS-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-2XLSR-XSB | MPC - A-XZA3-2XLSR-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-2XLSS-XSB | MPC - A-XZA3-2XLSS-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-2XLXL-XSB | MPC - A-XZA3-2XLXL-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-2XLXL-XSB | MPC - A-XZA3-2XLXL-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-2XLZZ-XSB | MPC - A-XZA3-2XLZZ-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-2XRLR-XSB | MPC - A-XZA3-2XRLR-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-2XRLX-XSB | MPC - A-XZA3-2XRLX-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-2XRLX-XSB | MPC - A-XZA3-2XRLX-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-2XRRR-XSB | MPC - A-XZA3-2XRRR-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-2XRRR-XSB | MPC - A-XZA3-2XRRR-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-2XRRR-XSB | MPC - A-XZA3-2XRRR-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-2XRRR-XSK | MPC - A-XZA3-2XRRR-XSK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-2XRRR-XSK | MPC - A-XZA3-2XRRR-XSK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-2XRRR-XST | MPC - A-XZA3-2XRRR-XST | Rosenberg |
| SAF | 3AXTZX | A-XZA3-2XRRR-XSW | MPC - A-XZA3-2XRRR-XSW | Rosenberg |
| SAF | 3AXTZX | A-XZA3-2XRSS-XSB | MPC - A-XZA3-2XRSS-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-2XRSS-XSB | MPC - A-XZA3-2XRSS-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-2XRSS-XST | MPC - A-XZA3-2XRSS-XST | Rosenberg |
| SAF | 3AXTZX | A-XZA3-2XRXL-NSK | MPC - A-XZA3-2XRXL-NSK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-2XSLL-XSB | MPC - A-XZA3-2XSLL-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-2XSLL-XSB | MPC - A-XZA3-2XSLL-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-2XSLL-XSB | MPC - A-XZA3-2XSLL-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-2XSRX-XSB | MPC - A-XZA3-2XSRX-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-2XSSR-XSB | MPC - A-XZA3-2XSSR-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-2XSSS-NSK | MPC - A-XZA3-2XSSS-NSK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-2XSXX-NSK | MPC - A-XZA3-2XSXX-NSK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-2XXLR-XSB | MPC - A-XZA3-2XXLR-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-2XXRR-XSB | MPC - A-XZA3-2XXRR-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-2XXRR-XSK | MPC - A-XZA3-2XXRR-XSK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-2XXRS-XSB | MPC - A-XZA3-2XXRS-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-2XXRS-XSK | MPC - A-XZA3-2XXRS-XSK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-2XXSS-XSB | MPC - A-XZA3-2XXSS-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-2XXXL-XSB | MPC - A-XZA3-2XXXL-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-2XXXS-XSB | MPC - A-XZA3-2XXXS-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-2XXXX-XSB | MPC - A-XZA3-2XXXX-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-2XYLL-XSK | MPC - A-XZA3-2XYLL-XSK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-2XYLL-XSK | MPC - A-XZA3-2XYLL-XSK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-2XYLR-XSB | MPC - A-XZA3-2XYLR-XSB | Rosenberg |

United States of America v. Honeywell International, Inc.                    **Exhibit 8**
Expert Report of Joseph Anastasi

**Z Shield Product Identification Spreadsheet**
**Subset of Products Confirmed to Contain Z-Shield**

| Entity | NIJ Model # | Part ID | Reference | Z-Shield Confirmation Source |
|--------|-------------|---------|-----------|------------------------------|
| SAF | 3AXTZX | A-XZA3-2XYSS-XSB | MPC - A-XZA3-2XYSS-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-2XZRR-NSK | MPC - A-XZA3-2XZRR-NSK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-2XZRR-XSB | MPC - A-XZA3-2XZRR-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-2XZRS-XSK | MPC - A-XZA3-2XZRS-XSK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-3XLLL-XSB | MPC - A-XZA3-3XLLL-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-3XLLS-XSB | MPC - A-XZA3-3XLLS-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-3XLSP-NSK | MPC - A-XZA3-3XLSP-NSK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-3XLSS-XSB | MPC - A-XZA3-3XLSS-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-3XPRS-XSB | MPC - A-XZA3-3XPRS-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-3XQSS-XSK | MPC - A-XZA3-3XQSS-XSK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-3XRRS-XSB | MPC - A-XZA3-3XRRS-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-3XRSS-XSB | MPC - A-XZA3-3XRSS-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-3XRSS-XSW | MPC - A-XZA3-3XRSS-XSW | Rosenberg |
| SAF | 3AXTZX | A-XZA3-3XSLL-XSB | MPC - A-XZA3-3XSLL-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-3XSRL-XST | MPC - A-XZA3-3XSRL-XST | Rosenberg |
| SAF | 3AXTZX | A-XZA3-4XLRS-XSB | MPC - A-XZA3-4XLRS-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-4XLRX-XSK | MPC - A-XZA3-4XLRX-XSK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-4XLSS-XSB | MPC - A-XZA3-4XLSS-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-4XLXL-XSB | MPC - A-XZA3-4XLXL-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-4XQSS-XSB | MPC - A-XZA3-4XQSS-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-4XSLR-XSK | MPC - A-XZA3-4XSLR-XSK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-4XSRS-XSB | MPC - A-XZA3-4XSRS-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-4XXLP-XSW | MPC - A-XZA3-4XXLP-XSW | Rosenberg |
| SAF | 3AXTZX | A-XZA3-4XXLS-XSB | MPC - A-XZA3-4XXLS-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-4XXLX-XSB | MPC - A-XZA3-4XXLX-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-4XZLX-XSK | MPC - A-XZA3-4XZLX-XSK | Rosenberg |
| SGSI | 3AXTZX | A-XZA3-LGLLL-3AG | MPC - A-XZA3-LGLLL-3AG | Rosenberg |
| SGSI | 3AXTZX | A-XZA3-LGLLL-TYK | MPC - A-XZA3-LGLLL-TYK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGLLL-XSB | MPC - A-XZA3-LGLLL-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGLLL-XSB | MPC - A-XZA3-LGLLL-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGLLL-XSK | MPC - A-XZA3-LGLLL-XSK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGLLR-XSB | MPC - A-XZA3-LGLLR-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGLLR-XSK | MPC - A-XZA3-LGLLR-XSK | Rosenberg |
| SGSI | 3AXTZX | A-XZA3-LGLLX-3AG | MPC - A-XZA3-LGLLX-3AG | Rosenberg |
| SGSI | 3AXTZX | A-XZA3-LGLRL-3AG | MPC - A-XZA3-LGLRL-3AG | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGLRL-XSB | MPC - A-XZA3-LGLRL-XSB | Rosenberg |
| SGSI | 3AXTZX | A-XZA3-LGLRR-3AG | MPC - A-XZA3-LGLRR-3AG | Rosenberg |
| SGSI | 3AXTZX | A-XZA3-LGLRR-TYK | MPC - A-XZA3-LGLRR-TYK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGLRR-XSB | MPC - A-XZA3-LGLRR-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGLRR-XSB | MPC - A-XZA3-LGLRR-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGLRR-XSB | MPC - A-XZA3-LGLRR-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGLRR-XSK | MPC - A-XZA3-LGLRR-XSK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGLRR-XST | MPC - A-XZA3-LGLRR-XST | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGLRR-XSW | MPC - A-XZA3-LGLRR-XSW | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGLRR-XSW | MPC - A-XZA3-LGLRR-XSW | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGLRS-XSA | MPC - A-XZA3-LGLRS-XSA | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGLRS-XSB | MPC - A-XZA3-LGLRS-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGLRS-XSK | MPC - A-XZA3-LGLRS-XSK | Rosenberg |
| SGSI | 3AXTZX | A-XZA3-LGLRX-3AG | MPC - A-XZA3-LGLRX-3AG | Rosenberg |
| SGSI | 3AXTZX | A-XZA3-LGLRX-TYK | MPC - A-XZA3-LGLRX-TYK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGLRX-XSB | MPC - A-XZA3-LGLRX-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGLSL-XSA | MPC - A-XZA3-LGLSL-XSA | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGLSL-XSB | MPC - A-XZA3-LGLSL-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGLSX-XSB | MPC - A-XZA3-LGLSX-XSB | Rosenberg |
| SGSI | 3AXTZX | A-XZA3-LGLXL-3AG | MPC - A-XZA3-LGLXL-3AG | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGLXL-NSK | MPC - A-XZA3-LGLXL-NSK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGLXL-XSB | MPC - A-XZA3-LGLXL-XSB | Rosenberg |
| SGSI | 3AXTZX | A-XZA3-LGLXX-3AG | MPC - A-XZA3-LGLXX-3AG | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGLXX-XSB | MPC - A-XZA3-LGLXX-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGLZS-XSK | MPC - A-XZA3-LGLZS-XSK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGRLL-XSB | MPC - A-XZA3-LGRLL-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGRLL-XSB | MPC - A-XZA3-LGRLL-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGRLL-XSW | MPC - A-XZA3-LGRLL-XSW | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGRLR-000 | MPC - A-XZA3-LGRLR-000 | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGRLR-XSB | MPC - A-XZA3-LGRLR-XSB | Rosenberg |

**Z Shield Product Identification Spreadsheet**
**Subset of Products Confirmed to Contain Z-Shield**

| Entity | NIJ Model # | Part ID | Reference | Z-Shield Confirmation Source |
|---|---|---|---|---|
| SAF | 3AXTZX | A-XZA3-LGRLS-XSB | MPC - A-XZA3-LGRLS-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGRLX-XSB | MPC - A-XZA3-LGRLX-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGRLX-XSB | MPC - A-XZA3-LGRLX-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGRRL-XSB | MPC - A-XZA3-LGRRL-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGRRP-XSB | MPC - A-XZA3-LGRRP-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGRRR-NSB | MPC - A-XZA3-LGRRR-NSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGRRR-XSA | MPC - A-XZA3-LGRRR-XSA | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGRRR-XSA | MPC - A-XZA3-LGRRR-XSA | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGRRR-XSB | MPC - A-XZA3-LGRRR-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGRRR-XSB | MPC - A-XZA3-LGRRR-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGRRR-XSK | MPC - A-XZA3-LGRRR-XSK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGRRR-XST | MPC - A-XZA3-LGRRR-XST | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGRRR-XSW | MPC - A-XZA3-LGRRR-XSW | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGRRS-XSB | MPC - A-XZA3-LGRRS-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGRRS-XSB | MPC - A-XZA3-LGRRS-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGRSR-XSA | MPC - A-XZA3-LGRSR-XSA | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGRSR-XSA | MPC - A-XZA3-LGRSR-XSA | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGRSS-XSB | MPC - A-XZA3-LGRSS-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGRSS-XSB | MPC - A-XZA3-LGRSS-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGRSS-XSB | MPC - A-XZA3-LGRSS-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGRSS-XSK | MPC - A-XZA3-LGRSS-XSK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGRSS-XST | MPC - A-XZA3-LGRSS-XST | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGRXX-XSB | MPC - A-XZA3-LGRXX-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGRXX-XSB | MPC - A-XZA3-LGRXX-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGSRR-XSK | MPC - A-XZA3-LGSRR-XSK | Rosenberg |
| SGSI | 3AXTZX | A-XZA3-LGSXX-3AG | MPC - A-XZA3-LGSXX-3AG | Rosenberg |
| SGSI | 3AXTZX | A-XZA3-LGXLL-TYK | MPC - A-XZA3-LGXLL-TYK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGXLL-XSB | MPC - A-XZA3-LGXLL-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGXLL-XSK | MPC - A-XZA3-LGXLL-XSK | Rosenberg |
| SGSI | 3AXTZX | A-XZA3-LGXLR-3AG | MPC - A-XZA3-LGXLR-3AG | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGXLR-XSB | MPC - A-XZA3-LGXLR-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGXLR-XSB | MPC - A-XZA3-LGXLR-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGXLR-XSK | MPC - A-XZA3-LGXLR-XSK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGXLR-XST | MPC - A-XZA3-LGXLR-XST | Rosenberg |
| SGSI | 3AXTZX | A-XZA3-LGXLX-3AG | MPC - A-XZA3-LGXLX-3AG | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGXLX-XSB | MPC - A-XZA3-LGXLX-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGXRL-XSB | MPC - A-XZA3-LGXRL-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGXRL-XSK | MPC - A-XZA3-LGXRL-XSK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGXRL-XST | MPC - A-XZA3-LGXRL-XST | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGXRL-XST | MPC - A-XZA3-LGXRL-XST | Rosenberg |
| SGSI | 3AXTZX | A-XZA3-LGXRR-TYK | MPC - A-XZA3-LGXRR-TYK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGXRR-XSA | MPC - A-XZA3-LGXRR-XSA | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGXRR-XSB | MPC - A-XZA3-LGXRR-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGXRR-XSB | MPC - A-XZA3-LGXRR-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGXRR-XSK | MPC - A-XZA3-LGXRR-XSK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGXRR-XST | MPC - A-XZA3-LGXRR-XST | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGXRR-XSW | MPC - A-XZA3-LGXRR-XSW | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGXRS-XSB | MPC - A-XZA3-LGXRS-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGXRS-XSK | MPC - A-XZA3-LGXRS-XSK | Rosenberg |
| SGSI | 3AXTZX | A-XZA3-LGXRX-3AG | MPC - A-XZA3-LGXRX-3AG | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGXRX-XSB | MPC - A-XZA3-LGXRX-XSB | Rosenberg |
| SGSI | 3AXTZX | A-XZA3-LGXSL-3AG | MPC - A-XZA3-LGXSL-3AG | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGXSR-NST | MPC - A-XZA3-LGXSR-NST | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGXSR-NST | MPC - A-XZA3-LGXSR-NST | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGXSR-XSB | MPC - A-XZA3-LGXSR-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGXSS-NSW | MPC - A-XZA3-LGXSS-NSW | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGXSS-NSW | MPC - A-XZA3-LGXSS-NSW | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGXSS-XSB | MPC - A-XZA3-LGXSS-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGXSS-XSB | MPC - A-XZA3-LGXSS-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGXXL-XSB | MPC - A-XZA3-LGXXL-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGXXL-XSB | MPC - A-XZA3-LGXXL-XSB | Rosenberg |
| SGSI | 3AXTZX | A-XZA3-LGXXX-3AG | MPC - A-XZA3-LGXXX-3AG | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGXXX-XSB | MPC - A-XZA3-LGXXX-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGXXZ-XSB | MPC - A-XZA3-LGXXZ-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGYLL-XSB | MPC - A-XZA3-LGYLL-XSB | Rosenberg |

United States of America v. Honeywell International, Inc.                    **Exhibit 8**
Expert Report of Joseph Anastasi

**Z Shield Product Identification Spreadsheet**
**Subset of Products Confirmed to Contain Z-Shield**

| Entity | NIJ Model # | Part ID | Reference | Z-Shield Confirmation Source |
|---|---|---|---|---|
| SAF | 3AXTZX | A-XZA3-LGYLR-XSB | MPC - A-XZA3-LGYLR-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGYLX-XSB | MPC - A-XZA3-LGYLX-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGYRL-XSK | MPC - A-XZA3-LGYRL-XSK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGYRR-XSB | MPC - A-XZA3-LGYRR-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGYRS-XSB | MPC - A-XZA3-LGYRS-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGZLL-XSB | MPC - A-XZA3-LGZLL-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGZLL-XSK | MPC - A-XZA3-LGZLL-XSK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGZLR-XSA | MPC - A-XZA3-LGZLR-XSA | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGZLR-XSB | MPC - A-XZA3-LGZLR-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGZLR-XSK | MPC - A-XZA3-LGZLR-XSK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGZRL-NSW | MPC - A-XZA3-LGZRL-NSW | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGZRL-NSW | MPC - A-XZA3-LGZRL-NSW | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGZRL-XSB | MPC - A-XZA3-LGZRL-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGZRR-XSB | MPC - A-XZA3-LGZRR-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGZRR-XSK | MPC - A-XZA3-LGZRR-XSK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGZRR-XSK | MPC - A-XZA3-LGZRR-XSK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGZRR-XSK | MPC - A-XZA3-LGZRR-XSK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGZRS-XSB | MPC - A-XZA3-LGZRS-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGZSL-XSB | MPC - A-XZA3-LGZSL-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGZSS-NSK | MPC - A-XZA3-LGZSS-NSK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGZSS-XSB | MPC - A-XZA3-LGZSS-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGZXR-XSB | MPC - A-XZA3-LGZXR-XSB | Rosenberg |
| SGSI | 3AXTZX | A-XZA3-LGZXX-3AG | MPC - A-XZA3-LGZXX-3AG | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGZXX-CAW | MPC - A-XZA3-LGZXX-CAW | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGZXX-XSB | MPC - A-XZA3-LGZXX-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-LGZXZ-XSB | MPC - A-XZA3-LGZXZ-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MDLLL-XSK | MPC - A-XZA3-MDLLL-XSK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MDLLS-XSB | MPC - A-XZA3-MDLLS-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MDLRR-XSA | MPC - A-XZA3-MDLRR-XSA | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MDLXX-XSB | MPC - A-XZA3-MDLXX-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MDLXZ-XSB | MPC - A-XZA3-MDLXZ-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MDRLR-XSK | MPC - A-XZA3-MDRLR-XSK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MDRRR-XSB | MPC - A-XZA3-MDRRR-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MDRRR-XSB | MPC - A-XZA3-MDRRR-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MDXLR-XSA | MPC - A-XZA3-MDXLR-XSA | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MDXLS-XSB | MPC - A-XZA3-MDXLS-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MDXLX-XSB | MPC - A-XZA3-MDXLX-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MDXRR-XSB | MPC - A-XZA3-MDXRR-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MDXSR-XSK | MPC - A-XZA3-MDXSR-XSK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MDXSS-XSB | MPC - A-XZA3-MDXSS-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MDXXZ-XSB | MPC - A-XZA3-MDXXZ-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MDZLL-XSB | MPC - A-XZA3-MDZLL-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MDZLL-XSK | MPC - A-XZA3-MDZLL-XSK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MDZLX-XSB | MPC - A-XZA3-MDZLX-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MDZXZ-XSB | MPC - A-XZA3-MDZXZ-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MMLLL-XSK | MPC - A-XZA3-MMLLL-XSK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MMLLR-XSB | MPC - A-XZA3-MMLLR-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MMLLR-XSK | MPC - A-XZA3-MMLLR-XSK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MMLLS-XSB | MPC - A-XZA3-MMLLS-XSB | Rosenberg |
| SGSI | 3AXTZX | A-XZA3-MMLLX-3AK | MPC - A-XZA3-MMLLX-3AK | Rosenberg |
| SGSI | 3AXTZX | A-XZA3-MMLRL-3AG | MPC - A-XZA3-MMLRL-3AG | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MMLRL-XSB | MPC - A-XZA3-MMLRL-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MMLRR-XSB | MPC - A-XZA3-MMLRR-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MMLRR-XSB | MPC - A-XZA3-MMLRR-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MMLRR-XSW | MPC - A-XZA3-MMLRR-XSW | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MMLRR-XSW | MPC - A-XZA3-MMLRR-XSW | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MMLRS-XSK | MPC - A-XZA3-MMLRS-XSK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MMLSR-XSB | MPC - A-XZA3-MMLSR-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MMLSR-XSB | MPC - A-XZA3-MMLSR-XSB | Rosenberg |
| SGSI | 3AXTZX | A-XZA3-MMLXX-3AG | MPC - A-XZA3-MMLXX-3AG | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MMRLL-XSB | MPC - A-XZA3-MMRLL-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MMRLL-XSB | MPC - A-XZA3-MMRLL-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MMRLL-XSW | MPC - A-XZA3-MMRLL-XSW | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MMRLR-XSB | MPC - A-XZA3-MMRLR-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MMRLR-XSK | MPC - A-XZA3-MMRLR-XSK | Rosenberg |

United States of America v. Honeywell International, Inc.                    **Exhibit 8**
Expert Report of Joseph Anastasi

**Z Shield Product Identification Spreadsheet**
**Subset of Products Confirmed to Contain Z-Shield**

| Entity | NIJ Model # | Part ID | Reference | Z-Shield Confirmation Source |
|--------|-------------|---------|-----------|------------------------------|
| SAF | 3AXTZX | A-XZA3-MMRLS-XSK | MPC - A-XZA3-MMRLS-XSK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MMRRL-XST | MPC - A-XZA3-MMRRL-XST | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MMRRR-XSA | MPC - A-XZA3-MMRRR-XSA | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MMRRR-XSB | MPC - A-XZA3-MMRRR-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MMRRR-XSK | MPC - A-XZA3-MMRRR-XSK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MMRRR-XST | MPC - A-XZA3-MMRRR-XST | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MMRRR-XST | MPC - A-XZA3-MMRRR-XST | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MMRRR-XSW | MPC - A-XZA3-MMRRR-XSW | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MMRRS-XSB | MPC - A-XZA3-MMRRS-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MMRSS-XSA | MPC - A-XZA3-MMRSS-XSA | Rosenberg |
| SGSI | 3AXTZX | A-XZA3-MMRSX-3AG | MPC - A-XZA3-MMRSX-3AG | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MMSLR-XSB | MPC - A-XZA3-MMSLR-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MMWLL-XSB | MPC - A-XZA3-MMWLL-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MMWLR-XSB | MPC - A-XZA3-MMWLR-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MMWLX-XSB | MPC - A-XZA3-MMWLX-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MMWRR-XSK | MPC - A-XZA3-MMWRR-XSK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MMWXX-XSB | MPC - A-XZA3-MMWXX-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MMXLL-NSK | MPC - A-XZA3-MMXLL-NSK | Rosenberg |
| SGSI | 3AXTZX | A-XZA3-MMXLL-TYK | MPC - A-XZA3-MMXLL-TYK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MMXLL-XSB | MPC - A-XZA3-MMXLL-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MMXLR-XSB | MPC - A-XZA3-MMXLR-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MMXLR-XSB | MPC - A-XZA3-MMXLR-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MMXLR-XSK | MPC - A-XZA3-MMXLR-XSK | Rosenberg |
| SGSI | 3AXTZX | A-XZA3-MMXLX-3AG | MPC - A-XZA3-MMXLX-3AG | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MMXLX-NSK | MPC - A-XZA3-MMXLX-NSK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MMXLX-XSK | MPC - A-XZA3-MMXLX-XSK | Rosenberg |
| SGSI | 3AXTZX | A-XZA3-MMXRL-3AG | MPC - A-XZA3-MMXRL-3AG | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MMXRR-XSB | MPC - A-XZA3-MMXRR-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MMXRR-XSK | MPC - A-XZA3-MMXRR-XSK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MMXSR-XSB | MPC - A-XZA3-MMXSR-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MMXSS-XSB | MPC - A-XZA3-MMXSS-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MMXXR-XSB | MPC - A-XZA3-MMXXR-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MMXXX-XSK | MPC - A-XZA3-MMXXX-XSK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MMYLL-XSB | MPC - A-XZA3-MMYLL-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MMYLR-XSB | MPC - A-XZA3-MMYLR-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MMYLS-XSB | MPC - A-XZA3-MMYLS-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MMYRS-XSB | MPC - A-XZA3-MMYRS-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MMYXX-XSB | MPC - A-XZA3-MMYXX-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MMYZL-XSB | MPC - A-XZA3-MMYZL-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MMYZL-XSB | MPC - A-XZA3-MMYZL-XSB | Rosenberg |
| SGSI | 3AXTZX | A-XZA3-MMZLL-TYK | MPC - A-XZA3-MMZLL-TYK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MMZLL-XSB | MPC - A-XZA3-MMZLL-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MMZLL-XSK | MPC - A-XZA3-MMZLL-XSK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MMZLR-XSB | MPC - A-XZA3-MMZLR-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MMZLR-XSB | MPC - A-XZA3-MMZLR-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MMZLR-XSB | MPC - A-XZA3-MMZLR-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MMZLR-XSW | MPC - A-XZA3-MMZLR-XSW | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MMZLS-XSB | MPC - A-XZA3-MMZLS-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MMZLX-XSB | MPC - A-XZA3-MMZLX-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MMZRL-XSK | MPC - A-XZA3-MMZRL-XSK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MMZRR-XSB | MPC - A-XZA3-MMZRR-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-MMZRS-XSB | MPC - A-XZA3-MMZRS-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3---RSS-XSB | A-XZA3-LGRSS-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-SMLLL-XSB | MPC - A-XZA3-SMLLL-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-SMLRX-XSB | MPC - A-XZA3-SMLRX-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-SMRLL-XSB | MPC - A-XZA3-SMRLL-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-SMRRR-CAK | MPC - A-XZA3-SMRRR-CAK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-SMRRS-XSW | MPC - A-XZA3-SMRRS-XSW | Rosenberg |
| SAF | 3AXTZX | A-XZA3-SMRSS-XSB | MPC - A-XZA3-SMRSS-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-SMRSS-XSB | MPC - A-XZA3-SMRSS-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-SMXLL-XSA | MPC - A-XZA3-SMXLL-XSA | Rosenberg |
| SAF | 3AXTZX | A-XZA3-SMXRX-XST | MPC - A-XZA3-SMXRX-XST | Rosenberg |
| SGSI | 3AXTZX | A-XZA3-SMYLL-3AG | MPC - A-XZA3-SMYLL-3AG | Rosenberg |
| SAF | 3AXTZX | A-XZA3-SMYRL-XSB | MPC - A-XZA3-SMYRL-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-SMZLL-XSB | MPC - A-XZA3-SMZLL-XSB | Rosenberg |

**Exhibit 8**

**Z Shield Product Identification Spreadsheet**
**Subset of Products Confirmed to Contain Z-Shield**

| Entity | NIJ Model # | Part ID | Reference | Z-Shield Confirmation Source |
|--------|-------------|---------|-----------|------------------------------|
| SAF | 3AXTZX | A-XZA3-SMZLL-XSB | MPC - A-XZA3-SMZLL-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3-SMZLL-XSK | MPC - A-XZA3-SMZLL-XSK | Rosenberg |
| SAF | 3AXTZX | A-XZA3-SMZRX-XSB | MPC - A-XZA3-SMZRX-XSB | Rosenberg |
| SAF | 3AXTZX | A-XZA3---YSR-XST | A-XZA3---YSR-XST | Rosenberg |
| SAF | 3AXTZX | A-XZA3---YSR-XST | A-XZA3---YSR-XST | Rosenberg |
| SAF | XTX2A-1 | A-YXA1-1BRRL-XSK | MPC - A-YXA1-1BRRL-XSK | Rosenberg |
| SAF | XTX2-1 | A-YXA2-2CRRR-NSW | MPC - A-YXA2-2CRRR-NSW | Rosenberg |
| SAF | XTX2-1 | A-YXA2-2CRRR-NSW | MPC - A-YXA2-2CRRR-NSW | Rosenberg |
| SAF | XTX2-1 | A-YXA2-3CWLR-XSW | MPC - A-YXA2-3CWLR-XSW | Rosenberg |
| SAF | XTX2-1 | A-YXA2-LBLSR-XSK | MPC - A-YXA2-LBLSR-XSK | Rosenberg |
| SAF | XTX2-1 | A-YXA2-LBZZS-XSK | MPC - A-YXA2-LBZZS-XSK | Rosenberg |
| SAF | XTX2-1 | A-YXA2-LCLRR-NSW | MPC - A-YXA2-LCLRR-NSW | Rosenberg |
| SAF | XTX2-1 | A-YXA2-LCLRR-NSW | MPC - A-YXA2-LCLRR-NSW | Rosenberg |
| SAF | XTX2-1 | A-YXA2-LDXRS-XST | MPC - A-YXA2-LDXRS-XST | Rosenberg |
| SAF | XTX2-1 | A-YXA2-LDZLS-XSB | MPC - A-YXA2-LDZLS-XSB | Rosenberg |
| SAF | XTX2-1 | A-YXA2-MAXLZ-XSB | MPC - A-YXA2-MAXLZ-XSB | Rosenberg |
| SAF | XTX2-1 | A-YXA2-MBLRR-XSW | MPC - A-YXA2-MBLRR-XSW | Rosenberg |
| SAF | XTX2-1 | A-YXA2-MBRSX-XSB | MPC - A-YXA2-MBRSX-XSB | Rosenberg |
| SAF | XTX2-1 | A-YXA2-MBWXX-XSW | MPC - A-YXA2-MBWXX-XSW | Rosenberg |
| SAF | XTX2-1 | A-YXA2-MCLSS-XST | MPC - A-YXA2-MCLSS-XST | Rosenberg |
| SAF | XTX2-1 | A-YXA2-MCRLL-NSW | MPC - A-YXA2-MCRLL-NSW | Rosenberg |
| SAF | XTX2-1 | A-YXA2-MCRLL-NSW | MPC - A-YXA2-MCRLL-NSW | Rosenberg |
| SAF | XTX2-1 | A-YXA2-MCRPR-NSW | MPC - A-YXA2-MCRPR-NSW | Rosenberg |
| SAF | XTX2-1 | A-YXA2-MCRPR-NSW | MPC - A-YXA2-MCRPR-NSW | Rosenberg |
| SAF | XTX2-1 | A-YXA2-MCSSS-XSK | MPC - A-YXA2-MCSSS-XSK | Rosenberg |
| SAF | XTX2-1 | A-YXA2-MDYXX-XST | MPC - A-YXA2-MDYXX-XST | Rosenberg |
| SAF | XTX2-1 | A-YXA2-MEXRR-XST | MPC - A-YXA2-MEXRR-XST | Rosenberg |
| SAF | XTX2-1 | A-YXA2-MEYRR-XSB | MPC - A-YXA2-MEYRR-XSB | Rosenberg |
| SAF | XTX2-1 | A-YXA2-PARRR-XSW | MPC - A-YXA2-PARRR-XSW | Rosenberg |
| SAF | XTX2-1 | A-YXA2-PASLR-XSB | MPC - A-YXA2-PASLR-XSB | Rosenberg |
| SAF | XTX2-1 | A-YXA2-PBLLX-XSB | MPC - A-YXA2-PBLLX-XSB | Rosenberg |
| SAF | XTX2-1 | A-YXA2-PBLRS-XST | MPC - A-YXA2-PBLRS-XST | Rosenberg |
| SAF | XTX2-1 | A-YXA2-PBLSS-XSB | MPC - A-YXA2-PBLSS-XSB | Rosenberg |
| SAF | XTX2-1 | A-YXA2-PBRLL-XSB | MPC - A-YXA2-PBRLL-XSB | Rosenberg |
| SAF | XTX2-1 | A-YXA2-PBRRR-XSB | MPC - A-YXA2-PBRRR-XSB | Rosenberg |
| SAF | XTX2-1 | A-YXA2-PBRRR-XST | MPC - A-YXA2-PBRRR-XST | Rosenberg |
| SAF | XTX2-1 | A-YXA2-PBRSR-XSB | MPC - A-YXA2-PBRSR-XSB | Rosenberg |
| SAF | XTX2-1 | A-YXA2-PBRSR-XSB | MPC - A-YXA2-PBRSR-XSB | Rosenberg |
| SAF | XTX2-1 | A-YXA2-PBSSS-XST | MPC - A-YXA2-PBSSS-XST | Rosenberg |
| SAF | XTX2-1 | A-YXA2-PBSSS-XST | MPC - A-YXA2-PBSSS-XST | Rosenberg |
| SAF | XTX2-1 | A-YXA2-PCLSR-XSA | MPC - A-YXA2-PCLSR-XSA | Rosenberg |
| SAF | XTX2-1 | A-YXA2-PCRLL-NSW | MPC - A-YXA2-PCRLL-NSW | Rosenberg |
| SAF | XTX2-1 | A-YXA2-PCRLL-NSW | MPC - A-YXA2-PCRLL-NSW | Rosenberg |
| SAF | XTX2-1 | A-YXA2-PCRRR-XSK | MPC - A-YXA2-PCRRR-XSK | Rosenberg |
| SAF | XTX2-1 | A-YXA2-PCXRS-XSB | MPC - A-YXA2-PCXRS-XSB | Rosenberg |
| SAF | XTX2-1 | A-YXA2-PCXXL-XSW | MPC - A-YXA2-PCXXL-XSW | Rosenberg |
| SAF | XTX2-1 | A-YXA2-PCZLS-XST | MPC - A-YXA2-PCZLS-XST | Rosenberg |
| SAF | XTX2-1 | A-YXA2-QARRR-XSB | MPC - A-YXA2-QARRR-XSB | Rosenberg |
| SAF | XTX2-1 | A-YXA2-QARRR-XSB | MPC - A-YXA2-QARRR-XSB | Rosenberg |
| SAF | XTX2-1 | A-YXA2-QARSR-XSB | MPC - A-YXA2-QARSR-XSB | Rosenberg |
| SAF | XTX2-1 | A-YXA2-QBPSS-XSA | MPC - A-YXA2-QBPSS-XSA | Rosenberg |
| SAF | XTX2-1 | A-YXA2-QBXSR-XSB | MPC - A-YXA2-QBXSR-XSB | Rosenberg |
| SAF | XTX2-1 | A-YXA2-QCRPS-XSW | MPC - A-YXA2-QCRPS-XSW | Rosenberg |
| SAF | XTX2-1 | A-YXA2-SBLLL-XSB | MPC - A-YXA2-SBLLL-XSB | Rosenberg |
| SAF | XTX2-1 | A-YXA2-SBLRR-NSW | MPC - A-YXA2-SBLRR-NSW | Rosenberg |
| SAF | XTX2-1 | A-YXA2-SBLRR-NSW | MPC - A-YXA2-SBLRR-NSW | Rosenberg |
| SAF | XTX2-1 | A-YXA2-SBLRS-XSB | MPC - A-YXA2-SBLRS-XSB | Rosenberg |
| SAF | XTX2-1 | A-YXA2-SBLSR-XSB | MPC - A-YXA2-SBLSR-XSB | Rosenberg |
| SAF | XTX2-1 | A-YXA2-SBRLL-NSW | MPC - A-YXA2-SBRLL-NSW | Rosenberg |
| SAF | XTX2-1 | A-YXA2-SBRLL-NSW | MPC - A-YXA2-SBRLL-NSW | Rosenberg |
| SAF | XTX2-1 | A-YXA2-SBRRR-NSW | MPC - A-YXA2-SBRRR-NSW | Rosenberg |
| SAF | XTX2-1 | A-YXA2-SBRRR-NSW | MPC - A-YXA2-SBRRR-NSW | Rosenberg |
| SAF | XTX2-1 | A-YXA2-SBRRR-XSK | MPC - A-YXA2-SBRRR-XSK | Rosenberg |
| SAF | XTX2-1 | A-YXA2-SBRSS-NSW | MPC - A-YXA2-SBRSS-NSW | Rosenberg |
| SAF | XTX2-1 | A-YXA2-SBRSS-NSW | MPC - A-YXA2-SBRSS-NSW | Rosenberg |

United States of America v. Honeywell International, Inc.　　　　**Exhibit 8**
Expert Report of Joseph Anastasi

**Z Shield Product Identification Spreadsheet**
**Subset of Products Confirmed to Contain Z-Shield**

| Entity | NIJ Model # | Part ID | Reference | Z-Shield Confirmation Source |
|--------|-------------|---------|-----------|------------------------------|
| SAF | XTX2-1 | A-YXA2-SBRXL-XSB | MPC - A-YXA2-SBRXL-XSB | Rosenberg |
| SAF | XTX2-1 | A-YXA2-SBRXS-XSB | MPC - A-YXA2-SBRXS-XSB | Rosenberg |
| SAF | XTX2-1 | A-YXA2-SBSLX-NSW | MPC - A-YXA2-SBSLX-NSW | Rosenberg |
| SAF | XTX2-1 | A-YXA2-SBSLX-NSW | MPC - A-YXA2-SBSLX-NSW | Rosenberg |
| SAF | XTX2-1 | A-YXA2-SBSSR-XSB | MPC - A-YXA2-SBSSR-XSB | Rosenberg |
| SAF | XTX2-1 | A-YXA2-SBSSS-XSB | MPC - A-YXA2-SBSSS-XSB | Rosenberg |
| SAF | XTX2-1 | A-YXA2-SBYXX-XST | MPC - A-YXA2-SBYXX-XST | Rosenberg |
| SAF | XTX2-1 | A-YXA2-SCLRR-XST | MPC - A-YXA2-SCLRR-XST | Rosenberg |
| SAF | XTX2-1 | A-YXA2-SCRLL-NSW | MPC - A-YXA2-SCRLL-NSW | Rosenberg |
| SAF | XTX2-1 | A-YXA2-SCRLL-NSW | MPC - A-YXA2-SCRLL-NSW | Rosenberg |
| SAF | XTX2-1 | A-YXA2-SCRLL-XSB | MPC - A-YXA2-SCRLL-XSB | Rosenberg |
| SAF | XTX2-1 | A-YXA2-SCRLL-XSB | MPC - A-YXA2-SCRLL-XSB | Rosenberg |
| SAF | XTX2-1 | A-YXA2-SCRLL-XSK | MPC - A-YXA2-SCRLL-XSK | Rosenberg |
| SAF | XTX2-1 | A-YXA2-SCRRR-NSW | MPC - A-YXA2-SCRRR-NSW | Rosenberg |
| SAF | XTX2-1 | A-YXA2-SCRRR-NSW | MPC - A-YXA2-SCRRR-NSW | Rosenberg |
| SAF | XTX2-1 | A-YXA2-SCRRR-XST | MPC - A-YXA2-SCRRR-XST | Rosenberg |
| SAF | XTX2-1 | A-YXA2-SCSSL-XST | MPC - A-YXA2-SCSSL-XST | Rosenberg |
| SAF | XTX2-1 | A-YXA2-SCSSS-XSB | MPC - A-YXA2-SCSSS-XSB | Rosenberg |
| SAF | XTX2-1 | A-YXA2-SCXLR-XSB | MPC - A-YXA2-SCXLR-XSB | Rosenberg |
| SAF | XTX2-1 | A-YXA2-SCZLL-XSB | MPC - A-YXA2-SCZLL-XSB | Rosenberg |
| SAF | XTX2-1 | A-YXA2-SCZRS-XSK | MPC - A-YXA2-SCZRS-XSK | Rosenberg |
| SAF | XTX2-1 | A-YXA2-SDRRS-XST | MPC - A-YXA2-SDRRS-XST | Rosenberg |
| SAF | XTX2-1 | A-YXA2-SDRRS-XST | MPC - A-YXA2-SDRRS-XST | Rosenberg |
| SAF | XTX2-1 | A-YXA2-SDSLL-XSB | MPC - A-YXA2-SDSLL-XSB | Rosenberg |
| SAF | XTX2-1 | A-YXA2-SDSLL-XSB | MPC - A-YXA2-SDSLL-XSB | Rosenberg |
| SAF | XTX2-1 | A-YXA2-SDSRS-XSK | MPC - A-YXA2-SDSRS-XSK | Rosenberg |
| SAF | XTX2-1 | A-YXA2-SESRR-NSW | MPC - A-YXA2-SESRR-NSW | Rosenberg |
| SAF | XTX2-1 | A-YXA2-SESRR-NSW | MPC - A-YXA2-SESRR-NSW | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-1CLLS-XSK | MPC - A-YXA3-1CLLS-XSK | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-LBRLL-XSW | MPC - A-YXA3-LBRLL-XSW | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-LCXLR-XSB | MPC - A-YXA3-LCXLR-XSB | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-LCXRR-XSB | MPC - A-YXA3-LCXRR-XSB | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-LCZLS-XSB-1221 | MPC - A-YXA3-LCZLS-XSB-1221 | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-LDXRR-XSB-1221 | MPC - A-YXA3-LDXRR-XSB-1221 | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-LEWXS-XSW | MPC - A-YXA3-LEWXS-XSW | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-LEXLL-XSB | MPC - A-YXA3-LEXLL-XSB | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-MALRR-XSB | MPC - A-YXA3-MALRR-XSB | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-MALRR-XSB | MPC - A-YXA3-MALRR-XSB | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-MBLRR-XSB | MPC - A-YXA3-MBLRR-XSB | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-MBLRR-XSB | MPC - A-YXA3-MBLRR-XSB | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-MBQLS-XSK | MPC - A-YXA3-MBQLS-XSK | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-MBRSS-XSK | MPC - A-YXA3-MBRSS-XSK | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-MBXLL-XSB | MPC - A-YXA3-MBXLL-XSB | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-MBXLL-XSB | MPC - A-YXA3-MBXLL-XSB | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-MCLLS-XSB-1221 | MPC - A-YXA3-MCLLS-XSB-1221 | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-MCRLL-XSB | MPC - A-YXA3-MCRLL-XSB | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-MCRLL-XSB | MPC - A-YXA3-MCRLL-XSB | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-MCWLR-XSB | MPC - A-YXA3-MCWLR-XSB | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-MCXLL-XSB | MPC - A-YXA3-MCXLL-XSB | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-MCXRS-XSK | MPC - A-YXA3-MCXRS-XSK | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-MCXRS-XSK | MPC - A-YXA3-MCXRS-XSK | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-MCZRR-CAB | MPC - A-YXA3-MCZRR-CAB | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-MCZRR-CAB | MPC - A-YXA3-MCZRR-CAB | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-MCZRS-XSK-1221 | MPC - A-YXA3-MCZRS-XSK-1221 | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-MDLSS-XSK | MPC - A-YXA3-MDLSS-XSK | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-MDLSS-XSK | MPC - A-YXA3-MDLSS-XSK | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-MDRLL-XSB | MPC - A-YXA3-MDRLL-XSB | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-MDXRR-XSB | MPC - A-YXA3-MDXRR-XSB | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-MDXRR-XSB | MPC - A-YXA3-MDXRR-XSB | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-MDZLS-XSK | MPC - A-YXA3-MDZLS-XSK | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-MDZXX-XSB | MPC - A-YXA3-MDZXX-XSB | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-PBLRR-XSK | MPC - A-YXA3-PBLRR-XSK | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-PBRLR-XSK | MPC - A-YXA3-PBRLR-XSK | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-PBRSS-XSB-1221 | MPC - A-YXA3-PBRSS-XSB-1221 | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-PBXRR-XSB-1221 | MPC - A-YXA3-PBXRR-XSB-1221 | Rosenberg |

United States of America v. Honeywell International, Inc.                    **Exhibit 8**
Expert Report of Joseph Anastasi

**Z Shield Product Identification Spreadsheet**
**Subset of Products Confirmed to Contain Z-Shield**

| Entity | NIJ Model # | Part ID | Reference | Z-Shield Confirmation Source |
|--------|-------------|---------|-----------|------------------------------|
| SAF | XTX3A-1 | A-YXA3-PBXRS-XSB | MPC - A-YXA3-PBXRS-XSB | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-PBXXL-XSB | MPC - A-YXA3-PBXXL-XSB | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-PBXXL-XSB | MPC - A-YXA3-PBXXL-XSB | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-PCRLS-XSB | MPC - A-YXA3-PCRLS-XSB | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-PCXSS-XSB-1221 | MPC - A-YXA3-PCXSS-XSB-1221 | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-PCZSS-XSK | MPC - A-YXA3-PCZSS-XSK | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-QBLRS-XSB-1221 | MPC - A-YXA3-QBLRS-XSB-1221 | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-QBXRL-XSB | MPC - A-YXA3-QBXRL-XSB | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-QBXRL-XSB | MPC - A-YXA3-QBXRL-XSB | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-SASSS-XSB-1221 | MPC - A-YXA3-SASSS-XSB-1221 | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-SBLRR-XSB | MPC - A-YXA3-SBLRR-XSB | Rosenberg |
| SGSI | XTX3A-1 | A-YXA3-SBLXX-3AK | MPC - A-YXA3-SBLXX-3AK | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-SBPSS-XSK | MPC - A-YXA3-SBPSS-XSK | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-SBXXR-XSB | MPC - A-YXA3-SBXXR-XSB | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-SCLRL-XSK | MPC - A-YXA3-SCLRL-XSK | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-SCLRR-XSK | MPC - A-YXA3-SCLRR-XSK | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-SCLRR-XSK | MPC - A-YXA3-SCLRR-XSK | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-SCLSR-XSA | MPC - A-YXA3-SCLSR-XSA | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-SCLSR-XSA | MPC - A-YXA3-SCLSR-XSA | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-SCLSR-XSB | MPC - A-YXA3-SCLSR-XSB | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-SCLSS-XSK | MPC - A-YXA3-SCLSS-XSK | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-SCLSS-XSK | MPC - A-YXA3-SCLSS-XSK | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-SCRPP-NSA | MPC - A-YXA3-SCRPP-NSA | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-SCRRR-XSB | MPC - A-YXA3-SCRRR-XSB | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-SCRRR-XSB | MPC - A-YXA3-SCRRR-XSB | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-SCRRR-XSB-1221 | MPC - A-YXA3-SCRRR-XSB-1221 | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-SCRSR-XSB | MPC - A-YXA3-SCRSR-XSB | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-SCRSS-XSB-1221 | MPC - A-YXA3-SCRSS-XSB-1221 | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-SCXSR-XSW | MPC - A-YXA3-SCXSR-XSW | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-SCXSR-XSW | MPC - A-YXA3-SCXSR-XSW | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-SCZLR-XSB | MPC - A-YXA3-SCZLR-XSB | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-SCZLR-XSB | MPC - A-YXA3-SCZLR-XSB | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-SDLSS-XSK | MPC - A-YXA3-SDLSS-XSK | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-SDLSS-XSK | MPC - A-YXA3-SDLSS-XSK | Rosenberg |
| SAF | XTX3A-1 | A-YXA3-SDXLL-XSB | MPC - A-YXA3-SDXLL-XSB | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-1BXRR-XSP | MPC - A-YZA2-1BXRR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-1CYRP-XSK | MPC - A-YZA2-1CYRP-XSK | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-1DZRS-XSP | MPC - A-YZA2-1DZRS-XSP | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-1EZLR-XSP | MPC - A-YZA2-1EZLR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-2CLRS-XSB | MPC - A-YZA2-2CLRS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-LBLRR-XSP | MPC - A-YZA2-LBLRR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-LBSRR-XSB | MPC - A-YZA2-LBSRR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-LBZRR-XSP | MPC - A-YZA2-LBZRR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-LCRRS-XSB | MPC - A-YZA2-LCRRS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-LCSXX-XSW | MPC - A-YZA2-LCSXX-XSW | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-LCXRR-XSP | MPC - A-YZA2-LCXRR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-LCZLR-XSP | MPC - A-YZA2-LCZLR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-LDLRS-XSP | MPC - A-YZA2-LDLRS-XSP | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-LDLXL-XSB | MPC - A-YZA2-LDLXL-XSB | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-LDLXL-XSB | MPC - A-YZA2-LDLXL-XSB | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-LDRLL-XSB | MPC - A-YZA2-LDRLL-XSB | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-LELRR-XSB | MPC - A-YZA2-LELRR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-MARLL-XSP | MPC - A-YZA2-MARLL-XSP | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-MBLRR-NSK | MPC - A-YZA2-MBLRR-NSK | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-MBLRR-XSB | MPC - A-YZA2-MBLRR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-MBLSR-XSP | MPC - A-YZA2-MBLSR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-MBPXR-XSB | MPC - A-YZA2-MBPXR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-MBRRR-XSB | MPC - A-YZA2-MBRRR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-MBRRS-XSB | MPC - A-YZA2-MBRRS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-MBYLX-XSP | MPC - A-YZA2-MBYLX-XSP | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-MCLLL-XSK | MPC - A-YZA2-MCLLL-XSK | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-MCLLS-XSK | MPC - A-YZA2-MCLLS-XSK | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-MCLRR-XSB | MPC - A-YZA2-MCLRR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-MCLRR-XSB | MPC - A-YZA2-MCLRR-XSB | Rosenberg |

United States of America v. Honeywell International, Inc.          **Exhibit 8**
Expert Report of Joseph Anastasi

**Z Shield Product Identification Spreadsheet**
**Subset of Products Confirmed to Contain Z-Shield**

| Entity | NIJ Model # | Part ID | Reference | Z-Shield Confirmation Source |
|--------|-------------|---------|-----------|------------------------------|
| SAF | XTZX2-1 | A-YZA2-MCLRR-XSK | MPC - A-YZA2-MCLRR-XSK | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-MCLSS-XSP | MPC - A-YZA2-MCLSS-XSP | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-MCRRR-NSK | MPC - A-YZA2-MCRRR-NSK | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-MCRRR-XSB | MPC - A-YZA2-MCRRR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-MCRRR-XSK | MPC - A-YZA2-MCRRR-XSK | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-MCRRS-XST | MPC - A-YZA2-MCRRS-XST | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-MCRXX-XSB | MPC - A-YZA2-MCRXX-XSB | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-MCSLS-XSK | MPC - A-YZA2-MCSLS-XSK | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-MCXLR-XSB | MPC - A-YZA2-MCXLR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-MCXLX-XST | MPC - A-YZA2-MCXLX-XST | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-MCXXR-XSB | MPC - A-YZA2-MCXXR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-MCXXX-XSB | MPC - A-YZA2-MCXXX-XSB | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-MCZRR-XSP | MPC - A-YZA2-MCZRR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-MCZSS-XSP | MPC - A-YZA2-MCZSS-XSP | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-MDLLX-NSK | MPC - A-YZA2-MDLLX-NSK | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-MDPRL-XSK | MPC - A-YZA2-MDPRL-XSK | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-MDRRR-XSB | MPC - A-YZA2-MDRRR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-MDRRS-XSB | MPC - A-YZA2-MDRRS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-MDXLL-XSB | MPC - A-YZA2-MDXLL-XSB | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-MDXRL-XSB | MPC - A-YZA2-MDXRL-XSB | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-MEZRR-NSB | MPC - A-YZA2-MEZRR-NSB | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-MEZRR-NSB | MPC - A-YZA2-MEZRR-NSB | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-MEZRR-XSW | MPC - A-YZA2-MEZRR-XSW | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-PALPP-XSP | MPC - A-YZA2-PALPP-XSP | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-PARRS-XSA | MPC - A-YZA2-PARRS-XSA | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-PASLL-XSB | MPC - A-YZA2-PASLL-XSB | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-PASRS-XSB | MPC - A-YZA2-PASRS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-PBLRP-XSP | MPC - A-YZA2-PBLRP-XSP | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-PBLRS-XSB | MPC - A-YZA2-PBLRS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-PBLSR-XSB | MPC - A-YZA2-PBLSR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-PBRRP-XSP | MPC - A-YZA2-PBRRP-XSP | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-PBRRR-XSK | MPC - A-YZA2-PBRRR-XSK | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-PBRXR-XSB | MPC - A-YZA2-PBRXR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-PBSRR-XSK | MPC - A-YZA2-PBSRR-XSK | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-PBSSS-XST | MPC - A-YZA2-PBSSS-XST | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-PBSSS-XST | MPC - A-YZA2-PBSSS-XST | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-PBXLL-XSB | MPC - A-YZA2-PBXLL-XSB | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-PBZPP-XSB | MPC - A-YZA2-PBZPP-XSB | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-PCLRR-XSB | MPC - A-YZA2-PCLRR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-PCLRR-XSK | MPC - A-YZA2-PCLRR-XSK | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-PCLSR-XSB | MPC - A-YZA2-PCLSR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-PCRLR-XSP | MPC - A-YZA2-PCRLR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-PCRLR-XSW | MPC - A-YZA2-PCRLR-XSW | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-PCRRR-XSK | MPC - A-YZA2-PCRRR-XSK | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-PCRRR-XSW | MPC - A-YZA2-PCRRR-XSW | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-PCRXS-XSB | MPC - A-YZA2-PCRXS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-PCSSL-XSA | MPC - A-YZA2-PCSSL-XSA | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-PCSXR-XSB | MPC - A-YZA2-PCSXR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-PCXRR-XSP | MPC - A-YZA2-PCXRR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-PELRS-XSA | MPC - A-YZA2-PELRS-XSA | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-QBRSS-XSB | MPC - A-YZA2-QBRSS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-QCLLX-XSP | MPC - A-YZA2-QCLLX-XSP | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-QCXLR-XSK | MPC - A-YZA2-QCXLR-XSK | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-SALRR-XSP | MPC - A-YZA2-SALRR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-SBLRR-XSB | MPC - A-YZA2-SBLRR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-SBLRR-XSP | MPC - A-YZA2-SBLRR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-SBLSL-XSW | MPC - A-YZA2-SBLSL-XSW | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-SBRSR-XSW | MPC - A-YZA2-SBRSR-XSW | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-SBSLR-XSB | MPC - A-YZA2-SBSLR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-SBSRS-XSB | MPC - A-YZA2-SBSRS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-SBSSS-XSB | MPC - A-YZA2-SBSSS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-SBXRS-XSK | MPC - A-YZA2-SBXRS-XSK | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-SBXSS-XSB | MPC - A-YZA2-SBXSS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-SBZRS-XSP | MPC - A-YZA2-SBZRS-XSP | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-SCLLL-XSA | MPC - A-YZA2-SCLLL-XSA | Rosenberg |

**Exhibit 8**

**Z Shield Product Identification Spreadsheet
Subset of Products Confirmed to Contain Z-Shield**

| Entity | NIJ Model # | Part ID | Reference | Z-Shield Confirmation Source |
|---|---|---|---|---|
| SAF | XTZX2-1 | A-YZA2-SCLLR-NSK | MPC - A-YZA2-SCLLR-NSK | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-SCQSS-XSB | MPC - A-YZA2-SCQSS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-SCRRL-XSK | MPC - A-YZA2-SCRRL-XSK | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-SCRRR-XSK | MPC - A-YZA2-SCRRR-XSK | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-SCRSR-XSB | MPC - A-YZA2-SCRSR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-SCSRR-XSB | MPC - A-YZA2-SCSRR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-SCSRS-XSB | MPC - A-YZA2-SCSRS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-SCSSS-XSB | MPC - A-YZA2-SCSSS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-SCSSS-XSB | MPC - A-YZA2-SCSSS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-SCXRS-XSK | MPC - A-YZA2-SCXRS-XSK | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-SCXSS-XSB | MPC - A-YZA2-SCXSS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-SCXSS-XSB | MPC - A-YZA2-SCXSS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-SCYRR-XSK | MPC - A-YZA2-SCYRR-XSK | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-SCYZL-XSW | MPC - A-YZA2-SCYZL-XSW | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-SDLRR-XSP | MPC - A-YZA2-SDLRR-XSP | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-SDRSR-XSB | MPC - A-YZA2-SDRSR-XSB | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-SDRSS-XSB | MPC - A-YZA2-SDRSS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-SDSLS-XSB | MPC - A-YZA2-SDSLS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-SDSSS-XSB | MPC - A-YZA2-SDSSS-XSB | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-SDXRS-XSP | MPC - A-YZA2-SDXRS-XSP | Rosenberg |
| SAF | XTZX2-1 | A-YZA2-SEXRR-XST | MPC - A-YZA2-SEXRR-XST | Rosenberg |
| SAF | 3AXTZX | A-YZA3-1DRRR-NSB | MPC - A-YZA3-1DRRR-NSB | Rosenberg |
| SAF | 3AXTZX | A-YZA3-1DRXX-XSB | MPC - A-YZA3-1DRXX-XSB | Rosenberg |
| SAF | 3AXTZX | A-YZA3-1ERRL-XSB | MPC - A-YZA3-1ERRL-XSB | Rosenberg |
| SAF | 3AXTZX | A-YZA3-LCRSS-XSB | MPC - A-YZA3-LCRSS-XSB | Rosenberg |
| SAF | 3AXTZX | A-YZA3-LCRSS-XSB | MPC - A-YZA3-LCRSS-XSB | Rosenberg |
| SAF | 3AXTZX | A-YZA3-LCRSS-XSW | MPC - A-YZA3-LCRSS-XSW | Rosenberg |
| SAF | 3AXTZX | A-YZA3-LCSXS-XSB | MPC - A-YZA3-LCSXS-XSB | Rosenberg |
| SAF | 3AXTZX | A-YZA3-LCXXX-XSK | MPC - A-YZA3-LCXXX-XSK | Rosenberg |
| SAF | 3AXTZX | A-YZA3-LDXXL-XSB | MPC - A-YZA3-LDXXL-XSB | Rosenberg |
| SAF | 3AXTZX | A-YZA3-MAXRR-NSW | MPC - A-YZA3-MAXRR-NSW | Rosenberg |
| SAF | 3AXTZX | A-YZA3-MBLLL-XSK | MPC - A-YZA3-MBLLL-XSK | Rosenberg |
| SAF | 3AXTZX | A-YZA3-MBLXX-XSB | MPC - A-YZA3-MBLXX-XSB | Rosenberg |
| SAF | 3AXTZX | A-YZA3-MBRRR-XSB | MPC - A-YZA3-MBRRR-XSB | Rosenberg |
| SAF | 3AXTZX | A-YZA3-MBRXR-XSK | MPC - A-YZA3-MBRXR-XSK | Rosenberg |
| SAF | 3AXTZX | A-YZA3-MBSLR-XSB | MPC - A-YZA3-MBSLR-XSB | Rosenberg |
| SAF | 3AXTZX | A-YZA3-MBSSS-XSB | MPC - A-YZA3-MBSSS-XSB | Rosenberg |
| SAF | 3AXTZX | A-YZA3-MCLLR-XSB | MPC - A-YZA3-MCLLR-XSB | Rosenberg |
| SAF | 3AXTZX | A-YZA3-MCQRR-XSB | MPC - A-YZA3-MCQRR-XSB | Rosenberg |
| SAF | 3AXTZX | A-YZA3-MCRRR-XSK | MPC - A-YZA3-MCRRR-XSK | Rosenberg |
| SAF | 3AXTZX | A-YZA3-MCSLL-XSB | MPC - A-YZA3-MCSLL-XSB | Rosenberg |
| SAF | 3AXTZX | A-YZA3-MCZXS-XSB | MPC - A-YZA3-MCZXS-XSB | Rosenberg |
| SAF | 3AXTZX | A-YZA3-MDRRR-XSB | MPC - A-YZA3-MDRRR-XSB | Rosenberg |
| SAF | 3AXTZX | A-YZA3-MEZLR-XSB | MPC - A-YZA3-MEZLR-XSB | Rosenberg |
| SGSI | 3AXTZX | A-YZA3-PASLX-3AG | MPC - A-YZA3-PASLX-3AG | Rosenberg |
| SAF | 3AXTZX | A-YZA3-PBLSR-XSK | MPC - A-YZA3-PBLSR-XSK | Rosenberg |
| SAF | 3AXTZX | A-YZA3-PBRRR-XSB | MPC - A-YZA3-PBRRR-XSB | Rosenberg |
| SAF | 3AXTZX | A-YZA3-PBRRR-XSW | MPC - A-YZA3-PBRRR-XSW | Rosenberg |
| SAF | 3AXTZX | A-YZA3-PBXRS-XSK | MPC - A-YZA3-PBXRS-XSK | Rosenberg |
| SAF | 3AXTZX | A-YZA3-PCLLL-XSB | MPC - A-YZA3-PCLLL-XSB | Rosenberg |
| SAF | 3AXTZX | A-YZA3-PCLLL-XSB | MPC - A-YZA3-PCLLL-XSB | Rosenberg |
| SAF | 3AXTZX | A-YZA3-PCRRR-XSB | MPC - A-YZA3-PCRRR-XSB | Rosenberg |
| SAF | 3AXTZX | A-YZA3-PCRRR-XSK | MPC - A-YZA3-PCRRR-XSK | Rosenberg |
| SAF | 3AXTZX | A-YZA3-PCRRR-XST | MPC - A-YZA3-PCRRR-XST | Rosenberg |
| SAF | 3AXTZX | A-YZA3-PCRSS-NSK | MPC - A-YZA3-PCRSS-NSK | Rosenberg |
| SAF | 3AXTZX | A-YZA3-PCSRR-XSK | MPC - A-YZA3-PCSRR-XSK | Rosenberg |
| SAF | 3AXTZX | A-YZA3-PCSRS-XSB | MPC - A-YZA3-PCSRS-XSB | Rosenberg |
| SAF | 3AXTZX | A-YZA3-PCSSS-XSK | MPC - A-YZA3-PCSSS-XSK | Rosenberg |
| SAF | 3AXTZX | A-YZA3-PDLRR-XSK | MPC - A-YZA3-PDLRR-XSK | Rosenberg |
| SAF | 3AXTZX | A-YZA3-PELSR-XSK | MPC - A-YZA3-PELSR-XSK | Rosenberg |
| SAF | 3AXTZX | A-YZA3-SBLRR-XSB | MPC - A-YZA3-SBLRR-XSB | Rosenberg |
| SAF | 3AXTZX | A-YZA3-SBLRS-XSB | MPC - A-YZA3-SBLRS-XSB | Rosenberg |
| SAF | 3AXTZX | A-YZA3-SBPRS-XSB | MPC - A-YZA3-SBPRS-XSB | Rosenberg |
| SAF | 3AXTZX | A-YZA3-SBRLL-XSK | MPC - A-YZA3-SBRLL-XSK | Rosenberg |
| SAF | 3AXTZX | A-YZA3-SBRLL-XSK | MPC - A-YZA3-SBRLL-XSK | Rosenberg |

United States of America v. Honeywell International, Inc.                    **Exhibit 8**
Expert Report of Joseph Anastasi

**Z Shield Product Identification Spreadsheet**
**Subset of Products Confirmed to Contain Z-Shield**

| Entity | NIJ Model # | Part ID | Reference | Z-Shield Confirmation Source |
|--------|-------------|---------|-----------|------------------------------|
| SAF | 3AXTZX | A-YZA3-SBRLR-XSK | MPC - A-YZA3-SBRLR-XSK | Rosenberg |
| SAF | 3AXTZX | A-YZA3-SBRRR-XSB | MPC - A-YZA3-SBRRR-XSB | Rosenberg |
| SAF | 3AXTZX | A-YZA3-SBRSS-XSB | MPC - A-YZA3-SBRSS-XSB | Rosenberg |
| SAF | 3AXTZX | A-YZA3-SBRSS-XSB | MPC - A-YZA3-SBRSS-XSB | Rosenberg |
| SAF | 3AXTZX | A-YZA3-SBSLR-XSB | MPC - A-YZA3-SBSLR-XSB | Rosenberg |
| SAF | 3AXTZX | A-YZA3-SBSSS-XSK | MPC - A-YZA3-SBSSS-XSK | Rosenberg |
| SAF | 3AXTZX | A-YZA3-SBXLR-XSK | MPC - A-YZA3-SBXLR-XSK | Rosenberg |
| SAF | 3AXTZX | A-YZA3-SBXRR-XSA | MPC - A-YZA3-SBXRR-XSA | Rosenberg |
| SAF | 3AXTZX | A-YZA3-SBXSS-XSK | MPC - A-YZA3-SBXSS-XSK | Rosenberg |
| SGSI | 3AXTZX | A-YZA3-SBXXX-3AG | MPC - A-YZA3-SBXXX-3AG | Rosenberg |
| SAF | 3AXTZX | A-YZA3-SCLLL-XSB | MPC - A-YZA3-SCLLL-XSB | Rosenberg |
| SAF | 3AXTZX | A-YZA3-SCLLL-XSB | MPC - A-YZA3-SCLLL-XSB | Rosenberg |
| SAF | 3AXTZX | A-YZA3-SCLRR-XSK | MPC - A-YZA3-SCLRR-XSK | Rosenberg |
| SAF | 3AXTZX | A-YZA3-SCPRS-XSK | MPC - A-YZA3-SCPRS-XSK | Rosenberg |
| SGSI | 3AXTZX | A-YZA3-SCRXX-3AB | MPC - A-YZA3-SCRXX-3AB | Rosenberg |
| SAF | 3AXTZX | A-YZA3-SCSLL-XSK | MPC - A-YZA3-SCSLL-XSK | Rosenberg |
| SAF | 3AXTZX | A-YZA3-SCSRL-XSB | MPC - A-YZA3-SCSRL-XSB | Rosenberg |
| SAF | 3AXTZX | A-YZA3-SCSRR-XSK | MPC - A-YZA3-SCSRR-XSK | Rosenberg |
| SAF | 3AXTZX | A-YZA3-SCXSS-XSK | MPC - A-YZA3-SCXSS-XSK | Rosenberg |
| SAF | 3AXTZX | A-YZA3-SDLRR-NSB | MPC - A-YZA3-SDLRR-NSB | Rosenberg |
| SAF | 3AXTZX | A-YZA3-SDLRR-XSB | MPC - A-YZA3-SDLRR-XSB | Rosenberg |
| SAF | 3AXTZX | A-YZA3-SDLRR-XSB | MPC - A-YZA3-SDLRR-XSB | Rosenberg |
| SAF | 3AXTZX | A-YZA3-SDRLR-XSK | MPC - A-YZA3-SDRLR-XSK | Rosenberg |
| SAF | 3AXTZX | A-YZA3-SDXRR-XST | MPC - A-YZA3-SDXRR-XST | Rosenberg |
| SAF | 3AXTZX | A-YZA3-SELLL-XSB | MPC - A-YZA3-SELLL-XSB | Rosenberg |
| SAF | 3AXTZX | A-YZA3-SELLL-XSB | MPC - A-YZA3-SELLL-XSB | Rosenberg |
| ABA | XTX2-2 | II-XTXB-DN-2369 | DN# 2369 XTX2-2 SHOOT PANEL | Rosenberg |
| ABA | XTX2-2 | II-XTXB-F-FS-5060-NS | DN# 5060 XTX2-2 GEN 2-FEMALE-MOD NS | Rosenberg |
| ABA | XTX2-2 | II-XTXB-F-FS-5145-NS | DN #5145 XTX2-2 II-FEMALE-W/1 NS | Rosenberg |
| ABA | XTX2-2 | II-XTXB-F-FS-CL | XTX2-2 GEN 2-FEMALE-W/1 CLASSIC CARR | Rosenberg |
| ABA | XTX2-2 | II-XTXB-F-FS-NS | XTX2-2 GEN 2-FEMALE-W/1 NS CARRIER | Rosenberg |
| ABA | XTX2-2 | II-XTXB-F-FS-OC302 | XTX2-2 GEN 2-FEMALE-W/1 OC302 | Rosenberg |
| ABA | XTX2-2 | II-XTXB-F-FS-PANELS | XTX2-2 PANELS (2) IN OLEFIN | Rosenberg |
| ABA | XTX2-2 | II-XTXB-F-FS-PNL | XTX2-2 PANEL (1) IN OLEFIN | Rosenberg |
| ABA | XTX2-2 | II-XTXB-F-FS-Z02 | XTX2-2 GEN 2-FEMALE-W/1 Z02 CARRIER | Rosenberg |
| ABA | XTX2-2 | II-XTXB-FS-2807-M | DN# 2807 XTX2-2 II-W/1 MESH CARRIER | Rosenberg |
| ABA | XTX2-2 | II-XTXB-FS-2948-NS | DN# 2948 XTX2-2 II-FULLSIDE-W/1 NS CARR | Rosenberg |
| ABA | XTX2-2 | II-XTXB-FS-3012-NS | DN#3012 XTX2-2-FULLSIDE-W/1 CARRIER | Rosenberg |
| ABA | XTX2-2 | II-XTXB-FS-3012-Z02 | DN#3012 XTX2-GEN 2-FULLSIDE-W/1 2002 | Rosenberg |
| ABA | XTX2-2 | II-XTXB-FS-5063-NS | DN #5063 XTX2-2 IIIA-FULLSIDE-W/1 NS | Rosenberg |
| ABA | XTX2-2 | II-XTXB-FS-5095-NS | DN# 5095 XTX2-2 GEN 2-FULLSIDE-MOD NS | Rosenberg |
| ABA | XTX2-2 | II-XTXB-FS-5136-CL | DN# 5136 XTX2-2 MALE-W/1 CLASSIC CARR | Rosenberg |
| ABA | XTX2-2 | II-XTXB-FS-5145-NS | DN #5145 XTX2-2 II-FULLSIDE-W/1 NS | Rosenberg |
| ABA | XTX2-2 | II-XTXB-FS-5276-NS | DN #5276 XTX2-2 II-FULLSIDE-W/1 NS | Rosenberg |
| ABA | XTX2-2 | II-XTXB-FS-CL | XTX2-2 GEN 2 FULLSIDE-W/1 CLASSIC CARR | Rosenberg |
| ABA | XTX2-2 | II-XTXB-FS-NS | XTX2-2 GEN 2 FULLSIDE-W/1 NS CARRIER | Rosenberg |
| ABA | XTX2-2 | II-XTXB-FS-OC302 | XTX2-2 GEN 2 FULLSIDE-W/1 OC302 | Rosenberg |
| ABA | XTX2-2 | II-XTXB-FS-PANELS | XTX2-2 PANELS (2) IN OLEFIN | Rosenberg |
| ABA | XTX2-2 | II-XTXB-FS-T | XTX2-2 GEN 2 FULLSIDE-TRICOT CARRIER | Rosenberg |
| ABA | XTX2-2 | II-XTXB-FS-Z02 | XTX2-2 GEN 2 FULLSIDE-W/1 Z02 CARRIER | Rosenberg |
| ABA | XTX2-1 | II-XTX-CT-Z | XTREME-X II-CONTOUR-W/1 CARRIER | Rosenberg |
| ABA | XTX2-1 | II-XTX-DN-2369 | DN# 2369 XTREME-X II SHOOT PANEL | Rosenberg |
| ABA | XTX2-1 | II-XTX-F-FS-2807-M | DN# 2807 XTREME-X II-W/1 MESH CARRIER | Rosenberg |
| ABA | XTX2-1 | II-XTX-F-FS-2831-NS | XTX II-FEMALE-W/1 NS CARRIER-NO LOGO | Rosenberg |
| ABA | XTX2-1 | II-XTX-F-FS-2831-Z | XTREME-X II-FEMALE-NO LOGO/STRIPE | Rosenberg |
| ABA | XTX2-1 | II-XTX-F-FS-2831-Z02 | XTREME-X II-FEMALE-NO LOGO/STRIPE | Rosenberg |
| ABA | XTX2-1 | II-XTX-F-FS-2831-Z02 | XTX2-1 II-FEMALE-NO LOGO/STRIPE | Rosenberg |
| ABA | XTX2-1 | II-XTX-F-FS-2948-M02 | DN# 2948 XTX2-1 II-FEMALE-W/1 M02 CARRIE | Rosenberg |
| ABA | XTX2-1 | II-XTX-F-FS-3012-Z02 | DN#3012 XTX2-1-FEMALE-W/1 2002 CARRIER | Rosenberg |
| ABA | XTX2-1 | II-XTX-F-FS-M02 | XTREME-X II-FEMALE-MESH | Rosenberg |
| ABA | XTX2-1 | II-XTX-F-FS-M02 | XTX2-1 II-FEMALE-MESH | Rosenberg |
| ABA | XTX2-1 | II-XTX-F-FS-NS | XTREME-X II-FEMALE-W/1 NS CARRIER | Rosenberg |
| ABA | XTX2-1 | II-XTX-F-FS-NS | XTX2-1 II-FEMALE-W/1 NS CARRIER | Rosenberg |
| ABA | XTX2-1 | II-XTX-F-FS-OC3 | XTREME-X II-FEMALE-W/1 OC3 CARRIER | Rosenberg |
| ABA | XTX2-1 | II-XTX-F-FS-OC302 | XTX2-1 II-FEMALE-W/1 OC302 CARRIER | Rosenberg |

United States of America v. Honeywell International, Inc.     **Exhibit 8**
Expert Report of Joseph Anastasi

**Z Shield Product Identification Spreadsheet**
**Subset of Products Confirmed to Contain Z-Shield**

| Entity | NIJ Model # | Part ID | Reference | Z-Shield Confirmation Source |
|--------|-------------|---------|-----------|------------------------------|
| ABA | XTX2-1 | II-XTX-F-FS-PANELS | XTX2-1 FEM PANELS (2) IN OLEFIN | Rosenberg |
| ABA | XTX2-1 | II-XTX-F-FS-Z | XTREME-X II-FEMALE-W/1 CARRIER | Rosenberg |
| ABA | XTX2-1 | II-XTX-F-FS-Z | XTREME-X SERIES II-FEMALE | Rosenberg |
| ABA | XTX2-1 | II-XTX-F-FS-Z02 | XTREME-X II-FEMALE-W/1 2002 CARRIER | Rosenberg |
| ABA | XTX2-1 | II-XTX-F-FS-Z02 | XTX2-1 II-FEMALE-W/1 2002 CARRIER | Rosenberg |
| ABA | XTX2-1 | II-XTX-FS-2807-M | DN# 2807 XTREME-X II-W/1 MESH CARRIER | Rosenberg |
| ABA | XTX2-1 | II-XTX-FS-2807-M | DN# 2807 XTX2-1 II-W/1 MESH CARRIER | Rosenberg |
| ABA | XTX2-1 | II-XTX-FS-2831-NS | XTX II-FULLSIDE-W/1 NS CARRIER-NO LOGO | Rosenberg |
| ABA | XTX2-1 | II-XTX-FS-2831-Z | XTREME-X II-FULLSIDE-NO LOGO/STRIPE | Rosenberg |
| ABA | XTX2-1 | II-XTX-FS-2831-Z02 | XTREME-X II-FULLSIDE-NO LOGO/STRIPE | Rosenberg |
| ABA | XTX2-1 | II-XTX-FS-2939-M | DN# 2939XTX II-FULLSIDE-W/1 MESH CARRIER | Rosenberg |
| ABA | XTX2-1 | II-XTX-FS-2948-M02 | DN# 2948 XTX2-1 II-FULLSIDE-W/1 M02 CARR | Rosenberg |
| ABA | XTX2-1 | II-XTX-FS-2948-NS | DN# 2948 XTX2-1 II-FULLSIDE-W/1 NS CARR | Rosenberg |
| ABA | XTX2-1 | II-XTX-FS-3012-NS | DN#3012 XTX2-1-FULLSIDE-W/1 CARRIER | Rosenberg |
| ABA | XTX2-1 | II-XTX-FS-3012-Z02 | DN#3012 XTX2-1-FULLSIDE-W/1 2002 CARRIER | Rosenberg |
| ABA | XTX2-1 | II-XTX-FS-5042-NS | DN# 5042 XTREME-X II-FULLSIDE-NS CARRIER | Rosenberg |
| ABA | XTX2-1 | II-XTX-FS-5063-NS | DN #5063 XTX2-1 II-FULLSIDE-W/1 NS | Rosenberg |
| ABA | XTX2-1 | II-XTX-FS-5063-Z02 | DN#5063 XTX2-1 II-FULLSIDE-W/1 Z02 CARR | Rosenberg |
| ABA | XTX2-1 | II-XTX-FS-M02 | XTREME-X II-FULLSIDE-MESH | Rosenberg |
| ABA | XTX2-1 | II-XTX-FS-M02 | XTX2-1 II-FULLSIDE-MESH | Rosenberg |
| ABA | XTX2-1 | II-XTX-FS-NS | XTREME-X II-FULLSIDE-W/1 NS CARRIER | Rosenberg |
| ABA | XTX2-1 | II-XTX-FS-NS | XTX2-1 II-FULLSIDE-W/1 NS CARRIER | Rosenberg |
| ABA | XTX2-1 | II-XTX-FS-OC3 | XTREME-X II-FULLSIDE-W/1 OC3 CARRIER | Rosenberg |
| ABA | XTX2-1 | II-XTX-FS-OC302 | XTX2-1 II-FULLSIDE-W/1 OC302 CARRIER | Rosenberg |
| ABA | XTX2-1 | II-XTX-FS-PANEL | PANEL ONLY (1) XTX-II MALE | Rosenberg |
| ABA | XTX2-1 | II-XTX-FS-PANEL | PANEL ONLY XTX-II MALE | Rosenberg |
| ABA | XTX2-1 | II-XTX-FS-PANELS | XTX2-1 PANEL2 (2) IN OLEFIN | Rosenberg |
| ABA | XTX2-1 | II-XTX-FS-Z | XTREME-X SERIES II-FULLSIDE | Rosenberg |
| ABA | XTX2-1 | II-XTX-FS-Z02 | XTREME-X II-FULLSIDE-W/1 2002 CARRIER | Rosenberg |
| ABA | XTX2-1 | II-XTX-FS-Z02 | XTX2-1 II-FULLSIDE-W/1 2002 CARRIER | Rosenberg |
| ABA | XTZX2-1 | II-XTZX-CT-Z | XT-ZX II-CONTOUR W/2 CARRIERS | Rosenberg |
| ABA | XTZX2-1 | II-XTZX-DN-2369 | DN# 2369 XTREME-ZX II SHOOT PANEL | Rosenberg |
| ABA | XTZX2-1 | II-XTZX-F-FS-1M02 | XT-ZX II-FEMALE W/1 M02 CARRIER | Rosenberg |
| ABA | XTZX2-1 | II-XTZX-F-FS-1NS | XT-ZX II-FEMALE W/1 NS CARRIERS | Rosenberg |
| ABA | XTZX2-1 | II-XTZX-F-FS-1Z | XT-ZX  II-FEMALE W/1 CARRIER | Rosenberg |
| ABA | XTZX2-1 | II-XTZX-F-FS-1Z02 | XT-ZX  II-FEMALE W/1 2002 CARRIER | Rosenberg |
| ABA | XTZX2-1 | II-XTZX-F-FS-2831-1Z | DN#2831 XTZX II-FEMALE W/1 CARRIER | Rosenberg |
| ABA | XTZX2-1 | II-XTZX-F-FS-2831-1Z | XTZX II-FEM. W/1 CARRIER-NO STRIPE/LOGO | Rosenberg |
| ABA | XTZX2-1 | II-XTZX-F-FS-2831-Z | DN#2831 XTZX II-FEMALE W/2 CARRIERS | Rosenberg |
| ABA | XTZX2-1 | II-XTZX-F-FS-2831-Z | XTZX II-FEM. W/2 CARRIERS-NO STRIPE/LOGO | Rosenberg |
| ABA | XTZX2-1 | II-XTZX-F-FS-2831-Z02 | XTZX II-FEM. W/2 CARRIERS-NO STRIPE/LOGO | Rosenberg |
| ABA | XTZX2-1 | II-XTZX-F-FS-5060-NS | DN# 5060 XTZX II-FEMALE W/2 NS CARRIERS | Rosenberg |
| ABA | XTZX2-1 | II-XTZX-F-FS-M02 | XT-ZX II-FEMALE W/2 M02 CARRIERS | Rosenberg |
| ABA | XTZX2-1 | II-XTZX-F-FS-NS | XT-ZX  II-FEMALE W/2 NS CARRIERS | Rosenberg |
| ABA | XTZX2-1 | II-XTZX-F-FS-OC3 | XT-ZX II-FEMALE W/1 OC3 CARRIERS | Rosenberg |
| ABA | XTZX2-1 | II-XTZX-F-FS-OC302 | XT-ZX II-FEMALE W/1 OC302 CARRIER | Rosenberg |
| ABA | XTZX2-1 | II-XTZX-F-FS-PANEL | PANEL (1) ONLY XTZX-II FEMALE-COVERED | Rosenberg |
| ABA | XTZX2-1 | II-XTZX-F-FS-PNLS | PANEL SET (2) ONLY XTZX-II FEMALE | Rosenberg |
| ABA | XTZX2-1 | II-XTZX-F-FS-Z | XT-ZX  II-FEMALE | Rosenberg |
| ABA | XTZX2-1 | II-XTZX-F-FS-Z | XT-ZX  II-FEMALE W/2 CARRIERS | Rosenberg |
| ABA | XTZX2-1 | II-XTZX-F-FS-Z02 | XT-ZX II-FEMALE W/2 2002 CARRIERS | Rosenberg |
| ABA | XTZX2-1 | II-XTZX-FS-1M02 | XT-ZX II-FULLSIDE W/1 M02 CARRIER | Rosenberg |
| ABA | XTZX2-1 | II-XTZX-FS-1NS | XT-ZX II-FULLSIDE W/1 NS CARRIERS | Rosenberg |
| ABA | XTZX2-1 | II-XTZX-FS-1Z | XT-ZX II-FULLSIDE W/1 CARRIER | Rosenberg |
| ABA | XTZX2-1 | II-XTZX-FS-1Z02 | XT-ZX II-FULLSIDE W/1 2002 CARRIER | Rosenberg |
| ABA | XTZX2-1 | II-XTZX-FS-1Z02-FRT | XTZX2-1 FRONT ONLY W/1 Z02 CARRIER | Rosenberg |
| ABA | XTZX2-1 | II-XTZX-FS-2831-1Z | DN#2831 XTZX II-FULLSIDE W/1 CARRIER | Rosenberg |
| ABA | XTZX2-1 | II-XTZX-FS-2831-M | XTZX II-FS W/2 MESH CARRIERS-NO LOGO | Rosenberg |
| ABA | XTZX2-1 | II-XTZX-FS-2831-NS | XTZX II-FULLSIDE W/2 NS CARRIERS-NO LOGO | Rosenberg |
| ABA | XTZX2-1 | II-XTZX-FS-2831-Z | DN#2831 XTZX II-FULLSIDE W/2 CARRIERS | Rosenberg |
| ABA | XTZX2-1 | II-XTZX-FS-2831-Z | XTZX II-FS W/2 CARRIER-NO STRIPE/LOGO | Rosenberg |
| ABA | XTZX2-1 | II-XTZX-FS-2831-Z02 | DO NOT USE - SEE PARTS II-ZX | Rosenberg |
| ABA | XTZX2-1 | II-XTZX-FS-2831-Z02 | XTZX II-FS W/2 CARRIER-NO STRIPE/LOGO | Rosenberg |
| ABA | XTZX2-1 | II-XTZX-FS-2831-Z02 | XTZX II-FS W/2 CARRIER-NO STRIPE/LOGO | Rosenberg |
| ABA | XTZX2-1 | II-XTZX-FS-2869 | DN#2869 XT-ZX II-FULLSIDE W/2 CARRIERS | Rosenberg |

United States of America v. Honeywell International, Inc.                    **Exhibit 8**
Expert Report of Joseph Anastasi

**Z Shield Product Identification Spreadsheet**
**Subset of Products Confirmed to Contain Z-Shield**

| Entity | NIJ Model # | Part ID | Reference | Z-Shield Confirmation Source |
|--------|-------------|---------|-----------|------------------------------|
| ABA | XTZX2-1 | II-XTZX-FS-2948-Z | DN#2948 XT-ZX II-FULLSIDE W/2 CARRIERS | Rosenberg |
| ABA | XTZX2-1 | II-XTZX-FS-2948-Z02 | DN#2948 XT-ZX II-FS W/2 Z02 CARRIERS | Rosenberg |
| ABA | XTZX2-1 | II-XTZX-FS-5063-NS | DN-5063 XTZX II-FULLSIDE W/2 NS CARRIERS | Rosenberg |
| ABA | XTZX2-1 | II-XTZX-FS-5136-M | DN# 5136 XTZX2-1 W/2 CARRIERS W/8X10 PKT | Rosenberg |
| ABA | XTZX2-1 | II-XTZX-FS-M02 | XT-ZX II-FULLSIDE W/2 M02 CARRIERS | Rosenberg |
| ABA | XTZX2-1 | II-XTZX-FS-NS | XT-ZX II-FULLSIDE W/2 NS CARRIERS | Rosenberg |
| ABA | XTZX2-1 | II-XTZX-FS-OC3 | XT-ZX II-FULLSIDE W/1 OC3 CARRIERS | Rosenberg |
| ABA | XTZX2-1 | II-XTZX-FS-OC302 | XT-ZX II-FULLSIDE W/1 OC302 CARRIER | Rosenberg |
| ABA | XTZX2-1 | II-XTZX-FS-PANEL | PANEL (1) ONLY XTZX-II MALE | Rosenberg |
| ABA | XTZX2-1 | II-XTZX-FS-PANEL | PANEL ONLY XTZX-II MALE | Rosenberg |
| ABA | XTZX2-1 | II-XTZX-FS-PNLS | PANEL SET (2) ONLY XTZX-II MALE | Rosenberg |
| ABA | XTZX2-1 | II-XTZX-FS-Z | XT-ZX II-FULLSIDE W/2 CARRIERS | Rosenberg |
| ABA | XTZX2-1 | II-XTZX-FS-Z02 | XT-ZX II-FULLSIDE W/2 2002 CARRIERS | Rosenberg |
| ABA | XTZX2-1 | II-XTZX-FS-Z-BACK | BACK ONLY XTZX II-FS-1 CARRIER | Rosenberg |
| ABA | XTZX2-1 | II-XTZX-FS-Z-FRT | FRONT ONLY XTZX II-FS-1 CARRIER | Rosenberg |
| ABA | XTZX2-1 | II-ZX-F-FS-1NS | XT-ZX II-FEMALE W/1 NS CARRIER | Rosenberg |
| ABA | XTZX2-1 | II-ZX-F-FS-1OC302 | XT-ZX II-FEMALE W/1 OC302 CARRIER | Rosenberg |
| ABA | XTZX2-1 | II-ZX-F-FS-2NS | XT-ZX II-FEMALE W/2 NS CARRIERS | Rosenberg |
| ABA | XTZX2-1 | II-ZX-FS-1NS | XT-ZX II-FULLSIDE W/1 NS CARRIERS | Rosenberg |
| ABA | XTZX2-1 | II-ZX-FS-1OC302 | XT-ZX II-FULLSIDE W/1 OC302 CARRIER | Rosenberg |
| ABA | XTZX2-1 | II-ZX-FS-2NS | XT-ZX II-FULLSIDE W/2 NS CARRIERS | Rosenberg |
| ABA | XTZX2-1 | II-ZX-FS-2OC302 | XT-ZX II-FULLSIDE W/2 OC302 CARRIERS | Rosenberg |
| ABA | XTZX2-1 | II-ZX-TAC-FS-CD | XT-ZX II TAC-FS CORDURA | Rosenberg |
| PRO | FEDAGNT-1 | P-HFA3-1XRRR-FNK-1151 | MPC - P-HFA3-1XRRR-FNK-1151 | Rosenberg |
| PRO | FEDAGNT-1 | P-HFA3-LGRRR-FNK-1151 | MPC - P-HFA3-LGRRR-FNK-1151 | Rosenberg |
| PRO | FEDAGNT-1 | P-HFA3-LGRSS-FNK-1151 | MPC - P-HFA3-LGRSS-FNK-1151 | Rosenberg |
| PRO | FEDAGNT-1 | P-HFA3-MMRRR-FNK-1151 | MPC - P-HFA3-MMRRR-FNK-1151 | Rosenberg |
| PRO | FEDAGNT-1 | P-HFA3-MMRSS-FNK-1151 | MPC - P-HFA3-MMRSS-FNK-1151 | Rosenberg |
| PRO | FEDAGNT-1 | P-HFA3-SMRRR-FNK-1151 | MPC - P-HFA3-SMRRR-FNK-1151 | Rosenberg |
| PRO | FEDAGNT-1 | P-HFA3-SMRSS-FNK-1151 | MPC - P-HFA3-SMRSS-FNK-1151 | Rosenberg |
| SAF | CBIIA/3-4.6 | S-BM13-LRGER-CCB | MPC - S-BM13-LRGER-CCB | Rosenberg |
| SAF | PII-4.4 | S-BPB2-L+1S--HMT | MPC - S-BPB2-L+1S--HMT | Rosenberg |
| SAF | PII-4.4 | S-BPB2-L+1SL-HMT | MPC - S-BPB2-L+1SL-HMT | Rosenberg |
| SAF | PII-4.4 | S-BPB2-LRGEL-HMT | MPC - S-BPB2-LRGEL-HMT | Rosenberg |
| SAF | PII-4.4 | S-BPB2-LRGER-HMB | MPC - S-BPB2-LRGER-HMB | Rosenberg |
| SAF | PII-4.4 | S-BPB2-LRGER-HMT | MPC - S-BPB2-LRGER-HMT | Rosenberg |
| SAF | PII-4.4 | S-BPB2-LRGES-HMT | MPC - S-BPB2-LRGES-HMT | Rosenberg |
| SAF | PII-4.4 | S-BPB2-MEDMR-HMT | MPC - S-BPB2-MEDMR-HMT | Rosenberg |
| SAF | PII-4.4 | S-BPB2-X+1SR-HMT | MPC - S-BPB2-X+1SR-HMT | Rosenberg |
| SAF | PII-4.4 | S-BPB2-X+2SR-HMT | MPC - S-BPB2-X+2SR-HMT | Rosenberg |
| SAF | PII-4.4 | S-BPB2-X+3S--HMK | MPC - S-BPB2-X+3S--HMK | Rosenberg |
| SAF | PII-4.4 | S-BPB2-X-1S--HMT | MPC - S-BPB2-X-1S--HMT | Rosenberg |
| SAF | PIIIA-4.5 | S-BPB3-MEDMR-CMK | MPC - S-BPB3-MEDMR-CMK | Rosenberg |
| SAF | PII-6.0 | S-BPD2-MEDMR-CMK | MPC - S-BPD2-MEDMR-CMK | Rosenberg |
| SAF | PII-6.0 | S-BPD2-MEDMR-CMW | MPC - S-BPD2-MEDMR-CMW | Rosenberg |
| SAF | PII-4.4 | S-FPB2-3230R-ZSB | MPC - S-FPB2-3230R-ZSB | Rosenberg |
| SAF | PII-4.4 | S-FPB2-3630S-ZSB | MPC - S-FPB2-3630S-ZSB | Rosenberg |
| SAF | PII-4.4 | S-FPB2-3630S-ZST | MPC - FPB2-3630S-ZST | Rosenberg |
| SAF | PII-4.4 | S-FPB2-4034L-ZSB | MPC - S-FPB2-4034L-ZSB | Rosenberg |
| SAF | PII-4.4 | S-FPB2-4038P-ZSB | MPC - S-FPB2-4038P-ZSB | Rosenberg |
| SAF | PII-4.4 | S-FPB2-4038S-ZSB | MPC - S-FPB2-4038S-ZSB | Rosenberg |
| SAF | PII-4.4 | S-FPB2-4836S-ZSK | MPC - S-FPB2-4836S-ZSK | Rosenberg |
| SAF | PIIIA-4.5 | S-FPB3-3630S-ZSK | MPC - S-FPB3-3630S-ZSK | Rosenberg |
| SAF | PIIIA-4.5 | S-FPB3-3632P-ZSB | MPC - S-FPB3-3632P-ZSB | Rosenberg |
| SAF | PIIIA-4.5 | S-FPB3-3632R-ZSB | MPC - S-FPB3-3632R-ZSB | Rosenberg |
| SAF | PIIIA-4.5 | S-FPB3-3632S-ZSB | MPC - S-FPB3-3632S-ZSB | Rosenberg |
| SAF | PIIIA-4.5 | S-FPB3-3634R-ZSB | MPC - S-FPB3-3634R-ZSB | Rosenberg |
| SAF | PIIIA-4.5 | S-FPB3-3636R-ZSB | MPC - S-FPB3-3636R-ZSB | Rosenberg |
| SAF | PIIIA-4.5 | S-FPB3-3636S-ZSB | MPC - S-FPB3-3636S-ZSB | Rosenberg |
| SAF | PIIIA-4.5 | S-FPB3-3638R-ZSB | MPC - S-FPB3-3638R-ZSB | Rosenberg |
| SAF | PIIIA-4.5 | S-FPB3-3638S-ZSK | MPC - S-FPB3-3638S-ZSK | Rosenberg |
| SAF | PIIIA-4.5 | S-FPB3-4030S-ZSB | MPC - S-FPB3-4030S-ZSB | Rosenberg |
| SAF | PIIIA-4.5 | S-FPB3-4032S-ZSB | MPC - S-FPB3-4032S-ZSB | Rosenberg |
| SAF | PIIIA-4.5 | S-FPB3-4034L-ZSB | MPC - S-FPB3-4034L-ZSB | Rosenberg |
| SAF | PIIIA-4.5 | S-FPB3-4034L-ZSK | MPC - S-FPB3-4034L-ZSK | Rosenberg |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

**Exhibit 8**

**Z Shield Product Identification Spreadsheet**
**Subset of Products Confirmed to Contain Z-Shield**

| Entity | NIJ Model # | Part ID | Reference | Z-Shield Confirmation Source |
|---|---|---|---|---|
| SAF | PIIIA-4.5 | S-FPB3-4034R-ZSB | MPC - S-FPB3-4034R-ZSB | Rosenberg |
| SAF | PIIIA-4.5 | S-FPB3-4034R-ZSK | MPC - S-FPB3-4034R-ZSK | Rosenberg |
| SAF | PIIIA-4.5 | S-FPB3-4036R-ZSB | MPC - S-FPB3-4036R-ZSB | Rosenberg |
| SAF | PIIIA-4.5 | S-FPB3-4036S-ZSB | MPC - S-FPB3-4036S-ZSB | Rosenberg |
| SAF | PIIIA-4.5 | S-FPB3-4038S-ZSB | MPC - S-FPB3-4038S-ZSB | Rosenberg |
| SAF | PIIIA-4.5 | S-FPB3-4038X-ZSK | MPC - S-FPB3-4038X-ZSK | Rosenberg |
| SAF | PIIIA-4.5 | S-FPB3-4040S-ZSB | MPC - S-FPB3-4040S-ZSB | Rosenberg |
| SAF | PIIIA-4.5 | S-FPB3-4040S-ZSK | MPC - S-FPB3-4040S-ZSK | Rosenberg |
| SAF | PIIIA-4.5 | S-FPB3-4042S-ZSB | MPC - S-FPB3-4042S-ZSB | Rosenberg |
| SAF | PIIIA-4.5 | S-FPB3-4044S-ZSB | MPC - S-FPB3-4044S-ZSB | Rosenberg |
| SAF | PIIIA-4.5 | S-FPB3-4440R-ZSB | MPC - S-FPB3-4440R-ZSB | Rosenberg |
| SAF | PIIIA-4.5 | S-FPB3-4442R-ZSK | MPC - S-FPB3-4442R-ZSK | Rosenberg |
| SAF | PIIIA-4.5 | S-FPB3-4444S-ZSK | MPC - S-FPB3-4444S-ZSK | Rosenberg |
| SAF | PIIIA-4.5 | S-FPB3-4446R-ZSK | MPC - S-FPB3-4446R-ZSK | Rosenberg |
| SAF | PIIIA-4.5 | S-FPB3-4840L-ZSW | MPC - FPB3-4840L-ZSW | Rosenberg |
| SAF | PIIIA-4.5 | S-FPB3-4840X-ZSB | MPC - S-FPB3-4840X-ZSB | Rosenberg |
| SAF | PIIIA-4.5 | S-FPB3-4842R-ZSB | MPC - S-FPB3-4842R-ZSB | Rosenberg |
| SAF | PIIIA-4.5 | S-FPB3-4844L-ZSK | MPC - S-FPB3-4844L-ZSK | Rosenberg |
| SAF | PIIIA-4.5 | S-FPB3-4850L-ZSB | MPC - S-FPB3-4850L-ZSB | Rosenberg |
| SAF | PII-6.0 | S-FPD2-3228P-ZST | MPC - S-FPD2-3228P-ZST | Rosenberg |
| SAF | PII-6.0 | S-FPD2-3628S-ZSB | MPC - S-FPD2-3628S-ZSB | Rosenberg |
| SAF | PII-6.0 | S-FPD2-3630P-ZST | MPC - S-FPD2-3630P-ZST | Rosenberg |
| SAF | PII-6.0 | S-FPD2-3630S-ZSK | MPC - S-FPD2-3630S-ZSK | Rosenberg |
| SAF | PII-6.0 | S-FPD2-3636L-ZSB | MPC - S-FPD2-3636L-ZSB | Rosenberg |
| SAF | PII-6.0 | S-FPD2-3638S-ZSB | MPC - S-FPD2-3638S-ZSB | Rosenberg |
| SAF | PII-6.0 | S-FPD2-4034R-ZSB | MPC - S-FPD2-4034R-ZSB | Rosenberg |
| SAF | PII-6.0 | S-FPD2-4034S-ZSB | MPC - S-FPD2-4034S-ZSB | Rosenberg |
| SAF | PII-6.0 | S-FPD2-4038P-ZSK | MPC - S-FPD2-4038P-ZSK | Rosenberg |
| SAF | PII-6.0 | S-FPD2-4044L-ZSF | MPC - S-FPD2-4044L-ZSF | Rosenberg |
| SAF | PII-6.0 | S-FPD2-4834R-ZST | MPC - S-FPD2-4834R-ZST | Rosenberg |
| SAF | PII-6.0 | S-FPD2-4838P-ZST | MPC - S-FPD2-4838P-ZST | Rosenberg |
| SAF | PII-6.0 | S-FPD2-5244R-ZST | MPC - S-FPD2-5244R-ZST | Rosenberg |
| SAF | CBIIA/3-4.6 | S-MM13-0046S-000 | MPC - S-MM13-0046S-000 | Rosenberg |
| SAF | PIIA-4.1 | S-MPB1-0040R-ZSB | MPC - MPB1-0040R-ZSB | Rosenberg |
| SAF | PIIA-4.1 | S-MPB1-0044R-ZSK | MPC - S-MPB1-0044R-ZSK | Rosenberg |
| SAF | PII-4.4 | S-MPB2-0032L-ZSB | MPC - S-MPB2-0032L-ZSB | Rosenberg |
| SAF | PII-4.4 | S-MPB2-0032L-ZSK | MPC - S-MPB2-0032L-ZSK | Rosenberg |
| SAF | PII-4.4 | S-MPB2-0032R-ZSB | MPC - S-MPB2-0032R-ZSB | Rosenberg |
| SAF | PII-4.4 | S-MPB2-0032S-ZSB | MPC - S-MPB2-0032S-ZSB | Rosenberg |
| SAF | PII-4.4 | S-MPB2-0032X-ZSB | MPC - S-MPB2-0032X-ZSB | Rosenberg |
| SAF | PII-4.4 | S-MPB2-0032Z-ZSK | MPC - MPB2-0032Z-ZSK | Rosenberg |
| SAF | PII-4.4 | S-MPB2-0034L-ZSB | MPC - S-MPB2-0034L-ZSB | Rosenberg |
| SAF | PII-4.4 | S-MPB2-0034R-ZSB | MPC - S-MPB2-0034R-ZSB | Rosenberg |
| SAF | PII-4.4 | S-MPB2-0034R-ZSB | MPC - S-MPB2-0034R-ZSB | Rosenberg |
| SAF | PII-4.4 | S-MPB2-0034R-ZSK | MPC - S-MPB2-0034R-ZSK | Rosenberg |
| SAF | PII-4.4 | S-MPB2-0034S-ZSW | MPC - MPB2-0034S-ZSW | Rosenberg |
| SAF | PII-4.4 | S-MPB2-0034X-ZSB | MPC - S-MPB2-0034X-ZSB | Rosenberg |
| SAF | PII-4.4 | S-MPB2-0034X-ZSK | MPC - MPB2-0034X-ZSK | Rosenberg |
| SAF | PII-4.4 | S-MPB2-0036L-ZSB | MPC - S-MPB2-0036L-ZSB | Rosenberg |
| SAF | PII-4.4 | S-MPB2-0036L-ZSK | MPC - S-MPB2-0036L-ZSK | Rosenberg |
| SAF | PII-4.4 | S-MPB2-0036R-ZSB | MPC - S-MPB2-0036R-ZSB | Rosenberg |
| SAF | PII-4.4 | S-MPB2-0036R-ZSK | MPC - S-MPB2-0036R-ZSK | Rosenberg |
| SAF | PII-4.4 | S-MPB2-0036R-ZSW | MPC - MPB2-0036R-ZSW | Rosenberg |
| SAF | PII-4.4 | S-MPB2-0036S-ZSB | MPC - S-MPB2-0036S-ZSB | Rosenberg |
| SAF | PII-4.4 | S-MPB2-0036S-ZSK | MPC - S-MPB2-0036S-ZSK | Rosenberg |
| SAF | PII-4.4 | S-MPB2-0036X-ZSK | MPC - MPB2-0036X-ZSK | Rosenberg |
| SAF | PII-4.4 | S-MPB2-0038L-ZSB | MPC - S-MPB2-0038L-ZSB | Rosenberg |
| SAF | PII-4.4 | S-MPB2-0038L-ZSK | MPC - MPB2-0038L-ZSK | Rosenberg |
| SAF | PII-4.4 | S-MPB2-0038R-ZSB | MPC - S-MPB2-0038R-ZSB | Rosenberg |
| SAF | PII-4.4 | S-MPB2-0038R-ZSK | MPC - MPB2-0038R-ZSK | Rosenberg |
| SAF | PII-4.4 | S-MPB2-0038R-ZSK | MPC - S-MPB2-0038R-ZSK | Rosenberg |
| SAF | PII-4.4 | S-MPB2-0038S-ZSB | MPC - S-MPB2-0038S-ZSB | Rosenberg |
| SAF | PII-4.4 | S-MPB2-0038S-ZSK | MPC - S-MPB2-0038S-ZSK | Rosenberg |
| SAF | PII-4.4 | S-MPB2-0040L-ZSB | MPC - S-MPB2-0040L-ZSB | Rosenberg |

United States of America v. Honeywell International, Inc.

Expert Report of Joseph Anastasi

**Exhibit 8**

**Z Shield Product Identification Spreadsheet**
**Subset of Products Confirmed to Contain Z-Shield**

| Entity | NIJ Model # | Part ID | Reference | Z-Shield Confirmation Source |
|--------|-------------|---------|-----------|------------------------------|
| SAF | PII-4.4 | S-MPB2-0040R-ZSB | MPC - S-MPB2-0040R-ZSB | Rosenberg |
| SAF | PII-4.4 | S-MPB2-0040R-ZSK | MPC - S-MPB2-0040R-ZSK | Rosenberg |
| SAF | PII-4.4 | S-MPB2-0040R-ZSK | MPC - MPB2-0040R-ZSK | Rosenberg |
| SAF | PII-4.4 | S-MPB2-0040R-ZST | MPC - S-MPB2-0040R-ZST | Rosenberg |
| SAF | PII-4.4 | S-MPB2-0040S-ZSB | MPC - S-MPB2-0040S-ZSB | Rosenberg |
| SAF | PII-4.4 | S-MPB2-0040S-ZSK | MPC - S-MPB2-0040S-ZSK | Rosenberg |
| SAF | PII-4.4 | S-MPB2-0040S-ZSW | MPC - MPB2-0040S-ZSW | Rosenberg |
| SAF | PII-4.4 | S-MPB2-0040X-ZSK | MPC - S-MPB2-0040X-ZSK | Rosenberg |
| SAF | PII-4.4 | S-MPB2-0042L-ZSB | MPC - S-MPB2-0042L-ZSB | Rosenberg |
| SAF | PII-4.4 | S-MPB2-0042L-ZSK | MPC - MPB2-0042L-ZSK | Rosenberg |
| SAF | PII-4.4 | S-MPB2-0042L-ZSK | MPC - S-MPB2-0042L-ZSK | Rosenberg |
| SAF | PII-4.4 | S-MPB2-0042L-ZSW | MPC - MPB2-0042L-ZSW | Rosenberg |
| SAF | PII-4.4 | S-MPB2-0042R-ZSB | MPC - S-MPB2-0042R-ZSB | Rosenberg |
| SAF | PII-4.4 | S-MPB2-0042R-ZSK | MPC - S-MPB2-0042R-ZSK | Rosenberg |
| SAF | PII-4.4 | S-MPB2-0042R-ZSK | MPC - MPB2-0042R-ZSK | Rosenberg |
| SAF | PII-4.4 | S-MPB2-0042R-ZSW | MPC - S-MPB2-0042R-ZSW | Rosenberg |
| SAF | PII-4.4 | S-MPB2-0042S-ZSK | MPC - MPB2-0042S-ZSK | Rosenberg |
| SAF | PII-4.4 | S-MPB2-0042X-ZSB | MPC - S-MPB2-0042X-ZSB | Rosenberg |
| SAF | PII-4.4 | S-MPB2-0042X-ZSK | MPC - S-MPB2-0042X-ZSK | Rosenberg |
| SAF | PII-4.4 | S-MPB2-0044L-ZSB | MPC - S-MPB2-0044L-ZSB | Rosenberg |
| SAF | PII-4.4 | S-MPB2-0044L-ZSK | MPC - MPB2-0044L-ZSK | Rosenberg |
| SAF | PII-4.4 | S-MPB2-0044L-ZSW | MPC - MPB2-0044L-ZSW | Rosenberg |
| SAF | PII-4.4 | S-MPB2-0044R-ZSB | MPC - S-MPB2-0044R-ZSB | Rosenberg |
| SAF | PII-4.4 | S-MPB2-0044R-ZSK | MPC - S-MPB2-0044R-ZSK | Rosenberg |
| SAF | PII-4.4 | S-MPB2-0044X-ZSK | MPC - S-MPB2-0044X-ZSK | Rosenberg |
| SAF | PII-4.4 | S-MPB2-0046R-ZSB | MPC - S-MPB2-0046R-ZSB | Rosenberg |
| SAF | PII-4.4 | S-MPB2-0046R-ZSK | MPC - S-MPB2-0046R-ZSK | Rosenberg |
| SAF | PII-4.4 | S-MPB2-0046R-ZSW | MPC - S-MPB2-0046R-ZSW | Rosenberg |
| SAF | PII-4.4 | S-MPB2-0048L-ZSB | MPC - S-MPB2-0048L-ZSB | Rosenberg |
| SAF | PII-4.4 | S-MPB2-0048L-ZSW | MPC - MPB2-0048L-ZSW | Rosenberg |
| SAF | PII-4.4 | S-MPB2-0048X-ZSB | MPC - S-MPB2-0048X-ZSB | Rosenberg |
| SAF | PII-4.4 | S-MPB2-0048X-ZSB | MPC - S-MPB2-0048X-ZSB | Rosenberg |
| SAF | PII-4.4 | S-MPB2-0050L-ZSW | MPC - MPB2-0050L-ZSW | Rosenberg |
| SAF | PII-4.4 | S-MPB2-0052L-ZSB | MPC - S-MPB2-0052L-ZSB | Rosenberg |
| SAF | PII-4.4 | S-MPB2-0052L-ZSK | MPC - S-MPB2-0052L-ZSK | Rosenberg |
| SAF | PII-4.4 | S-MPB2-0054L-ZSK | MPC - S-MPB2-0054L-ZSK | Rosenberg |
| SAF | PII-4.4 | S-MPB2-0056L-ZSW | MPC - MPB2-0056L-ZSW | Rosenberg |
| SAF | PII-4.4 | S-MPB2-0058R-ZSW | MPC - MPB2-0058R-ZSW | Rosenberg |
| SAF | | S-MPB3-0028X-ZSK | MPC - S-MPB3-0028X-ZSK | Rosenberg |
| SAF | | S-MPB3-0030L-ZSK | MPC - S-MPB3-0030L-ZSK | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0030P-ZSK | MPC - S-MPB3-0030P-ZSK | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0030S-ZSK | MPC - S-MPB3-0030S-ZSK | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0032L-ZSK | MPC - MPB3-0032L-ZSK | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0032R-ZSB | MPC - S-MPB3-0032R-ZSB | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0032R-ZSK | MPC - S-MPB3-0032R-ZSK | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0032R-ZSK | MPC - MPB3-0032R-ZSK | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0032S-ZSB | MPC - S-MPB3-0032S-ZSB | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0032S-ZSK | MPC - MPB3-0032S-ZSK | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0032S-ZSK | MPC - MPB3-0032S-ZSK | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0032X-ZSK | MPC - S-MPB3-0032X-ZSK | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0034L-ZSB | MPC - S-MPB3-0034L-ZSB | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0034L-ZSK | MPC - MPB3-0034L-ZSK | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0034L-ZSK | MPC - MPB3-0034L-ZSK | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0034R-ZSB | MPC - S-MPB3-0034R-ZSB | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0034R-ZSK | MPC - MPB3-0034R-ZSK | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0034S-ZSK | MPC - MPB3-0034S-ZSK | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0034S-ZSK | MPC - MPB3-0034S-ZSK | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0034X-ZSB | MPC - MPB3-0034X-ZSB | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0034X-ZSK | MPC - S-MPB3-0034X-ZSK | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0036L-ZSK | MPC - S-MPB3-0036L-ZSK | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0036P-ZSK | MPC - MPB3-0036P-ZSK | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0036R-ZSB | MPC - S-MPB3-0036R-ZSB | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0036R-ZSB | MPC - MPB3-0036R-ZSB | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0036R-ZSK | MPC - MPB3-0036R-ZSK | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0036S-ZSB | MPC - S-MPB3-0036S-ZSB | Rosenberg |

United States of America v. Honeywell International, Inc.        **Exhibit 8**
Expert Report of Joseph Anastasi

**Z Shield Product Identification Spreadsheet**
**Subset of Products Confirmed to Contain Z-Shield**

| Entity | NIJ Model # | Part ID | Reference | Z-Shield Confirmation Source |
|--------|-------------|---------|-----------|------------------------------|
| SAF | PIIIA-4.5 | S-MPB3-0036S-ZSK | MPC - MPB3-0036S-ZSK | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0036S-ZSK | MPC - S-MPB3-0036S-ZSK | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0036X-ZSB | MPC - S-MPB3-0036X-ZSB | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0036X-ZSK | MPC - S-MPB3-0036X-ZSK | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0036X-ZSK | MPC - MPB3-0036X-ZSK | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0036X-ZST | MPC - MPB3-0036X-ZST | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0038L-ZSB | MPC - S-MPB3-0038L-ZSB | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0038L-ZSK | MPC - S-MPB3-0038L-ZSK | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0038P-ZSB | MPC - S-MPB3-0038P-ZSB | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0038P-ZSK | MPC - MPB3-0038P-ZSK | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0038R-ZSB | MPC - S-MPB3-0038R-ZSB | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0038R-ZSK | MPC - MPB3-0038R-ZSK | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0038R-ZSW | MPC - S-MPB3-0038R-ZSW | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0038S-ZSB | MPC - S-MPB3-0038S-ZSB | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0038S-ZSK | MPC - MPB3-0038S-ZSK | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0038S-ZSW | MPC - MPB3-0038S-ZSW | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0038X-ZSB | MPC - S-MPB3-0038X-ZSB | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0038X-ZSB | MPC - MPB3-0038X-ZSB | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0038X-ZSK | MPC - S-MPB3-0038X-ZSK | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0038X-ZSK | MPC - MPB3-0038X-ZSK | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0038X-ZST | MPC - MPB3-0038X-ZST | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0038Z-ZSW | MPC - MPB3-0038Z-ZSW | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0040L-ZSB | MPC - S-MPB3-0040L-ZSB | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0040L-ZSB | MPC - MPB3-0040L-ZSB | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0040L-ZSK | MPC - MPB3-0040L-ZSK | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0040R-ZSB | MPC - S-MPB3-0040R-ZSB | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0040R-ZSK | MPC - S-MPB3-0040R-ZSK | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0040R-ZSK | MPC - MPB3-0040R-ZSK | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0040S-ZSB | MPC - S-MPB3-0040S-ZSB | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0040S-ZSK | MPC - S-MPB3-0040S-ZSK | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0040S-ZSW | MPC - S-MPB3-0040S-ZSW | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0040X-ZSB | MPC - S-MPB3-0040X-ZSB | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0040X-ZSB | MPC - MPB3-0040X-ZSB | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0040X-ZSK | MPC - S-MPB3-0040X-ZSK | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0040X-ZSK | MPC - MPB3-0040X-ZSK | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0040Z-ZSK | MPC - MPB3-0040Z-ZSK | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0042L-ZSB | MPC - S-MPB3-0042L-ZSB | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0042L-ZSK | MPC - MPB3-0042L-ZSK | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0042L-ZST | MPC - S-MPB3-0042L-ZST | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0042R-ZSB | MPC - S-MPB3-0042R-ZSB | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0042R-ZSK | MPC - MPB3-0042R-ZSK | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0042R-ZST | MPC - MPB3-0042R-ZST | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0042S-ZSB | MPC - S-MPB3-0042S-ZSB | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0042S-ZSK | MPC - MPB3-0042S-ZSK | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0042X-ZSB | MPC - S-MPB3-0042X-ZSB | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0044L-ZSB | MPC - S-MPB3-0044L-ZSB | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0044L-ZSK | MPC - S-MPB3-0044L-ZSK | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0044R-ZSB | MPC - S-MPB3-0044R-ZSB | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0044R-ZSK | MPC - MPB3-0044R-ZSK | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0044S-GSK | MPC - MPB3-0044S-GSK | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0044S-ZSB | MPC - MPB3-0044S-ZSB | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0044S-ZSK | MPC - MPB3-0044S-ZSK | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0044X-ZSK | MPC - S-MPB3-0044X-ZSK | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0044X-ZST | MPC - MPB3-0044X-ZST | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0046L-ZSB | MPC - S-MPB3-0046L-ZSB | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0046R-ZSB | MPC - S-MPB3-0046R-ZSB | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0046R-ZSK | MPC - MPB3-0046R-ZSK | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0046S-ZSB | MPC - S-MPB3-0046S-ZSB | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0048L-ZSB | MPC - S-MPB3-0048L-ZSB | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0048L-ZSK | MPC - MPB3-0048L-ZSK | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0048R-ZSK | MPC - MPB3-0048R-ZSK | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0048S-ZSK | MPC - S-MPB3-0048S-ZSK | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0048X-ZSB | MPC - S-MPB3-0048X-ZSB | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0048Z-ZSB | MPC - MPB3-0048Z-ZSB | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0050L-ZSB | MPC - S-MPB3-0050L-ZSB | Rosenberg |

United States of America v. Honeywell International, Inc.

**Exhibit 8**

Expert Report of Joseph Anastasi

**Z Shield Product Identification Spreadsheet**
**Subset of Products Confirmed to Contain Z-Shield**

| Entity | NIJ Model # | Part ID | Reference | Z-Shield Confirmation Source |
|---|---|---|---|---|
| SAF | PIIIA-4.5 | S-MPB3-0050L-ZSK | MPC - S-MPB3-0050L-ZSK | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0050L-ZSW | MPC - MPB3-0050L-ZSW | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0050R-ZSK | MPC - MPB3-0050R-ZSK | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0050X-ZSB | MPC - S-MPB3-0050X-ZSB | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0052L-ZSB | MPC - S-MPB3-0052L-ZSB | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0052P-ZSB | MPC - S-MPB3-0052P-ZSB | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0052S-ZSB | MPC - S-MPB3-0052S-ZSB | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0056R-ZSK | MPC - S-MPB3-0056R-ZSK | Rosenberg |
| SAF | PIIIA-4.5 | S-MPB3-0060R-ZSB | MPC - S-MPB3-0060R-ZSB | Rosenberg |
| SAF | PIIA-6.1 | S-MPD1-0044Z-ZST | MPC - S-MPD1-0044Z-ZST | Rosenberg |
| SAF | PII-6.0 | S-MPD2-0030L-ZST | MPC - S-MPD2-0030L-ZST | Rosenberg |
| SAF | PII-6.0 | S-MPD2-0030R-ZSB | MPC - S-MPD2-0030R-ZSB | Rosenberg |
| SAF | PII-6.0 | S-MPD2-0030S-ZSB | MPC - S-MPD2-0030S-ZSB | Rosenberg |
| SAF | PII-6.0 | S-MPD2-0032R-ZSB | MPC - S-MPD2-0032R-ZSB | Rosenberg |
| SAF | PII-6.0 | S-MPD2-0032R-ZST | MPC - S-MPD2-0032R-ZST | Rosenberg |
| SAF | PII-6.0 | S-MPD2-0032S-ZSK | MPC - S-MPD2-0032S-ZSK | Rosenberg |
| SAF | PII-6.0 | S-MPD2-0034L-ZSK | MPC - S-MPD2-0034L-ZSK | Rosenberg |
| SAF | PII-6.0 | S-MPD2-0034R-ZSB | MPC - S-MPD2-0034R-ZSB | Rosenberg |
| SAF | PII-6.0 | S-MPD2-0034R-ZST | MPC - S-MPD2-0034R-ZST | Rosenberg |
| SAF | PII-6.0 | S-MPD2-0034S-ZSK | MPC - S-MPD2-0034S-ZSK | Rosenberg |
| SAF | PII-6.0 | S-MPD2-0036L-ZSB | MPC - S-MPD2-0036L-ZSB | Rosenberg |
| SAF | PII-6.0 | S-MPD2-0036L-ZSK | MPC - S-MPD2-0036L-ZSK | Rosenberg |
| SAF | PII-6.0 | S-MPD2-0036L-ZST | MPC - S-MPD2-0036L-ZST | Rosenberg |
| SAF | PII-6.0 | S-MPD2-0036R-ZSB | MPC - S-MPD2-0036R-ZSB | Rosenberg |
| SAF | PII-6.0 | S-MPD2-0036R-ZST | MPC - S-MPD2-0036R-ZST | Rosenberg |
| SAF | PII-6.0 | S-MPD2-0036--ZSB | MPC - S-MPD2-0036--ZSB | Rosenberg |
| SAF | PII-6.0 | S-MPD2-0036--ZSK | MPC - S-MPD2-0036--ZSK | Rosenberg |
| SAF | PII-6.0 | S-MPD2-0038L-ZSK | MPC - S-MPD2-0038L-ZSK | Rosenberg |
| SAF | PII-6.0 | S-MPD2-0038R-ZSB | MPC - S-MPD2-0038R-ZSB | Rosenberg |
| SAF | PII-6.0 | S-MPD2-0038R-ZSK | MPC - S-MPD2-0038R-ZSK | Rosenberg |
| SAF | PII-6.0 | S-MPD2-0038R-ZST | MPC - S-MPD2-0038R-ZST | Rosenberg |
| SAF | PII-6.0 | S-MPD2-0038S-ZSB | MPC - S-MPD2-0038S-ZSB | Rosenberg |
| SAF | PII-6.0 | S-MPD2-0038S-ZSK | MPC - S-MPD2-0038S-ZSK | Rosenberg |
| SAF | PII-6.0 | S-MPD2-0038S-ZST | MPC - S-MPD2-0038S-ZST | Rosenberg |
| SAF | PII-6.0 | S-MPD2-0040L-ZSK | MPC - S-MPD2-0040L-ZSK | Rosenberg |
| SAF | PII-6.0 | S-MPD2-0040R-ZSK | MPC - S-MPD2-0040R-ZSK | Rosenberg |
| SAF | PII-6.0 | S-MPD2-0040R-ZSK | MPC - S-MPD2-0040R-ZSK | Rosenberg |
| SAF | PII-6.0 | S-MPD2-0040R-ZST | MPC - S-MPD2-0040R-ZST | Rosenberg |
| SAF | PII-6.0 | S-MPD2-0042L-ZSK | MPC - S-MPD2-0042L-ZSK | Rosenberg |
| SAF | PII-6.0 | S-MPD2-0042P-ZSK | MPC - S-MPD2-0042P-ZSK | Rosenberg |
| SAF | PII-6.0 | S-MPD2-0042R-ZSK | MPC - S-MPD2-0042R-ZSK | Rosenberg |
| SAF | PII-6.0 | S-MPD2-0042R-ZSK | MPC - S-MPD2-0042R-ZSK | Rosenberg |
| SAF | PII-6.0 | S-MPD2-0042R-ZST | MPC - S-MPD2-0042R-ZST | Rosenberg |
| SAF | PII-6.0 | S-MPD2-0042X-ZSK | MPC - S-MPD2-0042X-ZSK | Rosenberg |
| SAF | PII-6.0 | S-MPD2-0042X-ZST | MPC - S-MPD2-0042X-ZST | Rosenberg |
| SAF | PII-6.0 | S-MPD2-0044L-ZSB | MPC - S-MPD2-0044L-ZSB | Rosenberg |
| SAF | PII-6.0 | S-MPD2-0044L-ZSK | MPC - S-MPD2-0044L-ZSK | Rosenberg |
| SAF | PII-6.0 | S-MPD2-0044R-ZSB | MPC - S-MPD2-0044R-ZSB | Rosenberg |
| SAF | PII-6.0 | S-MPD2-0044R-ZSK | MPC - S-MPD2-0044R-ZSK | Rosenberg |
| SAF | PII-6.0 | S-MPD2-0044S-ZSK | MPC - S-MPD2-0044S-ZSK | Rosenberg |
| SAF | PII-6.0 | S-MPD2-0044X-ZSK | MPC - S-MPD2-0044X-ZSK | Rosenberg |
| SAF | PII-6.0 | S-MPD2-0046L-ZSK | MPC - S-MPD2-0046L-ZSK | Rosenberg |
| SAF | PII-6.0 | S-MPD2-0046L-ZST | MPC - S-MPD2-0046L-ZST | Rosenberg |
| SAF | PII-6.0 | S-MPD2-0046R-ZSB | MPC - S-MPD2-0046R-ZSB | Rosenberg |
| SAF | PII-6.0 | S-MPD2-0046R-ZSB | MPC - S-MPD2-0046R-ZSB | Rosenberg |
| SAF | PII-6.0 | S-MPD2-0046R-ZST | MPC - S-MPD2-0046R-ZST | Rosenberg |
| SAF | PII-6.0 | S-MPD2-0046S-ZSK | MPC - S-MPD2-0046S-ZSK | Rosenberg |
| SAF | PII-6.0 | S-MPD2-0046X-ZSK | MPC - S-MPD2-0046X-ZSK | Rosenberg |
| SAF | PII-6.0 | S-MPD2-0048L-ZSK | MPC - S-MPD2-0048L-ZSK | Rosenberg |
| SAF | PII-6.0 | S-MPD2-0048L-ZST | MPC - S-MPD2-0048L-ZST | Rosenberg |
| SAF | PII-6.0 | S-MPD2-0048R-ZSB | MPC - S-MPD2-0048R-ZSB | Rosenberg |
| SAF | PII-6.0 | S-MPD2-0048S-ZSB | MPC - S-MPD2-0048S-ZSB | Rosenberg |
| SAF | PII-6.0 | S-MPD2-0048S-ZSK | MPC - S-MPD2-0048S-ZSK | Rosenberg |
| SAF | PII-6.0 | S-MPD2-0048Z-ZSK | MPC - S-MPD2-0048Z-ZSK | Rosenberg |

United States of America v. Honeywell International, Inc.

**Exhibit 8**

Expert Report of Joseph Anastasi

**Z Shield Product Identification Spreadsheet**
**Subset of Products Confirmed to Contain Z-Shield**

| Entity | NIJ Model # | Part ID | Reference | Z-Shield Confirmation Source |
|---|---|---|---|---|
| SAF | PII-6.0 | S-MPD2-0050L-ZSK | MPC - S-MPD2-0050L-ZSK | Rosenberg |
| SAF | PII-6.0 | S-MPD2-0050L-ZSK | MPC - S-MPD2-0050L-ZSK | Rosenberg |
| SAF | PII-6.0 | S-MPD2-0050L-ZST | MPC - S-MPD2-0050L-ZST | Rosenberg |
| SAF | PII-6.0 | S-MPD2-0050S-ZSK | MPC - S-MPD2-0050S-ZSK | Rosenberg |
| SAF | PII-6.0 | S-MPD2-0054R-ZST | MPC - S-MPD2-0054R-ZST | Rosenberg |
| SAF | XTX3A-1 | S-PXA3-2XLGR-ENG | MPC - S-PXA3-2XLGR-ENG | Rosenberg |
| SAF | XTX3A-1 | S-PXA3-2XLGR-ENG-0577 | MPC - S-PXA3-2XLGR-ENG-0577 | Rosenberg |
| SAF | XTX3A-1 | S-PXA3-2XLGR-EPK-0577 | MPC - S-PXA3-2XLGR-EPK-0577 | Rosenberg |
| SAF | XTX3A-1 | S-PXA3-LRGEL-EPK-0577 | MPC - S-PXA3-LRGEL-EPK-0577 | Rosenberg |
| SAF | XTX3A-1 | S-PXA3-LRGER-EPG-0577 | MPC - S-PXA3-LRGER-EPG-0577 | Rosenberg |
| SAF | XTX3A-1 | S-PXA3-LRGER-EPK-0577 | MPC - S-PXA3-LRGER-EPK-0577 | Rosenberg |
| SAF | XTX3A-1 | S-PXA3-LRGES-DPG-0577 | MPC - S-PXA3-LRGES-DPG-0577 | Rosenberg |
| SAF | XTX3A-1 | S-PXA3-LRGES-EPK-0577 | MPC - S-PXA3-LRGES-EPK-0577 | Rosenberg |
| SAF | XTX3A-1 | S-PXA3-MEDMR-EPG-0577 | MPC - S-PXA3-MEDMR-EPG-0577 | Rosenberg |
| SAF | XTX3A-1 | S-PXA3-MEDMR-EPK-0577 | MPC - S-PXA3-MEDMR-EPK-0577 | Rosenberg |
| SAF | XTX3A-1 | S-PXA3-MEDMS-EPK | MPC - S-PXA3-MEDMS-EPK | Rosenberg |
| SAF | XTX3A-1 | S-PXA3-MEDMS-EPK-0577 | MPC - S-PXA3-MEDMS-EPK-0577 | Rosenberg |
| SAF | XTX3A-1 | S-PXA3-SMLLR-EPK-0577 | MPC - S-PXA3-SMLLR-EPK-0577 | Rosenberg |
| SAF | XTX3A-1 | S-PXA3-SMLLS-EPK | MPC - S-PXA3-SMLLS-EPK | Rosenberg |
| SAF | XTX3A-1 | S-PXA3-XLRGL-EPK-0577 | MPC - S-PXA3-XLRGL-EPK-0577 | Rosenberg |
| SAF | XTX3A-1 | S-PXA3-XLRGR-ENG | MPC - S-PXA3-XLRGR-ENG | Rosenberg |
| SAF | XTX3A-1 | S-PXA3-XLRGR-ENG-0577 | MPC - S-PXA3-XLRGR-ENG-0577 | Rosenberg |
| SAF | XTX3A-1 | S-PXA3-XLRGR-EPG-0577 | MPC - S-PXA3-XLRGR-EPG-0577 | Rosenberg |
| SAF | XTX3A-1 | S-PXA3-XLRGR-EPK-0577 | MPC - S-PXA3-XLRGR-EPK-0577 | Rosenberg |
| SAF | PIIIA-4.5 | S-TPB3-LRGER-EPK | MPC - S-TPB3-LRGER-EPK | Rosenberg |
| SAF | CBIIA/3-4.6 | S-XM13-0038R-MSB | MPC - S-XM13-0038R-MSB | Rosenberg |
| SAF | CBIIA/3-4.6 | S-XM13-0038R-MSK | MPC - S-XM13-0038R-MSK | Rosenberg |
| SAF | CBIIA/3-4.6 | S-XM13-0038R-MSK | MPC - S-XM13-0038R-MSK | Rosenberg |
| SAF | PIIA-4.1 | S-XPB1-2XL-2XLR-MST | MATRIX PIIA-4.1 MALE | Rosenberg |
| SAF | PII-4.4 | S-XPB2-0030R-MSK | MPC - S-XPB2-0030R-MSK | Rosenberg |
| SAF | PII-4.4 | S-XPB2-0030S-MSK | MPC - S-XPB2-0030S-MSK | Rosenberg |
| SAF | PII-4.4 | S-XPB2-0032R-MST | MPC - S-XPB2-0032R-MST | Rosenberg |
| SAF | PII-4.4 | S-XPB2-0034L-MST | MPC - S-XPB2-0034L-MST | Rosenberg |
| SAF | PII-4.4 | S-XPB2-0034R-MST | MPC - S-XPB2-0034R-MST | Rosenberg |
| SAF | PII-4.4 | S-XPB2-0036R-MSK | MPC - S-XPB2-0036R-MSK | Rosenberg |
| SAF | PII-4.4 | S-XPB2-0036R-MST | MPC - S-XPB2-0036R-MST | Rosenberg |
| SAF | PII-4.4 | S-XPB2-0036R-MST | MPC - S-XPB2-0036R-MST | Rosenberg |
| SAF | PII-4.4 | S-XPB2-0038R-MST | MPC - S-XPB2-0038R-MST | Rosenberg |
| SAF | PII-4.4 | S-XPB2-0038S-MST | MPC - S-XPB2-0038S-MST | Rosenberg |
| SAF | PII-4.4 | S-XPB2-0040L-MSK | MPC - S-XPB2-0040L-MSK | Rosenberg |
| SAF | PII-4.4 | S-XPB2-0040L-MST | MPC - S-XPB2-0040L-MST | Rosenberg |
| SAF | PII-4.4 | S-XPB2-0040R-MSK | MPC - S-XPB2-0040R-MSK | Rosenberg |
| SAF | PII-4.4 | S-XPB2-0040S-MSK | MPC - S-XPB2-0040S-MSK | Rosenberg |
| SAF | PII-4.4 | S-XPB2-0040S-MST | MPC - S-XPB2-0040S-MST | Rosenberg |
| SAF | PII-4.4 | S-XPB2-0042R-MSK | MPC - S-XPB2-0042R-MSK | Rosenberg |
| SAF | PII-4.4 | S-XPB2-0042R-MST | MPC - S-XPB2-0042R-MST | Rosenberg |
| SAF | PII-4.4 | S-XPB2-0042S-MSK | MPC - S-XPB2-0042S-MSK | Rosenberg |
| SAF | PII-4.4 | S-XPB2-0044L-MST | MPC - S-XPB2-0044L-MST | Rosenberg |
| SAF | PII-4.4 | S-XPB2-0044R-MSK | MPC - S-XPB2-0044R-MSK | Rosenberg |
| SAF | PII-4.4 | S-XPB2-0044R-MST | MPC - S-XPB2-0044R-MST | Rosenberg |
| SAF | PII-4.4 | S-XPB2-0044S-MST | MPC - S-XPB2-0044S-MST | Rosenberg |
| SAF | PII-4.4 | S-XPB2-0046L-MST | MPC - S-XPB2-0046L-MST | Rosenberg |
| SAF | PII-4.4 | S-XPB2-0046R-MST | MPC - S-XPB2-0046R-MST | Rosenberg |
| SAF | PII-4.4 | S-XPB2-0048L-MSK | MPC - S-XPB2-0048L-MSK | Rosenberg |
| SAF | PII-4.4 | S-XPB2-0048S-MSK | MPC - S-XPB2-0048S-MSK | Rosenberg |
| SAF | PII-4.4 | S-XPB2-0054R-MST | MPC - S-XPB2-0054R-MST | Rosenberg |
| SAF | PIIIA-4.5 | S-XPB3-0032L-MSK | MPC - S-XPB3-0032L-MSK | Rosenberg |
| SAF | PIIIA-4.5 | S-XPB3-0040R-MSK | MPC - S-XPB3-0040R-MSK | Rosenberg |
| SAF | PIIIA-4.5 | S-XPB3-0040R-MSK | MPC - S-XPB3-0040R-MSK | Rosenberg |
| SAF | PIIIA-4.5 | S-XPB3-0042S-MSK | MPC - S-XPB3-0042S-MSK | Rosenberg |
| SAF | PII-6.0 | S-XPD2-0038R-MSK | MPC - S-XPD2-0038R-MSK | Rosenberg |
| SAF | PII-6.0 | S-XPD2-0040R-MSK | MPC - S-XPD2-0040R-MSK | Rosenberg |
| SAF | PII-6.0 | S-XPD2-0042S-MSK | MPC - S-XPD2-0042S-MSK | Rosenberg |
| SAF | PII-6.0 | S-XPD2-0044S-MSK | MPC - S-XPD2-0044S-MSK | Rosenberg |
| SAF | PII-6.0 | S-XPD2-0050R-MSB | MPC - S-XPD2-0050R-MSB | Rosenberg |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi

**Exhibit 8**

**Z Shield Product Identification Spreadsheet**
**Subset of Products Confirmed to Contain Z-Shield**

| Entity | NIJ Model # | Part ID | Reference | Z-Shield Confirmation Source |
|---|---|---|---|---|
| SAF | PII-6.0 | S-XPD2-0060R-MSB | MPC - S-XPD2-0060R-MSB | Rosenberg |
| SAF | PII-4.4 | S-YPB2-3626R-MST | MPC - S-YPB2-3626R-MST | Rosenberg |
| SAF | PII-4.4 | S-YPB2-3630P-MST | MPC - S-YPB2-3630P-MST | Rosenberg |
| SAF | PII-4.4 | S-YPB2-4034S-MSK | MPC - S-YPB2-4034S-MSK | Rosenberg |
| SAF | PII-4.4 | S-YPB2-4844S-MSK | MPC - S-YPB2-4844S-MSK | Rosenberg |
| SAF | PIIIA-4.5 | S-YPB3-3628S-MSK | MPC - S-YPB3-3628S-MSK | Rosenberg |
| SAF | PIIIA-4.5 | S-YPB3-4036R-MSK | MPC - S-YPB3-4036R-MSK | Rosenberg |
| SAF | PIIIA-4.5 | S-YPB3-5246R-MSK | MPC - S-YPB3-5246R-MSK | Rosenberg |
| ABA | 3AXTZX-1 | | | AHI003-1180-1 |
| ABA | FYR3A-1 | | | AHI003-1102 |
| ABA/SAF | SE3A-5 | | | HW00406121 |
| SAF | CBIIA/3-4.0 | | | AHI022-0965 |
| SAF | CBIIA/3-4.1 | | | HW00406121 |
| PRO | SE2-6 | | | HW00406121 |

# APPENDIX A



**Curriculum Vitae**

**JOSEPH ANASTASI**

BERKELEY RESEARCH GROUP, LLC
2200 Powell Street, Suite 1200
Emeryville, CA 94608

Direct:
janastasi@brg-expert.com

Joe Anastasi has thirty-eight years of experience as a financial expert in analyzing financial damages for matters in litigation and in the area of forensic accounting. He was with the firm of Price Waterhouse for over 23 years, and after that as a partner at Deloitte, he served as that firm's global practice leader for forensic investigative services and also served as the deputy national practice leader for Deloitte's U.S.-based dispute consulting practice.

Many of Mr. Anastasi's assignments have led to expert testimony. He has testified in over sixty matters as to financial damages and lost profits. On several occasions his testimony has established the existence of asset stripping schemes involving numerous related party entities, and other fraudulent transactions involving related parties and accounting abuses. He testified in the Parmalat trial regarding $12 billion in alleged accounting falsifications and $2 billion in looting. He has led several engagements analyzing the theft of intellectual property. He is the author of *The New Forensics: Investigating Corporate Fraud and the Theft of Intellectual Property*, published by John Wiley and Sons. Mr. Anastasi specializes in financial consulting engagements regarding matters in litigation, insurance claims, business disputes, loan restructuring, bankruptcies, and business planning. Mr. Anastasi has served as the client service leader for providing forensic accounting and investigative services to the largest state pension fund in the U.S.; and has testified on behalf of the U.S. Department of Justice with regard to quantification of damages under the False Claims Act with regard to the acquisition of allegedly defective body armor.

## EXPERIENCE

**Select Structured Finance and Securitization Related Engagements**

- In relation to several financial guarantee insurance policies that guaranteed payments with respect to mortgage-backed securities transactions, analyzed alleged systematic underwriting, origination and loan servicing failures with regard to thousands of residential mortgage loans that were aggregated into "loan pools;" and for which the repayment of the security was to be based upon the collection of monthly mortgage payments of mortgages comprising the loan pools;

- Retained to analyze financial damages with regard to an alleged breach of multiple first and second lien mortgage insurance policies issued with respect to several loan pools sold to several special purpose trusts related to several asset-backed securities offerings, and for mortgage portfolios of pooled loans held for investment;

1



- Retained by counsel for board members of a large subprime lender to lead a project team to develop causation analysis for the decline in subprime mortgaged-backed securities, the rise in early payment defaults and the increase in repurchase requests;
- Provided testimony at trial regarding a comparison of Enron's "Nigerian Barge Transaction Schemes" (criminal indictments) to structured finance securitization transactions entered into by a computer equipment leasing company;
- Led a forensic accounting analysis identifying $12 billion in fraudulent accounting at Parmalat SpA, the Italian food and dairy giant. Identified massive asset stripping and laundering of account balances. Identified structured financing transactions that were improperly removed from the financial statements (as off-balance sheet financing and/or so-called "equity.") Testimony established looting of $2 billion; and
- Provided expert testimony and analyzed lost profits in connection with an alleged breach of contract to deliver $4 billion of mortgage servicing rights.

**Select Intellectual Property, Theft of Trade Secret and Lanham Act Matters**

- Testified as to reasonable license fees, lost profits and unjust enrichment for a matter involving alleged copyright infringement related to an appraisal management software system;
- Testified as to lost profits and disgorgement of ill-gotten gains relating to the alleged improper use of linearized power amplifier technology in computer chips used for wireless local area networks;
- Led a forensic investigation establishing the theft of intellectual property, including proprietary software and enabling operating processes. The results of this investigation led to the withdrawal of the competitor from the marketplace;
- Analyzed profits subject to disgorgement involving the alleged unauthorized use of intellectual property by a Fortune 500 defense contractor;
- Testified as to allegedly infringing sales, the disgorgement of profits, and other apportionment issues in several copyright infringement matters. Engagements required the analysis of allegedly infringing sales, the disgorgement of profits, and other apportionment issues;
- Served as the damage expert on a matter involving alleged copyright infringement for a software distributor. This matter required the analysis of patent infringement issues related to five separate software patents and included analyses of lost sales, product line profitability, and apportionment issues;
- Project partner for intellectual property litigation services for two engagements involving parties in the gaming industry;
- Provided intellectual property litigation services for a preeminent microprocessor manufacturer. Analysis included the quantification of infringing sales and lost profits;
- Provided intellectual property litigation services for a manufacturer of specialized multi-layer non-volatile memory cells; and
- Analyzed lost sales and lost profits due to alleged violations of the Lanham Act, and other alleged unfair business practices.



**Select Energy Related Engagements**

- Led an engagement analyzing allegations of improper accounting for derivative energy trading activities, including alleged derivative trading that served as disguised financing, and other associated related-party transactions;
- Conducted an investigation of alleged improper energy trading activities on the part of an energy trading subsidiary of a large California public utility;
- Led an investigation related to long-term gas supply contracts and procurement activities of a California public utility;
- Analyzed alleged financial damages regarding the alleged withholding and manipulation of natural gas prices during the California Energy Crisis; and
- Provided damages analysis and testimony with respect to the operation of a uranium mining operation in Australia and damages allegedly suffered from the breach of a long-term supply contract for the provision of yellow-cake uranium to a convertor facility in the U.S.

**Select Forensic Accounting and Litigation Support Engagements**

- Led several engagements analyzing the financial harm resulting from the corporate raiding of employees and the theft of intellectual property from established corporate entities; the alleged raiding having been perpetrated by parties seeking to enter a market. Led one recent engagement to a successful settlement of over $40 million. Another recent engagement outcome led to the complete withdrawal of the defendant from the marketplace. Testified in several trials that resulted in multi-million dollar damage awards for clients;
- Led a forensic accounting investigation of a high-tech company involved in the fabrication of sales revenues through the technique of "channel stuffing" and the improper "parking" of inventory and treating this inventory as having been sold. Joe's forensic accounting team coordinated their investigative efforts with that of a parallel FBI investigation;
- Led a forensic accounting investigation regarding allegations of "channel stuffing" and the premature recognition of revenues on the part of a global multi-national consumer products company. Testified in Federal District Court as to the means and method of this fraud and testified as to the discovery of a second set of accounts detailing evidence of the fraud;
- Led a forensic accounting investigation researching the reasons for the demise of a telecommunications firm. Provided testimony regarding the fraudulent reporting of subscriber "line-counts" and the extensive use of fraudulent "round-trip" transactions designed to artificially inflate revenues;
- Led several forensic corporate investigations to determine the existence, or not, of the alleged back-dating of stock-option grants to coincide with the company's lowest stock trading prices;
- Led several corporate investigations in the high-tech industry regarding alleged fraudulent revenue recognition;
- Led a forensic accounting investigation on the reinsurance operations of a Fortune 500 Corporation, including the financial investigation of all aspects of reinsurance placements made by the Managing General Agent of the reinsurance portfolio;



- Retained by a consumer business company to analyze millions of video rental and purchase transactions. Services included intensive computer data mining, reconstruction of transaction records, and statistical sampling;

- Performed a forensic accounting investigation of manufacturing records of a Fortune 50 consumer products company to quantify damages in a litigation matter. Expert testimony was provided;

- Provided litigation consulting services with regards to several securities fraud lawsuits involving merger or acquisition candidates. Subjects analyzed included allegations of material overstatements of financial statements and financial projections;

- Analyzed damages in a breach of contract dispute between two highly visible companies in the ice cream industry. Project required a determination of damages related to distribution (including expansion markets), manufacturing, and storage activities;

- Analyzed the financial implications of an offshore check-kiting scheme, and resultant damages suffered by financial institutions affected. In several other cases, investigated allegations of complex Ponzi schemes, including the diversion of moneys to Caribbean banks; and

- Led several engagements to quantify inventory losses and to compute lost profits on behalf of a medical device manufacturing company.

**Select Class Action Litigation Support Engagements**

- Analyzed wage and hour compliance at a major restaurant company. Project involved collecting voluminous data, developing a customized database program for analyzing the data and developing specialized metrics for measuring compliance;

- Project manager for providing consulting services to a major California bank in regards to managing a large class-action settlement distribution;

- Led an engagement on behalf of a national rental service provider facing a class action dispute related to late payment processing charges. The analysis involved an assessment of the reasonableness of fees with respect to core processing costs incurred by the defendant. Evaluated the cost structure for processing late payments, including direct and indirect costs such as labor, materials and information systems support;

- Testified with respect to a cost accounting analysis on behalf of a large public university facing a liquidated damages dispute related to housing contract cancellation fees in a class action litigation matter. The analysis and resulting expert report focused on calculating the cost of housing service provision relative to the contract cancellation fee structure;

- Performed forensic accounting services on behalf of a significant financial institution to determine overtime wages owed to certain classes of employees. Testimony was cited in a California appellate court decision

**Select Matters Involving Business Interruption Claims**

- Led an engagement to calculate business interruption losses experienced by several companies stemming from the Loma Prieta earthquake in Northern California, and later, the Northridge earthquake, in Southern California;



- Analyzed lost profits stemming from property and casualty losses experienced by companies involved in manufacturing and/or refinery operations; also analyzed business interruption losses experienced by companies having operations in the Caribbean, Hawaii, Guam and elsewhere around the world as a result of natural disasters, including the provision of testimony in international courts of arbitration;
- Analyzed damages and/or lost profits for several matters stemming from product contamination, including the provision of expert testimony.

**Select Financial Restructuring and Business Planning Engagements**

- Testified as to the solvency of a debtor and alleged fraudulent conveyances involving structured financing; including a comparative analysis to the Enron Nigerian barge structured financing arrangement;
- Provided trial and deposition testimony as to alter ego analyses and alleged fraudulent conveyances on several different matters;
- Led a restructuring engagement on behalf of a semiconductor manufacturer. This engagement included monitoring the debtor's weekly and monthly projected cash flows, analysis of the debtor's business plan and restructuring plan, and valuation of business segments and international subsidiaries. Participated in restructuring negotiations with the debtor and its advisors;
- Led a restructuring advisory engagement regarding the bankruptcy of a software system integrator. Project efforts included analyzing debtor's business plan, debt restructuring scenarios, and weekly cash flows. Provided valuation services and courtroom testimony;
- Led a restructuring engagement on behalf of a major PC manufacturer, which filed for Chapter 11. Services included: review of detailed short-term business plans, monitoring the debtor's performance, the resolution of business disputes, and performed valuation services;
- Led restructuring advisory engagements with regard to: a high-tech domestic subsidiary of a Pacific Rim corporation, a large computer retailer, and an aerospace firm. Projects involved review and critical assessment of the company's business plan, valuation of the company and its individual subsidiaries, and participation in the restructuring negotiations;
- Led a restructuring/turnaround engagement for a debtor in the waste management industry. Project involved performance of certain crisis management functions, performance of the treasury function, preparation of detailed business plans for over forty subsidiaries, capital budgeting and oversight, and development of comprehensive business forecast/restructuring alternatives;
- Led a restructuring advisory engagement regarding a publicly-traded company in the waste management industry with operations primarily in the southeast region of the United States;
- Led a restructuring/turnaround engagement involving a fashion jewelry retailer and franchiser. Project involved creditor negotiations, obtaining and negotiating a DIP facility and the emergence from bankruptcy;
- Led a restructuring advisory engagement for a manufacturer and distributor of telecommunication devices;
- Responsible for performing a businessman's corporate acquisition review of several selected target corporate acquisitions;
- Project manager for reviewing the valuation of a mid-sized diversified building products and supply company and consultations regarding proposed liquidation values for an ESOP plan;

5



- Project manager for an engagement with the U.S. Small Business Administration to provide management consulting services to small businesses throughout California. Consulting services to sixty-nine businesses included market research, financial management, feasibility studies, site selection, marketing, and development of business plans; and

- Project manager for several contracts with the U.S. Department of Commerce to provide management consulting services to small businesses. Prepared a detailed business plan for each business including financial projections, assessment of the client's market and competition, and analysis of historical operating results

**Select Real Estate Consulting Engagements**

- Provided litigation consulting, forensic accounting analyses, and expert testimony services with regard to real estate partnership disputes, including the preparation of a final accounting upon the dissolution of the partnership;

- Provided damages analysis for several different matters with regard to apartment projects, condominium development projects, several substantial residential real estate development projects, a mixed-use (high-rise apartment and commercial) development project, and for other commercial real estate development projects. Provided litigation consulting services to a developer of a proposed major hotel. Developed pro forma cash flow projections and a valuation of a limited partnership interest;

- Project manager for the design of a financial modeling system designed to analyze a proposed six-million square foot commercial mixed use project in Tampa, Florida;

- Responsible for the structuring of financial projections for real estate limited partnership securities offerings for apartment projects in Monterey, California;

- Project manager for the preparation of a current value statement for a diversified real estate developer utilizing traditional income capitalization and market comparison appraisal methods. Real estate assets included a shopping center, retail and commercial real estate, developed land, and apartment buildings;

- Project manager for the design and implementation of financial models to provide cash flow projections for a 500-acre area real estate development project, a 260-acre Sacramento area project, and a 1600-acre Florida project. The developments encompassed over 2,500 housing units, six different development phases, and required 10 years for project completion. Presented and developed substantive financial analyses and findings;

- Participated in the design and development of a financial forecasting system for the U.S. real estate division of a Canadian corporation. This system included four separate financial models to facilitate projections for residential housing, land, commercial, and condominium conversion projects. For another developer, provided the conceptual design of a computerized financial model to evaluate a proposed four-tower, high-rise apartment complex, and for other real estate developers provided a custom financial modeling system to analyze proposed single family residential and apartment projects; and served as project manager for the development of a corporate organizational study and strategic plan for a real estate developer.



**EDUCATION**

The Pennsylvania State University;  B.S.

Studies in International Business and Economics; University of Cologne, Germany


**CERTIFICATIONS**

Certified Public Accountant

Certified in Financial Forensics

Certified Fraud Examiner


**PROFESSIONAL AFFILIATIONS  AND BOARDS**

- American Institute of Certified Public Accountants
- California Society of Certified Public Accountants
- Association of Certified Fraud Examiners
- Bay Area Bankruptcy Forum - Former Member of the Board of Directors
- Midsummer Mozart Festival - Former Chairman of the Board


**BOOKS AND PUBLICATIONS, PRESENTATIONS AND PAPERS**

### Books and Publications

- *The New Forensics: Investigating Corporate Fraud and the Theft of Intellectual Property,* New York: John Wiley & Sons, Inc., (2003)
- *Business Interruption Insurance Claims;* Litigation Services Handbook: the Role of the Financial Expert, (Chapter 34); New York: John Wiley & Sons, Inc., Fourth Edition (2005)
- *Business Interruption Claims;* with Ed Westerman; Litigation Services Handbook: The Role of the Financial Expert, (Chapter 34); New York: John Wiley & Sons, Inc., Third Edition (2001)
- *Business Interruption Claims; Litigation Services Handbook: the Role of the Accountant as Expert,* (Chapter 15); New York: John Wiley & Sons, Inc., Second Edition (1995)
- *An Illustrated Guide to the Use of the Risk-Compensated Discounted Cash Flow Method for Use in Insurance Rate Regulation;* California Insurance Commission; Proposition 103 Public Hearings



## Presentations and Papers

- *Forensic Accounting in Today's Global Business Environment:* U.C. Berkeley, Haas Graduate School of Business; Global Financial Services, Berkeley, California (November, 2008, 2009, 2010 and 2011).
- *CyberForensics - New Requirements for our Legal Systems;* Yale Law School; CyberCrime and Digital Law Enforcement Conference, New Trials and Sanctions - e-Prosecution, e- Jurisdiction and e-Punishment; New Haven, Connecticut; (March 2004)
- *The Nexus of Forensic Accounting, Computer Forensics, and Electronic Evidence Discovery;* XPRT Forum; Sonoma, California; (October, 2005)
- *Investigating Corporate Fraud and the Theft of Intellectual Property;* American Accounting Association, Annual Meeting; San Francisco, California; (August, 2005)
- *Investigating Corporate Fraud - Moral and Ethical Challenges;* the Institute of Internal Auditors, Annual Meeting; San Francisco, California; February 2004.
- *The New Forensics - Corporate Fraud and the Discovery of Electronic Evidence;* Stanford University, Computer Systems Laboratory Colloquium; Palo Alto, California; (November 2003)
- *Investigating Corporate Fraud;* CNN, New York; (June 2003)
- *A New Capitalism;* National Public Radio - Tech Nation with Dr. Moira Gunn; (July 2003)
- The New New York; WNYC - The Leonard Lopate Show, New York; (July 2003)
- *Computer Forensics and Electronic Evidence Discovery;* High Technology Fraud Investigation (HTCIA) Annual Meeting; San Diego, California; (September 2001)
- *Internet Fraud—Money Laundering, Identify Theft and other Shenanigans -Techniques and Methods of Discovery;* INSOL Conference; London; (June 2001)

## Articles

- *"Royalty Assessments as Part of a Successful IP Asset Management Program;"* The American Lawyer; (October 1998)
- *"Many Happy Returns, Documenting Recall Losses for Full Coverage;"* Los Angeles Daily Journal; (July 1998)
- *"Test Your Wits on Patent Damages;"* San Francisco Daily Journal; (July 1997)
- *"Apportionment: the Rubik's Cube of IP Damages;"* Intellectual Property Institute for Corporate Counsel; San Francisco, California; (May, 1998)
- *"A Whole New World of Patent Damages: Rite-Hite Reviewed;"* Intellectual Property Leadership Forum; Tucson, Arizona; (February, 1996)
- *"What To Do When Your Business Suffers as a Result of a Natural Disaster;"* Los Angeles Business Journal; (February, 1994)
- *"Jones & Erickson Property Management System;"* Journal of Property Management; (September/October, 1987)

# Joseph Anastasi

## Testimony

| | | | |
|---|---|---|---|
| Silicon Storage Technology, Inc. v. National Union Fire Insurance Company of Pittsburgh, PA and XL Specialty Insurance Company | Deposition | United States District Court; Northern District of California; San Jose Division | Forensic accounting analysis of recorded reserves and settlements with respect to alleged trade secret theft litigation and patent litigation |
| Mark Calvert, as liquidating Trustee of the Meridian Investors Trust, and as assignee of Diana K. Carey, Chapter 11 Trustee of Debtors v. *The Commerce Bank of Washington, N.A., a federally chartered commercial bank* | Deposition | United States Bankruptcy Court, Western District of Washington at Seattle | Forensic accounting analysis of alleged Ponzi Scheme, alleged asset stripping, and alleged fraudulent conveyances |
| Rodman v. *Safeway, Inc.* | Deposition | United States District Court; Northern District of California | Class Action Certification with respect to alleged violations of the False Advertising Law, California Consumer Legal Remedies Act, and California Business and Professions Code |
| The Property Sciences Group, Inc. v. *Pinnacle Capital Mortgage Corporation* | Deposition | JAMS Northern California | Alleged copyright infringement; lost profits, unjust enrichment, and reasonable license fee calculation |
| *United States of America,* ex rel., Aaron J. Westrick, Ph.D. v. Second Chance Body Armor, et. al. | Deposition | United States District Court for the District of Columbia | False Claims Act; damages calculation |
| *United States of America* v. Toyobo Co., Ltd., and Toyobo America, Inc. | Deposition | United States District Court for the District of Columbia | False Claims Act; damages calculation |
| Vatche Cabayan Medical Corporation v. *American Lien, et al.* | Trial | Superior Court of the State of California for the City and County of Santa Clara | For accounting |
| *Westamerica Bancorporation* v. Rabobank National Association, Edward Rocha | Deposition | Superior Court of the State of California, County of Stanislaus | Lost profits calculation and analysis of alleged unjust enrichment; regarding alleged misappropriation of trade secrets, breach of fiduciary duty, interference with business relationships and unfair competition |

| | | | |
|---|---|---|---|
| Richard O. Jacks v *Chevron Corporation* | Deposition | United States District Court; Northern District of California | Forensic accounting analysis of transactions at issue; damages analysis; employment discrimination |
| Jeffrey L. Miller *v. California Pacific Medical Center, Jack Bailey et al* | Trial | Superior Court of the State of California; County of San Francisco | Damages analysis, alleged breach of contract, alleged wrongful termination in violation of public policy |

# APPENDIX B

United States of America v. Honeywell International, Inc.                    **Appendix B**
Expert Report of Joseph Anastasi
List of Documents Considered

## Non Bates-Stamped Documents

Honeywell Complaint
Depositions of Linda Hammond-Deckard, dated June 14, 2011 and July 29, 2015, and exhibits

## Bates-Stamped Documents

| File name | Beginning Bates | Ending Bates |
|---|---|---|
| All Government Sales with Detail (Update - 2008-07-29).xlsm | FTI015-0001 | FTI015-0001 |
| Armor Holdings GSA invoice matching REQ to Labat Nov 8.xls | FTI007-0001 | FTI007-0001 |
| Armor Holdings, Inc. subpoena.pdf | FTI011-0001 | FTI011-0007 |
| FEDERAL GSA SALES - TOTAL.xls | GHK005-0001 | GHK005-0001 |
| SKMBT_C45112042715501.pdf | FTI017-0001 | FTI017-0008 |
| SKMBT_C45112042715510.pdf | FTI018-0001 | FTI018-0001 |
| SKMBT_C45112042715520.pdf | FTI019-0001 | FTI019-0007 |
| Screen Shots | FTI023-0001 | FTI023-0287 |
| Textbook excerpt | FTI023-0288 | FTI023-0292 |
| Additional Screen Shots | BRG001-0001 | BRG001-0178 |
| Z-Shield Products - Verification Needed.xlsx (from Arthur Rosenberg) | BRG001-0179 | BRG001-0179 |

## Bates-Stamped Invoices and other Supporting Documents -- GSA Sales

| | | | | |
|---|---|---|---|---|
| A02-025571.pdf | AIN001-5673.pdf | AIN001-9763.pdf | AIN002-3163.pdf | AIN003-0040.pdf |
| A05-080561.pdf | AIN001-5676.pdf | AIN001-9775.pdf | AIN002-3164.pdf | AIN003-0042.pdf |
| AHI058-1789.pdf | AIN001-5677.pdf | AIN001-9780.pdf | AIN002-3165.pdf | AIN003-0053.pdf |
| AHI058-2666 small.pdf | AIN001-5679.pdf | AIN001-9797.pdf | AIN002-3170.pdf | AIN003-0057.pdf |
| AHI058-2905.pdf | AIN001-5680.pdf | AIN001-9798.pdf | AIN002-3171.pdf | AIN003-0061.pdf |
| AHI058-3248.pdf | AIN001-5682.pdf | AIN001-9799.pdf | AIN002-3172.pdf | AIN003-0073.pdf |
| AHI058-3968.pdf | AIN001-5683.pdf | AIN001-9800.pdf | AIN002-3177.pdf | AIN003-0098.pdf |
| AHI058-4196.pdf | AIN001-5685.pdf | AIN001-9807.pdf | AIN002-3183.pdf | AIN003-0114.pdf |
| AHI058-4292 small.pdf | AIN001-5686.pdf | AIN001-9817.pdf | AIN002-3186.pdf | AIN003-0126.pdf |
| AIN001-0142.pdf | AIN001-5688.pdf | AIN001-9834.pdf | AIN002-3188.pdf | AIN003-0140.pdf |
| AIN001-0154.pdf | AIN001-5690.pdf | AIN001-9850.pdf | AIN002-3190.pdf | AIN003-0152.pdf |
| AIN001-0155.pdf | AIN001-5692.pdf | AIN001-9851.pdf | AIN002-3256.pdf | AIN003-0166.pdf |
| AIN001-0158.pdf | AIN001-5694.pdf | AIN001-9860.pdf | AIN002-3257.pdf | AIN003-0195.pdf |
| AIN001-0159.pdf | AIN001-5706.pdf | AIN001-9861.pdf | AIN002-3264.pdf | AIN003-0243.pdf |
| AIN001-0161.pdf | AIN001-5708.pdf | AIN001-9877.pdf | AIN002-3267.pdf | AIN003-0277.pdf |
| AIN001-0162.pdf | AIN001-5709.pdf | AIN001-9883.pdf | AIN002-3271.pdf | AIN003-0284.pdf |
| AIN001-0166.pdf | AIN001-5712.pdf | AIN001-9889.pdf | AIN002-3273.pdf | AIN003-0302.pdf |
| AIN001-0169.pdf | AIN001-5713.pdf | AIN001-9892.pdf | AIN002-3279.pdf | AIN003-0323.pdf |
| AIN001-0173.pdf | AIN001-5714.pdf | AIN001-9895.pdf | AIN002-3289.pdf | AIN003-0343.pdf |
| AIN001-0181.pdf | AIN001-5727.pdf | AIN001-9938.pdf | AIN002-3332.pdf | AIN003-0344.pdf |

Appendix B

### Bates-Stamped Invoices and other Supporting Documents -- GSA Sales

| | | | | |
|---|---|---|---|---|
| AIN001-0212.pdf | AIN001-5729.pdf | AIN001-9940.pdf | AIN002-3337.pdf | AIN003-0356.pdf |
| AIN001-0227.pdf | AIN001-5749.pdf | AIN001-9965.pdf | AIN002-3340.pdf | AIN003-0412.pdf |
| AIN001-0292.pdf | AIN001-5753.pdf | AIN001-9969.pdf | AIN002-3348.pdf | AIN003-0422.pdf |
| AIN001-0437.pdf | AIN001-5767.pdf | AIN001-9972.pdf | AIN002-3360.pdf | AIN003-0442.pdf |
| AIN001-0450.pdf | AIN001-5785.pdf | AIN001-9981.pdf | AIN002-3379.pdf | AIN003-0516.pdf |
| AIN001-0507.pdf | AIN001-5786.pdf | AIN001-9983.pdf | AIN002-3380.pdf | AIN003-0517.pdf |
| AIN001-0564.pdf | AIN001-5788.pdf | AIN002-0005.pdf | AIN002-3438.pdf | AIN003-0538.pdf |
| AIN001-0733.pdf | AIN001-5790.pdf | AIN002-0013.pdf | AIN002-3453.pdf | AIN003-0544.pdf |
| AIN001-0758.pdf | AIN001-5792.pdf | AIN002-0031.pdf | AIN002-3496.pdf | AIN003-0570.pdf |
| AIN001-0760.pdf | AIN001-5793.pdf | AIN002-0035.pdf | AIN002-3565.pdf | AIN003-0595.pdf |
| AIN001-0782.pdf | AIN001-5794.pdf | AIN002-0051.pdf | AIN002-3567.pdf | AIN003-0598.pdf |
| AIN001-0785.pdf | AIN001-5795.pdf | AIN002-0058.pdf | AIN002-3569.pdf | AIN003-0599.pdf |
| AIN001-0807.pdf | AIN001-5796.pdf | AIN002-0123.pdf | AIN002-3586.pdf | AIN003-0612.pdf |
| AIN001-0816.pdf | AIN001-5797.pdf | AIN002-0163.pdf | AIN002-3599.pdf | AIN003-0630.pdf |
| AIN001-0820.pdf | AIN001-5798.pdf | AIN002-0172.pdf | AIN002-3603.pdf | AIN003-0685.pdf |
| AIN001-0911.pdf | AIN001-5799.pdf | AIN002-0173.pdf | AIN002-3630.pdf | AIN003-0686.pdf |
| AIN001-0918.pdf | AIN001-5800.pdf | AIN002-0174.pdf | AIN002-3634.pdf | AIN003-0759.pdf |
| AIN001-0930.pdf | AIN001-5801.pdf | AIN002-0197.pdf | AIN002-3638.pdf | AIN003-0760.pdf |
| AIN001-0931.pdf | AIN001-5802.pdf | AIN002-0228.pdf | AIN002-3644.pdf | AIN003-0762.pdf |
| AIN001-0934.pdf | AIN001-5803.pdf | AIN002-0229.pdf | AIN002-3655.pdf | AIN003-1098.pdf |
| AIN001-0983.pdf | AIN001-5804.pdf | AIN002-0233.pdf | AIN002-3658.pdf | AIN003-1143.pdf |
| AIN001-1036.pdf | AIN001-5816.pdf | AIN002-0234.pdf | AIN002-3661.pdf | AIN003-1144.pdf |
| AIN001-1060.pdf | AIN001-5820.pdf | AIN002-0237.pdf | AIN002-3668.pdf | AIN003-1145.pdf |
| AIN001-1072.pdf | AIN001-5821.pdf | AIN002-0257.pdf | AIN002-3669.pdf | AIN003-1152.pdf |
| AIN001-1114.pdf | AIN001-5823.pdf | AIN002-0275.pdf | AIN002-3674.pdf | AIN003-1171.pdf |
| AIN001-1371.pdf | AIN001-5824.pdf | AIN002-0293.pdf | AIN002-3678.pdf | AIN003-1204.pdf |
| AIN001-1372.pdf | AIN001-5825.pdf | AIN002-0300.pdf | AIN002-3692.pdf | AIN003-1217.pdf |
| AIN001-1490.pdf | AIN001-5826.pdf | AIN002-0306.pdf | AIN002-3693.pdf | AIN003-1218.pdf |
| AIN001-1557.pdf | AIN001-5827.pdf | AIN002-0342.pdf | AIN002-3695.pdf | AIN003-1253.pdf |
| AIN001-1569.pdf | AIN001-5828.pdf | AIN002-0344.pdf | AIN002-3710.pdf | AIN003-1254.pdf |
| AIN001-1585.pdf | AIN001-5829.pdf | AIN002-0346.pdf | AIN002-3714.pdf | AIN003-1274.pdf |
| AIN001-1598.pdf | AIN001-5830.pdf | AIN002-0347.pdf | AIN002-3722.pdf | AIN003-1301.pdf |
| AIN001-1606.pdf | AIN001-5837.pdf | AIN002-0368.pdf | AIN002-3725.pdf | AIN003-1307.pdf |
| AIN001-1690.pdf | AIN001-5838.pdf | AIN002-0371.pdf | AIN002-3776.pdf | AIN003-1369.pdf |
| AIN001-1694.pdf | AIN001-5847.pdf | AIN002-0374.pdf | AIN002-3789.pdf | AIN003-1377.pdf |
| AIN001-1700.pdf | AIN001-5852.pdf | AIN002-0389.pdf | AIN002-3790.pdf | AIN003-1391.pdf |
| AIN001-1737.pdf | AIN001-5853.pdf | AIN002-0398.pdf | AIN002-3805.pdf | AIN003-1414.pdf |
| AIN001-1741.pdf | AIN001-5854.pdf | AIN002-0399.pdf | AIN002-3806.pdf | AIN003-1423.pdf |
| AIN001-1742.pdf | AIN001-5857.pdf | AIN002-0407.pdf | AIN002-3822.pdf | AIN003-1424.pdf |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi
List of Documents Considered

Appendix B

### Bates-Stamped Invoices and other Supporting Documents -- GSA Sales

| | | | | |
|---|---|---|---|---|
| AIN001-1744.pdf | AIN001-5859.pdf | AIN002-0412.pdf | AIN002-3840.pdf | AIN003-1439.pdf |
| AIN001-1781.pdf | AIN001-5861.pdf | AIN002-0414.pdf | AIN002-3848.pdf | AIN003-1483.pdf |
| AIN001-1790.pdf | AIN001-5862.pdf | AIN002-0416.pdf | AIN002-3859.pdf | AIN003-1499.pdf |
| AIN001-1791.pdf | AIN001-5863.pdf | AIN002-0425.pdf | AIN002-3863.pdf | AIN003-1500.pdf |
| AIN001-1813.pdf | AIN001-5864.pdf | AIN002-0431.pdf | AIN002-3872.pdf | AIN003-1521.pdf |
| AIN001-1814.pdf | AIN001-5865.pdf | AIN002-0441.pdf | AIN002-3873.pdf | AIN003-1532.pdf |
| AIN001-1833.pdf | AIN001-5912.pdf | AIN002-0452.pdf | AIN002-3874.pdf | AIN003-1534.pdf |
| AIN001-1959.pdf | AIN001-5914.pdf | AIN002-0464.pdf | AIN002-3877.pdf | AIN003-1537.pdf |
| AIN001-1978.pdf | AIN001-5916.pdf | AIN002-0477.pdf | AIN002-3880.pdf | AIN003-1555.pdf |
| AIN001-1983.pdf | AIN001-5929.pdf | AIN002-0492.pdf | AIN002-3884.pdf | AIN003-1559.pdf |
| AIN001-1984.pdf | AIN001-5934.pdf | AIN002-0514.pdf | AIN002-3894.pdf | AIN003-1564.pdf |
| AIN001-1986.pdf | AIN001-5936.pdf | AIN002-0516.pdf | AIN002-3899.pdf | AIN003-1565.pdf |
| AIN001-2004.pdf | AIN001-5938.pdf | AIN002-0526.pdf | AIN002-3903.pdf | AIN003-1566.pdf |
| AIN001-2020.pdf | AIN001-5942.pdf | AIN002-0531.pdf | AIN002-3905.pdf | AIN003-1573.pdf |
| AIN001-2024.pdf | AIN001-5949.pdf | AIN002-0535.pdf | AIN002-3909.pdf | AIN003-1580.pdf |
| AIN001-2027.pdf | AIN001-5957.pdf | AIN002-0536.pdf | AIN002-3928.pdf | AIN003-1603.pdf |
| AIN001-2032.pdf | AIN001-5958.pdf | AIN002-0539.pdf | AIN002-3932.pdf | AIN003-1614.pdf |
| AIN001-2049.pdf | AIN001-5961.pdf | AIN002-0542.pdf | AIN002-3933.pdf | AIN003-1616.pdf |
| AIN001-2052.pdf | AIN001-5994.pdf | AIN002-0570.pdf | AIN002-3936.pdf | AIN003-1688.pdf |
| AIN001-2083.pdf | AIN001-5996.pdf | AIN002-0582.pdf | AIN002-3973.pdf | AIN003-1714.pdf |
| AIN001-2094.pdf | AIN001-6026.pdf | AIN002-0585.pdf | AIN002-3980.pdf | AIN003-1722.pdf |
| AIN001-2098.pdf | AIN001-6032.pdf | AIN002-0624.pdf | AIN002-3999.pdf | AIN003-1769.pdf |
| AIN001-2099.pdf | AIN001-6047.pdf | AIN002-0631.pdf | AIN002-4013.pdf | AIN003-1815.pdf |
| AIN001-2102.pdf | AIN001-6050.pdf | AIN002-0646.pdf | AIN002-4014.pdf | AIN003-1816.pdf |
| AIN001-2105.pdf | AIN001-6054.pdf | AIN002-0686.pdf | AIN002-4021.pdf | AIN003-1818.pdf |
| AIN001-2106.pdf | AIN001-6058.pdf | AIN002-0707.pdf | AIN002-4024.pdf | AIN003-1834.pdf |
| AIN001-2107.pdf | AIN001-6084.pdf | AIN002-0708.pdf | AIN002-4025.pdf | AIN003-1877.pdf |
| AIN001-2113.pdf | AIN001-6085.pdf | AIN002-0711.pdf | AIN002-4026.pdf | AIN003-1881.pdf |
| AIN001-2114.pdf | AIN001-6092.pdf | AIN002-0714.pdf | AIN002-4027.pdf | AIN003-1883.pdf |
| AIN001-2120.pdf | AIN001-6111.pdf | AIN002-0731.pdf | AIN002-4028.pdf | AIN003-1884.pdf |
| AIN001-2121.pdf | AIN001-6124.pdf | AIN002-0757.pdf | AIN002-4030.pdf | AIN003-1887.pdf |
| AIN001-2129.pdf | AIN001-6185.pdf | AIN002-0785.pdf | AIN002-4038.pdf | AIN003-1889.pdf |
| AIN001-2134.pdf | AIN001-6202.pdf | AIN002-0790.pdf | AIN002-4059.pdf | AIN003-1994.pdf |
| AIN001-2138.pdf | AIN001-6229.pdf | AIN002-0791.pdf | AIN002-4070.pdf | AIN003-2009.pdf |
| AIN001-2153.pdf | AIN001-6278.pdf | AIN002-0795.pdf | AIN002-4086.pdf | AIN003-2075.pdf |
| AIN001-2194.pdf | AIN001-6318.pdf | AIN002-0797.pdf | AIN002-4087.pdf | AIN003-2821.pdf |
| AIN001-2247.pdf | AIN001-6332.pdf | AIN002-0800.pdf | AIN002-4089.pdf | AIN003-3418.pdf |
| AIN001-2260.pdf | AIN001-6346.pdf | AIN002-0803.pdf | AIN002-4099.pdf | AIN003-3437.pdf |
| AIN001-2318.pdf | AIN001-6347.pdf | AIN002-0805.pdf | AIN002-4101.pdf | AIN003-3511.pdf |

United States of America v. Honeywell International, Inc.

Appendix B

Expert Report of Joseph Anastasi

List of Documents Considered

## Bates-Stamped Invoices and other Supporting Documents -- GSA Sales

| | | | | |
|---|---|---|---|---|
| AIN001-2330.pdf | AIN001-6348.pdf | AIN002-0807.pdf | AIN002-4102.pdf | AIN003-3547.pdf |
| AIN001-2352.pdf | AIN001-6349.pdf | AIN002-0810.pdf | AIN002-4107.pdf | AIN003-3548.pdf |
| AIN001-2379.pdf | AIN001-6350.pdf | AIN002-0815.pdf | AIN002-4111.pdf | AIN003-3549.pdf |
| AIN001-2380.pdf | AIN001-6358.pdf | AIN002-0817.pdf | AIN002-4113.pdf | AIN003-3617.pdf |
| AIN001-2649.pdf | AIN001-6363.pdf | AIN002-0819.pdf | AIN002-4116.pdf | AIN003-3647.pdf |
| AIN001-2650.pdf | AIN001-6365.pdf | AIN002-0823.pdf | AIN002-4119.pdf | AIN003-3678.pdf |
| AIN001-2651.pdf | AIN001-6446.pdf | AIN002-0827.pdf | AIN002-4121.pdf | AIN003-3738.pdf |
| AIN001-2702.pdf | AIN001-6456.pdf | AIN002-0848.pdf | AIN002-4134.pdf | AIN003-3785.pdf |
| AIN001-2703.pdf | AIN001-6501.pdf | AIN002-0850.pdf | AIN002-4139.pdf | AIN003-3786.pdf |
| AIN001-2706.pdf | AIN001-6523.pdf | AIN002-0889.pdf | AIN002-4145.pdf | AIN003-3787.pdf |
| AIN001-2722.pdf | AIN001-6573.pdf | AIN002-0894.pdf | AIN002-4167.pdf | AIN003-3788.pdf |
| AIN001-2723.pdf | AIN001-6628.pdf | AIN002-0901.pdf | AIN002-4184.pdf | AIN003-3809.pdf |
| AIN001-2748.pdf | AIN001-6677.pdf | AIN002-0912.pdf | AIN002-4187.pdf | AIN003-3860.pdf |
| AIN001-3427.pdf | AIN001-6679.pdf | AIN002-0923.pdf | AIN002-4188.pdf | AIN003-3928.pdf |
| AIN001-3436.pdf | AIN001-6680.pdf | AIN002-0951.pdf | AIN002-4190.pdf | AIN003-3929.pdf |
| AIN001-3451.pdf | AIN001-6753.pdf | AIN002-0956.pdf | AIN002-4195.pdf | AIN003-3949.pdf |
| AIN001-3452.pdf | AIN001-6820.pdf | AIN002-0958.pdf | AIN002-4198.pdf | AIN003-3981.pdf |
| AIN001-3459.pdf | AIN001-6822.pdf | AIN002-0960.pdf | AIN002-4200.pdf | AIN003-4097.pdf |
| AIN001-3463.pdf | AIN001-6843.pdf | AIN002-0990.pdf | AIN002-4202.pdf | AIN003-4117.pdf |
| AIN001-3464.pdf | AIN001-6877.pdf | AIN002-0996.pdf | AIN002-4204.pdf | AIN003-4141.pdf |
| AIN001-3466.pdf | AIN001-6879.pdf | AIN002-0997.pdf | AIN002-4230.pdf | AIN003-4296.pdf |
| AIN001-3468.pdf | AIN001-6882.pdf | AIN002-0999.pdf | AIN002-4232.pdf | AIN003-4556.pdf |
| AIN001-3470.pdf | AIN001-6888.pdf | AIN002-1003.pdf | AIN002-4244.pdf | AIN003-4762.pdf |
| AIN001-3490.pdf | AIN001-6890.pdf | AIN002-1005.pdf | AIN002-4279.pdf | AIN003-4769.pdf |
| AIN001-3552.pdf | AIN001-6893.pdf | AIN002-1006.pdf | AIN002-4285.pdf | AIN003-4787.pdf |
| AIN001-3575.pdf | AIN001-6900.pdf | AIN002-1010.pdf | AIN002-4288.pdf | AIN003-4808.pdf |
| AIN001-3576.pdf | AIN001-6902.pdf | AIN002-1011.pdf | AIN002-4297.pdf | AIN003-4828.pdf |
| AIN001-3577.pdf | AIN001-6904.pdf | AIN002-1013.pdf | AIN002-4300.pdf | AIN003-4836.pdf |
| AIN001-3585.pdf | AIN001-6906.pdf | AIN002-1018.pdf | AIN002-4313.pdf | AIN003-4840.pdf |
| AIN001-3625.pdf | AIN001-6944.pdf | AIN002-1021.pdf | AIN002-4350.pdf | AIN003-4855.pdf |
| AIN001-3626.pdf | AIN001-6946.pdf | AIN002-1024.pdf | AIN002-4377.pdf | AIN003-4906.pdf |
| AIN001-3628.pdf | AIN001-6948.pdf | AIN002-1027.pdf | AIN002-4385.pdf | AIN003-4923.pdf |
| AIN001-3629.pdf | AIN001-6949.pdf | AIN002-1031.pdf | AIN002-4386.pdf | AIN003-4935.pdf |
| AIN001-3630.pdf | AIN001-6954.pdf | AIN002-1035.pdf | AIN002-4387.pdf | AIN003-5022.pdf |
| AIN001-3631.pdf | AIN001-6956.pdf | AIN002-1070.pdf | AIN002-4388.pdf | AIN003-5158.pdf |
| AIN001-3691.pdf | AIN001-6968.pdf | AIN002-1071.pdf | AIN002-4389.pdf | AIN003-5777.pdf |
| AIN001-3692.pdf | AIN001-6971.pdf | AIN002-1073.pdf | AIN002-4390.pdf | AIN003-6161.pdf |
| AIN001-3693.pdf | AIN001-6990.pdf | AIN002-1135.pdf | AIN002-4391.pdf | AIN003-6528.pdf |
| AIN001-3705.pdf | AIN001-6991.pdf | AIN002-1154.pdf | AIN002-4392.pdf | AIN003-6862.pdf |

United States of America v. Honeywell International, Inc.

Expert Report of Joseph Anastasi

List of Documents Considered

Appendix B

## Bates-Stamped Invoices and other Supporting Documents -- GSA Sales

| | | | | |
|---|---|---|---|---|
| AIN001-3714.pdf | AIN001-6993.pdf | AIN002-1155.pdf | AIN002-4421.pdf | AIN003-7405.pdf |
| AIN001-3742.pdf | AIN001-7001.pdf | AIN002-1156.pdf | AIN002-4422.pdf | AIN005-0006.pdf |
| AIN001-3743.pdf | AIN001-7018.pdf | AIN002-1161.pdf | AIN002-4428.pdf | AIN005-0035.pdf |
| AIN001-3751.pdf | AIN001-7019.pdf | AIN002-1163.pdf | AIN002-4429.pdf | AIN005-0036.pdf |
| AIN001-3767.pdf | AIN001-7069.pdf | AIN002-1167.pdf | AIN002-4445.pdf | AIN005-0040.pdf |
| AIN001-3769.pdf | AIN001-7071.pdf | AIN002-1176.pdf | AIN002-4446.pdf | AIN005-0041.pdf |
| AIN001-3790.pdf | AIN001-7103.pdf | AIN002-1184.pdf | AIN002-4447.pdf | AIN005-0042.pdf |
| AIN001-3812.pdf | AIN001-7105.pdf | AIN002-1193.pdf | AIN002-4448.pdf | AIN005-0043.pdf |
| AIN001-3814.pdf | AIN001-7160.pdf | AIN002-1207.pdf | AIN002-4514.pdf | AIN005-0044.pdf |
| AIN001-3815.pdf | AIN001-7161.pdf | AIN002-1221.pdf | AIN002-4525.pdf | AIN005-0045.pdf |
| AIN001-3816.pdf | AIN001-7162.pdf | AIN002-1231.pdf | AIN002-4526.pdf | AIN005-0053.pdf |
| AIN001-3867.pdf | AIN001-7170.pdf | AIN002-1232.pdf | AIN002-4558.pdf | AIN005-0056.pdf |
| AIN001-3913.pdf | AIN001-7175.pdf | AIN002-1235.pdf | AIN002-4564.pdf | AIN005-0087.pdf |
| AIN001-3947.pdf | AIN001-7187.pdf | AIN002-1239.pdf | AIN002-4609.pdf | AIN005-0229.pdf |
| AIN001-3948.pdf | AIN001-7190.pdf | AIN002-1246.pdf | AIN002-4632.pdf | AIN005-0280.pdf |
| AIN001-3989.pdf | AIN001-7191.pdf | AIN002-1256.pdf | AIN002-4642.pdf | AIN005-0281.pdf |
| AIN001-4056.pdf | AIN001-7230.pdf | AIN002-1257.pdf | AIN002-4748.pdf | AIN005-0385.pdf |
| AIN001-4065.pdf | AIN001-7290.pdf | AIN002-1260.pdf | AIN002-4772.pdf | AIN005-0418.pdf |
| AIN001-4131.pdf | AIN001-7314.pdf | AIN002-1261.pdf | AIN002-4829.pdf | AIN005-0470.pdf |
| AIN001-4151.pdf | AIN001-7334.pdf | AIN002-1283.pdf | AIN002-4835.pdf | AIN005-0481.pdf |
| AIN001-4221.pdf | AIN001-7338.pdf | AIN002-1296.pdf | AIN002-4872.pdf | AIN005-0489.pdf |
| AIN001-4222.pdf | AIN001-7341.pdf | AIN002-1353.pdf | AIN002-4877.pdf | AIN005-0521.pdf |
| AIN001-4260.pdf | AIN001-7404.pdf | AIN002-1372.pdf | AIN002-4880.pdf | AIN005-0574.pdf |
| AIN001-4364.pdf | AIN001-7405.pdf | AIN002-1374.pdf | AIN002-4882.pdf | AIN005-0614.pdf |
| AIN001-4390.pdf | AIN001-7406.pdf | AIN002-1379.pdf | AIN002-4895.pdf | AIN005-0744.pdf |
| AIN001-4425.pdf | AIN001-7415.pdf | AIN002-1387.pdf | AIN002-4905.pdf | AIN005-0751.pdf |
| AIN001-4431.pdf | AIN001-7420.pdf | AIN002-1393.pdf | AIN002-4906.pdf | AIN005-0773.pdf |
| AIN001-4444.pdf | AIN001-7422.pdf | AIN002-1402.pdf | AIN002-4907.pdf | AIN006-0014-0017.pdf |
| AIN001-4483.pdf | AIN001-7444.pdf | AIN002-1406.pdf | AIN002-4910.pdf | AIN006-0018-0021.pdf |
| AIN001-4504.pdf | AIN001-7445.pdf | AIN002-1415.pdf | AIN002-4913.pdf | AIN006-0022-0025.pdf |
| AIN001-4512.pdf | AIN001-7455.pdf | AIN002-1422.pdf | AIN002-4918.pdf | AIN006-0026-0028.pdf |
| AIN001-4533.pdf | AIN001-7458.pdf | AIN002-1424.pdf | AIN002-4945.pdf | AIN006-0029-0030.pdf |
| AIN001-4536.pdf | AIN001-7460.pdf | AIN002-1429.pdf | AIN002-4951.pdf | AIN006-0031-0033.pdf |
| AIN001-4538.pdf | AIN001-7464.pdf | AIN002-1432.pdf | AIN002-4956.pdf | AIN006-0034-0036.pdf |
| AIN001-4543.pdf | AIN001-7466.pdf | AIN002-1441.pdf | AIN002-4958.pdf | AIN006-0037-0039.pdf |
| AIN001-4544.pdf | AIN001-7471.pdf | AIN002-1442.pdf | AIN002-4965.pdf | AIN006-0040-0042.pdf |
| AIN001-4548.pdf | AIN001-7478.pdf | AIN002-1454.pdf | AIN002-4971.pdf | AIN006-0043-0046.pdf |
| AIN001-4549.pdf | AIN001-7480.pdf | AIN002-1455.pdf | AIN002-5022.pdf | AIN006-0047-0049.pdf |
| AIN001-4550.pdf | AIN001-7488.pdf | AIN002-1456.pdf | AIN002-5030.pdf | AIN006-0050-0052.pdf |

United States of America v. Honeywell International, Inc.                                    **Appendix B**
Expert Report of Joseph Anastasi
List of Documents Considered

**Bates-Stamped Invoices and other Supporting Documents -- GSA Sales**

| | | | | |
|---|---|---|---|---|
| AIN001-4551.pdf | AIN001-7498.pdf | AIN002-1457.pdf | AIN002-5033.pdf | AIN006-0053-0054.pdf |
| AIN001-4562.pdf | AIN001-7514.pdf | AIN002-1458.pdf | AIN002-5034.pdf | AIN006-0055-0059.pdf |
| AIN001-4563.pdf | AIN001-7515.pdf | AIN002-1459.pdf | AIN002-5079.pdf | AIN006-0060-0062.pdf |
| AIN001-4590.pdf | AIN001-7543.pdf | AIN002-1460.pdf | AIN002-5091.pdf | AIN006-0063-0064.pdf |
| AIN001-4591.pdf | AIN001-7548.pdf | AIN002-1461.pdf | AIN002-5139.pdf | AIN006-0065-0067.pdf |
| AIN001-4599.pdf | AIN001-7586.pdf | AIN002-1462.pdf | AIN002-5162.pdf | AIN006-0068-0071.pdf |
| AIN001-4600.pdf | AIN001-7596.pdf | AIN002-1471.pdf | AIN002-5168.pdf | AIN006-0072-0077.pdf |
| AIN001-4604.pdf | AIN001-7601.pdf | AIN002-1478.pdf | AIN002-5191.pdf | AIN006-0078.pdf |
| AIN001-4611.pdf | AIN001-7603.pdf | AIN002-1481.pdf | AIN002-5244.pdf | AIN006-0079-0082.pdf |
| AIN001-4612.pdf | AIN001-7604.pdf | AIN002-1482.pdf | AIN002-5281.pdf | AIN006-0083.pdf |
| AIN001-4627.pdf | AIN001-7610.pdf | AIN002-1483.pdf | AIN002-5286.pdf | AIN006-0085-0087.pdf |
| AIN001-4629.pdf | AIN001-7611.pdf | AIN002-1484.pdf | AIN002-5302.pdf | AIN006-0088.pdf |
| AIN001-4632.pdf | AIN001-7612.pdf | AIN002-1485.pdf | AIN002-5304.pdf | AIN006-0089-0094.pdf |
| AIN001-4633.pdf | AIN001-7615.pdf | AIN002-1486.pdf | AIN002-5311.pdf | AIN008-0001.pdf |
| AIN001-4638.pdf | AIN001-7622.pdf | AIN002-1487.pdf | AIN002-5317.pdf | AIN008-0004.pdf |
| AIN001-4641.pdf | AIN001-7657.pdf | AIN002-1488.pdf | AIN002-5320.pdf | AIN008-0008.pdf |
| AIN001-4643.pdf | AIN001-7674.pdf | AIN002-1489.pdf | AIN002-5321.pdf | AIN008-0011.pdf |
| AIN001-4644.pdf | AIN001-7704.pdf | AIN002-1490.pdf | AIN002-5323.pdf | AIN008-0015.pdf |
| AIN001-4645.pdf | AIN001-7715.pdf | AIN002-1491.pdf | AIN002-5324.pdf | AIN008-0019.pdf |
| AIN001-4647.pdf | AIN001-7741.pdf | AIN002-1492.pdf | AIN002-5337.pdf | AIN008-0021.pdf |
| AIN001-4652.pdf | AIN001-7796.pdf | AIN002-1493.pdf | AIN002-5341.pdf | AIN008-0024.pdf |
| AIN001-4658.pdf | AIN001-7800.pdf | AIN002-1494.pdf | AIN002-5345.pdf | AIN008-0027.pdf |
| AIN001-4659.pdf | AIN001-7827.pdf | AIN002-1495.pdf | AIN002-5347.pdf | AIN008-0030.pdf |
| AIN001-4668.pdf | AIN001-7836.pdf | AIN002-1496.pdf | AIN002-5348.pdf | AIN008-0033.pdf |
| AIN001-4669.pdf | AIN001-7852.pdf | AIN002-1497.pdf | AIN002-5357.pdf | AIN008-0036.pdf |
| AIN001-4670.pdf | AIN001-7859.pdf | AIN002-1499.pdf | AIN002-5376.pdf | AIN008-0039.pdf |
| AIN001-4672.pdf | AIN001-7877.pdf | AIN002-1550.pdf | AIN002-5409.pdf | AIN008-0041.pdf |
| AIN001-4673.pdf | AIN001-7893.pdf | AIN002-1557.pdf | AIN002-5410.pdf | AIN008-0043.pdf |
| AIN001-4674.pdf | AIN001-7921.pdf | AIN002-1559.pdf | AIN002-5413.pdf | AIN008-0045.pdf |
| AIN001-4675.pdf | AIN001-7927.pdf | AIN002-1573.pdf | AIN002-5418.pdf | AIN008-0047.pdf |
| AIN001-4676.pdf | AIN001-7953.pdf | AIN002-1596.pdf | AIN002-5476.pdf | AIN008-0050.pdf |
| AIN001-4679.pdf | AIN001-7963.pdf | AIN002-1608.pdf | AIN002-5501.pdf | AIN008-0052.pdf |
| AIN001-4681.pdf | AIN001-7966.pdf | AIN002-1611.pdf | AIN002-5516.pdf | AIN008-0054.pdf |
| AIN001-4690.pdf | AIN001-7980.pdf | AIN002-1616.pdf | AIN002-5554.pdf | AIN008-0056.pdf |
| AIN001-4694.pdf | AIN001-7984.pdf | AIN002-1618.pdf | AIN002-5555.pdf | AIN008-0058.pdf |
| AIN001-4699.pdf | AIN001-7990.pdf | AIN002-1619.pdf | AIN002-5559.pdf | AIN008-0060.pdf |
| AIN001-4701.pdf | AIN001-7993.pdf | AIN002-1620.pdf | AIN002-5589.pdf | AIN008-0062.pdf |
| AIN001-4710.pdf | AIN001-8003.pdf | AIN002-1622.pdf | AIN002-5596.pdf | AIN008-0064.pdf |
| AIN001-4715.pdf | AIN001-8009.pdf | AIN002-1623.pdf | AIN002-5605.pdf | AIN008-0066.pdf |

Confidential - Subject to Protective Order

United States of America v. Honeywell International, Inc.

Appendix B

Expert Report of Joseph Anastasi

List of Documents Considered

### Bates-Stamped Invoices and other Supporting Documents -- GSA Sales

| | | | | |
|---|---|---|---|---|
| AIN001-4717.pdf | AIN001-8020.pdf | AIN002-1624.pdf | AIN002-5668.pdf | AIN008-0068.pdf |
| AIN001-4719.pdf | AIN001-8035.pdf | AIN002-1626.pdf | AIN002-5669.pdf | AIN008-0071.pdf |
| AIN001-4723.pdf | AIN001-8042.pdf | AIN002-1634.pdf | AIN002-5727.pdf | AIN008-0073.pdf |
| AIN001-4727.pdf | AIN001-8068.pdf | AIN002-1641.pdf | AIN002-5728.pdf | AIN008-0075.pdf |
| AIN001-4733.pdf | AIN001-8071.pdf | AIN002-1654.pdf | AIN002-5752.pdf | AIN008-0077.pdf |
| AIN001-4735.pdf | AIN001-8077.pdf | AIN002-1695.pdf | AIN002-5787.pdf | AIN008-0079.pdf |
| AIN001-4737.pdf | AIN001-8083.pdf | AIN002-1696.pdf | AIN002-5791.pdf | AIN008-0081.pdf |
| AIN001-4738.pdf | AIN001-8106.pdf | AIN002-1706.pdf | AIN002-5793.pdf | AIN008-0083.pdf |
| AIN001-4741.pdf | AIN001-8114.pdf | AIN002-1718.pdf | AIN002-5796.pdf | AIN008-0086.pdf |
| AIN001-4743.pdf | AIN001-8127.pdf | AIN002-1720.pdf | AIN002-5800.pdf | AIN008-0087.pdf |
| AIN001-4745.pdf | AIN001-8163.pdf | AIN002-1732.pdf | AIN002-5906.pdf | AIN008-0094.pdf |
| AIN001-4748.pdf | AIN001-8192.pdf | AIN002-1733.pdf | AIN002-5911.pdf | AIN008-0100.pdf |
| AIN001-4752.pdf | AIN001-8197.pdf | AIN002-1736.pdf | AIN002-5912.pdf | AIN008-0107.pdf |
| AIN001-4753.pdf | AIN001-8218.pdf | AIN002-1774.pdf | AIN002-5931.pdf | AIN008-0114.pdf |
| AIN001-4756.pdf | AIN001-8220.pdf | AIN002-1777.pdf | AIN002-5933.pdf | AIN008-0116.pdf |
| AIN001-4757.pdf | AIN001-8222.pdf | AIN002-1795.pdf | AIN002-5948.pdf | AIN001-0084.pdf |
| AIN001-4758.pdf | AIN001-8229.pdf | AIN002-1804.pdf | AIN002-5968.pdf | AIN001-0103.pdf |
| AIN001-4761.pdf | AIN001-8264.pdf | AIN002-1815.pdf | AIN002-6029.pdf | AIN001-2465.pdf |
| AIN001-4762.pdf | AIN001-8274.pdf | AIN002-1818.pdf | AIN002-6049.pdf | AIN001-4132.pdf |
| AIN001-4763.pdf | AIN001-8312.pdf | AIN002-1825.pdf | AIN002-6067.pdf | AIN001-4554.pdf |
| AIN001-4764.pdf | AIN001-8318.pdf | AIN002-1829.pdf | AIN002-6069.pdf | AIN001-4708.pdf |
| AIN001-4765.pdf | AIN001-8331.pdf | AIN002-1847.pdf | AIN002-6070.pdf | AIN002-0854.pdf |
| AIN001-4766.pdf | AIN001-8332.pdf | AIN002-1852.pdf | AIN002-6073.pdf | AIN003-5987.pdf |
| AIN001-4771.pdf | AIN001-8335.pdf | AIN002-1854.pdf | AIN002-6074.pdf | AIN003-6397.pdf |
| AIN001-4773.pdf | AIN001-8342.pdf | AIN002-1855.pdf | AIN002-6077.pdf | AIN003-6972.pdf |
| AIN001-4775.pdf | AIN001-8347.pdf | AIN002-1863.pdf | AIN002-6078.pdf | AIN003-6973.pdf |
| AIN001-4777.pdf | AIN001-8351.pdf | AIN002-1881.pdf | AIN002-6084.pdf | AIN003-6974.pdf |
| AIN001-4778.pdf | AIN001-8357.pdf | AIN002-1890.pdf | AIN002-6091.pdf | AIN003-7029.pdf |
| AIN001-4783.pdf | AIN001-8358.pdf | AIN002-1904.pdf | AIN002-6103.pdf | AIN003-7096.pdf |
| AIN001-4785.pdf | AIN001-8365.pdf | AIN002-1934.pdf | AIN002-6124.pdf | AIN003-7426.pdf |
| AIN001-4786.pdf | AIN001-8366.pdf | AIN002-1970.pdf | AIN002-6142.pdf | AIN003-7634.pdf |
| AIN001-4788.pdf | AIN001-8367.pdf | AIN002-1974.pdf | AIN002-6144.pdf | AIN003-7675.pdf |
| AIN001-4791.pdf | AIN001-8368.pdf | AIN002-1989.pdf | AIN002-6159.pdf | AIN003-7778.pdf |
| AIN001-4792.pdf | AIN001-8369.pdf | AIN002-2010.pdf | AIN002-6193.pdf | AIN003-7779.pdf |
| AIN001-4794.pdf | AIN001-8370.pdf | AIN002-2015.pdf | AIN002-6194.pdf | AIN006-0001.pdf |
| AIN001-4795.pdf | AIN001-8371.pdf | AIN002-2021.pdf | AIN002-6197.pdf | AIN002-0558.pdf |
| AIN001-4796.pdf | AIN001-8372.pdf | AIN002-2024.pdf | AIN002-6223.pdf | AIN002-0563.pdf |
| AIN001-4798.pdf | AIN001-8373.pdf | AIN002-2034.pdf | AIN002-6227.pdf | AIN003-1354.pdf |
| AIN001-4804.pdf | AIN001-8374.pdf | AIN002-2037.pdf | AIN002-6230.pdf | AIN003-2118.pdf |

## Bates-Stamped Invoices and other Supporting Documents -- GSA Sales

| | | | | |
|---|---|---|---|---|
| AIN001-4806.pdf | AIN001-8375.pdf | AIN002-2041.pdf | AIN002-6231.pdf | AIN003-2377.pdf |
| AIN001-4808.pdf | AIN001-8376.pdf | AIN002-2046.pdf | AIN002-6236.pdf | AIN003-2385.pdf |
| AIN001-4810.pdf | AIN001-8377.pdf | AIN002-2049.pdf | AIN002-6248.pdf | AIN003-2505.pdf |
| AIN001-4811.pdf | AIN001-8378.pdf | AIN002-2062.pdf | AIN002-6249.pdf | AIN003-2537.pdf |
| AIN001-4813.pdf | AIN001-8379.pdf | AIN002-2067.pdf | AIN002-6255.pdf | AIN003-2582.pdf |
| AIN001-4815.pdf | AIN001-8380.pdf | AIN002-2069.pdf | AIN002-6256.pdf | AIN003-2631.pdf |
| AIN001-4816.pdf | AIN001-8381.pdf | AIN002-2072.pdf | AIN002-6277.pdf | AIN003-2632.pdf |
| AIN001-4817.pdf | AIN001-8382.pdf | AIN002-2087.pdf | AIN002-6294.pdf | AIN003-2647.pdf |
| AIN001-4818.pdf | AIN001-8383.pdf | AIN002-2106.pdf | AIN002-6295.pdf | AIN003-2719.pdf |
| AIN001-4819.pdf | AIN001-8384.pdf | AIN002-2114.pdf | AIN002-6297.pdf | AIN003-2827.pdf |
| AIN001-4820.pdf | AIN001-8385.pdf | AIN002-2138.pdf | AIN002-6302.pdf | AIN003-2859.pdf |
| AIN001-4821.pdf | AIN001-8387.pdf | AIN002-2146.pdf | AIN002-6305.pdf | AIN003-2941.pdf |
| AIN001-4823.pdf | AIN001-8388.pdf | AIN002-2172.pdf | AIN002-6307.pdf | AIN003-3281.pdf |
| AIN001-4825.pdf | AIN001-8389.pdf | AIN002-2185.pdf | AIN002-6309.pdf | AIN003-3348.pdf |
| AIN001-4826.pdf | AIN001-8390.pdf | AIN002-2190.pdf | AIN002-6312.pdf | AIN003-3697.pdf |
| AIN001-4829.pdf | AIN001-8391.pdf | AIN002-2193.pdf | AIN002-6315.pdf | AIN003-3739.pdf |
| AIN001-4833.pdf | AIN001-8392.pdf | AIN002-2200.pdf | AIN002-6344.pdf | AIN003-3789.pdf |
| AIN001-4835.pdf | AIN001-8403.pdf | AIN002-2257.pdf | AIN002-6348.pdf | AIN003-3870.pdf |
| AIN001-4837.pdf | AIN001-8406.pdf | AIN002-2259.pdf | AIN002-6363.pdf | AIN003-3969.pdf |
| AIN001-4841.pdf | AIN001-8408.pdf | AIN002-2264.pdf | AIN002-6375.pdf | AIN003-4270.pdf |
| AIN001-4852.pdf | AIN001-8418.pdf | AIN002-2272.pdf | AIN002-6380.pdf | AIN003-4406.pdf |
| AIN001-4854.pdf | AIN001-8419.pdf | AIN002-2275.pdf | AIN002-6389.pdf | AIN003-4504.pdf |
| AIN001-4864.pdf | AIN001-8421.pdf | AIN002-2304.pdf | AIN002-6403.pdf | AIN003-4719.pdf |
| AIN001-4865.pdf | AIN001-8427.pdf | AIN002-2314.pdf | AIN002-6404.pdf | AIN003-4749.pdf |
| AIN001-4869.pdf | AIN001-8432.pdf | AIN002-2315.pdf | AIN002-6440.pdf | AIN003-4810.pdf |
| AIN001-4928.pdf | AIN001-8433.pdf | AIN002-2318.pdf | AIN002-6457.pdf | AIN003-4841.pdf |
| AIN001-4945.pdf | AIN001-8436.pdf | AIN002-2320.pdf | AIN002-6458.pdf | AIN003-4845.pdf |
| AIN001-4950.pdf | AIN001-8441.pdf | AIN002-2322.pdf | AIN002-6459.pdf | AIN003-4884.pdf |
| AIN001-4952.pdf | AIN001-8444.pdf | AIN002-2343.pdf | AIN002-6461.pdf | AIN003-4885.pdf |
| AIN001-4953.pdf | AIN001-8453.pdf | AIN002-2345.pdf | AIN002-6480.pdf | AIN003-4887.pdf |
| AIN001-4965.pdf | AIN001-8455.pdf | AIN002-2349.pdf | AIN002-6481.pdf | AIN003-4905.pdf |
| AIN001-4966.pdf | AIN001-8457.pdf | AIN002-2357.pdf | AIN002-6484.pdf | AIN003-4908.pdf |
| AIN001-4968.pdf | AIN001-8470.pdf | AIN002-2360.pdf | AIN002-6504.pdf | AIN003-4932.pdf |
| AIN001-4980.pdf | AIN001-8473.pdf | AIN002-2369.pdf | AIN002-6508.pdf | AIN003-5021.pdf |
| AIN001-4981.pdf | AIN001-8482.pdf | AIN002-2374.pdf | AIN002-6510.pdf | AIN003-5066.pdf |
| AIN001-4997.pdf | AIN001-8505.pdf | AIN002-2380.pdf | AIN002-6514.pdf | AIN003-5161.pdf |
| AIN001-4998.pdf | AIN001-8506.pdf | AIN002-2384.pdf | AIN002-6523.pdf | AIN003-5250.pdf |
| AIN001-5030.pdf | AIN001-8508.pdf | AIN002-2386.pdf | AIN002-6526.pdf | AIN003-5264.pdf |
| AIN001-5031.pdf | AIN001-8520.pdf | AIN002-2458.pdf | AIN002-6626.pdf | AIN003-5519.pdf |

Appendix B

### Bates-Stamped Invoices and other Supporting Documents -- GSA Sales

| | | | | |
|---|---|---|---|---|
| AIN001-5032.pdf | AIN001-8585.pdf | AIN002-2470.pdf | AIN002-6636.pdf | AIN003-5589.pdf |
| AIN001-5034.pdf | AIN001-8595.pdf | AIN002-2485.pdf | AIN002-6648.pdf | AIN003-5805.pdf |
| AIN001-5041.pdf | AIN001-8597.pdf | AIN002-2492.pdf | AIN002-6664.pdf | AIN003-5827.pdf |
| AIN001-5043.pdf | AIN001-8599.pdf | AIN002-2494.pdf | AIN002-6666.pdf | AIN003-5931.pdf |
| AIN001-5066.pdf | AIN001-8600.pdf | AIN002-2497.pdf | AIN002-6677.pdf | AIN003-5981.pdf |
| AIN001-5068.pdf | AIN001-8603.pdf | AIN002-2504.pdf | AIN002-6681.pdf | AIN003-5989.pdf |
| AIN001-5072.pdf | AIN001-8604.pdf | AIN002-2520.pdf | AIN002-6682.pdf | AIN003-6021.pdf |
| AIN001-5073.pdf | AIN001-8606.pdf | AIN002-2524.pdf | AIN002-6693.pdf | AIN003-6050.pdf |
| AIN001-5075.pdf | AIN001-8607.pdf | AIN002-2537.pdf | AIN002-6696.pdf | AIN003-6124.pdf |
| AIN001-5077.pdf | AIN001-8608.pdf | AIN002-2545.pdf | AIN002-6757.pdf | AIN003-6130.pdf |
| AIN001-5078.pdf | AIN001-8609.pdf | AIN002-2594.pdf | AIN002-6761.pdf | AIN003-6137.pdf |
| AIN001-5081.pdf | AIN001-8610.pdf | AIN002-2604.pdf | AIN002-6773.pdf | AIN003-6145.pdf |
| AIN001-5085.pdf | AIN001-8612.pdf | AIN002-2605.pdf | AIN002-6774.pdf | AIN003-6158.pdf |
| AIN001-5086.pdf | AIN001-8613.pdf | AIN002-2611.pdf | AIN002-6782.pdf | AIN003-6296.pdf |
| AIN001-5088.pdf | AIN001-8618.pdf | AIN002-2616.pdf | AIN002-6792.pdf | AIN003-6388.pdf |
| AIN001-5097.pdf | AIN001-8640.pdf | AIN002-2622.pdf | AIN002-6794.pdf | AIN003-6430.pdf |
| AIN001-5100.pdf | AIN001-8656.pdf | AIN002-2633.pdf | AIN002-6811.pdf | AIN003-6473.pdf |
| AIN001-5102.pdf | AIN001-8661.pdf | AIN002-2641.pdf | AIN002-6818.pdf | AIN003-6505.pdf |
| AIN001-5110.pdf | AIN001-8664.pdf | AIN002-2643.pdf | AIN002-6872.pdf | AIN003-6529.pdf |
| AIN001-5111.pdf | AIN001-8671.pdf | AIN002-2645.pdf | AIN002-6891.pdf | AIN003-6742.pdf |
| AIN001-5113.pdf | AIN001-8672.pdf | AIN002-2647.pdf | AIN002-6893.pdf | AIN003-6745.pdf |
| AIN001-5116.pdf | AIN001-8673.pdf | AIN002-2648.pdf | AIN002-6898.pdf | AIN003-6778.pdf |
| AIN001-5148.pdf | AIN001-8676.pdf | AIN002-2665.pdf | AIN002-6899.pdf | AIN003-6783.pdf |
| AIN001-5157.pdf | AIN001-8710.pdf | AIN002-2667.pdf | AIN002-6900.pdf | AIN003-6890.pdf |
| AIN001-5159.pdf | AIN001-8730.pdf | AIN002-2674.pdf | AIN002-6909.pdf | AIN003-6911.pdf |
| AIN001-5161.pdf | AIN001-8735.pdf | AIN002-2698.pdf | AIN002-6911.pdf | AIN003-6956.pdf |
| AIN001-5162.pdf | AIN001-8738.pdf | AIN002-2711.pdf | AIN002-6922.pdf | AIN003-6962.pdf |
| AIN001-5163.pdf | AIN001-8740.pdf | AIN002-2749.pdf | AIN002-6930.pdf | AIN003-6963.pdf |
| AIN001-5164.pdf | AIN001-8789.pdf | AIN002-2754.pdf | AIN002-6931.pdf | AIN003-6970.pdf |
| AIN001-5165.pdf | AIN001-8790.pdf | AIN002-2757.pdf | AIN002-6932.pdf | AIN003-6989.pdf |
| AIN001-5166.pdf | AIN001-8799.pdf | AIN002-2792.pdf | AIN002-6946.pdf | AIN003-7038.pdf |
| AIN001-5173.pdf | AIN001-8800.pdf | AIN002-2794.pdf | AIN002-6985.pdf | AIN003-7054.pdf |
| AIN001-5177.pdf | AIN001-8804.pdf | AIN002-2798.pdf | AIN002-6998.pdf | AIN003-7247.pdf |
| AIN001-5178.pdf | AIN001-8888.pdf | AIN002-2801.pdf | AIN002-7002.pdf | AIN003-7272.pdf |
| AIN001-5192.pdf | AIN001-8897.pdf | AIN002-2802.pdf | AIN002-7021.pdf | AIN003-7400.pdf |
| AIN001-5194.pdf | AIN001-8907.pdf | AIN002-2803.pdf | AIN002-7045.pdf | AIN003-7410.pdf |
| AIN001-5196.pdf | AIN001-8910.pdf | AIN002-2812.pdf | AIN002-7077.pdf | AIN003-7457.pdf |
| AIN001-5197.pdf | AIN001-8925.pdf | AIN002-2818.pdf | AIN002-7081.pdf | AIN003-7458.pdf |
| AIN001-5198.pdf | AIN001-8960.pdf | AIN002-2819.pdf | AIN002-7089.pdf | AIN003-7489.pdf |

United States of America v. Honeywell International, Inc.
Expert Report of Joseph Anastasi
List of Documents Considered

**Appendix B**

### Bates-Stamped Invoices and other Supporting Documents -- GSA Sales

| | | | | |
|---|---|---|---|---|
| AIN001-5200.pdf | AIN001-8963.pdf | AIN002-2820.pdf | AIN002-7090.pdf | AIN003-7541.pdf |
| AIN001-5210.pdf | AIN001-8975.pdf | AIN002-2821.pdf | AIN002-7095.pdf | AIN003-7582.pdf |
| AIN001-5244.pdf | AIN001-9013.pdf | AIN002-2822.pdf | AIN002-7096.pdf | AIN003-7616.pdf |
| AIN001-5251.pdf | AIN001-9018.pdf | AIN002-2823.pdf | AIN002-7142.pdf | AIN003-7648.pdf |
| AIN001-5252.pdf | AIN001-9024.pdf | AIN002-2824.pdf | AIN002-7187.pdf | AIN003-7650.pdf |
| AIN001-5257.pdf | AIN001-9026.pdf | AIN002-2825.pdf | AIN002-7192.pdf | AIN003-7653.pdf |
| AIN001-5258.pdf | AIN001-9028.pdf | AIN002-2826.pdf | AIN002-7251.pdf | AIN003-7657.pdf |
| AIN001-5259.pdf | AIN001-9034.pdf | AIN002-2827.pdf | AIN002-7255.pdf | AIN003-7658.pdf |
| AIN001-5263.pdf | AIN001-9054.pdf | AIN002-2828.pdf | AIN002-7257.pdf | AIN003-7679.pdf |
| AIN001-5264.pdf | AIN001-9094.pdf | AIN002-2829.pdf | AIN002-7258.pdf | AIN003-7693.pdf |
| AIN001-5265.pdf | AIN001-9098.pdf | AIN002-2830.pdf | AIN002-7290.pdf | AIN003-7881.pdf |
| AIN001-5266.pdf | AIN001-9143.pdf | AIN002-2831.pdf | AIN002-7369.pdf | AIN003-7976.pdf |
| AIN001-5267.pdf | AIN001-9147.pdf | AIN002-2832.pdf | AIN002-7370.pdf | AIN006-0003.pdf |
| AIN001-5268.pdf | AIN001-9155.pdf | AIN002-2833.pdf | AIN002-7434.pdf | AIN006-0006.pdf |
| AIN001-5269.pdf | AIN001-9163.pdf | AIN002-2834.pdf | AIN002-7460.pdf | AIN006-0007-0009.pdf |
| AIN001-5270.pdf | AIN001-9173.pdf | AIN002-2835.pdf | AIN002-7489.pdf | AIN006-0010-0013.pdf |
| AIN001-5271.pdf | AIN001-9188.pdf | AIN002-2836.pdf | AIN002-7491.pdf | AHI003-1163-81 |
| AIN001-5272.pdf | AIN001-9208.pdf | AIN002-2837.pdf | AIN002-7495.pdf | HW00406121 |
| AIN001-5273.pdf | AIN001-9218.pdf | AIN002-2838.pdf | AIN002-7509.pdf | AHI022-0965 |
| AIN001-5276.pdf | AIN001-9225.pdf | AIN002-2839.pdf | AIN002-7536.pdf | AHI003-1102 |
| AIN001-5277.pdf | AIN001-9229.pdf | AIN002-2840.pdf | AIN002-7538.pdf | |
| AIN001-5278.pdf | AIN001-9236.pdf | AIN002-2841.pdf | AIN002-7543.pdf | |
| AIN001-5321.pdf | AIN001-9267.pdf | AIN002-2849.pdf | AIN002-7544.pdf | |
| AIN001-5322.pdf | AIN001-9268.pdf | AIN002-2850.pdf | AIN002-7554.pdf | |
| AIN001-5324.pdf | AIN001-9288.pdf | AIN002-2852.pdf | AIN002-7673.pdf | |
| AIN001-5327.pdf | AIN001-9306.pdf | AIN002-2853.pdf | AIN002-7701.pdf | |
| AIN001-5357.pdf | AIN001-9352.pdf | AIN002-2856.pdf | AIN002-7702.pdf | |
| AIN001-5358.pdf | AIN001-9354.pdf | AIN002-2860.pdf | AIN002-7711.pdf | |
| AIN001-5359.pdf | AIN001-9355.pdf | AIN002-2862.pdf | AIN002-7731.pdf | |
| AIN001-5364.pdf | AIN001-9360.pdf | AIN002-2866.pdf | AIN002-7733.pdf | |
| AIN001-5389.pdf | AIN001-9387.pdf | AIN002-2867.pdf | AIN002-7758.pdf | |
| AIN001-5393.pdf | AIN001-9388.pdf | AIN002-2869.pdf | AIN002-7764.pdf | |
| AIN001-5395.pdf | AIN001-9391.pdf | AIN002-2870.pdf | AIN002-7793.pdf | |
| AIN001-5397.pdf | AIN001-9400.pdf | AIN002-2871.pdf | AIN002-7802.pdf | |
| AIN001-5398.pdf | AIN001-9407.pdf | AIN002-2873.pdf | AIN002-7892.pdf | |
| AIN001-5399.pdf | AIN001-9409.pdf | AIN002-2875.pdf | AIN002-7919.pdf | |
| AIN001-5426.pdf | AIN001-9410.pdf | AIN002-2877.pdf | AIN002-7924.pdf | |
| AIN001-5451.pdf | AIN001-9419.pdf | AIN002-2885.pdf | AIN002-7931.pdf | |
| AIN001-5452.pdf | AIN001-9437.pdf | AIN002-2888.pdf | AIN002-7935.pdf | |

United States of America v. Honeywell International, Inc.                                    **Appendix B**
Expert Report of Joseph Anastasi
List of Documents Considered

### Bates-Stamped Invoices and other Supporting Documents -- GSA Sales

| | | | |
|---|---|---|---|
| AIN001-5453.pdf | AIN001-9445.pdf | AIN002-2890.pdf | AIN002-7941.pdf |
| AIN001-5454.pdf | AIN001-9465.pdf | AIN002-2891.pdf | AIN002-8039.pdf |
| AIN001-5455.pdf | AIN001-9468.pdf | AIN002-2894.pdf | AIN002-8056.pdf |
| AIN001-5456.pdf | AIN001-9478.pdf | AIN002-2910.pdf | AIN002-8083.pdf |
| AIN001-5457.pdf | AIN001-9500.pdf | AIN002-2912.pdf | AIN002-8084.pdf |
| AIN001-5464.pdf | AIN001-9508.pdf | AIN002-2919.pdf | AIN002-8113.pdf |
| AIN001-5479.pdf | AIN001-9561.pdf | AIN002-2925.pdf | AIN002-8210.pdf |
| AIN001-5482.pdf | AIN001-9569.pdf | AIN002-2943.pdf | AIN002-8219.pdf |
| AIN001-5527.pdf | AIN001-9615.pdf | AIN002-2953.pdf | AIN002-8226.pdf |
| AIN001-5561.pdf | AIN001-9631.pdf | AIN002-2959.pdf | AIN002-8261.pdf |
| AIN001-5596.pdf | AIN001-9633.pdf | AIN002-2964.pdf | AIN002-8312.pdf |
| AIN001-5598.pdf | AIN001-9637.pdf | AIN002-2971.pdf | AIN002-8425.pdf |
| AIN001-5599.pdf | AIN001-9662.pdf | AIN002-2978.pdf | AIN002-8426.pdf |
| AIN001-5600.pdf | AIN001-9673.pdf | AIN002-2980.pdf | AIN002-8462.pdf |
| AIN001-5602.pdf | AIN001-9676.pdf | AIN002-2998.pdf | AIN002-8507.pdf |
| AIN001-5603.pdf | AIN001-9679.pdf | AIN002-3021.pdf | AIN002-8585.pdf |
| AIN001-5604.pdf | AIN001-9684.pdf | AIN002-3042.pdf | AIN002-8586.pdf |
| AIN001-5605.pdf | AIN001-9687.pdf | AIN002-3044.pdf | AIN002-8732.pdf |
| AIN001-5606.pdf | AIN001-9689.pdf | AIN002-3047.pdf | AIN002-8850.pdf |
| AIN001-5607.pdf | AIN001-9696.pdf | AIN002-3049.pdf | AIN002-8881.pdf |
| AIN001-5608.pdf | AIN001-9702.pdf | AIN002-3053.pdf | AIN002-9311.pdf |
| AIN001-5609.pdf | AIN001-9704.pdf | AIN002-3055.pdf | AIN002-9355.pdf |
| AIN001-5611.pdf | AIN001-9706.pdf | AIN002-3061.pdf | AIN002-9397.pdf |
| AIN001-5612.pdf | AIN001-9711.pdf | AIN002-3072.pdf | AIN002-9434.pdf |
| AIN001-5635.pdf | AIN001-9712.pdf | AIN002-3151.pdf | AIN002-9531.pdf |
| AIN001-5639.pdf | AIN001-9713.pdf | AIN002-3158.pdf | AIN002-9532.pdf |
| AIN001-5641.pdf | AIN001-9720.pdf | AIN002-3159.pdf | AIN002-9779.pdf |
| AIN001-5643.pdf | AIN001-9739.pdf | AIN002-3160.pdf | AIN002-9929.pdf |
| AIN001-5644.pdf | AIN001-9751.pdf | AIN002-3161.pdf | AIN003-0036.pdf |

Confidential - Subject to Protective Order

# EXHIBIT 4

United States of America,
v.
Honeywell International, Inc.

# Declaration
### of
# Joseph Anastasi

**April 5, 2019**

## I.   Introduction and Background

1.     I have been retained by the Department of Justice (DOJ) to calculate damages with
respect to the U.S. Government's expenditures for "ballistic" body armor that contained
Z Shield, a Honeywell product (which is also known as Zylon Shield).[1] I provided an
initial report in this Honeywell Litigation Matter, dated November 2, 2015 (hereinafter,
my "Initial Report"); after that, I provided a rebuttal report, dated September 27, 2016
(hereinafter, my "Rebuttal Report"); and after that, a supplemental report (hereinafter, my
"Supplemental Report," dated November 28, 2017). A summary of my credentials as a
forensic accountant may be found in my Initial Report.[2]

2.     I have been provided with the Declaration of John H. Johnson, IV, Ph.D., which is
dated February 15, 2019 (the "Johnson Declaration"). In this declaration, Dr. Johnson
provides his calculation of the "net remaining damages" for Z Shield body armor and
finds no remaining damages. DOJ has requested that I calculate the amount of "net
remaining damages" for Z Shield body armor, and perform this calculation using a
methodology specified by DOJ,[3] together with data utilized by Dr. Johnson, other
relevant data provided to me by DOJ, and certain other assumptions provided to me by
DOJ.[4] Based on this methodology, I have calculated the figure of $16,898,374 in net
remaining damages against Honeywell for its Z Shield liability stemming from Armor
Holdings Inc.'s (AHI) Z Shield body armor sold to, or subsidized by, the Government.

3.     The following summarizes the methodology that I have followed in performing my
calculations. First, I calculated the United States' gross damages for Zylon-containing
body armor claims against the non-AHI body armor manufacturers who used no Z Shield
(see **Table 1**). Second, I calculated the remaining damages from those claims after
subtracting, as offsets, both the settlements paid by the non-AHI manufacturers – three of

---

[1] Hereinafter, the "Honeywell Litigation Matter."
[2] Initial Report, p. 3.
[3] I do not offer an opinion as to the proper methodology for accounting for amounts received through
settlements or through other forms of compensation as offsets to damages claims.
[4] A listing of documents considered is provided in **Attachment A** to this declaration.

2

whom were in financial distress or bankruptcy at the time of the settlements -- and the value of the replacement body armor provided by them to the U.S. Government (see **Table 2**). Third, I calculated the total amount of the settlements from Toyobo, body armor weavers, and trading companies related to Zylon-containing body armor.  See **Table 3**.

4.      Fourth, from my calculations I determined that the net unrecovered damages from non-AHI manufacturers substantially exceeded all the other non-AHI settlements by more than $36 million. From this, the DOJ has asked me to assume that this results in no leftover amount available from these sources to credit to Honeywell as an offset (see **Table 4**). The data I have examined identifies additional offset credits that arise from two other sources: a) the AHI settlement, and, b) the value of the replacement body armor provided by AHI to the U.S. Government. Fifth, in order to apply those two remaining offsets to Honeywell, I made the following calculations: I divided the AHI sales into the following two categories: a) Zylon-containing body armor, and b) Z Shield armor, and then calculated the amount of gross damages separately for each of these two categories. I also subdivided each of those two categories into: (1) single damages for the sales on or before July 5, 2001, and (2) treble damages under the False Claims Act (FCA) for the sales after that date – and then calculated the total gross damages for AHI's body armor not containing Z Shield, and then the total gross damages for AHI's Z Shield body armor (see **Table 5**.)

5.      Sixth, with respect to the calculated total gross damages for AHI body armor not containing Z Shield, I then treated as an offset to this, the value of the AHI replacement body armor provided to the Government and which was attributable to AHI's non-Z Shield body armor. Seventh, the DOJ requested that I then next offset the AHI settlement to the remainder of damages for AHI's body armor not containing Z Shield (see **Table 6**). The result of the foregoing calculations is a calculated AHI settlement offset to Honeywell damages, in the amount of $14,115,108. I then, eighth, calculated the net remaining damages against Honeywell, and did this by subtracting the stipulated value of the AHI replacement body armor provided to the Government attributable to AHI's Z Shield body armor, and then further subtracted the remaining AHI settlement offset (as calculated in **Table 6**). My final unrecovered damages number is reflected in **Table 7**,

3

Declaration of Joseph Anastasi

and as noted above, is the amount of $16,898,374.

6.    The following section of this declaration identifies the specific data that I have utilized in performing my calculations, together with the other assumptions provided to me by DOJ that I have used in performing my calculations. The final section of this declaration identifies how Dr. Johnson's calculations of Honeywell's net remaining damages are skewed downward by the effect of Dr. Johnson's calculation assumptions regarding Honeywell's status as the only non-settling party (*i.e.*, the last remaining defendant) in the various Zylon body armor matters.

## II.   Calculation of Remaining Damages for Z Shield Body Armor Against Honeywell After All Offsets

7.    Toyobo manufactured Zylon fiber that was used by several manufacturers in the production of body armor. These manufacturers include the following entities: Second Chance,[5] Point Blank, PACA, First Choice, PPI and Gator Hawk.[6] Three other manufacturers also utilized Toyobo's Zylon fiber in the production of body armor. These three other manufacturers were wholly owned subsidiaries of AHI.[7]

8.    Honeywell utilized Zylon fiber in the production of Honeywell's Z Shield material. Honeywell's Z Shield material was used by only the AHI entities in the manufacture of body armor, which is also at issue in this litigation. The AHI entities also sold body armor that contained Zylon fiber, but did not contain Honeywell's Z Shield material.

### Calculated Damages with respect to the Non-AHI Manufacturers

9.    At the request of DOJ, in this damages calculation, I first begin with the compilation of damages, and associated offsets, that relate to the following entities: Second Chance, Point Blank, PACA, First Choice, PPI and Gator Hawk (*i.e.*, at this first stage, excluding the AHI entities – hereinafter, the "Non-AHI Manufacturers"). In this

---

[5] Supplement to the Expert Report of Joseph Anastasi in re: United States of America v Second Chance Body Armor, Inc. et al.; December 22, 2017; p. 1.
[6] Expert Report of Joseph Anastasi in re: United States of America v Toyobo Co., LTD and Toyobo America, Inc.; April 30, 2012; p. 1.
[7] The three AHI entities were: a) American Body Armor (also referred to as ABA); b) Safariland; and c) Protech. Expert Report of Joseph Anastasi in re: United States of America v Honeywell International Inc.; November 2, 2015; p. 2.

4

damages calculation, I have segregated the amount of calculated damages into two categories: the first being single damages related to the period on, or prior to, July 5, 2001; and the second category representing calculated treble damages related to the period after July 5, 2001. These two categories of damages are related to the fact that the court has found that "...Toyobo's alleged fraud for all claims could have begun no earlier than July [5,] 2001."[8] As a consequence, the United States seeks single damages for the first category of damages (*i.e.,* damages related to GSA Purchases and BVP Reimbursements for body armor that occurred on, or prior to, July 5, 2001), and treble damages for the second category of damages (representing GSA Purchases and BVP Reimbursements for body armor that occurred after July 5, 2001).

10.   In summary, in this first stage of my damages calculation of the amount of Net Remaining Honeywell Damages,[9] I have compiled the gross amount of calculated damages with respect to the Non-AHI Manufacturers to be as follows:

> ➤ the dollar amount of GSA Purchases and BVP Reimbursements on or before July 5, 2001; plus

> ➤ three-times (*i.e.,* treble) the dollar amount of GSA Purchases and BVP Reimbursements after July 5, 2001.

11.   As summarized at **Schedule 3B**, I have calculated the total gross amount of claimed damages for Non-AHI Manufacturers to be the amount of $140,968,534. A summary of this calculation is found in **Table 1**, below.

---

[8] July 14, 2017 Opinion, pp. 5, 25.
[9] In using the term "Net Remaining Honeywell Damages" throughout this declaration, I refer to the damages sought by the U.S. Government against Honeywell relating to body armor containing Z Shield.

Declaration of Joseph Anastasi

Table 1

**Summary of United States' Damages Claims Against
Non-AHI Body Armor Manufacturers**

|  | Gross Amount of Calculated Damages |
|---|---|
| Second Chance | $78,469,531 |
| Point Blank/PACA | 51,883,801 |
| First Choice | 6,951,171 |
| PPI | 1,167,779 |
| Gator Hawk | 2,496,252 |
| **Total** | **$140,968,534** |

Data is from Schedule 3

12.    In the next step in my calculation of the Calculated Damages (*i.e.,* the Net Remaining Honeywell Damages), the DOJ has requested that I then post, as an offset, the following amounts: a) the amount collected by the U.S. Government through settlements of litigation with the Non-AHI Manufacturers specifically; and b) the value of replacement body armor that were provided by the Non-AHI Manufacturers.[10] The data for the respective Non-AHI Manufacturers is found at **Schedule 2** to this declaration. The summary of this data is found in **Table 2**, below:

---

[10] These replacement values were calculated conservatively and include profit margin for the Non-AHI Manufacturers.

6

Declaration of Joseph Anastasi

Table 2

### Net Remaining Damages
#### (before collection of other settlements from other defendants)

| Non-AHI Manufacturers | |
|---|---|
| **Gross Amount of Calculated Damages:** | |
| Non-AHI Manufacturers | $140,968,534 |
| **Less:** | |
| Settlements Received from Non-AHI Manufacturers | 9,101,596[11] |
| Value of Replacement Body Armor provided by Non-AHI Manufacturers | 1,408,673 |
| **Net Remaining Damages** **(before collection of other settlements from other defendants)** | $130,458,266 |
| Data is from Schedule 2 | |

13.    The DOJ has provided me with information regarding six (6) other settlements related to Zylon. As shown in **Table 3**, below, the total received in these settlement is $94,300,834, and is presented in **Schedule 1C** to this declaration.

---

[11] Amounts in this table are rounded to the nearest dollar. In addition, I have been provided information that shows that three of the five settlements with non-AHI manufacturers (Second Chance, Point Blank, and First Choice) were concluded at times that these companies were in financial distress or undergoing bankruptcy (*i.e.*, having limited funds).

7

Table 3

## Six Other Settlements Related to Zylon Containing Body Armor

|  | Amount |
|---|---|
| **Settlement Received from Toyobo** | |
| • Toyobo was the manufacturer of Zylon used in the Zylon body armor manufactured by all of the Non-AHI Manufacturers (as well as that used by AHI entities). | $66,000,000 |
| **Settlements Received from Three Fabric Weavers Unrelated to Z Shield Production** | |
| • Hexcel Corporation ("Hexcel") | 15,000,000 |
| • Barrday, Inc. ("Barrday") | 1,050,834 |
| • Lincoln Fabrics Ltd ("Lincoln"); | 4,000,000 |
| **Settlements Received from Trading Companies Unrelated to Z Shield Production** | |
| • Itochu International, Inc. ("Itochu") | 6,750,000 |
| • N.I. Teijin Shoji ("Teijin") | 1,500,000 |
| **Subtotal – Six Other Settlements** | **$94,300,834** |

Data is from Schedule 1C

14.   The DOJ has requested that I then post, as a further offset to the amount of Calculated Damages, the above settlement amounts totaling $94,300,834. This computation is presented in **Schedule 1C**, and is summarized in **Table 4**, below. This offset yields an amount of $36,157,432 in Net Unrecovered Damages for Non-AHI Manufacturers on Zylon vests sold to the Government.

8

Declaration of Joseph Anastasi

Table 4

**Calculated Net Unrecovered Damages**
**after offset of settlement amounts received from these six (6) other settlements**

|  | Amount |
|---|---|
| **Net Remaining Damages**   from Table 2 (before collection of other settlements from other defendants) | $130,458,266 |
| **Less:** |  |
| Offset of settlement amounts received in six other settlements | 94,300,834 |
| **Net Remaining Unrecovered United States Damages --**   For All Non-AHI entities | **$36,157,432** |
| ------------------------------------------------------- |  |
| **Calculated Amount of Offset to Honeywell from these Settlements Given Net Unrecovered Damages:**   With respect to Damages Claims against all Non-AHI entities | **$-0-** |
|  | to Table 6 |

15.   Because there remains $36,167,432 in Net Remaining Unrecovered Damages with respect to the Non-AHI litigants (*i.e.*, after application of all available offsets from the Toyobo Settlement, the Weaver Settlements, and the Trading Company Settlements), the DOJ has asked me to assume that there are no offsets (*i.e.*, the amount is calculated to be $0) available to Honeywell for settlements related to the Non-AHI litigants. I present this complex set of data, the assumptions that have been specified, the mathematical order of presentation of the computations, and the underlying calculations as an intended helpful aid to the court in this matter.

9

Declaration of Joseph Anastasi

**Calculated Damages with respect to the AHI Manufacturers and Honeywell**

16.    In this Honeywell Litigation, the U.S. Government seeks to recover damages from Honeywell for the Government's GSA Purchases and BVP Reimbursements for body armor manufactured by AHI entities that contained Z Shield. The AHI entities also sold body armor that contained Zylon fiber, but which did not contain Honeywell's Z Shield material. A computation of the total amount of gross damages with respect to the U.S. Government's payments for the AHI entities' Zylon body armor, and distinguishing between body armor that contained Honeywell's Z Shield as compared to sales of body armor manufactured by AHI entities that contained Zylon (but not Honeywell's Z Shield), is presented in **Schedule 3A**, and is summarized in **Table 5**, below.

**Table 5**

**AHI Entities' Sales of Zylon Body Armor**
**Calculated Damages**

|  | Calculated Single Damages on, or before, 7/5/2001 | Trebled Damages after 7/5/2001 | Total Gross Damages |
|---|---|---|---|
| For AHI body armor – containing Honeywell's Z Shield | $472,625 | $34,449,648 | $34,922,273 |
| For AHI body armor – not containing Z Shield – but containing Zylon | $172,140 | $21,018,735 | $21,190,875 |
| See Schedule 3A |  |  |  |

17.    The value of replacement body armor provided by AHI entities (as replacement for body armor containing Zylon) is a total amount of $9,214,774.[12] It is my understanding that Honeywell and DOJ have stipulated that the value of body armor provided by AHI

---

[12] The total replacement value received by the U.S. Government for body armor manufactured by AHI is set forth at a spreadsheet marked as AZE00243265-348. This spreadsheet lists replacement body armor values that sum to a conservative amount of $9,214,774, as it includes profits on those vests to AHI.

entities as replacement for body armor containing Z Shield is an amount of $3,908,791.[13] In **Table 6**, below, I have applied the $5,305,983 remainder amount[14] as a first offset to AHI Gross Damages for AHI body armor containing Zylon, but not containing Z Shield, as requested by DOJ.

**Table 6**

**Calculation of Net Remaining Damages
for AHI Body Armor Containing Zylon, but not Z Shield**

|  | Amount |
|---|---|
| Total Gross Damages, for AHI body armor not containing Z Shield | $21,190,875 |
| Less: Net Remaining Unrecovered Damages from Non-AHI entities | (0) |
| Less: Recovery for Replacement Body Armor | (5,305,983) |
| Less: AHI Settlement Proceeds | (30,000,000) |
| **Calculated Amount of Offset to be Credited to Honeywell on Z Shield Damages from AHI non-Z Shield Body Armor Products** | **$14,115,108** |

See Schedule 1B

18.   As can be seen in **Table 6**, above, DOJ has identified that the second offset to be credited is the $30,000,000 settlement proceeds that have been received by the U.S. Government from AHI. After applying this second offset, the calculated amount of total offsets available to be credited to Honeywell on Z Shield damages (*i.e.*, resulting from United States' recoveries with respect to AHI non-Z Shield body armor products) is an amount of $14,115,108.

19.   In **Table 7**, below, I have applied the $14,115,108 (with respect to AHI non-Z Shield Body Armor Products) as an offset to the amount of unrecovered damages for AHI body armor containing Z Shield (and have done this as requested by the DOJ). I have also

[13] In Table 7, below I apply this amount as an offset to AHI Gross Damages for AHI body armor containing Z Shield, as requested by the DOJ.
[14] (i.e., 9,214,774 - 3,908,791 = 5,305,983)

Declaration of Joseph Anastasi

applied the stipulated value for replacement body armor as an offset to the amount of unrecovered damages for AHI body armor containing Z Shield, also as requested by the DOJ. Using this methodology, and as summarized in **Table 7**, below, I have calculated the Net Remaining Unrecovered Damages for Z Shield Body Armor Manufactured by AHI to be $16,898,374.

Table 7

**Calculated Amount of Net Remaining Damages Against Honeywell
for AHI's Z Shield Body Armor Products**

|  | Amount |
|---|---|
| Total Damages (i.e., Gross), for AHI body armor containing Z Shield | $34,922,273[15] |
| Less: Offset for AHI non-Z Shield Body Armor Products        (from Table 6) | (14,115,108) |
| Less: Replacement Body Armor Stipulated Amount | (3,908,791) |
| **Calculated Amount of Net Remaining Damages Against Honeywell for AHI's Z Shield Body Armor Products** | $16,898,374 |

See Schedule 1A

**III. Analysis of Dr. Johnson's Calculations of Net Remaining Damages**

20.    Dr. Johnson performed a calculation of Net Remaining Damages by trebling the amount I previously calculated as damages, as presented in my Supplemental Report (however, he has limited this amount to only orders placed after July 5, 2001). In summary, Dr. Johnson multiplied my damages calculation amount of $11,482,216 by a

---

[15] The gross amount of damages sought by the U.S. Government for Z Shield body armor manufactured by AHI is this amount of $34,922,273 (see **Table 5**, and **Schedule 3**). This number differs slightly from that calculated by Honeywell's expert Dr. Johnson. This difference arises because Dr. Johnson did not include the single damages for GSA Purchases or BVP Reimbursements for time periods on, or before, July 5, 2001.

12

Declaration of Joseph Anastasi

factor of 3, to arrive at his trebled damages figure of $34,449,648.

21.   Dr. Johnson then undertook to compile the proceeds of each settlement (or other source of value received by the U.S. Government) and, based on assumptions provided to him by defense counsel, attempted to apportion these amounts to the reported value of Armor Holdings body armor containing Z Shield.

22.   For example, in apportioning the $66,000,000 settlement from Toyobo, Dr. Johnson calculated that "... Z Shield vests comprise approximately 18 percent...of all sales and reimbursements for Zylon vests at issue in the Toyobo and Second Chance matters ordered after July 5, 2001;"[16] he then applied this percentage to the $66,000,000 settlement to calculate an offset amount to Honeywell of $11,890,291 for the Toyobo settlement.[17]

23.   My calculations reveal that this approach skews Honeywell's net remaining damages downward based on nothing more than its status as the only non-settling party and the last remaining defendant in the various Zylon body armor matters. I refer to this approach as the "Last to Settle" Damages Approach. The Last to Settle Damages Approach results in Honeywell theoretically paying no damages, thereby avoiding payment of any of the $30,540,857 calculated Z Shield damages that Honeywell would have faced if it had settled before any of the other settling parties (see **Table 8**). This result is a simple consequence of one assumption – the timing of the resolution of the proceedings brought against Honeywell by the U.S. Government. In short, the Last to Settle Damages Approach favors Honeywell for no reason other than it is the last remaining defendant after all other parties have settled.

24.   The basis for the foregoing observation is my preparation of an illustrative comparative damages analysis, in which I have compared the actual calculation for the Last to Settle Damages Approach, to the result of doing this same calculation, but changing only one variable[18] – and that is, making the calculation as of the date of June 5,

---

[16] Johnson Declaration, p. 9.
[17] Johnson Declaration, p. 12.
[18] (*i.e.*, using the exact same calculation methodology Dr. Johnson utilizes).

13

Declaration of Joseph Anastasi

2008,[19] as opposed to today.

25.     **Table 8**, below, shows that Dr. Johnson's calculation entails a "savings" of $30,540,857 to Honeywell – and that this "savings" is an artifact that arises solely due to Honeywell not having resolved this litigation earlier (*i.e.*, being the last remaining defendant).

Table 8

**Analysis Demonstrating the "Last to Settle" Damages Approach**
And its Impact in Relation to Honeywell

| | "Last to Settle" Calculation as Set Forth by Dr. Johnson<br><br>where Honeywell Matter is Resolved "Last" | Comparative "First to Settle" Calculation<br><br>where Honeywell Matter is Resolved "First" |
|---|---|---|
| Alleged Damages - Trebled | $34,449,648 | $34,449,648 |
| Less Amounts Attributed to Z Shield3: | | |
|    AHI Settlement | (18,104,257) | 0 |
|    AHI Replacement Vest Offset | (3,908,791) | (3.908,791) |
|    Toyobo Settlement | (11,890,291) | 0 |
|    Hexcel Settlement | (1,634,975) | 0 |
|    Barrday Settlement | (330) | 0 |
|    Itochu Settlement | (503,125) | 0 |
|    Teijin Settlement | (472) | 0 |
| Net Remaining Damages - Z Shield | ($1,592,593) | $30,540,857 |
| **Amount Payable by Honeywell**<br>(Assuming Liability) | **$0** | **$30,540,857** |

---

[19] (*i.e.*, the date the initial complaint was filed against Honeywell in this matter, and prior to any of the other settlements or other offsets other than replacement vests).

14

26.    In addition, I have noted that Dr. Johnson has not factored into his damages analysis any U.S. Government payments for Z Shield body armor that had been ordered prior to July 5, 2001. His declaration states the following: "I understand that the court has ruled in a related matter that the alleged conduct could not have begun any earlier than July 5, 2001."[20] In the footnote to this statement, Dr. Johnson cites to page one of my Supplemental Report, where I cited a July 14, 2017 opinion of the court as follows "…Toyobo's [the Zylon manufacturer's] alleged fraud for all claims could have begun no earlier than July [5,] 2001."[21] I note here, however, that the "conduct" referenced in this opinion of the court is "alleged fraud," and does not specify all the alleged misconduct related to Z Shield body armor pled by the United States.

*    *    *    *    *

Respectfully,

Joseph Anastasi

April 5, 2019

---

[20] Johnson Declaration, p. 2.
[21] Supplemental Report, p. 1.

15

Schedule 1A

# Analysis of AHI Z Shield Net Remaining Damages Against Honeywell After All Offsets

| | | Amount |
|---|---|---|
| Total Gross Damages, for AHI body armor containing Z Shield | Sch 3A | $34,922,273 |
| Less: Offset for AHI non-Z Shield Body Armor Products | Sch 1B | (14,115,108) |
| Less: Recovery for Replacement Body Armor | | (3,908,791) [1] |
| **Calculated Amount of Net Unrecovered Honeywell Damages – AHI's Z Shield Body Armor Products** | | $16,898,374 |

Notes:
[1] Agreed-upon Z Shield replacement value amount.

Schedule 1B

## Honeywell Offset From AHI Settlement

|  |  | Amount |
|---|---|---|
| Total Gross Damages, for AHI body armor not containing Z Shield | Sch 3A | $21,190,875 |
| Less: Uncompensated Damages from Non-AHI Zylon Vests | Sch 1C | 0 |
| Less: Recovery for Zylon-containing Replacement Body Armor | | (5,305,983) [1] |
| Net Remaining Damages Subtotal -- Before AHI Settlement | | 15,884,892 |
| Less: AHI Settlement Proceeds | | (30,000,000) [2] |
| **Calculated Amount of Offset Due Honeywell on Z Shield Damages from AHI non-Z Shield Body Armor Products** | | (\$14,115,108) Sch 1A |

Notes:

[1] Total replacement value of $9,214,774 calculated from AZE002-243265-348, less the agreed-upon
Z Shield replacement value amount of $3,908,791.

[2] Per October 5, 2008 Settlement Agreement.

**Schedule 1C**

# Uncompensated Damages for Non-AHI Zylon Vests

|  | | Amount |
|---|---|---|
| Net Remaining Damages Subtotal<br>-- before collection of other settlements from other defendants | Sch 2 | $130,458,266 |
| Less: Toyobo Settlement | | (66,000,000) [1] |
| Less Fabric Weaver Settlements: | | |
|     Barrday | | (1,050,834) [2] |
|     Lincoln | | (4,000,000) [3] |
|     Hexcel | | (15,000,000) [4] |
| Less Trading Company Settlements: | | |
|     Itochu | | (6,750,000) [5] |
|     Teijin | | (1,500,000) [6] |
| Net Remaining Unrecovered United States' Damages<br>-- for all non-AHI entities | | $36,157,432 |
| Calculated Amount of Offset to Honeywell from these Settlements<br>Given Net Unrecovered Damages | | $0   Sch 1B |

Notes:
[1] Per March 15, 2018 Settlement Agreement.
[2] Per January 15, 2009 Settlement Agreement.
[3] Per February 12, 2010 Settlement Agreement.
[4] Per October 29, 2007 Settlement Agreement.
[5] Per December 7, 2009 Settlement Agreement.
[6] Per January 21, 2011 Settlement Agreement.

Schedule 2

## Analysis of Unrecovered Damages from Non-AHI Manufacturers

| | Manufacturers in Bankruptcy or Financial Distress | | | Other Zylon Manufacturers | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Second Chance | Point Blank/PACA | First Choice | PPI | Gator Hawk | Total |
| Gross Damages [11] | $78,469,531   Sch 3B | $51,883,801 | $6,951,171 | $1,167,779 | $2,496,252 | $140,968,534 |
| Less: | | | | | | |
| Settlements from Non-AHI Manufacturers | (5,468,374) [1] | (1,998,222) [2] | (250,000) [3] | (960,000) [4] | (425,000) [5] | (9,101,596) |
| Replacement Value | (744,294) [6] | (220,582) [7] | (443,797) [8] | 0 [9] | 0 [10] | (1,408,673) |
| Net Remaining Damages Subtotal -- before collection of other settlements from other defendants | $72,256,864 | $49,664,997 | $6,257,374 | $207,779 | $2,071,252 | $130,458,266   Sch 1C |

Notes:

[1] Second Chance Settlement of $4,184,805.81 per The United States' Third Status Report Regarding Final Distribution from SCBA Liquidation, Inc. (Formerly Second Chance Body Armore, Inc.) in Payment of the United States' Claim dated February 6, 2014; Davis Settlement calculated as the amount on check number 3013 dated March 11, 2019 ($1,008,567.70) plus $125,000 in cash paid by Mr. Davis; Bachner Settlement of $50,000 per February 16, 2018 Thomas Edgar Bachner, Jr. Settlement Agreement; and McCraney Settlement of $100,000 per April 11, 2012 James Larry McCraney Settlement Agreement.

[2] Point Blank/Paca Settlement of $1,000,000 per October 27, 2011 Settlement Agreement and Aramark Settlement of $998,222 per Aramark Settlement Agreement.

[3] Per October 18, 2012 Settlement Agreement.

[4] Per March 31, 2008 Settlement Agreement.

[5] Per December 3, 2007 Settlement Agreement.

[6] Replacement value amounts for Second Chance vests are presented at Schedule 5.

[7] Replacement value amounts for PACA/Point Blank vests are presented at Schedule 6.

[8] It is my understanding that the file "VRPScheduleUpdated6-26.xls" lists replacement vests shipped by First Choice. I have filtered this file on records where Customer Category = GSA, which identifies 527 shipped units. I then estimated the replacement value of these units by using the average unit price for Zylon vests sold by First Choice as reported at FT1008-4001 (FC Fed Gov't Sales Invoice Matching LK - Updated.xlsm). This data reports sales of $1,342,345 and units sold of 1,594 - resulting in an average price of $842.12. Therefore the estimated replacement value is 527 units * $842.12 = $443,797.

[9] The file PPI004-0051 zylon vest replacements.pdf does not show any replacement vests provided to the US Government by PPI.

[10] GHK005-0006-0011 does not show any replacement vests provided to the US Government by Gator Hawk.

[11] Gross damages are trebled FCA damages plus unjust enrichment damages.

Schedule 3A

## Summary of AHI Damages Claims

| | GSA Purchases | | BVP Reimbursements | | Calculated Damages Claims | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | On or Before 7/5/01<br>A | After 7/5/01<br>B | On or Before 7/5/01<br>C | After 7/5/01<br>D | Damages On or Before 7/5/01<br>E = A - C | Trebled Damages After 7/5/01<br>F = 3*(B - D) | Total Gross Damages<br>G = E + F |
| AHI, Z Shield | 153,110 [2] | 6,674,187 [1] | 319,515 [3] | 4,809,029 [3] | 472,625 | 34,449,648 | 34,922,273<br>Sch 1A |
| AHI, Non-Z Shield | 30,982 | 6,237,747 | 141,158 [4] | 768,498 [4] | 172,140 | 21,018,735 | 21,190,875<br>Sch 1B |

Sch 4



Notes:

[1] AHI entity Z Shield purchases after 7/5/01 is the amount posted to Supplemental Table 2 to the November 28, 2017 Supplemental Anastasi Report in the Honeywell matter.

[2] The pre-7/5/01 AHI Z Shield GSA purchases amount is retrieved from Supplemental Exhibit 9 and Table 2 at the November 28, 2017 Supplemental Anastasi Report.

[3] BVP reimbursements for AHI, Z Shield products are retrieved from Supplemental Table 2 to the November 28, 2017 Supplemental Anastasi Report in the Honeywell matter.

[4] Non Z Shield BVP reimbursements are reported at Exhibits 1052 through 1054 (which were utilized for the BVP calculations presented in the November 2, 2015 Anastasi Report in the Honeywell matter), are divided into time periods based on the Order Dates identified in the file BVP_VEST_PAYMENT_INFO_10142016.xlsx, and are identified as not containing Z Shield where the model name of the product is not listed at Exhibit 8 to the November 2, 2015 Anastasi Report in the Honeywell matter. The total BVP reimbursement amount of $6,038,200 [i.e., the total non-Z Shield BVP reimbursement amount (141,158 + 768,498 = 909,656) plus the Z Shield reimbursement amount (319,515 + 4,809,029 = 5,128,544)] ties to Table 5 of the April 30, 2012 Anastasi Report in the Honeywell matter (i.e., ABA amount of $5,118,131, plus Safariland amount of $775,194, plus Protech amount of $144,875, equals $6,038,200).

Schedule 3B

## Summary of Non-AШ Damages Claims Against Other Zylon Body Armor Manufacturers

| | GSA Purchases | | BVP Reimbursements | | Calculated Damages Claims | | |
|---|---|---|---|---|---|---|---|
| | On or Before 7/5/01 | After 7/5/01 | On or Before 7/5/01 | After 7/5/01 | Damages On or Before 7/5/01 | Trebled Damages After 7/5/01 | Total Gross Damages |
| | | | | | (a) = (c)+(e) | | (h) = (f)+(g) |
| Point Blank/PACA | $14,946,409 [1] | $11,670,407 [2] | $129,335 [5] | $1,866,602 [6] | $8,275,744 | $46,608,067 | $54,883,811 |
| First Choice | 15,964 [3] | 1,700,418 [3] | 191,852 [5] | 947,767 [6] | 207,516 | 6,743,655 | 6,951,171 |
| PPI | - | 231,202 [3] | 37,373 [5] | 169,609 [6] | 37,373 | 1,130,406 | 1,167,779 |
| Gator Hawk | - | 326,102 [4] | - | 491,862 [6] | - | 2,496,252 | 2,496,252 |
| Second Chance | 9,399,978 [3] | 14,315,982 [3] | 5,800,441 [4] | 6,776,722 [6] | 15,191,419 | 63,278,112 | 78,469,531 |
| | | | | | | | $140,968,531 |

### Notes

[1] Point Blank and PACA GSA purchase amounts were calculated as follows. First, the amounts reported at FTE0094600 (PointBlank analysis by Corvelle REQ) to Labat Nov. 8.xls) were divided by date using the Date Shipped field for Point Blank and the Invoice Date for PACA (these are the earliest available date fields for these sales records). The corresponding amounts were then multiplied by the percent supported in sample percent (99.8729%) specified at Exhibit 2 to the April 30, 2012 Anastasi Report in the Toyobo Matter. The total GSA sales amount for Point Blank and PACA ($14,946,409 + $11,670,407 = $16,616,816) matches the amount posted as Exhibit 2 to the April 30, 2012 Anastasi Report in the Toyobo Matter.

[2] First Choice GSA purchase amounts were calculated as follows. First the amounts reported at FTI0064601 (using the field "Total for 'Vest'" at TCT'd Gov't Sales Invoice Matching LK-Updated.xls) were divided by date using the Date field (i.e., the invoice date). The corresponding amounts ($16,233 on or before 7/5/01, and $1,325,062 after 7/5/01) were then multiplied by the percent supported in sample percentage (98.1389%) specified at Exhibit 2 to the April 30, 2012 Anastasi Report in the Toyobo Matter. The total First Choice amount before application of the adjustment factor ($16,233 + $1,720,962 = $1,720,962 = $1,342,345) agrees to Exhibit 2 to the April 30, 2012 Anastasi Report in the Toyobo Matter.

[3] The PPI GSA purchase amounts reported at FTI0104601 (PPI - Total ZYfans Sales all Vest LK-MATCHED.xls) do not include purchases on or before 7/5/01. The invoice corresponding amount reported at Exhibit 2 to the April 30, 2012 Anastasi Report in the Toyobo Matter ($215,417). The sales amount corresponding to PPI is the amount ($215,417) unadjusted by the percent supported in sample (98.0159%) also reported at Exhibit 2 to the April 30, 2012 Anastasi Report in the Toyobo Matter.

[4] Gator Hawk GSA purchase amount per page 19 of the April 30, 2012 Anastasi Report in the Toyobo Matter. The Gator Hawk GSA purchase amounts reported at GHK005-091 (FEDERAL GSA SALES - TOTAL.xls, which is the source document specified for Gator Hawk sales at page 4 of the April 30, 2012 Anastasi Report in the Toyobo Matter) do not include purchases on or before 7/5/01.

[5] The total combined GSA purchase amounts for First Choice and PPI ($15,964 + $1,700,418 = $211,202 + $1,327,283) match the total adjusted sales amount for First Choice and PPI posted to Exhibit 2 to the April 30, 2012 Anastasi Report in the Toyobo Matter.

[6] The GSA purchase amount for Second Chance on or before 7/5/01 is reported at page 9 of the December 22, 2017 Supplemental Anastasi Report in the Second Chance matter.

[7] The GSA purchase amount for Second Chance on or before 7/5/01 is calculated using data available in Table 1 and Table 2 of the December 22, 2017 Supplemental Anastasi Report in the Second Chance matter. Specifically, the amount is calculated using the past 7/5/01 adjustment factor of 99.08% ($14,315,982 in Table 2, divided by $14,319,181 in Table 1) by the 7/5/01 sales amount reported in Table 1 ($59,393,070).

[8] BVP reimbursements for Point Blank/PACA, First Choice, PPI, and Gator Hawk, on total 406.029.133) for the amount reported at page 23 of the April 30, 2012 Anastasi Report in the Toyobo Matter. The amounts for Point Blank/PACA, First Choice, PPI, and Gator Hawk are reported at Exhibit 12, 13, 14, 19, and 20 to the June 14, 2011 Deposition of Louis Hammond Ziedani (as referenced at page 20 of the April 30, 2012 Anastasi Report in the Toyobo Matter) and are divided into time periods based on the Order Dates identified in the file BVP_VEST_PAYMENT_INFO_10142016.xlsx.

[9] BVP reimbursements for Second Chance after July 2001 are reported at page 10 of the December 22, 2017 Supplemental Anastasi Report in the Second Chance matter. The BVP amount prior to July 2001 is calculated by subtracting the post-July 2001 number from the total BVP number reported at page 11 of the March 15, 2012 Anastasi Report in the Second Chance matter (i.e., $12,577,163 - $6,776,722 = $5,800,441)

Schedule 4

## Analysis of AHI Sales Amounts Regarding Zylon and Z Shield Body Armor Reported in the April 30, 2012 Anastasi Report in the Toyobo Matter

| | | Sales Amount in Sales Spreadsheets[1] | Percent Supported in Sample[2] | Calculated Sales Amount |
| --- | --- | --- | --- | --- |
| | | A | B | C = A*B |
| GSA On or Before 7/5/01 | Non Z Shield | 31,127 | 99.53240% | **30,982** to Sch 3A |
| GSA On or Before 7/5/01 | Z Shield | (136,818) | 99.53240% | (136,178) |
| GSA After 7/5/01 | Non Z Shield | 6,267,052 | 99.53240% | 6,237,747 to Sch 3A |
| GSA After 7/5/01 | Z Shield | 6,978,747 | 99.53240% | 6,946,114 |
| | | 13,140,108 | | 13,078,665 [2] |

Notes:

[1] AHI (ABA, Safariland, and Protech) GSA purchases calculated using the data reported at FTT015-0001 (i.e., All Government Sales with Detail (Update - 2008-07-29).xlsm). First, sales records are classified as Non-Z Shield or Z Shield based whether or not the Part ID is posted to Exhibit 8 to the November 2, 2015 Anastasi Report in the Honeywell Matter. The process of identifying which sales records contain Z Shield, and which do not, is described in the November 2, 2015 Anastasi Report in the Honeywell Matter at page 7. Second, sales records are divided by date using the Order Date field.

[2] Per Exhibit 2 to the April 30, 2012 Anastasi Report in the Toyobo Matter.

Schedule 5

## Second Chance Replacement Vest Data

| Bates | Cust Name | Ship to Name | Ship State | Extended Price |
|---|---|---|---|---|
| SLI254414 | KODIAK NATL WILDLIFE REFUGE | KODIAK NATL WILDLIFE REFUGE | AK | 594.00 |
| SLI254414 | MACDILL AFB US CENT COMMAND | MACDILL AFB US CENT COMMAND | FL | 4,752.00 |
| SLI254414 | TETLIN NATL WILDLIFE REFUGE | TETLIN NATL WILDLIFE REFUGE | AK | 594.00 |
| SLI254414 | GULF ISLAND NAT SEASHORE - FL | GULF ISLAND NAT SEASHORE - FL | FL | 517.00 |
| SLI254414 | FEDERAL PROTECTIVE SERVICE - GA | FEDERAL PROTECTIVE SERVICE - GA | GA | 515.00 |
| SLI254414 | INDIANA DUNES NAT LAKESHORE | INDIANA DUNES NAT LAKESHORE | IN | 517.00 |
| SLI254414 | INDIANA DUNES NAT LAKESHORE | INDIANA DUNES NAT LAKESHORE | IN | 1,551.00 |
| SLI254414 | INDIANA DUNES NAT LAKESHORE | INDIANA DUNES NAT LAKESHORE | IN | 2,585.00 |
| SLI254414 | INDIANA DUNES NAT LAKESHORE | INDIANA DUNES NAT LAKESHORE | IN | 517.00 |
| SLI254414 | GULF ISLAND NAT SEASHORE - MS | GULF ISLAND NAT SEASHORE - MS | MS | 517.00 |
| SLI254414 | SAN ANTONIO MISSIONS NHP | SAN ANTONIO MISSIONS NHP | TX | 517.00 |
| SLI254414 | BLM - ROSEBURG, OR | BLM - ROSEBURG, OR | OR | 594.00 |
| SLI254415 | CAPE LOOKOUT NATIONAL SEASHORE | CAPE LOOKOUT NATIONAL SEASHORE | NC | 517.00 |
| SLI254415 | UPPER SOURIS NWR | UPPER SOURIS NWR | ND | 594.00 |
| SLI254415 | ALLEGHENEY PORTAGE R.R. NHS | ALLEGHENEY PORTAGE R.R. NHS | PA | 517.00 |
| SLI254415 | BLUE RIDGE PARKWAY - SPRUCE PI | BLUE RIDGE PARKWAY - SPRUCE PI | NC | 517.00 |
| SLI254415 | OTTAWA N. W. R. | OTTAWA N. W. R. | OH | 517.00 |
| SLI254415 | ROCKY MOUNTAIN NAT PARK | ROCKY MOUNTAIN NAT PARK | CO | 474.00 |
| SLI254415 | US FISH & WILDLIFE SER - OR, W | US FISH & WILDLIFE SER - OR, W | OR | 594.00 |
| SLI254415 | US FISH & WILDLIFE SER - TX, A | US FISH & WILDLIFE SER - TX, A | TX | 594.00 |
| SLI254415 | KAUAI NWR COMPLEX | KAUAI NWR COMPLEX | HI | 594.00 |
| SLI254415 | THEODORE ROOSEVELT NAT PARK | THEODORE ROOSEVELT NAT PARK | ND | 1,596.12 |
| SLI254416 | 82ND SFS/SFTR | 82ND SFS/SFTR | TX | 6,534.00 |
| SLI254416 | 82ND SFS/SFTR | 82ND SFS/SFTR | TX | 2,376.00 |
| SLI254416 | 82ND SFS/SFTR | 82ND SFS/SFTR | TX | 1,188.00 |
| SLI254416 | 82ND SFS/SFTR | 82ND SFS/SFTR | TX | 1,188.00 |
| SLI254416 | 82ND SFS/SFTR | 82ND SFS/SFTR | TX | 45,738.00 |
| SLI254416 | 82ND SFS/SFTR | 82ND SFS/SFTR | TX | 2,376.00 |
| SLI254416 | US FISH & WILDLIFE SER - CA, T | US FISH & WILDLIFE SER - CA, T | CA | 530.00 |
| SLI254416 | US FISH & WILDLIFE SER - CA, T | US FISH & WILDLIFE SER - CA, T | CA | 530.00 |

Page 1 of 17

**Schedule 5**

## Second Chance Replacement Vest Data

| Bates | Cust Name | Ship to Name | Ship State | Extended Price |
|---|---|---|---|---|
| SLI254416 | US FISH & WILDLIFE SER - CA, T | US FISH & WILDLIFE SER - CA, T | CA | 530.00 |
| SLI254416 | US FISH & WILDLIFE SER - CA, T | US FISH & WILDLIFE SER - CA, T | CA | 530.00 |
| SLI254416 | VA MEDICAL CENTER - MA, B | VA MEDICAL CENTER - MA, B | MA | 517.00 |
| SLI254416 | VA MEDICAL CENTER - MA, B | VA MEDICAL CENTER - MA, B | MA | 517.00 |
| SLI254416 | VA MEDICAL CENTER - MA, B | VA MEDICAL CENTER - MA, B | MA | 517.00 |
| SLI254416 | 56TH RQS/DOJ | 56TH RQS/DOJ | AE | 547.80 |
| SLI254416 | BLM - FARMINGTON, NM | BLM - FARMINGTON, NM | NM | 462.00 |
| SLI254417 | US FISH & WILDLIFE SER - MD, L | US FISH & WILDLIFE SER - MD, L | MD | 517.00 |
| SLI254417 | US MARSHALS SERVICE - RI | US MARSHALS SERVICE - RI | RI | 517.00 |
| SLI254417 | US MARSHALS SERVICE - RI | US MARSHALS SERVICE - RI | RI | 2,376.00 |
| SLI254417 | US MARSHALS SERVICE - RI | US MARSHALS SERVICE - RI | RI | 594.00 |
| SLI254417 | US MARSHALS SERVICE - RI | US MARSHALS SERVICE - RI | RI | 594.00 |
| SLI254418 | VA MEDICAL CENTER - MA, B | VA MEDICAL CENTER - MA, B | MA | 1,034.00 |
| SLI254418 | VA MEDICAL CENTER - MA, B | VA MEDICAL CENTER - MA, B | MA | 517.00 |
| SLI254418 | VA MEDICAL CENTER - MA, B | VA MEDICAL CENTER - MA, B | MA | 517.00 |
| SLI254418 | VA MEDICAL CENTER - MA, B | VA MEDICAL CENTER - MA, B | MA | 517.00 |
| SLI254418 | SLEEPING BEAR DUNES | SLEEPING BEAR DUNES | MI | 1,034.00 |
| SLI254418 | SLEEPING BEAR DUNES | SLEEPING BEAR DUNES | MI | 517.00 |
| SLI254418 | SLEEPING BEAR DUNES | SLEEPING BEAR DUNES | MI | 1,034.00 |
| SLI254418 | SLEEPING BEAR DUNES | SLEEPING BEAR DUNES | MI | 1,034.00 |
| SLI254419 | TROSCH, DAVID - DCIS | TROSCH, DAVID - DCIS | VA | 1,782.00 |
| SLI254419 | US FOREST SERVICE - OR, R | John Pino | OR | 594.00 |
| SLI254419 | US FISH & WILDLIFE SER - CA, I | US FISH & WILDLIFE SER - CA, I | CA | 462.00 |
| SLI254419 | US FOREST SERVICE - WA, C | US FOREST SERVICE - WA, C | WA | 517.00 |
| SLI254419 | LYNDON B JOHNSON NHP | LYNDON B JOHNSON NHP | TX | 517.00 |
| SLI254419 | VA MEDICAL CENTER - MN, M | WAREHOUSE 90D 618-4P1641 | MN | 759.00 |
| SLI254419 | VA MEDICAL CENTER - MN, M | WAREHOUSE 90D 618-4P1641 | MN | 759.00 |
| SLI254419 | US FISH & WILDLIFE SER - TX, H | US FISH & WILDLIFE SER - TX, H | TX | 594.00 |
| SLI254419 | BLM - MOAB, UT | BLM - MOAB, UT | UT | 462.00 |
| SLI254419 | US FISH & WILDLIFE SER - ID, I | US FISH & WILDLIFE SER - ID, I | ID | 594.00 |

Schedule 5

## Second Chance Replacement Vest Data

| Bates | Cust Name | Ship to Name | Ship State | Extended Price |
|---|---|---|---|---|
| SLI254419 | NATCHEZ TRACE PKWY - FRANKLIN | NATCHEZ TRACE PKWY - FRANKLIN | TN | 1,188.00 |
| SLI254419 | SANTEE NWR | SANTEE NWR | SC | 594.00 |
| SLI254419 | SANTEE NWR | SANTEE NWR | SC | 594.00 |
| SLI254419 | US FISH & WILDLIFE SER - CA. S | US FISH & WILDLIFE SER - CA. S | CA | 594.00 |
| SLI254420 | US FISH & WILDLIFE SER - WA. R | US FISH & WILDLIFE SER - WA. R | WA | 517.00 |
| SLI254420 | ORGAN PIPE CACTUS NM | ORGAN PIPE CACTUS NM | AZ | 462.00 |
| SLI254420 | ORGAN PIPE CACTUS NM | ORGAN PIPE CACTUS NM | AZ | 462.00 |
| SLI254420 | ORGAN PIPE CACTUS NM | ORGAN PIPE CACTUS NM | AZ | 517.00 |
| SLI254420 | ORGAN PIPE CACTUS NM | ORGAN PIPE CACTUS NM | AZ | 1,188.00 |
| SLI254420 | ORGAN PIPE CACTUS NM | ORGAN PIPE CACTUS NM | AZ | 1,034.00 |
| SLI254420 | ORGAN PIPE CACTUS NM | ORGAN PIPE CACTUS NM | AZ | 1,188.00 |
| SLI254421 | USCG STATION HONOLULU | USCG STATION HONOLULU | HI | 594.00 |
| SLI254421 | SAGUARO NATIONAL PARK | SAGUARO NATIONAL PARK | AZ | 697.00 |
| SLI254421 | US FISH & WILDLIFE SER - WA. R | US FISH & WILDLIFE SER - WA. R | WA | 594.00 |
| SLI254421 | US FOREST SERVICE - CO, P | US FOREST SERVICE - CO, P | CO | 517.00 |
| SLI254421 | VA MEDICAL CENTER - DE, W | VA MEDICAL CENTER - DE, W | DE | 1,632.40 |
| SLI254421 | VA MEDICAL CENTER - DE, W | VA MEDICAL CENTER - DE, W | DE | 5,713.40 |
| SLI254421 | VA MEDICAL CENTER - DE, W | VA MEDICAL CENTER - DE, W | DE | 816.20 |
| SLI254421 | BLM - MONTICELLO, UT | BLM - MONTICELLO, UT | UT | 462.00 |
| SLI254421 | FMS | SUP WAREHOUSE A40106 | AR | 3,194.40 |
| SLI254421 | FMS | SUP WAREHOUSE A40106 | AR | 798.60 |
| SLI254421 | FMS | SUP WAREHOUSE A40106 | AR | 1,597.20 |
| SLI254421 | FMS | SUP WAREHOUSE A40106 | AR | 798.60 |
| SLI254421 | WESTPHAL, MARK | WESTPHAL, MARK | PA | 563.04 |
| SLI254421 | BLM - FARMINGTON, NM | BLM - FARMINGTON, NM | NM | 462.00 |
| SLI254422 | YELLOWSTONE NATIONAL PARK | YELLOWSTONE NATIONAL PARK | WY | 3,619.00 |
| SLI254422 | YELLOWSTONE NATIONAL PARK | YELLOWSTONE NATIONAL PARK | WY | 8,272.00 |
| SLI254422 | YELLOWSTONE NATIONAL PARK | YELLOWSTONE NATIONAL PARK | WY | 798.60 |
| SLI254422 | YELLOWSTONE NATIONAL PARK | YELLOWSTONE NATIONAL PARK | WY | 517.00 |
| SLI254422 | YELLOWSTONE NATIONAL PARK | YELLOWSTONE NATIONAL PARK | WY | 2,068.00 |
| SLI254422 | YELLOWSTONE NATIONAL PARK | YELLOWSTONE NATIONAL PARK | WY | 2,585.00 |

Schedule 5

## Second Chance Replacement Vest Data

| Bates | Cust Name | Ship to Name | Ship State | Extended Price |
|---|---|---|---|---|
| SLI254422 | YELLOWSTONE NATIONAL PARK | YELLOWSTONE NATIONAL PARK | WY | 517.00 |
| SLI254422 | YELLOWSTONE NATIONAL PARK | YELLOWSTONE NATIONAL PARK | WY | 517.00 |
| SLI254422 | SHENANDOAH NAT PARK - LURAY | SHENANDOAH NAT PARK - LURAY | VA | 1,551.00 |
| SLI254422 | SHENANDOAH NAT PARK - LURAY | SHENANDOAH NAT PARK - LURAY | VA | 693.00 |
| SLI254422 | SHENANDOAH NAT PARK - LURAY | SHENANDOAH NAT PARK - LURAY | VA | 693.00 |
| SLI254422 | SHENANDOAH NAT PARK - LURAY | SHENANDOAH NAT PARK - LURAY | VA | 1,848.00 |
| SLI254422 | SHENANDOAH NAT PARK - LURAY | SHENANDOAH NAT PARK - LURAY | VA | 924.00 |
| SLI254422 | SHENANDOAH NAT PARK - LURAY | SHENANDOAH NAT PARK - LURAY | VA | 517.00 |
| SLI254422 | OLMULGEE NATIONAL MONUMENT | OLMULGEE NATIONAL MONUMENT | GA | 594.00 |
| SLI254422 | CHATTAHOOCHEE RIVER NRA | CHATTAHOOCHEE RIVER NRA | GA | 693.00 |
| SLI254422 | US FISH & WILDLIFE SER - NY. S | US FISH & WILDLIFE SER - NY. S | NY | 517.00 |
| SLI254422 | SAN BERNADINO/LESLIE CANYON | SAN BERNADINO/LESLIE CANYON | AZ | 594.00 |
| SLI254422 | US FISH & WILDLIFE SER- OR. W | US FISH & WILDLIFE SER- OR. W | OR | 517.00 |
| SLI254423 | HAVASU NWR | HAVASU NWR | CA | 1,188.00 |
| SLI254423 | 60 OSS/IN | 60 OSS/IN | CA | 594.00 |
| SLI254423 | US GOV PRINTING OFFICE - OIG | US GOV PRINTING OFFICE - OIG | DC | 594.00 |
| SLI254423 | US GOV PRINTING OFFICE - OIG | US GOV PRINTING OFFICE - OIG | DC | 594.00 |
| SLI254423 | US GOV PRINTING OFFICE - OIG | US GOV PRINTING OFFICE - OIG | DC | 594.00 |
| SLI254423 | US GOV PRINTING OFFICE - OIG | US GOV PRINTING OFFICE - OIG | DC | 594.00 |
| SLI254423 | US GOV PRINTING OFFICE - OIG | US GOV PRINTING OFFICE - OIG | DC | 1,782.00 |
| SLI254424 | CHATTAHOOCHEE RIVER NRA | CHATTAHOOCHEE RIVER NRA | GA | 517.00 |
| SLI254424 | CHATTAHOOCHEE RIVER NRA | CHATTAHOOCHEE RIVER NRA | GA | 1,188.00 |
| SLI254424 | CHATTAHOOCHEE RIVER NRA | CHATTAHOOCHEE RIVER NRA | GA | 594.00 |
| SLI254425 | VICKSBURG NATL MILITARY PARK | VICKSBURG NATL MILITARY PARK | MS | 517.00 |
| SLI254425 | BLM - SUSANVILLE, CA | BLM- SUSANVILLE, CA | CA | 517.00 |
| SLI254426 | US FISH & WILDLIFE SER - WA. R | US FISH & WILDLIFE SER - WA. R | WA | 598.25 |
| SLI254426 | US FOREST SERVICE - VT. R | US FOREST SERVICE - VT. R | VT | 462.00 |
| SLI254427 | BLM - ST GEORGE, UT | BLM - ST GEORGE, UT | UT | 517.00 |
| SLI254429 | BLM - REDDING, CA | BLM - REDDING, CA | CA | 517.00 |
| SLI254429 | BLM - REDDING, CA | BLM - REDDING, CA | CA | 462.00 |

Schedule 5

## Second Chance Replacement Vest Data

| Bates. | Cust Name | Ship to Name | Ship State | Extended Price |
|---|---|---|---|---|
| SLI254429 | VA MEDICAL CENTER - MA, B | VA MEDICAL CENTER - MA, B | MA | 517.00 |
| SLI254431 | BLM - ARCATA RESOURCE AREA | BLM - ARCATA RESOURCE AREA | CA | 594.00 |
| SLI254431 | PARASHANT NATIONAL MONUMENT | PARASHANT NATIONAL MONUMENT | UT | 462.00 |
| SLI254431 | NATIONAL PARK SERVICE - OK, I | NATIONAL PARK SERVICE - OK, I | OK | 816.20 |
| SLI254431 | NATIONAL PARK SERVICE - OK, I | NATIONAL PARK SERVICE - OK, I | OK | 816.20 |
| SLI254432 | DEFENSE CRIMINAL INVEST - CA, W | DEFENSE CRIMINAL INVEST - CA, W | CA | 462.00 |
| SLI254432 | US FISH & WILDLIFE SER - FL, M | US FISH & WILDLIFE SER - FL, M | FL | 594.00 |
| SLI254432 | US FISH & WILDLIFE SER - PA, H | US FISH & WILDLIFE SER - PA, H | PA | 594.00 |
| SLI254433 | US FISH & WILDLIFE SER - ID, B | US FISH & WILDLIFE SER - ID, B | ID | 594.00 |
| SLI254433 | GULF ISLAND NAT SEASHORE - FL | GULF ISLAND NAT SEASHORE - FL | FL | 462.00 |
| SLI254433 | CAPE LOOKOUT NATIONAL SEASHORE | CAPE LOOKOUT NATIONAL SEASHORE | NC | 517.00 |
| SLI254433 | US FISH & WILDLIFE SER - WY, J | US FISH & WILDLIFE SER - WY, J | WY | 517.00 |
| SLI254433 | ANTIETAM NATIONAL BATTLEFIELD | ANTIETAM NATIONAL BATTLEFIELD | MD | 1,386.00 |
| SLI254433 | ANTIETAM NATIONAL BATTLEFIELD | ANTIETAM NATIONAL BATTLEFIELD | MD | 924.00 |
| SLI254433 | ANTIETAM NATIONAL BATTLEFIELD | ANTIETAM NATIONAL BATTLEFIELD | MD | 462.00 |
| SLI254433 | SANTANA WILDLIFE REFUGE | SANTANA WILDLIFE REFUGE | TX | 594.00 |
| SLI254433 | SANTANA WILDLIFE REFUGE | SANTANA WILDLIFE REFUGE | TX | 594.00 |
| SLI254433 | US FISH & WILDLIFE SER - MN, S | US FISH & WILDLIFE SER - MN, S | MN | 594.00 |
| SLI254434 | LAKE MEREDITH NAT. REC. - TX | LAKE MEREDITH NAT. REC. - TX | TX | 451.00 |
| SLI254435 | BEAR RIVER MIGRATORY BIRD REF | BEAR RIVER MIGRATORY BIRD REF | UT | 594.00 |
| SLI254435 | US FISH & WILDLIFE SER - FL, A | US FISH & WILDLIFE SER - FL, A | FL | 594.00 |
| SLI254435 | FEDERAL RESERVE BANK LOUISVILL | FEDERAL RESERVE BANK LOUISVILL | KY | 462.00 |
| SLI254435 | TRINITY RIVER NWR | TRINITY RIVER NWR | TX | 517.00 |
| SLI254436 | BLM - NORTH PALM SPRINGS, CA | BLM - NORTH PALM SPRINGS, CA | CA | 517.00 |
| SLI254436 | WHITE SANDS NATIONAL MONUMENT | WHITE SANDS NATIONAL MONUMENT | NM | 517.00 |
| SLI254436 | NORTH CASCADES NPS COMPLEX | NORTH CASCADES NPS COMPLEX | WA | 462.00 |
| SLI254436 | NORTH CASCADES NPS COMPLEX | NORTH CASCADES NPS COMPLEX | WA | 2,448.60 |
| SLI254436 | NORTH CASCADES NPS COMPLEX | NORTH CASCADES NPS COMPLEX | WA | 1,632.40 |
| SLI254436 | NORTH CASCADES NPS COMPLEX | NORTH CASCADES NPS COMPLEX | WA | 462.00 |
| SLI254436 | US FOREST SERVICE - WA | US FOREST SERVICE/LEI | WA | 594.00 |

**Schedule 5**

## Second Chance Replacement Vest Data

| Bates | Cust Name | Ship to Name | Ship State | Extended Price |
|---|---|---|---|---|
| SLI254436 | USCG FINANCE CENTER | USCG INVESTIGATIVE SERVICE | TN | 517.00 |
| SLI254436 | JEFFERSON NAT EXPANSION MEMOR | JEFFERSON NAT EXPANSION MEMOR | MO | 462.00 |
| SLI254436 | JEFFERSON NAT EXPANSION MEMOR | JEFFERSON NAT EXPANSION MEMOR | MO | 517.00 |
| SLI254438 | HAMPTON NHS | HAMPTON NHS | MD | 594.00 |
| SLI254438 | US FISH & WILDLIFE SER - OK, O | US FISH & WILDLIFE SER - OK, O | OK | 594.00 |
| SLI254438 | US PROBATION OFFICE - NY, B | US PROBATION OFFICE - NY, B | NY | 462.00 |
| SLI254438 | US FISH & WILDLIFE SER - CA, C | US FISH & WILDLIFE SER - CA, C | CA | 594.00 |
| SLI254439 | SEQUOIA NATIONAL PARK - CA, S | SEQUOIA NATIONAL PARK - CA, S | CA | 594.00 |
| SLI254439 | MINOT AFB | MINOT AFB | ND | 1,187.88 |
| SLI254439 | GULF ISLAND NAT SEASHORE - FL | GULF ISLAND NAT SEASHORE - FL | FL | 517.00 |
| SLI254439 | GULF ISLAND NAT SEASHORE- FL | GULF ISLAND NAT SEASHORE - FL | FL | 462.00 |
| SLI254439 | FEDERAL RESERVE BANK BOSTON | FEDERAL RESERVE BANK BOSTON | MA | 462.00 |
| SLI254439 | FEDERAL RESERVE BANK BOSTON | FEDERAL RESERVE BANK BOSTON | MA | 1,386.00 |
| SLI254439 | FEDERAL RESERVE BANK BOSTON | FEDERAL RESERVE BANK BOSTON | MA | 4,158.00 |
| SLI254439 | FEDERAL RESERVE BANK BOSTON | FEDERAL RESERVE BANK BOSTON | MA | 3,696.00 |
| SLI254439 | FEDERAL RESERVE BANK BOSTON | FEDERAL RESERVE BANK BOSTON | MA | 462.00 |
| SLI254439 | FEDERAL RESERVE BANK BOSTON | FEDERAL RESERVE BANK BOSTON | MA | 15,708.00 |
| SLI254439 | FEDERAL RESERVE BANK BOSTON | FEDERAL RESERVE BANK BOSTON | MA | 462.00 |
| SLI254439 | FEDERAL RESERVE BANK BOSTON | FEDERAL RESERVE BANK BOSTON | MA | 462.00 |
| SLI254439 | FEDERAL RESERVE BANK BOSTON | FEDERAL RESERVE BANK BOSTON | MA | 8,316.00 |
| SLI254439 | FEDERAL RESERVE BANK BOSTON | FEDERAL RESERVE BANK BOSTON | MA | 462.00 |
| SLI254440 | USCG FINANCE CENTER | CGIS RAO ST LOUIS | MO | 1,034.00 |
| SLI254440 | BLM - TUCSON, AZ | BLM - TUCSON, AZ | AZ | 594.00 |
| SLI254440 | BLM - TUCSON, AZ | BLM - TUCSON, AZ | AZ | 1,782.00 |
| SLI254440 | VanDenBrink, Tom | US EMBASSY BANGKOK | AP | 462.00 |
| SLI254440 | USCG FINANCE CENTER | USCG INVESTIGATIVE SERVICE | GU | 517.00 |
| SLI254440 | USCG FINANCE CENTER | USCG INVESTIGATIVE SERVICE | TX | 517.00 |
| SLI254440 | ACADIA NATIONAL PARK | ACADIA NATIONAL PARK | ME | 924.00 |
| SLI254441 | BLM - ELKO, NV | ERIKA SCHUMACHER | NV | 462.00 |
| SLI254441 | BLM - NORTH PALM SPRINGS, CA | BLM - NORTH PALM SPRINGS, CA | CA | 1,551.00 |

Schedule 5

## Second Chance Replacement Vest Data

| Bates | Cust Name | Ship to Name | Ship State | Extended Price |
|---|---|---|---|---|
| SLI254441 | BLM - NORTH PALM SPRINGS, CA | BLM - NORTH PALM SPRINGS, CA | CA | 1,551.00 |
| SLI254441 | BLM - NORTH PALM SPRINGS, CA | BLM - NORTH PALM SPRINGS, CA | CA | 517.00 |
| SLI254441 | BLM - NORTH PALM SPRINGS, CA | BLM - NORTH PALM SPRINGS, CA | CA | 517.00 |
| SLI254441 | USCG FINANCE CENTER | CGIS RAO NY | NY | 1,034.00 |
| SLI254441 | USCG FINANCE CENTER | USCG INVESTIGATIVE SERVICE | AK | 517.00 |
| SLI254441 | USCG FINANCE CENTER | USCG INVESTIGATIVE SERVICE | FL | 517.00 |
| SLI254441 | USCG FINANCE CENTER | USCG INVESTIGATIVE SERVICE | FL | 517.00 |
| SLI254441 | USCG FINANCE CENTER | USCG INVESTIGATIVE SERVICE | FL | 517.00 |
| SLI254441 | USCG FINANCE CENTER | USCG INVESTIGATIVE SERVICE | SC | 1,551.00 |
| SLI254441 | USCG FINANCE CENTER | USCG INVESTIGATIVE SERVICE | SC | 517.00 |
| SLI254441 | USCG FINANCE CENTER | USCG INVESTIGATIVE SERVICE | GU | 517.00 |
| SLI254441 | USCG FINANCE CENTER | RAO BALTIMORE | MD | 517.00 |
| SLI254441 | USCG FINANCE CENTER | RAO BALTIMORE | MD | 1,551.00 |
| SLI254441 | USCG FINANCE CENTER | CGIS RA USCG ACADEMY BOX A-39 | CT | 2,068.00 |
| SLI254441 | USCG FINANCE CENTER | CGIS RA USCG ACADEMY BOX A-39 | CT | 517.00 |
| SLI254441 | USCG FINANCE CENTER | USCG INVESTIGATIVE SERVICE | WA | 517.00 |
| SLI254441 | USCG FINANCE CENTER | USCG INVESTIGATIVE SERVICE | WA | 1,551.00 |
| SLI254441 | USCG FINANCE CENTER | USCG INVESTIGATIVE SERVICE | FL | 1,551.00 |
| SLI254441 | USCG FINANCE CENTER | USCG INVESTIGATIVE SERVICE | FL | 517.00 |
| SLI254441 | USCG FINANCE CENTER | USCG INVESTIGATIVE SERVICE | CA | 2,068.00 |
| SLI254441 | USCG FINANCE CENTER | USCG INVESTIGATIVE SERVICE | CA | 1,034.00 |
| SLI254441 | USCG FINANCE CENTER | USCG INVESTIGATIVE SERVICE | CA | 4,136.00 |
| SLI254441 | USCG FINANCE CENTER | USCG INVESTIGATIVE SERVICE | WA | 517.00 |
| SLI254442 | USCG FINANCE CENTER | USCG INVESTIGATIVE SERVICE | OH | 517.00 |
| SLI254442 | USCG FINANCE CENTER | RAO PHILADELPHIA | PA | 517.00 |
| SLI254442 | USCG FINANCE CENTER | USCG INVESTIGATIVE SERVICE | FL | 517.00 |
| SLI254442 | USCG FINANCE CENTER | USCG INVESTIGATIVE SERVICE | WA | 517.00 |
| SLI254442 | USCG FINANCE CENTER | USCG INVESTIGATIVE SERVICE | OR | 517.00 |
| SLI254442 | USCG FINANCE CENTER | USCG INVESTIGATIVE SERVICE | OH | 1,034.00 |
| SLI254442 | USCG FINANCE CENTER | USCG INVESTIGATIVE SERVICE | OH | 517.00 |

Schedule 5

## Second Chance Replacement Vest Data

| Bates | Cust Name | Ship to Name | Ship State | Extended Price |
|---|---|---|---|---|
| SLI254442 | USCG FINANCE CENTER | USCG INVESTIGATIVE SERVICE | OH | 517.00 |
| SLI254442 | USCG FINANCE CENTER | USCG INVESTIGATIVE SERVICE | VA | 517.00 |
| SLI254442 | USCG FINANCE CENTER | CGIS RAO HOUSTON | TX | 517.00 |
| SLI254442 | USCG FINANCE CENTER | CGIS RAO HOUSTON | TX | 517.00 |
| SLI254443 | USCG FINANCE CENTER | RAO BUFFALO | MI | 1,034.00 |
| SLI254443 | USCG FINANCE CENTER | RAO BUFFALO | MI | 517.00 |
| SLI254443 | USCG FINANCE CENTER | USCG INVESTIGATIVE SERVICE | HI | 517.00 |
| SLI254443 | USCG FINANCE CENTER | RAO BUFFALO | NY | 517.00 |
| SLI254443 | USCG FINANCE CENTER | RAO BUFFALO | NY | 517.00 |
| SLI254443 | USCG FINANCE CENTER | RAO BUFFALO | NY | 517.00 |
| SLI254443 | USCG FINANCE CENTER | MSO TOLEDO | OH | 594.00 |
| SLI254443 | USCG FINANCE CENTER | RAO GRAND HAVEN | MI | 517.00 |
| SLI254443 | USCG FINANCE CENTER | CGIS RAO CAPE MAY | NJ | 1,034.00 |
| SLI254443 | USCG FINANCE CENTER | USCG INVESTIGATIVE SERVICE | MI | 517.00 |
| SLI254443 | USCG FINANCE CENTER | USCG INVESTIGATIVE SERVICE | MN | 517.00 |
| SLI254443 | USCG FINANCE CENTER | USCG INVESTIGATIVE SERVICE | NY | 517.00 |
| SLI254444 | USCG FINANCE CENTER | USCG MSO CHICAGO | IL | 517.00 |
| SLI254444 | U.S. FISH & WILDLIFE SER. - NY, V | U.S. FISH & WILDLIFE SER. - NY, V | NY | 594.00 |
| SLI254444 | BLM - RIDGECREST, CA | BLM - RIDGECREST, CA | CA | 594.00 |
| SLI254444 | BLM - RIDGECREST, CA | BLM - RIDGECREST, CA | CA | 594.00 |
| SLI254444 | BLM - RIDGECREST, CA | BLM - RIDGECREST, CA | CA | 594.00 |
| SLI254444 | CIA | CIA GATE 5 | VA | 594.00 |
| SLI254444 | CIA | CIA GATE 5 | VA | 2,376.00 |
| SLI254444 | CIA | CIA GATE 5 | VA | 14,256.00 |
| SLI254444 | CIA | CIA GATE 5 | VA | 14,256.00 |
| SLI254444 | CIA | CIA GATE 5 | VA | 2,376.00 |
| SLI254444 | CIA | CIA GATE 5 | VA | 594.00 |
| SLI254444 | CIA | CIA GATE 5 | VA | 594.00 |
| SLI254444 | U.S. HUD - OIG - OI | KEITH JOHNSON | CA | 594.00 |
| SLI254444 | FMS-VA-4 (69P) | CHIEF, A&MMS A40010 | OR | 3,102.00 |

Schedule 5

## Second Chance Replacement Vest Data

| Bates | Cust Name | Ship to Name | Ship State | Extended Price |
|---|---|---|---|---|
| SLJ254444 | FMS-VA-4 (69P) | CHIEF, A&MMS A40010 | OR | 517.00 |
| SLJ254444 | FMS-VA-4 (69P) | CHIEF, A&MMS A40010 | OR | 2,068.00 |
| SLJ254444 | GREAT SMOKEY MTNS NATL PARK | GREAT SMOKEY MTNS NAT'L PARK | NC | 2,068.00 |
| SLJ254444 | GREAT SMOKEY MTNS NATL PARK | GREAT SMOKEY MTNS NAT'L PARK | NC | 2,068.00 |
| SLJ254445 | GREAT SMOKEY MTNS NATL PARK | GREAT SMOKEY MTNS NAT'L PARK | NC | 517.00 |
| SLJ254445 | GREAT SMOKEY MTNS NATL PARK | GREAT SMOKEY MTNS NAT'L PARK | NC | 517.00 |
| SLJ254445 | U.S. PROBATION OFFICE - NH, C | U.S. PROBATION OFFICE - NH, C | NH | 1,034.00 |
| SLJ254445 | U.S. PROBATION OFFICE - NH, C | U.S. PROBATION OFFICE - NH, C | NH | 1,551.00 |
| SLJ254445 | U.S. PROBATION OFFICE - NH, C | U.S. PROBATION OFFICE - NH, C | NH | 2,068.00 |
| SLJ254445 | U.S. PROBATION OFFICE - NH, C | U.S. PROBATION OFFICE - NH, C | NH | 517.00 |
| SLJ254445 | BLM - EL CENTRO | BLM - EL CENTRO | CA | 517.00 |
| SLJ254445 | 13 AFOS/SF TACP | 13 AFOS/SF TACP | CO | 3,557.40 |
| SLJ254445 | CIA | CIA GATE 5 | VA | 4,158.00 |
| SLJ254445 | CIA | CIA GATE 5 | VA | 594.00 |
| SLJ254445 | CIA | CIA GATE 5 | VA | 2,376.00 |
| SLJ254445 | CIA | CIA GATE 5 | VA | 594.00 |
| SLJ254445 | CIA | CIA GATE 5 | VA | 594.00 |
| SLJ254445 | CIA | CIA GATE 5 | VA | 594.00 |
| SLJ254445 | CIA | CIA GATE 5 | VA | 1,188.00 |
| SLJ254445 | CIA | CIA GATE 5 | VA | 594.00 |
| SLJ254446 | USCG FINANCE CENTER | US COAST GUARD | VA | 13,068.00 |
| SLJ254446 | U.S. FISH & WILDLIFE SER.-ND, D | U.S. FISH & WILDLIFE SER.-ND, D | ND | 1,632.40 |
| SLJ254446 | U.S. FISH & WILDLIFE SER.-ND, D | U.S. FISH & WILDLIFE SER.-ND, D | ND | 2,448.60 |
| SLJ254446 | USCG FINANCE CENTER | USCG INVESTIGATIVE SERVICE | HI | 517.00 |
| SLJ254446 | USCG FINANCE CENTER | USCG INVESTIGATIVE SERVICE | HI | 1,034.00 |
| SLJ254447 | GREAT SMOKEY MT. - TN | GREAT SMOKEY MT. - TN | TN | 1,034.00 |
| SLJ254447 | GREAT SMOKEY MT. - TN | GREAT SMOKEY MT. - TN | TN | 1,034.00 |
| SLJ254447 | GREAT SMOKEY MT. - TN | GREAT SMOKEY MT. - TN | TN | 4,136.00 |
| SLJ254447 | GREAT SMOKEY MT. - TN | GREAT SMOKEY MT. - TN | TN | 2,068.00 |
| SLJ254448 | USCG FINANCE CENTER | USCG INVESTIGATIVE SERVICE | PR | 517.00 |

Schedule 5

## Second Chance Replacement Vest Data

| Bates | Cust Name | Ship to Name | Ship State | Extended Price |
|---|---|---|---|---|
| SLI254448 | USCG FINANCE CENTER | USCG INVESTIGATIVE SERVICE | PR | 1,034.00 |
| SLI254448 | USCG FINANCE CENTER | USCG INVESTIGATIVE SERVICE | AL | 517.00 |
| SLI254448 | USCG FINANCE CENTER | USCG INVESTIGATIVE SERVICE | AL | 517.00 |
| SLI254449 | USCG FINANCE CENTER | USCG INVESTIGATIVE SERVICE | VA | 517.00 |
| SLI254449 | USCG FINANCE CENTER | USCG INVESTIGATIVE SERVICE | VA | 517.00 |
| SLI254449 | USCG FINANCE CENTER | USCG INVESTIGATIVE SERVICE | LA | 2,068.00 |
| SLI254449 | USCG FINANCE CENTER | USCG INVESTIGATIVE SERVICE | LA | 517.00 |
| SLI254449 | USCG FINANCE CENTER | USCG INVESTIGATIVE SERVICE | LA | 517.00 |
| SLI254449 | USCG FINANCE CENTER | USCG INVESTIGATIVE SERVICE | CA | 2,585.00 |
| SLI254449 | USCG FINANCE CENTER | USCG INVESTIGATIVE SERVICE | CA | 517.00 |
| SLI254449 | USCG FINANCE CENTER | USCG INVESTIGATIVE SERVICE | MA | 1,551.00 |
| SLI254449 | USCG FINANCE CENTER | USCG INVESTIGATIVE SERVICE | MA | 517.00 |
| SLI254449 | USCG FINANCE CENTER | USCG INVESTIGATIVE SERVICE | MA | 517.00 |
| SLI254449 | USCG FINANCE CENTER | USCG INVESTIGATIVE SERVICE | MA | 1,034.00 |
| SLI254449 | USCG FINANCE CENTER | USCG INVESTIGATIVE SERVICE | VA | 1,034.00 |
| SLI254449 | USCG FINANCE CENTER | USCG INVESTIGATIVE SERVICE | VA | 517.00 |
| SLI254449 | USCG FINANCE CENTER | USCG INVESTIGATIVE SERVICE | VA | 2,068.00 |
| SLI254450 | USCG FINANCE CENTER | USCG INVESTIGATIVE SERVICE | CA | 517.00 |
| SLI254450 | USCG FINANCE CENTER | USCG INVESTIGATIVE SERVICE | CA | 517.00 |
| SLI254450 | USCG FINANCE CENTER | USCG INVESTIGATIVE SERVICE | CA | 1,551.00 |
| SLI254450 | USCG FINANCE CENTER | USCG INVESTIGATIVE SERVICE | CA | 1,034.00 |
| SLI254453 | LOWELL NHP | LOWELL NHP | MA | 1,034.00 |
| SLI254453 | LOWELL NHP | LOWELL NHP | MA | 1,551.00 |
| SLI254456 | BLM - NEEDLES, CA | BLM - NEEDLES, CA | CA | 462.00 |
| SLI254457 | CRATER LAKE NP | CRATER LAKE NP | OR | 517.00 |
| SLI254458 | BUREAU OF INDIAN AFFAIRS - WA, A | JERIN FALCON | WA | 594.00 |
| SLI254458 | BLM - EL CENTRO | BLM - EL CENTRO | CA | 517.00 |
| SLI254461 | GULF ISLAND NAT. SEASHORE - FL | GULF ISLAND NAT SEASHORE - FL | FL | 455.01 |
| SLI254461 | FEDERAL PROTECTIVE SERVICE - FL | FEDERAL PROTECTIVE SERVICE - FL | FL | 517.00 |
| SLI254461 | U.S. FOREST SERVICE - CA, E | U.S. FOREST SERVICE - CA, E | CA | 517.00 |

## Second Chance Replacement Vest Data

| Bates | Cust Name | Ship to Name | Ship State | Extended Price |
|---|---|---|---|---|
| SLI254461 | FMS-VA-2 (101) | CHIEF, A&MMS A40010 | OR | 517,00 |
| SLI254461 | BLM - NEEDLES, CA | BLM - NEEDLES, CA | CA | 462.00 |
| SLI254461 | BLM - NEEDLES, CA | BLM - NEEDLES, CA | CA | 517.00 |
| SLI254462 | U.S. FOREST SERVICE - CA, E | U.S. FOREST SERVICE - CA, E | CA | 515.67 |
| SLI254462 | U.S. PROBATION OFFICE - NY, B | U.S. PROBATION OFFICE - NY, B | NY | 462.00 |
| SLI254464 | BLM-NEEDLES, CA | BLM-NEEDLES, CA | CA | 517.00 |
| SLI254465 | FEDERAL PROTECTIVE SERVICE - GA | FEDERAL PROTECTIVE SERVICE - GA | GA | 517.00 |
| SLI254465 | FEDERAL PROTECTIVE SERVICE - TN, N | FEDERAL PROTECTIVE SERVICE - TN, N | TN | 516.00 |
| SLI254466 | UMATILLA NATIONAL FOREST | UMATILLA NATIONAL FOREST | OR | 515.67 |
| SLI254466 | FEDERAL RESERVE BANK RICHMOND | FRBR WAREHOUSE | VA | 924.00 |
| SLI254466 | FEDERAL RESERVE BANK RICHMOND | FRBR WAREHOUSE | VA | 924.00 |
| SLI254466 | FEDERAL RESERVE BANK RICHMOND | FRBR WAREHOUSE | VA | 462.00 |
| SLI254466 | CIA | CIA GATE 05 | VA | 2,970.00 |
| SLI254466 | CIA | CIA GATE 05 | VA | 594.00 |
| SLI254466 | CIA | CIA GATE 05 | VA | 3,564.00 |
| SLI254466 | CIA | CIA GATE 05 | VA | 594.00 |
| SLI254466 | CIA | CIA GATE 05 | VA | 1,188.00 |
| SLI254466 | CIA | CIA GATE 5 | VA | 2,376.00 |
| SLI254466 | CIA | CIA GATE 5 | VA | 594.00 |
| SLI254466 | CIA | CIA GATE 5 | VA | 594.00 |
| SLI254466 | CIA | CIA GATE 5 | VA | 594.00 |
| SLI254466 | CIA | CIA GATE 5 | VA | 1,782.00 |
| SLI254467 | FEDERAL PROTECTIVE SERVICES - FL | FEDERAL PROTECTIVE SERVICES - FL | FL | 517.00 |
| SLI254467 | FLEET COMBAT CAMERA ATLANTIC | FLEET COMBAT CAMERA ATLANTIC | VA | 2,970.00 |
| SLI254467 | FLEET COMBAT CAMERA ATLANTIC | FLEET COMBAT CAMERA ATLANTIC | VA | 594.00 |
| SLI254467 | FLEET COMBAT CAMERA ATLANTIC | FLEET COMBAT CAMERA ATLANTIC | VA | 1,188.00 |
| SLI254467 | CIA | CIA GATE 5 | VA | 2,376.00 |
| SLI254467 | CIA | CIA GATE 5 | VA | 594.00 |
| SLI254467 | CIA | CIA GATE 5 | VA | 594.00 |
| SLI254467 | CIA | CIA GATE 5 | VA | 1,188.00 |

Schedule 5

# Second Chance Replacement Vest Data

| Bates | Cust Name | Ship to Name | Ship State | Extended Price |
|-------|-----------|--------------|------------|----------------|
| SLI254467 | DEPT OF HOMELAND SECURITY | DEPT OF HOMELAND SECURITY | TN | 510.00 |
| SLI254467 | REDWOOD NATIONAL PARK | REDWOOD NATIONAL PARK | CA | 462.00 |
| SLI254469 | U.S. FOREST SERVICE - CA. R | U.S. FOREST SERVICE - CA. R | CA | 458.00 |
| SLI254469 | LAKE MEAD NRA | LAKE MEAD NRA | NV | 2,310.00 |
| SLI254469 | LAKE MEAD NRA | LAKE MEAD NRA | NV | 1,386.00 |
| SLI254469 | LAKE MEAD NRA | LAKE MEAD NRA | NV | 462.00 |
| SLI254469 | LAKE MEAD NRA | LAKE MEAD NRA | NV | 462.00 |
| SLI254469 | LAKE MEAD NRA | LAKE MEAD NRA | NV | 462.00 |
| SLI254469 | FEDERAL PROTECTIVE SERVICE - FL | FEDERAL PROTECTIVE SERVICE - FL | FL | 517.00 |
| SLI254469 | FEDERAL PROTECTIVE SERVICE - FL | FEDERAL PROTECTIVE SERVICE - FL | FL | 517.00 |
| SLI254469 | BLM-CEDARVILLE, CA | BLM-CEDARVILLE, CA | CA | 515.67 |
| SLI254469 | CIA | CIA GATE 5 | VA | 594.00 |
| SLI254469 | CIA | CIA GATE 5 | VA | 1,188.00 |
| SLI254472 | BLUE RIDGE PARKWAY - VESUVIUS | NATIONAL PARK SERVICE/FLETC | GA | 511.50 |
| SLI254473 | U.S. PROBATION OFFICE - WY, CA | U.S. PROBATION OFFICE - WY, CA | WY | 1,848.00 |
| SLI254474 | U.S. PROBATION OFFICE - WY, CA | U.S. PROBATION OFFICE - WY, CA | WY | 2,310.00 |
| SLI254474 | U.S. PROBATION OFFICE - WY, CA | U.S. PROBATION OFFICE - WY, CA | WY | 462.00 |
| SLI254474 | U.S. PROBATION OFFICE - WY, CA | U.S. PROBATION OFFICE - WY, CA | WY | 924.00 |
| SLI254477 | U.S. FOREST SERVICE - CA. E | U.S. FOREST SERVICE - CA. E | CA | 594.00 |
| SLI254480 | BLM - ARCATA RESOURCE AREA | BLM - ARCATA RESOURCE AREA | CA | 515.67 |
| SLI254481 | KALOKO-HONOKOHAU - HAWAII | KALOKO-HONOKOHAU - HAWAII | HI | 462.00 |
| SLI254481 | KALOKO-HONOKOHAU - HAWAII | KALOKO-HONOKOHAU - HAWAII | HI | 462.00 |
| SLI254481 | KALOKO-HONOKOHAU - HAWAII | KALOKO-HONOKOHAU - HAWAII | HI | 462.00 |
| SLI254482 | FEDERAL PROTECTIVE SERVICE - FL | FEDERAL PROTECTIVE SERVICE - FL | FL | 515.67 |
| SLI254482 | CABEZA PRIETA N.W.R | CABEZA PRIETA N.W.R | AZ | 462.00 |
| SLI254482 | U.S. BORDER PATROL - AZ, ELGIN | MIKE MCKINNEY | AZ | 589.25 |
| SLI254482 | U.S. FISH & WILDLIFE - OK, V | U.S. FISH & WILDLIFE - OK, V | OK | 594.00 |
| SLI254483 | NAVAL WEAPONS STATION YORKTOWN | NAVAL WEAPONS STATION YORKTOWN | VA | 1,443.00 |
| SLI254483 | NAVAL WEAPONS STATION YORKTOWN | NAVAL WEAPONS STATION YORKTOWN | VA | 10,101.00 |
| SLI254483 | NAVAL WEAPONS STATION YORKTOWN | NAVAL WEAPONS STATION YORKTOWN | VA | 481.00 |

Schedule 5

## Second Chance Replacement Vest Data

| Bates | Cust Name | Ship to Name | Ship State | Extended Price |
|---|---|---|---|---|
| SLI254483 | U.S. PROBATION OFFICE - TX, H | U.S. PROBATION OFFICE | TX | 462.00 |
| SLI254483 | U.S. PROBATION OFFICE - TX, H | U.S. PROBATION OFFICE | TX | 462.00 |
| SLI254483 | U.S. PROBATION OFFICE - TX, H | U.S. PROBATION OFFICE | TX | 462.00 |
| SLI254483 | U.S. PROBATION OFFICE - TX, H | U.S. PROBATION OFFICE | TX | 462.00 |
| SLI254483 | ROCKY MOUNTAIN NAT. PARK | ROCKY MOUNTAIN NAT. PARK | CO | 515.67 |
| SLI254483 | LINCOLN NATIONAL FOREST - NM, A | LINCOLN NATIONAL FOREST - NM, A | NM | 471.78 |
| SLI254483 | 117TH ARW/ACCOUNTING & FINANCE | 117TH ARW/ACCOUNTING & FINANCE | AL | 1,188.00 |
| SLI254483 | 117TH ARW/ACCOUNTING & FINANCE | 117TH ARW/ACCOUNTING & FINANCE | AL | 1,782.00 |
| SLI254483 | 117TH ARW/ACCOUNTING & FINANCE | 117TH ARW/ACCOUNTING & FINANCE | AL | 594.00 |
| SLI254484 | U.S. PROBATION OFFICE - TX, H | U.S. PROBATION | TX | 462.00 |
| SLI254484 | U.S. PROBATION OFFICE - TX, H | U.S. PROBATION | TX | 462.00 |
| SLI254484 | U.S. PROBATION OFFICE - TX, H | U.S. PROBATION | TX | 2,310.00 |
| SLI254484 | U.S. PROBATION OFFICE - TX, H | U.S. PROBATION OFFICE | TX | 1,386.00 |
| SLI254484 | U.S. PROBATION OFFICE - TX, H | U.S. PROBATION OFFICE | TX | 462.00 |
| SLI254484 | U.S. PROBATION OFFICE - TX, H | U.S. PROBATION OFFICE | TX | 462.00 |
| SLI254484 | U.S. PROBATION OFFICE - TX, H | U.S. PROBATION OFFICE | TX | 924.00 |
| SLI254484 | U.S. PROBATION OFFICE - TX, H | U.S. PROBATION OFFICE | TX | 1,386.00 |
| SLI254484 | U.S. PROBATION OFFICE - TX, H | U.S. PROBATION OFFICE | TX | 924.00 |
| SLI254484 | U.S. PROBATION OFFICE - TX, H | U.S. PROBATION OFFICE | TX | 1,848.00 |
| SLI254485 | U.S. PROBATION OFFICE - TX, H | U.S. PROBATION OFFICE | TX | 924.00 |
| SLI254485 | U.S. PROBATION OFFICE - TX, H | U.S. PROBATION OFFICE | TX | 924.00 |
| SLI254485 | U.S. PROBATION OFFICE - TX, H | U.S. PROBATION OFFICE | TX | 1,386.00 |
| SLI254485 | U.S. PROBATION OFFICE - TX, H | U.S. PROBATION OFFICE | TX | 924.00 |
| SLI254485 | U.S. PROBATION OFFICE - TX, H | U.S. PROBATION OFFICE | TX | 462.00 |
| SLI254485 | USCG FINANCE CENTER | USCG INVESTIGATIVE SERVICE | OH | 517.00 |
| SLI254485 | U.S. DISTRICT COURT | U.S. DISTRICT COURT | MI | 1,782.00 |
| SLI254485 | U.S. DISTRICT COURT | U.S. DISTRICT COURT | MI | 3,564.00 |
| SLI254485 | U.S. DISTRICT COURT | U.S. DISTRICT COURT | MI | 1,782.00 |
| SLI254485 | U.S. DISTRICT COURT | U.S. DISTRICT COURT | MI | 1,188.00 |
| SLI254485 | U.S. DISTRICT COURT | U.S. DISTRICT COURT | MI | 594.00 |

Schedule 5

## Second Chance Replacement Vest Data

| Bates | Cust Name | Ship to Name | Ship State | Extended Price |
|-------|-----------|--------------|------------|----------------|
| SL1254485 | U.S. DISTRICT COURT | U.S. DISTRICT COURT | MI | 2,376.00 |
| SL1254485 | U.S. DISTRICT COURT | U.S. DISTRICT COURT | MI | 1,188.00 |
| SL1254485 | SEQUOIA & KINGS CANYON NP | SEQUOIA & KINGS CANYON NP | CA | 515.67 |
| SL1254485 | USCG FINANCE CENTER | USCG INVESTIGATIVE SERVICE | IL | 517.00 |
| SL1254485 | FEDERAL RESERVE BANK RICHMOND | FEDERAL RESERVE BANK RICHMOND | VA | 462.00 |
| SL1254485 | FEDERAL RESERVE BANK RICHMOND | FEDERAL RESERVE BANK RICHMOND | VA | 8,316.00 |
| SL1254485 | FEDERAL RESERVE BANK RICHMOND | FEDERAL RESERVE BANK RICHMOND | VA | 2,310.00 |
| SL1254485 | FEDERAL RESERVE BANK RICHMOND | FEDERAL RESERVE BANK RICHMOND | VA | 462.00 |
| SL1254486 | FEDERAL RESERVE BANK RICHMOND | FEDERAL RESERVE BANK RICHMOND | VA | 462.00 |
| SL1254486 | FEDERAL RESERVE BANK RICHMOND | FEDERAL RESERVE BANK RICHMOND | VA | 1,848.00 |
| SL1254486 | FEDERAL RESERVE BANK RICHMOND | FEDERAL RESERVE BANK RICHMOND | VA | 924.00 |
| SL1254486 | FEDERAL RESERVE BANK RICHMOND | FEDERAL RESERVE BANK RICHMOND | VA | 462.00 |
| SL1254486 | OHIO RIVER ISLAND REFUGE | OHIO RIVER ISLAND REFUGE | WV | 462.00 |
| SL1254486 | BLUE RIDGE PARKWAY - ASHEVILLE | BLUE RIDGE PARKWAY - PISGAH | NC | 462.00 |
| SL1254486 | SEQUOIA & KINGS CANYON NP | SEQUOIA & KINGS CANYON NP | CA | 515.67 |
| SL1254486 | BLM - EL CENTRO | BLM - EL CENTRO | CA | 515.67 |
| SL1254486 | BLM - EL CENTRO | BLM - EL CENTRO | CA | 515.67 |
| SL1254487 | BLUE RIDGE PARKWAY - ASHEVILLE | BLUE RIDGE PARKWAY - PLATEAU | VA | 1,386.00 |
| SL1254487 | BLUE RIDGE PARKWAY - ASHEVILLE | BLUE RIDGE PARKWAY - PLATEAU | VA | 462.00 |
| SL1254487 | BLUE RIDGE PARKWAY - ASHEVILLE | BLUE RIDGE PARKWAY - PLATEAU | VA | 924.00 |
| SL1254487 | NAVAL WEAPONS STATION YORKTOWN | NAVAL WEAPONS STATION YORKTOWN | VA | 481.00 |
| SL1254487 | U.S. PROBATION OFFICE - MI, D | U.S. PROBATION OFFICE - MI, D | MI | 2,585.00 |
| SL1254487 | U.S. PROBATION OFFICE - MI, D | U.S. PROBATION OFFICE - MI, D | MI | 517.00 |
| SL1254487 | U.S. PROBATION OFFICE - MI, D | U.S. PROBATION OFFICE - MI, D | MI | 5,687.00 |
| SL1254487 | U.S. PROBATION OFFICE - MI, D | U.S. PROBATION OFFICE - MI, D | MI | 1,551.00 |
| SL1254487 | U.S. PROBATION OFFICE - MI, D | U.S. PROBATION OFFICE - MI, D | MI | 6,721.00 |
| SL1254487 | U.S. PROBATION OFFICE - MI, D | U.S. PROBATION OFFICE - MI, D | MI | 2,585.00 |
| SL1254487 | U.S. PROBATION OFFICE - MI, D | U.S. PROBATION OFFICE - MI, D | MI | 1,034.00 |
| SL1254487 | U.S. PROBATION OFFICE - MI, D | U.S. PROBATION OFFICE - MI, D | MI | 4,653.00 |
| SL1254487 | U.S. PROBATION OFFICE - MI, D | U.S. PROBATION OFFICE - MI, D | MI | 517.00 |

Schedule 5

## Second Chance Replacement Vest Data

| Bates | Cust Name | Ship to Name | Ship State | Extended Price |
|---|---|---|---|---|
| SLJ254487 | BLUE RIDGE PARKWAY - ASHEVILLE | BLUE RIDGE PARKWAY - RIDGE | VA | 2,310.00 |
| SLJ254487 | BLUE RIDGE PARKWAY - ASHEVILLE | BLUE RIDGE PARKWAY - RIDGE | VA | 462.00 |
| SLJ254487 | BLUE RIDGE PARKWAY - ASHEVILLE | BLUE RIDGE PARKWAY - HIGHLANDS | NC | 462.00 |
| SLJ254487 | BLUE RIDGE PARKWAY - ASHEVILLE | BLUE RIDGE PARKWAY - HIGHLANDS | NC | 1,848.00 |
| SLJ254487 | BLUE RIDGE PARKWAY - ASHEVILLE | BLUE RIDGE PARKWAY - HIGHLANDS | NC | 462.00 |
| SLJ254487 | BLUE RIDGE PARKWAY - ASHEVILLE | BLUE RIDGE PARKWAY - HIGHLANDS | NC | 462.00 |
| SLJ254490 | U.S. FISH & WILDLIFE SERV - CA, F | U.S. FISH & WILDLIFE SERV - CA, F | CA | 592.47 |
| SLJ254490 | FEDERAL PROTECTIVE SERVICE - FL | FEDERAL PROTECTIVE SERVICE - FL | FL | 515.67 |
| SLJ254490 | FEDERAL PROTECTIVE SERVICE - FL | FEDERAL PROTECTIVE SERVICE - FL | FL | 515.67 |
| SLJ254490 | CIA | CIA GATE 5 | VA | 2,376.00 |
| SLJ254490 | CIA | CIA GATE 5 | VA | 1,188.00 |
| SLJ254490 | CIA | CIA GATE 5 | VA | 594.00 |
| SLJ254491 | FBI - HUNNINGTON, WV | FBI - HUNNINGTON, WV | WV | 515.67 |
| SLJ254491 | NATIONAL PARK SERVICE - NM, R | NATIONAL PARK SERVICE - NM, R | NM | 515.67 |
| SLJ254491 | FEDERAL PROTECTIVE SERV - SC, C | FEDERAL PROTECTIVE SERV - SC, C | SC | 517.00 |
| SLJ254491 | FEDERAL PROTECTIVE SERV - SC, C | FEDERAL PROTECTIVE SERV - SC, C | SC | 517.00 |
| SLJ254491 | FEDERAL PROTECTIVE SERV - SC, C | FEDERAL PROTECTIVE SERV - SC, C | SC | 517.00 |
| SLJ254491 | CIA | CIA OFFICE OF MEDICAL SERVICES | VA | 5,840.03 |
| SLJ254491 | CIA | CIA OFFICE OF MEDICAL SERVICES | VA | 3,337.16 |
| SLJ254491 | U.S. HUD - OIG - OI | U.S. HUD - OIG - OI | DC | 25,542.00 |
| SLJ254491 | U.S. HUD - OIG - OI | U.S. HUD - OIG - OI | DC | 7,722.00 |
| SLJ254491 | U.S. HUD - OIG - OI | U.S. HUD - OIG - OI | DC | 8,316.00 |
| SLJ254491 | U.S. HUD - OIG - OI | U.S. HUD - OIG - OI | DC | 52,272.00 |
| SLJ254491 | U.S. HUD - OIG - OI | U.S. HUD - OIG - OI | DC | 1,188.00 |
| SLJ254491 | U.S. HUD - OIG - OI | U.S. HUD - OIG - OI | DC | 15,444.00 |
| SLJ254491 | U.S. HUD - OIG - OI | U.S. HUD - OIG - OI | DC | 594.00 |
| SLJ254491 | U.S. HUD - OIG - OI | U.S. HUD - OIG - OI | DC | 11,880.00 |
| SLJ254491 | U.S. HUD - OIG - OI | U.S. HUD - OIG - OI | DC | 594.00 |
| SLJ254491 | U.S. HUD - OIG - OI | U.S. HUD - OIG - OI | DC | 1,188.00 |
| SLJ254491 | U.S. HUD - OIG - OI | U.S. HUD - OIG - OI | DC | 3,564.00 |

Schedule 5

## Second Chance Replacement Vest Data

| Bates | Cust Name | Ship to Name | Ship State | Extended Price |
|-------|-----------|--------------|------------|----------------|
| SLI254494 | VA MEDICAL CENTER - NC, A | VA MEDICAL CENTER WAREHOUSE | NC | 3,094.02 |
| SLI254494 | VA MEDICAL CENTER - NC, A | VA MEDICAL CENTER WAREHOUSE | NC | 515.67 |
| SLI254494 | VA MEDICAL CENTER - NC, A | VA MEDICAL CENTER WAREHOUSE | NC | 515.67 |
| SLI254494 | VA MEDICAL CENTER - NC, A | VA MEDICAL CENTER WAREHOUSE | NC | 1,547.01 |
| SLI254494 | VA MEDICAL CENTER - NC, A | VA MEDICAL CENTER WAREHOUSE | NC | 515.67 |
| SLI254495 | FEDERAL PROTECTIVE SERVICE-OH | FEDERAL PROTECTIVE SERVICE-OH | OH | 3,564.00 |
| SLI254495 | FEDERAL PROTECTIVE SERVICE-OH | FEDERAL PROTECTIVE SERVICE-OH | OH | 594.00 |
| SLI254495 | FEDERAL PROTECTIVE SERVICE-OH | FEDERAL PROTECTIVE SERVICE-OH | OH | 594.00 |
| SLI254495 | HAMADA, DR. OMAR L. | DR. OMAR L. HAMADA | TN | 592.47 |
| SLI254496 | LAKE MEAD NRA | LAKE MEAD NRA | NV | 515.67 |
| SLI254496 | CIA | CIA GATE 5 | VA | 1,184.94 |
| SLI254496 | CIA | CIA GATE 5 | VA | 592.47 |
| SLI254497 | RICHARDS, BRIAN | RICHARDS, BRIAN | NV | 592.47 |
| SLI254497 | FEDERAL PROTECTIVE SERVICE - FL | FEDERAL PROTECTIVE SERVICE - FL | FL | 515.67 |
| SLI254497 | GRAND CANYON NATIONAL PARK | GRAND CANYON NATIONAL PARK | AZ | 515.67 |
| SLI254498 | US FISH & WILDLIFE SER - FL, B | US FISH & WILDLIFE SER - FL, B | FL | 525.48 |
| SLI254498 | FEDERAL PROTECTIVE SERVICE - FL | FEDERAL PROTECTIVE SERVICE - FL | FL | 515.67 |
| SLI254498 | FEDERAL PROTECTIVE SERVICE - FL | FEDERAL PROTECTIVE SERVICE - FL | FL | 1,547.01 |
| SLI254498 | FEDERAL PROTECTIVE SERVICE - FL | FEDERAL PROTECTIVE SERVICE - FL | FL | 515.67 |
| SLI254498 | US FISH & WILDLIFE SERV - MI, A | US FISH & WILDLIFE SERV - MI, A | MI | 587.12 |
| SLI254498 | US HUD-OIG-OI | US HUD-OIG-OI | DC | 594.00 |
| SLI254498 | US HUD-OIG-OI | US HUD-OIG-OI | DC | 1,188.00 |
| SLI254498 | US HUD-OIG-OI | US HUD-OIG-OI | DC | 594.00 |
| SLI254498 | US HUD-OIG-OI | US HUD-OIG-OI | DC | 594.00 |
| SLI254499 | US HUD-OIG-OI | US HUD-OIG-OI | DC | 594.00 |
| SLI254499 | KATMI NATIONAL PARK | KATMI NATIONAL PARK | AK | 511.50 |
| SLI254499 | US FISH & WILDLIFE - NJ, E | US FISH & WILDLIFE - NJ, E | NJ | 592.47 |
| SLI254499 | US FISH & WILDLIFE - OK, B | US FISH & WILDLIFE - OK, B | OK | 592.47 |
| SLI254500 | BLM-MONTROSE, CO | BLM-MONTROSE, CO | CO | 515.67 |
| SLI254500 | CANYON LANDS NATIONAL PARK | CANYON LANDS NATIONAL PARK | UT | 592.47 |

Schedule 5

## Second Chance Replacement Vest Data

| Bates | Cust Name | Ship to Name | Ship State | Extended Price |
|---|---|---|---|---|
| SLI254500 | CANYON LANDS NATIONAL PARK | CANYON LANDS NATIONAL PARK | UT | 592.47 |
| SLI254500 | GREAT SMOKEY MTN NAT PK - NC, C | GREAT SMOKEY MTN NAT PK - NC, C | NC | 515.67 |
| SLI254501 | FEDERAL PROTECTIVE SERVICE - FL | FEDERAL PROTECTIVE SERVICE - FL | FL | 1,547.01 |
| SLI254501 | FEDERAL PROTECTIVE SERVICE - FL | FEDERAL PROTECTIVE SERVICE - FL | FL | 515.67 |
| SLI254501 | FEDERAL PROTECTIVE SERVICE - FL | FEDERAL PROTECTIVE SERVICE - FL | FL | 1,031.34 |
| SLI254501 | FEDERAL PROTECTIVE SERVICE - FL | FEDERAL PROTECTIVE SERVICE - FL | FL | 515.67 |
| SLI254501 | USCG FINANCE CENTER | USCGIS | VA | 515.67 |
| SLI254502 | U.S. HUD - OIG - OI | U.S. HUD - OIG - OI | MD | 1,188.00 |
| SLI254502 | U.S. HUD - OIG - OI | U.S. HUD - OIG - OI | MD | 594.00 |
| SLI254502 | U.S. HUD - OIG - OI | U.S. HUD - OIG - OI | MD | 594.00 |
| SLI254502 | CIA | CIA GATE 5 | VA | 592.47 |
| SLI254502 | CIA | CIA GATE 5 | VA | 592.47 |
| SLI254502 | CIA | CIA GATE 5 | VA | 3,554.82 |
| SLI254502 | CIA | CIA GATE 5 | VA | 592.47 |
| SLI254502 | USCG FINANCE CENTER | USCG STATION YAQUINA BAY | OR | 1,184.94 |
| SLI254502 | USCG FINANCE CENTER | USCG STATION YAQUINA BAY | OR | 515.67 |
| SLI254502 | USCG FINANCE CENTER | USCG STATION YAQUINA BAY | OR | 1,184.94 |
| SLI254502 | U.S. FISH & WILDLIFE SER. - NY, A | U.S. FISH & WILDLIFE SER. - NY, A | NY | 515.67 |
| SLI254502 | U.S. FISH & WILDLIFE SER. - NY, A | U.S. FISH & WILDLIFE SER. - NY, A | NY | 515.67 |
| SLI254506 | FEDERAL PROTECTIVE SERVICE-RI | FEDERAL PROTECTIVE SERVICE-RI | RI | 592.47 |
| SLI254509 | U.S. PROBATION OFFICE - NH, C | U.S. PROBATION OFFICE - NH, C | NH | 518.50 |
| SLI254509 | U.S. PROBATION OFFICE - NH, C | U.S. PROBATION OFFICE - NH, C | NH | 518.50 |
| SLI254510 | U.S. FISH & WILDLIFE SERV - CA, F | U.S. FISH & WILDLIFE SERV - CA, F | CA | 471.78 |
| SLI254510 | BUFFALO NATIONAL RIVER | BUFFALO NATIONAL RIVER | AR | 471.78 |
| SLI254510 | KAUAI NWR COMPLEX | KAUAI NWR COMPLEX | HI | 515.67 |
| | | | **Total** | 744,293.52 |

Page 17 of 17

to Sch 2

Schedule 6

## Calculation of Point Blank and PACA Replacement Vest Value[1]

**Point Blank Vest Exchange Program Data[1]**

| Department | Count | Voucher Value | Replacement Cost | Cost + Voucher Per Replacement Vest | Avg Price per Zylon Vest | Estimated Sales Value of Replacement Vests |
|---|---|---|---|---|---|---|
| DEPARTMENT OF VETERANS AFFAIRS | 1 | 0.00 | $118.38 | $118.38 | -447.82 [2] | $647.82 [2] |
| FBI | 1 | 0.00 | 126.82 | 126.82 | -447.82 [3] | -417.82 [3] |
| FEDERAL BUREAU OF PRISON | 1 | 0.00 | 148.65 | 148.65 | -447.82 [3] | -447.82 [3] |
| Headquarters U.S. Army Joint Munitions Command | 39 | 0.00 | 3,551.48 | 118.38 | -447.82 [2] | 13,534.60 [2] |
| NATIONAL PARK SERVICE/STONES RIVER NATIONAL BATTLEFIELD | 1 | 0.00 | 130.50 | 130.50 | -437.82 [2] | -447.82 [2] |
| U.S. Department of Homeland Security, Office of Insp. Genera | 1 | 0.00 | 156.64 | 156.64 | -437.82 [2] | -447.82 [2] |
| U.S. DEPT. OF DEFENSE POLICE | 1 | 0.00 | 130.50 | 130.50 | -447.82 [3] | -437.82 [3] |
| U.S. PARK SERVICE | 1 | 0.00 | 145.41 | 145.41 | -447.82 [3] | -447.82 [3] |
| U.S. Secret Service | 1 | 0.00 | 145.41 | 145.41 | -447.82 [3] | -347.82 [3] |
| UNITED STATES ARMY GARRISON ABERDEEN PROVING GROUND | 159 | 0.00 | 23,237.51 | 126.82 | -447.82 [3] | 89,116.18 [3] |
| United States Pretrial Services--Federal County | 12 | 0.00 | 1,744.96 | 145.41 | -447.82 [3] | 5,373.84 [3] |
| US Air Force | 1 | 0.00 | 145.41 | 145.41 | -447.82 [3] | 447.82 [3] |
| US Department of State, Diplomatic Security Service | 1 | 0.00 | 145.41 | 145.41 | -447.82 [3] | 437.82 [3] |
| US FOREST SERVICE | 1 | 71.61 | 97.17 | 168.78 | -437.82 [3] | -437.82 [3] |
| US NAVY | 1 | 0.00 | 126.82 | 126.82 | -447.82 [3] | 447.82 [3] |
| US PROBATION OFFICE | 104 | 0.00 | 14,847.97 | 142.77 | -447.82 [3] | 46,573.28 [3] |
| USDA FOREST SERVICE | 1 | 0.00 | 148.65 | 148.65 | 447.82 [3] | 447.82 [3] |
| USFS | 1 | 0.00 | 145.41 | 145.41 | -447.82 [3] | -447.82 [3] |
| **Total** | **329** | **71.61** | **47,703.14** | | | **160,767.18** |

Ratio of Point Blank Estimated Future Exchanges to Vest Exchange Program[3]                       66.6%

Estimated Value of Point Blank Vest Exchange:                                                    109,741.86 11 616.85

Ratio of PACA to Point Blank Sales[4]                                                                  109.5

**Total Estimated Value of Point Blank and PACA Vest Exchange**                            $220,021.88 + 341,361.41
                                                                                               01.83.72

**Notes**

[1] The file "replacement costs Copy of Zylon workbook1_PBIA and DHB xls" contains a spreadsheet titled "A+ Summary" which contains a summary of this dollar amount associated with the "Estimated Vest Exchange" program. This category includes three sub-categories: (a) Vest Exchange Program titled Vouchers); (b) Estimates of future exchanges per Poormau; and (c) "Opt-out" Customers. The detail for the Vest Exchange program amount corresponding to Point Blank ($1,648,564.88) is found in the spreadsheet titled "D-2 (detail)-All Chams" and the amount is computed by adding the sum of the columns labeled "Voucher Value" and "Replacement Cost" on this detailed spreadsheet. IBRG reviewed this detail spreadsheet and identified all entries that appear to correspond to US Government customers. The corresponding counts, voucher amounts and replacement cost amounts are listed above by customer. The file "replacement costs Copy of Zylon workbook1_PBIA and DHB xls" does not contain line item detail for PACA. Another file named "replacement costs Copy of Zylon WorkBook2_PACA1 xls" contains more detailed information for the PACA replacement vests, but does not contain information regarding the customer for each replacement product. The file "replacement costs Copy of Zylon workbook1_PBIA and DHB xls" also contains detail regarding the "opt-out" amounts at a tab labeled "G- PBIA Opt Out schedule." This detail shows that the US Government did not participate in the opt-out program.

[2] The price for Point Blank vests is computed using the data at FTE09-0691 (PointBlank analysis by Cervellí RFQ in Label Nov 8-84). This file reports GSA purchases of 28,890 vests (for a total price of $12,803,220 (which is also the sales amount at page 7 of the April 30, 2012 Anastasi Report or the Toyobo Matter). The foregoing yields an average price of $447.82. This estimate likely overstates the replacement values received because the available data suggests that the price of replacement vests was lower than the price of Zylon vests. Specifically, the above data, using cost figures reported by Point Blank, implies a gross profit margin of 71% (i.e., based on a cost of $161,267.36) when the DHB Industries 10-K filing for fiscal year 2006 (contemporaneous with the replacement program) reports a gross profit margin of 23% (reflected in a gross profit of $57,931 divided by sales of $254,105 as reported at page F-4 of DHB's 2006 10-K filing).

[3] Per the file "replacement costs Copy of Zylon workbook1_PBIA and DHB xls" at the spreadsheet titled "A+ Summary," the estimated future Point Blank amount is $92,027.42 while the actual vest exchange amount is $1,648,564.88.

[4] Using Zylon sales data reported at page 7 of the April 30, 2012 Anastasi Report in the Toyobo Matter: $12,803,220 for Point Blank, and $3,834,741 for PACA.

## Documents Considered

**Legal Documents**
- Aramark/Galls Settlement Agreement
- Armor Holdings Products, LLC Settlement Agreement, dated October 5, 2008
- Bachner Settlement Agreement, dated February 16, 2018
- Barrday Settlement Agreement, dated January 15, 2009
- First Choice and Dovner Corporation Settlement Agreement, dated October 18, 2012
- Gator Hawk Armor, Inc. Settlement Agreement, dated December 3, 2007
- Hexcel Settlement Agreement, dated October 29, 2007
- Itochu Settlement Agreement, dated December 7, 2009
- Lincoln Settlement Agreement, dated February 12, 2010
- McCrancy Settlement Agreement, dated April 11, 2012
- Point Blank and PACA Settlement Agreement, dated October 27, 2011
- Protective Products International, Inc. Settlement Agreement, dated March 31, 2008
- Stipulation and Order for Judgment of Dismissal of Pro Se Defendant Thomas Edgar Bachner, Jr. Pursuant to Fed.r.civ.proc.41(a)(1)(A)(I)(II) and 54(B), dated February 20, 2018
- Teijin Settlement Agreement, dated January 21, 2011
- The United States' Third Status Report Regarding Final Distribution From SCBA Liquidation, Inc. (Formerly Second Chance Body Armor, Inc.) In Payment of The United States' Claim, dated February 6, 2014
- Toyobo Settlement Agreement, dated March 15, 2018

**Expert Reports**
- Expert Report and Exhibits of Joseph Anastasi in re: United States of America v Honeywell International Inc., dated November 2, 2015
- Rebuttal Report and Exhibits of Joseph Anastasi in re: United States of America v Honeywell International Inc., dated September 27, 2016
- Supplemental Report and Exhibits of Joseph Anastasi in re: United States of America v Honeywell International Inc., dated November 28, 2017
- Supplemental Report and Exhibits of Joseph Anastasi in re: United States of America, ex rel., Aaron J. Westrick Ph.D. v. Second Chance Body Armor, Inc., et al., dated December 22, 2017
- Expert Report and Exhibits of Joseph Anastasi in re: United States of America, v. Toyobo Co., Ltd. and Toyobo America, Inc., dated April 20, 2012
- Expert Report and Exhibits of Joseph Anastasi in re: United States of America, ex rel., Aaron J. Westrick Ph.D. v. Second Chance Body Armor, Inc., et al.

**Depositions and Declarations**
- Deposition and Exhibits of Linda Hammond-Deckard, dated June 14, 2011
- Declaration of John H. Johnson, IV, Ph.D., dated February 15, 2019

**Bates Numbered and Data Documents**
- AZE00243265-348
- GHK005-0006-0011
- PPI004-0051
- All Government Sales with Detail (Update - 2008-07-29).xlsm
- BVP_VEST_PAYMENT_INFO_10142016.xlsx
- Davis Settlement check and shipping label.pdf
- FC Fed Gov't Sales Invoice Matching LK - Updated.xlsm
- FEDERAL GSA SALES - TOTAL.xls
- PointBlank analysis by Carvallo REQ to Labat Nov 8.xls
- PPI- Total ZYlon Sales all years LK MATCHED.xlsx
- replacement costs Copy of Zylon workbook1_PBBA and DHB.xls
- replacement costs Copy of Zylon Workbook2_PACA1.xls
- VRPScheduleUpdated6-26.xls

**Third Party Documents**
- DHB Industries, Inc. 2006 10-K



# EXHIBIT 5

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) CV No. 08-961 PLF |
| | ) |
| Plaintiff, | ) Judge Paul L. Friedman |
| | ) Mag. Judge Deborah A. Robinson |
| v. | ) |
| | ) |
| HONEYWELL INTERNATIONAL INC., | ) **RELATED CASES**: |
| | ) |
| Defendant. | ) U.S. ex rel. Westrick v. Second Chance Body |
| | ) Armor, Inc., et al.  (D.D.C. No. 04-0280 PLF); |
| | ) U.S. v. Toyobo Co. Ltd., et al. (D.D.C. No. 07- |
| | ) 1144 PLF) |
| | ) |

## EXPERT REBUTTAL REPORT OF ROBERT BOURNE
## TO THE HONEYWELL EXPERT REPORT OF STEVE CHARLES

DX 1244

No. 1:08-cv-961
(D.D.C.)

My name is Robert (Robin) Bourne and I am employed by the U.S. General Services Administration (GSA) in the position of Director, Schedules Program Division, Office of Acquisition Management, Federal Acquisition Service. My primary responsibility in this position is oversight of policy development and implementation for GSA's Multiple Award Schedules (MAS) program.

I have over thirty years of experience in Government contracting, and over 29 years of experience in MAS contracting. This includes nearly twenty years as a warranted Contracting Officer, ten years as a supervisor and manager in the GSA IT Acquisition Center (GSA's largest Schedule contracting program), and the past ten years in my current position. I received a B.A. from Colby College in 1976, a J.D. from George Mason University School of Law in 1981, and am a member of the D.C. Bar. A copy of my *curriculum vitae* is attached to this report as Exhibit A. My opinions set forth in this report are based on my experience in Government contracting, my education and the materials that I reviewed in preparing this report. In the past four years, I have testified in one case before Civilian Board of Contract Appeals (Jane Mobley Associates, Inc. v GSA, CBCA No. 2878 (9/3/15) and been deposed in a separate matter (Avkare v. Department of Veterans Administration, CBCA No. 4733 (1/7/16). In both matters, my involvement was as an expert witness relative to the Federal Supply Schedules program. Likewise, I have no publications in the last ten years.

As stated above, I am a Federal Government employee and I am not being otherwise compensated to make this statement. I have reviewed the statements of Mr. Steve Charles and Declarations of Ms. Kellie Stoker (dated 3/14/2012, 6/20/2013 and 2/19/2016), as well as various contract documents, clauses, and regulations (FAR, GSAR) relative to the matter at hand.

The MAS program (Federal Acquisition Regulation (FAR) Subpart 38.1 Federal Supply Schedule Program), pursuant to 41 U.S.C. 152(3), provides authorized ordering activities with access to millions of commercial supplies and services via Indefinite Delivery, Indefinite Quantity (IDIQ) contracts with a base period of five years and three five-year options. Contracts are awarded by GSA after the evaluation and negotiation of offers submitted by companies in response to one of approximately thirty standing (continuously open) solicitations for a wide variety of commercial supplies and services. Contracts are only awarded when a GSA Contracting Officer has determined that a company is responsive, responsible, and financially responsible; that past performance is acceptable based on a review of any past performance information available; that terms and conditions are acceptable; and that the prices for the awarded supplies and services are fair and reasonable (Federal Acquisition Regulations (FAR) Subparts 1.102-4(a) and 1.6).

A fundamental premise of the MAS program is that the commercial marketplace can be relied upon to establish the suitability of the supplies and services offered as well as provide a basis upon which to conduct price analysis and make a price reasonableness determination. Unless in conflict with federal law or specific requirements of the MAS solicitations, MAS contracts often include many of the contractor's commercial terms and conditions for the items offered/awarded, including the commercial warranties.

I have read the report of Steve Charles, as well as the Declarations provided by Kellie Stoker. I would note that Mr. Charles appears to talk about the "normal" process of negotiating and maintaining a MAS contract. His statements appear to ignore the specific factual circumstances at issue in this case, which in my opinion are not "normal."

While the commercial marketplace ultimately determines the suitability of supplies and services, there is an expectation placed upon the provider of such items to provide timely notice of known concerns relating to the suitability of the items offered – especially where such concerns relate to safety. This is why responsible companies recall items with known defects, and the entire supply chain is impacted in supporting the effort to remove such items from the marketplace.

Mr. Charles takes issue with Ms. Stoker's suggestion that GSA would have taken certain actions had information been provided regarding the degradation of the material critical to the ability of the products in question to function as "advertised." I strongly disagree.

A GSA Contracting Officer operates, in this respect, as any other purchaser of commercial supplies and services – including you and I. After award, contract administration responsibilities (FAR 42.201) require the Contracting Officer to monitor and manage contractor performance. An item offered and sold in the commercial market is expected to be able to be used safely for the purpose associated with its' sale. Any purchaser, including the GSA Contracting Officer, would expect to be made aware of known concerns regarding a particular product – especially if such concerns relate directly to safety. Mr. Charles appears to assume a scenario where no concerns are evident, and thus there is no reason to take action. He ignores the fact that GSA did take action when made aware of the products' performance degradation and its' direct relation to safety.

Mr. Charles' statement, in concentrating on the "normal" environment related to GSA Schedule contracting, does not address actions which may be taken by GSA Contracting Officers in the post-award contract administration environment to address specific issues or concerns. GSA has an entire organization in place to support the Contracting Officers in ensuring MAS contractors comply with contract terms and

- 3 -

conditions. Every MAS contract contains a Cancellation Clause (GSAM 552.238-73 Cancellation), providing each party with the unilateral right to cancel the contract upon 30 days' notice. I personally, as a Contracting Officer and Supervisor, have been involved in addressing specific performance issues on behalf of a MAS customer agency. When made aware of concerns which should be addressed at the contract level, there is an expectation that a GSA Contracting Officer will take action appropriate to protect the interests of the Government.

As outlined in her declaration(s), Ms. Stoker (acting in her capacity as the Contracting Officer), took action to address concerns upon becoming aware of concerns relative to the ability of the product to provide the protection advertised. Taking no action might have put lives at risk. The Contracting Officer has broad discretion to act in the best interests of the Government to address contractor performance issues, ranging from requiring corrective action by the contractor to contract cancellation or termination.

Given the circumstances of this case, in my opinion Ms. Stoker took reasonable and effective actions within her authority upon being made aware of the circumstances.

Dated: September 26, 2016

Robert Bourne

Robert Bourne

# EXHIBIT A

## *Curriculum Vitae*

## Robert Bourne

Mr. Bourne is the Director of the MAS Program Division in the Federal Acquisition Service's (FAS) Office of Acquisition Management. In this capacity, he is responsible for ensuring strategic alignment across the program, developing and implementing MAS acquisition policy and guidance, fostering consistency in the acquisition processes through a continuous process improvement methodology, and defining system requirements for key shared applications.

Mr. Bourne previously served as the Deputy Center Director of the IT Acquisition Center in the General Service Administration's Federal Supply Service from April of 2000 until October of 2005, and as a Program Manager in the GWAC National Program Office from October of 2005 until January of 2007. Mr. Bourne has over twenty years of experience in the Multiple Award Schedules area, including some time as a consultant. He was a warranted Contracting Officer with GSA for nearly twenty years.

Mr. Bourne attended Colby College in Waterville, Maine and George Mason University School of Law in Arlington, Virginia, and is a member of the District of Columbia Bar.


Robert D. Bourne, Jr. (Robin)
18th & F Streets, NW
Washington, DC 20405
Phone – 703-605-2760

Email – robert.bourne@gsa.gov

# EXHIBIT 6

Expert Witness Report

Produced at the Request of:

United States Department of Justice


United States of America v. Honeywell International Inc.

U.S. v. Honeywell Int'l, 1:08-cv-961 (D.D.C.)


C.M. Roland

*November 2, 2015*

CONTENTS

EXECUTIVE SUMMARY                                                      page 3

QUALIFICATIONS OF EXPERT                                               page 5

EXPERT OPINIONS AND SUPPORT                                           page 7

    Part 1. ACCELERATED AGING TESTS                                   page 7

        1A. General Considerations

        1B. Accelerated Aging Test Methodology

        1C. Criteria and Purpose of Accelerated Aging Tests

        1D. Scientific Literature on Accelerated Aging Tests of Polymers

        1E. Illustrative Example

    PART 2. ACCELERATED AGING TESTS ON BALLISTIC MATERIALS            page 17

        2A. Application of accelerated aging tests to ballistic materials

        2B. Accelerated aging tests on PBO-based materials

        2C. Honeywell Technical Report *Interpreting Accelerated Aging Test Results*

    PART 3. ACCELERATED AGING TESTS BY HONEYWELL ON BALLISTIC MATERIALS   page 30

    PART 4. INSPECTION OF HONEYWELL MATERIALS                         page 38

    PART 5. ALTERNATIVES TO ACCELERATED AGING TESTS                   page 40

CONCLUSIONS                                                            page 41

REFERENCES                                                            page 43

APPENDIX A. Photographs of Shot Panels                                page 47

APPENDIX B. Photographs of Panel Imperfections                        page 60

# EXECUTIVE SUMMARY

My name is C. Michael Roland; I am a Senior Scientist for Soft Matter Physics at the Naval Research Laboratory (NRL) in Washington DC. I have been retained as an expert by the United States Department of Justice for my opinions on the suitability of laboratory tests to assess the aging and durability of body armor and body armor materials, both in general and with respect to PBO-based materials such as Zylon and Z Shield. My assignment extends to a review of the use made by manufacturers of body armor materials, including Honeywell, of accelerated aging tests and other methods to predict material lifetimes and to assess degradation of products during service.

Accelerated aging tests are used to evaluate the potential for failure by exposing a product or material to controlled conditions that accelerate or magnify the deterioration. Typically acceleration of the aging is accomplished by subjecting the material to elevated temperatures. Accelerated aging tests can also utilize other environmental factors, for example water/humidity in the case of a hydrolysis reaction (defined below).

Body armor utilizing poly($p$-phenylene-2,6-benzobisoxazole) (PBO) fibers undergoes a loss of ballistic resistance (e.g., lower V-50[1]) when exposed to heat and humidity. Accelerated aging tests by Honeywell beginning in 2001 confirmed earlier indications that PBO materials in its Z Shield product had longevity problems. These problems were caused by the susceptibility of the Z Shield material to enhanced degradation on exposure to hot, humid air. The degradation occurred at a significantly faster rate than for other ballistic materials such as Kevlar. Honeywell ignored both their own accelerated aging test results and those from other labs. The rationale of Honeywell scientists for continuing to sell Z Shield for body armor was that the test data were unreliable (that V-50 results for tested materials bore no correlation to ballistic vest performance) or irrelevant (that test conditions did not reflect actual "real world" use conditions). However, Honeywell did not design other, more appropriate tests. The Z Shield materials should have been subjected to screening tests, which would have revealed that the product was unsafe for its intended application for ballistic protection. Note that Honeywell used

---

[1] "V-50" is the velocity for which there is a 50% probability that a projectile will completely penetrate a target.

the results of accelerated aging tests to reject other candidate materials (e.g., Mega Flex, Zebra Flex, and a Russian aramid) for ballistic applications. In the case of the Russian aramid, Honeywell did so even though the material showed less degradation than Zylon when tested under identical conditions.

**QUALIFICATIONS OF EXPERT**

I have a PhD in Chemistry and have worked in the field of polymers since 1980. Prior to my promotion this year to Senior Scientist (ST) for Soft Matter Physics, I was Head of the Polymer Physics Section at NRL since 1989. For the past ten years I have worked on developing materials for ballistic and blast protection. I am the inventor on 2 U.S. patents:

- "Multi-Ply Heterogeneous Armor with Viscoelastic Layers and Cylindrical Armor Elements", **U.S. #8,789,454** (2014).
- "Multi-Ply Heterogeneous Armor with Viscoelastic Layers and a Corrugated Front Surface", **U.S. #8,746,122** (2014).

and 7 pending patent applications:

- "Polymer Coatings with Embedded Hollow Spheres for Armor for Blast and Ballistic Mitigation", **U.S. Patent Application 14/751,596**, filed June 2015.
- "Elastomeric Bilayer Armor Incorporating Surface-Hardened Substrates", **U.S. Patent Application No. 14/552,888**, filed November 2014.
- "Polymer Coatings for Enhanced and Field-Repairable Transparent Armor", **U.S. Patent Application No. 14/320,846**, filed July 2014.
- "Method for Forming Cylindrical Armor Elements", **U.S. Patent Application No. 14/446,310**, filed July 2014.
- "Multi-Ply Heterogeneous Armor with Viscoelastic Layers and Hemispherical, Conical, and Angled Laminate Strikeface Projections", **U.S. Patent Application No. 14/207,339**, filed March 2014.
- "Ceramic Ball Body Armor", **U.S. Patent Application No. 13/506,376**, filed March 2012.
- "Multi-Ply Heterogeneous Armor", **U.S. Patent Application No. 13/085,130**, filed May 2011.

concerned with armor, including soft body armor. I have authored a book chapter and 4 peer-reviewed articles on armor and ballistic materials:

- "Impact-Resistant Elastomeric Coatings", C.M. Roland and C.B. Giller in **Elastomeric Polymers with High Rate Sensitivity**, Elsevier (2015).
- "Substrate Interaction in Elastomer-Steel Bilayer Armor", C.B. Giller, R.M. Gamache, K.J. Wahl, A.P. Saab, C.M. Roland, **J. Composite Materials**, *in press* (2015).
- "Factors Influencing the Ballistic Impact Resistance of Elastomer-Coated Metal Substrates", C.M. Roland, D. Fragiadakis, R.M. Gamache, and R. Casalini, **Philosophical Magazine** 93, 468 (2013).
- "Elastomer-Steel Laminate Armor", C.M. Roland, D. Fragiadakis, and R.M. Gamache, **Composite Structures** 92 1059 (2010).
- "Impact Induced Glass Transition in Elastomeric Coatings", R. Bogoslovov, C.M. Roland, and R.M. Gamache, **Applied Physics Letters** 90 221910 (2007).

and an NRL Formal Report describing proper methods for conducting ballistic tests:

"Measuring the Blast and Ballistic Performance of Armor", C.M. Roland and R.M. Gamache, Naval Research Laboratory, **NRL/FR/6126-15-10,284** (2015).

I have worked extensively on the aging and durability of polymers, including laboratory tests to predict product lifetimes. Some of this work is described in 5 peer-reviewed publications:

- "Influence of Liquid Media on Lifetime Predictions of Elastomers", G.S. Buckley and C.M. Roland, **J. Applied Polymer Science** 131, 40296 (2014).
- "The Vagaries of Elastomer Service Life Predictions", C.M. Roland, **Rubber, Plastics, and Composites** 38, 349 (2009).
- "Aging of Natural Rubber in Air and Seawater", P.H. Mott and C.M. Roland, **Rubber Chemistry & Technology** 74, 79 (2001).
- "The Fatigue Life of Hevea and Guayule Rubbers", P.G. Santangelo and C.M. Roland, **Rubber Chemistry & Technology** 74, 69 (2001).
- "Anomalous Fatigue Behavior in Polyisoprene" C.M. Roland and J.W. Sobieski, **Rubber Chemistry & Technology** 62, 683 (1989).

as well as presentations given at professional society meetings and workshops.

*In toto* I have authored approximately 390 peer-reviewed papers, 24 book chapters, the book "Viscoelastic Behavior of Rubbery Materials" (Oxford Univ. Press, 2011), and hold 16 U.S. patents. My publications have been cited 11,000 times and my Hirsch (H-) index[2] is 53. I have given 142 lectures at conferences, workshops, and to industry. For 9 years I was the technical editor of *Rubber Chemistry & Technology*, published by the American Chemical Society (ACS).

I have received various awards, including the 2012 Charles Goodyear Medal from the Rubber Division of the ACS, and the 2002 Sigma Xi Pure Science Award. I am a Fellow of the American Physical Society and the Institute of Materials, Minerals, and Mining of the United Kingdom.

I have not provided trial or deposition testimony in the last four years. I am being compensated at a rate of $400 per hour plus expenses for my efforts in this matter

---

[2] The Hirsch index is the dominant metric of the impact of a scientist or scholar on his field, defined as the number of publications that have been cited at least H times [J.E. Hirsch (2005), *Proceedings of the National Academy of Sciences.* 46, 16569.].

**EXPERT OPINIONS AND SUPPORT**

**PART 1. ACCELERATED AGING TESTS**

1A. General Considerations

The mechanical failure of a polymeric material such as PBO, manifested as tears, punctures, cracking, deterioration of properties, or internal damage not readily discernible but affecting performance, can be due to inherent mechanical limitations (e.g., external stresses exceeding the material's intrinsic strength), or it can have a chemical origin (i.e., chemical reaction reducing the strength or durability of the polymer). Examples of chemical reactions that cause deterioration include:

(i) Reaction with oxygen (oxidation), which usually involves oxygen from the air combining with the substance to produce an "oxidized" material (an example is steel reacting with oxygen to form rust).

(ii) Reaction with water (hydrolysis), whereby the substance reacts with water (including humidity in the air) to form a new chemical compound.

(iii) Thermal degradation (chemical reaction accelerated by heat), whereby elevated temperature causes a change in the material (for example, heat-induced irreversible loss of strength) or an increase in the rate of change of a property, such as strength.

When a product or material fails to perform according to expectations, a range of tests are available to determine the origin of the problem:

i. Product testing. The most obvious approach to evaluate the potential for product or material failure is to test the material under controlled conditions that mimic the intended end-use. If a potential failure mechanism is chemical, it is well-accepted in the scientific literature that such testing can be accelerated or the effects magnified, in order to facilitate observation and analysis of the chemical deterioration. The direct method of carrying out accelerated aging tests is to increase the rate of chemical reaction by increasing the test temperature. Higher temperature is useful whether the problem is thermal degradation *per se* or reaction with oxygen, water, etc. The testing can also be accelerated by increasing the amount or severity of other environmental

factors (e.g., additional oxygen for an oxidation reaction or extra water/humidity for a hydrolysis reaction).

ii.  <u>Component testing</u>. The next level of testing to determine the cause of potential field failures is to make measurements on a crucial component of the product (e.g., the material from which a bullet-proof vest is constructed). These measurements can evaluate directly the property of interest (e.g., tensile strength or ballistic resistance) or a more basic characteristic that is related to the property of interest (for example, the molecular weight of the polymer fiber used in a ballistic garment). For armor, equations have been proposed that relate ballistic performance to engineering properties of the material, such as its strength and modulus [Cunniff, 1999; Cunniff et al. 2002]. The scale of this component testing can be large (for example, in the case of protective clothing, a piece of the material comprising the garment) or small (e.g., if feasible, individual fibers that would be incorporated into the garment).

iii.  <u>Constituent materials testing</u>. Finally, on the most fundamental level, experiments can be carried out on the substance from which the product or material is made, to reveal the chemical reactions responsible for macroscopic property changes. Such testing is beyond the scope of the present report.

Accelerated aging tests are used for many types of materials, with the objective of the tests the same, independent of the material. This objective was stated in a publication coauthored by Honeywell scientists, describing accelerated aging of polymer coatings on metal [Bierwagen et al., 2003]:

> *"The goal of accelerated testing for coatings corrosion protective lifetimes is twofold:  first, to screen and test newly developed coatings systems and second, to qualify new coatings for field use."*

These two objectives, screening of candidate materials and assessment of suitability for field use, are common to accelerated aging tests.

1B. Accelerated Aging Test Methodology

A necessary aspect of evaluating the suitability of a material or potential product for an application is to determine the expected durability or service lifetime. There are various methods to characterize longevity by inducing aging in laboratory testing. For potential issues with chemical deterioration, the most common approach is to make measurements on laboratory aged samples, and then analyze the data by carrying out an Arrhenius analysis. This type of accelerated aging test is used to predict the service life of a component when the lifetime is governed by thermally activated, chemical deterioration.

In a typical aging test, the degradation process is accelerated by carrying out the aging at elevated temperature, although additional factors (e.g., oxygen or a humid environment) can be introduced. The objective is to predict the property deterioration expected for long-time, lower-temperature exposure from extrapolation of short-time, high-temperature degradation during lab testing. In this manner, over a feasible time scale (e.g., a few weeks), deterioration can be induced and quantified, in order to predict service lifetimes. The underlying science is well understood: it is "first principles" chemistry that higher temperatures yield faster reactions [*Masterson and Hurley, 2008*].[3] The idea is quantified by the Arrhenius equation, named for the Swedish chemist who in 1889 provided physical justification for the equation. The method is widely used to model the temperature-variation of processes and reactions. In particular, quantitative estimates of service lifetimes can be obtained from accelerated aging experiments through use of the Arrhenius relation.

Accelerated aging tests, including Arrhenius analyses, are generally just the first step in evaluating the long-term suitability of a product or material. Such methods do not necessarily provide an exact prediction of product lifetime. These methods are useful, however, as a screening tool because, if the predicted lifetime from the analysis is too short for the intended

---

[3] The reacting molecules must encounter one another with sufficient energy to form a new chemical species; that is, enough energy to surmount any barrier to reaction. As temperature is raised, molecules have more energy and move faster; the latter means molecules encounter one another more frequently, and the former increases the probability that such encounters lead to formation of a new compound. In the case of hydrolysis of PBO, for example, the energy barrier could arise from the transition state between the benzoxazole moiety (depicted in Figure 1 below) and amidophenol ($NH_2$-$C_6H_4$-OH).

application[4], the product or material must be modified or abandoned for that particular application. If the predicted service life is acceptable (based on knowledge of the application and customer expectations), other tests may still be necessary to have assurance of the suitability of the product or material. That is, a margin of error (engineering safety factor) is designed into the product, in consideration of the vagaries of service conditions and recognition that laboratory testing may not account with perfect accuracy for field conditions. This further aging testing is used to examine other potential factors (e.g., humidity, light) possibly contributing to deterioration and failure.

Laboratory aging data are obtained by measuring a property of the material after exposure for various time periods to different temperatures. The measured data are analyzed using the Arrhenius equation

$$r(T_1) = r(T_2)\exp\left[-E_a / R\left(T_1^{-1} - T_2^{-1}\right)\right] \qquad (1)$$

in order to determine the activation energy, $E_a$. (As seen from eq. 1, the activation energy is a measure of the sensitivity of the reaction to temperature.) In this equation, $r(T_1)$ represents the rate of aging at the temperature $T_1$, and $r(T_2)$ is the aging rate at temperature $T_2$. $R$ is a number known as the gas constant (= 8.31 Joules per degree per mole). When applying the Arrhenius equation, the logarithm of the rate is plotted versus the reciprocal of temperature; this causes the data to fall on a straight line. Fitting a straight line to the data (i.e., linear regression) yields the slope and thus the activation energy. From this $E_a$, the material lifetime can be predicted for other temperatures. The activation energy depends mainly on the polymer and not on the compound formulation; that is, the other ingredients in the recipe can affect the rate of deterioration and hence the service lifetime, but the activation energy depends primarily on the polymer itself [*Mott and Roland, 2001; Buckley and Roland, 2014*]. This can simplify predictive

---

[4] "Too short" defined as commensurate with or less than the product's expected service life. The former requirement arises from the need to have a margin of safety; i.e., confidence in the product's durability, notwithstanding that laboratory testing is not perfect, and environmental and other factors (e.g., wear) unaccounted for in the testing may affect the product during end-usage.

aging tests, because often an activation energy for the polymer can be taken from the literature and applied, even when only limited data were obtained on the material (compound) of interest.

When a degradation process involves multiple mechanisms, an analysis using the Arrhenius equation is still of value. For example, if two degradation processes proceed independently (for example, reaction with oxygen and reaction with water), the obtained $E_a$ is an average activation energy for the effect of both processes on the observed rate of the reaction. That is, multiple reactions making additive contributions to the observed deterioration are generally amenable to an Arrhenius analysis.

If there are additional factors that affect the service life of a product that are not addressed by the testing (for example, wear and tear of garments may be distinct from chemical deterioration of the garment material), the aging analysis is still valid, but the predicted durability may be an overestimate; that is, environmental factors unaccounted for in testing may further reduce the service life. An example of this is oxidative degradation of a polymer during exposure to moisture [*Mott and Roland, 2001*].

1C. <u>Criteria and Purpose of Accelerated Aging Tests</u>

There are two circumstances that accentuate the need for predictive aging tests: (i) when a material's susceptibility to chemical degradation is known or suspected, and (ii) when the consequences of product failure are unacceptably high (e.g., involve serious personal injury or significant financial loss). These two circumstances are discussed below:

(i) Common practice and common sense both dictate that aging tests be employed whenever it is known that the material undergoes a chemical reaction that could serve as a mechanism for product failure [*Ezrin, 1996; Halasa et al., 1994*]. Thus, if the end-product is composed of a substance known (e.g., from the scientific literature) to undergo a particular chemical reaction, and if that reaction could potentially affect a crucial aspect of the end-product's performance, it would be unusual not to carry out laboratory tests to determine to what extent this chemical reaction occurs under conditions the product or material would experience when in service. In PBO a potential chemical reaction involves the benzoxazole moiety in the polymer backbone (**Figure 1**).

Figure 1. *p*-phenylene-2,6-benzobisoxazole repeat unit of PBO polymer molecule

This chemical group reacts with water (hydrolysis) [*Bray, et al. 1951; Jackson, et al., 1972*]:



Figure 2. Cleavage reaction of benzoxazole chemical group that
causes scission of the PBO polymer chains.

The cleavage reaction (**Figure 2** above) severs the polymer chain, reducing the polymer's molecular weight (average chain length). The strength of polymers decreases with reduction in molecular weight [*Flory, 1953; Kausch, 1978*]. Since ballistic penetration resistance depends on the strength of the material [*Phoenix and Porwal, 2003*], PBO-based ballistic garments exposed to moisture will suffer deterioration (at some rate) in their ballistic performance (i.e., their V-50). This exemplifies a chemical weakness of PBO that underscores the need for accelerated aging tests of PBO-based materials.

(ii) The second condition that makes accelerated aging tests necessary is when the consequences of product failure are significant, for example with respect to personal injury or financial loss.

Accelerated aging tests quantify the deterioration and property loss of a product or material when subjected to conditions similar to, but more severe (and thus accelerated) than those during service. Although such testing cannot evaluate every environmental factor, common practice is to test for those factors that can cause degradation of the material; that is, testing addresses known potential weakness (e.g., to heat or humidity). There are two purposes for accelerated aging tests: screening of candidate materials and lifetime predictions. Accelerated

aging tests can be used to screen different materials to either (1) determine which are least susceptible to deterioration during service, in order to select the best of available alternatives; or (2) if some performance level has been established, accelerated aging tests can be used to determine whether a given material can reasonably be expected to meet that specification. Thus, screening tests can aid in development of more durable products and the elimination of unacceptable materials. Used for screening purposes, aging tests can reveal potential end-use problems. However, the intent is not to quantify the product's expected lifetime. In a screening test, the data can often be evaluated directly, with no need to apply a mathematical analysis, such as the Arrhenius method (equation 1 above).

The second use of accelerated aging tests is for estimation of the lifetime of a product or material. In this case, the testing is designed specifically to allow results to be analyzed to yield extrapolations of short term aging behavior to long term performance. The accuracy of the lifetime prediction may depend on the extent to which all external factors are accounted for; that is, an accelerated aging lifetime prediction usually represents the lifetime expected for the product or material in the absence of additional degradation mechanisms (arising, for example, from environmental factors not accounted for in the lab tests). This use of accelerated aging tests for lifetime estimations is more demanding than for screening purposes, since the analysis (e.g., Arrhenius method) and its underlying assumptions must apply.

In either screening or lifetime predictions, if material degradation is observed, the degradation mechanism should be identified. This is necessary so that a determination can be made of whether the mechanism is relevant to field conditions. If it is, the product or material must be modified to overcome the deficiency. If the degradation observed during laboratory aging is relevant to real-world performance, and the product or material cannot be modified to achieve acceptable performance, generally it should not be made available for sale. DSM adopted this course of action in 2001: When its laboratory aging tests indicated Z Shield was susceptible to strength loss, the company discontinued manufacturing the product. Although accelerated aging tests for screening purposes do not provide an exact lifetime determination, they can serve notice to the producer of the need for further testing (such as lifetime predictive tests employing an Arrhenius analysis or tests to determine relevant field conditions), to ensure that the product

or material will not fail unexpectedly or prematurely. Thus, screening tests are important in the product development cycle, but may not be sufficient for a determination of whether a product or material should be brought to market.

1D. Scientific Literature on Accelerated Aging Tests of Polymers

Accelerated aging studies have been used for many decades to predict the in-service longevity of polymeric materials and products. A review of degradation literature published in 1962 listed Arrhenius determinations for many polymers [*Wall and Flynn, 1962*]. An accelerated aging study in 1959 based on the Arrhenius equation was shown to give good agreement[5] with field results for 5 different polymers aged over 8 years [*Brown, 1996*]. Data from an Arrhenius analysis spanning ten years of laboratory aging were in accord with field samples of the same polymer that were 96 years old [*Malek and Stevenson, 1992*]. Accelerated aging tests are used by industry to compare longevities of polymers, in order to make the best selection for a particular application [*Hashimoto and Todani, 1988*]. This means industry has sufficient confidence in aging tests to use them as a basis for deciding which materials will be brought to market. A review authored by industrial scientists described various studies correlating short-term aging tests with long-term product service lifetimes, including one in 1955 that demonstrated good correlation between accelerated heat aging and field service of a polymer over a 22 year period, and seven other studies of accelerated aging tests on polymers carried out between 1954 and 1988 [as reviewed by *Kuczkowski and Miller, 1989*]. This review from industrial scientists concluded [*Kuczkowski and Miller, 1989*]:

> *"The importance of long-term prolonged endurance testing and the quality of the results obtained, therefore cannot be denied. ... an Arrhenius treatment of the data can be used to predict polymer life-time at lower temperature"*

An application that has similarities to ballistic garments (both utilize polymers and have common requirements, such as strength, durability, and the need to retain these properties

---

[5] Good agreement in the context of accelerated aging tests means that the service lifetime predicted from the tests is consistent with the end-use behavior: Materials that age better in laboratory tests are expected to exhibit better durability in the field. Materials predicted to fail prematurely (as defined by the particular application) do indeed fail prematurely during actual usage.

when exposed to environmental factors) is nuclear energy production facilities. In both applications the polymers must function reliably over time, making their aging behavior critically important, given the potential for loss of properties over time due to environmental factors. Arrhenius analyses of accelerated aging data have been carried out on various polymers used for these applications, including nitrile polymer [*Celina et al., 1998*], polychloroprene polymer [*Celina et al. 2000*], EPDM polymer [*Gillen et al., 1997*], polyurethane polymer [*Celina et al. 2000*], and butyl polymers [*Gillen et al., 2003*]. The materials were subjected to elevated temperatures, and in some cases elevated humidity, after which properties were measured and Arrhenius analyses conducted. These accelerated aging tests served their purpose in providing predictions about material and product lifetimes, information that is critical for such applications.

Honeywell has used accelerated aging tests on polymers to assess the expected durability for their products. For example, Honeywell relied on accelerated heat aging tests as the basis for claiming that Spectra Shield and fabric made from their Spectra fibers did not lose ballistic properties after exposure to high temperatures [*Honeywell Technical Bulletin, HW0025559*]. These aging tests involved exposing the material to temperatures as high as 260°F (well beyond anticipated use temperatures) for various time periods, followed by measurement of properties; that is, they used elevated temperatures for short time periods to make projections about property retention at lower temperatures for longer times. This is the essence of an accelerated aging test.

Polyurethane foam is used to insulate walk-in coolers and freezers, and aging of the polymer can reduce its insulation properties. Although the consequences of this deterioration are not catastrophic, Honeywell carried out simulated tests to assess aging of their polyurethane [*Wilkes, et al., 2003*]. Honeywell has recommended that the Department of Energy *"consider adapting the aging prediction methodology"* for foam insulation [*Honeywell, 2010*].

Accelerated aging tests in general, and Arrhenius analyses in particular, are widely accepted in the scientific community as a means to screen polymeric materials under consideration for new products, to evaluate which material among various candidates will have a longer service life, and to predict service lifetimes.

1E. Illustrative Example [*Roland, 2009*]

The presence of the two criteria recommending predictive aging tests − (i) a known chemical reaction of the material that plausibly could cause end-product failure, and (ii) this failure would have significant consequences − is illustrated with radiant heating systems using nitrile rubber hose, a polymeric material. In these systems heated fluid flows through the rubber, which radiates heat for home heating and snow melt applications. Beginning in 1989, 10,000 radiant heating systems, comprising 25 million feet of hose, were installed in North America using a particular nitrile rubber compound. The typical operating temperature for the fluid in a radiant heating system is in the range from 140 to 185°F. Since the hose is exposed to ambient air, and nitrile rubber is known to react with oxygen, the possibility existed for thermal oxidation of the hose material during service. Oxidation of the rubber would cause embrittlement and cracking, and thus failure of the radiant heater systems and water leakage in homes. This failure would be a significant problem because the hose is installed under floors and behind walls, making its replacement difficult and expensive (requiring deconstruction of the building). During service, additional factors, such a mechanical wear and tear, thermal cycling, etc., could also affect hose durability.

The two criteria requiring accelerated aging tests were present, and such tests were carried out on the nitrile rubber hose. In one series of tests, unused hose was aged in air-ovens for various time periods at four temperatures. At each temperature oxidation caused the hose to harden, and from these data a hardening rate was obtained for each test temperature. These rates were analyzed in the form suggested by the Arrhenius equation − the logarithm of the hardening rate plotted graphically versus the reciprocal of the aging temperature. Linearity of the plotted data verified the soundness of the analysis. From the slope of the Arrhenius plot, the activation energy for the heating hose was determined to be $E_a$ = 91.7 J/deg-mol. Since nitrile rubber is a common compound, the obtained value can be compared with $E_a$ reported in the literature for this polymer, = 88 ± 4 J/deg-mol [*Goh, 1987; Gillen et al., 1997*]. The results are acceptably close for the purpose of lifetime predictions; that is, determination of $E_a$ for the specific nitrile rubber hose used in this application was consistent with determinations of $E_a$ for nitrile polymers in general. Using either value, it could be predicted that the radiant heater hose

would attain in a few years at typical service temperatures a hardened, embrittled condition. The prediction from the accelerated aging study is premature product failure – the hose could not function reliably beyond a few years in service. This prediction was borne out by field experience: Hoses in actual service, which were warranted for twenty years, began to harden and crack in the initial few years after their installation, leading to fluid leakage and system failures. The financial consequences of these premature failures were enormous to home-owners, and also led to bankruptcy of the hose supplier. Note that accelerated aging tests were carried out both prior to installation of the product in the field and intermittently during its use. The results of the laboratory tests unambiguously showed that the nitrile rubber hose was an inappropriate choice for this application. These results should have enabled product failures in the field to be avoided or at least minimized.

**PART 2. ACCELERATED AGING TESTS ON BALLISTIC MATERIALS**

2A. Application of accelerated aging tests to ballistic materials

In the body armor industry, product deterioration in the field is a primary concern. The fundamental scientific principles that underlie accelerated aging experiments are not dependent on the material being tested; thus, there is no reason that such testing would not be applicable to ballistic materials. Indeed, a number of such studies have been made public.

Kevlar, a polymer commonly used in ballistic garments, has been the subject of various accelerated aging studies. In 1976 an accelerated aging study of Kevlar yarn was published [Brown and Browne, 1976]. As seen in **Figure 3** [6], a loss of fiber strength was observed as a result of aging at elevated temperatures. From each curve in this figure, an aging rate could be obtained, enabling an Arrhenius analysis. In 1984 an accelerated aging study of Kevlar was reported by Morgan et al. [1984]. The degradation of Kevlar yarn due to hydrolysis was quantified by subjecting epoxy-Kevlar composites to various conditions of relative humidity and temperature. In 1996 accelerated aging tests on five fibers (Kevlar and four polyimides) were carried out, with representative results shown in **Figure 4** [Wu et al. 1996].

---

[6] All graphs in the present report were constructed by the author from data tabulated or otherwise presented in the cited documents.



Figure 3. Strength loss of Kevlar during aging at various temperatures (212–572°F).



Figure 4. Loss of strength in Kevlar and four polyimide fibers during aging at 401°F.

In 1999 Yue et al. carried out thermal aging tests on Kevlar yarns, measuring the loss of strength and other fiber properties during exposure to elevated temperatures [Yue et al., 2000]. The effect of heat aging on the strength of Kevlar fibers intended for ballistic garments was the subject of a series of tests beginning in 2003 [*HW0025585; HW0025100*]. Also beginning *ca.* 2003, the effect of oxidation (reaction with oxygen) and hydrolysis (reaction with moisture) on Kevlar's durability were investigated by Bernstein and coworkers [*Bernstein et al., 2003; Bernstein et al., 2005*]. This same group in 2006 studied the effect of Kevlar on the humidity-aging of nylon

[*Bernstein and Derzon, 2006*]. Similar testing has been carried out on other ballistic materials and products.

Gel-spun polyethylene, produced as Dyneema by DSM and Spectra by Honeywell, is a common ballistic material. In accelerated aging tests, the fibers were subjected to temperatures as high as 130°C (266°F) [*Liu and Yu, 2005*], which is well beyond anticipated service temperatures. The purpose of the extreme temperature is to accelerate any degradation, so that it can be assessed over reasonable times.

Subsequent to a report from the U.S. Dept. of Justice's National Institute of Justice in August of 2005 showing problems with PBO-containing vests, additional accelerated aging studies were carried out demonstrating the applicability of such tests.

S. Chabba from DSM gave a presentation on *"Accelerated Aging Study of Ultra High Molecular Weight Polyethylene Dyneema Yarn and Dyneema UD for Ballistic Applications"* at the *High Performance Fibers Conference* (Nov. 28-29, 2007, Washington DC). Honeywell attended this session. The DSM authors published a paper describing this work, which included Arrhenius analysis of accelerated aging tests of fibers used for body armor [*Chabba, et al., 2007*].

The U.S. Navy relies on accelerated aging tests both to screen candidate materials and to predict service lifetimes for polymeric materials used in various military applications, including components of torpedo launch systems, jet and ship metallic engines, and armor [see, for example, *Buckley and Roland, 2014; Roland, 2009; Mott and Roland, 2001*].

2B. Accelerated aging tests on PBO-based materials



Figure 5. Loss of ballistic resistance of Z Shield during aging tests by DSM at 158 and 194°Fahrenheit.

As early as 2000, Honeywell recognized the value of testing of "environmental effects" on Z Shield, including specifically water [H0001970]. In July of 2001, Toyobo communicated to Honeywell [HW0344146] the results of an Arrhenius analysis of aging data on Zylon fibers. There were data for only two temperatures, which makes the Arrhenius analysis problematic. From the activation energy of the Arrhenius plot (eq. 1), Toyobo concluded from extrapolation that "almost no strength loss" was expected at 40°C (104°F). The paucity of the data made this conclusion unreliable[7]; that is, Toyobo's execution of the method, rather than the Arrhenius method *per se*, was flawed. In subsequent testing [HW0002273], Toyobo observed a loss of strength for the PBO fibers aged at 40°C.

In 2001 DSM had carried out accelerated aging tests on Z Shield. Test data in *ca.* 1998 from Toyobo, the manufacturer of PBO fiber, showed hydrolytic degradation of the fiber at 121°C (250°F). The data of the DSM tests indicated a susceptibility to hydrolytic degradation at 70 and

---

[7] The value of parameters obtained from linear regression of only two data points have infinite uncertainty.

90°C (158 and 194°F). These results caused DSM to cease manufacture of Z Shield, illustrating the value of screening tests. Representative data are shown in **Figure 5** above.

A number of studies of the effect of humidity on the strength of PBO fibers have been published in the scientific literature subsequent to the withdrawal of Z Shield and other PBO products from the market. The results corroborate the implications of prior testing – the material is susceptible to degradation, and therefore aging tests would be required to determine its longevity and property retention in the field. Examples of this testing [*Walsh et al. (2006); Holmes et al. (2006)*] are presented in **Figures 6 – 8**. These data unambiguously confirm that humidity and temperature cause reductions in fiber strength, with the degree of property degradation increasing with the duration of the exposure and the magnitude of these variables (i.e., higher humidity and higher temperature effecting more deterioration). Strength testing on PBO yarn yielded very similar behavior [*Chin, 2007*].



Figure 6. Loss of tensile strength of PBO fibers due to exposure to heat (circles: 122 to 140°F; squares: 180°F) and humidity.



Figure 7. Loss of tensile strength of PBO yarns due to exposure to heat and humidity.



Figure 8. Loss of tensile strength of PBO fibers during aging at elevated temperature (122°F) and humidity.

These more recent results are consistent with hydrolysis from ambient humidity causing a loss of strength in PBO-based materials. The loss of strength in fibers and yarn (Figs. 6 – 8) implies a corresponding loss of ballistic performance in materials and vests incorporating these. That is, for a given fiber or material, tensile strength is correlated with ballistic performance. This correlation may not be a simple linear relationship, but a decrease in fiber tensile strength

indicates a reduction in V-50 of material utilizing the fibers and, in turn, in ballistic vests composed of the material.

Ballistic testing by Tekne showed that aging in a humid environment, associated with a loss of fiber tensile strength, caused significant reductions in V-50. Some representative results are shown in **Figure 9** [*TEK028-0071*]. The validity of the testing by Tekne was undermined by the severity of the test conditions – 204°F and 90% relative humidity, which opens up the possibility for actual water condensation and thus direct water exposure. Such conditions gave rise to anomalous aging results for Kevlar materials. To address this issue, Tekne attempted to contain the materials in insulating bags during testing, but the bags failed to seal. Due to these problems, the tests were deemed unreliable.



Figure 9. Loss of ballistic resistance of PBO materials during aging at 204°F and 90% relative humidity.

Testing by Honeywell beginning in 2001, as well as tests by DSM and FMS, consistently demonstrated a decrease in V-50 after exposure to moisture and heat. As stated by Wagner *"The drop in V50 for the Z Shield is much greater than that observed in the dry heat 70 C exposure testing (8% drop after 4 weeks). Additionally, seven different commercial vest constructions were tested after exposure to 4 weeks at 70 C and 80% r.h. V0 testing results were not encouraging."* [*HW0004833*]

Moreover, as shown in the bar graph in **Figure 10** below, the higher the PBO content of the body armor, the greater the deterioration in ballistic protection due to environmental exposure [*AHLK3346*]. End-users of a material or product need this type of information in designing their products, in order to optimize performance and durability.



Figure 10. Test results from Honeywell (Oct. 2001) on body armor exposed to 158°F and elevated humidity, showing more degradation in materials having higher PBO content. The vest constructions were various combinations of Z Shield, PBO fabric, SB21, SB31, and/or Goldflex, having from 21 to 32 layers.

## 2C. Honeywell Technical Report "Interpreting Accelerated Aging Test Results" [*HW0024451*]

During their involvement with PBO-based ballistic materials, Honeywell issued technical reports on accelerated aging. Among these was a report in which Honeywell discussed their perception of the state of accelerated aging tests for ballistic garments. Some of the statements therein were known to be erroneous at the time the report was issued, as I note below:

• *"Because full-life period, ambient aged samples usually do not exist, it can be necessary to conduct accelerated aging tests to provide experimental support of performance for these products until full-term data becomes* [sic] *available."*

I agree with this statement. Note that it certainly applies to PBO-based ballistic garments, given the absence of *"full-life period, ambient aged samples"* early in the product's life-cycle.

• *"The primary reason for using accelerated aging techniques in the qualification process is to bring the product to market at the earliest possible time."*

I do not agree with this statement. The primary reason is to gain assurance that use of the product will not cause harm to the end-user due to premature or unanticipated loss of performance or failure. Note that in a memo dated 9/25/2001 reviewing Z Shield heat exposure testing, Wagner stated: *"At this time, it appears extreme conditions as demonstrated in the testing are significantly detrimental to Z Shield performance to warrant an [sic] statement issued to the effect that prolonged exposure to high heat and humidity will compromise vest performance."* [HW0004833]

• *"Accelerated aging techniques are typically used where the products can supply significant benefit to the end-user."*

I do not agree with this statement. The producer's obligation to guarantee that a product performs safely and reliably is not contingent on the end-user's level of benefit from its use. This obligation derives from the producer's responsibility to ensure that the service-life of the product is in accord with its warranty, expressed or implied, and the reasonable expectations of an end-user.

• *"Although accelerated aging is well documented in some circles …"*

I agree with this statement, noting that the "circles" in which accelerated aging is well documented comprise the open public literature, including entry-level chemistry texts, as well as Honeywell scientists [Bierwagen et al., 2003; Maxwell et al., 2003; Chinn et al. 2010]. In her deposition testimony on July 15, 2009, Wagner stated [page 133]: *"There are a number of publications dealing with the Arrhenius equation … I was exposed to it first in my college career, when it was one of the more standard approaches that is done for traditional experimental procedures and chemical reactions…"* .

• *"… information on the use of these techniques is limited in the ballistic protection field. As a result, accepted testing protocol or techniques, and hence related data, are almost non-existent"*

I do not agree with this statement. It is not accurate, as seen by the examples herein that predate Honeywell's report on accelerated aging. For example, an Arrhenius analysis of accelerated aging of Zylon fibers was carried out by Toyobo and the results reported to Honeywell in July of 2001 [HW0344146] and thereafter.

Moreover, accepted testing protocols for aging tests of polymers are not specific to their end-use. That is, testing showing a fiber will lose strength on exposure to some conditions implies that a material incorporating the fiber will lose strength-related properties, independent of the particular application for that material. For example, the descriptions of accelerated tests in Honeywell Technical Bulletins relating to ballistic shield materials exposed to ultraviolet light [*HW0024444*] and heat [*HW0024449*] are consistent with accelerated aging tests as generally described in the open scientific literature. Accepted scientific principles are not negated when materials are used for ballistic applications. Deterioration and wear are inherent to most materials and amenable to aging tests.

> • *"If there is indication that multiple chemical reactions, complex reactions with multiple environmental variables influencing performance, or potential for more than one type of reaction occurring at the same time, traditional methods of accelerated aging may not accurately predict performance. In these instances, elevated temperatures may negatively distort the performance of the material at operating or storing conditions."*

I do not agree with this statement. The soundness of accelerated aging test data can be assessed by various known methods, such as internal consistency of the test data and linearity of Arrhenius plots. Even when multiple reactions occur, the analysis can remain valid, yielding an effective activation energy that reflects the combined effects [*Mott and Roland, 2001*]. Note that it is expected, indeed inevitable, that some customers will subject a product to extreme, even "abusive" conditions. A primary purpose of screening tests is to anticipate service conditions, including the reasonably anticipated behavior of end-users.

The statement *"may negatively distort performance"* is problematic, and in many cases the opposite is true. If there are other factors contributing to product deterioration, the deterioration will usually be <u>worse</u> than predicted by laboratory testing. That is, laboratory tests are expected to overestimate product service lives, since there can be effects that cause

deterioration but were not accounted for in the tests. (An example is air aging of hose products to estimate the effect of oxidative aging on material degradation. The absence of fluids in such a test means that degradation caused by extraction of antioxidants and stabilizers from the hose material will be unaccounted for; thus, the "real world" aging will be more severe than indicated by laboratory aging in an air oven [*Roland, 2009*].) It is for this reason that any single accelerated aging test is not necessarily sufficient to predict field performance. It is required that the producer have adequate knowledge of likely service conditions, so that testing can evaluate the potential for end-use problems. For example, if a product or material will be exposed to moisture, the effect of moisture on longevity cannot be determined from testing under dry conditions. In circumstances where some reaction occurs only during accelerated aging tests, but not during actual service, testing does not lose all value. Rather, as in any technical study, there is an obligation to understand the material's chemistry and to design tests that are germane to its intended end-use. The producer must plan for and anticipate possible field conditions. False positives[8] during testing can bring to light potential product or material weaknesses that might become manifest under certain conditions of end-use. These considerations regarding lifetime assessment are general and have been known long before the introduction of PBO-based ballistic garments.

Note that in a publication coauthored by Honeywell [*Chinn et al., 2010*], it was noted that *"Radiation degradation of polymeric materials occurs through numerous, simultaneous, competing chemical reactions."* Nevertheless, a study was carried out, with large radiation doses applied to the polymers, in order to quantify the changes in mechanical and other properties. Although degradation of PBO-based materials is by a different mechanism (hydrolysis and thermal degradation), the complication of competing reactions did not deter Honeywell from using accelerated aging in this study by Chinn et al. (2010).

• *"Results from accelerated aging work will generally be conservative – in other word the results will be indicative of a harsher environment than real-time aging. Because of this accepted trend, unrealistic negative data may be produced …"*

---

[8] A false positive result is one which misleadingly suggests product or material problems that are actually due only to some vagary of the test; that is, a false positive result is an artifact.

I do not agree with these statements. The conditions applied in aging tests will induce some material degradation. Exposure conditions in the field that are not simulated in lab tests will induce additional degradation. (For example, dry heating causes thermal degradation and moisture causes hydrolysis; their combined effects are usually cumulative, not counter-active.) Thus, accelerated aging tests are necessary but insufficient for judging a product's service-lifetime or end-use suitability. Again, it is an obligation of the manufacturer of the ballistic garments or components to understand the materials used in these products and to design proper tests.

   • *"It is important to remember that typical accelerated aging is based on a zero-order reaction rate function and that supply of reactants remains constant throughout the study time frame."*

This statement is misleading. The supply of reactants in an accelerated aging test is determined by the experimental design. It is entirely up to the practitioner of the test whether the reactant supply remains constant, is depleted by the reaction, or is systematically varied by design. For example, if humidity exposure is a concern, but the producer believes that in the field the product will only be exposed to humidity levels below some value, then accelerated aging tests can be designed to accommodate that insight. The producer is responsible for ensuring their screening tests are relevant; they cannot ignore their own test results by asserting the test conditions they chose to use were invalid.

   • *"One must be alert for reaction-rate changing environments or situations that generate reactive radical groups sensitive to elevated temperatures."*

I do not disagree with this statement; of course, the rate at which a product or material fails in the field (its survival probability) can decrease, remain constant, or increase over its lifetime. Analysis of this behavior provides insight into the cause of product failure. Commonly this is addressed by applying a Weibull analysis (statistical analysis based on a particular probability distribution) to field results. Indeed, Honeywell has been active in using and developing the Weibull analysis method [*Abernethy, 2000*]. However, I have seen no Weibull analysis carried out by Honeywell for their ballistic garment materials such as Z Shield. Any concerns about *"changing*

*environments or situations"* affecting the durability of PBO-based products could have been addressed by consulting Honeywell employees having expertise on this very issue. Absent application of the Weibull or related method, speculative comments such as quoted above are of negligible value.

   • *"Consequently, the only predictor of performance is aging under normal conditions when full term data is* [sic] *available."*

I do not agree with this statement, which contradicts Honeywell's prior statement in this same document: *"Because full-life period, ambient aged samples usually do not exist, it can be <u>necessary to conduct accelerated aging tests to provide experimental support of performance for these products until full-term data becomes available</u>"* (emphasis added). Moreover, this statement is belied by Honeywell having carried out accelerated aging tests on its ballistic materials. Of course, the tests have to be designed and test results analyzed in order to obtain predictions about long term performance. The purpose of accelerated aging tests is to circumvent the long times that full-term testing requires. There is nothing unique about the materials used in ballistic garments that would preclude their being subjected to the same test procedures used by Honeywell for its other products.

   Moreover, as described in Part 4 below, *"aging under normal conditions"* can provide a means to supplement or corroborate accelerated aging tests: Honeywell could have systematically retrieved used ballistic vests from the field and assessed the extent of any degradation. Protocols for the evaluation (and as necessary the replacement) of used body armor have been available in the open literature since at least 1988 [Bachner, 1988; TR "Ballistishce Schutzwesten", 1998; HW0006915]. Honeywell did retrieve 3 vests (11 Z Shield, 5 Goldflex, and 4 PBO fabric) that had been in service for 8 – 9 months, experiencing "normal wear" [HW0344002; HW0000221]. The average V-50 for the three vests was 461 ± 8.9 m/s. This is significantly lower than the control sample, for which V-50 = 496 m/s. These results are consistent with degradation of the Z Shield material.

**PART 3. ACCELERATED AGING TESTS ON BALLISTIC MATERIALS BY HONEYWELL**

For this report I have been provided with confidential information from Honeywell concerning tests on ballistic materials. This information was not in the public domain, unlike the Honeywell bulletin discussed above. Beginning in 2001, Honeywell carried out accelerated aging tests using temperature as a variable, with and without humidity control. This testing continued, with analyses and discussions through at least 2004. These results, some displayed in **Figures 11 - 13** below, consistently showed significant deterioration of the ballistic performance of Z Shield.



Figure 11. Honeywell accelerated aging tests of Z Shield and PBO fabric, showing loss of ballistic performance at elevated temperature and humidity (solid symbols). Without controlled high humidity (hollow symbols), there is less or negligible deterioration.



Figure 12. Honeywell accelerated aging tests of Z Shield, showing loss of ballistic resistance at elevated humidity and temperature (circles: 158°F; hollow squares: 104°F; filled symbol: cycling of conditions). Vertical lines on data points represent standard deviations.



Figure 13. Honeywell accelerated aging tests of Z Shield, showing increasing loss of ballistic resistance at T= 122, 158, and 194°F. Tests were similar to those in Fig. 11 but without humidity control. Vertical lines represent standard deviations.

Honeywell carried out other aging tests, exposing Z Shield vests and Zylon fabric to elevated temperatures (up to 194°F) for various times [*HW0026447*; HW0118146]. As seen in

**Figures 14 - 16**, a loss of ballistic performance was observed over relatively short time periods (≤ 4 weeks). This test protocol was inadequate to permit an Arrhenius analysis, since the analysis requires determination of aging rates at different temperatures. Thus, while Honeywell's testing showed deterioration during aging, it did not permit a lifetime prediction. Nevertheless, the test conditions show deterioration in performance, even under conditions that in some cases may not be "accelerated" (e.g., the results for the lower temperatures in these figures).



Figure 14. Honeywell tests of Z Shield, showing loss of ballistic resistance due to exposure to 104°F and 70% relative humidity.



Figure 15. Honeywell accelerated aging tests of Z Shield vests and Zylon fabric, showing loss of ballistic resistance aging at elevated temperatures (from 122 to 194°F).



Figure 16. Honeywell accelerated aging tests of Z Shield, showing loss of ballistic resistance after only 4 weeks at 104°F and 70% relative humidity. (Note that temperature and humidity control were lost for about a week at week sixteen; this may have affected the subsequent data point, which is higher than the two earlier data [HW0004998].)

These data consistently indicate the loss of ballistic performance of PBO-based garments[9], including Z Shield, generally showing V-50 decrements in the range of 10 to 15%. In her deposition on July 15, 2009, Wagner claimed [page 196] that changes of 5% or more were significant. And as early as 2000, Honeywell, in assessing the development and commercialization of Z Shield, designated as a "Key Issue" the fact that tests showed a 3% loss of V-50 on exposure to ultra violet light [HW0001973]. They determined from this behavior that *"extra care* [was] *required during storage, processing and transportation"* of Z Shield [HW0001973].

Whether or not the specific test conditions used by Honeywell accurately represent conditions expected in the field, the data raised a "red flag"; the implications of the testing should have raised serious concerns about the stability and longevity of Z Shield. According to generally accepted practice, further testing and/or improvements in the product would be carried out, or it would be withdrawn from the marketplace. Disclosure of such test results would also be of value to customers and end-users of the material. It is also necessary that Honeywell interpret the test data for customers and end-users, who may be less technically sophisticated about polymer degradation and accelerated testing and thus less able to understand the significance of the data.

Data such as these caused Honeywell to undertake the improvement of their product; that is, Honeywell recognized PBO's intrinsic susceptibility to degradation upon exposure to humidity. (Moreover, testing by Mehler had shown that the inherent moisture content of Zylon armor panels was sufficient to cause hydrolysis of the PBO [*Mehler, 2002*].) Honeywell filed a patent application for an improved body armor design, in which the PBO fibers would be protected from moisture by use of a hydrophobic resin in the manufacture of Z Shield [*HW00402204*]. (This is an example of the value of screening of a product, to allow design modifications that can provide improved longevity during service.) Data from the patent application are plotted in **Figures 17 and 18** and tabulated below, along with data reported by Honeywell in 2002 (also shown below). In their patent application Honeywell provided seven examples of their new ballistic fabric showing improved resistance to heat and humidity. The

---

[9] The Florida Room at Honeywell's Chesterfield plant lost humidity control for about a week during week sixteen of the testing, possibly accounting for the spurious behavior seen in Figure 16. [HW0004998].

claims of the invention (non-aqueous resin encapsulation of PBO fibers) were intended to rectify the existing weakness in the company's PBO-based product (susceptibility to hydrolysis).



Figure 17. Honeywell tests comparing effect of elevated temperature (158°F) at 80% relative humidity on ballistic resistance of Zylon and an improved version developed to provide better protection against humidity.



Figure 18. Honeywell accelerated aging tests (158°F) showing improved ballistic resistance of Z Shield based on a hydrophobic resin, in comparison to commercial product that used a water-based resin.

**Table: Aging performance of PBO fabrics after 4 weeks 158°F, 80%RH**
*(examples 1 – 7 from Honeywell Patent Application [HW00402204])*

| V-50 retention | existing product | example 1 | example 2 | example 3 | example 4 | example 5 | example 6 | example 7 |
|---|---|---|---|---|---|---|---|---|
| | 85.2% | 90.5% | ≥ 87% | ≥ 87% | ≥ 87% | ≥ 87% | ≥ 87% | ≥ 87% |

Beginning in 2002, Honeywell carried out a series of studies to evaluate a Russian aramid fiber for possible application in ballistic vests [*HW0025585 – HW25613; HW00406792*]. Honeywell purchased the material for testing both internally and by outside laboratories. Honeywell analyzed the results in order to determine the suitability of the Russian fibers for use in Honeywell's ballistic products. These studies included strength and other mechanical property retention after aging for up to 4 weeks at 90°C and 70% relative humidity. Honeywell also evaluated the use of a hydrophobic coating (*Kraton*®) applied to the Russian fibers. The strength retention of these coated fibers were tested and compared to that of the uncoated fibers. These experiments were done in response to the property deterioration exhibited by the uncoated fibers after exposure to high temperatures and humidity for 2 – 4 weeks.

Representative accelerated aging test results, conducted as a side-by-side comparison of the Russian aramid fibers and Honeywell's Zylon fibers, are shown in **Figure 19** below. Both materials were subjected to 90°C and 70% relative humidity for up to 4 weeks, and from their analysis of these data, Honeywell concluded: *"2. Russian fibers show severe aging (similar to Zylon fibers). 3. Once Russian* [sic] *overcomes the aging of the aramid fibers we should revisit the project"* [*HW0025101*]. As seen in Fig. 19, the degradation of the aramid due to aging was less severe than that of Zylon; nevertheless, Honeywell declined to pursue the use of the Russian material until its aging performance could be improved.



Figure 19. Comparison of the strength retention of Russian aramid fibers and Honeywell Zylon during accelerated aging. The degradation of the former was the basis for Honeywell's decision not to pursue utilization of the aramid in their ballistic products. Note that deterioration of the Zylon is more severe.

Honeywell also evaluated development products that combined Zylon and aramid fibers; these materials were called Mega Flex and Zebra Flex. Honeywell carried out accelerated aging of these materials, in experiments that compared their susceptibility to degradation to that of Z Shield and other ballistic materials. Some of the results are shown below in **Figure 20**. Subsequent to the completion and analysis of these tests, Honeywell decided not to commercialize Mega Flex or Zebra Flex for reasons that included *"the performance data"* [L. Wagner deposition, 7/16/09, page 327]. Note that based on evaluation of the data including visual inspection of the materials after aging, Honeywell opined: *"The PBO shield samples showed the most severe signs of deterioration out of all the Florida Room samples."* [HW0061240] and *"The PBO shield product (Z Shield) demonstrated the largest loss in percent V50 retention coupled with the poorest visual quality assessment of all the Florida Room samples. This may offer some insight for improvement into the application of shield technology using PBO fiber. It also important [sic] to note that the PBO shield product demonstrated a significant loss in percent V50 retention after just 4 weeks …"* [HW0051241]



Figure 20. Comparison of strength retention after accelerated aging of Mega Flex, Zebra Flex, and Z Shield (the last is also in Fig. 18). Tests were carried out in Honeywell's Florida Room.

**PART 4. INSPECTION OF HONEYWELL MATERIALS**

On June 10, 2015 twenty-one Z Shield shoot packs and Zylon fabrics were inspected at a Honeywell facility in Petersburg, VA (see table below). The materials included "controls" (i.e., samples that had only been exposed to ambient conditions) and articles that had been laboratory aged at elevated temperatures by Honeywell. Of these, four required removal of stitching from the outer cover in order to examine the Z Shield material (for others this cover had already been removed).  Most of these samples had been subjected to ballistic testing, with typically 8 shots, at least two of which had partially penetrated and at least two that had completely penetrated the panel. The shots were well spaced, and never closer than 3.5" from the edge. These observations affirm the soundness of the ballistic tests.

The number of layers were counted for various samples, and in all cases agreed with the information concerning construction supplied by Honeywell; i.e., 22 layers for the Z Shield shoot packs and 16 for the Zylon fabric. The thickness and its variability was determined for 15 panels, by making 8 measurements at different locations on each panel (120 total measurements). Unaged "control" panels had an average thickness of 1.98 ± 0.06 mm, whereas panels exposed to elevated temperatures and humidity had an average thickness equal to 2.03 ± 0.07 mm. Thus,

within the error in these measurements and the inherent variability of the panel dimensions, no significant change in thickness due to laboratory aging was observed.

**Table: Items inspected on June 11, 2015**

|    | ID | date | aging | V-50 |
|----|----|------|-------|------|
| 1  | 1-0407 #461 ZSC3 1-2-SC3 | 7/24/01 | control | 1461 |
| 2  | 25160 | 7/24/01 | 1 week 90°C | 1200 |
| 3  | 1-0407-G | 12/19/01 | 8 weeks 40°C | 1364 |
| 4  | 1-0407-F | 12/19/01 | control | 1461 |
| 5  | 1301-J | 02/26/02 | control | 1421 |
| 6  | 1301-K | 02/08/02 | 16 weeks 40°C; 70% RH | 1329 |
| 7  | 1-084748CM | 10/12/01 | example of delamination | |
| 8  | QCM1-0297 | 9/12/02 | example of dimplings | |
| 9  | roll#545-2 | 9/13/02 | 2 weeks 90°C; 70% RH | 1185 |
| 10 | 140Z resin type 3 | 12/06/01 | control | 1363 |
| 11 | 140-Z resin type 3; RD01340/14D-2#5E | 12/06/01 | 4 weeks 70°C; 80% RH | 1191 |
| 12 | 140-2 resin type 3 | 11/13/01 | 2 weeks 70°C; 80% RH | 1230 |
| 13 | 140-2 resin type 3; RD01309/140-2#1E | 11/05/01 | 1 week 90°C; 80$ RH | 1272 |
| 14 | 2515 | 8/27/01 | 4 weeks 70C | 1337 |
| 15 | 139-2-3-H | | 1 week 90°C; 80% RH | no test |
| 16 | 140-1 resin type 2 | 10/23/01 | control | 1329 |
| 17 | 140 resin type 2; RD01340/140-1#5E | 10/23/01 | 4 weeks 70°C; 80% RH | 1162 |
| 18 | resin type 2; RDD1309 140-1#2E | 11/05/01 | 1 week at 90C | 1186 |
| 19 | 1ZFC2 Zylon | --- | control | 1251 |
| 20 | 2F7 Zylon | 7/03/01 | 1 week 70°C | 1244 |
| 21 | 2F6 Zylon | --- | 4 weeks 50°C | 1174 |

Photographs were obtained on various panels: one hundred twenty-seven micrographs (Dino-Lite Pro AM411T digital microscope) and approximately eleven hundred conventional photographs. In Appendix A are representative images, showing comparisons of control and thermally aged samples. It can be seen that any differences are negligible, even for panels having significant differences in V50. This absence of any visual indication of differences between the control panels and the aged panels is illustrated by examining the material adjacent to bullet holes resulting from V50 testing. Thus, there is no indication of any difference in failure mechanism between control and aged panels – the size, thickness, and appearance of fibrils adjacent to the bullet holes are not significantly different for aged and unaged samples; that is, deterioration of ballistic performance due to aging is not made apparent from visual inspection of the damage caused by impact from a projectile. Because the deterioration is chemical and on

the sub-nanometer scale, testing is required to assess the extent of deterioration due to thermal degradation.

Finally, some panels were observed to have flaws, presumed to be manufacturing errors, since these materials were never in service. Appendix B shows examples of delamination and topographic defects in the form of surface dimples and ridges.

## PART 5. ALTERNATIVES TO ACCELERATED AGING TESTS

Accelerated aging and other laboratory tests are not the only means to assess a product's longevity or capacity to maintain in-service performance. Used body armor can be retrieved from the field according to a schedule and tested for property retention. Such information would augment laboratory testing, provide information needed to inform customers about product care, and enable a rational replacement policy. Various publications describe such programs for assessment of used body armor:

As early as 1983 Du Pont implemented programs to assess used body armor obtained from various police departments [Bachner, 1988; HW0006916]. The company developed recommendations for replacement based on systematic testing carried out on the used armor.

The German Police Technical Institute carried out a continuing series of studies on the durability of protective vests worn by police [*TR "Ballistishce Schutzwesten", December 1998*]. The first report was issued in 1988, with subsequent reports published in 1992, 1994, 1998, and 2008. Measurements of V-50 were made on new and used vests *"in order to make assertions relating to the aging behavior of protective vests"*. Such studies enabled determination that some vests maintained their performance over time, while that of others deteriorated during service. Note this testing program was based on comparing new and used vests, rather than accelerated laboratory tests. However, a reduction in product performance during service emphasizes the importance of testing to screen or to predict service lifetimes.

Honeywell was evidently aware of the value of retrieving field samples, but limited such efforts to one set of tests in 2001 [HW0344002; HW0000221]. These showed degraded ballistic performance, and no further testing of field samples was carried out.

**CONCLUSIONS**

My main conclusions are:

- Accelerated aging tests are accepted and practiced in industry. A substantial number of accelerated aging tests were carried out on PBO materials by various entities, including Honeywell. Although the details of the test conditions varied, their common factor was showing PBO, Zylon, and Z Shield all exhibit a significant loss of properties, including ballistic performance, due to heat and humidity. (According to Honeywell, the magnitude of a loss that can be considered significant is 5% [L. Wagner deposition, 7/15/09, page 196].)

- Honeywell considered the 3% loss in V-50 due to ultraviolet light to be a key issue for Z Shield, necessitating extra care in the handling and processing of it. The loss in V-50 due to heat and humidity exceeded substantially that due to ultraviolet exposure.

- Honeywell rejected alternative materials, Mega Shield, Zebra Shield, and a Russian aramid, due to their showing a loss of properties during laboratory aging. The degradation of the aramid was less than that of Zylon tested simultaneously.

- Honeywell, in response to test data showing deterioration of ballistic performance of Z Shield due to humidity and heat, developed an alternative method of producing their product, in which a hydrophobic coating was applied to protect the PBO material from moisture. This improved version of Z Shield was never brought to market.

- The reduction in ballistic performance due to aging was not evident from visual inspection of Z Shield or Zylon. Thus, the end-user would be unaware of any loss of protection and the consequent risks of relying on these materials for personal protection.

- In light of their own test results showing deterioration of Zylon and Z Shield during accelerated aging, and in keeping with accepted industrial practice, Honeywell had two options:

- o In recognizing the uncertainties concerning product longevities and in consideration of the intended use of the product, they could have ceased production and withdrawn the product from the market. This is the action taken earlier by DSM, based on test results even more limited than those available to Honeywell.

- o Alternatively, Honeywell could have carried out additional testing designed to yield product lifetime estimates. These estimates could have been used to inform their customers about the product's durability limitations and warn about the expected consequences (e.g., reduction in protection) for ballistic garments incorporating PBO material.

- If Honeywell deemed the aging tests carried out by themselves and others to be unreliable, due perhaps to concerns that unknown variables might make real-world durability differ from laboratory results, they had two options:

- o Use the test results as a screening tool to determine the best materials and design. However, such a determination must be done <u>before the product is brought to market</u>.

- o Cease production, given the susceptibility of the material to deterioration and the significant consequences of product or material failure.


_____        Date:  ___11/2/15_____
        C.M. Roland

## REFERENCES

R.B. Abernethy (2000), The *New Weibull Handbook*, 4th Edition, ISBN 0-9653062-1-6.

C. Arrieta, E. David, P. Dolez,a nd T. Vu-Khanh (2010), *Journal of Applied Polymer Science* 115, 3031.

T.E. Bachner (1988), *Law Enforcement Technology*, Jan/Feb, page 21.

R. Bernstein and D.K. Derzon (2006), *Abstracts of the American Chemical Society* 232, 102-POLY.

R. Bernstein, D.K. Derzon and M.M. Shedd (2005), *Abstracts of the American Chemical Society* 230, U4042.

R. Bernstein, D.K. Derzon and K.T. Gillen (2003), *Abstracts of the American Chemical Society* 226, U381.

G. Bierwagen, D. Tallman, J. Li, L. He and C. Jeffcoate[11] (2003), *Progress in Organic Coatings* 46, 148.

H.G. Bray, R.C. Clowes and W.V. Thorpe (1952), *Biochemistry Journal* 51, 70.

J.R. Brown and N.M. Browne (1976), "Environmental Effects on the Mechanical Properties of High Performance Fibres", Document # MRL-R-674, Materials Research Laboratories, Australia.

R. Brown (1996), *Physical Testing of Rubber*, 3rd Edition, Chapman & Hall, London.

G. Buckley and C.M. Roland (2014), *Journal of Applied Polymer Science* 131, 40296.

M. Celina, J. Wise, D.K. Ottesen, K.T. Gillen and R.L. Clough (1998), *Polymer Degradation and Stabilization* 60, 493.

M. Celina, J. Wise, D.K. Ottesen, K.T. Gillen and R.L. Clough (2000), *Polymer Degradation and Stabilization* 68, 171.

M. Celina, K.T. Gillen, A.C. Graham, R.A. Assink and L.M. Minier (2000), *Rubber Chemistry & Technology* 73, 678.

S. Chabba, M. van Es, E.J. van Klinken, M.J. Jongedijk, D. Vanek, P. Gijsman, and A.C.L.M. van der Waals (2007), *Journal of Material Science* 42, 2891.

J. Chin, A. Forster, C. Clerici, L. Sung, M. Oudina, and K. Rice (2007), *Polymer Degradation and Stability* 92, 1234.

---

[10] Honeywell employee.

S.C. Chinn, C.T. Alviso, E.S.F. Berman, C.A. Harvey, R.S. Maxwell, T.S. Wilson, R. Cohenour[11], K. Saalwachter and W. Chasse (2010), *Journal of Physical Chemistry B* 114, 9729.

P.M. Cunniff, *"Dimensional Parameters for Optimization of Textile-Based Body Armor Systems"*, Proceedings of the 18th International Symposium on Ballistics, San Antonio, TX, 1999.

P.M. Cunniff, M.A. Auerbach, E. Vetter, and D.J. Sikkema, *"High Performance "M5" Fiber for Ballistics/Structural Composites"*, 23rd Army Science Conference, Orlando, FL, 2002.

D.K. Derzon and K.T. Gillen (2003), 226th American Chemical Society National Meeting, NY, NY.

M. Ezrin (1996), *Plastics Failure Guide*, Hanser/Gardner Publ., Cincinnati, OH.

P.J. Flory (1953), *Principles of Polymer Chemistry*, Cornell Univ. Press.

K.T. Gillen, M. Celina, R.L. Clough and J. Wise (1997), *Trends in Polymer Science* 5, 250.

K.T. Gillen, M. Celina, and R. Bernstein (2003), *Polymer Degradation and Stabilization* 82, 25.

S.H. Goh (1987), *Thermochimica Acta* 113, 387.

A.F. Halasa, J.M. Massie, and R.J. Ceresa (1994), *Science and Technology of Rubber*, 2nd Edition, Chapter 11, Academic Press, NY.

K. Hashimoto and Y. Todani (1988), *Handbook of Elastomers*, Marcel Dekker, NY, Chapter 24.

*High Performance Fibers* (2007), Washington, DC, compositesworld.com.

G.A. Holmes, K. Chin, and C.R. Snyder (2006), *Journal of Material Science* 41, 4105.

G.A. Holmes, E.S. Park, J.H. Kim, W.G. McDonough, J.R. Sieber, H. Kobayashi, M.A. Riley, and K.D. Rice (2009), *"The Effect of Environmental and Mechanical Mechanisms on the Performance of Soft Body Armor"*, 17th International Conference on Composite Materials, iccm-central.org.

Honeywell (2010), *The Federal Register* **75**, No. 174, FR Doc 2010-21364.

P.F. Jackson, K.J. Morgan, and A.M. Turner (1972), *J. Chem. Soc. Perkin Trans. II* 11, 1582.

H.H. Kausch (1978), *Polymer Fracture*, Springer-Verlag, NY.

Inspector General, United States Dept. of Defense, *Report No. D-2011-030*, January 3, 2011.

J.A. Kuczkowski and D.E. Miller (1989), *Rubber Division National Meeting*, Paper No. F, Detroit, MI.

X. Liu and W. Yu (2005), *Journal of Applied Polymer Science* 97, 310.

K.A. Malek and A. Stevenson (1991), *Journal of Natural Rubber Research* 7, 126.

R.S. Maxwell, B. Balasz, R. Cohenour[11] and E. Prevedel (2003), *Macromolecular Symposia* 202, 291.

W.G. McDonough, G.A. Holmes, A.L. Forster, K.D. Holmes (2010), *SAMPE 2010*, Seattle, WA.

W.L. Masterton, C.N. Hurley (2008), *Chemistry Principles and Reactions*, 6th Edition, Brooks Cole, Belmont, CA.

Mehler Vario System GmbH (2002), *"Investigations by Mehler on the PBO-Fiber Zylon from Toyoba"*, www.policeone.com/bodyarmor/mehlerzylon_dsm.pdf

R.J. Morgan, C.O. Pruneda, and F.M. Kong (1984), *"Aging Studies of Kevlar 49 Fibers"*, presented at the 187th American Chemical Society National Meeting, St. Louis, MO.

P.H. Mott and C.M. Roland (2001), *Rubber Chemistry & Technology* 74, 79.

Mine Safety Appliances (2007), *MSA Forcefield Body Armor Bulletin*, ID 3720-03-MC.

Mine Safety Appliances (2009), J. Boren, Pittsburgh Tribune-Review, August 24, 2009.

E.S. Park, K.M. Flynn, G.A. Holmes, C.M. Guttman, and W.E. Wallace (2007), *"Degradation of Polymeric Ballistic Materials"*, 55th American Society of Mass Spectrometry Conference, Indianapolis, IN.

E.S. Park, J. Sieber, C. Guttman, K. Rice, K. Flynn, S. Watson, and G. Holmes (2009), *Analytical Chemistry* 81, 9607.

S.L. Phoenix and P.K. Porwal (2003), *International Journal of Solids and Structures* 40, 6723.

C.M. Roland (2009), *Plastics and Rubber Composites* 38, 349.

C.M. Roland and R.M. Gamache (2015), *Measuring the Blast and Ballistic Performance of Armor*, Naval Research Laboratory, NRL/FR/6126-15-10,284.

D. R. Tallant, M.J. Garcia, R.L. Simpson, V.L. Behr, L. D. Whinery, and L. W. Peng (1999), *Sandia Report #SAND98-2606*.

*Technische Richtlinie "Ballistishce Schutzwesten", December 1998.*

L.A. Wall and J.H. Flynn (1962), *Rubber Chemistry & Technology* 35, 1157.

P.J. Walsh, X. Hu, P. Cunniff, and A.J. Lesser (2006), *J. Appl. Polym. Sci.* 102, 3517.

K.E. Wilkes, D.W. Yarbrough, G.E. Nelson, and J.R. Booth (2003), "Aging of Polyurethane Foam Insulation in Simulated Refrigerator Panels – Four Year Results with Third Generation Blowing Agents", *The Earth Technologies Forum*, Washington, DC, April 2003.

Z. Wu, Y. Yoon, F.W. Harris, S.Z.D. Cheng, and K.C. Chuang (1996*), Proc. of ANTEC '96*, Soc. Plast. Eng., 3, 3038.

C.Y. Yue, G.X. Sui, and H.C. Looi (2000), *Composites Sci. Technol.* 6**0**, 421.

**APPENDIX A. Photographs of Shot Panels**

control

1 week 90C

8 weeks 40C

#1, 2, 3



control

 

1 week 90C

 

8 weeks 40C

 

#1, 2, 3

control

16 weeks 40 70% RH



#5, 6

control

 

16 weeks 40 70% RH

 

#5, 6

Z Shield 140Z Resin type 3: control

Z Shield 140-2 Resin type 3: 4 weeks 70C

Z Shield 140-2 Resin type 3: 1 week 90C



#10, 11, 13

Z Shield 140Z Resin type 3: control

 

Z Shield 140-2 Resin type 3: 4 weeks 70C

 

Z Shield 140-2 Resin type 3: 1 week 90C

 

#10, 11, 13

Z Shield 4 weeks 70C



Z Shield 1 week 90C *(not shot)*



#14, 15

Z Shield 4 weeks 70C





#14

Z Shield control

Z Shield 4 weeks 70C

Z Shield 1 week 90C



#16, 17, 18

Z Shield control



Z Shield 1 week 90C



Z Shield 4 weeks 70C



#16, 17, 18

Zylon fabric 1ZFC2: control

Zylon fabric 2F7: 1 week 70C

Zylon fabric 2F6: 4 week 50C



#19, 20, 21

Zylon fabric 1ZFC2: control

 

Zylon fabric 2F7: 1 week 70C

 

Zylon fabric 2F6: 4 week 50C

 

#19, 20, 21

**APPENDIX B. Photographs of Panel Imperfections**

Z Shield roll#10407 LGL0128 *(delaminations)*

    

Z Shield roll#1-035102 QCM1-0297 *(dimples and ridges)*

  

 

#7, 8

Z Shield roll#10407 LGL0128 *(delaminations)*



#7

# RULE 26(a)(2)(B) EXPERT DISCLOSURES FOR DR. C.M. ROLAND

# C.M. ROLAND

## Address

Naval Research Laboratory
Washington, D.C. 20375-5342
Chemistry Division, Code 6105
website: polymerphysics.net

202-767-1719 (ph); -0594 (FAX)
301-752-0204 (cell)
mike.roland@nrl.navy.mil
croland52@gmail.com

## Education

1980 - Ph.D. Chemistry, The Pennsylvania State University
    Thesis: *Coherent Anti-Stokes Raman Scattering from Simple Fluids*

1974 - B.S. Chemistry (*magna cum laude*), Grove City College, Grove City, PA

## Experience

1986 to present – *Chemistry Division, Naval Research Laboratory*
            2015:  Senior Scientist for Soft Matter Physics
            1989:  Head of Polymer Physics Section
            1986:  Research Chemist

1986 to present – consultant  *(Acushnet Co.; Allied-Signal Corp.;Bridgestone Inc.; Felker, Ish, Ritchie & Geer; Firestone T&R Co.; Goodman, Weiss & Miller; Heatway Corp.; Holland & Hart; Kater & Willis; IER Fujikura Rubber Co., Rothgerber, Johnson & Lyons; Ulmer & Berne; US Dept of Justice; Watts Radiant Co.; Williams Mullen)*

1980 to 1986 - *Central Research Laboratories, The Firestone Tire & Rubber Co.*
            1985: Group Leader/Associate Scientist
            1982:  Senior Research Scientist
            1980:  Research Scientist

1974 to 1975 - Instructor *(Mercer County Community College, Trenton, NJ)*

## Professional Activities

2010 to 2014 – Advisory Committee, *International Broadband Dielectric Society*
2009 to present – Science and Technology Awards Comm. (*Rubber Division, ACS*)
2008 – Technical Program Organizer, *International Congress of Rheology*
2000 – Chair, *Frontiers in Rubber Science Colloquium*, Rubber Division Natl. Meeting
1999 – Chair, *Gordon Conference on Elastomers, Networks, and Gels*
1996 – Chair, *International Rubber Science Hall of Fame Symposium*
1993 – Chair, *Frontiers in Rubber Science Colloquium*, Rubber Division Natl. Meeting
2000 to present – Associate Editor, Rubber Chemistry & Technology *(Amer. Chemical Soc.)*
2008 to 2010 – Editorial Board, Macromolecules *(ACS)*
1995 to 1997 – Award Committee (*ACS Chemistry of Materials*)
1991 to 1999 – Editor, Rubber Chemistry & Technology *(Rubber Division, ACS)*
1991 to 1999 – Science and Technology Awards Committee *(Rubber Division, ACS)*
1991 to 1993 – Advisory Board (*ChemTracts - Macromolecular Chemistry*)
1987 to 1990 – Advisory Board (*Adv. in Chemistry* and *Symposium Series, ACS*)

1

**Awards**

2015 – Fellow, American Physical Society
2014 – Berman Award (NRL) – *basic science: Phys. Rev. Lett.* <u>113</u>, 085701 (2014).
2012 – Charles Goodyear Medal (Rubber Division, American Chemical Society)
2011 – Berman Award (NRL) – *applied science: Viscoelastic Behavior of Rubber* (Oxford 2011)
2010 – E.O. Hulburt Science Award (NRL) – *fundamental and applied research*
2010 – Best Paper Award, 178th Meeting of Rubber Division, ACS, Milwaukee, WI
2009 – Best Paper Award, 176th Meeting of Rubber Division, ACS, Pittsburgh, PA
2009 – Berman Award (NRL) – *basic science: Phys. Rev. B* <u>80</u> 132104 (2009).
2008 – Berman Award (NRL) – *basic science: J. Chem. Phys.* <u>128</u>, 224506 (2008).
2008 – Fellow, Institute of Materials, Minerals, and Mining (UK)
2006 – Berman Award (NRL) – *basic science:  J. Chem. Phys.* <u>125</u>, 124508 (2006).
2002 – Sigma Xi Award for Pure Science
2002 – Melvin Mooney Award (Rubber Division, American Chemical Society)
2000 – Edison Award (NRL) – *"Atmospheric Ozone Concentration Detector"*
1996 – Technology Transfer Award (NRL) – *"Elastomeric Torpedo Ejection System"*
1995 – Berman Award (NRL) – *applied science:* Rubber Chem. & Tech. <u>67</u>, 892 (1994).
1992 – Berman Award (NRL) – *applied science:* ACS Symposium Series, <u>475</u>, 343 (1991).
1991 – Sparks/Thomas Award (Rubber Division, American Chemical Society)
1983 – President's Award (*Firestone Tire & Rubber Co.*)

2

# C.M. ROLAND

## Patents

"Polymer Coatings with Embedded Hollow Spheres for Armor for Blast and Ballistic Mitigation", **U.S. Patent Application 14/751,596**, filed June 2015.

"Polymer Coatings for Enhanced and Field-Repairable Transparent Armor", **U.S. Patent Application No. 14/320,846**, filed July 2014.

"Method for Forming Cylindrical Armor Elements", **U.S. Patent Application No. 14/446,310**, filed July 2014.

"Elastomeric Bilayer Armor Incorporating Surface-Hardened Substrates", **U.S. Patent Application No. 14/552,888**, filed November 2014.

"Multi-Ply Heterogeneous Armor with Viscoelastic Layers and Hemispherical, Conical, and Angled Laminate Strikeface Projections", **U.S. Patent Application No. 14/207,339**, filed March 2014.

"Ceramic Ball Body Armor", **U.S. Patent Application No. 13/506,376**, filed March 2012.

"Multi-Ply Heterogeneous Armor", **U.S. Patent Application No. 13/085,130**, filed May 2011.

"Water Parachute for Surface Vessel Motion Impedance", **U.S. #8,813,671** (2014).

"Multi-Ply Heterogeneous Armor with Viscoelastic Layers and Cylindrical Armor Elements", **U.S. #8,789,454** (2014).

"Multi-Ply Heterogeneous Armor with Viscoelastic Layers and a Corrugated Front Surface", **U.S. #8,746,122** (2014).

"Impact Tensile Test Machine", **U.S. #7,533,557** (2009).

"Electrostrictive Poly(vinylidene fluoride-co-trifluoroethylene) Networks", **U.S. #6,713,563** (2004).

"Atmospheric Ozone Concentration Detector", **U.S. #6,444,473** (2002).

"Atmospheric Ozone Concentration Detector", **U.S. #5,972,714** (1999).

"Surface Epoxidation of Elastomers", **U.S. #5,310,819** (1994).

"High Temperature Adhesive", **U.S. #5,242,755** (1993).

"Elastomer Blend for Sound and Vibration Damping", **U.S. #5,171,790** (1992).

"Selective Metallization of Carbonyl-Containing Polymer Films", **U.S. #5,062,939** (1991).

"Process of Three Dimensional Lithography in Amorphous Polymers", **U.S. #5,043,251** (1991).

"Colored Tire Stocks Having Improved Abrasion Resistance, Color and Color Stability", **U.S. #4,987,192** (1991).

"Immediate Write, Read, and Erase Optical Storage Medium and Method of Marking and Erasing" **U.S. #4,975,358** (1990).

"Stiff Sidewalls for Pneumatic Tires" **U.S. #4,929,684** (1990).

"A Cured Rubber Compositions of High Modulus" **U.S. #4,720,526** (1988).

## Invited Lectures (last 10 years only)

1.  10/15 – Seminar, NIST Center for Neutron Research, Gaithersburg, MD
2.  10/15 – Elastomer Symposium, University of Akron, Akron, OH
3.  9/15 – Naval Postgraduate School, Monterrey, CA
4.  4/15 – 187th ACS Rubber Division National Meeting, Greenville, SC
5.  4/15 – Dept. Chem. and Biomol. Engineering, North Carolina State Univ., Raleigh, NC

6. 9/14 – 8th Int. Conf. on Broadband Dielectric Spectroscopy, Wisla, POLAND
7. 6/14 – 12th Int. Workshop on Viscous Liquids and Glasses, Soeminestationen, DENMARK
8. 2/14 – Smart Coatings 2014, Orlando, FL
9. 12/13 – 46th Combined Light Armor Survivability Panel, Dumfries, VA
10. 4/13 – Center for Research and Technology, Bridgestone Americas, Akron, OH
11. 4/13 – 183rd ACS Rubber Division National Meeting, Akron, OH
12. 3/13 – American Physical Society Meeting, Baltimore, MD
13. 2/13 – Smart Coatings 2013, Orlando, FL
14. 10/12 – Advances in the Science of Polyurethanes 2012, Williamsburg, VA
15. 8/12 – 40th Annual Conf. North American Thermal Analysis Soc., Orlando, FL
16. 8/12 – Natl. Defense Industrial Assoc. Joint Classified Ballistics Symposium, Monterey, CA
17. 4/12 – 181[th] ACS Rubber Division National Meeting, San Antonio, TX
18. 3/12 – Materials Science and Engineering Dept., Univ. Maryland, College Park, MD
19. 3/12 – Chemistry Department, Messiah College, Grantham, PA
20. 10/11 – 180th ACS Rubber Division National Meeting, Cleveland, OH
6. 9/11 – Dept. Mechanical Engineering, University of Colorado, Boulder, CO
7. 6/11 – 8th Int. Workshop on Viscous Liquids and the Glass Transition, Soeminestationen, DENMARK
8. 10/10 – 178th ACS Rubber Division National Meeting, Milwaukee, WI *(two talks)*
10. 9/10 – Dept. Chemical & Biological Eng., Illinois Institute of Technology, Chicago, IL.
11. 9/10 – 6th Int. Conf. on Broadband Dielectric Spectroscopy, Madrid, SPAIN
12. 6/10 – 5th Int. Conf. on Times of Polymers and Composites, Ischia, ITALY
13. 8/09 – 6th Int. Disc. Meeting on Relaxations in Complex Systems, Rome, ITALY
14. 5/09 – Los Alamos National Laboratory, Los Alamos, NM.
15. 4/09 – 7th Int. Workshop on Viscous Liquids and the Glass Transition, Soeminestationen, DENMARK
16. 10/08 – Time Dependent Behavior of Rubber Conference, Inst. Materials, Minerals, and Mining, London, UNITED KINGDOM *(two talks)*
18. 10/08 – NATO Workshop on Metastable Systems Under Pressure, Odessa, UKRAINE
19. 7/08 – Gordon Research Conference on Polymer Physics, Newport, RI.
20. 3/08 – Geophysical Laboratory, Carnegie Institution of Washington, Washington, DC.
21. 8/07 – American Chemical Society National Meeting, Boston, MA *(two talks)*
23. 6/07 – 6th Int. Workshop on Viscous Liquids and the Glass Transition, Soeminestationen, DENMARK
24. 4/07 – 171st ACS Rubber Division National Meeting, Akron, OH
25. 10/06 – 170th ACS Rubber Division National Meeting, Cincinnati, OH
26. 9/06 – 4th Workshop on Non-Equilibrium Phenomena in Supercooled Fluids, Glasses, and Amorphous Materials, Pisa, ITALY *(two talks)*
28. 6/06 – 15th National Congress on Theoretical and Applied Mechanics, Boulder, CO

2

29. 5/06 – 5th Int. Workshop on Viscous Liquids and the Glass Transition, Soeminestationen, DENMARK

30. 12/05 – Dept. of Physics, Univ. of Nevada Las Vegas, Las Vegas, NV

31. 11/05 – International Rubber Science Hall of Fame Symposium, Akron, OH

32. 10/05 – NATO Workshop on Soft Matter Under Exogenic Impacts, Odessa, UKRAINE *(two talks)*

## Publications, Books, and Book Chapters *(last 10 years only)*

1. "Substrate Interaction in Elastomer-Steel Bilayer Armor", C.B. Giller, R.M. Gamache, K.J. Wahl, A.P. Saab, C.M. Roland, **J. Composite Materials**, *in press*.

2. "The Effect of Nanoclay on the Rheology and Dynamics of Polychlorinated Biphenyl", D. Roy, R. Casalini, and C.M. Roland, **Soft Matter**, *in press*.

3. "Measuring the Blast and Ballistic Performance of Armor", C.M. Roland and R.M. Gamache, **NRL Formal Report**, NRL/FR/6126-15-10,284 (2015).

4. "Effect of Interface Interaction on the Segmental Dynamics of Poly(vinylacetate) Investigated by Local Dielectric Spectroscopy", R. Casalini, D. Prevosto, M. Labardi, and C.M. Roland, **ACS Macro Lett.**, 4, 1022 (2015).

5. "Dynamic Correlation Length Scales under Isochronal Conditions", R. Casalini, D. Fragiadakis, and C.M. Roland, **J. Chem. Phys.** 142, 064504 (2015).

6. "Rotational Dynamics of Simple, Asymmetric Molecules", D. Fragiadakis and C.M. Roland, **Phys. Rev. E** 91, 022310 (2015).

7. "Thermoplastic Elastomers of Alloocimene and Isobutylene Triblock Copolymers", J.H. Roh, D. Roy, W.K. Lee, A.L. Gergely, J.E. Puskas, and C.M. Roland, **Polymer** 56, 280 (2015).

8. "Impact-Resistant Elastomeric Coatings", C.M. Roland and C.B. Giller in **Elastomeric Polymers with High Rate Sensitivity**, Elsevier (2015).

9. "Effect of Regioisomerism on the Local Dynamics of Polychlorostyrene", R. Casalini and C.M. Roland, **Macromolecules** 47, 4087 (2014).

10. "Determination of the Thermodynamic Scaling Exponent from Static, Ambient-Pressure Quantities", R. Casalini and C.M. Roland, **Phys. Rev. Lett.**, 113, 085701 (2014).

11. "Dynamic Correlations and Heterogeneity in the Primary and Secondary Relaxations of a Model Molecular Liquid", D. Fragiadakis and C.M. Roland, **Phys. Rev. E** 89, 052304 (2014).

12. "Phase Behavior and Dynamics of a Cholesteric Liquid Crystal", D. Roy, D. Fragiadakis, C.M. Roland, R. Dabrowski, J. Dziaduszek, and S. Urban, **J. Chem. Phys.** 140, 074502 (2014).

13. "Ion and Chain Mobility in a Tetrazole Proton-Conducting Polymer", R. Casalini, B.L. Chaloux, C.M. Roland and H.L. Ricks-Laskoski, **J. Phys. Chem. C** 118, 6661 (2014).

14. "Reentanglement Kinetics in Polyisobutylene", D. Roy and C.M. Roland, **Macromolecules** 46, 9403 (2013).

15. "Influence of Liquid Media on Lifetime Predictions of Elastomers", G.S. Buckley and C.M. Roland, **J. Appl. Polym. Sci.** 131, 40296 (2014).

3

16. "Corrigendum: Theoretical Implications of the Elastic Modulus Discontinuity in Rubber Networks", D.E. Hanson and C.M. Roland, **J. Polym. Sci. Polym. Phys. Ed.** 52, 1178 (2014).

17. "Effect of Binding to Carbon Black on the Dynamics of 1,4-Polybutadiene'", J.H. Roh, M. Tyagi, T.E. Hogan, and C.M. Roland, **J. Chem. Phys.** <u>19</u>, 134905 (2013).

18. "Interpenetrating Polymer Networks – Structure and Mechanical Behavior", C.M. Roland in **Encyclopedia of Polymeric Nanomaterials**, Springer, *in press*.

19. "Space-Dependent Dynamics in 1,4-Polybutadiene Nanocomposite", J.H. Roh, M. Tyagi, T.E. Hogan, and C.M. Roland, **Macromolecules** <u>46</u>, 6667 (2013).

20. "Characteristics of the Johari-Goldstein process in rigid asymmetric molecules", D. Fragiadakis and C.M. Roland, **Phys. Rev. E** <u>88</u>, 042307 (2013).

21. "Density Scaling of the Structural and Johari-Goldstein Secondary Relaxations in Polymethylmethacrylate", R. Casalini and C.M. Roland, **Macromolecules** <u>46</u>, 6364 (2013).

22. "Volumetric study of *n*-octyloxy-cyanobiphenyl (8OCB)", C.M. Roland, D. Fragiadakis, D. Roy, and S. Urban, **Liq. Cryst.** <u>41</u>, 9 (2014).

23. "Thermorheological Complexity in Polymers and the Problem of the Glass Transition", K.L. Ngai and C.M. Roland, **J. Chem. Phys.** <u>139</u>, 036101 (2013).

24. "Unconventional Rubber Networks", C.M. Roland, **Rubber Chem. Technol.** <u>86</u>, 3512 (2013).

25. "Strength Enhancement in Miscible Blends of Butyl Rubber and Polyisobutylene", C.B. Giller and C.M. Roland, **Macromolecules** <u>46</u>, 2818 (2013).

26. "Temperature-dependence of the Johari-Goldstein Relaxation in Poly(methyl methacrylate) and Poly(thiomethyl methacrylate)", R. Casalini, A.W. Snow, and C.M. Roland, **Macromolecules** <u>46</u>, 330 (2013).

27. "Are Polar Liquids Less Simple?", D. Fragiadakis and C.M. Roland, **J. Chem. Phys.** <u>138</u>, 12A502 (2013).

28. "Failure of Classical Elasticity in Auxetic Foams", J.H. Roh, C.B. Giller, P.H. Mott, and C.M. Roland, **AIP Advances** <u>3</u>, 042126 (2013).

29. "Neutron Scattering in the Analysis of Polymers", C.M. Roland in **Encyclopedia of Analytical Chemistry**, Wiley: New York (2012).

30. "Factors Influencing the Ballistic Impact Resistance of Elastomer-Coated Metal Substrates", C.M. Roland, D. Fragiadakis, R.M. Gamache, and R. Casalini, **Philos. Mag.** <u>93</u>, 468 (2013).

31. "Structure Characterization in the Science and Technology of Elastomers", C.M. Roland in **Science and Technology of Rubber**, 4th edition; (C.M. Roland, J.E. Mark, B. Erman, and F.R. Eirich, Eds.) Elsevier: New York (2013), Chapter 3.

32. "Rheological Behavior and Processing of Unvulcanized Rubber", C.M. Roland in **Science and Technology of Rubber**, 4th edition; (C.M. Roland, J.E. Mark, B. Erman, and F.R. Eirich, Eds.) Elsevier: New York (2013), Chapter 6.

33. "The Glass Transition in Rubbery Materials", C.M. Roland, **Rubber Chem. Technol.** <u>85</u>, 313 (2012).

34. "Limits to Poisson's Ratio in Isotropic Materials – General Result for Arbitrary Deformation", P.

H. Mott and C. M. Roland, **Physica Scripta** 87, 055404 (2013).

35. "Volumetric, Dielectric, Calorimetric and X-ray Studies of Smectogenic 10PBO8 at Atmospheric and Elevated Pressures", C.M. Roland, D. Fragiadakis, R. Bogoslovov, S. Urban, R. Dabrowski, M. Tykarska, N. Osiecka, and J. Czub, **Liq. Cryst.** 39, 993 (2012).

36. "Molecular Dynamics Simulations of the Johari-Goldstein Relaxation in a Molecular Liquid", D. Fragiadakis and C.M. Roland, **Phys. Rev. E** 86, 020501 (2012).

37. "Quantifying the Structural Dynamics of Pharmaceuticals in the Glassy State", Z. Wojnarowska, C.M. Roland, K. Kolodziejczyk, A. Swiety-Pospiech, K. Grzybowska, and M. Paluch, **J. Phys. Chem. Lett.** 3, 1238 (2012).

38. "Microstructure and Segmental Dynamics of Polyurea under Uniaxial Deformation", T. Choi, D. Fragiadakis, C.M. Roland, and J. Runt, **Macromolecules** 45, 3581 (2012).

39. "Tracking of Tautomerization Kinectics of RNA Nucleoside", Z. Wojnarowska, M. Paluch, P. Wlodarczyk, M. Dulski, R. Wrzalik, and C. M. Roland, **J. Phys. Chem. Lett.** 3, 2288 (2012).

40. "Nanofiller Reinforcement of Elastomeric Polyurea", R. Casalini, R. Bogoslovov, S.B. Qadri, and C.M. Roland, **Polymer** 53, 1282 (2012).

41. "Anomalous Electrical Conductivity Behavior at Elevated Pressure in the Protic Ionic Liquid, Procainamide Hydrochloride", Z. Wojnarowka, C.M. Roland, A. Swiety- Pospiech, K. Grybowska, and M. Paluch, **Phys. Rev. Lett.** 108, 015701 (2012).

42. "Density-Scaling and the Prigogine–Defay Ratio in Liquids", R. Casalini, R.F. Gamache, and C.M. Roland, **J. Chem. Phys.** 135, 224501 (2011).

43. "Comparing Dynamic Correlation Lengths from an Approximation to the Four-point Dynamic Susceptibility and from the Picosecond Vibrational Dynamics", D. Fragiadakis, R. Casalini, and C.M. Roland, **Phys. Rev. E** 84, 042501 (2011).

44. "The Role of the Isothermal Bulk Modulus in the Molecular Dynamics of Super-Cooled Liquids", A.N. Papathanassiou, I. Sakellis, J. Grammatikakis, and C.M. Roland, **J. Chem. Phys.** 135 244508 (2011).

45. "On the Low Frequency Loss Peak in the Dielectric Spectrum of Glycerol", R. Casalini and C.M. Roland, **J. Chem. Phys.** 135 094502 (2011).

46. "Immiscible Rubber Blends", C.M. Roland, in **Recent Advances in Elastomers**; (S. Thomas, A.P. Mathew, P.M. Visakh, and A.K. Chandra, Eds.) Springer-Verlag, New York (2013).

47. **Viscoelastic Behavior of Rubbery Materials**, C.M. Roland, Oxford Univ. Press, Oxford, UK (2011).

48. "The Phase Diagram and Dynamics of the Liquid Crystal Isopentylcyanobiphenyl (5*CB)", C.M. Roland, D. Fragiadakis, R.B. Bogoslovov, S. Urban, J. Czub, M. Massalska-Arodz, **J. Phys. Chem. B** 115 6437 (2011)

49. "Strength Enhancement from Heterogeneous Networks of Ethylene-Propylene/Ethyene-Propylene-Diene", G.S. Buckley, D. Fragiadakis, and C.M. Roland, **Rubber Chem. Technol.** 84, 520 (2011).

50. "Dynamic Heterogeneity and Density Scaling in 1,4-Polyisoprene", D. Fragiadakis, R. Casalini, R.B. Bogoslovov, C.G. Robertson, and C.M. Roland, **Macromolecules** 44 1149 (2011).

51. "Predicting the Density-Scaling Exponent of a Glass-Forming Liquid from Prigogine-Defay Ratio Measurements", D. Gundermann, U.R. Pedersen, T. Hecksher, N.P. Bailey, B. Jakobsen, T. Christensen, N.B. Olsen, T.B. Schrøder, D. Fragiadakis, R. Casalini, C.M. Roland, J.C. Dyre, and K. Niss, **Nature Phys.** 7, 816 (2011).

52. "Connection between Dynamics and Thermodynamics of Liquids on the Melting Line", D. Fragiadakis and C.M. Roland, **Phys. Rev. E** 83 031504 (2011).

53. "On the Density Scaling of Liquid Dynamics", D. Fragiadakis and C.M. Roland, **J. Chem. Phys.** 134 044504 (2011).

54. "Relaxation Phenomena in Vitrifying Polymers and Molecular Liquids", C.M. Roland, **Macromolecules** 43 7875 (2010).

55. "Correlation of Nonexponentiality with Dynamic Heterogeneity from Four-Point Dynamic Susceptibility $\chi_4(t)$ and its Approximation $\chi_T(t)$", C.M. Roland, D. Fragiadakis, D. Coslovich, S. Capaccioli, and K.L. Ngai, **J. Chem. Phys.** 133 124507 (2010).

56. "Heterogeneous Slow Dynamics and the Interaction Potential of Glass-forming Liquids", D. Coslovich and C.M. Roland, **J. Non-Cryst. Solids** 357 397 (2011).

57. "Aging of a Low Molecular Weight Poly(methyl methacrylate)", R. Casalini and C.M. Roland, **J. Non-Cryst. Solids** 357 282 (2011).

58. "Low Frequency Relaxation in Liquid Crystals in Relation to Structural Relaxation in Glass-Formers", S. Urban and C.M. Roland, **J. Non-Cryst. Solids** 357 740 (2011).

59. "Comparison of Transient Stress-Strain Response to Linear Dynamic Behavior of Rubber", P. H. Mott, J. N. Twigg, and C. M. Roland, K. E. Nugent, T. Hogan and C. G. Robertson, **J. Polym. Sci. Polym. Phys. Ed.** 49 1195 (2011).

60. "Flocculation, Reinforcement, and Glass Transition Effects in Silica-Filled Styrene-Butadiene Rubber", C.G. Robertson, C.J. Lin, R.B. Bogoslovov, M. Rackaitis, P. Sadhukhan, J.D. Quinn, and C.M. Roland, **Rubber Chem. Technol.** 84, 508 (2011).

61. "Insights on the Origin of the Debye Process in Monoalcohols from Dielectric Spectroscopy under Extreme Pressure Conditions", D.M. Fragiadakis, C.M. Roland, and R. Casalini, **J. Chem. Phys.** 132 144505 (2010).

62. "Clarifying the Molecular Weight Dependence of the Segmental Dynamics of Polybutadiene", R.B. Bogoslovov, T.E. Hogan, and C.M. Roland, **Macromolecules** 43 2904 (2010).

63. "Theoretical Implications of the Elastic Modulus Discontinuity in Rubber Networks", D.E. Hanson and C.M. Roland, **J. Polym. Sci. Polym. Phys. Ed.** 48 1795 (2010).

64. "Response to 'Comment on paper 'The Bulk Modulus and Poisson's Ratio of "Incompressible" Materials''", P.H. Mott and C.M. Roland, **J. Sound and Vibration** 329 368 (2010).

65. "Effect of Crosslinking on Segmental and the Secondary Relaxations of Polyvinylethylene" R. Casalini and C.M. Roland, **J. Polym. Sci. Polym. Phys. Ed.** 48 582 (2010).

66. "Segmental Dynamics of Polyurea: Effect of Stoichiometry", D. Fragiadakis, R. Gamache, R. B. Bogoslovov, and C. M. Roland, **Polymer** 51 178 (2010).

67. "Density Scaling and Dynamic Correlations in Viscous Liquids", D. Fragiadakis, R. Casalini,

and C.M. Roland, **J. Phys. Chem. B** <u>113</u> 13134 (2009).

68. "Elastomer-Steel Laminate Armor", C.M. Roland, D. Fragiadakis, and R.M. Gamache, **Comp. Struc.** <u>92</u> 1059 (2010).

69. "Limits to Poisson's Ratio in Isotropic Materials", P.H. Mott and C.M. Roland, **Phys. Rev. B** <u>80</u> 132104 (2009).

70. "Density Scaling in Viscous Liquids: From Relaxation Times to Four-Point Susceptibilities", D. Coslovich and C.M. Roland, **J. Chem. Phys.** <u>131</u> 151103 (2009).

71. "On Resolving the Mystery of the Chain Friction Mechanism in Polymer Liquids", K.L. Ngai, D.J. Plazek, and C.M. Roland, **Phys. Rev. Lett.** <u>103</u> 159801 (2009).

72. Structural Arrest and Thermodynamic Scaling in Filler-Reinforced Polymers", C. G. Robertson, R. Bogoslovov, and C. M. Roland, **Rubber Chem. Technol.** <u>82</u> 202 (2009).

73. "Extrapolating the Deformation Behavior of Rubber to High Rates and High Pressures", C.M. Roland, **Rubber, Plastics, and Composites** <u>38</u> 333 (2009).

74. "The Vagaries of Elastomer Service Life Predictions", C.M. Roland, **Rubber, Plastics, and Composites** <u>38</u> 349 (2009).

75. "Dielectric and Mechanical Relaxation in Isooctylcyanbiphenyl (8*OCB)", S. Pawlus, M. Mierzwa, M. Paluch, S.J. Rzoska, and C.M. Roland, **J. Phys. Cond. Mat.** <u>22</u> 235101 (2010).

76. "Molecular Expression of Rheo-dielectric Response of *cis*-Polyisoprene", T. Uneyama, Y. Masubuchi, K. Horio, Y. Matasumiya, H. Watanabe, J.A. Pathak, and C.M. Roland, **J. Polym. Sci. Polym. Phys. Ed.** <u>47</u> 1039 (2009).

77. "On the Pressure Dependence of the Fragility of Glycerol", S. Pawlus, M. Paluch, J. Ziolo, and C.M. Roland, **J. Phys. Cond. Mat.** <u>21</u> 332101 (2009).

78. "Pressure-Energy Correlations and Thermodynamic Scaling in Viscous Lennard-Jones Liquids", D. Coslovich and C.M. Roland, **J. Chem. Phys.** <u>130</u> 014508 (2009).

79. "Reorientational Relaxation Time at the Onset of Intermolecular Cooperativity", C.M. Roland and R. Casalini in **Metastable Systems Under Pressure**, NATO Science Series: Physics and Biophysics, (S.J. Rzoska, A. Drozd-Rzoska, and V.A. Mazur, Eds.) Springer, p. 53 (2010).

80. "Aging of the Secondary Relaxation to Probe Structural Relaxation in the Glassy State", R. Casalini and C.M. Roland, **Phys. Rev. Lett.** <u>102</u> 035701 (2009).

81. "Interaction Potential In Nematogenic 6CHBT", R.B. Bogoslovov, C.M. Roland, J. Czub, and S. Urban", **J. Phys. Chem. B** <u>112</u> 16008 (2008).

82. "Anomalous Properties of the Local Dynamics in Polymer Glasses", R. Casalini and C.M. Roland, **J. Chem. Phys.** <u>131</u> 114501 (2009).

83. "The Effect of Thermodynamic Variables on Polymer Chain Dynamics", C.M. Roland, **Curr. Opin. Solid State Matl. Sci.** <u>11</u> 41 (2007).

84. "Glass Transition and Interfacial Segmental Dynamics in Polymer-Particle Composites", C.G. Robertson and C.M. Roland, **Rubber Chem. Technol.** <u>81</u> 506 (2008).

85. "Pressure-Induced Polymerization of Phenoxyethyl Acrylate", K. Kaminski, R. Wrzalik, M. Paluch, J. Zioło, and C. M. Roland, **J. Phys. Cond. Mat.** <u>20</u> 244121 (2008).

86. "Characteristic Relaxation Times and Their Invariance to Thermodynamic Conditions", C.M. Roland, **Soft Matter** $\underline{4}$ 2316 (2008).

87. "Guides to Solving the Glass Transition Problem", K.L. Ngai, D. Prevosto, S. Capaccioli, C.M. Roland, **J. Phys. Cond. Mat.** $\underline{20}$ 244125 (2008).

88. "Structure Evolution in a Polyurea Segmented Block Copolymer due to Mechanical Deformation", J.A. Pathak, J.N. Twigg, K.E. Nugent, D.L. Ho, E.K. Lin, P.H. Mott, C.G. Robertson, M.K. Vukmir, T.H. Epps, and C.M. Roland, **Macromolecules** $\underline{41}$ 7543 (2008).

89. "Thermodynamic Scaling and the Characteristic Relaxation Time at the Phase Transition of Liquid Crystals", C.M. Roland, R.B. Bogoslovov, R. Casalini, A.R. Ellis, S. Bair, S.J. Rzosca, K. Czuprynski, and S. Urban, **J. Chem. Phys.** $\underline{128}$ 224506 (2008).

90. "Polyisobutylene: A Most Unusual Polymer", K. Kunal, M. Paluch, C. M. Roland, J. E. Puskas, Y. Chen, A. P. Sokolov, **J. Polym. Sci. Polym. Phys. Ed.** $\underline{46}$ 1390 (2008).

91. "On the Universality of Chain Dynamics", K.L. Ngai, D.J. Plazek, and C.M. Roland, **Macromolecules** $\underline{41}$ 3925 (2008).

92. "Effect of Silica Nanoparticles on the Local Segmental Dynamics in Polyvinylacetate", R. Bogoslovov, C.M. Roland, A.R. Ellis, A.M. Randall, and C.G. Robertson, **Macromolecules** $\underline{41}$ 1289 (2008).

93. "Influence of Particle Size and Polymer-Filler Coupling on Viscoelastic Glass Transition of Particle-Reinforced Polymers", C.G. Robertson, C.J. Lin, M. Rackatitis, and C.M. Roland, **Macromolecules** $\underline{41}$ 2727 (2008).

94. "Thermodynamic Scaling of the Diffusion Coefficient in Supercooled Lennard-Jones Liquids", D. Coslovich and C.M. Roland, **J. Phys. Chem. B** $\underline{112}$ 1329 (2008).

95. "The Bulk Modulus and Poisson's Ratio of 'Incompressible' Materials", P.H. Mott, J.R. Dorgan, and C.M. Roland, **J. Sound and Vibration** $\underline{312}$ 572 (2008).

96. "The Role of Hydrogen Bonds in the Supercooled Dynamics of Glass-Forming Liquids at High Pressures", C.M. Roland, R. Casalini, R. Bergman, and J. Mattsson, **Phys. Rev. B** $\underline{77}$ 012201 (2008).

97. "Effect of Hydrostatic Pressure on the Viscoelastic Response of Polyurea", C.M. Roland and R. Casalini, **Polymer** $\underline{48}$ 5747 (2007).

98. "Viscoelastic Effects on the Free Retraction of Rubber", R.B. Bogoslovov and C.M. Roland, **J. Appl. Phys.** $\underline{102}$ 063531 (2007).

99. "Thermodynamic Analysis of the Low Frequency Relaxation Time in the Smectic A and C Phases of a Liquid Crystal", S. Urban, C.M. Roland, J. Czub and K. Skrzypek, **J. Chem. Phys.** $\underline{127}$ 094901 (2007).

100. "Impact Induced Glass Transition in Elastomeric Coatings", R. Bogoslovov, C.M. Roland, and R.M. Gamache, **Appl. Phys. Lett.** $\underline{90}$ 221910 (2007).

101. "Relationship between Non-Exponentiality and Relaxation Time at the Glass Transition", K. Trachenko, C.M. Roland, and R. Casalini, **J. Phys. Chem. B** $\underline{112}$ 5111 (2008).

102. "Dynamics of Polycyclohexylmethacrylate, Neat and in Blends with Poly-α-methylstyrene",

C.M. Roland and R. Casalini, **Macromolecules** 40 3631 (2007).

103. "Kraton D1100 SBS block copolymers", C.M. Roland, in **Polymer Data Handbook**, 2nd edition; (J. E. Mark, Ed.) Oxford University Press, New York, page 233 (2009).

104. "Kraton G SEBS block copolymers", C.M. Roland, in **Polymer Data Handbook**, 2nd edition; (J. E. Mark, Ed.) Oxford University Press, New York, page 227 (2009).

105. "Fragility and the Dynamic Crossover in Lubricants", S. Bair, C.M. Roland, and R. Casalini, **Proc. Inst. Mech. Eng., Part J, J. Eng. Tribology** 221 801 (2007).

106. "Invariance of the Local Segmental Relaxation Dispersion in Polycyclohexylmethacrylate / Poly-α-methylstyrene Blends", C.M. Roland and R. Casalini, **J. Non-Cryst. Solids** 353 3996 (2007).

107. "Pressure-Induced Polymerization of Tetraethylene Glycol Dimethacrylate", K. Kaminski, M. Paluch, J. Ziolo, R. Bogoslovov, and C.M. Roland, **J. Polym. Sci. Polym. Chem. Ed.** 46, 3795 (2008).

108. "Comment on 'Correlation between Isobaric and Isochoric Fragilities and Thermodynamic Scaling Exponent for Glass-Forming Liquids", R. Casalini and C.M. Roland, **Phys. Rev. E** 76 103501 (2007).

109. "An Equation for the Description of Volume and Temperature Dependences of the Dynamics of Supercooled Liquids and Polymer Melts", R. Casalini and C.M. Roland, **J. Non-Cryst. Solids** 353 3936 (2007).

110. "Effect of Chain Connectivity on Fragility and Thermodynamic Scaling in Poly(methylmethacrylate)", R. Casalini, C.M. Roland, and S. Capaccioli, **J. Chem. Phys.** 126 184903 (2007).

111. "The Effect of Structural Arrest on Poisson's Ratio in Nano-Reinforced Elastomers", C.G. Robertson, R. Bogoslovov, and C. M. Roland, **Phys. Rev. E** 75 051403 (2007).

112. "On the Pressure Evolution of Dynamic Properties of Supercooled Liquids", A. Drozd-Rzoska, S.J. Rzoska, and C.M. Roland, **J. Phys. Cond. Mat.** 20 244103 (2008).

113. "Entropy Basis for the Thermodynamic Scaling of the Dynamics of *o*-terphenyl", C.M. Roland and R. Casalini, **J. Phys. Cond. Mat.** 19 205118 (2007).

114. "High Strain Rate Mechanical Behavior of Polyurea" C.M. Roland, J.N. Twigg, Y. Vu, and P.H. Mott, **Polymer** 48 574 (2007).

115. "High Speed Tensile Test Instrument", P.H. Mott, J.N. Twigg, D.F. Roland, H.S. Schrader, J.A. Pathak, and C. M. Roland, **Rev. Sci. Instr.** 78 045105 (2007).

116. "Extrapolating the Viscoelastic Response of Rubber", C.M. Roland in **Current Topics on Elastomer Research**, A. Bhowmick, Ed., CRC Press, Boca Raton, FL, Chapter 24 (2008).

117. "Dielectric Relaxation of α-tocopherol acetate (vitamin E)", K. Kaminski, S. Maslanka, J. Ziolo, M. Paluch, K.J. McGrath, and C.M. Roland, **Phys. Rev. E** 75 011903 (2007).

118. "Thermodynamic Scaling of the Viscosity of van der Waals, H-bonded, and Ionic Liquids", C.M. Roland, S. Bair, and R. Casalini, **J. Chem. Phys.** 125 124508 (2006).

119. "On the Glass Temperature at Extreme Pressures", A. Drozd-Rzoska, S.J. Rzoska, M.

Paluch, A.R. Imre, and C.M. Roland, **J. Chem. Phys.** 126 164504 (2007).

120.   "The Nearly Constant Loss, Johari-Goldstein $\beta$-Relaxation, and $\alpha$-Relaxation of 1,4-Polybutadiene", M.J. Schroeder, K.L. Ngai, and C.M. Roland, **J. Polym. Sci. Phys. Ed.** 45 342 (2007).

121.   "Comment on 'A Molecular Dynamics Simulation Study of Relaxation Processes in the Dynamical Fast Component of Miscible Polymer Blends', K.L. Ngai, S. Capaccioli, and C.M. Roland, **Macromolecules** 39 8543 (2006).

122.   "Effect of Entropy on the Dynamics of Supercooled Liquids: New Results from High Pressure Data", R. Casalini and C.M. Roland, **Philos. Mag.** 87 459 (2007).

123.   "Mechanical Behavior of Rubber at High Rates", C.M. Roland, **Rubber Chem. Technol.** 79 429 (2006).

124.   "Scaling of the Local Dynamics and the Intermolecular Potential", C.M. Roland, J.L. Feldman, and R. Casalini, **J. Non-Cryst. Solids** 352 4895 (2006).

125.   "Isobaric and Isochoric Properties of Decahydroisoquinoline, an Extremely Fragile Glass-Former", R. Casalini, K.J. McGrath, and C.M. Roland, **J. Non-Cryst. Solids** 352 4905 (2006).

126.   "Dynamic Heterogeneity in Polyvinylmethylether/ Poly-2-chlorostyrene Blends", C.M. Roland, K.J. McGrath, and R. Casalini **Macromolecules** 39 3581 (2006).

127.   "Isobaric and Isochoric Properties of Glass-Formers", R. Casalini and C.M. Roland in **Soft Matter Under Exogenic Impacts**, ARW NATO; S.J. Rzoska and V.A. Mazur, Eds.; Kluwer Acad. Publ.: Dordrecht, The Netherlands, p. 137 (2006).

128.   "What can we learn by squeezing a liquid", R. Casalini, S. Capaccioli and C.M. Roland, **J. Phys. Chem. B** 110 11491 (2006).

129.   "Segmental and Chain Dynamics in Polymers", C.M. Roland and R. Casalini in **Soft Matter Under Exogenic Impacts**, ARW NATO; S.J. Rzoska and V.A. Mazur, Eds.; Kluwer Acad. Publ.: Dordrecht, The Netherlands, p. 129 (2006).

130.   "Dispersion of the Structural Relaxation and the Vitrification of Liquids", K.L. Ngai, R. Casalini, S. Capaccioli, M. Paluch, and C.M. Roland, in **Adv. Chem. Phys.**, Vol. 133B; Y.P. Kalmykov, W.T. Coffey, and S.A. Rice, Eds.; Wiley: NY, 2006, chapter 10.

131.   "Volume Effects on the Glass Transition Dynamics", C.M. Roland, K.J. McGrath, and R. Casalini, **J. Non-Cryst. Solids** 352 4910 (2006).

132.   "A Thermodynamic Interpretation of the Scaling of the Dynamics of Supercooled Liquids" R. Casalini, U. Mohanty, and C.M. Roland, **J. Chem. Phys.** 125 014505 (2006).

133.   "Isobaric and Isochoric Fragilities and the Influence of Volume on the Temperature Dependence of Local Segmental Relaxation in Polyvinylethylene Networks", C.M. Roland, D.F. Roland, J. Wang, and R. Casalini, **J. Chem. Phys.** 122 204905 (2005); 129, 179902 (2008).

134.   "Naval and Space Applications of Rubber", C.M. Roland, in **Rubber Technologist's Handbook**, Vol. 2 (J. White, S. De and K. Naskar, Eds.) Rapra Technology: Shrewsbury, United Kingdom, Chapter 5 (2008).

135.   "Recovery of Shear Modified Polybutadiene Solutions", C.M. Roland and C.G. Robertson,

**Rubber Chem. Technol.** <u>79</u>, 267 (2006).

136.   "Enthalpy Relaxation and Fragility in Polychlorinated Biphenyls", C.M. Roland and R. Casalini, **J. Thermal Anal. Calorimetry** <u>83</u> 87 (2006).

## DOCUMENTS AND MATERIALS REVIEWED

In addition to the documents, references, and other materials identified in my report and Appendices A and B, I have reviewed in connection with this report the following depositions and all of the exhibits attached to those depositions:

Gregory Herceg, October 7, 2009

David Hurst, August 21, 2009

Dr. Sheldon Kavesh, November 10, 2009

Jon Lesko, Vols. 1 - 2, October 21 & 22, 2009

Steven Lightsey, Vols. 1 - 2, October 28, 2009, and October 24, 2014

Jan Lodewijk Lindemulder, March 10 & 11, 2010

Kirk Rice, Vols. 1- 5, April 28 & 29, 2010, May 7, 2010, and July 10 & 11, 2014

Frank Schaap, March 11 & 12, 2010

Timothy Swinger, December 10, 2009

Dr. Lori Wagner, Vols. 1-3, July 15 & 16, 2009, and December 17, 2014

# EXHIBIT 7

Response to Honeywell Expert Reports

Produced at the Request of:

United States Department of Justice


United States of America v. Honeywell International Inc.

U.S. v. Honeywell Int'l, 1:08-cv-961 (D.D.C.)


C.M. Roland

*September 27, 2016*

This rebuttal report responds to comments and opinions in the May 2016 reports of Anoush Poursartip (AP), Robert A. Coffelt (RAC), and W. Larry Kenney (WLK), and the Supplemental reports dated 8/10/2016 of Coffelt (RAC2) and Poursartip (AP2). I have color-coded the text.

<u>CONTENTS</u>

1.  ACCELERATED AGING

      a. Validity of method for ballistic materials.                                         Page 3

      b. Role of factors other than heat and humidity.                                 Page 6

      c. Use as a screening tool.                                                              Page 7

      d. Honeywell, Toyobo, and DMS application to PBO and Zylon.            Page 9

      e. Complexity of ballistic vests and the interpretation of aging tests      Page 10

      f. Ballistic materials other than Zylon degrade.                                 Page 11

      g. Appropriateness of conditions of aging tests.                              Page 14

      h. Variability of ballistic testing.                                                   Page 15

      i. T.S. Gates studies of accelerated aging.                                     Page 15

2.  HONEYWELL'S RESPONSE TO DSM WITHDRAWAL OF PBO PRODUCTS FROM MARKET  Page 17

3.  PHYSIOLOGICAL RESPONSE OF VEST WEARER                                             Page 18

4.  IMPLICATIONS OF TEST DATA ON USED VESTS                                           Page 19

5.  LIMBACHER VEST                                                                         Page 22

      a. Vest inspection                                                                    Page 22

      b. Plate inspection                                                                   Page 27

6. MISCELLANEOUS                                                                            Page 29

7.  INTERNAL IN CONSISTENCIES IN HW EXPERT REPORTS                              Page 31

8.  REBUTTAL SUMMARY                                                                     Page 33

9.  REFERENCES                                                                               Page 35

1.  **ACCELERATED AGING**

    a.  **Validity of method for ballistic materials.**

AP (page 3) states: *"there was and is no known correlation between the 'accelerated aging' of ballistic materials, and how those materials would perform …"*

Roland: As I pointed out in my prior report [Roland, 2015, page 17]: *"The fundamental scientific principles that underlie accelerated aging experiments are not dependent on the material being tested; thus, there is no reason that such testing would not be applicable to ballistic materials. Indeed, a number of such studies have been made public. … Accepted scientific principles are not negated when materials are used for ballistic applications. Deterioration and wear are inherent to most materials and amenable to aging tests."*

Note that Honeywell itself employed accelerated aging tests *[HW0005002, HW0005068, HW0005113, HW0344249, HW0026447; HW0118146, HW0026732, AHJX00009079]*: Beginning in 2001, Honeywell carried out accelerated aging tests using temperature as a variable, both with and without humidity control. This testing continued, with analyses and discussions through at least 2004. Honeywell also published Technical Bulletins that described their accelerated data for of ballistic shield materials exposed to heat *[HW0024449]* and to ultraviolet light [*HW0024444*].

AP (page 42): *Currently, and certainly in the early 2000s, there is and was no confidence or validation of any representative and meaningful accelerated aging tests for ballistic armor*

Roland: Honeywell had confidence in accelerated aging tests, which they carried out on Zylon (as well as on other ballistic materials) in the early 2000s and thereafter. Honeywell published their results on aging studies of other products, such as Spectra; however, test data indicating excessive degradation of Zylon were not made available outside the company.

AP (page 44): *"Dr. Roland presents a section on the scientific literature on aging in his Section 1D. I do not believe that the background and examples he has provided are relevant to the problem at hand, where the materials and the environment are much more complex. The literature that I have cited previously in my report is far more relevant to the case at hand."*

Roland: The literature I reviewed encompassed a range of applications of polymers. The literature AP claims is *"far more relevant"* is a report by T.S. Gates and M.A. Grayson[1], never peer-reviewed, on rigid composites in the aerospace industry. Nevertheless, this and a later paper by Gates[2] support my position that accelerated testing is a valid and useful method to evaluate and analyze the chemical degradation of polymeric materials. Gates endorses the method for screening, lifetime prediction, and for the determination of whether and how improvements in a material are needed. (See page 16.)

---

[1] T.S. Gates and M.A. Grayson (1999) 40th AIAA Structures, Dynamics and Materials Conference, St. Louis, MO, AIAA99-1296, p.925-935.

[2] T.S. Gates (2003) Technical Publication, NASA/TP-2003-212407.

*AP (page 93): "Thus in the 1999-2001 timeframe, when Honeywell introduced Zylon Shield, there was, in fact, very little information in the literature to support the suggestion that PBO was particularly sensitive to heat and moisture."*

Roland: Published studies on oxazole chemistry revealed its susceptibility to hydrolysis. Honeywell scientists could access this information and, knowing their PBO fibers had oxazole groups, infer a potential for hydrolytic degradation of Zylon. Moreover, the accelerated aging tests that Honeywell carried out confirmed the problem with hydrolysis of PBO fibers.

*RAC (page 25): "Based on my extensive experience in the body armor industry, I can confidently state that the understanding in the body armor industry is that there is no known correlation between accelerated aging and actual, real-time aging, and that accelerated aging is instead producing results that are highly unlikely to occur in real-life."*

Roland: As noted by RAC, Honeywell used accelerated aging tests on their ballistic materials. Certainly if aging tests produce results *"highly unlikely to occur in real-life"*, the tests conditions could be changed. An unalterable fact – first principles chemistry – is that the macroscopic shape or size of a material does not change the chemistry because chemical reactions (e.g., hydrolysis of the oxazole groups in PBO) occur on the molecular level; that is, chemical reactions at the sub-nanometer level proceed independently of the (billion times larger) size of the "real-life" product. There is no scientific reason to believe that the chemistry of oxazole is affected by the size or shape of a garment made of PBO, or that the occurrence of other effects (e.g., mechanical wear and tear) interfere with the chemistry or preclude the study of it. Therefore, accelerated aging tests remain valid when the tested material is to be used for ballistic applications.

There may be additional difficulties in using accelerated aging tests to make quantitatively accurate lifetime predictions when the application is complex with many extraneous factors. But the most common use of accelerated aging – the screening of materials – remains valid. Accelerated aging tests can be used to ferret out weaknesses that would make a material unsuitable for a given product.

*RAC (page 26): "there is no reliable correlation between exposing ballistic material to high heat and humidity and how those material would perform in real-life conditions."*

Roland: The correlation exists for materials that readily degrade when exposed to humidity and heat, and this accounts for the widespread use of accelerated aging tests on Zylon and PBO fibers. The value that Honeywell placed on accelerated aging tests of ballistic materials is evident from their repeated use in evaluating Zylon and other ballistic materials.

*RAC (page 159): "No amount of chemical or other 'applied research' analysis can answer that question* [if armor will perform as intended] *better than ballistic testing of the actual package."*

Roland: This statement is at odds with the purpose of scientific inquiry and the application of the scientific method. The purpose of "applied research" (more commonly known as basic research) is to isolate aspects and avoid convoluting factors, in order to ascertain mechanisms. Chemical studies of Zylon and PBO fibers reveal a susceptibility to hydrolysis, which causes scission of the polymer chains. The reduction in fiber tensile strength follows directly. This information accounts for the degradation in ballistic performance of vests constructed of Zylon materials.

4

If one were to neglect these investigations of the chemistry, field degradation of the "actual package" could not be addressed. The cause of a problem must be known in order to attempt to fix it.

RAC (page 30): *"CEO of Armor Holdings, testified that Armor Holdings built margins of safety into their vest designs 'to allow the vest to, you know, get through the life of the product.' 9/16/09 S. Croskrey Dep. at 284:12-285:19. In other words, when designing vests, Armor Holdings 'took into consideration a margin of safety that would be required to make sure it lasted for five years.'"*

RAC (page 164): *"Thus, when Armor Holdings designed vests they 'took into consideration a margin of safety that would be required to make sure it lasted for five years.'"*

RAC (page 164): *"Gary Lemanski, for general manager of body armor and then vice president of the armor protective division at Armor Holdings, testified that Armor Holdings designed additional margins of safety above the NIJ standards to account for 'known degradation that could occur' in ballistic materials."*

RAC (page 164): *"that Armor Holdings said its vests had a sufficient margin of safety carries significant weight with me and it undoubtedly carried significant weight with Honeywell as well"*

Roland: It was not possible for Armor Holdings or anyone else to know what margin of safety was required or whether a vest would last five years without accelerated aging tests (or some other data that addressed material longevity). Any experience Armor Holdings and RAC had in predicting lifetimes and the safety margins required for ballistic materials was based on Kevlar, Dyneema, etc. These materials lack the oxazole chemical group, and thus do not have the susceptibility to degradation of Zylon. It is for this reason that aging tests of Zylon were necessary.

And since Armor Holdings did not employ scientists, they were reliant on Honeywell for technical guidance. However, Honeywell never informed them of Zylon's susceptibility to hydrolysis, nor did Honeywell ever advise Armor Holding to increase their safety margin. In a memo dated 1/10/2003, Honeywell recommended that every page of accelerated aging data on Z Shield be marked "*Honeywell confidential" [HW0004728]*. There is no record of Honeywell sharing their test results with Armor Holdings after this date.

RAC (page 167): *"DOJ's experts point to Body Armor Safety Initiative testing, the Limbacher incident, and accelerated aging, but I have demonstrated in this report that that testing was flawed and does not support DOJ's conclusions."*

Roland: There is no factual basis to believe that <u>all testing</u> must be discounted, even accelerated aging tests carried out by different companies <u>including Honeywell</u>. These tests have not been shown to be flawed.

WLK (page 17): *"such extrapolation of physical results"*

Roland: The usual extrapolation of accelerated aging data is via the Arrhenius equation, which is only valid for <u>chemical reactions</u> (not physical effects). An example of physical effects would be cold temperature making the vest material stiffer, a condition that reverses when the temperature warms. Such effects that are not addressed by an Arrhenius analysis. The derivation of the Arrhenius equation involves consideration of (i) the amount of energy required for a chemical reaction to occur and (ii) the fraction of molecules that have this amount. The oxazole group in the polymer comprising Zylon chemically reacts with oxygen; this reaction is accelerated by (i) temperature, which governs the amount of energy the

molecules have and (ii) humidity, since this determines the quantity of water molecules available for reaction. A chemical effect like hydrolysis is irreversible; once Zylon reacts with water, the degraded condition is permanent.

WLK (page 17): *"Accelerated aging tests are based on extrapolation of physical effects"*

Roland: This is incorrect; the aging tests described in the various reports of mine and Honeywell measure the rate and extent of a <u>chemical process</u> – the hydrolysis of the PBO molecules. Chemical processes are fundamentally different than physical effects; it is not possible to understand accelerated aging analyses without understanding this.[3]

   **b.   Role of factors other than heat and humidity.**

On page 5 AP states: *"environmental degradation per se cannot explain the Zylon loss of performance, and that mechanical loading is a key contributor to degradation."*

Roland: As stated in my report of Nov 2015 (page 11):

> *"If there are additional factors that affect the service life of a product that are not addressed by the testing (for example, wear and tear of garments may be distinct from chemical deterioration of the garment material), the aging analysis is still valid, but the predicted durability may be an overestimate; that is, environmental factors unaccounted for in testing may further reduce the service life."*

AP (pages 83-86) discusses the role of mechanical stresses, particularly bending or folding, on the durability of PBO.

Roland: Fibers need to have high stiffness and strength in order to function in ballistic applications. Regarding this stiffness, the strongest polymers have extended chain structures: Kevlar and PBO are rigid rod polymers that have an extended molecular structure; Spectra and Dyneema, while flexible chain polymers, are crystallized under special conditions to yield extended chain structures. Rigid, extended polymer molecules inherently lack strength in the transverse direction, and are thus susceptible to breakage and property loss when subjected to flexing or bending. This is a drawback inherent to the use of stiff fibers.

However, since this weakness is not unique to Zylon, deterioration due to mechanical stresses affects the durability of all ballistic materials and complicates assessment of their expected durability. What is unique about PBO is the degree of its susceptibility to hydrolysis. The issue of mechanical degradation does not obviate the requirement of addressing chemical degradation.

AP (page 91): *"Dr. Lesser and Dr. Roland are incorrect in assuming that accelerated aging techniques can be applied simply to any composite material; that is fundamentally inaccurate."*

Roland: The application of well-established methods based on scientific principles is standard practice. Accepted procedures for carrying out technical investigations do not become null and void when materials are in the form of a ballistic vest. There is no support in the technical literature for asserting that

---

[3] The various statements of WLK reveal a complete lack of familiarity with accelerated aging methods and at best a limited understanding of chemical reactions. The opinions of WLK on accelerated aging tests are based on faulty information and a misunderstanding of: (i) how the tests are carried out; (ii) the nature of the processes probed by the tests; and (iii) the scientific basis for interpretation of the accelerated aging test results.

accelerated aging techniques are inaccurate for ballistic materials. There is no fundamental difference between ballistic materials and the many other industrial products to which accelerated aging is applied. Accelerated aging tests are used broadly for materials, specifically for polymers, in diverse applications and industries. Indeed, accelerated aging tests were applied to Zylon by Honeywell.

**c.  Use as a screening tool.**

Roland: The Arrhenius equation may not always accurately describe aging data [4], and its application is for the purpose of lifetime predictions. However, not all accelerated aging results are analyzed using the Arrhenius equation. The determination that PBO and Zylon materials are highly susceptible to hydrolysis and strength loss does not require use of the Arrhenius equation. This susceptibility is made evident from the loss of fiber strength and decrease of ballistic V50 when the materials are exposed to heat and humidity.

*AP (page 41): "Even today, our ability to predict aging and durability for composites is limited and not particularly advanced in the meantime."*

Roland: The value of accelerated aging tests is not limited to predictions of a product's service life. Such tests are commonly used as a screening tool to reveal weaknesses or susceptibility to degradation, and in this manner are invaluable in avoiding materials that are inherently poor or at least inappropriate for a given application.

*AP (page 43): "…it is not scientific to promote a screening test when there is no validated and convincing evidence that the screening test provides meaningful results. The multiplicity and interactions of the mechanisms makes screening a very difficult proposition, and there was not then, nor now, a validated methodology."*

Roland:  The oxazole group in PBO reacts with water, resulting in scission of the molecule; the consequent loss of fiber strength follows directly. Aging tests demonstrated unambiguously Zylon's susceptibility to hydrolytic degradation.

Honeywell exhibited confidence in accelerated aging tests to screen materials; for example:

(i)  Beginning in 2002, Honeywell carried out such testing to screen a Russian aramid fiber for its suitability for use in their ballistic vests [*HW0025585 – HW25613; HW00406792*]. These studies measured the strength and other mechanical properties retained after aging for up to 4 weeks at 90°C (194°F) and 70% relative humidity. These accelerated aging tests were carried out simultaneously with their own Zylon fibers as a control. From the test results, Honeywell concluded that *"Russian fibers show severe aging (similar to Zylon fibers)."* [*HW0025101*]. Honeywell decided not to pursue the use of the Russian material until its aging performance could be improved.

(ii)  Honeywell used accelerated aging tests to evaluate products being developed (Mega Flex and Zebra Flex) that combined Zylon and aramid fibers [*HW0026737*]. Based on the results of these

---

[4] If the Arrhenius equation applies to results of a test, a plot of the logarithm of the measured property (e.g., tenacity) versus the reciprocal of the test temperature will be a straight line. Deviations of such a plot from linearity indicates deviation of the aging response from Arrhenius behavior, making predictions based on the method less accurate. Accelerated aging test results can still be used for screening purposes and to identify material susceptibilities.

screening tests, Honeywell elected not to commercialize Mega Flex or Zebra Flex [L. Wagner deposition, 7/16/09, page 327].

(iii) Honeywell employed accelerated aging as a screening test in developing a new version of Zylon prepared using a hydrophobic resin *[HW00402224, HW00406941]*. When the material exhibited better performance in accelerated aging tests than the marketed version of Zylon (which used a hydrophilic resin), Honeywell filed a patent application for the new product.

**AP (page 96):** *"Importantly, even if the accelerated aging data had some relevance to actual use conditions, the data demonstrated that any drop in performance could be designed around or accounted for in a vest construction."*

Roland: In this statement AP is advocating aging tests as a screening tool. And Honeywell did indeed "design around" the drop in performance of Zylon demonstrated in their testing – they developed a method of using a hydrophobic resin that yielded improved resistance to hydrolytic degradation [HW00402204].

**RAC (page):** *"there is no reliable correlation between the accelerated aging of ballistic materials and how body armor would actually perform in real-life conditions. In other words, it is not known whether subjecting a material to, for example, 2 weeks at the extreme condition of 70°C / 80% RH, or 12 weeks at the extreme condition of 40°C / 70% RH, provides any predictive value as to how that material (or a vest construction containing that material) would perform under expected conditions of use."*

Roland: The value of accelerated aging tests applied to polymeric materials is well-established. As stated by scientists with the Goodyear Tire & Rubber Co.[5]

> *"The importance of long-term prolonged endurance testing and the quality of the results obtained, therefore cannot be denied. ... an Arrhenius treatment of the data can be used to predict polymer life-time at lower temperature."*

Goodyear manufactures tires, industrial hoses, and other elastomeric composites that are more complex than ballistic vests. Nevertheless, as this quote from a Goodyear scientist makes clear, this complexity does not deter the company from utilizing accelerated aging tests in developing products. The point is that the principles of chemistry underlying accelerated aging methods remain valid. Thus, if the polymer is a fiber such as PBO or the material is in the physical form of a vest such as Z Shield, accelerated aging tests are informative, and it was for this reason that Honeywell engaged in accelerated aging of their Zylon materials.

The purpose of the accelerated aging is to determine if a susceptibility to degradation exists and, if so, how the rate and extent of degradation compares to those of other materials used in the same application. Without accelerated aging tests, there is <u>no</u> assessment of aging behavior.

**RAC (page 29):** *"Even at the extreme and unrealistic conditions of 40C / 70% RH, Z Shield was only degrading on the order of 15% ..."*

Roland: Other accelerated aging tests of Honeywell showed greater losses; e.g., 30% loss of fiber tenacity *[HW0025101]*.

---

[5] J.A. Kuczkowski and D.E. Miller (1989), Rubber Division National Meeting, Paper No. F, Detroit, MI.

Accelerated aging tests are not necessarily intended to predict service lifetimes or degrees of degradation; they can reveal susceptibilities in a material that have to be quantified and addressed. In the case of Zylon, the susceptibility was to humidity and heat.

### d. Honeywell, Toyobo, and DMS application to PBO and Zylon.

AP (page 44): *"Honeywell did not believe that the DSM tests were relevant to real world performance, as they were performed at 70 °C and 90 °C."*

Roland: This statement is belied by Honeywell having carried out aging tests on Zylon and Z Shield at these same temperatures [Figures 13 and 15 in Roland, 2015]. The omission from Honeywell technical bulletins of their own test data indicating deterioration in properties was a marketing decision; it was not omitted on the recommendation of Honeywell technical experts.

RAC (page 24): *"Finally, based on my knowledge and experience in the industry, I am not aware of material suppliers and body armor manufacturers having the equipment necessary to conduct this type of testing (and this equipment can also be very expensive to purchase, maintain, and calibrate)."*

Roland: Testing materials at elevated temperatures requires an oven; testing under elevated humidity requires an oven with humidity control. Such equipment is common in laboratories. Honeywell had such equipment, as evidenced by the elevated temperature, controlled humidity experiments they carried out *[HW0026446, HW0026730, HW0004974, HW0008579, etc.].*

I have worked in laboratories for approximately 40 years. I can state with certainty that among the instrumentation found in labs, ovens are among the <u>least expensive</u> to purchase, maintain, and calibrate.

RAC (page 28): *"Honeywell learned about a potential issue with one of its products. Rather than do nothing, Honeywell conducted testing …"*

Roland: Honeywell indeed carried out extensive accelerated aging tests on their Zylon materials *[HW0005002, HW0005068, HW0005113, HW0344249, HW0026447; HW0118146, HW0026732, AHJX00009079].* In 2001 Honeywell scientist L. Wagner analyzed their accelerated aging data and concluded:

> *"The Z Shield exhibited significant drop in V50 retention after both 2 and 4 weeks (13% and 17% respectively). … Continue with testing and begin a longer term continuous testing protocol."* [6]

In this same correspondence, Wagner took the position [emphasis added]:

> *"At this time, it appears extreme conditions as demonstrated in this testing are significantly detrimental to the Z Shield performance <u>to warrant an statement issued to the effect that prolonged exposure to high heat and humidity will compromise vest performance.</u>"* [6]

However, Honeywell (and their experts) subsequently adopted a different position, to criticize the test parameters (which Honeywell had chosen!) and the test methodology (Honeywell's own!). Honeywell did not react to the test results by improving Z Shield or keeping it off the market place; their reaction was <u>in spite of the test results</u>.

---

[6] L. Wagner, email dated 9/25/2001 [HW0002297].

However, when Honeywell's accelerated aging tests of other products (e.g., a Russian aramid fiber [HW0025101] or Mega Flex or Zebra Flex [L. Wagner deposition, 7/16/09, page 327]) indicated degradation problems, they accepted the results, using them as a basis to not pursue further development of these materials.

**e. Complexity of ballistic vests and the interpretation of aging tests.**

On page 42 AP states that *"as complexity increases, for example, the behavior of interest straddles the glass transition temperature, then a simple Arrhenius fit may not be adequate …"*

Roland: This statement is inapplicable because rigid rod polymers such as PBO and Kevlar do not show a glass transition; moreover, the glass transition is a physical process, whereas hydrolysis is a chemical reaction. The Arrhenius equation applies to chemical processes, and its use is for lifetime predictions. The Arrhenius equation is not necessary for screening or to identify product weaknesses.

AP (page 85): *"Also not considered is the effect of stitching on the mechanical properties of the fibers and yarns."*

On pages 8 and 9, RAC comments on the various components and design variables underlying construction of a ballistic vest. The implication is that because Zylon is only one aspect of a vest, the performance of the vest cannot be ascribed to the condition of the Zylon.

Roland: Actually, ballistic vests have a minimal number of components, and compared to other technologies they are not especially complex. The key element is the pad, from which the resistance to ballistic penetration is derived. Other components, such as the cover (carrier) and the stitching, have at most a secondary role on ballistic performance.

An example of accelerated aging tests on a product far more complicated than ballistic vests is automobile tires. Automobile tires consist of dozens of different materials and are arguably *"the single most complex component of your car"*.[7] Such complexity does not preclude use of accelerated aging tests on tire components as a screening tool and to assess durability.

Another example of accelerated aging tests is to study degradation of the nylon polymer in parachutes, which are more complex than ballistic vests. Nylon is used in multiple components of the parachute - ribbons, reefing lines, suspension lines, vent bands, and skirt bands. Moreover, the nylon undergoes both hydrolytic and oxidative degradation. Nevertheless, analysis of laboratory accelerated aging tests using the Arrhenius equation enabled service life predictions in good accord with long-term (38 year) aging of parachutes from the field.[8]

The various design factors (number of layers, orientation) of a ballistic vest are chosen in consideration of the properties of the pad. If the latter changes during service (e.g., due to hydrolytic degradation of the polymer comprising the pad), the design factors originally chosen may no longer be optimal. Nevertheless, the culprit in poor vest performance is the ballistic pad. An inferior pad (for example composed of nylon rather than Kevlar) or a pad that rapidly degrades over time (i.e., Zylon) will not perform at an optimal level, regardless of the quality of design factors such as the cover, stitching, lamination, etc.

---

[7] D. Simanaitis, *Road and Track*, August 2012. (www.roadandtrack.com/new-cars/car-technology/news/a18296/anatomy-of-a-tire-1/)

[8] R. Bernstein and K.T. Gillen, Polymer Degradation and Stability (2010) 95, 1471.

10

f. **Ballistic materials other than Zylon degrade.**

AP (page 5): *"testing … did not demonstrate that vests containing Zylon and Z Shield were unsuitable. This fiber testing only isolated hydrolysis as a degradation mechanism (a mechanism that degrades Kevlar as well)."*

Roland: Although it can be stated that not only Zylon, but also Kevlar, polyethylene, etc. degrade, such statements are misleading because the <u>degree of susceptibility to degradation</u> is the crucial factor. Note that illustrating the susceptibility of Kevlar fiber to hydrolysis required its manufacturer to use exposure conditions of 280°F and 100% RH, yielding strength losses of 16% or less.[9] This compares to the much greater strength loss of PBO fibers after exposure to lower temperatures (120°F) and lower humidity (60% RH) [ see Figure 7; Roland 2015].

Implying an equivalence to Zylon by stating that Kevlar also degrades is analogous to stating that both cyanide and table salt are toxins. The lethal dose (LD50) of sodium cyanide is 6 mg/kg, whereas lethality for salt requires 500 times higher amounts (3,000 mg/kg); their relative potencies belie any equivalence.

AP (page 7) states: *"Zylon fiber … had a chemistry similar to Kevlar".*

Roland: This is incorrect; the key chemical aspect of Zylon is the oxazole moiety



in the PBO repeat unit



As described on page 12 of my 2015 report, it is this oxazole group that readily reacts with water (a process called hydrolysis).[10]

Kevlar is poly(*p*-phenylene terephthalamide), which has the repeat unit structure



There is no oxazole structure in Kevlar. This and other differences in chemical structure, and thus chemical reactivity, between Zylon and Kevlar are obvious.

---

[9] Kevlar Technical Information, H-89934 Rev. 2/01; page 5 (Du Pont). www2.dupont.com/Personal_Protection/en_GB/assets/PDF/Automotive/Technical%20Guide%20for%20Kevlar%C2%AE%20in%20Mechanical%20Rubber%20Goods.pdf

[10] H.G. Bray, R.C. Clowes and W.V. Thorpe (1952), *Biochemistry Journal* 51, 70.  P.F. Jackson, K.J. Morgan, and A.M. Turner (1972), *J. Chem. Soc. Perkin Trans. II* 11, 1582.

AP (page 34) suggests an equivalence in the susceptibility of Zylon and Kevlar to degradation: *"aramid (Kevlar or Twaron) degradation is comparable, although slower than PBO (Zylon) degradation"*. [emphasis added]

Roland: The <u>rate of degradation</u> is the key parameter. To illustrate, 316 Stainless Steel corrodes in sea water; however, the rate of its corrosion is more than 400 times slower than that of carbon steel. Hence, the term "Stainless Steel" for the material, and preference for its use over carbon steel when corrosion is a concern.

AP (page 36) uses Figure 1 to illustrate the degradation of Kevlar when fully immersed in water.

Roland: This corresponds to 100% RH at temperatures as high as 194°F. Honeywell's testing of Zylon showed degradation at 70% RH at 104F° (see Figures 12, 14, and 16 in my 2015 report).

Note that the effect of water on Kevlar is primarily physical – wet fibers slide past one another more easily, thereby offering less resistance to ballistic penetration. This means that the effect of water is reversible; Kevlar ballistic garments recover from humidity exposure because: *"The tensile properties of Kevlar are virtually unaffected by moisture contents."* [11] Very hot water or steam is required to effect chemical change (hydrolysis) of Kevlar.[9]

The effect of water on PBO is completely different. PBO readily hydrolyzes, and this degradation of Zylon is irreversible.

AP (page 36): *"… I reiterate that the mere fact that Zylon degrades is not a reason, in and of itself, to disqualify the material from use in body armor."*

Roland: It is the fact that Zylon degrades at a faster rate and to a greater extent than Kevlar and other ballistic materials that disqualifies its use in body armor. This is made clear from the abundant accelerated aging data, much reproduced in my 2015 report.

AP (page 39): *"Based on the above* [DuPont reports on Kevlar]*, any reasonable scientist or engineer reading these documents would suppose that the safety margins built in to a vest design, between compliance V50, NIJ max reference velocity, and street threat velocity would be there to primarily allow for aging in the field."*

Roland: The fact that DuPont characterized the aging behavior of their products and accounted for any expected deterioration in their design confirms that these are part of an accepted approach for ballistic products. DuPont's approach also emphasizes the problem with Honeywell's discounting accelerated aging test results and neglecting to build in safety margins for their Zylon products.

AP (page 44): *"Dr. Roland does not mention that Kevlar fiber also shows strength and strain-to-failure reduction …"*

Roland: This is incorrect; figures 3 and 4 of my 2015 report show strength reductions for Kevlar fiber.[12] However, for any given temperature and humidity, the rate of degradation of Kevlar is much slower than

---

[11] Technical Guide Kevlar Aramid Fiber, H-77848 4/00; page II-6 (Du Pont). www.dupont.co.uk/content/dam/dupont/products-and-services/fabrics-fibers-and-nonwovens/fibers/documents/Kevlar%C2%AE%20Technical%20Guide.pdf

[12] Strain-to-failure refers to the extent of stretching required to cause fiber breakage, whereas as strength is the value of the mechanical stress required to attain this strain.

that of PBO (so much so that the temperatures used in tests on PBO are too low to sufficiently accelerate the aging of Kevlar).

AP (page 45): *"The key issue is not that Zylon degrades more than Kevlar."*

Roland: No, the key issue is that tests consistently showed that PBO, Zylon, and Z Shield degrade more (and more rapidly) than Kevlar or other ballistic materials, leading to unacceptable performance in the field. Armor Holdings could not design around this weakness of Zylon because Honeywell did not inform them of the material's susceptibility to hydrolytic degradation.  (Altering the design might entail using more Zylon material, which would forfeit its weight advantage and also raise costs.)

AP (page 45): *"The rate of degradation of Zylon might be higher but it levels off to a manageable and broadly measurable value. As long as that is allowed for, and it still leads to a vest that is better (as determined by the user community) then that is an acceptable engineering approach."*

Roland: I agree that a degraded level of performance is acceptable, provided it "is allowed for". I have seen no evidence that Honeywell took into consideration the degradation of Zylon; they did not publish the properties of Zylon after the expected degradation in their technical bulletins or advertising. After January 2003 Honeywell gave no more test data to Armor Holdings. Not knowing the rate at which Zylon was degrading, it was not possible for Armor Holdings to allow for it.

AP is correct that in some test data *"the rate of degradation of Zylon … levels off"*. This means that the degradation and consequent loss of properties continues unabated, but at a constant rate. The continued degradation is consistent with the fact that, even in an advanced state of degradation, Zylon still has a multitude of oxazole chemical units that will continue to react with water.

AP is incorrect in implying that a leveling off to a constant rate of degradation was always observed for Zylon. Below is a figure showing Honeywell accelerated aging test data on Zylon and on an aramid fiber being evaluated as a potential ballistic material. The degradation rates are indicated on the graph, where it can be seen that initially Zylon degrades 1.6 times faster than the aramid. However, as the aging continues, the <u>rate of degradation of Zylon increases</u> (AP's assertion to the contrary), while that of the aramid decreases. Thus, at longer aging times Zylon is degrading more than six times faster than the aramid. (Note that based on these test data, Honeywell decided not to pursue commercialization of the aramid, while the worse-performing Zylon continued as a Honeywell product [HW0025101]).

13



AP (page 78) describes efforts to make Kevlar vests waterproof.

Roland: Honeywell, in effect, attempted to make Zylon "waterproof" by using a hydrophobic resin in the manufacture of ballistic fabric [HW00402204]. This effort demonstrates Honeywell's recognition of Zylon's susceptibility to hydrolysis when a hydrophilic resin was used (as was the case for all commercially available Zylon).

*RAC (page 14): "used armor will not necessarily perform at the NIJ certification level for new vests throughout its entire lifetime"*

Roland: The relevant issue is the rate at which Zylon-based vests deteriorate. All testing showed clearly that Zylon degraded much faster than other ballistic materials. Such a rate of property loss means that acceptable ballistic performance will not be maintained over the typical five year lifetime.

*RAC (page 29): "The fact that a ballistic material can degrade is thus no reason at all to conclude that the material cannot be used safely in body armor. By that logic, aramid and polyethylene should also not be used in body armor."*

Roland: Of course all materials degrade – the issue is the <u>rate and degree of degradation</u>. In these respects Zylon was significantly inferior to aramid and polyethylene.

*RAC (page 153) attempts to argue that the results for used Kevlar vests somehow undermine the fact that Zylon vests are showing significant degradation in the field.*

Roland: However, the results admit no interpretation other than that aging is worse for Zylon than for Kevlar (even with the few Kevlar vests tested) ; to wit,

→ If backface deformation is considered: 50% of Kevlar vests failed; 93% of Zylon vests failed.

→ If backface deformation is ignored: 33% of Kevlar vests failed; 43% of Zylon vests failed.

**g. Appropriateness of conditions of aging tests.**

*AP (page 44): "environmental conditions dictate that these two parameters [high temperature and high relative humidity] are normally out of phase."*

14

Roland: The implication is that testing at elevated temperature and humidity does not reflect reality. This is incorrect; for example, elevated temperature induces perspiring in the vest wearer, which elevates the humidity in the vicinity of the vest.

RAC (page 167): *"There was no reason to believe that Honeywell's high heat and humidity data mimicked real life."*

Roland: Honeywell was carrying out accelerated aging tests. The conditions of the test were designed not to mimic real life, but to accelerate the aging process, in order for it to be studied. What is "mimicked" in the tests is the chemical reaction (hydrolysis) that causes the degradation of properties.

RAC (page 167): *"There is no reason to expect that this level of environmental degradation would occur over the lifetime of the vest due to exposure to heat and humidity."*

RAC provides no scientific basis for this expectation; to wit:

- o There is no analysis of the reaction kinetics of oxazole hydrolysis.
- o The activation energy for oxazole hydrolysis is not used to extrapolate the test parameters to field conditions.
- o There is no quantifying of the degree of PBO chain scission in fielded vests for comparison to the levels in the test materials.
- o There is no effort to obtain an integrated humidity and temperature history for vests in service.

WLK (page 17): *"Temperatures for which the vests are exposed in accelerated aging testing far exceed published microclimate temperatures".*

Roland: Of course, since temperature, along with humidity, is used to accelerate the test.

WLK (page 17): *"Constant exposure to liquid water for prolonged periods of time"*

Roland: Statements such as this reveal an ignorance of accelerated aging test methods.[3] The water exposure is a parameter controlled by the level of humidity. Although uncommon, a relative humidity of 100% (liquid water exposure) could be used, but WLK does not understand that the choices of temperature and humidity are part of the design of an accelerated aging test.

**h. Variability of ballistic testing.**

On pages 32-33 AP discusses the variability of ballistic testing, quoting Cunniff.

Roland: Such variability may be significant when evaluating a given set of test results. However, testing has been carried out by various entities (Toyobo, DSM, Honeywell, etc.) on PBO materials including fibers, Zylon, and vests, and the test results consistently reveal a susceptibility to hydrolytic degradation; thus, the issue of variability becomes moot. The consistent decrease in strength and V50 of PBO materials cannot be ascribed to random variability.

The fact that the mechanism of degradation can be identified, hydrolytic scission of the oxazole group, firms up the conclusion that PBO based materials degrade excessively when exposed to humidity and heat.

**i. T.S. Gates studies of accelerated aging.[1,2]**

Roland: The following quotes, which support my views on accelerated aging [Roland, 2015], are from the more recent[2] of the two papers of Gates cited by AP:

[page 1] *"accelerated testing for material characterization of advanced polymer matrix composites is discussed. The experimental and analytical methods provided should be viewed as a set of tools useful in the screening of material systems for long-term engineering properties in aerospace applications. Consideration is given to long-term exposure in extreme environments that include elevated temperature … moisture"*

[page 4] *"… accelerated test methods for aging are needed to provide guidance for materials development, and to screen materials, or accurately assess aging tendencies of new and candidate materials."*

[page 5] *"Accelerated aging is defined as the process or processes required to accelerate a specific critical degradation mechanism or mechanisms relative to a baseline aging condition; thereby resulting in the material reaching the same aged end-state as a real-time aged material, but in less time."*

[page 5] *"accelerated aging may reduce the expense and time involved by significantly narrowing or screening the field of acceptable candidate materials"*

[page 5] *"In addition to materials screening, accelerated testing may help determine residual service life of existing structures and suggest directions for product improvements."*

[page 6] *"The effects of these degradation factors are then translated down to the microscopic / molecular level where a specific molecular mechanism affects change in the polymer network or chain."*

[page 9] *"Chemical degradation mechanisms include thermo-oxidative, thermal, and hydrolytic aging."*

[page 20] *"The suggested procedure is as follows … Choose an environmental degradation factor for aging (e.g., elevated temperature, moisture, etc.)"*

Gates discusses other aspects of material deterioration, such as physical aging and mechanical degradation (matrix cracking, delamination, fiber failure, solvent evaporation), that are not chemical effects and not relevant to the primary mechanism underlying degradation of Zylon – hydrolysis of the oxazole moiety in the PBO repeat unit comprising the material. But concerning chemical degradation, Gates endorses accelerated aging tests as a screening tool and to predict the long-term durability of materials.

Beginning on page 39 AP describes accelerated aging tests on aerospace materials reported in a NASA paper by Gates[1], which in AP's opinion is *"methodology that is presented can be thought of 'as best in class'"*.

Roland: No reasons are given why this particular paper represents 'best in class'. The paper is from a conference and was never peer-reviewed. Given the many papers in peer-reviewed, archival journals on the topic of accelerated aging of polymers (many cited in my 2015 report), elevating this particular paper is cherry-picking; i.e., selecting it to confirm a particular position, while ignoring more pertinent papers that contradict that position.

Nevertheless, the papers of Gates on the chemical aspects of accelerated aging tests completely support the opinions expressed in my report of 2015. He describes the application of accelerated aging tests to characterize chemical degradation, and remarks on the value of such testing for screening, lifetime prediction, and to indicate how a material must be improved.

Since Gates is concerned with rigid composites, he also discusses issues pertinent to physical processes (the glass transition, the WLF equation, etc.), but unrelated to the chemical degradation.

*AP (page 40): "Although the whole aim of the Gates papers is to set the scene for the use of accelerated aging tests, the key points he makes is that we are currently in a testing dominated world, and the idea that it can all be predicted simply, using simple kinetics type equations based on Arrhenius are at best hopeful."*

Roland: Gates <u>endorses accelerated aging tests</u> to characterize <u>chemical degradation</u>. And if sufficient concerns exist about use of the Arrhenius equation, one can eschew lifetime predictions, and use the accelerated aging test results for screening and to indicate potential material weaknesses.

## 2.   HONEYWELL'S RESPONSE TO DSM WITHDRAWAL OF PBO PRODUCTS FROM MARKET.

AP (page 94): In describing the actions of DSM (termination of their PBO product line after testing reveal the susceptibility to strength loss), AP refers to *"extreme conditions"* used by DSM in their tests.

Roland: But it was DSM's product, and it was costly for them to terminate production. Any bias on their part would have led to overly mild test conditions and a decision to continue producing PBO ballistic materials. But DSM chose test conditions they believed to be relevant to providing information about the aging behavior of their PBO-based materials. When the test data indicated clearly that the polymer was unusually susceptible to hydrolytic degradation, they ceased marketing the product.

Subsequently, Honeywell duplicated the conditions used by DSM in carrying out their own accelerated aging tests on Zylon, and the test results similarly indicated hydrolytic degradation. Honeywell then did more accelerated aging tests, but at reduced temperatures and humidity; their material still degraded despite the milder test conditions.

AP (page 94) quotes L. Wagner of Honeywell: "*There were communications inside of Honeywell to be able to start our own work associated with it* [DSM's FAX stating that use of Z Shield was not justified]. *And we launched a significant amount of testing regarding the alert that we received.*"

Roland: This testing of Honeywell confirmed the results from DSM that Z Shield was susceptible to hydrolytic degradation. Honeywell's ultimate reaction to their own test data was to assert that the test conditions were inappropriately severe. However, Honeywell chose these conditions and had the option of modifying them in order to carry out tests they might deem more appropriate. What was not a defensible course of action was to ignore the results and resume selling the product without addressing Z Shield's now well-established weakness.

AP (page 95): "*Honeywell resumed sales of Z Shield in 2002 … That decision to resume sales was reasonable and again based on sound engineering judgment and proper understanding of composite ballistic materials.*"

Roland: Honeywell's internal testing demonstrated that heat and humidity caused degradation of Zylon's ballistic properties. Rather than exercising sound judgment, Honeywell chose to ignore the test results and resume sales despite the abundant evidence of the product's weakness.

Moreover, their decision to return to market was not on technical grounds, but rather based on the ability of FMS to provide them with acceptable product. Honeywell ceased sales when material was no longer available from DSM and resumed sales when FMS became their supplier. There is no internal document stating that the product was deemed safe and sales could resume. There was no evidence that the decisions to halt and then resume sales was based on test data, rather than being driven by product availability. Honeywell's reaction to their test results revealing Zylon's susceptibility to degradation was to designate the data *"Honeywell confidential"* [HW0004728] and to insist that Armor Holdings provide liability waivers.

On page 2 RAC states that Honeywell conducted *"extensive internal testing"* on their Zylon based materials.

Roland: Testing per se benefits no one, certainly not the end-user. If Honeywell did not act on the test results, they serve no purpose. Honeywell's reaction to the evidence of aging and hydrolytic degradation was to file a Patent Application for technology to address the degradation problem; however, they did not upgrade their marketed Zylon products. Nor did Honeywell inform Armor Holding of the data in the Patent Application showing clearly that Z Shield had degradation problems.

RAC (page 29): *"Based on the customs and practices of the body armor industry, Honeywell reasonably concluded in early 2002 that Z Shield could be put back on the market. Honeywell reasonably concluded that Z Shield could be safely used in body armor"*

Roland: Since Honeywell's testing indicated significant reduction in properties and performance when Zylon was exposed to humidity and heat, there were no test results that would led to a decision to put Z Shield back on the market. Their reaction was <u>in spite of</u> the test results, not in accord with them.

RAC (page 29): *"Honeywell reasonably believed that the accelerated aging testing was not replicating real-life aging."*

Roland: Assuming for argument's sake this is true, then Honeywell could have chosen different test conditions, since Honeywell designed the tests and chose the test parameters.

## 3.   PHYSIOLOGICAL RESPONSE OF VEST WEARER

WLK (page 18): *"such conditions* [of heat and humidity] *are certainly non-physiological and would never be experienced in a real-life scenario involving a human being wearing a ballistic vest."*

Roland: The conditions of accelerated aging tests are more severe than expected during service, in order to accelerate the aging.

On page 18 WLK points out that the 90 – 100% relative humidity used in fiber tests by Griefahn et al. are not equivalent to conditions the fibers would see in actual service.

Roland: Of course not, since Griefahn et al. were carrying out laboratory tests, in the same manner as the tests subjecting PBO materials to elevated humidity levels. Accelerated tests accelerate the chemical

hydrolysis <u>by elevating temperature and humidity levels</u>. This is common to all such testing. To restate the idea behind the accelerated aging method [Roland, 2015, page 9]:

> "the degradation process is accelerated by carrying out the aging at elevated temperature, although additional factors (e.g., oxygen or a humid environment) can be introduced. The objective is to predict the property deterioration expected for long-time, lower-temperature exposure from extrapolation of short-time, high-temperature degradation during lab testing. In this manner, over a feasible time scale (e.g., a few weeks), deterioration can be induced and quantified, in order to predict service lifetimes."

## 4.   IMPLICATIONS OF TEST DATA ON USED VESTS

On pages 60-62, AP carries out an *"equivalent 0101.04 conditioned velocity"* calculation.

Roland: This analysis has no scientific basis. AP's assumption of linear relationships (*"proportional reduction in requirement"*) is ad hoc. There is no reason to assume one quantity is simply proportional to the other; some other (equally unfounded) assumption could be made, which would lead to different results and conclusions. Accordingly, his "updating" of the data in Tables 4 and 5, whereby he retroactively eliminates some results in order to reach a conclusion opposite to that of the NIJ 3rd Status Report, is without merit.

AP (page 64): *"The used vest testing thus does not show that AHI vests with Z Shield were degrading unacceptably, but rather that they were degrading at permissible levels by current standards."*

Roland: This statement is at odds with the earlier (repeated) statements that one cannot account for field conditions, implying permissible levels of degradation would be unascertainable. AP suggests that the degradation was "at permissible levels", without defining what was permissible, or explaining what the "current standards" might be.

On page 65 AP correctly points out that the "percent decline" column in Table 10 of Appendix B of NIJ 3rd Report is misleading; thus, it should be ignored.

Roland: Instead the focus should be on the "V50 Diff" column. This column indicates that of the 13 vests, 11 showed a decrease in V50 below the original value required for compliance; the decrement is as large as 290 ft/s (19%).

AP (page 65): *"I also note that the juxtaposition of the tensile strength data next to the V50 percent decline column also further encourages the reader to associate the V50 performance drop, as defined, with the tensile strength reduction."*

Roland: The tensile strength reduction data should be included because it is the fiber property change engendering the degradation of Z Shield vests. This is seen if one plots the loss of tensile strength versus the difference between the compliance and tested V50 values. As seen in the graph below, the deterioration of fiber strength shows correlation with the deterioration of V50. (Ignoring the initial four points that have V50 differences of less than 100 fps, the Pearson correlation coefficient between the two quantities is 0.75, indicating that they are related; the adjusted R-squared, 48%, indicates that roughly half of the loss of V50 can be attributed to changes of fiber tensile strength.)



On page 75 AP plots (Figure 33) V50 ratio versus Strength ratio, where ratio refers to the degraded value divided by the initial value.

Roland: The data show a clear trend – greater loss of fiber strength is associated with greater degradation of ballistic performance. Strangely, however, AP ignores this important fact. These results further verify that hydrolysis of PBO fibers and their consequent loss of tenacity underlie the degradation of the ballistic performance of Zylon vests. This is the central issue regarding Zylon's suitability as a body armor material.

AP (page 76): *"Figure 33 is important as it shows that reliance on strength reduction results as a quantitative proxy for ballistic performance reduction is misleading."*

Roland: This statement is incorrect. Figure 33 shows the correlation between loss of fiber strength and decrease of V50. The value of this correlation, however, is not that the former might serve as a proxy for the latter; rather, the correlation underscores that the mechanism of V50 loss is chemical deterioration of the PBO fibers comprising Zylon.

RAC (page 107): *"the modified shot pattern … is very likely to produce different results".*

Roland: The idea that one shot affects another is at odds with the entire test protocol; that is, the test procedure is designed to avoid such a problem. For many years I have carried out ballistic testing and interacted with technicians and engineers involved in ballistic tests. I have never seen any evidence or encountered any suggestion that the shot pattern affects the measured value of V50. The shots must be sufficiently separated from one another and not be too close to the edge of the target, but otherwise the shot pattern is a red herring.

On page 110 RAC suggests that backface deformation results should be ignored when assessing the performance of aged Zylon vests.

Roland: There is no basis for this suggestion. The PBO fibers undergo hydrolysis, which reduces their molecular weight (polymer chain length). Thus, greater backface deformation is an expected consequence of the fibers' hydrolytic degradation. Lower V50 is another.

20

On page 111 RAC opines that the vests *"could easily have been found to meet back-face requirement if another technician had performed the measurements"*.

Roland: There is no reason given, and no reason to believe, that any (assumed[13]) errors could only lead to <u>overestimating</u> the backface deformation. RAC implies that the deformation of the aged vests could actually be lower than reported; however, those same putative errors could lead to backface deformation results for Zylon vests that were <u>smaller</u> than if no measurement errors occurred. That is, the assumption that errors would only affect the data in one direction is unfounded.

RAC (page 119): Concerning the V50 testing of used Zylon vests, RAC declares: *"a lack of proficiency in testing"; "not a sound approach"; "velocity scatter … resulting in a 'chase' where the technician loses control"; "effectively a matter of luck* [that useable results were obtained]*".*

Roland: This is a lot of pejorative, but the only complaint is that the velocities during the testing were not systematically varied in increments that RAC would prefer. As anyone involved in carrying out ballistic tests is aware, such variations are not unusual. Ideally, a systematic change in the bullet powder load will yield proportional changes in bullet velocity. However, many factors can affect this, including the packing of the powder, the bullet condition, the gun barrel temperature, the amount of residue built-up in the gun, etc. Based on my knowledge and experience, none of these preclude reliable, accurate measurement of V50.

The only purpose of the test is to determine the V50. The number of shots required to achieve this (within reason), the velocity difference between any successive pair of shots, or the specific velocity history (increasing, decreasing, or random) should not have any effect on the final V50 determination.

RAC (page 119): *"In my view, the V-50 results likely would have been as much as 30 or 40 ft/sec higher had the testing been conducted properly."*

Roland: There is no scientific basis for this statement. Assuming for argument's sake that the testing had been conducted in some other manner, there is no reason to conclude that the V-50 would have been higher. Attempting to quantify this hypothetical increase (*"30 or 40 ft/sec"*) is unfounded and unscientific.

RAC (page 123): Another attempt is made to conclude from the particular variation in shot-to-shot velocities that the testing is invalid, even stating *"the panel is losing performance during the course of the test."*

Roland: If this were true (which it is not), V50 testing in general would be invalid, since the operating assumption of such tests is that provided the shots are sufficiently spaced, there is no mutual interaction.

On page 123 RAC again asserts that the determined V50 *"very likely"* was *"as much as 30 or 40 ft/sec lower than actual performance."*

---

[13] All experimental measurements, in principle, have some error or uncertainty. This may come from the limitation of the equipment, the expertise of the individual making the measurement, the nature of the material being measured, etc. The critical issues are (i) whether any conclusions drawn from the measurements are valid when allowances are made for measurement errors; and (ii) that the effect of any error on the measured quantity is known. This latter issue is ignored by RAC.

Roland: These numbers (30 or 40 ft/sec) were fabricated by RAC without analysis or supporting data.

RAC (page 162) defines a 'margin of safety' as the difference between the measured V50 of a vest and the NIJ max. ref. velocity.

Roland: This inflates the putative "margin of safety" over the more appropriate definition - the difference between the measured V50 and the NIJ certification velocity. RAC does this simply because the maximum reference velocity is much less than the NIJ certification velocity, whereby RAC obtains inflated safety margins.

At the top of page 163, RAC plots this "margin of safety" versus the percentage of layers with Z Shield, from which RAC concludes *"it is apparent that the vest with the larger margins of safety also contain the highest percentage of Z Shield"*.

Roland: There is no scientific basis for this statement. To show this, below I have plotted the same data with the same fitted line. However, included in my graph is the Pearson's correlation coefficient, which measures the strength of the association of two quantities. The value is 0.45, which indicates a weak correlation. Also shown is the adjusted R-squared, which measures how much the change of one quantity is caused by changes of the second quantity. The result is 15%, too low for the conclusion drawn by RAC.



Note that in computing the fitted line shown in the graph, it was a trivial exercise to obtain the correlation coefficients. RAC did not do this, underscoring a continuing problem with the opinions in his report – their lack of support or validation.

## 5.   LIMBACHER VEST

On two occasions, inspections were carried out by Honeywell experts: On 5/4/2016 at the Dept. of Commerce, Honeywell experts visually examined the ballistic vest worn by Officer E. Limbacher. On 7/28/16 at NIST, metal plates equivalent to the one in the Limbacher vest were examined visually by Honeywell experts. I was present on both occasions and observed these inspections.

**a. Vest inspection (Dept. of Commerce, May 4, 2016).**

From their inspection of the Limbacher vest in May of 2016, Honeywell experts drew various conclusions. However, one cannot discern the ballistic condition of a vest from its external appearance, as I established from my examination of Z Shield materials on 6/10/2015 at Honeywell's facility in Petersburg, VA. At that time I obtained 127 micrographs of thermally aged vests and control vests. My use of a microscope enabled more detailed and accurate examination than those of Honeywell at the Dept. of Commerce, which relied merely on the unaided eye. As I stated in my report of Nov. 2015 (page 39):

> "This absence of any visual indication of differences between the control panels and the aged panels is illustrated by examining the material adjacent to bullet holes resulting from V50 testing. Thus, there is no indication of any difference in failure mechanism between control and aged panels – the size, thickness, and appearance of fibrils adjacent to the bullet holes are not significantly different for aged and unaged samples; that is, deterioration of ballistic performance due to aging is not made apparent from visual inspection of the damage caused by impact from a projectile. Because the deterioration is chemical and on the sub-nanometer scale, testing is required to assess the extent of deterioration due to thermal degradation."

Notwithstanding, Honeywell experts advance speculative arguments about the role of the trauma plate on the vest performance. These are groundless, since the <u>bullet never passed through the area of the vest where the trauma plate resided</u>. The idea that a trauma plate that was never closer than one inch from the bullet could significantly affect the latter's penetration of the vest is unphysical.[14] Hard ceramic plates that are significantly larger than that worn by Limbacher are used in military ballistic vests. In my years of experience with such materials, never has the idea been suggested that these plates might reduce the effectiveness of the vest – that would defeat the purpose of wearing them.

It is conceivable that material in the area of the trauma plate may have deformed somewhat differently than material away from the plate (for example, the fibers might stretch along the plate contour rather than forming a backside cone). But the oft-stated claim of Honeywell experts that the trauma plate reduced the amount of fiber breakage in the Limbacher vest is based entirely on a superficial examination of the vest surface. (And even this analysis is at times wrong, as the Honeywell experts erroneously compared photographs of the front (bullet entry side) of control vests to the back (bullet exit side) of the Limbacher vest.) No effort was made by Honeywell experts to support their novel hypothesis; that is, to actually show that there were fewer broken fibers in the Limbacher vest than usual for a Zylon vest.

AP (page 50), in an effort to diminish the significance of the vest failure involving Officer Limbacher, opines that due to proximity of a trauma plate, the *"yarns would not have been able to form the full cone"*.

Roland: This statement is entirely speculative, since AP does not state (or know) the dimensions of the full cone. The term "cone" refers to the tenting of the backside of the garment when a projectile strikes. AP suggests that a hard plate prevents this tenting of the garment. Perhaps there is less tenting when a trauma plate is used, but it is a non sequitur to infer from this that the fibers are not deformed. Rather, the fiber deformation would follow the trauma plate contour; that is, the fibers are still stretched and still dissipate energy.

---

[14] An unphysical explanation is one relying on phenomena or effects that are not in accordance with the laws of physics; that is, they correspond to a physically impossible event or situation.

AP (page 50): *"There is no evidence in any of the photos, including the best close-ups, of significant fiber breakage".*

Roland: AP errs in comparing the <u>exit side</u>[15] of the Limbacher vest (his Figure 25) to photographs from my report (reproduced as Figure 26) of the <u>entry side</u>[15] of Zylon fabric from tested panels. This error negates any opinions drawn from such comparisons. The side the bullet enters would not be expected to show fiber ends, since they would be pushed backward into the interior of the vest. The side of the vest from which the bullet exits may or may not show the ends of broken fibers, depending on the details of the bullet and the garment construction. As seen in the <u>magnified</u> exit photographs in my report (Appendix A), Zylon does not show such fiber ends. Thus, it is incorrect to draw inferences about effects of the trauma plate based on the absence of chain ends in <u>unmagnified</u> photographs of the back side of the Limbacher vest.

RAC (page 2): Reflecting a continued practice of making strong assertions that are unsupported by data or other rationale, RAC opines: *"The trauma plate also had a direct effect on the penetration of this vest, in that the trauma pack restricted the fibers in the actual panel from fully engaging. The bullet entry area showed little signs of fiber breakage …"*

Roland: RAC does not know if the fibers were actually restricted by the trauma pack, nor if there were an absence of fiber breakage. No effort was made to measure the filament lengths or the molecular weight of the PBO in the vicinity of the penetration. It is easy to advance a hypothesis, but a scientifically valid approach requires the hypothesis be tested, or at least supported with facts.

In order for this idea to be advanced as a scientific hypothesis, material would have to be obtained from the vicinity of the penetration hole and remote from it, and the molecular weights of the two samples compared.

On pages 52 and 56 of my 2015 report, <u>magnified photos</u> of the backside of control (unaged) Z Shield panels at the bullet exit point do not show broken ends:

   

This is in contrast to the unmagnified Figure 25 in AP's report, from which he is drawing conclusions. In my report I analyzed images obtained with a digital microscope, whereas Honeywell's photographs of the Limbacher vest were obtained using a conventional camera. The magnification of images from a microscope better enables details, such as broken fibers, to be observed. If Honeywell experts intended

---

[15] The exit side of the vest is the side from which the bullet leaves the garment, in the case the side of the vest in contact with the wearer's torso. The entry side of the vest is the front ("strike-face") side, with which the bullet makes initial contact.

to seriously investigate the possibility of fewer broken fibers in the Limbacher vest, they should have obtained images using a microscope. If broken fibers are not visible in magnified images of unaged, control vests, it is hard to fathom how one could draw conclusions from an inability to see them in unmagnified images of the Limbacher vest.

RAC (page 2): *"… indicating that the bullet "tunneled" through the vest.*

Roland: There is no known mechanism that would cause the projectile to travel through many fiber layers with minimal damage to the fibers, and that this unphysical phenomenon occurred because an inch away from the bullet's path there resided a metal plate.

RAC (page 2): *"the trauma pack contributed substantially to the penetration of Office Limbacher's vest."*

Roland: Nothing substantive is offered to support this statement.

RAC (page 56): *"This statement suggests that the Government had already ruled out the possibility that the circumstances of the shooting contributed, in whole or in part, to the vest failure and had determined instead that the failure was based on an issue with the ballistic material in the vest itself".*

Roland: The vest was intended to protect Office Limbacher; it did not. Honeywell provided no caveats that this protection required the wearer to:

- o not crouch or lean forward
- o avoid bullets arriving at angles 40 to 60 degrees from normal incidence
- o avoid bullet trajectories whereby the *"exit hole from the armor is offset approximately 3/4 inches inward and 7/8 inches downward from the entrance hole"*

RAC (page 59): *"The trauma plate was likely between 5 and 5.5 inches wide by 8 to 9 inches tall."*

Roland: This is significantly smaller than the rigid plates often worn with military body armor. The Small Armor Protective Insert (SAPI) plates worn by soldiers can be as large as 11 × 14 inches. Even the smallest available SAPI plate (7¼ × 11½ inches) is larger than the trauma plate worn by Limbacher. No one has ever suggested nor do any data exist indicating that the (larger) military plates compromise the ballistic performance of the vest.

RAC (page 63): *"From my observation of Officer Limbacher's vest, however, it is apparent that only a minimal number of fibers loaded to arrest the penetrator. Most of the fiber toes on the exit side are intact …* the *bullet drew fibers without breaking them, resulting in the 'ball' of nonbroken fibers".*

Roland: Visual inspection as carried out by RAC, as well as the available photographs, only reveal the outermost surface fiber material. Whether this material is representative and whether the ends of the fibers would reside at the surface are among many unknowns that make statements about fiber breakage entirely speculative and thus without merit.

No effort was made to verify this speculation – the fiber lengths were not measured, the molecular weight of the PBO in bullet path was not determined, analysis to quantify chain ends was not carried out, etc. Based on my knowledge and experience, it is not uncommon for material adjacent to a penetration to be examined in order to characterize any chemical changes (such as polymer chain breakage) caused by

25

passage of the bullet. Absent such efforts, it is not possible to know the condition of fibers or material in the vicinity of the penetration.

AP (page 52) lists items that he asserts *"stand out as potential explanations … for why this vest penetration may have occurred".*

Roland: This list would preclude any standards for armor of any type. Examples of factors listed by AP include:

- *lack of confidence in knowing the exact bullet velocity*
- *lack of confidence in knowing the rate of rotation of the bullet as it exited the barrel*

AP is taking the position that test data affirming that the vest material loses strength due to hydrolytic degradation should be ignored because the exact bullet velocity might be unknown. But of course ballistic vest standards are developed in consideration of the muzzle velocity of weapons. That the rate of bullet rotation might be essential to vest performance is not a serious analysis. The rate of bullet rotation is governed by helical grooves in the barrel interior; this spinning stabilizes the bullet's angular orientation during flight. If the rifling of the barrel, which can change with age of the gun, or the degree of bullet yaw during flight were determinative in whether a vest stops a bullet, no standards for vest performance could exist. It is interesting that AP implies that such minutia are consequential for the performance of Z Shield, but not any other vest material.

AP (page 53): *"There is reason to question the reporting of a 30% tensile strength differential between the Forest Hills vest and the new Second Chance vest. Taking yarns from a used vest is a highly unusual test method, and there is no set standard for the tensile testing of yarns removed from used and new vests. It is unclear how any claimed difference between the two could be confidently attributed to material degradation, as opposed to testing variability, including damage caused during yarn removal or stitching removal."*

RAC (page 69): Regarding the removal of yarns from vest for testing, RAC opines: *"there is no established test protocol for doing this. I have never heard of this kind of testing before and in all the years I have been involved with tensile testing, I have never done this kind of testing."*

Roland: Prior to vests being constructed of a polymer with extreme susceptibility to chemical degradation, such testing was unnecessary. Therefore, yarn removal would be unusual, and no "set standard" or "established test protocol" existed. The important point is that the yarn removal and test method were the same for the used and new vests; there was no reason for the method to cause the Forest Hills vest to have 30% lower strength but not affect the measured strength of control samples. The results of these tests are valid.

RAC (page 64): *"It is also readily apparent that the impression from the trauma plate played a role in the failure mechanics of the vest."*

RAC (page 65): *"it was clear from this inspection that the creasing caused by the trauma plate influenced the failure mechanics during the incident."*

RAC (page 81): *"the trauma plate also likely changed the mechanics of the penetration in important ways."*

Roland: This putative change in mechanics is entirely speculation. No examination of the material in the vicinity of the trauma plate was carried out to determine whether differences existed for yarn near versus

26

remote from the bullet's path. Nor was there any analysis of the mechanics of a projectile moving through a vest having a trauma plate.

RAC (page 70) advances various reasons to question the 30% drop in tensile strength in yarns from the Limbacher vest compared to new yarn.

Roland: No effort is made to quantify any of the speculative ideas; nevertheless, every concern expressed by RAC could imply the <u>strength loss was greater than 30%</u>, rather than less than 30%. That is, a hypothetical procedure free of RAC's putative errors might have shown the yarns from the Limbacher vest to have lost more than 30% of their strength.

This is an inherent problem with unsupported speculation: Measurement errors can manifest as negative or positive changes to results, and an objective analysis cannot assume the direction of these changes in order to support a particular argument or viewpoint.

On page 73 RAC argues that the 30% decrease in tensile strength does not necessarily imply a 30% change in ballistic performance because the relationship between the two variables *"is not necessarily a linear correlation."*

Roland: There may or may not be simple proportionality between fiber strength and ballistic performance, but the definitive conclusion is that there is a significant correlation of <u>lower tensile strength with poorer ballistic performance</u>. Fibers are chosen for ballistic applications because of their high tensile strength; this is true for Kevlar, Spectra, and (when undegraded) PBO.

RAC (page 81): *"The fact that the bullet struck so close to the trauma plate is significant because it impacted in an area of the vest near the perimeter of the trauma plate, which had sustained localized damage as a result of wear from the trauma plate. The fact that the bullet struck in an area impacted by obvious mechanical damage was a contributing factor to the penetration."*

Roland: These statements are at odds with the fact that the bullet never passed through the area of the metal plate. During its entire traversal of the vest, the bullet never got closer than one inch to the region of the plate. Any action exerted by the trauma plate on the bullet would be physical or mechanical; there is no effect absent direct interaction of the plate with the bullet. Such interaction is hard to fathom given the spatial separation of the plate and bullet.

On page 82 RAC attempts to draw an equivalence between shots near a vest's edge and the shot near the trauma plate of the Limbacher vest.

Roland: This equivalence is invalid – there is a full contingent of fibers adjacent to and around the trauma plate, whereas fibers do not exist past the vest's edge. Any comments about the condition of fibers in the area of the plate are unsupported speculation, and likely irrelevant since the bullet never entered the region of the plate.

RAC (page 82):*"there is almost no indication of fiber breakage"*

Roland: This statement can be made only because there was no effort to determine fiber breakage, beyond superficial visual inspection of the vest surface.

**b. Plate inspection (NIST July 28, 2016).**

From their inspection at NIST of metal plates of the same type used in the Limbacher vest, Honeywell experts drew various conclusions. (I was present during this inspection.)

AP2 (pages are unnumbered): Referring to the trauma plate sharp edges, *"the concern is that the sharp edge of the plate will bear down sharply against the ballistic material"*

RAC2 (pages are unnumbered): It is noted that the trauma plates are thin and their edges sharp, and it is speculated that the result is to *"increase the potential for mechanical damage during use and wear"*.

Roland: The term "sharp" is imprecise. Certainly the plate edges were not razor sharp – neither I nor Honeywell experts sustained any cuts from the edges when handling the plates.

When the vest was inspected in May, no damage related to the geometry or shape of the plates was observed by me, nor was any such damage reported at the time by the Honeywell experts. Moreover, the fact that the bullet never passed through the material adjacent to the plate makes moot any speculation of the effect of the plate edges.

RAC2: It is noted (correctly) that the plates were designed to impede ballistic penetration, which *"distinguishes them from traditional 'trauma plates'"*.

Roland: Hard plates are commonly used to improve ballistic performance. In military applications, such plates are called "small arms protective inserts" or SAPI plates. If RAC distinguishes ballistic protective plates from 'trauma plates' intended to reduce blunt trauma, he should not refer to them as trauma plates. The error in nomenclature is that of the Honeywell experts.

RAC2: It is suggested that the aramid cover over the plates is loose, and this would allow for dynamic motion [sic] during use. It is further opined that this putative looseness increases *"the potential for mechanical damage and friction"*.

Roland: There is no evidence for the hypothesized 'mechanical damage and friction'. Moreover, any such damage would be to the aramid cover, which is not an integral component of the vest. It is present only as a pocket for the plate, and thus is irrelevant to the ballistic performance of the vest.

RAC2: Referring to the "bent" design of the plate, it is suggested that this "*would increase wear to the vest"*.

Roland: Inspection of the vest by Honeywell experts revealed no indication of increased wear in the vicinity of the plate. Moreover, the bullet path did not bring it in the vicinity of this hypothetical worn area.

RAC2: The opinion is offered that the rounded corners of the plate increase the potential for fiber damage. It is also suggested that the sharp (not rounded) edges of the plate increase the potential for fiber damage.

Roland: Scientific opinions rely on analysis grounded in experimental evidence. I saw no evidence for the putative fiber damage, nor did Honeywell make any such observations when the vest was previously inspected. The (contradictory) suggestions that both rounded and sharp edges increase the potential for fiber damage is not the result of any analysis.

RAC2: *"Mechanical wear from a hard plate could also introduce other substantial failure mechanisms, as indicated by the significant pull-through of fibers in the Limbacher penetration."*

Roland: There is no evidence of any pull-through of fibers in the Limbacher vest. It is not possible to respond to the suggestion of 'substantial failure mechanisms', since these are unidentified.

Body armor worn by the U.S. military have hard plates. There is no data indicating that these military plates compromise the ballistic performance of the vest; indeed, their very purpose is to enhance ballistic protection.

AP2: *"As set forth in the main report, based on the observation of the vest photographs, the relatively undisturbed nature of the fabric under the plate indicates that this portion of the fabric was not adequately engaged in the failure event."*

Roland: This is a repeat of the error found in the AP report of May 2016. Therein AP compared the <u>exit side</u> of the Limbacher vest to photographs from my report of Zylon fabric from <u>tested panels</u>. The conclusions from this comparison are invalid, since the side the bullet enters would not be expected to show fiber ends, since they would be pushed backward into the interior of the vest. The side of the vest from which the bullet exits may or may not show the ends of broken fibers, depending on the details of the bullet and the garment construction. My 2015 report (Appendix A) showed <u>magnified</u> exit photographs of Zylon in which no fiber ends are visible.

AP2: *"I do not see how Mr. Rice could have made such a definitive statement that the plate was not involved in the ballistic impact."*

Roland: Such a definitive statement follows from the fact that the bullet path did not bring it into proximity with the plate.

AP2: Concern is expressed, echoed by RAC2, that government investigators had not *"properly studied the plate insert".*

Roland: The long history of the use of hard plates by the U.S. military to increase the ballistic protection of soft body armor belies these concerns.


6.  **MISCELLANEOUS**

On page 22 AP, in a discourse on the levels at which a product can be studied and designed, states that *"At the lowest scale, there is the individual fiber.*"

Roland: This is incorrect; such an approach neglects the source of the problem with Zylon. In analyzing chemical reactions, the lowest scale is the molecular level. It is not possible to understand the origin of Zylon's degradation without addressing the hydrolysis of the PBO molecular structure comprising the Zylon fibers.

AP (page 24): *"the ballistic design of soft body armor is still dominated by empiricism and experience … too much effort at the lower scales provides little actionable information of value."*

Roland: This is true if the lowest scale does not extend to the level at which the problem originates. The loss of V50 of Zylon materials is due to the reaction of the PBO molecules with water, leading to scission of the PBO chains and thus a loss of strength. This is a chemical problem, and its mitigation required insights obtaining from accelerated aging tests.

On page 29 AP refers to Mr. Cunniff's decision to continue looking at Zylon as a fiber for body armor despite *"data early on showing strength reduction in Zylon fiber after exposure to high heat and humidity."* Cuniff's reponse was that *"[Zylon] was still a very strong fiber."* [Cunniff Deposition, 1/21/2010].

Roland: The problem with Zylon is not its strength per se, but that its strength is susceptible to reduction due to exposure to heat and humidity. Body armor is designed taking into account the material's strength; thus, a change of the Zylon fiber strength caused problems. Only by quantifying the degradation potential and factoring this into the design process can Zylon materials be used reliably in body armor. Traditional safety factors or margins are inadequate to address the unusually severe degradation potential of Zylon.

It should be noted that in his deposition testimony in August of 2009, Cunniff stated:

> *"I saw documents yesterday that said that they* [Toyobo] *knew a lot of information at that time about permanent strength loss in Zylon than they didn't disclose to use at that time. So – and although they gave us a lot of information at this meeting, it wasn't about that critical piece of information, that they had a problem with the fiber that they didn't know how to fix* [p. 142] *… they didn't mention the business of – that they knew this fiber was losing strength over time.* [p. 144]*"*

Cunniff not having been informed of the Toyobo data showing PBO degradation at the time Cunniff made the statements AP references, it is misleading for AP to draw inferences from those statements.

AP (page 37): *"So far, all instances of ballistic performance decay have been accompanied by "visual signals". For example, some of the vests that tested badly clearly appeared to have been heavily worn. They showed typical garment deterioration, such as fabric fraying I abrasion, weave raveling, fiber flex fatigue or bad staining. Other poor performers showed the tell tale signs of abuse such as a light, "washed out" appearance indicating exposure to bleach - or a brownish "suntanned" color, indicating exposure to sunlight."*

Roland: These statements are incorrect. As stated in my 2015 report on page 39: *"It can be seen that any differences [between control and thermally aged samples] are negligible, even for panels having significant differences in V50. This absence of any visual indication of differences between the control panels and the aged panels is illustrated [in Appendix A]."*

AP (page 89): *"Witnesses in this case have testified that Z Shield was the best ballistic material they had ever encountered …"*

Roland: Such statements refer to new material; the issue at hand is the ballistic performance of PBO material after hydrolytic degradation due to exposure to heat and humidity.

AP (page 90): *"Dr. Roland claims that Honeywell "has used accelerated aging tests on polymers to assess the expected durability for their products," pointing to Honeywell's heat tests on Spectra fabric and Spectra Shield. Roland Report 15. That is not correct. … Rather, it was testing designed to address concerns that Spectra, having a relatively low melt temperature"*

Roland: Of course testing should address a material's potential weakness. If a polymer softens at low temperatures, that potential weakness should be investigated, as indeed Honeywell did. If the polymer has an oxazole moiety in its repeat unit, the potential problem is hydrolysis and that needs to be investigated. Lacking this oxazole group, Spectra does not have a particular susceptibility to hydrolysis. PBO has this chemical group in every monomer unit of its chain structure, and thus it has a susceptibility

to hydrolysis. Based on my knowledge and experience, the obligation of Honeywell was to design tests to address potential weaknesses specific to a given product.

RAC (page 10): *"Given all of the variables at play, any two manufacturers given the same menu of materials will produce differing ballistic solutions that perform differently based on these variables."*

Roland: In this discourse on the design process, RAC notes correctly that there are three obvious aspects to armor (price, weight, and performance) that may entail compromises. However, as alluded to in my 2015 report (page 11), the consequences of armor failure can entail serious personal injury, and this affects the balancing of these three aspects of armor design. Specifically less consideration should be given to price, in comparison to the design of an innocuous consumer household item.


## 7.   INTERNAL INCONSISTENCIES IN HW EXPERT REPORTS

AP (page 5): *"NIJ and NIST erred in believing that degraded tensile strength was a predictor of how Zylon and Z Shield would perform in a used or conditioned vest."*

Roland: This statement cannot be correct, unless AP is invoking for bullet penetration of used vests an entirely new mechanism from that for new vests. Fibers are stretched by the passing bullet and many break. Since the tensile strength of a fiber is a measure of the force required to break it, it is a central property affecting ballistic performance. Obviously this is true whether the vest is new or used.

AP (page 13): *"the fibers are stretched too much and they fail, and the bullet penetrates fully through the vest"*

Roland: That is, when the strength of the fibers is exceeded, the bullet is able to penetrate. Thus, there is a direct connection between fiber tensile strength ("stretch" is a synonym for tensile strain) and the performance of a vest composed of the fibers. There may not be a linear correlation between fiber tensile strength and vest failure, and other factors may affect the ballistic performance. However, the fundamental role of the fibers in body armor is to resist bullet penetration, and their ability to do this arises directly from the fibers' tensile strength.

AP (page 42):  *"Even if effects are understood and modelled at the material level, transport effects that determine what the material actually sees inside the product during service must be equally well understood and modelled, and this is not the state of the art for ballistic products."*

Roland: However, the report of Honeywell expert W.L. Kenney implies that such transport effects are reasonably well understood. At least, given the susceptibility of oxazole to hydrolysis, there should have been some effort by the product manufacturer to consider the transport of moisture and heat in a PBO-based (i.e., oxazole containing) material such as Zylon.

AP (page 42): *"There is a fine balance between conservatism and stifling innovation, for example in preventing new materials in reaching the market."*

Roland:  Honeywell made exactly such considerations when deciding not to market Mega Flex, Zebra Flex, and a Russian aramid. For the last, Honeywell decided against moving forward due to aging problems, even though the Russian fibers showed less degradation than Zylon during Honeywell's accelerated aging tests *[HW0025101; Roland 2015]*.

On page 45 AP takes issue with my statement that the Tekne test conditions (204°F and 90% RH) were too severe.

Roland:  Yet Honeywell and their experts have consistently criticized aging tests on PBO and Zylon at lower temperatures and lower RH as having been overly harsh.

On page 92 AP cites a 1995 NASA Technical Memorandum: *"on page 13, Table 9, the effect of various threats, including boiling water for 100 hours is reported. PBO shows a 17% strength reduction (and Kevlar 1%)"*

Roland: This 17-fold difference in strength degradation is at odds with any suggestion that water or moisture cause Kevlar to degrade comparably to PBO.

On page 99 AP opines: *"This statement by Mr. Hurst is not accurate. If Mr. Hurst were using the first meaning of "significant" identified above (statistical significance), his conclusion was wrong because of the variability in ballistic testing."*

Roland: AP has not given any consideration to experimental scatter when extrapolating the data in his own Figures 37 - 39. Thus, when on page 97 AP interprets the data in Figure 38 as showing *"that the degradation flattens out with time"*, the absence of any error analysis makes the interpretation meaningless. Certainly there is no scientific basis for the expectation that the degradation will cease – proliferous oxazole moieties remain in the PBO molecules and their reactivity with water is unabated.

RAC (page 17) touts Zylon's high virgin tensile strength, the implication being that this is a property relevant to ballistic performance.

Roland: Tensile strength of PBO fibers was consistently found to decrease on exposure to heat and humidity.

RAC (page 31) states that *"variations on the order of 5% are not unusual"*.

Roland: However, in her deposition testimony in July of 2009, Dr. Wagner of Honeywell stated a 5% decrement was significant.

On page 71 AP objects to the exclusion of data for 4 Kevlar vests (which Mr. Rice had stated during deposition testimony were too few to ensure they'd be representative).

Roland: This objection is contrary to his earlier (page 55) ridicule of conclusions drawn from 75 vests!

Roland: RAC suggests that the trauma plate exerted an effect on the penetration of the Limbacher vest. This idea is speculative, and RAC included qualifiers in presenting his theory [emphases added] -

- o   Page 2: *"trauma plate, which <u>likely</u> played a significant role in localized wear and ballistic failure."*
- o   Page 77: *"<u>I believe</u> that this trauma plate played a causal role …"*
- o   Page 81: *"<u>It is not known</u> for certain whether Officer Limbacher was wearing the trauma plate on the day of the shooting."*
- o   Page 82: *"the presence of that plate or insert had another <u>likely</u> effect on the penetration mechanics."*

Roland:  Yet these qualifiers disappear upon repeated statements of this idea [emphases added] -

- o   Page 64: "*It is also <u>readily apparent</u> that the impression from the trauma plate played a role in the failure mechanics of the vest.*"
- o   Page 65: "*<u>it was clear</u> from this inspection that the creasing caused by the trauma plate influenced the failure mechanics during the incident.*"
- o   Page 81: "*the <u>trauma plate</u> … <u>prevented</u> the vest from being fully engaged in the ballistic event.*"

Roland:  Restating of opinions does not corroborate the opinions.

RAC's certitude concerning the effect of the trauma plate is at odds with his statement on page 77: *"NIJ still to this day does not require certification of vests with a trauma plate and <u>has not fully studied the effect of a trauma plate on the ballistic performance of a vest</u>"* [emphasis added].

Roland: The obvious fact is that the trauma plate and the adjacent material were not fully engaged in the ballistic event <u>because the bullet never entered the area of the trauma plate</u>.

RAC (page 83): *"the fibers never broke (and thus were never engaged)."*

Roland: RAC is making a definitive assertion of no fiber breakage. However, on the prior page RAC's statement was that there was *"almost no indication of fiber breakage"*, implying that some breakage had occurred.

Of course, there is no possibility that RAC could know the validity of either of his statements. The extent of fiber breakage is unknown; moreover, since fibers dissipate energy by stretching, they can contribute to bullet stoppage without breaking.

On pages 106-107 RAC criticizes testing because of concerns that the location of each shot did not follow a certain pattern. But on page 166 RAC states: *"Armor Holdings used vest testing was far more reliable than that conducted by NIJ, and reflected much better best practices. … It also tested using the V-50 methodology rather than the V-0 test."*

Roland: The V-0 test requires a single shot ("pass-fail"), so RAC's preference for the multi-shot V-50 test is at odds with his concern about shot placement. Shot placement is not an issue with V-0 tests as customarily done.

WLK (page 12): *"There is no scientific evidence that sweat from the human wearer reaches ballistic material in a vest and lead to its degradation."*

Roland: However, on the prior page WLK stated that no direct measurements of water or water vapor pressure have been made on any human-worn vest. Thus, his quote from page 12 can be recast:

No scientific evidence exists to state <u>whether or not</u> human sweat reaches the ballistic material.

Nevertheless, it is plausible and consistent with common experience that perspiration accumulates on garments when worn on a hot day.

## 8.   REBUTTAL SUMMARY

Aristotle and Locke distinguished between the nominal essence and the real essence of an object. The former is based on impressions and appearances; the real essence represents the actual constituting features. Scientific understanding relies on identifying this "real essence", from which the more obvious

and easily observed properties follow. This requirement of a deeper understanding should not lead to a figurative throwing up of one's hands and saying the problem is too complex.

In the case of Zylon materials, the nominal essence is arrived at from visual inspection of vests, interpreted in light of the observer's experience with other, chemical distinct, ballistic materials. (In fact, as detailed in my 2015 report beginning on page 38, it is not possible to discern the ballistic properties of a Z Shield vest from visual inspection, even using a microscope. This is because the degradation has a chemical origin.) The real essence of Zylon is the oxazole moiety in the polymer chain molecule. This chemical group is not found in Kevlar or polyethylene. It is the cause of PBO's susceptibility to hydrolysis. The presence of this weak link causes Zylon vests to degrade at a rate and to a degree not found with other ballistic materials. Ignoring the "real essence" of Zylon leads to unsupported interpretations of its behavior and unfounded conclusions about its suitability for ballistic applications.

Honeywell was aware of a myriad of external tests that showed PBO-based materials to be susceptible to hydrolytic degradation. Honeywell carried out extensive accelerated testing on their own that corroborated this propensity of Zylon for degradation when exposed to heat and humidity. When Honeywell carried out such tests on a Russian aramid fiber and their Mega Flex and Zerba Flex materials, the observation of property deterioration led Honeywell to abandon the idea of bringing these products to market. However, in response to their observation of even more deterioration of Zylon, Honeywell ignored the data and continued to market Z Shield.

Regarding the Limbacher vest, Honeywell's theory that the trauma plate reduced its effectiveness is ad hoc and untested. Hard ceramic plates (SAPI and ESAPI) are used in military body armor, and their purpose is <u>increased ballistic protection</u>. The size of the military plates is larger than the trauma plate in the Limbacher vest. I am unaware of any suggestion, data, or report indicating reduced ballistic protection of any sort in military vests incorporating hard plates. The speculation of HW experts that a trauma plate reduced the ballistic performance of the Limbacher vest is not based on test data, modeling, or rigorous analysis of the mechanics of body armor.

C M Bn

C.M. Roland                    Date:  9/27/16

34

## 9. REFERENCES

R. Bernstein and K.T. Gillen, Polymer Degradation and Stability (2010) 95, 1471.*

H.G. Bray, R.C. Clowes and W.V. Thorpe (1952), Biochemistry Journal 51, 70.

T.S. Gates and M.A. Grayson (1999) 40th AIAA Structures, Dynamics and Materials Conference, St. Louis, MO, AIAA99-1296, p.925-935.*

T.S. Gates (2003) Technical Publication, NASA/TP-2003-212407.*

P.F. Jackson, K.J. Morgan, and A.M. Turner (1972), J. Chem. Soc. Perkin Trans. II 11, 1582.

Kevlar Technical Information, H-89934 Rev. 2/01; page 5 (Du Pont). www2.dupont.com/Personal_Protection/en_GB/assets/PDF/Automotive/Technical%20Guide%20for%20Kevlar%C2%AE%20in%20Mechanical%20Rubber%20Goods.pdf *

J.A. Kuczkowski and D.E. Miller (1989), Rubber Division National Meeting, Paper No. F, Detroit, MI.

C.M. Roland and R.M. Gamache (2015), *Measuring the Blast and Ballistic Performance of Armor*, Naval Research Laboratory, NRL/FR/6126-15-10,284.

D. Simanaitis, Road and Track, August 2012. (www.roadandtrack.com/new-cars/car-technology/news/a18296/anatomy-of-a-tire-1/) *

D. R. Tallant, M.J. Garcia, R.L. Simpson, V.L. Behr, L. D. Whinery, and L. W. Peng (1999), *Sandia Report #SAND98-2606*. *

Technical Guide Kevlar Aramid Fiber, H-77848 4/00 (Du Pont). www.dupont.co.uk/content/dam/dupont/products-and-services/fabrics-fibers-and-nonwovens/fibers/documents/Kevlar%C2%AE%20Technical%20Guide.pdf *

*not cited in my report of 11/2/15

# EXHIBIT 8

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) CV No. 08-961 PLF |
| | ) |
| Plaintiff, | ) Judge Paul L. Friedman |
| | ) Mag. Judge Deborah A. Robinson |
| v. | ) |
| | ) |
| HONEYWELL INTERNATIONAL INC., | ) |
| | ) **RELATED CASES**: |
| Defendant. | ) |
| | ) <u>U.S. ex rel. Westrick v. Second Chance Body Armor,</u> |
| | ) <u>Inc., et al.</u> (D.D.C. No. 04-0280 PLF); <u>U.S. v.</u> |
| | ) <u>Toyobo Co. Ltd., et al.</u> (D.D.C. No. 07-1144 PLF) |
| | ) |

## EXPERT REBUTTAL REPORT OF PHILLIP BISHOP, ED.D.
## TO THE HONEYWELL EXPERT REPORTS OF
## W. LARRY KENNEY, PH.D. AND RODGER R. GETZ

**United States v. Honeywell International, Inc.**
**Case No. 1:08-cv-00961 (PLF)**

**Expert Opinion**
**Phillip Bishop, Ed.D.**

**Introduction**

      I have been asked by the U.S. Department of Justice to provide a rebuttal opinion to two reports put forth by Honeywell International, Inc. (Honeywell) in the instant matter. Those reports were authored by W. Larry Kenney, Ph.D., and Rodger Getz. Dr. Kenney posited that there is no scientific support for the contention that heat transfer from the body of the wearer to the ballistic fibers within the vest is sufficient to heat substantially the ballistic layers, and certainly not those layers on the strike face of the vest; that there is no scientific support for the contention that human sweating results in the wetting of the ballistic material in a bullet-resistant vest, and certainly not those layers on the strike face of the vests; and that accelerated aging tests are invalid and implausible simulations of any effects of heat or humidity when human physiology is involved, and thermal conditions used in accelerated aging tests are neither found at the surface of the human body nor survivable by human beings for more than a few minutes. Dr. Getz posits that the climatology of the United States is also such as to preclude exposure of soft body armor (SBA) users routinely to temperatures of ~40 ºC and high humidities.

      I have read Dr. Getz's and Dr. Kenney's reports, as well as other documents related to this case. My opinions in this case are as follows:

1. My testing of Armor Holdings' soft body armor (SBA) on a sweating manikin showed that heat transfers from the body of the wearer to the ballistic layers, including the layers on the strike face of the vest.
2. My testing of Armor Holdings' SBA on a sweating manikin showed that human sweating results in high humidity and wetting of the ballistic material in a bullet-resistant vest, including the layers on the strike face of the SBA vest.
3. My testing of Safariland SBA outside in Northport, Alabama showed that if the thermal conditions used in accelerated aging is 40°C - 50°C, those conditions are not only valid and plausible, they are not accelerated.
4. Real Police and Corrections officers are often required to work in hot locations, and most importantly, to sun exposure. Sun exposure (solar or radiant loading) results in temperatures exceeding dry temperature by as much as 10°C. Dr. Kenney and Mr. Getz, surprisingly, failed to acknowledge radiant loading (though Dr. Kenney mentioned it without elaboration on pg. 8), and failed to consider the impact of radiant loading by the sun on SBA.
5. Dr. Kenney and Mr. Getz focused only on temperatures and humidities experienced by officers in outdoor, open, and shaded environments, but ignored common heat exposures generated by sunshine, or by entering into vehicles or buildings whose internal temperatures exceed the ambient, shaded environment.
6. It is common to see Relative Humidity (rH) measurements at 95%+ in the micro-environment under protective clothing. In my SBA testing, this very high rH contributed to the ambient rH around the user's body and raised the rH experienced by the SBA. Mr.

Getz's data are of ambient measures properly protected from the influence of any near-by water sources or human sweat sources.

7. Dr. Kenney assumes, without basis, that the only way for moisture/water to reach the outer strike-face of SBA would be by penetration of the SBA. My testing demonstrated that sweat easily reaches the strike face from body surfaces not covered by the SBA, and by sweat generated under the SBA but not evaporated, which is wicked or otherwise conveyed to the surface of the SBA. It furthermore demonstrated that high humidities will be present around the SBA. My testing was for an abbreviated duration, whereas occupational exposures would be prolonged routinely to 8 hours per day, with over-time accounting for more.

**Qualifications**

I am a professor of Exercise Science at Liberty University, Lynchburg, VA. Previously, I was a Professor of Exercise Science and Director of the Exercise Science Graduate Program at the University of Alabama for 32 years. I graduated from the U.S. Naval Academy with a Bachelor of Science, earned an M.S. Ed. from James Madison University, and a Doctor of Education Degree from the University of Georgia. I have co-authored/authored more than 180 peer-reviewed research articles, including articles on determining the temperature and humidity environments experienced under soft body armor, including five (5) of the thirty-eight (38) articles cited in Dr. Kenney's report.

In addition, I have given more than 350 presentations at professional meetings, including the American Industrial Hygiene Association Conference and Exposition, the American College of Sports Medicine (ACSM), the 2nd European Conference on Protective Clothing, International Conference on Environmental Ergonomics, and SHAPE America. I have consulted with the Centers for Disease Control and Prevention, International Standards Organization, National Institutes of Health, National Institutes of Occupational Safety and Health, R&D Defense Canada, Kimberly Clark Corporation, and Shell Chemical, as well as numerous scientific journals.

Selected relevant publications include the following:

Book:
Bishop, P. Measurement and Evaluation in Physical Activity Applications: Physical Education, Coaching, Athletic Training, Allied Health, and Life. Textbook, Holcomb Hathaway Publishers. Feb, 2008. This text is devoted to issues in measurement and applied statistics.

Relevant Book chapters:
Ramsey, JD and PA Bishop. Hot and Cold Environments. In S.R DiNardi (ed.), The Occupational Environment: Its Evaluation, Control and Management. 2nd ed., pp. 612-645. 2003, American Industrial Hygiene Association, Fairfax, VA.
Bishop, P. Thermal environments: Applied physiology of thermoregulation and exposure control. The Occupational Environment- Its evaluation and control, Chap 24, Sal Dinardi, Ed. American Industrial Hygiene Association, October 1997.
Bishop P, Wingo JW, Crew K, Al-Nawaiseh. Chapter 13 Heat Stress and Heat Strain in Protective Clothing: Micro-environmental Considerations. In Protective Clothing: Managing

2

thermal stress. F Wang & C Gao, editors. Woodhead Publishing. ISBN-13 978 1 78242 032 3 Sept 2014.

Bishop, P. Chap. 10. Testing for Fabric Comfort, in Fabric testing. Editor: Professor Jinlian Hu. Institute of Textiles and Clothing. The Hong Kong Polytechnic University Hung Hom, Kowloon, Woodhead Publishing, Cambridge, UK, pp 228-254, Jan 09.

Articles:

## 2015

Carter SJ, Herron RL, Akers SZ, and Bishop PA. (2015) Acetylsalicylic Acid Does Not Alter Thermo-Effector Responses During Whole-body Passive Heat Stress. International Journal of Hyperthemia, ISSN: 0265-6736 (print), 1464-5157. 23 Jun 2015. 181

Ryan, G., Bishop, S., Herron, R., Katica, C., Elbon, B., Bosak, A., and Bishop, P. (2015). Clothing Adjustments for Concealed Soft Body Armor During Moderate Physical Exertion. Journal of Occupational and Environmental Hygiene, 12, 222-226. doi: 10.1080/15459624.2014.973112.

Pritchett RP, Al-Nawaiseh A, Pritchett KL, Nethery V, Bishop PA, Green JM. (2015) Nutritional Sweat Gland Density and Response During High Intensity Exercise in Athletes with Spinal Cord Injuries. Biology of Sport. 2015;32:249-254 Biol. Sport 2015;32:249-254,DOI: 10.5604/20831862.1163370, 7-31.

Zhang Y, Davis, JK, Casa, D, Bishop, PA. (2015) Optimizing Cold Water Immersion for Exercise-Induced Hyperthermia: A Meta-Analysis. *Medicine & Science in Sports & Exercise*, 2 2 15, in review; accepted 15 April 2015 2015 Nov;47(11):2464-72. doi: 10.1249/MSS.0000000000000693.

## 2014

Zhang Y, Carter SJ, Curtner-Smith MD, Richardson MT, Bishop PA, Green JM. (2014) Effect of Caffeine on Fluid Balance during Exercise-Heat Stress and Recovery. South African J of Sports Medicine 26 No. 2 43-47.172

Zhang Y, Balilionis G, Casaru C, Geary C, Schumacker RE, Neggers YH, Curtner-Smith MD, Richardson MT, Bishop PA, Green JM. (2014) Effects of Caffeine and Menthol on Cognition and Mood during Simulated Firefighting in the Heat. Applied Ergonomics 45:510-514, 2014.

Zhang Y, Nepocatych S, Katica CP, Collins AB, Casaru C, Balilionis G, Sjökvist J, and Bishop PA. (2014). Effect of Half Time Cooling on Thermoregulatory Responses and Soccer-Specific Performance Tests. Montenegrin Journal of Sports Science and Medicine (MJSSM) 3:17-22, 2014.

## 2013

Ryan G, Bishop S, Herron R, Katica C, Elbon B, Bosak A, Bishop. (2013) Ambient Air Cooling for Concealed Soft Body Armor in a Hot Environment. Journal of Occupational and Environmental Hygiene, 11:2, 93-100, DOI: 10.1080/15459624.2013.843782  166

Davis, JK and P Bishop. (2013) Impact of Clothing on Exercise in the Heat. Sports Medicine, 43:695–706. DOI 10.1007/s40279-013-0047-8.

Bishop P, Balilionis G, ZhangY, Davis JK. Ergonomics and Comfort in Protective and Sports Clothing. (2013) J Ergonomics S2:005. DOI 10.4172/2165-7556. S2-005. Invited paper.

## 2012

Davis JK, Bishop PA, Zhang Y, Green JM, Casaru C, Orrick KD, Curtner-Smith M, Richardson MT, Schumacker RE. (2012) Fluid Balance, Rate of Cooling, and Thermal Stress in

3

Women's Islamic Athletic Clothing. *Eur J Appl Physiol* 112:725–734. DOI 10.1007/s00421-011-2026-9.

**2011**

Sirikul B, Bishop PA, Nevett ME. (2011) Thermoregulatory responses to layered personal protective clothing: practical implications for the oil spill clean-up and remediation. Journal of Public Health Management & Practice. 2011 May-Jun;17 (3):288-90.

Kraft, J.A., Green, J.M., Bishop, P.A., Richardson, M., Neggers, Y., and Leeper, J. (2011) Effects of Heat Exposure and 3% Dehydration on Repeated Cycle Sprint Performance. *Journal of Strength and Conditioning Research.* 25(3): 778-786.

Lee DP, Kennedy AD, O'Neal EK, Bishop PA, Haub MD, Strecker KL, Poulos, S. (2011) Global untargeted metabolic profiling of human sweat from exercising men and women. J Int Society of Sports Nutr 8 (9).

**2010**

Jones, Green, Richardson, Bishop. Effects of Metered vs. Bolus Water Consumption on Urine Production and Rehydration.  International Journal of Sport Nutrition & Exercise Metabolism. 20(2):139-44 (2010). 140

Zhang Y, Bishop PA, Green JM, Richardson M, Schumacker RE, Jones D. Evaluation of a Novel Personal Cooling Device for Workers in Hot Environments. *Journal of Occupational and Environmental Hygiene*, 7: 389-396.

Laurent, C.M., Bishop, PA, Green, JM, Richardson, MT, Sjokvist, J, Schumacker, RE, &

Pritchett RC, PA Bishop, Y Zhang, KL Pritchett, JM Green, CP Katica, AT DelPozzi. Evaluation of artificial sweat in athletes with spinal cord injuries. European Journal of Applied Physiology 109, Issue 1 (2010), Page 125-.

Kraft, J., Green, J.M., Bishop, P.A., Richardson, M., Neggers, Y., and Leeper, J. Impact of dehydration on a full body resistance exercise protocol. European Journal of Applied Physiology. 109(2): 259-267, 2010. 135

O'Neal, EK, Bishop, PA, et al. Effects of Work in a Hot Environment on Repeated Performances of Multiple Types of Simple Mental Tasks. International Journal of Industrial Ergonomics, 40 (2010) 77–81.

**2009**

Zhang Y, Bishop PA, Casaru C, and Davis JK. A New Hand-Cooling Device to Enhance Firefighter Heat Strain Recovery. *J Occup Envirol Hygiene*, 6 (5): 283–288, May.

Wickwire, J, Bishop, P, Green, JM, Richardson, MT, Lomax R, Casaru, C, and Curtner-Smith, M. Physiological and Comfort Effects of a Commercial "Cooling Cap" Worn under Protective Helmets. *J Occup Envirol Hygiene* 6, (8): 455 – 459, 2009.

**2007**

Wickwire, P.J., P.A. Bishop, J.M. Green, R.T. Richardson, R.G. Lomax, C. Casaru and M. Curtner-Smith. Physiological and Comfort Effects of Commercial "Wicking" Clothing under a Bullet Proof Vest. *International Journal of Industrial Ergonomics.* 37(7) pp. 643 – 651, 2007.

Jung AP, RB Dale, PA Bishop. Ambient-temperature beverages are consumed at a rate similar to chilled water in heat-exposed workers. *Journal of Occupational and Environmental Hygiene*, 4(1):54-57, 2007.

Bishop, PA Jones, E, Green, JM. Continuous vs. episodic hydration in encapsulating protective coveralls. *Journal of Occupational and Environmental Hygiene*. Vol. 4 No. 4 Pages 260-26, April, 2007.

## 2006

Ashley CD, Reneau PD, Roy JP, Bishop, PA. Effects of a Short, Submaximal Run at Different Times of Day on Heat Strain. *JEPonline,* 2006; 9 (1):1-10.

## 2005

Jung AP, Bishop PA, Al-Nawwas A, and Dale RB. Influence of Hydration and Electrolyte Supplementation on Incidence and Time to Onset of Exercise-Associated Muscle Cramps. J Athletic Train 40(2):71-75, 2005.

## 2004

Brühwiler PA, C Ducas, R Huber, PA Bishop. Angle dependence of bicycle helmet ventilation and comfort. Eur. J. Appl. Physiology. 92, 698-701 (2004).

## 2003

Dale RB, Leaver-Dunn D, Bishop PA. A compositional analysis of a common acetic acid solution with practical implications for ingestion. Journal of Athletic Training, March 2003. 38(1):57-61.

Bishop P, B Church, A Jung. An Alternative Approach to Clothing Adjustment Factors for Protective Clothing. Proceedings of the 2nd European Conference on Protective Clothing. Montreux, Switzerland May 2003, pp 207-211.

Bishop P, A Jung, B Church. Micro-Environmental Responses to Five Protective Suits in Two Environments. Proceedings of the 2nd European Conference on Protective Clothing. Montreux, Switzerland May 2003, pp 292-296.

## 2002

Clapp, A J, PA Bishop, JF Smith, LK Lloyd, KE Wright. A Review of Fluid Replacement for Workers in Hot Jobs. AIHAJ: Vol. 63, No. 2, pp. 190–198.

## 2001

Green JM, PA Bishop, JF Smith, JR McLester, RG Lomax. Sweat lactate relationships in middle-aged and younger males. J Aging Phys. Activity. 9(1):67-77.

Lee SMC, P Bishop, S Schneider, M Greenisen. Simulated Shuttle Egress: Comparison of Two Space Shuttle Protective Garments. Aviation Space Environ Med 2001; 72:110-114.

Lee SMC, P Bishop, S M Schneider, LL Clapp, WJ Williams, NE Conza, M Greenisen. Simulated Shuttle egress: role of helmet visor position during approach and landing. Aviation, Space, and Environ Med, 72(5): 484-489, 2001.

Clapp, AJ, PA Bishop, I Muir, JL Walker. Rapid Cooling Techniques in Joggers Experiencing Heat Strain. J Sci Med Sports, 4(2):160-167, 2001.

Muir I, P Bishop, J Kozusko. Microenvironment changes inside impermeable protective clothing during continuous work exposure. Ergonomics 44(11): 953-961, 2001.

Muir, IH PA Bishop, RG Lomax and JM Green. Prediction of rectal temperature from ear canal temperature. Ergonomics 44(11): 962-972, 2001.

## 2000

Bishop P, Gu D, Clapp A. Climate under impermeable protective clothing. IJIE 25 (3): 233-238.

Clapp AJ, Bishop PA, Smith JF, Mansfield ER. Effects of Carbohydrate-Electrolyte Content of Beverages on Voluntary Hydration in a Simulated Industrial Environment. Am. Industrial Hygiene Assn. J. 61:692-699.

Clapp AJ, Bishop PA, Richardson MT, Mansfield ER, Bauman TR, Wright KE. Palatability Ratings of Different Beverages of Heat Exposed Workers in a Simulated HOT Industrial Environment. Internat'l J Indust Ergo, 26:57-66.

**1999**

Clapp AJ, Bishop, PA, Smith, JF, Muir, IH, Mansfield. Water versus an electrolyte-carbohydrate replacement in the industrial environment. Environmental Ergonomics VIII, International Series in Environmental Ergonomics Vol 1. JA Hodgdon, JH Heaney, and MJ Buono, eds. Proceedings of the International Conference on Environmental Ergonomics, San Diego, CA, pp. 107-110, 1999.

Muir, I, P Bishop and P Ray. Effects of novel ice-cooling technique on work in protective clothing at 28, 23 and 18 °C WBGT. AIHAJ 60:96-104.

Bishop, P, SMC Lee, NE, Conza, L Clapp, AD Moore, J    Williams, M Guilliams, MC Greenisen. Carbon Dioxide Accumulation, Walking Performance and Metabolic Cost in the NASA Launch and Entry Suit.  Aviat. Space Environ. Med. 70:656-665.

Reneau, P, P Bishop, CD Ashley. A comparison of physiological responses to two types of particle barrier, vapor permeable clothing ensembles. Am Indust. Hygiene Assn. J. 60(4): 495-501.

Bishop, P, L Fielitz, T Crowder, C Anderson J Smith and K Derrick. Physiological Determinants of Performance on a Military Obstacle Course. Mil. Med. 164 12;891-895, 1999.

Clapp, AJ, P Bishop and J Walker. Fluid Replacement Preferences in the Heat-Exposed Worker.  AIHAJ, 60:747-751.

Green, M, AJ Clapp, DL Gu, and PA Bishop. Prediction of rectal temperature by the Questemp II Personal Heat Strain Monitor under low and moderate heat stress. AIHAJ, 60:801- 806.

**1998**

Clapp, AJ, Bishop, PA, JF Smith, IH Muir, and ER Mansfield. Water versus an Electrolyte-Carbohydrate replacement in the Industrial environment. Proceedings of the 8th International Conference on Environmental Ergonomics, San Diego, CA, Oct.

**1997**

Reneau, P, and P Bishop. A comparison of two vapor barrier suits across two thermal environments. American Industrial Hygiene Association Journal. 58:646-649.

Bishop, P. Thermal environments: Applied physiology of thermoregulation and exposure control. The Occupational Environment- Its evaluation and control, Chap 24, Sal Dinardi, Ed. American Industrial Hygiene Association, October 1997.

**1996**

Reneau, P, and P Bishop. A review of the suggested WBGT adjustment for encapsulating protective clothing. Am Indust. Hygiene Assn. J., 57 (1): 58-61, January.

Reneau, P and P Bishop. Relating heat strain in CPC to the ambient environment. Military Medicine, 161 (4), 210-213 April.

Reneau, P and P Bishop. Validation of a personal heat stress monitor. Am Indust. Hygiene Assn. J. 57 (7): 650-657, July.

Bishop, P, and P Reneau. Physiological responses to disposable protective coveralls across three wet bulb globe temperatures. Am Indust. Hygiene Assn. J. 57(11):1051-1054.50

Bishop, P, P Reneau, P Ray, and M Wang. Empirical prediction of physiological response to prolonged work in encapsulating protective clothing. Environmental Ergonomics: Recent

progress and New Frontiers, Y Shapiro, D.S. Moran and Y. Epstein eds., Tel Aviv, Freund Publishing House Ltd. pp 291- 294.

Bishop, P, P Reneau, J Smith, and M Wang. Peri-natal environment and physiological response to work in encapsulating protective clothing in mild and hot temperatures.  Environmental Ergonomics: Recent progress and New Frontiers, Y Shapiro, D.S. Moran and Y. Epstein eds., Tel Aviv, Freund Publishing House Ltd. pp 225- 229.

**1995**

Bishop, P, P Ray, P Reneau.  A review of the ergonomics of work in the US military chemical protective clothing. International. J. Indust Ergonomics 15(4):278-283, April.

**1994**

Constable, S, P Bishop, S Nunneley, and T Chen. Intermittent microclimate cooling during rest increases work capacity and reduces heat stress. Ergonomics, 37(2): 277-285.

Smith, G, P Bishop, P Ray, and J Smith. Physiological factors limiting work performance in chemical protective clothing. International J. Indust Ergonomics 13: 147-155.

Solomon, J, P Bishop, J Beaird, and J Kime. Responses to repeated days of light work at moderate temperature in protective clothing. American Industrial Hygiene Association Journal 55(1): 16-19.  Selected as an example of excellence in the field of environmental contamination and toxicology. Summarized in Quintessence, excellence in environmental contamination and toxicology, Vol 1 (1); 59, 1994.

Bishop, P, G Smith, P Ray, J Beaird, and J Smith. Empirical prediction of physiological response to prolonged work in encapsulating protective clothing. Ergonomics 37(9): 1503-1512.

Ray, P and P Bishop. Crew survivability in Space Station Freedom Emergencies. International. J. Indust. Ergonomics 14(3) (Oct): 211-221.

Farley, R, P Bishop and P Ray. Measurement of oxygen consumption with a half-face mask. Proceedings of the 38th Human Factors and Ergonomics Society. Oct 1994, 1109-1112.

**1993**

Bishop, P, Ray, J Smith, S Constable and S Bomalaski. Ergonomics of Work in Encapsulating Protective Clothing- An Analysis of Nine Studies with Similar Subjects and Clothing. Advances in Indust. Ergonomics and Safety V , 443-450, R Nielson, K. Jorgensen eds.Taylor and Francis, London.

Bishop, P and M Greenisen. Limitations to the study of man in Space in the U.S. space program. Aviation Space and Environ. Medicine 64: 238-242 (March).

**1991**

Bishop, P, R Pieroni, J Smith, and S Constable. Limitation to heavy work at $21^{O}C$ of personnel wearing the U.S. military chemical defense ensemble. Aviation, Space and Environmental Medicine, 62(3): 216-220.

Bishop, P, S Nunneley, and S Constable. Comparisons of air and liquid personal cooling for intermittent heavy work in moderate temperatures. American Industrial Hygiene Association Journal, 52(9):393-397.25

Bishop, P and L Krock, Energy costs of moderate work activities in protective clothing. Advances in Industrial Ergonomics and Safety III, 623-628, A. Mital ed.,Taylor and Francis, London.

Ray, P and P Bishop. Effects of fatigue and heat stress on vigilance of workers in protective clothing. Proceedings of the Human Factors Society 35th Annual Meeting, Sept, 885-889, 1991.

**1990**

Bishop, P. A new approach to predicting response to work in thermally-challenging environments. <u>Advances in Industrial Ergonomics and Safety II</u>, 913-918.

**1989**

Bishop, P, R Pieroni, J Smith, and T Merritt. Test-retest measurement reliability of human physiological response to heavy work in protective clothing. <u>Advances in Industrial Ergonomics and Safety I</u>, 233-237.

**1988**

Bishop, P, S Nunneley, J Garza and S Constable. Comparisons of air vs. liquid micro-environmental cooling for persons performing work while wearing protective clothing. <u>Trends in Ergonomics/Human Factors V, Proceedings of the Third Industrial Ergonomics and Safety Conference</u>, 433-440.

## OTHER PUBLICATIONS (not including abstracts):

ISO TC 159/SC 5 ISO/DIS 12894, Medical supervision of individuals exposed to extreme hot or cold environments. Referee, April 1997.

ISO TC 159/SC 5 ISO/DIS 7726- Ergonomics of the thermal environment- Instruments for measuring physical quantities. Referee, May 1996.

ISO TC 159/SC 5 N100, "Assessment of the long term thermal comfort performance of indoor environments". Referee, September 1995.

ISO TC 159/SC 5/N 92, "Ergonomics of the thermal environment- risk assessment of stress or discomfort in thermal working conditions". Referee, August 1995.

ISO TC 159/SC 5/N 92, "Ergonomics of the thermal environment- Instruments to measure physical quantities". Referee, Jan 1995.

ISO TC 159/SC 5/N 81, "Ergonomics of the thermal environment- Application of international standards to the disabled...". Referee, Je 1993.

ISO TC 159/SC 5, ISO/DIS 11399 Ergonomics Draft International Standard No. N 79 Ergonomics of the Thermal Environment-Principles and application of International Standards. Referee, Je 1993.

ISO TC 159/SC 5 Ergonomics Draft International Standard No. N 79 Ergonomics of the Thermal Environment-Comfortable Contact Surface temperature. Referee, Je 1993

**National Institutes of Occupational Safety and Health** (Jul, 16). Peer Reviewer for NIOSH Biomech and Physio of PPE- Dr. Kim, P.I.

**Elected member of U.S. TAG to ISO/TC159/SC5, Dec 2, 2015**. Reviewer- FDIS for ISO 24505: - Ergonomics – Accessible design – Method for creating colour combinations taking account of age-related changes in human color vision, **Jan 2016;** ISO/CD 10551, – Ergonomics of the thermal environment – Assessment of the influence of the thermal environment using subjective judgement scales, **Aug 2016;** A systematic review of ISO 12894 – Ergonomics of the thermal environment – Medical supervision of individuals exposed to extreme hot or cold environments; **Aug 2016.**

**National Institutes of Occupational Safety and Health.** External Reviewer NIOSH Criteria Document on Heat and Hot Environments Docket 266. March 2014. **Published March 2016.**

**National Institutes of Occupational Safety and Health.** External Reviewer for Research Proposal CDC/NIOSH/National Personal Protective Technology Laboratory (NPPTL)

review of Research Protocol entitled, "Physiological Evaluation of Tight- and Loose-Fitting Powered Air-Purifying Respirators." 2011.

**National Institutes of Occupational Safety and Health.** Request from authors for scientific review of ms, Impact of Harness Fit on Suspension Tolerance, by Dr Hongwei, Hsiao, Chief, Protective Technology Branch NIOSH, Morgantown, WV 26505, June, 2011.

**National Institutes of Occupational Safety and Health.** Review Panel May 8-9 for NORA proposals, 2011, Washington, DC.

**National Institutes of Occupational Safety and Health** (March, 10). External Reviewer for Research Proposal CDC/NIOSH/National Personal Protective Technology Laboratory (NPPTL) review of Research Protocol entitled, "Mine Rescue Ensembles for Underground Coal Mining". Mar 11.

**National Institutes of Occupational Safety and Health** (March, 10). External Reviewer for Research Proposal CDC/NIOSH/National Personal Protective Technology Laboratory (NPPTL) review of Research Protocol entitled, "Physiological Evaluation of Air-Fed Ensembles", Mar 10.

**National Institutes of Occupational Safety and Health** "Review Panel A" for NORA proposals April 20-21, 2009, Washington, DC.

**National Institutes of Occupational Safety and Health** (Nov., 08; Review of revised prop **Feb., 09**). External Reviewer for Research Proposal CDC/NIOSH/National Personal Protective Technology Laboratory (NPPTL) review of Research Protocol entitled, Comparison Of Laboratory-Measured Plasma And Salivary Osmolality With Salivary Osmolality Determined By A Hand-Held Osmometer In Acute 3% - 5% Dehydration States".

**National Institutes of Occupational Safety and Health** (June, 08). External Reviewer for Research Proposal CDC/NIOSH/National Personal Protective Technology Laboratory (NPPTL) review of Research Protocol entitled, "Habitability of Portable Mine Refuge Chambers During a Nominal 96 Hours of Confinement: A Physiological and Psychological Assessment".

**National Institutes of Occupational Safety and Health** (Nat'l Personal Protective Tech Lab), External review, Evaluation Fire fighter Ensemble, Dec 04; Evaluation Fire Fighter Ensemble Ergonomics, Mar 06.

**National Institutes of Occupational Safety and Health** (May, 03). Peer Reviewer for NIOSH NPPTL escape hood respirators.

**National Institutes of Occupational Safety and Health** (05). Peer Reviewer for NIOSH Firefighter Protective Clothing Research.

**Defence R&D Canada** (June 03). Review of Research Grant Proposal on measures of heat strain response.

**National Institutes of Occupational Safety and Health** (Jul, 98). Peer Reviewer for NIOSH Research proposal, "Laboratory evaluation of novel personal heat strain monitors in young and old wearers of protective clothing." NIOSH, Morgantown WV.

I have previously given expert testimony in one Federal Court case and given depositions in several others.

I have testified in deposition as an expert witness during the previous four years in one case:
    Widger v. B & B Wildlife Management, NC, (Rabon Law, Charlotte) 2014

My full vita is provided as Exhibit B.

I was initially retained in this case in May 2016. My compensation in this case is $300 per hour. My opinions expressed in this report are based on the information presently available. To the extent additional information becomes available or is provided, I reserve the right to amend this report and my opinions.

## Opinions Rendered

1. My testing of Armor Holdings' soft body armor (SBA) on a sweating manikin showed that heat transfers from the body of the wearer to the ballistic layers, including the layers on the strike face of the vest.

1.a. In response to the Kenney and Getz reports I conducted testing on September 9, 2016 to determine the effects of ambient temperature, ambient humidity, human body temperature, and human body humidity on SBA. Photographs which illustrate the data collection and some of the visible results are provided in Exhibit A.

I conducted three tests on Armor Holdings' model XTX3A-1 SBA on a manikin (Newton, measurement Tech, Northwest; see Photo #1 in Exhibit A) in an environmental chamber. For each test, the manikin was dressed in a supplied Police undergarment, an XTX3A-1 (Armor Holding SBA) in a white carrier (see Photos 2-4 in Exhibit A), a short-sleeved black Police and Corrections shirt, Police trousers (see Photo #5 in Exhibit A), and cotton socks. For the second test, a Police traffic vest was worn over the torso.

The use of manikins is common in human thermophysiology. This is explained in, Holmér, I. Thermal manikin history and application. Eur J Appl Physiol (2004) 92: 614. doi:10.1007/s00421-004-1135-0. They are commonly used in clothing research (for example, see Jung-Hyun Kim, Jeffery B. Powell, Raymond J. Roberge, Angie Shepherd, and Aitor Coca. Evaluation. Journal of Occupational and Environmental Hygiene Vol. 11 (4), 2014).

The manikin had the following instrumentation located as follows:
    a) Ambient temperature and humidity verification measures.
    b) Skin temperature verification thermometry (Vaisala), taped to the skin of the manikin middle chest.
    c) Surface of the Soft Body Armor front and back panels, temperature and humidity sensors, located on the panel middle, inside the panel cover, body side and strike side.
    d) Water-detection paper located inside the panel cover on both the body side and strike side of both the front and back panels (see Photos 2-4 in Exhibit A).
    e) Temperature sensors, humidity sensors, and water-detection paper were placed inside the panel cover against the Soft Body Armor panel and the devices and paper were located as far as possible from the edge, then the SBA was resealed with tape to maximize water tightness of the panel cover (see Photos 2-3 in Exhibit A). Care was taken to minimize any compromise of the integrity of the SBA during testing.

10

The following conditions were tested:

    a.   Hot (35°C), 50% rH, moderate work rate trial: Was a test of a relatively hot condition but with low humidity and the moderate work rate with the manikin simulating a normal walk (3.5 miles per hour; 5 Kcal/min). It was sustained for ~75 minutes. This walk speed was same as that cited by Kenney in several reports in his report Table 3; 1.56 m/s= 3.5 miles per hour, and the energy rate for men was from the Kenney et al. textbook (6th ed. pg. 133, Table 5.2).

    b.   Warm/humid walk with the Police and Corrections traffic vest on the manikin - conditions were set to 30°C and 80% RH (at a rate equivalent to walking 3.5 miles per hour, 5 Kcal/min (3.5 MET). Sustained for ~90 minutes. (Intensities for men per Kenney et al., textbook 6th ed. Table 5.2, pg. 133).

    c.   Hot/humid High Energy expend rate - Environmental conditions were 35°C and 75%RH, and the manikin was set at a high met rate equivalent to running at ~10 Kcal/min (7 MET for a 180-lb officer; Kenney text shows 14 Kcal/min, but I used a lower metabolic rate due to the prolonged run and the situation of officers running in uniform) for 45 minutes, then slowed to a normal walk at ~5 Kcal/min (3.5 Met) for 60 minutes. (Intensities for men per Kenney et al., textbook 6th ed. Table 5.2, pg. 133).

Plots of temperatures and relative humidities by minute for each exposure and work condition were derived. Post-test, the appearance and degree of water on the clothing, SBA, under-shirt, SBA panel covers, and visible water-detection paper were noted. SBAs were weighed before and after the testing on the a. and b. trials (my oversight resulted in one trial not being weighed) to determine retained moisture.

**Results of the Testing**

For all three trials, temperatures seen under the SBA were similar to those reported by Kenney in his report for this case, typically reaching about 36-37°C on the body side of the armor under the carrier and under the panel cover (see Figures 1.1-3.2 below). Extensive wetness and high humidity was seen throughout the clothing system for each of the three tests. For each of the three tests, I could see visible moisture on the shirt surface (i.e., over the strike face of the SBA) at the end of the test. Closer examination revealed drops of water on the water detection paper inside the SBA panel covers (both front and rear panels) for the b. and c. tests.

 It is noteworthy that the design of this manikin (Newton, Measurement Technology Northwest, Seattle; http://www.mtnw-usa.com/) evenly spaces the sweat "glands" over the body, and there was only one outlet in the axillary area ((see Photo 1 in Exhibit A). This resulted in a very conservative demonstration of the axillary sweating under these conditions. The humidity sensors, thermometry and water detection paper were located in the center of the SBA panels and away from any axillary sweating, which would be high in humans.

In relatively short (longest at 105 minutes) duration tests, it was seen that water in vapor and in liquid does reach the SBA front and back panels, penetrating the carrier and the panel cover. It was seen that the temperatures were highest on the body side of the panels, and lower on the strike face (ambient) side of the panels. The strike face of the panels was, however, typically higher in temperature than ambient conditions. These tests were done with NO solar loading which did result in higher strike face temperatures (see Fig. 4).

Police and Corrections officers typically work an 8-hour shift, with special events (e.g., University of Alabama Football games) requiring over-time. We observed in each of our three trials that the conditions of temperature and humidity of the SBA got progressively hotter and more humid (and wet) beginning about 25-35 minutes into our tests. Whereas any given Police and Corrections officer's exposure to heat and humidity may vary greatly over a duty day, it is also important to keep in mind that typically officers will wear their SBA the whole shift plus any overtime. Thus, these data should NOT be interpreted to indicate a "spike" in the conditions, but rather a "snapshot" of the conditions of the SBA exposure for much longer durations.

In my opinion, based on the data gathered, the SBA in practical use would have been exposed to high humidities and liquid water, largely influenced by local sweating, and less impacted by ambient relative humidity (i.e. the human micro-environment under clothing is typically warmer and more humid than ambient, except in very rare circumstances for short exposures). Although little of this water might have traveled through the panel layers, nonetheless the strike face was clearly exposed to water, and the temperatures seen were similar to those previously published, as high as 37°C, which agrees with data from my own previous research.

Based on my experience with protective clothing research and the data collected, I say with high confidence that SBA worn in anything similar to the tested conditions would be exposed to temperatures above the ambient dry bulb temperatures, and that these higher temperatures are before considering the effects of radiant (i.e. solar) heating, detailed below (see Fig 4). Likewise, the exposure to very HIGH humidities >80% rH, and liquid sweat would be common and prolonged.

**Moderate Work Rate, High Temperature and Low Humidity Trial**

Figure 1.1 The temperature in locations shown at an ambient temperature of 34ºC, 50% (falling to 42%) relative humidity at moderate work rate (5 Kcal/min walking).



Note that these data show relatively stable values for the first 35-45 minutes, then there was a noticeable increase in both variables with 3 temperatures (one is skin) above ambient temperature (2 were below ambient likely due to local evaporative cooling in this low rH situation). Front panel body side temperatures were about 3 degrees above ambient. These variables appeared stable after this point and the test was terminated at ~75 min. Note that the first and third legend measurements were under the panel cover. Note that these data were collected with NO solar load.  This work rate could be sustained for large portions of an 8-hour shift.

Figure 1.2 Measured humidity on the surface of the SBA (under panel cover) on sweating manikin at Ambient Environment of 50% rH at 34°C, moderate work rate (simulated walking 5 Kcal/min, or 3.5 MET).



Figure 1.2 shows similar results for the rH around the SBA for body side and strike face, under the conditions specified. Note that the rH values around the vest after about 45 min approach 90%. Realize that rH is temperature dependent, and for a given moisture level (vapor pressure), the higher the temperature, the lower the relative humidity. This effect can be seen in the rH closer to the skin.

After the test, at about 80 minutes when I entered the chamber, the shirt and undershirt were palpably wet. The panels increased weight by 20 grams (~20 ml of liquid water=0.68 fluid Oz= about half a shot glass) in 80 min from pre- to post-test. The water detection paper indicated a moist exposure (see Photo12-4 in Exhibit A).

**Moderate Work Rate, Mild Temperature and High Humidity Trial**

The following data were from a test at a mild temperature and high relative humidity (approximate morning conditions in USA southern states) at a moderate work rate (5 Kcal/min-moderate walking, from Kenney text pg. 133).

Figure 2.1 was conducted in the relatively mild conditions of 30°C (86 °F) and 80%rH. These conditions were approximations for early July 2012 in Washington DC (note that Getz pg. 36 points out that 10% of days in Washington are hotter than 32.2 C). This HIGH humidity would be expected in a morning shift. The work rate for this trial was considered moderate (5 Kcal/min, walking at 3.5 mph), and would be one that an Officer might sustain for long periods of time.

Figure 2.1 The temperature data in locations shown at an ambient temperature of 30ºC, 80% relative humidity at moderate work rate (5 Kcal/min, 3.5 mph walking).



Note in the figure that again, after about 45 min, the temperatures of the front panel are similar to the skin temperatures and the panel temperatures by 70 mins are about 7ºC above ambient. Though not reaching 40ºC, these are warm temperatures, and were collected with NO solar load.

Figure 2.2. The relative humidity data in locations shown at an ambient temperature of 30ºC, 80% relative humidity at moderate work rate (5 Kcal/min walking).

15



Note that at about 60 minutes the front and back body side panels are near maximal humidity (on these measurement devices, 97-98% is their maximal reading). This was verified by a wet gain pre- to post- exposure of 48 g in the SBA panels (48 ml water=1.7 fluid oz.= a bit more than a shot glass). Inspection of the manikin revealed that the outer shirt, the t-shirt and the panel covers were all visibly and palpably wet. All this occurred in just over 105 mins of exposure.

The rH for the back panel strike side looks very unusual. This, I discovered, was a result of a blower in the environmental chamber that blew on the back SBA panel. I assume the undulations were the blower cycling ON and OFF.

**High Work Rate, High Temperature and Humidity Trial**

The following manikin data collection was done under the harshest conditions, which I would expect represents a "worst case" situation. This began with a HIGH work rate activity equivalent to a run, or other very demanding activity, followed by a walk. The environmental (ambient) conditions were 35°C and 75% rH, and the manikin was set at a HIGH met rate equivalent to running at ~10 Kcal/min (7 MET for a 180-lb officer) for 45 minutes, then slowed to a walk at ~5 Kcal/min (3.5 Met) for the remainder (Work rates (Kcal per min) taken from Kenney et al., textbook 6th ed. Table 5.2, pg. 133). These harsh conditions could occur individually during the summer in extreme situations such as the 9/11 Twin-Towers event, around structural fires, or inside some buildings with free water from fire sprinklers or other sources.

In this situation, an officer would sweat profusely (especially under the SBA with little evaporation), then the sweat rate would fall; however, the purpose of this trial was to investigate the impact of a high sweat rate which would saturate the environment, wet the clothing, and generate high body heat. Again, this was done with NO solar load, inside an environmental chamber.

16

Figure 3.1 Measured temperature around SBA on sweating manikin at ambient environment of 75% rH at 35 C, at high, then moderate work rate (simulated running at 10 Kcal/min followed by walking 5 Kcal/min, or 3.5 MET (for 180-lb person)).



Note that 40°C was reached at the front body side panel at about 45-50 min, under these strenuous conditions, even though the ambient temperature was only 35°C. We would not expect this situation to occur routinely without solar loading, but heavy work may happen on occasion under very warm conditions. Which is to say that 40°C does not occur often, but can occur even with no solar loading.

Figure 3.2 Measured relative humidity around SBA on sweating manikin in an ambient environment of 35°C, 75% rH, at high, then moderate work rate (simulated running at 10 Kcal/min followed by walking 5 Kcal/min, or 3.5 MET (for 180-lb person).



In the above two figures (3.1, 3.2)  it is apparent that 90% rH was reached in the front panel body side micro-environment after only about 25 min and the micro-environmental temperature on the body side front panel was already about 37 C at this point, with conditions worsening during the remainder of the heavy exercise and after the heavy exercise is curtailed.

2.  My testing of Armor Holdings' SBA on a sweating manikin showed that human sweating resulted in the wetting of the ballistic material in a bullet-resistant vest, including the strike face of the vest.

2.a. I agree with Dr. Kenney that penetration of water through the SBA panels would be a laborious process, but the manikin test results show a HIGH rH around the SBA, as well as visible, palpable sweat on the panel covers, verified by water droplet marks on the moisture detection paper (see Photo11 in Exhibit A for an example of color change and droplets visible inside the panel cover, body side). Photos 6, 9-12 in Exhibit A show the

18

extreme wetness of the shirt, SBA and panel cover after exposure to 10Kcal/min of work in hot and very humid conditions.  Photos 6 & 8 captures the extreme wetness of the shirt under the worst conditions. Whereas an officer, given the opportunity, may want to change to a dry shirt, the wet shirt offers the greatest cooling potential. An officer would need to have a second dry SBA and carrier in order to change completely.  Photo 11 shows the color shift to pure white for moisture-exposed indicator paper, with the spots showing liquid water.

Furthermore, the high rH values seen in these simulations could well result in condensation after the local temperatures around the SBA fall. Thus, frequent exposure to liquid sweat/water could occur in many situations, and was seen in every situation I tested.  The local humidity and air motion would influence how long it would take the SBA, panel cover and carrier to fully dry.

Whereas attaining SBA panel temperatures of 40°C would not be common, under the conditions of my testing, it does occur, most likely, on occasion as shown in this manikin simulation.

3.  My testing of Safariland SBA outside in Northport, Alabama showed that if the thermal condition used in accelerated aging is 40°C - 50°C, those conditions are not only valid and plausible, but they are not "accelerated", at least for sun exposed users in the summer in the southeastern USA.

3.a. In order to test the conditions SBA worn by a Police and Corrections officer experiences, I conducted an experiment on June 25, 2016 in Northport, Alabama. I draped a standard issue Police shirt over a Safariland SBA. Temperature was measured for the ambient conditions within 10 feet of the SBA in the shade. Temperature was also measured simultaneously for the body and strike surfaces of the back panel of the SBA in full sunlight. The front panel was kept in place but not measured due to a lack of thermometers.

I placed the SBA covered by the Police shirt on a wooden stool which oriented the vest as if in use by an officer, and the wood minimized any conductive heating. The temperature data are shown in Figure 4 below. The local ambient dry bulb temperature was 28°C at the beginning (0830 CDT), 36°C at 230 minutes (11 AM CDT; but due to our positon in the EAST edge of the CDT time zone, nearly local apparent noon), and 33°C at the end of the test (1720 CDT).  The high temperature of 39 C may have been due to re-radiation from my deck material.  It was hot that day, but not atypically so.

Temperatures were verified by measuring key temperatures with two independent thermometers (YSI and I-buttons). The thermometers were located on the outer surface of the SBA, under the carrier but over the panel cover. For minutes 280-310 I traded the dark Police and Corrections shirt (navy blue) for a white, non-Police and Corrections, shirt.

19

The data presented in Figure 4 are noteworthy in that 40°C was exceeded on the strike face of the SBA for all but the first 20 minutes of the measurement (0820-0840 CDT) and last 20 minutes (1700-1720) on the outer strike surface of the SBA. The strike face reached as high as 55°C when the angle of sunshine was closest to perpendicular (90°), at about minute 150.

Data under the SBA, located under the carrier but outside the panel cover on the "body side", showed lower temperatures, and lagged behind the strike face temperatures slightly, achieving a peak temperature of 50°C at about minute 110. The inner and outer SBA temperatures converged at about 1420 CDT. This convergence was likely due to the changing angle as the surrogate "Police and Corrections officer" was "facing" almost due west, and after noon both sides of the back SBA panel were "shaded" by the front panel. A second reason for convergence may have been conduction of the SBA material in this particular SBA together with the duration of exposure.

It is noteworthy that using a white outer garment instead of the dark "navy blue" standard issue Police shirt did result in a small drop in the measured temperature at both measurement sites, but especially on the outer strike face of the SBA. This shows the increased absorption of sun light energy with the darker shirt. It also illustrates the sensitivity of the thermometers in this experimental set-up.

The key point of these data is that, with radiant loading the surface temperature of SBA in sunlight, under an officer's uniform shirt, can be 10-18°C higher than ambient dry bulb temperature, for long duration exposures to sunshine.

Figure 4. Temperatures measured on the SBA strike face (under carrier but outside panel cover) and under both (on the body side inside the carrier but outside the panel) over the course of one day (25 June 2016) in middle Alabama. These measures were made on the back SBA panel of a fixed SBA facing west draped over a wooden stool in approximate orientation of a standing user. Ambient temperatures were measured in the shade within 10 feet of the SBA and over the course of a day (0820-1720; or a bit over 500 mins).



4.  Real Police and Corrections officers are often required to work in hot locations, and most importantly, with sun exposure. Sun exposure results in temperatures exceeding dry temperature by well over 10°C. Dr. Kenney and Mr. Getz, surprisingly, failed to acknowledge radiant loading, and failed to consider the impact of radiant loading by the sun on SBA.

4.a. My sun-exposure data showed temperatures above 50 and 40°C on the strike face and under side of the SBA, respectively.  These very high strike face temperatures were NOT influenced by body heat, since there was none.  In fact, the officer would gain heat since the temperature exceeded the expected skin temperature.

5.  Dr. Kenney and Mr. Getz focus only on temperatures and humidities experienced by officers in outdoor, open, and shaded environments, but ignore common heat exposures generated by sunshine, or by entering into vehicles or buildings whose internal temperatures exceed the ambient, shaded environment.

5.a. Mr. Getz failed to recognize the contributions of humans (represented in my data by the manikin) to the elevated temperature and humidity experienced by the SBA in the micro-environment of SBA under the shirt.

6.  It is common to see Relative Humidity (rH) measurements at 95%+ in the micro-environment under protective clothing. In my SBA testing, this very high rH contributed to the ambient rH around the user's body, raising the rH experienced by the SBA. Mr. Getz's data are of ambient measures most properly protected from the influence of any near-by water sources or human sweat sources and therefore underestimate the conditions to which the SBA was exposed.

6.a. Whereas Mr. Getz undoubtedly has extensive climatological experience with ambient data, he appears to ignore the impact of a sweating Officer wearing SBA on the environment which immediately surrounds the SBA. The data presented herein show that the environment experienced by the SBA in use is generally warmer and wetter than the ambient conditions. The low permeability of the SBA increases the problem by retaining moisture and increasing sweating due to the ineffectiveness of un-evaporated sweat.

**Additional Opinions on the Kenney Report**

Pg. 1, points 1-2:  Dr. Kenney makes his point by IGNORING other sources of heating (e.g. the sun) in addition to the Officer, and other means to wet the strike face besides transmission through the garment. My manikin data suggest that sweating around the SBA can wet all SBA panel surfaces.  My sun-exposure data suggests that the strike face can be exposed to very high temperatures when used in sun-lit locations such as directing traffic (See Kenney, W.L., Wilmore, J.H., and D.L. Costill. *Physiology of Sport and Exercise e-book*. 6th edition, Human Kinetics, Champaign, IL (ISBN 978-1-4925-1213-4), 2015, pp307-308).

Pg. 1, point 3: Dr. Kenney failed to acknowledge that the aging tests were "accelerated" as opposed to normal use aging. Whereas I am NOT an expert on accelerated aging tests for materials, it would seem logical that the "accelerated" aging test would require temperatures above those expected in regular use, otherwise it would be a non-accelerated aging test. The sun-exposure data and manikin data suggest that temperatures above 40°C could occur during normal usage in reasonably warm and humid conditions.

Page 3, para 1, end: Dr. Kenney suggests that "core" temperature can be measured at a number of sites (e.g., tympanic, auditory canal, and urine) generally known to yield

erroneous temperatures, under the conditions experienced by healthy Police and Corrections officers performing physical work during their duty day. Our published data, as well as that of many others, shows that auditory canal is not a useful measurement site for healthy officers working (Muir, IH PA Bishop, RG Lomax and JM Green. Prediction of rectal temperature from ear canal temperature. Ergonomics 44(11): 962-972, 2001). Other research, plus my own experience suggests that tympanic temperature is likewise not useful under working conditions in healthy officers. If these surrogate measures were sufficiently accurate, they would be in frequent use.

Page 4, full para 1, end: Dr. Kenney makes the same omission as Pg. 1, point 3. Additionally, I would point out that radiant loading from sunlight can heat the strike face above 40°C, and even above 50°C during routine exposures in the summertime in the USA. I have collected data showing temperatures above 50°C on the strike face simply due to radiant loading for sunlight. My sun-exposure data illustrate high radiant heating. My manikin data support elevated non-radiant heating. Unfortunately, I was NOT able to collect manikin data in sun exposure, as those data would be expected to be additive (though admittedly, by definition, as temperatures increase relative humidity decreases for a fixed water vapor pressure).

Page 4, full para 1, end: Humans can and do endure temperatures of 40°C (104°F) and slightly higher for several hours during a fever. "Prolonged or persistent fever is fever lasting longer than about 10-14 days; these are usually low-grade fevers." "Low-grade fevers range from about 100 F-101 F; 102 F is intermediate grade for adults but a temperature at which adults should seek medical care for an infant (0-6 months). High-grade fevers range from about 103 F-104 F" (http://www.emedicinehealth.com/fever_in_adults/article_em.htm).

Page 4, full para 1, end: Dr. Kenney in these last sentences contradicts everything he has presented in the preceding pages. In fact, thermodynamically it would be unreasonable to expect NO temperature response at the body side of SBA, and impossible for there to be NO heat transfer to the strike face (assuming an ambient temperature lower than the skin temperature), albeit it may be extremely low rate of transfer. Likewise, Dr. Kenney assumes, without warrant, that moisture must necessarily travel THROUGH the SBA. The carrier, the inner clothing, and the outer clothing may all transport sweat from the Officer to the strike surface, as I saw clearly in my manikin tests. The amount of moisture reaching the SBA panel will depend upon the water permeability of the materials between the water and the SBA Zylon material. Likewise, other external sources of water such as rain, fire hoses, fire sprinklers, etc. can wet the SBA without having to travel through the SBA protective Zylon. Again the permeability to water of the materials between the Zylon and the water would determine the degree of wetness ensuing. My manikin data suggests that the strike face temperatures are influenced by the skin temperature, and the sun-exposure data show that there can be external heating of the strike face, only partly dependent on heat from the user. My manikin data suggests that the strike face wetting may occur during reasonable use.

Page 8 bottom continued to Pg. 9 top: Dr. Kenney cites work from my research group
   wherein he reports our data which show that the micro-environment of the SBA was
   around 35°C. Clearly this is NOT 40°C, but it does show that the SBA inside surface was
   elevated to within 5°C of the 40°C mark that he seems to see as a threshold. It is hard to
   envision nothing happening to the material at 35°C but sudden deterioration at 40°C
   unless 40°C was some phase change temperature. Noted that these temperatures were on
   the body side of the SBA.  Also the high strike face temperatures in the sun-exposure
   data, and the elevated SBA temperatures in the manikin data suggest that 40°Cwas NOT
   an accelerated test temperature, merely a replication of what can happen on a warm
   sunny day.

Pg. 16, penultimate para. End: Dr. Kenney cites a Natick Study that found a vest treated with
   Zepel-D only absorbed 7-11% of the sweat produced and "…undoubtedly limited to the
   outer fabric". The implication is that applying ~100 ml of water (at a sweat rate of 1 Liter
   per hour for ONLY 1 hour) to the outer fabric would not contribute to the deterioration of
   the Zylon. In itself that is a small amount, but if an Officer were to wear his/her vest
   everyday (5 days per week) June-August, the cumulative impact on the fabric may indeed
   be substantial, particularly over 4-5 years. Our measures showed accumulation of 50 and
   20 ml of water in the SBA+ panel cover after relatively short exposures (~105 min)
   relative to an 8-hour work day.

Pg. 17 top: Dr. Kenney again assumes the ONLY way for sweat to reach the strike face is by
   penetration directly through the vest. Whereas Dr. Kenney's assumed route would be
   difficult and perhaps allow little water all the way through, there are additional routes for
   water to reach the strike face. For example, in heavy sweating which Dr. Kenney's own
   Table 2 illustrates, some sweat would be expected to be carried by the tee shirt and the
   clothing to the edges of the SBA thus traveling over the surface rather than through the
   vest. Likewise, Dr. Kenney assumes that sweat is the ONLY wetting agent and ignores
   and other sources of wetting. These other sources, more occasional than sweating, would
   add to the CUMULATIVE exposure over the useful life of the SBA. The manikin tests
   clearly showed that surface sweat was sufficient to wet the strike face without necessarily
   penetrating the SBA panel material at all, though I had no way to measure wetness inside
   the panel without damaging the panel.

Pg. 17 last sentences: Dr. Kenney again seems to choose to ignore the word "accelerated" as
   applied to the tests he is criticizing. He quotes Dr. Roland who explains that accelerated
   tests require exposure to conditions which are shorter (i.e., accelerated) but higher-
   temperature than long-time lower temperature wear. Dr. Kenney seems to be wanting the
   "accelerated" test to be done at temperatures and humidity that exactly replicate Officer
   use, which would, of course, require 5 years to complete and would not, in any way, be
   "accelerated". My data from sun exposure, and data from the manikin showed that 40°C
   and 80% rH were indeed possible, and even probable under reasonable use situations.

Pp 18-19: Dr. Kenney uses similar arguments against Dr. Lesser as he did against Dr. Roland
   on Pg. 17 outlined above. Whereas Dr. Kenney has clearly outline HIS ASSUMED
   normal use conditions, he seems unable to distinguish between an "accelerated aging

test" and normal use. Again normal aging tests under exact human physiological conditions would take a full 5 years, and thus would NOT yield results until perhaps the SBA had been long superseded by other products and materials. Dr. Lesser's characterization of the accelerated test conditions as "mild" likely were provided in the understanding that these TEST conditions were "mild" relative to OTHER TEST CONDITIONS possible, rather than to normal use conditions. My data from sun exposure, and data from the manikin showed that 40°C and 80% rH were indeed possible, and even probable under reasonable normal usage.

**Opinions of the Getz Report**

Page 3 Summary Opinion a: The United States' experts' characterization of the accelerated test conditions as "mild" likely were provided in the understanding that these TEST conditions were "mild" relative to OTHER TEST CONDITIONS possible, rather than to normal environmental conditions. My data from sun exposure, and data from the manikin showed that 40°C and 80% rH were indeed possible, and even probable under reasonable normal usage. Mr. Getz's meteorological data were taken, by design, away from any influence of human body heat and sweat, which would NOT be the case in normal use by Officers.

On page 3 and following: Mr. Getz's comments regarding environmental temperatures seem to be referring ONLY to the dry bulb temperatures. Dry bulb temperatures are measured in the shade (http://www.weather-climate.org.uk/05.php). This temperature, by definition, excludes radiant heating, which occurs in partial or full sunshine. Whereas Mr. Getz's assertions regarding dry bulb temperature are likely accurate, they totally ignore the radiant loading captured by a black globe temperature (See Kenney, W.L., Wilmore, J.H., and D.L. Costill. *Physiology of Sport and Exercise e-book*. 6th edition, Human Kinetics, Champaign, IL (ISBN 978-1-4925-1213-4), 2015, pp307-308).
As Mr. Getz likely knows, black globe temperatures often can be 10°C or more above dry bulb in full sunshine of summer. My data from sun exposure shows that 40°C and even 50°C are indeed possible, and even probable, under reasonable normal for SBA usage in sunlight.

Page 4 b, c, d: Mr. Getz makes the point that RELATIVE Humidity tends to fall as dry bulb temperatures rise, a simple effect of hotter air having increased moisture-holding capacity. Again, Mr. Getz fails to recognize that the testing done was intended to be "accelerated" aging as opposed to "normal aging" which would take 4-5 years to conduct using normal environmental conditions. Mr. Getz also fails to distinguish between the micro-environment which the SBA would experience near the Officer, that is typically warmer and more humid than the macro-environment (ambient conditions). My data from sun exposure, and data from the manikin showed that 40°C and 80% rH were indeed possible, and even probable under reasonable normal usage.

Page 4 f: Mr. Getz again fails to take into account "accelerated aging" conditions, and instead seems to assume that normal environmental conditions should be useful in "accelerated" aging. Mr. Getz seems to also ignore the cumulative exposures, instead

emphasizing the relatively hot "macro" (ambient) conditions instead of the more prolonged MICRO conditions near the officer's sweating (in hot temperatures) body. Again, the SBA conditions are typically warmer and more humid EVERY time it is used, compared to the ambient (MACRO) conditions to which Mr. Getz constantly refers, except under the hottest and most humid ambient conditions, and in this case only for a few minutes. My data from sun exposure, and data from the manikin showed that 40°C and 80% rH were indeed possible, and even probable, under reasonable normal usage.

Page 4 g: Mr. Getz again fails to distinguish between the typically warmer and more humid micro-environment which the SBA would experience near the Officer, and the typically cooler less humid macro-environment (ambient conditions). My data from sun exposure, and data from the manikin showed that 40°C and 80% rH were indeed possible, and even probable under reasonable normal usage.

Pg. 9 Top: Characterization of the accelerated test conditions as "mild" likely were provided in the understanding that these TEST conditions were "mild" relative to OTHER ACCELERATED TEST CONDITIONS possible, rather than to normal environmental conditions. My data from sun exposure, and data from the manikin showed that 40°C and 80% rH were indeed possible, and even probable, under reasonable normal usage.

Figs 10- 15: These figures purport to show the "Highest reported hourly relative humidity when temperatures were greater than 40°C". Yet this seems to present substantially more occurrences of 40°C temperatures for SBA exposure (Figure 4) which showed only locales with 100 or more days >40°C in a 17-year span and fig. 5 which shows locals with NO never observed 1998-2015, and pp 71-113, which suggest very few occurrences.  It is unclear which figures truly represent ambient dry bulb temperatures above 40°C.  In any of these data, solar loading was never considered, since dry bulb temperature is collected in the shade (http://www.weather-climate.org.uk/05.php).

Getz Fig 19: This shows that Phoenix, AZ has temperatures above 100°F/ 37.8°C, 30% of days of year.

Getz Fig 23: Houston has 2.3% of days above 100°F.

I would note that it is COMMON to see rHs at 95%+ in the micro-environment under protective clothing. Mr. Getz's data are of ambient measures most properly protected from the influence of any near-by water sources or human sweat sources. My data from sun exposure, and data from the manikin showed that 90% rH were indeed possible (see Figs 2.2, and 3.2) and even probable around the SBA under reasonable normal usage.

Because Mr. Getz did NOT distinguish between the macro environment (ambient conditions) and the conditions seen under and around the SBA, and never mentioned black globe (radiant temperature) which SBA users do encounter routinely, most of his report seems irrelevant to the issues of interest in this case.

26

**Conclusion**

In contrast to any suppositions and speculations, actual measurement of an SBA exposed to normal sunlight in June in Alabama, and of a manikin in an environmental chamber, indicate a HIGH probability of exposure of the SBA panel materials to high heat and humidity and liquid water. My exposures were time-limited, but in use by Police and Corrections and officers, this exposure would be expected to be much longer.

I do NOT know the impact of heat and humidity on Zylon or other materials, but I am confident of the accuracy of the data reported herein.

Submitted 26 Sept., 2016

Phillip A. Bishop

**Materials Considered**

I considered the following documents:

Opinions of R Getz and Dr. L. Kenney.

The following book and articles were considered:

Kenney, W.L., Wilmore, J.H., and D.L. Costill. *Physiology of Sport and Exercise e-book*. 6th edition, Human Kinetics, Champaign, IL (ISBN 978-1-4925-1213-4), 2015.

Muir, IH PA Bishop, RG Lomax and JM Green*.  Prediction of rectal temperature from ear canal temperature.  Ergonomics 44(11): 962-972, 2001.

Holmér, I. Thermal manikin history and application. Eur J Appl Physiol (2004) 92: 614. doi:10.1007/s00421-004-1135-0.

Jung-Hyun Kim, Jeffery B. Powell, Raymond J. Roberge, Angie Shepherd, and Aitor Coca Evaluation of Protective Ensemble Thermal Characteristics Through Sweating Hot Plate, Sweating Thermal Manikin, and Human Tests. Journal Of Occupational And Environmental Hygiene Vol. 11 , Iss. 4,2014.

The following www sites were referenced:
  http://www.emedicinehealth.com/fever_in_adults/article_em.htm
  http://www.weather-climate.org.uk/05.php

EXHIBIT A

Photo 1. Manikin showing "sweat pores".



Photo 2. Dry panel showing the color before exposure to "work" in hot humid environments.



Photo 3. Back Panel strike side showing INSTRUMENTATION and re-seal after trial.  Note the darker wetness.



Photo 4. Front view of manikin with SBA in place before adding shirt.



Photo 5. Manikin ready for testing with dry short-sleeved shirt.



Photo 6. Manikin shirt after hot humid walking.  Wetness is extreme and clearly seen.  This was a heavy sweating resulting in a totally wet shirt.



Photo 7. Indicator paper from inside panel cover, body side, showing liquid water after walking Hot Humid.



Photo 8. Manikin after HOT HUMID Hard test run.  Note drops of sweat on manikin "skin", and wet shirt.



Photo 9. SBA and t-shirt showing wetness after HOT HUMID HARD test.



Photo 10. Wet Front panel BODY SIDE with indicator paper still in place. Wetness of panel cover can be seen. Hot humid.



Photo 11. Wet Back panel Body side with indicator paper showing drops of liquid water and dry paper for contrast. Dry indicator paper is the darker cream color, wherein moisture exposed paper is white, and droplets show up as spots on the indicator paper.



Photo 12. Front panel, strike side. Hot humid.



# EXHIBIT B

1

Bishop

09/26/2016

VITA

**PHILLIP A. BISHOP**

### PERSONAL INFORMATION:

Office Address:                                  Home Address:
T21 Health Sciences                       314 Legacy Oaks Circle
Lynchburg, VA 24505                    Lynchburg, VA 24501
pbishop@bama.ua.edu

## EDUCATION:

| | |
|---|---|
| B.S. | United States Naval Academy<br>Major:  Oceanography<br>Distinguished Graduate |
| M.S. Ed. | James Madison University<br>Major:  Physical Education/Higher Education<br>2009-2010 Outstanding Alumnus Award |
| Ed.D. | University of Georgia<br>Major:  Physical Education<br>  (Exercise Physiology- Kirk Cureton, Advisor) |

## PRESENT POSITION:

2016           Professor of Exercise Science, Liberty University.
1984-2016   Assistant, (tenured) Associate Professor (1990), Professor (1994), Emeritus
                  Professor (2016); Univ of Alabama. Fulbright Fellow, Univ of Botswana
                  2013;Assistant, (tenured) Associate Professor (1990), Professor (1994),
                  Paul W. Bryant Professor of Education (2006-2007), Fulbright Senior
                  Specialist (2008-2013), Department Chair (Mar 96-May 97-departed for
                  USMA) and Director of Human Performance Laboratory (1984-2005;
                  2008), Graduate Faculty (1984- present), UA Leadership Academy (2006-
                  08), Retired 1 June 2016.

## PREVIOUS EMPLOYMENT:

| | |
|---|---|
| 2013 | Fulbright Fellow, University of Botswana, Gaborone, Botswana. Teaching and Research (Jan 15-Dec 2, 2013). |
| 2012 | Visiting Investigator, Nationellt Vintersport Centrum, Mid-Sweden University (MIUN), Ostersund, Sweden (Feb 2- May15). |
| 1993-2000 | Visiting Scientist, Universities Space Research Association, Division of Space Life Sciences.  Appointed to Exercise Countermeasures Project, Johnson Space Center. |
| 2000 | Adjunct Professor, Beeson Divinity School, Samford University, Birmingham, AL, two semesters. Supervised the teaching externship, taught seminar on teaching. |
| 1997-1998 | Visiting Professor, Dept of Physical Education, United States Military Academy, West Point, NY 10996. Received Commander's Award for exceptionally meritorious service.  Conducted research on physical performance, created and taught class on physiology of warfare. |
| 1992 | Visiting Professor, New Chalcedonia (formerly The Queen's) College, Glasgow, Scotland, U.K. |
| 1991-1992 | Visiting Research Scientist, Exercise Countermeasures Project, Space Biomedical Research Institute, Johnson Space Center, NASA, Houston, TX (Sabbatical Leave) Universities Space Research Association, 15 months.  Designed and conducted research on exercise countermeasures to space adaptation to preserve health of astronauts. |
| 1989,'90, '96, '97 | Summer Research Fellow, NASA, Johnson Space Center, Houston, TX through Universities Space Research Association.  Conducted research on countermeasures to effects of weightlessness, serial measurement of total body water with deuterium oxide, launch and entry suit physiology. |
| 1989 | Summer Research Fellow, U.S. Army Biomedical Research and Development Laboratory, Ft. Detrick, MD.  Conducted research on field tests of hydration status. |
| 1986,'87,'90 | Summer Research Fellow, USAF School of Aerospace Medicine, Brooks AFB, TX.  Conducted research in thermal physiology of chemical defense. |
| 1983, 1984 | Assistant Professor, Department of Physical Education, University of |

`Bishop`

Georgia.  Research Assistant in the Human Performance Laboratory and
teacher in the Basic Physical Education Program.

**FUNDED EXTERNAL GRANTS (unfunded not shown) (*indicates student author)**:

Herron, RL* and Bishop.  (2016) Effect of Foam Rolling on Recovery from Exercise, Trigger
Point, Implus Inc., $11,693.

Bishop, P.A. (2010). Impact of Beverage Composition on Hydration over 8 hours.  Private
beverage company. **$42k. Funded.** **($1, 081,000)**

*DelPozzi and Bishop, P.A.  2010. Tests of "relief discs" on DOMS.  Private company. **$11k.
Funded.**

*O'Neal, E. and Bishop. (2010).  Impact of Beverage Composition on Sweat Composition.
Private beverage company. **$42k. Funded.**

*O'Neal, E. and Bishop, P.A. (2009). Rehydration drink palatability components for zero-cal
beverages.  Private beverage company.  **Funded. $42,200.**

Bishop, P.A. and Bacon, N*. (2008).  Evaluation of a commercial push-up device.  Private Corp.
**Funded. $6,700.** June-Aug.

Bishop, P.A. and M Green, J.M. (2008).  Evaluation of a novel personal cooling device for
workers in hot environments.  Private Corp.  **Funded. $55,600.**

*K Kerr and P Bishop. 2006. Timing of CHO/protein ingestion before exercise.  Private Corp.
**Funded. Nutrient bars and $1000.**

Bishop, P.  2005. Continuous vs. episodic hydration in PC.  Private Corp.  **Funded. $33,950.**

Bishop, P.  2004. Use of portable hands-free drinking systems in industry.  Private Corp.
**Funded. $15k**.

Bishop P, A Jung,* B Church*.  Spring 2002. Comparisons of encapsulating protective clothing.
Private Corp.  **$82,500. Funded.**

P Bishop and B Sirikul* 2001.  Comfort and Heat Stress Comparisons to Nomex® in a Hot
Environment.  Private Corp.  **$960. Funded.**

*Jung, A, and P Bishop.  2000.  Effects of Beverage temperature on hydration.  **Gatorade
Sports Science Institute.  $750. Funded.**

*Muir, I, *J Kozusko and P Bishop.  1999.  Ergonomics improvements programs. **Arvin
Foundation, $7,500, Funded**.

Bishop PA and Clapp, A*.  1997.  Role of Carbohydrate-Electrolyte Fluid Replacement in the
Industrial Environment.  **Gatorade Sports Science Institute $23,420 Funded.**

Bishop PA and Clapp, A*.  1997. Effects of Sqwincher Carbohydrate-Electrolyte Fluid in
rehydration.  **Sqwincher Corp. $10,125 Funded.**

Bishop, PA. 1997.  Visiting Professorship, U.S. Military Academy, West Point, NY, **USMA,
and $78,000 Funded**. Plus **$7000** extension.

Bishop, PA. 1997.  Summer Research Fellowship, Johnson Space Center, Houston, TX.
**NASA/ASEE, $11,600 Funded**.

Bishop PA and Clapp, A*.  Tests of the Oasis undergarment relative to cotton clothing at three
WBGTs.  **Kimberly Clark Corp**. Fall 1996.  **$60,000 Funded**.

Bishop, PA. 1996. Summer Research Fellowship, Johnson Space Center, Houston, TX. **NASA/ASEE, $11,300 Funded**.

Bishop, PA, P Ray, J Smith, M Wang and R Pieroni. 1993-1995. Empirical Prediction of Physiological Response to Protective Clothing. **Occupational Safety and Health Study Group of NIOSH, PHS,** #1RO10H03015-01. Sept. 1993, **$305,669 Funded, Renewed**.

*Reneau, P and P Bishop (Co-PI). Evaluation of Kleengard vs Tyvek in CPC. **Kimberly Clark Corp.** Spring, 1995. **$40,000 Funded**.

Bishop. PA. Novel employment of a temperature transmitter. **Human Technologies Incorporated,** Fall 1993. Equipment grant. **$2,500 Funded**.

Bishop, PA. Comparison of mouthpiece vs gas collection mask in Open-circuit Spirometry. **Hans Rudolph Inc**., funded Spring 1993, Equipment grant. **$4,788, Funded.**

Bishop, PA. 1991. Sabbatical Fellowship, Exercise Countermeasures Group. Johnson Space Center, Houston, TX. **NASA/USRA,** funded Spring and Summer terms, 1992, **$26,000 Funded**.

Bishop, PA 1990. Sabbatical Fellowship, Exercise Countermeasures Group. Johnson Space Center, Houston, TX. **NASA/USRA, Funded** Summer and Fall terms, 1991, **$26,000 Funded**.

Bishop, PA., P Ray and R Pieroni. 1990. Empirical prediction of physiological response to work in the chemical defense ensemble. **Universal Energy Systems for the USAF Office of Scientific Research, $20,000, Funded.**

Bishop, PA. 1990. Human body fluid changes in simulated spaceflight. Johnson Space Center, Houston, TX. **NASA/ASEE, $2944, Funded.**

Bishop, PA. 1990. Summer Research Fellowship, Johnson Space Center, Houston, TX. **NASA/ASEE, $10,300, Funded.**

Bishop, PA. 1990. Summer Research Fellowship, School of Aerospace Medicine, Brooks AFB, Texas. **United States Air Force, $10,600, Funded.**

Bishop, PA. 1990. Sponsored three graduate students to Summer Graduate Student Summer Support Program. USAFSAM, Brooks AFB, TX, **U.S. Air Force, approximately $19,200, Funded**.

Bishop, PA. 1989. Summer Research Fellowship, Johnson Space Center, Houston, TX. **NASA/ASEE, $9300, Funded.**

Bishop, PA 1989. Summer Research Fellowship. Biomedical Research and Development Laboratory, Ft. Detrick, MD. **U.S. Army, $8,700, Funded.**

Bishop, P and J Smith. 1989. Manual vs. automated analysis of lactic acid concentration. **Yellow Springs Instruments, $4,310, Funded.**

Bishop, P, J Smith and RN Godsen. 1989. Lactic acid measurement techniques for Yellow Springs Instruments electrode automated analyzers. Yellow Springs Instruments, **$10,829, Funded**.

Bishop, PA and RE Pieroni. 1987. Time required to store 80 and 120 Kcal of heat of personnel performing heavy work at 70F in the CDE; partial evaluation of USAF Reg 355-8. Universal Energy Systems for the USAF Office of Scientific Research, **$20,000.00, Funded**.

Bishop, PA. 1987. Summer Research Fellowship, School of Aerospace Medicine, Brooks AFB, Texas. United States Air Force, **$10,077, Funded**.

Bishop, PA.  1987.  Sponsored two graduate students to Summer Graduate Student Summer Support Program.  USAFSAM, Brooks AFB, TX.  **U.S. Air Force, approximately $10,600, Funded**.

Bishop, PA.  1986.  Summer Research Fellowship, School of Aerospace Medicine, Brooks AFB, TX.  United States Air Force, **$9,500, Funded**.

Bishop, PA and JF Smith.  1986.  Prediction of residual volume.  W. E. Collins Corp., **all equipment and supplies provided**.

Bishop, PA and JF Smith.  1985.  Physiological response to aerobic dance with hand-held weights.  Schwartz Foundation, Pittsburgh, PA, **$2,985, Funded**.

**UNIVERSITY FUNDED RESEARCH as PRINCIPAL INVESTIGATOR:**

Esco, M, Philip Gable and Philip Bishop, Co-Principle Investigators.  The Psychophysiology of Recovery in Department of Defense Personnel, University of Alabama, Research Grants Committee, 2016, Role: Funded: $130,000

Bishop and Curtner Smith. Using an Integrated Kinesiology Science Model to Leverage STEM Learning in High School Biology, Chemistry, Physics, and Mathematics. OAA, UA, Seed Funds. April 28, 2014.  **$5000.**

Bishop, Wingo, Ryan.  Pilot study of Standoffs for Ballistic vests.  College of Ed.  **$2496**. Funded. 2011

Bishop, Phillip, K Nygren, M Butt, T Crowder, C Anderson, L Glen, J Smith and C Derrick. 1997. Determinants of performance on military obstacle course tests, Dean's Office, USMA, **$1525**.

Bishop, P, *AJ Clapp. 1996. Practical aspects of Measuring Internal Temperature in Industrial Workers: Pilot study.  College of Education, University of Alabama, **$554**.

Bishop, P, *J McLester. 1995.  EVA Handgrip Evaluation.  College of Education, University of Alabama, **$600**.

Bishop, P, *P Reneau. 1993.  Temperature Monitoring with an ingestible thermotransmitter. College of Education, University of Alabama, **$1500.**

Bishop, P, JF Smith, *R. Farley, *P Reneau, *M Martino.  1992.  Physiological Responses to Exercise during Lower Body Negative Pressure.  College of Education, University of Alabama, **$1237.**

Bishop, P and *J Solomon.  1989.  Bioresistivity of human body segments.  College of Education, University of Alabama, **$795**.

Bishop, P and *M Bronstein.  1988.  Development of a maximal VO2 protocol for aerobic dance. College of Education, University of Alabama, **$780**.

Bishop, PA.  1986.  Are aerobic dancers athletes?  College of Education, The University of Alabama, **$552**.

Bishop, PA.  1986.  Training efficacy of aquatic therapy in trained runners.  College of Education, The University of Alabama, **$430**.

Bishop, PA. and W Schreiber.  1985.  Design tests of a low-cost swimming flume.  Research Grants Committee, The University of Alabama, **$3,997**.

Bishop, PA.  1985.  Effects of dimethylglycine on physiological response to exercise.  The

University of Alabama, College of Education, **$495**.

Bishop, PA.  1985.  Physiological measurement in psychology research.  Contract with The University of Alabama Psychology Department, **$580**.

## MAJOR GRANT PROPOSALS (Pending and Unfunded) (*indicates student):

Esco, Bishop, Gable, et al.  HRV as predictor of readiness in Military Ops.  Pre-proposal. DoD, Jul 2016.  $700 total.

Hornsby, JH and Bishop et al. Effects of Safe & Practical Ergogenic Aids on Rapid Acclimation to High Altitude.  BAA 15-1, USSOCOM.  Pre-proposal**.  Total requested $700k. Not funded.**

Bishop, Ashley, Bernard.  Increasing Safety and Productivity of Workers in Protective Clothing: Modeling the Microenvironment. NIOSH PAR-12-252, R21.  **Directs = $274,900.  First review scored 38/34%.  Resubmitted NOV 13, 2015.  New scores 22/15%.**

Bishop, Stran, Esco.  Innovative Wheelchair Setup for Improving Children's Physical Activity and Quality of Life.  Promobilia, Sweden, **$118k.  submitted 13 March. Not funded.**

Payne-Foster, Bishop Sirmans, Paschal, and Curtner-Smith.  **(2014)** Smart Texting Encouraging Progress in Physical Activity and Total Health: Project STEP PATH. NIH, STTR.  $149.4k.  **Not funded.**

Esco, M., Stran, M. & Bishop, P. (2014). *Improving Physical Activity and Quality of Life through Improved Wheelchair Function*. Alabama Council on Developmental Disabilities. Requested Award: $35,000. Not Funded.

*Herron, Bishop.  Submitted to Coolshirt Corp.  Study 1 Football, $10,094; Study 2 Industrial Work, $12563; Study 3 Firefighting, $11799; Study total, $34456. May 2013.

Bishop, Herron.  Heat stress in football players.  2012 Submitted to NFL charities.  $100K. Not Funded.

Bishop, Wingo.  Soft Body armor modeling: PROBAR.  Submitted to National Institute of Justice, Feb 2011.  $1.4 Million. Not Funded.

Payne-Foster P, Bishop PA, Curtner-Smith M, Umstadtt, R.  Engaging African-American Faith-Based Communities to Improve Health and Build Trust.  $275,000 proposal to National Institute of Health (NIH). Principal conception and editing.  Aug 1, 2010 to Jul 31, 2012, April 10. Not Funded.

Payne-Foster P, Bishop PA, Curtner-Smith M, Green JM, Umstadtt, R, Sinelnikov, O.  Utilizing Sport Education to Improve Health in Minority Males.  $376,161 proposal to National Institute of Health (NIH) DHHD PA 07-421. Principal conception and writing. May 1, 2008 to April 30, 2010, March 08. Not Funded.

Green JM, PA Bishop, J Kraft (2007).  Effects of carbohydrate-electrolyte beverage vs. water on hydration efficiency and anaerobic exercise performance.  Request for $58,000 from Gatorade, Not Funded.

Payne-Foster P, Bishop PA, Higginbotham J, Curtner-Smith M, Green JM, Umstadtt, R. Experience and Resources for Trust in Minority Communities (Project PERFECT M).

$271,221 proposal to National Institute of Health (NIH) part of CCHS CTSA grant package (NOT approved for forwarding). Principal conception and writing.

Bishop and Jones.  Micro-Environmental cooling for Law Enforcement and Corrections Officers wearing body armor. NIJ, D of Justice, Submitted 17 Nov 06. $405,000, Not Funded.

Ray P, Bishop P, Weems W, Leeper J.  2006. Industrial Safety in Poultry Processing Industry. Alton Scott Engineering Working Groups.  $120,000, Not Funded.

Bishop et al.  REVISED Estimating the Heat Stress Threshold Limit Values of Encapsulating Protective Clothing using the Micro-Environment. NIH Grant prop. R01 $997,000, submitted Oct 2004. # RO1 OH007977-01A1. Not Funded

Bishop, PA  Personal Heat Strain Monitoring Using Ear Canal Temp. NIH Grant prop. R01 OH07636-01, NIOSH $421,000, in Sept 27, 2001, Not Funded.

Ray, P. P. Bishop Co-PI's, J. Kozusko.  Education to reduce accidents in multi-lane driving. UTCA $97,000. April '01, Not Funded.

*Dale, B and P. Bishop.  Hydration efficacy of Acetic Acid Solutions with trace chemicals (Pickle Juice) Compared to Gatorade and Gatorlytes.  And Strategies for rehydration in athletes. Submitted to Gatorade Sport Sciences Institute. ~$20k; National Athletic Trainers Association (2 proposals), $20,689 and $2,500.  Not Funded.

*Muir I and Bishop PA. Personal Monitoring for Heat strain. Fall 99 STTR, NIOSH. $97,000. Not Funded.

Bishop, P. J McLester*, M. Greenisen. Optimizing Resistance Exercise by Individualizing Exercise Prescription. NASA, $66,898. #99-HEDS-03-260.  Winter 99. Not Funded.

Bishop, PA, J. McLester*, M Greenisen, P Ray, D Gu and B. Todd. 1996-1999.  Developing practical pre-flight conditioning for EVA hand endurance. Submitted to NASA Space Physiology and Countermeasures.  Submitted April 1997. $283,348. Not Funded.

Ray, P., Langley, M. and Bishop, P. April 1997 Workforce Training in a Contemporary Manufacturing Environment, to NSF.  $143,000. Not Funded.

Bishop, PA, J. McLester*, M Greenisen, P Ray, M Wang and B. Todd. 1996-1999.  Enhancement of hand performance in space suited work during EVA. Submitted to NASA Advanced Life Support and Environmental technologies for Human Exploration and development in Space.  Submitted 15 May 1996. $288,794. Not Funded.

Bishop, PA, R Pieroni, J Smith, P Ray, M Wang, and *P Reneau.  Micro-cooling to improve worker safety and productivity in CPC.  Submitted to Occupational Safety and Health Study group of NIOSH, NIH, $324,000, 1995 #1 RO1 0H03372-01 (Not Funded).

Bishop, PA, R Pieroni, J Smith, P Ray, M Wang, and *P Reneau.  Real-time monitoring for safe management of personnel working in CPC.  Submitted to Occupational Safety and Health Study group of NIOSH, NIH, $317,000, 1995 #1RO10H03371-01 (Not Funded).

Bishop, PA, R Pieroni, J Smith, P Ray, *P Reneau.  Effects of hypohydration and heat exposure of a simulated shuttle landing on orthostatic tolerance, plasma volume, and heart rate. Submitted to Environmental Health RTOP, Johnson Space Center, $60,733 (Approved, not funded).

Ray, P and P Bishop.  A field study on prevention of low back injury for the air force maintenance workers.  Research Development Laboratory for the USAF Office of Scientific

Research, $25,000.00 (Program canceled before review).

Ray, P, Bishop, PA and Chkraborti, S 1992.  Effectiveness of the components of a safety program.  Submitted to Occupational Safety and Health Study group of NIOSH, NIH, $82,818.  Not funded.

Bishop, PA, P Ray, and R Pieroni. 1989.  Response to USAF RFP F33615-90-R-0603, Validation of Work/Rest Cycles Repeated Over a Full Duty Day for Relief from Physical Fatigue and Heat Stress, $248,000.00 for first two years of four year contract. Not Funded.

**REFEREED PUBLICATIONS (**<sup>*</sup>**Indicates student-author):**

### 2016

*Al-Nawaiseh A, * Pritchett Robert C, Bishop P. Enhancing Short-term Recovery After High Intensity Anaerobic Exercise. Journal of Strength & Conditioning Research, February 2016 - Volume 30 - Issue 2 - p 320–325, doi: 10.1519/JSC.0000000000001060.

Pritchett K,  Pritchett R,  Ogan D,  Broad E,  Bishop P,  Broad M. (2016) 25(OH)D Status of Elite Athletes with a Spinal Cord Injury Relative to Lifestyle Factors. *Nutrients*, *8*(6), 374; doi:10.3390/nu8060374. 183

*Bishop S, *Katica C, *Herron R, *Ryan G, Bishop P.   The Effect of Intermittent Arm and Shoulder Cooling on Baseball Pitching.  Submitted to JSCR Feb 20, 2013; April 2016 - Volume 30 - Issue 4.

Esco, M.R., Nickerson, B.S., Bicard, S.C., Russell, A.R., and Bishop, P.A. Comparison of BMI-based equations and DXA for determining body fat percentage among adults with Down syndrome. Adapted Physical Activity Quarterly (Accepted for Publication).

Nickerson BS, Esco MR, Bishop PA, Schumacker RE, Richardson MT, Fedewa MV, Wingo JE, Welborn BA. Validity of selected bioimpedance equations for estimating body composition in men and women: a four-compartment model comparison. Journal of Strength and Conditioning Research. (Accepted).

*Kopec TJ, Bishop PA, Esco MR. Influence of Dynamic Stretching and Foam Rolling on Vertical Jump.  Athl Train Sport Health Care. [accepted 2016, no publication details available].

Esco, *Flatt, *Snarr, Bishop, Williford.  Cross-validation of Age-predicted Maximal Heart Rate Equations among Female Collegiate Athletes.  J Strength Cond Res. 2015 Nov;29 (11):3053-9. doi: 10.1519/JSC.0000000000000978.

*Bishop S, *Ryan G, *Herron R, *Katica C, and Bishop P. The effect of intermittent torso cooling on thermoregulation, and cardiovascular strain in baseball catchers. Journal of Strreenght and conditioning Research.  Accepted 21 Sept 2016.

*Bacon N, Richardson M, *Buckner S, *Katica C, Wingo J, Bishop P.  A Survey of Training Techniques in Rock Climbers. In second review, International Journal of Exercise Science. Ms 1340.

Mitchell, J  Continuous and Interval walking.  Submitted Jul 2016

Bishop

*Zhang, Y, *Balilionis, G; *Casaru, C *Geary, C, Schumacker, RE, Neggers, Y, Curtner-Smith, M, Richardson, M, Bishop, PA, Green, J.  Effect of Menthol on Respiratory and Perceptual Responses during Simulated Firefighting in the Heat.

*Sjökvist, J, Bishop, P, Laurent, CM, Richardson, M, Leeper, J, Curtner-Smith, M & Vincent J. (2010) RPE and heart rate during soccer-specific drills in female soccer players. *Eur J Sport Sci*. (In review).

*Nepocatych S, *Balilionis G, *Geary C, *Collins AB, and Bishop PA. Acute Effect of Whole-Body Vibration on Balance and Flexibility. Submitted to Journal of Sports Med and Physical Fitness, manuscript # 5262, 7 Jul, 2014.

*Casaru C, Bishop P, Zhang Y, Davis JK, Green JM, Leeper J, Pritchett Kelly, Richardson M. The energy cost and thermal contributions of components of protective firefighter gear. In prep.

Al-Nawaiseh AM., Bataineh MF, Taifour AM, Bishop·PA. Dead Sea Marathon-Induced Muscle Damage and Acute Oral Vitamin E Supplementation.

**2015**

*Carter SJ, *Herron RL, *Akers SZ, and Bishop PA. (2015) Acetylsalicylic Acid Does Not Alter Thermo-Effector Responses During Whole-body Passive Heat Stress.  International Journal of Hyperthemia, ISSN: 0265-6736 (print), 1464-5157. 23 Jun 2015. 181

Stöggl T Bishop P, Höök M, Willis S, Holmberg H-C. (2015) Impact of Rifle Carriage on Physiology and Biomechanics in Elite Biathletes. Med and Sci Sports and Exercise, 47 (3): 617-624. 180

*Ryan, G., Bishop, S., *Herron, R., *Katica, C., *Elbon, B., Bosak, A., and Bishop, P. (2015). Clothing Adjustments for Concealed Soft Body Armor During Moderate Physical Exertion. Journal of Occupational and Environmental Hygiene, 12, 222-226. doi: 10.1080/15459624.2014.973112.

*Pritchett RP, Al-Nawaiseh A, Pritchett KL, Nethery V, Bishop PA, Green JM. (2015) Nutritional Sweat Gland Density and Response During High Intensity Exercise in Athletes with Spinal Cord Injuries.  Biology of Sport. 2015;32:249-254 Biol. Sport 2015;32:249-254,DOI: 10.5604/20831862.1163370, 7-31.

Bishop P, *and *Herron R. (2015) Use and Misuse of the Likert Item Responses and Other Ordinal Measures.  Int'l J of Exerc Sci. *8(3): 297-302,* Jul 7, *2015*. 177

Esco, M.R., *Nickerson, B.S., Bicard, S.C., *Russell, A.R., and Bishop, P.A. (2015) Agreement of BMI-based equations and DXA for determining body fat percentage among adults with Down syndrome. *Adapted Physical Activity Quarterly* 33, 89 – 96.

Esco, M.R., *Chamberlain, N, *Flatt, A.A., *Snarr, R.L., Bishop, P.A., and Williford, H.N. (2015) Cross-validation of age-predicted maximal heart rate equations among female collegiate athletes. *Journal of Strength and Conditioning Research* 29, 3053 – 3059.

Zhang Y, Davis, JK, Casa, D, Bishop, PA. (2015) Optimizing Cold Water Immersion for Exercise-Induced Hyperthermia: A Meta-Analysis. *Medicine & Science in Sports & Exercise,* 2 2 15, in review; accepted 15 April 2015 2015 Nov;47(11):2464-72. doi: 10.1249/MSS.0000000000000693.

**2014**

*Nepocatych S, *Balilionis G, Bishop PA. (2014) Effect of upper- and lower-body vibration on recovery, muscle soreness and performance. *International Journal of Exercise Science* 7(1) : *33-44, 2014.*

*Zhang Y, *Carter SJ, Curtner-Smith MD, Richardson MT, Bishop PA, Green JM. (2014) Effect of Caffeine on Fluid Balance during Exercise-Heat Stress and Recovery. South African J of Sports Medicine 26 No. 2 43-47.172

*Nickerson, BS, *Snarr, RL, *Russell, AR, Bishop, PA, and Esco, MR. (2014) Comparison of BIA and DXA for estimating body composition in collegiate female athletes. Journal of Sport and Human Performance 2(1), 29-39.

*Zhang Y, *Balilionis G, *Casaru C, *Geary C, Schumacker RE, Neggers YH, Curtner-Smith MD, Richardson MT, Bishop PA, Green JM. (2014) Effects of Caffeine and Menthol on Cognition and Mood during Simulated Firefighting in the Heat. Applied Ergonomics 45:510-514, 2014.

*Zhang Y, *Nepocatych S, *Katica CP, *Collins AB, Casaru C, *Balilionis G, *Sjökvist J, and Bishop PA. (2014). Effect of Half Time Cooling on Thermoregulatory Responses and Soccer-Specific Performance Tests.  Montenegrin Journal of Sports Science and Medicine (MJSSM) 3:17-22, 2014.

*Zhang Y, Coca A, Casa DJ, Antonio J., Green JM, Bishop PA.  Caffeine and diuresis during rest and exercise: A meta-analysis, Journal of Science and Medicine in Sport, in press Aug 23, 2014.

**2013**

*Ryan G, Bishop S, *Herron R, *Katica C, *Elbon B, Bosak A, Bishop. (2013) Ambient Air Cooling for Concealed Soft Body Armor in a Hot Environment. Journal of Occupational and Environmental Hygiene, 11:2, 93-100, DOI: 10.1080/15459624.2013.843782   166

*O'Neal EK, Poulos SP, Wingo JE, Richardson MT, and Bishop PA. (2013) Post-prandial carbohydrate ingestion during 1-h of moderate-intensity, intermittent cycling does not improve mood, perceived exertion, or subsequent power output in recreationally-active exercisers. *Journal of the International Society of Sports Nutrition*, 2013, 10:4.DOI: 10.1186/1550-2783-10-4.

Davis, JK and P Bishop. (2013)  Impact of Clothing on Exercise in the Heat.  Sports Medicine, 43:695–706.  DOI 10.1007/s40279-013-0047-8.

*Bryan AT, Green JM, Black S, and Bishop P.  Physical Independence: Examining Older Adults' Perceptions of Physical Limitations.  Athens AITNER Conference Paper Series. FIT2012-0268.  Submitted Nov 2012.

*O'Neal EK, Poulos S, and Bishop P. (2013)  Hydration Profile and Influence of Beverage Contents on Fluid Intake by Women during Outdoor Recreational Walking.  European J Applied Physiology, (2012) 112:3971–3982.

*Bacon, Bishop, et al. (2013) Effect of two recovery methods on repeated closed-handed and open-handed weight-assisted pull-ups.  J Strength Cond Res. 2012 May, 26(5):1348-52. doi: 10.1519/JSC.0b013e318231a610.

*Al-Nawaiseh A, *Albiero A, Bishop P. Impact of different warm-up procedures on a 50-yard swimming sprint. International Journal of Academic Research.  5(1) pp 44-48. DOI: 10.7813/2075-4124.2013/5-1/A.8, Jan. 160

Bishop, P. A., *Frischmann, N. A., & Jones, E. J. (2013). Recreational deer hunting tree stand injuries in the USA: A brief review. *Journal of Outdoor Recreation, Education, and Leadership,* 5(3), 258–270. http://dx.doi.org/10.7768/1948-5123.1173.

*Nepocatych S, *Balilionis G, *Geary C, *Collins AB, and Bishop PA. Acute Effect of Lower-body Vibration on Sprint Performance and Recovery. Gazzetta Medica Italiana - Archivio per le Scienze Mediche , Gazz Med Ital - Arch Sci Med-2995, Nov. 2013.

Bishop P, Balilonis G, ZhangY, Davis JK. Ergonomics and Comfort in Protective and Sports Clothing. (2013) J Ergonomics S2:005.  DOI 10.4172/2165-7556. S2-005.  Invited paper.

*Wyers L, *Nawaiseh A, Bishop P.  Predicting Trained Females' One-Repetition Maximum Bench Press: The use of an 85 lb. Repetitions-To-Fatigue Test. European Journal of Scientific Research, Volume 96 Issue 3, Feb, 2013.

**2012**

*Davis JK, Bishop PA, Zhang Y, Green JM, Casaru C, Orrick KD, Curtner-Smith M, Richardson MT,  Schumacker RE.  (2012)  Fluid Balance, Rate of Cooling, and Thermal Stress in Women's Islamic Athletic Clothing. *Eur J Appl Physiol* 112:725–734. DOI 10.1007/s00421-011-2026-9.

Jones E, and Bishop P. A Survey of Hunter Education: Comparisons of Hunter Education Instructors and Hunters Behaviors.  Human Dimensions of Wildlife, 16:425–434. 155

*Laurent, C.M., Bishop, P.A., Green, J.M., Richardson, M.T., Sjokvist, J., Schumacker, R.E., & Curtner-Smith, M. (2012). Effect of gender on fatigue and recovery during and following repeated maximal intensity sprint exercise. *The Journal of Sports Medicine and Physical Fitness,* 50(3): 243–253.

*Kraft, J., Green, J.M., Bishop, P.A., Richardson, M., Neggers, Y., and Leeper, J. (2012) The Influence of Hydration on Anaerobic Performance: A Review. Rsch Quarterly for Exercise Sport. 83(2): 282-292.

*Balilonis G, Bishop PA, *Nepocatych S, *Ellis C, Richardson MT, Neggers YH. (2012) Effects of Different Types of Warm-up on Swimming Performance in Collegiate Swimmers. *Journal of Sports Sciences. 2012 Jan 10; Epub 2012 Jan.*

**2011**

*O'Neal EK, Bishop PA, Wingo JE, MT Richardson, Neggers YH, and Leeper JD.  Half- and full-marathon runners' practices and perceptions concerning hydration.  *Journal of Athletic Training.* Nov-Dec; 46(6): 581–591.

*Torres-McGehee TM, Green JM, Leaver-Dunn D, Leeper JD, Bishop PA, Richardson M. (2011)  Attitude and knowledge changes in collegiate dancers following a short-term, team-centered primary prevention program on eating disorders.  *Perceptual and Motor Skills.*;112(3)711-725.

*Pritchett KL, Bishop PA, Pritchett RP. (2011)   Nutritional Strategies for Optimal Post-Exercise Recovery: a Review. (2011) South African Journal of Sports Medicine 23 (1): 20-25.

*Sjökvist, J, Bishop, P, Laurent, CM, Richardson, M, Leeper, J, Curtner-Smith, M & Holmberg, H. (2011) Recovery from high-intensity training sessions in female soccer players. *J Stren Cond R*., JSCR 25(6): 17261735.

*Laurent, CM, Green, JM, Bishop, PA, Schumacker, RE, Richardson, MT, *Sjokvist, J, & Curtner-Smith, M. (2011) A practical approach to monitoring recovery: development of a perceived recovery scale. *Journal of Strength and Conditioning Research*: March 2011, Volume 25, Issue 3, pp 620-628.

Green JM, *Laurent CM, *Bacon NT, *O'Neal EK, *Davis JK, Bishop PA. (2011)  Cross-modal session RPE response at low and moderate intensities. *Journal of Strength and Conditioning Research* 2011 June, 25(6):1598-604.

*Illian, Travis, Bishop, P. (2011)  Omega 3 Chia Loading as a means of Carbohydrate Loading. *Journal of Strength and Conditioning Research* 251). Jan. pp 61-65.

*Torres-McGehee, T.M., Green, J.M., Leaver-Dunn, D., Leeper, J.D., Bishop, P.A., Richardson, M. (2011) Knowledge of Eating Disorders by Collegiate Administrators, Coaches, and Dancers. *Perceptual and Motor Skills*, 2011, 112, 3, 951-958.  145

Sirikul B, Bishop PA, Nevett ME. (2011) Thermoregulatory responses to layered personal protective clothing: practical implications for the oil spill clean-up and remediation.  Journal of Public Health Management & Practice. 2011 May-Jun;17 (3):288-90.

*Gendle SC, Richardson M, Leeper J, Bishop PA, Hardin L B and Green M. (2011)  Wheelchair-Mounted Accelerometers for Measurement of Physical Activity.  <u>Disability and Rehabilitation: Assistive Technology</u>.  http://informahealthcare.com/doi/pdf/10.3109/17483107.2011.613521.

Pritchett KL, Pritchett RC, Green JM, Katica C, Combs B, Bishop P. (2011) Comparisons of Post-Exercise Chocolate Milk and a Commercial Recovery Beverage following Cycling Training on Recovery and Performance. *Journal of Exercise Physiology online*, Vol 14 (6), 29-39, December.

* Kraft, J.A., Green, J.M., Bishop, P.A., Richardson, M., Neggers, Y., and Leeper, J. (2011) Effects of Heat Exposure and 3% Dehydration on Repeated Cycle Sprint Performance. *Journal of Strength and Conditioning Research.* 25(3): 778-786.

Lee DP, Kennedy AD, O'Neal EK, Bishop PA, Haub MD, Strecker KL, Poulos, S. (2011) <u>Global untargeted metabolic profiling of human sweat from exercising men and women</u>. J Int Society of Sports Nutr 8 (9).

**2010**

*Nepocatych S, Bishop PA, Balilionis G, Richardson MT, Hubner PJ. Acute Effects of Upper-Body Vibration on Performance in Masters Swimmers. *Journal of Strength and Conditioning Research,* 24(2): 3396.

*Jones, Green, Richardson, Bishop.  Effects of Metered vs. Bolus Water Consumption on Urine Production and Rehydration.   <u>International Journal of Sport Nutrition & Exercise Metabolism</u>. 20(2):139-44 (2010). 140

*Zhang Y, Bishop PA, Green JM, Richardson M, Schumacker RE, Jones D. Evaluation of a Novel Personal Cooling Device for Workers in Hot Environments. *Journal of Occupational and Environmental Hygiene*, 7: 389-396.

*Laurent, C.M., Bishop, PA, Green, JM, Richardson, MT, Sjokvist, J, Schumacker, RE, & Curtner-Smith, M. Stability of RPE increase during repeated intermittent sprints. *Journal of Exercise Science and Fitness*, 8(1): 1-10.

Green JM, *Sapp AL, Bishop PA, *Pritchett RC.  Pacing accuracy in collegiate and recreational

runners. *European Journal of Applied Physiology 108:* 567-572.

*Pritchett RC, PA Bishop, Y Zhang, KL Pritchett, JM Green, CP Katica, AT DelPozzi. Evaluation of artificial sweat in athletes with spinal cord injuries. <u>European Journal of Applied Physiology</u> 109, Issue 1 (2010), Page 125-.

*Kraft, J., Green, J.M., Bishop, P.A., Richardson, M., Neggers, Y., and Leeper, J.  Impact of dehydration on a full body resistance exercise protocol. <u>European Journal of Applied Physiology.</u> 109(2): 259-267, 2010. 135

*O'Neal, EK, Bishop, PA, et al.  Effects of Work in a Hot Environment on Repeated Performances of Multiple Types of Simple Mental Tasks. <u>International Journal of Industrial Ergonomics</u>, 40 (2010) 77–81.

**2009**

*Zhang Y, Bishop PA, *Casaru C, and *Davis JK.  A New Hand-Cooling Device to Enhance Firefighter Heat Strain Recovery.  *<u>J Occup Envirol Hygiene</u>*, 6 (5): 283–288, May.

*Torres-McGehee T, Green J, Leeper J, Leaver-Dunn D, Bishop P, and Richardson M. Body image, anthropometric measures and eating disorder prevalence in auxiliary unit members (color guard, dance, majorettes)." <u>J Athl Train</u>.  44(4): 418-426, August, 2009.

*Wickwire, J, Bishop, P, Green, JM, Richardson, MT, Lomax R, Casaru, C, and Curtner-Smith, M. Physiological and Comfort Effects of a Commercial "Cooling Cap" Worn under Protective Helmets. *<u>J Occup Envirol Hygiene</u>*  6, (8): 455 – 459, 2009.

Raynovich B, F Tmaish Al-Rwaili, P Bishop.  Suspension Trauma. <u>J Emerg Med Services</u>. 34(8):44-53, Aug, 2009.

*Pritchett KL, Bishop PA, Pritchett RP, Green JM, Katica C.  Acute Effects of Chocolate Milk and a Commercial Recovery Beverage on Post-Exercise Recovery Indices and Endurance Cycling Performance. <u>Appl. Physiol. Nutr. Metab.</u> 34(6): 1017–1022 (2009).

*Bosak, A., Bishop, P., Smith, J., Green, J.M., Richardson, M. Iosia.  (2009). Comparison of 5km running performance after 24 hrs and 72 hrs of passive recovery.   <u>The Sport Journal,</u> vol 12, no. 4.

Bosak, A., Bishop, P., Smith, J., Green, J.M., Richardson.  (2009). Impact of cold water immersion on 5km racing performance.  *The Sport Journal,* vol. 12, no. 2.

**2008**

Bishop P, Crowder T, Fielitz L, Lindsay* T, Woods*K. Impact of body weight on performance of a weight-supported motor fitness test in males.  <u>Military Medicine</u>, 173(11): 1108–1114, 2008.

*Bosak AM, Bishop Green JM. Active vs. passive recovery in the 72 hours after a 5km race. *The Sport Journal* 11 (3). 125

*Wickwire, J,  Bishop, P, Green, JM, Richardson, MT, Lomax R, *Casaru, C, and Curtner-Smith, M. Validation of a Personal Fluid Loss Monitor. <u>International J of Sports Medicine</u> 29:139-144.

Green JM, Y Zhang*, CM Laurent*, JK Davis*, K Kerr*, RC Pritchett*, PA Bishop. Session RPE Following Interval and Constant-Resistance Cycling in Hot and Cool Environments. MSSE, <u>Medicine and Science in Sports and Exercise</u>, 39: 2051 - 2057.

*Iosia, M, and P Bishop.  Analysis of exercise-to-rest ratios during Division IA televised football

competition. *J Strength and Conditioning Research*. 22(2):332-340, 2008.

Bishop PA, *Jones, E * Woods K. Recovery from Training: A Brief Review. *J Strength and Conditioning Research*. 229(3): 1-10, May 08.

*Pritchett K, Bishop P, *Kovacs M, *Davis JK, *Casaru C, Green M. Effects of timing of pre-exercise nutrient intake on glucose responses and intermittent cycling performance. South African Journal of Sports Medicine, 20(3): 86-90.

*Hudson, G. JM Green, P Bishop, M Richardson. Effects of caffeine and aspirin on light resistance exercise. *J Strength and Conditioning Research*, 22(6):1950–1957, 2008.

*Jones, Bishop Wood. Cross-Sectional Area and Muscular Strength: A Brief Review. Sports Medicine 38 (12):1-8.

**2007**

*Lyons S, Richardson, M, Bishop, P, Smith, J, Heath, H, Giesen J. EPOC in untrained males following exercise of equal energy expenditure; comparisons of upper- and lower- body exercises. *Diabetes, Obesity and Metabolism* 2007, Nov 9(6):889-94.

*Peveler WW, Pounders, J and P Bishop. Effects of Saddle Height on Anaerobic Power Production in Cycling. *J Strength and Conditioning Research*. 21 (4): 1023-1027, 2007.

*Friery KB, Bishop, P. Long-term Impact of Athletic Participation on Physical Capabilities. *JEPonline* 2006; 9(1):34-46. Printed in Feb 07).

*Wickwire, P.J., P.A. Bishop, J.M. Green, R.T. Richardson, R.G. Lomax, C. Casaru and M. Curtner-Smith. Physiological and Comfort Effects of Commercial "Wicking" Clothing under a Bullet Proof Vest. *International Journal of Industrial Ergonomics*. 37(7) pp. 643 – 651, 2007.

*Jung AP, *RB Dale, PA Bishop. Ambient-temperature beverages are consumed at a rate similar to chilled water in heat-exposed workers. *Journal of Occupational and Environmental Hygiene*, 4(1):54-57, 2007.

Bishop, PA *Jones, E, Green, JM. Continuous vs. episodic hydration in encapsulating protective coveralls. *Journal of Occupational and Environmental Hygiene*. Vol. 4 No. 4 Pages 260-26, April, 2007.

Green JM, *Zhang Y, *Laurent CM, *Davis JK, *Kerr K, *Pritchett RC, Bishop PA, (2007). Session RPE following interval and constant-resistance cycling in hot and cool environments. *Med Sci Sports Exerc.,* Vol. 39, No. 11, pp. 2051 – 2057.

*Kovacs, MS, Pritchett R, Wickwire P J, Green J Matthew and Bishop P. Physical performance changes in competitive tennis players after unsupervised training during the fall/spring semester break. *Br J Sport Med*., 41:705-710; originally published online 11 Jun 2007.

*Woods, AK, *Jones, E and P Bishop. Warm-up and Stretching in the Prevention of Muscular Injury: A Review. *Sports Medicine*, 37(12):1089-1099.

**2006**

*Ashley CD, Reneau PD, Roy JP, Bishop, PA. Effects of a Short, Submaximal Run at Different Times of Day on Heat Strain. *JEPonline,* 2006; 9 (1):1-10.

*Jackson J, *Lyons S, Bishop P, Richardson M, and Neggers Y. Effect of isothermal air on measurement of body composition by air displacement plethysmography. *International Journal of Body Composition Research*, 2006 Vol. 4 No. 4: 169–175

*Lyons, S., Richardson, M., Bishop., P., Smith, J., Heath, H., Giesen J. (2006). Excess post-exercise oxygen consumption in untrained males: Effects of intermittent durations of arm ergometry. Applied Physiology, Nutrition and Metabolism Jun;31(3):196-201.

*Jones, EJ, P. Bishop, M Richardson, J Smith. Stability of a Practical Measure of Recovery from Resistance Training. *J Strength and Conditioning Research*. 20(3), 2006, 305-308.

*Peveler, WW, PA Bishop, EJ Whitehorn. Effects of Ribose as an ergogenic aid. J *J Strength and Conditioning Research*. 20 (3), 2006, 519-522.

Bishop, PA and JB Church. An Alternative Mechanism for Death by Crucifixion. Linacre Quarterly (J Catholic Medical Assn). 73(3): 282-289, August.

**2005**

[*]Jung AP, Bishop PA,[†] Al-Nawwas A,[†] and Dale RB. Influence of Hydration and Electrolyte Supplementation on Incidence and Time to Onset of Exercise-Associated Muscle Cramps. J Athletic Train 40(2):71-75, 2005.

*Peveler W, Bishop P, Smith J, Richardson M. Effects Of Training in an Aero Position on Metabolic Economy. JEPonline. 2005: 8(1):44-50.

*Peveler W, Bishop P, Smith J, Richardson M., Whitehorn E*. Methods for Setting Saddle Height in Trained Cyclists. JEPonline. 2005: 8(1):51-55. 100

Ray, PS, Aggarwal, A, Moynihan, GP, and Bishop, PA. Decision System for Bid Evaluation. International Journal of Industrial Engineering, Theory, Applications and Practice, 12(3), 275-283, 2005.

**2004**

*Peveler WW, Bishop P, Richardson M, Smith J. Effects of Training in an Aero Position during cycling on Power Output. Journal of Exercise Physiology online. 2004; 7(5): 52-56.

Brühwiler PA, C Ducas, R Huber, PA Bishop. Angle dependence of bicycle helmet ventilation and comfort. Eur. J. Appl. Physiology. 92, 698-701 (2004).

*Roy J L P, Smith J, Bishop P, Hallinan C, Wang MQ, and Hunter GR. Prediction of maximal $VO_2$ from a submaximal StairMaster test in young women. Journal of Strength and Conditioning Research, 18(1), 92-96.

Ray, PS, Srinivasan, R, Merritt, TW, Bishop, PB. A Model for Selecting Risk Assessment Tools. Journal of System Safety, 40(6), 14-19.

**2003**

*Dale RB, Leaver-Dunn D, Bishop PA. A compositional analysis of a common acetic acid solution with practical implications for ingestion. Journal of Athletic Training, March 2003. 38(1):57-61.

*McLester, JR Jr., P Bishop, J Smith, L Wyers, B Dale, J Kozusko M Richardson, M Nevett, and R Lomax. A Series of Studies--A Practical Protocol for Testing Muscular Endurance Recovery. *J Strength and Conditioning Research*. 17(2), 259-273.

Ray, PS, A Aggarwal*, GP Moynihan, P Bishop. A decision-support system for bid evaluation in project management. Proceedings of the meeting: Quality of work and products enterprises of the future. HS Kluth and H Bubb eds. Ergonomia Verlag, Stuttgart, 2003, pp. 663-666.

Bishop P, B Church, A Jung. An Alternative Approach to Clothing Adjustment Factors for Protective Clothing. Proceedings of the 2nd European Conference on Protective Clothing. Montreux, Switzerland May 2003, pp 207-211.

Bishop P, A Jung, B Church. Micro-Environmental Responses to Five Protective Suits in Two Environments. Proceedings of the 2nd European Conference on Protective Clothing. Montreux, Switzerland May 2003, pp 292-296.

*Lloyd, LK, Bishop, PA., Walker, JL, Sharp, KR. & Richardson, MT. The influence of body size and composition on FITNESSGRAM test performance in youth and the adjustment of FITNESSGRAM test scores for skinfold thickness in youth. Measurement in Physical Education and Exercise Science, 7(4), 205-226. December, 2003.

**2002**

*Clapp, A J, PA Bishop, JF Smith, LK Lloyd*, KE Wright. A Review of Fluid Replacement for Workers in Hot Jobs. AIHAJ: Vol. 63, No. 2, pp. 190–198.

Parker M, J Bellis, P Bishop M Harper, R Allman, C Moore, P Thompson. A Multidisciplinary Model of health promotion incorporating spirituality into a successful aging intervention with African American and White Elderly Groups. The Gerontologist, 42(2), 1-10. 2002.

*McGill, AC, JF Smith, MQ Wang, and P Bishop. Effect of subcutaneous fat on the validity of inclinometer measurement of lumbar flexion and extension. ASAHPERD J. 24 (1): 9-12.

**2001**

*Nicolaou KD, JM Kozusko*, PA Bishop. The effect of wetsuits on swim performance in collegiate female swimmers. The Journal of Swimming Research, Vol.1520-26, 2001.

*Green JM, PA Bishop, JF Smith, *JR McLester, RG Lomax. Sweat lactate relationships in middle-aged and younger males. J Aging Phys. Activity. 9(1):67-77.

Lee SMC, P Bishop, S Schneider, M Greenisen. Simulated Shuttle Egress: Comparison of Two Space Shuttle Protective Garments. Aviation Space Environ Med 2001; 72:110-114.

*Jones, K, P Bishop, G Hunter, G Fleisig. The Effects of Varying Resistance Training Loads on Intermediate and High Velocity-Specific Adaptations. Journal Strength and Conditioning Research. 15(3): 349-356.

Lee SMC, P Bishop, S M Schneider, LL Clapp, WJ Williams, NE Conza, M Greenisen. Simulated Shuttle egress: role of helmet visor position during approach and landing. Aviation, Space, and Environ Med, 72(5): 484-489, 2001.

*Clapp, AJ, PA Bishop, I Muir, JL Walker. Rapid Cooling Techniques in Joggers Experiencing Heat Strain. J Sci Med Sports, 4(2):160-167, 2001.

*Muir I, P Bishop, J Kozusko*. Microenvironment changes inside impermeable protective clothing during continuous work exposure. Ergonomics 44(11): 953-961, 2001.

*Muir, IH PA Bishop, RG Lomax and JM Green*. Prediction of rectal temperature from ear canal temperature. Ergonomics 44(11): 962-972, 2001.

**2000**

Ashley CD*, Bishop P, Smith JF, Reneau P*, Perkins C. Menstrual phase effects on fat and carbohydrate oxidation during prolonged exercise in active females. Journal of Ex Phys. Oct. 2000.

Bishop P, Gu D, Clapp A*. Climate under impermeable protective clothing. IJIE 25 (3): 233-238.

Bishop

Ashley C, Kramer, M. & Bishop, P.  Estrogen and substrate metabolism: A review of contradictory research.  Sports Medicine, 29 (4):221-227.75

*Clapp AJ, Bishop PA, Smith JF, Mansfield ER.  Effects of Carbohydrate-Electrolyte Content of Beverages on Voluntary Hydration in a Simulated Industrial Environment.  Am. Industrial Hygiene Assn. J.  61:692-699.

*Clapp AJ, Bishop PA, Richardson MT, Mansfield ER, Bauman TR, Wright KE.  Palatability Ratings of Different Beverages of Heat Exposed Workers in a Simulated HOT Industrial Environment.  Internat'l J Indust Ergo, 26:57-66.

*McLester JR, and Bishop P. Comparison of 1 day and 3 days per week of equal-volume resistance training in experienced subjects. Natl. Strength Cond. J. 14(3): 273-281, 2000.

*Green JM, Bishop PA, Muir*IH, McLester*JR Jr., Heath HE. Effects of high and low blood lactate on sweat lactate response.  Internat'l J Sports Med. 8: 556-560.

*Green JM, Bishop PA, Muir*IH, Lomax RG.  Gender differences in sweat lactate.  Eur J Appl. Physiol. 82(3): 230-235.

**1999**

*Clapp AJ, Bishop P, Smith JF, and Clapp L *.  Ultrasonography in the Detection of DOMS.  International Sports J, Volume 3 (1): 60-68.

*Clapp AJ, Bishop, PA, Smith, JF, Muir, IH, Mansfield.  Water versus an electrolyte-carbohydrate replacement in the industrial environment.  Environmental Ergonomics VIII, International Series in Environmental Ergonomics Vol 1.  JA Hodgdon, JH Heaney, and MJ Buono, eds.  Proceedings of the International Conference on Environmental Ergonomics, San Diego, CA, pp. 107-110, 1999.

*Muir, I, P Bishop and P Ray.  Effects of novel ice-cooling technique on work in protective clothing at 28, 23 and 18 ºC WBGT.  AIHAJ 60:96-104.

*Roy, JLP, JF Smith, L O'Brien, PA Bishop, MA Collins.  Programmatic and Personnel Characteristics in Fitness and Wellness Center Programs in Alabama.  ASHPERDJ, 21(1):3-8.

Bishop, P, SMC Lee, NE, Conza*, L Clapp*, AD Moore, J Williams, M Guilliams, MC Greenisen.  Carbon Dioxide Accumulation, Walking Performance and Metabolic Cost in the NASA Launch and  Entry Suit.  Aviat. Space Environ. Med. 70:656-665.

*Reneau, P, P Bishop, CD Ashley.  A comparison of physiological responses to two types of particle barrier, vapor permeable clothing ensembles. Am Indust. Hygiene Assn. J. 60(4): 495-501.

Bishop, P, L Fielitz, T Crowder, C Anderson J Smith and K Derrick.  Physiological Determinants of Performance on a Military Obstacle Course. Mil. Med.  164 12;891-895, 1999.

*Clapp, AJ, P Bishop and J Walker. Fluid Replacement Preferences in the Heat-Exposed Worker. AIHAJ, 60:747-751.

*Green, M, AJ Clapp*, DL Gu, and PA Bishop.  Prediction of rectal temperature by the Questemp II Personal Heat Strain Monitor under low and moderate heat stress.  AIHAJ, 60:801- 806.

**1998**

*Kusano, M, Vanderburg, P and P Bishop.  Impact of body size on women's military obstacle
    course performance.  Proceedings of the 35th Rocky Mountain Bioengineering symposium
    and International ISA biomedical Sciences instrumentation Symposium.  SF Barret and
    CHG Wright eds.  Vol. 34, 357-362, April.

*Clapp, AJ, Bishop, PA, JF Smith, IH Muir*, and ER Mansfield.  Water versus an Electrolyte-
    Carbohydrate replacement in the Industrial environment.  Proceedings of the 8th
    International Conference on Environmental Ergonomics, San Diego, CA, Oct.

**1997**

Ray, P, and P Bishop and MQ Wang.  Efficacy of the components of a behavioral safety
    program.  International J Indust Ergonomics, 19 (1): 19-29.

Moore, AD, SMC Lee, MC Greenisen and P Bishop.  Validity of the heart rate monitor during
    work in the laboratory and on the space shuttle.  Am Industrial Hygiene Association Journal,
    58 :299-301, April.

*Reneau, P, and P Bishop.  A comparison of two vapor barrier suits across two thermal
    environments. American Industrial Hygiene Association Journal. 58:646-649.

*Rhodes, DW, PA Bishop.  A review of diagnostic ultrasound of the spine and soft tissue.  J
    Manipulative and Physiological Therapeutics.  20 (4):  pp. 267-273.

Bishop, P.  Thermal environments: Applied physiology of thermoregulation and exposure
    control.  The Occupational Environment- Its evaluation and control, Chap 24, Sal Dinardi,
    Ed.  American Industrial Hygiene Association, October 1997.

**1996**

*Reneau, P, and P Bishop.  A review of the suggested WBGT adjustment for encapsulating
    protective clothing.  Am Indust. Hygiene Assn. J., 57 (1): 58-61, January.

*Reneau, P and P Bishop.  Relating heat strain in CPC to the ambient environment.  Military
    Medicine, 161 (4), 210-213 April.

*Reneau, P and P Bishop.  Validation of a personal heat stress monitor.  Am Indust. Hygiene
    Assn. J. 57 (7): 650-657, July.

Bishop, P, and P Reneau*.  Physiological responses to disposable protective coveralls across
    three wet bulb globe temperatures.  Am Indust. Hygiene Assn. J. 57(11):1051-1054.50

Bishop, P, P Reneau*, P Ray, and M Wang.  Empirical prediction of physiological response to
    prolonged work in encapsulating protective clothing.  Environmental Ergonomics:  Recent
    progress and New Frontiers, Y Shapiro, D.S. Moran and Y. Epstein eds., Tel Aviv, Freund
    Publishing House Ltd. pp 291- 294.

Bishop, P, P Reneau*, J Smith, and M Wang.  Peri-natal environment and physiological response
    to work in encapsulating protective clothing in mild and hot temperatures.  Environmental
    Ergonomics:  Recent progress and New Frontiers, Y Shapiro, D.S. Moran and Y. Epstein
    eds., Tel Aviv, Freund Publishing House Ltd. pp 225- 229.

**1995**

Bishop, P, P Ray, *P Reneau.  A review of the ergonomics of work in the US military chemical
    protective clothing.  International. J. Indust Ergonomics  15(4):278-283, April.

Bishop, P, S Lee, J McBrine, S Siconolfi, and M Greenisen.  Validation and evaluation of a
    light-weight portable device for measuring $VO_2$.  Am Indust. Hygiene Assn. J., 56: (1), 50-
    54.

Ray, P, and P Bishop.  Can training alone produce a safe work place?  Professional Safety. 40(4): 56-59, 1995.

Smith, J, P Bishop, *L Ellis, M Conerly and E Mansfield.  Exercise intensity increased by the addition of hand-held weights to rebounding exercise.  J. Cardiopulmonary Rehabilitation. 15:34-38.  A comprehensive summary of this paper was republished in, Athletic Training: Sports Health Care Perspectives, 1(4): 427-428, 1995.

*Rhodes, W, E Mansfield, J Smith and P Bishop. The validity of the prone leg check as an estimate of standing leg length equality measured by X-ray.  J Manipulative and Physiological Therapeutics.  18(6): 343-346.

*Rhodes, W, E Mansfield, J Smith and P Bishop. Comparisons of leg length inequality measurement methods as estimators of the femur head height difference on standing x-ray. J. Manip. Physiol. Therap.  18(7): 448-452.

Ray, P and P Bishop.  Why safety in the work place is still an illusion.  Proceedings of the annual meeting of International Industrial Engineering, Nashville, TN, 607-612.

**1994**

Constable, S, P Bishop, S Nunneley, and T Chen. Intermittent microclimate cooling during rest increases work capacity and reduces heat stress.  Ergonomics, 37(2): 277-285.

Ray, P, and P Bishop. Safety evaluation of the caution & warning, logistics, and maintenance systems of the space station Freedom.  Advances in Industrial Ergonomics and Safety VI, 415-421.

*Smith, G, P Bishop, P Ray, and J Smith. Physiological factors limiting work performance in chemical protective clothing.  International J. Indust Ergonomics 13: 147-155.

*Solomon, J, P Bishop, *J Beaird, and *J Kime. Responses to repeated days of light work at moderate temperature in protective clothing.  American Industrial Hygiene Association Journal 55(1): 16-19.   Selected as an example of excellence in the field of environmental contamination and toxicology.  Summarized in Quintessence, excellence in environmental contamination and toxicology, Vol 1 (1); 59, 1994.

Bishop, P, *G Smith, P Ray, *J Beaird, and J Smith.  Empirical prediction of physiological response to prolonged work in encapsulating protective clothing.  Ergonomics 37(9): 1503-1512.

Ray, P and P Bishop.  Crew survivability in Space Station Freedom Emergencies. International. J. Indust. Ergonomics 14(3) (Oct): 211-221.

*Farley, R, P Bishop and P Ray.  Measurement of oxygen consumption with a half-face mask. Proceedings of the 38th Human Factors and Ergonomics Society. Oct 1994, 1109-1112.

**1993**

Bishop, P, and *M Martino.   Blood Lactate Determination in Recovery as an Adjunct to Training:  Practical Measurement Considerations.  Sports Medicine 16(1), 5-13.

Bishop, P, Ray, J Smith, S Constable and S Bomalaski.  Ergonomics of Work in Encapsulating Protective Clothing- An Analysis of Nine Studies with Similar Subjects and Clothing. Advances in Indust. Ergonomics and Safety V, 443-450, R Nielson, K. Jorgensen eds.Taylor and Francis, London.

Bishop, P and M Greenisen.  Limitations to the study of man in Space in the U.S. space program.

Aviation Space and Environ. Medicine 64: 238-242 (March).

**1992**

Bishop, P, J Smith, *J Kime, J Mayo, and *Y Tin.  Comparison of a manual and automated
   enzymatic technique for determining blood lactic acid concentrations.  International Journal
   of Sports Medicine, 13(1):36-39.

Bishop, P, M May, J Smith, *J Kime, J Mayo, and *M Murphy. Influence of blood handling
   techniques on lactic acid concentrations.  International Journal of Sports Medicine, 13(1):56-
   59.

*Morrow, S, P Bishop, *C Ketter.  The influence of hand-held weights on energy costs and
   perceived exertion of self-paced walking. Research Quarterly for Exercise and Sport, 63(4):
   435-437.

Greenisen, M, *M Walton, P Bishop and W Squires.  Techniques for determination of impact
   forces during walking and running in a zero-G environment.  NASA Technical Paper 3159,
   pp.1-13.

**1991**

Bishop, P, R Pieroni, J Smith, and S Constable.  Limitation to heavy work at 21$^o$C of personnel
   wearing the U.S. military chemical defense ensemble.  Aviation, Space and Environmental
   Medicine, 62(3): 216-220.

Bishop, P, S Nunneley, and S Constable.  Comparisons of air and liquid personal cooling for
   intermittent heavy work in moderate temperatures.  American Industrial Hygiene Association
   Journal, 52(9):393-397.25

Bishop, P and L Krock, Energy costs of moderate work activities in protective clothing.
   Advances in Industrial Ergonomics and Safety III, 623-628, A. Mital ed.,Taylor and Francis,
   London.

*Fuller, B, P Bishop, E Mansfield and J Smith,.  Strength, muscle symmetry, and flexibility in
   young female idiopathic scoliotics.  J Orthopedics and Sports Physical Therapy, 14(4):144-
   148.

Ray, P and P Bishop. Effects of fatigue and heat stress on vigilance of workers in protective
   clothing. Proceedings of the Human Factors Society 35th Annual Meeting, Sept, 885-889,
   1991.

**1990**

Bishop, P, J Smith, and M Conerly.  Influence of strength assessment techniques on research
   conclusions.  Advances in Industrial Ergonomics and Safety II, 491-496.

*Bronstein, M, P Bishop, J Smith, M Conerly, *E May.  Physiological responses to low impact
   aerobic dance by trained dancers with and without hand-held weights.  Annals of Sports
   Medicine, 5:74-77.

Bishop, P.  A new approach to predicting response to work in thermally-challenging
   environments.  Advances in Industrial Ergonomics and Safety II, 913-918.

**1989**

Bishop, P, R Pieroni, J Smith, and T Merritt.  Test-retest measurement reliability of human
   physiological response to heavy work in protective clothing.  Advances in Industrial
   Ergonomics and Safety I, 233-237.

Bishop, P, K Cureton, and M Collins.   Sex difference in muscle cross-sectional area in athletes

Bishop

and non-athletes.  <u>J Sports Science</u>, 7:31-39.

Bishop, P.  Key considerations in the design and evaluation of research concerning sex differences.  <u>Advances in Industrial Ergonomics and Safety I</u>, 75-79.

Smith, JF, PA Bishop, and *E May.  Addition of hand-held weights to aerobic dance exercise does not alter aerobic fitness changes.  <u>Clinical Kinesiology: Journal of the American Kinesiotherapy Association</u>, 43(3): 73-76.

**1988**

Bishop, P, S Nunneley, J Garza and S Constable.  Comparisons of air vs. liquid micro-environmental cooling for persons performing work while wearing protective clothing.  <u>Trends in Ergonomics/Human Factors V, Proceedings of the Third Industrial Ergonomics and Safety Conference</u>, 433-440.

Smith, J and P Bishop.  Rebounding exercise: are the training effects sufficient for cardiorespiratory fitness?  <u>Sports Medicine</u>, 5(1):6-10.

Bishop, P and J Smith.  Body composition-Practical considerations for coaches and athletes.  <u>The National Strength Coaches Association Journal</u>, 10(3): 27-32.

Bishop, P, S Frazier, J Smith, and *D Jacobs.  Physiological responses to treadmill and water running.  <u>The Physician and Sports Medicine</u>, 17(2):87-94.

*Meyers, J, P Bishop, *C Horton, J Smith, M Whitehurst, and M. Lohberg.  Blood lactate concentrations of swimming, pulling, and kicking.  <u>J Swimming Research</u>, 4(3):11-14.

**1987**

Bishop, P, K Cureton and M Collins.  Sex difference in muscular strength in equally-trained men and women.  <u>Ergonomics</u>, 30(4): 675-687.

Bishop, P, J Smith and *B Young.  Effects of N,N-dimethylglycine on physiological response and performance in trained runners.  <u>The Journal of Sports Medicine and Physical Fitness</u>, 27(1):53-56.

Smith, J and P Bishop.  Hydrostatic weighing at residual volume and total lung capacity.  <u>Journal of Sports Medicine and Physical Fitness</u>, 27(1):17-20.

**1986**

Bishop, P and J Smith.  Lactic acid-what it does and does not do.  <u>The Physical Educator</u>, 43(1):23-26.

Cureton, K, P Bishop, P Hutchinson, S Vickery and L Zwiren.  Sex difference in maximal oxygen uptake:  Effect of equating hemoglobin concentration.  <u>European Journal of Applied Physiology</u>, 54:656-660.

Williford, J, J Smith, E Mansfield, M Conerly and P Bishop.  Body composition prediction in high school wrestlers.  <u>Medicine and Science in Sports and Exercise</u>, 18(2):216-224.

Bishop, P and J Smith.  Merit pay and measurement theory.  <u>ASAHPERD Journal</u>, 9(1):13, 17.

Bishop, PA and JF Smith.  What fitness tests mean...and don't mean.  <u>ASAHPERD Journal</u>, 9(1):42-44.

**1984**

Bishop, P, M Collins, and H Duval.  Adult fitness and cardiac rehabilitation-the state of the art in Georgia.  <u>Georgia Association for Health, Physical Education, Recreation, and Dance Journal</u>, 18:8-9.

**OTHER PUBLICATIONS (not including abstracts):**

**Books and Book Chapters**

Bishop P, Wingo JW, *Crew K, Al-Nawaiseh.  Chapter 13 Heat Stress and Heat Strain in Protective Clothing: Micro-environmental Considerations.  In Protective Clothing: Managing thermal stress FWang & C Gao, editors.  Woodhead Publishing.  ISBN-13 978 1 78242 032 3  Sept 2014.

**Larimore and Bishop.**  Book proposal.  The 50 myths we want to believe about exercise and weight control.

Wingo J, and P Bishop. Vibration, NeuroStim and HGH in Performance.  In Meta análisis y revisiones sistemáticas, en Ciencias del Deporte, el Ejercicio y la Salud (The effects of exercise and physical training on the development, performance and human health), José Moncada Jiménez editor.  Editorial de la Universidad de Costa Rica. San José. Oct. 2013. ISBN: 978-9968-46-371-3.

Pritchett K, and P Bishop. "Chocolate and other Carbohydrates on Post-exercise Recovery" in the book Chocolate in Health and Nutrition, edited by Ronald R. Watson, Victor R. Preedy, and Sherma Zibadi, Spring Publishing, 2012, 449-457.

Bishop, P. Chap. 10. Testing for Fabric Comfort in Fabric testing. Editor: Professor Jinlian Hu. Institute of Textiles and Clothing. The Hong Kong Polytechnic University Hung Hom, Kowloon, Woodhead Publishing, Cambridge, UK, pp 228-254, Jan 09.

Bishop, P. Measurement and Evaluation in Physical Activity Applications: Physical Education, Coaching, Athletic Training, Allied Health, and Life.  Textbook, Holcomb Hathaway Publishers. Feb, 2008.

Ramsey, JD and PA Bishop.  Hot and Cold Environments.  In S.R DiNardi (ed.), The Occupational Environment: Its Evaluation, Control and Management.  2nd ed., pp. 612-645. 2003**,** American Industrial Hygiene Association, Fairfax, VA.

Bishop, PA.  The Christian School's Call to Non-Conformity in a New Millennium- Taking Every Thought Captive. Book Chapter in Pointing the Way:  Directions for Christian Schooling in a New Millennium.  Richard Edlin, Ken Dickens & Jill Ireland (editors) Published by NICE, AUSTRALIA, pp 17-32. 2003.

Bishop, P.  Thermal environments: Applied physiology of thermoregulation and exposure control.  The Occupational Environment- Its evaluation and control, Chap 24, Sal Dinardi, Ed.  American Industrial Hygiene Association, October 1997.

**Paid Freelance Publications (If they pay you, that is some testimony to quality)**
**2016**
**Bishop.  Redefining Deer Hunting Success.  Deer and Deer Hunting.  Vol 39 (9): 63-64 Mar 2016.   53**
**Bishop.  Let's Get Ready for Some Deer Hunting!.  Submitted 2-xx.  Accepted 2-xx.**
**Bishop and Jones. Hunting Safely: What We Can Learn From Fellow Deer Hunters. Deer and Deer Hunting.   Submitted 1-26**

Bishop

**2015**

Bishop.  Safety Aloft <u>Deer and Deer Hunting</u>.  Vol 39 (7): 39-41. Dec 2015.

Bishop.  Hunt Deer Safely.  <u>Deer and Deer Hunting</u>.  Vol 39 (1): 55-58 Aug 2015.

Bishop.  Learning Through Observation. <u>Deer and Deer Hunting</u>  Vol 39 (1): 79-80 Aug 2015.

Bishop.  Safety Aloft  <u>Deer and Deer Hunting</u>.   39(7) 39-41. 50

Bishop.  All Natural: The science behind rigor mortis, ageing venison, and better pure protein for your Dinner Table.  <u>Deer and Deer Hunting</u>. June 38(10), 47-50.

**2014**

Bishop.  Relax and Enjoy a Safe Hunt.  <u>Deer and Deer Hunting</u>.  Vol 38 (4): 32-40 Sept 2014

Bishop.  A Deer Stand Education.  <u>Deer and Deer Hunting</u>.  Vol 38 (5): 100-108, Oct.

Bishop.  What We can Learn from Deer Blood.  <u>Deer and Deer Hunting</u>.  Vol 38 (1): 49-52.

Bishop.  Sweet Anticipation.  <u>Deer and Deer Hunting</u>.  Jan. Vol 34 (8): 14-18.

**2013**

Bishop.  Deer Physiology:  Kidney Function. <u>Deer and Deer Hunting</u>. December Vol 37 (7):19-24.

Bishop.  Deadly Snare.  Vol 36 (10): June 36(10): 48-51.

Bishop.  Ups and Downs of Treestands.  <u>Deer and Deer Hunting</u>. August Vol 37 (1) 61-64.

Bishop.  Pure Misery. <u>Deer and Deer Hunting</u>.  Vol 36 (11):  16-25, Summer 2013

Bishop.  COLD HANDS AND FEET.  <u>Deer and Deer Hunting</u>.  January 2013 issue. 40

Bishop.  Making Memories <u>Deer and Deer Hunting</u>. March 2013: 43-46

**2012**

Bishop.  Why we hunt.  <u>Deer and Deer Hunting</u>.  Vol 35 ():

**2011**

Bishop.  Deer glands.  <u>Deer and Deer Hunting</u>.  Vol 35 (9): 38-41.

Bishop.  Besting Buck Fever. <u>Deer and Deer Hunting</u>.  Vol 35 (8):  30-34.

Bishop.  Don't become a statistic.  <u>Deer and Deer Hunting.</u> 35(7) 19-24 (Dec).

Bishop.  Public Land.  <u>Deer and Deer Hunting</u>.  Vol 35 (3):  63-69.

Bishop. The Physics of a Gunshot. Deer and Deer Hunting.  Vol 35 (7):  26-32(Dec).

Bishop.  Pure power (muscle).  <u>Deer and Deer Hunting</u>.  Vol 35 (1):  49-52.

Bishop.  Brisket… Why Risk it? <u>Deer and Deer Hunting</u>.  Vol 34 (10):  44-48.34

**2010**

Bishop.  Waving the Flag. <u>Deer and Deer Hunting</u>.  Vol 34 (6): 84-88, (Nov).

Bishop.  Hide, Hair and Hooves. <u>Deer and Deer Hunting</u>.  Vol 34 (5): 92-97, (Oct). 30

Bishop.  The Femoral artery. <u>Deer and Deer Hunting</u>.  Vol 34 (3): 64-68, (Sept).

Bishop  Water Wonders. <u>Deer and Deer Hunting</u>.  Vol 33 (10): 42-45, (Summer).

Bishop  The Science of Spoilage. <u>Deer and Deer Hunting</u>.  Vol 34(1): 33-38, (Aug).

Green and Bishop. Nervous system.  <u>Deer and Deer Hunting</u>.  33 (9):26-29, (March).

**2009**

Bishop. The dead-space debate.  <u>Deer and Deer Hunting.</u> 33 (6):11-16.      25

Bishop.  Bare Bones, Part 2: the <u>Spine</u>. <u>Deer and Deer Hunting</u>.  33 (6):45-48.

Bishop.  Bare Bones, Part 1: the <u>Scapula</u>. <u>Deer and Deer Hunting</u>.  33 (5):66-74.

Bishop.  Teeth. <u>Deer and Deer Hunting</u>.  33 (4):66-74.

Bishop. After the Fall.  <u>Deer and Deer Hunting</u>.  33 (3):56-64, Sept.
Bishop. Scent Control. <u>Deer and Deer Hunting</u>.  33 (2):35-40, August.
Bishop.  The Physics of Antler Growth.  <u>Deer and Deer Hunting</u>.  32 (9):27-30, June.
Bishop.  Venison: the World's Best Red Meat. <u>Deer and Deer Hunting</u>.
**2008**
Bishop. On line course in Heat Stress. UA Continuing Education.
Bishop.  Science of Camouflage. <u>Deer and Deer Hunting</u>.  p 78-, November. 20
Bishop.  The Ears Have it. <u>Deer and Deer Hunting</u>.  32 (3):106-116, Oct, 2008.
Bishop.  Down a deer's throat. <u>Deer and Deer Hunting</u>.  31 (9):16-24, August, 2008.
Bishop.  Through the eyes of a deer. <u>Deer and Deer Hunting</u>.  Sept, 2008.
**2007**
Bishop.  The Magic of Deer Blood. <u>Deer and Deer Hunting</u>.  30(9): 54-64, Aug. 07.
**2006**
Bishop.  The Amazing Deer Liver. <u>Deer and Deer Hunting</u>.  30(4): 42-48, Nov. 06.
Bishop.  Hypovolemic Shock in Whitetails. <u>Deer and Deer Hunting</u>. 30(1): 31-37, Sept 06
Bishop.  The Marvel of Deer Lungs.  <u>Deer and Deer Hunting</u>. Accepted.
Bishop, P. Don't let your next hunt be your last.  <u>Deer and Deer Hunting</u>. 29(6): 37-43, Jan 06.
Bishop, P. On line course in Ergonomics. UA Continuing education.  March.
**2005**
Bishop, P. The End of Every Deer.  <u>Deer and Deer Hunting</u>. 29 (1): 22-28, Dec 2005.
Bishop, P. How wind affects deer behavior.  <u>Deer and Deer Hunting</u>. 29 (1): 14-26, 2005.
Bishop, P. Convert your deer to groceries.  <u>Deer and Deer Hunting</u>. 29 (1): 90-93, 2005.
Bishop, P. The science of archery Part 2. <u>Deer and Deer Hunting</u>. 28 (9): 28-32, 2005.
Bishop, P. The science of archery Part 1: What makes arrows fly fast and straight? <u>Deer and Deer Hunting</u>. 28 (8): 47-50, 2005.
**2004**
Bishop, P.  Will a heart-stopping buck stop your heart?  <u>Deer and Deer Hunting, 28 (4): 17-24.</u>
Bishop, P. Keeping warm. <u>Deer and Deer Hunting, 28 (2): 122-136</u>.
**2003**
Bishop, P. After the fall (Safety harnesses). <u>Deer and Deer Hunting, 27 (3)</u>.  Dec, 2003, pp 53-58.


**Other publications:**
**2015**
Bishop. International Travel -- Other Thoughts. <u>My Ministry Minute, Dec 1  73</u>
Bishop. International Travel. <u>My Ministry Minute, Nov 24.</u>
Bishop. Faithful Presence—the power of just being there.  <u>My Ministry Minute, Nov 17</u>
Bishop. Academic Integration: Integrating my academic discipline with my faith in Christ.  <u>My Ministry Minute, Nov 10.</u>
Bishop. Mentoring Others.  <u>My Ministry Minute, Nov 3.</u>
Bishop. Mentored by Rae.  <u>My Ministry Minute, Oct 27.</u>
Bishop. why I Keep On Keeping On.  <u>My Ministry Minute, Oct 20</u>
Bishop. Summer projects.  <u>My Ministry Minute,  65</u>

Bishop

Bishop. On the Shoulders of Giants. <u>My Ministry Minute, April 07</u>
Bishop. Beating the competition. <u>My Ministry Minute, March 10.</u>
Bishop. Jesus the Logician. <u>Missional Moment, Jan 12, 2015</u>
**2014**
Bishop. An Attitude of gratitude. <u>Missional Moment, 29 Sept., 2014</u>
Bishop. <u>Preparing our Replacements. Missional Moment, 20 Oct., 2014</u>
Bishop. Better Together: Summer projects.  <u>My Ministry Minute, April 29.  92</u>
**2013**
Bishop. Small Beginnings.  <u>My Ministry Minute, Sept 10.</u>
Bishop.  <u>How Much Do We Really KNOW?  My Ministry Minute, Apr 15.</u>
Bishop.  <u>Trying vs Training.  My Ministry Minute, Feb 18.</u>
**2012**
Bishop.  Enamored with Science.  <u>Monday Minute, Oct 7. 55</u>
Bishop. Blending in. <u>Monday Minute, April.</u>
Bishop. Control. <u>Monday Minute, Nov 26.</u>
Bishop. When Bad things happen… <u>Monday Minute,</u>
Bishop. Coarse Objectives.  <u>Monday Minute,</u> Jan 8.
**2011**
Bishop. What I learned from Dirty Harry. <u>Monday Minute,</u> Nov. 2
Bishop. Lord Teach us to Pray.  <u>Monday Minute,</u> Oct. 6
Bishop.  Beginning the School year by Faith. <u>Monday Minute,</u>  Aug. 25.
Bishop.  An Evaluation by the Teacher.  <u>Monday Minute,</u> April 29
Bishop.  Goeth Before a Fall.  <u>Monday Minute,</u> April 10
Bishop.  The Next 100 Years. <u>Monday Minute,</u> Mar 1.
Bishop.  If you Think I'm Frustrated. <u>Monday Minute,</u> Jan 18.
Bishop.  Final report to Zero Quantum, Feb, 2011.
**2010**
Rhodes and Bishop.  Letter to the Editor: Relationship between pelvic torsion and anatomical leg
        length inequality... J Chiropractic Med 9, 95-97, 2010.
Bishop and Herron.  Final report to Sqwincher, June.
Bishop.  Pain of CE.  <u>Monday Minute,</u> Sept 28
Bishop.  Heroes.  <u>Monday Minute,</u> Sept 1
Bishop, P.  Unfinished Story. <u>Monday Minute,</u> March 22.
Bishop, P.  Raising Doubts.  <u>Monday Minute,</u> March 18.
**2009**
Bishop, P.  The World Has Nothing For Me. <u>Monday Minute,</u> November 19.
Bishop, P.  I'm A Minority. <u>Monday Minute,</u> October 4.
Bishop, P.  If I could just figure out how. <u>Monday Minute,</u> March 13.
Bishop, P.  Amazing Grace that saved a Jerk Like Me. <u>Monday Minute,</u> Feb 6.
**2008**
Bishop, P.  Spiritually Stagnant? <u>Monday Minute,</u> Oct 6.
Bishop, P.  When Profession Intersects Confession. <u>Monday Minute,</u> Sept 1.

Bishop, P.  Because we need Each Other.  Monday Minute, May 19.
Bishop, P.  Go Google Yourself.  Monday Minute, May 5.
Bishop, P.  What Award Do you Seek? Monday Minute, April 28.
Bishop, P.  Discouraged? Monday Minute, March
Bishop, P.  Got Any Grandkids?  Monday Minute, March 17.
Bishop, P.  Ministering in a Foreign Culture.  Monday Minute, March 3.
Bishop, P, Zhang Y, Green M. Report to private agency on research grant on Novel cooling
     system.
Bishop, P, Bacon N, Green M. Report to private agency on research grant on exercise device.
Bishop, P. On line course in Heat Stress. UA Continuing Education.
                                        **2007**
Bishop, P.  Have a Coke and a Smile.  Monday Minute, Oct 15.
Bishop, P.  The Richard Dawkins Delusion.  Monday Minute, Oct 8.
Bishop, P.  Why I repented.  Monday Minute, Feb. 12
Bishop, P. On line course in Ergonomics. UA Continuing Education.
                                        **2006**
Bishop, P.  Judging our own success.  Monday Minute, Oct 23.
Bishop, P.  Reach out and Touch Someone.  Monday Minute, Sept 11.
Bishop, P.  Is this a Great Job or what?  Monday Minute, May 8. 16
Bishop, P.  What Would Jesus teach?  Monday Minute, March 6.
Bishop, P.  Don't waste that Trip!  Monday Minute, Feb 20.
Bishop, P.  Exercise Science: Stretching the boundaries of Teaching, research, and Service.  The
     Capstone Educator, Spring 06.
Bishop, P. Five Videos:  Hydration, Recovery, Ergogenics, Exercise in heat, Childhood obesity.
     Mycoachonline.com, Sept.
                                        **2005**
Bishop, P.  Developing as a Christian Professor.  Monday Minute, Nov 28
Bishop, P.  Teaching that matters. Monday Minute, Nov 14.
Bishop, P.  Questions.  Monday Minute, Nov 7.
Bishop, P.  Handling Failure.  Monday Minute, Sept 26.
Bishop, P.  Dealing with Difficult People.  Monday Minute, Sept 12.
Bishop, P.  Handling Failure.  Monday Minute, Sept 26.
Bishop, P. On line course in Suspension Trauma. UA Continuing Education.
Bishop, Jones, Green.  Final report to CamelBak LLC.  June 05.
                                        **2004**
Bishop, P and B Weems. Hanging around could be the death of you- the dangers of suspension
     trauma. Arborist News.  123(3): 63-64, June.
                                        **2003**
Weems, W and  P Bishop. Suspension trauma and rescue harness Safety.  Fire Engineering, Vol
     156, 12, pp 67-69.
National Institutes of Occupational Safety and Health (May, 03).  Report of Review for NIOSH
     NPPTL escape hood respirators.
Weems W, and Bishop P.  Will your safety harness kill you?  Occupational Health and Safety.

Bishop

March pp 86-90, 2003.

**2002**

*Sirikul, B and PA Bishop.  Final Report on flame-resistant fabric grant to private company.  April 2002.

Bishop, PA.  The Christian School's Call to Non-Conformity: Taking every thought captive.  The Christian Teachers Journal (10:3), July 2002.

**2000**

Bishop P & *J Kozusko.  Using Research to Train Athletes.  En Memoria del VII Simposio Internacional en Ciencias del Deporte, el Ejercicio y la Salud. San José, Costa Rica: Escuela de Educación Física y Deportes, Universidad de Costa Rica.

**1999**

Bishop, PA, *Clapp, AJ, *Muir, I, y *Sirikul, B (1999). Estrategias prácticas para mantener bien hidratados a los trabajadores y los atletas.  En Memoria del VI Simposio Internacional en Ciencias del Deporte, el Ejercicio y la Salud. San José, Costa Rica: Escuela de Educación Física y Deportes, Universidad de Costa Rica.

Bishop, P.  The following sections were published in the Industrial and Occupational Ergonomics: User's Encyclopedia (CD ROM) ISBN 0-9654506-0-0, Acclimatization, Body Temperature, Heat Cramps, Heat Exhaustion, Heat Related Disorders, Heat Stress, Heat Stroke, Heat Syncope, Response to Heat, Skin temperature, Sweat Rate.

**1998**

Bishop, P - Physiology of Warfare.  A text for a course at USMA.  Published locally by USMA, West point, NY, January and March, 1998.

Bishop, P, L Fielitz, C Anderson and K Derrick.  Improving your APFT score. Soldier's magazine, August 1998, 53(8):28-29.

Bishop, PA and MC Greenisen (eds).  General Laboratory Procedures Manual: Exercise Physiology Laboratory.  JSC NASA, Houston, TX.  NASA Washington, DC TM-1998-104826, 60 pp. July.

Bishop, PA  Laboratory Safety pp. 1-3; Treadmill Calibration pp. 5-8; Cycle Ergometer Calibration pp. 8-10; Measurements of Blood Lactate  pp. 28-32; Precise Measurement of $O_2$ and $CO_2$ with the Micro-Scholander pp. 41-51; and Environmental Measurements pp. 51-52. in Bishop, PA and MC Greenisen (eds).  General Laboratory Procedures Manual: Exercise Physiology Laboratory.  NASA TM -1998-104826, JSC NASA, Houston, TX. July.

Clapp, AJ, J Smith and P Bishop.  Final report to Sqwincher Corp.

Clapp, AJ, J Smith and P Bishop.  Final report to Gatorade Corp.

**1997**

Bishop, P, and L Clapp.  Carbon Dioxide Accumulation, Physiological Function and Performance in the NASA Launch and Entry Suit.  ASEE/NASA Summer Faculty Research Program Results, 2.1-2.15.  Accepted for Pub. 12 –98 ASEM.

Bishop, P, D Gu, and T Clapp.  Final Report:  Evaluation of the Kimberly Clark Oasis® Undergarment under Impermeable Chemical Protective Clothing in Three Environments.  Submitted to Kimberly Clark Corp.

**1996**

Bishop, P,  Measurement of carbon dioxide accumulation and physiological function in the launch and entry and advanced crew escape suits.  ASEE/NASA Summer Faculty Research Program Results 5.1-5.13

**1995**

Bishop, PA.  Final report NIOSH grant # #1RO10H03015-01, Encapsulating Protective Clothing: Work Tolerance.  December, 77 pp.

Bishop, PA.  Report of the August 1995 Discipline working Group of The Exercise Countermeasures Program of JSC, NASA, Houston, TX  Oct., 1995.

Bishop, PA.  Encapsulating Protective Clothing: Work Tolerance. NIOSH Research and Demonstration Grants, Annual Report, 1994,  Aug., 1995, pp. 172-173.

Bishop, PA and P Reneau.  Final report Kimberly Clark Research Grant, Evaluation of Kleengard vs Tyvek in CPC.  Kimberly Clark Corp. Spring, 1995.

**1994**

Bishop, PA and D Graetzer.  Training: Adding hand-weights to your Workout.  Sports Guide. 12(7): 34.

**1993**

Bishop, P.A., Haddy, F., Wilmore, J., Vailas, A., Ariel, G., Sothmann, M., & Clarkson, P. Discipline Implementation Team Report on the Exercise Countermeasures Project.  Johnson Space Center, Houston, TX: National Aeronautics and Space Administration.

**1991**

Moore, AD, PA Bishop, CM Buntin, WG Squires, and KD Wells.  Exercise Physiology Laboratory Procedures Manual.  JSC-25030, National Aeronautics and Space Administration, Johnson Space Center, Houston, 1991.

Bishop, PA. Review of Leighton Flexometer Test.  In Kirby's Guide to Fitness and Motor Performance Tests, (RF Kirby (ed), Ben Oak Pub., Cape Girardeau MI, pp 206-207.

Bishop, PA. Review of Bench Jumps Test. In Kirby's Guide to Fitness and Motor Performance Tests, (RF Kirby (ed), Ben Oak Pub., Cape Girardeau MO, pp 310-311.

**1990**

Bishop, PA.  Comparisons of Air and Liquid micro-environmental cooling for intermittent heavy work in moderate temperatures.  Final report USAF-UES Summer Faculty Research Program.

Bishop, PA.  Techniques for determining total body water using deuterium oxide.  ASEE/NASA Summer Faculty Research Program Results, 3.1-3.13.

**1989**

Bishop, PA.  Book Review-Fitnessworks by Jane Katz.  ACSM Bulletin, 24:4, 21.

Bishop, PA.  Non-invasive estimation of fluid shifts between body compartments by measurement of bioelectric characteristics.  ASEE/NASA Summer Faculty Research Program Results, 4.1-4.15.

Bishop, PA.  Methods of field determination of hydration status.  Final Report U. S. Army Biomedical Research and Development Laboratory, 20 pp.

Bishop, P.  In search of subjectivity-someone else's. (Letter) Educational Researcher, 18(2).

**1987**

Bishop, PA.  Validity of ultrasound.  (Letter) Journal of Applied Sport Science Research,

1(4):76.

Bishop, PA.  Increasing work capacity of personnel wearing protective clothing in hot environments.  Final report USAF-UES Summer Faculty Research Program.

**1986**

Bishop, PA.  Work capacity increased in hot ambient temperature chemical warfare environments through use of intermittent work and individual liquid cooling.  Final Report USAF-UES Summer Faculty Research Program.

**1985**

Bishop, PA.  Biological determinants of the sex difference in muscular strength.  Microform Publications, Eugene, OR.

**PRESENTATIONS (published abstracts shown):** *Indicates student-author ** is an undergraduate.

**2016**

Herron, RL, Kriegel, AG, Leatherwood, MD, Bishop, PA.  Comparing the reliability of heart rate variability under differing postural orthostatic stressors. UAB Center for Exercise Medicine Symposium, Birmingham, AL *(September 2016)*

Brackmann, SE, Leatherwood, MD, Herron, RL, Bishop, PA.  Comparing acute hemodynamic responses to energy drink consumption verses a controlled beverage of equal volume.  UAB Center for Exercise Medicine Symposium, Birmingham, AL *(September 2016)*

Wood, T, Ryan, GA, Herron, RL, Unbehaun, GK, Bishop, PA. Reliability of assessing skin blood flow relative to baseline.  UAB Center for Exercise Medicine Symposium, Birmingham, AL *(September 2016)*

Hanson, VL, Leatherwood, MD, Williams, TD, Brannan, RM, Bishop, PA.  The influence of bar diameter on EMG activity of hand flexors during an isometric contraction.  UAB Center for Exercise Medicine Symposium, Birmingham, AL *(September 2016).*

Bishop, P.  Using Assessment for Better Physical Education.   ASAHPERD District 6/ Univ of AL Dept. of Kinesiology, Health and Physical Education Workshop. Podium. 14 June 2016. Invited.  359

VALIDITY OF SELECTED BIOIMPEDANCE EQUATIONS FOR ESTIMATING BODY FAT PERCENTAGE: A FOUR-COMPARTMENT MODEL COMPARISON. Poster Presentation, NSCA, New Orleans, LA, July 07, 2016.

IMPACT OF A 4-WEEK LINEAR PERIODIZATION PROGRAM ON ARMY PHYSICAL FITNESS TEST SCORES IN ROTC CADETS. Poster Presentation, *Journal of Strength and Conditioning Research.* NSCA National Conference, New Orleans, LA Thursday, July 07, 2016.

ACUTE EFFECTS OF EXERCISE BETWEEN SETS ON UPPER-BODY POWER Poster Presentation, *Journal of Strength and Conditioning Research.* National Conference, New Orleans, LA, July 07, 2016.

Anxiety and Affective Responses to Acute Moderate Intensity Walking: Effects of Varying Durations. Poster Presentation, *Journal of Strength and Conditioning Research.* NSCA National Conference, New Orleans, LA, July 07, 2016.

EFFECT OF RESISTED SPRINT TRAINING ON ACCELERATION: A SYSTEMATIC REVIEW AND META-ANALYSIS
Poster Presentation, *Journal of Strength and Conditioning Research.* National Conference, New Orleans, LA July 07, 2016.

Allen, Wingo, Esco, Bishop. THE RELATIONSHIP BETWEEN HRV AND ARMY PHYSICAL FITNESS TEST SCORES IN ROTC CADETS
Poster Presentation, *Journal of Strength and Conditioning Research.* National Conference, New Orleans, LA, Friday, July 08, 2016.

PUSH-UP TEST PREDICTS 2-MILE RUN PERFORMANCE IN ROTC CADETS
Poster Presentation, *Journal of Strength and Conditioning Research.* National Conference, Friday, July 08, 2016.

COMPARING ACUTE HEMODYNAMIC RESPONSES TO ENERGY DRINK CONSUMPTION VERSES A CONTROLLED BEVERAGE OF EQUAL VOLUME. Poster Presentation, *Journal of Strength and Conditioning Research.* National Conference: Friday, July 08, 2016.

BODY FAT PERCENTAGE MEASURES VIA FOUR-COMPARTMENT MODEL WITH PREDICTED RESIDUAL LUNG VOLUME. Format: Poster Presentation, *Journal of Strength and Conditioning Research.* National Conference: Friday, July 08, 2016.  350

A NOVEL METHOD OF UTILIZING SKINFOLDS AND BIOIMPEDANCE FOR DETERMINING BODY FAT PERCENTAGE VIA THREE-COMPARTMENT MODEL. Poster Presentation, *Journal of Strength and Conditioning Research.* National Conference: Friday, July 08, 2016.

Bacon, Buckner, Bishop. THE EFFECT OF VARIABLE RECOVERY PERIODS ON PHYSICAL PERFORMANCE IN FEMALE GYMNASTS. Poster Presentation, *Journal of Strength and Conditioning Research.* National Conference.

*Haffner, NA, Langford, EL, *Casey, JC, Chamberlain, N, Ryan, GA, Herron, RL, Bishop, PA. The use of countermovement jumps to monitor fatigue in collegiate female soccer athletes. *Journal of Strength and Conditioning Research.* National Conference July 2016 (Pending).

Hanson, VL, *Leatherwood, MD, Williams, TD, Brannan, RM, Herron, RL, Bishop, PA. The influence of bar diameter on EMG activity of hand flexors during an isometric contraction. *Journal of Strength and Conditioning Research.* National Conference July 2016 (Pending)

**Kriegel, AG, **Elmore, ML, *Leatherwood, MD, *Herron, RL, Bishop, PA. Comparing the reliability of heart rate variability under differing postural orthostatic stressors. *Journal of Strength and Conditioning Research.* National Conference July 2016.  345

*Herron, RL, Bishop, PA. Use and misuse of likert-item responses and other ordinal measures. Educational Studies in Psychology, Research Methodology, and Counseling Graduate Research Symposium, The University of Alabama, Tuscaloosa, AL (*March 2016*)

**Bacon NT, Bishop P, Katica C, and Buckner[2] SB. Survey of training techniques in competitive rock climbers. Accepted for National ACSM, Boston, MA.**

Ryan GA, Herron RL, Bishop SH, Katica CP, *Casey JC and Bishop PA. Validity of a visual analog scale for assessing RPE in collegiate swimmers. Submitted to NACSM.

*Herron RL, *Casey JC, *Casey KL, PA Bishop. Influence of short-term training on performance and reliability of a 1-minute push-up test. Submitted to NACSM.

*Herron, RL, *Casey, JC, *Casey, KL, Bishop, PA.  Influence of short-term training on performance and reliability of a 1-minute push-up test.  Southeast ACSM Conference, Greenville, SC (*February 2016*)  340

*Casey, JC, *Herron, RL, *Casey, KL, Bishop, PA.  Influence of short-term training on performance and reliability of a 1-mile run test.  Southeast ACSM Conference, Greenville, SC (*February 2016*)

Bishop, SH, Ryan, GA, *Herron, RL, Katica, CP, *Casey, JC, Bishop, PA.  Influence of short-term training on performance and reliability of a 1-mile run test.  Southeast ACSM Conference, Greenville, SC (*February 2016*)

Ryan, GA, *Herron, RL, Bishop, SH, Katica, CP, *Casey, JC, Bishop, PA.  Validity of a visual analog scale for assessing RPE in collegiate swimmers.  Southeast ACSM Conference, Greenville, SC (*February 2016*)

**2015**

Mitchell, J.B., Herron, R.L., *Sibayan, S.I., & Bishop, P.A. (2015). Excess Post-exercise Oxygen Consumption following Three Walking Protocols of Equal Volume. *Medicine and Science in Sports and Exercise*. 47(5) Supplement. Poster presentation at the American College of Sports Medicine, San Diego, CA.

Esco, M.R., Reilly, E, Williford, H., Bishop, P. (2015) (Presented by Reilly, E.) Accuracy of predictive maximal heart rate equations in female athletes. 20th annual Congress of the European College of Sport Science, ECSS Malmo, Sweden.

*Herron, RL, *Casey, JC, *Tolusso, DV,* Casey, KL, Bishop, PA.  Influence of short-term training on performance and reliability of a 1-minute push-up test.  National American College fo Sports Medicine Annual Meeting, San Diego, *Medicine and Science in Sports and Exercise*. 48:5

*Casey, JC, *Herron, RL, *Tolusso, DV, *Casey, KL, Bishop, PA.  Influence of short-term training on performance and reliability of a 1-mile run test.  National American College fo Sports Medicine Annual Meeting, San Diego, CA.*Medicine and Science in Sports and Exercise*. 48:5

*Casey, JC, *Casey, KL, Bishop, PA, and Esco, MR. Body composition characteristics of national championship NCAA Division 1 football players. National Strength and Conditioning Association Annual Meeting, Orlando, FL. *Journal of Strength and Conditioning Research*, 2016; 30(2): S17.

*Casey, JC, *Casey, KL, Bishop, PA, and Esco, MR. Body composition changes over one year in NCAA football players. *Journal of Strength and Conditioning Research*, 2016; 30(2): S150-151.

*Casey, KL, *Casey, JC, Bishop, PA, and Esco, MR. Body composition changes in female NCAA gymnasts across a preparatory and competitive season. *Journal of Strength and Conditioning Research*, 2016; 30(2): S17-18.

*Casey, KL, *Casey, JC, Bishop, PA, and Esco, MR. Comparison of BMI-Based equations and plethysmography for estimating body fat in female competitive collegiate dancers. National Strength and Conditioning Association Annual Meeting, Orlando, FL.  Abstract *Journal of Strength and Conditioning Research*, 2016; 30(2): S86.

*Baggett SA, Esco MR, Cosio-Lima L, **Elmore M, Bishop, P. (2015). Influence of combined anti-inflammatory and nutritional supplements on skeletal muscle recovery in resistance-trained men and women. National Strength and Conditioning Association Annual Meeting, Orlando, FL. Abstract published in the *Journal of Strength and Conditioning Research*.

*Martinez AX, *Herron RL, *Hornsby J, *Ng J, *Aldrich EK, Bishop, P., Esco, M.R. (2015) Time in motion during national competition game-play in collegiate female sand volleyball players: a descriptive investigation. National Strength and Conditioning Association Annual Meeting, Orlando, FL. Abstract be published in the *Journal of Strength and Conditioning Research*.

*Martinez, A.X., *Herron, R.L., *Hornsby, J., *Ng, J., *Aldrich, E.K., Bishop, P., Esco, M.R. (2015) Acute changes in body weight and fluid intake of NCAA female sand volleyball players during an official tournament. National Strength and Conditioning Association Annual Meeting, Orlando, FL. Abstract published in the *Journal of Strength and Conditioning Research*.

*Herron, RL, Chamberlain, N, Bishop, SH, Ryan, GA, *Casey, JC, Bishop, PA. Use of a visual analog scale to evaluate perceived recovery.  NSCA National Conference July 2015. Abstract published in the *Journal of Strength and Conditioning Research*. 325

Bishop, P. Invited presentation  A true Story:  Blood, Sweat (pee), and Beers.  Distinguished Lecture Series, TX A&M University, College Station, TX.  8 April.

Green JM, and Bishop PA.  Reviewing Papers.  Tutorial, Southeast ACSM Conference, Jacksonville, FL (February).

*Casey, JC, *Herron, RL, Bishop, SH, Ryan, GA, and Bishop, PA. Validity of a visual analog scale for assessing RPE. National ACSM Annual Meeting, San Diego, CA *(May 2015). published abst: Medicine and Science in Sports and Exercise*, 2015; 47(5): Supplement.

O'Neal, Nepochatych, Bishop.  Mentoring novice writers.  Tutorial SEACSM, Jacksonville, FL.

Zhang Y, Davis JK, Casa D, Bishop PA.  Meta Analysis of Cooling by Immersion. Oral Presentation, SEACSM, Jacksonville, FL.  320

*Hornsby JH.  Holmberg H, Höök M 2, Willis S, Stöggl T, Kilian J, Schoffstall JF, Bishop P. Biathlon rifle carriage.  Poster, SEACSM, Jacksonville, FL.

*Casaru,C, Wingo J, Richardson M, *Hornsby, J, *Baggett, S, *Nepocatych S, *Balilionis G, and Bishop, P.A. The effects of firefighter bunker gear size on thermoregulation. Poster presentation at SEACSM, Jacksonville, FL, February 12-14, 2015.

*Hamilton KC, Richardson M, Wingo J, Bishop P, Bissell K, Owens T, and Higginbotham JC. Community Based Participatory Research: An innovative approach to designing a physical activity intervention for underserved children. American College of Sports Medicine Southeastern Annual Meeting (2015). Jacksonville, FL. (February).

 *Mitchell, JB, *Herron, RL, *Sibayan, SI, Bishop, PA. Oxygen consumption following three walking protocols. Southeast ACSM Conference, Jacksonville, FL (February).

**2014**

*Mitchell, JB, *Herron, RL, *Collins, AB, *Martinez, AX , Marina JR, Bishop, PA. Self-Reported Enjoyment Responses for Three Walking Protocols in Adult Females.  UAB Exercise Conference.  Nov 2014. 315

Bishop *Collins, AB, *Martinez AX. From the Laboratory to the Field: A scientific approach to

`Bishop`

improving athletic performance. Tutorial. ASAHPERD, BHM, Nov 17, 2014.

*Herron, RL, *Collins, AB, *Carter, SJ, *Mitchell, JB, Bishop, PA. Skin blood flow response following repeated local heating.  Experimental Biology Annual Conference, San Diego, CA.  (April 2014).

*Mitchell, JB, *Herron, RL, *Carter, SJ, *Collins, AB, *Martinez, AX , *Baggett, SA, Bishop, PA. Lifting Performance and indices of recovery 24 hours after exhaustive resistance training bouts in adolescent males.  Poster NSCA 2014 Annual Conference, *Journal of Strength and Conditioning Research (July 2014).*

*Herron, RL, *Collins, AB, *Carter, SJ, *Mitchell, JB, Bishop, PA. Forearm skin blood flow responses to Kinesiology Tape: A Pilot Study.  Poster NSCA 2014 Annual Conference, *Journal of Strength and Conditioning Research (July 2014)*

The following presentations were accepted, but meeting was cancelled for 2014:

*Hornsby, et al.  Biathlon rifle carriage.  SEACSM, Greenville, SC.

*Mitchell, JB, Herron, RL, Carter, SJ, Hornsby, JH, Bishop, PA. Strength Training Recovery in Adolescent Athletes. Presented at Southeast ACSM Conference, Greenville, SC (*February 2014*).

*Casaru, Bishop.   Clothing fit and physiology. Presented at Southeast ACSM Conference, Greenville, SC (*February 2014*).


## 2013

*Bishop,SH, *Ryan GA, *Katica CP, *Herron RL, *Elbon B, and P Bishop.  Effect of Arm Cooling on Pitching Performance. Presented to Southeast American College of Sports Medicine Regional Conference, Greenville, SC. **310**

*Elbon B, *Ryan GA, *Katica CP, *Bishop SH, *Herron RL, Bosak A., and P Bishop. Ambient Air Cooling for Concealed Soft Body Armor in a Hot Environment.  Presented to Southeast American College of Sports Medicine Regional Conference, Greenville, SC.

*Bacon NT, Wingo J, Richardson M, Pangallo T, Ryan G, and P Bishop.   Effect of chalk use on open- and pinch grip pull-ups.  Presented to Southeast American College of Sports Medicine Regional Conference, Greenville, SC.

*Ryan, GA, *Elbon, BL, *Katica, CP, *Bishop, SH, *Herron, RL, Bosak, AM, Bishop, PA. Microclimate Under Soft Body Armor During Moderate Physical Exertion. *Journal of Strength and Conditioning Research.* 27:10, S128-S129, presented NSCA, July 2013.

*Ryan, GA, *Elbon, BL, *Katica, CP, *Bishop, SH, *Herron, RL, Bosak, AM, Bishop, PA. Ambient Air Cooling for External Soft Body Armor in a Hot Environment. *Journal of Strength and Conditioning Research.* 27:10, S66, presented NSCA, July 2013.

*Bishop, SH, *Ryan, GA, *Katica, CP, *Herron, RL, *Elbon, BL, Bishop, PA. Effect of Intermittent Torso Cooling on Thermoregulation and Perceived Recovery in Baseball Catchers. *Journal of Strength and Conditioning Research.* 27:10, S60-S61, presented NSCA, July 2013.

## 2012

Bishop P, and A Bosak.  Funding Your Research from Private companies.  Alabama AAHPERD,

Nov 4, Birmingham. 304

Bishop P, Crew KR and A Bosak.  Choosing a Graduate Program for the Job you want. Alabama AAHPERD, Nov 5, Birmingham.

*Ryan, G., Katica, C., Bishop, S., Herron, R., and Bishop, P. A Pilot Study: Effects of Standoffs on Passive Cooling in Ballistic Vests in Hot Environments. Poster presentation at the Southeast American College of Sports Medicine Regional Conference (Jacksonville, FL: February, 2012).

*Ryan, GA, Katica, CP, Bishop, SH, Herron, RL, Bosak AM, and Bishop, P.  Passive Cooling Effects on Microenvironmental and Thermoregulatory Responses in Soft Body Armor  in Hot Environments. Poster presentation at the National American College of Sports Medicine Conference June, 2012).  *Medicine and Science in Sports and Exercise, 2012; 44*(5 Supplement), S320.

*Campbell JA, and Bishop PA.  Recovery and soreness in Trained Females after exhaustive Resistance Training Protocol. Poster presentation at the National American College of Sports Medicine Conference June, 2012).  *Medicine and Science in Sports and Exercise, 2012; 44*(5 Supplement), S173. **300**

*Nepocatych S., *Balilionis G., *O'Neal E.K., Wingo J. E., Hodges G.J., Richardson M.T., Bishop P.A. Channeled fabric clothing effects on thermoregulation, heart rate, and thermal comfort. Presentation at the Southeast American College of Sports Medicine Regional Conference (Jacksonville, FL: February, 2012).

*Balilionis G., *Nepocatych S., *O'Neal E.K., Wingo J. E., Hodges G.J., Richardson M.T., Bishop P.A. Effect of a channeled fabric garment under a ballistic vest on physiological and comfort responses during exercise.  Presentation at the Southeast American College of Sports Medicine Regional Conference (Jacksonville, FL: February, 2012).

*Tatum, A.D., Bishop, P.A., Black, S., Parker, M.W. (2012).  The Relationship between Self-Reported Health History, Physical Limitations and Physical Performance in Older Adults. Oral presentation at the meeting of the Southeast American College of Sports Medicine Regional Conference, Jacksonville, FL.

Bryan Alicia, Green J. Matthew, Black Sheila, and Bishop P.  Physical Independence: Examining Older Adults' Perceptions of Physical Limitations.  Oral presentation, ATINER, Athens, Greece, June 25-28.

**2011**

Lee DP, Kennedy AD, O'Neal EK, Bishop PA, Haub MD, Strecker KL, Poulos SP. Global Untargeted Metabolic Profiling of Human Sweat from Exercising Men and Women. International Society of Sports Nutrition National Conference; June 2011: Las Vegas, NV.

Bishop PA, Jones E, Frischmann N.   A Survey of Hunter Education: Comparisons of Hunter Education Instructors' and Hunters' Behaviors.  Texas AAHPERD, Dallas, Dec 2.

*Bacon, NT, J Wingo, M Richardson, G Ryan, T Pangallo*, and P Bishop.  Effect of ice bag recovery on closed- and open-handed weight-assisted pull-ups.  *Medicine and Science in Sports and Exercise*, 2011.  Poster, American College of Sports Medicine Annual Meeting, Denver, CO. June 2011, abstract in MSSE, 43(5), S273.

Green, JM, Petrella JK, and Bishop P. Engaging Undergraduates and Graduates in Research:

Bishop

Improve Your Productivity and Student's Education.  Presented at Southeast ACSM Conference, Greenville, SC, Feb 2011.

*Del Pozzi, AT Katica, CP, Bishop P. ACSM Denver, CO. Effects of a "Holographic" disk on Delayed Onset Muscle Soreness and Performance: a Pilot Study.  Poster, American College of Sports Medicine Annual Meeting, Denver, CO. June 2011, abstract in MSSE,43(5), S281.

*Campbell, JA, JE Wingo, JC Lawrence, YH Neggers, JD Leeper, and PA Bishop.  The effect of Acute Carbohydrate-Protein Supplementation Following Exhaustive Resistance Exercise in Trained Females.  Poster, American College of Sports Medicine Annual Meeting, Denver, CO. June 2011, abstract in MSSE,43(5), S404. **290**

Tatum AD, Green JM, Parker MW, and Bishop P.   Relationship between Daily Stair Climbing, Knee extensor Endurance and Physical Independence in Community Dwelling Adults.  Poster, American College of Sports Medicine Annual Meeting, Denver, CO. June 2011, abstract in MSSE,43(5), S648.

Poulos S, *O'Neal EK, Wingo JE, Richardson  MT, and PA Bishop.  Beverage composition impact on sweat composition.  Poster, American College of Sports Medicine Annual Meeting, Denver, CO. June 2011, abstract in MSSE,43(5), S412.

*Nepocatych S, *Balilionis G, *Katica CP, Wingo JE, Richardson MT, PA Bishop. Effects of Whole-Body Vibration as Acute Recovery Method after Fatiguing Squat Exercise. Oral presentation at the Southeast Chapter American College of Sports Medicine Conference 2011, Greenville, SC.

*Zhang Y, *Nepocatych S, *Katica CP, Bishop PA, Sjokvist J, *G Balilionis. Effect of Half-time Cooling on Thermoregulatory Responses and Soccer Specific Performance Tests.  Presented at  Southeast ACSM Conference, Greenville, SC, USA (February 2011).

*Balilionis G, *Collins AB, Neggers YH, PA Bishop. Effects of Whole-Body Vibration as Acute Recovery Method on Sprint performance after fatiguing exercise. Oral presentation at the Southeast Chapter American College of Sports Medicine Conference 2011, Greenville, SC.

*Collins AB, *Nepocatych S, *Balilionis G, PA Bishop. Effects of Different Types of Warm-up on Swimming Performance in Masters Swimmers.  Poster presentation at the Southeast Chapter American College of Sports Medicine Conference 2011, Greenville, SC.

*Campbell JA,  Wingo JE, Richardson MT, Neggers YH, Lawrence JC Leeper, JD, and PA Bishop. Recovery and soreness in trained females after an Exhaustive Resistance Training Protocol.  Presented at Southeast ACSM Conference, Greenville, SC, USA (February 2011).

*Campbell, JA, JE Wingo, JC Lawrence, YH Neggers, JD Leeper, and PA Bishop.  Post-exercise consumption of a carbohydrate-protein beverage does not enhance recovery following exhaustive resistance exercise in trained females.  Southeast Chapter of the American College of Sports Medicine Annual Meeting, 2011, Greenville, SC.

*O'Neal EK, Richardson  MT, Wingo JE, Leeper JD,  Neggers Y, and PA Bishop.  Half- and Full- Marathon Runners; Practices and Perceptions Concerning Hydration.  Presented at Southeast ACSM Conference, Greenville, SC, USA (February 2011). **280**

*Bacon NT, Wingo JE, Richardson  MT, *Ryan GA, *Pangallo TC, and PA Bishop.  Effect of ice Bag recovery on Close- and Open- Handed Weight-Assisted Pull-ups.  Presented at Southeast ACSM Conference, Greenville, SC, USA (February 2011).

**2010**

Bishop P, McLester JM, Shaw*K.  Slower Recovery as a Contributor to the Decline in Endurance Performance with Aging.  Oral presentation, ATINER,  Athens, Greece, June 29.

*Laurent CM, Green JM, Bishop PA, Sjokvist J, Richardson M, Schumaker R.  Effect of Gender on Fatigue Recovery Following maximal Intensity Sprint Performance.  Poster presented at American College of Sports Medicine Annual Meeting, Baltimore, MD. Abstract in Medicine and Science in Sports and Exercise 42:5 S212, June 2010.

*ONeal EK, Poulous S, Bishop P. Exercise Beverage Choice, Voluntary Fluid Consumption, and Sweat Rates of Female Walkers during Summer.  Poster presented at American College of Sports Medicine Annual Meeting, Baltimore, MD. Abstract in Medicine and Science in Sports and Exercise 42:5 S407, June 2010.

*Bacon NT, *Gendle S, Bishop PA. A Cross-sectional Survey of Why Shod Runners do not Run Barefoot. Presented at Southeast ACSM Conference, Greenville, SC, USA (February 2010).Poster presented at American College of Sports Medicine Annual Meeting, Baltimore, MD. Abstract in Medicine and Science in Sports and Exercise 42:5 S586, June 2010.

*Pritchett K, *Pritchett R, Green JM, & Bishop P.  RPE and glucose responses during high-intensity intermittent cycling with and without a pre-exercise feeding. Poster presentation at National ACSM Conference, Baltimore, MD. Abstract in Medicine and Science in Sports and Exercise 42:5 S536, June 2010.

*Zhang Y, Bishop PA, Green JM, Richardson M, Schumacker RE, Jones D. Evaluation of a Novel Personal Cooling Device for Workers in Hot Environments.  Slide presentation at American College of Sports Medicine Annual Meeting, Baltimore, MD. Abstract in Medicine and Science in Sports and Exercise 42:5 S97, June 2010.

Brooks K, Szymanski D, Bishop P.  Five-year Follow-up: Physical Activity, Daily Li8mitations, and body weight change of former athletes vs Non-athlete Alumni. Abstract in Medicine and Science in Sports and Exercise 42:5 S334, June 2010.

*Bacon NT,  Bishop P, and Godfrey A. A CROSS-SECTIONAL SURVEY OF TRAINING TECHNIQUES IN ROCK CLIMBERS.  Presented at Southeast ACSM Conference, Greenville, SC, USA (February 2010).

*Gendle S, *Bacon NT, Bishop PA, A CROSS-SECTIONAL SURVEY OF WHY SHOD RUNNERS DO NOT RUN BAREFOOT. Presented at Southeast ACSM Conference, Greenville, SC, USA (February 2010). **270**

Bishop P, Green JM. Managing time.  Presented at Southeast ACSM Conference, Greenville, SC, USA (February 2010).

*Campbell JA, and Bishop P.  Influence of Comfort Expectation on Reported Comfort During Work in Two Different Encapsulating Protective Garments.  Presented at Southeast ACSM Conference, Greenville, SC, USA (February 2010).

*Balilionis G, Bishop, *Nepochatych S, Richardson MT. Effects of Different Types of Warm-up on Swimming Performance in Collegiate Swimmers. Presented at Southeast ACSM Conference, Greenville, SC, USA (February 2010).

*Nepochatych S, Bishop PA, *Balilionis G, Richardson MT, Hubner PJ.  Acute Effect of Upper-body Vibration on Performance in Masters Swimmers.  Presented at Southeast ACSM Conference, Greenville, SC, USA (February 2010).

Bishop


*ONeal EK, Bishop P. Exercise Beverage Choice, Voluntary Fluid Consumption, and Sweat Rates of Female Walkers during Summer.  Presented at Southeast ACSM Conference, Greenville, SC, USA (February 2010).

*Zhang Y, Bishop PA, Green JM, Richardson M, Schumacker RE, Jones D*. Evaluation of a Novel Personal Cooling Device for Workers in Hot Environments.  Presented at Southeast ACSM Conference, Greenville, SC, USA (February 2010).

*Zhang Y, Bishop PA.  Effect of half-time cooling on thermoregulatory responses and soccer-specific performance tests.  Presented at Port Elizabeth, South Africa, June 2010.

*Zhang Y, JK Davis*, PA Bishop, JM Green, C Casaru, MT Richardson, RE Schumacker. Effect of Islamic Uniform on Microenvironment in the Heat.  Presented at Port Elizabeth, South Africa, June 2010.

**2009**

*Casaru C, PA Bishop, J Leeper, M Green, M Richardson, Y Zhang*, J Davis, and K Kerr*. Energy and Thermoregulatory Demands of the Protective Firefighter Gear.  Presented at Physiology and Pharmacology of Thermoregulation, Matsue City, Japan, July 2009.

*Kraft, J, Green, M., Bishop, P., Richardson, M., Neggers, Y., and Leeper, J. Impact of Dehydration to 3% Body Weight on a Full Body Resistance Training Protocol. American College of Sports Medicine 56th Annual Meeting. Seattle, Washington, May 2009, Abstract in Medicine and Science in Sports and Exercise.

*Zhang Y, PA Bishop, C Casaru*, JK Davis *. A New Hand Cooling Device to Enhance Firefighter Heat Strain Recovery. Presented at Physiology and Pharmacology of Thermoregulation, Matsue City, Japan, July 2009.

*Pritchett RC, Zhang Y*, Green JM, Bishop PA. Heat Storage in Upper and Lower Body during High Intensity Exercise in Athletes with Spinal Cord Injuries. Presented at Physiology and Pharmacology of Thermoregulation, Matsue City, Japan, July 2009.

*Casaru C, PA Bishop, J Leeper, M Green, M Richardson, Y Zhang*, J Davis*, and K Kerr*. Energy and Thermoregulatory Demands of the Protective Firefighter Gear.  Presented at European Conference of Protective Clothing. Amsterdam, June 10-12th, 2009.

Bishop, Phillip A, Jones Eric*, Matt Green.  Physiological Considerations of Rate and Composition in Rehydration Following Dehydration in the Heat. Presented at Physiology and Pharmacology of Thermoregulation, Matsue City, Japan, July 2009.

Bishop PA, and Green JM. Making the most of your Graduate Exercise Science Experience. Presented at the Regional meeting SEACSM, Birmingham, AL, Feb 09.

Bosak A and P Bishop. Using Sport Science to Improve Team Sport Performance.  Presented at the Regional meeting SEACSM, Birmingham, AL, Feb 09.

*Pritchett RC, Green JM, Bishop P, Pritchett K*, Zhang Y*.  Evaluation of artificial sweat in athletes with spinal cord injuries. Presented to National ACSM Conference, Seattle, WA (May 2009), Abstract in Medicine and Science in Sports and Exercise.

*Pritchett KL, Bishop P, Pritchett, R*, Green JM, Katica C*, Carter S*. Acute Effects of Chocolate Milk and a Commercial Recovery Beverage on Post-Exercise on Muscle Damage and Endurance Cycling Performance.  Presented to National ACSM Conference, Seattle, WA (May 2009), Abstract in Medicine and Science in Sports and Exercise.

*Pritchett KL, Bishop P, Pritchett, R*, Green JM, Katica C*, Jager J. Comparisons of post-exercise chocolate milk and a commercial recovery beverage consumption between endurance cycling workouts on recovery and performance. Poster presentation at Sports, Cardiovascular, and Wellness Nutrition Conference, Scottsdale, AZ (April 2009).

Bishop and Jim Morrow. Tutorial: Teaching Measurement and Evaluation. Presented to National AAHPERD meeting. Tampa, FL, Apr 3, 09. **250**

Green JM, Laurent CM*, Bacon NT*, ONeal EK*, Davis JK, Bishop, PA. Session RPE Response Following Cycling and Treadmill Exercise with Varying Intensities but Equal Caloric Expenditure. Presented to the National ACSM Conference, Seattle, WA (May 2009). Abstract in Medicine and Science in Sports and Exercise.

*Sjokvist J, PA Bishop, MT Richardson, CM Laurent, M Curtner-Smith & J Leeper. RPE and Heart Rate during Soccer-Specific Drills in Female Soccer Players, Presented at 5th Annual UKSCA Conference, Wyboston Lakes, Cambridgeshire, UK, June 5-7th 2009.

Bishop, PA. Recuperacion como parte de la formacion de deportistas elites. Presentation to the III CONVENCION INTERNACIONAL DE LA ACTIVIDAD FISICA Y EL DEPORTE, Havana, Cuba Nov 9-13, 2009.

Bishop, PA. Enseñando las Ciencias del Ejercicio. Presentation to the III CONVENCION INTERNACIONAL DE LA ACTIVIDAD FISICA Y EL DEPORTE, Havana, Cuba Nov 9-13, 2009.

Bishop, P. Recuperacion. XVI Simposio Internacional en Ciencias del Deporte, el Ejercicio y la Salud. San Jose,Costa Rica, Oct 27-30, 2009. (Invited).

Bishop, P. Using Science to Train Athletes. XVI Simposio Internacional en Ciencias del Deporte, el Ejercicio y la Salud. San Jose,Costa Rica, Oct 27-30, 2009. (Invited).

Bishop, P. Workshop: One professor's experience and the role of God in our exercise profession. XVI Simposio Internacional en Ciencias del Deporte, el Ejercicio y la Salud. San Jose,Costa Rica, Oct 27-30, 2009. (Invited).

Bishop, PA. Why Physical Education is Essential to Health and Happiness. Alabama State AAHPERD meeting, Birmingham, AL, Nov 11-16, 09.

**2008**

Green JM, *Sapp A, Bishop PA. Pacing accuracy in collegiate and recreational runners. Presented at American College of Sports Medicine Annual Meeting, Indianapolis, IN, 2008. Abstract in Medicine and Science in Sports and Exercise.241

*Friery, Kelly B., Brooks, K. S., Bishop, P. Restricted Activity Levels of former collegiate athlete. Presented at American College of Sports Medicine Annual Meeting, Indianapolis, IN, 2008. Abstract in Medicine and Science in Sports and Exercise.

*Kerr KL, Bishop P, Pritchett R, Kovacs M, Davis JK, Casaru C, Green M. Effects of pre-exercise nutrient timing on glucose responses and intermittent exercise performance. Presented at National ACSM, Indianapolis, IA Abstract in Medicine and Science in Sports and Exercise (May 2008).

*Kraft, Green, Bishop, et al. Hydration and aerobic performance. Presented at American College of Sports Medicine Annual Meeting, Indianapolis, IN, 2008. Abstract in Medicine and Science in Sports and Exercise.

* Pritchett RC, Bishop P, Kerr KL, Green JM, Zhang Y. Density and Lactate Response of

Eccrine Gland during High Intensity Exercise in Athletes with Spinal Cord Injuries. Presented at National ACSM, Indianapolis, IA Abstract in Medicine and Science in Sports and Exercise (May 2008).

Bishop, P.  Applications of Research in Physical Education and Sport.  Primiero Congreso Regional de Educacion Fisica and Deporte y Recreacion, Campeche, Mexico, Nov 20-22, 2008.

*Davis JK, Green JM, *Laurent CM, *Zhang Y, *Pritchett RC, *Kerr K, Bishop PA (July, 2008). RPE comparisons during constant load and interval cycling bouts in a hot and cool environments. Poster Presentation at National NSCA Conference.

Bishop, PA. Discovering a Christian Worldview in Scientific Disciplines: Examples and Approaches. Presented at Engaging Our World: From the Ivory Tower to Global Impact Conference, International Institute for Christian Studies, KC MO, July 08.

Bishop Jones, Green. Hydrating athletes. Presented at International Convention on Science, Education, and Medicine in Sport, Guangzhou, China 1-5 Aug 08.

*Zhang Y, *Casaru, Bishop.  Cooling with portable hand cooler. Presented at International Convention on Science, Education, and Medicine in Sport, Guangzhou China 1-5 Aug 08.200

*Kerr KL, Bishop P, Pritchett R, Kovacs M, Davis JK, Casaru C, Green M. Effects of pre-exercise nutrient timing on glucose responses and intermittent exercise performance. Presented at Northwest Regional ACSM conference, Seattle, WA. (February 2008).

*Pritchett, *Zhang Y, Green, Bishop.  Cooling Wheelchair athletes.  Presented at International Convention on Science, Education, and Medicine in Sport, Guangzhou, China, , 1-5 Aug 08.

Bishop, Green and Jones.  Hydrating People in Realistic Situations.  Presented at the Annual Meeting of the Southeast Chapter of the American College of Sports Medicine, Birmingham, Alabama, February 14-16, 2008.

*Al Nawaiseh, Bishop ACSM: Sex diff in recovery.  June 08.

**2007**

Bosak, A and Bishop, P. Effects of "Training Recovery" on Performance. Symposium presented at Mid-West ACSM, Columbus, OH, Oct 07.

*Friery K, Bishop P, Fisher G. Physical Activity Patterns and Body Weight Change in Former Collegiate Athletes. Presented at SEACSM, Feb 07.

*Friery K, Bishop P, Fisher G., Colvin. Physical Activity Patterns And Bodyweight Change In Former Collegiate Athletes ACSM # 1028, New Orleans, LA, June 07. Abstract in Medicine and Science in Sports and Exercise, 37(5 suppl) S380.

*Jones EJ, Bishop PA, Green JM., Richardson MT.  Effects of Metered vs. Bolus Water Consumption on Urine Production and Rehydration ACSM #1651, New Orleans, LA, June 07. Abstract in Medicine and Science in Sports and Exercise, 37(5 suppl), S50.

*Wickwire, P.J., P.A. Bishop, J.M. Green, R.T. Richardson, R.G. Lomax, C. Casaru and M. Curtner-Smith.  Physiological and Comfort Effects of Commercial "Wicking" Clothing under a Bullet Proof Vest.  American College of Sports Medicine Annual Meeting, New Orleans, LA, 2007. Abstract in Medicine and Science in Sports and Exercise, 37(5 suppl), S322.

Bishop and Paxton. Physics for the Masses, a Better Model for Teaching Science? Presented to the 5th Annual Hawaii International Conference on Education, Honolulu, HI, Jan 07.

*Wickwire, PJ, Bishop P, Green JM, Richardson MT, Lomax RG, *Casaru C, *Jones E, and Curtner-Smith M.  Validation of a personal fluid loss monitor.  Presented at SEACSM, Feb 07.

*Jones EJ, Bishop PA, Green JM., Richardson MT.  Effects of Metered vs. Bolus Water Consumption on Urine Production and Rehydration. Presented at SEACSM, Feb 07.

*Tatum AD, Bishop PA, Green JM, and Parker MW.  Relationship between daily stair climbing, knee extensor endurance, and physical independence in community-dwelling older adults. Presented at SEACSM, Feb 07.

*Kovacs MS, Green JM, *Geary C, *Zmudy M, Bishop P.A, and Curtner-Smith M. Overall, leg and breathing RPE comparisons between overweight and non-overweight 4th and 5th graders. Presented at SEACSM, Feb 07.

*Kovacs MS, Green JM, *Geary C, *Zmudy M, Bishop P.A, and Curtner-Smith M. Smith. Overall, leg and breathing RPE comparisons between overweight and non-overweight 4th and 5th graders. Presented at ACSM 07, Abstract in Medicine and Science in Sports and Exercise. 39(5), S402.

Bishop, P and A Bosak. Effects of "Training Recovery" on Performance. Tutorial presented at SEACSM, Feb 07.

*Torres-McGehee TM, Green JM, Leeper JD, Richardson M, Leaver Dunn D, Bishop PA. Prevalence of Eating Disorders:  Effects of body image and anthropometric measures in auxiliary units. Accepted for ACSM, New Orleans, LA, June. Abstract in Medicine and Science in Sports and Exercise, 37(5 suppl) S409.

*Sapp AL, JM Green, PA Bishop, M Richardson, *K Kerr, *RC Pritchett, M Curtner-Smith (June, 2007).  Pacing strategies: effects of experience and gender in runners during a 3200-m time trial.  Poster presentation at National ACSM conference.  Presented at ACSM, May 07, Medicine and Science in Sports and Exercise. 3**9(5), S349.**

*Hudson GM, Green M, Bishop P, Richardson M.  Effects of caffeine and aspirin on resistance training performance, RPE and pain perception. Presented at ACSM, May 07, Medicine and Science in Sports and Exercise. 39(5), S248.

*Al  Nawaiseh, AM, PA Bishop, RC Pritchett S Porter.  Enhancing Short-term recovery after high intensity anaerobic exercise.  Abstract only, not presented at ACSM, May 07, Medicine and Science in Sports and Exercise. 39(5), S307.

**2006**

Bishop P. Evolution and the unasked question.  Presented to the CFLN, Washington DC, June.

Bishop P.  Resistance Training in the CV/Pulmonary Patient.  Presented at Southern Association of Cardiovascular and Pulmonary Rehabilitation, April.

Bishop P, *Nawaiseh A, *Bosak A, McLester J. Recovery in training athletes. Presented as Plenary Address at International Sport Conference, Amman University, Amman, Jordan, May 06.  Published abstract, 5th International scientific Congress, "Sports Sciences in a New World"; 2006, p.5.

Bishop P, *Nawaiseh A. Using science to train athletes. Presented International Sport Conference Amman University, Amman, Jordan, May 06. Published abstract, 5th

Bishop


International scientific Congress, "Sports Sciences in a New World"; 2006, p.54.

Bishop PA, JM Green, E Jones.  Hydration in EPC.  Presented to the AIHce, Chicago, IL, May 06.

*Kovacs MS, *Pritchett R, *Wickwire JP, Green M, and Bishop P. Lack of training supervision over semester break results in speed and power decrements in collegiate tennis players. NSCA National Convention, Jul, 06.

Bishop, P.  Hunter Safety. Invited presentation to the Quality Deer Management Association, B'ham, 18 Feb 06.

Bishop PA, Green JM.  A Broader View of Exercise Science: Non-traditional Research Lines. Tutorial presented at the Southeast American College of Sports Medicine conference Charlotte, NC, Feb.

Green JM, Bishop PA (October, 2005).  Solving industrial problems with Sqwincher technology. Invited presentation at Sqwincher national corporate meeting.

Friery, Bishop, Richardson, J Smith, J Higginbotham.  Injuries in Athletes.  Presented at the Southeast American College of Sports Medicine conference, Charlotte, NC, Feb 06.

Peveler WW, Pounders, J and P Bishop. Effects of Saddle Height on Anaerobic Power Production in Cycling.  Presented at the Southeast American College of Sports Medicine conference, Charlotte, NC, Feb.

*Friery, Bishop, Richardson.  Long-term Impact of Athletic Participation on Physical Capabilities. Presented. ACSM, Denver, Je. Abstract in Medicine and Science in Sports and Exercise, 37(5 suppl), 2006.**200**

Church, J.B., Bishop, P.A., Smith, J.F., Richardson, M.T., & Secor, S.M. Recovery From Resistance Exercise in College- and Middle-Aged Men. Nat'l Strength Condition Assn National Conf, Washington, D.C. July.

*Iosia, M., Bishop, P., Green, J., Smith, J., Richardson, M. & R. Lomax. *Analysis of rest to work ratios during a Division IA televised football competition.* 53rd Annual American college of Sports Medicine Meeting, Denver, CO. May 31- June 3. Abstract in Medicine and Science in Sports and Exercise, 38(5 suppl), S244, 2006.

*Iosia, M., Bishop, P., Green, J., Smith, J., Richardson, M. & R. Lomax. A comparison of the relationship between aerobic capacity and anaerobic performance similar to collegiate televised football competition. 29th Annual National Strength and Conditioning Association National Meeting, Washington, D.C., July 12-15th.

*Bosak, A and Bishop, P.  Impact of cold water immersion on 5km racing performance.  Poster presentation at the American College of Sports Medicine National Conference, Denver, CO, June. Abstract in Medicine and Science in Sports and Exercise, 37(5 suppl), 2006.

**2005**

Bishop, PA, J McLester, A Bosak*, A Nawwas*.  Recovery from exercise.  Presented at the 12th International Symposium in the Science of Sport and Health, University of Coast Rica, San Jose, Costa Rica, October, 2005.

Bishop, P.  Microenvironment prediction of heat stress. Turner, Rayson, et al.  First Response to Terrorism: Micro-Environmental Approach to Understanding the Role of Clothing in Heat Stress in First-Responders.  Presented part of a symposium at ACSM, Nashville, TN, June

2005.

Green JM, Bishop PA (October, 2005).  Solving industrial problems with Sqwincher technology. Invited presentation at Sqwincher national corporate meeting.

*Bosak, A, P Bishop J Smith, M Green, M Richardson, M Iosia*.  Comparisons of 5K racing performance after 24 and 72 hours of passive recovery. Presented at ACSM, Nashville, TN, June 2005. Abstract in Medicine and Science in Sports and Exercise, 37(5 suppl),  S77, 2005.

*Nawwas, A, P Bishop, R Pritchett*, S Porter, E McIlquham.  Short-term recovery- Impact of antioxidant vitamins, protein supplement, ibuprofen, and Ice.  Presented at ACSM, Nashville, TN, June 2005. Abstract in Medicine and Science in Sports and Exercise, 37(5 suppl),  S45, 2005.

*Lyons, S, M Richardson, P Bishop, J Smith, H Heath, and J Giesen.  Excess post exercise oxygen consumption in untrained males:  effects of equating exercise caloric expenditure between a combined bout of arm and leg exercise and a continuous bout of arm exercise. SEACSM, Charlotte, NC, Jan 05.  Abstract.

*Bosak, A, P Bishop J Smith, M Green, M Richardson.  Comparisons of 5K racing performance after 72 hours active and passive recovery. SEACSM, Charlotte, NC, Jan 05.  Abstract.

*Church, J.B., P.A. Bishop, J.F. Smith, M.T. Richardson, S.T. Secor. Recovery Following Low- and High-Volume Resistance Exercise. NSCA National Convention, Las Vegas, NV, 2005. Pub. Abstract: Journal of Strength and Conditioning Research (online version) 19: e10.

Bishop. Suspension Trauma.  Gulf Coast Safety and Training Group Conference. Invited. Lafayette, LA, Nov. 150

**2004**

*Lasuzzo J,  Richardson MT, Higginbotham J, Bishop PA, , Smith JF, Wheat JR.  Validity of the Cal State, Fullerton Physical Activity Questionnaire to assess physical activity in older individuals. Presented at American Association of Cardiovascular and Pulmonary Rehabilitation (AACVPR) in Long Beach, CA, Oct 2004.

*Jung AP, PA Bishop, A Al-Nawwas, RB Dale.  The role of dehydration and electrolyte loss on exercise-associated muscle cramps.  American College of Sports Medicine National Meeting, Indianapolis, IN, June 2004.  Published Abstract:  Medicine and Science in Sports and Exercise, 36(5 suppl), 2004.

Bishop and Church*.  The Physiology of Crucifixion. Presented at the NFLC, Wash, DC, June 04.

Bishop PA.  Safety harness suspension trauma.  Presented at Am. Indust. Hygiene conf and Exposition, Atlanta. May 2004.

*Church, J.B., P.A. Bishop, J.F. Smith, M.T. Richardson, S.T. Secor. Recovery Following Resistance Exercise in Men and Women. NSCA National Convention, Minneapolis, MN, 2004.

*Whitehorn EJS, PA Bishop, JF Smith, MT Richardson, and JB Gray.  The effect of a protein/carbohydrate beverage on variable intensity cycling. Presented at SEACSM, Atlanta. Jan 2004.

*Lyons S, M Richardson, P A Bishop, J. Smith, H Heath, and J Giesen.  Excess post exercise oxygen consumption in untrained males:  the effects of intermittent durations of exercise in arm egometry.   Presented at SEACSM, Atlanta. Jan 2004.

Bishop


*Jones EJ, P Bishop, J Smith, M Richardson, M Iosia.  Test-retest reliability of a recovery measure following acute bouts of resistance training in trained college-aged.  Presented at SEACSM, Atlanta. Jan 2004.

 *Nawwas A, A Albeiro, and PA Bishop.  Impact of warm-up on a 50-yard swim.  Presented at SEACSM, Atlanta. Jan 2004.

*Wyers LC, AM Bosak, J Smith, M Richardson, PA Bishop.  Use of a 38.6 kg reps-to-fatigue test to predict 1RM bench press in trained females.  Presented at SEACSM, Atlanta. Jan 2004.

*Bosak, AM, J Smith, PA Bishop, M Richardson.  Accuracy of palpated heart rate measurement during heart rate recovery period following a submaximal three minute step test. Department of Kinesiology, University of Alabama, Tuscaloosa, AL.  Presented at SEACSM, Atlanta. Jan 2004.

*Peveler and P Bishop Effects of training in aero position on metabolic economy.  Department of Kinesiology, University of Alabama, Tuscaloosa, AL.  Presented at SEACSM, Atlanta. Jan 2004.175

*Kozusko JM, B Sirikul, AP Jung, PA Bishop. Voluntary hydration of a novel fluid-replacement beverage.  Presented at SEACSM, Atlanta. Jan 2004.

*Iosia M, and P Bishop.  Comparison of freshmen and senior NCAA Division IA football player's basic nutritional knowledge, and primary sources of nutritional information. Presented at SEACSM, Atlanta. Jan 2004.

*Jung AP, PA Bishop, RB Dale. Technique to induce exercise-associated muscle cramps in the triceps surae.  Presented at SEACSM, Atlanta. Jan 2004.

**2003**

Brühwiler P A, C Ducas, R Huber, P A Bishop.  Angle dependence of bicycle helmet ventilation and comfort. 5th International Meeting on Thermal Manikins and Modeling, Strasbourg, France, Sept. 2003.

Cureton KJ, P Bishop.  Getting Published: The Manuscript Review Process and the Nasty Referee.  Presented at SEACSM, Atlanta. Jan 2003.

Bishop P.   Teaching and Evaluating in Exercise Science Classes.  Presented at SEACSM, Atlanta. Jan 2003.

*Bosak AM, J Smith, P Bishop, and M Richardson.  Effects of 2 minutes active recovery on a "booster" VO2max test during arm ergometry.  Presented at SEACSM, Atlanta. Jan 2003, Proceedings of the SEACSM 2003.

*Church JB, and PA Bishop, A comparison of the effects of different warm-up protocols on muscular power.   Presented at SEACSM, Atlanta. Jan 2003. Proceedings of the SEACSM 2003.

*Jung AP, JM Kozusko, RB Dale, and PA Bishop.  Ambient temperature beverage preference in heat-stress.   Presented at SEACSM, Atlanta. Jan 2003.  Proceedings of the SEACSM 2003.

Bishop, JB Church*, A Jung*. Physiological Responses to Four Particle-Barrier Suits. Presented to the Am Indust Hyg. Assn Conference and Exhibition, Dallas, TX, May 2003.

Bishop, JB Church*, A Jung*.  Another approach to Clothing Adjustment Factors for Protective Clothing.  Presented to the European Society of Protective Clothing, Montreux, Switzerland, 21-24 May 2003.

Bishop, A Jung*, JB Church*.  Micro-Environmental Responses to Five Protective Suits in Two Environments.  Presented to the European Society of Protective Clothing, Montreux, Switzerland, 21-24 May 2003.

Roy, JLP, TE Blaudeau, PA Bishop, MT Richardson, JF Smith, J Giesen, and O Kendrick.  The impact of activity on length of gestation and infant birth weight during pregnancy.   Presented at SEACSM, Atlanta. Jan 2003.

*Dale RB, Bishop PA, Richardson MR, Smith JF, Lomax R, Wright KE, Sirikul B.The effect of oral acetic acid solution administration upon ad libitum water ingestion.  Platform presentation at 14th International Congress of the World Confederation for Physical Therapy.  June, 2003.

*Dale RB, Sirikul B, & Bishop PA. Bilateral indices of knee flexors and extensors during maximal and submaximal force production. Platform presentation at 14th International Congress of the World Confederation for Physical Therapy.  June, 2003.

*Dale RB, Bishop PA, Richardson MR, Smith JF, Lomax R, Wright KE, Sirikul B*. Intermittent extrinsic cooling during exercise in the heat decreases internal body temperature. Platform presentation at 14th International Congress of the World Confederation for Physical Therapy.  June, 2003.

Ray, PS, A Aggarwal*, GP Moynihan, P Bishop.  A decision-support system for bid evaluation in project management. HS Kluth and H Bubb Eds.  Presented at the international meeting: Quality of work and products enterprises of the future, Munich, Germany, May 8, 2003.

**2002**

Bishop, PA, and W Weems.  Technical Rescue from the Perspective of a Deer Hunter's Tree Stand.  Presented at the International Technical Rescue Symposium, Golden, CO  Nov. 2002.  Selected as the outstanding paper of the Conference ($200 prize).

*Dale RB, Bishop PA, Smith JF, Richardson M, Lomax R, Leaver-Dunn D, Wright KE.  Intermittent cooling during exercise in the heat with an American football  uniform. Presented at the national meeting of the Nat'l Ath Train Assn, Dallas, TX.  June 16, 2002, J Athl Training 2002;37:S-33

*Dale RB, Bishop PA, Smith JF, Richardson M, Lomax R, Leaver-Dunn D, Wright KE. The effects of extrinsic cooling during intermittent exercise in the heat with American football gear.  Presented at the national meeting of the Am College Sport Med, St. Louis, MO.  May 31, 2002.  Medicine and Sci. Sports Exerc.  34 (5), May suppl. 2002, p S220.

*Kozusko, JM, AP Jung*, B Sirikul* and P Bishop.  Physiological responses in protective clothing to two hot environments at equivalent WBGT Levels.  Presented at the national meeting of the Am College Sport Med, St. Louis, MO.  May 31, 2002.  Medicine and Sci. Sports Exerc.  34 (5), May suppl. 2002, p S225.

*Dale RB, Bishop PA, Smith JF, Richardson M, Lomax R, Leaver-Dunn D, Wright KE.  Post-exercise ad libitum water ingestion following oral acetic acid solution administration.  Presented at the South East Ath Train Assn, Atlanta, Ga.  March 16, 2002.  Oral. Proceedings from the 17th annual SEATA meeting, Atlanta Ga. March 24, 2002.

*Dale RB, Bishop PA, Smith JF, Richardson M, Lomax R, Leaver-Dunn D, Wright KE.  Ad libitum ingestion of water following prescribed volume of acetic acid (pickle juice) solution in a post-exercise period.  Presented at the South East Am College Sport Med, Atlanta Ga.

February 1, 2002.  Poster, <u>Proceedings from the 30<sup>h</sup> annual SEACSM meeting</u>, Atlanta Ga. February 1, 2002:P30.

*Dale RB.  Intermittent cooling during exercise in the heat with an American football uniform.  The University of Alabama Graduate Student Research Symposium. March 13-14, 2002.  Oral.

*McLester, JR, PA Bishop, J Smith, L Wyers*, M Nevett. Recovery from resistance exercise in middle-aged males.  Presented to Southeastern meeting of the ACSM Atlanta, GA, Jan.**150**

**2001**

Bishop, PA. Teaching Exercise Science:  Improving by Reflecting.  Presented to Southeastern meeting of the ACSM, Columbia, SC, Jan.

*Kozusko JM, KD Nicolaou PA Bishop. The Effects of wetsuits on swim performance intercollegiate female swimmers. Presented to Southeastern meeting of the ACSM, Columbia, SC, Jan.

*McLester, JR, Jr., PA Bishop. Recovery following three sets to failure of 8 resistance exercises. Presented to Southeastern meeting of the ACSM, Columbia, SC, Jan.

*Sirikul, B, B Dale, J Kozusko, PA Bishop. Degree of Bilateral deficit during dynamic knee extension and flexion in trained college age males and females.  Presented to Southeastern meeting of the ACSM, Columbia, SC, Jan,.

*Kozusko JM, KD Nicolaou PA Bishop. Role of sodium content on taste preference and volume of fluid ingested while working in the heat. .  Presented to National meeting of the ACSM, Baltimore, MD, May.  Abstract published <u>MSSE</u>  33(5): S257,  May, suppl.

*Sirikul, B, K Nicolaou, J Kozusko, PA Bishop.  RPE differences between a laboratory and competitive setting.  Presented to National meeting of the ACSM, Baltimore, MD, May.  Abstract published <u>MSSE</u>  33(5): S159, May, suppl.

* McLester J.R., P. Bishop, J. Smith, B. Dale, and J. Kozusko.  Effect of Training Volume on Recovery from Resistance Exercise. J. Sport Sci.  Presented to National meeting of the ACSM, Baltimore, MD, May.  Abstract published <u>MSSE</u>  33(5): S324, May, suppl.

*Dale RB, Sirikul B, & Bishop PA.  Bilateral indices of knee extensors and flexors in males and females at 1 and 10 RM.  Presented to the NATA June, 2001, Los Angeles, CA and SEATA, Abstract published <u>J Athl. Training</u> 2001;36:S-86.

**2000**

Bishop, PA and  J Kozusko<sup>*</sup>.  Using Research to Train Athletes.  Presented at the VII<sup>th</sup> International Symposium in the Science of Sport and Health, San Jose, Costa Rica, October.

Greenisen, MC, Bishop PA, Sothmann MS. The Interaction  of the Space Shuttle Launch and Entry Suits  and Sustained Weightless on Astronaut Egress Locomotion.  Presented at the Russian National Conference, "Living Beings and Their Environment: Life Support and Protection Under Extreme Conditions", September 26-29, Russian Academy of Science, Moscow, Russia.150

*Green JM, Bishop PA, Smith JF, JR McLester* Jr, Lomax RG.  Effects of age on sweat lactate in males. Presented to Southeastern meeting of the ACSM, Charlottesville, NC.

Green JM, Bishop PA, IH Muir*, JR McLester* Jr.  Blood lactate is not cleared through sweat

during cycling in the heat. Presented at National ACSM, Indianapolis, IN, Je, <u>Med Sci Sports Exerc. 32(5): S116.</u>

*IH Muir, PA Bishop, JM Green*, B Sirikul*, J McLester*.  Methods of cooling subjects with high exertional heat storage. Presented at National ACSM, Indianapolis, IN, Je, <u>Med Sci Sports Exerc. 32(5): S86.</u>

*Kozusko, JM, IH Muir*, PA Bishop.  Micro-environment changes inside impermeable protective clothing during a continuous work exposure. Presented at National ACSM, Indianapolis, IN, Je, <u>Med Sci Sports Exerc. 32(5): S195.</u>

Clapp, AJ, PA Bishop JL Walker, IH Muir.  Comparisons of various rapid cooling techniques in joggers experiencing symptoms of heat strain.  Presented at national ACSM, Indianapolis, IN, Je, <u>Med Sci Sports Exerc. 32(5): S85.</u>

*LLoyd, LK, JL Walker, PA Bishop and MT Richardson.  Comparison of scaling techniques for expressing oxygen uptake (VO2) relative to Body size in youth. Presented at national ACSM, Indianapolis, IN, Je, <u>Med Sci Sports Exerc. 32(5): S95.</u>

*Holmes, HH, JM Green, PA Bishop, JR McLester. Influence of magnetic insoles on subjective ratings of muscle soreness.  Presented to Southeastern meeting of the ACSM, Charlottesville, NC, Jan.

Sirikul, B, P Bishop, J Lasuzzo, I Muir.  Role of sodium content on taste preference and volume of fluid ingested while working in the heat.  Presented to Southeastern meeting of the ACSM, Charlottesville, NC, Jan.

*Kozusko, JM, IH Muir, P Bishop.  Micro-environment inside impermeable protective clothing during a continuous work exposure. Presented to Southeastern meeting of the ACSM, Charlottesville, NC, Jan. Presented at national ACSM, Indianapolis, IN, Je.

IH Muir, PA Bishop, JM Green, B Sirikul, J McLester Jr.  Methods of Cooling Subjects with High Exertional Heat Storage.  Presented at national ACSM, Indianapolis, IN, Je, <u>Med Sci Sports Exerc. 32(5): S116.</u>

*Clapp, LK, JL Walker, PA Bishop and MT Richardson.  The Influence of body size and composition on the successful completion of the FITNESSGRAM pull-up Test in Fifth- and Sixth- Grade Children. Presented at national AAHPERD, Orlando, FL, April.  Published in <u>RQES</u> March 200 supple. P. A-54.

Walker JL, LK* Clapp, PA Bishop and MT Richardson.  The Adjustment of FITNESSGRAM Test Scores of Skinfold Thickness in Youth. Presented at national AAHPERD, Orlando, FL, April.  Published in <u>Rsch. Quart. Exerc. Sport</u> March 200 suppl. P. A-52.

Kozusko, JM, IH Muir, PA Bishop, PS Ray. Employee-Based Ergonomic Innovations – A Pilot Study.  Presented at National American Industrial Hygiene Convention and Exposition, Orlando, FL, May.

Parker, M., R Allman, R Bellis, P Bishop, P Thompson, S Flynn, and J Kosberg.  Summer camps for seniors:  A multidisciplinary model incorporating spirituality into a successful aging intervention.  Richmond, VA: Southern Gerontological Society.

Bishop, PA.  Evidence of God in Human Physiology.  Presented at the 2000 meeting of the God and the Academy an International Conference, Atlanta, GA, June.125

**1999**

Bishop P, Clapp AJ, Muir I, Sirikul B.  Practical approaches to keeping athletes and workers well

Bishop

hydrated. Presented at the VI[th] International Symposium in the Science of Sport and Health, San Jose, Costa Rica, October.

Cameron KL, Koesterer AL, Yunker CA, Bishop PA.  Relative risk of injury associated with participation in intramural sports at the United States Military Academy.  Presented at the 1999 National Athletic Trainers' Association Annual Meeting and Clinical Symposium, Kansas City MO, June.

Bishop, P, L Fielitz, T Crowder, C Anderson J Smith and K Derrick.  Physiological Determinants of Performance on a military obstacle course.  Presented to the National Meeting of the American Alliance for Health, Physical Education, Recreation and Dance, Boston, MA, 21-24 April. Abstract in RQES 70(1): A-60.

Fielitz, L, P Bishop, T Crowder, K Derrick, C Anderson, and J Smith. Body size as a discriminator of performance for a weight-supported motor fitness test.  Presented to the National Meeting of the American Alliance for Health, Physical Education, Recreation and Dance, Boston, MA, 21 April (21-24 April. Abstract in RQES 70(1): A-24.

Clapp, P Bishop J Smith and E Mansfield. Effects of Carbohydrate-electrolyte content on voluntary hydration in industrial environment.  Presented to the annual meeting of the American College of Sports Medicine, Seattle WA, June 1999, (Abstract) Med. Sci. Sports Exerc. 31(5) Suppl., p S324.

Bishop, P & A Clapp. Palatability.  Presentation to the annual meeting of the American College of Sports Medicine, Seattle WA, June 1999, (Abstract) Med. Sci. Sports Exer. 31(5) Suppl., p S324.

Turner N, P Bishop, D Beeckman, E Sinkule, SMC Lee and M Greenisen.  Automated breathing and metabolic simulator (ABMS) testing of launch and entry suit helmet.  Presentation to the annual meeting of the American College of Sports Medicine, Seattle WA, June 1999, (Abstract) Med. Sci. Sports Exer. 31(5) Suppl., p S376.

McLester, et al P Bishop. Strength training. Presentation to the annual meeting of the American College of Sports Medicine, Seattle WA, June 1999, (Abstract) Med. Sci. Sports Exer. 31(5) Suppl., p S117.

Bishop, P and A Clapp.  Winning non-competitive Research Grants.
Presented at Southeastern ACSM Feb. 99.

Lloyd, LK, JL Walker, PA Bishop, MT Richardson.  The Relationship
Between Laboratory Isometric Tests of Upper-Body Muscular Strength (UBMS) and Measures of Body Size and Body Composition.  The 76th Annual Texas Association of Health, Physical Education, Recreation, and Dance Convention, Austin, Texas.  December 1 - 4, 1999.

## 1998

Bishop, PA, SMC Lee, L Clapp*, N Conza*, and M Greenisen. $CO_2$ Accumulation, Performance, and Metabolic Cost in the NASA Launch and Entry Suit. Presented to the 8th meeting of the International Conference on Environmental Ergonomics, San Diego, CA, Oct. 1998.

Bishop, PA, SMC Lee, L Clapp*, and M Greenisen. Simulated Shuttle Egress In the NASA Launch and Entry Suit and the Advanced Crew Escape Suit. Presented to the 8th meeting of

the International Conference on Environmental Ergonomics, San Diego, CA, Oct. 1998.

Clapp, AJ, Bishop, PA, JF Smith, IH Muir, and Mansfield ER. Water versus an electrolyte-Carbohydrate replacement in the Industrial environment. Presented to the 8th meeting of the International Conference on Environmental Ergonomics, San Diego, CA, Oct. 1998.

*Green, M, AJ Clapp, DL Gu, and PA Bishop. "The validity of the Questemp II Personal Heat Strain Monitor". Presented at the annual meeting of the American Industrial Hygiene Conference and Exposition, Atlanta, GA.

Bishop, P. The Microenvironment of Chemical protective clothing. Presented at the annual meeting of the American Industrial Hygiene Conference and Exposition, Atlanta, GA.

Bishop, PA. Use of a commercial undergarment. Presented at the annual meeting of the American Industrial Hygiene Conference and Exposition, Atlanta, GA.

*Muir, I, P Bishop. Cooling Methods. Presented to the annual meeting of the ACSM Orlando, FL. MSSE, 30(5), Supplement, S313.

Reneau, P, Bishop, P, Ashley, C. Adjustments for protective clothing at two macro-environments. Presented to the National Meeting of the American College of Sports Medicine, Orlando, FL. MSSE, 30(5), Supplement, S313.

Ashley, C.A., Reneau, P.D., Roy*, J.P., & Bishop, P.A. Impact of time of day on hot weather responses to running. Presentation at the Southeastern meeting of the American College of Sports medicine. (Abstract) SEACSM Abstracts, January 29-31, 1998, Destin, FL.

Cameron KL, Yunker CA, Koesterer AL, Bishop P. Relative risk of injury associated with participation in intramural sports at the United States Military Academy. Presented at the Eastern Athletic Trainers' Association Annual Meeting, Buffalo, NY, January 10-13 1998.

*Kusano, M A, P M Vanderburgh, P Bishop. Impact of body size on women's military obstacle course performance. Presented at the 35th Rocky Mountain Bioengineering Symposium, Copper Mountain, CO.

**1997**

Bishop, PA. Heat Stress in Industry. Presented at the Lucien Brouha Ergonomics Conference, Morgantown, WV, Sept.

Bishop, PA. Man in Space- Working and Living in the International Space Station. Invited presentation to Auburn University at Montgomery, 20 Feb. 1997.

Bishop, PA. Participant in advisory panel on Protective Barrier Clothing. Napa Valley CA. Kimberly Clark Corp. 23-26 April.

*McLester, J and Bishop, PA. Development of handgrip/forearm endurance measurement protocols. Presented to the national meeting of the American College of Sports Medicine, Denver, CO Medicine and Science in Sports and Exercise 29(5) Suppl., p S103.**100**

*Phillips, J, Smith J, *O'Brien, L, Collins, M and P Bishop. Personnel qualifications and programming in fitness/wellness centers. Presented at the annual meeting of the Southeast Chapter meeting of the American College of Sports Medicine, Atlanta, GA, January.

*Muir, I and Bishop, PA. Tests of a novel method for cooling in PC. Presented at the annual meeting of the Southeast Chapter meeting of the American College of Sports Medicine, Atlanta, GA, January.

*Clapp, T and P Bishop. Ultrasonography for detection of damage in delayed onset muscle soreness. Presented at the annual meeting of the Southeast Chapter meeting of the American

College of Sports Medicine, Atlanta, GA, January, <u>Medicine and Science in Sports and Exercise</u> 29(5) Suppl., p S52.

*Clapp, T and P Bishop. Fluids for industrial workers wearing PC. Presented at presentation at the annual meeting of the American Industrial Hygiene Conference and Exposition, Dallas, TX, May.

*Ashley, C, P Bishop, J Smith, P Reneau, and *P Emplaincourt. Resting estradiol levels and fat metabolism during prolonged exercise. Presented at the annual meeting of the Southeast Chapter meeting of the American College of Sports Medicine, Atlanta, GA, January.

**1996**

Bishop, PA. Role of exercise in Space Station Construction and maintenance. Presented at the annual meeting of the Southeast Chapter meeting of the American College of Sports Medicine, Chattanooga, TN, January.

Bishop, PA, and P Reneau. Physiological responses to two particle-barrier protective coveralls. Presented to the annual meeting of the American Industrial Hygiene Conference and Exposition, Washington, DC, May.

Ray, PS and P Bishop. How to ensure a safe work place? Presented at the third International Conference on Injury Prevention and Control, Melbourne, Australia, Feb.

*Phillips, JL, JF Smith, PA Bishop, CJ Hallinan, and MQ Wang. Prediction of maximal VO2 from a sub-maximal Stairmaster test. Presented at the annual meeting of the Southeast Chapter meeting of the American College of Sports Medicine, Chattanooga, TN, January.

*Ashley, CA and P. Bishop. Menstrual cycle and metabolism. Presented at the annual meeting of the Southeast Chapter meeting of the American College of Sports Medicine, Chattanooga, TN, January. 100

*Reneau, P and P Bishop. Evaluation of rectal temperature with a personal heat stress monitor. Presented at the annual meeting of the Southeast Chapter meeting of the American College of Sports Medicine, Chattanooga, TN, January.

*Clapp, AJ and P Bishop. Effects of Breathe Right external nose dilator during light to moderate exercise. Presented at the annual meeting of the Southeast Chapter meeting of the American College of Sports Medicine, Chattanooga, TN, January.

*Reneau, P and P Bishop. Sensitivity and specificity of the HS-3800 personal heat stress monitor. Presented to the annual meeting of the American College of Sports Medicine, Cincinnati, OH, May /June(Abstract) <u>Medicine and Science in Sports and Exercise</u> 28(5) Suppl.

Bishop, P, *P Reneau, P Ray, and M Wang. Empirical prediction of physiological response to prolonged work in encapsulating protective clothing. Presented to 7th International Conference on Environmental Ergonomics, Oct., 1996, Jerusalem, Israel.

Bishop, P, *P Reneau, P Ray, and M Wang. Ethnicity and physiological response to prolonged work in encapsulating protective clothing. Presented to the 7th International Conference on Environmental Ergonomics, Oct., 1996, Jerusalem, Israel.

Bishop, P, *P Reneau, J Smith, and M Wang. Peri-natal environment and physiological response to work in encapsulating protective clothing in mild and hot temperatures. Presented to the 7th International Conference on Environmental Ergonomics, Oct., 1996, Jerusalem, Israel.

## 1995

*Martino, M, Bishop, P, and K Myers.  Effects of 21 days training at altitude on aerobic
    performance in competitive swimmers.  Presented at the annual meeting of the American
    College of Sports Medicine, Minneapolis, MN, June(Abstract) Medicine and Science in
    Sports and Exercise 27(5) Suppl.

*Reneau, P, *M Martino, and P Bishop.  Strength shoe on vertical jump.  Presented at the
    American College of Sports Medicine, Minneapolis, MN, June(Abstract) Medicine and
    Science in Sports and Exercise 27(5) Suppl.

*Beaird, J, T Bauman, J Leeper, and P. Bishop.  Muscular build as a heat tolerance predictor for
    workers wearing chemical protective clothing.  Presented at the annual meeting of the
    American College of Sports Medicine, Minneapolis, MN, June (Abstract) Medicine and
    Science in Sports and Exercise 27(5) Suppl.

*Reneau, P, P Bishop and *C Ashley.  A comparison of the physiological responses of two vapor
    barrier clothing ensembles to different WBGT's.  Presented at the Annual meeting of the
    American Industrial Hygiene Association, Kansas City, MO, May 22.

 Collins, MA, *SO Butler, *S Boyd, P Bishop, and HP Duval. Programmatic and personnel
    changes in fitness and wellness programs across the past decade.  Presented at the annual
    meeting of the Southeast Chapter meeting of the American College of Sports Medicine,
    Lexington, KY, January.

*Martino, M, K Myers, P Bishop. Resting lactate and heart rate change in age group swimmers
    training at 2800 m.   Presented at the annual meeting of the Southeast Chapter meeting of the
    American College of Sports Medicine, Lexington, KY, January

Bishop, P and *M Martino. Physiological and performance changes in 20 sprint swimmers
    training for 20 days at 2800 m.  Presented to Frontiers of Cardiology, Winter Park, CO, Jan.

*Farley, R, P Bishop and P Ray.   Comparisons of alternative means of expired gas collection.
    Presented at the annual meeting of the American College of Sports Medicine, Minneapolis,
    MN, June (Abstract) Med. Sci. Sports Exerc. 27(5) Suppl.

Ray, P and P Bishop.  Why safety in the work-place is still an illusion.  Presented at the annual
    meeting of International Industrial Engineering, Nashville, TN.

## 1994

Bishop P.  A new look at protecting workers in Chemical Protective Clothing.  Invited
    presentation at the Alabama Governor's Safety & Health Conference, Orange Beach, AL,
    Aug.

*Reneau, P and P Bishop.  WBGT adjustment for Chemical Protective Clothing.  Presented at
    the Annual meeting of the American Industrial Hygiene Association, Anaheim, CA, May.

*Zeanah, M, J Smith and P Bishop.  Vertical forces of bench stepping.  Presented at the
    American College of Sports Medicine, Indianapolis, IN, June (Abstract) Med. Sci. Sports
    Exerc. 26(5) Suppl.

Bishop, P and JW Yates (U. of Louisville).  Looking for Jobs and Funding?  Look at Industrial
    Applications of Exercise Physiology.  Presented at the annual meeting of the Southeast
    Chapter meeting of the American College of Sports Medicine, Greensboro, NC, January.

*Ashley, C, *S Nicholson, P Bishop and J Smith.  Trunk musculature strength and chronic low
    back pain.  Presented at the annual meeting of the Southeast Chapter of the American

Bishop

College of Sports Medicine, Greensboro, NC, January.

*Bronstein, M, J Smith and P Bishop.  Effects of step distance and bench height on intensity of bench step exercise.  Presented to annual meeting of the Southeast Chapter of the American College of Sports Medicine, Greensboro, NC, January.

*Reneau, P, *K Thayer, J Smith, and P Bishop.  Gender differences in response to supine cycling.  Presented at the annual meeting of the Southeast Chapter of the American College of Sports Medicine, Greensboro, NC, January.

Smith, J, *W Anderson, and P Bishop.  Electrically braked ergometers may have substantial errors.  Presented at annual meeting of the Southeast Chapter of the American College of Sports Medicine, Greensboro, NC, January.

*Ray, P, and P Bishop.  Safety evaluation of the caution & warning, logistics, and maintenance systems of the space station Freedom.  Presented at the International meeting of the Industrial Ergonomics and Safety meeting, San Antonio, TX June.

*Beaird, J, T Bauman, J Leeper, and P Bishop.  Prediction of heat tolerance from body build.  Presented at the annual meeting of the Southeast Chapter of the American College of Sports Medicine, Greensboro, NC, January.

*Reneau, P and P Bishop.  Effects of Exercise Intensity on lactate Peak.  Presented at the annual meeting of the American College of Sports Medicine, Indianapolis, IN, June(Abstract) Medicine and Science in Sports and Exercise 26(5) Suppl.

*Farley, R, P Bishop and P Ray.   Measurement of oxygen consumption with a half-face mask.  Presented at the annual meeting of the Human Factors and Ergonomics Society, Nashville, TN, Oct.

## 1993

Bishop, PA and P Reneau. Influence of the gravity vector on exercise responses.  Presented to the Frontiers of Cardiology meeting, Winter Park, CO, Jan.

Bishop, P, Ray, J Smith, S Constable and S Bomalaski.  Ergonomics of Work in Encapsulating Protective Clothing- An Analysis of Nine Studies with Similar Subjects and Clothing.  Presented at the International meeting of the Industrial Ergonomics and Safety meeting, Copenhagen, June.

Bishop, P.  Role of exercise science in manned space exploration.  Presented at the Southeast Chapter meeting of the American College of Sports Medicine, Norfolk, VA, January.

*Reneau, P, P Bishop, J Smith.  Time course of rectal temperature responses to work in encapsulating protective clothing- a pilot study.  Presented at the Southeast Chapter meeting of the American College of Sports Medicine, Norfolk, VA, January, (Abstract) The International J of Sports Medicine  14 (2), 106.

*Ashley, C, P Bishop, *P Ochoa, *M Ritta.  The influence of Caffeine on exercising heart rate.  Presented at the Southeast Chapter meeting of the American College of Sports Medicine, Norfolk, VA, January.

*Murphy, M, P Bishop, J Smith and R Godsen.  Peak lactate determination and lactate differences between whole, lysed, venous, and arterial blood following maximal exercise.  Presented at the Southeast Chapter meeting of the American College of Sports Medicine, Norfolk, VA, January.

*Martino, M, JF Smith, PA Bishop, *T Buhre, *P Reneau and *R Farley.  Relationship between lactate and upper-body Wingate performance in intercollegiate swimmers.  Presented at the Southeast Chapter meeting of the American College of Sports Medicine, Norfolk, VA, January.

*P Reneau, P Bishop J Smith and *B Matrazzo.  Metabolic and plasma volume response to supine vs. upright arm cycling exercise.  Presented at the annual meeting of the American College of Sports Medicine, Seattle, WA, May (Abstract) Medicine and Science in Sports and Exercise 25(5) Suppl.

*G Smith, P Bishop, R Ray, *J Beaird and J Smith.  Physiological factors associated with work termination in protective clothing users.  Presented at the annual meeting of the American College of Sports Medicine, Seattle, WA, May (Abstract) Medicine and Science in Sports and Exercise 25(5) Suppl. S121.

Kirkpatrick, J, RC Westerfield, JF Smith, PA Bishop, S Nagy, B Chissom.  A comparison of the peak torque curves of the knee extensor and flexors of college females involved in two strength-training programs.  Presented at the Alabama meeting of the American Alliance for Health, Physical Education and Dance, Birmingham, AL, (Abstract) ASAAHPERD Journal, 16(1), 39.

### 1992

Bishop, PA, S Lee, M Greenisen.  Light Weight portable device for measuring Oxygen Uptake in Space Flight.  Presented at the American Physiological Society Integrative Biology meeting, Colorado Springs, CO, September, (Abstract) The Physiologist, 35(4):184.

Bishop, PA.  The cardiovascular problems of chemical defense.  Presented at the Frontiers of Cardiology annual meeting, Winter Park, CO, January.

Bishop, P, *G Smith, P Ray, *J Beaird, and J Smith.  Empirical prediction of physiological response to prolonged work in the chemical defense ensemble.  Presented at the national meeting of the Aerospace Medical Association, Miami, FL, May, (Abstract) Aviation Space and Environmental Medicine, 63(5):395.50

*Kime, J, P Bishop and *P Schuler.  Lactic Acid Kinetics of the erythrocyte membrane in vitro.  Presented at the national meeting of the American College of Sports Medicine, Dallas, TX, May, (Abstract) Medicine and Science in Sports and Exercise 24(5) Suppl: S69.

Smith, J, *M Bronstein, *T Buhre, *J Beaird and P Bishop.  A comparison of peak VO2 assessment in Stairmaster, treadmill and step exercise.  Presented at the national meeting of the American College of Sports Medicine, Dallas, TX, May, (Abstract) Medicine and Science in Sports and Exercise 24(5) Suppl: S97.

*Beaird, J, P Bishop, *G Smith, J Smith.  Heart rate as  a predictor of work duration in protective clothing.  Presented at the national meeting of the American College of Sports Medicine, Dallas, TX, May, (Abstract) Medicine and Science in Sports and Exercise, 24(5) Suppl: S152.

### 1991

Ray, P and P Bishop. Effects of fatigue and heat stress on vigilance of workers in protective clothing.  Presented at the National meeting of the Human Factors Society, San Francisco, Oct.

*Solomon, J, PA Bishop, SH Bomalaski *J Beaird, *J Kime.  Responses to repeated days of light work at moderate temperatures in Protective clothing.  Presented at the national meeting of Aerospace Medical Association, Cincinnati, May.  (Abstract)  Aviation, Space and Environmental Medicine, 62(5):472.

Bishop, PA and LP Krock.  Energy costs of moderate work activities in protective clothing.  Presented at the national meeting of the International Ergonomics meeting, Lake Tahoe, June.

Bishop, PA.  Problems in using bioelectrical characteristics in physiological measurement.  Presented at the Southeast Chapter meeting of the American College of Sports Medicine, Columbia, SC, February.

Smith, JF, *D Bucholtz, WJ Chodzko-Zajko, PA Bishop.  Validity of the Caltrac for use in monitoring upper and lower extremity movement.  Presented at the national meeting of the American Alliance for Health, Physical Education and Dance, San Francisco, April.  (Abstract) Abstracts of Research Papers 1991 AAHPERD Convention, 55.

Bishop, PA.  Heart rate responses to hunting activities in western Montana.  Presented at Frontiers of Cardiology Annual meeting, Winter Park, CO, January.

**1990**

Bishop, PA.  Measurement of cardiac output by impedance:  Fact or artifact?  Presented at Frontiers of Cardiology Annual meeting, Winter Park, CO, January.

Bishop, PA.  A new approach to predicting response to work in thermally-challenging environments.  Presented at the national meeting of the International Ergonomics meeting, Montreal, Canada, June.

Bishop, PA, J Smith, and M Conerly.  Influence of strength assessment techniques on research conclusions.  Presented at the national meeting of the International Ergonomics meeting, Montreal, Canada, June.

Bishop, PA.  Tests of empirically developed prediction equations for work and rest times of personnel wearing protective clothing.  Presented at the national meeting of Aerospace Medical Association, New Orleans, May.  (Abstract)  Aviation, Space and Environmental Medicine, 119.

Smith, JF, *J Scurlock and P Bishop.  Upper body Wingate Test performance is sprint and distance swimmers.  Presented at the Southeast Chapter meeting of the American College of Sports Medicine, Columbia, SC, February.

*Zeanah, MA, and P Bishop.  Evaluation of skinfolds for nutritional management during pregnancy.  Presented at the National meeting of the American Alliance for Health, Physical Education and Dance, New Orleans, LA, April (Abstract)  Abstracts of Research Papers 1990 AAHPERD Convention.

Bishop, P, J Smith, *M Murphy and *J Kime. Evaluation of Lactic acid measurement techniques.  Presented at National meeting of the American College of Sports Medicine, Salt Lake City, UT, May.  (Abstract)  Medicine and Science in Sports and Exercise, 22:S68.

Smith, JF, *M Bronstein and P Bishop.  Effects of the addition of arm movements with and without hand-held weights to rebounding exercise.  Presented at National meeting of the American Alliance for Health, Physical Education and Dance, New Orleans, LA, April.

(Abstract)  Abstracts of Research Papers 1990 AAHPERD Convention.

**1989**

Bishop, PA, *MC Robinson, RE Pieroni, JF Smith, and SH Constable.  Laboratory evaluation of MOPP guidance for heavy work at 21ºC.  Presented at the National Meeting of the Aerospace Medical Association, Washington, DC, May.  (Abstract)  Aerospace Medical Association Scientific Program, 60th mtg, A39.

Godsen, R, T Langley, S Sanders, P Bishop, J Smith, and J Mayo.  Prediction of plasma lactate values from whole blood samples.  Presented at National meeting of the American Alliance for Health, Physical Education and Dance, Boston, MA, April. (Abstract).  Abstracts of Research Papers 1989 AAHPERD Convention, 39.

Bishop, P, J Smith and J Graves.  Hand and wrist weights--Exercise use and research design.  Presented at the Southeast Chapter meeting of the American College of Sports Medicine, Atlanta, GA, January.

Bishop, P.  Key considerations in the design and evaluation of research concerning sex differences.  Presented at the International Ergonomics and Safety Conference '89, Cincinnati, OH, June.

Bishop, P, R Pieroni, J Smith, and T Merritt.  Test-retest measurement reliability of human physiological responses to heavy work in protective clothing.  Presented at the International Ergonomics and Safety Conference '89, Cincinnati, OH, June.

Godsen, R, T Langley, S Sanders, P Bishop, J Smith, and J Mayo.  A comparison of venous and capillary blood sample values in a duplicate experiment.  Presented at annual meeting of the Southeast Chapter of the American College of Sports Medicine, Atlanta, GA, January.

*Pujol, TJ, PA Bishop, and LE Thomas.  Relationship of percent fat and performance measures in adult males.  Presented at the annual meeting of the Southeast Chapter of the American College of Sports Medicine, Atlanta, GA, January.

Bishop, P, J Smith and R Pieroni.  Prediction of work and rest times for personnel wearing protective clothing.  Presented at the national meeting of the American College of Sports Medicine, Baltimore, MD, May.  (Abstract) Medicine and Science for Sports and Exercise, 21(2):S74.25

Godsen, R, M Macaroni, P Bishop, J Smith, *M Murphy, and J Mayo.  The effects of storage upon lactate stability.  Presented at the National meeting of the American College of Sports Medicine, Baltimore, MD, May.  (Abstract) Medicine and Science in Sports and Exercise. 21(2):S22.

**1988**

Smith, JF, PA Bishop and *J Pujol.  Funding sources for sports medicine research.  Presented at the National Meeting of the American College of Sports Medicine, Dallas, TX, May.  (Abstract) Medicine Science Sports Exercise.  20(2) Suppl. S89.

Bishop, PA, S. Nunneley, J Garza and S Constable.  Comparisons of air vs. liquid micro-environmental cooling for persons performing work while wearing protective clothing.  Presented at the International Industrial Ergonomics and Safety Conference, New Orleans, LA, June.

*Robinson, MC, P Bishop and S Constable.  Influence of thermal stress and cooling on fine motor and decoding skills.  Presented at the annual meeting of the Southeast Chapter of the

American College of Sports Medicine, Winston-Salem, NC, January. (Abstract). International Journal of Sports Medicine, (9) April, p. 148.

Constable, SH, P Bishop, S Nunneley and J Garza. Heat storage with hard work while wearing the chemical defense ensemble. Presented at the national meeting of the Aerospace Medical Association, May. (Abstract). Aviation, Space and Environmental Medicine, 59(5):491.

*Bronstein, MD, P Bishop, *E May, M Conerly and J Smith. Energy cost of low-impact aerobic dance with and without hand-held weights. Presented at the national meeting of the American College of Sports Medicine, May, Dallas, TX, May. (Abstract). Medicine Science Sports Exercise, 10(2) Suppl., S89.

**1987**

Bishop, PA, S Frazier and J Smith. Training efficacy of "water running" in trained runners. Presented at the National meeting of the American College of Sports Medicine, Las Vegas, NV, May. (Abstract) Medicine and Science in Sports and Exercise, 19(2), Supplement: 549.

Bishop, PA and SH Constable. Increasing work capacity of personnel wearing protective clothing in high temperature environments. Presented at the annual meeting of the Southeast Chapter of the American College of Sports Medicine, Charleston, SC, January.

Smith, JF, PA Bishop and *EK May. Addition of hand-held weights to aerobic dance exercise does not alter aerobic fitness changes. Presented at the National meeting of the American College of Sports Medicine, Las Vegas, NV, May. (Abstract) Medicine and Science in Sports and Exercise, 19(2), Supplement: 589.

Constable, SH, PA Bishop, SA Nunneley and T Chen. Personal cooling during rest periods with the chemical defense ensemble. Presented at the National meeting of the Aerospace Medical Association, Las Vegas, NV, May. (Abstract) Aviation, Space and Environmental Medicine, 58(5):495.

**1986**

Bishop, PA, JF Smith, *L Everett, E Mansfield and M Conerly. Exercise intensity increased by addition of hand-held weights to rebounding exercise. Presented at National meeting of American College of Sports Medicine, Indianapolis, IN. (Abstract) Medicine and Science in Sports and Exercise, 18(2):528.

Bishop, PA, JF Smith and *B Young. Effects of N,N-dimethylglycine on physiological response and performance in trained runners. Presented at National meeting of American Alliance for Health, Physical Education, Recreation, and Dance, Cincinnati, OH. (Abstract) Abstracts of Research Papers 1986 AAHPERD Convention.

Smith, JF, P Bishop, E Mansfield and M Conerly. Validation of residual volume prediction. Presented at National meeting of American College of Sports Medicine, Indianapolis, IN. (Abstract) Medicine and Science in Sports and Exercise, 18(2):526.

Smith, J and P Bishop. Hydrostatic weighing at residual volume and total lung capacity. Presented at the annual meeting of the Southeast Chapter of the American College of Sports Medicine, Athens, GA. (Abstract) Conference Abstracts Southeast ACSM.

Bishop, PA and E Bundschuh. Funded Research--Fundamentals of Obtaining Grants. Symposium presented at the annual meeting of the Southeast Chapter of the American College of Sports Medicine, Athens, GA.

Conerly, M, J Smith, P Bishop and E Mansfield.  Assessing the adequacy of body composition prediction models.  Presented at the Biometrics Society meeting.  Atlanta, Georgia.

Smith, J, P Bishop and *M Bronstein.  Training by rebounding and pumping hand-held weights: a pilot study.  Presented at ASAHPERD meeting, Birmingham, Alabama.

**1985**

Bishop, PA, KJ Cureton and MA Collins.  Sex differences in limb muscle distribution.  Presented at National meeting of American Alliance for Health, Physical Education, Recreation, and Dance, Atlanta, GA.  (Abstract)  Abstracts of 1985 AAHPERD National Convention.

Smith, JF and PA Bishop.  Comparison of bioelectrical impedance technique with underwater weighing and skinfold methods for predicting percent body fat.  Presented at annual meeting of the Southeast Chapter of the American College of Sports Medicine, Boone, NC.  (Abstract)  Conference Abstracts Southeast ACSM.

**1984**

Bishop, PA and PB Sparling.  Methodological considerations in research investigating the biological basis of sex differences in physiological responses to exercise and physical performance.  Symposium presented at the annual meeting of the Southeast Chapter of the American College of Sports Medicine, Auburn, AL.

Bishop, PA et al.  Biological determinants of the sex difference in muscular strength.  Presented at the annual meeting of the Southeast Chapter of the American College of Sports Medicine, Auburn, AL.  (Abstract) Conference Abstracts Southeast ACSM.

Vickery, SR, PA Bishop, MA Collins and KJ Cureton.  Cross-validation of the Jackson-Pollock generalized equations for predicting body density on collegiate football players.  Presented at the annual meeting of the Southeast Chapter of the American College of Sports Medicine, Auburn, AL.  (Abstract) Conference Abstracts Southeast ACSM.

**1983**

Bishop, PA and M Collins.  Adult fitness and cardiac rehabilitation in Georgia--the state of the art.  Presented at the Georgia Association for Health, Physical Education, Recreation and Dance, Macon, GA.

**1982**

Bishop, PA et al.  Physical work capacity in men and women with hemoglobin concentration experimentally equated.  Presented at the annual meeting of the Southeast Chapter of the American College of Sports Medicine, Blacksburg, VA.  (Abstract) Conference Abstracts Southeast ACSM.

**CONSULTANCIES:**

**AL State Dept of Ed-** Physical Fitness Task Force, Feb 10- July 2010.

**US Navy-** Revision of the US Navy Fitness test, Dec '09, Jan, Feb 10.

**Expert Witness** cases: Gender Discrimination in Hiring in a Montgomery Fire Dept (AL), 1990; Gender Discrimination in Hiring in NIOSH (PA), (testimony given) 2004; Wrongful death in a tree stand accident (J Jackson, PA), 2005-2007;  Firefighter protective gear (OH) (testimony given) June – Feb 06; Wrongful injury in a tree stand accident (Goozee, et al., BHM, AL), July- Aug 2006; Wrongful injury in a tree stand accident (Wood case, Windom

Bishop

and Tobias, Mobile, AL), Oct- 2008; Wrongful injury in a tree stand accident (Elliot case, Windom and Tobias, Mobile, AL), March '08- Fall 2008; BATSCH VS. USL OUTDOOR PRODUCTS, Wrongful injury in a tree stand accident (Gilbreth, Chicago), Oct '09-8/29/11; Wrongful injury in a tree stand accident (Carney v Gander Mountain, Guelzow, Wisconsin), Jan '09- 12 ;  Bradberry harness death on 4-wheeler (Belt Law firm, BHM) 2012; Widger **v. B & B Wildlife Management**, NC, (Rabon Law, Charlotte) 2014;  Goins v Turner et al., Feb 2014- present (Fine–Hatfield Law);  Bradberry wrongful death (Belt Law); Vigneulle wrongful death (Balch & Backmann);  Materials failure (DOJ);

**Lion Apparel.** Designed and executed field study of firefighter turnouts and rehab techniques, Phoenix FD, Phoenix, AZ.  Jul 07.

**Fitts Industries, Tuscaloosa, AL-** unpaid consulting in Ergonomics.

Motiva LLC, Preventing suspension trauma, heat injury. Jul 07

**Shell Chemical, Motiva LLC,** Norco, LA, June 07.  Suspension trauma.

**NASA, Johnson Space Center** (1997)--$CO_2$ in LES project.

**NASA, Johnson Space Center** (1995)--Exercise Countermeasures Project, Discipline Working Group, Chair.

**NASA, Johnson Space Center** (1993)--Exercise Countermeasure Project, Discipline Working Group, member.

**NASA, Johnson Space Center** (1990)--Instrumentation Group  Chair, Extended Duration Orbiter Discipline Implementation Team, Exercise Countermeasures Group.

**NASA, Johnson Space Center** (1989, 1990)--Cardiovascular Laboratory, Exercise Physiology Laboratory

**NASA Johnson Space Center** (1990) S. Fortney-- RTOP, Sinusoidal LBNP

**U.S. Army Biomedical Research and Development Laboratory** (1989)

**U.S. Air Force School of Aerospace Medicine** (1986, 87, 89)

**AMI West Alabama General Hospital** (1988-1990).

Numerous private corporations.

West End Christian School--Accreditation Visit Team (1988)


**RESEARCH FOCUS:**

Primarily my research has been directed toward problems of environmental/clothing and work physiology and physiological measurement.  Over the last few years, we have begun a series of studies in the area of training recovery.  These three major lines of research have proven sufficiently narrow to allow me to publish and compete for grants, yet has been sufficiently diverse to allow me to fully incorporate graduate students in my work. I believe as graduate faculty that we  are obligated to keep research going at all times and include students at all levels in our own investigations.  I also, when students require it, branch into other areas of exercise, work, and sport physiology, chiefly to support student-initiated research.  This learning-by-doing (both their studies and working on mine) is the pedagogical aspect of research. I intend to continue these lines of research in the environmental physiology and work physiology areas as well as recovery.

Bishop                                                                        58

My areas of general expertise include:
    General exercise physiology
    Physiology of work and exercise in the heat including heat strain monitoring
    Fluids and heat injuries and cramping
    Physiology of space/micro-gravity
    Protective clothing of all types including micro-environments and micro-cooling
    Military physiology
    Recovery from physical training
    Suspension trauma
    Measurement and evaluation
    Deer hunter safety in use of tree stands and safety harnesses

**TEACHING**
Have taught the following classes:
Ecological Approaches to Health and Fitness
Measurement and Evaluation (wrote textbook)
Exercise Physiology
Research Techniques
Laboratory Techniques
Graduate Measurement and Evaluation (wrote textbook)
Supervision of Field Experiences
Graduate Exercise Physiology
Teaching Exercise Science in Higher Education (developed course)
Graduate Seminar in Exercise Physiology:
    Cardiovascular Physiology
    Environmental Physiology
    Ergogenics
    Muscle
    Grant Writing (developed course)
    Training
Thesis Research (chaired 20 theses)
Independent Study
Non-Dissertation Research
Dissertation Research (Chaired 38+ dissertations)

Have written on-line courses for U of Alabama Department of Continuing Studies in the
    following areas:
    1) Introduction to Industrial Ergonomics
    2) Introduction to Heat Stress
    3) Harness Suspension Trauma (not yet published)

**EDITORIAL/REFEREE, GENERAL SERVICE TO THE PROFESSION:**

Bishop

**National Institutes of Occupational Safety and Health** (Jul, 16).  Peer Reviewer for NIOSH
Biomech and Physio of PPE- Dr. Kim, P.I..

**Elected member of U.S. TAG to ISO/TC159/SC5, Dec 2, 2015**. Reviewer- FDIS for ISO
24505: - Ergonomics – Accessible design – Method for creating colour combinations taking
account of age-related changes in human color vision, **Jan 2016;**  ISO/CD 10551,  –
Ergonomics of the thermal environment – Assessment of the influence of the thermal
environment using subjective judgement scales, **Aug 2016;** A systematic review of ISO
12894 – Ergonomics of the thermal environment – Medical supervision of individuals
exposed to extreme hot or cold environments; **Aug 2016.**

**Journal of Aging and Physical Activity-** Referee: (#145-94, #161-94); 1995: #200-95 1996:
#222-96; #338-98, April 1998; #408-99, May 1999; 442-99 Sept. 99; MS 513-00, Nov.
2000; MS 611-02, July 2002, REV-1 MS 611-02, Jan 2003; MS 670-03 Feb 03; MS 699-03,
July 03; MS 699-03 Rev 1, Oct 03, **JAPA.2016-0106.R1 June 2016.**

**Univ of West FL,** External Reviewer for Promotion to full Professor**.**  Aug 2015.

**Textile Research Journal. Review** manuscript # TRJ-15-0038 Jan 2015.

**Journal of Strength and Conditioning Research.**  JSCR-08-3349.First review Feb 2013;
JSCR-08-3483.First review Mar 2013; Review for JSCR JSCR-08-3349; Reviewed JSCR-
08-3575,   April; Review of JSCR-08-3787, June 2013; JSCR-08-3802 Aug 2013; JSCR-08-
3349R3, Jan 2014; JSCR-08-5896, March 2015, JSCR-08-5809, 30, 31 March 2015.

KIN T & P Committee chair, Fall 2014, Fall 2015; **JSCR 08-8183, Sept 2016.**

**J. Occup. Environ. Health.**  Reviewed  04-0743, June 04, JOEH-08-0030 April 08.  JOEH
JOEH-10-0076, May 10;JOEH-10-0168, OCT 10; JOEH-11-0213, SEPT 11; JOEH-11-
0213R1, Dec, 11, JOEH 13-0113, May 2013; JOEH--14-0205, Aug 2014, JOEH--14-0205
R1, Aug 2014. **JOEH-16-0018, Feb 2016.**

**US Special Opps Command. Grants Review Panel** Aug- Sept 2014

**Univ of Arkansas,** External Reviewer for Promotion to Assoc and Tenure**.**  Aug 2014.

**National Institutes of Occupational Safety and Health.**  External Reviewer NIOSH Criteria
Document on Heat and Hot Environments Docket 266.  March 2014. **Published March
2016.**

**Georgia State University-** External Reviewer for Promotion to Full Professor.  May 2014

**Univ of Arkansas,** External Reviewer for Promotion to Assoc and Tenure.  Aug 2013.

**Comprehensive Physiol**.  Protective clothing review. Jan 2013.  Second review submitted 12-4-,
Third review submitted 4-22.

**Medical Engineering & Physics**, reviewer for MEP-D-13-000163, 09-11/April/13; 2nd review
of MEP-D-13-00436, 9/9/ 2013.

**Journal of Sports and Human Performance.**  Editorial Board member, Feb, 2013.

**Nutrients,** Review of nutrients-33942, Vitamin D and the Athlete -- A Practical Review; April
2013.

E-review of Plowman, *Exercise Physiology for Health Fitness and Performance*, Chapter 11.
27-3-13.

**International Journal of Sports Physiology and Performance.** Manuscript IJSPP_2012_0345.R1.

External reviewer for Medical Engineering & Physics, MEP-D-13-000163, 09-11/04/13.

**Industrial Health.**  Referee IH-2012-0197-OA, Nov 2012; second review August 2013.

**Military Medicine** - Referee, 2008 MMM 0229-08 v.1 Oct 2008; MM-0365-08, Version 1, Submitted Jan 09.  MM-0466-08-Version 1,  April 09; MM-0365-08, Version 2, Submitted Jun 09.  MM-0466-08-Version 2,  Jun 09; MILMED-D-09-00088, Oct 09,  MILMED-D-09-00088, Version 2 Jan 10, MILMED-D-11-00216, Jul 2011, MILMED-D-11-00341, Sept 2011; MILMED-D-11-00341R1, Dec, 2011. MILMED-D-13-00336, Aug 2013; re-review on 12-27-2013. Review Mil Med MILMED-D-13-00336R2 re-review on 2-21-14.

**Lippincott Williams and Wilkins** Plowman, *Exercise Physiology for Health Fitness and Performance*, Chapter 11.  27-3-13 submitted E-review.

**NIOSH, Deep South Center for Occupational Health & Safety, UAB, School of Public Health,** External Reviewer for Research Proposal entitled, "Quantification of Edema, Maximal Force, and Muscle Soreness After Eccentric Exercise of the Human Elbow Flexor Muscles. April 2012.

**National Institutes of Occupational Safety and Health.**  External Reviewer for Research Proposal CDC/NIOSH/National Personal Protective Technology Laboratory (NPPTL) of Research Protocol entitled, "Protocol for Pilot Testing of a Closed-Circuit Breathing Apparatus Manual Start Procedure with Human Subjects".  April, 2012.

**Pediatric Exercise Science.**  Referee, PES-2012-0080.  April 2012.

**Ergonomics.**  Referee 2005- .  Ms#05/284, April 05.  TERG-2012-0151  Ergonomics, Jul 2012

**Open Access Journal of Sports Medicine** Referee of mmanuscript title: "Declines in Swimming Performance with Age: A Longitudinal Study of Masters Swimming Champions".  Sept, 2012.

**National Institutes of Occupational Safety and Health.**  External Reviewer for Research Proposal CDC/NIOSH/National Personal Protective Technology Laboratory (NPPTL) review of Research Protocol entitled, "Physiological Evaluation of Tight- and Loose-Fitting Powered Air-Purifying Respirators." 2011.

**National Institutes of Occupational Safety and Health.** Request from authors for scientific review of ms, Impact of Harness Fit on Suspension Tolerance, by Dr Hongwei, Hsiao, Chief, Protective Technology Branch NIOSH, Morgantown, WV 26505, June, 2011.

**National Institutes of Occupational Safety and Health.** Review Panel May 8-9 for NORA proposals, 2011, Washington, DC.

**National Institutes of Occupational Safety and Health** (March, 10). External Reviewer for Research Proposal CDC/NIOSH/National Personal Protective Technology Laboratory (NPPTL) review of Research Protocol entitled, "Mine Rescue Ensembles for Underground Coal Mining". Mar 11.

**Holcomb Hathaway Publishers.**  Review of four preliminary chapters of textbook on Adult Fitness.  Jan 2011.

**National Institutes of Occupational Safety and Health** (March, 10). External Reviewer for Research Proposal CDC/NIOSH/National Personal Protective Technology Laboratory (NPPTL) review of Research Protocol entitled, "Physiological Evaluation of Air-Fed

Bishop

Ensembles", Mar 10.

**UNM-** External reviewer of candidate for tenure promotion to Professor**.** Aug '10.

Chair, Panel 7 of oral presentations, **ATINER**,  Athens, Greece, June 29.

**AL State Dept Of Ed-** Physical Fitness Task Force, Feb 10- July 2011.

**US Navy:**  Review Panel for modification of the US Navy Physical Readiness test.  Dec 2009.

LWW: Brief preliminary Review of Plowman's Exercise Physiology text. Nov '09.

**LWW:** Review of ACSM's Advanced Exercise Physiology text- all chapters. Oct., Nov '09, Jan 10.

**UWF-** External reviewer of candidate for tenure promotion to Assoc. Professor**.** Aug '09

**LSU-** External reviewer of candidate for promotion to Full Professor, June 09.

**National Institutes of Occupational Safety and Health** "Review Panel A" for NORA proposals April 20-21, 2009, Washington, DC.

**National Institutes of Occupational Safety and Health** (Nov., 08;  Review of revised prop **Feb., 09**). External Reviewer for Research Proposal CDC/NIOSH/National Personal Protective Technology Laboratory (NPPTL) review of Research Protocol entitled, Comparison Of Laboratory-Measured Plasma And Salivary Osmolality With Salivary Osmolality Determined By A Hand-Held Osmometer In Acute 3% - 5% Dehydration States".

**National Institutes of Occupational Safety and Health** (June, 08).  External Reviewer for Research Proposal CDC/NIOSH/National Personal Protective Technology Laboratory (NPPTL) review of Research Protocol entitled, "Habitability of Portable Mine Refuge Chambers During a Nominal 96 Hours of Confinement: A Physiological and Psychological Assessment".

External reviewer- Ph.D. Human Performance, Middle Tennessee State University, Mar 12-13, 2008.

Bishop.  Field Editor, <u>Deer and Deer Hunting</u>.  2008.

Review panel NIH, Jul 23-24, 02; AARR-6 (51).

External review National Institutes of Occupational Safety and Health (Nat'l Personal Protective Tech Lab), Evaluation Fire fighter Ensemble, Dec 04; Evaluation Fire Fighter Ensemble Ergonomics, Mar 06.

External review Canadian Institutes of Health Research, research grant proposal for funding (CIH), 200411UOP-U1-139916-R, Dec 04.

**National Institutes of Occupational Safety and Health** (May, 03).  Peer Reviewer for NIOSH NPPTL escape hood respirators.

**National Institutes of Occupational Safety and Health** (05).  Peer Reviewer for NIOSH Firefighter Protective Clothing Research.

**Defence R&D Canada** (June 03).  Review of Research Grant Proposal on measures of heat strain response.

**National Institutes of Occupational Safety and Health** (Jul, 98).  Peer Reviewer for NIOSH Research proposal, "Laboratory evaluation of novel personal heat strain monitors in young and old wearers of protective clothing."  NIOSH, Morgantown WV.

Reviewer, Lippincott, Williams and Wilkins, Exercises Physiology text proposal, April 06.

Reviewer, Lippincott, Williams and Wilkins, Plowman Exercises Physiology text**,** 2nd ed., August

06.

Reviewer, McGraw-Hill: seventh edition of Baumgartner, Jackson, Maher, & Rowe, _Measurement for Evaluation in Physical Education and Exercise Science_ , Dec 04.

American Society for Tests and Materials- reviewer for ASTM F23.60 , Standard Test Method for Measuring the Performance of Personal Cooling Systems Using Physiological Testing, Feb 03.

External reviewer- MS Exercise Science and Health Promotion, Middle Tennessee State University, Mar 12-13, 2002.

Alabama AAHPERD J.  Reviewed BMI and VO2 Relationship, Aug 07.

J Sport Science. Age in Olympics. Aug 10.

J Occupational Safety and Ergonomics- Reviewed JOSE 7, April 04.

J Applied Physiology – referee, 2001, Ms# JAP 01040-2001, Oct. 01, JAP-01040-2001.R1  02.

Medicine and Science in Sports and Exerc.  Referee, 1989; 1993: (#93-3905; 93-3897) 1994: (94-4070, and # 94-4253); 1995: (#95-4628) 1996: Greenleaf, 1195-30; and 1096-32, 1997; MSSE # 1000-73, Oct. '00, #1100-22, Dec. '00; MSSE # 1000-73R1, Jan '01; 1000-22R1, Mar '01; MSSE #0401-27, May 01; MSSE 0102-056 first draft Apr 18, '02;  MSSE 0302-41, June 11 '02; MSSE # 0802-10, Sept. 02; MSSE # 0204-08 Feb 04**;** #0404-04 May 04; MSSE-D-04-00228 Oct  04**;** MSSE-D-05-00338; MSSE-D-05-00657, Aug 05, MSSE-D-05-00810 Nov 05. MSSE-D-06-00651, Oct 06; MSSE-D-07-00453, Jul 07, MSSE-D-07-00527, Aug 07; MSSE -D-09-00467, Jul 09; MSSE -D-10-00822, Oct 10.

American Industrial Hygiene Association J. (Now J. Occup. Environ. Health.  )—Editorial Board member 11/01.

American Industrial Hygiene Association J.--Referee, 1991, 1993 (# 152, 170); 1995 MS # 493; 1997, #793; April 1998- Ms. #948, MS #00-0304, Dec-00; Ms #01-0419, Mar '02, Renamed J Occup Environ. Health in 2004.  Ms # 04-1107, April 05. Re-review Ms # 04-1107, Jul 05; Re-review Ms # 04-1107, Sept 05;

International J Sports Med.  Ms # 99-20 referee, Apr. 1999.

Sports Medicine -- Referee, 1998 Ms on Lactic acid.

SAFE Journal, "Heat stress in advanced flight clothing...". Referee, Feb 1994.

International J. of Industrial Ergonomics-- Referee, 1991, # IJIE 95-27, May 9, 1995.

Defence R&D Canada (June 03).  Review of Research Grant Proposal on measures of heat strain response.

Journal of Physical Education, Recreation and Dance. Referee. Ms 02-00, Feb. '00; 52-00 Jun '00; 012-01, Mar '01; 054-01, June 01; Ms006-02, Feb, 02; Review of Ms #074-02, Aug. '02; MS #102-02, Nov 02; MS #028-03 April 03, MS #079-03, Sept 04; MS# 010-04, Feb 04, MS# 043-04, June 04; MS#  024-05, April 05, MS# 057-05 Jul 05; MS# 095-05 Dec 05**.** Ms# 010-06, Feb 06.

Editorial Board Member- Musculoskeletal Management, Blackwell Publications, 1994-1997.

Musculoskeletal Management-- Referee, 1995 MS #95-118.

NASA, JSC, Bone and Muscle Laboratory- Research Grant Proposal: Musculoskeletal Overuse Injury:  Bone mass, and injury-Proposal Reviewer, Oct. 1994.

NASA, JSC, Space Physiology and Countermeasures- Research Grant Proposal: Evaluation of resistance exercise as a countermeasure during simulated space flight; and  Changes in

Bishop

muscle mass, neural activation, and strength performance following space flight-Proposal. Reviewer, March 1994.

Small Business Innovative Rsch Grant Proposal #65552S01-I, Dept. of Energy, April, 01.

Small Business Innovative Rsch Grant Proposal #65470S01-I, Dept. of Energy, April, 01.

Annals Occupational Hygiene. Referee. Ms # P2510/00, May 00.

American Standards for Tests and Materials (ASTM) F.23 Standard Test Method for Measuring the Performance of Personal Cooling Systems Using Physiological Testing.  Referee Feb. 2003.

ISO TC 159/SC 5 ISO/DIS 12894, Medical supervision of individuals exposed to extreme hot or cold environments.  Referee, April 1997.

ISO TC 159/SC 5 ISO/DIS 7726- Ergonomics of the thermal environment- Instruments for measuring physical quantities. Referee, May 1996.

ISO TC 159/SC 5 N100, "Assessment of the long term thermal comfort  performance of indoor environments".  Referee, September 1995.

ISO TC 159/SC 5/N 92, "Ergonomics of the thermal environment- risk assessment of stress or discomfort in thermal working conditions".  Referee, August 1995.

ISO TC 159/SC 5/N 92, "Ergonomics of the thermal environment- Instruments to measure physical quantities".  Referee, Jan 1995.

ISO TC 159/SC 5/N 81, "Ergonomics of the thermal environment- Application of international standards to the disabled...".  Referee, Je 1993.

ISO TC 159/SC 5, ISO/DIS 11399 Ergonomics Draft International Standard No. N 79 Ergonomics of the Thermal Environment-Principles and application of International Standards.  Referee, Je 1993.

ISO TC 159/SC 5 Ergonomics Draft International Standard No. N 79 Ergonomics of the Thermal Environment-Comfortable Contact Surface temperature. Referee, Je 1993

International J. of Industrial Ergonomics-- Referee, 1991, # IJIE 95-27, May 9, 1995.

Small Business Innovative Rsch Grant Proposal- NASA, Johnson Space Center, 1991.

Ergonomics—Referee, Ms # 02/256, Nov 2002.

Research Quarterly for Exerc. and Sport--Referee, 1989, 1991.

Journal of Alabama Academy of Science--Referee, 1987.

W. C. Brown Company Publishing--Textbook manuscript review (Powers and Howley, Exercise Physiology), 1986.

W.C. Brown Company Publishing--Textbook revision review.  (Fox, Bowers and Foss, The Physiological Basis of Physical Education and Athletics, 5th ed.), 1990.

SDAAHPERD Research Consortium-Referee Abstracts: 1987, 1988

ACSM National Abstracts-Referee, 1990, 1994.

Chair, Thematic poster section, "Heat Mitigation", Am. College Sports Med. Annual mtg, St. Louis, MO.  May 02.

Chair, SEACSM Body Composition section, Feb 07.

Chair, HICE Science Education section, Jan 07.

Chair, SEACSM Hyperbaric medicine section, Jan 04.

**DISSERTATIONS AND THESES:**
**Underway:**

Snarr, RL.  Dissertation co-Chair. DETERMINATION OF THE LACTATE AND
    ELECTROMYOGRAPHICAL THRESHOLDS DURING INCREMENTAL EXERCISE.
    Data collection in progress. 50
Crew, Kermit- Dissertation co-Chair- Tennis in the heat. 51
Martinez, A.X. Dissertation Chair.  Recovery in Wheelchair athletes.
T Williams:  Monitoring Resistance training in Powerlifting. 52

**Completed:**
Casey, Jason.  Dissertation Chair. Extreme Conditioning Programs- 3 studies. 25 Jul 2016 #49
Nickerson, Brett. Dissertation co-Chair. Body Comp.  3 Studies. Defended 30 May 2016.
**Allen, K.  Thesis Chair- Training Variations for ROTC. Defended April, 2016.  23**
Geary, Colleen- Dissertation member.  Walking different durations- effects on Anxiety and other
    measures.  Defended 19 Oct 2015, presently clinical Assist Prof, UA.
Fava, A.  Thesis Chair- Exercises between exercises. Defended 3 Dec 2015, presently seeking
    PH.D. program.
Ouellet, C. ,Thesis Chair-Muscle Bilateral Electromyographical Activity in Unilateral
    Transfemoral Amputees, defended May 2015. <u>COE Outstanding Thesis Award</u>.
Baggett, Sara- Dissertation Chair- Improving recovery from resistance exercise in men and
    women.  Defended May 21, 2015, Faculty at Pensacola State College. #47
Mitchell, Jermaine. Dissertation Chair-   Interval walking and EPOC.  Defended 25 June, 2015,
    presently UA Postdoctoral Research Fellow, Center for Community-Based Partnership**.**
Hamilton, Kara- **Dissertation member.**  Interventions to increase Physical Activity. Defended
    **April, 2015**. <u>**Outstanding Dissertation Award, COE.**</u>
Ng, Jason- **Dissertation member.  Cooling in heat.  Defended Oct. 2015, presently at UC SB.**
Hornsby, Jared.  **Dissertation Chair-** Firefighter clothing study techniques.  **Defended Diss 25**
    **Nov 2014, Presently Faculty at Liberty Univ. <u>Outstanding Dissertation Award, COE.</u>**
Williams, Elisha.  **Dissertation member.** Measuring agility in wheelchair basketball players.
    Dissertation Proposal Sept 5, 2013, **Defended 4-29-14, presently Women's WC basketball**
    **coach at U of A.**
Carter, Stephen. **Dissertation Chair-** Effects of acute and chronic ASA use at two doses on
    sweat rate and SBF. **Defended March 7, 2014.  Post-doctoral fellow, UAB.** (44)
Goins, Justin. **Dissertation member.** Changes with Crossfit training.  **Defended Jan 31, 2014,**
    **presently faculty at U South Carolina**
Casaru, Catalina. **Dissertation Chair-** Bunker Gear. Data collected, Oct 2011, Defended Nov
     2013, presently faculty at Georgia SW.
Gadhvi, Vishwas- **Dissertation Chair-** inflammatory responses to metered exercise.  DNF-
     returned to India due to family matters.
Del Pozzi, Andrew. **Dissertation Co-Chair-** Skin Blood flow.  Completed Dec 2012.  Post doc
    fellow, NY, presently <u>Assist Prof at Ball State</u>. 42
Ryan, Greg **Dissertation Co-Chair-**  Soft Body armor and Micro-E.  Defended 7 June 2012.

65

Bishop

Faculty at Western MT U.

Shaw, Kim. **Dissertation Chair-**  Recovery after weight lifting in women. Data collected, Oct 11, Defended  Dec 2012.  Faculty at Delta State University.

Bishop, Stacy. **Dissertation Chair-**  Recovery in baseball players. Defended 13 April 12.  Faculty at UT Commerce, now at U of Motevallo.

Illian, Travis. **Dissertation Chair-** Grips, alignment, performance.  Defended 28 June 11.  Strength and Conditioning Dept, UA, presently head S&C at U Conn.

Balilionis, Gytis. **Dissertation Chair-** Channeled fabric clothing.  Defended 28 June 11. Faculty at Elon Uni.

Nepochatych, Svetlana. **Dissertation Chair-** Whole body vibration.  Proposed 6 April 10, Defended March 2011**.**  Faculty at Elon Uni.

Zhang, Yang. **Dissertation Chair-**  Physiological Challenges in Harsh Environments: Nutritional Strategies for Military and Occupational Operations.  Proposed 5 Feb 10, Defended March 2011  **M Ray Loree ($250) Outstanding Dissertation Award, COE, 2012 (28)**  35  30th award.

Campbell, Jay.  **Dissertation Chair-** Recovery in Female Rec Weight lifters.  Defended 28 May 2010, presently Assist Prof U of OK.

Bacon, Nick T.   **Dissertation Chair**- Open- and Closed- hand training in rock climbers. Defended April 10. 33

O'Neal, EK. **Dissertation Chair**- Impact of hydration beverage on sweat, urine, POMS, and work capacity. Defended May 10. 32

Buckner, S.  **Thesis Chair.**  Recovery from training in age group gymnasts. Defended Dec 09. 20
**College of Ed. Outstanding Thesis AWARD, 2011, presently Asst Gymnastics coach U oif Wash**

Ellis, Carrie. **Thesis Chair.**   Postactivation potentiation and performance in collegiate swimmers. Defended  April 28, 09. 19

Balilionis, G.  **Thesis Chair** Effect of three types of warm-up on performance in collegiate swimmers. Defended  April 28, 09.  18

Nepochatych, S.   **Thesis Chair** Whole body vibration warm-up and performance in Masters swimmers. Defended  April 27, 09. 17

Davis, JK.  **Dissertation Chair-**Thermoregulation under Muslim clothing during exercise in women.  **2009 College Excellence in Research by a Doctoral student award.** Proposed in Feb 09, data collection April 09; defended . Asst Prof, Texas A&M, Commerce, Gatorade Research Scientist.

Sjokvist, Jesper. **Dissertation Chair-**Training and Recovery in Female Soccer Players. Defended Mar 09. Research Scientist, Swedish Olympic Committee.  30

Laurent, Matt. **Dissertation Chair- Recovery from Repeated Sprints.** Feb 09.  **2008 College Excellence in Research by a Doctoral student award.  Exercise Science Outstanding Student Award.** Asst. Prof St Ambrose, now at BGSU.

Wood, Krista.  **Dissertation Chair-**The Comparison of Vibration Stimulation to Traditional Warm-Up on Heart Rate, Flexibility, and Performance, Oct 08. 28

Duke, Andrea, Dissertation Committee member- College of Communications.  Sexism in media. Completed, March 08.

Zhang, Yang. **Thesis Chair –** Evaluation of a novel personal cooling system. April 08 **College of Ed. Outstanding Thesis AWARD, 2008**. **2009 College Excellence in Research by a Masters student award.**  Ph.D. student at UA. 16

Catalina Casaru **Thesis Chair -** Energy costs and thermal loads in turnout configurations. Proposed 25 June 07, defended April 09. Ph.D. student at UA. 15

Kelly Kerr. **Dissertation Chair-** Nutrition and recovery.  April 08.  Asst Prof, Central Wash. Univ.

Mark Kovacs. **Dissertation Chair-**Business correlates of high achievement.  **2007 College Outstanding research by a Doctoral student award.   Aug  07., presently US Tennis.**

J Kraft. Dissertation Committee member- Completed, Aug. 07. Faculty member, NW MO University.

Robert Pritchett. **Dissertation Chair-**Thermoregulation in Spinal Cord Injured athletes. 15 Aug 07. Asst Prof, Central Wash. Univ.  **M Ray Loree ($500) Most Outstanding Dissertation Award, COE, '09.** 25

Geoff Hudson. Thesis member.  Completed, June 06.  Ph.D. Student, Baylor, Faculty GWU.

Eric Jones. **Dissertation Chair-** Rehydration rates water; Rehydration rates, electrolyte beverage; relationship between urine specific gravity, urine color and hydration status in rehydration. Completed, May, 07. 24.  **Won outstanding Doctoral research Award SEACSM $200. M Ray Loree ($250) Outstanding Dissertation Award, COE, '08.**

Wickwire, Jason. **Dissertation Chair**-Synthetic clothing under ballistic protection; Hydration monitor; Cool Cap evaluation. Completed, May, 06. Faculty, Kennesaw U. 23

Tatum, Alicia (Bryan). **Dissertation Chair**- Knee extensor strength and functionality in the elderly: review of literature; Knee extensor strength and physical ability in the elderly; perceived functionality and health in the elderly.  Completed, May, 06. Faculty, Columbus U. 22.

Torres-Magehee, Toni.  Dissertation Committee member. Completed, July 06. Faculty, U South Carolina.

Sapp, Amber. Dissertation Committee member-Pacing in runners, Completed, Aug 06.  Safety Engineer, Nucor Steel.

Friery, Kelly. **Dissertation Chair**- Sequelae of NCAA competitive athletic participation. Dec 05. Faculty, LA Tech. TAMU Corpus Christi, Apple Computing 21

Nawwas, Ali. **Dissertation Chair**-. recovery after hard bouts of aerobic exercise.  Aug 05 **M Ray Loree ($250) Outstanding Dissertation Award, COE, '07.**  Faculty, Hashemite U, Amman, Jordan.

Iosia, Mike. **Dissertation Chair**-. Aerobic power contribution to repeated anaerobic performance. June 05.  Professor, Lee University. 20

Angela Bledsoe- Thesis Committee.  Root causes of failures for typical rocket engines. Department of Industrial Engineering.  August 2004.

Andy Bosak. **Dissertation Chair**- Recovery from 5k Run training.   Graduated Aug '04. **College Outstanding research by a Doctoral student award**. Nominee for **M Ray Loree ($250) Outstanding Dissertation Award, COE, '06**. Faculty, Gannon U. **18**

Bishop

Jackson, John**.**  Dissertation Committee Member. 2004, Presently UA rec Center Staff.

Lyons, Scott.  Dissertation Committee Member. 2003. Faculty, WKU.

Will Peveler.  **Dissertation Chair**- Effect of body position on anaerobic and aerobic power in cyclists and triathletes during cycling.  2003. Grad Dec 03. **M Ray Loree ($500) Most Outstanding Dissertation Award, COE, '05.** faculty, MUW. 17

Jones, Eric.  **Thesis Chair-** Reliability of recovery measures in strength. Graduate Dec 03. **College Outstanding research by a Master's student award  ($100)**. **COE Outstanding thesis award.  14**

Church, Brian -  **Dissertation Chair**- Recovery from resistance training.  Graduated Aug 03. 16

Jung, Alan- **Dissertation Chair**- Cramping, Graduated May 03.  **College of Education Outstanding Research by a doctoral student.** Chair, Dept of Kinesiology, Samford University.15

Arun Aggarwal- Thesis Committee.  Bid evaluation in construction projects.  Department of Industrial Engineering.  September 2002.

Thompson, Michelle.  Thesis Committee.  RPE in water.  Never completed.

Lasuzzo, Jason.  Dissertation Committee Member. 2002.

Sirikul, B.  **Dissertation Chair-** Double-EPC suiting, EPC WBGT, and comparisons of flame retardant products.  Associate Professor, SE LA, Hammond, May 2002.

Hutchison, Lujuan.  Dissertation Committee Member. 2003.

Whitehorn, Edward.  **Thesis Chair-** Cycling tests of a protein hydration beverage. May 2003. **College of Ed. Outstanding Thesis AWARD 13**

Blaudeau, T. **Dissertation Chair-** Activity and pregnancy outcomes. May 2002. UAB faculty.13

Dale, RB- **Dissertation Chair-** Rehydration, active cooling during exercise in the heat. **Presented as papers at regional and national conferences**.  2002. College of Education **Outstanding Research by a doctoral student.**  Faculty, Univ of Chattanooga PT School.

Rhodes, Wayne-**Dissertation Chair**-Classification of low-back pain with field tests. Private DC practice. 2001. 11

Kozusko, Joseph- **Dissertation Chair-** Physiological responses to protective clothing- heat stress, fluid intake and NexGen testing.  **Presented as papers at regional and national conferences**.  **Presented the M. Ray Loree Prize ($500) winner for the Outstanding Dissertation in the College of Ed. 2001** 10

Wyers, Lana- **Thesis Chair-** Estimating Bench Press 1Rm from endurance.  **College of Ed. Outstanding Thesis AWARD.** 11

Hencken, Clare- **Dissertation Chair-**Hydration in Women's soccer. 9

Kypros Nicolau- **Thesis Chair-** Tests of different wet suits in highly skilled female swimmers. 2000. Paper presented at regional conference. **College of Ed. Outstanding Thesis AWARD.**  Fitness director, Cyprus. 10

McLester, John **- Dissertation Chair-** Frequency of resistance training in older and younger adults and upper and lower body, a novel paradigm for individual determination.  2000. **Presented papers at regional and national conferences**.  **Selected (tied) as the M. Ray Loree Prize ($500) winner for the Outstanding Dissertation in the College of Ed.** Faculty, Kennesaw University 8

Lloyd-Clapp, Lisa**- Dissertation Chair-** Scaling, body size and criterion standards in fitness tests. 1999.  **Presented paper at regional and national conferences.  Selected as the M. Ray Loree Prize ($500) winner for the Outstanding Dissertation in the College of Ed. A study from this work was selected as one of the "Ten Best" papers at the annual meeting of the American College of Sports Medicine, by TW Rowland, editor of Pediatric Exercise Science, 13: 1-5, 2001.** Faculty, Presidential Fellow, May 2015, SW TX State U.  7

Muir, Ian **- Dissertation Chair-** Test of ear canal temperature in PC, Cooling in hyperthermia, and micro-environments**.** Faculty, Queens College, Flushing, NY. 1999.  **Presented paper at regional and national conferences.** 6

Green, Matt **- Dissertation Chair-** Sweat lactate production in men, women and older men of similar fitness. Faculty, Western KY U. 1999.  **Presented paper at regional and national conferences.  Three papers published.** 5 Faculty, UNA.  Full Prof 2014.

Farley, Richard. **Dissertation Chair-** Testing Criteria and load optimization for the upper-body Wingate and validity and reliability of lactate slope analyses. **Presented paper at regional and national conferences.** Faculty, Middle TN State U.  1999. 4

Edlin, Richard.  **Thesis member**, Changing teacher attitudes:  the efficacy of a pre-service orientation program for teachers preparing to enter culturally diverse teaching environments. Director of Training program in Australia.  1998.

Clapp, AJ.  Unofficial Dissertation Advisor (I was in NY)- Fluid Replacement in Industrial Applications; Palatability Ratings of Different Beverages of Heat Exposed Workers in a Simulated HOT Industrial Environment; Effects of Carbohydrate-Electrolyte Content of Beverages on Voluntary Hydration in a Simulated Industrial Environment.  Four papers submitted for publication.  **Named honorable mention as one of the top three dissertations of the College of Education**. Faculty, private U in MN.  1998. **Presented paper at regional and national conferences.**

McGill, Andy- **Thesis member**, Effect of subcutaneous fat on validity of inclinometer measurement of lumbar flexion and extension.  Clinic Director.  1997.

McLester, John- **Thesis Chair**- Rest interval and strength gains.  **College of Ed. Outstanding Thesis AWARD**. 1997.  Faculty, Kennesaw U. 9

Jones, Hugh Kenneth- **Dissertation Chair**- Effects of varying resistance intensity training loads on velocity-specific power. Athletic Dept., Gardner-Webb U.  1998. **Paper published.** 4

Muir, Ian- **Thesis Chair**- Novel ice cooling vest for use with protective clothing. **Presented, Published**.  **College of Ed. Outstanding Thesis AWARD**. Clothing Research Investigator, Nike, Beaverton, OR.  1996. 8

Lloyd, Lisa- Thesis member- Exercise capacity of Chronic Fatigue Syndrome patients.  Faculty, SW TX State U.  1996.

Gan, Sue- Dissertation member- College of Communications, U of AL.  The relationship between pain receptivity and the hedonic valence and arousal potential of movies. Faculty, U in Singapore.  1996.

Perry, Stephen-dissertation member- College of Communications, U of AL.  Exemplars and Spiral of Silence.  1995.

Heyns, GJ- **External Reviewer**, Dissertation. Rhodes Univ., Grahamstown, South Africa.

Bishop

Influence of macro- versus micro-cooling on human performance.  1994.

Reneau, Paul, **Dissertation Chair**- Validation of a personal heat strain monitor, and evaluation of a vapor-permeable liquid barrier chemical protective clothing.  **College of Education Outstanding Doctoral Researcher,** 1995. Faculty, Chair, Fairmont College.  3

Ashley, Candi- **Dissertation Chair**- Effects of estrogen on metabolism.  1995.  Faculty, Professor U of S. FL, Tampa.  2

Wayne Rhodes- **Thesis Chair**- Measurement of leg length. **Published**.  <u>**College of Education Outstanding Masters Researcher**</u>, 1995.  7

Ashley Clarke, Thesis member (initiation)-Prevalence of eating disorders in Collegiate aerobic dance instructors.  1998.

Mike Martino, **Dissertation Chair**- Altitude training affects on anaerobic performance in age-group swimmers. 1995. 1 U of GA, Milledgeville, faculty.

Jane Phillips, Thesis member-Validity of the Stairmaster submaximal estimate of Maximal Oxygen uptake.  U of AL, BHM, faculty.

Evans, W.  **Thesis Chair**- Lactate kinetics during exercise and recovery. Completed. <u>**College of Ed. Outstanding Thesis AWARD**</u>. 1993. 6

Buhre, T. dissertation consultant--Intermittent incremental exercise test for use in prescribing training intensities and evaluating elite runners.  1992. Faculty of a Swedish Univ.

Johnson, D. dissertation member--Effects of race on perception of sports success.

Amy McGohon thesis advisor--Effects of water exercise in arthritis rehabilitation.

Murphy, M. Ex Officio **Dissertation Chair**--Limb Bioelectric specific resistivity in a heterogeneous population.

Smith, G. **Thesis Chair**-Key factors in early fatigue in hard work in the Chemical Defense Ensemble.

Zeanah, M. dissertation member- Faculty, Montevallo U.

Pujol, T.J. dissertation member--Exercise and Low Density Lipoprotein receptors.  .

Wiggins, Glenn Geography.  Thesis Member.  Effects of Weather and course topography on duathalon performance. 1991.

Schuler, P. thesis member-Relationships among physical fitness, aging, and cognitive performance. Faculty, U W FL.

Kime, J, **Thesis Chair**, Functional evaluation of erythrocyte membrane transport of lactate at low and moderate concentrations.  **Presented**.  <u>**College of Ed. Outstanding Thesis AWARD**</u>.  Research Pharmaceuticals.

Warner, T, - **Thesis member**, Relationships between over-training and psychological state in athletes.

Morris, Jan, **Thesis Chair**, Energy cost of walking on a treadmill while pumping arms at various levels and frequencies with hand-held weights.

Morrow, Susan, **Thesis member**, Energy cost and perceived exertion with the use of heavy hands during walking.  Former director of Aquatics, U of AL.

Myers, J, **Thesis Chair**, Blood lactate of swimmers comparing pulling, kicking and swimming profiles.

Nicholson, S, **Thesis member**, Strength variations in the back extensor muscle group between

normals and people with low back pain. Presented, ms in preparation.  **Presented.**  PT in private Physical Therapy.

Fuller, Jo.  **Dissertation member (unofficial chair)**, Comparison of strength and flexibility in adolescent girls with scoliosis and adolescent girls with normal spines.  **Published**.  Retired Athens State College.

Kirkpatrick, J.  **Dissertation member**, A comparison of the peak torque curves of the knee extensors and flexors of college females involved in two strength-training programs.  **Presented.  Faculty Montevallo U.**

Bronstein, M. **Thesis Chair**, Energy cost of low-impact aerobic dance with and without hand-held weights.  **Presented, Published**. Faculty, UNC Asheville.  1988.

**INVITED PROFESSIONAL PRESENTATIONS:**

Invited Professional presentations have been made to the following organizations (partial listing):

Tsuba University, Tsuba Japan.  Exercise Science:  Applications beyond sport an Exercise Aug 2016

Taipei, Taiwan.  Professors as Students.  July 2016.

Armenian State Institute of Physical Culture, Yerevan, Armenia:  Recovery from training; Exercise in the heat; Teaching and evaluating University Students.  March 14-18, 2016.

Univ. of Maria Galvez, Guatemala, City, Guatemala.  Feb 25, 2016.

Christianity and Science.  Univ of Costa Rica, 16 Oct 2015.

Hydration in Sport.  Univ of Costa Rica, 8 Oct 2015.

Teaching Techniques.  La Curena, Costa Rica. Oct 10-15, 2015.

Bishop. Recovery from training. Sunderland Uni., England, 21 May.

Bishop.  Hydration and Nutrition in Recovery. Oxford Brooks, England, 26 May

Bishop.  "Getting Published.  La Sapienza University, Ph.D./faculty seminar. 11 May 2015, 10-1130.  22

Bishop.  The Fulbright Fellowship- competing and learning.  U of AL, 11-20-14.

Bishop.  Writing for publication, Getting funded, and Suspension trauma.  Presentations to Central Washington Univ.  Ellensburg WA, 29-30 Oct, 2014.

Bishop.  "Getting Published.  University of Bologna, Ph.D./faculty seminar. 29 May 2014, 10-1130.  22

Bishop.  "Training Recovery:  Research Principles.  University of Capetown, Research seminar. 19 July 2013.

Bishop.  "Training Recovery:  Research Principles.  University of Bologna, Ph.D. seminar. 17 June 2013, 10-1150.

Bishop.  "Thanks for What You Do!" "Mabel C Robinson Memorial Lecture", ASAHPERD, BHM, Nov. 5, 2012.

Bishop, P.  Three presentations to Mongolian International University faculty and three to students, Ulaan Bator, Mongolia, Sept –Oct 2012.

Bishop, P.  "Educating and Communicating with Patients, Families and Colleagues." Winternitz Conference , UA School of Medicine, 4 Sept, 2012.

Bishop.  Recovery in Elite Athletes.  Invited presentation to the Swedish Olympic Summer Sport

Bishop

Coaches.  Stockholm, Sweden 17 April. 306

Bishop.  Protecting Elite Athletes in Hot and Humid conditions.  Invited presentation to the Swedish Olympic Summer Sport Coaches.  Stockholm, Sweden 17 April, 2012.

Bishop.  Recovery in Endurance Sports.  Invited presentation to the NVC Uthållighetskonvent (Endurance Conference).  Östersund, Sweden, 27 April, 2012.

Bishop, P.  Univ of GA Christian Fellowship, Athens, GA, Dec 6, 2011.

Bishop, P.  3 talks to Philippine Olympic Committee coaches, May 16,17; 2 talks to Private schools coaches and PE teachers, Manila, Philippines, May 2011.

Bishop, P.  Physiology of Crucifixion.  Science and Christianity.  Invited presentation at Belmont University.  3 talks, April 2011.  Total= ~110 attendees.

Bishop, P.  Recovery. Invited presentation at SEMO University, MO.  7 Oct 2010. ~120 guests.

Bishop, P.  Evidence of God in Human Physiology. Invited presentation at Lee University, TN.  24 Sept 2010. ~40 students.

Bishop, P.  What we can learn from Deer. Sept 10, 10.  Invited presentation at LCCOG, Hollywood, MD.  About 270 attendees.

CCCI, two presentations, Chambrun, Haiti, July 2010. 52 students.

Aswan, Egypt Medical Residents- gave 7 hours of faculty development to 13 new physicians, April 2010.

Southwestern Baptist University, Bolivar, MO- 3 presentations, April 10.

Osaka CCC International.  Spoke to Faculty members and staff.  Osaka, Japan, 28 Jul 09.

Palmas, Costa Rica:  Taught a 16-hour course on Andragogy and Leadership. June 2008, Jan 2009, Feb 2010.

US Marine Corps, 4th Air Wing, New Orleans, two presentations on Functional Fitness. Jan 09

Primero Regional Congresso de Educacion Fisica, Deporte, y Recreation, Campeche, Mexico, Nov 2008, "Applicaciones de Investigacion en Educacion Fisica y Deportes".

Two presentations: Effects of a short, submaximal run at different times of day on heat strain; Warm-Up and Stretching in the Prevention of Muscular Injury: A Review. Presented at the Shanghai University of Sport, Shanghai, China Jul 08.

Taught a 24 contact-hour seminar in teaching and leading small groups in rural Costa Rica, May-June 08.  Taught a 16 contact-hour seminar in teaching and leading small groups Jan 09.

One presentation to U of AR, Fayetteville, April 08.

Multiple presentations to the University of Zulia, Maracaibo, Venezuela, May 08.

Two presentations, CCC Jamaica, Kingston, Jamaica, Jan 08.

 Motiva refinery, Norco, LA.  gave 6 talks on suspension trauma and heat injury prevention. Jul 07.  (paid)

Shell Chemical, Motiva Refinery, Norco, LA.   Gave five talks to over 1700 Shell and Motiva and other contractor employees.  Suspension Trauma, June 07. (paid)

Universidad Nacional Autonoma de Nicaragua (Matagalpa),  Universidad de Commerciales Ciencias, Ave Maria University of the Americas, gave numerous invited talks on several topics.  Mar 07.

University of Herat, Herat, Afghanistan. 3 seminars of 2.5 hours on Academic Leadership, and psychology of the learner.  ~55 Faculty participated on each session.  Oct. 06.

University of West FL. Recovery for optimal performance. Presented April, 06.

Presented four invited talks at the University of Costa Rica and one at the Universidad Autonoma de Centro Americano, San Jose CR, Oct 2005.

Gulf Coast Safety and Training Group meeting, Lafayette, LA, Nov. 04.

Presented two talks at Mercer University March 03 and Sept 04 on " How to have more fun and make better grades".

Presented two talks on, "Managing yourself for greater effectiveness", to the ETH (Federal Institute of Technology) Honggerberg, Zurich, Switzerland, May 27, 2003, and to medical students at ETH, Lausanne, 26 May, 2003.

Presented four talks at the Universidad Nacional San Antonio Abad del Cuzco, Cuzco, Peru, Mar 2003.

Presented 7 talks at two universities in Merida, Mexico- Instituto Technologico de Merida and Eschuela Normal Superior, Sept. 2002.

Sydney, Adelaide, Perth, and Darwin, Australia.  Presentations made to faculties, staffs and students of the Christian Parent Controlled Schools of Australia, Jan-Feb, 2002.

Western Kentucky U.  One talk faculty, one talk students.  Mar 02.

University of Southampton, Sport Studies, Southampton, UK, May 01.

Cruzada de Estudiantil y Profesional, San Jose Costa Rica, Oct. 00

Student Convocation, Tennessee Wesleyan College, 6 Oct. 00.

Faithful fitness- Fitness for successful aging.  Presented at the Successful Aging Seminar Anniston, AL 1999, Tuscaloosa, Je 2000.

Robinson Memorial Lecture, South Dakota State University, Brookings.  Dec. 1999.

Congressional Commission on Military Training and Gender Related issues- Expert witness testimony, Wash. DC, Nov, 98.

US Military Academy Dept. of Behavioral Studies and leadership- Officer Professional Development Presentation- Physiology of Warfare, 98.

Auburn University at Montgomery- Humans in Space- Living and working on the Space Station, '97.

University of Panama, R.P.  Schools of Medicine (Physiology Dept.), Natural Sciences (Biology Dept.), and Physical Education.  Gave talks on gender differences in physiology and on philosophical implications of physiological knowledge, Republic of Panama, '96.

Instituto Technologico y de Estudios Superiores de Monterrey, Monterrey, N.L. Mexico, 2 talks, June 1995.

Instituto Technologico Autonoma de Mexico (ITAM) and Universidad National Autonoma de Mexico (UNAM), Mexico City, Mexico, Oct. 1994.

Governor's Conference on Health and Safety.   New approaches to protective clothing safety. Orange Beach, AL, Aug. 1994.

The Central University of Ecuador- To Physiological Psychology class and to the department of Physical Education- lectures on physiological psychology and on the Physical Education science curriculum in the U.S., June 1994.

The Polytechnical University of Ecuador- Physiological and Engineering: Challenges of Humans in Space, June 1994.

The Confederation of Sports in Pinchinchia (Ecuador)- 3 lectures on scientific bases of athletic

Bishop

coaching, June 1994.

The Polytechnical School of Exercise of the Superior Military Academy of Ecuador- Energy systems of exercise, June 1994.

Tashkent Government University, Tashkent, Uzbekistan, CIS- three lectures on Space Physiology of Humans in Micro-gravity and one on the physiology of aerobic metabolism. March 1993.

Tashkent Medical Institute, Tashkent, Uzbekistan, CIS- One lecture on physical education and medical training with question and answer session. March 1993.

University of Glasgow, The Queen's College of Glasgow, and Southern General Hospital, Glasgow, Scotland.  Made four invited presentations at various levels on the physiology of humans in micro-gravity, Oct. 1992.

Texas A&M University--Man in Space-The Physiology of Humans in micro-gravity, February 14, 1992.

School of Aerospace Medicine, USAF, Brooks AFB, TX--Attacking the work physiology problems of chemical defense, June, 1990.

NASA--Space and Life Sciences Directorate, Johnson Space Center (invited)--Key considerations in design of research in sex differences, Feb, 1989.

University of Houston-- Developing a broader view of physical education...and I don't mean Kinesiology, Oct., 1991.

Texas Lutheran College, three presentations including one to the Biological Honor Society, Oct., 1991.

University of Montana.  Man in Space-The Physiology of Humans in micro-gravity, November, 1991.

University of Tennessee.  Applications of Exercise Physiology in the work place, June 1988.

University of Pittsburgh.  Biological determinants of the sex difference in strength.

Colorado State University.  Design considerations in sex difference research.

Marion Military Institute.  How to Eat More and Lose Weight, Mar, 1991.

Various University of Alabama Student organizations - How to make better grades and have more fun.

AMI West Alabama Hospital, and various Student organizations - Diet, exercise and weight control.

Numerous civic organizations.

**REFERENCES:**

Stuart MC Lee (Colleague)                    Dr. Matt Laurent (Former student)
Code SD 3                                    Bowling Green S.U., School of HMSLS
Johnson Space Center/NASA                    1001 E. Wooster St.
Houston, TX                                  Bowling Green, OH 43403
281 483 3726                                 419 372 6904
slee1@ems.jsc.nasa.gov                       cmlaure@bgsu.edu

Bishop                                                                    74


Dr. J. Matt Green (Former student)          Former Dean of Education, Jim McLean
Box 5073, Flowers Hall                      PO Box 870231
UNA                                         University of AL
Florence, AL 35652                          Tuscaloosa, AL 35487
jmgreen@una.edu                             jmclean@ua.edu
256-577-2376                                205-348-6052


Former Students as References:

Dr. Eric O'Neal                             eoneal1@una.edu
Dr. Krysta Orrick                           kdorrick@uab.edu
Dr. Andy Bosak                              ambosak@liberty.edu
Dr. Jared Hornsby                           jhhornsby@liberty.edu
Dr. Stacy Bishop                            sbishop2@montevallo.edu
Dr. Will Peveler                            pevelerw1@nku.edu

# EXHIBIT 9

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CV No. 08-961 PLF |
| | ) |
| Plaintiff, | ) Judge Paul L. Friedman |
| | ) Mag. Judge Deborah A. Robinson |
| v. | ) |
| | ) |
| HONEYWELL INTERNATIONAL INC., | ) |
| | ) **RELATED CASES**: |
| Defendant. | ) |
| | ) U.S. ex rel. Westrick v. Second Chance Body Armor, |
| | ) Inc., et al. (D.D.C. No. 04-0280 PLF); U.S. v. Toyobo |
| | ) Co. Ltd., et al. (D.D.C. No. 07-1144 PLF) |
| | ) |

**EXPERT SUR-REBUTTAL REPORT OF PHILLIP BISHOP, ED.D.**
**TO THE HONEYWELL EXPERT REBUTTAL REPORT OF**
**W. LARRY KENNEY, PH.D.**

**Executive Summary**

In his rebuttal to my expert report, Dr. Kenney shows the narrowness of his scientific query into the conditions soft body armor (SBA) experiences during wear when he admits he never considered solar radiation, a potentially regular source of temperatures at and above 40°C, and never considered non-environmental sources of heat and humidity/water because "USDOJ witnesses did not address [it]." Nor did Dr. Kenney do any of his own testing to determine the conditions experienced by a SBA vest during wear, as I did.  Instead, he apparently assumes that first responders will be rotated out of work, after only 20 minutes, of the highway traffic accident, the emergency in a sunny location, the walking patrol, or any other vital police duty; and when they do so, they will immediately be issued new uniform clothes and a second, non-sweaty, ballistic vest. Such speculation is not consistent with reality.

In this response to his rebuttal, I provide the basis for why I stand behind my data collection and analysis in my original report. Sweating manikins are scientifically accepted in the clothing technology industry for testing materials and simulating human impact on those materials (*e.g.,* SBAs) in various environmental conditions. My manikin testing was suitable to draw reasonable conclusions regarding the temperature and humidity/moisture conditions of SBA during routine human use in reasonably hot and humid conditions which may be encountered by police officers in the course of their duties. I showed that, during wear, the SBA could be heated either by the body of the wearer, or by the sun; and that sweating will result in high humidity and liquid sweat surrounding the ballistic material in its cover, and can result in the surface wetting of the ballistic material, including the strike face of the ballistic material. Dr. Kenney provides no data to prove otherwise.

1)     **Sweating thermal manikin testing.**

Sweating thermal manikin testing is appropriate and scientifically accepted for the purposes used herein. As Dr. Kenney partially rightly notes (pg. 5), manikin testing is useful under the conditions in which I employed it, *i.e.*, the PURPOSE of the manikin testing was to determine the temperature/humidity/water (sweat) exposure of the SBA under reasonable conditions of hot weather employ, NOT to test human physiological responses. Human physiological responses to wearing an SBA have already been documented, as Dr. Kenney notes throughout his original opinion; but, exposure conditions of the strike face of the SBA, while doing that type of testing, have not been reported. Dr. Kenney reports no published studies of measuring the conditions of the strike face of the SBA. Notably, the human physiological responses (particularly skin temperatures and sweat rates) that have been documented, some of which are provided in Dr. Kenney's original opinion, agree with the SBA manikin data of my report.

Sweating manikins are scientifically accepted in the clothing technology industry for testing materials and simulating human response to those materials in various environmental

2

conditions.[1] In a sweating manikin study of ballistic vests in 2013, the U.S. Army used two conditions identical to the conditions I tested here, namely 35°C, 75% Relative Humidity (rH), and 35°C, 50%rH, on a sweating manikin (their third environment (48.89°C) was much hotter than my hottest tested condition) to compare the effects of different armor ensembles on work rates. [2] When the Army tested military body armor under these conditions, they conservatively predicted soldiers wearing soft body armor with front and back plates in 35°C, 50% rH could last 106 minutes at 250W,[3] and 48 minutes at 425W in FULL sun. Without sun, they predicted 300 minutes (5 hours- the maximum for their model) at 250W. Note that the military body armor with ballistic plates is much heavier than the SBA under consideration that I tested.

Despite Dr. Kenney's description of my test environments as "…in each of 3 randomly chosen extreme environments," I would note, that Dr. Kenney's own Tables 1, 2 and 3 (Kenney Opinion) list published ballistic vest studies with temperatures similar to, or hotter than, those I used. So, it is unclear why more extreme environments are acceptable in his report, but less extreme conditions are objectionable in my testing.

On pg. 4, (middle), Dr. Kenney suggests that the manikin experiments were flawed. He suggests that the use of a manikin was inappropriate and test conditions were unrealistic "from an occupational safety standpoint" and that I, "…purposefully generate a series of extreme artificial conditions that would dramatically exaggerate the actual heat and sweating properties of a human." However, Dr. Kenny's fails to opine on what SBA conditions would be "reasonable" heat stress conditions. I used climate data from Honeywell's climate expert to determine real world, testing conditions. Again, Dr. Kenney's original opinion (Tables 1-3) listed several studies with conditions hotter than those I used.

---

[1] *See, e.g.*, K Blood, R Burke. <u>Further validation of the model-controlled Newton thermal manikin against historical human studies</u>. Proceedings of the 8th International Thermal Manikin and Modelling Meeting (8I3M), Victoria, Canada 2010; Tanabe, S.; Arens, Edward A; Bauman, Fred; Zhang, H.; & Madsen, T. (1994). Evaluating thermal environments by using a thermal manikin with controlled skin surface temperature. *ASHRAE Transactions*, 100 Part 1, 39 - 48. UC Berkeley: Center for the Built Environment. Retrieved from: <u>https://escholarship.org/uc/item/22k424vp</u>.

[2] Potter, AW, Karis, AJ, Gonzalez, JA. <u>Biophysical Characterization and Predicted Human Thermal Responses to U.S. Army Body Armor Protection Levels (BAPL).</u> Technical rept. 2012-2013 ARMY RESEARCH INST OF ENVIRONMENTAL MEDICINE NATICK MA BIOPHYSICS AND BIOMEDICAL MODELING DIV., PDF Url : <u>ADA585406</u>, Report Date : Sep 2013

[3] 5 Kcal/min (principle workload used in some of my manikin testing) = 300 W. This paper lists 300 W as "light" exercise, equivalent to walking 1 meter per second on a hard surface carrying up to 30 kilograms (66 lbs.)

In the real world, sweat rates greater than 1 liter/hour have been observed in my own human studies and have been published by many, as Dr. Kenney reports in Table 2 of his opinion. My exercise metabolic rates for walking and running were taken from Dr. Kenney's own exercise textbook, which he also criticizes for unknown reasons. My conditions still reflected plausible environmental and metabolic levels of police doing normal police tasks such as walking and running. Notably, in the environments tested, after just 25 to 35 minutes of "wear", the SBA was subjected to high heat and humidity.

Dr. Kenney (bottom of rebuttal page 4) states that, "manikins are physical instruments used to measure heat transfer from a human body shape to the environment." If we change his last two words to "to the SBA," I would be in total agreement. In fact, I used the manikin JUST as Dr. Kenney specifies, because there <u>have been NO data published which detail the strike surface temperature and humidity/moisture of an SBA during use</u> during walking and running in hot environments.

At the top of pg. 5., Dr. Kenney speaks of the "ability to predict human skin temperature using manikins is limited at best." I was NOT interested in predicting skin temperature *per se*, I simply measured the skin temperature of the manikin and reported it. At this skin temperature, under the SBA vest (Dr. Kenney's "heavy clothing"?) I also reported the temperature, humidity, and moisture at several points of the SBA.  My humidity and temperature sensors were placed under the ballistic covers and carriers, right on the surface of the ballistic material.

In paragraph 2, pg. 5, Dr. Kenney asserts the obvious concept that manikins do NOT respond as "complex human beings." I agree totally. I never averred that I was measuring the police officers' responses, instead I was reporting the impact of a given set of specified conditions on the temperature, humidity, and wetness of the SBA after a short time of "work" by the manikin. Presumably, real police officers work, rest, cool off, and work again for their shifts, each cycle adding to the heat and humidity experienced by the SBA.

On pg. 10, Dr. Kenney offers a critique of my sweat observations. He argues, again without data, that the sweat which wet the shirt and the SBA strike face, "does not represent a human response." He then argues that axillary sweating "in working humans is relatively low." Anyone who has worked in the heat has observed that the axillary (armpit) area is often the first to become wet. <u>Again, as I have stated and many scientists have reported</u> (as Dr. Kenney demonstrates in Table 2 of his opinion<u>), sweat rates of 1 liter per hour and greater are common among the human population, and Dr. Kenney in Table 2 cites several studies with over 1.7 l/hr. sweat production</u>. In conditions of low evaporation, and under the vest there is minimal evaporation, the liquid (*i.e.* unevaporated) sweat will be copious. Whether the actual sweat rate is 1.0 or 1.7 liters per hour, Dr. Kenney's original report refused to consider the possibility of liquid sweat wetting any part of the garment or SBA, particularly the strike face of the SBA. His argument that the shirt should not be wet appears to be based solely on speculation, without any SBA data under those test conditions. If he has data showing the shirt should NOT be wet under these conditions, he should cite those data. The measured sweat rates of my three manikin experiments were 1.2 liters per hour for the first experiment, 1.0 liter per hour for the second experiment, and 1.7 liters per hour for the third experiment.

Despite his many criticisms of my data collection, he and I both note that these data, generally, are very similar to published human studies. Dr. Kenney suggests, correctly, that human testing is the ideal, but again, the issue is not the human responses but the environmental exposure of the SBA. Yet, he supplies no new human testing data describing SBA strike face conditions.

The new information I gathered chiefly were the data on the temperature and moisture of the SBA, which are not typically measured in studies of HUMAN responses to heat stress. I know of no published data on the temperature and moisture levels of an SBA, except our paper, Ryan et al., (cited elsewhere herein), which gives micro-environmental wet bulb globe temperature, and Dr. Kenney does not cite any. This is not surprising because few people have an application for such data.

One point that has not been addressed is the static nature of my manikin testing. Police officers move in their uniforms and SBA. This movement results in a condition called "pumping" inside clothing. This pumping moves air, and its heat and moisture, around in the clothing more than when the system is totally static. This pumping would actually increase the movement of water vapor and warm air to the strike face and other surfaces of the SBA. My manikin data would then underestimate what we would expect with humans wearing the SBA.

2)      **The test conditions were reasonable for the purposes employed.**

First, I would point out that the U.S. Army, in a manikin study from 2013, used similar conditions to two of the three conditions I tested for my report, namely 35°C, 75% rH, and 35°C, 50%rH, on a sweating manikin. The third condition they tested was 48.89 °C dry bulb, much hotter than any temperature I used, and 20% rH. When the U.S. Army tested military body armor at these conditions, they conservatively predicted soldiers in 35°C, 50% rH could work at least 106 minutes at 250W, and 48 minutes at 425 W in FULL sun when wearing chest and back ballistic plates (Table 1 BAPL-2) or in the soft configuration (BAPL-1). Without sun, they predicted the maximum for their model which was 300 minutes (5 hours) at 250 W.

Dr. Kenney, on occasions when my data do support his claims, is accepting of the data without question. *E.g.* on Pg. 2 (end of section A), Dr. Kenney asserts that the manikin data show that the ballistic fibers must reach 33-37°C. I believe that those temperatures, particularly the upper ones, would represent the temperatures experienced for the SBA of officers working in hot environments <u>in the shade</u> (where most, or all, the human studies Dr. Kenney cited were collected). My sunshine data show much higher temperatures which Dr. Kenney never addresses, except to say, he did not expect to have to opine on sunshine because "USDOJ witnesses did not address [it]." The sunshine temperatures will increase the ballistic fiber temperatures a few degrees to reach and exceed the 40°C (a temperature that has also been studied for *accelerated* environmental testing of SBA). I would note that, as a service to the court, I did report the data regardless whether it provided strong support for heat and moisture exposure of the tested SBA.

At the top of Pg. 6. Dr. Kenney asserts, without data, that 40°C "would not occur in humans." Again, he provides no data of SBA use under the environments and the metabolic rates of this manikin simulation. Yet Dr. Kenney provides in his opinion (Table 1) skin temperatures

above 37ºC and core temperatures above 39ºC with one at 39.4ºC. Under milder environmental conditions and a lower work rate, under protective clothing, and without sunshine, I have personally seen skin temperatures at 38ºC, so 40ºC would not seem impossible in working humans. But again, the question I was asked to address was, what are the temperature and humidity conditions of the SBA, not what is the skin temperature of the human wearing the SBA.

At the top of pg. 7 and Appendix B, Dr. Kenney refers to the ACGIH/NIOSH threshold limit values (TLV), complaining that the conditions I tested were too severe. He ignores the published environmental conditions cited in his opinion in Tables 1-3. He also ignores that this ACGIH guidance is generally NOT applicable to police officer, firefighters or other first responders responding to emergencies. From my personal experience and contact with police and firefighters, public safety is their key concern and, firefighters and police officers do not follow TLVs limiting work duration during emergencies. Despite Dr. Kenney's assertions regarding limiting exposures, a police officer may be exposed to direct sunlight and local hot and humid weather for more than 20 minutes at a time. If Dr. Kenney were correct that TLVs were used for first responders, then firefighters would seldom be able to fight fires at all and our manpower needs for police officers would be astronomical for many warm weather incidents and events such as a University of Alabama Football game in August or early September.

On pg. 7., paragraph 3, Dr. Kenney provides some calculations leading to an impossible rate of rise in core temperature. His point that core temperatures would rapidly increase, suggests from human thermophysiology that skin temperatures would also rise dramatically, perhaps exceeding the skin temperatures I used in these experiments, and his point suggests my data may be conservative. Again, in his rebuttal, Dr. Kenney ignores the data he provided in Table 1 of his original report wherein he cites published research showing "tolerance times" much longer than his calculations suggest for our environments. It is also noteworthy that these "tolerance times", in most cases were not true tolerance times, but merely *a priori* trial durations or artificially low times to reach conservative core temperatures. The Boards of Ethics that must approve all human research studies will rarely let us test humans to their true "tolerance time" in warm to hot conditions due to the risk of heat injury. Generally, first responders are not similarly restricted.

On his pg. 7, Dr. Kenney asserts that I would expect high core temperatures in working police officers. Yes, I do hold that position based on the data I reported, conversations with police officers, and my own human testing over the last 30 years. I have studied protective clothing for many years, and the SBA would increase the heat stress above that without the SBA (see Ryan, G., Bishop, S., Herron, R., Katica, C., Elbon, B., Bosak, A., and Bishop, P. (2015). Clothing Adjustments for Concealed Soft Body Armor During Moderate Physical Exertion. Journal of Occupational and Environmental Hygiene, 12, 222-226. doi: 10.1080/15459624.2014.973112).

On pg. 8, Dr. Kenney states, "Common experience confirms that police officers do not continuously work in completely soaked outer clothing." I am not sure whose "common experience" he cites, but my conversations with police officers confirms that they do sweat profusely in SBA under common hot conditions, and do work shifts as long as 12 hours continuously (*e.g.,* peak dry bulb of 99ºF on 24 Sept 2016- U of AL vs Kent St, 11:00 kickoff, http://www.accuweather.com/en/us/tuscaloosa-al/35401/september-

6

weather/326703?monyr=9/1/2016). They may be able to change into a dry shirt, but usually have only one SBA.

On pg. 8, Dr. Kenney suggests that my test design was inherently biased because I was interested in studying the SBA under conditions resulting in a high sweat rate. Dr. Kenney asserts my experiment was no different than "pouring water over a shirt and vest and confirming that the vest gets wet." This assertion is inconsistent with his own statements elsewhere that the manikin represents a human form, and contradicts his original expert report wherein Dr. Kenney failed to recognize that heavy sweating could result in wetting even the strike side of the SBA. I demonstrated, contrary to Dr. Kenny's position, that for this clothing and SBA system, and completely ignoring radiant heating, under hot and humid environmental conditions, heat, humidity, and in some cases, moisture, all impact the strike side of the SBA, as well as the body side. Sweat rates above 1 liter/hour are commonly reported in my research and that of many others as Dr. Kenney reports in Table 2 of his opinion.

On pg. 11, paragraph 3, Dr. Kenney criticizes my argument that 7-11% of a sweat rate estimated at about 1000ml per hour would result in a substantial amount of liquid sweat by clarifying his 7-11% was for the "outer fabric" of the vest. This is new information regarding where the sweat may have been, but does nothing to diminish the fact that 7-11% of 1000ml (i.e. ~100 ml) of sweat is not a negligible amount, and provides the opportunity for wetting the ballistic panels as I found in my manikin testing.

In a conversation with a local police lieutenant, I was informed that most Police officers typically only get one SBA. They don't have spares to don when the SBA gets hot and sweaty. Police officers can, however, change their shirts if they have access to a dry one, which would mitigate the problem after, but not before, the moisture and humidity impact the SBA.

3)    **Dr. Kenney's data criticisms are without merit.**

The only major error in these data (low cycling humidity under a blower in the environmental chamber, and unexpectedly low skin and SBA temperatures in the same region) produced a less favorable result for our purposes and so it was conservative to include those data. Even those data under the blower showed that at points the back-panel's humidity was at or approaching 80%rH. Notably, the front panel's humidity hovered around 70% and then spiked and remained near 100%rH for the duration of the test.

In pg. 5, paragraph 3, Dr. Kenney comments on Fig. 1.1 that two of the reported temperatures (which in fact are favorable to his argument) are unexpectedly LOW. I suspect that these lower temperatures were a result of evaporation of sweat that had migrated to the front of the SBA (noted at the bottom of Bishop pg. 13). The low relative humidity (rH) of this condition (50% rH) favors rapid evaporation.

At the top of pg. 9, Dr. Kenney repetitively notes a DROP in temperature in my data. Again, I suspect the drop was a result of environmental evaporation. The thermal mass of the human body, and the thermal manikin, means that the body/manikin tends to change core temperature slowly; however, this measure is on the surface of the SBA only under the shirt,

7

which may have been dry at the spot of the thermometry, until it was wetted from sweat, whereupon the temperature dropped as the artificial sweat evaporated. The movement of sweat and subsequent evaporation may also explain a rise in rH at this point. Dr. Kenney's assertion at the bottom of the first paragraph that data were "abnormally altered," seems odd given that any "alteration" of the data were favorable to his position, and not to mine.

On pg. 9. Dr. Kenney attacks my admission that a blower turning on altered some of the data. I was a guest at an environmental chamber using borrowed equipment. I could have omitted these data, as I recognized that these data may not have been entirely accurate given the good agreement among the other temperature and humidity sensors. However, in the interest of a full accounting, I included these data. From my perspective, observing only one bad rH measurement out of 23 total measurements is good, considering the circumstances. One bad measurement, duly reported, could be viewed as substantiation of the quality and integrity of the data gathering and reporting. Again, Dr. Kenney, with NO SBA data, criticizes real, applicable, data taken from the SBA.

4)      **The sunlight testing was valid and scientifically acceptable.**

Dr. Kenney's criticisms of my radiant heating data are wholly unsupported. As an experienced human thermophysiologist who studies protective clothing and is knowledgeable of the published research, my experience is that we, including Dr. Kenney, do very few studies under direct sunlight, consequently there is little research basis for criticism of my data.

Dr. Kenney objects (pg. 3 penultimate paragraph) to my sunshine exposure suggesting a heat lamp test could have been used with the same result. Clearly, Dr. Kenney would have OBJECTED vigorously to what he just proposed. A heat lamp is not the sun.  Police officers do not work under heat lamps. Likewise, he seems to suggest that NO officer works in the sun more than 20 minutes at a time! I am unclear as to his basis for this assumption. During daytime in the summer months, some routine situations, and many emergencies (*e.g.*, an Interstate Highway vehicle accident- just yesterday I observed VA Highway Patrol officers working an I-81 truck wreck for over 2.5 hours), police officers are required to work much more than 20 minutes in sunshine. Police officers do work shifts as long as 12 hours continuously in very hot conditions (*e.g.,* peak dry bulb of 99ºF on 24 Sept 2016- U of AL vs Kent St football game, Tuscaloosa, AL 11:00 kickoff, http://www.accuweather.com/en/us/tuscaloosa-al/35401/september-weather/326703?monyr=9/1/2016)).The high and sustained temperatures are the ONLY data for the SBA in sunshine available anywhere. It appears that Dr. Kenney is yet again speculating without data.

**5) Dr. Kenney's rebuttal ignored several key aspects of my report.**

a.   Dr. Kenney never addressed post-use moisture condensation in the SBA panels mentioned on pg. 19, para. 2 of my report.
b.   Dr. Kenney ignored the weight gain (indicative of water accumulation) and moisture detection paper (inside the panel covers) of the ballistic panels after simulated work exposure which I reported on pp. 14 and 16.

c.   Dr. Kenney criticized that I collected 8+ hours of data on radiant heating of the SBA, but never addressed the high temperatures seen. He suggests that he would only be interested in 20 minutes of data, presuming, without basis, that police officers can leave their posts after 20 minutes. He also failed to note that the test started at 8:20 AM (Bishop pg. 20, para. 1) when radiant loading would be much lower than later when the sun is higher. (*E.g.*, police officers do work shifts as long as 12 hours continuously in very hot conditions (*e.g.,* peak dry bulb of 99ºF on 24 Sept 2016- U of AL vs Kent St football game, 11:00 kickoff, http://www.accuweather.com/en/us/tuscaloosa-al/35401/september-weather/326703?monyr=9/1/2016)). He also failed to note that the SBA temperatures greatly exceeded ambient dry bulb temperatures, by 14ºC or more, for the first 5 hours of testing.

d.   Likewise, Dr. Kenney failed to respond to the observation that the manikin tests were very short (Bishop pg. 11 and top pg. 12) and that 8-hour exposures day-after-day would result in cumulative insults to the SBA.

e.   Dr. Kenny asserted in his original report that moisture could not reach the strike face without penetrating the ballistic panels, but failed to acknowledge that this could occur by liquid sweat and vapor transport, as I point out in my report.

f.   Dr. Kenney never addressed the issue of "accelerated aging" conditions as opposed to normal use conditions; despite the fact that I highlighted this in my report on pg.22, penultimate paragraph, on pg. 24, and at the top of pg. 25.

In the penultimate para. of pg. 6 of his report, Dr. Kenney discusses my use of information from Dr. Kenney's own text book. Although I find it challenging to understand his objection to his own text book data, I was clearly using his data to specify the metabolic rate associated with the activities I simulated in manikin tests of walking and running.

Again, it is noteworthy that on occasions when my data do support Dr. Kenney's claims, he seems to be accepting of those data without question. *E.g.,* on pg. 2 (end of section A). I believe that those temperatures would represent the temperatures experienced for officers working (in the shade) in hot environments. My sunshine data show that the ballistic fiber temperatures could easily exceed the 40ºC used in accelerated aging testing (and represent normal use, rather than accelerated conditions).

## 6) **High temperature is inconsistent with high rH – but not under an SBA.**

I agree with Dr. Kenney (pg. 3, last para.) that in ambient weather, high temperatures and high humidities are not simultaneous -- wherein the water vapor content is in a stable amount over some time period. This is due to the nature of relative humidity (rH) wherein the "relative" ability of the air to hold vapor rises with increasing temperature, causing a near-fixed absolute water vapor pressure to result in lower rH as the day heats up.

However, in my data, 95% rH was seen around the SBA which is a dynamic situation with continual sweat production and evaporation raising the local micro-environmental water vapor pressure. No rH was measured in the sunlight testing, and it would undoubtedly be lower under that non-human condition, with no sweat production, but at these high surface temperatures, the inner SBA layers would thermodynamically have to equilibrate at a temperature intermediate to the two temperatures. Under these conditions, the rH of the outside environment matters less since the SBA user would be sweating profusely, raising the rH in the micro-environment due to continual sweat evaporation.  This was seen in my data, as the rH measured under the vest was higher than the rH of the temperature-controlled chamber about mid-way through each test.

In summary, the SBA (not the ambient environment) can experience simultaneous high heat and high rH because the sweat is continually being produced and evaporated on a 35ºC day, local humidity (internal, under, and around the SBA) is very high due to sweating, and solar radiation is heating the exterior of the SBA. So, you get a higher humidity under the vest than in the ambient air. It is a very bad environment for the police officer wearing a SBA, which is why innovators have developed new technologies to reduce heat/sweat rates under vests, from urging officers to wear sweat-wicking garments to using breathable fabrics or other cooling technologies. For example, our own paper, (Ryan G, Bishop S, Herron R, Katica C, Elbon B, Bosak A, Bishop P. (2013) Ambient Air Cooling for Concealed Soft Body Armor in a Hot Environment. Journal of Occupational and Environmental Hygiene, 11:2, 93-100, DOI: 10.1080/15459624.2013.843782 ), attempted to pump ambient air under the SBA to cool users. Also, the "Cool Cop Body Armor Air-Conditioning" system captures some cool air from a police vehicle air conditioning system and routes it under the SBA (http://www.thefirestore.com/store/product.aspx/productId/18415/selectedVariationId/43713/CoolCop-Body-Armor-Air ("On a hot day, there's nothing more uncomfortable than having to wear a T-shirt soaked with sweat. Add a bullet proof vest, and no amount of air conditioning coming from your car vent is going to keep you cool and dry.")). The product "armorvent" (https://www.armorvent.com/ ("Stop changing t-shirts on your lunch break.")) appears to be a simple plastic panel that moves the SBA carrier off the body a small distance allowing natural convection plus clothing pumping to apparently move ambient air under the carrier to enhance evaporation.

Therefore, daily SBA use in warm to hot environments presents a challenging environment for the SBA itself, in that it is in a very hot and moist environment. The water-resistive nature of the SBA construction does allow in some water (both liquid and vapor as our data showed), but when the water (liquid or vapor) gets in, it also is harder to get the water out.

**7) At the top of pg. 9, Dr. Kenney brings up yet another minor point, this concerning hidromeiosis.**

Hidromeiosis is a real phenomenon of human physiology in which sweat rates may decrease for a time after skin is already wetted in a humid environment. (See http://www.iloencyclopaedia.org/component/k2/item/674-physiological-response-to-the-thermal-environment, for a simple description of this phenomenon). In practice, it has only a small

impact on the cumulative amount of sweat over a short time period in situations of heavy sweating such as those a police officer could experience in emergencies in hot conditions; *i.e.*, hidromeosis reduces the sweating rate, but this reduction has little impact on wetting the SBA as we see in human studies with sustained sweat rates in excess of 1 liter per hour (see http://www.iloencyclopaedia.org/component/k2/item/674-physiological-response-to-the-thermal-environment) despite hidromeiosis.) Again, Dr. Kenney reports very high mean sweat rates, despite hidromeiosis, in Table 2 of his opinion.

8) **Measurements inside the ballistic cover.**

On pg. 10, Dr. Kenney criticizes my efforts to measure inside the panel cover of the ballistic panels, by cutting the bottoms of the covers and then resealing it, and yet at the same time, criticizes me for not measuring half-way through the panel itself. *See* pg. 2. I expected this criticism, which is why I went to lengths to minimize the opening and to reseal it. I contend that any damage did not substantially alter the results, and there was no way to collect these data without instrumenting inside the actual ballistic panels within the panel covers. Dr. Kenny did NOT face this challenge in that he conducted NO SBA instrumented experiments whatsoever.

9) **Additional misinterpretations by Dr. Kenney.**

Dr. Kenney misinterpreted my opinions on several points. He suggests (pg. 2, top) that I stated that 5°C was "not a big difference," "tantamount to saying that 5°C makes no difference in thermoregulatory and thermal physiology." I was referring clearly (Bishop, top of pg. 24) to a difference of 5°C in accelerated aging testing, not in human "thermoregulatory and thermal physiology". The context is clear, (*e.g.,* I speak of "the material"), despite Dr. Kenny's misinterpretation.

To address my point on accelerated aging further, I offer an analogy. If one is cooking a turkey at 165°C (329°F) for Christmas dinner, and the oven thermostat is 5°C too low, Dr. Kenney seems to posit that NOTHING will happen to the turkey. It will not be cooked or affected by the heat. I posit that it will take a few minutes longer, but at a temperature of 160°C, (320°F) that turkey will wind up fully cooked in just a few extra minutes. Neither Dr. Kenney nor I are experts in accelerated aging testing, but as a scientist (and occasional turkey chef), I think this point is logical and comprehensible.

10) **Dr. Kenney's three original points.**

Dr. Kenney introduces his rebuttal with these three points from his original report:

"1. There is no scientific support for the contention that heat transfer from the body of the wearer to the ballistic fibers within the vest is sufficient to heat the ballistic layers to 40°C, and certainly not those layers on the strike face of the vest;
2. There is no scientific support for the contention that human sweating results in wetting of ballistic material within a bullet-resistant vest, and certainly not those ballistic fiber layers within a polyolefin-sealed pack farthest from the body; and,

3. Thermal conditions used in accelerated aging tests are (1) not found at the surface of the human body, and (2) not tolerable by working human beings for more than a few minutes."

After viewing my data and report, to sustain these three points, Dr. Kenney must carefully qualify his rebuttal statements and then ignore substantial aspects of my original report.

As to Point 1, Dr. Kenney ignores my sunshine data, and carefully words his point to suggest that the human body is the ONLY source of heat. The sun, something on fire, high radiant heating inside a building or car, hot industrial conditions, or combinations of these may produce a 40ºC (or more) SBA temperature, as seen in my report in the sunshine exposure data.

As to Point 2, Dr. Kenney ignores my manikin data showing sweat increased the weight of ballistic panels and the moisture detection paper showing liquid and vapor inside the panel covers, as well as the high humidity seen on the strike face during manikin SBA exposure simulations.

As to Point 3, Dr. Kenney ignores my sunshine data, and ignores the fact that these are "accelerated aging" type-temperatures rather than those encountered in normal aging. His clever wording of "found at the surface of the human body" is much narrower than the thermal/moisture conditions experienced by the SBA. Therefore, he first insists it cannot happen (#1), and then qualifies that this non-event could not be tolerated for more than a few minutes (#2).

Muscle and esophageal temperatures above 40ºC have been reported in humans even without protective clothing.[4] As this hotter blood from working muscle is mixed with cooler blood from non-active sources, the mean blood temperature is lowered. This internal temperature is sustained by humans working or exercising in hot environments for relatively long periods depending upon their individual tolerance and fitness. Whereas this has little to do with testing of SBA, this highlights the manner in which Dr. Kenney carefully and subtly qualifies his three points.

**Summary**
In summary, Dr. Kenney underlines offers no data to dispute my findings of high temperatures and moisture measured in the SBA. He offers no counter to my SBA sun-exposure findings of higher than 40ºC, and as high as 55ºC, except to say that somehow police officers abandon their post after 20 minutes in hot sunshine. My original manikin data which Dr. Kenney never discounted, under stressful, but realistic, environments at reasonable work rates, showed that, despite his opinion, the SBA, including the strike face, does experience high temperatures and humidity, as well as moisture. It is noteworthy that these SBA conditions that I tested (2 of the 3 environments were identical to those used by the U.S. Army in their body armor tests) resulted from replications of normal use situations, and therefore would describe normal aging, rather than "accelerated" aging.

---

[4] José González-Alonso, Christina Teller, Signe L. Andersen, Frank B. Jensen, Tino Hyldig, Bodil Nielsen. Influence of body temperature on the development of fatigue during prolonged exercise in the heat. Journal of Applied Physiology. 1 March 1999 Vol. 86 no. 3, 1032-1039).

Submitted 01-17, 2017

Phillip A. Bishop

# EXHIBIT 10

EXPERT REPORT IN UNITED STATES V. HONEYWELL INTERNATIONAL INC.
(D.D.C.)

Degradation in V50 performance Honeywell Z-Shield both after Long-Term Storage in an
Uncontrolled Warehouse Environment and Limited-Term Exposure to Accelerating Temperature
and Humidity Conditions

by

STUART LEIGH PHOENIX, Ph.D.
Professor, Theoretical and Applied Mechanics
Sibley School of Mechanical and Aerospace Engineering
Cornell University
Ithaca, New York

prepared for

United States Department of Justice

November 2, 2015

## 1. Introduction:

### 1.1 Personal Credentials and Qualifications

My name is Stuart Leigh Phoenix and I am currently employed as a Full Professor in the Sibley
School of Mechanical and Aerospace Engineering (MAE) at Cornell University, Ithaca, New
York.  I joined MAE at Cornell in September 1974 as an Assistant Professor and have since been
twice promoted.  Before joining MAE, and after completing my graduate studies, I worked for
two years as a Senior Research Associate at Fabric Research Laboratories (FRL) in Dedham,
Massachusetts.  My formal education includes a B.S. Eng. (1967) and an M.S. (1968) in
Agricultural Engineering from the University of Guelph in Guelph, Ontario, Canada, and a Ph.D.
(1972) in Theoretical and Applied Mechanics from Cornell University in Ithaca, New York.

My research interests and expertise include ballistic impact into fibrous structures, statistical and
micromechanical modeling of time-dependent failure in fibrous composite materials, fracture
mechanics and fatigue modeling in metals, and reliability modeling of composite overwrapped
pressure vessels.

I have received three major awards for my work: (1) The Fiber Society Award for Distinguished
Achievement in Basic or Applied Fiber Science (1983), being cited "for research on the
mechanics of textile structures and the modeling of the strength and fatigue of fiber assemblies";
(2) Harold DeWitt Smith Award, American Society for Testing and Materials (1992), "in
recognition for contributions to the statistical theory of failure of multi-component fiber
assemblies, and dedication to the teaching of theoretical mechanics"; and (3) NASA Engineering
and Safety Center (NASA-NESC) Engineering Excellence Award, June 7, 2005, "in recognition
of engineering excellence on the NESC Composite Overwrapped Pressure Vessels (COPV)

1

Assessment Team", particularly for my central investigative role, and my model development, data interpretation and proposed solutions supporting the *Shuttle Return to Flight* after the Columbia Accident.  My work led to major changes in ground and flight procedures in filling the pressure vessels before flight, and maintaining them over the remaining life of the Shuttle.

I have authored or co-authored more than 100 publications in refereed journals as well as more than 40 refereed and non-refereed conference papers. I serve as referee for several physics, materials science and mechanics journals, refereeing about 25 papers a year.  My work has been highly cited over the years, averaging 33 citations per refereed publication (more than 3875 citations total), and my Hirsch-Index is 37 (Web of Science).

I have consulted extensively on various nationally visible projects, including: NASA/Boeing on reliability and failure modeling of composite overwrapped pressure vessels for the Space Shuttle and International Space Station (2005-2012); Lockheed Martin (Akron, OH) on reliability and analysis of test data for hull materials on High Altitude Airships, (2004-2011); Boeing (Everett, WA)/AdelWiggans on reliability analysis and stress-rupture model development of highly pressurized, composite hydraulic components for the 787 Dreamliner (2008-2010); DSM (The Netherlands) in providing technical advice and support on analytical and numerical modeling of the ballistic performance of HMWPE Dyneema yarns and composites, as well as on many other projects over the years. A more complete summary of my activities and qualifications is contained in my curriculum vitae (Appendix B).

### 1.2  Current Engagement

I have been retained by the United States Department of Justice as a consultant and expert witness in the matter of United States of America, Plaintiff v. Honeywell International Inc., Defendant, for the specific purpose of providing analysis and opinions generally regarding mechanical properties of ballistic materials, and specifically on degradation in V50 performance of Honeywell Z-Shield after long-term aging in an uncontrolled warehouse environment, as well as shorter-term aging in an accelerating environment of elevated temperature and humidity.  My hourly rate for this work is $250 per hour for both consulting and testimony, with separate reimbursement for travel and out-of-pocket expenses.

### 1.3  Overview of Basis for Opinions

I write this report based on my education and knowledge obtained from research and consulting on the mechanics and failure statistics of fibrous materials, spanning 43 years.  References supporting my opinions appear in the References section and other references appear in the text.

### 2.  Summary of Opinions and Conclusions

2.1   In Summer of 2000 Honeywell and DSM agreed to using DSM's V50 test protocol in Z Shield Quality Assurance testing associated with the release of DSM produced Z Shield for shipment to Armor Holdings Inc. (AHI). This same protocol was used by both Honeywell and FMS in Quality Assurance testing of FMS produced Z Shield. This

agreement to use exactly the same V50 test procedure was specifically made to ensure that V50 test results could be reliably compared between Honeywell and DSM and also between Honeywell and FMS.

2.2   In Honeywell's Quality Assurance documents accompanying release of rolls of DSM produced Z Shield for shipment to AHI, Honeywell used and quoted DSM's V50 test results as the basis for V50 performance and acceptance. Honeywell did not quote V50 test results that they themselves had obtained using the agreed upon DSM V50 test protocol.

2.3   Honeywell did not routinely perform V50 tests immediately upon receipt of DSM produced Z Shield rolls and using the agreed upon DSM V50 test protocol. If performed at all, Honeywell performed V50 tests according to this protocol often weeks and even months later.

2.4   When conducting their own V50 tests some weeks after having released DSM produced Z Shield for shipment, Honeywell did not notify AHI that the V50 results obtained by Honeywell, using the DSM V50 test protocol, were lower than those obtained by DSM immediately after manufacture. Lower V50 performance in Honeywell's V50 tests of Z Shield occurred quite frequently.

2.5   In response to concerns in the marketplace regarding possible degradation over time of V50 performance of Zylon-based, body armor materials, Honeywell released two documents to AHI, claiming no degradation in the V50 performance of production Z Shield materials that had been stored up to three years in an uncontrolled warehouse environment. The first document entitled "*Z Shield© Ballistic Material*" (HW0020717-718) was released on June 13, 2003 and a draft with the same material was dated May 12, 2003. The second document, released in November, 2003 and which we refer to in the report as the Fall 2003 Technical Bulletin (HW0022642-643) showed a specific plot (Figures 3.1 and 3.2) of V50 percent retention versus time that began on day 1 at 100% but also ended at 100% about 1095 days (three years) later. The data was said to be for Z Shield material said to be stored in an uncontrolled warehouse environment.

2.6   Several draft documents were found that not only contained draft version of the V50% retention plot in the Fall 2003 Technical Bulletin, with exactly the same points, but they also contained V50% retention plots versus time for Z Shield exposed to a 40°C-70%RH environment for periods up to one year. Some figures had both sets of data, and at the same time points up to one year. The 40°C-70%RH V50% retention data, however, was stripped from the final version of the Fall 2003 Technical Bulletin, released in November, 2003.

2.7   An investigation was conducted to determine the source of the V50 data supporting both the finally published plot (Figures 3.1 and 3.2) and the draft figures containing the plots under 40°C-70%RH exposure conditions. All the 40°C-70%RH data and the data corresponding to warehouse conditions before one year was discovered to correspond to V50 testing on two particular DSM rolls, 20000-1301 and 1-0407. For purposes of generating data for these plots, the V50 testing on these rolls first occurred on October 18, 2001, but by this time, Roll 20000-1301 was already 1-1/2 years old and Roll 1-0407 was 6 months old. Not only was it scientifically incorrect to use these V50 results

as time zero (day 1) data (since it biases later points upward due to excluding early degradation that is more rapid after the true time zero immediately after manufacture) doing so actually left insufficient calendar time for further testing to obtain the 2 year data, not to mention the 3 year V50 data, yet such data had appeared in drafts of Figure 3.1 on September 26, 2003. In fact the first commitment to a claim of no degradation in V50 performance of Z Shield stored for 3 years in a warehouse environment appeared even earlier in a May 12, 2003, draft of the June 13, 2003 release. Not surprisingly no data from these sources was found to support these most important plotted points.

2.8    No V50 data was found in any of the Honeywell technical documents and data base documents to support the plotted V50% retention points in Figure 3.1 and 3.2 at 365 days (1 year), 730 days (2 years) and 1095 days (3 years) in the Technical Bulletin of Fall 2003.   V50 data found on various DSM rolls as tested by both DSM and Honeywell actually reveals a very different story on V50 degradation over 3 years of a warehouse environment, and strongly contradicts Honeywell's claims.   Figures 3.3 through 3.12 show actual V50 behavior of DSM rolls stored under warehouse conditions for three years and longer.  Figure 3.12 which compares the V50 points in the Fall 2003 Technical Bulletin with those from an analysis of data from various DSM rolls, is particularly revealing. The difference between actual V50 behavior and what Honeywell was claiming approached 12% at the 1 year time point (where Honeywell actually claimed a 104% V50 retention) and by 3 years the decrease was 8% or more.

2.9    On October 10, 2003, Toyobo released V50 data obtained on layered Zylon fabric materials after 12, 26 and 36 months of warehouse storage. This testing yielded comparable initial V50 values at the same areal density as used in the DSM V50 test protocol, and using a similar projectile.  Most important, however, the V50 data overall revealed an 8% decrease in V50 velocity over 3 years storage in a Warehouse environment.

2.10   After DSM permanently halted production in early September, 2001, FMS became the actual manufacturer/producer of Z Shield from early 2002 onward.  However, no plotted V50% retention points in the Fall 2003 Technical Bulletin appeared to correspond to FMS produced Z Shield material, contrary to statements made in the June 13, 2003 release and the Technical Bulletin of Fall 2003.

2.11   One particular FMS experimental roll, 157-1, was V50 tested by FMS on October 15, 2001 and then by Honeywell on three occasions over a period of a little over three weeks.  This V50 data, shown in Figure 3.13, also pointed to significant degradation over a three week period of warehouse storage conditions.

2.12   V50 data for 40°C-70%RH exposure conditions was included in draft versions and outlines of the Fall 2003 Technical Bulletin. This data, though not without the fault of a long time delay in first V50 testing after manufacture, was the most legitimate and traceable in Honeywell V50 test records. However, ultimately this data was excluded from the final version in favor of presenting claimed data for uncontrolled warehouse conditions, that was at best seriously faulty and manipulated, and at worst actually fabricated.

4

3. **Facts, Analysis and Supporting Documents, Forming the Basis of Offered Opinions**

3.1 **Optimistic Claims Made by Honeywell in 2003 Regarding Long-Term Ballistic Performance of Z Shield Stored in an Uncontrolled Warehouse Environment**

On June 13, 2003, Honeywell released a document (HW0020717-718) to Armor Holdings Inc. (AHI), entitled "***Z Shield© Ballistic Material***".  This document stated the following:

*"Testing has been conducted on Z Shield© material to determine its performance over time. Z Shield© material has been stored in an uncontrolled warehouse in which temperatures have been known to reach as high as 90 F and as low as 55 F.  Similarly, relative humidity has varied with levels as high as 80% and as low as 10%."*

*"Quality control testing is performed at scheduled time intervals to evaluate the performance of the 'aged' material compared to both the baseline data and current Z Shield© material from production. .… . The data establish that **the V50 of the material tested up to three years after production statistically is at the same level of performance as when it was produced and supplied to the vest manufacturers**."*

A few months later around November 25, 2003 (HW0022637, HW0022642-643 and HW0119361-362), Honeywell released to AHI, a "***Technical Bulletin***" entitled "***Z Shield© Material:  Ballistic Performance After Aging***". This 2003 copyrighted document states:

*"Typical life expectancy based on the body armor manufacturer's warranties in industry, for a maintained ballistic garment is 5 years.  Hence, a testing program is established to monitor the performance of the ballistic material from initial production up to and beyond five years of shelf life.  The V50 of the material is used as the indicator for performance and measured over time.  The performance of the 'aged' material is then compared to the original material to observe the performance retention of the product."*

*"Z Shield© material has been a commercial product since year 2000.  Since its introduction, V50 testing has been performed and recorded to establish the performance of the material over time.  The following is the data to date:"*

Figure 3.1 below, extracted from HW0022642-643, is the "*data to date*" being referred to in the quote.  The figure shows V50 retention (%) versus time (days) of exposure to an uncontrolled warehouse environment, beginning at 100% retention on day 1, the day of initial V50 measurement right after manufacture.  Although Figure 3.1 has relatively poor resolution and lacks some clarity  it is clear that the V50% retention for the last day plotted, at approximately 1095 days (3 years), is centered right at 100% retention, exactly the same value as at day 1.

An identical figure, but with much better resolution, was extracted from a pdf document on line: http://ddq74coujkv1i.cloudfront.net/_misc/BodyArmor/Z%20Shield%20Aging%20Final.pdf
This document is identical in content to HW0022642-643 and HW0119361-362.  Figure 3.2 is a color screen-shot (using Microsoft Paint) of the same figure as shown in Figure 3.1, but with far better resolution.  Once again the V50% retention for the last day plotted, at approximately 1095 days (3 years), is centered right at 100%.



Figure 3.1. Figure taken from Honeywell Technical Bulletin *"Z Shield© Material:  Ballistic Performance After Aging"* as found in HW0022642-643 and HW0119361-362.



Figure 3.2. Figure taken from an on-line document referenced in the text.  This document is identical in wording and content to Honeywell Technical Bulletin *"Z Shield© Material: Ballistic Performance After Aging"* as found in HW0022642-643 and HW0119361-362.

This Honeywell *Technical Bulletin* (HW0022642-643) further states:

> *"The data presented regarding Z Shield materials demonstrates that **there has been no loss of ballistic performance over a three-year time period when stored in an uncontrolled warehouse environment**. Based on the data, and from experience with other ballistic materials, **there is no significant anticipated change in the ballistic performance response of the Z Shield material for the five year suggested lifetime of most ballistic resistant vests** assuming proper care and use."*

In order for Honeywell to support the statement in the first document that *"the V50 of the material tested up to three years after production statistically is at the same level of performance as when it was produced and supplied to the vest manufacturers"*, it would have been necessary for Honeywell to have conducted V50 tests on Z Shield material drawn from production rolls no later May 12, 2003 and also three years earlier, i.e., no later than May 12, 2000, which is the date of a draft of the June 13, 2003 document, "*Z Shield© Ballistic Material*" that has the same wording (HW0006045-046).  Also, in order to justify the plotted points in Figure 3.1, V50 tests would have been required at dates no later than September 26, 2003, since the basic figure had already appeared in a draft document, HW0118148 - 153 by that time.  This means that initial V50 testing would necessarily have occurred three years earlier, so no later than September 26, 2000.  Studying in more detail the locations of the points plotted in Figure 3.1 (and Figure 3.2), V50 tests on material from the same warehoused rolls would also have been necessary at various specific time intervals including for instance at 180 days (six months), 365 days (1 year) and 730 days (2 years) as well as at 1095 days (3 years).  Furthermore, for the results to be relevant to predicting the current and future performance of Z Shield being sold by Honeywell, the V50 results would need to reflect the performance of production from the current manufacturers of Z Shield, not just a past manufacturer.

An extensive search of discovery documents, including V50 test records in HW0228437-9053 (> 616 pages) and a large Excel file HW00400000, as well as in various lab books, e.g., HW00400039-203, was conducted to locate the specific V50 test data supporting the critical Z Shield data points presented by Honeywell in Figure 3.1. Data behind some plotted values in Figure 3.1 for earlier times were uncovered, together with complete data on V50 performance of Z Shield under accelerating conditions of 40ºC-70%RH, which happened to be associated with various graphs in draft versions of the Honeywell Technical Bulletin, HW0022642-643.  The results of this search and analysis are described in detail in Appendix A.  However data supporting the crucial (and most optimistic) points in Figure 3.1 at later times, was not located in this same group of documents. Thus extensive effort was put into locating and assembling Z Shield V50 test data obtained by both Honeywell and the manufacturers (DSM and FMS) for various rolls stored in an uncontrolled warehouse environment.  (Note: Data supporting many of the points plotted in Figures 3.3 to 3.18 can be found in documents listed in Appendix A1.)

### 3.2   Actual Ballistic Performance of Honeywell Z Shield Stored in an Uncontrolled Warehouse Environment Shows Extensive Degradation with Time

A search through Honeywell documents led to the discovery of V50 test data generated over time on Z Shield taken from various DSM rolls from Lots 1 to 5 as well as later FMS rolls. The results reveal degradation in V50 over time that contradicts the claims Honeywell made in two documents above and especially Figure 3.1 from their Technical Bulletin, HW0022642-643. Honeywell documents HW00400000 and HW0228437-9053 together appear to contain all data from Honeywell V50 testing of Z Shield Material from around 1/18/2000 to 8/14/2006.  Other

discovery documents provide much of the V50 data generated by the two Z Shield manufacturers, DSM and FMS. All three organizations, Honeywell, DSM and FMS used the same DSM V50 test protocol first agreed upon by Honeywell and DSM in late Summer of 2000. Thus it was possible to compare results and generate a profile of Z Shield V50 performance versus time post-production for material stored in an uncontrolled warehouse environment.

As we show, the actual V50 test results on various Z Shield rolls repeatedly show considerable degradation in V50 performance approaching 10% over a three year time span, thus completely contradicting claims made by Honeywell in their Technical Bulletin, HW0022642-643. Honeywell had ample opportunity to observe this degradation in the V50 performance of Z Shield over a three year period from early Summer 2000 to Fall of 2003. Such degradation under ambient warehouse conditions was observable in Z Shield material produced for Honeywell by DSM from April of 2000 to around September 3 of 2001 (when DSM announced they were suspending Z Shield production as a result of unexpected degradation observed under elevated temperature and humidity conditions, as indicated in HW0002300 and HW0002301). By September 25, 2001 Honeywell was already active in seeking a possible solution to the admitted V50 degradation problem (HW0002297-298).

As we also show, degradation in Z Shield V50 performance under ambient warehouse conditions was also observable in Z Shield subsequently produced for Honeywell by FMS, both in early development trials and in production beginning around March of 2002 and continuing through 2003  In the case of both DSM and FMS produced Z Shield materials, the amount of observable degradation was not trivial; indeed it was far larger than any statistical uncertainty one might associate with the data reflected in the two documents Honeywell released to AHI, in 2003.

### 3.2.1   Available V50 test data on production Z Shield from DSM and FMS

*DSM Z Shield Material*.  In Summer 2000, Honeywell and DSM agreed to use the DSM V50 test protocol in terms of shoot-pack dimensions, number of layers (22) and projectile, a 9mm GECO steel jacket/lead core FMJ. (HW0000664-668, HW0003584-588, HW0343751, HW00406363; DSM-00039-40.) However, Honeywell actually performed relatively little V50 testing on DSM produced material, whether for quality control or research purposes, and V50 testing was typically not immediate after receiving the material.  In fact in QA certification documents released with Z Shield when sold to Armor Holdings and other body armor manufacturers, Honeywell (Pete Chalifoux) routinely cited DSM's original V50 test results for the Z Shield rolls, rather than Honeywell's own tests which typically had yet to be conducted, if at all, when the QA certification documents were released.  (HW0001543, HW0229141, HW0229142, HW0229143, HW0229144, HW0229145, HW0229146.)

V50 testing was ultimately performed by both Honeywell and DSM on rolls from five lots of DSM material produced and shipped by DSM over about a 16 month period, from March of 2000 to around August of 2001.  This V50 testing used the DSM V50 test protocol.  As a result of V50 testing on some DSM material by both DSM and Honeywell, we have been able to assemble and plot considerable V50 test information versus elapsed time post manufacture, and in the case of some Z Shield rolls, out to and beyond three years through Summer and late Fall 2003, when the Honeywell Technical Bulletin (HW0022642-643) was released.

*FMS Z Shield Material*.  In the case of FMS manufactured Z Shield, both Honeywell and FMS performed V50 tests on the various rolls of material.  FMS performed V50 testing right after

manufacture and before shipping and Honeywell typically performed V50 testing not long after receiving a shipment, though the exact waiting time varied somewhat.  In the case of QA certification documents released with FMS produced Z Shield, Honeywell, however, cited its own V50 test results rather than those of FMS, unlike what was done with DSM. (HW0228167-174, HW0229147-173, HW0229174-188.)

The timeframe over which it was possible to observe uncontrolled warehouse environmental aging and V50 degradation in FMS produced Z Shield material was shorter.   It was at most 2 years before Fall of 2003 for FMS development rolls, and about 15 months for production rolls.   Nevertheless, it was still possible for Honeywell to observe V50 degradation trends over time.

### 3.2.2   V50 behavior over time of DSM Z-Shield material stored in warehouse conditions.

***Special DSM Roll 1301 (Lot 1).***  Since DSM Z Shield roll 20000-1301, known also as Roll 1301 (together with roll 1-0407) played such a prominent role in Honeywell's V50 testing of aged material both under 40ºC - 70%RH conditions and conditions of an "uncontrolled warehouse environment" we begin by plotting its V50 data over storage time in an uncontrolled warehouse environment as obtained from discovery documents and shown in Figure 3.3.



Figure 3.3.  Plot of V50 data on Roll 20000-1301 produced by DSM, and which played a prominent role in drafts resulting in generation of the Honeywell Technical Bulletin in Fall 2003.

In Figure 3.3 there is the original DSM V50 data for Roll 4518-3 (or 4518-B and sister rolls), from which Honeywell derived Roll 20000-1301 on 7/20/2000, as indicated in HW00410680. (A more detailed discussion of the circumstances of roll 20000-1301 is presented in Appendix A.) Honeywell themselves apparently did no V50 testing on 20000-1301 following DSM protocol, until more than one year later. The Honeywell portion of the data can be found in HW0228437 - HW0229053 and HW00400000 as well as other documents such as HW0006009-019. The data from DSM and Honeywell is plotted in Figure 3.3.  Roll 20000-1301 is designated as a Lot 1 DSM roll.

In studying the data presented in Figure 3.3, we note that the first Honeywell V50 testing of Roll 20000-1301 was about 15 months (~ 450 days) after the V50 testing by DSM, and clearly this time lag resulted in considerably lower V50 results (by at least 5%). This degradation pattern continued (within typical variability) out to almost 870 days or almost 2-1/2 years.  Note that there is no 20000-1301 data in Honeywell discovery documents corresponding to 3 years (1095 days) as presented in the graph in the Honeywell Fall 2003 Technical Bulletin.  This is despite the fact that other points in this document were based in part on data from DSM Roll 1301, as is discussed in the Appendix. Thus there is nothing whatsoever in Figure 3.3 to support 100% V50 retention at 3 years storage in an uncontrolled warehouse environment.



Figure 3.4.  Plot of V50 data on Lot 1 Roll 20000-1300 produced by DSM and tested by both DSM and Honeywell using the DSM V50 testing protocol.

***DSM Rolls 1300 and 1310 (Lot 1)***.  Figures 3.4 and 3.5 show V50 data obtained by both DSM and Honeywell on DSM Rolls 2000-1300 and 2000-1310, known also as Rolls 1301 and 1310, all using the DSM V50 test protocol.  These rolls were also from DSM Lot 1.  For both rolls there was notable V50 degradation in Honeywell V50 testing approaching one hundred days or shortly thereafter after initial V50 testing by DSM.  In both cases DSM achieved an initial V50 average of about 1520 ft/s, consistent with what was found for Roll 1301.  However within around 75 days for roll 1310 and 110 days for roll 1300 the V50s had dropped to around 1455 to 1470 ft/s, or by about 4%.  This pattern continued out to around 500 days (almost 1-1/2 years), where the V50s dropped to 1410 to 1415 ft/s, or by about 7% by this time.  There is no additional meaningful data until about 1600 days so well beyond 4 years after initial production and well beyond the three year time point in the figure in the Technical Bulletin of Fall 2003.  The degradation from 500 days to 1600 days gave the impression of leveling off, but in fact degradation resumed quite sharply by 1900 to 2000 days, (a little over 5 years) where the V50 had dropped to 1330 to 1375 ft/s so about 11% at this point in time.  Thus Honeywell's expectation of no further degradation out to 5 years, as stated by Honeywell in the Technical Bulletin of Fall 2003, is also not supported by this data.

10



Figure 3.5.  Plot of V50 data on Lot 1 Roll 20000-1310 produced by DSM and tested by DSM and Honeywell, using the DSM V50 testing protocol.



Figure 3.6.  Plot of warehouse environment V50 data on Lot 2 Rolls 3879-3932, produced by DSM and tested by DSM and Honeywell, using the DSM V50 testing protocol.

***DSM Rolls 3879-3932 (Lot 2)***.   Figure 3.6 shows V50 data obtained by DSM and Honeywell on rolls taken from DSM Rolls 3879 to 3932 from Lot 2, and all using the DSM V50 test protocol. The data shows that the initial V50 testing by DSM yielded a V50 result of a little over 1500 ft/s so around 20 ft/s lower than previous Lot 1 rolls, 1300, 1301 and 1310.   On the other hand Honeywell's initial and subsequent V50 testing was more pessimistic, being around 1460 ft/s by about 50 days.  Further V50 testing by Honeywell at around the 1 year point (~345 days) yielded an average V50 of around 1390 ft/s.  Thus the loss in V50 at one year was approaching 8%. Honeywell V50 test data for Rolls 3886, 3887, 3890 thru 3920, and 3922 thru 3935, was

11

curiously absent from the key 616 page data base, HW0228437 - 9053, but the Honeywell data plotted here was found elsewhere in Honeywell discovery documents.



Figure 3.7.  Plot of warehouse environment V50 data on DSM Lot 3 Rolls 1-0366 to 1-0422 including Roll 1-0407, as tested by DSM and Honeywell, using the DSM V50 testing protocol.

***DSM Rolls 1-0366 to 1-0422, including special Roll 1-0407 (Lot 3).***  Figure 3.7 shows V50 data obtained by DSM and Honeywell on DSM Rolls 1-0366 to 1-0422 from Lot 3.  This figure also includes V50 data from the heavily tested DSM roll 1-0407 used in the 40°C-70%RH environmental testing and uncontrolled warehouse environment testing in connection with drafts of the previously discussed figure in the Honeywell Technical Bulletin of Fall 2003 (HW0022642-643).  In this case, DSM's initial V50 testing produced an average value of more than 1540 ft/s for this Lot 3 material.  And about 4 to 5 weeks later, Honeywell obtained an average V50 of a little above 1500 ft/s.  However by around 175 days or about 6 months, Honeywell measured a V50 of around 1425 ft/s and that was also the case at around 250-260 days or a little more than 8 months.  Thus by that point in time, the V50 loss was around 7%, once again contradicting Honeywell's claims of no V50 degradation in the published figure in the Honeywell Technical Bulletin of Fall.  Also there is no data corresponding to the three year time point in that figure.

***DSM Rolls 1-0727 to 1-0781 (Lot 4).***  Figure 3.8 shows V50 data obtained by DSM and Honeywell corresponding to DSM Rolls 1-0727 to 1-0781 from Lot 4, and all using the DSM V50 test protocol.  The initial value was again around 1515 ft/s, and in this case, the V50 behavior appeared to be more optimistic than for previous lots approaching 100 days, with minimal V50 difference observed between V50 testing by DSM and Honeywell.  By 235 days, however, a significant decrease in V50 from the initial value of 1515 ft/s down to about 1430 ft/s was evident, or almost a 6% decrease in less than one year (eight months).  Once again Honeywell's claim of no degradation in the figure in the Fall 2003 Honeywell Technical Bulletin (HW0022642-643) is contradicted.

12



Figure 3.8.  Plot of warehouse environment V50 data on DSM Lot 4 Rolls 1-0727 to 1-0781, as tested by DSM and Honeywell, using the DSM V50 testing protocol.



Figure 3.9.  Plot of warehouse environment V50 data on DSM Lot 5 Rolls 1-1897 to 1-1958 as tested by DSM and Honeywell, using the DSM V50 testing protocol.

***DSM Rolls 1-1897 to 1-1958 (Lot 6).***  Figure 3.9 shows V50 data obtained by DSM and Honeywell corresponding to DSM Rolls 1-1897 to 1-1958 from Lot 5, and all using the DSM V50 test protocol.  In this case the V50 data goes out to beyond the three year time point and even the five year time point.  However only the data before 1000 days would have been available to Honeywell by late Fall 2003 when the Honeywell Technical Bulletin (HW0022642-643) was published. Still the data reveal a substantial decrease in V50 from around 1530 ft/s initially to 1430 ft/s by around one year, so about 6.5% loss, and down to 1395 ft/s by 880 days (about 2.5 years) so about a 9% V50 loss.  Once again the observed degradation contradicts the

13

claims of no degradation having been observed by those times in the Fall 2003 Honeywell Technical Bulletin (HW0022642-643). Furthermore, the V50 degradation continued, and even before 5 years it was down below 1350 ft/s, so by then reflecting a 12% loss in V50 performance.

Individually and taken together as a whole, the V50 data in Figures 3.3 to 3.9 corresponding to DSM produced Z Shield, strongly contradicts the statement made by Honeywell in the June 13, 2003 released document, HW0020717-718, entitled "*Z Shield© Ballistic Material*", which is "*The data establish that the V50 of the material tested up to three years after production statistically is at the same level of performance as when it was produced and supplied to the vest manufacturers*". The data in these figures also contradicts the data shown in the figure in the Fall 2003 Honeywell Technical Bulletin (HW0022642-643). In fact there is no data in any of these plots to support the 100% or more V50 retention indicated at the time points of 1 year, 2 years and 3 years in this document.

***Merged V50 behavior over time of warehoused DSM rolls from Lots 1 through 5.*** It is illuminating to merge onto one figure the data from DSM Lots 1 through 5 as shown in Figures 3.3 to 3.9. Figure 3.10 is such a plot, where the square dots are averages of three or more V50 tests.



Figure 3.10. Plot of warehouse environment V50 data merged from DSM Lots 1 to 5 shown in Figures 3.3 to 3.9, as tested by DSM and Honeywell and using the DSM V50 testing protocol. The square markers are averages of V50 test cases where 3 or more V50 tests were performed.

Figure 3.11 shows the same data in Figure 3.10 but using log-time scaling on the horizontal axis to expand the degradation detail earlier in time, say over first 100 days or so. In Figure 3.11 we have time-shifted and spread out the initial DSM data over about 5 days to avoid piling all the points on top of each other, and thus, to make the initial data easier to see.) A logarithmic scale in time is often used in scientific analysis to plot data since degradation rates often follow what in the subject of chemistry is called Arrhenius linear (straight line) behavior in time. Arrhenius behavior results from the chemical drivers of degradation such as environmental temperature and humidity level and its interaction with the phosphoric acid used by in Zylon fiber processing, and

14

trapped in the fiber itself.  (Zylon is chemically known as a *poly(p-phenylene-2,6-benzobisoxazole)* or PBO, a fiber produced by Toyobo.)



Figure 3.11.  Merged uncontrolled warehouse environment V50 data of Figure 3.10 plotted using a log-time scale on the horizontal axis, a common scientific practice to show more clearly what is known as Arrhenius linear (straight line) degradation behavior.  Lines have been drawn in to "guide the eye" and give an approximate indication of the degree of degradation observed overall at 1 year, 3 years and 5 years.

Figure 3.11 clearly shows that by 3 years, DSM manufactured Z Shield had degraded almost 10% in warehouse conditions, contrary to claims made by Honeywell in the summer and Fall of 2003.  Looking in more detail at Figure 3, little or no degradation in Z Shield is to be expected in the first 15 to 25 days or about three weeks.  However, by 3 months or 12 weeks, V50 degradation becomes noticeable and by 6 months (180 days) is more than 5%.  By 1 year the degradation in V50 is about 7%, whereas the figure in the Fall 2003 Honeywell Technical Bulletin (HW0022642-643) claims an *improvement* in performance of 4%.  This amounts an 11% discrepancy between Honeywell's claim and what this data actually shows.

***Large discrepancy between actual V50 performance of warehoused DSM Z Shield vs Honeywell claimed V50 performance in Fall 2003 Technical Bulletin.***  Figure 3.12 shows Honeywell's plotted points extracted from Figures 3.1 and 3.2 in the Fall 2003 Honeywell Technical Bulletin  (HW0022642-643) as compared to V50 data plotted points from Figures 3.10 and 3.11, averaging at least three V50 tests.  Clearly the V50 data from these DSM Z Shield rolls contradicts Honeywell's claims of no V50 degradation over three years and no anticipated significant degradation over five years in the two publicly released documents, namely the June 13, 2003 document entitled "***Z Shield© Ballistic Material***" (HW0020717-718) and the Fall 2003 "***Technical Bulletin***" document "***Z Shield© Material:  Ballistic Performance After Aging***" (See HW0022642-643 and HW0119361-362).  This contradiction is true overall for DSM Z Shield

15

production, but it was also true for individual lots and even individual rolls as shown in Figures 3.3 to 3.9.



Figure 3.12.  Plot of warehouse environment V50 data on merged data from DSM Lots 1 to 5 as tested by DSM and Honeywell and using the DSM V50 testing protocol.  The averages reflect test cases where 3 or more V50 tests were carried out.  Also shown are Honeywell's points from the figure in the Fall 2003 Honeywell Technical Bulletin HW0119361-362.

### 3.2.3   V50 behavior over time of FMS Z-Shield material stored in warehouse conditions.

After DSM suspended production in early September, 2001, Honeywell contracted with a different toller, FMS, to produce Z Shield for Honeywell sale to Armor Holdings Inc. Experimental trials began shortly thereafter on a trial roll designated 157.

***FMS experimental roll 157-1 V50 results under warehouse conditions.***  Four shoot pack samples were V50 tested by FMS on 10/15/2001.  The four V50 tests were designated 157-B (beginning of roll), 157-M (middle of roll, two samples) and 157-E (end of roll).  This roll was subsequently shipped to Honeywell for further study and V50 testing under roll designation 157-1 (and others).  V50 testing on 10 shoot packs was conducted by Honeywell on 10/25/2001, so about 10 days after those performed by FMS, and one more V50 test was performed two days later on 10/27/2001.  Honeywell conducted three further V50 tests on Roll 157-1 on 11/6/2001 but conducted no further V50 tests until some three years later after storage under an uncontrolled warehouse environment, so about one year after publishing the Fall 2003 Technical Bulletin.

Figure 3.13 shows the individual V50 data points obtained by FMS and Honeywell, both using the DSM V50 test protocol standard agreed to by Honeywell and DSM, and required of FMS in their V50 testing.   The four FMS V50 values shown on Figure 3.13 yielded average value of about 1407 ft/s.  The eleven Honeywell V50 values obtained about 10 days later, and shown on Figure 3.13, yielded an overall average of 1352 ft/s.  Interestingly the 11th shoot pack, which used a different lot of GECO projectiles than the other 10 (69TT vs 48PV for the 10), happened

to test the highest at 1396 ft/s.  However, its V50 value still fell short of the FMS V50 average, 1407 ft/s.

Honeywell performed three more V50 tests on 11/6/2001, so about 23 days after the original FMS V50 tests.  Two of these tests used the GECO 69TT projectile and one used the GECO 48PV projectile.  This time the average was 1355 ft/s.  Significantly, the highest V50 test value of these three, 1365 ft/s, was lower than the lowest of the FMS V50 test values, 1372 ft/s about three weeks earlier.  All these tests assumed an uncontrolled warehouse environment.

About three years later Honeywell performed further V50 tests on Roll 157-1 material, after storage under an uncontrolled warehouse environment.   The data is also shown in Figure 3.13. This data was obtained about one year after publishing the Fall 2003 Technical Bulletin.

Figure 3.13 shows that, had Honeywell chosen to perform such tests at the two year point, they would have observed more than 10% degradation compared to the original FMS tests, as well as about 6% V50 degradation relative to their own first V50 testing.  Thus what is seen in Figure 3.13, is consistent with the Figures 3.3 to 3.12 corresponding to DSM produced material. Furthermore their own first V50 testing, compared to initial FMS V50 testing was an indication of significant degradation in a little more than three weeks.



Figure 3.13.  Honeywell versus FMS V50 tests over time on Roll 157, a preproduction test roll.

***V50 test results and variability in FMS production Z Shield material.***  After considerable research and development in working with FMS, commercial production began and Honeywell testing of the first production rolls began on 3/8/2003. Testing of another set of rolls in the sequence was conducted on 5/9 and 5/11/2005, thereafter V50 testing continued periodically until 12/17/2003 when testing was suspended due to poor V50 performance of rolls produced in the last few months of 2003.



Figure 3.14.  V50 Performance trends in FMS Z Shield from March 2002 to December 2003.

Figure 3.14 plots our analysis of the V50 behavior of Z Shield produced by FMS beginning in 3/8/2002 and tested by Honeywell using the DSM V50 test protocol.  (The general procedure for V50 testing was actually to construct composite V50 shot packs using material from several rolls in sequence (usually six) thus giving a value representative of the 6 rolls, and presumably revealing if one roll is performing poorly, thus lowering the overall performance of that shoot pack.) In Figure 3.14, 1378 ft/s (420 m/s) is a lower quality cut-off for Z Shield to be shipped as "*A quality*" material.  Below this value (below 419 m/s) the material was referred to as "*Q1A quality*" material.  (Essentially all DSM Z Shield tested as *QA quality* material). (Note that on Figure 3.14 FMS Roll 10XYZ is denoted as Roll XYZ and we use these designations interchangeably.)

On Figure 3.14, the error bars in blue are plus/minus one standard deviation combining estimated process fluctuations as well as V50 test variability.  The pink lines are separated by an estimate of one standard deviation of the process fluctuations obtained by calculating the variability seen in 10 sequential V50 tests versus individual tests and subtracting out the test variability estimated from pairs of tests on the same set of rolls (i.e., first test and second test on the so-called "retain").  The V50 test standard deviation calculated from this variability was approximately 25 ft/s.  The purpose of these error bars is to gage whether or not the fluctuations reflect real changes in the Z Shield material and not simply V50 test variability.

As seen in Figure 3.14, the V50 performance (Honeywell testing around 3/11/2002) of the first few production rolls of FMS Z Shield fell below the 1378 ft/s threshold, but by Roll 10010 or so the V50 had improved to above the threshold and remained so till around Roll 10043 (also first tested around 3/11/2002). Then from approximately Roll 10043 (also first tested around 3/11/2002) to about Roll 10180, the V50 performance failed to consistently reach the 1378 ft/s, the A quality threshold.  Then for the next year from around Roll 10166 (first tested 5/31/2002) till Roll 10650 (first tested a year later on 6/2/2003), the 1378 ft/s V50 threshold was met.

18

Around Roll 10667 many of the subsequent rolls suddenly had V50s considerably below the 1378 ft/s threshold. For the next few rolls out to around Roll 10711 (also tested on 6/2/2003), the V50 performance recovered but for Rolls 10712 onward (produced after a lag of two months and tested from 8/11/2003 through 12/17/2003), the V50 performance fell again to well below the 1378 ft/s threshold, as seen in Figure 3.14.

The rapidly fluctuating V50 regions in Figure 3.14, particularly from shortly after Rolls 10600 to just before Roll 10800, are expanded for clarity in Figure 3.15. When a decrease in V50 performance occurred in FMS produced Z Shield, the decrease was striking and consistent (within a grouping of relatively few rolls). Again the error bars in Figure 3.15 have the same interpretation as in Figure 3.14. Clearly issues regarding the performance of DSM Z Shield had occurred in rolls around roll 10660 and from roll 10710. The cause of this behavior was not readily apparent to either Honeywell or FMS by the end of 2003.



Figure 3.15. V50 performance trends in FMS produced Z Shield from Roll 600 tested around 4/30/2003 to Roll 800 tested 12/19/2003. This figure expands out the rapidly fluctuation region of Figure 3.14.

***Variability in V50 testing by Honeywell.*** Figure 3.16, shows a plot of V50 differences (showing both 1st – 2nd test and 2nd test – 1st test) in cases among all rolls from Roll 1 out to Roll 923 where Honeywell repeated V50 tests on composite shoot packs by also shooting the "retain". The lines represent plus/minus one standard deviation (about 25 ft/s) typical of V50 testing. Figure 3.17, does the same for the first 130 rolls where Honeywell carried our multiple V50 tests on shoot packs from many individual roll combinations. In both cases the lines represent plus/minus one standard deviation (about 25 ft/s) typical of V50 testing. Neither Figure 14 nor Figure 15 suggests that the cause was somehow the result of increased variability in V50 testing, itself. However something can be learned from the timing of V50 testing by FMS versus by Honeywell that is the time lag between FMS V50 tests and Honeywell V50 tests on the same material.



Figure 3.16.  Plot of V50 differences (both A-B and B-A) in cases where Honeywell repeated V50 tests on composite shoot packs, i.e. also shooting the "retain".  The lines represent plus/minus one standard deviation (about 25 ft/s) typical of V50 testing.



Figure 3.17.  Plot of V50 differences (both A-B and B-A) in cases among the first 130 rolls where Honeywell repeated V50 tests on composite shoot packs, i.e. also shooting the "retain". The lines represent plus/minus one standard deviation (about 25 ft/s) typical of V50 testing.

***Effect of time delays in Honeywell's V50 testing of FMS produced and tested Z Shield.*** Figure 3.18 plots the V50 data in Figure 3.14 for FMS production rolls from Roll 10001 up to about Roll 10923 including all original and "retain" V50 testing by Honeywell (in blue and red) as well as the original FMS V50 tests in green.  It turns out that varying time lags occurred between FMS versus Honeywell V50 tests on the same rolls of material leading to the general observation that V50 testing by Honeywell when five to six weeks (35 to 40 days) after the original FMS V50 tests, resulted in noticeably lower V50 results. A few rolls in the first 100 rolls showed significantly lower performance after 5 to 6 weeks but the roll regions around Rolls 660 and

20

Rolls 740 onward showed dramatically lower V50 performance after five to six weeks delay in V50 testing compared to time of production.  During these periods, the reduction in V50 was 5% to as much as 7%.



Figure 3.18.  Plot of V50 data in Figure 3.14 for FMS production rolls including original and "retain" V50 testing by Honeywell (in blue and red) as well as original FMS V50 tests in green.

Based on the results in Figure 3.11 compiling V50s for various DSM Z Shield rolls (also see Figures 3.4, 3.6, 3.7 and 3.9) versus time under an uncontrolled warehouse environment as well as Figure 3.13 for FMS Z Shield Roll 157, a significant reduction in V50 performance was certainly to be expected, if not quite at the level of 5 to 7%.

### 3.2.4  Additional circumstances of erratic performance of Z Shield in latter half of 2003.

On December 19, 2003, FMS sent an e-mail following up on a conference call the day before regarding further testing (HW0020544-546).  In that e-mail, Avi Blum of FMS stated:

> "We are not the first one who has revealed these issues, and also few reports has been published about the problems of Zylon. The fact that Toyobo has stopped to publish the Zylon as a ballistic material is talking by itself."

Avi Blum goes on to say:

> "I told you Carlton before producing these two runs that maybe it is better not to run these production at all due to many issues which evolving the problems of the Zylon, but you have told me that your client will buy this in any case and therefore you do not see any problem to produce it."

Despite all this there appears to have been a desire on Honeywell's part to blame FMS for the problems of poor performance of these most recent production runs, in that FMS may have changed processing conditions somehow without informing Honeywell.  This is clear from a December 19, email from Lori Wagner to Timothy Swinger at Honeywell where she said:

> "It would suggest that FMS has changed their conditions and the storage of the materials is deficient to their prior care of the material."

She even admitted to awareness of degradation of Zylon in warehouse conditions when she said:

> *"the fact that Toyobo has put out data that shows that the fiber and some fabric that is over three years old and stored in a warehouse show little (definitely less than 5%) change and we are only looking at a few months."*

In fact there was correspondence between Toyobo and Honeywell from August 11, 2003 onward regarding the so-called red yarn issue which led to degradation of Zylon and about which Toyobo had issued a statement, and even a meeting between Toyobo and Honeywell on October 10, 2003 (HW0091143-145, HW0091141-142, HW0091140, HW0002268 -268).  It appears that Honeywell was unaccepting of any evidence that would force them to change their position regarding no degradation in Zylon when stored in warehouse conditions for 3 years.

### 3.3   Search through Honeywell Data-Base Documents to Find Supporting Data for Key Figure in the Fall 2003 Technical Bulletin to Body Armor Manufacturers

The highly variable V50 performance in FMS produced rolls, including failure of many to make QA certification was observed by Honeywell in early June and from late August through September 23 of 2003.  This is exactly the time frame when Honeywell had drafted to body armor manufacturers, especially AHI, the two documents, namely *"Z Shield© Ballistic Material"* (HW0020717-718) drafted by May 12, 2003 (HW0006045 - 046) and the *"Technical Bulletin"* entitled *"Z Shield© Material:  Ballistic Performance After Aging"* (HW0022642-643 or HW0119361-362), drafted in the latter part of September 2003, and released in November, 2003.  Both of these documents claimed virtually no V50 degradation in warehouse stored Z Shield over a 3 year period despite this alarming turn of events in FMS Z Shield performance.  All the evidence from both DSM produced material and FMS produced material, when properly tabulated and analyzed, clearly and strongly points to the contrary.

In order for Honeywell to justify the values of the three-year span of plotted points in Figure 3.1, taken from the Fall 2003 Honeywell Technical Bulletin, HW0119361-362, it would have been necessary to conduct V50 tests periodically over a three year period from no later than September 26, 2000 to no later than September 26, 2003.  On this date, the basic figure had already appeared in a draft document, HW0118148-153 as is shown in Appendix A.  A more detailed study of the time locations of the points plotted in Figure 3.1 (and Figure 3.2) shows that V50 tests would also have been necessary at various other times including for instance at 180 days (six months), 365 days (1 year) and 730 days (2 years), in addition to 1095 days (3 years).

*Extensive study of draft versions of the Fall 2003 Technical Bulletin*.  As we show in Appendix A, various versions of Figure 3.1 (to within plotting accuracy) appeared in draft documents, HW0118148-153 and HW0118141-147, leading up to the final published Technical Bulletin, HW0022642-643.  Some of these also contained (on the same figure) V50 data, or ratios in percent, for conditions of continuous exposure to the accelerating conditions of 40°C-70%RH.  In fact in these draft documents, much of the V50 data under uncontrolled warehouse environmental conditions and under 40°C-70%RH conditions, could be linked to the same data sources and test materials and largely treated as a whole.  In fact, this V50 data for the 40°C-70%RH exposure conditions was plotted at exactly the same time points as the warehouse data from 0 days exposure out to 365 days of exposure, i.e., 1 year, the longest exposure time under accelerating conditions.

Drafts in late September, 2003, included all this data in what was to become the Fall 2003 Honeywell Technical Bulletin (see HW0023158 and HW0024336). In fact, a September 29, 2003 outline produced by Tim Swinger of Honeywell (HW0023158, HW0024336) specifically mentions using the V50 data generated under 40°C-70%RH environmental exposure. However, the V50 data at 40°C-70%RH was ultimately eliminated from the final version, HW0119361-362, that was published and released to body armor manufacturers, particularly AHI, around November 25, 2003.

***Extensive search of database to find V50 data supporting figures in draft documents.*** As shown in Appendix A, an extensive search of discovery documents including data bases of V50 test records in HW0228437-9053 (> 616 pages) and HW00400000, as well as in various lab books, e.g., HW00400039-203, uncovered V50 test data that established some of the earlier time points plotted in Figure 3.1. During this investigation one particular discovery document, HW0006009-6019, proved particularly illuminating. This undated document contained fragments of tables and figures scattered over multiple pages. Nonetheless, it was possible to reconstruct the original figures and tables using Microsoft Paint software. One particular reconstructed table (see Table A1 extracted from the second table in HW0006014) has data that happens to match the points in Figures A1 and A2. Interestingly, the numerical percentages in this particular table were rounded to the nearest percent, not tenths of a percent, as was typical in other Honeywell tables. Also, while most of the actual V50 values in the tables and figures found in HW0006009-6019 could be located in the V50 data base, and cross-checked against data given in other documents, the underlying data for the most important values in this table corresponding to 365 days (1 year), 730 days (2 years) and especially 1095 days (3 years) could not be located in any of the data base documents, HW0228437-9053 and HW00400000.

Underlying V50 data for the 40°C-70%RH plotted points up to 365 days exposure was easily reconstructed from data in several discovery documents, so ultimately there is no issue as to the data source and test conditions. Also, the plotted values under uncontrolled warehouse environmental conditions before 365 days (1 year) could all be reconstructed, once it was realized that certain data manipulations had occurred in calculating two of the plotted points. The Z Shield rolls involved in generating all these data points were DSM manufactured rolls known as 1-0407 and 20000-1301. This data and its analysis is presented in Appendix A.

In particular, several of the warehouse data points prior to 365 days (1 year) in Figure 3.1, as well as precursor draft figures for this document, could be reconstructed from data found in several documents involving results from V50 testing of DSM roll 1-0407 and DSM roll 20000-1301 (See Appendix A). Two of the plotted data points, however, could only be reconstructed by in one case, dropping a test point for one of the rolls when averaging to get a single point value, and in the other case by inverting the calculated V50 ratio before multiplying by 100%. However, the data sources for the most critical warehouse V50% retention points in Figure 3.1, namely at 365 days (1 year), 730 days (2 years) and at 1095 days (3 years), could not be reconstructed from these particular documents involving V50 testing of DSM roll 1-0407 and DSM roll 20000-1301.

***V50 testing on key rolls behind draft figures involved material already 1-1/2 years old***. One issue that emerged upon more detailed study of these documents was that the underlying Honeywell V50 testing did not begin on the DSM Z Shield test rolls 1-0407 and 20000-1301, until October 18, 2001. Records show that by this time, these rolls were not 'new rolls' at all, and in fact, DSM roll 20000-1301 was already about 18 months old when Honeywell testing

began and roll 1-0407 was about 6 months old.  See for instance HW00401923 from HW00401923-936. This meant that a lower V50 value, than was characteristic of the material right after original manufacture by DSM, was used in the denominator when calculating percent V50 retention, thus significantly inflating the value. One can see from Figures 3.3, 3.10 and 3.12 as well as others the 5 or more percent effective inflation this would have caused in plotted V50 data.  (This inflation would have been less noticeable in the 40ºC-70%RH V50 data since by one year the loss in V50 was another 15%.)

Specifically, what Honeywell referenced as time zero (on day 1) does not in any way correspond to a newly manufactured roll (even allowing for a reasonable shipping time from DSM, the manufacturer).  Second, there now becomes insufficient calendar time available after the start of V50 testing of these two rolls around October 18, 2001, to obtain V50 data in mid-September, 2003 to correspond to the 730 day (2 year) test point, not to mention the 1095 day (3 year) test point in Figure 3.1.  Third, when roll 20000-1301 was first received from DSM, there is no record of Honeywell having V50 tested this roll using the DSM test protocol (involving a standard GECO FMJ projectile and 22 layer shoot pack, see for instance HW0343751, HW0000664-668, HW0003584-588 and HW00406363; DSM-00039).  This was the V50 test method underlying the points in Figure 3.1 that could be traced.

Throughout the initial time period when Honeywell was selling Z Shield manufactured by DSM, Honeywell actually relied on DSM V50 test results to certify the QA quality of the rolls upon their release, and not their own V50 data, (see for instance HW0229144 for the lot containing roll 1-0407).  So while they may not have generated their own V50 data when first receiving these rolls, they could have used DSM V50 data as a baseline for the plots, particularly since DSM and Honeywell had agreed to this test protocol.

As mentioned, in generating the plots in the precursor draft documents HW0118148-153 and HW0118141-147, Honeywell averaged the V50 data from rolls 20000-1301 and 01-0407. Honeywell's attempted justification for averaging this data appears in the document HW00401923-36. It appears that based on a statistical analysis in that document the two materials were deemed similar enough in behavior and performance to be averaged, thus presumably reducing statistical uncertainty.  In fact, on page HW00401923 the words "same material" are written, but also an acknowledgement that the "material tested was already about 1-1/2 years" at the beginning of testing, as already mentioned.

***Fundamental difficulties in using "baseline" data from rolls 1301 and 1-0407***.  The difficulties in trying to using "baseline" data from DSM rolls 20000-1301 and 1-0407 in generating the points in Figure 3.1 from the Fall 2003 Technical Bulletin are discussed in four numbered points in Appendix A.  One problem is the timing of such past V50 tests and identifying corresponding V50 values in the data base, for instance in HW00400000.  Second, is finding suitable data to establish the last, and most important, plotted point showing 100% V50 retention corresponding to 1095 days (3 years).  This point had become particularly problematic for Honeywell since by May 12, 2003 they had already committed to an optimistic, no V50 degradation view in a draft (HW0006045 - 046) their document "*Z Shield© Ballistic Material*", HW0020717-718.  This raises the question why no additional V50 data from DSM rolls 20000-1301 and 1-0407 exists supporting the data used to construct Table A1 in the Appendix and ultimately Figure 3.1 in the Fall 2003 Technical Bulletin.

24

***Possibility of other, yet to be discovered, V50 data from warehoused rolls of Z Shield***.  One clue to Honeywell's approach in generating V50% retention data for the 1095 day (3-year) time point in the Technical Bulletin of Fall 2003, is embodied in a Lori Wagner e-mail memo of September 11, 2003, HW0004984-985.  This particular date (or a week or two earlier or later) would be approximately the critical time to generate V50 data for this plotted point since exactly 3 years earlier is September 11, 2000, not long after June 6 and 16, 2000, when Honeywell performed its very first V50 testing on DSM Z Shield, particularly Roll 20000-1300. This testing did in fact use the DSM V50 test protocol involving a 9 mm GECO round, as found in HW0003657-667 and HW0001253-257 and HW00400000.

It should be noted, however, that the only other V50 testing performed around that time (early September 2000), and using the GECO round was on Roll 20000-1301 on 8/15/2000, but this involved heavier 30 layer shoot packs, not 22 layer shoot packs, as required by the DSM test protocol. (See HW00400000).  Note also that on September 8, 2000 V50 testing was conducted by Honeywell on 22 layer shoot packs made from Roll 20000-1301.  However the projectile used in that case was a 22 caliber, 17 grain fragment simulating projectile (FSP), not a 9 mm GECO round, and thus, the results are not comparable.

This Wagner e-mail memo of September 11, 2003 (HW0004984-985) appears to summarize a high priority effort to track down early DSM rolls, and the background for these rolls regarding shipping dates, V50 values and other manufacturing details.  The e-mail content is particularly interesting because it makes suggestions for further V50 testing of early DSM production Z Shield materials, given the context for the need for having original V50 test data from these rolls, particularly in the mid-2000 timeframe,

Wagner's words to David Hurst at the end of the email, HW0004984-985, are particularly illuminating. Wagner wrote:

> *"MY SUGGESTIONS IF THE LAB CAN FIT SOME WORK IN:"*
>
> *"Take rolls 1307 or 1310 and cut a couple of shoot packs.  For the most part, DSM product shot well above 420 m/s.  See if this material is shooting high still.  This will answer a few things – whether we can still test high or the lab has shifted and if aging has affected performance.  I have no guarantee about the performance of these rolls – hopefully I can dig up more today or Lin's O: drive will have some info or maybe Lin can find his files about shipments – but if it shoots high, I feel more comfortable about lots of things."*
>
> *"If it shoots low, since I do know the pedigree and have info on the performance of 3905 and 3884 and we have some cut panels of that, tell me how many shoot packs of the 2nd shipment we have and let's shoot one and decide about the rest upon the results."*

Wagner went on to say:

> *"I am in a leadership meeting from 11:30 until 1:00 or 1:30.  I have to run out sometime before 4:30 and get my van but **if you are going to shoot I would like to either be there or here what results are as the testing progresses.  This has a profound effect on a number of elements in the business, and I want to be able to think as we discover info**."*

In looking at Honeywell's data base, particularly HW0228437-HW0229053 and HW00400000, there is no record of Honeywell having V50 tested "warehouse" material from DSM rolls 1307 or 1310 around 9/11/2003 or a few days thereafter. However, DSM roll 1300 was tested once on 9/11/2003 and yielded a V50 of 1434 ft/s, a value considerably below values from 3 years earlier (See Figure 3.4). Also roll 1-1932 (DSM) was tested twice by Honeywell on 9/11/2003. The results were 1385 and 1401 ft/s to compare to the first recorded testing on 7/2/2001 (one test yielding 1477 ft/s), giving a V50% retention of only 0.9431. HW0228437 - HW0229053 and HW00400000 have no record of Honeywell having tested rolls 3905 and 3884 (nor any rolls nearby in the number sequence). Thus whatever V50 results were generated did not support 100% V50 retention as appearing in the figure of the Fall 2003 Honeywell Technical Bulletin (HW0022642-643).

This Wagner e-mail appears to reflect an attempt to filter and manipulate V50 test results, and only to shoot materials if the V50 results are going to be favorable to the untenable position Honeywell had already committed to. This e-mail was written 9/11/2003 and the draft figures appeared two weeks later on 9/26/2003 in a Lori Wagner document, HW0118148-0118153. At that point in time, the plotted values in the figure in the Fall 2003 Technical Bulletin (i.e., Figure 3.1 and 3.2) had already been committed to, but in fact, this commitment was a cornerstone of the 6/13/2003, Honeywell released document (HW0020717-718) to body armor manufacturers entitled "Z Shield© Ballistic Material". Thus Honeywell was still attempting to generate V50 data on Z Shield material to support claims already made in a document to AHI and other body armor manufacturers.

***Draft Standby Statement of September 2003 evolves from "two years" to "three years".*** On September 8, 2003, John Mallen of JMC Marketing Communications and PR sent an e-mail to Tim Swinger regarding the drafting of a Z Shield Standby Statement (HW0122028-229, HW0119355-356). The draft statement, dated 09-08-03, said:

> *"We have found no degradation in Z-Shield performance. This is based on V-50 testing of Z-Shield material stored in an uncontrolled warehouse environment **for more than two years**".*

A new draft was produced on 9/09/2003 with somewhat different wording but the reference to *"more than two years"* remained (HW0006059). In a later undated document the timeframe was changed to *"more than three years"* (HW0006059). Yet another undated document was expanded to two paragraphs and stated:

> *"In the case of our Z Shield material, no loss of ballistic performance has been observed based on V-50 testing of material stored in an uncontrolled warehouse environment for more than three years."*

These documents suggest a lack of uniform understanding within Honeywell as to what test data was actually available.

***Warehouse temperature and humidity conditions appear largely fabricated.*** One final issue regarding the lack of precision in producing the two publicly released documents, is that the temperature ranges and humidity ranges do not agree between the two. The June 13, 2003 document (HW0020717-718) states:

"*temperatures have been known to reach as high as 90 F and as low as 55 F.  Similarly, relative humidity has varied with levels as high as 80% and as low as 10%*".

On the other hand the original caption in Figure 3.1, the figure extracted from the later Fall 2003 Technical Bulletin (HW0119361-362), refers to:

"*Z Shield material stored in cardboard boxes in an uncontrolled warehouse in Petersburg, VA.  Temperature and humidity levels were recorded by thermometer/hygrometer readings with highs and lows of 95ºF to 55ºF and 90% - 20% relative humidity, respectively.*"

We have found no discovery documents with actual warehouse thermometer/hygrometer data to support either set of quoted ranges of temperature and humidity.

To the contrary, discovery documents reveal that there was guesswork involved in deciding these numbers, and not solid records.  See HW00408671 and HW00408672 from September 26, 2003, where Michael O'Meara responded to an e-mail from Lori Wagner by stating:

"*We do not have environmental recording devices in the warehouse area.  We do have a thermometer/hygrometer in the lay-up area that is often referenced during working hours in extreme conditions.*"

Furthermore, in HW0119326, which consists of an email from Lori Wagner to Tim Swinger on October 13, 2003, Wagner stated:

"*Do you want to make them all the same or expand the range to accommodate or what.  We have recorded in both ranges and could just expand to cover the full range ..... but we should decide the wording so no one says there is a discrepancy.*"

_____        <u>November 2, 2015</u>
Stuart Leigh Phoenix,                date

**APPENDIX A: Assessment of Sources of Warehouse Aging Data in HW0022642-643**

Several of the data points prior to 365 days (1 year) in Figure 3.1, as well as precursor draft figures for this document, can be reconstructed from data found in several documents involving DSM roll 1-0407 and DSM roll 20000-1301. We now show the origins of this data and how it can be assembled to explain some, but not all, of the data points in Figure 3.1.



Figure A1. Figure from Lori Wagner document, HW0118148-153, of September 26, 2003, a precursor draft of the final Technical Bulletin, HW0022642-643.



Figure A2. Figure from document, HW0006009-019.

28

A figure shown here as Figure A1 appeared in HW0118148-153.  This document was a Lori Wagner draft document of 9/26/2003 leading up to the Fall 2008 Technical Bulletin, HW0022642-643.  Virtually the same figure, but with horizontal grid lines, appeared in a collection of tables and figures in HW0006009-019, and is shown here as Figure A2.  Other versions of Figures A1 and A2 showed the data separated into two figures.  The first of these, Figure A3, also appeared in the September 26, 2003 draft document of Lori Wagner, HW0118148-153, and was for ambient warehouse conditions.  Virtually the same figure, but with horizontal grid lines, appeared in HW0006009-019 and is reproduced here as Figure A4.



CONFIDENTIAL                                                                      HW0118144

Figure A3.  Figure taken from the September 26, 2003 draft document of Lori Wagner, HW0118141-147, HW0118148-153.



HW0006014
HNY003-0793

Figure A4.  Figure with horizontal grid lines taken from HW0006009-019.

The data points in Figure A1 corresponding to 40C-70% RH test conditions also appeared alone in a plot in the September 26, 2003 draft document of Lori Wagner, HW0118148-153.  An identical figure, Figure A5, appeared in a September 29, 2003 draft iteration by Lori Wagner, HW0118140-147.  Figure A6, which also appeared in HW0006009-019, shows a version of figure A5 with an expanded vertical scale (ranging from 80% to 100% V50 retention) and with horizontal grid lines. This figure also shows so-called cycle test data.



Figure A5.  Figure showing V50 percent retention data for 40°C-70% RH conditions taken from a September 29, 2003 draft iteration by Lori Wagner, HW0118140-0118147.



Figure A6. Figure corresponding to 40°C-70% RH conditions taken from HW0006009-019 has an expanded vertical scale (ranging from 80% to 100% V50 retention) and horizontal grid lines.

The figure that ultimately appeared in the Honeywell Technical Bulletin released to the public in Fall 2003 was a glossy version of Figures A3 and A4 above, showing only the 'warehouse' V50% retention data, and not the V50% retention for 40ºC-70% RH accelerating conditions. This figure was given earlier as Figure 3.1 and a color glossy version as Figure 3.2.



Figure A7.  Data point scaling in Figure A3 using Microsoft Paint. Shown in red are points extracted for V50% retention vs. time to "warehouse" conditions shown in HW0118144.

**Digital extraction of V50 data from the Honeywell figures and comparison to Honeywell tabulated V50 data corresponding to an uncontrolled warehouse environment**

In an effort to determine the sources for the data appearing in the draft documents underlying the final Technical Bulletin, HW0022642-643, we have used the software, Microsoft Paint, to scale and extract from various figures above specific numerical values for V50% retention vs. time. From Figure A3, we have generated Figure A7, which shows in red font extracted times and V50% retention values for the square markers.

We compare Figure A7 data in red-font to that in a table in HW0006009-019, specifically the second table in HW0006014, reconstructed as Table A1.  Remarkably, the percentages differ by no more than 0.4 percent and 7 of the 9 values are within 0.1 percent.  If the values in Figure A7 are rounded to the nearest percent, they are identical to those in Table A1.  Furthermore, the corresponding days of exposure in Figure A7 differ by no more than one day from those in Table A1.

31

Table A1.  Reconstruction of second table on HW0006014 from HW0006009-019.

| Time (days) | 40 C, 70% RH | warehouse | Cyclic test |
|---|---|---|---|
| 1 | 100 | 100 | |
| 28 | 97.05 | 102 | |
| 56 | 94.85 | 99 | |
| 96 | 91.4 | 101 | |
| 112 | 91.85 | 99 | |
| 180 | 89.15 | 102 | 91. |
| 365 | 84.9 | 104 | 86. |
| 730 | | 101 | |
| 1095 | | 100 | |

**HW0006014**
HNY003-0793



Figure A8. Data point scaling in Figure 3.2 using software, Microsoft Paint. Shown in white boxes are points extracted for V50% retention versus days of exposure.

Figure A8, is Figure 3.2, the color glossy version of Figure A7, onto which we have also noted digitally extracted V50% retention values in white boxes, again using Microsoft Paint software. These values also closely match the data in Table A1 and in Figure A7.  This linkage establishes that the source for this Honeywell V50 data must have been the same.

**Digital extraction of data from figures and comparison to Honeywell tabulated test V50 test data over time under exposure to 40ºC-70% RH environmental conditions**

Next we consider the V50% retention data for the 40ºC-70% RH accelerated test conditions. From Figure A5 we have constructed Figure A9, using digital extraction and scaling in Microsoft Paint, and the resulting values appear in the red box. We compare this red-boxed data to the data in Tables A2 and A3, reconstructed from tables in Honeywell document HW0006009-019 and

32

specifically, HW0006014 and HW0006015.  This reconstruction required corrections for column misalignment and restoration of a missing time column.



Figure A9. Data point scaling in Figure A5 using software, Microsoft Paint. Shown in the red box are points extracted for V50% retention versus both weeks and days exposure to 40°C-70% RH environmental test conditions.

Looking in Figure A9 at the first V50% retention data point at *4 weeks* under 40°C-70% RH conditions, we extracted the value 96.8, which is virtually a perfect match to the 96.7 value in Table A2 at 4 weeks under "First Honeywell roll 407".  While gratifying, we note that the *average* of the values for rolls 1301 and 407 (abbreviations for 20000-1301 and 1-0407) at 4 weeks, shown in red font in Table A2, is 97.05 so slightly higher than our extracted value.  Curiously, 97.05 is also exactly the V50%  retention value given in Table A1 at 4 weeks for the case of 40°C-70% RH, though it is not stated to be the average of results for rolls 1301 and 407.

Table A2. Reconstruction of first table in HW0006014 from HW0006009-019. Column in red is our addition.

Ballistic Performance Retention - V50 % retained

| Time (weeks) | DSM fabric data | First Honeywell roll 1301 | First Honeywell roll 407 | Average of rolls 1301 and 407 | Continuous sample in cyclic test#1 |
|---|---|---|---|---|---|
| 0 | 100 | 100 | 100 | 100 | 102.4 |
| 4 | | 97.4 | 96.7 | 97.05 | |
| 8 | 100 | 93.9 | 95.8 | 94.85 | |
| 12 | 92 | 93 | 88.2 | 90.6 | 93 |
| 16 | | 92.2 | 91.5 | 91.85 | |
| 24 | | | | | 86.4 |
| 28 | 90 | | | | |
| 52 | | | | | |

**HW0006014**
HNY003-0793

33

Table A3.  Reconstruction of table in HW0006015 from HW0006009-019

| Time (weeks) | Cyclic Honeywell test #1 | Continuous sample in cyclic test #2 | Cyclic Honeywell test #2 | Second Honeywell |
|---|---|---|---|---|
| 0 | 102.4 | 99.7 | 99.7 | 100 |
| 4 | | | | 88 |
| 8 | | | | 89 |
| 12 | | | | |
| 16 | | | | 94 |
| 24 | 91.9 | 91.9 | 91 | |
| 28 | | | | 92 |
| 52 | | 84.9 | 86.3 | |

HW0006014<br>
HNY003-0793
     
HW0006015<br>
HNY003-0794

For the 40ºC-70% RH test condition at *8 weeks* in Figure A9, our extracted V50% retention value in the red box is 94.9.  Unlike at 4 weeks, the value 94.9 matches almost exactly the value 94.85 we calculated in Table A2 as the *average* for rolls 1301 and 407.  Interestingly, in Table A1, the V50% retention value for 8 weeks under 40ºC-70% RH is also 94.85, though again it is not explicitly stated to be the average for rolls 1301 and 407.

For the 40ºC-70% RH test condition at around *14 weeks* in Figure A9, we extracted the V50% retention value of 91.1 at 97 days.  However, the next exposure time in Table A2 is only *12 weeks* (84 days), not 14 weeks, and the average V50% retention we calculate for rolls 1301 and 104 in red is 90.6, which is noticeably lower than 91.1.  Thus the matching seen at 4 weeks and 8 weeks in Figure A9 and the tables does not occur at 14 weeks.  Looking more closely, however, we note that for 40ºC-70% RH, Table A1 gives the V50% retention value of 91.4 at 96 days (almost 14 weeks), so this is a good match in both days (1 day different) and V50% (only 0.3 percent different) to the value we extracted from Figure A9.  However, this 14 week V50% retention value 91.4 is now 0.8 higher than the 12 week point, 90.6 obtained from averaging results for spools 1301 and 407, so significantly different.

In view of the time discrepancy of 12-13 days shorter and V50% retention discrepancy of from 0.5 to 0.8% lower, it is conceivable that a different source of data, than appears in Table A2, was involved in the 96-97 day (14 week) data point in Figures A5, A6 and A8, and also indicated in Table A1 (91.4 value).  However, in a fairly comprehensive table in undated HW0344306-307 there is no mention of such data corresponding to 14 weeks.  Thus the source of the 14 week, 40ºC-70% RH data plotted in Figures A5, A6 and A8 remains unknown.

For the 40ºC-70% RH test condition at *16 weeks* (112 days) in Figure A9, the V50% retention value we extracted is 91.7.  This value is very close to the V50% retention value of 91.85 in Table A2, which averages values for rolls 1301 and 407, so we have returned to the pattern of almost a perfect match as we saw at 4 weeks and 8 weeks exposure.  Indeed, the V50% retention value in Table A1 for 16 weeks (112 days) at the 40ºC-70% RH test condition is also exactly 91.85, though again it is not explicitly stated to be the average of results for rolls 1301 and 407.

34

For the 40ºC-70% RH test condition at *26 weeks* (182 days) in Figure A9, we have extracted a V50% retention value of 88.8 at 181 days, as shown in the red box.  As in the case of the 14 week data, we again encounter a situation where there is no obvious matching point for V50% retention in Table A2 at 26 weeks (i.e., this time no points are given for rolls 1301 and 407 for us to average).  However in Honeywell Table A1, a V50% retention value of 89.15 is given for 180 days in the 40ºC-70% RH column, which is very close to the 88.8 value we extracted in Figure A9 (0.35% difference) at 181 days.  This matching does appear to follow the pattern seen previously for 4, 8 and 16 weeks exposure.

Looking more closely, however, at Table A2 under "Continuous sample in cyclic test #1", we do find, a V50% retention value of 86.4 at 24 weeks.  Then looking in Table A3 under "Continuous sample in cyclic test #2", we discover a V50% retention value of 91.9 again for 24 weeks.  If we average these two values for cyclic test #1 and #2 we obtain the V50% retention value 89.15 for **24 weeks**, which is exactly the V50% retention value in Table A1.  However, this 89.15 value in Table A1 corresponds to 180 days or about *26 weeks*, and not 24 weeks.  Thus we again have a *time discrepancy* of 12-13 days less than plotted with respect to the previous pattern of tabulated and plotted data.

Finally, for the 40ºC-70% RH test condition at **52 weeks** or 365 days in Figure A9, we extracted the V50% retention value 84.5.  However, there is no entry in Table A2 at 52 weeks for rolls 1301 and 407, nor for "Continuous sample in cyclic test #1" at 52 weeks (364 days).  In Table A3, however, we find the V50% retention value 84.9 for 52 weeks (364 days) in the column for "Continuous sample in cyclic test #2".  Furthermore, this value is also a perfect match to the V50% retention value, found in Table A1 at 365 days, and close to our extracted V50% retention value of 84.5 at 365 days.



Figure A10.  Figure reconstructed from pieces found in HW0006017 and HW0006018

35

Yet another figure appearing in HW0006009-019 (split in half between HW0006017 and HW0006018 but easily reconstructed) is Figure A10, which shows various data from Tables A1, A2 and A3 above.  A number of features can be noted:  First, the V50% retention point, 102.4, in both Tables A2 and A3 is marked at 0 weeks in the figure, as is the V50% retention point, 99.7, of cyclic Honeywell test #2 and the remaining V50% retention points, 100, from the first rows of Tables A1 to A3.  Another interesting aspect is that from the uniform time spacing of the points, we see that the data corresponds to 4, 8, 12 and 16 weeks as well as to 24 weeks and 28 weeks.  All this is consistent with what appears in Tables A1, A2 and A3.  Most striking however, is that the time discrepancies noted in Figure A9 and to some extent in Figure A7 are absent from Figure A10.  Furthermore the two data points for Rolls 1301 and 407 at 12 weeks both appear in the figure.  In fact there are no 14 week data points, unlike what was seen in Figure A9 and Table A1.

Although Figures A1, A2, A5 and A6 were not published in the final Technical Bulletin HW0022642-643, we have investigated the data plotted in these figures and associated Tables A1 to A3, in order to understand the data sources and selection protocol Honeywell used to arrive at Figure 3.1 in this Technical Bulletin.  Thus far we have noted certain discrepancies in these figures, particularly with respect to not plotting data for 12 weeks but instead plotting data for 14 weeks, and also plotting data at 26 weeks that appears to correspond to data at 24 weeks in Tables A2 and A3.  These exposure time anomalies also appear in Table A1.

**Tracing of the source of V50 test data underlying the tables and figures above**

While we have found a very close correspondence between some of the data points in the publically released Figure 3.1 in the Fall 2003 Technical Bulletin, and in other figures and tables in Honeywell documents, we still do not know what, if any, materials and what, if any, specific tests were the basis of this data.  Regarding the plots of V50% retention at 40ºC-70% RH, the following analysis will identify the exact source of virtually all the test data.  For the plots of V50% retention under the so-called uncontrolled warehouse environment, the source of some of the data will also be demonstrated; however, the source of the crucial data at 2 years and 3 years, which shows no V50 degradation, will remain unknown.

The following data involving DSM rolls 20000-1301 and 01-0407 appeared in several documents, namely: HW0005089-5111; HW0005112-5134; HW0005040-5062; HW0005005-5039; HW00401923-1936; HW00400000; HW0228437.  Much of it also appears in the first two pages of HW0006009-6019.

*V50 Data at 40ºC-70% RH*

Looking first at the case of the 40ºC-70% RH data, we show below in **bold orange font** V50 averages calculated from merging of the data for DSM rolls 1301 and 10407 (variously called 1-0407 and 407).  We also show (in green font) the ratios – multiplied by 100 to get percentages – of the average V50's corresponding to the various times in weeks of exposure divided by the baseline average at 0 weeks.  In parentheses in *red italics* are provided the percent retentions extracted from various figures above and discrepancies are also noted:

6253_1301 10/18/01 1301A 22 0 0 1443 1468 1427 119 41 0.75 PB MM *(Baseline Control)* 48PV
6254_1301 10/18/01 1301B 22 0 0 1427 1449 1426 119 23 0.74 PB MM *(Baseline Control)* 48PV
6255_1301 10/18/01 1301C 22 0 0 1453 1451 1414 111 37 0.74 PB MM *(Baseline Control)* 48PV
      *V50_1301 = 1441.0 ft/s*

6256_10407 10/19/01 10407A 22 0 0 1425 1434 1407 96 27 0.74 PBMM *(Baseline Control) 48PV*
6257_10407 10/19/01 10407B 22 0 0 1408 1413 1410 114 3 0.74 PBMM *(Baseline Control) 48PV*
6258_10407 10/19/01 10407C 22 0 0 1437 1444 1397 98 47 0.74 PBMM *(Baseline Control) 48PV*

    *V50_10407 = 1423.3 ft/s*

**V50 = 1432, 0 weeks, 100 (*100.0*)**

6498_1301 11/21/01 1301E 22 0 0 1404 1430 1388 110 42 0.76 PB MM *(4 Weeks at 40C-70RH) 48PV*
6496_10407 11/21/01 10407E 22 0 0 1376 1396 1375 90 21 0.76 PBMM *(4 weeks at 40C/70RH) 48PV*

**V50 = 1390, 4 weeks, 97.1 (*96.8*)**

6644_1301 12/19/01 1301G 22 0 0 1353 1361 1352 103 9 0.74 PB PB *(8 Weeks at 40C-70RH) 48PV*
6647_10407 12/19/01 10407G 22 0 0 1364 1382 1369 127 13 0.75 PBPB *(8 weeks at 40C/70RH) 48PV*

**V50 = 1359, 8 weeks, 94.9 (*94.9*)**

6776_1301 1/15/02 1301I 22 0 0 1340 1387 1293 94 94 0.74 PB PB *(12 Weeks at 40C-70RH) 48PV*
6774_10407 1/15/02 10407I 22 0 0 1256 1316 1260 111 56 0.75 PBMM *(12 weeks at 40C/70RH) 48PV*

**V50 = 1298, 12 weeks, 90.6 (*91.1 at 14 weeks extracted from Figure A9– not 12 weeks*)**
**Note:  This discrepancy is not completely understood, but most likely is a plotting point**
**error in time and misreading error in V50% retention (see Figures A11 and A12 below).**
**The 91.4% V50 retention in Table A1 (and time of 96 days) remains anomalous.**

7012_1301 2/26/02 1301K 22 0 0 1329 1403 1289 114 114 0.75 PB MO *(16 weeks at 40C-70RH) 48PV*
7010_10407 2/26/02 10407K 22 0 0 1303 1383 1277 121 106 0.74 PBMO *(16 weeks at 40C/70RH) 48PV*

**V50 = 1316, 16 weeks, 91.85 (*91.7*)**

7470_01301 5/21/02 1301C1 22 0 0 1245 1244 1247 116 0 0.76 MO PB *(24 weeks at 40C, 70RH) 48PV*
8568_01301 12/13/02 01301-1 22 0 0 1324 1345 1301 64 44 0.74 PB MO *(24 weeks at 40C, 70RH) 61LW*

**V50 = 1285, 24 weeks, 89.15 using 1301 data at 0 wks (*88.8*)**
**Discrepancy noted earlier is understood as plotting point error in time.**

8571_01301 12/13/02 01301-4 22 0 0 1224 1226 1197 58 29 0.76 PB MO *(52 weeks exposed at 40C,*
*70RH continuous, cyclic #2 in HW0005112-134) 61LW*

**V50 = 1224, 52 weeks, 84.94 using only 1301 data at 0 wks (*84.5*)**

Clearly the source of data in Tables A2 and A3 has now been identified satisfactorily, and the agreement with the plotted data, as extracted, is outstanding.

### *Honeywell justification for averaging V50 data from DSM rolls 20000-1301 and 010407.*

Honeywell's justification for averaging the data for DSM rolls 20000-1301 and 010407 appears in the document HW00401923-36. It appears that based on a statistical analysis in that document the two materials were deemed similar enough in behavior and performance to be averaged, thus presumably reducing statistical uncertainty.  In fact, on page HW00401923 the words "same material" are written as well as acknowledgement that the "material tested was already about 1-1/2 years" at the beginning of testing. Honeywell Figure A11 reproduces the last figure from HW00401936 of this document, corresponding to the 40ºC-70%RH data, *except we have also included, in red and yellow, the omitted baseline control data from the document*.  The data in this figure also clearly matches the data listed above for the various times of exposure, but is inconsistent with the V50% retention value of 91.4 in Table A1.

One interesting aspect of the data behind Figure A11 and many other figures is that while it is clear that roll 20000-1301 was manufactured by DSM (though this was not its original designation to be discussed later), several Honeywell documents incorrectly suggest that roll 1-0407 was a roll produced by FMS.  See for instance HW0005068, HW0341653, HW0166837-838 and HW0005067-088.

37



Figure A11. Figure taken from HW00401923-936 which shows points matching V50 data from DSM rolls 20000-1301 and 010407 under 40°C-70% RH environmental exposure conditions and also including the baseline control data in red and yellow.

***V50 data under uncontrolled warehouse environment – partly traceable to data sources.***

Turning now to the V50 data for the "uncontrolled warehouse environment" from these two rolls (DSM rolls 20000-1301 and 010407), we list the following data corresponding to "controls" associated with various cases listed above for the 40C-70%RH data.  We show below in **orange font** V50 averages calculated from merging of the controls data for rolls 1301 and 1-0407 (variously called 407 or 0407).  We also show (in green font) the ratios of the average V50's, for the various times in weeks divided by the baseline average at 0 weeks, and multiplied by 100 to get V50% retentions.  In parentheses in ***red italics*** are the corresponding V50% retentions extracted in Figure A7.  We do this only out to 26 weeks (182 days) since no actual control data is listed in the above documents corresponding to 52 weeks (365 days) and beyond – despite the listing of such data in Table A1, rounded to the nearest percent.

6253_1301 10/18/01 1301A 22 0 0 1443 1468 1427 119 41 0.75 PB MM *(Baseline Control)* 48PV
6254_1301 10/18/01 1301B 22 0 0 1427 1449 1426 119 23 0.74 PB MM *(Baseline Control)* 48PV
6255_1301 10/18/01 1301C 22 0 0 1453 1451 1414 111 37 0.74 PB MM *(Baseline Control)* 48PV
***V50_1301 = 1441.0 ft/s***
6256_10407 10/19/01 10407A 22 0 0 1425 1434 1407 96 27 0.74 PBMM *(Baseline Control)* 48PV
6257_10407 10/19/01 10407B 22 0 0 1408 1413 1410 114 3 0.74 PBMM *(Baseline Control)* 48PV
6258_10407 10/19/01 10407C 22 0 0 1437 1444 1397 98 47 0.74 PBMM *(Baseline Control)* 48PV
***V50_10407 = 1423.3 ft/s***
**V50 = 1432, 0 weeks, 100 *(100.0)***
6497_1301 11/21/01 1301D 22 0 0 1437 1453 1431 113 22 0.75 PB MM *(4 Week Control)* 48PV
6495_10407 11/21/01 10407D 22 0 0 1490 1514 1476 129 38 0.74 PBMM *(4 week control)* 48PV
**V50 = 1464, 4 weeks (28 days), 102.2 *(102.1)***
6645_1301 12/19/01 1301F 22 0 0 1436 1464 1390 96 74 0.75 PB PB *(8 Week Control)* 48PV

6646_10407 12/19/01 10407F 22 0 0 1461 1476 1460 116 16 0.74 PBPB *(8 week control) 48PV*

**V50 = 1449, 8 weeks (56 days), 101.1 (*99.1*)**
This is the first major discrepancy encountered. Note, however, that 1/1.011 = 0.989, which when multiplied by 100 gives 98.9 which rounds to 99. The V50% retention value, 99, is the value given in Table A1. It would appear that a ratio inversion error occurred when constructing Table A1 and Figs A1 to A4 as well as Figs A7 and A8.

6775_1301 1/15/02 1301H 22 0 0 1457 1463 1447 16 16 0.74 PB MM *(12 Week Control) 48PV*

6773_10407 1/15/02 10407H 22 0 0 1438 1479 1441 97 38 0.73 PBMM *(12 week control) 48PV*

**V50 = 1448, 12 weeks (84 days), 101.1 (*101.0*)**
Note that *101.0 was extracted from Fig. A8 at 95 days and 101 appears in Table A1 at 96 days. This corresponds to 13.7 weeks, not 12 weeks as the more complete data sources indicate. This minor discrepancy was also noted previously in the 40C-70% RH data.*

7013_1301 2/26/02 1301J 22 0 0 1421 1436 1431 83 5 0.75 PB MO *(16 Week Control) 48PV*

7011_10407 2/26/02 10407J 22 0 0 1374 1382 1356 47 26 0.75 PB MO *(16 week control) 48PV*

**V50 = 1390, 16 weeks (112 days), 97.1 (*99.1*)**
Once again we have a discrepancy, especially upon noting that the value given in Table A1 is 99. However, if the 1374 ft/sec V50 value for 1-0407 is ignored in the calculation, we then calculate 99.2, (if the 0 week data for 1-0407 is kept) and 98.6 (if the 0 week data for 1-0407 is also ignored). Both round to 99, the V50% retention value in Table A1, which again almost matches the extracted value, 99.1, from Fig. A8. In any case, ignoring the 1374 ft/sec V50 value for 1-0407 appears to be a deviation in Honeywell protocol compared to the rest of the data.

8570_01301 12/13/02 01301-3 22 0 0 1436 1459 1427 34 32 0.76 PB MO *(24 weeks Control, cyc #?) 61LW*

7469_01301 5/21/02 zs01301C5 22 0 0 1476 1487 1463 113 24 0.74 MO PB *(24 weeks Control, cyc #5) 48PV*

**V50 = 1456, 24 weeks, 101.7 (*102.1*)**

The V50% retention in three of the five cases in Figure A7 up to 26 weeks are a very good match to the ratios calculated above for the various weeks of exposure, and of course to the values listed in Table A1. However, the data at 8 weeks does not match *unless the ratio is inverted*. The 12 week data does indeed match, but then, the 16 week data again fails to match *unless the low 1374 ft/s data for roll 10407 is ignored*. However, the 24 week data matches once again.

### *Anomalies in data matching and finding sources for V50 data under an uncontrolled warehouse environment.*

Thus far the V50% retention data points for 40°C-70%RH exposure conditions, and some points for the uncontrolled warehouse environment, match well except for the two anomalies noted (and the slight plotted timing mismatch for the 12 weeks data). Unfortunately, the 52 week (1 year), 104 week (2 years) and 156 week (3 years) V50% retention data in Figure 3.1 from in the Fall 2003 Honeywell Technical Bulletin cannot be reproduced from any data that has been discovered for rolls 20000-1301 and 1-0407 in any Honeywell documents – including the 650 page document, HW0228437-9053, of QC and R&D testing as well as HW00400000 and the Lab notebooks. The issues are as follows:

1. To obtain the 52 weeks (1 year) V50% retention point in Table A1 and Figure A7, would have required a V50 test for either roll 20000-1301 or 1-0407 or both sometime around 10/19/02. Furthermore, a V50 result of around 1500 ft/s would have been necessary to yield a 104.4% V50 retention ratio. No such data appear to exist. Interestingly, in connection with the V50 test corresponding to "52 Week Continuous Exposure at

39

40ºC/70%RH", and V50 test date of 12/13/2002 was a "Control, Continuous Exposure at Room Temp and Humidity" tested a few days later on 12/21/2002.  However this particular V50 value had already been used as the 24 week warehouse environment point, as noted above.  In any case its V50 was 1436 ft./s, good enough only for a 99.7% V50 retention, not 104% as plotted Figure A7 and Table A1.

2. Obtaining the 104 weeks (2 years) V50% retention data point, which was extracted in Figure A7 as 101.3% is equally problematic and cannot be done using the baseline testing on 20000-1301 and 10407, which occurred on 10/18/01 and 10/19/01.  There is simply not enough calendar time available up to 9/26/2003, when the plots already existed, so must have been created before that date.  Thus it is necessary to turn either to other rolls or to earlier tests on these two rolls. We do find a roll 1301 test on 9/8/00 which yielded a V50 of 1481 ft/s as follows:

   3890_1301 9/8/00 ZS#1 22 0 0 1481 1513 1444 97 69 0.76 LM BH FSP

   However the projectile was not a GECO round but rather a fragment simulating projectile (FSP) so the data is not relevant.  Furthermore it would yield a V50% retention much less than plotted.

3. For the same reasons, obtaining the 156 weeks (3 years) V50% retention data point, measured as 100.0%, cannot be done using the baseline testing on 1301 and 10407 around 10/18 and 10/19/2001. To create a 156 week (3 year) point we need a 0 day value obtained from testing somewhere around 9/01/2000 to 9/26/2000.  Unfortunately no Honeywell V50 testing on roll 1301 (using the GECO round) appears anywhere near that timeframe, either in lab books or the in 618 page data base.  However, as noted earlier Rolls 1301 and 10407 were considered by Honeywell to be equivalent and there is the following 1494 ft/s result from the latter for 8/12/03:

   9830_10407 8/12/03 TEST 22 0 0 1494 1525 1425 100 100 0.81 PBMM

   However this test involved a nylon rip-stop pouch and was about 8% heavier than a typical shoot-pack.  Furthermore, study of V50 data from DSM sister rolls 20000-1310 and 20000-1300 in HW0008632-0008678 does not support a 100 percent V50 retention since the opposite happens, namely V50 degradation, as show elsewhere in the report.

4. All the Z Shield V50 test data discussed thus far was data from testing DSM rolls, not from FMS rolls that by far represented the bulk of the Z Shield that Honeywell sold to Armor Holdings.  Honeywell at times indicated that, while roll 1301 was manufactured by DSM, 10407 was a roll produced by FMS.  This is not the case, thus refuting any argument that Honeywell was reporting average data from the two manufacturers.

**Problems with Honeywell documents regarding the source of critical data plotted in the Fall 2003 Honeywell Technical Bulletin and generating more V50 data**

Of special importance to the V50% retention figure in Honeywell's Technical Bulletin of Fall 2003 (HW0022642-643) is the source of data at the 1-year, 2-year and 3-year time points, and especially, the last two.  These are the critical points behind Honeywell's claim of no degradation in the performance of Z Shield over a three year period under an uncontrolled warehouse environment. The Lori Wagner September 2003 draft documents had Z Shield V50% retention data for both an uncontrolled warehouse environment as well as from exposure to

40

40ºC-70%RH, often plotted on the same graphs. Tables A1 to A3 reconstructed from the, undated 11 page document, HW0006009-019, and especially Table A1 clearly has all the uncontrolled warehouse environment points plotted in the figure of the Fall 2003 Technical Bulletin, as was demonstrated in Figures A7 and A8.  Furthermore *all the V50 test data that we were specifically able to identify in HW0006009-019 came from V50 testing DSM rolls 20000-1301 and 01-0407*.

We were unable, however, to identify in HW0006009-019 the source rolls for the V50% retention data at the 1-year, 2-year and 3-year time points in the Table A1, and Figures A7 and A8.  We have yet to identify any such data in the voluminous tabulated Honeywell test records in HW0228437-HW0229053 (616 pages), or the large Excel spreadsheet HW00400000, or in the various lab books, HW00400039-203.

One clue to the Honeywell process of generating V50% retention data for the figure in the Technical Bulletin of Fall 2003 (HW0022642-643), especially the 3-year time point, is embodied in a Lori Wagner e-mail memo of September 11, 2003, HW0004984-985.  This time would be approximately the critical time to generate V50 data for this plotted point since 3 years earlier is September 22, 2000, not long after June 6 and 16, 2000, when Honeywell performed its very first V50 testing on DSM Z Shield, particularly Roll 20000-1300, using the DSM V50 test protocol involving a 9 mm GECO round, as found in HW0003657-667 and HW0001253-257 and HW00400000.  (The only other V50 testing performed around that time using the GECO round was on Roll 20000-1301 on 8/15/2000, but this involved heavier 30 layer shoot packs, not 22 layer shoot packs, as required by the DSM test protocol, as found in HW00400000.  Also V50 testing was conducted by Honeywell on 9/8/2000 on 22 layer shoot packs made from Roll 20000-1301, but the projectile used was a 22 caliber, 17 grain fragment simulating projectile (FSP) not a 9 mm GECO round, so the results are not comparable.)

Wagner's September 11, 2000 e-mail memo (HW0004984-985) appears to summarize a high priority effort to track down early DSM rolls, and the background for these rolls regarding shipping dates, V50 values and other manufacturing details.  This e-mail is particularly interesting because it makes suggestions for further V50 testing of early DSM production Z Shield materials.  Given the context for the need for original V50 test data from these rolls, particularly in the mid-2000 timeframe,  Wagner's words at the end of HW0004984-985 are particularly illuminating. Wagner suggested to David Hurst that V50 tests be performed on roll 1307 or 1310 and possibly roll 3905 and 3

In looking at Honeywell's data base, particularly HW0228437 - HW0229053 and HW00400000, There is no record of Honeywell having V50 tested "warehouse" material from DSM rolls1307 or 1310 around 9/11/2003 or a few days afterward.  However, DSM roll 1300 was tested once on 9/11/2003 and yielded a V50 of 1434 ft/s, a value considerably below values from 3 years earlier.  Also roll 1-1932 (DSM) was tested twice on 9/11/2003.  The results were 1385 and 1401 ft/s to compare to the first recorded testing on 7/2/2001 (one test yielding 1477 ft/s), giving a V50% retention of only 0.9431.

HW0228437 - HW0229053 has no record of ever testing rolls 3905 and 3884 (nor any rolls nearby in number – say within 10).  Thus whatever V50 results were generated, they certainly did not support 100% V50 retention as appearing in the figure of the Fall 2003 Honeywell Technical Bulletin (HW0022642-643).

**Origin and background on DSM Roll 20000-1301 and Roll 1-0407**

The Honeywell document HW00410680 is an Inspection Report for DSM roll 4518-3 with a date 7/13/2000. A portion of this document is reproduced in Figure A12. This report indicates that DSM roll 20000-1301 was derived from DSM roll 4518-3 (or possibly 4518-B) on 7/20/2000 by cutting off 328 feet (half of it) and labeling it 200001301.



Figure A12. Portion of HW00410680 showing origin of DSM roll 20000-1301 at Honeywell.

The roll numbering sequence in discovery document HW0004972-0005004 suggests that roll 4581-3 may have been in a 3/29/2000 shipment from DSM, but it may also have been shipped three or four months later, though manufactured earlier. Nevertheless it was cut from roll 4518-3 on 7/20/2000 well before mention of an 8/11/2000 document accompanying roll 1310.

As mentioned, the earliest V50 tests on 20000-1301 by Honeywell were found in HW0228437-229053 and HW00400000. On 8/15/00 it appears that a 30 layer shoot-pack was tested with GECO rounds and yielded a V50 of 1635 ft/s. On 9/8/00 a 22 layer shoot-pack (SZ#1) was tested yielding a V50 of 1481 ft./s, but it was shot with a 0.22 caliber 17 grain FSP, not with at GECO round. Thus neither result is useful as a baseline for studying uncontrolled warehouse environment aging. Furthermore, by the time of this Honeywell V50 testing, Roll 20000-1301 material was probably around 4 months old.

Regarding Roll 1-0407, an e-mail of 2/28/2001 from Pete Chalifoux of Honeywell (HW0003228) suggests that Roll 1-0407 was split into two rolls, one still with designation 1-0407 was released as Q1 material, and the other designated 1-0407A was moved to Q3 and not released, but instead designated to be sent to Lin Murray of the Ballistics Lab

**APPENDIX A1:  Additional Documents Containing Data Obtained for Figures 3.3 to 3.18**

***DSM Roll 20000-1301***
    HW0001356-367

***DSM Roll 20000-1300***
    HW0001253-257, HW0002433-347, HW0003602-622, HW0003657-667

***DSM Roll 20000-1310:***
    HW0004881-886, HW0002433-437

***DSM Rolls 3879-3936:***
    HW0003566-577, HW0000658-663, HW0000669-689, HW00401683-687

***DSM Rolls 1-0366 to 1-0422:***
    HNY066-0095-0101, HW0003552-564

***DSM Split Roll 1-0407 1-0407A:***
    HW0001384-395, HW0002507-513, HW0344185-189

***DSM Rolls 1-0727 to 1-0781:***
    HNY066-0095-0101, HW0343755-768

***DSM Rolls 1-1897 to 1-1958:***
    HNY066-0095-0101, HW0001680-1695

***FMS Experimental Roll 157-1 (HWll, FMS)***
    HW0008664-666, HW0003393-399

***FMS Production Rolls 10001 – 10995***
    HW0343734-3737, HW0000526-542, HW0130370, HW0130346-348, HW0130355,
    HW0130357, HW0130356, HW0130359, HW0130360, HW0130361, HW0130362,
    HW0130363, HW0130365, HW0130364, HW0130367, HW0130368, HW0130369,
    HW0001037-038, HW0001045-050, HW0001641-646, HW0130383, HW0130382,
    HW0130387, HW0130388, HW0341233-237, HW0130394, HW0130395, HW0130390,
    HW0130391, HW0343920, HW0002966, HW0064887, HW0064886, HW0064901,
    HW0064890, HW0064891, HW0064892, HW0064893, HW0064894, HW0064895,
    HW0064896, HW0064897, HW0064900, HW0064899, HW0064898, HW0064889,
    HW0064888

# RULE 26(a)(2)(B) EXPERT DISCLOSURES FOR DR. STUART LEIGH PHOENIX

**Appendix B:  Resume and Publications**

**Appendix C:  Testimony**

**Appendix D:  Documents and Materials Reviewed**

# APPENDIX B

**BIOGRAPHICAL INFORMATION**                    (Revised 10/05/2015)

## S. L. Phoenix

| | |
|---|---|
| **Name and Address:** | Stuart Leigh Phoenix<br>Sibley School of Mechanical and Aerospace Engineering<br>321 Thurston Hall, Cornell University<br>Ithaca, NY 14853<br>Phone: (607) 255-8818 (work) or 255-5062 (work),<br>(607) 351-4773 (home), (607) 351-4773 (cell)<br>Fax: (607) 255-2011 (work)<br>e-mail: slp6@cornell.edu (work) |
| **Major Research Interests:** | Ballistic Impact of Fibrous Structures, Statistical and Micromechanical Modeling of Time-Dependent Failure in Composite Materials, Fracture Mechanics and Fatigue. Reliability of Composite-Overwrapped Pressure Vessels. |
| **Personal Background:** | Born June 1, 1946 in Brantford, Ont., Canada<br>Naturalized United States Citizen |
| **Hobbies:** | Bicycle racing (U.S. national record holder in 12-hour and 24-hour Time Trial, many medals in N.Y. Empire State Games) |
| **Education:** | Ph.D., Cornell University (1972)<br>    Major:    Theoretical and Applied Mechanics<br>    Minors:   Statistics and Mathematics<br>    Thesis:    *Probabilistic Strength Analysis of Fibers and Fiber Bundles*<br>M.S., University of Guelph, Canada (1968)<br>    Major:    Agricultural Engineering<br>B.S. Eng., University of Guelph (1967)<br>    Major:    Agricultural Engineering (Mech. Option) |

**Research and/or Professional Experience:**

| | |
|---|---|
| 2010-present | Professor, Sibley School of Mechanical and Aerospace Engineering, College of Engineering, Cornell University, Ithaca, NY 14853 |
| 1989-2010 | Professor, Department of Theoretical and Applied Mechanics, College of Engineering, Cornell University, Ithaca, NY 14853 |
| 1986-1993 | Associate Dean for Research and Graduate Studies (1/2 time appointment), College of Engineering, Cornell University, Ithaca, NY 14853 |
| 1988 (Fall) | Visiting Scientist, Dept. of Mathematics University of Surrey Guildford Surrey, England GU25XH |
| 1986-1989 | Professor, Sibley School of Mechanical and Aerospace Engineering, College of Engineering, Cornell University, Ithaca, NY 14853 |

2

| | |
|---|---|
| 1979-1986 | Associate Professor (with indefinite tenure), Sibley School of Mechanical and Aerospace Engineering, Cornell University, Ithaca, NY 14853 |
| 1981-1982 | Visiting Scientist in Composite Materials, Lawrence Livermore National Laboratories, Livermore, CA 94550 |
| 1974-1979 | Assistant Professor, Sibley School of Mechanical and Aerospace Engineering, Cornell University, Ithaca, NY 14853 |
| 1972-1974 | Senior Research Associate, Fabric Research Laboratories (now Albany Research), Dedham MA 02026 |

**Professional Affiliations:**  AIAA

**Honors and Awards:**

Outstanding Reviewer Award for 2013 for Journals of the American Physical Society.

The Fiber Society Award for Distinguished Achievement in Basic or Applied Fiber Science (1983). Cited for research on the mechanics of textile structures and the modeling of the strength and fatigue of fiber assemblies.

Harold DeWitt Smith Award, American Society for Testing and Materials (1992). In recognition for contributions to the statistical theory of failure of multi-component fiber assemblies, and dedication to the teaching of theoretical mechanics.

NASA NESC Engineering Excellence Award, June 7, 2005. In recognition of engineering excellence on the NESC Composite Overwrapped Pressure Vessels Assessment Team.

**Courses Taught Regularly:**

Introduction to Composite Materials and Structures (sr.)
Advanced Composite Materials (grad.)
Undergraduate Engineering Mathematics (soph./jr.)
Graduate Applied Mathematics (grad.)
Solid Mechanics II (grad.)

**Courses Taught in the Past:**

System Dynamics (jr.)
Mechanical Reliability (jr./sr.)
Advanced Mechanical Reliability (grad.)
Mechanical Design and Analysis (jr.)
Solid Mechanics II (grad.)

**Short Courses:**

*Safety Considerations in the Design and Manufacture of Composite Overwrapped Pressure Vessels,* four-day, short course (with M.T Kezirian), August 7-10, 2012, Kennedy Space Center, Cape Canaveral FL. (http://www.COPVSafety.com/).

*Workshop on Composite Overwrapped Pressure Vessels (COPV): Best US Practices*, Three-day Workshop (with M.T Kezirian), Oct. 12 to 14, 2011, at European Space Agency, ESTEC, Noordwijk, The Netherlands.

3

*Advanced Composite Materials and Structures*, an intensive one week course given at Rensselaer Polytechnic Institute, Troy, NY. Lecturer in micro-mechanics and statistical aspects of strength (1981, 1982, 1983, 1986).

*Advanced Ceramics*, two day short course at Cornell University sponsored by COMEPP, June 1989, June 1990. Lectured on 'Life Prediction of Monolithic Ceramics and Fibrous Ceramic Composites'

*Statistical Theories of Failure of Materials*, U.S. Army/MSI tutorials (8 hrs. lectures) I. August 25- 26, 1987, Harry Diamond Labs, Adelphi MD; II. September 1-2, 1987, CECOM, Ft. Monmouth NJ.

**Conference Organizing:**    Organizer (with I. J. Beyerlein and R. Ballarini) of four sessions on "Statistical Fracture Processes in Heterogeneous Materials" at the 36th Annual Technical Meeting of the Society of Engineering Science, October 25-27, 1999, University of Texas at Austin, Austin Texas.

Organizer of Workshop on "Percolation Models of Material Failure", Cornell University, May 31-June 2, 1990. Sponsored by the Cornell Mathematical Sciences Institute (U.S. Army).

Co-organizer of Symposium on "Rheology of Mechanical Failure" held at Winter Meeting of the Society of Rheology, January, 1987, Santa Monica, CA.

Co-organizer of Workshop on "Time dependent Crack Growth in Polymers at Elevated Temperatures", Cornell University, August 4-8, 1986. Sponsored by the Cornell Mathematical Sciences Institute (U.S. Army).

**Consulting:**    McCullough Ginsberg Montano, consulting on trade secret litigation, June, 2014 – present.

USDoJ: Expert witness for Corporate Fraud Division, August 2011 – present (two cases).

DSM (The Netherlands): Technical advising on analytical modeling, numerical simulation and interpretation of experiments on ballistic impact into body armor materials, June 2008 – present.

Lockheed Martin (Akron,OH):  Reliability analysis of data for hull materials on High Altitude Airships, Feb. 2004-March 2010.

Boeing/Geologics (Houston,TX): Design and development of carbon-epoxy pressure vessels for NASA-ISS, Oct. 2009-2012.

Labat-Anderson (USDoJ): Evaluation of performance of police body armor, Jan. 2009-Dec 2010.

4

NASA-KSC/MEI: Development of reliability analysis tools for life-prediction of carbon-epoxy pressure vessels, May-Oct, 2010.

Boeing (Everett,WA): Reliability analysis of 787 composite hydraulic components under high pressure, May 2009-May 2010.

AdelWiggins: Reliability analysis of composite components under high hydraulic pressure, Aug.-Dec. 2008.

NASA Engineering and Safety Center: Investigation of safety of composite overwrapped pressure vessels (COPVs) on the Shuttle and the International Space Station, Feb. 2005-Jan. 2008.

Boeing (Houston,TX): Analysis of reliability data for Shuttle Kevlar COPVs, Jan. 2006-Dec 2010.

Materials Sciences Corporation: Reliability analysis of data on stress-rupture performance of PBO fiber, April 2004-Feb. 2007.

Slack and Davis, Austin TX: Expert witness on carbon-epoxy composite fork failure on racing bicycle, Jan. 2005 to Oct. 2006.

Dyer, Garofalo, Mann and Schultz, L.P.A, Dayton OH: Expert witness in fatal accident involving airborne camping fork, Sept. 2003 – Feb. 2004.

MAR Inc., Rockville MD: Design of Vectran cables, 1995-98.

Advanced Design Consulting, Inc., Ithaca NY: Design of flexible, electromechanical conduit for containing high pressures, using Kevlar and other polymers, new design for Jaws-of-Life, 1995-present.

Butler, Wooten, Overby, Cheeley, Pearson & Fryhofer Trial Lawyers, Atlanta, GA: Expert witness on materials issues in a car fire, 1996-97.

Ricci, Hubbard, Leopold & Frankel Attorneys at Law, West Palm Beach FL (1996): Expert witness in the case of the rollover of a conversion van with a fiberglass top, 1996.

Gordon, Thomas, Honeywell, Malanca, Peterson and Daheim Law Offices, Tacoma WA: Expert witness in case of the rollover of a conversion van with a fiberglass top (two cases), 1994-95.

Keefe, King and Bowman, Spokane WA: Expert witness in the case of rollover of a conversion van with a fiberglass top, 1994.

Bondurant, Mixson and Elmore, Atlanta GA: Expert witness in case of the rollover of a conversion van with fiberglass top, 1991.

U.S. Army White Sands Missile Range, WSMR, NM: Development of a Kevlar aerial test cable, 1990-94.

Martin Marietta Energy Systems, Oak Ridge, TN: Creep-rupture of graphite/epoxy composites, 1984-87.

5

National Astronomy and Ionosphere Center: Investigated wire failures in cables of Arecibo Radio-Telescope, 1980-2000.

Lawrence Livermore National Laboratory, Livermore, CA: Creep-rupture modeling of composites, 1972-1984.

## Research Funding:

National Institute of Standards and Technology (NIST). *"DO-IMPACT: Next-Gen Design Optimization of Integrated Multi Ply Body Armor by a Computational Tool"*, U.S. Department of Commerce Award Number 70NANB14H323, $182,358 from October 1, 2014 – present.

U.S. Department of Justice (National Institute of Justice). *Design Optimization of Integrated Multi Ply Armors by a Computational Tool (DO-IMPACT)*, $672,564 from January 1, 2008 – present. (Award #2007-DE-BX-K003.)

U.S. Air Force Research Laboratory, Wright-Patterson Air Force Base Dayton OH. *Modeling for the Optimization of Body Armor Systems*, $55,000 from October 1, 2005-September 30, 2006.

U.S. NAVY STTR in collaboration with ADC, Lansing NY. *Advanced Fibers, Anti-Friction Materials and Jackets for Navy Ropes.* (Cornell portion Phase I, $25,000, August 1, 2002 to July 1, 2003; Phase II, Cornell portion, $210,000 from July 1, 2003 to June 1, 2005.

New York State Dept. of Transportation, *Durability of Wearing Surfaces for FRP Bridge Decks*, $110,000 Nov. 2, 2002- April 30, 2004.

NASA University Research and Technology Initiative (URETI). *The Institute for Future Space Transport (led by U. of Florida)*. Team leader on Task 4.3.1: Life Prediction of Composite Structures for Ultra-High Reliability Requirements at funding level $220,000/yr, 7/1/02- 6/30/07.

National Institute of Standards and Technology. *Micromechanically Based Statistical Models for Lifetime of Glass Fiber-Reinforced Polymer Composites in Outdoor Environments*, July 1998-June 2000 ($30,000 per year).

National Science Foundation, Division of Materials Research. *Creep Fracture of Graphite/Polymer Composites: Experiments and Modeling to Predict Lifetime*, July 1998-June 2001 ($60,000 per year).

National Science Foundation, Division of Materials Research. *Creep-Fracture in Fibrous Microstructures* (Co-PI with R. Raj) July 1995-June 1997 ($100,000 per year).

U.S. Naval Surface Warfare Center, Carderock Division. *Testing Cable Wear Under Rolling Sheave Loads* . September 1993-present ($40,000 per year).

EMI Technologies. *Kevlar Aerial Cable Repair and Future Development* Sept. 1993- August 1994. ($17,000 for one year).

Air Force Office of Scientific Research, University Research Initiative, *Design and In Situ Processing of Metal-Ceramic and Ceramic-Ceramic Microstructures, Including Composites* (co-investigator with S. Sass and others) May 1993- November 1997 ($750,000 per year).

Mathematical Sciences Institute, *Theoretical Modelling of Failure in Composite Materials* (co-principal investigator with C.Y. Hui) June 1989-June 1991 ($120,000 per year).

United States-Israel Binational Science Foundation, *Breakdown Mechanisms of Hybrid Composites Under Long-Term Loading* (co-investigator with H.D. Wagner), June 1988-June 1991 ($38,000 per year).

Martin Marietta Energy Systems, Oak Ridge, TN, *Screening Methodology for Graphite Fiber to Enhance the Reliability of Graphite/Epoxy Composites in Stress-Rupture*, principal investigator, Oct. 1987-present ($70,000 per year).

Office of Naval Research (Materials Division), *The Structure, Properties and Architecture of Metal-Ceramic Interfaces and their Influence on the Mechanical Properties of Metal-Matrix Composites*, (co-investigator with R. Raj, S. Sass and E. Giannelis), May 1988 to May 1991 ($220,000 per year).

Office of Naval Research (Materials Division), *Ceramic Composites for Far Infrared Transmitting Applications* (co-investigator with R. Raj and A. J. Sievers), Jan. 1, 1987-Dec. 31, 1991 ($200,000 per year).

Mathematical Sciences Institute, Cornell University (sponsored by the U. S. Army), 1/8th time salary recovery as coordinator in Physical Mathematics, 1986-1988.

U.S. Department of Energy (Materials Sciences Program), *Experiments and Micromechanical Models for Creep-Rupture in Polymer Matrix Composites*, principal investigator, June 1984 to June 1987 ($121,000 per year).

Owens-Corning Fiberglas Corp., unrestricted grant used to conduct experiments on the strength and creep rupture of glass-fiber/polymer matrix composites in accelerating environments, principal investigator, January 1984 to June 1987 ($15,000 per year).

E. I. duPont de Nemours & Co., *Experiments on the Creep-Rupture of Kevlar Aramid Fibers and Composites in Accelerating Environments*, principal investigator, July 1982 to June 1987 ($40,000 per year).

U. S. Department of Energy (Materials Sciences Program), *Probabilistic Models of Stress-Rupture of Composite Materials*, principal investigator, June 1976 to June 1984 ($85,000/yr).

**Research Supervision:**

|  |  |
|---|---|
| Graduate Students: | Completed PhD - 19 (thesis advising in 4 others) |
|  | Completed MS - 8 |
|  | Present PhD - 1 |
| Undergraduates | |
| (REU/NSF & others): | Completed - 15 |
| Post-Doctoral Associates: | Past - 8 |
| Research Associate: | Dr. Petru Petrina |

**Active Review Activities:**

Applied Physics Letters
Acta Materialia
ASME Journal of Applied Mechanics
Composites Science and Technology (*Member of Editorial Board*)
Composites Part A
International Journal of Solids and Structures
International Journal of Fracture
International Journal of Uncertainty Quantification
International Journal of Impact Engineering
Journal of the Mechanics and Physics of Solids
Journal of Composite Materials
Journal of Reinforced Plastics and Composites
Journal of Materials Research

7

Journal of Materials Science
Journal of Aircraft
Journal of Polymer Science
Journal of Physics D: Applied Physics
Materials Science and Engineering A
Mechanics of Time-Dependent Materials
Modelling and Simulation in Materials Science and Engineering
Nonlinear Processes in Geophysics
Physical Review B and E
Physical Review Letters
Textile Research Journal
Thin Solid Films

**Graduate Field Memberships:**

Theoretical and Applied Mechanics          Applied Mathematics
Materials Science                          Fiber Science
Mechanical Engineering

**Journal Articles (S.L. Phoenix) (Web of Science H-index 35, 3642 citations):**

1.  S.L. Phoenix and R.G. Sexsmith (1972). "Clamp effects in fiber testing," *Journal of Composite Materials,* **6**, 322-337.

2.  S.L. Phoenix W.K. Bilanski and D.N. Mowat (1972). "In vitro digestibility of barley straw treated with sodium hydroxide," *Transactions of the A.S.A.E.*, **15**, 1091-1093.

3.  S.L. Phoenix and  H.M. Taylor (1973). "The asymptotic strength distribution of a general fiber bundle," *Advances in Applied Probability*, **5**, 200-216.

4.  S.L. Phoenix, W.K. Bilanski and D.N. Mowat (1974). "In vitro digestibility of barley straw treated with sodium hydroxide at elevated temperatures," *Transactions of the A.S.A.E.*, **17**, pp. 780-782.

5.  S.L. Phoenix (1974). "Probabilistic strength analysis of fiber bundle structures," *Fiber Science and Technology*, **7**, 15-31.

6.  S.L. Phoenix and J. Skelton (1974). "Transverse compressive moduli and yield behavior of some orthotropic high modulus filaments", *Textile Research Journal*, **44**, 934-940.

7.  S.L. Phoenix (1975). "Probabilistic inter-fiber dependence and the asymptotic strength distribution of classic fiber bundles," *International Journal of Engineering Science*, **13**, 287-304.

8.  S.L. Phoenix (1978). "The asymptotic time to failure of a mechanical system of parallel members," *SIAM Journal on Applied Mathematics*, **34**, 227-246.

9.  S.L. Phoenix (1978). "Mechanical response of a tubular braided cable with an elastic core," *Textile Research Journal*, **48**, 81-91.

10. S.L. Phoenix (1978). "Stochastic strength and fatigue of fiber bundles," *International Journal of Fracture*, **14**, 327-344.

11. D.G. Harlow and S.L. Phoenix (1978). "The chain-of-bundles probability model for the strength of fibrous materials I: analysis and conjectures," *Journal of Composite Materials*, **12**, 195-214.

12. D.G. Harlow and S.L. Phoenix (1978). "The chain-of-bundles probability model for the strength of fibrous materials II: a numerical study of convergence," *Journal of Composite Materials*, **12**, 314-334.

13.  S.L. Phoenix (1979). "The asymptotic distribution for the time to failure of a fiber bundle," *Advances in Applied Probability*, **11**, 153-187.

14.  D.G. Harlow and S.L. Phoenix (1979). "Bounds on the probability of failure of composite materials," *International Journal of Fracture*, **15**, 321-336.

15.  S.L. Phoenix (1979). "Statistical theory for the strength of twisted fiber bundles with applications to yarns and cables," *Textile Research Journal*, **49**, 407-423.

16.  D.G. Harlow and S.L. Phoenix (1981). "Probability distributions for the strength of composite materials I: two-level bounds," *International Journal of Fracture*, **17**, 347-372.

17.  D.G. Harlow and S.L. Phoenix (1981). "Probability distributions for the strength of composite materials II: a convergent sequence of tight bounds," *International Journal of Fracture*, **17**, 60l-630.

18.  R.L. Smith and S.L. Phoenix (1981). "Asymptotic distributions for the failure of fibrous materials under series-parallel structure and equal load sharing," *Journal of Applied Mechanics*, **103**, 75-82.

19.  R.E. Pitt and S.L. Phoenix (1981). "On modeling the statistical strength of yarns and cables under localized load-sharing among fibers," *Textile Research Journal*, **15**, 408-425.

20.  D.G. Harlow and S.L. Phoenix (1982). "Probability distributions for the strength of fibrous materials I: two level failure and edge effects," *Advances in Applied Probability*, **14**, 68-94.

21.  R.E. Pitt and S.L. Phoenix (1982). "Probability distributions for the strength of composite materials III: the effect of fiber arrangement," *International Journal of Fracture*, **20**, 291-311.

22.  R.E. Pitt and S.L. Phoenix (1983). "Probability distributions for the strength of composite materials IV: localized load-sharing with tapering," *International Journal of Fracture*, **22**, 243-276.

23.  S.L. Phoenix and L.J. Tierney (1983). "A statistical model for the time dependent failure of unidirectional composite materials under local elastic load-sharing among fibers," *Engineering Fracture Mechanics*, **18**, 193-215.

24.  S.L. Phoenix and R.L. Smith (1983). "A comparison of probabilistic techniques for the strength of fibrous materials under local load-sharing among fibers," *International Journal of Solids and Structures*, **19**, 479-496.

25.  R.L. Smith, S.L. Phoenix, M.R. Greenfield, R.B. Henstenburg, and R.E. Pitt (1983). "Lower-tail approximations for the probability of failure of 3-D fibrous composites with hexagonal geometry," *Proceedings of the Royal Society*, London **A388**, 353-391.

26.  H.D. Wagner, S.L. Phoenix and P. Schwartz (1984). "A study of statistical variability in the strength of single aramid filaments," *J. Composite Materials*, **18**, 312-338.

27.  C.C. Kuo, S.L. Phoenix and E.J. Kramer (1985). "Geometrically necessary entanglement loss during crazing of polymers," *Journal of Materials Science Letters*, **4**, 459-462.

28.  H.D. Wagner, P. Schwartz and S.L. Phoenix (1986). "Lifetime statistics for single Kevlar 49 filaments in creep-rupture," *Journal of Materials Science*, **21**, 1868-1878.

29.  S.L. Phoenix, H.H. Johnson and W. McGuire (1986). "Condition of a steel cable after a period of service," *Journal of Structural Engineering*, **112**, 1263-1279.

30.  A.C.M. Yang, E.J. Kramer, C.C. Kuo and S.L. Phoenix (1986), "Craze fibril stability and breakdown in polystyrene," *Macromolecules*, **19**, 2010-2019.

31.  A.C.M. Yang, E.J. Kramer, C.C. Kuo and S,L. Phoenix (1986). "Crazes in diluted entanglement networks of polystyrene," *Macromolecules*, **19**, 2020-2027.

32.  C.C. Kuo and S.L. Phoenix (1987). "Recursions and limit theorems for the strength and lifetime distributions of a fibrous composite," *Journal of Applied Probability*, **24**, 137-159.

33.  H.F. Wu, S.L. Phoenix and P. Schwartz (1988). "Temperature dependence of lifetime statistics for single Kevlar 49 filaments in creep-rupture," *Journal of Materials Science*, **23**, 1851-1860.

34.  S.L. Phoenix, P. Schwartz and H.H. Robinson IV (1988). "Statistics for the strength and lifetime in creep-rupture of model carbon/epoxy composites," *Composites Science and Technology*, **32**, 81-120.

35.  K.B. Cady, S.L. Phoenix and T.N. Rhodin (1988). "Restructuring graduate engineering education: The M.Eng. program at Cornell," *Engineering Education*, **78**, 157-163.

36.  D.C. Lagoudas, C.Y. Hui and S.L. Phoenix (1989). "Time evolution of overstress profiles near fiber breaks in a composite with viscoelastic matrix," *International Journal of Solids and Structures*, **25**, 45-66.

37.  A.N. Netravali, R.B. Henstenburg, S.L. Phoenix and P. Schwartz (1989). "Interfacial shear strength studies using the single-filament-composite test I:  Experiments on graphite fibers in epoxy," *Polymer Composites*, **10**, 226-241.

38.  D. Farquhar, F.M. Mutrelle, S.L. Phoenix and R.L. Smith (1989). "Lifetime statistics for single graphite fibers in creep-rupture," *Journal of Materials Science*, **24**, 2151-2164.

39.  A.N. Netravali, L.T.T. Topoleski and W.H. Sachse and S.L. Phoenix (1989). "Acoustic emission technique for measuring fiber fragment length distribution in the single-fiber-composite test," *Composites Science and Technology*, **35**, 13-29.

40.  R.B. Henstenburg and S.L. Phoenix (1989). "Interfacial shear strength studies using the single-filament-composite test II:  a probability model and Monte-Carlo simulation," *Polymer Composites*, **10**, 389-408.

41.  A.N. Netravali, P. Schwartz and S.L. Phoenix (1989). "Study of interfaces of high performance glass fibers and DGEBA based epoxy resins using the single-fiber-composite test," *Polymer Composites*, **10**, 385-388.

42.  D.S. Farquhar, R. Raj and S.L. Phoenix (1990). "Fracture and stiffness characteristics of particulate composites of diamond in zinc sulfide," *Journal of the American Ceramics Society*, **73**, 3074-3080.

43.  H. Otani, S.L. Phoenix and P. Petrina (1991). "Matrix effects on lifetime statistics for carbon fiber/epoxy microcomposites in creep-rupture," *Journal of Materials Science*, **26**, 1955-1970.

44.  D.G. Harlow and S.L. Phoenix (1991). "Approximations for the strength distribution and size effect in an idealized lattice model of material breakdown," *Journal of the Mechanics and Physics of Solids*, **39**, 173-200.

45.  R. Gulino and S.L. Phoenix (1991). "Weibull strength statistics for graphite fibers measured from the break progression in a model graphite/glass/epoxy composite," *Journal of Materials Science*, **26**, 3107-3118.

46.  R. Gulino, P. Schwartz and S.L. Phoenix (1991). "Experiments on shear deformation debonding and local load transfer in a model graphite/glass/epoxy composite," *Journal of Materials Science*, **26**, 6655-6672.

47.  D.D. Mason, C.-Y. Hui and S.L. Phoenix (1992). "Stress profiles around a fiber break in a composite with a nonlinear, power-law creeping matrix," *International Journal of Solids and Structures*, **26**, 2829-2854.

48.  S.L. Phoenix  and R. Raj (1992). "Scalings in fracture probabilities for a brittle matrix fiber composite," *Acta Metallurgica et Materialia*, **40**, 2813-2828.

49.    V.C. Jobin, R. Raj and S.L. Phoenix (1992). "Rate effects in metal-ceramic interface sliding from the periodic film cracking technique," *Acta Metallurgica et Materialia*, **40**, 2269-2280.

50.    S.L. Phoenix (1993). "Statistical issues in the fracture of brittle matrix fibrous composites," *Composites Science and Technology*, **48**, 65-80.

51.    A.M. Sastry and P. Schwartz and S.L. Phoenix (1993). "Analysis of interfacial failure in a composite microbundle pull-out experiment," *Composites Science and Technology*, **48**, 237-251.

52.    D.S. Farquhar, S.L. Phoenix and R. Raj (1994). "Determination of fracture toughness and bridging tractions from crack-opening displacement measurements in particulate composites of diamond in zinc sulfide," *Acta Metallurgica et Materialia*, **42**, 65-75.

53.    K. Goda and S.L. Phoenix (1994). "Reliability approach to the tensile strength of unidirectional CFRP composites by Monte-Carlo simulation in a shear-lag model," *Composites Science and Technology*, **50**, 457-468.

54.    A.M. Sastry and S.L. Phoenix (1994). "Load redistribution near non-aligned fiber breaks in a 2-D unidirectional composite using break-influence superposition," *Materials Science Letters*, **12**, 1596-1599.

55.    A.M. Sastry and S.L. Phoenix (1994). "Examination of shielding and magnification of loads from fiber breaks in elastic, unidirectional composites using a break-influence superposition technique," *SAMPE Journal,* **30**, 61-67.

56.    W. I. Newman, A. Gabrielov, T.A. Durand, S.L. Phoenix and D.L. Turcotte (1994). "An exact renormalization model for earthquakes and material failure: Statics and dynamics," *Physica D Special Issue: Modeling the Forces of Nature*, **77**, 200-216.

57.    Z.-F. Li, D.T. Grubb, and S.L. Phoenix (1994). "An experimental technique for preparation of multi-fiber model composites," *J. Materials Science Letters*, **13**, 1720-1724.

58.    J.-L. Houpert, S.L. Phoenix and R. Raj (1994). "Analysis of the single-fiber-composite test to measure the mechanical properties of metal-ceramic interfaces," *Acta Metallurgica et Materialia*, **42**, 4177-4187.

59.    M. Ibnabdeljalil and S.L. Phoenix (1995). "Creep-rupture of brittle matrix composites reinforced with time dependent fibres: Scalings and Monte Carlo simulations," *J. Mechanics and Physics of Solids*, **43**, 897-931.

60.    M. Ibnabdeljalil and S L. Phoenix (1995). "Scalings in the statistical failure of brittle matrix composites with discontinuous fibers: Analysis and Monte Carlo simulations," *Acta Metallurgica et Materialia*, **43**, 2975-2983.

61.    C.-Y. Hui, S.L. Phoenix, M. Ibnabdeljalil and R.L. Smith (1995). "An exact closed form solution for fragmentation of Weibull fibers in a single filament composite with application to fiber reinforced ceramics," *J. Mechanics and Physics of Solids*, **43**, 1551-1585.

62.    A. Ho, A.N. Netravali and S.L. Phoenix (1995). "Interfacial shear strength studies of Nicalon fibers in epoxy matrix using single fiber composite test," *Polymer Composites*, **16**, 542-548.

63.    D.T. Grubb, Z.-F. Li and S.L. Phoenix (1995). "Measurement of stress concentration in a fiber adjacent to a fiber break in a model composite," *Composites Science and Technology*, **54**, 237-249.

64.    Z.-F. Li, D.T. Grubb and S.L. Phoenix (1995). "Fiber interactions in the multi-fiber composite fragmentation test," *Composites Science and Technology*, **54**, 251-266.

65.   I.J. Beyerlein and S.L. Phoenix (1996). "Statistics for the strength and size effects of microcomposites with four carbon fibers in epoxy," *Composites Science and Technology*, **56**, 75-92.

66.   I.J. Beyerlein, S.L. Phoenix and A.M. Sastry (1996). "Comparison of shear-lag theory and continuum fracture mechanics for modeling fiber and matrix stresses in an elastic cracked composite lamina," *Int. J. Solids and Structures*, **33**, 2543-2574.

67.   C.-Y. Hui, S.L. Phoenix and L. Kogan (1996). "Analysis of fragmentation in the single filament composite: roles of fiber strength distributions and exclusion zone models," *Journal of the Mechanics and Physics of Solids*, **44**, 1715-1737.

68.   T.-W. Chou, S.L. Phoenix and J.A. Nairn (1996). "The micromechanical modeling of polymer composites," *JOM*, **48**, 53-57.

69.   I.J. Beyerlein and S.L. Phoenix (1996). "Stress concentrations around multiple fiber breaks in an elastic matrix with local yielding or debonding using quadratic influence superposition," *Journal of the Mechanics and Physics of Solids* , **44**, pp. 1997-2039.

70.   S.L. Phoenix, M. Ibnabdeljalil and C.-Y. Hui (1997). "Size effects in the distribution for strength of brittle matrix fibrous composites," *Int. J. Solids and Structures*, **34**, 545-568.

71.   I.J. Beyerlein and S.L. Phoenix (1997). "Statistics of fracture for an elastic notched composite lamina containing Weibull fibers - Part I: Features from Monte Carlo simulation," *Engineering Fracture Mechanics*, **57**, 241-265.

72.   I.J. Beyerlein and S.L. Phoenix (1997). "Statistics of fracture for an elastic notched composite lamina containing Weibull fibers - Part II: Probability models of crack growth," *Engineering Fracture Mechanics*, **57**, 267-299.

73.   I.J. Beyerlein and S.L. Phoenix (1997). "Stress profiles and energy release rates around fiber breaks in a lamina with propagating zones of matrix yielding and debonding," *Composites Science and Technology*, **57**, 869-885.

74.   C.-Y. Hui,  S.L. Phoenix and D. Shia (1997). "The single filament composite test:  a new statistical theory for estimating the interfacial shear strength and Weibull parameters for fiber strength," *Composites Science and Technology*, **57**, 1707-1725.

75.   I.J. Beyerlein, S.L. Phoenix and R. Raj (1998). "Time evolution of stress redistribution around arbitrary arrays fiber breaks in a composite with viscous and viscoelastic matrices," *Int. J Solids and Structures*, **35**, 3177-3211.

76.   I.J. Beyerlein, M.S. Amer, L.S. Schadler and S.L. Phoenix (1998). "New methodology for determining in situ fiber, matrix and interface stresses in damaged multifiber composites," *Science and Engineering of Composite Materials*, **7**, 151-204.

77.   S. Mahesh, I.J. Beyerlein and S.L. Phoenix (1999). "Size and heterogeneity effects on the strength of fibrous composites", *Physica D*, **133**, 371-389.

78.   J.K. Burton and S.L. Phoenix (2000). "Superposition method for calculating singular stress fields at kinks, branches and tips in multiple crack arrays," *Int. J. Fracture*, **102**, 99-139.

79.   S.L. Phoenix and I.J. Beyerlein (2000).  "Statistical Strength Theory for Fibrous Composite Materials", Chapter 1.19, in Vol. 1 of *Comprehensive Composite Materials*, (6 volumes), (A. Kelly and C. Zweben, editors-in-chief; T.W. Chou, Volume 1 ed.) Pergamon (Elsevier Science).

80.   D. Shia, C.-Y. Hui and S.L. Phoenix (2000). "Statistics of fragmentation in a single fiber composite under matrix yielding and debonding with application to the strength of multi-fiber composites, *Compos. Sci.  Technol.*, **60**, 2107-2128.

81.  S.L. Phoenix (2000). "Modeling the statistical lifetime of glass fiber/polymer matrix composites in tension," *Composite Structures*, **48**, 19-29.

82.  S. L. Phoenix and I.J. Beyerlein (2000). "Distributions and size scalings for strength in a 1D random lattice with load redistribution to nearest and next-nearest neighbors," *Physical Review E*, **62(2)** 1622-1645.

83.  W.I. Newman and S.L. Phoenix (2001) "Time-dependent fiber bundles with local load sharing" *Physical Review E*, **63**, 021507 (20 pages).

84.  M. Kazanci, P. Schwartz and S.L. Phoenix (2001). "The effect of matrix stiffness on the creep-rupture lifetime of carbon fiber/epoxy composites" *Composite Structures*, **54**, 221-223.

85.  S. Mahesh, S.L. Phoenix and I.J. Beyerlein (2002). "Strength distributions and size effects for 2D and 3D composites with Weibull fibers in an elastic matrix", *Int. J. Fracture*, **115**, 41-85.

86.  S.L. Phoenix, P.K. Porwal (2003). "A new membrane model for ballistic impact response and $V_{50}$ performance of multi-ply fibrous systems", *Int. J. Solids and Structures*, **40**, 6723-6765.

87.  S. Mahesh and S.L. Phoenix (2004). "Absence of a tough-brittle transition in the statistical fracture of unidirectional composite tapes under local load sharing", *Phys Rev. E.*, **69**, 026102 (23 pages).

88.  S. Mahesh and S.L. Phoenix (2004). "Lifetime distributions for unidirectional fibrous composites under creep-rupture loading", *Int. J. Fracture*, **127**, 303–360.

89.  S. TerMaath, S.L. Phoenix and C.-Y. Hui  (2006). "An technique for studying interacting cracks of complex geometry in 2D", *Eng. Fracture Mech.*, **73**, 1086-1114.

90.  J. Bai and S.L. Phoenix (2005). "Compressive failure model for fiber composites by kink band initiation from obliquely aligned, shear-dislocated fiber breaks", *Int. J. Solids Structures*, **42**, 2089-2128.

91.  P.K. Porwal and S.L. Phoenix (2005). "Modeling system effects in ballistic impact into multi-layered fibrous materials for soft body armor",  *Int. J. Fracture*, **135**, 217-249.

92.  S.L. Phoenix, A.K. Yavuz, K.D. Papoulia and C.Y. Hui (2006). "Buckling analysis of a delaminated and stitched composite plate system under hygo-thermal pressure", *ASME Journal for Engineering Materials and Technology*, **128**, pp. 117-122.

93.  A.K. Yavuz, K.D. Papoulia, S.L. Phoenix and C.Y. Hui (2006). "Stability analysis of stitched composite plate system with delamination under hygro-thermal pressure", *AIAA Journal,* **44**, pp. 1579-1585.

94.  A.K. Yavuz, S.L. Phoenix and S.C. TerMaath (2006). "Multiple crack analysis in finite plates", *AIAA Journal*, **44**, pp. 2535-2541.

95.  A.K. Yavuz, S.L. Phoenix, S.C. TerMaath (2006). "An accurate and fast analysis for strongly interacting multiple crack configurations including kinked (V) and branched (Y) cracks", *International Journal of Solids and Structures*, **43**, pp. 6727-6750.

96.  P. K. Porwal, I.J. Beyerlein and S.L. Phoenix (2006). "Statistical strength of a twisted fiber bundle: an extension of Daniels' equal-load-sharing parallel bundle theory", *Journal of Mechanics of Materials and Structures*, **1**(8) pp. 1425-1448.

97.  P. K. Porwal, I. J. Beyerelin and S.L. Phoenix (2007). "Statistical strength of twisted fiber bundles with load sharing controlled by frictional length scales", *Journal of Mechanics of Materials and Structures*, **2**(4) pp. 773-791.

98.  P. K. Porwal and S.L. Phoenix (2008). "Effects of layer stacking order on the V50 velocity of a two-layered hybrid armor system", *Journal of Mechanics of Materials and Structures*, **3**(4)) pp. 627-639.

99.  S.L. Phoenix and W.I. Newman (2009). "Time-dependent fiber bundles with local load sharing. II. General Weibull strength", *Phys Rev. E.*, **80**, 066115(1-14).

100. S.L. Phoenix, A.K. Yavuz and P.K. Porwal (2009). "A New Interference Approach for Ballistic Impact into Stacked Flexible Composite Body Armor", *AIAA Journal*, **48**, pp. 490-501.

101. I.J. Beyerlein, P.K. Porwal, Y.T. Zhu, K. Hu, X.F. Xu, and S.L. Phoenix (2010). "Probabilistic Strength of Carbon Nanotube Yarns", in *Advances in Mathematical Modeling and Experimental Methods for Materials and Structures: The Jacob Aboudi Volume*, Solid Mechanics and Its Applications, **Vol. 168**, (R. Gilat and L Banks-Sills, eds.), 1st edition., Springer, NY, XXVIII, pp. 211- 222.

102. A.K. Yavuz, A.D. Senalp, H.S. Turkmen and S.L. Phoenix (2012), "Interacting fatigue crack growth analysis with boundary cracklet method." *Advanced Materials Research,* **445**, pp. 1017-28.

103. A.K. Yavuz, S.L. Phoenix and D.K. Balkan (2012). "New model for interlaced yarns in the ballistic impact of flexible body armors". *Advanced Materials Research,* **445**, pp. 1023-28.

104. Yavuz, A. K., Senalp, D. S., Turkmen, H. S., Phoenix, S. L. (2013). "Fast and Accurate Analysis of Interacting Fatigue Crack Growth with Boundary Cracklet Method," *Frontiers in Aerospace Engineering* (2), **1**, 73-77, 2013.

105. S. L. Phoenix, and Wei Li, "Stochastic processes in modeling the strength of composites" (Sept. 2014). Chapter 15 (pp. 501-537), in *Sustainable Composites,* (A.N. Netravali and C.M. Pastore. eds.) DEStech Publications, Inc., Lancaster PA. (ISBN No. 978-1-60595-111-9)

106. S.L. Phoenix, U. Heisserer, H. van der Werff and M.J. van der Jagt-Deutekom (2015). "Modeling and experiments on ballistic impact into UHMWPE yarns using flat and saddle-nosed projectiles", *Journal of Strain Analysis.*, in revision.

107. S. Eken, S.L. Phoenix and A.K. Yavuz (2015). "A robust, adaptable, PC-based code for modeling ballistic impact into Flexible UD tape structures and Fabrics", in preparation for Journal of Impact Engineering.

108. S. Eken, S.L. Phoenix and A.K. Yavuz (2015). "A robust, adaptable, PC-based code for modeling ballistic impact into UD tape structures and fabrics", in preparation for *Journal of Impact Engineering.*

109. S. Eken, S.L. Phoenix and A.K. Yavuz (2015). "Some results and insights from PC-based code for modeling RCC ballistic impact into fabric armor structures with yarn slip", in preparation for *Journal of Impact Engineering.*

110. S. Eken, S.L. Phoenix and A.K. Yavuz (2015). "Comparison of results from spherical vs RCC projectile impact into a flexible UHMWPE UD tape structure", in preparation for *Journal of Impact Engineering.*

**Recent Significant Conference Proceedings (S.L. Phoenix):**

S. L. Phoenix, A. K. Yavuz, R. Zhou, W. Li, H. van der Werff and U. Heisserer, "Design Optimization of Integrated Multi-Ply Body Armor by a Computation Tool (DO-IMPACT)", PASS 2010, Personal Armor Systems Symposium, Faimont Le Chateay Frontenac, Quebec City, Canada, September 13-17, 2010.

14

S. L. Phoenix, H. van der Werff, U. Heisserer and S.L. Phoenix, "Modeling of Ballistic Impact on Fiber Composites", PASS 2010, Personal Armor Systems Symposium, Fairmont Le Chateau Frontenac, Quebec City, Canada, September 13-17, 2010.

S. L. Phoenix, L. Grimes-Ledesma, J. C. Thesken and P. L. N. Murthy. (2006). "*Reliability Modeling of the Stress-Rupture Performance of Kevlar 49/Epoxy Pressure Vessels: Revisiting a Large Body Stress Rupture Data to Develop New Insights,*" in *Proceedings of the American Society for Composites, 21st Annual Technical Conference, September 17-20, 2006, The University of Michigan-Dearborn, Dearborn, MI.*

J. C. Thesken, P. L. N. Murthy, S.L. Phoenix, N. Greene, J. Palko, J. Eldridge, J. Sutter, R. Saulsberry, and H. Beeson. (2006). "*A theoretical investigation of composite overwrapped pressure vessel (COPV) mechanics applied to NASA full scale tests,*" in *Proceedings of the American Society for Composites, 21st Annual Technical Conference, September 17-20, 2006, The University of Michigan-Dearborn, Dearborn, MI.*

N. Greene, H. Beeson, M. Carrillo, B. Forsyth, J. Grant, E. I. Madaras, S.L. Phoenix, D. Revilock, R. Saulsberry, J. Sutter, J. C. Thesken, T.Y. Yoder. (2006). "*Experimental Investigation of Composite Overwrapped Pressure Vessels for Stress Rupture Life,*" in *Proceedings of the American Society for Composites, 21st Annual Technical Conference, September 17-20, 2006, The University of Michigan-Dearborn, Dearborn, MI.*

L. Grimes-Ledesma, S. L. Phoenix, H. Beeson, T. Yoder, N. Greene. (2006). "*Testing of Carbon Fiber Composite Overwrapped Pressure Vessel Stress-Rupture Lifetime,*" in *Proceedings of the American Society for Composites, 21st Annual Technical Conference, September 17-20, 2006, The University of Michigan-Dearborn, Dearborn, MI.*

R. Saulsberry, N. Greene, H. Beeson, J. C. Thesken, S. L. Phoenix, D. Revilock, J. Grant, S. Thornton, T. Yolken, E. Madaras, E. Cramer and J. Newman. (2006). "*Nondestructive Methods Supporting NASA Composite Overwrapped PressureVessel Assessments,*" in *Proceedings of the American Society for Composites, 21st Annual Technical Conference, September 17-20, 2006, The University of Michigan-Dearborn, Dearborn, MI.*

S.L. Phoenix and P.L.N. Murthy. (2007*). "Pros and Cons of Proof Testing Carbon Composite Overwrapped Pressure Vessels: A Comparison of Two Mathematical Models,"* in *Proceedings of 48th AIAA/ASME/ASCE/AHS/ASC Structures, Structural Dynamics, and Materials Conference, April 23, 2007, Honolulu, Hawaii.*

L. Grimes-Ledesma, P.L.N. Murthy, S.L. Phoenix and R. Glaser (2007*). "A Comparison of Various Stress Rupture Life Models for Orbiter Composite Pressure Vessels and Confidence Intervals,"* NASA/TM-2007-214808.

P.L.N. Murthy, J.C. Thesken, S.L. Phoenix and L. Grimes-Ledesma (2007*). "Stress Rupture Life Reliability Measures for Composite Overwrapped Pressure Vessels,"* NASA/TM-2007-214848.

S.L. Phoenix, M.T. Kezirian and P.L.N. Murthy (2009*). "Bayes Analysis and Reliability Implications of Stress-Rupture Testing a Kevlar/Epoxy COPV using Temperature and Pressure Acceleration,"* in *Proceedings of 50th AIAA/ASME/ASCE/AHS/ASC Structures, Structural Dynamics, and    Materials Conference, May 4-7, 2009, Palm Springs, California.*

S.L. Phoenix and M.T. Kezirian (2009*). "Analysis of Potential for Titanium Liner Buckling after Proof in a Large Kevlar/Epoxy COPV,"* in *Proceedings of 50th AIAA/ASME/ASCE/AHS/ASC Structures, Structural Dynamics, and Materials Conference, May 4-7, 2009, Palm Springs, California.*

A.Y. Yavuz and S.L. Phoenix (2009*). "Easy Handling of Complex Multiple Crack Interactions*

*by Boundary Cracklet Method (BCM)," in Proceedings of 50th AIAA/ASME/ASCE/AHS/ASC Structures, Structural Dynamics, and Materials Conference, May 4-7, 2009, Palm Springs, California.*

P.L.N. Murthy and S.L. Phoenix (2009*). "Designing of a Fleet-Leader Program for Carbon Composite Overwrapped Pressure Vessels," in Proceedings of 50th AIAA/ASME/ASCE/AHS/ASC Structures, Structural Dynamics, and Materials Conference, May 4-7, 2009, Palm Springs, California.*

M.T. Kezirian, S.L. Phoenix and J.I. Eldridge (2009*). "Use of Raman Spectroscopy and Delta Volume Growth from Void Collapse to Assess Overwrap Stress Gradients Compromising the Reliability of Large Kevlar/Epoxy COPVs," in Proceedings of 50th AIAA/ASME/ASCE/AHS/ASC Structures, Structural Dynamics, and Materials Conference, May 4-7, 2009, Palm Springs, California.*

## Earlier Conference Proceedings:

Refereed:

1.  S. L. Phoenix (1974). "Probabilistic concepts in modeling the tensile strength behavior of fiber bundles and unidirectional fiber/matrix composites," *Composite Materials: Testing and Design (Third Conference)*. **ASTM STP 546**, pp. 130-151.

2.  S. L. Phoenix (1975). "Statistical analysis of flaw strength spectra of high modulus fibers," *Composite Reliability*, **ASTM STP 580**, pp.77-89.

3.  S. L. Phoenix (1979). "Statistical aspects of failure of fibrous materials," *Composite Materials: Testing and Design (Fifth Conference)*, **ASTM STP 674**, pp. 455-483.

4.  S. L. Phoenix, M. Ibnabdeljalil and C. Y. Hui (1995). "Fiber fragmentation in a single filament composite as related to the strength of fiber-reinforced ceramics," Proceedings of the IUTAM Symposium on Nonlinear Analysis of Fracture, University of Cambridge, U. K. September 3-7, Kluwer Academic Publishers, Dordrecht.

Non-Refereed:

1.  S. L. Phoenix (1976). "Probabilistic theories of time dependent failure of fiber bundles", *Oceans '76 Second Annual Combined Conference*, September 13-15, 1976, Washington, DC. IEEE publications number 76 CH 1118-9 OEC.

2.  S. L. Phoenix (1976) . "Stochastic models for the tensile strength, fatigue and stress-rupture of fiber bundles". *Advances in Engineering Science*, NASA CP-20001 167-182. (Presented at 13th annual meeting, 1976.)

3.  S. L. Phoenix (1979). "The random strength of series-parallel structures with load sharing among members". *Proceedings of the Specialty Conference on Probabilistic Mechanics and Structural Reliability*. Published by the ASCE, New York 1979.

4.  S. L. Phoenix (1980). "Statistical models for the tensile strength of yarns and cables". *Published Proceedings of the NATO Advanced Study Institute on the Mechanics of Flexible Fibre Assemblies* (J. W. S. Hearle, J. J. Thwaites and J. Amirbayat eds.), Sijthoff and Noordhoff, Holland.

5.  D. G. Harlow and S. L. Phoenix (1981). "Tight bounds for the probability distribution of the strength of composites", *Proceedings of the Second USA-USSR Symposium on the Fracture of Composite Materials* (George Sih, ed.), Sijthoff and Noordhoff, Holland.

6.  S. L. Phoenix (1982). "Statistical modeling of the time and temperature dependent failure of fibrous composites". *Proceedings of the Ninth U.S. National Congress of Applied Mechanics*, Cornell University, Ithaca, NY, June 2l-25, 1982.

7.  S. L. Phoenix and E. M. Wu (1983). "Statistics for the time dependent failure of Kevlar-49/epoxy composites: micromechanical modeling and data interpretation", in *Mechanics of Composite Materials: Recent Advances* (Z. Hashin and C. T. Herakovich, eds.), Pergamon Press, England, pp. 135-162.

8.  S. L. Phoenix and C. C. Kuo (1983). "Recent advances in statistical and micromechanical modeling of the time dependent failure of fibrous composites", *1983 Advances in Aerospace Structures, Materials and Dynamics AD-06* (U. Yuceoglu, R. L. Sierakowski and D. A. Glasgow, eds.) Book No. H00272, American Society of Mechanical Engineers, New York, pp. 169-177.

9.  H. D. Wagner, S. L. Phoenix and P. Schwartz (1985). "A study of the lifetime of aramid fibers under constant stress", *Proceedings of the Fifth International Conference on Composite Materials*, July 29 - August 1, l985, San Diego, CA, pp 245-275. AIME, Warrendale, PA.

10. S. L. Phoenix (1986). "Statistics for the strength of  bundles of fibers in a matrix, Encyclopedia of Materials Science and Engineering", (M. B. Bever, ed.), Pergamon Press, pp. 1707-1711.

11. C. C. Kuo and S. L. Phoenix (1986), "Limit theorems for the size effect in the lifetime distribution of a fibrous composite", *Proceedings of the Fourth Army Conference on Applied Mathematics and Computing*, Cornell University, May 29, 1986.

12. H. F. Wu, S. L. Phoenix and P. Schwartz (1987), "Lifetime statistics for single Kevlar 49 filaments in creep-rupture at elevated temperatures". *Proceedings of ICCM VI and ECCM 2*, July 20-24, 1987, Imperial College, London, U.K., published by Elsevier Applied Science.

13. S. L. Phoenix and I. J. Beyerlein (1992). "Statistical Breakdown Models from Other Materials: What Other Issues Do They Raise in the Performance of Wire bundles?", *IABSE Workshop on Length Effect on Fatigue of Wires and Strands*, Madrid Spain, 23-25, 1992.

14. P. Petrina, S. L. Phoenix and E. Head (1994). "Effect of braided jacket damage on the lifetime of 3/8" Kevlar strands  under a loaded sheave and high tension", *MTS Proceedings*, Washington, D. C., September 1994.

15. I. J. Beyerlein, S. L. Phoenix, and A. M. Sastry (1995), "Stress concentrations around aligned fiber breaks  in a unidirectional composite with elastic-plastic matrix". *Proceedings of the Fifth International Conference on Numerical Methods in Industrial Forming Processes-Numiform'95* (S.-F. Shen and P. R. Dawson, eds.), June 18-21, 1995, Cornell University, Ithaca, NY, published by Balkema, Rotterdam.

16. P. Petrina, S. L. Phoenix, F. Leban and V. Pappas (1995). "Lifetime studies of synthetic cables subjected to lateral contact loads from sheaves", *OCEANS, MTS/IEEE 95 Proceedings,* October 10, 1995, San Diego, CA.

17. I. J. Beyerlein and S. L. Phoenix (1996). "Statistical fracture behavior of a fiber-reinforced composite containing Weibull fibers, yielding matrix, and debonding fiber-matrix interface", presented at ICCI-VI (Microphenomena in Advanced Interfaces), May 5-8, 1996, Zichron Yaacov, Israel.

18. J. K. Burton and S. L. Phoenix (1996). "Simulation of crack propagation along interfaces in in composite materials", presented at ICCI-VI (Microphenomena in Advanced Interfaces), May 5-8, 1996, Zichron Yaacov, Israel.

19. I. J. Beyerlein and S. L. Phoenix (1996). "Statistical fracture behavior of planar composites with Weibull fibers," *Proceedings of First International Conference on Composite Science and Technology - ICCST/1* (S. Adali and V.E. Verijenko eds., Univ. of Natal), Durban, South Africa, June 18-20, pp. 31-36.

20.  I. J. Beyerlein and S. L. Phoenix (1997). "Multiple fiber breaks in a fiber composite with a creeping matrix," Proceedings of First International Conference on Damage and Failure of Interfaces - DFI-1, Vienna University of Technology, Vienna, Austria, Sept. 22-24, 1997, A.A Balkema Publishers, Rotterdam, ISBN (H.P. Rossmanith ed.).

21.  P. Petrina, S. L. Phoenix, *Synthetic Ropes Subjected to Trolley Loads,* OCEANS, MTS/IEEE 97 Proceedings, Halifax, Canada, October 1997.

22.  S. L. Phoenix and I. J. Beyerlein (1997). "Strength distribution and size effects for the fracture of fibrous composite materials," 1997 ASME International Mechanical Engineering Congress and Exposition, Nov. 16-21, 1997, Dallas, Texas. Published in *Analysis and Design Issues for Modern Aerospace Vehicles* (G.J. Simitses, ed.), AD-Vol. 55, The American Society of Mechanical Engineers, New York.

23.  S. L. Phoenix (1998). 15. "Modeling the Statistical Lifetime of Glass Fiber/Polymer Matrix Composites in Tension," *Proceedings of Secondt International Conference on Composite Science and Technology - ICCST/2* (S. Adali, E.V. Morozov and V.E. Verijenko eds., Univ. of Natal), Durban, South Africa,, June 9-11, 1998, Durban, South Africa. pp. 3-16.

**Significant Technical Reports:**

1.  2.S. L. Phoenix (1975). "Transverse Mechanical Behavior of an Unimpregnated Kevlar 29 Cable Core Under Uniform Radial Loading", Final Report on Contract No. N66604-74-C-0318, Naval Underwater Systems Center, Newport, Rhode Island, 1975.

3.  S. L. Phoenix (1990). "Feasibility Study for Construction and Operation of a Kevlar Aerial Test Cable Suitable for Supersonic Speeds", Special Report to White Sands Missile Range, New Mexico, February 16.

6.  S. L. Phoenix and P. Petrina (1992). "Screening Methodology for Graphite Fiber to Enhance the Reliability of Graphite/Epoxy Composites in Stress-Rupture," Special Report, Dept. of Theoretical and Applied Mechanics, Cornell University, Ithaca, NY, December.

7.  A Deyhim, P. Petrina and S. L. Phoenix (1993). "Lifetime Studies of Specially Jacketed 3/8" Kevlar Strands under a Loaded Sheave and High Tension", Special Report, Department of Theoretical and Applied Mechanics, Cornell University, Ithaca, NY, February 1, 1993, for White Sands Missile Range (attn. Robert E. Green), New Mexico, February 1,1993.

8.  S. L. Phoenix, P. Petrina, B. Rodriguez and E. Head (1994). "Effect of Braided Jacket Damage and Repair Treatments on Lifetime of 3/8" Kevlar Strands Under a Loaded Sheave at High Tension", Final Report, Department of Theoretical and Applied Mechanics, under Contract DAAD07-93-C-0109-A with EMI Technologies, Anthony, NM, January 27, 1995.

9.  S. L. Phoenix, P. Petrina (1995). "Synthetic Fiber Rope Technology Development", Final Report, Department of Theoretical and Applied Mechanics, Cornell University, Ithaca, NY, November 17, 1995.

**Patents:**

1.  Winch Assembly for Use with Synthetic Ropes, Patent No.: **US 7,134,645 B1**, Date: Nov, 4, 2006. Inventors:  Eric A. Johnson and Stuart L. Phoenix; Assignee: Advanced Design Consulting, USA.

2.  Fibrous Micro-Composite Material: Patent No.: **US 8,094,351 B2**, Date: Jan, 10, 2012. Inventors: Shahyaan Desai, Michael O. Thompson, Anil N. Netravali and S. Leigh Phoenix; Assignee: Cornell Research Foundation, Inc.

18

**Software Development:**

1.    Software. Phoenix, S. L., Zhou, R., Yavuz, K. *DOIMPACT*. 2013.

# APPENDIX C

## **DEPOSITION AND TRIAL TESTIMONY**

Over the last four years, I have not provided any trial testimony as an expert.  During this same time period, I have been deposed as an expert only in the Zylon cases involving Toyobo and Second Chance on the following dates (Vols. 1 – 6):  August 2 & 3, 2012;  December 13 & 14, 2012; and January 16 & 17, 2013.

# APPENDIX D

## DOCUMENTS AND MATERIALS REVIEWED

In addition to the documents, references, and other materials identified in my report and Appendix A, I have reviewed in connection with this report the following depositions and all of the exhibits attached to those depositions:

Peter Chalifoux, September 3, 2009

Stephen Croskrey, Vols. 1 – 2, September 15 & 16, 2009

Gregory Herceg, October 7, 2009

Dr. Sheldon Kavesh, November 10, 2009

Jan Lodewijk Lindemulder, Vols. 1 – 2, March 10 & 11, 2010

Michael O'Meara, September 15, 2010

Frank Schaap, Vols. 1 – 2, March 11 & 12, 2010

Timothy Swinger, December 10, 2009

Dr. Lori Wagner, Vols. 1-3, July 15 & 16, 2009, and December 17, 2014

Janet Ward, Vols. 1 – 4, February 17 & 18, 2010, and July 29 & 30, 2014


Also, in addition to the above, I have reviewed the documents and materials identified in the attachment.

**HONEYWELL**
HNY050-0001 - HNY050-0003
HW0000001 - HW0004329
HW0004332 - HW0004724
HW0004726 - HW0020410
HW0020412 - HW0025892
HW0025894 - HW0032594
HW0032663 - HW0034962
HW0035051 - HW0036058
HW0036060 - HW0037616
HW0037705 - HW0121431
HW0121435 - HW0122112
HW0122130 - HW0122134
HW0122219 - HW0123956
HW0124043 - HW0124217
HW0124242 - HW0125548
HW0125550 - HW0201321
HW0201338 - HW0201474
HW0201491 - HW0203649
HW0203666 - HW0344505
HW00400000 - HW00403364
HW00403369 - HW00406936
HW00406939 - HW00407856
HW00407862 - HW00407865
HW00407870 - HW00408948
HW00406012 - HW00409053
HW00409060
HW00409067 - HW00409068
HW00409076
HW00409083
HW00409088
HW00409097 - HW00409099
HW00409110
HW00409119 - HW00409127
HW00409138 - HW00410884

**ARMOR HOLDINGS**
AHHS00003502 - AHHS00003600
AHHS00015096 - AHHS00015118
AHJX00000001 - AHJX00000001
AHJX00000002 - AHJX00000002
AHJX00000003 - AHJX00000003
AHJX00000006 - AHJX00000006
AHJX00000011 - AHJX00000011
AHJX00000012 - AHJX00000012
AHJX00000013 - AHJX00000013
AHJX00000017 - AHJX00000017
AHJX00000018 - AHJX00000018
AHJX00000019 - AHJX00000019
AHJX00000021 - AHJX00000021
AHJX00000022 - AHJX00000022
AHJX00000023 - AHJX00000023
AHJX00000028 - AHJX00000028
AHJX00000030 - AHJX00000030
AHJX00000032 - AHJX00000032
AHJX00000034 - AHJX00000034
AHJX00000037 - AHJX00000037
AHJX00000038 - AHJX00000038
AHJX00000039 - AHJX00000039
AHJX00000041 - AHJX00000041
AHJX00000044 - AHJX00000044
AHJX00000045 - AHJX00000045
AHJX00000048 - AHJX00000048
AHJX00000052 - AHJX00000052
AHJX00000053 - AHJX00000053
AHJX00000054 - AHJX00000054
AHJX00000055 - AHJX00000055
AHJX00000109 - AHJX00000124
AHJX00000128 - AHJX00000138
AHJX00000161
AHJX00000161 - AHJX00000161
AHJX00000162 - AHJX00000166
AHJX00000167 - AHJX00000177
AHJX00000281 - AHJX00000312
AHJX00000313 - AHJX00000344
AHJX00000435 - AHJX00000441
AHJX00000442 - AHJX00000444
AHJX00000445 - AHJX00000448
AHJX00000449 - AHJX00000452
AHJX00000459 - AHJX00000460
AHJX00000461 - AHJX00000462

AHJX00000463 - AHJX00000464
AHJX00000465 - AHJX00000465
AHJX00000467 - AHJX00000471
AHJX00000472 - AHJX00000473
AHJX00000474 - AHJX00000474
AHJX00000475 - AHJX00000475
AHJX00000476 - AHJX00000476
AHJX00000477 - AHJX00000477
AHJX00000478 - AHJX00000478
AHJX00000479 - AHJX00000479
AHJX00000481 - AHJX00000494
AHJX00000706 - AHJX00000710
AHJX00000711 - AHJX00000713
AHJX00000714 - AHJX00000717
AHJX00000718 - AHJX00000719
AHJX00000720 - AHJX00000723
AHJX00000724 - AHJX00000727
AHJX00000739 - AHJX00000741
AHJX00000742 - AHJX00000743
AHJX00000746 - AHJX00000747
AHJX00000748 - AHJX00000753
AHJX00000754 - AHJX00000755
AHJX00000756 - AHJX00000757
AHJX00000758 - AHJX00000759
AHJX00000760 - AHJX00000761
AHJX00000762 - AHJX00000764
AHJX00000765 - AHJX00000766
AHJX00000767 - AHJX00000767
AHJX00000768 - AHJX00000768
AHJX00000769 - AHJX00000769
AHJX00000770 - AHJX00000770
AHJX00000771 - AHJX00000771
AHJX00000774 - AHJX00000775
AHJX00001672 - AHJX00001673
AHJX00004442
AHJX00009529
AHJX00009530
AHJX00010524 - AHJX00010592
AHJX00010559 - AHJX00010565
AHJX00016334 - AHJX00016755
AHJX00018143 - AHJX00018326
AHJX00023048 - AHJX00023058
AHJX00023059 - AHJX00023066
AHJX00044357 - AHJX00044379
AHJX00044718 - AHJX00044723
AHJX00045585 - AHJX00045604

AHJX00045605 - AHJX00045628
AHJX00045660 - AHJX00045682
AHJX00045683 - AHJX00045722
AHJX00045723 - AHJX00045752
AHJX00045753 - AHJX00045760
AHJX00045761 - AHJX00045768
AHJX00055360 - AHJX00055386
AHJX00055387 - AHJX00055401
AHJX00055402 - AHJX00055414
AHJX00055421 - AHJX00055471
AHJX00055474 - AHJX00055480
AHJX00055483 - AHJX00055503
AHJX00055515 - AHJX00055543
AHJX00056545 - AHJX00056560
AHJX00056678 - AHJX00056695
AHJX00056696 - AHJX00056719
AHJX00056720 - AHJX00056743
AHJX00056744 - AHJX00056763
AHKL00000278 - AHKL00000281
AHKL00000700 - AHKL00000778
AHKL00000749 - AHKL00000750
AHKL00000762
AHKL00001696 - AHKL00001749
AHKL00001889 - AHKL00002001
AHKL00001891 - AHKL00001893
AHKL00001896 - AHKL00001899
AHKL00001902 - AHKL00001903
AHKL00001911 - AHKL00001917
AHKL00001922 - AHKL00001923
AHKL00001940
AHKL00001959 - AHKL00001961
AHKL00001980 - AHKL00001985
AHKL00002224 - AHKL00002361
AHKL00002412 - AHKL00002488
AHKL00003383 - AHKL00003388
AHKL00003395 - AHKL00003399
AHKL00003433 - AHKL00003439
AHKL00003434 - AHKL00003439
AHKL00006718 - AHKL00006760
AHON00000046 - AHON00000046
AHON00000048 - AHON00000048
AHON00000049
AHON00000049 - AHON00000049
AHON00000161 - AHON00000161
AHON00000173 - AHON00000173
AHON00000190 - AHON00000190

AHON00000193 - AHON00000193
AHON00000222 - AHON00000222
AHON00000223 - AHON00000223
AHON00000327 - AHON00000327
AHON00000361 - AHON00000361
AHON00000375 - AHON00000380
AHON00000382 - AHON00000382
AHON00000383 - AHON00000383
AHON00000384 - AHON00000384
AHON00000385 - AHON00000385
AHON00000386 - AHON00000386
AHON00000388 - AHON00000388
AHON00000389 - AHON00000389
AHON00000390 - AHON00000390
AHON00000392 - AHON00000392
AHON00000393 - AHON00000393
AHON00000394 - AHON00000394
AHON00000395 - AHON00000395
AHON00000396 - AHON00000396
AHON00000397 - AHON00000397
AHON00000399 - AHON00000399
AHON00000400 - AHON00000400
AHON00000401 - AHON00000401
AHON00000402 - AHON00000402
AHON00000423 - AHON00000423
AHON00000426 - AHON00000426
AHON00000501 - AHON00000501
AHON00000641 - AHON00000641
AHON00000643 - AHON00000643
AHON00000644 - AHON00000644
AHON00000645 - AHON00000645
AHON00002759 - AHON00002766
AHON00002778 - AHON00002792
AHON00002793 - AHON00002811
AHON00002812 - AHON00002816
AHON00002817 - AHON00002824
AHON00002825 - AHON00002850
AHON00002851 - AHON00002866
AHON00002867 - AHON00002869
AHON00002870 - AHON00002873
AHON00005202 - AHON00005218
AHON00005680 - AHON00005680
AHON00005685 - AHON00005685
AHON00005686 - AHON00005687
AHON00006939 - AHON00006940
AHON00006941 - AHON00006943

AHON00008762 - AHON00008773
AHON00009212 - AHON00009212
AHON00009215 - AHON00009215
AHON00009245 - AHON00009245
AHON00009267 - AHON00009267
AHON00009288 - AHON00009288
AHON00009289 - AHON00009289
AHON00009290 - AHON00009290
AHON00009292 - AHON00009292
AHON00009294 - AHON00009294
AHON00009295 - AHON00009295
AHON00009296 - AHON00009296
AHON00009298 - AHON00009298
AHON00009299 - AHON00009299
AHON00009300 - AHON00009300
AHON00009301 - AHON00009301
AHON00009302 - AHON00009302
AHON00009303 - AHON00009303
AHON00009304 - AHON00009304
AHON00009305 - AHON00009305
AHON00009519
AHON00009564
AHON00009565
AHON00009629
AHON00009630
AHON00009631
AHON00009632
AHON00009633
AHON00009634
AHON00009640
AHON00009641
AHON00009677 - AHON00009687
AHON00009688 - AHON00009690
AHON00009691 - AHON00009692
AHON00009693 - AHON00009695
AHON00009696 - AHON00009700
AHON00009701 - AHON00009701
AHON00009704 - AHON00009711
AHON00009712 - AHON00009716
AHON00009728 - AHON00009731
AHON00009750 - AHON00009757
AHON00009758 - AHON00009758
AHON00009759 - AHON00009759
AHON00009760 - AHON00009760
AHON00009787 - AHON00009787
AHON00024246 - AHON00024252

AHON00024253 - AHON00024253
AHON00024266 - AHON00024266
AHON00024267 - AHON00024267
AHON00024268 - AHON00024268
AHON00024269 - AHON00024269
AHON00024270 - AHON00024270
AHON00024271 - AHON00024271
AHON00024272 - AHON00024272
AHON00024273 - AHON00024273
AHON00024274 - AHON00024274
AHON00024275 - AHON00024275
AHON00024276 - AHON00024276
AHON00024277 - AHON00024277
AHON00024278 - AHON00024278
AHON00024279 - AHON00024279
AHON00024280 - AHON00024280
AHON00024281 - AHON00024281
AHON00024282 - AHON00024282
AHON00024283 - AHON00024283
AHON00024284 - AHON00024284
AHON00024285 - AHON00024285
AHON00024286 - AHON00024286
AHON00024287 - AHON00024287
AHON00024288 - AHON00024288
AHON00024289 - AHON00024289
AHON00024290 - AHON00024290
AHON00024291 - AHON00024291
AHON00024292 - AHON00024292
AHON00024293 - AHON00024293
AHON00024294 - AHON00024294
AHON00024295 - AHON00024295
AHON00024296 - AHON00024296
AHON00024297 - AHON00024297
AHON00024298 - AHON00024298
AHON00024299 - AHON00024299
AHON00024300 - AHON00024300
AHON00024301 - AHON00024301
AHON00024302 - AHON00024302
AHON00024303 - AHON00024303
AHON00024304 - AHON00024304
AHON00024305 - AHON00024305
AHON00024306 - AHON00024306
AHON00024307 - AHON00024307
AHON00024308 - AHON00024308
AHON00024309 - AHON00024309
AHON00024310 - AHON00024310

AHON00024311 - AHON00024311
AHON00024312 - AHON00024312
AHON00024313 - AHON00024313
AHON00024314 - AHON00024314
AHON00024315 - AHON00024315
AHON00024316 - AHON00024316
AHON00024317 - AHON00024317
AHON00024318 - AHON00024318
AHON00024319 - AHON00024319
AHON00024333 - AHON00024341
AHON00024342 - AHON00024350
AHON00024351 - AHON00024356
AHON00024360 - AHON00024366
AHON00024367 - AHON00024371
AHON00024372 - AHON00024395
AHON00024396 - AHON00024412
AHON00024413 - AHON00024418
AHON00024419 - AHON00024423
AHON00024424 - AHON00024435
AHON00024436 - AHON00024473
AHON00024476 - AHON00024501
AHON00024510 - AHON00024533
AHON00024534 - AHON00024586
AHON00024587 - AHON00024594
AHON00024595 - AHON00024597
AHON00024598 - AHON00024621
AHON00024622 - AHON00024631
AHON00024632 - AHON00024637
AHON00024638 - AHON00024643
AHON00024644 - AHON00024647
AHON00024651 - AHON00024657
AHON00024660 - AHON00024666
AHON00024667 - AHON00024670
AHON00025114 - AHON00025114
AHON00025813 - AHON00025839
AHON00025840 - AHON00025845
AHON00026306 - AHON00026306
AHON00026308 - AHON00026308
AHON00026318 - AHON00026318
AHON00026320 - AHON00026320
AHON00026322 - AHON00026322
AHON00026330 - AHON00026330
AHON00026331 - AHON00026331
AHON00026341 - AHON00026341
AHON00026385 - AHON00026385
AHON00026386 - AHON00026386

AHON00026401 - AHON00026401
AHON00026404 - AHON00026404
AHON00026434 - AHON00026434
AHON00026478 - AHON00026478
AHON00026482 - AHON00026482
AHON00026483 - AHON00026483
AHON00026487 - AHON00026487
AHON00026497 - AHON00026497
AHON00026499 - AHON00026499
AHON00026509 - AHON00026509
AHON00026515 - AHON00026515
AHON00026529 - AHON00026529
AHON00026547 - AHON00026547
AHON00026557 - AHON00026557
AHON00026583 - AHON00026583
AHON00026597 - AHON00026597
AHON00026598 - AHON00026598
AHON00026599 - AHON00026599
AHON00026601 - AHON00026601
AHON00026603 - AHON00026603
AHON00026604 - AHON00026604
AHON00026605 - AHON00026605
AHON00026608 - AHON00026608
AHON00026619 - AHON00026619
AHON00026620 - AHON00026620
AHON00026624 - AHON00026624
AHON00026631 - AHON00026631
AHON00026632 - AHON00026632
AHON00026636 - AHON00026636
AHON00026637 - AHON00026637
AHON00026638 - AHON00026638
AHON00026639 - AHON00026639
AHON00026641 - AHON00026641
AHON00026642 - AHON00026642
AHON00026645 - AHON00026645
AHON00026646 - AHON00026646
AHON00026648 - AHON00026648
AHON00026649 - AHON00026649
AHON00026650 - AHON00026650
AHON00026651 - AHON00026651
AHON00026652 - AHON00026652
AHON00026657 - AHON00026657
AHON00026658 - AHON00026658
AHON00026660 - AHON00026660
AHON00026664 - AHON00026664
AHON00026667 - AHON00026667

AHON00026668 - AHON00026668
AHON00026669 - AHON00026669
AHON00026675 - AHON00026675
AHON00026676 - AHON00026676
AHON00026678 - AHON00026678
AHON00026679 - AHON00026679
AHON00026680 - AHON00026680
AHON00026681 - AHON00026681
AHON00026682 - AHON00026682
AHON00026683 - AHON00026683
AHON00026684 - AHON00026684
AHON00026685 - AHON00026685
AHON00026686 - AHON00026686
AHON00026687 - AHON00026687
AHON00026688 - AHON00026688
AHON00026690 - AHON00026690
AHON00026691 - AHON00026691
AHON00026692 - AHON00026692
AHON00026695 - AHON00026695
AHON00026696 - AHON00026696
AHON00026697 - AHON00026697
AHON00026698 - AHON00026698
AHON00026703 - AHON00026703
AHON00026706 - AHON00026706
AHON00026708 - AHON00026708
AHON00026709 - AHON00026709
AHON00026710 - AHON00026710
AHON00026711 - AHON00026711
AHON00026712 - AHON00026712
AHON00026713 - AHON00026713
AHON00026715 - AHON00026715
AHON00026718 - AHON00026718
AHON00026720 - AHON00026720
AHON00026741 - AHON00026741
AHON00026742 - AHON00026742
AHON00026743 - AHON00026743
AHON00026790 - AHON00026790
AHON00026804 - AHON00026804
AHON00026827 - AHON00026827
AHON00026831 - AHON00026831
AHON00026832 - AHON00026832
AHON00026833 - AHON00026833
AHON00026844 - AHON00026844
AHON00026845 - AHON00026845
AHON00026846 - AHON00026846
AHON00026857 - AHON00026857

AHON00026858 - AHON00026858
AHON00026888 - AHON00026888
AHON00026889 - AHON00026889
AHON00026895 - AHON00026895
AHON00026896 - AHON00026896
AHON00026901 - AHON00026901
AHON00026902 - AHON00026902
AHON00026904 - AHON00026904
AHON00026905 - AHON00026905
AHON00026906 - AHON00026906
AHON00026911 - AHON00026911
AHON00026914 - AHON00026914
AHON00026931 - AHON00026931
AHON00026932 - AHON00026932
AHON00026933 - AHON00026933
AHON00026950 - AHON00026950
AHON00026951 - AHON00026951
AHON00026953 - AHON00026953
AHON00026954 - AHON00026954
AHON00026961 - AHON00026961
AHON00026963 - AHON00026963
AHON00026966 - AHON00026966
AHON00026970 - AHON00026970
AHON00026976 - AHON00026976
AHON00026977 - AHON00026977
AHON00026981 - AHON00026981
AHON00026982 - AHON00026982
AHON00026983 - AHON00026983
AHON00026986 - AHON00026986
AHON00026987 - AHON00026987
AHON00026991 - AHON00026991
AHON00026993 - AHON00026993
AHON00026994 - AHON00026994
AHON00026995 - AHON00026995
AHON00026996 - AHON00026996
AHON00026999 - AHON00026999
AHON00027000 - AHON00027000
AHON00027003 - AHON00027003
AHON00027006 - AHON00027006
AHON00027008 - AHON00027008
AHON00027009 - AHON00027009
AHON00027015 - AHON00027015
AHON00027016 - AHON00027016
AHON00027017 - AHON00027017
AHON00027018 - AHON00027018
AHON00027022 - AHON00027022

AHON00027023 - AHON00027023
AHON00027024 - AHON00027024
AHON00027025 - AHON00027025
AHON00027027 - AHON00027027
AHON00027029 - AHON00027029
AHON00027036 - AHON00027036
AHON00027040 - AHON00027040
AHON00027042 - AHON00027042
AHON00027045 - AHON00027045
AHON00027046 - AHON00027046
AHON00027049 - AHON00027049
AHON00027052 - AHON00027052
AHON00027053 - AHON00027053
AHON00027054 - AHON00027054
AHON00027055 - AHON00027055
AHON00027056 - AHON00027056
AHON00027059 - AHON00027059
AHON00027060 - AHON00027060
AHON00027062 - AHON00027062
AHON00027064 - AHON00027064
AHON00027065 - AHON00027065
AHON00027067 - AHON00027067
AHON00027068 - AHON00027068
AHON00027071 - AHON00027071
AHON00027073 - AHON00027073
AHON00027075 - AHON00027075
AHON00027076 - AHON00027076
AHON00027077 - AHON00027077
AHON00027078 - AHON00027078
AHON00027080 - AHON00027080
AHON00027081 - AHON00027081
AHON00027083 - AHON00027083
AHON00027086 - AHON00027086
AHON00027088 - AHON00027088
AHON00027090 - AHON00027090
AHON00027093 - AHON00027093
AHON00027094 - AHON00027094
AHON00027096 - AHON00027096
AHON00027097 - AHON00027097
AHON00027098 - AHON00027098
AHON00027099 - AHON00027099
AHON00027110 - AHON00027110
AHON00027117 - AHON00027117
AHON00027122 - AHON00027122
AHON00027123 - AHON00027123
AHON00027125 - AHON00027125

AHON00027131 - AHON00027131
AHON00027136 - AHON00027136
AHON00027140 - AHON00027140
AHON00027143 - AHON00027143
AHON00027154 - AHON00027154
AHON00027159 - AHON00027159
AHON00027161 - AHON00027161
AHON00027164 - AHON00027164
AHON00027169 - AHON00027169
AHON00027170 - AHON00027170
AHON00027171 - AHON00027171
AHON00027178 - AHON00027178
AHON00027181 - AHON00027181
AHON00027193 - AHON00027193
AHON00027194 - AHON00027194
AHON00027195 - AHON00027195
AHON00027196 - AHON00027196
AHON00027197 - AHON00027197
AHON00027198 - AHON00027198
AHON00027200 - AHON00027200
AHON00027201 - AHON00027201
AHON00027202 - AHON00027202
AHON00027203 - AHON00027203
AHON00027204 - AHON00027204
AHON00027205 - AHON00027205
AHON00027206 - AHON00027206
AHON00027207 - AHON00027207
AHON00027208 - AHON00027208
AHON00027214 - AHON00027214
AHON00027215 - AHON00027215
AHON00027216 - AHON00027216
AHON00027228 - AHON00027228
AHON00027232 - AHON00027232
AHON00027234 - AHON00027234
AHON00027236 - AHON00027236
AHON00027238 - AHON00027238
AHON00027239 - AHON00027239
AHON00027241 - AHON00027241
AHON00027242 - AHON00027242
AHON00027244 - AHON00027244
AHON00027255 - AHON00027255
AHON00027274 - AHON00027274
AHON00027275 - AHON00027275
AHON00027276 - AHON00027276
AHON00027277 - AHON00027277
AHON00027279 - AHON00027279

AHON00027280 - AHON00027280
AHON00027281 - AHON00027281
AHON00027317 - AHON00027317
AHON00027318 - AHON00027318
AHON00027322 - AHON00027322
AHON00027327 - AHON00027327
AHON00027331 - AHON00027331
AHON00027342 - AHON00027342
AHON00027343 - AHON00027343
AHON00027344 - AHON00027344
AHON00027346 - AHON00027346
AHON00027347 - AHON00027347
AHON00027349 - AHON00027349
AHON00027351 - AHON00027351
AHON00027354 - AHON00027354
AHON00027355 - AHON00027355
AHON00027356 - AHON00027356
AHON00027357 - AHON00027357
AHON00027359 - AHON00027359
AHON00027360 - AHON00027360
AHON00027361 - AHON00027361
AHON00027375 - AHON00027375
AHON00027384 - AHON00027384
AHON00027395 - AHON00027395
AHON00027396 - AHON00027396
AHON00027399 - AHON00027399
AHON00027401 - AHON00027401
AHON00027403 - AHON00027403
AHON00027404 - AHON00027404
AHON00027405 - AHON00027405
AHON00027407 - AHON00027407
AHON00027410 - AHON00027410
AHON00027411 - AHON00027411
AHON00027413 - AHON00027413
AHON00027414 - AHON00027414
AHON00027419 - AHON00027419
AHON00027420 - AHON00027420
AHON00027421 - AHON00027421
AHON00027423 - AHON00027423
AHON00027426 - AHON00027426
AHON00027427 - AHON00027427
AHON00027430 - AHON00027430
AHON00027446 - AHON00027446
AHON00027451 - AHON00027451
AHON00027455 - AHON00027455
AHON00027456 - AHON00027456

AHON00027485 - AHON00027485
AHON00027515 - AHON00027515
AHON00027517 - AHON00027517
AHON00027518 - AHON00027518
AHON00027522 - AHON00027522
AHON00027525 - AHON00027525
AHON00027526 - AHON00027526
AHON00027532 - AHON00027532
AHON00027538 - AHON00027538
AHON00027539 - AHON00027539
AHON00027552 - AHON00027552
AHON00027557 - AHON00027557
AHON00027558 - AHON00027558
AHON00027584 - AHON00027584
AHON00027587 - AHON00027587
AHON00027592 - AHON00027592
AHON00027594 - AHON00027594
AHON00027599 - AHON00027599
AHON00027639 - AHON00027639
AHON00027640 - AHON00027640
AHON00027648 - AHON00027648
AHON00027649 - AHON00027649
AHON00027650 - AHON00027650
AHON00027651 - AHON00027651
AHON00027652 - AHON00027652
AHON00027654 - AHON00027654
AHON00027662 - AHON00027662
AHON00027668 - AHON00027668
AHON00027673 - AHON00027673
AHON00027681 - AHON00027681
AHON00027682 - AHON00027682
AHON00027726 - AHON00027726
AHON00027729 - AHON00027729
AHON00027735 - AHON00027735
AHON00027738 - AHON00027738
AHON00027741 - AHON00027741
AHON00027742 - AHON00027742
AHON00027745 - AHON00027745
AHON00027750 - AHON00027750
AHON00027751 - AHON00027751
AHON00027752 - AHON00027752
AHON00027754 - AHON00027754
AHON00027759 - AHON00027759
AHON00027763 - AHON00027763
AHON00027780 - AHON00027780
AHON00027781 - AHON00027781

AHON00027790 - AHON00027790
AHON00027801 - AHON00027801
AHON00027834 - AHON00027834
AHON00027841 - AHON00027841
AHON00027845 - AHON00027845
AHON00027849 - AHON00027849
AHON00027850 - AHON00027850
AHON00027851 - AHON00027851
AHON00027853 - AHON00027853
AHON00027891 - AHON00027891
AHON00027907 - AHON00027907
AHON00027909 - AHON00027909
AHON00027910 - AHON00027910
AHON00027916 - AHON00027916
AHON00027917 - AHON00027917
AHON00027920 - AHON00027920
AHON00027937 - AHON00027937
AHON00027951 - AHON00027951
AHON00027959 - AHON00027959
AHON00027960 - AHON00027960
AHON00027992 - AHON00027992
AHON00027997 - AHON00027997
AHON00028002 - AHON00028002
AHON00028004 - AHON00028004
AHON00028005 - AHON00028005
AHON00028014 - AHON00028014
AHON00028015 - AHON00028015
AHON00028026 - AHON00028026
AHON00028027 - AHON00028027
AHON00028037 - AHON00028037
AHON00028038 - AHON00028038
AHON00028039 - AHON00028039
AHON00028040 - AHON00028040
AHON00028048 - AHON00028048
AHON00028053 - AHON00028053
AHON00028054 - AHON00028054
AHON00028055 - AHON00028055
AHON00028056 - AHON00028056
AHON00028070 - AHON00028070
AHON00028071 - AHON00028071
AHON00028072 - AHON00028072
AHON00028073 - AHON00028073
AHON00028074 - AHON00028074
AHON00028076 - AHON00028076
AHON00028080 - AHON00028080
AHON00028098 - AHON00028098

AHON00028100 - AHON00028100
AHON00028110 - AHON00028110
AHON00028123 - AHON00028123
AHON00028128 - AHON00028128
AHON00028129 - AHON00028129
AHON00028172 - AHON00028172
AHON00028178 - AHON00028178
AHON00028186 - AHON00028186
AHON00028187 - AHON00028187
AHON00028213 - AHON00028213
AHON00028214 - AHON00028214
AHON00028215 - AHON00028215
AHON00028262 - AHON00028262
AHON00028270 - AHON00028270
AHON00028283 - AHON00028283
AHON00028305 - AHON00028305
AHON00028306 - AHON00028306
AHON00028366 - AHON00028366
AHON00028376 - AHON00028376
AHON00028402 - AHON00028402
AHON00028404 - AHON00028404
AHON00028415 - AHON00028415
AHON00028418 - AHON00028418
AHON00028421 - AHON00028421
AHON00028451 - AHON00028451
AHON00028457 - AHON00028457
AHON00028495 - AHON00028507
AHON00028510 - AHON00028510
AHON00028511 - AHON00028511
AHON00028515 - AHON00028515
AHON00028522 - AHON00028522
AHON00028523 - AHON00028523
AHON00028526 - AHON00028526
AHON00028529 - AHON00028529
AHON00028530 - AHON00028530
AHON00028534 - AHON00028534
AHON00028538 - AHON00028538
AHON00028539 - AHON00028539
AHON00028544 - AHON00028544
AHON00028555 - AHON00028555
AHON00028566 - AHON00028566
AHON00028568 - AHON00028568
AHON00028570 - AHON00028570
AHON00028571 - AHON00028571
AHON00028572 - AHON00028572
AHON00028597 - AHON00028597

AHON00028599 - AHON00028599
AHON00028600 - AHON00028600
AHON00028618 - AHON00028618
AHON00028624 - AHON00028624
AHON00028629 - AHON00028629
AHON00028630 - AHON00028630
AHON00028636 - AHON00028636
AHON00028647 - AHON00028647
AHON00028676 - AHON00028676
AHON00028683 - AHON00028683
AHON00028684 - AHON00028684
AHON00028688 - AHON00028688
AHON00028690 - AHON00028690
AHON00028691 - AHON00028691
AHON00028693 - AHON00028693
AHON00028696 - AHON00028696
AHON00028707 - AHON00028707
AHON00028712 - AHON00028712
AHON00028714 - AHON00028714
AHON00028724 - AHON00028724
AHON00028725 - AHON00028725
AHON00028730 - AHON00028730
AHON00028734 - AHON00028734
AHON00028747 - AHON00028747
AHON00028748 - AHON00028748
AHON00028756 - AHON00028756
AHON00028761 - AHON00028761
AHON00028780 - AHON00028780
AHON00029033 - AHON00029037
AHON00029725 - AHON00029742
AHON00032999 - AHON00032999
AHON00033629 - AHON00033650
AHON00034024 - AHON00034137
AHON00034027 - AHON00034043
AHON00034050
AHON00034052 - AHON00034053
AHON00034096 - AHON00034112
AHON00034153 - AHON00034340
AHON00036896
AHON00036953 - AHON00036953
AHON00036954 - AHON00036954
AHON00036955 - AHON00036955
AHON00036956 - AHON00036956
AHON00036958 - AHON00036958
AHON00036959 - AHON00036959
AHON00036960 - AHON00036960

AHON00036961 - AHON00036961
AHON00036963 - AHON00036963
AHON00036964 - AHON00036964
AHON00036965 - AHON00036965
AHON00036966 - AHON00036966
AHON00036967 - AHON00036967
AHON00036969 - AHON00036969
AHON00036970 - AHON00036970
AHON00036971 - AHON00036971
AHON00036972 - AHON00036972
AHON00036989 - AHON00036995
AHON00036998 - AHON00036998
AHON00037612 - AHON00037632
AHON00038466 - AHON00038543
AHON00038578 - AHON00038710
AHON00038725 - AHON00038836
AHON00038741 - AHON00038746
AHON00038765 - AHON00038767
AHON00038786
AHON00038803 - AHON00038804
AHON00038809 - AHON00038815
AHON00038821
AHON00038823 - AHON00038824
AHON00038827 - AHON00038830
AHON00038833 - AHON00038835
AHON00039519 - AHON00039571
AHON00039950 - AHON00040018
AHON00039977 - AHON00039983
AHPX00006288 – AHPX00006289
AZE 00004573 – AZE 00004581
AZE00034095 - AZE00034123
AZE 00054825 - AZE 00054825
AZE 00054901 - AZE 00054901
AZE 00097142
AZE 0052872 - AZE 0052874
AZE 00709869 - AZE 00709917

**DSM**
DSM-00039 - DSM-00040
DSM-00451 - DSM-00452
DSM-00453 - DSM-00468
DSM-00469 - DSM-00471
DSM-00487 - DSM-00492
DSM-00496 - DSM-00499
DSM-00500 - DSM-00501
DSM-00504 - DSM-00509
DSM-00543 - DSM-00551
DSM-00615 - DSM-00616

**Website**
http://ddq74coujkv1i.cloudfront.net/_misc/BodyArmor/Z%20Shield%20Aging%20Final.
pdf

# EXHIBIT 11

**Rebuttal Report by Stuart Leigh Phoenix to Information Presented in**
**Expert Reports of Dr. Anoush Poursartip and Mr. Robert A. Coffelt**
**in the case of**
**United States v. Honeywell International Inc.**
**Case No. 08-961 (D.D.C.)**

I write this report in the case entitled United States v. Honeywell International Inc., 08-961 (D.D.C.), based on my 40 years of education and knowledge of the mechanics and failure of fibrous materials, ballistic impact and discovery documents supplied by DoJ attorneys.  I incorporate by reference my prior expert report of November 2, 2015, submitted in this case as well as the exhibits thereto, including my CV.  I provide this rebuttal report to the expert reports of Dr. Anoush Poursartip and Mr. Robert A. Coffelt to the extent that issues in their reports touch upon areas within my scientific expertise, which include fiber and composite mechanics and the dynamics of impact.

First let it be stated that nothing in the expert reports of Dr. Poursartip and Mr. Robert Coffelt has changed the author's opinions on issues raised in his own expert report of November 2, 2015 or on issues he has direct familiarity with.  In fact, additional research by the author in light of these objecting opinions has further reinforced his conclusions.

Because of its critical importance, the majority of this rebuttal report will focus on establishing a lack of credibility and legitimacy regarding the few data points Dr. Poursartip claims were used by Honeywell to construct the key figure in its Technical Bulletin of Fall 2003 as discussed in the author's original expert report (see Figures 3.1, 3.2, A.7 and A8).  This figure is at the heart of Honeywell's claim that there was no degradation in the V50 performance of Z-Shield stored in a warehouse environment over a three-year period.  We will show that not only have these particular data points been improperly chosen and interpreted by Honeywell, but that the much larger body of evidence from many rolls tested by Honeywell shows the opposite, namely considerable degradation in V50 performance over three years.

In particular we rebut Dr. Poursartip's *Opinion 23*, in which he disputes various analyses and conclusions in the author's original expert report, claiming they are erroneous.  In particular:

(a) Dr. Poursartip disputes the author's claim that Honeywell lacked supporting data for the figure in the Fall 2003 Technical Bulletin, and argues, based on recent information obtained directly from Honeywell's Dr. Lori Wagner, that Honeywell did indeed have supporting data.  (Interestingly, Dr. Poursartip was unable to find this data in discovery documents by himself!)  *In rebuttal, the author will show that this so-called supporting data is deceptively characterized and offered, and lacks scientific credibility and legitimacy in attempting to establishing the case for no V50 degradation over a three year period in a warehouse environment.*

(b) Dr. Poursartip disputes the author's approach to using DSM V50 test data as the initial V50 values right after production on the ground that known inter-laboratory variation between the DSM and Honeywell ballistic labs rules out its use.  He even goes further to say that "When AHI test data is included it becomes clear that there is no drop due to early environmental degradation due to shipping."  *In rebuttal, the author will use a three-way comparison of V50 data generated by Honeywell, DSM and AHI, to demonstrate that Dr.*

*Poursartip's assertions about the unreliability of DSM data, due to claimed excessive inter-laboratory variation, are incorrect. In fact, this three-way comparison shows remarkable consistency in the data; the behavior of the AHI V50 data actually reinforces the use of initial DSM V50 test data.*

(c) Dr. Poursartip attempts to argue, using the author's "own logarithmic degradation approach" (illustrated in Figure 3.11 in the author's original expert report) that there is "no difference between DSM and Honeywell warehouse testing". He further claims to show that "the logic is internally inconsistent". *In rebuttal, the author could digress and be drawn "into the weeds" with Dr. Poursartip on subtle and highly technical points about time-scales and so forth. This is unnecessary, however, since the many figures before and after Figure 3.11 in the authors original report use linear scaling to make an overwhelming case for degradation in the V50 of Z-Shield over time. In fact, in our rebuttal we replot these figures with the V50 data of AHI now added, since Dr. Poursartip has opened the door to this discussion.*

(d) Dr. Poursartip argues that "even if all of Dr. Phoenix's portrayal of the warehouse testing were accurate, which it is not, Dr Phoenix fails to offer an opinion on the significance of the data". *The significance of data showing degradation is obvious. Unfortunately for Dr. Poursartip and Honeywell, the onus is actually on Dr. Poursartip to explain why Honeywell would fight so hard in the Fall 2003 Technical Bulletin to hold to the untenable position of 100% V50 retention in warehouse stored Z-Shield.*

In his expert report, Dr. Poursartip elaborates on the above four points of his Opinion 23, in material beginning on the upper middle of page 107 and ending on page 121. He first attempts to explain how Honeywell obtained the V50 points for the Fall 2003 Technical Bulletin. To further support the Honeywell position, he then assembles a concoction of V50 data by mixing data from various roll sources, much of it experimental and not production, in what appears to be an effort to inject confusion into the behavior of the production data as a whole. In the rebuttal discussion that follows we will (1) discredit the Honeywell Z Shield data used to construct the figure in the Fall 2003 Technical Bulletin, (2) show that the actual Z Shield warehouse data in Honeywell's possession indicated substantial losses in V50 ballistic performance over time (as detailed below about 7.5% over three years and over 10% after five years), and (3) highlight that the scientifically illegitimate selection and use of this Z Shield data by Honeywell scientists, including Dr. Lori Wagner, was an intentional effort at manipulating the Z Shield data to show 100% V50 ballistic retention in a warehouse environment instead of the actual, substantial ballistic V50 losses.

## 1. Rebuttal Case Against Using the One-Year Data Point from Experimental Roll 546-1 in the Fall 2003 Technical Bulletin

In his expert report of May 18, 2016, Dr. Poursartip claims that the present author (Phoenix) in his expert report of November 2, 2015, overlooked key data that firmly supports the Honeywell position that there was no degradation in the V50 performance of Z-Shield over a three-year period when stored in warehouse ambient conditions. One particular data set claimed to have been overlooked was V50 test data on a particular FMS manufactured roll, called 546-1. This data was said to be the basis for the 104% V50 retention point corresponding to one year of warehouse

storage post-manufacture.  (See page 110 of Dr. Poursartip's expert report.)  This particular point was also asserted to be significant since it was a point in the graph (indeed the only one) reflecting V50 retention of FMS produced Z-Shield material, which happened to represent all the production from early March 2002 onward (of the order of 900 rolls).  The remaining points on the plot corresponded to much less material manufactured previously by DSM, who had chosen to cease any further production of Z-Shield in September 2001.

In fact, the author was well aware of this particular data set for experimental FMS Roll 546-1 as well as data on several others, but due to its experimental nature and other issues (expanded upon shortly), did not consider it to be related to, much less reflected in the warehouse plot in the 2003 Technical Bulletin – a plot implied by Honeywell to reflect the performance of production Z-Shield material.  In fact, further study by the author of the circumstances of FMS Roll 546-1 has only served to reinforce the author's opinion about the unsuitability of this data.  To be blunt, Honeywell's attempted use of this data, and in particular, the data points corresponding to one year of warehouse storage, gives the impression of deceptive "cherry-picking" through exploitation of excessive variability in the behavior of the roll 546-1 material (compared to production material) resulting from several factors associated with its experimental nature, as discussed below.

FMS Roll 546-1 was manufactured by FMS on or around June 23, 2002.  It was part of an experimental trial investigating the effects of films in lamination (DSM and FMS used different films) and also the effects of further lowering the resin percentage in Z-Shield – already only around 15% relative to the fiber content (ignoring the film portion).  HW0004919-920 indicates that in the trials on 546-1 this content was reduced by about 2.5%.  The "experimental" nature is clear from a June 20, 2002 e-mail from Lori Wagner to Shalom at FMS (HW0001667), which said: "Have you had the opportunity to confirm when you would be able to run the experimental trial?  You had tentatively mentioned this Sunday."  Sunday was June 23, 2002.

Note that the manufacture of FMS Roll 546-1 was sandwiched in time between two production runs and shipments of approximately 70 rolls each.  The run just before included rolls 10148-10208 produced by FMS and shipped to Honeywell in late May of 2002 and the run just after included rolls 10214-10280 produced and shipped in mid-July of 2002.  Note that in keeping with its experimental nature, Roll 546-1 is not a production sequence number.

An e-mail of Monday, June 24, 2002 from Shalom of FMS to Lori Wagner referred to roll 545-2 (indicated to be last shipment material) as having areal density (AD) of 98 g/m2, and 546-1 (experimental trial material) as having lower AD of 95 g/m2 from "low resin, machine setup 1".  Thus Roll 546-1 was indicated to be about 2.5 g/m^2 lower in overall AD.  Ignoring the film component, this amounted to a reduction in resin content relative to fiber plus resin of about 3%.  For instance, in a 0.76 lb nominal shoot pack this would result in a lower weight of about 0.74 lbs or about 0.2 lbs less.  Due to variability the most extreme reduction was seen in the 4/14/2004 V50 test on Roll 546-1 where the shoot-pack weight was only 0.73 lbs when others earlier and later were a little higher.  As discussed later, this particular test gave a very low V50 of 1249 ft/s.  (See HW00401213-214.)

Interestingly, a June 26, 2002 e-mail (HW0001665-667) from Lin Murray directed Shalom of FMS to achieve a resin content in the next production run (scheduled a few days after the Roll 546-1

3

trial) of "1% below the "last production run (fiber and resin wt 84 g/m2)". This request occurred even before Honeywell had run V50 tests beginning 7/1/2002, though FMS V50 results were by then available.  The "last production run" being referred to was the most recent production run before the trial run involving 546-1.  The Lin Murray e-mail said to use this 1% target value as "a minimum weight not the mean value".  It needed to be "no more than 1% lower than the last production run in order to ensure we don't negatively affect the performance and have material not meet the product minimum".   The implications and effects of FMS interpreting and implementing this request are evident from study of the shoot-pack weights of Roll 546-1, and also for rolls from the subsequent production run of mid-July of 2002, compared to the previous production run in late May of 2002.



Figure 1.  Distribution of shoot-pack weights of experimental Roll 546-1, made on June 23, 2002, compared to those from the previous production run of late May, 2002 and also to those from the subsequent production run of mid-July, 2002.  Roll 546-1 shows considerably more variability in shoot-pack weight than the others.

Analysis of the weights of Honeywell constructed shoot packs of FMS Z-Shield material around this time are very revealing of what changes actually resulted from the experimental manufacture of Roll 546-1 compared to production rolls in shipments before and after.  Figure 1 shows the distribution of shoot-pack weights for experimental Roll 546-1 and those for production rolls Rolls 10148-10208 produced late May, 2002 and production Rolls 10214-10280 produced mid-July, 2002.  (Note that a shoot pack involves stacking 22 layers of Z-Shield material in the form of 15.75 in. x 15.75 in. squares.  In the case of Roll 546-1, all 22 layers came from this roll.  In the case of the production rolls, material was actually sampled from a sequence of six rolls to make up one shoot pack, so in principle could exhibit additional effects roll-to-roll variability.)  Immediately evident is the fact that shoot-packs from Roll 546-1 were on average lighter by about 0.01 lb. or about 1.5% compared to the earlier and later production roll groups.  (In fact the difference is larger if one excludes the three 546-1 shoot-packs of 1/19/2006, which happened to be the heaviest in the 546-1 group. These were made almost four years later.)  More apparent, however, from the spread of shoot-pack weights in Figure 1 is the larger variability in shoot-pack weight for Roll

4

546-1, as reflected in its coefficient of variation (CoV) of 1.21%, compared to 0.94% of the earlier production group and 0.52% for the later production group.

In Figure 1 it is also important to observe the effects of the June 26, 2002 e-mail request by Lin Murray to Shalom of FMS, regarding using "a minimum weight not the mean value", which again needed to be "no more than 1% lower than the last production run (late May 2002) in order to ensure we don't negatively affect the performance and have material not meet the product minimum". We see very low variability (0.52%), as mentioned above, and no shoot-pack weight below 0.76 lbs in the subsequent mid July 2002 run, whereas the late May 2002 run had more variability, with a few shoot-packs at 0.75 lbs, and many more at 0.77 lbs to give exactly the same average of 0.762 lbs for both the pre and post runs. Thus the concept in the June 26, 2002 Lin Murray e-mail of holding to a minimum weight appears to have been adhered to. By comparison Roll 546-1 exhibits a large spread in shoot-pack weight spanning 0.73 lbs to 0.77 lbs. with 73% of them having a weight, 0.75 lbs or lower, which is *below* the later production value in Figure 1, and at the low end of the earlier production value (only 16% were at 0.75 lbs).

We can further see how this change in production parameters affected shoot-pack weights going forward in time as compared to production rolls before experimental Roll 546-1 was manufactured. Figure 2 shows the distribution of shoot-pack weights for all rolls produced before June 23, 2002 (10001 up to about roll 10213) versus those manufactured afterwards (rolls 10214- 10995). One can see that there was more than a 2% increase in mean weight from 0.751 lbs to 0.768 lbs, and in fact only about 5% were 0.75 lbs or less in later production. The lower average shoot-pack weight for rolls produced before June 23, 2002, was in large measure due to many low weight shoot-packs early on in FMS production, when V50's tended to be lower on average, as detailed in the author's expert report of November 25, 2015 (see Figure 3.14).



Figure 2. Distribution of shoot-pack weights for all rolls produced up to June 23, 2002 (10001 up to about roll 10213) versus those manufactured afterwards (rolls 10214-10995). Clearly there was

a shift in shoot-pack weight to heavier, not lighter, after the manufacture of experimental roll 546-1.

In Figure 3, we compare the shoot-pack weight distribution for experimental Roll 546-1 to shoot-pack weights for all production (~ 740 rolls) from mid-July, 2002 onward.  Clearly a standard of higher AD Z-Shield material was adhered to post-manufacture of roll 546-1.  Furthermore, the characteristics of Roll 546-1 exhibiting (i) low shoot-pack weight, and (ii) high weight variability again stand out as issues, being primarily the result of targeting a low resin content said to be reduced by 2.5% from about 15% to 12.5% in the trial (HW0004919-920).



Figure 3.  Distribution of shoot-pack weights of Roll 546-1 made June 23, 2002 compared to those from all production runs from mid-July, 2002 onward.

It is important to appreciate what the effects of having too little resin are likely to be in the V50 performance of a shoot-pack.  First one must appreciate that while 2.5% does not sound like much, it is 2.5% relative to the nominal 15% and this amounts to an actual reduction in resin content of 1/6th compared to the nominal amount.  This must be expected to result in more voids, more areas of poorer bonding between fibers in a layer, and even what are called 'resin-poor' areas where there may be little or almost no resin at all due to lack of adequate resin wetting and spreading. Furthermore, during manufacture, fibers and yarns may move out of their anticipated positions and slide sideways, yielding gaps. Some may also be more easily dislodged by an impacting 9 mm round allowing it to more easily pass between fibers in some layers. Note that on pages 17 and 18 of his expert report, Dr. Poursartip emphasizes the critical role of the matrix in Z-Shield in ensuring uniform engagement of the projectile by the fibers.

Overall one must expect much greater variability in V50 performance of Roll 546-1, than production material with higher and more strictly controlled resin content.  In the case of shoot-packs from experimental Roll 546-1 there is not only the issue of large variability in the shoot-

6

pack weights – which points to uneven resin distribution (see especially Figure 1) – but in addition, the resulting consequences in variability in V50 performance of shoot-packs from Roll 546-1. One can easily check out this hypothesis since we have records from which we have been able to assess the V50 variability to expect solely from laboratory V50 shooting. It so happens that two shoot-packs were typically made from layers methodically selected from a group of six production rolls, the second of these being referred to as a "retain". The first shoot-pack was V50 tested for quality assessment purposes in shipping the product to the customer (AHI). For various reasons the "retain" was also shot, and the differences in V50s from the originals and the retains provided sufficient data for the author to statistically determine (by appropriate analysis) the variability in shoot-pack performance to be expected from shooting the same material in the same laboratory using the same protocol. Of course this exercise is much easier in the case of experimental Roll 546-1 since many V50 shots were taken on nominally identical shoot-packs.

Figure 4 compares the V50s obtained for Roll 546-1 (see for instance HW00401213-214) up to 7/18/2003 versus FMS production rolls from about two months prior and two months after its production on June 23, 2003. Clearly the variability in V50 performance of 546-1 (appropriately scaled to compensate for degrees of freedom in the statistical analysis) is more than double that of production variability, where the standard deviation is 41.8 ft./s compared to 18.7 ft./s for production, and the associated CoV is 3.05% for experimental roll 546-1 vs 1.48% for FMS production rolls. This reveals a spread approaching 120 ft/s in testing only about 10 shoot-packs.



Figure 4. Excessive variability in V50s of shoot-packs from experimental FMS roll 546-1 made June 23, 2002, compared to FMS production rolls manufactured about two months earlier and later. The increase in variability is by more than a factor of two.

7



Figure 5. Excessive variability in all V50s tests on all shoot-packs (all the way out to 1/19/2006) from FMS roll 546-1 which was manufactured June 23, 2002, as compared to FMS production rolls manufactured about two months before and after that date. Again, the increase in variability is by more than a factor of two.

We also note that using V50 values for FMS Roll 546-1 including tests beyond 7/18/2003 (the data used in the Fall 2003 publication), and out to 1/19/2006 does not improve the variability situation for this roll and it actually gets worse, as is seen in Figure 5.  As mentioned earlier, the low V50 value was from a test on 4/14/2004, which happened to also have the lowest shoot-pack weight of 0.73 lbs.

The issue of V50 shoot-pack variability in production, after accounting for roll-to-roll differences, will be discussed in more detail later, but apart from the well-known variability issues seen in V50 pair testing of FMS rolls 10711 through to about 10923, we find less than 1.5% CoV across both FMS rolls and DSM rolls (in that case without accounting for roll-to-roll variations) and only 1.16% for DSM Roll 1300 (also discussed later).  Thus the V50 variability in shoot-packs from experimental Roll FMS 546-1 is two to three time higher than for production rolls, and not reflective of FMS production Z-Shield.

Having laid out the experimental circumstances of Roll 546-1, we can take one last view of the variable V50 test data from its shoot-packs. Figure 6 shows this data through the last tests in 1/19/2006.  Honeywell averaged the three initial V50 values (around time zero in the plot) and the two V50 values at almost 400 days, and from the latter average divided by the first, came up with the 104% V50 retention point in the Technical Bulletin at one year – in order to support their claim of no degradation in V50 material stored in warehouse conditions up to the one-year point (and one might surmise, even a V50 improvement!).

Besides the issue of very high variability just discussed in the several pages above, there is one more disqualifying factor.  In his Expert Report, Mr. Coffelt made much of the need to use the same bullet lot in V50 testing, in order to be able to legitimately compare results.  Unfortunately, Honeywell did not adhere to Mr. Coffelt's protocol; as shown in Figure 6, the bullet lot used in

most of its V50 testing of Roll 546-1 was Lot 61LW, whereas the bullets used in the two V50 tests on 7/18/2003 and the single test on 4/14/2004 were from Lot 66LW.



Figure 6. Highly variable and erratic V50 data from FMS experimental roll 546-1 shown using linear scaling in time.

Fundamentally the data from FMS experimental Roll 546-1 is not in any way legitimate for purposes of constructing and supporting the graph in the Technical Bulletin of Fall of 2003, and the passage of time has further borne this out, especially the drastic and unexplained V50 decrease of about 170 ft/s observed in 4/14/2003 compared to the data used from 7/18/2003. Honeywell might try to hide behind the notion that this unfavorable data, obtained after 7/18/2003, was not known at the time. However, based on the circumstances of the manufacture of Roll 546-1, erratic behavior like this should have been anticipated by Honeywell as a distinct possibility, and once Honeywell learned of this unfavorable data (from its own research), in my opinion the data in the Fall publication should have been retracted and a correction issued.

Once more and to be blunt, Honeywell's attempted use of this data from 546-1 corresponding to one year of warehouse storage, gives the impression of deceptive "cherry-picking" through exploitation of excessive variability in the behavior of the material and the use of different bullet lots, as discussed above.

## 2. Rebuttal Case Against Using Only the Lowest V50 Result from the First Shoot-Pack from Roll 1300 as the Basis for Establishing the Three Year Data Point in the Fall 2003 Technical Bulletin

In his expert report, Honeywell expert witness, Dr. Poursartip, claimed that the author (Phoenix), in his Expert Report, had overlooked key data that they assert firmly supports the Honeywell position that there was no degradation in the V50 performance of Z-Shield over a three-year period, when stored in warehouse environmental conditions. One crucial data set claimed to have been overlooked by the author was certain V50 test data on DSM Roll 1300. This data was said to be the basis for the 100% V50 retention point corresponding to the end of the three years of storage

9

in ambient warehouse conditions post manufacture.  (It was also used to construct the two-year point, as is discussed later.)

The claim that the author, in his expert report of 11/2/2015, overlooked this data on DSM Roll 1300, is false. In fact, the author had studied the data on Roll 1300 extensively in preparing his report, and even plotted it in his Figure 3.4.  He very clearly showed that the data, appropriately taken in its entirety, showed significant degradation in V50 performance over the three-year period.



Figure 7.  Raw Honeywell V50 data on DSM Roll 1300 showing all initially generated V50 data.

To fully appreciate the circumstances of this data on DSM Roll 1300, Figure 7 re-plots the Honeywell only V50 data on this roll (a trimmed version of Figure 3.4 in the Phoenix Expert report).  We note that 10 shoot-packs were fabricated and V50 tested (six to seven weeks after the material was produced and initially V50 tested by DSM).  Three Roll 1300 shoot packs were tested around 480 days later, then one V50 test was performed on a shoot-pack around 1185 days (3.25 years) after the initial V50 tests.  V50 tests were also performed at around 1700 days (4.6 years) and around 1900 days (5.1 years), though these tests were after the publication of the Technical Bulletin of Fall 2003.

A cursory look at this data reveals some unusual variability in the V50 tests at around 480 days, namely two of the three V50 points exhibit low values.  The mean turns out to be 1415 ft/s whereas the standard deviation is 47.84 ft/s, to give a CoV of 3.38%.  This compares to a mean of 1473 ft/s for the initial ten V50 values, which also had a much smaller standard deviation of 17.3 ft/s and smaller CoV of 1.17%, as discussed later. In essence the variability in V50 at 480 days is *three times* the initial variability.

Figure 8 reveals that not only are these shoot-packs low in weight (0.69 and 0.71 lbs compared to 0.74 to 0.76 lbs for all the others), they were shot with rounds from a different bullet lot than the others (41 MU vs 69TT for all the others).  Thus to eliminate the distraction of these anomalous points, in Figure 9 we present the Roll 1300 V50 data with these two anomalous points removed.



Figure 8. Identification of anomalous tests involving shoot-packs that were both underweight and shot with a different bullet lot (41MU) than all the others.



Figure 9.  Roll 1300 V50 data with the anomalous data points in Figure 8 removed.

Despite of the obvious downward trend in the V50s of Roll 1300 shoot-packs with time, Honeywell experts offer a peculiar interpretation of the Roll 1300 V50 data in order to justify an opinion of no degradation in V50 performance over a three-year period.  This peculiar effort at justification is illustrated in Figure 10; they take the *single* V50 value at three years (1434 ft/s) and divide it by the *first* of the initial ten V50 values (1441 ft/s) in order to arrive at 99.5% V50 retention, which they then round up to 100%!



Figure 10. Peculiar approach taken by Honeywell (according to Dr. Poursartip) to justify their claim that no degradation occurred in the V50 performance of Z-Shield Roll 1300 over 3 years of storage in warehouse conditions.



Figure 11. DOJ expert interpretation, based on sound statistical principles, of degradation in V50 performance of Roll 1300 over a three-year period.

In rebutting the approach taken by Honeywell expert, Dr. Poursartip, the author presents a more appropriate interpretation in Figure 11 of the Honeywell's Roll 1300 V50 data based on sound statistical principles. To begin with, Honeywell performed 10 initial V50 tests, not one. Additionally, the variability in this data is small. The overall mean is 1473 ft/s, and the overall standard deviation in the 10 points is 17.3 ft/s, which corresponds to a coefficient of variation of

1.17%. We also estimate the standard deviation on the mean itself, which is called the *standard error*. This is the overall standard deviation divided by the square root of the sample size, 10, the square-root being 3.16. The standard error on the mean is thus 5.47 ft/s, resulting in a coefficient of variation on the mean of only 0.0371%. Thus, as far as the appropriate value corresponding to Honeywell's initial V50 testing is concerned, there is almost no 'wiggle room'. We show the bounds created by +/-1 standard error about the initial mean V50 as dashed lines at the top and bottom of the blue square representing the mean value. The span, top-to-bottom, is only 11.0 ft/sec.

Looking next at the data point in Figure 11 at approximately three years, we note that this reflected just one V50 test from one shoot-pack taken on September 11, 2003. One cannot calculate a standard deviation from just one point. However, since Honeywell has argued emphatically for no degradation in V50 performance of the material, we are justified in using the standard deviation from the initial 10 tests, as a measure of variability in V50 testing itself. Thus we have marked bounds of +/- one standard deviation, of 17.1 ft/s, on the three-year V50 value as shown by the yellow square.

The most important feature of the initial and three-year V50 data shown in Figure 11 is that the red line connecting the blue square with the solid red circle in the yellow box has a negative slope. It shows a decline in V50 to 97.4%, which is not the 100% value Honeywell obtained based on their approach in Figure 10.



Figure 12. The V50s of shoot-packs made from DSM Roll 1300 continue to exhibit degradation that appears to accelerate over time beyond three years out to the last V50 tests at around five years (*i.e.*, a V50 decline of about 6.5 %).

Honeywell experts might argue against such a conclusion by citing statistical uncertainty in the three-year value. Ironically this was a (convenient) self-created predicament because Honeywell elected to do only **one** V50 test precisely for the purpose of the Fall 2003 Technical Bulletin, when

they could have done more V50 tests as was done later on (see Figure 12). However, there is a rather inconvenient (for Honeywell) V50 point almost 500 days (1.3 years) after the initial V50 testing on Roll 1300. This point actually lies squarely on the line we have drawn. (Recall that it was the *highest* value of three V50 tests at the time, the lower two being removed by the author due to anomalies noted in Figure 8. Leaving those in would only serve to strengthen the author's argument.) Thus it becomes much more difficult to argue for a potentially milder slope based on invoking uncertainty. The author's opinion is further reinforced in Figure 12 where it is evident that the degradation in V50 of Roll 1300 continued past three years and became even more severe out to about five years (July 1, 2005) when the last of the V50 tests were performed by Honeywell.

Honeywell's excuse (according to Dr. Lori Wagner) for choosing the first V50 value from the initial group of 10 in Figure 10, as relayed by Honeywell expert, Dr. Poursartip, is that it was the first of the V50 tests in the group of ten, and that the Honeywell employee (David Hurst) who supplied data for the graph had been instructed to use the earliest test. It was also suggested that Hurst did not have the benefit of the database included in the "Overall Summary of Aging Studies" put together by Danelle Powers (Wagner Exhibit 24, HW00401127, HW00401178-1224) in the Spring of 2006 – some 2-1/2 years after the Fall 2003 publication. As the argument goes, he was somehow hindered in his search and perhaps unaware of the other V50 data. This excuse is not credible. In fact, Honeywell documents show V50 data for these same dates together with data obtained and analyzed on many rolls from Lots 1 to 5 of DSM-produced Z-Shield material. (See for instance HW00401683-687 or HW0002543-544, where calculated V50 average values from ten points are given.) Thus data such as this was known and analyzed previously by Honeywell personnel.



Figure 13. Comparison of initial V50 test results on Roll 1300 obtained by DSM right after manufacture, then by Honeywell 50 to 60 days later, followed by AHI 50 days after that.

One final aspect of the V50 data on DSM Roll 1300 is worthy of preliminary mention. In his expert report on behalf of Honeywell, both Mr. Coffelt and Dr. Poursartip were adamant in

asserting that different testing laboratories are likely to get very different results for V50 when testing the same material, even when using the same procedures and protocol. This is argued in Mr. Coffelt's expert report on pages 32 - 35 and in Dr. Poursartip's expert report on pages 113 - 116. As it turns out, Honeywell, DSM and AHI all performed early V50 tests on DSM Roll 1300 (as well as others that we will explore). DSM V50 tested 8 shoot-pack samples immediately after manufacture, Honeywell tested 10 samples some 50 to 60 days later, and AHI also tested 10 samples about 50 days after the Honeywell tests. Figure 13 shows the results. What is readily apparent is that the difference between the Honeywell and AHI results is not only very small, the slight decrease in the mean V50, from 1473 ft/s to 1468 ft/s, is in keeping with the downward trend in V50 with time. The standard deviations are virtually the same and the means differ by 5 ft/s, which is less than the standard error of both means (~ 5.4 ft/s). Thus the, 'different lab - different V0 results', argument does not hold up in the comparison of Honeywell and AHI V50 data. The DSM results, however, show a significantly higher mean V50 of 1514 ft/s compared to about 1468 and 1473 ft/s, respectively, for the other two. This is a substantial difference in V50 of 3%, and at issue is whether this difference is simply due to testing lab differences or a difference due to degradation in V50 in the first 50 to 60 days. In his expert report, Dr. Poursartip has argued strongly for the former. Later we rebut this as being false.

In particular, we shall revisit this question by comparing V50 data by all three organizations on several other DSM rolls, including Roll 1301, Roll 1310, rolls from the sequence 3879 to 3932 (Lot 2), and rolls from the sequence 1-0727 to 1-0781 (Lot 4). We will conclude that the DSM V50 data in Figure 13 is legitimate for purposes of calculating degradation and, on that basis, this data shows Z Shield degradation over a five-year period of about 9%.

### 3. Rebuttal Case Against Using the Difference in V50s for Two Successive Times on Already Aged Z-Shield Material (DSM Roll 1300) to Establish the Two-Year Data Point for the Fall 2003 Technical Bulletin.

In his expert report on behalf of Honeywell, Dr. Poursartip claimed that the author had overlooked key data in his 11/2/2015 expert report involving DSM Roll 1300. Dr. Poursartip claimed that this data point firmly established the 2-year (730 day) data point in the Fall 2003 Technical Bulletin, which showed 101% V50 retention. Once more we rebut this as a false claim. The author was well aware of this data but would not for a moment entertain the legitimacy of the calculation in Dr. Poursartip's expert report as relayed by Honeywell's Dr. Lori Wagner.

To begin with the degradation in V50, is implied in the Technical Bulletin to have been measured from the approximate time of manufacture. What is done in Figure 14 is contrary to this statement and is misleading. One cannot just take ratios beginning and ending wherever one likes. This practice was already disputed in the author's initial expert report of November 2, 2015 when it was performed on data from DSM Rolls 1301 and 1-0407 in an effort to create earlier in time V50 retention points on the graph in Honeywell's Fall 2003 Technical Bulletin. As shown in the author's expert report (and also in various published Toyobo documents regarding the degradation in strength of Zylon in warm and humid conditions) the rate of degradation in Z-Shield V50 is non-linear and tends to be higher in time initially. We note that it is illegitimate to attempt to develop plotting points the way Dr. Poursartip has presented.



Figure 14. Illegitimate approach taken by Honeywell experts to justify claim that no degradation occurred in the V50 performance of Z-Shield Roll 1300 by two years of storage in warehouse conditions.

Irrespective of this argument of illegitimacy in the time-shift approach, the author has already shown the illegitimacy of two of the three Honeywell data points at around 500 days. They are anomalous for reasons of unusually low weight shoot-packs and use of a different bullet lot all borne out by the *factor of three higher variability* in the three values compared to those initially, as discussed in the paragraph above Figure 8.  Except for the top point (V50 = 1455 ft/s) in Figure 14 at around 500 days, the data for the two lower points is fatally flawed.  Of course use of only the top point does not serve Honeywell's case.

Regarding its attempted use of DSM Roll 1300 to support the claim of no degradation in the V50 of Z-Shield in the Fall 2003 Technical Bulletin figure, Honeywell's problems go even deeper.  For instance, HW00401683–687 shows V50 data for Roll 1300 for certain test dates, 06/05/2001 (1 test), 06/06/2001 (4 tests), 6/16/2001 (5 tests).   These dates and numbers of V50 tests, happen to match those in the Danelle Powers Summary (Wagner Exhibit 24, HW00401127, HW00401178-1224), except they are off by exactly one year, *i.e.*, 2001 instead of 2000.  Apparently Honeywell later recognized this error in dating, since handwriting in HW0002543-544 shows 2001 changed to 2000.

A bigger problem, however, is that while similar in magnitude, the V50 values do not match those in the Danelle Powers Summary, nor in the main database (HW00400000).  For instance, in the first test on 06/05/2000 (corrected from 06/05/2001) the V50 value given is 1450 ft/s not 1441 ft/s used in Dr. Poursartip's expert report (see discussion regarding Figure 10 above).  So now the V50 retention is 98.9%, which hurts the Honeywell case for claiming, with an air of precision, exactly 100% V50 retention at 3 years.

16

Pursuing HW00401683–687 even further regarding Dr. Poursartip's explanation justifying 101% V50 retention in Z-Shield at two years, one sees listed in HW00401686 *two* V50 tests on 10/5/2001 for Roll 1300, and *none* on 10/10/2001, contrary to the data shown in our Figure 14 above. The highest V50 data point (in Figure 14 corresponding to 1455 ft/s) is said to correspond to Roll 1310, not Roll 1300. One has to go to the database document HW00400000 and Notebook document HW00400029 to sort all this out and confirm that this was actually a Roll 1300 V50 test.

It turns out that the V50 data shown in HW00401683–687 for Roll 1300 and dates, 06/05/2000 to 6/16/2000 is not Honeywell V50 data at all; it is V50 data from AHI testing on 8/04/2000 given in AHJX00010524-10592 and in particular AHJX00010548. (Whether Honeywell had these exact documents is immaterial; they obviously knew about the data.) In fact, this is the AHI data we have plotted in Figure 13.

In summary, in his Expert Report, Dr. Poursartip makes a grandiose assertion that the author overlooked data supporting "*all*" V50 retention points in the Fall Technical bulletin (see page 107, especially the section title). He then tries to back away from this claim in later discussion and his footnotes (see pages 107 onward). It appears that Dr. Poursartip is interested mainly in creating and playing a game of semantics and "gotcha". In the predicament Honeywell finds itself this seems to be preferable to focusing on the obvious science, particularly in light of reference in the Technical Bulletin to "design of experiments" in the preamble, none of which was ever followed.

### 4. Three-Way Comparison of Honeywell, DSM and AHI V50 Data Contradicts Honeywell Experts' Claim that DSM V50 Data Cannot be Relied Upon to Show V50 Degradation over Time

Mr. Coffelt and Dr. Poursartip have vigorously claimed that V50 data from DSM is not reliable in assessing degradation in the V50 performance of Z-Shield from the time of manufacture. (As was pointed out in the author's own expert report of 11/02/2015, Honeywell had no reservations in using DSM values in the Quality Assurance and certification process, but now this data is viewed as suspect!) We now rebut this argument is not being credible, and in fact, the opposite is true. There is no basis whatsoever for disregarding the DSM V50 test results.

We first return to Figure 13, which shows DSM, AHI and Honeywell V50 data on Roll 1300. In discussing that figure we made the particular point that there is very little difference between the Honeywell and AHI V50 results – so much so that Honeywell itself apparently became confused about the data source as was just discussed in the last few paragraphs above! We now show several more plots from our Expert Report of 1/15/2015 that we have updated to also include AHI V50 data.

In addition to Figure 13, which was a replot of Figure 3.4 in the author's original report, Figure 15 replot of Figure 3.3, Figure 16 replots Figure 3.5 (Roll 1310), Figure 17 replots Figure 3.6 (Lot 2), Figure 18 replots Figure 3.7 (Lot 3) and Figure 19 replots Figure 3.8 (Lot 4).



Figure 15. (Replot of Figure 3.3 in author's original expert report).  Plot of V50 data from DSM, AHI and Honeywell, on Roll 20000-1301 produced by DSM, and which played a prominent role in drafts resulting in generation of the Honeywell Technical Bulletin in Fall 2003.



Figure 16 (Replot of Figure 3.5 in author's original expert report).  Plot of V50 data on Lot 1 Roll 20000-1310 produced by DSM and V50 tested by DSM, AHI and Honeywell, using the DSM V50 testing protocol.



Figure 17. (Replot of Figure 3.6 in author's original expert report.) Plot of warehouse environment V50 data on Lot 2 Rolls 3879-3932, produced by DSM and tested by DSM, AHI and Honeywell, using the DSM V50 testing protocol. Note that now the data involves different rolls from the same lot tested by the three organization.



Figure 18. (Replot of Figure 3.7 in author's original expert report.) Plot of warehouse environment V50 data on DSM Lot 3 Rolls 1-0366 to 1-0422 including Roll 1-0407, as tested by DSM, AHI and Honeywell, using the DSM V50 testing protocol.

19



Figure 19. (Replot of Figure 3.8 in author's original expert report.) Plot of warehouse environment V50 data on DSM Lot 4 Rolls 1-0727 to 1-0781, as V50 tested by DSM, AHI and Honeywell, using the DSM V50 testing protocol.



Figure 20. (Replot of Figure 3.9 in author's original expert report.) Plot of warehouse environment V50 data on DSM Lot 5 Rolls 1-1897 to 1-1958, as V50 tested by DSM, AHI and Honeywell, using the DSM V50 testing protocol.

The V50 data plotted in Figure 13 and Figures 15 to 20 speak for themselves.  In Figure 15, AHI and DSM obtained virtually the same mean value on DSM Roll 1301.  Contrary to what Dr. Poursartip claims (reporting on circumstances relayed by Honeywell personnel), Honeywell did not test Roll 1301 at around the same time.  At best, they V50 tested Roll 1300, apparently thinking it was Roll 1301 and are currently trying to claim it was the same material from the same "mother roll".  See pages 22 and 23 of Dr. Lori Wagner's deposition of August 15, 2016.  This is false.

Figure 15 also shows that AHI and DSM obtained almost the same V50 on Roll 1301 (about 1520 ft/s).  DSM initially got an average V50 of 1514 ft/s on Roll 1300, but by the time Honeywell and AHI got around to testing it many weeks (even months) later, the V50s obtained were down to 1473 and 1468 ft/s respectively.  So one sees that DSM and AHI got almost the same V50 averages on Roll 1301 when testing around the same time, and Honeywell and AHI got almost the same lower numbers on Roll 1300 when testing at the same time, much later than DSM's testing.  Thus Dr. Poursartip and Mr. Coffelt's arguments for different labs getting different V50 results on Z-shield material, when tested using the same protocol and around the same time, simply does not hold up.

Regarding Roll 1310, the trend is much the same in Figure 16.  DSM V50 tested the material first, followed by AHI second and Honeywell third.  Once the AHI V50 data is included, there is a clear degradation in time.

The trend in Figure 17 regarding DSM Lot 2 material is a little more variable, but not to Honeywell's favor.  Note that in this case, different rolls from the production lot were V50 tested, not the same roll over-and-over, as was the case for previous figures, and not the same ones by the different organizations.  Also the times for the initial tests spanned no more than about 50 days, much less than in the previous figures.  Nonetheless we see that DSM and AHI got very similar V50 averages and Honeywell significantly lower averages.

The trend in Figure 18 on DSM Lot 3 is, once again, similar to those seen previously.  Here again Honeywell and AHI obtain almost the same V50 average at close to the same time, but lower than DSM about a month earlier.  In Figure 19, the V50 degradation progression in DSM Lot 4 material once again follows the same trend of degradation over time irrespective of who was doing the V50 testing – DSM, Honeywell or AHI.  The degradation over the first 100 days is somewhat milder than seen in previous figures, but that milder trend does not hold up in the subsequent 150 days where the degradation becomes more severe.

Figure 20 repeats Figure 3.9 in the author's original expert report regarding V50 testing on DSM Lot 5 material.  Once again DSM, AHI and Honeywell did not V50 test the same rolls and AHI actually tested three different rolls to get the three V50 values shown. Nonetheless the overall trend is consistent with that in previous figures, and what begins as V50 values arguably around 1500 ft/s or higher ultimately drops before three years to below 1400 ft/s (and even lower by 5 years).  Thus there is no basis whatsoever for disregarding the DSM V50 test results.  In assessing the degradation in v50 of DSM produced Z-Shield over time.



Figure 21.  (Replot of Figure 3.10 in author's original expert report.)  Plot of warehouse environment V50 data merged from DSM Lots 1 to 5 shown in Figures 3.3 to 3.9, as tested by DSM, AHI and Honeywell and using the DSM V50 testing protocol.  The square markers are averages of V50 test cases where 3 or more V50 tests were performed.

Figure 21 replots Figure 3.10 in the author's original expert report once again summarizing V50 testing on all DSM produced material, and basing the results on DSM, AHI and Honeywell V50 testing.  Again the author sees absolutely nothing to alter his opinion and much to reinforce it.



Figure 22.  (Replot of Figure 3.11 in author's original expert report.)  Plot of warehouse environment V50 data on merged data from DSM Lots 1 to 5 as tested by DSM, AHI and Honeywell.  The averages reflect test cases where 3 or more V50 tests were carried out.  Also shown are Honeywell's points from the figure in the Fall 2003 Honeywell Technical Bulletin.

22

Figure 22 replots the data in Figure 3.11 of the author's original expert report, where all the V50 data on DSM manufactured Z-Shield, as presented in Figure 13 and Figures 15 to 22, is distilled and compared to data presented in Honeywell's Fall 2003 Technical Bulletin.  There are a few more data points early on in the first two or three weeks, and also at about 110 to 120 days.  These only serve to reinforce the author's analysis and rebuttal that, in a warehouse environment, the V50 of Z-Shield degrades over time out to 3 years and beyond, and that the plot in the Technical Bulletin is wrong.  In fact, based on the data in Figure 22, Z Shield degraded approximately 7.5% in a three-year period under warehouse conditions and over 10% after more than five years under the same conditions.

**5.  Rebuttal Showing the Subtle Role of Variability in Debunking Honeywell's Position of No Degradation Occurring in the V50 of Z-Shield When Stored in Warehouse Environmental Conditions Over Three Years.**

In their effort to defend Honeywell's position of no degradation in the V50 performance of Z-Shield over a three-year period, Honeywell experts, Dr. Poursartip and Mr. Coffelt, appear to have given little thought to the role of variability in holding onto this position.  As was discussed earlier in connection with Figures 4, and 5 for FMS material and Figure 7 and 8 for DSM Roll 1300 material, the variability in measured V50 for a given roll of acceptable quality was about 20 ft/s or less and 1.5% or less in CoV.  In Honeywell's study of variability components of Rolls 1301 and 1-0407 in HW00401923-936, similar results can be inferred from the figure in HW00401930, reinterpreted here in Figure 23 by adding a line through the distribution of residuals (unexplained variability).  We estimate a standard deviation of 21.9 ft/s and CoV of 1.53%.



Figure 23.  Unexplained residuals (variability) from Honeywell V50 data on DSM Rolls 1301 and 1-0407 that can only be explained by V50 test variability itself.

Figure 24.  Variability in V50 testing of material from DSM Lots 1 to 5 after removing lot-to-lot variation (though considerable roll-to-roll variation remains).

Likewise, in Figure 24 we have considered the data tabulated in HW00401683-87 and particularly in HW00401685 in order to estimate (or at least bound from above) the variability in V50 testing itself.  After removing lot to lot variability, we see a slightly higher standard deviation of 17.1 ft/s

24

and CoV of 1.75%, largely because some of the roll-to-roll variability is not easily removable. Thus in comparing V50 results for both FMS and DSM Z-Shield, we find that for a given roll of Z-Shield, the V50 test variability is reasonably reflected in a standard deviation of about 15 ft/s or CoV of about 1.5% above a mean value calculated, in principle from many V50 tests on a given roll.

The dilemma for Honeywell is that once one assumes there is no degradation in the V50 performance of Z-Shield, then one runs headlong into the need to explain why the variability, *i.e.* deviations from the starting mean, gets much larger than 15 or 20 ft/s over time.  For instance, looking at Roll 1300 the problem becomes immediately evident in Figure 7 when trying to include the two outliers as in Figure 14.  The same difficulty is glaringly evident in Lot 2 material in Figure 17, in Lot 3 material in Figure 18 and Lot 4 material in Figure 19, whether one includes DSM and AHI V50 tests or not.   Starting with small variability and small deviations right after production, the deviations get larger and larger from the starting mean V50 as time goes on (never mind the fact they are all downward).  That is, the variability in various rolls is increasing to far beyond 15 to 20 ft/s, and by Honeywell's claim, that should not occur.   This is a somewhat technical argument, but it once again reveals that the V50 of Z-Shield degrades over time.

### 6.  Rebuttal of Other Opinions Offered by Dr Poursartip in His Expert Report

***Dr. Poursartip's Opinion 8*** offers nothing solid or credible regarding the role of Mr. Cunniff's formula.  Just a lot of vague attack based on Dr. Poursartip's notion of completeness of testing, with no scientifically based examples to the contrary, nor where more investigation would somehow have led to different conclusions.  In fact, Dr Poursartip, in a peer-reviewed article about ballistic impact and performance, previously relied extensively on Mr. Cunniff's research and formula. See W.R. Novotny, E. Cepus, A. Shahkarami, R. Vaziri, A. Poursartip, Numerical investigation of the ballistic efficiency of multi-ply fabric armours during the early stages of impact, INTERNATIONAL JOURNAL OF IMPACT ENGINEERING 34 (2007) 71–88 at 72.

***Dr. Poursartip's Opinion 12*** offers nothing scientifically credible supporting objections to the role of fiber strength on V50 performance, whether through U* or comparable formulae.  Dr. Poursartip seems to suggest that, by some magical means, a reduction in fiber strength will not degrade armor performance.  He attempts to do this by injecting other, largely tangential factors, attempting to confuse the reader.

***Dr. Poursartip's Opinion 17*** states that Honeywell appropriately introduced Z-Shield to the market in early to mid-2000 based on encouraging information at the time, both from Toyobo on chemistry and degradation studies (compared to Kevlar), and from limited experience based on the use of Zylon fabrics in body armor.  The statement that Honeywell "saw no other warning signs" can be true only if Honeywell's eyes were closed.   Honeywell evidently did not want to see, nor acknowledge, emerging warning signs in the months and years after it introduced Z-Shield to the market.  In essence Honeywell was in denial and kept 'blinders' on throughout the period up to Fall 2003 when the Technical Bulletin was released.  The evidence of a V50 degradation problem kept piling up, and Honeywell ignored it, and in my opinion, attempted data manipulation

in a desperate effort to sustain the story that, over a three-year period, the V50 of Z-Shield did not degrade when stored in a warehouse environment.

***Dr. Poursartip's Opinion 20*** states that Honeywell reasonably and responsibly shared Z-Shield degradation data with Armor Holdings (AHI) under conditions of high heat and humidity, and that AHI was sophisticated enough to know what to do with it (contrary to the deposition testimony of AHI's executives who indicated that they relied on Honeywell's scientific expertise concerning Z Shield).  Unfortunately, release of the Technical Bulletin in Fall 2003, and the misleading (and in the opinion of the author, simply false) information therein, directly contradicts this claim of openness with AHI regarding Z-Shield degradation, as does the absence of any documentary evidence that Honeywell provided AHI with any Z Shield accelerated aging data after January 2003.

***Dr. Poursartip's Opinion 22*** is that "There is no evidence that FMS's difficulties in making Z-Shield that met an internal Honeywell Specification had anything to do with the degradation of Zylon".  Dr. Poursartip's opinion, laid out on page 101 of his report, reflects a complete failure to understand Figure 3.18 in the author's expert report. Dismissive, and even sarcastic comments made in his own expert report regarding this figure reveal lack of thought and focus regarding the discussion of this data.

For instance, Dr. Poursartip states in the second line of the page "It is not apparent what opinions Dr. Phoenix is offering on this issue", and then he claims that "Dr. Phoenix's Figure 3.14 is misleading because he omits from that Figure rolls from the 1000 series, which had much higher V50's (those rolls are omitted from Figure 3.14, but noted in Figure 3.18)."  First he says they were ignored, then he says they were not.  By his words "noted in Figure 3.18", one presumes that he is referring to plotted values for FMS rolls 10924 to 10991 manufactured by FMS in late April or early May, 2005 and V50 tested by Honeywell on 5/9 to 5/11/2005. (These are shown on the Figure as rolls 924 to 991 and are continuation of the numbering sequence from 1 to 923.)  Dr. Poursartip seems to lack focus in the details and criticism since there are no such rolls in Figure 3.18 with roll number 1000 or higher, so perhaps Dr. Poursartip is mistakenly referring to some other rolls the author is unaware of, and which have not been turned over in discovery.  Note that these rolls referred to in Figure 3.18 (Figure 25 above) were manufactured by FMS and V50 tested almost two years after the publication of the Fall 2003 Technical Bulletin.  In his complaining, Dr. Poursartip thus gives the impression that it is OK to use data beyond Fall 2003, the time of the Technical Bulletin, if it somehow serves Honeywell's cause, but not otherwise.



Figure 25. A reproduction of Figure 3.18 in the author's original expert report with a new inset legend to explain the coloration in the V50 data obtained initially by FMS and by Honeywell at later times on the production rolls of FMS.

Dr. Poursartip then goes on to complain, beginning in the last paragraph of pg 101, and on to the end of the first full paragraph on page 102, about what the author has said in his Expert Report regarding his Figure 3.18. He claims that "For virtually the entire time period there is a coincidence in these test results. For the most part green, blue and red dots go up and down together". It is a complete puzzle as to why Dr. Poursartip is having so much trouble grasping the issue raised in Figure 3.18 (Figure 25 above). It's clear; while the green dots stay level, with few exceptions, the red dots go down. The red dots represent Honeywell's testing of Z Shield about five weeks after FMS's initial V50 testing (shown by the green dots), This demonstrates Z Shield degradation after just a few weeks.

**Dr. Poursartip's Opinion (pp 26-30) of his report** attempts to inject special meaning into his Figures 15 and 16, in an attempt to uncover an "apparent error in the Phoenix paper" presumably to reinforce arguments being made about how models don't work for Zylon. On page 30 he shows two V50 plots for PBO, one from a Cunniff paper (ISB99, 1999, pp1303-1310; see reference 24 in Dr. Poursartip's report) and the other from Figure 5 in a paper by Phoenix and Porwal 2004, (reference 30 in Dr. Poursartip's report), where he attempts to highlight a discrepancy. This is all intended to serve the argument that "No equation predicts performance of a body armor solution" as though to completely write off all theoretical understanding. Interestingly, Dr. Poursartip previously described the analytical model presented in the author's 2004 paper as "provid[ing] an elegant mechanistic framework for describing many of the ballistic response trends observed by Cunniff through an extensive and comprehensive set of experiments involving combinations of different projectile/target systems subjected to a variety of impact loading conditions. The analytical model of Phoenix and Porwal and the resulting scaling relationships also provides an insight into the material parameters that influence the overall ballistic performance of fabrics and as such is a useful tool for preliminary design of fabric-based body armour systems." See W.R.

27

Novotny, E. Cepus, A. Shahkarami, R. Vaziri, A. Poursartip, <u>Numerical investigation of the ballistic efficiency of multi-ply fabric armours during the early stages of impact</u>, INTERNATIONAL JOURNAL OF IMPACT ENGINEERING 34 (2007) 71–88 at 72.

Figure 26 shows the right-hand portion of Figure 16 in Dr. Poursartip's report taken from the author's 2004 paper.  Figure 27 shows a figure from one of Mr. Cunniff's presentations, "Design and Development of Personal Armor Systems", NAT-30179135-188, and specifically NAT039-3314-367 and especially page NAT039-3355.



Figure 26. Portion of Figure 5 in a paper by Phoenix and Porwal, 2004 (Dr. Poursartip report reference 30), which appears on the right-hand side of Figure 16 of Dr. Poursartip's report.



Figure 27.   Figure from a Cunniff presentation numbered both as NAT-30179135 - 188 and NAT039-3314-367 and especially page NAT039-3355.

In Figure 27 we have marked in yellow diamonds the PBO data in Mr. Cunniff's figure. These points are marked as yellow-filled circles in Figure 16. Also shown in the figure are 'red diamond' points averaging the data points in his ISB99 paper.

What emerges from Figures 26 and 27 is that, contrary to what Dr. Poursartip claims in his report, the PBO V50 data from the two Cunniff sources line up quite nicely with the data shown in Figure 26, and with the model line. Thus, in rebuttal, the technical argument attempted by Dr. Poursartip, has no basis.

This should not be surprising since the figure in Phoenix and Porwal, 2004, cited in Dr. Poursartip's report, was actually obtained from a manuscript obtained from either Mr. Cunniff or a colleague at the US Army, Natick, and which was otherwise identical to the ISB99 conference paper in which the other figure with sparse Zylon data actually appeared.   Whatever the circumstances of the history of the Phoenix figure in question, the Cunniff manuscript, including the populated version with extensive PBO data (Figure 26), was turned over to Honeywell counsel a long time ago.  This information cannot be new to them.

**Addendum:**  The data sources for the AHI data plotted in Figure 13, and Figures 15 through 22, can be found in

AHON00009704 – 711

AHON00009712 – 716

AHON00009758

AHON00009759

29

AHON00009760

AHON00009696 – 700

AHON00036998

AHON00000049

AHON000387655 – 835


Respectfully submitted

_____      <u>September 27, 2016</u>
Stuart Leigh Phoenix                       date

# EXHIBIT 12

# Rebuttal of Expert Reports of Mr. Robert A. Coffelt and Dr. Anoush Poursartip

(United States v. Honeywell International, Inc.)

Kirk D. Rice

2016-10-04



DX 1281

No. 1:08-cv-961
(D.D.C.)

# 1 Introduction

My name is Kirk Rice. I received my B.S. in chemical engineering from the University of Maryland at College Park in 1984. I continued my education, earning a Masters in Engineering Administration from the George Washington University in 1989. I am currently pursuing a Ph.D. in chemical engineering at the University of Maryland.

I began my career as a civil servant in 1984 as a project engineer in the Gun Systems Branch at the Naval Ordnance Station, Indian Head, Maryland, which later became known as the Naval Surface Warface Center, Indian Head Division. My responsibilities there included conducting research to develop improved gun propulsion technologies. Following a career change, I accepted a position in 1998 at the National Institute of Standards and Technology (NIST) as the Program Manager for Weapons and Protective Systems in the Office of Law Enforcement Standards(OLES). Later, due to internal restructuring, I became the leader of the Protective Systems Research group in the same office, which in 2008 was renamed the Law Enforcement Standards Office (and at the time was still referred to as 'OLES'). In my duties within OLES, I managed the program that oversaw research supporting the development of various standards related to protective equipment. My technical activities were aimed at two things: standards-development Standards for stab-resistant and ballistic-resistant body armor were two standards that

In addition, I served as a technical assessor to support formal accreditation of commercial testing laboratories through the National Voluntary Laboratory Accreditation Program (NVLAP), which establishes technical and quality management requirements for body armor testing. I was instrumental in assisting NVLAP with establishing the body armor testing specific guidance documents utilized and required by NVLAP for body armor testing. As part of my activities with NVLAP, I assisted with the development of proficiency tests for ballistic and stab resistant armor testing laboratories, and assess commercial laboratories' abilities to perform armor testing.

Under my program, I oversaw the work that led to the revision of the NIJ Standard for testing law enforcement body armor, which was led technically by my colleague, Dr. Michael Riley. Also under my program and at the request of NIJ, I oversaw the technical activities across several divisions at NIST related to the investigation of the PBO-based body armor involved in the Forest Hills incident, and subsequently, the expansion of those activities due to the Attorney General's 'Bulletproof Vest Safety Initiative' [1].

I am an employee of the United States Department of Commerce, and I have not been compensated for my work as an expert witness in this matter. I have provided fact and expert testimony in depositions related to several cases involving Zylon-containing body armor. In addition, I furnished Rule 26(a)(2)(C) expert disclosures on November 2, 2015 and January 8, 2016.

My current CV describing my education, my employment experience, and my professional publications has been provided previously. In addition, my publications from the past 10 years have also been provided previously.

2

# 2 Rebuttal to Mr. Robert A. Coffelt

Mr. Robert A. Coffelt [2] has written an expert report critical of the U.S. Government's research under the Body Armor Safety Initiative (BASI), and defending the performance of body armor containing poly(p-phenylene benzobisoxazole), commonly abbreviated PBO, sold by Toyobo Co., Ltd. under the trade name "Zylon", and asserting that these body armors were safe and that PBO is suitable for use in body armor applications. I disagree with these assertions of Mr. Coffelt and write this report in rebuttal. In connection with my rebuttal, I have reviewed the expert reports by Mr. Coffelt [2] and Dr. Anoush Poursartip [3] and some of the documents that they provided in support of their separate reports.

Before rebutting Mr. Coffelt's specific opinions, I would like to make a comment about his frequent use of the terms 'certification' or 'certification standards' in reference to the National Institute of Justice (NIJ). Clarity about these terms is important because subsequent commentary that I offer utilizes somewhat different terminology. Since 1972, NIJ or its predecessor organization, the National Institute of Law Enforcement and Criminal Justice (NILECJ), has published a standard for ballistic-resistant body armor aimed at describing test methods and specifications for ballistic-resistant body armor intended for law enforcement applications. Periodically, the standard undergoes revision, which is then published with a numeric designation indicating the version number of the standard. Thus, the first 'NIJ' ballistic-resistant body armor standard was NILECJ Standard-0101.00 in 1972, followed by NILECJ Standard-0101.01 in 1978, followed by NIJ Standard-0101.02 in 1985, followed by NIJ Standard-0101.03 in 1987, followed by NIJ Standard-0101.04 in 2000, and a slightly revised version known as NIJ Standard-0101.04 rev A in 2001, followed by the current version NIJ Standard-0101.06 in 2008. NIJ (or NILECJ) published many standards related to different types of equipment used by law enforcement or corrections personnel, but in the context of ballistic-resistant body armor, the aforementioned versions of the body armor standard are relevant to this topic.

Beginning in 1978, NILECJ endorsed a body armor testing program that aimed to list models of body armor that complied with the then-current '01' version of the NILECJ standard, and any other requirements established at that time upon which certification depended. That certification program was administered by the International Association of Chiefs of Police (IACP). By 1985, NIJ opted to oversee the body armor compliance testing program. Certification of a body armor model depended then, as it does now, upon satisfying several requirements, one of which involves demonstrating compliance with the NIJ body armor standard.

Zylon-containing body armor was submitted to NIJ's certification program, or as NIJ's describes it, their Compliance Testing Program, from 1998 to 2005. NIJ's certification policy generally re-

quired, and still does require, that certification uses the version of the NIJ body armor standard in effect at the time the armor model is submitted to their testing program. During that period, two different versions of the NIJ body armor standard were in effect. NIJ Standard-0101.03 was published in April 1987, and NIJ Standard-0101.04 was published in September 2000. For body armor models that are evaluated through the NIJ Compliance Testing Program, the labels that manufacturers attach to their body armor products provide an attestation that the armor complies with some level of protection. For typical soft body armor models primarily intended for protection from threats posed by handguns, these protection levels were known as Type I, Type IIA, Type II, and Type IIIA.

Having offered these clarifications on terminology, I now address Mr. Coffelt's specific opinions. I have reached the following conclusions about them:

## 2.1   Mr. Coffelt's 1st Opinion: "Body Armor Design and Packaging and the Different Roles of Body Armor Manufacturers and Ballistic Materials Suppliers"

Mr. Coffelt opines that 'bullet-resistant vests are designed to stop specific threats with a high degree of certainty' [2, p. 7]. This assertion leads to two questions. One deals with what is meant by 'high degreee of certainty,' and the other deals with what is meant by 'specific threats'. Mr. Coffelt goes on to qualify these terms, and as explained below, those qualifications are problematic. Mr. Coffelt argues that 'A specific threat is a given bullet-type, within a caliber from a given manufacturer, that is used during the NIJ certification process'[2, p. 7]. Such a narrow definition is misleading, inconsistent with industry practice, and conveniently provides a mechanism for denying responsibility for almost any failure of the body armor that might occur under field-use conditions.

### 2.1.1   Why the narrow definition is misleading

Significantly, all versions of the NIJ ballistic-resistant body armor standard define the protection levels in terms of a bullet type of some caliber and minimum velocity. No version of the NIJ standard specifies bullets from a specific manufacturer. Mr. Coffelt is correct in that some bullets may be designed to produce different terminal effects, but even that statement requires further qualification because the target itself can influence the terminal behavior of the bullet. The NIJ standard is intentionally silent on the matter of bullet manufacturer. Mr. Coffelt confuses NIJ's Compliance Testing Program with standards. To ensure laboratory-to-laboratory consistency only, NIJ's CTP would periodically describe projectiles in terms of their manufacturers. Compliance with the standard, which is inferred from the CTP testing, and attested to by the armor manufacturers (they state such on the product labels attached to the armor they produce) maintain that the armor satisfies the standard, which has more general projectile requirements in it.

### 2.1.2   Why the narrow definition is inconsistent with industry practice

The body armor industry frequently touts the performance of their ballistic-resistant materials and body armor designs by pointing to their success in field use. No doubt, ballistic-resistant materials incorporated into sound body armor designs can reduce the risk of serious injury or death. However, if one adopts a posture that the threat round used for certification testing is the only round for which the body armor is designed to defeat, then the industry could not cite these incidents as success stories

4

because doing so would create the false impression that the body armor design and materials in it are appropriate to defeat these other threat rounds, which is contrary to Mr. Coffelt's contention. The fact is that the industry has, for decades, understood that body armor models certified by NIJ must demonstrate compliance with the NIJ standard, and that the standard only *generally* classifies the projectiles for levels I, IIA, II, and IIIA.

### 2.1.3   Why the narrow definition is a convenient denial mechanism

If the threat protection were so narrowly defined as Mr. Coffelt asserts, very few shooting incidents involving body armor would satisfy such a definition. This argument is a slippery slope, as it can be easily extended to make additional invalid arguments about other testing conditions, such as the muzzle-to-target distance, the bullet speed range, the impact angle of the bullet relative to the armor's surface, differences between the clay backing material used in standards-based testing compared to human tissue, etc. Indeed, some of these very arguments are made by Mr. Coffelt later in his report, and they will be addressed in subsequent sections of this report.

Performance standards, by their very nature, cannot possibly cover all conditions that might be encountered in real-life usage. Instead, reasonable accommodations are made in standards-based testing to provide representative conditions.

If Mr. Coffelt's argument were valid, and extended, then one could conclude that there are no examples of field incidents that match the conditions of the standards-based testing required by the certification program.

### 2.1.4   Why Mr. Coffelt's assertion that bullet-resistant vests stop specific threats with a 'high degree of certainty' is misleading.

Mr. Coffelt explains that factors such as 'the price and weight of the final vest design' must be considered by body armor manufacturers[2, p. 7]. Mr. Coffelt offers some explanation about the tradeoffs in his depiction of a 'ballistic triangle,' which is based on three competing body armor design-related factors: price, weight, and a nondescript 'performance'[2, p. 10]. Clearly then, body armor design represents some tradeoff among different factors, and where 'performance' is concerned, it is conceivable that some body armor designs are more capable than others due to these tradeoffs and decisions made by the body armor manufacturer with regard to where in this design space the final body armor design should be placed.

According to Mr. Coffelt's 'ballistic triangle,' lower performance body armor tends toward lower cost designs and lighter weight designs. Perhaps this is an obvious observation, but it is an important one. There are significant incentives for such body armor designs, because lighter weight designs are generally viewed as more comfortable and cooler, and therefore more likely to be worn by officers. And lower cost designs are obviously preferred, especially when considering limited budgets for purchasing body armor.

Given these two compelling design-related factors that serve to drive armor designs toward lower performance, not higher performance, a valid question remains: What is really meant by 'high degree of certainty'?

Mr. Coffelt argues that there is no obligation for material producers to understand how their products will perform over time because there is no standard for it.[2, p. 13] The consumer market is replete with examples where such a claim is considered preposterous. One example involves fire resistant treated plywood, which was used in the construction of roofs. Builders that used the ma-

terial and the material producers suffered significant losses as a consequence of consumers seeking relief from the damages.

Mr. Coffelt makes conflicting arguments. For example, on one page he states:

> "Weight and comfort are not just luxuries. They are critically important because "[t]hose who do not wear armor usually claim that the bulk and weight of the armor make it uncomfortable." Id. at 7. Body armor manufacturers therefore strive to balance performance and comfort in order to promote the overall safety of the officers who wear their vests."[2, p. 11]

While I agree with this part of Mr. Coffelt's commentary, he follows a page later with:

> "Body armor manufacturers design their vests to exceed the NIJ standards, and thus create an additional safety margin." [2, p. 12]

There is no support for this assertion. Historically, the failure rate of body armor models submitted to the NIJ Compliance Testing Program has been approximately 50 %. This suggests that many newly developed body armor models are not designed to exceed the NIJ standard, but instead represent tradeoffs that compromise performance so that the model might pass the Compliance Test. He so much as acknowledges this is his description of the tradeoffs between performance and comfort.

Mr. Coffelt states: 'In other words, even with the introduction of the "conditioning protocol," developed after years of focusing on service-life issues, the NIJ Standards still do not provide any reliable indication of how long a bullet-resistant vest will maintain its original levels of ballistic performance.'[2, p. 13] His characterization is misleading. The reference to the conditioning protocol clearly points toward NIJ Standard–0101.06, because that is the only version of the NIJ ballistic-resistant body armor standard that includes such a provision. NIJ Standard–0101.06 is the only current ballistic-resistant body armor standard published by NIJ, so it is unclear why Mr. Coffelt refers to 'standards' in the plural form. He is correct in that no version of the NIJ body armor standard has ever included provisions for making a reliable indication of how long a bullet-resistant vest will maintain its original level of ballistic performance, but his attempt to blame the standard for that omission is misplaced. Mr. Coffelt fails to recognize that the conditioning protocol represents a challenge test to subject armor designs to conditions that may induce degradation through realistic mechanisms. The specific ballistic performance outcomes resulting from that exposure depend on design-specific details of the body armor that are controlled by the body armor manufacturer. Mr. Coffelt is keen to assign responsibility to NIJ for not establishing standards for testing used armor and for not developing reliable indicators for determining how long a bullet-resistant vest will maintain its original levels of ballistic performance. He fails to acknowledge that since 2005, NIJ has required body armor manufacturers to declare a warranty period that includes ballistic performance.

He also fails to recognize that the current standard does offer, in Appendix F, an idea for how the requirements described in Section 7.9.5 of NIJ Standard–0101.06 could be adopted as part of a program to assess used, or field-return, body armor. In particular, Appendix F describes the application of V50 testing methodologies. Analysis of the results depend upon logistic regression methods to determine the velocity at which there is a low probability of perforation ($V_{low}$, and $V_{low}$ is then compared to Vref to ensure that a sufficient safety margin still exists.

Furthermore, in an effort to broaden participation in body armor standards related matters by various stakeholders, many standards development activities were initiated within ASTM International, an international standards development organization. Any participant on the subcommittee

6

(E54.04) whose jurisdiction covers these types of standards may initiate a work item and participate toward its development. To date, no one from the body armor industry has come forward to request the development of such a standard that Mr. Coffelt suggests is a deficiency.

One could quite reasonably conclude that the manufacturers of body armor are responsible for determining the long term performance of their products, which is consistent with countless other commodities. The consumer market is replete with examples of when certain products prematurely failed in a manner that indicated significant flaws in the either the materials or constructions, despite those products satisfying standards. Standards do not necessarily address all characteristics that are important to the long-term performance of a commodity.

In the following statement, Mr. Coffelt suggests that it is due to the difficulty in making a prediction about performance and the lack of a standard for why one cannot rule out the possibility of a perforation in an NIJ-certified vest. 'Still, given the inherent difficulty in predicting the performance of any particular used vest or vest model and the impossibility of devising a standard that will prevent every penetration in every instance, one cannot eliminate the possibility that an NIJ-certified vest could fail.'[2, p. 13] This conclusion is flawed. Even if one had a standard and good prediction methods, there are various reasons why a certified vest could fail, (e.g., poor choice of material whose critical properties change over time; poor design of armor, where design margins are slim; normal variations; variability in armor materials and constructions, where test specimens that were originally submitted for certification tests are not representative of subsequent production units; sensitivity of the certification test).

Throughout his report, Mr. Coffelt insists on referring to 'specific threats,' as a way of limiting interpretations about what types of projectiles different armor types will defeat.(e.g., see [2, p. 14]) The NIJ standards do, in fact, specify general threats. This distinction is important because the projectile involved in the Forest Hills incident satisfies the description of a level IIA threat round, both in the original version of the standard utilized for compliance testing, and even now, in the 06 version of the NIJ standard.

Mr. Coffelt claims that he has, 'no doubt that a body armor manufacturer could design a bullet-resistant vest using Zylon-based materials, including Honeywell's Z Shield, that would pass the .06 Standard.'[2, p. 14] Whether a vest *could* be designed today that satisfies the .06 standard is not relevant. What is relevant is whether PBO-based body armor, including armor that incorporated Z Shield, did so in a manner that did not expose wearers to undue risk of injury or death from ballistic assaults during the period from 1998-2005.

Mr. Coffelt claims that that the armor manufacturer is responsible for the design of the body armor, but his presentation of this idea suggests that the material producers should not be held accountable for their materials because they have no control over how the body armor manufacturers might use their material.[2, p. 8] While it may be true that the material producers do not have direct control over how their materials are incorporated, it is also equally true that the body armor manufacturers depend on accurate and complete information from the material producers regarding the properties, characteristics, and performance of the materials they purchase from the material producers. Mr. Coffelt is silent on this interaction.

Mr. Coffelt asserts that my opinion about used vest performance is unsupported and is contradicted by the Government's own documents [2, p. 14], and while he includes a partial quote of mine, he fails to acknowledge the distinction between 'similar to' and 'identical to.' I asserted that used armor should perform *similar to* newly certified armor, and my testimony held open the possibility that there might be some performance decline, but generally, the armor should afford protection similar to that demonstrated in the original standards-based testing performed for certification pur-

7

poses.

In arguing the incorrect interpretation of my comment about used armor performing similar to new armor, Mr. Coffelt actually describes information that supports my statement. Mr. Coffelt explains that the .06 version of the standard includes a conditioning protocol that 'is supposed to provide some rough proxy for aging'[2, p. 15], and because the conditioned armor reference velocities are lower than the unconditioned new armor reference velocities, Mr. Coffelt contends that that is contrary to statement. This reflects a misinterpretation of my statement and the 06 standard. A careful review of the reference velocities in the 06 standards will confirm that the *conditioned armor reference velocities are approximately the same as the original new armor reference velocities in the immediately preceding 04 version of the standard*, with a couple of exceptions. This was done to emphasize the fact that armor subjected to environmental stressors (such as those represented by the conditioning protocol in the 06 standard) is still expected to afford ballistic protection similar to what was traditionally described in earlier versions of the NIJ standard.

A careful review of NIJ Standards 03 and 04, the two versions of the NIJ standard that were utilized for standards-based compliance testing over the period of interest, reveals that many people, including Coffelt, incorrectly assert that the methods are only appropriate for new body armor. The methods can indeed be applied to used armor, for there is no better way to compare results directly than by keeping many of the test variables consistent with the original test. Mr. Coffelt attempts to *misrepresent my statement about direct application of the NIJ standard.*

## 2.2   Mr. Coffelt's 2nd Opinion: "There is Significant Variation in Ballistics-Related Testing"

Mr. Coffelt introduces the term 'V-0 testing' and then offers an explanation that reveals a fundamental lack of knowledge about test statistics and mathematical-based models that are used to describe armor performance. Consider this excerpt:

> The testing required to obtain the true V-0 for a given armor sample would be highly uncertain and expensive, and as a result, many in the body armor industry criticize V-0 as a meaningful measure of a sample's ballistic performance. In practice, engineers and technicians calculate V-0 through estimation by firing a statistically significant number rounds—usually thirty or more—around the expected velocity and averaging the non-penetrating rounds. V-0 will thus provide a high confidence interval (in the high-90th percentile, but not 100 percent) regarding the threshold velocity at which a particular armor sample will stop a given threat.[2, p. 18]

On one hand, Mr. Coffelt claims that a V0 testing methodology is highly uncertain and expensive. On the other hand, he explains that the general practice for determining V0 involves a statistically significant number of rounds (usually thirty or more), and the V0 determined 'will thus provide a high confidence interval' for the threshold velocity.

The use of the term high confidence interval is incorrect. Generally, one chooses *a priori* the confidence *level* that is commensurate with their views toward risk. Typically, in the physical sciences, confidence levels of 90 % or 95 % are chosen, but the level chosen depends on several factors that the specified takes into consideration. The confidence *interval* that is determined from analysis of the test results provides an estimator of the interval of values within which the true value is believed to lie for the given test sample, and the interval size changes as a function of the confidence level. A

smaller confidence level results in a smaller confidence interval, and a larger confidence level results in a larger confidence interval.

Mr. Coffelt misinterprets the NIJ standard. It is not correct to assert that the NIJ standard 'calls for limited V-0 or "penetration" testing.' Mr. Coffelt has incorrectly established an equivalence between these two concepts. His description of the objective of V-0 testing is reasonable ('V-0 testing seeks to establish the maximum velocity at which no complete penetrations of the tested body armor will occur.' [2, p. 18]), but his understanding of what is required to draw conclusions about V-0 requirements, assuming they exist (and for the NIJ standards, they do not exist), is incorrect. Furthermore, he represents that the NIJ standard attempts to determine the V-0 of the armor, which it does not. The standard calls for Vref testing—testing a threat round type at a relatively consistent velocity (within the tolerances established by the standaard)—in order to determine whether the armor model consistently stops the projectile without perforation. Significantly, no attempt is made from this testing to estimate a V0, and it is incorrect to suggest that Vref testing is some type of V0 testing.

Mr. Coffelt's offers an incorrect rationale for why the current NIJ standard introduced a pass/fail criterion for the depth of the backface signature based on '95 % confidence'. [2, p. 20] The reason had nothing to do with injury potential or severity of injury. Rather, the pass/fail criteria is still based on 44 mm, and then taking into account that any armor model will yield backface signature values having some distribution, a 95 % prediction interval criteria was introduced with an absolute cutoff at 50 mm. This provides some relief to armor manufacturers who would otherwise be penalized (with a failing result) by a high backface signature.

Mr. Coffelt states the following:

> Accordingly, although V-0 and BFS testing provide a useful approximation of a tested armor's expected resilience to specified threats fired at specified velocities and indicate that armor will protect the wearer from injury from blunt force trauma, the process is inherently probabilistic. It is widely understood that this testing cannot provide, with 100-percent certainty, assurance that a certified armor will protect its wearer from death or serious injury. [2, p. 20]

This quotation is misleading. The NIJ standard does not refer to 'V-0' testing. It refers to testing within a specification range, called the reference velocity. The pass/fail criteria for this test include a requirement for no perforations. As Mr. Coffelt has already described, this does not necessarily correspond to the armor model's so-called V-0. The standard makes no attempt to estimate a V-0.

Mr. Coffelt explains part of the story when he says, 'It is widely understood that this testing cannot provide, with 100-percent certainty, assurance that a certified armor will protect its wearer from death or serious injury.' It would be more informative to explain that testing allows one to draw a conclusion that applies to the sample tested. Whether one can infer that the same conclusion applies to a broader population depends on how representative the sample tested is of the broader population.

Mr. Coffelt's assessment [2, p. 20] of the rationale for V50 testing is incorrect. It was not originally introduced into the 04 standard 'due to the inherent difficulty in measuring a solution's [an armor model's] true V-0.' As described earlier, the NIJ standards have never attempted to estimate an armor models V0. Furthermore, the V50 test was introduced into the 04 standard for two reasons: 1) for informational purposes, to provide some indication about the V50 relative to Vref; and 2) on the occasion that it might be needed in the future should some question arise about whether subsequent production armor units had performance similar to the original compliance armor units.

9

No pass/fail performance criteria were established around the V50 assessment. The reference made by Mr. Coffelt to NIJ Standard–0101.04 does not support his interpretation.

Mr. Coffelt's language obfuscates the true meaning. Contrary to his assertion, V-50 is not 'roughly' the velocity at which 50 % of the rounds will be stopped. Mr. Coffelt fails to make a distinction between a measurand, which is the theoretical description of a quantity to be measured, and the realization, or measured value, of that quantity. Thus, V50 is exactly the speed at which a specified round will perforate the armor with a probability of 50 %. The measured V50 is the experimentally determined value that represents an estimate of the armor's V50. The goodness of the estimate is a function of the uncertainty in the measurement, which represents different sources of variability. Later, Mr. Coffelt correctly describes V50 in terms of its 'definition.' [2, p. 23]

Mr. Coffelt's logic is puzzling in the following statement:

> Also, as noted elsewhere in this report, there are circumstances in which a low-velocity round may not expand sufficiently on contact with the armor, allowing it to penetrate the body armor. V-50 therefore provides a useful benchmark in body armor design and certification but does not provide a guarantee of real-world results or performance in unique impact events. [2, p. 23]

Whether a bullet will deform depends on whether it encounters sufficient resistance from the target. His explanation seems to suggest that bullet deformation is responsible for whether the bullet perforates the armor target. He is silent on the possibility that a weakened armor target will fail before it can provide enough resistance that would otherwise cause the bullet to deform. In this sense, Mr. Coffelt would like to assign the cause of an armor failure to the bullet, rather than consider the possibility that the armor has weakened to the point where it cannot offer enough resistance to deform the bullet. In our laboratory-based testing of Zylon-containing body armor, we found many instances where the bullet perforated degraded armor, and upon visual examination of the recovered bullet, there was not substantial bullet deformation.

Mr. Coffelt incorrectly limits the description of tensile testing to only evaluing the 'strength of the individual extracted yarns.' [2, p. 23] Importantly, the government's research involved tensile testing on both yarns and single fibers, and the materials tested included materials extracted from body armor, as well as materials taken from spools (not 'extracted'). Furthermore, tensile testing is sometimes colloquially described as a 'strength' test, but for this type of testing, it involves measuring both the force and elongation of a fiber or yarn as it is stretched to failure. The term 'strength' is often associated with the breaking strength, tensile strength, or tenacity—all terms that are related to the force necessary to break the fiber or yarn. None consider the extent to which a fiber or yarn can be stretched before breaking.

Mr. Coffelt attempts to diminish the significance of tensile strength when he states:

> While fiber strength is one factor in selecting materials for use in a ballistic solution,
> it is by no means the only or even most important driver. [2, p. 23]

There is an overwhelming amount of theory and evidence indicating that it is indeed a critical factor in the performance of ballistic fibers. Even Toyobo acknowledged this when they presented their material, PBO fiber—from which both Zylon and Z-Shield are made—to the body armor community. Toyobo's characterization of PBO fiber focused on material properties determined from tensile testing (tenacity, elongation at break, and modulus) [? ].

In the following statement, Mr. Coffelt confuses the purpose of NIJ's certification program and attempts to comingle armor design with certification:

10

As a result, tensile testing of fibers and materials is not a standard component of the armor design and certification process. [2, p. 23]

NIJ's certification program includes provisions for evaluating the performance of end items. It does not establish criteria for materials testing of components that might be used in the armor design. Furthermore, Mr. Coffelt's wording obfuscates the truth. Tensile testing is very much a part of the commerce between high-strength fiber/yarn manufacturers, textile producers (such as weavers and non-woven textile manufacturers), and body armor manufacturers. Material specifications often include tensile testing information. The fact that these data were not part of end-item (body armor) certification in no way diminishes their importance.

Mr. Coffelt asserts that the government should be responsible for establishing requirements for materials that body armor manufacturers should be permitted to use.[2, p. 23] Such an approach is contrary to the concept of performance standards. Many years ago, the U.S. government advocated a shift toward performance standards in an effort to promote innovation in materials and design and to ensure that responsibility for designs resided where they rightfully should—with the armor designers, developers, manufacturers, and material producers. Government-established standards such as those suggested by Mr. Coffelt hearken back to the age of design standards, where the government might dictate specific materials requirements or even specific materials to use. This approach could be used, and in fact may be used if there were good reasons for doing so, where for example the government is the primary consumer of the commodity being produced. In such cases, the producers would simply be given a 'build to print' design.

Mr. Coffelt explains in his report that armor design is complex. His assertion that one could simply define materials requirements to establish suitability for use in body armor designs is critically flawed. This very idea had been considered at one point by the government—to establish a materials qualification standard—but such a standard would be of limited utility, and it certainly could not be the responsibility of only the government. Producers of materials and users of those materials would have a primary stake in such a standard. The limitations of such a standard relates to how one could qualify materials for use in body armor without knowledge of potential interactions between those materials and without knowledge of design-incorporation details that might adversely affect the performance of those materials. As stated earlier, a completely open standards-setting forum exists within ASTM International, which is required to utilize ANSI-accredited processes for standards development. Those requirements include reasonable balance of interests among producers and users. Participants in these standards committees include representatives from the body armor materials manufacturers such as Honeywell, as well as body armor manufacturers, and these standards directly serve the interests of principal stakeholders. To date, no one has come forward in this open forum to advocate for the establishment of a standard for used armor, which appears to be a critical argument that Mr. Coffelt makes to justify why Honeywell, or anyone else for that matter, could not develop some basis for understanding how body armor performs over time.

There are two fundamental issues that appear to underlie Mr. Coffelt's opinion: 1) He argues that there no standards for testing used vests; and 2) He argues that any tests relying on accelerated aging methods must be flawed because real body armor is never exposed to those conditions. [2, p. 23]

Mr. Coffelt does not tell the whole story when he asserts that 'NIJ has never released any standards or requirements for testing of materials to be used in body armor, much less standards or requirements specific to tensile strength'.[2, p. 23] While NIJ did not release standards or requirements, NIST published several papers describing the importance of certain mechanical properties

and explaining improved test methods for measuring fiber properties. Mr. Coffelt appears to not understand NIJ's position in establishing standards. A review of NIJ standards will reveal that they focus on standards that are more directly meaningful to their primary stakeholder groups, such as law enforcement and corrections practitioners.

Mr. Coffelt states the following:

> Even if one were going to evaluate the individual materials used in a body armor solution, tensile testing of extracted fibers would not be a reliable indicator of a material's anti-ballistic properties. Tensile testing of extracted fibers presents many opportunities for error, including damage caused to the fiber during extraction from the vest and the manner in which the fibers are handled, prepared, and clamped for testing by the technicians. Tensile testing of individual fibers also fails to account for the mechanics of how fibers work in a woven or composite material. Finally, in my experience, it would be very uncommon to subject shield to tensile testing given the many difficulties in establishing a reliable test. I am aware of no body armor company doing Instron tensile testing on shield product coupons. [2, p. 23]

Mr. Coffelt claims that 'tensile testing of extracted fibers would not be a reliable indicator of a material's anti-ballistic properties', but he denies what is widely accepted as truth among the community involved in developing high strength materials for ballistic-resistant applications. Tensile strength is a very important characteristic of the fibers, which is evident in countless expositions on this topic, ranging from fundamental theory to practical applications and patent filings. Mr. Coffelt appears to question the reliability of tensile testing of extracted fibers due to the potential for causing damage during the extraction and handling process. This is precisely why the government's studies included studies of Zylon taken directly off of spools from the manufacturer, which represents a form of Zylon that is not subject to any more damage mechanisms that might be encountered during manufacturing of textile goods, manufacturing of soft body armor from those textile goods, wearing and handling of soft body by law enforcement officers, extracting yarns (and fibers from yarns) from field-return body armor. The very act of tensile testing, whether the fibers are new or worn, presents the possibility for causing damage that might compromise test results; and for that reason, protocols are employed to confirm that the 'break' that occurs in the fiber or yarn occurs somewhere between the jaw grips rather than at the jaw grip (which would suggest that the grip caused the break due to the higher stress field at the fiber-grip interface. Furthermore, due to normal variability associated with this type of testing, typically more tests are performed to develop better estimates of tensile properties.

As Mr. Coffelt explains, he is not aware of any body armor company performing tensile testing on shield products, regardless of whether a tensile testing machine might have been produced by Instron or some other competitor.[2, p. 23] This very point about body armor companies not performing tensile testing further reinforces my contention that body armor companies depend on meaningful information from the material producers, and sound body armor designs depend on both parties sharing certain details so that the material characteristics and planned usage of the materials are understood.

## 2.3   Mr. Coffelt's 3rd Opinion: "There Is No Accepted Procedure or Protocol for 'Accelerated Aging' Testing of Body Armor"

Mr. Coffelt states the following:

> As discussed elsewhere in this report, there is no established test protocol or standard for testing used vests. One issue that has arisen in this case is the use of so-called 'accelerated aging' test methods. In this case, Honeywell and government researchers subjected ballistic materials to extremely hot and humid conditions. These conditions are not representative of what a body armor vest would actually be subjected to in ordinary usage, assuming the officer followed the proper care and use instructions. Even then, to the extent a vest could ever be exposed to the accelerated aging test conditions that were used by Honeywell and others, there is no evidence that they would see prolonged exposure to those conditions. [2, p. 23]

Mr. Coffelt's position reveals that he does not understand the purpose of 'accelerated aging.' The purpose is not necessarily to select test conditions that are the same as what a vest might be exposed to. That would defeat the purpose of accelerating the aging. Instead, accelerated aging methods are developed in order to provide confidence that an item will perform under normal usage conditions over a reasonable period of time. In order to develop accelerated aging protocols realistic stressors are identified that might exist in an item's (the body armor in this case) environment during normal usage conditions. Then some consideration is given to how those environmental stressors might interact with the item, and through what mechanisms might the item be changed due to the influence of the environmental stressors. Then some consideration is given to whether changing the intensity level of the stressor might cause changes to occur faster in the item. In many cases, increasing the stressing level (e.g., temperature) leads to a faster reaction. The establishment of the stressing level needs to consider whether unnatural reactions might develop, which would compromise the ability to draw meaningful conclusions.

Therefore, it is not critical for accelerating aging conditions to mimic actual usage conditions. The relevant point is that accelerated aging test conditions should drive naturally occurring changes to the test item (body armor), only do so somewhat faster. The determination of how much faster is another matter that normally entails time-consuming studies to establish rate factors. What is often overlooked is that different materials and different designs may age differently because critical chemical degradation mechanisms and mechanical degradation mechanisms, and combinations of both, may occur at different rates for different material/design strategies. For that reason, it is not realistic to expect that any given exposure protocol will translate into a precise estimate of real life

Mr. Coffelt's misunderstanding of this concept is evident when he states, 'Even today, there is no reliable correlation between the accelerated aging of ballistic materials and how body armor would actually perform in real-life conditions.'[2, p. 24], and when he states, 'Years of research and development were spent on this project, but at the end of it the U.S. government still could not establish a true aging protocol.' [2, p. 24]

One aspect of the Body Armor Safety Initiative directed that, 'NIJ also will review the existing process by which bullet-resistant vests are certified to determine if the process needs modifications.' [1] Mr. Coffelt misrepresents the government's work on developing the conditioning protocol as occurring outside of the Body Armor Safety Initiative on Zylon-containing vests. '[2, p. 24] The work to develop the conditioning protocol was a direct result of the instruction to determine what

changes were necessary in the certification process. In this case, certification of body armor depended on a standard, and the standard in use at the time did not have any provisions for environmental exposures that were meaningful in terms of long-term performance

In the case of the government's examination of Zylon-containing body armor in the 2003-2005 timeframe, the government identified two degradation mechanisms that were meaningful for soft body armor applications. Those two mechanisms were hydrolytic degradation and mechanical degradation. In hydrolytic degradation, the Zylon chemical structure is believed to be altered in some locations along the polymer chain due to water or water vapor exposure. In mechanical degradation, the compressive stresses that develop when Zylon fibers are bent lead to dislocations in the Zylon structure. Both forms of degradation have been linked to reductions in tensile strength and strain-to-failure. The conditioning protocols used in the government studies were intended to increase the the rates of these naturally occurring changes. These are not the only degradation mechanisms that might cause reductions in performance, but these were the two that were identified as being the most significant for armor applications.

Mr. Coffelt insists on tying knowledge of what might happen during an environmental exposure test (e.g., an accelerated aging test) to long-term ballistic performance, and he does so in a general way, as demonstrated by the series of quotations involving questions and answers during depositions with various people. In all of those examples, the questions attempt to exploit the complexity of studying the behavior of materials:

Mr. Coffelt states:

> I am not aware of material suppliers and body armor manufacturers having the equipment necessary to conduct this type of testing (and this equipment can also be very expensive to purchase, maintain, and calibrate). [2, p. 24]

This is a revealing admission. That a materials developer and producer would not have equipment for performing such studies is troubling. In my interactions with armor material producers, I have seen evidence that they have environmental chambers for conducting exposure-related studies, as well as access to other types of analytical equipment for characterizing the materials. Furthermore, there are numerous companies that specialize in providing environmental exposure services to those who do not have the equipment. Later, Mr. Coffelt mentions that Honeywell did have equipment, only the equipment was not physically located at its ballistics facility. Mr. Coffelt states:

> 'That there is no known correlation between accelerated aging and real-life aging is further demonstrated by a challenge that the United States government sponsored, in which it asked contestants to submit ideas for evaluating whether used body armor is maintaining a proper level of ballistic resistance.'[2, p. 24]

Mr. Coffelt reveals a misunderstanding of the government's challenge. The focus of the challenge was to solicit ideas for nondestructively determining whether any specific unit of body armor continued to maintain its ballistic resistance. In this case, his point is irrelevant. Even if one had perfect knowledge about a specific model of body armor and the materials used in it, and that knowledge led to a very good accelerated aging protocol, it still would not answer the question about whether a specific unit of fielded body armor should be considered acceptable. The government challenge was aimed at addressing this point.

Mr. Coffelt states that to his knowledge no other manufacturers were performing tests on high strength fibers.[2, p. 24] This reveals his unfamiliarity with research normally undertaken by material developers. Sometimes the details of their research are closely guarded, but sometimes their

14

activities are described in the scientific literature. Consider for example a book published in 1993 by Yang (formerly with DuPont) dealing with Kevlar Fiber. In it, details of materials research, including degradation studies are described.

## 2.4   Mr. Coffelt's 4th Opinion: "Honeywell Reacted Responsibly and Appropriately to the Discovery of Issues Concerning the Potential Degradation of Z Shield in High Heat and Humidity"

Mr. Coffelt describes Honeywell's actions as appropriate, responsible, and commendable after they learned on July 5, 2001 from DSM about concerns with Zylon/PBO fiber.[2, p. 27] Yet, within only four days, Armor Holdings, the company to which Honeywell was selling Z Shield and providing explanations of the data, issued an advisory to its customers, instructing them to not store the products at temperatures above 120 F and 50 % humidity. Inexplicably, Mr. Coffelt considers this a conservative and rationale response to the 'recent laboratory 'accelerated aging' tests of the Zylon fiber' where temperatures of 158 F and humidity levels of 80 % and above were used. Presumably, the 'recent tests' refers to information provided by DSM. In any case, these results were indicative of an issue that should have required more investigation to understand.

The advisory was misleading, and the conclusion reached about the 'recent tests' was incorrect. The statement apparently explained that ballistic performance can be adversely affected *if* the material is stored in a manner that exposes it to extreme temperatures and humidity for a continuous period of two weeks. The temperature, humidity, and time parameters mentioned were only those used in the study. One should not conclude that there will be adverse effects only if those conditions are experienced, yet the Storage Advisory presents the information in such a manner.

In part (b) of his opinion, Mr. Coffelt states 'Based on the customs and practices of the body armor industry, Honeywell reasonably concluded in early 2002 that Z Shield could be put back on the market.'[2, p. 29], yet he offers no explanation for what customs or practices were being followed, or any other argument to support his opinion that Honeywell's conclusion to put Z Shield 'back on the market' was reasonable. 'Honeywell did not believe, and had no reason to believe, that its environmental conditioning testing was representative of how Z Shield, or Z Shield in a completed vest construction, would perform under expected conditions of normal use.' [2, p. 29] Honeywell certainly should possess the expertise to interpret environmental conditioning testing.

It is puzzling that that there is no discussion about mechanisms that might be at play in both types of testing, and that if the same mechanisms are involved, perhaps the rates are different because of the experimental conditions.

In making the following statement, Mr. Coffelt again misinterprets the purpose of accelerated aging tests: 'The accelerated aging testing thus significantly overstated the amount of time a vest would be subject to hotter and more humid conditions.' [2, p. 29] The tests are not intended to replicate actual usage and time conditions. By their very nature, accelerated aging tests try to accelerate normal aging rates.

Mr. Coffelt argues that the lack of correlations between accelerated conditions and natural aging somehow make it okay to ignore data that casts Z Shield in an unfavorable light. One of his basic supporting arguments is incorrect, where he states that there 'was not then, and is not now, any known correlation between accelerated aging of ballistic materials and how those materials would age naturally'[2, p. 29]. The scientific literature includes examples that do precisely that.

Mr. Coffelt does not justify why he considers conditions of 40C / 70% RH to be extreme and

unrealistic. 'Even at the extreme and unrealistic condition of 40C / 70% RH, Z Shield was only degrading on the order of 15% after exposure to those extreme conditions for nearly one year.' [2, p. 29] Temperature and relative humidity conditions comparable to these values could be found under normal real life use conditions, since the wearer's body produces heat and humidity that would produce a similar environment. Mr. Coffelt does not explain what degrades by 15%, but it is believed to represent a decrease in an estimated V50 ballistic limit for some type of armor or shoot pack construction, and probably using 124 grain 9 mm FMJ projectiles. In this context, a 15% reduction could be catastrophic, since many soft body armor models did not appear to include a sufficient safety margin to account for that much performance loss. Additionally, there appears to be no consideration for other types of degradation mechanisms that might lead to even greater reductions in performance. For example, exposure to the near-body temperature and humidity conditions while also undergoing mechanical flexing would likely lead to further reductions. Based on this, it is unclear what Armor Holdings understanding of the situation was, but it appears that Honeywell was providing some data that Armor Holdings may have taken into consideration when developing armor designs.

Mr. Coffelt states:

> 'As I have explained elsewhere in this report, there is no evidence that AHI's vests lacked an adequate margin of safety, and also no reason why vests containing Z Shield could not be designed with an adequate margin of safety.' [2, p. 30]

Contrary to Mr. Coffelt's assertion, there is evidence that AHI's vests lacked an adequate margin of safety. At one point, after performing their own ballistics tests, AHI announced that the warranty periods of certain body armor models that used Z Shield would be reduced from five years to thirty months. Clearly this illustrates that what were believed to be adequate design safety margins were in fact not. The government's initial testing of some field-return armor, many of which were produced by AHI, also point to concerns about inadequate safety margins. The other point Mr. Coffelt makes with regard to their being no reason why vests containing Z Shield could not be designed with an adequate margin of safety needs to be qualified. I certainly disagree with such a broad statement. One could design a vest that contained Z Shield, but the risks associated with using a material that is highly susceptible to performance losses needs to be considered.

In his description of the differences between Caran d'Ache clay and Roma Plastilina No. 1 [2, p. 34], Mr. Coffelt supports his argument with quotations from me; however, those quotations are taken out of context. Those comments were made with regard to laboratories potentially using different clays for perforation-backface signature testing, and then attempting to compare clay deformation measurements. The comments did not pertain to whether different clays might lead to different results in V50 ballistic limit testing.

## 2.5 Mr. Coffelt's 5th Opinion: "The Armor Holdings Vests Manufactured Using Honeywell's Z Shield Material Worked Successfully in the Field"

As previously noted, Mr. Coffelt would like to argue both for and against considering any projectile as an indicator of vest performance. In the specific instance of Forest Hills, he contends that the projectile was not produced by the same manufacturer as the projectiles specified by the standards (he actually meant by the certification program). Again, compliance with the standard, as stated

16

on the vest label, requires that the vest be capable of stopping general threats, not a specific manufacturers round. Given this convenient but incorrect argument mechanism, one could reasonably conclude that none of the examples described by Mr. Coffelt in his Opinion #5—that are intended to highlight the success of field success of armor using Z Shield—are meaningful. None of the bullet types involved in those shootings are the same as the bullet types described as test rounds in the NIJ standard. As I have explained in deposition testimony, the NIJ standard describes different levels of protection, and within any given level, a broad range of firearms are generally considered to fall with that level. For that reason, Mr. Coffelt's table of success examples needs to include the type of vest that was being worn by the officers and the rated level of protection of the vests. Doing so would provide greater transparency, since vests that were originally built to a higher protection level, say IIIA, will have a much greater margin of safety relative to a protection level I test threat that it would relative to a protection level IIIA test threat. Several of the officer-involved shootings shown in the table involved bullet types that fall into the lowest protection level category (I), and the officer's body armor almost certainly would have had an even greater safety margin relative to the test threat that was initially considered during the design of the armor model.

Mr. Coffelt states, '...the NIJ standards are more concerned with replicability and evaluating new vests under prescribed conditions.'[2, p. 36] This phrase mischaracterizes the NIJ standards. The NIJ standards do not require new vests. NIJ's certification program requires new vests.

Mr. Coffelt also states, 'Testing of used vests can be highly unreliable and no standard exists for used vest testing, as I discuss further below.'[2, p. 36] This sentence is false, and the views expressed in it need to be qualified. There are no reasons why existing standards cannot be used for used vest testing. This has been done routinely by many organizations.

Mr. Coffelt places far too much emphasis on the importance of studying successes rather than failures. [2, p. 37] In general, investigations into the cause of failures involve studying failures, not successes.

For the commentary that follows, a brief review of the NIJ Standards—both NIJ Standard–0101.03 and NIJ Standard–0101.04 is necessary. These are the two standards that were current during the period of time of interest. Both standards describe protection level categories on a escalating scale, where the lowest rating level (called level I) generally affords protection from projectiles fired at relatively low muzzle energy levels. Typically level I covers handgun calibers known colloquially as 'Saturday Night Special', and includes handguns of calibers .22, .25, .32, .38, and .380.

The next higher rating level (level IIA) covers handgun calibers that fire projectiles at somewhat higher relative muzzle energy levels, when compared with level I. Typically, level IIA covers a majority of handgun threats, including calibers 9 mm, .40, in addition to those described as level I.

The next higher rating level (level II) covers handgun calibers that fire projectiles at somewhat higher muzzle energy levels, relative to level IIA. Typically, level II covers most of the remaining handgun and cartridge combinations, with some exceptions. Typically, level II covers handgun and cartridge combinations of calibers 9 mm (long barrel, so as to develop higher muzzle velocity), .357 Magnum, in addition to those covered by level IIA and below.

The highest rating handgun level (level IIIA) covers the most energetic handgun threat rounds, such as the .44 Magnum, in addition to those covered by level II and below.

### 2.5.1   Incident involving Sergeant Bennett

It is puzzling how the incident involving Officer Bennett is being described with regard to Z Shield. As described by Coffelt, the bullet was stopped in the trauma pack, which 'consisted of fifteen layers

17

of Spectra Shield material'. [2, p. 39] Spectra Shield is an ultrahigh molecular weight polyethylene product, and the trauma pack is placed in front of the Z Shield-containing armor panel. The armor panel, as described by Coffelt, is an American Body Armor (ABA) Xtreme Armor model XTX2-1, rated at NIJ Level II, and containing 21 layers of ballistic material, 11 of which are Z Shield, and the other 10 layers are a non-Z Shield product. So in this case, the armor panel serves as a backing for the trauma pack. While I agree that it is fortunate that the level II armor system worn by the officer stopped a threat projectile (9mm Semi Jacketed 147 grain Hollow Point) that would fall into the level I category, I do not consider this a useful example for illustrating the success of Z Shield. The protection level of the vest exceeds the threat posed by the bullet by two levels

Mr. Coffelt's attempt to classify this incident as a matched threat is flawed. While it is true that trauma packs are not *intended* to provide additional protection from ballistic 'perforation', the fact is that many do indeed provide such protection, although the primary intent behind the trauma pack is to provide localized enhanced protection to reduce blunt force trauma. This fact should not be surprising since often the same types of materials found in armor panels are also used in trauma packs. During standardized testing in support of body armor certification activities, trauma packs are set aside and not evaluated. Therefore, body armor rating levels apply only to the armor panels, not the trauma packs. Consequently, this particular example involves more ballistic material (the trauma pack), and any further statement about the role of Z-Shield or any other material in the back-up armor panel is speculative. Furthermore, Mr. Coffelt's explanation about hollow-point bullet performance is exaggerated. His description of the bullet deforming to form petals having sharp cutting edges is speculative. Based on my experience with hollow-point bullets, they generally deform more (i.e., 'mushroom') and the petals do not pose a significant cutting risk to high-strength materials typically found in armor panels and trauma packs. While these petals may represent more risk to unprotected living tissue, I would not consider Mr. Coffelt's characterization valid when he states that they are more destructive to the vest. In general, when hollow point bullets interact with high-strength textile materials, the petals either continue to expand radially outward, or they fold back along the body of the projectile, or if they fail to open, they may collapse inward. There is no evidence in this example that would result in classifying the interaction between bullet and vest as a matched threat. Essentially, this is a level IIA ballistic threat encountering a level II vest (a higher level of protection) with the addition of 15 layers of anti-ballistic UHMWPE in front.

### 2.5.2   Incident involving Detective Bishop

It is puzzling how the incident involving Detective Bishop is being described with regard to Z Shield. As described by Coffelt, the .380 Full Metal Jacket bullet was stopped in the back armor panel of an ABA Xtreme Armor model XTZX2-1, rated at NIJ Level II, and containing 23 layers of ballistic material, 13 of which are Z Shield, and the other 10 layers are a non-Z Shield product. [2, p. 41] I would not agree that a shot placed 'six to eight inches from the panel's bottom edge' represented an area of the vest that is 'subject to more intense wear and tear, both because it is towards the bottom of the vest and because this portion of the vest is routinely subjected to pressure whenever an officer is sitting in his or her police car', as described by Mr. Coffelt.[2, p. 41-42] It is fortunate that the level II armor worn by the detective stopped a threat projectile (.380 Full Metal Jacket bullet) that would fall into the level I category, but again the protection level of the vest exceeds the threat posed by the bullet by two levels; therefore, I do not consider this a useful example for illustrating the success of Z Shield.

18

### 2.5.3   Incident involving Officer Tallant

It is puzzling how the incident involving Officer Tallant is being described with regard to Z Shield. As described by Coffelt, the .41 Magnum bullet struck 'just an inch or two from the edge' [2, p. 44] of the front armor panel near the officer's left bicep. According to Mr. Coffelt's account, the officer was wearing an ABA XTX2-2 bullet resistant vest, consisting of nineteen layers of ballistic materials, including six layers of Z Shield on the strikeface.[2, p. 44] Based on the photographic evidence included with Mr. Coffelt's description, this shot was approximately an inch or less from the edge of the armor panel. Interestingly, Mr. Coffelt does not state that the bullet stopped *in* the armor panel. In most cases, near-edge shots result in bullet deflections, where the bullet impact collapses the edge of the armor and the bullet slips off the armor panel without significant engagement of the armor panel's structure. Even though the threat round would fall into the level IIIA category (which would be considered an overmatched threat against a level II armor), I would not agree that this is meaningful incident to illustrate the anti-ballistic characteristics of Z Shield, because the materials were not clearly engaged.

### 2.5.4   Incident involving Officer Whipps

In this incident involving Officer Whipps, as described by Mr. Coffelt, two .38 Caliber bullets struck the front armor panel of the officer's ABA XTX2-1 bullet resistant vest, a level II vest whose construction is mentioned earlier.[2, p. 46] Immediately, it becomes apparent that this is another example of an undermatched threat (level I threat round) striking a level II vest. Consequently, I would not consider this a useful example for illustrating the success of Z Shield.

In his description of this incident, Mr. Coffelt explains that the first round to strike the armor panel ricocheted off of the officer's forearm before impacting the armor panel at some angle. This only further leads to more questions about the severity of this first impact because ricochets result in some bullet energy loss. Mr. Coffelt also states that, 'Vests are more likely to fail when impacted at such high angles'; however, this statement is unsubstantiated. In some tests I performed, high angles of incidence resulted in bullets ricocheting off the surface of the armor panel, meaning that the vest would be more likely to succeed in deflecting the incoming threat round. Furthermore, once a ricochet occurs, the bullet may lose stability and begin to tumble. Based on the photograph included with Mr. Coffelt's description [2, p. 47], it appears that the first bullet was indeed tumbling when it struck. Generally, tumbling bullets pose as even lesser threat to armor. The second round to strike the armor panel appears to be more representative of a direct impact, but still, this is an example of an undermatched level I threat round encountering a level II vest (two levels higher).

### 2.5.5   Incident involving Sergeant Winfrey

In this incident involving Sergeant Winfrey, as described by Coffelt, one .38 Caliber bullet struck the back panel of the sergeant's ABA XTZX bullet resistant vest near the sergeant's left side. This body armor model is described as an NIJ Level II vest consisting of twenty-three layers of ballistic materials, including thirteen layers of Z Shield.[2, p. 48-49]. As with other incidents included in Mr. Coffelt's report, this is another example of an undermatched threat (level I threat round) striking a level II vest (two levels higher). Consequently, I would not consider this a useful example for illustrating the success of Z Shield.

19

### 2.5.6   Incident involving Chief White

In this incident involving Chief White, as described by Coffelt, one 9 mm round nose bullet struck approximately 1.5 cm above the lower edge of the front panel of the Chief's ABA Xtreme 3A-XTX body armor. Immediately apparent is that, as with other incidents included in Mr. Coffelt's report, this is another example of an undermatched threat (level IIA threat round) striking a level IIIA vest (two levels higher). Consequently, had the vest successfully stopped the bullet, I would not have considered this a useful example for illustrating the success of Z Shield. In this case, the incident resulted in was is described as a 'penetration,' although the shot in question is also described as an 'edge shot.' Mr. Coffelt goes to great lengths to explain why the perforation shot should not be considered valid. A few points of clarification or correction:

Mr. Coffelt mentions that '... "edge shot," which vests are neither designed nor certified to stop.' [2, p. 50] This wording about certification is misleading. One could say that NIJ's Compliance Testing Program certifies vest models that comply with the NIJ standard, and the standard does not include provisions for assessing edge performance.

Mr. Coffelt claims that 'The conclusions of NIJ and NIST with respect to Officer Wilkinson's vest would apply equally to Chief White's vest.'[2, p. 53] As written, this statement suggests that NIJ and NIST have rendered an opinon about Chief's White vest, which is not true. Furthermore, determinations about a particular incident often benefit from an examination, and in this case, neither NIJ nor NIST have examined Chief White's vest. It is conceivable that a different conclusion could be reached. Of particular interest would be whether there are indications that the armor panel edge buckled due to the ballistic impact, resulting in the bullet slipping off the edge after perforating only some of the anti-ballistic layers; or did the bullet perforate all of the anti-ballistic layers without substantial edge buckling. The distinction between these possibilities could raise other questions that warrant further investigation. Because this has not been determined, and other potential contributing causes have not been ruled out, I disagree with Mr. Coffelt's statement and would argue that the same conclusions do not necessarily apply.

Mr. Coffelt's interpretation of the requirement in the NIJ standards for angle of incidence is incorrect. His explanation relies on the requirement in the NIJ standards for shots to impact 'the armor panel at an angle of incidence no greater than ±5° from the intended angle of incidence.'[2, p. 52] His explanation indicates that the angle of incidence must be within ±5°. This is an incorrect interpretation of the NIJ standards. The standards requires that for any prescribed angle of incidence, the permissible tolerance around that angle of incidence is ±5°.

Mr. Coffelt's description of the muzzle-to-target distance in the NIJ standard is not relevant. [2, p. 53] Those distance requirements are established to ensure reasonable work zones around the target and to ensure that bullet speeds are measured at the same location relative to the target. The bullet speeds in the NIJ standards were established to provide somewhat conservatively, and the distance from speed measurement location to target is maintained so that projectile drag losses from laboratory to laboratory are similar. And to simplify test conduct, drag losses are then ignored.

Regardless of the distance between the perpetrator and Chief White, it is highly unlikely that the bullet posed a threat any more serious than those classified at level IIA. The Chief's vest was rated at IIIA, so again, this is an example where the armor protection level exceeds the threat round by two levels. The fact that this incident is described as a 'penetration' deserves closer scrutiny.

In general, I would say that unless there is additional information suggesting otherwise, and in the absence of other findings that might be indicative of other issues, there is no reasonable expectation for an edge shot to be stopped. In this particular case, further examination is necessary before

possibly rendering an opinion.

So much of the description of this incident is based on speculation. For example, Mr. Coffelt repeats an opinion made by the physician, but a physician would not be able to make a determination about the amount of energy absorbed by the vest. Much of Mr. Coffelt's elaboration about folding and wear and tear at the bottom of vest is a generalization that does not necessarily applicable. Based on description of the incident and the photographs included with Mr. Coffelt's report, I would hesitate to draw any meaningful conclusion about the performance of the materials.

### 2.5.7   Summary of incident reviews

Reviews of the officer-involved assaults described by Mr. Coffelt reveals that none of them serve to illustrate the satisfactory performance of Z Shield. Five of the six incidents involved vests that, based on their original design, easily overmatched the bullet threats that were encountered in the field. If one supposes for a moment that these vests had degraded in performance due to degradation of the PBO-based materials inside them, it is still conceivable that the vests would have stopped the bullets described, because the ballistic threat posed by those bullets was far below the original design intentions of the armor model. In other words, Mr. Coffelt is offering examples of vests that are performing to expectations without offering any evidence that the vests actually stop ballistic rounds that are consistent with their original design intention.

## 2.6   Mr. Coffelt's 6th Opinion: "The Government Improperly Investigated the Forest Hills Incident and Wrongly Focused on Zylon as a Possible Cause of the Penetration"

Mr. Coffelt asserts that, '[g]overnment researchers appear to have completely missed the most important feature of this vest, which is that Officer Limbacher was wearing a trauma pack that had done obvious mechanical damage to the vest, and that would have impacted the mechanics of the event.' [2, p. 54] This is untrue. While any potential role of a trauma plate was considered, it was eliminated because there are no valid mechanisms that involve it. The trauma plate is positioned in front of the armor panel and held within a pouch on the outside of the carrier. The trauma plate is separated from the ballistic-resistant materials by at least two layers of other fabric. During a ballistic impact, the bullet engages with the armor system and begins compressing the armor system. The vest carrier and the outer panel cover are easily perforated, while the bullet continues to engage the ballistic-resistant materials in the armor panel. The trauma plate, still on the outside, has been bypassed and it is not involved in the armor's response. Mr. Coffelt offers no evidence to support his contention that the trauma plate is 'the most important feature of this vest', and he fails to explain his rationale for assuming that.

Mr. Coffelt continues, '[g]overnment researchers also failed to consider the fact the fabric was very loosely woven and highly stitched, which again impacted the mechanics of the event.'[2, p. 54] Again, this is untrue. Mr. Coffelt appears to be confusing the purpose behind the original Forest Hills study. We knew that the Second Chance Ultima model SMU-IIA+105130 level IIA vest construction passed initial standards-based testing as part of its original certification. Had there been an issue with the looseness of the fabric weave and the extent of stitching, then the initial testing should have generated failures at some point. It did not. Furthermore, the 'Forest Hills Study' used vests having the same type of weave and stitch pattern, and it included provisions for testing in locations

21

on the armor panels where there were different combinations of stitching to determine whether the more heavily stitched areas behaved differently. Again, had there been any ballistic-resistance influences due to these parameters, we anticipated that the Forest Hills study would have identified the relevant factors. Mr. Coffelt's point on this matter is invalid.

Mr. Coffelt continues, '[g]overnment researchers also failed to properly consider many other obvious potential causes of the Limbacher vest penetration, including the bullet velocity, angle of incidence, and bullet rotation.'[2, p. 54] Again, this is untrue and a mischaracterization of the government's approach. The Forest Hills Study considered each of these test parameters (and more). None were identified as being significant enough to explain the Forest Hills vest perforation.

Mr. Coffelt misrepresents the timing and actions of the government's research. He asserts that the government quickly dismissed any number of potential causal factors that might explain the Forest Hills vest perforation and, '[i]nstead, government researchers turned their focus to Zylon as a possible culprit based on their determination that yarns in the rear panel of Officer Limbacher's vest had degraded 30 %.' [2, p. 54] This is incorrect. The facts show that the government initially considered that the ballistic resistance of the armor panel may have been compromised due to some type of degradation mechanism(s), as well as a number of other potential causal factors, but no special attention was given to the degraded fabric system idea, especially after considering that Officer Limbacher's vest had not been in service very long. Contrary to Mr. Coffelt's assertion that there was 'an unfortunate rush to judgment to blame Zylon when many other factors likely played a role in the vest penetration' [2, p. 54], there was no rush to judgment. There was, however, interest in exploring why the tensile strength was low. Mr. Coffelt's assertion that there was a rush to judgement to blame Zylon is without basis.

Mr. Coffelt asserts that '[g]overnment researchers have admitted that they do not know why the Limbacher vest failed.'[2, p. 54] However, he fails to acknowledge that those admissions are either due to lines of questioning that demand precision and absolute certainty to explain an incident for which there is imperfect knowledge, or due to a desire to make responsible statements that correctly describe the state of knowledge. In this case, there is a preponderance of evidence—much of it appears to have been overlooked by Coffelt—that explains the vulnerabilities with PBO-based armor systems, and the ensuing performance problems that appear when those materials are incorporated in soft body armor systems.

Mr. Coffelt criticizes the government's tensile testing as 'improper,' however, he does not appear to recognize the constraints that limit what can be done given constraints. In this case, there was great interest to learn what might have been the primary causal factor[s] in the Forest Hills incident, and to do so quickly. Importantly, no one from the broader body armor industry came forth to offer ideas or share information that could have focused these studies. The government research team had at is disposal only the back panel of Officer Limbacher's body armor. The front panel was held elsewhere as evidence in a criminal matter and was not available for study. Furthermore, there was interest in preserving, and not damaging, as much of Officer Limbacher's back panel as possible, should the research identify other diagnostic methods that should be applied to the back panel.

Mr. Coffelt states, '[i]n fact, and critically, examination of the vest showed that there was minimal fiber breakage at the exit location of the impact, indicating that the fibers were not even actually properly engaged in the ballistic event.'[2, p. 54] He then follows this reasoning with, '[t]hus, whatever caused the vest failure, it was not a failure of the fibers themselves. Government researchers either overlooked, or failed to investigate, these obvious features of the incident.' [2, p. 54] This reasoning is flawed. In his first statement, Mr. Coffelt acknowledges that 'there was minimal fiber breakage at the exit location of the impact', and then he immediately and inexplicably dismisses this

22

critical bit of information and suggests that something else, other than the fiber, must have been responsible for the perforation. This clearly ignores the obvious. Even minimal fiber breakage, especially in an armor panel that uses relatively loosely woven textiles, can lead to vest failure. Due to the loose weave, if only a few fibers break, the loose weave promotes a phenomena that is sometimes referred to as 'windowing', where intact fibers being loaded will shift laterally and allow passage of a threat object. While this phenomena was recognized, both then and now, it is not sufficient to point to the weave as the primary problem. Otherwise, one would have to reconcile why other vest constructions using the same weave density did not fail their original standards-based tests that were performed for certification purposes. The relevant question is, 'Why did the fibers break?' The government's research explored potential answers to this question rather than ignore the possibility that there could indeed be an issue with the materials used in the armor.

Mr. Coffelt maintains that, 'government researchers did not consider the most important distinguishing feature of this incident: Officer Limbacher's trauma pack. They also failed to consider the issues associated with heavy stitching on a loosely woven vest. The Government's investigation into the Limbacher incident shows an unfortunate rush to judgment to blame Zylon when many other factors likely played a role in the vest penetration. As a result, we still do not know to this day why the Limbacher vest failed and we do not have clear answers to important questions raised by the incident and the Government's investigation.'[2, p. 54] As described above, the claim that the trauma plate was critical to the incident is dubious.

Mr. Coffelt asserts that, 'NIJ never took the steps necessary to properly reconstruct the crime scene for the Forest Hills incident. Nevertheless, NIJ had fairly detailed information about the shooting, including the following:' [2, p. 55] He then lists a number of details of the incident (that were written by me, incidentally), and then claims, 'These details provide important information about the shooting incident and could have helped to guide the Government's investigation to focus on the variables that are most likely to have caused the Forest Hills penetration.' [2, p. 56] Mr. Coffelt's understanding of the facts are critically flawed. In these statements, he asserts that the government had fairly detailed information about the shooting and then ignored it, which is categorically untrue and an apparent attempt to misrepresent the government's actions. The facts are that I developed the description of the incident and then used that same information to inform the development of the Forest Hills Study that investigated what was initially believed to be the variables that were most likely to have caused the Forest Hills perforation. Mr. Coffelt's bias, denial of the facts, and careless misrepresentations are troubling.

Mr. Coffelt continues:

> ...even by July 18, 2003, an internal government memo stated that '[i]t is anticipated that the results from Phase I'—i.e., the results from the Government's used-vest testing— 'will provide the answer to the question "What is the root cause of the body armor penetration?" NIJ003-8567. This statement suggests that the Government had already ruled out the possibility that the circumstances of the shooting contributed, in whole or in part, to the vest failure and had determined instead that the failure was based on an issue with the ballistic material in the vest itself. This statement came only weeks after the shooting and was made before NIJ had really begun evaluating the incident. [2, p. 56]:

Mr. Coffelt's choice to insert a phrase inside of the quoted material, apparently to clarify what was meant by Phase I, misrepresents the government's approach. He incorrectly assumes that Phase I refers to used vest testing. At the time, it did not. As the plan for studying the Forest Hills incident

23

was developed during July 2003, it was referred to as 'Phase I'. He also incorrectly asserts that the government was predisposed to ignore potential factors that might have been responsible for the Forest Hills perforation and instead reached a conclusion that the ballistic material was at fault. These assertions are a gross mischaracterization of the facts and indicative of a careless review of the records. There is no merit to these assertions made by Mr. Coffelt.

In his commentary described in part b of his opinion #6, Mr. Coffelt makes two statements:

> 'I will detail in a subsequent section below my conclusions about two causal factors of the Limbacher penetration that government researchers completely overlooked: the role played by the trauma plate, and the role of heavy stitching on the loosely woven ballistic panel.' [2, p. 56]

> 'The impact location was…approximately one inch from the edge of the impression caused by the trauma plate:[2, p. 60]

A review of the photographs in Mr. Coffelt's report suggests that the impact location was more than 1.5 inches from the edge of the impression. Without any valid supporting statement, Mr. Coffelt claims that, 'It is also readily apparent that the impression from the trauma plate played a role in the failure mechanics of the vest.' [2, pp. 64-65] He explains that, 'The rear (body) side of the front ballistic panel showed localized damage around the impact location that radiated out from the exit hole, as would be expected: The pattern, however, did not extend across the creasing caused by the trauma plate impression. I will discuss the implications of this further below, but it was clear from this inspection that the creasing caused by the trauma plate influenced the failure mechanics during the incident.'[2, pp. 65]

The photograph that Mr. Coffelt includes does not support his statement. I see radial lines crossing the boundary suggestive of a trauma plate.

Mr. Coffelt exaggerates the wear condition of this armor,

> It was also clear from my inspection that the interior of the carrier for Officer Limbacher's vest and exterior tactical carrier, they both had experienced significant mechanical wear. These observations further illustrate the extensive mechanical wear that Officer Limbacher's vest had experienced in a short portion of its life cycle. This early wear also may have exposed the ballistic panel to the atmosphere and other environmental conditions. As observed in the visual inspection, the inside of the ballistic carrier had experienced substantial wear from rubbing against the stitching on the ballistic panel: The quilt stitching pattern from the ballistic panel had been transferred onto the inside of the ballistic-panel carrier by rubbing through the white coating on the interior of the carrier. Moreover, there was also substantial wear to the exterior tactical carrier, near the corner of the pocket where the trauma plate was inserted: [2, p. 65]

What Mr. Coffelt attributes to heavy wear ('quilt stitching pattern from the ballistic panel had been transferred…by rubbing through the white coating ') is a misinterpretation of the physical evidence. The white coating was not rubbed through. The white coating is a vapor permeable membrane that is laminated to the fabric surface, and in between the two is a layer of carbon black. Slight pressure on the surface of the white layer simply brings the two layers close together. The 'substantial wear' to the carrier does not appear to be due to routine wear, but an acute instance where the carrier snagged on something.

Mr. Coffelt states the following in a manner that leads one to believe that the government had reached a conclusion about Zylon fiber after some type of investigation and concluded that it (Zylon) could not have been problematic, and then for some reason, 'abandoned this broad-based investigation' and 'quickly focused on the possible degradation of Zylon':

> Within four weeks of the Forest Hills incident, the Government had already indicated that the degradation of the Zylon fiber in Officer Limbacher's vest was unlikely to be the cause of the failure. Specifically, representatives from NIJ, NLETC, NIST, and the Tekne Group observed that "[b]allistic performance degradation of Officer Limbacher's body armor due to aging, temperature, or humidity effects would be *highly unlikely* for numerous reasons: the vest was nearly new, the vest was issued during the cool winter months and used during the winter and mild spring weather months in the Pittsburgh area, and appropriate off-duty storage conditions would not contribute to accelerated degradation." ...It was not long, however, before NIJ abandoned this broad-based investigation into the possible causes of the Limbacher vest failure. The NIJ quickly focused on the possible degradation of Zylon fibers as the primary reason for the vest failure after conducting tensile testing on yarns from the rear portion of Officer Limbacher's vest. [2, p. 66-67]

Mr. Coffelt's characterization depicts some facts, but then distorts how they relate to each other. The government initially considered many potential factors that may have contributed to the failure, and then to pare down the number of variables to study, a thought exercise—not an investigation—was conducted. Fiber degradation was initially dismissed, not because there was evidence either supporting or refuting that position, but because of the belief, based on the reasoning in the quotation, that a relatively new vest should not have a realizable performance loss against a matched threat. As a consequence, fiber degradation was not considered initially.

Only after exploring this possibility with tensile tests did we consider fiber degradation as a potential factor. The process to arrive at that point was methodical and time-consuming, and it illustrates that there was no predisposition to focus on the fiber.

Regarding the decision to investigate Zylon fiber degradation, Mr. Coffelt suggests that the initial tensile test findings led to an abandonment of other theories:

> This determination changed the focus of the Forest Hills investigation and caused NIJ to ignore or give little attention to other possible causes of the vest failure. [2, p. 67]

Mr. Coffelt does not accurately describe the facts related to this matter. Had any of those other factors been responsible, we would have expected perforations during ballistic testing. The fact that no perforations were obtained led to a reassessment of initial assumptions to consider whether any aspects of the studied variables should be reconsidered, and whether any initially excluded variables should be considered. Thus, the reason to 'to ignore or give little attention to other possible causes of the vest failure', as characterized by Coffelt, was due to the fact that other possible causes had been ruled out based on experimental evidence.

Mr. Coffelt challenges the finding that the tensile strength of Zylon yarns from Officer Limbacher's vest was approximately 30 % weaker compared to yarns in new Zylon vests, and he does so by repeatedly characterizing the government's testing activities as highly unreliable, improper, and deeply flawed.

> Based on my review of the deposition testimony and documents produced in this matter, I have concluded that the 30 percent drop in tensile strength supposedly observed

25

in the yarn taken from Officer Limbacher's vest was the product of highly unreliable testing. There is no reliable evidence that the yarn in Officer Limbacher's vest had in fact lost 30 % of its tensile strength as compared to yarns in new Zylon vests. And even if the "30 % loss" calculation was correct, there was no evidence that this loss could be attributed to the degradation of the Zylon fiber, as opposed to various other factors that could have caused this observed drop in tensile strength, such as the Government's own improper manipulation of the yarns during testing. As a result of this flawed "30 % tensile strength loss" determination, NIJ mistakenly placed its focus on the possible degradation of Zylon fiber as the cause of the Limbacher vest failure and failed to give adequate consideration to other likely causes of the failure, most obviously the role of the trauma pack and associated use and wear. [2, p. 67-68]

Furthermore, he posits that even if the 30 % loss was correct, there is 'no evidence that this loss could be attributed to the degradation of the Zylon fiber'. This is simply an unjustified denial of experimental evidence. Other research activities that were part of the investigation provide evidence of a linkage between chemical and mechanical mechanisms that lead to reductions in tensile properties.

Mr. Coffelt then alleges that extracting yarns from assembled vests is 'likely to cause significant damage to the yarns.' While damage may occur, Mr. Coffelt's characterization of damage as being 'likely' and 'significant' is speculative. As previously noted by Coffelt, the Limbacher vest used Zylon fabric of a relatively loose weave, which facilitates the removal of yarns without requiring much manipulation of or application of force to the yarn being being removed.

Mr. Coffelt then argues that yarns tested were drawn from different lots. Mr. Coffelt's opinion appears to be based on an ideal where any material of interest is readily available. Subsequent research involved tests of yarns taken from a variety of sources to better characterize mechanical property differences due to different treatments (spool yarn, conditioned panel, new panel, field return).

Mr. Coffelt is critical of using yarns taken from the bottom of the vest.[2, p. 69] Mr. Coffelt then bases his argument on unsupported statements claiming the edges of the armor receive more wear. The tensile testing that was initially performed required relatively long yarns, and the only location on the armor that provided yarns of sufficient length were from the lower part of the vest, due to the vest shape. However, yarns at the edge were not taken from the bottom edge. Yarns at the edge were removed first in order to gain access to yarns located higher in the woven structure. Mr. Coffelt also readily cites field incidents where the bottom of the vest was involved in stopping bullets, so clearly the performance of the lower section of the armor matters.

Mr. Coffelt is critical of using only yarns that were horizontally oriented. He claims that 'yarns in the horizontal orientation essentially wrap around the back part of the body. These yarns were thus likely subject to some of the most mechanical damage on the vest during use, both because they were at the bottom and because they were arranged horizontally.' [2, p. 69] Mr. Coffelt offers no evidence to support his assertion; however, it remains unclear based on Mr. Coffelt's commentary why one should avoid sampling any yarns that could ever have been subjected to mechanical damage. The purpose behind this testing was to develop an estimate of the mechanical properties of the yarns taken from body armor.

Similarly, Mr. Coffelt is critical of testing that did not consider both warp and weft yarns. As explained above, yarn length requirements limited testing to only horizontally-oriented yarns. One cannot infer from this that warp and weft fibers were not evaluated. In this particular fabric, because the weave is so loose, one cannot visibly discern between whether warp and weft yarns. It is conceivable that during the armor manufacturing process, some layers could have been cut with the

'horizontal' orientation of the armor pattern aligned with the warp direction of the fabric, while other layers could have been cut with the 'vertical' orientation of the armor pattern aligned with warp direction. While experimental limitations initially limited an investigation into this, Mr. Coffelt is incorrect to state, 'There is no indication that in testing yarns from the Limbacher vest, the NIJ tested both warp and weft fibers.'[2, p. 70] The fact is that a much more comprehensive study was undertaken later to address some of the questions that were left open from the initial testing. Those additional studies required significantly more time and utilized various protocols that needed to be developed. That follow-up study investigated orthogonal fibers from the same layer of fabric, so there is no doubt that both warp and weft fibers were examined.

Mr. Coffelt claims that the stitching pattern on the vest 'was also a factor in the tensile testing.' [2, p. 71] He offers no evidence to support this position. While stitching *may* contribute to mechanical damage of yarns, we made comparisons between yarns extracted from newly manufactured armor and yarns extracted from Officer Limbacher's armor. Given that both had comparable extents of stitching, the potential role of stitching is normalized in this comparison.

Mr. Coffelt misrepresents the experience of testers who performed tensile testing. Mr. Coffelt claims that Mr. Lightsey 'lacked familiarity with the testing protocols for tensile testing' [2, p. 71] To make such an unqualified statement is incorrect. During the course of our research activities, we rely on various analytical methods; and in order to meet testing demands, we regularly use test operators who may not have much experience with a particular method or instrument. Before relying on results they generate, we ensure that they are competent through 'hands-on' training, both to address safety concerns and to ensure the integrity of the measurement. Mr. Lightsey was involved in the initial trials to develop the tensile testing protocols that were eventually utilized, and while he may not have had prior experience performing tensile tests, he developed those skills as part of these preliminary activities. Furthermore, my experience is not consistent with Mr. Coffelt's assertion that '[m]ost technicians regularly attend training seminars and symposia and receive regular updates from the equipment manufacturer.' [2, p. 71] In a research environment, technicians receive training from various sources, not necessarily the equipment manufacturer; and the frequency of the training reflects the needs of the research, thus there may be no regularity.

Mr. Coffelt is critical that only six replicates is 'not sufficient for a reliable data set.' He continues his criticism by stating that, 'In order to make this data set reliable, they would have needed to test many more replicates, including fibers from both the weft and the warp, as well as from various locations on the ballistic panel itself.' [2, p. 71] Certainly for this type of testing (fiber/yarn tensile testing), more replicates are preferred; however, in the interest of time, the initial study that Mr. Coffelt's criticism is directed toward used a relatively small number of replicates. Despite this limited number, general tendencies could be inferred. Inexplicably, Mr. Coffelt has chosen to ignore the broader follow-on study that addresses the very issues he identifies.

Mr. Coffelt is critical of the tensile testing protocol that relied on twisting the yarns prior to clamping them in the grips of the universal testing machine. Tensile tests on untwisted yarns can produce a relatively broad distribution of breaking strengths, and this phenomenon has been recognized for decades. For example, Yang devotes an entire section to 'twisted yarns' and potential differences between filament properties, untwisted yarn properties, and twisted yarn characteristics. [? , p. 35] Accepted practice involves measuring apparent tensile strength as a function of the extent of twisting, and the maximum of this curve represents the optimal extent of twisting that accounts for tradeoffs between interfilament interactions that provide for better load distribution and elongation uniformity, and potential damage or nonuniform load distribution at higher levels of twist. In our preliminary work leading up to the yarn tensile testing protocol, we conducted a

27

number of tests to determine an appropriate twist level.

Mr. Coffelt then speculates about whether extraction processes or weaving processes add twist to the yarns.[2, p. 72] My recollection is that there was no twist in the yarns used in the Zylon fabric weave, and our visual examinations never revealed any twist. Furthermore, the yarn extraction process we employed involved no motions that would induce twist. Moreover, others in the industry, including Toyobo, twist yarns before subjecting them to tensile testing. Mr. Coffelt's speculation on this matter is baseless.

Mr. Coffelt criticizes the government's study because it did not include a 'similar comparison of fibers extracted from new and used vests made from materials other than Zylon.' He continues then by making the unsupported claim that, 'It is very possible, and indeed likely, that similar tensile strength losses would have been observed in vests using any other high-performance material.' And finally, based on this reasoning, he concludes that, 'Without the ability to compare the Government's tensile testing results for Zylon to similar testing for other materials, it is impossible to draw any meaningful conclusions specific to Zylon based on this testing.' [2, p. 72] This logic is puzzling, since other materials from other armor systems are not relevant to drawing conclusions about Zylon. Nevertheless, there have been several studies that involved the extraction of high-strength yarns from vests. The most direct comparison involves tensile strength testing that we conducted during the development of the conditioning protocol for NIJ Standard–0101.06. Those tests included armor models that were made from PBO only and PPTA only. Findings from those studies have been published elsewhere. Importantly, the nominal environmental conditions for both types of armor were the same. While some tensile strength decline was observed for PPTA fibers, the PBO armor systems reflected a tensile strength decline that was approximately double; therefore I conclude that Mr. Coffelt's claim is without foundation.

Mr. Coffelt is critical of the government's study because 'there was no way to know how the yarn in that vest would have performed in tensile testing when the vest was new.' [2, p. 72] Mr. Coffelt characterizes this as a deficiency in the testing. It is not a testing issue. Rather it is something that must be considered when determining whether the tensile test results represent what happens to the material as it ages. While Mr. Coffelt's criticism of this knowledge gap is fair, the government researchers long ago recognized this and took steps to address it. For example, on several occasions the government began with known new and unused Zylon yarn or Zylon vests. These materials were subjected to controlled environmental conditions and periodically sampled (where portions of the environmentally conditioned test specimens are extracted) and then characterized in different analytical tests, including tensile testing. A trend emerges: tensile strength declines. Furthermore, yarns extracted from many other used Zylon vests that had been in service in the field exhibited substantially lower tensile strength. Considered together, these data points provide assurance that the tensile strength measurements of yarns extracted from Limbacher's vest are completely consistent with trends seen with this same material (Zylon) in other studies.

Mr. Coffelt is also critical of test records that do not 'include complete information about the testing procedure, setup, and calibration.' [2, p. 72] Generally Mr. Coffelt's concerns appear to be based on a familiarity with processes that occur during routine testing in production settings. Rarely do those processes transfer directly to the research environment, where test protocols data analysis methods often need to be developed. Documentation of methods, and tracking of samples occurred either through written or electronic laboratory records.

While Mr. Coffelt makes numerous unsupported claims about the government's yarn tensile testing, he does not consider at all any of the other government single fiber tensile testing that addresses many of the very issues he raises. That testing, incidentally, reached the same conclusion,

28

that Zylon fiber extracted from used armor and Zylon extracted from conditioned armor exhibits significant losses in both tensile strength and strain to failure.

Mr. Coffelt states:

> First, as this above chart shows, in order to degrade the new vests until the Government's tensile testing showed the same level of strength reduction as Officer Limbacher's rear panel, the Government was required to condition these vests under extreme conditions for nearly five months. For the first part of that conditioning cycle, the vests were conditioned at 50 degrees Celsius (122 degrees Fahrenheit) and 60 % relative humidity, and for the second part of that cycle, they were conditioned at 60 degrees Celsius (140 degrees Fahrenheit) and 37 % relative humidity. Needless to say, these conditions are not representative of the exposure that Officer Limbacher's vest realistically experienced during its six-month service life. It should have been an immediate red flag to the Government that it took five months of aging under extreme conditions to mimic the supposed tensile drop in Officer Limbacher's vest. Any reasonable ballistics researcher should have realized that the amount of aging required called into question the original 30 % tensile drop determination. Yet there is no indication that government researchers went back and reevaluated that determination, which, as noted above, had set them on a path toward investigating Zylon in particular. [2, p. 75]

In making this claim, Mr. Coffelt is ignoring the record. Certainly the initial attempts to accelerate degradation led to further discussions about the original determination and plans, and government documents do provide indications about that. The initial environmental aging conditions involved hanging armor panels in a humidity chamber. There was no mechanical aspect to the aging. Certainly, this represents a difference between the initial conditioning study and actual field use conditions, where soft body armor is subjected to flexing, bending, and other mechanical stressors. As explained above, follow-on testing of single fibers confirmed the initial findings reached about yarn tensile strength loss. A substantial portion of the government's subsequent research was aimed at determining mechanisms through which Zylon fibers would lose tensile strength.

Mr. Coffelt accuses the government of being biased against Zylon:

> According to a draft email circulated among Marc Caplan (DOJ), John Morgan (DOJ), and Kirk Rice (NIST), the Government's expectation as of November 5, 2003, was that the conditioning protocol would "hopefully provide a clear, unimpeachable basis for a recommendation that Zylon not be used for body armor because of its inherent aging problems." NIJ004-9272. This statement raises grave concerns about the Government's investigation. At best, it shows that the government researchers were willing to jump to conclusions based on very limited amounts of empirical evidence. At worst, it indicates that they were conducting testing in hopes of confirming a conclusion that they had already reached, without supporting data. It also reflects a willingness to compromise scientific rigor in order to reach this desired conclusion, especially given how unusual the conditions for this testing were. [2, p. 75]

The email in question is being interpreted in an entirely different context than I interpreted it when I first read it. The statement provides no evidence that government researchers were predisposed to a negative view about Zylon, and it does not support Mr. Coffelt's claim that it 'shows that the government researchers were willing to jump to conclusions based on very limited amounts of

29

empirical evidence.' In fact, the government's initial activities investigating the Limbacher vest did not even focus on Zylon. Mr. Coffelt's claims about this matter are speculative and unsupported by any compelling evidence.

In the following statement, Mr. Coffelt continues to make the unsupported insinuation that the government had a view about Zylon early in the research. This was not the case. Furthermore, the 'acknowledgement' attributed to me is misrepresented. My acknowledgement had nothing to do with what Mr. Coffelt alleges is an attempt to justify a predetermined answer. I was answering a different question in the deposition referenced.

> Thus, even though the Government had expected to justify its view that Zylon materials were not suitable for use in body armor, as Kirk Rice has acknowledged, this testing "didn't actually demonstrate that [result]." 04/28/10 K. Rice Dep. at 298:12-15. Instead, these results just confirm that the overall ballistic package design is the primary driver of ballistic performance, not the individual material or fiber properties. [2, p. 76]

Mr. Coffelt has apparently misinterpreted the government's research. He states:

> Fourth, it is important to note that the Government used only six replicates in its tensile testing effort, but included 192 shots in its ballistic testing of conditioned and unconditioned panels. This indicates to me that the government researchers understood that the ballistic testing of the completed armor package was more important than the individual fiber mechanical properties. [2, p. 76]

The shot count (192) from the initial ballistic testing represents several replicates of many different test configurations, for a total number of 192 shots. Mr. Coffelt then suggests that the government reached conclusions about Limbacher's vest on the basis of six tensile measurements, and then he attempts to build an argument to infer something about the government's understanding about what type of testing is more important. This entire argument is flawed, and based on a complete misrepresentation of the facts.

Mr. Coffelt claims that:

> While the Magtech round used in the Limbacher was a matched caliber, it was in fact not a matched threat. This round is not used in NIJ certification, and government researchers themselves identified several potential differences with this ammunition that could have contributed to the failure. The Government also never conducted a detailed analysis of the shooting incident itself to determine whether other factors—such as the angles of incidence, a fold in the armor, the position of the vest in relation to Limbacher's body, or a higher rate of rotation of the penetrator—could have explained in part or in full the reason for the failure. Because these issues have not been fully studied or resolved to this day, it would be incorrect to assume that the Limbacher shooting involved a "matched threat." Moreover, it would be not only unsupported but plainly wrong to suggest that fiber degradation caused by heat and humidity was the driving mechanism for this vest failure. [2, p. 77]

Mr. Coffelt's statement about the bullet used in the Limbacher incident being 'not a matched threat' is incorrect. The NIJ standard in effect when the Limbacher vest model was initially tested for compliance with the standard says nothing about the specific make or manufacturer of the ammunition. The bullet involved in the Limbacher incident satisfies the written requirements in the standard, and

30

by any reasonable interpretation, it would be considered a matched threat. Mr. Coffelt's argument involving a matched threat is selectively applied to only this particular incident, which resulted in a failure. He cites several other examples of officer-involved shootings (field incidents with favorable outcomes) involving projectiles that are not consistent with the descriptions in the NIJ standards. Furthermore, Mr. Coffelt appears to have ignored some of the government's research that investigated other potential factors that might have contributed to the vest failure.

Mr. Coffelt states:

> Based on the multiple issues that NIJ overlooked or to which it gave undue consideration, I am convinced that NIJ will necessarily need to alter the .06 Standard to address potential vest failures in the future. [2, p. 77]

The .06 standard has been in use now for more than eight years, and to date, I am not aware of Mr. Coffelt's concerns being realized. It is the nature of standards to evolve in order to address the needs of various stakeholder groups. The NIJ standard will indeed be updated as part of that routine process.

Mr. Coffelt claims that the 'trauma plate played a causal role in the Limbacher penetration, by causing mechanical damage to the ballistic panel and by altering the penetration mechanics of the shooting event.' [2, p. 77] This statement is speculative, and not supported.

Mr. Coffelt makes a number of speculative statements about the trauma plate and then claims that, 'it is obvious that the trauma plate caused significant mechanical damage to the ballistic panel, which contributed to the penetration.' [2, p. 80] One cannot reliably make an assessment about whether the trauma plate caused significant mechanical damage to the ballistic panel based on the type of visual inspection he performed. Mr. Coffelt's argument intends to blame the trauma plate for the vest perforation without involving the Zylon material. In our research to understand whether high-strength fibers were susceptible degradation via mechanical mechanisms, such as folding, we found that PBO fibers were indeed susceptible, and much more so than PPTA fibers. Therefore, I do not believe that one can assign blame to the trauma plate, and without justification, dismiss any role that the fiber might have played. Mr. Coffelt also speculates that the presence of a trauma plate in the outside pocket of a vest (on the carrier's outside) influenced penetration mechanics, yet he offers no compelling explanation to support this opinion.

Mr. Coffelt attempts to describe a theory about the role of the trauma plate in the Limbacher vest perforation, regardless of whether the plate was actually being worn during the incident:

> It is apparent from the photographs that the trauma plate (or the ridge created by mechanical damage from the trauma plate) prevented the vest from being fully engaged in the ballistic event and/or changed the engagement mechanics. As is seen in the photographs, on the front right side where the bullet struck there is a "starburst" effect that appears like a crinkling / gathering of ballistic fibers toward the impact point. But the Zylon fabric located behind where the trauma plate would have been looks almost new and untouched. This is depicted in the following photograph: [2, p. 81]

Based on my review of the photograph, Mr. Coffelt's fabricates a story to support his theory. A starbust patten be seen, and that starburst patten radiates into the area of the vest that would have been located behind the trauma plate. There is no clear visual evidence supporting Mr. Coffelt's story.

Mr. Coffelt claims that on the body side of Limbacher's front armor panel, 'there is what appears to be a ball of unbroken Zylon yarns that have been pulled from the panel out with the bullet…'

31

[2, p. 82] He continues then to argue that the 'Limbacher shooting was not a failure of the fibers because the fibers never broke'. [2, p. 83] His description is not factually correct.

Mr. Coffelt misinterprets the government's internal communications describing interest in studying general mechanical folding damage mechanisms and then states, 'I have not seen any indication, however, that government researchers ever followed through to conduct these experiments / studies, and if so, what the results were.' [2, p. 83] Those studies were indeed published, and are in the public domain. They were performed earlier than 'the last few years', as suggested by Mr. Coffelt. The follow-on studies to investigate bending around a smaller radius (not a trauma plate), which was the subject of the late 2010-2011 documents described by Coffelt, were not pursued.

Mr. Coffelt states:

> While the Forest Hills test plan intended to include shot placement as a parameter in testing, NIJ never addressed crucial questions about the shot location on stitching. The test plan and initial studies make no mention of the potential for damage during the stitching process...[2, p. 86]

Mr. Coffelt appears to ignore the Forest Hills study that included an investigation of stitching by placing shots on areas of the vest that included different extents of stitching. No perforations in that study, and no perforations during the original compliance test suggested that stitching was not a causal factor of the vest failure.

With regard to the bullet involved in the Forest Hills incident, Mr. Coffelt states:

> As shown by the Government's own analysis, this round had a substantially different shape and makeup as compared to the Remington .40 S&W cartridge used for NIJ certification testing. [2, p. 87]

It is incorrect to suggest that the governments analysis found that the projectile had a substantially different shape. It did not. The two rounds (Magtech and Remington) both satisfy the requirement for a level IIA threat round in the .04 version of the standard. The government analysis suggested that the Magtech round may be slightly more penetrative, but ballistic tests at normal velocities achieved by typical handguns did not demonstrate that the round was more penetrative.

Mr. Coffelt states:

> It is possible for a round that is at a reduced velocity, when combined with a reduced nose diameter, projectile hardness, and other factors, to fail to expand in the timeline required and thus to be stopped before penetrating the ballistic package. This is why the NIJ Standards include both a maximum and a minimum reference velocity. During the certification process, a shot with a velocity below the minimum reference velocity is not considered to be a "fair hit." Under the .04 Standard, the reference velocity for a .40 S&W round on a Type IIA vest was 1055 ft/s +/- 30 ft/s. In other words, to be considered a "fair hit" the round could not be fired any faster than 1085 ft/sec or any slower than 1025 ft/sec. If the round is fired outside of these parameters, then the penetration mechanics are often changed. [2, p. 89]

Multiple statements in Mr. Coffelt's description are incorrect. The NIJ standards do not specify a tolerance on Vref because of penetration mechanics. This is pure speculation on Mr. Coffelt's part. The velocity tolerance serves very practical needs because of normal ballistic variations, and by accepting shots within + 30 ft/s of Vref, very few shots need to be rejected. The deformation or

terminal behavior of the bullets were not considered when establishing the velocity tolerance, nor could it have been considered, because that very behavior is a function of the armor system, which varies. Furthermore, Mr. Coffelt speculates that the penetration mechanics are often changed outside of the velocity tolerance range. This unsupported and dubious statement needs to be clarified. The industry tends to rely routinely of V50 tests that are necessrily conducted at speeds that fall outside the Vref tolerance range.

Mr. Coffelt states:

> Based on these results, NIJ should have conducted a series of tests at a reduced velocity in an attempt to determine whether the reduced velocity could have produced a penetration anomaly. [2, p. 90]

Mr. Coffelt appears to be ignoring the government's Forest Hills study that investigated reduced velocity rounds. None yielded perforations.

Mr. Coffelt's comments about 'shatter gap' are acknowledged [2, p. 91]; however, that term was used in the general sense that ballistic testing might generate a bimodal failure distribution with respect to velocity. That distribution emerges because terminal behavior of the projectile changes, all of which is completely consistent with the normal usage of the term 'shatter gap'. The details about what is responsible for each part of the bimodal distribution are different, as pointed out by Mr. Coffelt.

Mr. Coffelt continues with a theory that low bullet speed is important in this case:

> Given the various other unusual features of the Limbacher incident—the effect of the trauma plate, the extreme angles of incidence, the nature of the bullet, the bullet rotational velocity, and so on—the reduced velocity of the projectile could have played a causal role and should have been more carefully evaluated. [2, p. 92]

As mentioned before, the Forest Hills Study investigated reduced velocity and other factors. None provided indications results that would explain the vest failure.

Mr. Coffelt states:

> While that is technically true, it ignores the fact that the government's investigation did not actually focus on determining the extent to which increased rotational velocity could explain the failure of the Limbacher vest. I can only assume that NIJ believed that its use of a barrel similar to the crime gun with a rifling twist of 1:10 was sufficient to account for the conditions of the incident. The problem, however, is that NIJ did not undertake efforts to measure the effects of rotational twist by directly comparing data generated from rounds fired from 1:16 barrels to those fired from 1:10 barrels. They therefore had no baseline data against which to compare the penetration of high- rotation rounds. This is one more variable from the Forest Hills incident that differed from the NIJ certification protocol, and therefore negates the description of a "matched threat." My concern is not only that the Government failed to determine what really happened at Forest Hills, but also that it failed to develop a better understanding of the effects of rotational velocity that still might require adjustments to the certification standards in the future. [2, p. 93]

Once again, Mr. Coffelt appears to ignore the Forest Hills study that investigated the potential role due to rifling twist rate. Ballistic tests with the same type of handgun barrel involved in the Forest

33

Hills incident yielded no perforations in those tests, suggesting that rifling twist was not a critical factor.

Mr. Coffelt mispresents the government's test plan when he states:

> As the impact angles of a projectile increase beyond a 0° straight-on shot, the penetrative effects of that projectile on soft armor increase. This concept was acknowledged with some caveats in NIJ's July 2003 test plan, noting "[i]t is known that armor ballistic resistance performance can be affected by impact angles, but this also depends on other factors such as armor material, bullet geometry, and bullet construction." [2, p. 93]

There is a significant difference between Mr. Coffelt's assertion (which is absolute) and the government's more cautious and accurate statement recognizing that penetration resistance can be affected by impact angles.

Mr. Coffelt is critical of my testimony about expectations that armor found compliant with the NIJ standard will stop bullets fired at any angle. Mr. Coffelt states:

> This is clearly incorrect. Mr. Rice cites no evidence of an "expectation" about the NIJ standard that is nowhere written in the standard itself. There is also no expectation that bullets from "any angle at street speeds" are supposed to be stopped. To the contrary, it is well understood that highly oblique angles are more penetrative and can lead to penetrations. If there was truly an expectation that vests would stop bullets at any angle, surely NIJ would have included in its certification testing many different varieties of angled shots, and shots more oblique than 30 or 45 degrees.

In this criticism, Mr. Coffelt is confusing requirements of a standards-based certification program with practical performance expectations of consumers. His interpretation is far too narrow, to the point where no field incident will every satisfy all of the conditions prescribed by the standards-based testing. For the consumer, the standards-based testing provides reasonable assurances that the product performs well under a much broader set of real-life scenarios. Mr. Coffelt attempts to reverse this thinking, which is not consistent with the intent of the standard.

Mr. Coffelt states:

> This is significant not only because such a compound angle almost certainly occurred in the case of the Limbacher incident, but also because even the current .06 Standard does not account for the penetrative effects of an increased yaw. [2, p. 95]

As written, this sentence does not make sense. Mr. Coffelt intermingles the terms 'compound angle' and 'yaw', but they mean different things. When Mr. Coffelt mentions compound angle, he is referring to the angle of incidence (the angle between the bullet line of flight and an imaginary line extending perpendicularly from the surface of the armor). Mr. Coffelt uses the term 'yaw' in the same context, but yaw refers to a local rocking and rolling oscillatory motion of the bullet around its center of mass, which is due to aerodynamic stability effects, not shot angle.

Later Mr. Coffelt states:

> While it was not studied, basic principles of ballistic science would suggest that a compound angle is more penetrative than a one-dimensional angle. [2, p. 96]

Mr. Coffelt does not support this statement.

34

## 2.7 Mr. Coffelt's 7th Opinion: "The Body Armor Safety Initiative That Led The Government To Discontinue The Use Of Zylon In Body Armor Was Fundamentally Flawed"

Mr. Coffelt makes a subtle insertion of 'for new vests' in this sentence: 'V-0 testing was performed under a modified version of the .04 Standard based on the NIJ reference velocities for new vests.'[2, p. 97] The .04 Standard specifies reference velocities. There is nothing in the standard to support the claim that these reference velocities apply only to new vests. Mr. Coffelt makes the same incorrect assertion about the NIJ standard throughout his report. As explained previously, testing of new armor is required only by NIJ's certification program, not the standard. There is nothing in the standard that indicates that testing used armor is inappropriate.

Mr. Coffelt states:

> As discussed below, even though the NIJ's V-50 testing was seriously flawed as a matter of ballistic testing technique, the fact remains that the used Armor Holdings vests demonstrated strong V-50 performance, even though the vests were heavily worn, to the point that many were unacceptable test subjects in the first place.

There were serious flaws with Armor Holdings representation of V50 tests.

Mr. Coffelt relies on a quote from governement researchers explaining that "direct application of the NIJ standard for evaluating used armor has always been considered inappropriate." NIJ006-6006-26. [2, p. 96] Unfortunately, Mr. Coffelt fails to recognize the context in which that statement was made. The direct application of the NIJ standard includes certain requirements that cannot be satisfied when testing used armor, such as testing a certain number of armor panels that are considered identical, for all practical purposes. Mr. Coffelt then misrepresents this quotation as though it means that government researchers do not consider the use of the NIJ standard appropriate for testing used vests. The quotation does not support such a view.

Mr. Coffelt cites a quotation from Marc Caplan, which recommended testing all types of ballistic-resistant materials. Mr. Coffelt claims incorrectly that other non-Zylon materials were not tested. [2, p. 100] Given time constraints and the instructions of the BASI, efforts were directed toward an assessment of Zylon. Other non-Zylon materials were examined later.

Mr. Coffelt argues that used vest testing is inappropriate by misrepresenting statements made by other government representatives, including me. [2, p. 101] Some clarity on this point is important. Used vest testing may be useful for understanding whether used vests have degraded in performance or some other property. Used vest testing probably will not reveal precisely what caused the change in the vest. Therefore, depending on what the objective of the study is, used vest testing may or may not be recommended. What Mr. Coffelt fails to recognize is that the Attorney General of the United States (at that time, the Honorable John Ashcroft) directed NIJ to, among other things, '...immediately initiate examination of Zylon-based bullet-resistant vests (both new and used).' Regardless of whether there were pre-existing methods for testing used armor, the mandate is quite clear.

Mr. Coffelt misinterprets an internal communication describing the motivation for drawing a random sample of Zylon-based vests from around the country. The key to the plan was random sampling, not 'gathering 500 used vests' as asserted by Mr. Coffelt. As described previously, direct application of the NIJ standard assumes that many identical armor panels are tested—a condition that cannot be satisfied when testing used armor. Mr. Coffelt incorrectly assert:

35

> Government researchers believed they could overcome the problems with used vest testing by gathering 500 used vests for testing. [2, p. 102]

Mr. Coffelt presents only some of the facts. He describes some of the deliberations among government representatives about the next steps after it became apparent that the original 500-specimen sample set could not be obtained. The original sampling stratification was intended to provide data to investigate a number of potential factors. Failure to obtain the larger sample size was recognized as a problem, in that sufficent specimens within each stratification category were not going to be available. Mr. Coffelt misinterprets these apprehensions as evidence that the entire study would not be meaningful. This was not necessarily the case. Note that the apprehensions described by Mr. Coffelt occurred before ballistic testing took place. The initial assumption was that we would likely obtain a relatively modest failure rate. Actual data, however, revealed a much higher failure rate.

Mr. Coffelt includes in his report some excerpts of my deposition testimony. The questions target precisely those areas compromised by the stratification plan.

> No one would think, for example, that a body armor manufacturer could attempt to certify a vest under the NIJ standards while performing only part of the testing required. In this case, the government failed to hold itself to the basic standards that would be expected of any body armor manufacturer engaged in testing, because it set up a test plan and then purported to draw conclusions from the results when the plan had not been followed. [2, p. 104]

Mr. Coffelt confuses standards-based testing, having very specific requirements, with a research activity. In this case, the objective of research was to investigate, explore, and attempt to determine whether there were performance issues with Zylon-containing body armor. The very process of research necessarily requires an ability to adapt to new developments. Due to these differences, a comparison of the research activity to a standards-based certfication is not valid.

Mr. Coffelt characterizes a number of differences between ballistic testing the government performed and testing described in the NIJ standard. [2, p. 105] He explains in detail about how the shot pattern is different. [2, p. 106-108] It is not. The shot pattern used was completely consistent with the shot pattern described in the .03 and .04 versions of the NIJ standard. Even his own figure that compares the shot patterns reveals that they were the same. Mr. Coffelt then brings the test round into his argument and argues that using two different types of test rounds on the same armor panel is a variance from the NIJ standard. [2, p. 107] That is true, but he fails to recognize that the research interests involved an assessment of both types of test rounds that were originally used during the vest models initial certification tests. Consider that of the two different test rounds, one may be more penetrative than the other. Considering only the more penetrative test round, during the original standards-based certification tests, an armor panel would have been subjected to six shots with it. For the BASI research, any given armor panel received only three shots with the same test round. The other three shots were taken with the less penetrative test round. In this sense, the BASI testing was less stringent, but it was necessary in order to make an assessment of the armor panel's performance against both types of test rounds. Unlike the original standards-based testing, where all armor panel submitted for testing are identical, and therefore one has the ability to place six shots and one test round type on a single armor panel, the research testing under BASI could not possibly do that because each unit of used body armor was considered as though it might be different from other units of the same model. Consequently, a somewhat less stringent test method was employed that provided only three-shot assessments for each test round type, rather than six-shot assessments.

Mr. Coffelt argues that there is no baseline for the testing [2, p. 107]; however, the original standards-based testing provided baseline performance. Based on that initial testing, we can infer that the armor model would be capabable of consistently stopping each of the test round types many times without yielding any perforations.

Mr. Coffelt then makes a statement about efficiency: 'Just because a standard might be inefficient does not mean one can deviate from it at will.' [2, p. 108] Here Mr. Coffelt again confuses standards-based tests used to support a decisions about the armor model's original certification for research-based testing. Mr. Coffelt's quotation above is meant to challenge a statement I made about the modified shot pattern being used for testing efficiency. My comment was clearly made in the context of referring to the research ballistic test method employed. That test method established a protocol that was used to evaluate the used armor panels. For unknown reasons, Mr. Coffelt counters with a statement about standards-based testing, but he inappropriately applies a view about standards-based testing to the research protocol. Certainly departures from protocols should be documented, but I do not believe his statement is relevant to the research testing because the same protocol was used.

Mr. Coffelt argues that the NIJ test parameters under the BASI did not reflect future changes made in the .06 standard. [2, p. 108] One might reasonably ask how could they? The .06 standard was published in 2008—several years after the BASI testing. There was no way to know details of the .06 test method that would be published years in the future. Mr. Coffelt fails to recognize that standards-based testing, certainly the NIJ standard, involve some consideration of many issues, including but not limited to workflow of testing, number of test specimens required from manufacturers, potential effect that performance requirements have on armor designs, whether performance requirements reflect needs of users, implications of standards-based requirements on all stakeholders. One cannot examine a future standard that took these issues into consideration and draw reliable conclusions about the research effort that occurred several years prior. None of the comparisons made by Mr. Coffelt describing differences between the research effort and the .06 standard that would be published several years later are valid.

Mr. Coffelt is critical about NIJ's use of backface signature measurements, and inclusion of those measurements in the Third Status Report. However, the measurements were part of the test protocol, and they provided us another comparison to baseline data collected during the original standards-based testing that was conducted for certification purposes. I recognize the limitations with the backface signature measurements and tend to rely less on them. [2, p. 109-111]

Mr. Coffelt speculates about variability in backface signature measurements, and argues that some of the measurements exceeded 44 mm by only a small amount.[2, p. 111] He describes four armor units where this occurs. Despite this point, conclusions about these armor units would not be substantially different, as two of the four armor units that he mentions also yielded perforations during Vref testing; and of the two that did not, there were several other armor units of the model designation that performed poorly in Vref testing.

Mr. Coffelt then offers commentary about the government's ballistic testing and results generated during Phase I testing. [2, p. 111-129] Throughout this section, he relies the same mistaken interpretation of safety margin and erroneously concludes that the vests had retained sufficient margin, when in fact, they had lost a substantial portion of their margins.

Throughout this section, Mr. Coffelt also highlights some inconsistencies in the V50 testing. In particular, he is critical of differences between the targeted velocity for the upcoming shot and the actual velocity of that shot. He speculates about what the V50s would likely have been, but does not offer any supporting analysis.

Mr. Coffelt comments about testing in UZ009 and states without any support that testing first

37

with the .357 Magnum round 'compromised the results.' [2, p. 121] The government protocol allowed for shooting either of the two test threat rounds first. Mr. Coffelt also claims, again without any support, that the first shot at a velocity too high by 7 ft/s did additional damage to the vest, yet shots 4, 5, 6, 7 were all stopped by the vest. Mr. Coffelt's argument is not compelling.

Mr. Coffelt then comments on Phase II testing. [2, p. 129-151]

He states, 'NIJ collected nowhere near the 500 vests that it deemed necessary to obtain statistically significant results.' [2, p. 130] He does not clarify what he means by 'statistically significant results.' As explained previously, the sample size, the anticipated failure rate, and the desire to stratify sampling to ensure coverage across several factors led to plans for a 500-specimen study. Failure to collect 500 specimens does not necessarily invalidate all conclusions that might be reached.

Mr. Coffelt continually dismisses perforations by arguing that the vest was either out of warranty (because Armor Holdings had recently changed the warranty from 5 to 2-1/2 years for some models), or the vest were old or heavily worn. All of the vests were provided by agencies and believed to be representative of in-service Zylon-containing vests, and testing such vests was the objective of the study. There were no compelling reasons to dismiss any of the results.

Mr. Coffelt is critical of the summary statement in the Third Status Report. [2, p. 151] Mr. Coffelt repeats his argument about the reliance on test methods adapted from the NIJ standard, and he incorrectly asserts that those tests are relevant only for new armor. While the NIJ certification program utilizes the standard for testing new armor, there are no valid reasons why the methods and performance criteria cannot be applied to used armor. Doing so provides a direct comparison between the original tests performed for certification purposes and used field-return vests at velocities that are more meaningful to users of body armor. Specifically, results indicating that used armor models continue to reliably stop the standard test rounds at Vref, or only rarely yield perforations, would provide some basis for having confidence in the ongoing performance of the body armor. Alternatively, a reliance on V50s opens up the possibility for bad results to be obscured by misrepresenting safety margins. Furthermore, V50s results alone do not provide sufficient information to draw conclusions about the ability of the armor to reliably stop test rounds at lower, more meaningful velocities.

Mr. Coffelt comments on the inadvertent testing of aramid vests and suggests that the decision to not include their test results is evidence of an anti-Zylon bias. [2, p. 152] The Body Armor Safety Initiative specifically directed an examination of Zylon-containing body armor. That the effort was focused on Zylon is not evidence of an anti-Zylon bias. It does, however, indicate that there were concerns about whether Zylon-containing vests certified by the National Institute of Justice were maintaining their ballistic resistance. The BASI was aimed at providing information in order to respond to those concerns, by relying on performance-based tests and other research. The aramid vests that were inadvertently tested do not fit into an analysis of Zylon-containing vests, and inclusion of those results in the report had the potential to confuse readers. Whether the results were included or not is immaterial to conclusions about Zylon-containing body armor.

Mr. Coffelt then describes his opinion about how the results for one of the aramid vests (UZ049) were interpreted favorably, presumably because the vest did not contain Zylon; and he posits that this is evidence of anti-Zylon bias. He states, 'There is no indication that the government researchers were similarly lenient when it came to the Zylon vests tested in Phases I or II.' [2, p. 156] These allegations are fabricated by Mr. Coffelt to support a conspiracy theory. There are numerous reasons why test results may be negated. Had Mr. Coffelt examined the test records carefully, he would have noted that there are indeed examples where perforations of Zylon-containing armor models were negated (e.g., see UZ052 and UZ082). This illustrates that Mr. Coffelt is willing to distort the record to

promote an otherwise unsupported theory.

Mr. Coffelt again reverts to arguments involving the .06 standard, which are not relevant to the assessment of Zylon-containing armor produced years before the .06 standard ever existed. [2, p. 158] Mr. Coffelt claims that the conditioning protocol introduced in the .06 Standard is evidence of an anti-Zylon bias. It is not. As noted previously, the BASI included a requirement to review the process by which bullet-resistant vests are certified to determine if the process needs modifications. That review led to a determination that the NIJ body armor standard should be revised to include conditioning in order to provide an assessment of the armor's ability to maintain ballistic resistance even after undergoing environmental exposure. That determination was due in part to findings from the government's ballistic testing and research, which revealed that the rates and extents of degradation of PBO-materials were concerning. While other high-strength materials (e.g., aramids and ultra high molecular weight polyethylene) also degrade, PBO is most concerning compared to the others. For that reason, Zylon armor was used in order to tune the severity of the conditioning protocol. Contrary to Mr. Coffelt's assertion, this is not indicative of an anti-Zylon bias. Rather, it reflects a reasonable approach to develop a conditioning protocol that provides stressing mechanisms similar to those in the field environment.

Mr. Coffelt comments further about the conditioning protocol:

> Subsequently, however, government researchers tested approximately 5-year old Second Chance Zylon vests under the .06 conditioning protocol. During this test series, only a single shot perforated the test samples. NST306-1215 (emphasis in original). Results such as these, particulary in combination with the flawed testing of Zylon vests in the Body Armor Safety Initiative, shows that government researchers acted improperly in focusing their efforts on Zylon. [2, p. 159]

Mr. Coffelt's conclusion is illogical. The test result emphasized by Mr. Coffelt is not an indication that government researchers acted improperly in focusing on Zylon. Rather it is an indication that the conditioning protocol may not be severe enough. During the development of the protocol, constraints were introduced to limit the amount of time for conditioning. Consequently, while the conditioning protocol subjects armor specimens to potentially damaging environments, the extent of degradation may vary, depending on the materials and structure of the armor. Furthermore, the safety margins introduced by the vest manufacturers into different armor models may vary, so that those with the smallest margins are most susceptible to failing post-conditioning ballistics tests.

Regarding research on other ballistic-resistant materials, Mr. Coffelt states that, to his knowledge, 'his additional work has never been undertaken or completed.' [2, p. 159] A substantial amount of the government's continuing research on high-strength materials used in soft body armor has been published and is in the public domain.

Mr. Coffelt is critical of research on materials used in body armor. He states:

> Ultimately, "applied research" is no substitute for ballistics testing. No armor manufacturer designs a vest solely by relying on fundamental studies about a particular type of fiber. [2, p. 159]

Based on this, it is apparent that Mr. Coffelt does not understand how research provides a better understanding of materials that might be used in body armor so that their strengths and weaknesses can be considered during the development of the ballistic package. No where in the government's record has there been a suggestion that materials research should somehow replace ballistic testing.

39

However, materials research is invaluable in understanding how materials that perform poorly in ballistics tests have changed.

Mr. Coffelt acknowleges that the government's research efforts identified a potential Zylon degradation mechanism (hydrolysis). [2, p. 160] He fails to mention that research focusing on mechanical stress conditions also revealed a significant compressive failure mechanism with Zylon due to flexing and folding.

Mr. Coffelt states that:

> In order to make any meaningful statements about the performance Zylon-containing armor, one must rely more on ballistic testing, which tests the performance of the armor package as a whole, not just one component part. This is precisely why NIJ had concluded that it would be necessary to test at least 500 used vests in order to draw any meaningful conclusions. Even that number may not have been sufficient to supply meaningful data about used vests with a wide variety of unique characteristics, such as use, wear, age, and design. It should be clear, however, that the "applied research" conducted during the Body Armor Safety Initiative does not make up for NIJ's failure to conduct the necessary ballistic testing. [2, p. 160]

From this explanation, it is clear that Mr. Coffelt does not understand, or has chosen to deny, how materials research can inform armor designers about such critical details as materials selection and adopting intelligent engineering strategies to mitigate risks posed by material vulnerabilities. Furthermore, his characterization of the reasoning behind the 500 vest sample size is incorrect, as explained previously.

In Mr. Coffelt's summary statement [2, p. 160-161], he repeats a number of points that misrepresent or misinterpret the facts. Earlier commentary discusses the errors and biases reflected in Mr. Coffelt's opinions.

## 2.8   Mr. Coffelt's 8th Opinion: "Armor Holdings Designed Z-Shield Containing Vests With Adequate Margins Of Safety To Provide Adequate Protection Throughout Their Warranty Period"

Mr. Coffelt opines that Armor Holdings designed Z-Shield-containing vests with adequate safety margins, sufficient enough to maintain adequate protection throughout their warranty period. Specifically, he states [2, p. 162]:

> As this chart illustrates, Armor Holdings designed these vests to include a significant margin of safety. These V50 results were, on average, nearly 300 ft/sec above the maximum NIJ reference velocity under the .04 Standard. In percentage terms, the V50 results for these Armor Holdings vests averaged 23% above the maximum reference velocity under the .04 Standard. In my experience, these are very good margins that reflect very sound and responsible design work. They are further evidence that Armor Holdings designed vests not only to meet the NIJ Standard when tested, but to perform for *substantial periods of time in use.*

In supporting this statement, he describes his assessment of eighteen vest models that contained Z Shield and were certified under the 04 Standard, and includes 9 mm V50s estimated from the

40

original compliance testing, and he compares these V50s with the maximum NIJ reference velocity. He refers to this difference as the 'average margin of safety.' There are two fundamental problems with this approach.

### 2.8.1   Mr. Coffelt does not describe a meaningful margin of safety

This is a deeply flawed analysis that reveals ignorance about what a margin of safety is. The NIJ standard requires a number of repetitive ballistic tests at what is called the NIJ reference velocity. In order to accommodate normal variations encountered in trying to deliver a bullet at a specific reference velocity, the NIJ standard declares a tolerance around the reference velocity of ±9.1 m/s, or approximately ±39 ft/s. Therefore, it is conceivable that during perforation-backface signature testing, an armor panel could be subjected to bullets fired at the upper end of this tolerance range (i.e., $V_{ref} + 9.1$ m/s), and this velocity is referred to as the NIJ maximum reference velocity, $V_{ref\,max}$. Importantly, during standards-based testing, no perforations are permissible at $V_{ref\,max}$. Now consider Mr. Coffelt's analysis. A margin of safety conveys the idea that safety is still ensured for as long as some part of that margin remains. Suppose the threat rounds encountered by the armor are somewhat more penetrative than those represented by the initial standards-based testing. With a reasonable initial safety margin, such a scenario is probably okay. Suppose the armor degrades somewhat in performance, for whatever reason. Again, if the performance loss is modest relative to the size of the safety margin, that is probably okay, as long as the performance loss does not consume all of the safety margin. The flaw with Mr. Coffelt's analysis is that he would permit the performance of the armor to decline, for whatever reason, to such an extent that the probability of a test round perforating the armor at $V_{ref\,max}$ is 50 %! The values he describes for average safety margin lead directly to this conclusion. This is neither acceptable nor responsible—worse, it is dangerous. It should become apparent that one cannot responsibly establish a margin of safety on the basis of permitting armor failure 50 % of the time when tested at Vref.

### 2.8.2   Mr. Coffelt supports his flawed opinion of safety margin using only 9 mm test data

Mr. Coffelt's analysis relies only on V50s determined using the standard 9 mm test round. What he does not explain is that other test round for any given protection level may pose a greater perforation challenge to the armor than the 9 mm round. Put differently, if one were to consider both test rounds that are required for perforation resistance testing for armor rated at protection levels I, IIA, II, or IIIA, there are two test round types that must be used. The NIJ Standard-0101.04 introduced a requirement to assess V50 ballistic limit using the 9 mm test round, primarily for informational purposes. The V50 estimate developed is relevant to only the same 9 mm test round. If one were to perform a V50 test using the other test round, in all likelihood a different V50 would be found for that other round type. Taking level II as an example, the two test rounds are a 124 grain full metal jacket 9 mm projectile and a 157 grain jacketed soft point .357 Magnum projectile. Based on my experience with performing V50 tests and reviewing many data sets, V50s determined with the .357 Magnum test round are typically lower than those obtained with the 9 mm test round. The implication is that even if one were to develop a meaningful safety margin using the 9 mm safety margin, that safety margin is not relevant for assessing the safety that might or might not be afforded by the body armor against other types of test rounds. Furthermore, the Vref value for the .357 Magnum test round is *higher* than that for the 9 mm test round. For example, in NIJ Standard-0101.04 Revision A, for

armor type (protection level) II, Vref for the 9mm is 1205 ft/s, while Vref for the .357 Magnum is 1430 ft/s. Mr. Coffelt's analysis of 'safety margin' relies on the smaller value, the less significant threat, and this has the effect of padding the safety margin.

### 2.8.3   A reevaluation of safety margin

As members of my group interacted with various working groups to discuss potential improvements to the NIJ standard, we recognized the need for more education about how the reference test velocities should relate to a commonly used performance metric, the V50 test.



To illustrate the issue, consider the Figure at right. In this analysis, data from V50 tests were fit to a logistic model to establish an armor response curve that estimates the risk of perforation as a function of bullet velocity. The initial, new armor curve is shown as a solid blue curve. Note that the V50 for the new armor is approximately 458 m/s, and that the lower tail of the same response curve drops off to negligible levels at approximately 390 m/s. For this armor model, the implication is that a V50 of 458 m/s, where 50 % of the bullets are perforating the armor, should reliably stop the same bullets fired at 390 m/s.

Now consider what happens when the armor degrades and the same analysis is repeated. Data from V50 tests on the degraded armor were again fit to a logistic model to establish the solid red curve. For shots taken at the original V50 (458 m/s), where 50 % of the bullets perforated the new armor, now nearly all of them ( 96 %) perforate the degraded armor. And for shots taken at 390 m/s, where none were originally expected to perforate the new armor, now approximately 12 % of the shots would be expected to perforate the degraded armor. Mr. Coffelt's representation of a safety margin does not provide for safety, rather it allows for scenarios where the risk of perforation at Vref is much higher than it should be.

Through interactions with various working groups where armor-related matters were discussed, it became apparent that more guidance in this area could be useful. The non-mandatory guideline described in Appendix F of NIJ-0101.06 standard develops this idea further. Clearly, in order to ensure that the perforation probability remains low, one must consider the shape of the lower tail of the armor response curve. The form of the lower tail is generated by a regression model, and while much research in this area has examined smooth, continuous functions, another model could be considered, such as one with a threshold response (so that perforations below some absolute threshold velocity would never occur according to the model). The development in NIJ-0101.06 does not implement such a model, but instead relies on a logistic model, which mathematically approaches zero probability of perforation only a zero velocity (so it is not a threshold model). To avoid difficulties with models providing less accurate estimates at very low probabilities of perforation, the approach described in the Appendix of the standard relies on finding the velocity at which the probability of perforation is ≤ 5%, except instead of using the armor response curve, it uses the upper confidence

interval (at 95% confidence level). The method also considers the lowest velocity that yielded a perforation during the V50 ballistic limit tests. The minimum of those two values is taken, and then the reference velocity specified in the standard corresponding to the same test bullet is subtracted from the value to establish a safety margin. The implication of this approach is that it provides additional conservatism to provide greater assurance that the probability of perforation at Vref remains low, even if the armor performance curve were to shift downward due to some type of degradation.

In our analysis of V50 tests, it is typical for soft body armor models to exhibit a difference between V50 and V05 of approximately 40 m/s ( 130 ft/s), and the difference between V50 and the upper confidence limit at V05 would be even greater. For illustration purposes, consider the *least* conservative of these two: the V05 of the armor response curve. Using the information described by Coffelt, the average 9 mm V50 value used by Mr. Coffelt in his analysis was used here, except 130 ft/s was subtracted from it to provide an estimate of the original armor model's V05. The difference between the new armor's V05 and the NIJ reference velocity (Vref) establishes a more meaningful safety margin, shown in the rightmost column of the table beside Mr. Coffelt's 'Avg. Safety Margin'. Again, these safety margins are valid only for the 124 grain 9 mm FMJ round.

| Lvl | Mfr. | Model | Z Shield Layers | Other Zylon Layers | Non-Zylon Layers | NIJ Max Ref Velocity | Panel1 V50 | Panel2 V50 | Avg. Safety Margin | Revised Safety Margin |
|---|---|---|---|---|---|---|---|---|---|---|
| IIA | ABA | XTX2A-1 | 8 | 3 | 5 | 1150 | 1382 | 1372 | 227 | 97 |
| IIA | ABA | XTX2A-2 | 5 | 2 | 16 | 1150 | 1332 | 1502 | 267 | 137 |
| IIA | ProTech | SE2A-5 | 8 | 4 | 6 | 1150 | 1496 | 1467 | 331.5 | 202 |
| IIA | Safariland | PIIA-4.1 | 8 | 4 | 6 | 1150 | 1499 | 1448 | 323.5 | 194 |
| IIA | Safariland | PIIA-6.1 | 5 | 2 | 10 | 1150 | 1309 | 1299 | 154 | 24 |
| II | ABA | XTX2-1 | 11 | 4 | 6 | 1235 | 1652 | 1608 | 395 | 265 |
| II | ABA | XTZX2-1 | 13 | 9 | 1 | 1235 | 1599 | 1554 | 341.5 | 212 |
| II | ABA | XTX2-2 | 6 | 5 | 19 | 1235 | 1492 | 1606 | 314 | 184 |
| II | ProTech | SE2-6 | 11 | 0 | 13 | 1235 | 1591 | 1661 | 391 | 261 |
| II | Safariland | PII-4.4 | 11 | 0 | 13 | 1235 | 1666 | 1641 | 418.5 | 288 |
| II | Safariland | PII-6.0 | 7 | 4 | 10 | 1235 | 1572 | 1593 | 347.5 | 218 |
| IIIA | ABA | XTX3A-1 | 15 | 5 | 7 | 1460 | 1661 | 1676 | 208.5 | 78 |
| IIIA | ABA | XTX3A-2 | 6 | 7 | 22 | 1460 | 1597 | 1590 | 133.5 | 4 |
| IIIA | ABA | XTXS3A-1 | 8 | 9 | 8 | 1460 | 1808 | 1766 | 327 | 197 |
| IIIA | ABA | 3AXTZX | 30 | 0 | 3 | 1460 | 1707 | 1746 | 266.5 | 136 |
| IIIA | ProTech | SE3A-5 | 8 | 0 | 28 | 1460 | 1726 | 1736 | 271 | 141 |
| IIIA | ProTech | SE3AZ-1 | 8 | 0 | 28 | 1460 | 1667 | 1659 | 203 | 73 |
| IIIA | ProTech | FEDAGNT-1 | 39 | 0 | 0 | 1460 | 1955 | 1843 | 439 | 309 |

The implication of this revised safety margin is that one could reasonably expect that as long as the armor's 9 mm V50 does not decline more than the safety margin, one would expect no perforations, or only rare perforations, from the 9 mm test round fired at the NIJ reference velocity. Careful examination of the rightmost column reveals some disturbing findings: five models have safety margins less than 100 ft/s, six models have safety margins between 100 ft/s to 200 ft/s, and another three models have safety margins just over 200 ft/s. Note that only four models have safety margins over 250 ft/s.

The Vref for the .357 Magnum test round is 1430 ft/s (compared to 1205 ft/s for the 9 mm round), and after accounting for permissible tolerances, the maximum Vref for the .357 Magnum round is 1460 ft/s (compared to 1235 ft/s for the 9 mm round—which is the number used by Coffelt). Even if we accept the proposition that the .357 Magnum test round poses the same perforation risk to the armor as the 9 mm test round (which it does not…, the .357 Magnum test round tends to be more penetrative), the safety margin for .357 Magnum test rounds would be approximately 225 ft/s *less* than the safety margin for the 9 mm test round. This means that type II (protection level II) armor models having an apparent safety margin of 225 ft/s for 9 mm test rounds would essentially have no safety margin for .357 Magnum test rounds.

43

During Phase I testing under the BASI, we had available to us five units of used body armor ABA XTX2-1, which is a type II armor. Mr. Coffelt's flawed analysis states that the margin of safety for this model is 395 ft/s, a seemingly large margin; however, recall that this is based only on the 9 mm test round. My reexamination of this model establishes an estimated revised safety margin for the 9 mm test round of approximately 265 ft/s, and after subtracting 225 ft/s (as described above) an estimate for the safety margin for the .357 Magnum test round is approximately 40 ft/s or less! Now consider the experimental results. Of the five armor panels tested, none yielded any perforations when tested with the 9 mm test round. This is not surprising considering that initially there was a relatively large 9 mm safety margin (265 ft/s). However, consider now the .357 Magnum performance where the initial safety margin was much smaller, perhaps 40 ft/s or less. Three of the five armor panels yielded perforations with the .357 Magnum test round. There is very little safety margin built into this model when considering the more significant test round (i.e., the more challenging .357 Magnum test round). A relatively small extent of degradation can easily consume the small safety margin for the .357 Magnum test round, while still preserving most of the safety margin for the 9 mm test round.

As part of the same Phase I testing, we had available to us one unit of used body armor ABA XTZX2-1, which is a different model of type II armor. Mr. Coffelt's flawed analysis places the margin of safety for this model at 341.5 ft/s; however, recall that this is based only on the 9 mm test round. Note that this safety margin is approximately 50 ft/s less than the XTX2-1 model just discussed, so one could reasonably expect the performance of this model to be no better, and likely worse, than the XTX2-1 model. Based on my analysis described above, a more realistic safety margin for this model for the 9 mm test round is approximately 212 ft/s, and after subtracting 225 ft/s (as described above to account for the differences between Vref velocities for the two test rounds), an estimate for the safety margin for the .357 Magnum test round is approximately -13 ft/s! In other words, this model was designed with essentially no safety margin for the .357 Magnum test round. The implication is that since there is no safety margin for the .357 Magnum test round, any degradation begins to dramatically increase the risk of a perforation for the .357 Magnum test round at Vref. Perhaps it is not surprising then that the single armor panel tested during Phase I yielded two perforations out of the three shots taken with the .357 Magnum test round. Interestingly, one of the three shots taken with the 9 mm test round also perforated the armor, which suggests that degradation of this vest occurred to such an extent that all of the safety margin was consumed for both test rounds.

No other vests incorporating Z Shield were tested during Phase I. During Phase II testing, these same models resurfaced, and the test results were consistent with the explanation described here. As a vest's ballistic-resistance begins to decline, the effect is first noticed with whichever test round gives the smallest margin of safety. For type II armor, this is typically the .357 Magnum test round, a point that is completely ignored by Mr. Coffelt. During Phase II testing, four more units of armor were tested of each model mentioned above. Of the four XTX2-1 armor panels, one of the four panels yielded perforations to the 9 mm test round, while three of the four panels yielded perforations to the .357 Magnum test round, completely consistent with the degradation and safety margin theory described.

Of the four XTZX2-1 armor panels—recall this model has a 9 mm safety margin that is approximately 50 ft/s lower than the model XTX2-1, so one could reasonably expect to see worse results—three of the four panels yielded perforations to the 9 mm test round, and all four of the four panels tested yielded perforations to the .357 Magnum test round. Again, these results are completely consistent with the degradation and safety margin theory described.

There was one more relevant armor model tested during Phase II that has not been previously

44

discussed. Four units of ABA model XTX3A-1 were tested. This ia a type IIIA armor, so the relevant test rounds are the same 9 mm bullet desribed previously, except Vref is now 1430 ft/s, with an upper permissible bound of 1460 ft/s, and the 240 grain semi-jacketed hollow point .44 Magnum bullet, whose Vref is also at 1430 ft/s, with an upper limit of 1460 ft/s due to permissible tolerances. Mr. Coffelt's flawed analysis suggests the margin of safety for this model is 208 ft/s based on the orginal 9 mm V50 estimate developed during standards-based compliance testing. Based on my description of the need to compensate for the difference between a low probability of perforation (taken as 5 %) and 50 % by subtracting approximately 130 ft/s from the V50, a more realistic safety margin for this armor model is only 78 ft/s. Furthermore, the .44 Magnum test round tends to pose a more significant threat of perforation to many soft body armor systems. While the .44 Magnum bullet tends to deform more than the 9 mm bullet (which could make it easier to stop), it is nearly double the mass of the 9 mm test round, and therefore represents a more challenging energetic test round. Experimentally, V50s determined with .44 Magnum test rounds tend to be less than V50s determined from testing with 9 mm test rounds. Therefore, as was noted in the discussion about type II armor where the 9 mm vs. .357 Magnum comparison was made, a very similar conclusion is reached for type IIIA armor: for type IIIA armor, safety margins arrived at on the basis of 9 mm testing tend to overestimate the safety margin when considering .44 Magnum test rounds. Therefore, it is highly likely that the safety margin of the ABA model XTX3A-1 is somewhat less than 78 ft/s for the .44 Magnum test round. Experimentally, all four of the four armor units tested yielded perforations to the 9 mm test round, and not surprisingly considering the point just made, all four also yielded perforations to the .44 Magnum test round. The conclusion is that the safety margins initially built into this model, if any, were inadequate to compensate for the extent of degradation that occurred.

Based on these compelling results, Mr. Coffelt's claim about the Armor Holdings vests being designed with 'a significant margin of safety' is not substantiated, and his representations of the safety margins are misleading. An examination of the table reveals that of the 18 models represented, five models possess 9 mm safety margins less than 100 ft/s (ABA XTX2A-1, Safariland PIIA-6.1, ABA XTX3A-1, ABA XTX3A-2, and ProTech SE3AZ-1), six models possess 9 mm safety margins between 100 ft/s and 200 ft/s (ABA XTX2A-2, Safariland PIIA-4.1, ABA XTX2-2, ABA XTXS3A-1, ABA 3AXTZX, ProTech SE3A-5), and six models possess 9 mm safety margins between between 200 ft/s and 300 ft/s (ProTech SE2A-5, ABA XTX2-1, ABA XTZX2-1, ProTech SE2-6, Safariland PII-4.4, and Safariland PII-6.0), and only one model possesses a 9 mm safety margin in excess of 300 ft/s (ProTech FEDAGNT-1). The examples provided illustrate the invalidity of relying on misleading 9 mm safety margins in Mr. Coffelt's analysis to conclude that performance problems with models whose 9 mm safety margins spans nearly this

Mr. Coffelt states:

> There is no standard that defines what an acceptable margin of safety should be over either the street velocity or the NIJ reference velocity. Instead, body armor manufacturers must rely on their own judgment and experience in setting a sufficient safety margin.
>
> As a general rule of thumb, body armor manufacturers consider a 10 % margin or more above the NIJ reference velocity to be conservative, producing an armor package that will be capable of complying with NIJ certification tests. But this is just a rough rule of thumb and can vary from model to model depending on various factors. As the above data shows, Armor Holdings' Z Shield vests typically far exceeded that 10 % figure. Based on my decades of experience with body armor, it is obvious to me that Armor Holdings' design approach was extremely conservative. Armor Holdings could

45

have made thinner, lighter vests with fewer layers and that still most likely could have been designed to pass the NIJ certification tests. [2, p. 163]

It is unclear how Mr. Coffelt arrives at a 10 % margin as being conservative. In our tests, V50 performance losses of approximately 10 % were not uncommon, and then as explained above, one still requires the V50 to be greater than the velocity of interest where no perforations are tolerated (Vref). This latter quantity is estimated at 130 ft/s. Mr. Coffelt's figure describing the margin of safety percentage is misleading because it represents only 9 mm safety margins and fails to account for the additional margin described.

Mr. Coffelt lauds the Exponent Study[2, p. 165]; however, he does not provide a critical review of that study. When that study was originally published, I carefully reviewed it and concluded that the study was flawed and misleading. For example, the Exponent Study generated some number of V50 results, and then rather than presenting the actual V50 results, the authors elected to report only the average V50. The average may not bear a close resemblance to any of the actual results. Furthermore, the authors of the study then compared the average V50 to the NIJ reference velocity, and concluded that since the average V50s of the used armor were greater than Vref, there is no reason to be concerned about the performance of these models. This approach is so deeply flawed that the conclusions cannot be trusted. There are two issues to consider here: 1) As explained above in the assessment of Mr. Coffelt's analysis of safety margin, it is not valid or appropriate to compare a V50 where the probabilty of bullet perforation is 50 % to the Vref velocity where the probability of bullet perforation is very low. Doing so conceals the possibility that there could be a substantial probability of perforation at Vref. 2) The meaning of 'average' should make this point very clear. Some portion of the tested armor samples produced V50s that were lower than the reported average V50 values. How many specimens and much lower are not disclosed by the authors.

Mr. Coffelt claims that the NIJ standard has additional safety margin built into it beyond street level velocities.[2, p. 165] While this is true in most cases, it is not necessarily universally true. Consider the 9 mm test round for Type IIA armor. The NIJ Vref is 1120 ft/s. A review of a broad range of 9 mm cartridges using a similar bullet mass, when fired from common handguns, shows that velocities are comparable to Vref in the NIJ standard. Mr. Coffelt's claim, therefore, that the NIJ standard reference velocity 'has an additional safety margin built into it above the expected street level velocities is incorrect. A caveat to explain the exceptions would be appropriate.

Mr. Coffelt supports the use of V50 tests and criticizes the use of what he refers to as 'V-0' tests.[2, p. 166] Presumably, this refers to testing at Vref, where no, or only rare perforations are expected.

Mr. Coffelt states that, 'Application of the V-0 test for new [sic] vests would have been improper, because used vests are not expected to meet the V-0 velocities for new vests.' [2, p. 166] Presumably, based on context, he is referring to used vests rather than new vests in the first part of this sentence. He fails to offer any justification for why Vref testing is improper for used vests. It is true that the NIJ compliance program insists on testing new armor, but that is typical of certification programs. Virtually any product whose certification relies on testing uses new products. That fact, however, does invalidate the use of the same test methods and pass/fail criteria for used products. Perhaps the failure rate changes on used products, and that requires further investigation to understand why.

Mr. Coffelt argues that one should be able to rely on the V50 test. I agree that the V50 test is important for helping to understand how the armor performs, but as described in my commentary, the concept of 'safety margin' is grossly misinterpreted, as is the case in both Mr. Coffelt's analyis and the Exponent Study. Due to this apparent confusion about what V50 means in terms of performance at lower velocities, it is important to assess vest performance at Vref.

46

Mr. Coffelt includes a table of six vested under Phase I of the BASI, and he accepts the results for the first five that appear to support his contention that the vests have an adequate safety margin. To clarify, those first five vests shown appear to have some portion of safety margin for the 9 mm threat round; however, these are type II armors, and the more challenging .357 Magnum test round also needs to be considered. Based on my earlier explanation, and giving consideration to the .357 Magnum threat, Coffelts conclusion about safety margins for these vests is dubious. The experimental results obtained from ballistic tests support my opinion about the two safety margins, with the 9 mm safety margin maintaining some margin, while the .357 Magnum safety margin has been consumed entirely in some cases.

Interestingly, in this same table where Mr. Coffelt accepts the first five entries, he then argues to exclude the sixth entry representing test results for vest UZ023.[2, p. 166] Those results indicate that this vest model (ABA XTZX2-1) has lost nearly all of its 9 mm safety margin, which certainly means that it has lost all of its .357 Magnum safety margin. Mr. Coffelt's relies on a convenient argument that not much is known about the pedigree of armor unit tested. This argument is a common one, and certainly testing of fielded body armor presents many challenges. One very real challenge is getting reliable information about use, storage, and care. Based on my experience with this study and others, and familiarity with other studies involving fielded body armor, this type of information is rarely available, and if it is, the reliability of that information can easily be called into question. I have not encountered any agencies that track details for specific units of body armor. However, this is not a valid reason to ignore the results. Bad results deserve further scrutiny to determine if there is some potential explanation for them. If one were to adopt this posture to exclude any inconvenient result simply because some details were not known, then any type of incident or test involving fielded or used armor would have to be ignored, which is obviously at odds with a scientific desire to better understand fielded armor performance.

Mr. Coffelt argues that Honeywell's testing was not realistic because of the temperature and humidity conditions [2, p. 167]:

> There was no reason to believe that Honeywell's high heat and humidity data mimicked real life. That data showed that after approximately one year of constant aging at the extreme condition of 40C / 70 % RH, Z Shield degraded on the order of approximately 15 %. There is no reason to expect that this level of environmental degradation would occur over the lifetime of the vest due to exposure to heat and humidity. The conditions were extreme, and no vest would be exposed constantly to hot and humid temperatures, even those well short of 40C / 70 % RH. Thus, the vests would not need a substantial margin of safety to account for this degradation, even as they ultimately had a significant margin of safety built into them.

Mr. Coffelt appears to miss some important points. The conditions described by Mr. Coffelt appear to be reasonable ones that would reflect the environment near, or on a person. Therefore those conditions 40C / 70 % RH would indeed provide some information about material performance expectations in a real as-worn environment. However, these environmental conditions fail to consider the potential role of mechanical wear and tear on the armor system, which is likely to have adverse effects on the materials.

Mr. Coffelt summarizes his opinion by claiming that there is a 'lack of evidence for the point that the vests lacked an adequate safety margin.' [2, p. 167] As I explained earlier, there are clear indications based on both a responsible treatment of V50 test results and Vref testing to explain how

47

safety margins have been compromised, and in many cases have been been exceeded to the point where perforations at Vref were likely.

### 2.8.4   Consider that every type of test round may produce a different armor response curve

Mr. Coffelt has focused on V50s determined from testing with 9 mm projectiles. The NIJ standard describes two different test threat rounds for any given protection level. For levels IIA, II, and IIIA, the same 124 grain, full metal jacket 9 mm bullet is common, so it tends to be cited more frequently. Indeed, NIJ Standard-0101.04 required determining a V50 for informational purposes, although the extent of testing was somewhat limited. However, it is important to consider that V50s using other threat rounds may be informative. Consider level II armor. Generally, the .357 Magnum threat round will produce a lower V50 than the 9 mm threat round. The implication is that if one focuses on safety margins estimated from less taxing threat rounds, and believes that a certain amount of performance loss (due to any type of mechanisms) could be tolerated, there are scenarios where more challenging threat rounds would perforate the armore. For this reason, it is important to consider the more challenging threat round when establishing a safety margin. Preferably, this would be done with both threat rounds.

Indeed, when the comparison is performed in this manner, one might reach the same conclusion, and while Mr. Coffelt emphasizes that his experience leads him to conclude that these are 'very good margins that reflect very sound and responsible design work', he fails to critically consider the full picture. The fact is that these eighteen models were submitted for compliance testing, and that testing requires a demonstration that several performance-related criteria are met for the samples tested. Those criteria include no perforations during P-BFS testing with two different threat rounds, each fired a a velocity falling within certain specification ranges. No BFS exceeding 44 mm for any of the measured shots. The V50 test was performed for informational purposes only. Only one of those threat rounds is the 9 mm projectile. Mr. Coffelt is neglecting to consider what the armor performance looks like with the other threat round.

My statement about expectations that fielded armor will perform similar to new armor is not at odds with the Government's experts, contrary to the assertion made by Mr. Coffelt. A careful reading of my statement reveals that I used the word 'similar,' which is different than the same. Many in the industry prefer the V50 test to characterize armor, and often the V50 result is compared to a baseline V50 obtained from the original armor certification test.

To develop their proprietary vest solutions, most, if not all, body armor manufacturers perform their own testing at in-house ballistic laboratories to evaluate their armor package designs.[2, p. 11]

48

# 3   Rebuttal to Dr. Anoush Poursartip

Dr. Poursartip's expert opinions overlap substantially with those of Mr. Coffelt. Rather than repeat my rebuttal points, I simply note that my rebuttal of Mr. Coffelt's opinions also apply to Dr. Poursartip's overlapping opinions in his summary of opinions, as follows:

| Mr. Coffelt | Dr. Poursartip |
|---|---|
| Opinion 1 | Opinions 4 and 14 |
| Opinion 2 | Opinion 3 |
| Opinion 3 | Opinions 5 and 6 |
| Opinion 4 | Opinions 1, 2, and 17-20 |
| Opinion 5 | Opinions 1, 2, and 20 |
| Opinion 6 | Opinions 7-8, 14, and 24 |
| Opinion 7 | Opinions 9-13, 15, and 24 |
| Opinion 8 | Opinions 1 and 20 |

I have a few additional rebuttal points about Dr. Poursartip's opinions.

Dr. Poursartip recognizes that compression or bending is important, and he even explains that experience has shown which fibers are suitable. In this explanation, he specifically mentions failure modes due to compression or bending.

> Experience has shown that a small subset of these fibers are suitable for ballistic applications. Compared to staple industrial fibers, ballistic fibers have higher elongation to failure, and in particular their failure mode in compression or bending is such that the fiber does not fail in a brittle manner, but rather fails in a ductile manner. This allows for the weaving and handling of the fiber into textile cloth and other forms suitable for soft ballistic body armor.[3, p. 15]

Then inexplicably, in his Opinion 15(b), he states that Honeywell could not have known about the criticality of this failure mechanism:

> Research led by Mr. Gale Holmes at NIST showing that environmental degradation per se cannot explain the Zylon loss of performance, and that mechanical loading is a key contributor to degradation. There could be no suggestion that Honeywell should have been aware of the significant impact of mechanical loading on the environmental degradation of Zylon when it was not until much later that any studies indicated this as a potential issue. [3, p. 5]

49

Dr. Poursartip's argument is not valid. According to his earlier statement, those who are involved with ballistic applications have the experience to know about this mechanism and its criticality. Routine usage of soft body armor causes armor panels to flex and bend, which results in the application of both tension and compression forces to ballistic fibers inside the body armor. The government research found that bending Zylon fibers resulted in significant losses in tensile properties.

Dr. Poursartip presents his own analysis of selected Phase I and Phase II tests [3, p. 56-60], and in that analysis he arbitrarily applies his own set of pass/fail criteria. In the first step, he pretends as though the 2005 tests that were performed using the then-current 0101.04 Vref velocities should have instead used Vref velocities that were not established until 2008 when NIJ published the 0101.06 standard. In the .06 standard, NIJ took steps to establish two sets of velocities, one applying to unconditioned armor, the other to conditioned armor. Dr. Poursartip then automatically dismisses many of the documented failures under the .04 conditions because his application of a lower velocity from .06 would classify those shots as being unfair because the velocities were too high. By doing this, Dr. Poursartip conveniently makes poor test results disappear; however, he does not know whether the armor still would have yielded a perforation had it been tested at his arbitrarily chosen test velocity. He simply concludes that the shot was too high and therefore the result should be negated. This type of analysis is invalid, and obviously serves an ulterior motive.

The result of Dr. Poursartip's first invalid analysis still left five vest failures, so in an apparent effort directed at explaining away as many of those failures as possible, Dr. Poursartip engages in a second analysis.[3, p. 60-61] In the second analysis, Dr. Poursartip arbitrarily invents a test velocity that he claims should have been used to assess the Phase II armors under the Body Armor Safety Initiative. Dr. Poursartip apparently believes that one should be able to apply a scaling factor equal to the ratio of conditioned velocity to new velocity in order to establish an 'equivalent 0101.04 conditioned velocity.' Blind application of his method produces conditioned velocities that would create a serious safety risk to those wearing body armor. As before, Dr. Poursartip contends that the actual test data should be conveniently ignored because the actual test velocities exceed his arbitrarily selected velocity. Despite this obviously and critically flawed analysis, Dr. Poursartip still does not know whether the armor would have yielded a perforation had it been tested at his arbitrarily chosen test velocity.

None of Dr. Poursartip's conclusions [3, p. 61-62] resulting from these two retrospective analyses of Phase I and Phase II ballistic results are valid.

As explained elsewhere, for level II armor, the .357 Magnum tends to be the more penetrative of the two test round types, and the safety margin is almost certainly smaller than the 9 mm safety margin. Similarly, for level IIIA armor, the .44 Magnum tends to be more penetrative of the two test round types, and its safety margin is likely smaller than the 9 mm safety margin. Dr. Poursartip's analysis of V50 data for both levels II and IIIA relies on 9 mm testing [3, p. 62-64]. By doing so, he fails to consider that the vests would have a substantially higher risk of perforation far sooner with the other test round (i.e., .357 Magnum or .44 Magnum, whichever is relevant), as opposed to the 9 mm test round. Furthermore, Dr. Poursartip arbitrarily selects his own 9 mm velocities against which to assess the V50 data; consequently, he conveniently reclassifies perforations as not valid because the actual test velocities exceeded his arbitrarily selected velocity. This type of analysis is not valid, and cannot be relied up for any conclusions.

Ironically, Dr. Poursartip claims that the Third Status Report offers a misleading portrayal of V50 data.[3, p. 65-69] He then continues with a presentation of the V50 data that is also misleading because it relies on 9 mm data and fails to consider that compromised safety margins are likely to be seen first with the other test round types.

50

The metric utilized in the Third Status Report is the difference between V50 and the max Vref. That metric was intended to cause readers to think about what happens as the V50 shifts downward (suppose degradation has occurred). However, this metric was not intended to be interpreted as Dr. Poursartip is doing. Dr. Poursartip's interpretation is consistent with that of Mr. Coffelt and Armor Holdings and Exponent. All have adopted a position that the V50 may decline all the way down to Vref max. This would expose a body armor wearer to a much higher risk of perforation. A much more responsible interpretation of this range (V50 - Vref max) is to consider the length of the lower tail of the armor performance curve, and ensure that some point on that tail remains above Vref max. The implication is that a vest may only be able to tolerate a decline of 10 % of the range, or some other small number, before this safety risk appears.

Dr. Poursartip states: 'This reasoning is surprising. An assumption of the Body Armor Safety Initiative was that aramid vests were not an issue, which is why they were not part of the formal test program. Even one failure of an aramid vest therefore should have been notable to government researchers.'[3, p. 71] Dr. Poursartip incorrectly characterizes the Body Armor Safety Initiative. An assumption was not made regarding any materials; however, the initiative very clearly required an assessment of Zylon-containing body armor. That is the reason why other materials were not part of the formal sampling and testing program.

Dr. Poursartip also alleges that confirmation bias is embedded in NIJ 0101.06. [3, p. 79]. However, he offers no absolutely no evidence to support that opinion. He does describe engineering work to develop a conditioning protocol that subjects body armor to certain environmental conditions. In order to ensure that the extent of degradation was consistent with that seen in some field return specimens, the severity of the protocol was tuned, subject to certain constraints. This type of activity does not meet the definition of confirmation bias.

51

Kirk D. Rice
4 October 2016

52

# 4   References

[1] John Ashcroft.  "Attorney General Ashcroft Announces Bulletproof Vest Safety Initiative".
    Press Release, November 18 2003.  URL http://ojp.gov/bvpbas1/docs/D0J03624.htm. accessed
    September 2, 2016.

[2] Robert A. Coffelt. Expert report of Robert A. Coffelt (United States of America v. Honeywell
    International, Inc.). Technical Report No. 08-961, May 2016.

[3] Anoush Poursartip. Expert report of Anoush Poursartip (United States of America v. Honey-
    well International, Inc.). Technical Report Case No. 1:08-CV-991 (D.D.C.), May 2016.

# EXHIBIT 13

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:08-cv-00961 (PLF-DWR) |
| | ) |
| HONEYWELL INTERNATIONAL INC., | ) Jury Trial Requested |
| | ) |
| Defendant. | ) |
| | ) |

## DEFENDANT HONEYWELL INTERNATIONAL INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO THE UNITED STATES OF AMERICA'S FIRST AMENDED COMPLAINT

Defendant Honeywell International, Inc. ("Honeywell") for its Answer to the allegations in the First Amended Complaint of Plaintiff United States of America, states as follows:

1.      Honeywell admits that it sold Z Shield to Armor Holdings, Inc., which incorporated Z Shield into bullet resistant vests, including at least some of the model numbers referenced in Paragraph 1.  With respect to the remaining allegations in Paragraph 1, Honeywell denies them.

2.      Honeywell admits that it purchased Zylon fiber from Toyobo and applied its patented shield technology to convert Zylon into Z Shield, which Honeywell sold to Armor Holdings.  Honeywell admits that a September 2000 product specification, HW0000655, describes the composition of Z Shield as a "pre-consolidated roll made from unidirectional PBO fiber impregnated in a resin matrix, cross-plied in a (0/90) degree orientation, sandwiched in a thermoplastic film."  To the extent Paragraph 2 contains additional allegations, Honeywell denies them.

3.      Honeywell admits that both DSM and FMS tolled Z Shield and that Z Shield was a Honeywell product sold to Armor Holdings.  Honeywell denies the remaining allegations in Paragraph 3 and/or disputes the characterizations in Paragraph 3 and therefore denies the allegations.

4.      Honeywell admits that Z Shield is trademarked.  Honeywell otherwise denies the allegations in Paragraph 4 and/or disputes the characterizations in Paragraph 4 and therefore denies the allegations.

5.      Honeywell denies the allegations in Paragraph 5.

6.      Honeywell denies the allegations in Paragraph 6.

7.      Honeywell denies the allegations in Paragraph 7.

8.      Honeywell denies the allegations in Paragraph 8.

9.      Honeywell denies the allegations in Paragraph 9 and/or disputes the characterizations in Paragraph 9 and therefore denies the allegations.

10.     Honeywell denies the allegations in Paragraph 10.

11.     Honeywell denies the allegations in Paragraph 11.

12.     Honeywell denies the allegations in Paragraph 12.

13.     Honeywell denies the allegations in Paragraph 13.

14.     Honeywell denies the allegations in Paragraph 14.

15.     Honeywell does not contest this Court's jurisdiction over this matter and admits that it conducts business in the District of Columbia.  With respect to the remaining allegations in Paragraph 15, Honeywell either denies them or lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations and therefore denies them.

16.     Honeywell does not contest venue as alleged.

17.     Honeywell admits that the United States is the plaintiff.  To the extent the remaining portions of Paragraph 17 are allegations, Honeywell either denies them or lacks knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies them.

18.     Honeywell admits that it is the defendant in this case and that it is a U.S. corporation, but denies the remaining allegations in Paragraph 18 because the stated business address is no longer correct.

19.     Paragraph 19 contains no allegations and thus no response is required.

20.     Honeywell denies the allegations in Paragraph 20.

21.     Honeywell admits the allegations in Paragraph 21.

22.     Honeywell admits that the GSA MAS program provides contract-based catalogs for commercially available supplies and services and that each GSA Schedule contains subcategories of similar items referred to as Special Item Number (SIN).  Honeywell otherwise denies the allegations in Paragraph 22 and/or disputes the characterizations in Paragraph 22 and therefore denies the allegations.

23.     Honeywell denies the allegations in Paragraph 23 and/or disputes the characterizations or lacks knowledge or information sufficient to form a belief about the truth of the allegations and characterizations in Paragraph 23, and therefore denies the allegations.

24.     Honeywell denies the allegations in Paragraph 24 and/or lacks knowledge or information sufficient to form a belief about the truth of the allegations and characterizations in Paragraph 24, and therefore denies the allegations.

25.     Honeywell admits that OJP administers the BPVGPA and that under this program states and localities are reimbursed for their purchase of body armor.  With respect to the

remaining allegations, Honeywell lacks knowledge or information sufficient to form a belief about the truth of the allegations and characterizations in Paragraph 25 and therefore denies the allegations.

26.     Honeywell lacks knowledge or information sufficient to form a belief about the truth of the allegations and characterizations in Paragraph 26 and therefore denies the allegations.

27.     Honeywell admits that it sold Z Shield to Armor Holdings, Inc., which incorporated Z Shield into bullet resistant vests.  Honeywell denies the remaining allegations in Paragraph 27 and/or lacks knowledge or information sufficient to form a belief about the truth of the allegations and characterizations in Paragraph 27 and therefore denies the allegations.

28.     Honeywell lacks knowledge or information sufficient to form a belief about the truth of the allegations and characterizations in Paragraph 28 and/or disputes the characterizations in Paragraph 28, and therefore denies them.

29.     Honeywell denies the allegations in Paragraph 29 and/or disputes the characterizations in Paragraph 29 and therefore denies the allegations.

30.     Honeywell disputes the characterizations and therefore denies the allegations in Paragraph 30.

31.     Honeywell admits that the V-50 test is a test used to measure ballistic performance.  With respect to the remaining allegations in Paragraph 31, Honeywell disputes the characterizations and therefore denies the allegations.

32.     Honeywell admits that the V-0 test is a test used to measure ballistic performance. With respect to the remaining allegations in Paragraph 32, Honeywell disputes the characterizations and therefore denies the allegations.

33.     Honeywell admits that PBO stands for poly-p-phenylene benzobisoxazole and that Toyobo commercialized PBO under the trade name Zylon.  Honeywell lacks knowledge or information sufficient to form a belief about the truth of the the remaining allegations and characterizations in Paragraph 33 and therefore denies the allegations.

34.     Honeywell admits that Zylon was woven into fabric used in bullet resistant vests. Honeywell lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations and characterizations in Paragraph 34 and therefore denies the allegations.

35.     Honeywell admits that AlliedSignal entered into a non-disclosure agreement with Toyobo in order to procure Zylon fiber and develop a shield product out of Zylon fibers, and that Zylon fiber can be converted to shield. Honeywell denies the remaining allegations of Paragraph 35 and/or disputes the characterizations in Paragraph 35 and therefore denies the allegations.

36.     Honeywell admits that it formed a business relationship with DSM to perform tolling services in the manufacture of Z Shield, and that Honeywell began selling Z Shield commercially in 2000.  Honeywell denies the remaining allegations in Paragraph 36 and/or disputes the characterizations therein and therefore denies the allegations.

37.     Honeywell admits that FMS tolled Z Shield after DSM, and that it did so through 2005.  Honeywell denies the remaining allegations in Paragraph 37 and/or disputes the characterizations in Paragraph 37 and therefore denies the allegations.

38.     Honeywell admits that Z Shield is made with unidirectional layers of Zylon fiber. With respect to the remaining allegations in Paragraph 38, Honeywell denies the allegations and/or disputes the characterizations in Paragraph 38 and therefore denies the allegations.

39.     Honeywell denies the allegations in Paragraph 39 and/or disputes the characterizations in Paragraph 39 and therefore denies the allegations.

40.     Honeywell admits that it performed ballistics testing on Z Shield after subjecting it to conditions of high heat and humidity.  Honeywell otherwise denies the allegations in Paragraph 40 and/or disputes the characterizations in Paragraph 40 and therefore denies the allegations.

41.     Honeywell admits that it performed ballistics testing on Z Shield after subjecting it to conditions of high heat and humidity.  Honeywell otherwise denies the allegations in Paragraph 41 and/or disputes the characterizations in Paragraph 41 and therefore denies the allegations.

42.     Honeywell admits that it performed ballistics testing on Z Shield after exposure to uncontrolled environmental conditions in a warehouse in Petersburg, Virginia.  Honeywell denies the remaining allegations in Paragraph 42.

43.     Honeywell admits that it sold Z Shield to Armor Holdings, which incorporated Z Shield into bullet resistant vests.  Honeywell also admits that Armor Holdings was the exclusive distributor in the United States of vests containing Z Shield.  With respect to the remaining allegations in Paragraph 43, Honeywell denies the allegations and/or lacks knowledge or information sufficient to form a belief about the truth of the allegations and/or disputes the characterizations, and therefore denies the allegations.

44.     Honeywell disputes the characterizations in Paragraph 44 and therefore denies the allegations.

45.     Honeywell admits that all vests containing Z Shield that Armor Holdings sold in the United States were certified by NIJ under the NIJ 0101.04 Standard.  Honeywell otherwise disputes the characterizations in Paragraph 45 and therefore denies the remaining allegations in Paragraph 45.

46.     Honeywell admits that the language quoted in Paragraph 46 is "typical" of the Armor Holdings warranties for vests containing Z Shield.  With respect to the remaining allegations, Honeywell denies the allegations in Paragraph 46 and/or disputes the characterizations in Paragraph 46 and/or lacks knowledge or information sufficient to form a belief about the truth of the allegations and therefore denies them.

47.     Honeywell admits that it performed ballistics testing on Z Shield after subjecting it to conditions of high heat and humidity and after it was exposed to uncontrolled warehouse conditions.  With respect to the remaining allegations in Paragraph 47, Honeywell denies the allegations in Paragraph 47 and/or disputes the characterizations in Paragraph 47 and therefore denies the allegations.

48.     Honeywell denies the allegations in Paragraph 48.

49.     Honeywell denies the allegations in Paragraph 49 and/or disputes the characterizations in Paragraph 49 and therefore denies the allegations.

50.     Honeywell denies the allegations in Paragraph 50.

51.     Honeywell denies the allegations in Paragraph 51 and/or disputes the characterizations in Paragraph 51 and therefore denies the allegations.

52.     Honeywell denies the allegations in Paragraph 52.

53.     Honeywell denies the allegations in Paragraph 53 and/or disputes the characterizations in Paragraph 53 and therefore denies the allegations.

54.     Honeywell admits that, on May 22, 2002, Dr. Ashok Bhatnagar forwarded data to Dr. Sheldon Kavesh.  Honeywell denies the remaining allegations in Paragraph 54 and/or disputes the characterizations in Paragraph 54 and therefore denies the allegations.

55.     Honeywell admits that, on December 29, 2004, a patent was filed entitled "Moisture-Resistant PBO Fiber and Articles, and Method of Making."  Honeywell denies the remaining allegations in Paragraph 55 and/or disputes the characterizations in Paragraph 55 and therefore denies the allegations.

56.     Honeywell denies the allegations in Paragraph 56 and/or disputes the characterizations in Paragraph 56 and therefore denies the allegations.

57.     Honeywell denies the allegations in Paragraph 57 and/or disputes the characterizations in Paragraph 57 and therefore denies the allegations.

58.     Honeywell denies the allegations in Paragraph 58.

59.     Honeywell denies the allegations in Paragraph 59.

60.     Honeywell denies the allegations in Paragraph 60.

61.     Honeywell admits that in April 2000, Toyobo sent Honeywell correspondence containing the text quoted in Paragraph 61.  Honeywell denies the remaining allegations in Paragraph 61 and/or disputes the characterizations therein and therefore denies the remaining allegations in Paragraph 61.

62.     Honeywell admits that in June of 2000 it provided Armor Holdings with test data relating to the impact of ultra-violet light on the ballistic performance of Z Shield.  Honeywell otherwise denies the allegations in Paragraph 62.

63.     Honeywell denies the allegations in Paragraph 63 and/or disputes the characterizations in Paragraph 63 and/or lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 63 and therefore denies the allegations.

64.     Honeywell admits that on July 5, 2001, DSM sent a fax to Honeywell and several other companies in the body armor industry containing the text quoted in Paragraph 64.  To the extent that Paragraph 64 makes other allegations, Honeywell denies those allegations.

65.     Honeywell admits that on July 6, 2001, Toyobo sent correspondence to Honeywell and other companies containing the text quoted in Paragraph 65.  Honeywell disputes the characterizations in Paragraph 65 and therefore denies the remaining allegations in Paragraph 65.

66.     Honeywell admits that on July 9, 2001, Armor Holdings issued a body armor storage advisory warning its customers to store body armor containing woven Zylon or Z Shield in a dry and cool place and not to store it at temperatures above 120 degrees F and 50% humidity.  Honeywell denies the remaining allegations in Paragraph 66.

67.     Honeywell admits that on July 6, 2001, it sent a letter to Armor Holdings containing the text quoted in Paragraph 67.  Honeywell otherwise denies the allegations in Paragraph 67.

68.     Honeywell admits that on July 19, 2001, Toyobo sent a letter to Honeywell. Honeywell denies the remaining allegations in Paragraph 68 and/or disputes the characterizations in Paragraph 68 and therefore denies the allegations.

69.     Honeywell denies the allegations in Paragraph 69 and/or disputes the characterizations therein and therefore denies the allegations.

70.     Honeywell admits that on August 28, 2001, Toyobo sent Honeywell a letter containing the text referenced in Paragraph 70.  Honeywell further admits that in September 2001 Toyobo published a technical bulletin. With respect to the remaining allegations and characterizations in Paragraph 70, Honeywell lacks knowledge or information sufficient to form

a belief about the truth of the allegations in Paragraph 70 and/or disputes the characterizations therein and therefore denies the allegations.

71.     Honeywell admits that Toyobo provided Honeywell with data concerning Zylon in November 2001.  With respect to the remaining allegations, Honeywell either denies them and/or disputes the characterizations in Paragraph 71 and/or lacks knowledge or information sufficient to form a belief about the about the remaining allegations and characterizations in Paragraph 71 and therefore denies the remaining allegations in Paragraph 71.

72.     Honeywell denies the allegations in Paragraph 72 and/or disputes the characterizations in Paragraph 72 and/or lacks knowledge or information sufficient to form a belief about the truth of the allegations and characterizations in Paragraph 72 and therefore denies the allegations.

73.     Honeywell admits that it performed ballistics testing on Z Shield after subjecting it to conditions of high heat and humidity and uncontrolled warehouse conditions.  With respect to the remaining allegations in Paragraph 73, Honeywell denies the allegations and/or disputes the characterizations therein, and therefore denies the allegations.

74.     Honeywell admits that it provided data on Z Shield to Armor Holdings in an August 9, 2001 letter.  Honeywell otherwise denies the allegations in Paragraph 74.

75.     Honeywell denies the allegations in Paragraph 75.

76.     Honeywell admits that it continued testing on Z Shield at different temperatures and humidity levels.   Honeywell denies the remaining allegations in Paragraph 76 and/or disputes the remaining characterizations in Paragraph 76 and therefore denies the remaining allegations in Paragraph 76.

77.     Honeywell admits that on October 4, 2001 it shared and discussed testing results with Armor Holdings.  Honeywell denies the remaining allegations in Paragraph 77 and/or disputes the characterizations therein, and therefore denies the allegations.

78.     Honeywell denies the allegations in Paragraph 78.

79.     Honeywell admits that it "shared the results of th[e] testing" referenced in Paragraph 79 with Armor Holdings.  Honeywell otherwise denies the allegations in Paragraph 79.

80.     Honeywell denies the allegations in Paragraph 80.

81.     Honeywell denies the allegations in Paragraph 81.

82.     Honeywell admits that it shared Z Shield data with Armor Holdings at a meeting on January 22, 2003.  Honeywell otherwise denies the allegations in Paragraph 82 and/or disputes the characterizations in Paragraph 82 and therefore denies the allegations.

83.     Honeywell admits that Armor Holdings signed a "Handling, Care, and Use Recommendations" letter prepared by Honeywell.  Honeywell denies the remaining allegations in Paragraph 83 and/or disputes the characterizations in Paragraph 83 and therefore denies the remaining allegations in Paragraph 83.

84.     Honeywell denies the allegations and/or characterizations in Paragraph 84 and therefore denies the allegations in Paragraph 84.

85.     Honeywell admits that a Zylon vest manufactured by Second Chance was penetrated in the field in June 2003 and admits that this vest did not contain Honeywell's Z Shield product.  Honeywell denies the remaining allegations in Paragraph 85 and/or disputes the characterizations in Paragraph 85 and therefore denies the remaining allegations in Paragraph 85.

86.     Honeywell admits that the Attorney General initiated an investigation into Zylon's suitability as a ballistic resistant material.  Honeywell denies the remaining allegations in Paragraph 86 and/or lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations and characterizations in Paragraph 86 and therefore denies the remaining allegations in Paragraph 86.

87.     Honeywell denies the allegations in Paragraph 87.

88.     Honeywell disputes characterizations in Paragraph 88 and therefore denies the allegations in Paragraph 88.

89.     Honeywell denies the allegations in Paragraph 89.

90.     Honeywell denies the allegations in Paragraph 90.

91.     Honeywell admits that it provided technical bulletins to Armor Holdings. Honeywell otherwise denies the allegations in Paragraph 91.

92.     Honeywell denies the allegations in Paragraph 92.

93.     Honeywell denies the allegations in Paragraph 93.

94.     Honeywell denies the allegations in Paragraph 94.

95.     Honeywell denies the allegations in Paragraph 95.

96.     Honeywell denies the allegations in Paragraph 96.

97.     Honeywell admits that it performed ballistics testing on Z Shield after subjecting it to conditions of high heat and humidity and after it was exposed to uncontrolled warehouse conditions.  Honeywell otherwise denies the allegations in Paragraph 97.

98.     Honeywell admits that on or about September 5, 2003, a Honeywell employee prepared a report entitled "Exposure Sample Testing Report."   Honeywell otherwise denies allegations in Paragraph 98.

99.     Honeywell disputes the characterizations in Paragraph 99 and therefore denies the allegations in Paragraph 99.

100.    Honeywell denies the allegations in Paragraph 100 and/or disputes the characterizations in Paragraph 100 and therefore denies the allegations in Paragraph 100.

101.    Honeywell denies the allegations in Paragraph 101 and/or disputes the characterizations in Paragraph 101 and therefore denies the allegations in Paragraph 101.

102.    Honeywell denies the allegations in Paragraph 102.

103.    Honeywell denies the allegations in Paragraph 103 and/or disputes the characterizations in Paragraph 103 and therefore denies the allegations.

104.    Honeywell denies the allegations in Paragraph 104 and/or disputes the characterizations in Paragraph 104 and therefore denies the allegations in Paragraph 104.

105.    Honeywell denies the allegations in Paragraph 105 and/or disputes the characterizations in Paragraph 105 and therefore denies the allegations in Paragraph 105.

106.    Honeywell denies the allegations in Paragraph 106 and/or disputes the characterizations in Paragraph 106 and therefore denies the allegations in Paragraph 106.

107.    Honeywell denies the allegations in Paragraph 107 and/or disputes the characterizations in Paragraph 107 and therefore denies the allegations in Paragraph 107.

108.    Honeywell denies the allegations in Paragraph 108 and/or disputes the characterizations in Paragraph 108 and therefore denies the allegations in Paragraph 108.

109.    Honeywell admits that it provided a technical bulletin to Armor Holdings in October of 2003.  Honeywell otherwise disputes the characterizations in Paragraph 109 and therefore denies the allegations in Paragraph 109.

110. Honeywell admits that the technical bulletin provided to Armor Holdings contained a graph. Honeywell otherwise denies the allegations in Paragraph 110.

111. Honeywell admits that the technical bulletin provided to Armor holdings contained the language quoted in Paragraph 111. Honeywell denies the remaining allegations in Paragraph 111 and/or disputes the characterizations in Paragraph 111 and therefore denies the remaining allegations in Paragraph 111.

112. Honeywell denies the allegations in Paragraph 112.

113. Honeywell admits that Armor Holdings retained Exponent to conduct testing on vests containing Z Shield. Honeywell denies the remaining allegations in Paragraph 113 and/or disputes the characterizations in Paragraph 113 and/or lacks knowledge or information sufficient to form a belief about the truth of the remaining characterizations and allegations in Paragraph 113 and therefore denies the remaining allegations in Paragraph 113.

114. Honeywell denies the allegations in Paragraph 114.

115. Honeywell admits that, on June 24, 2005, Scott O'Brien sent an e-mail to Honeywell containing the text referenced in Paragraph 115. Honeywell otherwise denies the allegations in Paragraph 115.

116. Honeywell admits that the text referenced in Paragraph 116 appears in an e-mail drafted by Dr. Lori Wagner on June 27, 2005. Honeywell otherwise denies the allegations in Paragraph 116.

117. Honeywell denies the allegations in Paragraph 117.

118. Honeywell admits that the text referenced in Paragraph 118 appears in an e-mail from Scott O'Brien to other Armor Holdings employees. Honeywell otherwise denies the allegations in Paragraph 118.

119.    Honeywell denies the allegations in Paragraph 119.

120.    Honeywell denies the allegations in Paragraph 120.

121.    Honeywell admits that FMS tolled Z Shield after DSM.  Honeywell otherwise denies the allegations in Paragraph 121.

122.    Honeywell denies the allegations in Paragraph 122 and/or disputes the characterizations in Paragraph 122 and therefore denies the allegations in Paragraph 122.

123.    Honeywell denies the allegations in Paragraph 123 and/or disputes the characterizations in Paragraph 123 and therefore denies the allegations in Paragraph 123.

124.    Honeywell denies the allegations in Paragraph 124 and/or disputes the characterizations in Paragraph 124 and therefore denies the allegations in Paragraph 124.

125.    Honeywell denies the allegations in Paragraph 125 and/or disputes the characterizations in Paragraph 125 and therefore denies the allegations in Paragraph 125.

126.    Honeywell lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 126 and therefore denies the allegations in Paragraph 126.

127.    Honeywell admits that it met with Toyobo to discuss red thread in February of 2004.  Honeywell denies the remaining allegations in Paragraph 127 and/or disputes the characterizations in Paragraph 127 and therefore denies the remaining allegations in Paragraph 127.

128.    Honeywell denies the allegations in Paragraph 128.

129.    Honeywell denies the allegations in Paragraph 129.

130.    Honeywell denies the allegations in Paragraph 130.

131.    Honeywell denies the allegations in Paragraph 131 and/or disputes the characterizations in Paragraph 131 and/or lacks knowledge or information sufficient to form a

belief as to the truth of the characterizations and allegations therein and therefore denies the allegations.

132.    Honeywell admits that NIJ issued a report entitled the "Third Status Report to the Attorney General on Body Armor Safety Initiative Testing and Activities" on August 24, 2005 and also issued a notice entitled the "Body Armor Standard Advisory Notice #01-2005" that contains the text referenced in Paragraph 132.  Honeywell denies the remaining allegations in Paragraph 132 and/or disputes the characterizations in Paragraph 132 and therefore denies the allegations.

133.    Honeywell disputes the characterizations in Paragraph 133 and therefore denies the allegations in Paragraph 133.

134.    Honeywell incorporates by reference the responses set forth in Paragraphs 1 through 133, inclusive, as though fully set forth herein.

135.    Honeywell denies the allegations in Paragraph 135.

136.    Honeywell denies the allegations in Paragraph 136.

137.    Honeywell denies the allegations in Paragraph 137.

138.    Honeywell incorporates by reference the responses set forth in Paragraphs 1 through 133, inclusive, as though fully set forth herein.

139.    Honeywell denies the allegations in Paragraph 139.

140.    Honeywell denies the allegations in Paragraph 140.

141.    Honeywell denies the allegations in Paragraph 141.

142.    Honeywell incorporates by reference the responses set forth in Paragraphs 1 through 133, inclusive, as though fully set forth herein.

143.    Honeywell denies the allegations in Paragraph 143.

144. Honeywell denies the allegations in Paragraph 144.

145. Honeywell denies the allegations in Paragraph 145.

## PRAYERS FOR RELIEF

Honeywell denies that the Government is entitled to statutory damages, civil penalties, costs, or any other relief it seeks under Counts 1, 2, and 3.

## AFFIRMATIVE AND/OR SPECIAL DEFENSES

1. Plaintiff's claims are barred in whole or in part by the doctrines of waiver and estoppel.[1]

2. Plaintiff's claims are barred in whole or in part by the applicable statute of limitations.

3. Plaintiff's damages, if any, were proximately caused by the acts or omissions of other persons or things for which Honeywell is not responsible and over which Honeywell lacks control.

4. Plaintiff's claims for damages are barred because plaintiff has been made whole through payments from other persons or entities.

5. Honeywell is entitled to a set-off for monies plaintiff has obtained through payments from other persons or entities.

6. Honeywell reserves the right to amend its pleading to add additional or other affirmative defenses or to delete and withdraw affirmative defenses as may become necessary after additional discovery, investigation, or subsequent developments relating to this case and expressly reserves the right to amend this Answer to assert such additional affirmative defenses in the future.

---

[1] In an August 26, 2011 Order, the Court granted the United States' motion to strike Honeywell's affirmative defenses of waiver and estoppel. Honeywell recognizes this ruling and asserts these defenses here in order to preserve them.

## JURY DEMAND

Honeywell demands a trial by jury on all claims so triable.


Date:   August 18, 2016                Respectfully submitted,


                                       /s/ Craig S. Primis, P.C.
                                       _____
                                       Craig S. Primis, P.C.
                                       Daniel A. Bress
                                       KIRKLAND & ELLIS LLP
                                       655 15th Street, N.W.
                                       Washington, D.C. 20005
                                       Tel: (202) 879-5000
                                       Fax: (202) 879-5200


                                       *Attorneys for Defendant*
                                       *Honeywell International Inc.*

Case 1:08-cv-00961-PLF-DAR Document 200-6 Filed 08/02/18 Page 773 of 811

**CERTIFICATE OF SERVICE**

This is to certify that on this 18th day of August, 2016, I electronically filed a true and correct copy of the foregoing Defendant's Answer and Affirmative Defenses to the Complaint by using the CM/ECF system, which will send a notice of electronic filing to attorneys for the United States that have appeared in this case.


/s/ John S. Moran
John S. Moran

# EXHIBIT 14

| | |
|---|---|
| **From:** | Swinger, Timothy A. |
| **Sent:** | Friday, June 13, 2003 2:16 PM |
| **To:** | Rammoorthy, Madhu; Bruco, Antonio (FR11); Wagner, Lori |
| **Subject:** | Z Shield Document |

**Attachments:**   Z Shield Honeywell document-Final June 13, 2003.pdf

All,
This is a copy of the document sent to AHI. Keep in your files for reference but don't distribute it unless we discuss.

Thanks,
Tim

Z Shield Honeywell
document-Fi...

1



EXHIBIT

Swinger 39

Qu 12/10/09

HW0021214
HNY005-1122



**Advanced Fibers & Composites**
15801 Woods Edge Road
Colonial Heights, VA 23834

## Z Shield® Ballistic Material

Honeywell has introduced a number of materials used in ballistic protection. It began in the mid 1980s with the introduction of Spectra® fiber, a high modulus polyethylene fiber ten times stronger than steel. Initially, Spectra® fiber was used in a woven form for both soft and hard ballistic protection.

In the late 1980s, scientists at Honeywell developed shield technology to capture the full benefits of high performance fibers in ballistic applications. Shield technology lays parallel strands of synthetic fiber side by side and holds them in place with a resin system, creating unidirectional tape. Two layers are then cross-plied at right angles (0°/90°) and fused into a composite structure under heat and pressure. Shield technology was originally developed utilizing Spectra® fiber for the Spectra Shield® family of ballistic materials. Over the years, Honeywell began using other high-performance fibers such as aramid fiber in our Gold Flex® product.

The most recent addition to Honeywell's shield technology has been the development of Z Shield® ballistic material. Z Shield® material utilizes PBO [poly(p-phenylene-2,6-benzobisoxazole)] fiber, better known by the trade name Zylon® which is produced by Toyobo in Japan.

Throughout the development of these ballistic materials, Honeywell conducts significant testing to understand their performance. This testing certainly includes ballistic threat testing to establish the materials' key performance criteria – its protective capability. But ballistic threat testing is only one component of the multitude of tests conducted on the materials. Testing is also performed which examines conditions associated with the manufacturing, environmental, ergonomics and aging characteristics. This is all in addition to the rigorous quality control testing employed throughout the manufacturing process.

Similar to the other Honeywell ballistic materials, Z Shield material has been subjected to significant testing both before and since introduction of the product in early 2000.

Z Shield material continuously performs at one of the highest protection levels for ballistic materials related to a weight vs. stopping power performance indicator. Honeywell's quality control process standard, which was developed for the Spectra Shield®, Spectra Shield Plus®, and Gold Flex® materials, was implemented for the newest shield product in the ballistic materials portfolio. All Z Shield® material is monitored for strict adherence to all quality control parameters for the material to ensure ballistic performance of the material. Over the years of manufacture, the Z Shield material has met all Honeywell quality standards.

June 13, 2003

HW0021215
HNY005-1123



**Advanced Fibers & Composites**
15801 Woods Edge Road
Colonial Heights, VA  23834

One question that arises is the long-term performance characteristics of Z Shield® material.  Aging testing is performed at Honeywell to examine this critical attribute.  Testing has been conducted on Z Shield® material to determine its performance over time.  Z Shield® material has been stored in an uncontrolled warehouse in which temperatures have been known to reach as high as 90 F and as low as 55 F.  Similarly, relative humidity has varied with levels as high as 80% and as low as 10%.

Quality control testing is performed at scheduled time intervals to evaluate the performance of the 'aged' material compared to both the baseline data and current Z Shield® material from production.  As mentioned, Z Shield® has only been commercial since early 2000.  Hence, data are available for a three-year time frame under these conditions.   Findings obtained over the three-year time indicate Z Shield® has remained at the same high level of ballistic protection. The data establish that the V50 of the material tested up to three years after production statistically is at the same level of performance as when it was produced and supplied to the vest manufacturers.  Just as with the other Honeywell ballistic materials, aging testing for Z Shield® material will continue up to and beyond the normally accepted 5-year life span of soft ballistic vests.

The fact that ballistic materials have prescribed usable lifetimes or that they might be susceptible to wear factors has been known for years in the industry. Honeywell has issued a Care and Handling document to vest manufacturers that purchase Z Shield® material.  It references the appropriate care and handling guidelines to help assure the performance of the material. Regardless of the ballistic material used, Care and Handling guidelines continue to be important to all vest users. This garment protects their lives and should be treated accordingly by following the recommendations by the garment manufacturer.

At Honeywell's Spectra business, the well being of law enforcement officers and military personnel who depend on our Spectra® fiber, Spectra Shield® materials, Gold Flex® material, and Z Shield® material is our primary concern. Our mission is to help protect law enforcement and military personnel through the development of advanced materials. We take that commitment very seriously.

For more information about Honeywell's ballistic materials, please visit our website: www.spectrafiber.com, where you can also find information about our partnership with the National Tactical Officers Association (NTOA) and the Safe Today, Alive Tomorrow officer safety awareness program.

June 13, 2003

HW0021216
HNY005-1124

# EXHIBIT 15

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:08-cv-00961 (RWR-JMF) |
| | ) |
| HONEYWELL INTERNATIONAL INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DECLARATION OF DR. LORI WAGNER IN SUPPORT OF HONEYWELL INTERNATIONAL INC.'S OPPOSITION TO THE UNITED STATES' MOTION TO COMPEL THE INSPECTION OF THE SHIELD MANUFACTURING PROCESS AND THE PRODUCTION OF DOCUMENTS AND THINGS FROM HONEYWELL**

I, Dr. Lori Wagner, hereby state and declare:

1.     I am a Special Projects Leader in the Advanced Fibers and Composites department at Honeywell International Inc.

2.     I hold a B.S. and Ph.D. in chemical engineering from Virginia Polytechnic Institute and State University. I earned my B.S. in 1982 and my Ph.D. in 1987.

3.     I began working for Honeywell (then Allied) in 1986. I have worked continuously at Honeywell since that time. At Honeywell, I have held various positions related to the research and development of products used in the manufacture of body armor, including Process Engineer, Process Development Team Leader, Technology Manager, Armor Industry Technical Leader, and my current position, Special Projects Leader.

1



4.    From approximately 2000 to 2005, Honeywell sold a product called Z Shield, which was used by Armor Holdings in the manufacture of body armor. Honeywell developed Z Shield using Zylon, a fiber manufactured by Toyobo Company. Armor Holdings was Honeywell's only customer for Z Shield.

5.    Z Shield was made by placing a layer of Zylon fibers in a single direction within a resin matrix, producing a unitape. The unitape was then cross-plied and sandwiched in a thermoplastic film.

6.    Honeywell did not manufacture Z Shield on a commercial basis. Rather, Honeywell contracted out the manufacture of Z Shield to other companies, first, DSM and later, FMS. DSM manufactured Z Shield from approximately 2000 to 2001 in the Netherlands. FMS manufactured Z Shield from approximately 2002 to 2005 in Israel.

7.    During the time that Honeywell sold Z Shield, I served as the Technical Manager, or lead scientist, for the Advanced Fibers and Composite Group.   In this role, I oversaw the technology group, which handled fiber and shield process support and development, fiber and shield product development, and application development.

8.    I am aware that the United States has filed a motion to compel seeking the inspection and production of certain documents and things from Honeywell in this matter. I reviewed the United States' motion to compel and its memorandum in support of its motion in preparing this declaration.

*Inspection of Honeywell's Shield-Making Process*

9.    It is my understanding that the United States seeks to inspect a shield manufacturing facility owned or operated by Honeywell. As noted above, Honeywell never commercially manufactured Z Shield, but rather contracted out manufacture to DSM and FMS.

2

10.     The United States' motion reflects some misunderstanding about the relevant facts relating to Honeywell's shield manufacturing equipment.

11.     From the early 1990s to approximately 2007, Honeywell contracted the manufacture of Spectra fiber-based shield products at Pre Con in Petersburg, Virginia. Pre Con never manufactured Z Shield on a commercial basis (although it was used to manufacture a Zylon-based shield material on a research and development basis during the late 1990s or early 2000s). Pre Con is a separate company, though some Honeywell employees worked at the facility, and Honeywell owned the equipment used for manufacture. In or around 2007, Honeywell ceased using Pre Con for the commercial manufacture of Spectra products. Currently at Pre Con, there is equipment used to manufacture shield for research and development purposes only. This equipment does not make, and never did make, Z Shield.

12.     Honeywell has a separate facility in Chesterfield, Virginia that it uses to manufacture Spectra shield products on a commercial basis. This facility does not and has never manufactured Z Shield. This facility has only been existence since 2013. The existence of the Chesterfield facility is not public knowledge, and Honeywell regards this facility and its manufacturing processes as trade secrets, which it does not disclose to competitors such as DSM and FMS. Public disclosure of the existence of the Chesterfield facility and its processes would pose serious risk to Honeywell as a commercial matter.

13.     There are substantial differences in shield manufacturing facilities based on how the equipment is configured, how the equipment is calibrated, the conditions used at the facility, and so forth.

14.     Absent inspection of DSM or FMS's manufacturing facilities, there is no basis to know whether Honeywell's Virginia equipment and the processes used to make shield at the

3

Virginia facilities is the same or similar to what DSM did in the Netherlands or what FMS did in Israel when those companies made Z Shield. DSM and FMS's manufacture of shield is proprietary to those companies. In the body armor industry, a company like Honeywell—which contracts out to DSM and FMS the manufacture of certain products, but also competes with them directly for other products—would not be allowed to know the full details about another company's manufacturing processes. The quality of the product is determined based on rigorous quality control testing, but not based on disclosure of the specific manufacturing process that DSM or FMS used, which companies regard as highly confidential and proprietary.

15.     Absent inspection of DSM or FMS's manufacturing facilities, there is no basis to know whether the equipment and processes Honeywell uses now in its Virginia facilities is comparable to the equipment DSM used in 2000 and 2001 and FMS used between 2002 and 2005, given developments in shield manufacturing technology in recent years. For example, the computer control logic and programming has changed over time due to changes in computer technology. In addition, with respect to both the Chesterfield facility and the R&D facility in Petersburg, new steps have been incorporated into the manufacturing process relating to the treatment of the fiber. These new steps, which are highly confidential and proprietary to Honeywell, did not exist until recently. Disclosure of these new steps would also pose a serious risk of competitive harm if disclosed to Honeywell's competitors.

16.     I understand that the United States has requested to photograph and videotape Honeywell's shield-manufacturing facilities, including while they are in operation. I would be extremely concerned with any photographic or video recording of Honeywell's proprietary manufacturing processes, which are confidential trade secrets and which would pose a serious risk of competitive harm to Honeywell if they were disclosed.

4

17.     I understand that the United States has requested to inspect and measure Honeywell's shield-manufacturing facilities.   I would be extremely concerned with any inspection or measurement of Honeywell's facilities without a clear understanding of what the inspection will consist of or what the United States wishes to measure and how it will perform any measurements.  The equipment at issue is highly sensitive and extremely expensive.  There are also safety issues associated with being on the floor of an active manufacturing facility.

*Production of Resin Samples*

18.     It is also my understanding that the United States has asked Honeywell to produce a sample of any resin used to manufacture Z-Shield.

19.     A ballistic shield material is comprised of fiber and resin.  The resin is a liquid synthetic polymer applied to fiber to create composite material; when cured (dried), it is referred to as the "matrix."  The matrix holds the fibers in place in the shield construction.

20.     Z Shield was manufactured using a Kraton resin.  Kraton is a family of resins that can be made using different processes and different chemical groups.

21.     Honeywell does not possess the Kraton resin that was used by DSM or FMS in the manufacture of Z Shield.  While Honeywell is aware that DSM and FMS used a resin system in making Z Shield and that this resin was water-based (because their equipment could not handle solvent-based resins), neither DSM nor FMS provided Honeywell with their resin formulations.  The particular type of resin used by DSM and FMS in the manufacturing process is considered proprietary and highly confidential to the manufacturer of the shield product.  Accordingly, it was not made available to Honeywell.  It is standard practice in the body armor industry not to disclose this type of information.  As noted above, Honeywell confirmed product quality based on rigorous quality control testing, but not based on disclosure of the specific

5

manufacturing processes or materials that DSM or FMS used, which tollers regard as highly confidential and proprietary.

22.     Honeywell does not possess the resin used to make Z Shield on an experimental basis at Pre Con.

*Production of Z Shield Manufacturing Documents*

23.     The United States has asked Honeywell to produce documents related to the manufacturing processes used by DSM and FMS to make Z Shield, such as "basic schematics for the manufacturing process, standard operating procedure records for the manufacturing process including the temperatures used for drying off the solvents used to disburse the resin, and documents reflecting the exact composition of the resin and solvent used in commercial production of Z Shield."

24.     The particular manufacturing processes used by DSM and FMS are proprietary and considered highly confidential, and documents pertaining to the proprietary processes of these other companies would not be shared with Honeywell. It is standard practice in the body armor industry not to disclose this type of information in a tolling relationship. That is especially the case considering that DSM and FMS are also direct competitors of Honeywell in the market for shield materials. Because these companies will not disclose their proprietary processes, Honeywell confirmed the quality of the Z Shield through rigorous testing and quality control processes upon receipt of the finished material.

25.     DSM and FMS are separate companies and not part of Honeywell, and the materials the United States is requesting are regarded as confidential and proprietary and are not disclosed to Honeywell. As noted, DSM and FMS are also direct competitors of Honeywell, and

6

the information the United States is requesting is regarded as highly confidential in the body armor industry.

### Production of Research Documents Concerning Z Shield and Zylon Post-2005

26.    It is my understanding that the United States has asked Honeywell to produce documents concerning any research Honeywell conducted on Z Shield and Zylon after 2005.

27.    Honeywell ceased selling Z Shield in approximately 2005, after the Department of Justice issued its Third Status Report to the Attorney General, in which the government effectively decertified vests containing Zylon or Z Shield.  Around that time, Honeywell ceased researching Z Shield and Zylon for use in body armor products.

28.    Honeywell has since drafted patents and patent applications that identify PBO, the chemical family for Zylon, as a material that could be used in certain inventions.  PBO is referenced generically in these patents along with various other high performance fibers because PBO is still a well-known material that could be suitable for use in the patented applications. *See, e.g.*, U.S. Mot. at Ex. 21 (U.S. Patent No. 8,124,548 col. 5, l. 12-16 (filed Dec. 21, 2007)); U.S. Mot. at Ex. 23 (U.S. Patent Appl. No. 13/647,026 p. 4, ¶ 29 (filed Oct. 9, 2012)).  But Honeywell has not conducted any research related to PBO and body armor since 2005.  It is common practice to file patent applications based on a concept and without having conducted laboratory research.  None of the patent documents DOJ identifies in its motion to compel indicate research being performed on Zylon or Z Shield.

29.    For example, with respect to Patent Appl. No. 13/568,097 contained at Exhibit 22 to the United States' motion to compel, the United States states in its brief that "[i]n connection with th[is] application, Honeywell disclosed that it had dissolved the surface of PBO fibers with solvents." U.S. Mot. at 35.  That is not accurate.  The patent in question does not say

this, and Honeywell has not performed such work. Instead, the patent states on a theoretical basis that "aramid fibers/yarns can be fused together by first dissolving the fiber surface," and then goes on to note that PBO (among several other fibers) has "tape processing conditions similar to aramid fibers/yarns." U.S. Patent Appl. No. 13/568,097 p. 5, ¶ 40 (filed Aug. 6, 2012).

30.    Similarly, the United States states in its brief that Honeywell in two other patent applications "disclosed research concerning using PBO fibers in body armor composites utilizing silicone-based topical treatments and in laminated tapes." U.S. Mot. at 36. That is not accurate. Honeywell does not discuss research involving PBO in either patent. Rather, PBO is identified as a suitable fiber, among a list of many others, for use in the invention described. U.S. Mot. at Ex. 21 (U.S. Patent No. 8,124,548 col. 5, l. 12-16 (filed Dec. 21, 2007)); U.S. Mot. at Ex. 23 (U.S. Patent Appl. No. 13/647,026 p. 4, ¶ 29 (filed Oct. 9, 2012)).

*Production of Research Documents Concerning Accelerated Aging and Environmental Conditioning of All Ballistic Materials*

31.    It is my understanding that the United States has asked Honeywell to produce documents concerning research related to accelerated aging and environmental conditioning performed on any ballistic material after 2005.

32.    Honeywell stopped selling Z Shield in 2005, after the United States government effectively decertified Zylon for use in body armor. Since 2005, the federal government has implemented new testing requirements on soft body armor vests that specifically include exposure of materials to conditions of (among other things) high heat and humidity. Currently in place is the NIJ 0101.06 standard, which calls for body armor to be exposed to conditions of high heat and humidity. NIJ Standard 0101.06 at 27 ("The test temperature shall be 65° C (149° F)" and "[t]he test relative humidity shall be 80%."). Though Honeywell does not manufacture body armor, it has applied these tests to the ballistic materials it sells because materials that Honeywell

8

sells are incorporated into body armor that is subject to the government's new testing requirements.

33.    In addition, body armor manufacturers who are competing for a particular government program are sometimes required to conduct certain exposure testing on ballistic materials. In those instances, the manufacturers (who are Honeywell's customers) sometimes have requested that Honeywell perform such testing so that the customer can compete for the contract.

34.    Though Honeywell conducts exposure testing on its ballistic materials, it does not believe that this testing is indicative of how a particular product will perform over time. The relationship between aging and exposure to environmental factors has not been established. *See* NIJ Body Armor Challenge, www.nij.gov/funding/Pages/fy12-body-armor-challenge.aspx ("There is currently no known way to predict the amount and rate of change of the ballistic performance of an individual vest due to environmental exposures and normal daily wear and tear, or due to the intrinsic chemical or physical properties of the ballistic materials."); *see also* NIJ Standard 0101.06 at 27 (acknowledging that "[t]he protocol will not predict the service life of the vest nor does it simulate an exact period of time in the field."). As noted, Honeywell performed this testing after 2005 because new government requirements instituted after 2005 require body armor manufacturers to conduct this type of testing, or because a customer specifically requested this testing in order to compete for a particular contract.

35.    Since 2005, and in light of the new government testing requirements, Honeywell has conducted exposure testing on the ballistic materials it sells (though not Z Shield), including over a dozen soft armor products and more than eight hard armor products. Locating, collecting, and producing documents related to these tests would be burdensome. There is no central

9

repository for documents related to exposure testing of ballistic materials. Honeywell cannot identify which ballistic materials were subject to exposure testing without conducting a search of the product requirements imposed by each Honeywell customer, and potential customer, for sale of ballistic materials. Because there is no central repository, collecting documents related to this topic would further require collecting documents from each individual involved. Importantly, none of these materials relate to testing on Z Shield.

*Inspection of Tested Z Shield and Zylon-Containing Shoot Packs and Vests*

36.   The United States has requested to inspect Zylon-containing shoot packs and vests, including those that were were environmentally aged and then ballistically tested.

37.   In light of this lawsuit and the United States' earlier investigation of Honeywell, Honeywell preserved physical materials relating to Zylon and Z Shield in a warehouse in Petersburg, Virginia. This includes shootpacks of materials that have been environmentally conditioned.

38.   Based on my review of this physical material and to the best of my knowledge, Honeywell does not possess vests that were environmentally aged and then shot. These vests were provided to Honeywell by Armor Holdings, and to the best of my recollection, these vests were returned to Armor Holdings once the testing was complete.

I declare that the foregoing is true and accurate under penalty of perjury under the laws of the United States and that this declaration was executed in Colonial Heights, Virginia on October 9, 2014.

Dr. Lori Wagner

Colonial Heights, Commonwealth of Virginia
The foregoing instrument was acknowledged before me
this _09_ day of _October_, _2014_
by _Lori L. Wagner_
_Betty J. Vasquez_, Notary Public
BETTY J. VASQUEZ
Reg# 7193649     Commission expires 9/30/2016

BETTY J. VASQUEZ
NOTARY PUBLIC
REG #
7193649
COMMISSION
EXPIRES
9/30/2016
COMMONWEALTH OF VIRGINIA

11

# EXHIBIT 16

**Honeywell**

# FAX TRANSMISSION – Performance Fibers

Honeywell
15801 Woods Edge Road
Colonial Heights, VA 23834

| | | | |
|---|---|---|---|
| Date: | 10/3/00 | To: | Steve Croskrey |
| # of Pages: (including cover) | 4 | Company: | |
| | | Fax #: | 904-741-9995 |
| ☐ | Urgent | Phone #: | |
| ☒ | Please Review | From: | Greg Herceg |
| ☐ | Reply ASAP | Fax #: | 804-520-3946 |
| | | Phone #: | 804-520-3329 |

(Call if you did not receive all pages, or if document is illegible)

**MESSAGE:**

Dear Steve,

Attached is a draft (should be final) of the Zylon shield product spec. Also, I've attached a copy of the ballistic release criteria that will be used for Run 02. Behind that is a copy of the test data that will be used for Run 01 purposes. As discussed, there will be five runs (01 through 05, with 02 through 05 totaling at least a minimum of 2.6 metric tons each). At the end of the five runs, the data will be considered in its entirety to determine a 2 sigma value which will then become the minimum V50 value for releasing all shipments beyond Run 05. For runs 02 through 05, we will calculate a new 3 sigma value after each run based on the prior runs and that number will be used for the minimum V50 value for releasing shipments through Run 05. For Run 02, if more than 10% of the ordered quantity is produced with a V50 value from 409-428 m/s, Armor Holdings agrees to take the material at the reduced price we discussed. A similar proposal based on the 10% quantity will apply, with revised numbers based on the new V50 values generated with each run, for Runs 03-05.

You may have questions and you can either leave me a voice mail or contact Lori (804-520-3330). Both Madhu and I will be travelling the balance of this week. The agreements are being reviewed by all respective counsels and I hope to have something finalized later this week. I am optimistic that after many hours of reviews, we now have an acceptable approach.

Regards,

Greg H.

WARNING. Unauthorized interception of this facsimile transmission may be a violation of federal or state law.

This message is intended only for use by the individual or entity to which it is addressed and contains privileged or confidential business information the disclosure of which may be a violation of federal or state law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is illegal and strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the address listed above via U.S. Postal Service. Thank you.

HW0001593
HNY001-1593

# Honeywell

### Performance Fibers
### PRODUCT SPECIFICATION

Product:   __Z Shield__                      Revision No:  __Initial Issue__
Merge:     __95818__                         Revision Date: __Sept 29, 2000__
Description: __Soft Armor Roll Product__     Initiated by:  __Madhu Rammoorthy__

Approved by:   ORIGINATOR            _____
               DEVELOPMENT LDR.      _____
               MANUFACTURING LDR.    _____

COMPOSITION:   Pre-consolidated roll made from unidirectional PBO fiber impregnated in a resin
               matrix, cross-plied in a (0/90) degree orientation, sandwiched in a thermoplastic
               film.

## ROLL PRODUCT PHYSICALS:

| | | |
|---|---|---|
| Width [1] | 63 in minimum | 1600 mm minimum |
| Net Length | 984 ft (target) / 656 ft min | 300 m (target) / 250 m min |
| Total Areal Density [2] | $2.86 \pm 0.30$ oz / yd$^2$ | $97 \pm 10$ gms / m$^2$ |
| Fiber Areal Density [3] | $2.12 \pm 0.18$ oz / yd$^2$ | $72 \pm 3$ gms / m$^2$ |
| Thickness | To be determined | |
| X-Ply Perpendicularity | $\pm 4°$ | |
| 0/90 Peel Strength [4] | To be determined | |

## PRODUCT TOLERANCES:

| | | |
|---|---|---|
| Fil / Edge Gap | $\leq 0.24$ in @ 3 inches from either edge | $\leq 6$ mm @ 75 mm |
| Warp Gap | $\leq 0.08$ in wide by 17 in long | $\leq 2$ mm x 420 mm |
| Lamination Failure | $\leq 0.75$ in x 0.75 in | $\leq 19$ mm x 19 mm |
| Contamination (production) | $\leq 1$ in x 1 in | $\leq 25$ mm x 25 mm |
| Contamination (foreign) | $\leq 0.25$ in x 0.25 in | $\leq 6.4$ mm x 6.4 mm |
| Material Splice | 6 max per 984 ft roll | 6 max per 300 m roll |

## DEFECT INFORMATION AND DEFINITIONS:

A roll with more than 5 marked defective areas per 25 m of length is considered nonconforming material.
Each defect is clearly marked with a bright colored sticker and is compensated by a 20 cm allowance.
**Maximum allowable defects per roll is 30 **

- Gap - space between parallel fibers
- Edge Gap - "V" shaped gap extending into the fabric from either edge, critical measurement is made
  3 inches (75 mm) from the edge, where gap cannot exceed 0.24 inches (6 mm).  (The gap width from
  the fabric edge to the three inch line is not limited,  provided the gap does not exceed 6 mm @ 3 in)
- Contamination (production) - single area containing any material associated with production, outside
  the specification limits (release paper, film, resin and fiber)
- Contamination (foreign) - single area containing any material foreign to production of Z Shield
- Lamination Failure - a single area in which films or unidirectional tapes do not adhere

Test Methods:  1. ASTM D3774-89  2. ASTM D1777-64  3. ASTM D3776-85  4. ASTM 1876-93 (MOD)

HW0001594
HNY001-1594

**BALLISTIC RELEASE CRITERIA – RUN 02:**

Nominal V50 value: ≥ 429 m/s (=1407 ft/s) for material at full price. If V50 from 409 – 428 m/s, then will be acceptable at reduced price. DSM data will be used for all release criteria.

This minimum value is based on the statistical data of trial run 01 and equals the average V50 minus 3 times the standard deviation.

Measurement:

- Bullet Type: 8.0 g 9x19 mm FMJ by Dynamit Nobel
- Ballistic panel: 22 ply Z Shield, 40 cm x 40 cm, stitched 3 cm from outside borders
- Backing: Caran d'Ache clay, meeting the requirements set for armor backing material in the NIJ Standard 0101.03
- Shooting pattern: 8 shots, as indicated on pattern
- The V50 is taken as the average velocity of the three highest partial penetration velocities and the 3 lowest full penetration velocities, provided that these six velocities are within a range of 40 m/s. If not, the V50 value is taken as the average velocity of the two highest partial penetration velocities and the 2 lowest full penetration velocities, provided that these four velocities are within a range of 40 m/s. If not, then the measurement is not valid and a new ballistic sample will be prepared and tested.
- If the V50 is found to be below the specification value, one more ballistic sample will be tested. The average of two measurements will then be used to classify the material.

Shooting pattern:



HW0001595
HNY001-1595

Note   Attachment 1b

12-9-2000        -4-

**Anexe 1: test data of trial run 01**
Test data of 22 ply packs of Zylon UD-SBX10 tested against 9mm para GECO.
This table contains only testdata that corresponds to a v50 test within 40 m/s.

| 22 ply Zylon UD R4518 (range <40 m/s) | | | |
|---|---|---|---|
| Protocoll | v50 | range | eabs |
| 2155 | 456 | 32 | 390 |
| 2156 | 472 | 24 | 418 |
| 2157 | 456 | 28 | 390 |
| 2160 | 466 | 29 | 407 |
| 2161 | 455 | 15 | 388 |
| 2162 | 481 | 11 | 434 |
| 2163 | 462 | 31 | 400 |
| 2164 | 447 | 23 | 376 |
| | | | |
| Average | 461,88 | 24,13 | 400 |
| std | 10,84 | 7,61 | 19 |
| Av - 2*std | 440,1906 | | 362 |
| Av - 3*std | 429,3484 | | 343 |

HW0001596
HNY001-1596

# EXHIBIT 17

## Herceg, Greg

| | |
|---|---|
| **From:** | Tetsunosuke_Nojima@kime.toyobo.co.jp |
| **Sent:** | Wednesday, July 25, 2001 4:55 AM |
| **To:** | Herceg, Greg |
| **Cc:** | Masakazu_Saito@kime.toyobo.co.jp; Yoshinari_Ohira@kime.toyobo.co.jp; Tadao_Kuroki@kime.toyobo.co.jp |
| **Subject:** | Re: Your most recent letter |



Mac Word 3.0

Dear Mr. Herceg,
In response to your letter of July 19th, I would like to inform you of my opinion and views relating to the matter at issue, as under.

First of all, to be frank with you, I was very upset by DSM's decision which was too abrupt and impolite for me to understand what actually happened at DSM and what was the reason for the decision. I wrote to Mr. Greidanus immediately to claim that DSM fs behavior and statement ( goverstatement h) were not acceptable as a proper business manner, and reminded him of the fact that TOYOBO repeatedly requested DSM to disclose the information necessary and minimum for a fiber supplier to know. I have to stress that TOYOBO has not been supplied any information good enough to understand what is Zylon-UD and SB-10, still at this moment.

Secondly, I would like to remind you that Zylon UD-Shield development was started between Honeywell (Allied Signal) and Toyobo around 3 years ago, by your company's initiative. In my understanding, your people had gone through what you called couples of gGates hfor the analysis of the Fiber, for properness of the Fiber for the applications in mind, for the market evaluation of UD-Shield and finally for the safety to commercialize, etc. Then, after about 1 `1.5 year of your internal R/D activities above, you came to a decision that Zylon fiber was usable for UD-Shield application, and then you made a proposal to me that, probably in view of economy and some other reasons, you were going to ask DSM to manufacture UD-Shield commercially for your own operations mostly in U. S. A. And I agreed to your proposal with a condition that all technical information should be transferred to DSM smoothly and perfectly enough to commercially manufacture Zylon UD-Shield.
I am writing here to ask you whether the transfer of the technical information from your company to DSM was perfectly made at that stage or not, because I am not at all aware of that particular part. On July 10th, Toyobo had a technical meeting with DSM in the Netherlands to investigate the real reason for DSM fs claim, and confirmed so far it is still unknown by both parties. In our future technical meetings with DSM, I guess that both TOYOBO and DSM may need your involvement for clarifying the real reason of this issue.

As to the description of Mr. Saito's letter dated July 19th, I hope that you principally understand TOYOBO fs position as a fiber supplier. As Honeywell expressly mentioned gSeller specifically disclaims and excludes the warranties of Merchantability and Fitness for a Particular Purpose hTOYOBO stands as well. However, if you request Toyobo to send another letter to the market in general, I will be following you in view of the importance of your company and your customer for the future business expansion of Zylon Fiber business. For the idea of the letter, would you please take a look at the gdraft h, which Mr. Saito is sending to Armor Holdings today. I really hope you will be satisfied with the g draft h.

Meanwhile, I am perplexed with the communication process in-between TOYOBO, HONEYWELL and Armor Holdings about this matter.

1

**COMPANY CONFIDENTIAL**

What I mean here is, as every party knows, the business at issue is made as TOYOBO (FIBER SUPPLIER) ¨DSM (UD SHIELD MANUFACTURER) ¨HONEYWELL (UD SHIELD DISTRIBUTOR?) ¨ARMOR HOLDINGS (UD SHIELD USER). Therefore, any discussion and / or argument should be made accordingly as above. In this sense, Honeywell should discuss with DSM and Armor Holdings with Honeywell, otherwise discussion goes to wrong direction due to lack of the recognition of each party ƒs responsibility and assignment. As a matter of fact, I have not been informed at all about the discussion between Honeywell and DSM. I believe you should make contacts with DSM and make your best efforts to find out any solution of this matter with DSM. And in the same manner, Armor Holdings should do the same with Honeywell. Please do not misunderstand what I mention here. I am not saying that Honeywell should not directly contact TOYOBO , instead I am pleased to hear your frank opinion and sentiment for the better solution. However, I have to stress that formal procedure of communication is more important than exchanging frank opinion, in view of the character of this particular matter. I would appreciate it if you talk this matter with your customer as well.

In spite of the confusion raised by DSM, I am surely confident in the property of Zylon Fiber and the future business potential there-of, provided that the Fiber is designed, manufactured and used properly by the users with their professional expertise. In this respect, I am pleased and ready to discuss and investigate any possibility for a new technology and processing of Zylon fiber for the UD-Shield for our future business in common. I believe that both of us have to be clever enough to distinguish the matter at present from the matter in and for the future.

If you have any opinion, please do not hesitate to contact me.


(See attached file: Draft.doc)


Kind Regards,

T.Nojima
Director & General Manager
ZYlon Department
TOYOBO CO., LTD.

2

COMPANY CONFIDENTIAL

HW0344157
HNY040-2728

# EXHIBIT 18

**Honeywell**

# Zylon Shield CLC

## Gate 2,3 Review
## July 6, 2000

Honeywell Confidential

July 6, 2000

HW0001970
HNY001-1970

# Z Shield ™ Project Overview

## Product Description and Market Rationale:
*Premier shield product using PBO Zylon fiber, tolled by DSM.*

- Drivers include:
  — Demand for a premium Shield product to play in a high price, high performance, niche market
  — Response to an increasingly popular Zylon fabric
  — Diversify product portfolio using other HP fibers

**Customer Link:** Armor Holdings Inc. (US LE)

## Key Milestones:
- Failed trials in-house to develop PBO Shield (1998-9)
- Beginning of 3-way discussion (Q4 '99)
- First successful product trial at DSM (Dec 99)
- Positive customer feedback (Mar 00)
- Second successful product trial at DSM (Mar 00)

## Technical Risks:
- Long term durability of aqueous system
- Photo / UV effects on Shield performance

## Actions:
- Complete technical evaluation and resolve specification
- Complete Supply agreement with DSM
- Complete agreement with AHI
- Complete environment (water, UV etc.) effects testing
- Gate 2/3 Review July 2000

## Market Approach:
- Partner with AHI for US LE, with lead time
- Open to other customers for US Military
- Exclusive rights to DSM for Europe, Toyobo for Japan

## Successes:
- Exceptional performance vs. Zylon fabric
- No technical issues with process development except product width

## Challenges
- Increased leverage for DSM
- Keeping product out of reach of other major customers
- Early launch

## Team:
- Greg Herceg, Champion
- Madhu Rammoorthy
- Woody Woodham
- CB Tan
- Lori Wagner
- Lin Murray
- Pete Chalifoux
- Janet Dane
- AshokBhatnagar
- Carleton Rowsey

## Financials:

| | 1999 | 2000 | 2001 |
|---|---|---|---|
| Volume (K lbs) | 0 | 20 (16) 150 | 2520 |
| Price | $100.00 | $100.00 | $100.00 $190.00 |
| Revenue ($K) | $0 | $2,000 | $2,500 3,000 |

150
3,000

# Honeywell

July 6, 2000                Honeywell Confidential

HW0001971
HNY001-1971

# Value Chain

**Value Chain Name:** Z Shield

| Suppliers: | Honeywell<br>Performance Fibers | Direct Customer<br>Vest manufacturer | Customer<br>Distributor | Customer<br>LE / Mil procurement | Outputs: |
|---|---|---|---|---|---|

**Suppliers:**
Toyobo
DSM

**Input:**
Zylon AS yarn
Coating/Xply process

**Requirements:**
Product quality
Performance
Delivery
Communication

**Honeywell — Performance Fibers**
**Key Activities:**
QC testing+
Marketing/Sales
Vest design+

**Direct Customer — Vest manufacturer**
**Key Activities:**
Cutting
Stitching+
Vest design/engineering+

**Customer — Distributor**
**Key Activities:**
Custom fitting

**Customer — LE / Mil procurement**
**Key Activities:**
Specification
Testing

**Outputs:** Soft body armor

**End User:** Consumer
**Requirements:**
Performance+
Light weight+
Flexibility/Comfort

---

**Key Financials**
(Price, Cost, Margin, etc.)

Volume
Margin

Volume
Margin

Volume
Margin

Volume
Price

---

**High Priority Needs or Benefits**

On time delivery
Quality / Low defects
Low cost
Technical expertise

High performance+
Low defects-
Low cost-
High volume mfg
Light weight+
On time delivery

On time delivery

---

| Other Supplier | Other Supplier | Other Supplier | Influencer | Influencer |
|---|---|---|---|---|

**Other Supplier**
**Key Activities:**

**Other Supplier**
**Key Activities:**

**Other Supplier**
**Key Activities:**

**Influencer**
**Key Activities:**

**Influencer — NIJ**
**Key Activities:**
Specification
Risk evaluation

**Influencer — US Military PMs**
**Key Activities:**
Lobbying
Specification
Communication
Risk evaluation

## Honeywell

July 6, 2000                    Honeywell Confidential

HW0001972
HNY001-1972

# Z Shield™ Development & Commercialization

## Product Development to-date

- 1st trial in Jan '00 - 102 g/m², 60" wide product, average 9 mm FMJ (Remington) $V_{50}$ 1780 ft/s for 36 plies against clay

- 2nd trial in Mar '00 - 97 g/m², 60" wide, average 9 mm $V_{50}$ 1895 ft/s for 38 plies against clay

- Improved back-face deformation *vs.* Zylon® fabric - NIJ IIIA solution using 0.63 lb/ft² (3.08 kg/m²) monolithic Z Shield

- Initial product width 60", to be expanded to 63" 4th Qtr '00.

- Draft supplier spec sheet forwarded to DSM 1st wk of June

- Overall customer feedback positive. Interested in the performance of second lot. Prefers smaller fil gap spec.

## Key Issues

- Variation from 1st lot to 2nd lot - Repeatability of performance

- Correlation between 9 mm Geco (Steel jkt) and 9 mm Remington (copper jkt) round data for QC and product release

- Turns dark and stiff when exposed to ultra violet light, loses 3% in $V_{50}$ on 40 hrs exposure in a Xenon arc chamber. Extra care required during storage, processing and transportation



Z Shield V50 Comparison between Lot 1 (Roll 1,3) vs. 2 (Roll 1299, 1300)

Above V50 data is for 0.75 lb/ft² (=3.67 kg/m²) shootpack, tested against 9 mm 124 Gr FMJ (Remington) with clay backing.

## Next Steps

- DSM agreement to supplier spec sheet (June '00)

- Effect of water on ballistic performance (June '00)

- Production of three full size rolls by DSM (July '00)

- Honeywell Gate 3 Review (July '00)

- Testing at DSM & Honeywell for ballistic correlation and establishing release criteria (July '00)

- Completion of long term UV exposure study (Aug '00)

## Honeywell

July 6, 2000

Honeywell Confidential

# Strategic
## Failure Modes and Effects Analysis (FMEA)

Date: 03/14/2000

Project Name: Zylon Shield

Responsible: Team

| Risk Category | Potential Failure Mode | Potential Failure Effects | S E V | Potential Causes | O C C | Controls | D E T | R P N | Time Frame | Triggers | Corrective Actions |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Regulatory body | Incorporation of SXT into NIJ standards | Zylon Shield inferior value to competition | 4 | Program to update standards to address newer threats | 5 | | | 20 | | | Reg body does not change specs for new threats |
| Customer Req | Rejection of specifications / process capability | Low yields, lower profit margins for customer | 4 | Process capability resulting in a potential poor quality product | 4 | | | 16 | | | Process development to fine tune product |
| Mkt pressure | Supplier overcharging for product | Lower margins for Honeywell, higher price margins | 4 | Higher cost of raw materials, higher margins | 7 | Lock in pricing through contracts | | 28 | | | Leverage to use other rollers |
| Tech Dev | Unable to capture complete value | Extra care to prevent UV exposure, higher costs | 4 | Sensitivity of Zylon to ultra violet light | 7 | Study effect of UV, educate the customer | | 28 | | | Wrap material using black UV resistant film during storage. UV res... |
| Mkt pressure | Unable to compete | Lose market share in Asia/Latin America | 2 | DSM launches a superior PBO Shield product | 7 | | | 14 | | | |
| | | | | | | | | | | | |

**Honeywell**

July 6, 2000

Honeywell Confidential

# PBO Shield--Gate 2,3 Review
## Milestones & Timing

| | |
|---|---|
| May 99 | In-house PBO Shield hand samples to Armor Holdings |
| Jun 99 | CLC Gate 1 Review |
| Jun 99 | Zylon AS Trials |
| Dec 99 | First trial at DSM |
| Jan 00 | First roll samples to Armor Holdings |
| Apr 00 | Second trial/production at DSM |
| Jul 00 | Supply, Cross-license agreements to be signed |
| Jul 00 | All QC protocols to be completed |
| Aug - Sep | Product Launch |

**Honeywell**

Honeywell Confidential

July 6, 2000

HW0001975
HNY001-1975

# Customer Linked Commercialization

## User's Guide

### Stage 2:  *Business & Project Planning*

**Objective:**  *Obtain quantitative understanding of project target, resource requirements, and business impact*

**Activities Checklist:**

**Develop the business plan**
- ☐ What is the market opportunity?
- ☐ Who are the target customers?
- ☐ What customer need will be met?
- ☐ What are the functional specifications of the product?
- ☐ What is the strategic impact?
- ☐ What is the competition?  How do we win?
- ☐ What are our strategies to win?
- ☐ What is the financial impact?
- ☐ What are the risks and assumptions?
- ☐ Are there any legal or patent barriers?
- ☐ What is our proprietary strategy?
- ☐ Has a thorough HS&E analysis been completed?
- ☐ What are the killer variables/fatal flaws?
- ☐ What are the critical success factors?
- ☐ What are our contingency plans?

**Develop the project plan**
- ☐ Have all key milestones been identified?
- ☐ What is the critical path?
- ☐ What resources are required?

### Gate 2:  *Business Plan Approval*

**Objective:**  *Evaluate business plan, assign priority, and commit resources to development*

**Activities Checklist:**

**Is the business opportunity REAL?**
- ☐ Are there real customers that can and will buy the product?
- ☐ Does the product concept meet the customer's needs?

**Can we WIN with this product?**
- ☐ Can we make the product better than the competition?
- ☐ Can we run the business better than the competition?

**Is this project WORTH doing?**
- ☐ Can we make the product at a reasonable cost?
- ☐ Are the return and risk acceptable?
- ☐ Does it fit our strategic goals?

**Deliverables:**

**Quantitative business and project plan**
- ☐ What is the market/industry situation today and in the future?
- ☐ What is the value chain?
- ☐ What is our value proposition?
- ☐ Can we meet the customer's timing requirement?
- ☐ What is our competitive advantage?
- ☐ How will we capture the value?
- ☐ What are the gaps in capturing the value?
- ☐ What is the role of our customer partner(s)?
- ☐ What are our expected strategic benefits (customer relationships, learnings, etc.)?
- ☐ What are our expected financial returns?
- ☐ What is the probability associated with each risk?
- ☐ How will we decrease the risks as the stakes increase?
- ☐ How sensitive are our returns to our risks?

**Deliverables:**

**Approved business and project plan**
- ☐ What is the project's priority?

**Resources committed for concurrent development**
- ☐ Have required resources been assigned?
- ☐ Do we have multifunctional support and coordination?
- ☐ Are resources available for license or acquisition?
- ☐ Is necessary capital in the capital plan?

**Chart the path forward**
- ☐ Are the deliverables for Stage 3 clear and agreed upon?
- ☐ Has the timing for Gate 3 been established?

# Customer Linked Commercialization

## User's Guide

## Stage 3: Product, Process, & Business Development

**Objective:** *Develop and validate a working prototype of the product, process, and business plan*

**Activities Checklist:**

**Execute the project plan**
- ☐ Are concurrent activities being used?
- ☐ Are critical factors getting priority?
- ☐ Are the steps with the lowest probability of success being addressed at highest priority?

**Update the business plan**
- ☐ Have market size and structure been confirmed?
- ☐ Have all killer variables, risks, and assumptions been resolved?
- ☐ Is the market strategy and customer launch plan complete?
- ☐ Have the financials been confirmed?

**Customer suitability**
- ☐ Has the customer(s) validated the product?
- ☐ Will the customer needs be met?  How?
- ☐ Are the target customers involved in the development effort?

**Manufacturing suitability**
- ☐ Has the process capability and its quality level been demonstrated and documented?
- ☐ Is the process robust enough to meet our goals?

**Deliverables:**

**Updated business plan**
- ☐ Has the market/industry situation changed?  How?
- ☐ Is our value proposition still valid?
- ☐ Have we eliminated the gaps in capturing the value?
- ☐ Have all HS&E issues been addressed?
- ☐ Is our legal/proprietary position secure?
- ☐ Has the product and process been completely specified?
- ☐ Is the required timing for the launch still achievable?
- ☐ Are the financial and non-financial returns still acceptable?

**Project scale-up plan**
- ☐ Has the market launch plan been validated?
- ☐ Is the manufacturing construction/scale-up plan and AR complete and ready to be approved?
- ☐ Have scale-up resources been identified?

## Gate 3: Full Scale Production Approval

**Objective:** *Ensure development completeness and commit resources to full scale production*

**Activities Checklist:**

**Is the business opportunity REAL?**
- ☐ Are there real customers that can and will buy the product?
- ☐ Does the product concept meet the customer's needs?

**Can we WIN with this product?**
- ☐ Can we make the product better than the competition?
- ☐ Can we run the business better than the competition?

**Is this project WORTH doing?**
- ☐ Can we make the product at a reasonable cost?
- ☐ Are the return and risk acceptable?
- ☐ Does it fit our strategic goals?

**Deliverables:**

**Approved project scale-up plan**
- ☐ What is the project's priority?
- ☐ Is the AR approved?

**Resources committed for scale-up**
- ☐ Have required resources been assigned?
- ☐ Do we have multifunctional support and coordination?

**Chart the path forward**
- ☐ Are the deliverables for Stage 4 clear and agreed upon?
- ☐ Has the timing for Gate 4 been established?

HW0001977
HNY001-1977

# Customer Linked Commercialization

## User's Guide

## Stage 4:  Commercial Readiness

**Objective:**  *Complete readiness of operations, targeted customers, marketing, sales, and support resources*

### Activities Checklist:

**Customer Issues**
- [ ] Are product positioning and pricing established?
- [ ] Are support plans ready (technical, promotion, and advertising)?
- [ ] Is the distribution strategy in place?
- [ ] Is the training complete (sales, marketing, and customer)?
- [ ] Are target customers identified for product introduction and roll-out?

**Operations readiness issues**
- [ ] Is plant construction complete and operations capability checked out and documented (quality, rate, and yield)?
- [ ] Are all operating permits secured?
- [ ] Is operator training complete?
- [ ] Are logistics ready?
- [ ] Is the commercial launch plan ready?

### Deliverables:

**Commercial readiness**
- [ ] Is there a detailed and validated marketing plan?
- [ ] Is the product validated with clearly defined features and customer benefits?
- [ ] Is the target customer(s) committed?
- [ ] Are our operations capable?
- [ ] Are needed resources trained and available?
- [ ] Have all internal and external product stewardship/HS&E issues been resolved?
- [ ] Have all legal issues including right-to-use, proprietary protection, customer licensing, etc. been resolved?
- [ ] Are contingency plans in place?

## Gate 4:  Product Launch Approval

**Objective:**  *Ensure readiness and commit to product launch*

### Activities Checklist:

**Is the business opportunity REAL?**
- [ ] Are there real customers that can and will buy the product?
- [ ] Does the product concept meet the customer's needs?

**Can we WIN with this product?**
- [ ] Can we make the product better than the competition?
- [ ] Can we run the business better than the competition?

**Is this project WORTH doing?**
- [ ] Can we make the product at a reasonable cost?
- [ ] Are the return and risk acceptable?
- [ ] Does it fit our strategic goals?

### Deliverables:

**Approved project launch plan**
- [ ] What is the project's priority?
- [ ] Is the AR approved?

**Resources committed for product launch**
- [ ] Have required resources been assigned?
- [ ] Do we have total business coordination for the product launch?

**Chart the path forward**
- [ ] Are the deliverables for Stage 5 clear and agreed upon?
- [ ] Has the timing for Gate 5 been established?

HW0001978
HNY001-1978

# EXHIBIT 19

## Rammoorthy, Madhu

**From:** Tadao_Kuroki@kime.toyobo.co.jp
**Sent:** Tuesday, April 11, 2000 12:06 AM
**To:** Rammoorthy, Madhu
**Cc:** Wagner, Lori; 'Masakazu Saito'; Herceg, Greg
**Subject:** UV resistance of Zylon

Dear Madhu,

I understand your concern about the light resistance, because you have no problem
with Spectra fiber. We have been educating our customers (weavers and body armor manufacturers) on the light resistance of ZYLON. They take care of storing ZYLON fabric in the dark.

After making body armor, this problem is not serious, because most of body armor has dark color covering materials. And body armor consists of more than 20 layers
of fabric. According to my study, only the first and the second layer was damaged.
In this case, the damage of the second layer is much smaller than the first layer.
Fabric in the middle was protected by the fabric at the surface.

I think we must consider how we handle the material during UD process and how we educate our customers. But I believe we can solve this problem.

Best regards,
Tadao Kuroki

2000/04/11 (□) 03:16, "Rammoorthy, Madhu" <madhu.rammoorthy@honeywell.com> wrote:
>
> Dear Mr. Kuroki,
> Thank you for sending me information regarding strength retention of the
> PBO
> Zylon yarn with UV and fluoroscent light.  Based on your data, it appears
> that the Zylon fiber loses almost 50% of its strength after exposure to 1
> 00
> hrs of a Xenon source, or after 700 hrs exposure to a fluoroscent light
> source.  That is something which cannot be ignored.
>
> Would you have any further data translating this to ballistic performance
> of
> a woven Zylon fabric (as opposed to mechanical strength of yarn)?  As I
> indicated earlier, both the change in appearance/color, as well as potent
> ial
> effect on ballistics concern us at this stage.
> Madhu Rammoorthy
>

HW0004263
HNY002-1787

# EXHIBIT 20

# Z Shield ™

## Product Description and Market Rationale:
*Premier shield product using PBO Zylon fiber, tolled by DSM.*

- Drivers include:
  — Demand for a premium Shield product to play in a high price, high performance, niche market
  — Response to an increasingly popular Zylon fabric
  — Diversify product portfolio using other HP fibers
- **Customer Link:** Armor Holdings Inc. (US LE)

## Key Milestones:
- Failed trials in-house to develop PBO Shield (1998-9)
- Beginning of 3-way discussion (Q4 '99)
- First successful product trial at DSM (Dec 99)
- Positive customer feedback (Mar 00)
- Second successful product trial at DSM (Mar 00)

## Financials:

| | 1999 | 2000 | 2001 |
|---|---|---|---|
| Volume (K lbs) | 0 | 20 | 25 |
| Price | $100.00 | $100.00 | $100.00 |
| Revenue ($K) | $0 | $2,000 | $2,500 |

## Market Approach:
- Partner with AHI for US LE, with lead time
- Open to other customers for US Military
- Exclusive rights to DSM for Europe, Toyobo for Japan

## Successes:
- Exceptional performance vs. Zylon fabric
- No technical issues with product development

## Challenges
- Increased leverage for DSM
- Keeping product out of reach of other major customers
- Early launch

## Team:
- Greg Herceg, Champion
- Madhu Rammoorthy
- Marsha Poindexter
- CB Tan
- Lori Wagner
- Lin Murray
- Pete Chalifoux
- Janet Dane
- AshokBhatnagar
- Carleton Rowsey

## Technical Risks:
- Long term durability of aqueous system
- Photo / UV effects on Shield performance

## Actions:
- Complete technical evaluation and resolve specification
- Complete Supply agreement with DSM
- Complete agreement with AHI
- Complete environment (water, UV etc.) effects testing
- Gate 2/3 Review May 2000

HW0002069
HNY001-2069